UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(at Boston)

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) Master File No. 1:13-MD-2419-FDS<br>) MDL Docket No. 2419<br>) **This Document Relates To:**<br>) *Shaffer v. Cadden*, 1:13-cv-10226-FDS<br>) *Schroder v. New England Compounding Pharmacy, Inc.*, 1:13-cv-10227-FDS<br>) *Adams v. Cadden, et al.*, 1:13-cv-10229-FDS |

MOTION TO ADMIT *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Defendant GDC Properties Management, LLC ("GDC"), by its attorneys, move this Court to admit Joseph P. Thomas and Joshua A. Klarfeld, both of the law firm Ulmer & Berne LLP, *pro hac vice* for purposes of the above-captioned matter and states:

1. The undersigned is a member of the law firm of Curley & Curley, P.C. 27 School Street, Boston, Mass. 02108 and is a member in good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit.

2. Attorney Joseph P. Thomas is a partner of the law firm Ulmer & Berne LLP, 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202. Attorney Joshua A. Klarfeld is an associated with the law firm Ulmer & Berne LLP, 1660 W. 2nd Street, Suite 1100, Cleveland, Ohio 44113. Attorneys Thomas and Klarfeld have been retained by GDC to represent its interests in this action.

3. As shown by their Declarations filed herewith: (i) Attorneys Joseph P. Thomas and Joshua A. Klarfeld are members in good standing of the Bar in every jurisdiction in which

they have been admitted to practice; (ii) there are no disciplinary proceedings pending against either of them as a member of the Bar in any jurisdiction, and (iii) each is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  The undersigned will serve as local counsel for GDC in this matter.

5.  The required filing fee in the amount of $200.00 has been paid.

WHEREFORE, defendant GDC Properties Management, LLC respectfully requests that the Court allow the admission *pro hac vice* of Attorneys Joseph P. Thomas and Joshua A. Klarfeld.

Respectfully submitted,

Defendant GDC Properties Management, LLC

By its attorneys,

/s/Robert A. Curley, Jr.
Robert A. Curley, Jr., Esq., BBO# 109180
Curley & Curley, P.C.
27 School Street, 6th Floor
Boston, MA  02108
617-523-2990
rac@curleylaw.com

## CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., attorney for the Defendant GDC Properties Management, LLC, hereby certify that I have served a copy of this pleading electronically to all counsel of record.

DATE: February 25, 2013                                         /s/Robert A. Curley, Jr.