UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No.: 1:13-md-2419-FDS |

## NOTICE OF APPEARANCE

NOW COMES Fredric L. Ellis of the firm of Ellis & Rapacki LLP and enters his appearance as counsel for Plaintiffs Edward Adams; George Cary, individually and as the personal representative of the Estate of Lilian Cary; Leonard Shaffer and Karen Shaffer; and Robert Schroder and Margaret Schroder in the above-captioned matter.

                    Respectfully submitted,
                    For the Plaintiff,

                    __/s/Fredric L. Ellis__
                    Fredric L. Ellis, BBO # 542075
                    ELLIS & RAPACKI LLP
                    85 Merrimac Street, Suite 500
                    Boston, MA 02114
                    telephone: (617) 523-4800
                    facsimile: (617) 523-6901
                    *rellis@ellisrapacki.com*

Dated:   February 27, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February 2013, true and accurate copies of this document and the accompanying memorandum of law filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      /s/Fredric L. Ellis
      Fredric L. Ellis