UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO*:<br><br>All Actions | )<br>)<br>)<br>)<br>)<br>) MDL No. 1:13-md-2419-FDS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael R. Gottfried of Duane Morris LLP, as counsel for PAUL D. MOORE, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center.  This appearance is made without prejudice to the stay pursuant to 11 U.S.C. §362.

Dated:  February 27, 2013

                   PAUL D. MOORE,  in his capacity as Chapter 11
                   Trustee of the Defendant
                   By his attorneys,

                   /s/Michael R. Gottfried
                   Michael R. Gottfried BBO# 542156
                   Jennifer L. Mikels BBO# 682199
                   DUANE MORRIS LLP
                   100 High Street, Suite 2400
                   Boston, MA 02110-1724
                   Telephone: +1 857 488 4200
                   Fax: +1 857 488 4201
                   Email: mrgottfried@duanemorris.com
                   Email: jlmikels@duanemorris.com

- 2 -

## CERTIFICATE OF SERVICE

I, Michael R. Gottfried, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 27, 2013.

/s/ Michael R. Gottfried
Michael R. Gottfried BBO #542156
MRGottfried@duanemorris.com