UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO*:<br><br>All Actions | ) ) ) ) ) ) ) ) ) ) ) ) MDL No.: 1:13-md-2419-FDS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Jennifer L. Mikels of Duane Morris LLP, as counsel for PAUL D. MOORE, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center.  This appearance is made without prejudice to the stay pursuant to 11 U.S.C. §362.

Dated:  February 27, 2013

                                              PAUL D. MOORE,  in his capacity as Chapter 11 Trustee of the Defendant
                                              By his attorneys,

                                              /s/Jennifer L. Mikels
                                              Michael R. Gottfried BBO# 542156
                                              Jennifer L. Mikels BBO# 682199
                                              DUANE MORRIS LLP
                                              100 High Street, Suite 2400
                                              Boston, MA 02110-1724
                                              Telephone: +1 857 488 4200
                                              Fax: +1 857 488 4201
                                              Email: mrgottfried@duanemorris.com
                                              Email: jlmikels@duanemorris.com

- 2 -

## CERTIFICATE OF SERVICE

I, Jennifer L. Mikels, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 27, 2013.

/s/ Jennifer L. Mikels
Jennifer L. Mikels BBO# 682199
jlmikels@duanemorris.com