**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---------------------------------------------------------x
:
IN RE: NEW ENGLAND : **MDL No. 1:13-md-2419-FDS**
COMPOUNDING PHARMACY, INC. :
PRODUCTS LIABILITY LITIGATION :
:
This Document Relates To: :
:
All Cases :
:
---------------------------------------------------------x

# NOTICE OF APPEARANCE OF COUNSEL FOR
# THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
# OF NEW ENGLAND COMPOUNDING PHARMACY, INC.

Please enter the appearance in the above-captioned matter of the following counsel for the Official Committee of Unsecured Creditors in the chapter 11 case of New England Compounding Pharmacy, Inc. (the "Committee"):

>   Rebecca L. Fordon, Esq.
>   Brown Rudnick LLP
>   One Financial Center
>   Boston, MA  02111
>   Tel. (617) 856-8200
>   Fax: (617) 856-8201
>   Email: rfordon@brownrudnick.com

Dated: February 27, 2013
       Boston, Massachusetts                    Respectfully submitted,

                                    By:    /s/ Rebecca L. Fordon
                                           Rebecca L. Fordon, Esq. (BBO #664578)
                                           BROWN RUDNICK LLP
                                           One Financial Center
                                           Boston, MA  02111
                                           (617) 856-8200

                                           *Counsel to the*
                                           *Official Committee of Unsecured Creditors*
                                           *in the Chapter 11 Case of New England*
                                           *Compounding Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

I, Rebecca L. Fordon, hereby certify that on February 27, 2013, I caused a copy of the foregoing Notice of Appearance to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, postage prepaid.

Dated: February 27, 2013
      Boston, Massachusetts

                                      /s/ Rebecca L. Fordon
                                      Rebecca L. Fordon

61010098