**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

-------------------------------------------------------x
                                                       :
IN RE: NEW ENGLAND                    :        **MDL No. 1:13-md-2419-FDS**
COMPOUNDING PHARMACY, INC.            :
PRODUCTS LIABILITY LITIGATION         :
                                                       :
This Document Relates To:             :
                                                       :
All Cases                             :
                                                       :
-------------------------------------------------------x

## MOTION TO APPROVE PRO HAC VICE ADMISSION OF DAVID J. MOLTON

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, Rebecca L. Fordon, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

> David J. Molton, Esq.
> Brown Rudnick LLP
> Seven Times Square
> New York, NY  10036
> Tel. (212) 209-4800
> Fax: (212) 209-4801
> Email: dmolton@brownrudnick.com

David J. Molton is a member in good standing of the Bar of the State of New York. There are no pending disciplinary proceedings against David J. Molton in any State or Federal court.  Mr. Molton is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

Dated: February 27, 2013
      Boston, Massachusetts            Respectfully submitted,

By:     /s/ Rebecca L. Fordon
           Rebecca L. Fordon, Esq. (BBO #664578)
           BROWN RUDNICK LLP
           One Financial Center
           Boston, MA  02111
           (617) 856-8200

*Counsel to the*
*Official Committee of Unsecured Creditors*
*in the Chapter 11 Case of New England*
*Compounding Pharmacy, Inc.*

2

## CERTIFICATE OF SERVICE

I, Rebecca L. Fordon, hereby certify that on February 27, 2013, I caused a copy of the foregoing Motion to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies to be sent to those indicated as non-registered participants, by first class mail, postage prepaid.

Dated: February 27, 2013
      New York, NY

                               /s/ Rebecca L. Fordon
                              Rebecca L. Fordon

61010111