UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------x
                    :
IN RE: NEW ENGLAND           :    MDL No. 1:13-md-2419-FDS
COMPOUNDING PHARMACY, INC. :
PRODUCTS LIABILITY LITIGATION :
                    :
This Document Relates To:       :
                    :
All Cases                           :
                    :
-------------------------------------------------------x

## CERTIFICATION OF COUNSEL TO BE
## ADMITTED PRO HAC VICE OF DAVID J. MOLTON

       Pursuant to Local Rule 83.5.3, I certify that (1) I am admitted, practicing and in good standing as a member of the Bar of the State of New York and admitted to practice before the United States District Court for the District of New York; (2) there are no disciplinary proceedings pending against me as a member in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated:  February 27, 2013

                                              /s/ David J. Molton
                                       David J. Molton, Esq.
                                       Brown Rudnick LLP
                                       Seven Times Square
                                       New York, NY  10036
                                       Tel.:  (212) 209-4800
                                       Fax:  (212) 209-4801
                                       dmolton@brownrudnick.com

                                       *Counsel to the*
                                       *Official Committee of Unsecured Creditors*
                                       *in the Chapter 11 Case of New England*
                                       *Compounding Pharmacy, Inc.*