**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

----------------------------------------------------------x
:
IN RE: NEW ENGLAND : **MDL No. 1:13-md-2419-FDS**
COMPOUNDING PHARMACY, INC. :
PRODUCTS LIABILITY LITIGATION :
:
This Document Relates To: :
:
All Cases :
:
----------------------------------------------------------x

## NOTICE OF APPEARANCE OF COUNSEL FOR
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## OF NEW ENGLAND COMPOUNDING PHARMACY, INC.

Please enter the appearance in the above-captioned matter of the following counsel for the Official Committee of Unsecured Creditors in the chapter 11 case of New England Compounding Pharmacy, Inc. (the "Committee"):

> David J. Molton, Esq.
> Brown Rudnick LLP
> Seven Times Square
> New York, NY  10036
> Tel. (212) 209-4800
> Fax: (212) 209-4801
> Email: dmolton@brownrudnick.com

Dated: March 1, 2013
       New York, New York                    Respectfully submitted,

                                    By:    /s/ David J. Molton
                                           David J. Molton, Esq. (admitted *pro hac vice*)
                                           BROWN RUDNICK LLP
                                           Seven Times Square
                                           New York, NY  10036
                                           (212) 209-4800

                                           *Counsel to the*
                                           *Official Committee of Unsecured Creditors*
                                           *in the Chapter 11 Case of New England*
                                           *Compounding Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

I, David J. Molton, hereby certify that on March 1, 2013, I caused a copy of the foregoing Notice of Appearance to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, postage prepaid.

Dated: March 1, 2013
      New York, New York

                                               /s/ David J. Molton
                                               David J. Molton

61017486