UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION <br><br> *THIS DOCUMENT RELATES TO:* <br> ALL ACTIONS | ) ) ) ) ) ) ) MDL NO.: 1:13-md-2419-FDS ) ) ) ) ) ) ) ) ) |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to L.R. 83.5.3(b), the undersigned respectfully moves the Court for the *pro hac vice* admission in this action of Thomas B.K. Ringe, III of the law firm of Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103, as counsel of record for PAUL D. MOORE, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center.

This motion is supported by the Affidavit of Thomas B.K. Ringe, III in Support of Motion for Admission *Pro Hac Vice* (Attached as Exhibit A).

Dated: March 1, 2013

Respectfully submitted,

PAUL D. MOORE, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center,
By his attorneys,


/s/ Michael R. Gottfried
Michael R. Gottfried (BBO # 542156)
Jennifer L. Mikels (BBO # 682199)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA  02110-1724
Tel: (857) 488-4200
Fax: (857) 488-4201
mrgottfried@duanemorris.com
jlmikels@duanemorris.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date of filing.

/s/ *Michael R. Gottfried*
Michael R. Gottfried (BBO #542156)
MRGottfried@duanemorris.com
