**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br>ALL ACTIONS | )<br>)<br>)<br>)<br>)<br>)<br>) MDL NO.: 1:13-md-2419-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF THOMAS B.K. RINGE, III**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Thomas B.K. Ringe, III, declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm of Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103. I offer this affidavit in support of Paul D. Moore, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center's Motion for Admission *pro hac vice* of counsel in this matter.

2. I am an active member in good standing of the Bar of the State of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania, and am a member in good standing in every jurisdiction in which I have been admitted.

-2-

3.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, your affiant respectfully requests that he be permitted to appear *pro hac vice* as counsel and advocate for Paul D. Moore, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 1, 2013                    */s/ Thomas B.K. Ringe, III*
                                                   Thomas B.K. Ringe, III