**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**(at Boston)**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )   **Master File No. 1:13-MD-2419-FDS** <br> )   **MDL Docket No. 2419** <br> ) <br> )   **This Document Relates To:** <br> ) <br> )     *Shaffer v. Cadden*, **1:13-cv-10226-FDS** <br> ) <br> )     *Schroder v. New England Compounding* <br> )     *Pharmacy, Inc.*, **1:13-cv-10227-FDS** <br> ) <br> )     *Adams v. Cadden, et al.*, **1:13-cv-10229-FDS** |

**GDC PROPERTIES MANAGEMENT, LLC'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Defendant GDC Properties Management, LLC ("GDC"), states that it does not have any parent corporations, and no publicly-held corporation owns 10% or more of GDC's stock.

Respectfully submitted,

*/s/ Joseph P. Thomas*
Joseph P. Thomas (OH #0040379)
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel:     (513) 698-5000
Fax:     (513) 698-5001
E-mail:   jthomas@ulmer.com

Joshua A. Klarfeld (OH #0079833)
Ulmer & Berne LLP
1660 W.2nd Street, Suite 1100
Cleveland, OH 44113
Tel:     (216) 583-7000
Fax:     (216) 583-7001
E-mail:   jklarfeld@ulmer.com

**Attorneys for Defendant**
**GDC Properties, LLC**

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court

on March 3, 2013 using the CM/ECF system which sent notification of this filing to all ECF

registered counsel of record via e-mail generated by the Court's ECF system.

                                        */s/ Joseph P. Thomas*
                                        Joseph P. Thomas