## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION  ) ) ) ) ) | MDL No.: 1:13-md-2419-FDS |
| This Document Relates To:  ) ) | |
| All Cases  ) ) | |

## NOTICE OF APPEARANCE

NOW COMES Matthew E. Mantalos of the firm of Tucker, Saltzman & Dyer, LLP and enters his appearance as counsel for the Defendant, Ameridose, LLC, in the above-captioned matter.

                                            Defendant,
                                            Ameridose, LLC
                                            By its Attorneys,

                                            */s/ Matthew E. Mantalos*
                                            Matthew E. Mantalos – BBO#669404
                                            Tucker, Saltzman & Dyer, LLP
                                            100 Franklin Street
                                            Boston, MA 02110
                                            Tel:    617.986.4222
                                            Fax:   617.986.6229
                                            E-mail:mantalos@tsd-lawfirm.com

Date:   March 6, 2013

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on March 6, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system..

                                                */s/ Matthew E. Mantalos*
                                                Attorney for Defendant Ameridose, LLC

2