UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC.  PRODUCTS LIABILITY
LITIGATION

**MDL No. 1:13-md-02419**

**Hon. F. Dennis Saylor, IV**

**This Document Relates To:**

*Stout v. New England Compounding Pharmacy
Inc., et al.,* No. 13-cv-10167

**STIPULATION AND ORDER TO EXTEND TIME FOR
PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANT
ALAUNUS PHARMACEUTICAL, LLC'S MOTION TO DISMISS**

The parties hereby stipulate to extend the time in which the plaintiff, Julia Stout, as

Personal Representative of the Estate of James Robert Stout ("Plaintiff") may file an opposition

to Defendant Alaunus Pharmaceutical LLC's Motion to Dismiss For Failure to State a Claim

Pursuant to Fed.R.Civ.Pro. 12(b)(6).

The parties respectfully ask that the Court extend the time in which Plaintiff may file an

opposition for two weeks, from Monday, March 11, 2013, to Monday, March 25, 2013.  The

parties have not previously requested any extensions to the deadlines for filing the opposition

brief or the reply brief.

//

//

//

//

//

**KREINDLER & KREINDLER LLP**

Dated:  March 7, 2013

By: /s/ Ian McCallister
Anthony Tarricone, Esq. (BBO# 492480)
Ian McCallister, Esq. (BBO# 633445)
227 Dartmouth Street
Boston, MA  02116
Telephone:  (617) 424-9100
Facsimile:  (617) 424-9120
atarricone@kreindler.com
imccallister@kreinder.com

*Pending Pro Hac Vice Admission:*

Eric H. Gibbs
Dylan Hughes
Amy M. Zeman
C. Tucker Cottingham
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 98104800
Facsimile:  (415) 981-4846

*Attorneys for Plaintiff Julia Stout*

**LAWSON & WEITZEN, LLP**

Dated:  March 7, 2013

By:  /s/ Ryan Ciporkin
Franklin Levy (BBO# 297720)
Ryan Ciporkin (BBO# 667479
Michele A. Hunton (BBO# 667766)
88 Black Falcon Ave., Suite 345
Boston, MA  02210
Telephone:  (617) 439-4990
flevy@lawson-weitzen.com
rciporkin@lawson-weitzen.com
mhunton@lawson-weitzen.com

*Attorneys for the Defendant Alaunus
Pharmaceutical, LLC*

SO ORDERED, this ___ day of March, 2013


_____
F. Dennis Saylor
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2013, I caused a copy of the attached Stipulation And Order To Extend Time For Plaintiff To File An Opposition To Defendant Alaunus Pharmaceutical, LLC's Motion To Dismiss to be served by electronic means via the Court's CM/EFC System on all counsel registered to receive electronic notices.


<u>/S/ Ian McCallister</u>
Ian McCallister