UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No.: 1:13-md-2419-FDS |
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This Document Relates to<br>    All Cases | Master Docket No. 12-12052 - FDS |

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION
TO TRANSFER PERSONAL INJURY TORT AND
WRONGFUL DEATH CASES TO THIS COURT
PURSUANT TO 28 U.S.C. §§ 157(b)(5) AND 1334**

Upon consideration of the Chapter 11 Trustee's motion (the "Motion") which seeks to transfer to this Court pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 personal injury and wrongful death cases pending in various state and federal courts, and the memorandum in support thereof (the "Memorandum");[1] and the Court having found that notice of the Motion is proper; and it further appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors, claimants and other parties-in-interest; and after due deliberation and sufficient cause appearing thereof, it is hereby

   1.   **ORDERED**, that the Motion is granted; and it is further

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion and Memorandum.

2. **ORDERED**, that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and wrongful death cases identified on <u>Exhibit A</u> attached hereto (the "<u>Pending Actions</u>") are removed and transferred to this Court for all purposes, including trial, from the courts in which they are currently pending; and it is further

3. **ORDERED**, that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the respective court for each of the Pending Actions (the "<u>Pending Court</u>") shall transfer the case file pertaining to the respective Pending Action to the Clerk of the District Court for the District of Massachusetts within __ days of filing a notice of removal and transfer of the Pending Action along with a copy of this Order; and it is further

3. **ORDERED**, that a notice of removal and transfer, pursuant to 28 U.S.C. § 157(b)(5), of each of the Pending Actions, substantially in the form of <u>Exhibit 1</u> hereto, and a copy of this Order shall be filed in the respective Pending Court and provided to all parties in interest in each of the Pending Actions; and it is further

4. **ORDERED**, that this Order shall not modify or in any way affect the automatic stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall remain in full force and effect pending further Order of this Court or the Bankruptcy Court; and it is further

5. **ORDERED**, that this Order is entered without prejudice to any position that the Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay any Pending Action or to render null and void the post-petition filing of any Pending Action.

Dated: March __, 2013
      Boston, Massachusetts

_____
Judge F. Dennis Saylor
United States District Court Judge

DM3\2477178.6

## **EXHIBIT A**

**Pending Actions To Be Transferred to United States District Court for District of Massachusetts Pursuant to 28 U.S.C. § 157(b)(5)**

Exhibit A1
**Federal Cases Not in NECC MDL**

| Plaintiff(s) | Venue | Co-Defendant(s) | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Linda S. Boggs | USDC- Western District of Virginia, Roanoke | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging, Roanoke | 7:2012-cv-50132 | Russell Updike<br>Nolan Nicely<br>Jennifer K.M. Crawford<br>Wilson, Updike & Nicely<br>228 North Maple Avenue<br>PO Drawer 590<br>Covington, VA  24426 |
| Kimberly Brown | USDC- Western District of Virginia | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging, Roanoke | 7:12-cv-584 | Russell Updike<br>Nolan Nicely<br>Jennifer K.M. Crawford<br>Wilson, Updike & Nicely<br>228 North Maple Avenue<br>PO Drawer 590<br>Covington, VA  24426 |
| George Cary; Lilian Cary (Deceased) | USDC- District of Massachusetts | NECP d/b/a NECC; Barry Cadden;  Arl Bio Pharma INC d/b/a Analytical Research Laboratories; Ameridose, LLC | Adversary No: 13-01025<br>Civil Docket: 1:13-cv-10228 | Frederic L. Ellis<br>Edward D. Rapaki<br>Joseph M. Makalusky<br>Ellis & Rapaki, LLP<br>85 Merrimac Street<br>Suite 500<br>Boston, MA  02114<br><br>J. Douglas Peters<br>Charfoos & Christensen, PC<br>Hecker-Smiley Mansion<br>5510 Woodward Avenue<br>Detroit, MI  40202 |
| Marvin Clark | USDC- Western District of Virginia, Roanoke | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging, Roanoke | 7:12-cv-00566 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |

