# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC., ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL NO.: 1:13-md-2419-FDS |
| This Document Relates to: ) | |
| ) | |
| **All Cases.** ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF ARL BIO PHARMA, D/BA/ ANALYTICAL RESEARCH LABORATORIES

Please enter the appearance of Kristen R. Ragosta of Donovan Hatem LLP as counsel for the defendant, ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories ("ARL"), in connection with the above-entitled matter. Kenneth B. Walton will remain lead counsel for ARL.

ARL Bio Pharma, Inc. d/b/a
Analytical Research Laboratories
By its attorneys,

*/s/ Kristen R. Ragosta*
_____
Kenneth B. Walton, Esq., BBO #562174
Kristen R. Ragosta, Esq., BBO #664362
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA  02110
(617) 406-4500
kwalton@donovanhatem.com
kragosta@donovanhatem.com

DATED:  March 11, 2013

## CERTIFICATE OF SERVICE

  This is to certify that a true and accurate copy of the foregoing has been filed with the Clerk of the Court on March 11, 2013 using the ECF system which will send notification of this filing to all ECF— registered counsel of record that are identified on the Notice of Electronic Filing.

            */s/ Kristen R. Ragosta*_____
            *Attorney for ARL Bio Pharma, Inc. d/b/a*
            *Analytical Research Laboratories*

01511635.DOCX/25326.00039