UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) <br> ) <br> NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC., ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates to: ) <br> ) <br> **All Cases.** ) <br> ) | MDL NO.: 1:13-md-2419-FDS |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF
ARL BIO PHARMA, D/BA/ ANALYTICAL RESEARCH LABORATORIES**

Please enter the appearance of Kenneth B. Walton of Donovan Hatem LLP as counsel for the defendant, ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories ("ARL"), in connection with the above-entitled matter.

                                      ARL Bio Pharma, Inc. d/b/a
                                      Analytical Research Laboratories
                                      By its attorneys,

                                      */s/ Kenneth B. Walton*
                                      _____
                                      Kenneth B. Walton, Esq., BBO #562174
                                      Kristen R. Ragosta, Esq., BBO #664362
                                      DONOVAN HATEM LLP
                                      Two Seaport Lane
                                      Boston, MA  02110
                                      (617) 406-4500
                                      kwalton@donovanhatem.com
                                      kragosta@donovanhatem.com

DATED:  March 11, 2013

## CERTIFICATE OF SERVICE

  This is to certify that a true and accurate copy of the foregoing has been filed with the Clerk of the Court on March 11, 2013 using the ECF system which will send notification of this filing to all ECF— registered counsel of record that are identified on the Notice of Electronic Filing.

        /s/ *Kristen R. Ragosta*_____
        *Attorney for ARL Bio Pharma, Inc. d/b/a*
        *Analytical Research Laboratories*

01511630.DOCX/25326.00039

2