UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY CASES LITIGATION | MDL No. 2419<br>Master Docket No. 12-cv-12052 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**NOTICE OF APPEARANCE BY THOMAS M. SOBOL**

Please enter the appearance of Thomas M. Sobol of Hagens Berman Sobol Shapiro LLP as counsel for plaintiffs Michele Erkan (12-cv-12052), Robert Cole (12-cv-12066), and the proposed class (12-cv-12052, 12-cv-12066), as well as in his capacity as plaintiffs' liaison counsel (see 12-cv-12052, Dkt. no. 108) in connection with the above-entitled matter.

Dated: March 11, 2013

Respectfully submitted,

*/s/ Thomas M. Sobol*
Thomas M. Sobol, BBO # 471770
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
(617) 482-3700
tom@hbsslaw.com

*Counsel for plaintiffs Erkan, Cole, and the proposed class and as plaintiffs' liaison counsel*

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol, hereby certify that I caused a copy of the above Notice of Appearance to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: March 11, 2013

*/s/ Thomas M. Sobol*
Thomas M. Sobol, BBO # 471770