UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY CASES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | MDL No. 2419<br>Master Docket No. 12-cv-12052 (FDS) |

### NOTICE OF APPEARANCE BY KRISTEN JOHNSON PARKER

Please enter the appearance of Kristen Johnson Parker of Hagens Berman Sobol Shapiro LLP as counsel for plaintiffs Michele Erkan (12-cv-12052), Robert Cole (12-cv-12066), and the proposed class (12-cv-12052, 12-cv-12066), as well as in her capacity as plaintiffs' liaison counsel (see 12-cv-12052, Dkt. no. 108) in connection with the above-entitled matter.

Dated: March 11, 2013         Respectfully submitted,

*/s/ Kristen Johnson Parker*
Kristen Johnson Parker, BBO # 667261
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
(617) 482-3700
kristenjp@hbsslaw.com

*Counsel for plaintiffs Erkan, Cole, and the proposed class and as plaintiffs' liaison counsel*

## CERTIFICATE OF SERVICE

I, Kristen Johnson Parker, hereby certify that I caused a copy of the above Notice of Appearance to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: March 11, 2013

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kristen Johnson Parker*
　　　　　　　　　　　　　　　　　　　　　　　　Kristen Johnson Parker, BBO # 667261