# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
### (at Boston)

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) Master File No. 1:13-MD-2419-FDS<br>) MDL Docket No. 2419<br>)<br>) This Document Relates to:<br>)<br>) *Baer v. New England Compounding*<br>) *Pharmacy, Inc., et al.*, Case No. 13-cv-<br>) 10361<br>)<br>) *Hartman v. New England Compounding*<br>) *Pharmacy, Inc., et al.*, Case No. 13-cv-<br>) 10374 |

### STIPULATED EXTENSION OF TIME TO APRIL 10, 2013 TO ANSWER PLAINTIFFS' COMPLAINTS

Plaintiffs Maryann and Darrell Baer and Harold and Catherine Hartman and Defendant Ameridose, LLC, by and through counsel, hereby stipulate and agree that Ameridose will have until April 10, 2013 to Answer or otherwise move or plead in response to Plaintiffs' Complaints.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(a)(2), I, Scott J. Tucker, do hereby certify that I conferred with Plaintiffs' counsel regarding Defendant's Stipulated Extension of Time to April 10, 2013 to Answer Plaintiffs' Complaints.

Date: March 11, 2013

Respectfully submitted,

s/ *Scott J. Tucker*
Scott J. Tucker (BBO # 503940)
Matthew E. Mantalos (BBO #669404)
Tucker, Heifetz & Saltzman, LLP
100 Franklin Street
Boston, MA 02110
Tel:    617.986.4223
Fax:    617.986.6229
E-mail: tucker@tsd-lawfirm.com
mantalos@tsd-lawfirm.com

Richard A. Dean (#0013165)
Matthew P. Moriarty ( #0028389)
Tucker Ellis LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115
Tel:    216.592.5000
Fax:    216.592.5009
E-mail: richard.dean@tuckerellis.com
matthew.moriarty@tuckerellis.com

*Attorneys for Defendant Ameridose, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on March 11, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

*/s/ Scott J. Tucker*
*One of the Attorneys for Defendant Ameridose, LLC*