UNITED STATES DISTRICT COURT
District of Massachusetts

Erkan

    Plaintiff(s)

v.

New England Compounding Pharmacy, Inc.,
Et al Defendants

Lead Case: 1:13-md-2419-FDS
Related Cases:
1:12-cv-12057-FDS, 1:12-cv-12112-FDS, 1:12-cv-12066-FDS
1:12-cv-12055-FDS, 1:12-cv-12077-FDS, 1:12-cv-12074-FDS
1:12-cv-12078-FDS, 1:12-cv-12075-FDS, 1:12-cv-12388-FDS
1:12-cv-12121-FDS, 1:12-cv-12123-FDS, 1:12-cv-12208-FDS
1:12-cv-12276-FDS, 1:12-cv-12322-FDS, 1:12-cv-12323-FDS
1:13-cv-10167-FDS

Notice is hereby given that, subject to approval by the Court, Tawan Jenkins & Franklin Jenkins substitutes S. James Boumil, Esq. Boumil Law Offices 120 Fairmount Street Lowell, MA 01852 [State Bar #050940] as counsel of record in place of Thomas G. Shapiro, Esq. Shapiro, Haber & Urmy 53 State Street Boston, MA 02108

Contact information for new counsel is as follows:
Firm Name: S. James Boumil, Esq.
    Boumil Law Offices
    120 Fairmount Street
    Lowell, MA 01852
    Tel: 978-458-0507   Fax: 978-453-6785
    E-Mail: SJBoumil@Boumil-Law.com

I consent to the above substitution:

*[signature]* Tawan Jenkins     *[signature]* Franklin Jenkins    DATE: 3/8/13

I consent to being substituted:

_____  DATE: March 4, 2013
Thomas G. Shapiro, Esq.

_____  DATE: 3-11-03
S. James Boumil, Esq. BBO#050940
Boumil Law Offices
120 Fairmount Street
Lowell, MA 01852
Tel:978-458-0507
E-Mail: SJBoumil@Boumil-Law.com

The substitution of attorney is hereby approved and so ORDERED:

_____  DATE:
Judge F. Dennis Saylor IV