UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No.: 1:13-md-2419-FDS |

## NOTICE OF APPEARANCE

NOW COMES Anne Andrews of the firm of Andrews & Thornton and enters her appearance as counsel for Plaintiff Kathleen Guzman (1:12-cv-12208) in the above-captioned matter.

                                                          Respectfully submitted,
                                                          For the Plaintiff,

                                                          __/s/Anne Andrews__
                                                          Anne Andrews, CA Bar #: 103280
                                                          ANDREWS & THORNTON
                                                          2 Corporate Park, Suite 110
                                                          Irvine, California 92606
                                                          T: (949) 748-1000
                                                          F: (949) 315-3540
                                                          *aa@andrewsthornton.com*

Dated: March 12, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March 2013, true and accurate copies of this document and the accompanying memorandum of law filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

    /s/Anne Andrews
Anne Andrews