Erkan

       Plaintiff(s)

v.                                                                                          Documents Concerning
                                                                                            Case No. 1:12-cv-12322

New England Compounding Pharmacy, Inc.,
Et al Defendants

Lead Case: 1:13-md-02419FDS
Related Cases:
1:12-cv-12057-FDS, 1:12-cv-12112-FDS, 1:12-cv-12066-FDS
1:12-cv-12055-FDS, 1:12-cv-12077-FDS,1:12-cv-12074-FDS
1:12-cv-12078-FDS,1:12-cv-12075-FDS,1:12-cv-12388-FDS
1:12-cv-12121-FDS,1:12-cv-12123-FDS,1:12-cv-12208-FDS
1:12-cv-12276-FDS,1:12-cv-12322-FDS,1:12-cv-12323-FDS
1:13-cv-10167-FDS

## MOTION TO SUBSTITUTE COUNSEL

Now come the Plaintiffs Donald B. Floeckher and Marlene Floeckher in the above matter and respectfully request the Court to approve the Notice of Substitute Counsel attached hereto as Exhibit A. Exhibit A is a reproduction official national form of the Court requesting Court approval of the substitution of Thomas Shapiro, Esq. of Shapiro, Haber and Urmy of Boston, MA by S. James Boumil, Esq., Boumil Law Offices, 120 Fairmount Street Lowell, MA 01852. The request has been signed by the Clients, Atty. Thomas Shapiro as departing counsel and Atty. S. James Boumil, as new counsel.

Respectfully submitted:

/S/ *S James Boumil*. 3/13/13
S. James Boumil,Esq.  BBO#050949
120 Fairmount Street
Lowell,MA 01852
Tel:978-458-0507
E-Mail:SJBoumil@Boumil-Law.com
Certificate of Service Attached

CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing has been filed with the Clerk of the Court on March 13,2013, using the ECF system which will send notification of this filing to all ECF Registered counsel of record that are identified in the Notice of Electronic Filing.

/S/   S. James Boumil, Esq  Attorney to Donald B. Floeckher and Marlene Floeckher
Boumil Law Offices
 120 Fairmount Street
Lowell,MA 01852
E-Mail: SJBoumil@Boumil-Law.com                                        3/13/13