EX. A

UNITED STATES DISTRICT COURT
District of Massachusetts

Erkan

    Plaintiff(s)

v.                                                                                       Documents Concerning
                                                                                         Case No. 1:12-cv-12322

New England Compounding Pharmacy, Inc.,
Et al Defendants

Lead Case: 1:13-md-02419FDS
Related Cases:
1:12-cv-12057-FDS, 1:12-cv-12112-FDS, 1:12-cv-12066-FDS
1:12-cv-12055-FDS, 1:12-cv-12077-FDS,1:12-cv-12074-FDS
1:12-cv-12078-FDS,1:12-cv-12075-FDS,1:12-cv-12388-FDS
1:12-cv-12121-FDS,1:12-cv-12123-FDS,1:12-cv-12208-FDS
1:12-cv-12276-FDS,1:12-cv-12322-FDS,1:12-cv-12323-FDS
1:13-cv-10167-FDS

Notice is hereby given that, subject to approval by the Court, Donald Floeckher and Marlene Floeckher substitutes S. James Boumil, Esq. Boumil Law Offices 120 Fairmount Street Lowell, MA 01852 [State Bar #050940] as counsel of record in place of Thomas G. Shapiro,Esq. Shapiro, Haber & Urmy 53 State Street Boston, MA 02108

Contact information for new counsel is as follows:
Firm Name: S. James Boumil, Esq.
        Boumil Law Offices
        120 Fairmount Street
        Lowell, MA 01852
        Tel: 978-458-0507   Fax: 978-453-6785
        E-Mail: SJBoumil@Boumil-Law.com

I consent to the above substitution:

_____        _____ DATE: 3/8/2013
Donald Floeckher                               Marlene Floeckher

I consent to being substituted:

_____ DATE: March 4, 2013
Thomas G. Shapiro, Esq.

_____ DATE: 3/13/13
S. James Boumil, Esq. BBO#050940
Boumil Law Offices
120 Fairmount Street
Lowell, MA 01852
Tel:978-458-0507
E-Mail: SJBoumil@Boumil-Law.com

The substitution of attorney is hereby approved and so ORDERED:

_____
Judge F. Dennis Saylor IV        DATE: