UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −2)**

On February 12, 2013, the Panel transferred 4 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* __F.Supp.2d__ (J.P.M.L. 2013). Since that time, 98 additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable F. Dennis Saylor.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saylor.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Massachusetts for the reasons stated in the order of February 12, 2013, and, with the consent of that court, assigned to the Honorable F. Dennis Saylor.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 04, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS LIABILITY
LITIGATION

MDL No. 2419

### SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| MICHIGAN EASTERN | | | |
| MIE | 2 | 12−15085 | Maroudis et al v. New England Compounding Pharmacy, Inc. |
| MIE | 2 | 12−15087 | Skone et al v. New England Compounding Pharmacy, Inc. |
| MIE | 2 | 12−15088 | Davis et al v. New England Compounding Pharmacy, Inc. |
| MIE | 2 | 12−15089 | Matthews et al v. New England Compounding Pharmacy, Inc. |
| MIE | 2 | 12−15534 | Chatas v. New England Compounding Pharmacy, Inc. |
| MIE | 2 | 12−15537 | Freeman et al v. New England Compounding Pharmacy, Inc. |
| MIE | 2 | 12−15539 | Johnson et al v. New England Compounding Pharmacy, Inc. |
| MIE | 2 | 12−15541 | Litogot v. New England Compounding Pharmacy, Inc. |
| MIE | 2 | 12−15542 | Montalvo et al v. New England Compounding Pharmacy, Inc. |
| MIE | 2 | 13−10472 | Richardson et al v. New England Compounding Pharmacy, Inc. |
| MIE | 2 | 13−10478 | Bricker v. New England Compounding Pharmacy, Inc. |
| MIE | 2 | 13−10484 | Darnell v. New England Compounding Pharmacy, Inc. |
| ~~MIE~~ | ~~2~~ | ~~13−10625~~ | ~~Zwiesler et al v. New England Compounding Pharmacy, Inc. et al~~  Vacated 2/27/2013 |
| MIE | 4 | 12−15444 | Toner v. New England Compounding Pharmacy, Inc. |
| MIE | 4 | 12−15538 | Gould et al v. New England Compounding Pharmacy, Inc. |
| MIE | 4 | 12−15616 | Robinson et al v. New England Compounding Pharmacy, Inc. |
| MIE | 5 | 12−15536 | Darragh v. New England Compounding Pharmacy, Inc. |
| VIRGINIA WESTERN | | | |
| ~~VAW~~ | ~~7~~ | ~~12−00615~~ | ~~Proffitt v. New England Compounding Pharmacy Inc. et al~~  Opposed 3/1/2013 |

| | | | |
|---|---|---|---|
| ~~VAW~~ | ~~7~~ | ~~12−50132~~ | ~~Boggs v. New England Compounding Pharmacy, Inc. et al~~  Opposed 3/1/2013 |
| VAW | 7 | 13−00016 | Mowles v. New England Compounding Pharmacy Inc. et al |