

# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Stephen A. Grossman**
Admitted in New Jersey, New York &
Pennsylvania

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220
Tel: 856-488-7700

Direct Dial:   856-488-7767
Fax:   215-731-3849
Email:   sgrossman@mmwr.com

March 14, 2013

<u>**Via CM/ECF**</u>

Honorable Dennis F. Saylor IV
United States District Court Judge
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

  In re: **New England Compounding Pharmacy, Inc. Products Liability Litigation,
    Docket No. 1:13-md-2419-FDS**
    **This Document Relates To:**
    *Hannah v. New England Compounding Pharmacy, Inc. et al.*, Docket No. 13-cv-10407;
    *Jones v. New England Compounding Pharmacy, Inc. et al.*, Docket No. 13-cv-10409;
    *Ramos v. New England Compounding Pharmacy, Inc. et al.*, Docket No. 13-cv-10410;
    *Rios v. New England Compounding Pharmacy, Inc. et al.*, Docket No. 13-cv-10411;
    *Rivera v. New England Compounding Pharmacy, Inc. et al.*, Docket No. 13-cv-10412;
    *Tayvinsky v. New England Compounding Pharmacy, Inc. et al.*, Docket No. 13-cv-10413;
    *Gould v. New England Compounding Pharmacy, Inc. et al.*, Docket No. 13-cv-10444; and
    <u>*Normand v. New England Compounding Pharmacy, Inc. et al.*, Docket No. 13-cv-10447</u>

Dear Judge Saylor:

  This firm represents defendants South Jersey Healthcare and South Jersey Regional Medical Center (collectively, "SJH") in the above-referenced matters that were transferred from the District Court of New Jersey and assigned to Your Honor on March 5, 2013.

  I write to advise and disclose that your law clerk, Anthony Moffa, is the son of one of my partners in the firm, Louis Moffa, who has provided counsel to SJH in these matters. We attempted to file this letter on March 6th, but did not receive our CM/ECF credentials until today. SJH has no pending motions and has not filed any papers in the motions currently pending before the court.

MONTGOMERY McCRACKEN WALKER & RHOADS LLP

PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
LOUIS A. PETRONI, NEW JERSEY RESPONSIBLE PARTNER

3389581v1

Montgomery McCracken Walker & Rhoads LLP

Honorable Dennis F. Saylor IV
March 14, 2013
Page 2

       Please contact me should you have any questions or require additional information.

       Respectfully submitted,

       Stephen A. Grossman

cc:    All counsel of record (via CM/ECF)

3389581v1