# **EXHIBIT 1**

**Pending Actions Notice**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>   All Cases | MDL No.: 1:13-md-2419-FDS |
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This Document Relates to:<br>   All Cases | Master Docket No. 12-12052 - FDS |

### NOTICE OF CHAPTER 11 TRUSTEE'S MOTION TO TRANSFER PERSONAL INJURY TORT AND WRONGFUL DEATH CASES TO THIS COURT PURSUANT TO 11 U.S.C. §§ 157(b)(5) AND 1334

**PLEASE TAKE NOTICE** that on March 10, 2013, Paul D. Moore, the Chapter 11 Trustee (the "Trustee") for the Estate of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor") filed a motion [Doc. No. 37] (the "Motion") in the multidistrict litigation involving NECC pending in the United States District Court for the District of Massachusetts (the "Court") for entry of an order transferring to the Court the personal injury and wrongful death cases identified on Exhibit A to the memorandum [Doc. No. 38] (the "Memorandum") in support of the Motion (as amended, the "Schedule of Pending Actions");

**PLEASE TAKE FURTHER NOTICE** that on March 15, 2013, the Trustee filed an amended Schedule of Pending Actions to include additional actions [Doc. No. 57];

**PLEASE TAKE FURTHER NOTICE** that on March __, 2013, the Court entered an order establishing and approving certain procedures for the Motion as it relates to the Schedule of Pending Actions (the "Procedures Order");

DM3\2482384.6

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be in writing, shall conform to the Federal Rules of Civil Procedure and the Local Rules of the Court, shall be filed by **April 16, 2013** with the Court, 1 Courthouse Way, Boston, Massachusetts 02210, and served upon the undersigned counsel to the Trustee;

**PLEASE TAKE FURTHER NOTICE** that the Motion, Memorandum, exhibits to the Memorandum, and proposed order relating to the Motion are available on the website maintained by the claims agent retained in the Debtor's bankruptcy case at http://www.donlinrecano.com/cases/caseinfo/necp and/or by requesting copies of same from the undersigned counsel; and

**PLEASE TAKE FURTHER NOTICE** that, unless written objections to the Motion are filed with the Court by April 16, 2013, there may not be a hearing and the Motion may be approved.

Dated: _____, 2013

Respectfully submitted,

DUANE MORRIS LLP

*/s/ Michael R. Gottfried*
Michael R. Gottfried (BBO #542156)
Jennifer L. Mikels (BBO# 682199)
100 High Street, Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200
Fax: (857) 488-4201
Email: mrgottfried@duanemorris.com
jlmikels@duanemorris.com

Counsel for PAUL D. MOORE, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center