## **EXHIBIT C**

**Subsequent Actions Notice**

[CAPTION]

|  )
|  )
|  )
|  )
|  )
|  )
|  )
|  )
|  )  Docket No. [Subsequent Action No.]
|  )
|  )
|  )
|  )
|  )
|  )
|  )

## NOTICE OF TRANSFER PURSUANT TO 11 U.S.C. §§ 157(b)(5) AND 1334

**PLEASE TAKE NOTICE** that on March 10, 2013, Paul D. Moore, the Chapter 11 Trustee (the "Trustee") for the Estate of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor") filed a motion [Doc. No. 37] (the "Motion") in the multidistrict litigation involving NECC pending in the United States District Court for the District of Massachusetts (the "Court") for entry of an order transferring to the Court the personal injury and wrongful death cases identified on Exhibit A to the memorandum [Doc. No. 38] (the "Memorandum") in support of the Motion (as amended, the "Schedule of Pending Actions");

**PLEASE TAKE FURTHER NOTICE** that on April __, 2013, the Court entered the attached order (the "Transfer Order") granting the Motion;

**PLEASE TAKE FURTHER NOTICE** that the above-captioned action is a Subsequent Action (as defined in the Transfer Order) and is subject to the Transfer Order;

DM3\2485051.4

**PLEASE TAKE FURTHER NOTICE** that any objection to the above-captioned action being transferred pursuant to the Transfer Order must be in writing, shall conform to the Federal Rules of Civil Procedure and the Local Rules of the Court, shall be filed within **Fourteen (14) days of service of this notice** with the Court, 1 Courthouse Way, Boston, Massachusetts 02210, and served upon the undersigned counsel to the Trustee;

**PLEASE TAKE FURTHER NOTICE** that the Motion, Memorandum and exhibits to the Memorandum are available on the website maintained by the claims agent retained in the Debtor's bankruptcy case at http://www.donlinrecano.com/cases/caseinfo/necp and/or by requesting copies of same from the undersigned counsel; and

**PLEASE TAKE FURTHER NOTICE** that, absent a timely written objection to the transfer of the above-captioned action pursuant to the Transfer Order, this action shall be deemed transferred to the Court.

Dated: _____, 2013

Respectfully submitted,

DUANE MORRIS LLP
*/s/ Michael R. Gottfried*
Michael R. Gottfried  (BBO #542156)
Jennifer L. Mikels (BBO# 682199)
100 High Street, Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200
Fax: (857) 488-4201
Email: mrgottfried@duanemorris.com
jlmikels@duanemorris.com

Counsel for PAUL D. MOORE, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center