UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No.: 1:13-md-2419-FDS |

## NOTICE OF APPEARANCE

**To the Clerk of Court**:

Please enter the appearances of Michael Coren, Esq., Harry M. Roth, Esq. and Christopher M. Placitella, Esq. of the firm of Cohen, Placitella & Roth, P.C. as co-counsel for Plaintiff Kathleen Guzman (1:12-cv-12208) in the above-captioned matter.

Respectfully submitted,

For the Plaintiff Kathleen Guzman

/s/ Christopher M. Placitella_____
Christopher M. Placitella, Esquire
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Phone: (732) 747-9003
cplacitella@cprlaw.com

/s/ Harry M. Roth_____
Harry M. Roth, Esquire

/s/ Michael Coren_____
Michael Coren, Esquire
COHEN, PLACITELLA & ROTH, P.C.
Two Commerce Square
Suite 2900
2001 Market St.
Philadelphia, PA  19103
Phone: (215) 567-3500
hroth@cprlaw.com
mcoren@cprlaw.com

Dated: March 19, 2013

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of March 2013, true and accurate copies of this document and the accompanying memorandum of law filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

          /s/Michael Coren
           Michael Coren