# EXHIBIT B

EXHIBIT B

## CENTER FOR DISEASE CONTROL

Map of Healthcare Facilities that Received Three Recalled Lots of Methylprednisolone Acetate (PF) from New England Compounding Center on September 26, 2012[1]



Number of Victims Represented by Proposed PSC Members in Each Affected State:[2]

1. California: 4
2. Connecticut: unknown
3. Florida: 26
4. Georgia: 2
5. Idaho: 1
6. Illinois: 2
7. Indiana: 4
8. Maryland: 35
9. Michigan: 76
10. Minnesota: 2
11. North Carolina: 7
12. New Hampshire: 13
13. New Jersey: 2
14. Nevada: 1
15. New York: 2
16. Ohio: 7
17. Pennsylvania: 5
18. Rhode Island: 2
19. South Carolina: 1
20. Tennessee: 41
21. Texas: 3
22. Virginia: 41
23. West Virginia: unknown

---

[1] *See* http://www.cdc.gov/hai/outbreaks/meningitis-facilities-map.html
[2] A small portion of our clients received injections of defective NECP products other than methylprednisolone acetate and/or have suffered injuries other than an explicit diagnosis of fungal meningitis.