UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY CASES | Master Docket No. 1:13-md-02419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>Jane R. and Gerald W. Wray v.<br>New England Compounding Pharmacy, Inc. | Civil Action No. 1:13-CV-10450 (FDS) |

## ASSENTED TO MOTION FOR ADMISSION OF
## MARK P. CHALOS, PRO HAC VICE FOR PLAINTIFFS

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned attorney[1] hereby moves on behalf of Plaintiffs Jane R. and Gerald W. Wray for an order granting leave for Mark P. Chalos to appear and practice in this Court in the above-captioned matter. Defendant's counsel has assented to this Motion.

The Affidavit required by Local Rule 83.5.3(b) is submitted herewith.

WHEREFORE, Plaintiffs move for the admission of Attorney Chalos, pro hac vice, to appear as co-counsel in the above-referenced matter.

Dated this the 19th day of March, 2013.

Respectfully submitted,

Jane R. and Gerald W. Wray, PLAINTIFFS

By their counsel:

/s/ Rick Piliponis
Rick Piliponis (TN Bar No. 016249)
HIGGINS, HIMMELBERG & PILIPONIS PLLC
116 Third Avenue South
Nashville, TN 37201
Telephone: (615) 353-0930
Facsimile: (615) 216-8372
Email: rdp@higginsfirm.com

---

[1] Attorney Piliponis was counsel of record for Plaintiffs in this action prior to transfer by the Judicial Panel for Multidistrict Litigation and, pursuant to this Court's February 15, 2013 Order, MDL Order No. 1 (doc. no 4), is exempted from the local rule requiring retention of a local attorney and pro hac vice admission.

1084386.1

and

/s/ Mark P. Chalos
Mark P. Chalos (TN Bar No. 019328)
*Pro Hac Motion Pending*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
Email: mchalos@lchb.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(a)(2), I, Rick Piliponis, do certify that Plaintiffs conferred with Defense counsel regarding Plaintiff's Motion.

/s/ Rick Piliponis

## CERTIFICATE OF SERVICE

I, Rick Piliponis, do hereby certify that on this the 19th day of March, 2013, the document sent to the Court and will be sent to all counsel of record by electronic means.

/s/ Rick Piliponis