UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANE R. WRAY and GERALD W. WRAY,

    Plaintiffs,

v.

NEW ENGLAND COMPOUNDING
PHARMACY INC., et al.

    Defendants.

Civil Action No. 1:13-CV-10450 (FDS)

## AFFIDAVIT OF MARK P. CHALOS

I, Mark P. Chalos, state as follows:

1. I received my law degree from Emory University School of Law and have been a practicing attorney for over 15 years.

2. My office is located at Lieff, Cabraser, Heimann & Bernstein LLP, 150 Fourth Avenue North, Suite 1650, Nashville, Tennessee 37219.

3. I am a member in good standing and am eligible to practice law in each jurisdiction and court to which I have been admitted, and I am not subject to any pending disciplinary proceedings.

4. I am admitted to the state bar of Tennessee.

5. I am admitted to practice before the following courts:

   I have been admitted in the following jurisdictions: U.S. Supreme Court, U.S. Court of Appeals Sixth Circuit, Tennessee Supreme Court, U.S. District Court for the Middle District of Tennessee, U.S. District Court for the Eastern District of Tennessee, U.S. District Court for the Western District of Tennessee, and U.S. District Court for the Northern District of Florida.

1087606.1

6. I submit myself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action.

7. I have reviewed and am familiar with the Local Civil Rules for the United States District Court for Massachusetts,

Dated this the 19th day of March, 2013.

Respectfully Submitted,

Mark P. Chalos, Esq.
LIEFF CABRASER HEIMANN & BERNSTEIN
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
(615) 313-9000
(615) 313-9965 FAX

COUNTY OF DAVIDSON )
STATE OF TENNESSEE  )

I hereby certify that on this 19th day of March, 2013, Mark P. Chalos, Esq. appeared before me and signed the foregoing Affidavit of Mark P. Chalos.

Given under my hand this 19th day of March, 2013.

NOTARY PUBLIC



My Commission Expires MAR. 8, 2016

1087606.1



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF TENNESSEE**

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY That **MARK P. CHALOS** was duly admitted to practice in said Court on **February 3rd, 2000**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on March 19, 2013.



KEITH THROCKMORTON, CLERK

By _____
Deputy Clerk