# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY CASES | Master Docket No. 1:13-md-02419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>Jane R. and Gerald W. Wray v.<br>New England Compounding Pharmacy, Inc. | Civil Action No. 1:13-CV-10450 (FDS) |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to MDL Order No. 1 (entered February 15, 2013 in Master Case No. 1:13-md-02419-FDS), and the March 21, 2013 Order granting the admission of Mark P. Chalos *pro hac vice*, Mark P. Chalos hereby gives notice of the entry of his appearance in the above-styled matter as additional counsel for Plaintiffs Jane R. and Gerald W. Wray.

Counsel for all parties and the Clerk are requested to note this representation in this file and serve all further pleadings and orders via the CM/ECF system upon counsel at the indicated e-mail address.

Dated this the 22nd day of March, 2013.

        Respectfully submitted,

        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

          /s/  Mark P. Chalos
        Mark P. Chalos (TN Bar No. 019328)
        *Admitted Pro Hac Vice*
        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
        150 Fourth Avenue North, Suite 1650
        Nashville, TN  37219
        Telephone:  (615) 313-9000
        Facsimile:  (615) 313-9965
        Email:  mchalos@lchb.com

1088695.1

- 2 -

**CERTIFICATE OF SERVICE**

On March 22, 2013, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Mark P. Chalos

- 2 -

1088695.1