UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS LIABILITY LITIGATION

Radford v. New England Compounding Pharmacy, Inc., et al.,  )
    W.D. Virginia, C.A. No. 7:12–00562  )    MDL No. 2419
Boggs v. New England Compounding Pharmacy, Inc., et al.,  )
    W.D. Virginia, C.A. No. 7:12-50132  )


### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDERS


       Conditional transfer orders were filed in these actions *(Radford* and *Boggs)* on February 14, 2013, and February 22, 2013, respectively. Prior to expiration of the orders' 7-day stay of transmittal, defendant Image Guided Pain Management, P.C., filed notices of opposition to the proposed transfers. The Panel has now been informed that Image Guided has been dismissed as a party in the above-referenced actions and has withdrawn its opposition to transfer as to those actions.

       IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on February 14, 2013, and "CTO-2" filed on February 22, 2013, is LIFTED insofar as it relates to these actions. The actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable F. Dennis Saylor.


FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify on 3/25/13 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☑ electronically filed original filed on 3/23/13
☐ original filed in my office on _____

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By:_____
Deputy Clerk