UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ] | |
| NEW ENGLAND COMPOUNDING ] | MDL: 2419 |
| PHARMACY CASES LITIGATION ] | MASTER DKT: 1:13-md-02419(FDS) |
| ] | |
| THIS DOCUMENT RELATES TO: ] | |
| ALL ACTIONS ] | |

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of the Plaintiff, Sandra Harrison, in the above MDL matter. Ms. Harrison's action is styled *Harrison v. New England Compounding Pharmacy, Inc.*, Case No. 1:12-cv-12078-FDS.

Dated:  March 25, 2013            */s/  J. Gerard Stranch, IV*
                                  J. Gerard Stranch, IV (BPR #23045)
                                  BRANSTETTER, STRANCH & JENNINGS, PLLC
                                  227 Second Avenue North, 4th Floor
                                  Nashville, TN  37201-1631
                                  Tel.: (615) 254-8801
                                  gerards@branstetterlaw.com


                                  *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served via the Court's electronic filing system on March 25, 2013.

                                                  */s/ J. Gerard Stranch, IV*
                                                  J. Gerard Stranch, IV