UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
) MDL No.: 1:13-md-2419-FDS
This Document Relates To: )
)
<u>        All Cases.        </u> )

NOTICE OF APPEARANCE

COMES NOW Patrick T. Fennell, of the firm Crandall & Katt, and enters his appearance as counsel for plaintiffs Marvin Clark, Michelle Powell, Christopher Sherrill and Barbara Whittaker in the captioned matter.

Dated: April 8, 2013

Respectfully submitted,

MARVIN CLARK
MICHELLE POWELL
CHRISTOPHER SHERRILL
BARBARA WHITTAKER

<u>/s/Patrick T. Fennell</u>
Patrick T. Fennell, Esq. (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2013, true and complete copies of this document filed through court's CM/ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/Patrick T. Fennell
Patrick T. Fennell, Esq. (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com