**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**
(A Limited Liability Partnership Formed in Pennsylvania)
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, New Jersey 08002
(856) 488-7700
*Attorneys for Defendants South Jersey Health System, Inc.
and South Jersey Hospital, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** | CIVIL ACTION<br>MDL No. 1:13-md-02419<br><br>Hon. F. Dennis Saylor, IV |
| **This Document Relates To:**<br>*Jones v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10409-FDS;<br>*Ramos v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10410-FDS;<br>*Rios, et al. v. New England Compounding Pharmacy, Inc., et al.*, 13-10411-FDS;<br>*Rivera, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10412-FDS;<br>*Tayvinsky, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10414-FDS;<br>*Gould, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10444-FDS;<br>*Normand, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10447-FDS | |

**DECLARATION OF LOUIS R. MOFFA, JR.**

I, Louis R. Moffa, Jr., hereby submit this Declaration to the Court pursuant to Local Rule 83.5.3, in support of the Motion to Admit me *Pro Hac Vice* and as part of my application for leave to practice in this Court and to appear as co-counsel on behalf of Defendants South Jersey Health System, Inc. and South Jersey Hospital, Inc., by whom I have been retained, and state:

3425716v1

1. I am a member in good standing of the Bars of the State of New Jersey, the United States District Court for the District of New Jersey, the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the District of Columbia, the United States District Court for the District of Columbia, the United States Supreme Court and the Courts of Appeal of the Third, Fourth, Ninth and District of Columbia Circuits.

2. I am a partner at the law firm of Montgomery, McCracken, Walker & Rhoads, LLP; my office is located at LibertyView, Suite 600, 457 Haddonfield Road, Cherry Hill, New Jersey 08002; my direct telephone number is 856-488-7740.

3. I have been requested by South Jersey Health System, Inc. and South Jersey Hospital, Inc. to act as co-counsel in the above-captioned matters.

4. I have never been subject to any disciplinary action, and no disciplinary actions are pending against me as a member of any bar to which I am admitted.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2013

/s/ *Louis R. Moffa, Jr.*
Louis R. Moffa, Jr.