**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**
(A Limited Liability Partnership Formed in Pennsylvania)
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, New Jersey 08002
(856) 488-7700
*Attorneys for Defendants South Jersey Health System, Inc.
and South Jersey Hospital, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** : | CIVIL ACTION<br>MDL No. 1:13-md-02419<br><br>Hon. F. Dennis Saylor, IV |
| **This Document Relates To:** :<br>*Hannah v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10407-FDS; :<br>*Jones v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10409-FDS; :<br>*Ramos v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10410-FDS; :<br>*Rios, et al. v. New England Compounding Pharmacy, Inc., et al.*, 13-10411-FDS; :<br>*Rivera, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10412-FDS; :<br>*Tayvinsky, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10414-FDS; :<br>*Gould, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10444-FDS; :<br>*Normand, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10447-FDS : | |

**DEFENDANT SOUTH JERSEY HOSPITAL, INC.'S
CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant South Jersey Hospital, Inc. [incorrectly pled in the captions in the above matters as South Jersey Healthcare or South Jersey Regional Medical Center], states that it does not have a parent corporation. South Jersey

3425861v1

Hospital, Inc. was incorporated in the State if New Jersey as a non-profit, non-stock, membership, charitable organization. Defendant South Jersey Health System, Inc. is the sole member of South Jersey Hospital, Inc. Because South Jersey Hospital, Inc. has no stock and is a 501(c)(3) charitable organization, no entity, including any publicly held corporation, has an ownership interest in South Jersey Hospital, Inc.

Respectfully submitted,

MONTGOMERY, McCRACKEN, WALKER
& RHOADS, LLP

Dated:  April 8, 2013

s/*Stephen A. Grossman*
Stephen A. Grossman
Louis R. Moffa, Jr. (counsel in *Hannah* matter; *pro hac vice* application pending in *Jones, Ramos, Rios, Rivera, Tayvinsky, Gould,* and *Normand* matters)
Montgomery, McCracken, Walker
  & Rhoads, LLP
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
sgrossman@mmwr.com
lmoffa@mmwr.com
(856) 488-7700
(856) 488-7720 (facsimile)

*Attorneys for Defendants*
*South Jersey Health System, Inc.*
*and South Jersey Hospital, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on April 8, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

s/*Stephen A. Grossman*
Stephen A. Grossman

3425861v1