UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY CASES LITIGATION | MDL No. 2419<br>Master Docket No. 12-cv-12052 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

JOINTLY PROPOSED AGENDA
FOR THE APRIL 10, 2013 STATUS CONFERENCE

Plaintiffs, Ameridose LLC, and New England Compounding Pharmacy, Inc. (through both the Trustee and counsel) jointly propose the following agenda for the April 10, 2013 status conference:

1. Appointing Plaintiffs' Steering Committee and Lead Counsel (Dkt. No. 82), may be moot

2. Trustee's Proposed Order Approving Form and Manner of Notice of the Chapter 11 Trustee's Transfer Motion  (Dkt. No. 58)

    a. Not entered

    b. Plaintiffs have no known objections to proposed notice or schedule (Dkt. No. 66)

    c. To date, notice has been sent by ECF only

    d. Current deadline to respond is April 16, 2013

3. Trustee's Motion to Transfer Personal Injury Tort and Wrongful Death Cases (Dkt. No. 37)

4. Other pending motions and deadlines

    a. Roanoke Gentry Locke Plaintiffs' Motion for Mandatory Abstention under 28 U.S.C. §1334(c)(2) (12-cv-12052, Dkt. No. 209)

    b. Ameridose's motions to withdraw the reference (*e.g.*, 13-cv-10226, Dkt. No. 1)

      c. GDC's motion to withdraw the reference (Dkt. No. 30)

      d. Alaunus's motions to dismiss (*e.g.*, Dkt. No. 33, Dkt. No.72)

      e. Motions to remand

5. Update on bankruptcy proceedings

6. Begin discovery or continue stay?

Dated: April 9, 2013                    Respectfully submitted,

|  |  |
|---|---|
|  | */s/ **Thomas M. Sobol*** |
| Matthew P. Moriarty | Thomas M. Sobol, BBO # 471770 |
| TUCKER ELLIS LLP | Kristen Johnson Parker, BBO# 667261 |
| 925 Euclid Avenue, Suite 1150 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Cleveland, OH 44115 | 55 Cambridge Parkway, Suite 301 |
| (216) 592-5000 | Cambridge, MA  02142 |
| mmoriarty@tuckerellis.com | (617) 482-3700 |
|  | tom@hbsslaw.com |
| *Ameridose's Liaison Counsel* | kristenjp@hbsslaw.com |
|  |  |
|  | *Plaintiffs' Lead Counsel* |
|  |  |
| Paul D. Moore | Frederick H. Fern |
| DUANE MORRIS LLP | HARRIS BEACH PLLC |
| 100 High Street, Suite 2400 | 100 Wall Street |
| Boston, MA 02110-1724 | New York, NY 10005 |
| (857) 488-4230 | (212) 687-0100 |
| pdmoore@duanemorris.com | hbnecc@harrisbeach.com |
|  |  |
| *Chapter 11 Trustee for the Estate of New England Compounding Pharmacy, Inc.* | *NECC's Liaison Counsel* |

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol, hereby certify that I caused a copy of the above Jointly Proposed Agenda for the April 10, 2013 Status Conference to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: April 9, 2013

/s/ Thomas M. Sobol
Thomas M. Sobol, BBO # 471770