UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:   NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>    All Actions | MDL No. 1:13-md-2419-FDS |

### MDL Order No. 4
April 11, 2013

### ORDER CONCERNING ATTENDANCE AND PARTICIPATION OF COUNSEL BY TELEPHONE

This order is intended to govern the attendance and participation of counsel by telephone in any court proceedings in this matter.  Because of the large number of attorneys who seek to attend or participate by telephone in this matter, the following rules shall apply.

1. Counsel who wish to attend by telephone should notify Plaintiffs' Lead Counsel reasonably in advance of the proceeding.  Lead Counsel shall prepare and submit to the Court a list of counsel appearing by telephone at or reasonably in advance of the proceeding.

2. Counsel attending by telephone will not be permitted to speak during the proceeding unless called upon or recognized by the Court.  Counsel who wish to address a particular issue by telephone should endeavor to notify the Court in writing reasonably in advance of the proceeding, so that the Court can recognize

        counsel at an appropriate time.

3.      Counsel attending by telephone should endeavor to minimize background noise and other interference during the call.  Counsel should normally mute their telephones, so that they can hear the proceeding but other participants will not hear any unwanted noise or interference.

**So Ordered.**

    /s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  April 11, 2013