UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br><br>This Document Relates to:<br>   All Cases | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   MDL No.: 1:13-md-2419-FDS |
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This Document Relates to<br>   All Cases | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Master Docket No. 12-12052 - FDS |

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 16, 2013.

/s/ *Michael R. Gottfried*
Michael R. Gottfried (BBO #542156)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Tel: 857-488-4200
Fax: 857-488-4201
MRGottfried@duanemorris.com

Counsel for PAUL D. MOORE, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center