UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** | Hon. F. Dennis Saylor, IV<br><br>MDL No. 2419<br>Master Dkt. 1:13-cv-02419-FDS |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | |

_____

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of the Plaintiffs, Brenda Bansale and Robert Bansale, in the above MDL matter. Mr. and Mrs. Bansale's action is styled *Bansale, et al v. New England Compounding Pharmacy, Inc.*, Case No. 1:13-cv-10296-FDS.

Dated: April 17, 2013

Respectfully submitted,

/s/ Alyson Oliver_____
Alyson Oliver (P55020)
OLIVER LAW GROUP PC
Attorney for Plaintiffs
950 W. University Drive, Suite 200
Rochester, MI 48307
(248) 327-6556
aoliver@oliverlg.com