UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. | Hon. F. Dennis Saylor, IV |
| PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of the Plaintiffs, Tawan Jenkins and Franklin Jenkins, in the above MDL matter. Mr. and Mrs. Jenkins's action is styled *Jenkins v. New England Compounding Center, et als.,* USDC C.A. No. 1:12-cv-12276.

Respectfully Submitted,

Dated: April 24, 2013

/s/ S. James Boumil
S. James Boumil (BBO#050940)
Boumil Law Offices
120 Fairmount Street
Lowell, MA 01852
(978) 458-0507
SJBoumil@Boumil-Law.com

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Court On April 25th, 2013 using the ECF system that has sent notice of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system

/S/ S. James Boumil. 4/25/2013
S James Boumil, Esq.
Boumil Law Offices


Attorney for Tawan Jenkins and Franklin Jenkins