UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC.

PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO
ALL ACTIONS

Hon. F. Dennis Saylor, IV

MDL No. 2419
Master Dkt. 1:13-md-02419-FDS

---

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of the Plaintiffs, Donald B. Floeckher and Marlene M. Floeckher, in the above MDL matter. Mr. and Mrs. Floeckher's action is styled *Floeckher v. New England Compounding Center, et als.*, USDC C.A. No. 1:12-cv-12322.

Respectfully Submitted,

Dated: April 24, 2013

/s/ S. James Boumil
S. James Boumil (BBO#050940)
Boumil Law Offices
120 Fairmount Street
Lowell, MA 01852
(978) 458-0507
SJBoumil@Boumil-Law.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Court On April 25th, 2013 using the ECF system that has sent notice of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system

/S/ S. James Boumil. 4/25/2013
S James Boumil, Esq.
Boumil Law Offices

Attorney for Donald B Floeckher and Marlene M. Floeckher