UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** ) ) ) ) )  **This Document Relates To:** ) )  **All Cases** ) ) | MDL No.: 1:13-md-2419-FDS |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please note our new address as of April 28, 2013.

**TUCKER, SALTZMAN & DYER, LLP**
50 Congress Street
Boston, Massachusetts 02109

                                                Defendant,
                                                Ameridose, LLC
                                                By its Attorneys,

                                                */s/ Matthew E. Mantalos*
                                                Matthew E. Mantalos – BBO#669404
                                                Tucker, Saltzman & Dyer, LLP
                                                50 Congress Street
                                                Boston, MA 02109
                                                Tel:     617.986.4222
                                                Fax:    617.986.6229
                                                E-mail:     mantalos@tsd-lawfirm.com

Date:   April 30, 2013

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on April 30, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

               */s/ Matthew E. Mantalos*
               Attorney for Defendant Ameridose, LLC