**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **IN RE: NEW ENGLAND** ) | |
| **COMPOUNDING PHARMACY, INC.** ) | |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **MDL No.: 1:13-md-2419-FDS** |
| **This Document Relates To:** ) | |
| ) | |
| **All Cases** ) | |

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please note our new address as of April 28, 2013.

**TUCKER, SALTZMAN & DYER, LLP**
50 Congress Street
Boston, Massachusetts 02109

    Defendant,
    Ameridose, LLC
    By its Attorneys,


*/s/ Paul Saltzman*
Paul Saltzman – BBO#550333
Tucker, Saltzman & Dyer, LLP
50 Congress Street
Boston, MA 02109
Tel:    617.986.4224
Fax:    617.986.6229
E-mail:    saltzman@tsd-lawfirm.com

Date:  April 30, 2013

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on April 30, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

                                                    */s/ Paul Saltzman*
                                                    Attorney for Defendant Ameridose, LLC