UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| IN RE: NEW ENGLAND ) | |
| COMPOUNDING PHARMACY, INC. ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL No.: 1:13-md-2419-FDS |
| **This Document Relates To:** ) | |
| ) | |
| All Cases ) | |
| ) | |

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please note our new address as of April 28, 2013.

**TUCKER, SALTZMAN & DYER, LLP**
50 Congress Street
Boston, Massachusetts 02109

                                        Defendant,
                                        Ameridose, LLC
                                        By its Attorneys,

                                        */s/ Scott J. Tucker*
                                        Scott J. Tucker – BBO#503940
                                        Tucker, Saltzman & Dyer, LLP
                                        50 Congress Street
                                        Boston, MA 02109
                                        Tel:    617.986.4223
                                        Fax:   617.986.6229
                                        E-mail:   tucker@tsd-lawfirm.com

Date:  April 30, 2013

## **CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on April 30, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

              */s/ Scott J. Tucker*
              Attorney for Defendant Ameridose, LLC