Return to Case    Main Menu    Logoff

**Roanoke City Circuit - Civil Division**
**Service Details**

Case Number: CL12002547-00

| Name | Number | Type | Hear Date | Date Served | How Served |
|---|---|---|---|---|---|
| IMAGE GUIDED PAIN MANAGEMENT | 4 | Complaint With Interrogatories And Production Of Documents | | | |
| O'BRIEN, ROBERT F; MD | 3 | Complaint With Interrogatories And Production Of Documents | | | |
| MATHIS, JOHN M; MD | 2 | Complaint With Interrogatories And Production Of Documents | | | |
| INSIGHT HEALTH CORP | 1 | Complaint With Interrogatories And Production Of Documents | | 01/04/13 | Registered Agent |

Return to Case    Main Menu    Logoff

Build #: 3.6.28

**EXHIBIT E**