**Sexton, Scott**

| | |
|---|---|
| **From:** | Sexton, Scott |
| **Sent:** | Thursday, January 24, 2013 6:41 PM |
| **To:** | Chris Hassell (chassell@bonnerkiernan.com) |
| **Cc:** | Brian Gerling; john.jessee@leclairryan.com |
| **Subject:** | RE: Sharon Wingate v. Insight Health Corp., et. al. |

Chris,
I received your Demurrer and Motion for Extension of Time for Joinder. We will be contacting the court to obtain dates for a hearing. We will try to get several possible dates and circulate them. Can you let me know whose calendars need to be consulted?

 web | bio | map
**J. Scott Sexton**
Direct Dial: 540.983.9379

This email may contain confidential or privileged information. If you are not the intended recipient, please advise by return email and delete immediately without reading/forwarding to others.

**From:** Monica Cromartie [mailto:mcromartie@bonnerkiernan.com]
**Sent:** Thursday, January 24, 2013 12:25 PM
**To:** rebecca.herbig@bowmanandbrooke.com; Sexton, Scott; john.jessee@leclairryan.com
**Cc:** Brian Gerling; Clinton R. Shaw, Jr; Chris Hassell
**Subject:** Sharon Wingate v. Insight Health Corp., et. al.

Please see attached which was sent via Federal Express to the Clerk of the Circuit Court of the City of Roanoke in the above-referenced matter.

Monica

**Monica Cromartie**

mcromartie@bonnerkiernan.com
1233 20th Street, NW, 8th Floor
Washington, DC 20036

T 202-712-7000
F 202-712-7100
www.bonnerkiernan.com

 **BONNER KIERNAN**
BONNER KIERNAN TRIBACH & CROCIATA LLP

This message and any files or attachments transmitted herewith contain

**EXHIBIT F**

CONFIDENTIAL INFORMATION and is (are) intended only for the named addressee(s).  It may be protected by the attorney–client privilege, attorney–work product or other doctrines.  If you received this email message in error, please immediately notify the sender by telephone or email and destroy or delete the original message without copying.  Please do not publish, copy or circulate this message.