**Viar, Leslie A.**

| | |
|---|---|
| **From:** | Kristen Isaacson <KIsaacson@HarrisBeach.com> |
| **Sent:** | Monday, April 08, 2013 4:15 PM |
| **To:** | Russell, Anthony M.; Byrd, Benjamin D.; 'try_smith@gentrylocke.com'; Gibson, David |
| **Subject:** | Wingate Notice of Potential Tag-Along |
| **Attachments:** | NECC Notice of Potential Tag-Along.pdf |

Dear Counsel,

Pursuant to a request from the Judicial Panel on Multidistrict Litigation (JPML), attached for service upon you is:

**NECC Notice of Potential Tag-Along Action**

Your firms are counsel to the plaintiff and defendants in this action.

This Notice was filed on behalf of individual defendant New England Compounding Pharmacy d/b/a New England Compounding Center.

Thank you very much.

**Kristen Isaacson**
**Paralegal**

**HARRIS BEACH** PLLC

ATTORNEYS AT LAW
100 Wall Street
New York, NY 10005
212.313.5422   Direct
212.687.0659   Fax
212.687.0100   Main
KIsaacson@HarrisBeach.com
www.harrisbeach.com

**p r a c t i c e G R E E N**
Save a tree. Read, don't print, emails.

---

**STATEMENT OF CONFIDENTIALITY**
This electronic message may contain privileged or confidential information. If you are not the intended recipient of this e-mail, please delete it from your system and advise the sender.

**EXHIBIT G**

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE:  NEW ENGLAND COMPOUNDING        **MDL No. 2419**
       PHARMACY, INC.
       PRODUCTS LIABILITY LITIGATION

## DEFENDANT'S NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center, hereby gives notice to the Panel of the following actions, identified on the attached schedule. A copy of the complaints and dockets for each case is attached.

Dated: April 8, 2013

HARRIS BEACH PLLC
*Attorneys for Defendant New England
Compounding Pharmacy, Inc. d/b/a New
England Compounding Center*

By: /s/ Frederick H. Fern
     Frederick H. Fern

100 Wall Street, 23rd Floor
New York, New York 10005
(P) 212-687-0100
(F) 212-687-0659
(E) HBNECC@harrisbeach.com

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

---

IN RE:  NEW ENGLAND COMPOUNDING
         PHARMACY, INC.
         PRODUCTS LIABILITY LITIGATION

        **MDL No. 2419**

---

### SCHEDULE OF ACTIONS

|  | Case Caption<br>[Plaintiff(s) v. Defendant(s)] | | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, Deceased | Insight Health Corp.; John Mathis, M.D.; Robert F. O'Brien, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00142 | Samuel G. Wilson |

Dated: April 8, 2013

HARRIS BEACH PLLC
*Attorneys for Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center*

By: /s/ Frederick H. Fern
      Frederick H. Fern

100 Wall Street, 23rd Floor
New York, New York 10005
(P) 212-687-0100
(F) 212-687-0659
(E) HBNECC@harrisbeach.com