IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DANA MARLENE BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 7:12-cv-00606 |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC. D/B/A NEW ENGLAND ) | |
| COMPOUNDING CENTER, ) | |
| ) | |
| MEDICAL SALES MANAGEMENT, INC., ) | |
| ) | |
| and ) | |
| ) | |
| BARRY J. CADDEN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

Respectfully submitted,
Defendant New England Compounding Pharmacy, Inc.
By its Attorneys,

/s/
Rebecca S. Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone:  804.649.8200
Facsimile:   804.649.1762
E-mail:      rebecca.herbig@bowmanandbrooke.com

Date:   December 26, 2012

**EXHIBIT B**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing Notice of Stay by Reason of Bankruptcy was filed via CM/ECF on this 26th day of December, 2012, which will send a Notice of Electronic Filing (NEF) to the following:

> J. Scott Sexton (VSB No. 29284)
> Anthony M. Russell (VSB No. 44505)
> Charles H. Smith, III (VSB No. 32891)
> Benjamin D. Byrd (VSB No. 76560)
> Daniel R. Sullivan (VSB No. 81550)
> GENTRY LOCKE RAKES & MOORE, LLP
> 10 Franklin Road, S.E., Suite 800
> P.O. Box 40013
> Roanoke, Virginia 24022-0013
> Telephone:     (540) 983-9300
> Fax:           (540) 983-9400
> sexton@gentrylocke.com
> russell@gentrylocke.com
> sullivan@gentrylocke.com
> *Counsel for Plaintiff*

/s/
Rebecca S. Herbig (VSB No. 65548)
BOWMAN AND BROOKE LLP
1111 East Main Street, Suite 2100
Richmond, VA 23219
Telephone:     804.649.8200
Facsimile:     804.649.1762
rebecca.herbig@bowmanandbrooke.com
*Counsel for New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center*