# Viar, Leslie A.

| | |
|---|---|
| **From:** | Viar, Leslie A. |
| **Sent:** | Friday, December 28, 2012 4:21 PM |
| **To:** | 'Christopher Hassell Esq. (chassell@bonnerkiernan.com)' |
| **Subject:** | Bradley v. Insight |
| **Attachments:** | GLRM_6122279_1.PDF |

Sent on behalf of J. Scott Sexton, Esq.

**GENTRY LOCKE**
RAKES & MOORE LLP
*Attorneys*

web | map
**Leslie A. Viar**
Legal Assistant
Direct Dial: 540.983.9419

This email may contain confidential or privileged information. If you are not the intended recipient, please advise by return email and delete immediately without reading/forwarding to others.

**EXHIBIT D**