

## Roanoke City Circuit - Civil Division
Service Details

Case Number: CL12002576-00

| Name | Number | Type | Hear Date | Date Served | How Served |
|---|---|---|---|---|---|
| IMAGE GUIDEN PAIN MANAGEMENT | 3 | Complaint (Acceptance) | | | |
| MATHIS, JOHN N; MD | 2 | Complaint (Acceptance) | | | |
| INSIGHT HEALTH CORP | 1 | Complaint | | 01/10/13 | Registered Agent |

Build #: 3.6.28

**EXHIBIT E**