# Viar, Leslie A.

| | |
|---|---|
| **From:** | Viar, Leslie A. |
| **Sent:** | Tuesday, January 08, 2013 11:33 AM |
| **To:** | chassell@bonnerkiernan.com |
| **Subject:** | Richard A. Whitlow v. Insight |
| **Attachments:** | GLRM_6132395_1.PDF |

Mr. Hassell.
Attached is a copy of the Complaint filed yesterday. I will forward you a copy of the Summons issued to Insight Health Corp. once I receive it.
Thank you
Leslie

**GENTRY LOCKE**
**RAKES & MOORE**LLP
*Attorneys*

web | map
**Leslie A. Viar**
Legal Assistant
Direct Dial: 540.983.9419

This email may contain confidential or privileged information. If you are not the intended recipient, please advise by return email and delete immediately without reading/forwarding to others.

1

**EXHIBIT B**