Viar, Leslie A.

| | |
|---|---|
| **From:** | Monica Cromartie <mcromartie@bonnerkiernan.com> |
| **Sent:** | Friday, February 22, 2013 4:21 PM |
| **To:** | rebecca.herbig@bowmanandbrooke.com; JOHN JESSEE; Sexton, Scott |
| **Cc:** | Brian Gerling; Clinton R. Shaw, Jr; Chris Hassell |
| **Subject:** | Foutz v. Insight Health Corp., et. al.; Harris v. Insight Health Corp., et al.; Whitlow v. Insight Health Corp., et al.; Smith, Randolph v. Insight Health Corp., et al. |
| **Attachments:** | Letter to Hon Brenda Hamilton 2.22.13.pdf; Zachary Foutz Mt for Extension of Time to File Third Party Complaint.pdf; Robert Harris Mt for Extension of Time to File Third Party Complaint.pdf; Richard Whitlow Mt for Extension of Time to File Third Party Complaint.pdf; Randolph E. Smith Mt for Extension of Time to File Third Party Complaint.pdf |

Dear Counsel:

Attached please find Defendant Insight Health Corp.'s Motion for Extension of Time to File Third Party Complaint in connection with the above-referenced matters. Should you have any difficulty opening the attachment, please feel free to contact us.

Monica

**Monica Cromartie**

mcromartie@bonnerkiernan.com
1233 20th Street, NW, 8th Floor
Washington, DC 20036

T 202-712-7000
F 202-712-7100
www.bonnerkiernan.com



BONNER KIERNAN
BONNER KIERNAN TRCBACH & CROCIATA LLP

This message and any files or attachments transmitted herewith contain CONFIDENTIAL INFORMATION and is (are) intended only for the named addressee(s). It may be protected by the attorney-client privilege, attorney-work product or other doctrines. If you received this email message in error, please immediately notify the sender by telephone or email and destroy or delete the original message without copying. Please do not publish, copy or circulate this message.

**EXHIBIT D**