

Return to Case | Main Menu | Logoff

### Roanoke City Circuit - Civil Division
#### Service Details

Case Number: CL13000057-00

| Name | Number | Type | Hear Date | Date Served | How Served |
|---|---|---|---|---|---|
| INSIGHT HEALTH CORP | 4 | Complaint | | 01/15/13 | Registered Agent |
| IMAGE GUIDED PAIN MANAGEMENT | 3 | Complaint (Acceptance) | | | |
| O'BRIEN, ROBERT F; MD | 2 | Complaint (Acceptance) | | | |
| MANTHIS, JOHN M; MD | 1 | Complaint (Acceptance) | | | |

Return to Case | Main Menu | Logoff

Build #: 3.6.28

**EXHIBIT C**