IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES WIRT SMITH, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND COMPOUNDING )<br>PHARMACY, INC. D/B/A NEW ENGLAND )<br>COMPOUNDING CENTER, )<br>)<br>MEDICAL SALES MANAGEMENT, INC., )<br>)<br>and )<br>)<br>BARRY J. CADDEN, )<br>)<br>Defendants. ) | CIVIL ACTION NO.: 7:12-cv-00604 |

### NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

Respectfully submitted,
Defendant New England Compounding Pharmacy, Inc.
By its Attorneys,

/s/
Rebecca S. Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone:  804.649.8200
Facsimile:  804.649.1762
E-mail:     rebecca.herbig@bowmanandbrooke.com

Date:   December 26, 2012

**EXHIBIT B**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing Notice of Stay by Reason of Bankruptcy was filed via CM/ECF on this 26th day of December, 2012, which will send a Notice of Electronic Filing (NEF) to the following:

    J. Scott Sexton (VSB No. 29284)
    Anthony M. Russell (VSB No. 44505)
    Charles H. Smith, III (VSB No. 32891)
    Benjamin D. Byrd (VSB No. 76560)
    Daniel R. Sullivan (VSB No. 81550)
    GENTRY LOCKE RAKES & MOORE, LLP
    10 Franklin Road, S.E., Suite 800
    P.O. Box 40013
    Roanoke, Virginia 24022-0013
    Telephone:   (540) 983-9300
    Fax:   (540) 983-9400
    sexton@gentrylocke.com
    russell@gentrylocke.com
    sullivan@gentrylocke.com
    *Counsel for Plaintiff*

    /s/
    Rebecca S. Herbig (VSB No. 65548)
    BOWMAN AND BROOKE LLP
    1111 East Main Street, Suite 2100
    Richmond, VA  23219
    Telephone:   804.649.8200
    Facsimile:   804.649.1762
    rebecca.herbig@bowmanandbrooke.com
    *Counsel for New England Compounding*
    *Pharmacy, Inc., d/b/a New England*
    *Compounding Center*