

## Roanoke City Circuit - Civil Division
### Service Details

Case Number: CL12002572-00

| Name | Number | Type | Hear Date | Date Served | How Served |
|---|---|---|---|---|---|
| INSIGHT HEALTH CORPORATION | 4 | Complaint (Acceptance) | | 01/10/13 | Registered Agent |
| IMAGE GUIDED PAIN MANAGEMENT | 3 | Complaint (Acceptance) | | | |
| O'BRIEN, ROBERT F; MD | 2 | Complaint (Acceptance) | | | |
| MATHIS, JOHN M; MD | 1 | Complaint (Acceptance) | | | |

Build #: 3.6.28

**EXHIBIT E**