**Viar, Leslie A.**

| | |
|---|---|
| **From:** | Monica Cromartie <mcromartie@bonnerkiernan.com> |
| **Sent:** | Monday, February 18, 2013 4:05 PM |
| **To:** | Sexton, Scott; JOHN JESSEE; rebecca.herbig@bowmanandbrooke.com |
| **Cc:** | Brian Gerling; Clinton R. Shaw, Jr; Chris Hassell |
| **Subject:** | Bradley v. Insight Health Corp., et. al. , At Law No. CL12-2576; Epperly v. Insight Health Corp., et. al. , At Law No. CL12-2571; Filson v. Insight Health Corp., et al., At Law No. CL12-2575; Kalinoski v. Insight Health Corp., et al., At Law No. CL12-2... |
| **Attachments:** | Dana Bradley Mt for Extension of Time to File Third Party Complaint.pdf; Trudy Epperly Mt for Extension of Time to File Third Party Complaint.pdf; Barbara Filson Mt for Extension of Time to File Third Party Complaint..pdf; Chester Kalinoski Mt for Extension of Time to File Third Party Complaint.pdf; Pauline McFarlane Mt for Extension of Time to File Third Party Complaint.pdf; James Wirt Smith Jr. Mt for Extension of Time to File Third Party Complaint.pdf; Ltr to Hon Brenda Hamilton 2.18.13.pdf |

Dear Counsel:

Attached please find Defendant Insight Health Corp.'s Motion for Extension of Time to File Third Party Complaint in connection with the above-referenced matters. Should you have any difficulty opening the attachment, please feel free to contact us.

Monica

**Monica Cromartie**

mcromartie@bonnerkiernan.com
1233 20th Street, NW, 8th Floor
Washington, DC 20036

T 202-712-7000
F 202-712-7100
www.bonnerkiernan.com



**BONNER KIERNAN**
BONNER KIERNAN TREBACH & CROCIATA LLP

This message and any files or attachments transmitted herewith contain CONFIDENTIAL INFORMATION and is (are) intended only for the named addressee(s). It may be protected by the attorney-client privilege, attorney-work product or other doctrines. If you received this email message in error, please immediately notify the sender by telephone or email and destroy or delete the original message without copying. Please do not publish, copy or circulate this message.

1

**EXHIBIT F**