BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  NEW ENGLAND COMPOUNDING
PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

MDL No. 2419

### DEFENDANT'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center, hereby gives notice to the Panel of the following actions, identified on the attached schedule. A copy of the complaints and dockets for each case is attached.

Dated: April 11, 2013

HARRIS BEACH PLLC
*Attorneys for Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center*

By: /s/ Frederick H. Fern
     Frederick H. Fern

100 Wall Street, 23rd Floor
New York, New York 10005
(P) 212-687-0100
(F) 212-687-0659
(E) HBNECC@harrisbeach.com

**EXHIBIT G**

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

MDL No. 2419

## SCHEDULE OF ACTIONS

|  | Case Caption [Plaintiff(s) v. Defendant(s)] | | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Chance Everett Baker | Alaunus Pharmaceutical, LLP; Image Guided Pain Management, P.C.; Insight Health Services Corp.; Insight Health Corp.; Insight Health Services Holding Corp.; John M. Mathis, M.D. | Western District of Virginia, Roanoke Division | 7:13-cv-00162 | Glen E. Conrad |
| 2. | Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased | Insight Health Corp.; John M. Mathis, M.D.; Robert F. O'Brien, M.D. | Western District of Virginia, Roanoke Division | 7:13-cv-00157 | Samuel G. Wilson |
| 3. | Dana Marlene Bradley | Insight Health Corp.; John M. Mathis, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00147 | Samuel G. Wilson |

| | | | | | |
|---|---|---|---|---|---|
| 4. | Ronnie A. Brown | Insight Health Corp.; John M. Mathis M.D.; Robert F. O'Brien, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00156 | James C. Turk |
| 5. | Ronald T. Courtney | Insight Health Corp.; John M. Mathis, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00163 | Samuel G. Wilson |
| 6. | Trudy R. Epperly | Insight Health Corp.; John M. Mathis M.D.; Robert F. O'Brien, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00154 | Glen E. Conrad |
| 7. | Barbara J. Filson | Insight Health Corp.; John M. Mathis M.D.; Robert F. O'Brien, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00151 | Samuel G. Wilson |
| 8. | Zachary Lucas Foutz, A minor, By His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz | Insight Health Corp.; John M. Mathis, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00155 | Samuel G. Wilson |

| | | | | | |
|---|---|---|---|---|---|
| 9. | Robert Earl Harris, Jr. | Insight Health Corp.; John M. Mathis M.D.; Robert F. O'Brien, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00148 | James C. Turk |
| 10. | Julia Delano Holbrook | Insight Health Corp.; John M. Mathis M.D.; Robert F. O'Brien, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00164 | Glen E. Conrad |
| 11. | Patrick O. Johnston | Alaunus Pharmaceutical, LLC; Image Guided Pain Management, P.C.; Insight Health Services Corp.; Insight Health Corp.; Insight Health Services Holdings Corp.; John M. Mathis, M.D. | Western District of Virginia, Roanoke Division | 7:13-cv-00160 | Michael F. Urbanski |
| 12. | Chester T. Kalinoski | Insight Health Corp.; John M. Mathis, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00152 | Glen E. Conrad |

| 13. | Pauline R. McFarlane | Insight Health Corp.; John M. Mathis M.D.; Robert F. O'Brien, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00146 | James C. Turk |
|---|---|---|---|---|---|
| 14. | Odessa M. Shuck | Insight Health Corp.; John M. Mathis M.D.; Robert F. O'Brien, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00158 | James C. Turk |
| 15. | James Wirt Smith, Jr. | Insight Health Corp.; John M. Mathis M.D.; Robert F. O'Brien, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00153 | Samuel G. Wilson |
| 16. | Randolph E. Smith | Insight Health Corp.; John M. Mathis M.D.; Robert F. O'Brien, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00149 | Samuel G. Wilson |

| | | | | | |
|---|---|---|---|---|---|
| 17. | Ferman W. Wertz | Alaunus Pharmaceutical, LLC; Image Guided Pain Management, P.C.; Insight Health Services Corp.; Insight Health Corp.; Insight Health Services Holdings Corp.; John M. Mathis, M.D. | Western District of Virginia, Roanoke Division | 7:13-cv-00161 | Samuel G. Wilson |
| 18. | Rose M. White | Insight Health Corp.; John M. Mathis M.D.; Robert F. O'Brien, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00159 | Samuel G. Wilson |
| 19. | Richard A. Whitlow | Insight Heath Corp.; John M. Mathis, M.D.; Image Guided Pain Management, P.C. | Western District of Virginia, Roanoke Division | 7:13-cv-00150 | Michael F. Urbanski |

Dated: April 11, 2013

HARRIS BEACH PLLC
*Attorneys for Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center*

By: /s/ Frederick H. Fern
 Frederick H. Fern

100 Wall Street, 23rd Floor
New York, New York 10005
(P) 212-687-0100
(F) 212-687-0659
(E) HBNECC@harrisbeach.com