## CERTIFICATE OF SERVICE

I, J. Scott Sexton, hereby certify that on the 2nd day of May, 2013, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

_____<br>
J. Scott Sexton