UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>*Cary v. New England Compounding Pharmacy, Inc.*, 13-cv-10228<br><br>*Schaffer v. Cadden*, 13-cv-10226<br><br>*Schroder v. New England Compounding Pharmacy, Inc.*, 13-cv-10227<br><br>*Adams v. Cadden*, 13-cv-10229 | |

**PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO
AMERIDOSE'S MOTIONS TO WITHDRAW THE REFERENCE**

Non-debtor defendant Ameridose, LLC has moved for withdrawal of the reference to the United States Bankruptcy Court for the District of Massachusetts in four cases currently pending before the bankruptcy court.[1]  The plaintiffs in those four cases have filed a consolidated opposition.[2]

The Plaintiffs' Steering Committee now joins in Ameridose's motion in so far as it asks to withdraw the reference with respect to these four cases.

The Plaintiffs' Steering Committee believes that the only issue presented by this motion is whether withdrawal of the reference under 28 U.S.C. §157(d) is appropriate as to these four cases.  The PSC expresses no opinion on issues of jurisdiction, abstention, or non- §157(d)

---

[1] *See* 13-cv-10228-FDS (*Carey*), Dkt. No. 1; 13-cv-10226-FDS (*Shaffer*), Dkt. No. 1; 13-cv-10227-FDS (*Schroder*), Dkt. No. 1; 13-cv-10229-FDS (*Adams*), Dkt. No. 1.

[2] *See*, *e.g.*, 13-cv-10226-FDS (*Shaffer*), Dkt. No. 10.

1

transfer with respect to these cases because those issues are not squarely raised by this §157(d) motion.

As between having these cases either before the bankruptcy court or this Court, we believe there is cause to withdraw the reference. Consolidating these cases with the many other personal injury and wrongful death claims pending before the MDL court will aid in the efficient litigation and resolution of all matters and will avoid unnecessary duplication of efforts between the bankruptcy court and the district court.

Dated: May 2, 2013

/s/ Thomas M. Sobol
Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

2

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
75 Arlington St.
Suite 500
Boston, MA 02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Thomas M. Sobol, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 2, 2013

*/s/ Thomas M. Sobol*
Thomas M. Sobol, BBO # 471770