**Viar, Leslie A.**

**From:**          Viar, Leslie A. on behalf of Sexton, Scott
**Sent:**          Thursday, January 03, 2013 4:40 PM
**To:**            chassell@bonnerkiernan.com
**Subject:**       Foutz v. Insight Health
**Attachments:**   Foutz.pdf


  Attached is a copy of the Summons, Complaint and First Interrogatories and Requests for Production of Documents to Defendants.

Thank you
Leslie


Gentry Locke Rakes & Moore, LLP
Leslie A. Viar
Legal Assistant
Direct Dial: 540.983.9419

This email may contain confidential or privileged information.  If you are not the intended recipient, please advise by return email and delete immediately without reading/forwarding to others.


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

**EXHIBIT B**