

Return to Case | Main Menu | Logoff

**Roanoke City Circuit - Civil Division**
**Service Details**

**Case Number:** CL13000009-00

| Name | Number | Type | Hear Date | Date Served | How Served |
|---|---|---|---|---|---|
| INSIGHT HEALTH COROPORATION | 4 | Complaint With Interrogatories And Production Of Documents | | 01/14/13 | Registered Agent |
| INSIGHT HEALTH COROPORATION | 3 | Complaint | | | |
| IMAGE GUIDED PAIN MANAGEMENT | 2 | Complaint (Acceptance) | | | |
| MATHIS, JOHN M; MD | 1 | Complaint (Acceptance) | | | |

Return to Case | Main Menu | Logoff

Build #: 3.6.28

**EXHIBIT C**