# Viar, Leslie A.

| | |
|---|---|
| **From:** | Marie Davis <mdavis@bonnerkiernan.com> |
| **Sent:** | Friday, February 01, 2013 5:45 PM |
| **To:** | Sexton, Scott; rebecca.herbig@bowmandandbrooke.com; john.jessee@leclairryan.com |
| **Cc:** | Chris Hassell; Clinton R. Shaw, Jr; Brian Gerling |
| **Subject:** | Foutz v. Insight Health Corp., et. al.; Harris v. Insight Health Corp., et al.; Whitlow v. Insight Health Corp., et al.; Smith, Randolph v. Insight Health Corp., et al. |
| **Attachments:** | 1260_001.pdf |

Dear Counsel:

Attached please find Defendant Insight Health Corp.'s Demurrer to Plaintiff's Complaint and Rule 1:9 Motion To Extend Time in connection with the above-referenced matters. Should you have any difficulty opening the attachment, please feel free to contact us.

Marie Davis
Legal Secretary

mdavis@bonnerkiernan.com
1233 20th Street, NW, 8th Floor
Washington, DC 20036

T 202-712-7000
F 202-712-7100
www.bonnerkiernan.com



**BONNER KIERNAN**
BONNER KIERNAN TRBACH & CROCIATA LLP

This message and any files or attachments transmitted herewith contain
CONFIDENTIAL INFORMATION and is (are) intended only for the named
addressee(s). It may be protected by the attorney-client privilege,
attorney-work product or other doctrines. If you received this email
message in error, please immediately notify the sender by telephone or
email and destroy or delete the original message without copying. Please
do not publish, copy or circulate this message.

---------- Forwarded message ----------
From: <administrator@bonnerkiernan.com>
Date: 2013/2/1
Subject: Attached Image
To: marie <mdavis@bonnerkiernan.com>

**EXHIBIT D**