# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| CHESTER T. KALINOSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 7:12-cv-00608 |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC. D/B/A NEW ENGLAND ) | |
| COMPOUNDING CENTER, ) | |
| ) | |
| MEDICAL SALES MANAGEMENT, INC., ) | |
| ) | |
| and ) | |
| ) | |
| BARRY J. CADDEN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

    Respectfully submitted,
    Defendant New England Compounding Pharmacy, Inc.
    By its Attorneys,

    /s/
    Rebecca S. Herbig
    Bowman and Brooke LLP
    1111 East Main Street, Suite 2100
    Richmond, VA  23219
    Telephone:  804.649.8200
    Facsimile:  804.649.1762
    E-mail:  rebecca.herbig@bowmanandbrooke.com

Date:  December 26, 2012

**EXHIBIT B**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing Notice of Stay by Reason of Bankruptcy was filed via CM/ECF on this 26th day of December, 2012, which will send a Notice of Electronic Filing (NEF) to the following:

J. Scott Sexton (VSB No. 29284)
Anthony M. Russell (VSB No. 44505)
Charles H. Smith, III (VSB No. 32891)
Benjamin D. Byrd (VSB No. 76560)
Daniel R. Sullivan (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
Telephone:   (540) 983-9300
Fax:         (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
sullivan@gentrylocke.com
*Counsel for Plaintiff*

/s/
Rebecca S. Herbig (VSB No. 65548)
BOWMAN AND BROOKE LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone:   804.649.8200
Facsimile:   804.649.1762
rebecca.herbig@bowmanandbrooke.com
*Counsel for New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center*