# Viar, Leslie A.

| | |
|---|---|
| **From:** | Viar, Leslie A. on behalf of Sexton, Scott |
| **Sent:** | Thursday, January 03, 2013 4:42 PM |
| **To:** | chassell@bonnerkiernan.com |
| **Subject:** | Kalinoski v. Insight Health |
| **Attachments:** | Kalinoski.pdf |

Attached is a copy of the Summons and Complaint.

Thank you
Leslie


Gentry Locke Rakes & Moore, LLP
Leslie A. Viar
Legal Assistant
Direct Dial:  540.983.9419

This email may contain confidential or privileged information.  If you are not the intended recipient, please advise by return email and delete immediately without reading/forwarding to others.


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

**EXHIBIT D**