

[ Return to Case ]   [ Main Menu ]   [ Logoff ]

**Roanoke City Circuit - Civil Division**
Service Details

Case Number: CL12002574-00

| Name | Number | Type | Hear Date | Date Served | How Served |
|---|---|---|---|---|---|
| IMAGE GUIDED PAIN MANAGEMENT | 3 | Complaint (Acceptance) | | | |
| MATHIS, JOHN M; MD | 2 | Complaint (Acceptance) | | | |
| INSIGHT HEALTH CORPORATION | 1 | Complaint | | 01/09/13 | Registered Agent |

[ Return to Case ]   [ Main Menu ]   [ Logoff ]

Build #: 3.6.28

**EXHIBIT E**