UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>*Cary v. New England Compounding Pharmacy, Inc.*, 13-cv-10228<br><br>*Schaffer v. Cadden*, 13-cv-10226<br><br>*Schroder v. New England Compounding Pharmacy, Inc.*, 13-cv-10227<br><br>*Adams v. Cadden*, 13-cv-10229 | |

**PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO
GDC'S MOTION TO JOIN MOTIONS TO WITHDRAW THE REFERENCE**

Non-debtor defendant Ameridose, LLC has moved for withdrawal of the reference to the United States Bankruptcy Court for the District of Massachusetts in four civil actions currently pending before the bankruptcy court.[1] Non-debtor defendant GDC Properties Management, LLC either supports or has joined in Ameridose's motion for withdrawal of the reference to the United States Bankruptcy Court for the District of Massachusetts in three of the four civil actions identified by Ameridose.[2] The plaintiffs in those four cases have filed a consolidated opposition.[3]

---

[1] *See* 13-cv-10228-FDS (*Carey*), Dkt. No. 1; 13-cv-10226-FDS (*Shaffer*), Dkt. No. 1; 13-cv-10227-FDS (*Schroder*), Dkt. No. 1; 13-cv-10229-FDS (*Adams*), Dkt. No. 1.

[2] *See* Consented to Motion for Leave to File *Instanter* Memorandum in Support of Motions to Withdraw Reference, or, in the Alternative, Motion to Join Motions to Withdraw Reference, 13-cv-2419-FDS (MDL), Dkt. No. 30.

[3] *See*, *e.g.*, 13-cv-10226-FDS (*Shaffer*), Dkt. No. 10.

1

The Plaintiffs' Steering Committee now joins in GDC's motion in so far as it asks to withdraw the reference with respect to these four cases.

The Plaintiffs' Steering Committee believes that the only issue presented by this motion is whether withdrawal of the reference under 28 U.S.C. §157(d) is appropriate as to these four cases. The PSC expresses no opinion on issues of jurisdiction, abstention, or non- §157(d) transfer with respect to these cases because those issues are not squarely raised by this §157(d) motion.

As between having these cases either before the bankruptcy court or this Court, we believe there is cause to withdraw the reference. Consolidating these cases with the many other personal injury and wrongful death claims pending before the MDL court will aid in the efficient litigation and resolution of all matters and will avoid unnecessary duplication of efforts between the bankruptcy court and the district court.

Dated:  May 2, 2013                                  */s/ Thomas M. Sobol*
                                                     Thomas M. Sobol
                                                     Kristen Johnson Parker
                                                     HAGENS BERMAN SOBOL SHAPIRO LLP
                                                     55 Cambridge Parkway, Suite 301
                                                     Cambridge, MA 02142
                                                     Phone: (617) 482-3700
                                                     Fax: (617) 482-3003
                                                     tom@hbsslaw.com
                                                     kristenjp@hbsslaw.com

                                                     *Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser  
Mark P. Chalos  
LIEFF CABRASER HEIMANN &  
BERNSTEIN, LLP  
275 Battery Street, 29th Floor  
San Francisco, CA  94111  
Phone: (415) 956-1000  
Fax: (415) 956-1008  
ecabraser@lchb.com  
mchalos@lchb.com  

*Federal/State Liaison*

Marc E. Lipton  
LIPTON LAW  
18930 W. 10 Mile Road  
Southfield, MI 48075  
Phone: (248) 557-1688  
Fax: (248) 557-6344  
marc@liptonlawcenter.com  

Kim Dougherty  
JANET, JENNER & SUGGS, LLC  
75 Arlington St.  
Suite 500  
Boston, MA 02116  
Phone: (617) 933-1265  
kdougherty@myadvocates.com  

Patrick T. Fennell  
CRANDALL & KATT  
366 Elm Avenue, S.W.  
Roanoke, Virginia 24016  
Phone:  (540) 342-2000  
pfennell@crandalllaw.com  

J. Gerard Stranch, IV  
Benjamin A. Gastel  
BRANSETTER, STRANCH & JENNINGS  
PLLC  
227 Second Avenue North  
Nashville, TN  37201  
Phone: (615) 254-8801  
Fax: (615) 255-5419  
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, Thomas M. Sobol, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 2, 2013

*/s/ Thomas M. Sobol*
Thomas M. Sobol, BBO # 471770