Return to Case | Main Menu | Logoff

## Roanoke City Circuit - Civil Division
### Service Details

Case Number: CL12002575-00

| Name | Number | Type | Hear Date | Date Served | How Served |
|---|---|---|---|---|---|
| IMAGE GUIDED PAIN MANAGEMENT | 4 | Complaint (Acceptance) | | | |
| OBRIEN, ROBERT F; M D | 3 | Complaint (Acceptance) | | | |
| MATHIS, JOHN M; M D | 2 | Complaint (Acceptance) | | | |
| INSIGHT HEALTH CORP | 1 | Complaint | | 01/09/13 | Registered Agent |

Return to Case | Main Menu | Logoff

Build #: 3.6.28

**EXHIBIT E**