# Viar, Leslie A.

**From:** Viar, Leslie A.
**Sent:** Tuesday, January 08, 2013 11:33 AM
**To:** chassell@bonnerkiernan.com
**Subject:** Robert Earl Harris, Jr. v. Insight
**Attachments:** GLRM_6132380_1.PDF

Mr. Hassell.
Attached is a copy of the Complaint filed yesterday. I will forward you a copy of the Summons issued to Insight Health Corp. once I receive it.
Thank you
Leslie

**GENTRY LOCKE**
RAKES & MOORE LLP
*Attorneys*

web | map
**Leslie A. Viar**
Legal Assistant
Direct Dial: 540.983.9419

This email may contain confidential or privileged information. If you are not the intended recipient, please advise by return email and delete immediately without reading/forwarding to others.

1

**EXHIBIT B**