

Return to Case     Main Menu     Logoff

**Roanoke City Circuit - Civil Division**
**Service Details**

Case Number: CL13000055-00

| Name | Number | Type | Hear Date | Date Served | How Served |
|------|--------|------|-----------|-------------|------------|
| INSIGHT HEALTH CORP | 4 | Complaint | | 01/15/13 | Registered Agent |
| IMAGE GUIDED PAIN MANAGEMENT | 3 | Complaint (Acceptance) | | | |
| O'BRIEN, ROBERT F; MD | 2 | Complaint (Acceptance) | | | |
| MATHIS, JOHN M; MD | 1 | Complaint (Acceptance) | | | |

Return to Case     Main Menu     Logoff

Build #: 3.6.28

**EXHIBIT C**