**Exhibit A1**
**Federal Cases Not in NECC MDL**

| Plaintiff(s) | Venue | Co-Defendant(s) | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Darrel Cummings | USDC- Southern District of Florida | NECP d/b/a NECC; GEO Group, Inc; Tom Levins, Warden; Ms. N. Finnisse, MSM, HAS; Dr. J. Dauphin, D.O.; Dr. Jules Heller, M.D.; Dr. Robert Lins, M.D.; Officer McIntire, CO1 | 9:12-cv-81413 | PRO SE |
| Roseanna Fusco | USDC- Middle District of Florida, Ocala Division | NECP d/b/a NECC | 5:13-cv-00095 | John H. Piccin, Esq. Piccin Law Firm 320 N.W. 3rd Avenue PO Box 159 Ocala, FL 34478<br><br>Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbec & Kane |
| Coleta Ray Gipson, as Personal Respresentative to the Estate of Gayle Lynn Gipson | USDC- Eastern District of Michigan, Southern Division | NECP d/b/a NECC | 4:13-cv-10818 | Alexander & Angelas, P.C. 30200 Telegraph Road Suite 400 Bingham Farms, MI  48025 |
| Forrest Linthicum | USDC- Western District of Virginia | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging, Roanoke | 7:12-cv-00585 | Russell Updike Nolan Nicely Jennifer K.M. Crawford Wilson, Updike & Nicely 228 North Maple Avenue PO Drawer 590 Covington, VA  24426 |
| Michelle Powell | USDC- Western District of Virginia | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging, Roanoke | 7:2012-cv-00614 | Patrick T. Fennell, Esq. Law Offices of Crandall & Katt 366 Elm Avenue, S.W. Roanoke, VA  24016 |

| Plaintiff(s) | Venue | Co-Defendant(s) | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Basil E. Proffitt | USDC- Western District of Virginia, Roanoke | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging, Roanoke | 7:12-cv-00615 | Willard J. Moody, Jr.<br>The Moody Law Firm, Inc.<br>500 Crawford Street<br>Suite 300<br>Portsmouth, VA  23705<br><br>The Miller Firm, LLC<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, VA  22960 |
| Mary E. Radford | USDC- Western District of Virginia, Roanoke | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging, Roanoke | 7:12-cv-00562 | LichtensteinFishwick PLC<br>Liberty Trust Building<br>Suite 400, 101 South Jefferson Street<br>Roanoke, VA  24004-0601 |
| Robert Schroder; Margaret Schroder | USDC- District of Massachusetts | NECP d/b/a NECC; Barry Cadden; Gregory Conigliaro; Lisa Conigliaro; Glenn Chin; Medical Sales Management, Inc.; Ameridose, LLC; ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories; GDC Properties Management, LLC | Adversary No: 13-01024<br><br>Civil Docket: 1:13-cv-10227 | Ellis & Rapaki, LLP<br>85 Merrimac Street<br>Suite 500<br>Boston, MA  02114<br><br>Charfoos & Christensen, PC<br>Hecker-Smiley Mansion<br>5510 Woodward Avenue<br>Detroit, MI  40202 |
| Christopher Sherrill | USDC- Western District of Virginia, Roanoke | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging, Roanoke | 7:12-cv-00565 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |

**Exhibit A1**

**Federal Cases Not in NECC MDL**

| Plaintiff(s) | Venue | Co-Defendant(s) | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Denia Taliaferro | USDC- Western District of Virginia | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging, Roanoke | 7:12-cv-00586 | Russell Updike<br>Nolan Nicely<br>Jennifer K.M. Crawford<br>Wilson, Updike & Nicely<br>228 North Maple Avenue<br>PO Drawer 590<br>Covington, VA  24426 |
| Mary Sharon Walker | USDC- Western District of Virginia | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging, Roanoke | 7:12cv 00564 | Willard J. Moody, Jr.<br>The Moody Law Firm, Inc.<br>500 Crawford Street<br>Suite 300<br>Portsmouth, VA  23705<br><br>The Miller Firm, LLC<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, VA  22960 |
| Barbara Whittaker | USDC- Western District of Virginia | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging, Roanoke | 7:12cv 00563 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |

**Exhibit A2**

**State Court Cases Pending Removal**

| Plaintiff(s) | Venue | Defendant(s) | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Virginia Lois Neely | Davidson County, TN | NECP d/b/a NECC | 13C66 | Douglas E. Jones<br>Schulman, LeRoy & Bennett, P.C.<br>501 Union Street, 7th Floor<br>P.O. Box 190676<br>Nashville, TN  37219-0676 |

## State Court Cases Not Removed

| Plaintiff(s) | Venue | Defendant(s) | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Sara Culp Andrews | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2495 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| David A. Barley, Jr. | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2437 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| Virginia Law Berger | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2439 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| Viola Mills Bowling | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2453 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| Brenda Brewster | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2438 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| Wilma Brumfield | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2399 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| Kathleen Cooley and Robert Cooley | Middlesex County, MA | NECP d/b/a NECC; Barry Cadden | 12 4980-B | Harry Herzog<br>Herzog & Carp<br>427 Mason Park Boulevard<br>Katy, TX 77450<br><br>Law Offices of Thomas R. Murphy, LLC<br>133 Washington Street, 2nd Floor<br>Salem, MA 01970 |

**Exhibit A3**

**State Court Cases Not Removed**

| Plaintiff(s) | Venue | Defendant(s) | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Harry Michael English | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2435 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| Carolyn Fidler, Curtis Lynn Shell, Brian Glenn Caddell, Richard Wayne Henegar, Lynda Bradfield, Elizabeth P. Kirkpatrick, Kathy N. Cole, Dana M. King | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2509 | Cranwell, Moore & Emick, P.L.C.<br>111 West Virginia Avenue<br>Vinton, VA  24179 |
| Christy Fralin | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2434 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| Robin Annette Hannabass | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2436 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| Magaret Hanson | Middlesex County, MA | NECP d/b/a NECC | MICV2012-04645-F | Frank Prokos, Esq.<br>Law Office of Frank Prokos, LLC<br>1600 Providence Highway<br>Walpole, MA  02081 |
| William E. Johnson and Sandra J. Johnson | Davidson County, TN | NECP d/b/a NECC | 12C4920 | Randall L. Kinnard<br>Daniel L. Clayton<br>Kinnard, Clayton & Beveridge<br>127 Woodmont Boulevard<br>Nashville, TN  37205 |
| Donna Montee | Middlesex County, MA | NECP d/b/a NECC | MICV2012-04861 | Kimberly Dougherty, Esq.<br>Janet, Jenner & Suggs, LLC<br>75 Arlington Street<br>Suite 500<br>Boston, MA  02116 |

**Exhibit A3**

**State Court Cases Not Removed**

| Plaintiff(s) | Venue | Defendant(s) | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Jocelyn Kae Norris | Cumberland County, TN | NECP d/b/a NECC | CV0005650 | Scott & Cain<br>550 West Main Avenue<br>Suite 601<br>Knoxville, TN  37902 |
| James Palmer and Michelle Palmer | Cumberland County, TN | NECP d/b/a NECC | CV0005649 | Scott & Cain<br>550 West Main Avenue<br>Suite 601<br>Knoxville, TN  37902 |
| Nancy Phillips | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2398 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| Dana Scott Pruitt and Lesa Shadowhawk, surviving adult children of Elizabeth A. Pruitt (deceased) | Davidson County, TN | NECP d/b/a NECC | 12C4921 | Randall L. Kinnard<br>Daniel L. Clayton<br>Kinnard, Clayton & Beveridge<br>127 Woodmont Boulevard<br>Nashville, TN  37205 |
| Craig Simas and Joan Simas | Middlesex County, MA | NECP d/b/a NECC; Ocean State Pain Management, Inc | 12 4591 | Wickstrom Morse, LLP<br>60 Church Street<br>Whitinsville, MA  01588 |
| Kathy Sinclair | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2397 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| Reba M. Skelton and Roy H. Skelton | Davidson County, TN | NECP d/b/a NECC | 12C4918 | Randall L. Kinnard<br>Daniel L. Clayton<br>Kinnard, Clayton & Beveridge<br>127 Woodmont Boulevard<br>Nashville, TN  37205 |
| Lloyd Smith | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2454 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |

**Exhibit A3**

**State Court Cases Not Removed**

| Plaintiff(s) | Venue | Defendant(s) | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Margaret Snopkowski | Suffolk County, MA | NECP d/b/a NECC | SUCV2012-03872 | Elizabeth A. Kaveny<br>Burke Wise Morrissey & Kaveny<br>161 North Clark Street<br>Suite 3250<br>Chicago, IL  60601-3330 |
| Donna West | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2396 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |

**Exhibit A4**

**Cases Naming Non-Debtor Defendants Only**

| Case Name | Venue | Defendants | Plaintiff(s)' Counsel |
|---|---|---|---|
| Edward Adams | USDC- District of Massachusetts<br>Adversary No: 13-01026<br>Civil Docket: 1:13-cv-10229 | Barry Cadden; Lisa Cadden; Gregory Conigliaro; Glenn Chin; ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories; Ameridose, LLC; Medical Sales Management, Inc.; GDC Properties Management, Inc. | Frederic L. Ellis<br>Edward D. Rapaki<br>Joseph M. Makalusky<br>Ellis & Rapaki, LLP<br>85 Merrimac Street<br>Suite 500<br>Boston, MA  02114<br><br>J. Douglas Peters<br>Charfoos & Christensen, PC<br>Hecker-Smiley Mansion<br>5510 Woodward Avenue<br>Detroit, MI  40202 |
| Bradley | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 |
| Epperly | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 |
| Filson | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 |
| Foutz | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 |

**Exhibit A4**

**Cases Naming Non-Debtor Defendants Only**

| Case Name | Venue | Defendants | Plaintiff(s)' Counsel |
|---|---|---|---|
| Harris | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 |
| Kalinoski | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 |
| May | Davidson County, TN | Saint Thomas Outpatient Neurological Center, LLC; Howell Allen Clinic A Professional Corporation | William D. Leader<br>George H. Nolan<br>Leader, Bulso & Nolan, PLC<br>414 Union Street, Suite 1740<br>Nashville, TN 37219 |
| McFarlane | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 |
| Reed | Davidson County, TN | Saint Thomas Outpatient Neurological Center, LLC; Howell Allen Clinic A Professional Corporation | William D. Leader<br>George H. Nolan<br>Leader, Bulso & Nolan, PLC<br>414 Union Street, Suite 1740<br>Nashville, TN 37219<br><br>William H. Lassiter, Jr.<br>John Overton Belcher<br>Lassiter Tidwell & Davis, PLLC<br>One Nashville Place<br>150 4th Avenue North, Suite 1850<br>Nashville, TN  37219 |

**Exhibit A4**

**Cases Naming Non-Debtor Defendants Only**

| Case Name | Venue | Defendants | Plaintiff(s)' Counsel |
|---|---|---|---|
| Leonard Shaffer and Karen Shaffer | USDC- District of Massachusetts<br>Adversary No: 13-01023<br>Civil Docket: 1:13-cv-10226 | Barry Cadden; Lisa Cadden; Gregory Conigliaro; Glenn Chin; ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories; Ameridose, LLC; Medical Sales Management, Inc.; GDC Properties Management, Inc. | Frederic L. Ellis<br>Edward D. Rapaki<br>Joseph M. Makalusky<br>Ellis & Rapaki, LLP<br>85 Merrimac Street<br>Suite 500<br>Boston, MA  02114<br><br>J. Douglas Peters<br>Charfoos & Christensen, PC<br>Hecker-Smiley Mansion<br>5510 Woodward Avenue<br>Detroit, MI  40202 |
| Smith, James Wirt | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 |
| Smith, Randolph | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 |
| Whitlow | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 |
| Wingate | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 |

# **EXHIBIT 1**

**Form of Notice of Removal and Transfer**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | Docket No. _____<br>(Related to Docket No. 1:13-md-2419-FDS)<br><br>NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)<br><br>(Transferred from: [NAME OF STATE COURT AND STATE COURT CASE NO.] |
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | Docket No. _____<br>(Related to Master Docket No. 12-12052-FDS) |

In accordance with the Opinion and Order issued on **[DATE]** by the Honorable Dennis F. Saylor, IV, Judge, United States District Court for the District of Massachusetts (the "Order"), notice is hereby given as follows:

1. Pursuant to 28 U.S.C. § 157(b)(5), this case is removed and transferred from the **[NAME OF STATE COURT]**, Case No. **[STATE COURT CASE NUMBER]** (the "State Court Action") to this Court. (A copy of the Order is attached as Exhibit A.)

2. The Clerk of Court in the State Court Action will be directed to transfer the entire court case filed pertaining to this action to the Clerk of the District of Massachusetts within twenty-one (21) days of filing in the State Court Action of a Notice of Filing of Notice of Removal and Transfer Pursuant to 28 U.S.C. § 157(b)(5).

3. A Notice of Filing of Notice of Removal and Transfer Pursuant to 28 U.S.C. § 157(b)(5) promptly is being filed with the Clerk of Courts in the State Court Action and provided to all parties of record.

DM3\2477178.6

2

For the foregoing reasons, this action is hereby removed and transferred from the **[NAME OF STATE COURT]** to this Honorable Court.

Dated:	[DATE OF REMOVAL]
	[LOCATION]

> Respectfully submitted,
>
> _____
> [REMOVING COUNSEL]
>
> Attorneys for [REMOVING DEFENDANT]