# EXHIBIT 1

Cases Listed in Schedule A4 to Chapter 11 Trustee's Transfer Motion that Do Not Name NECP or NECP-Related Entities

| Case Name | Venue | Defendants | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Bradley | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA 24022-0013 |
| Epperly | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL12-2571 | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA 24022-0013 |
| Filson | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL12-2575 | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA 24022-0013 |
| Foutz | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL13-09 | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA 24022-0013 |
| Harris | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL13-55 | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA 24022-0013 |
| Kalinoski | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL12-2574 | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA 24022-0013 |

# EXHIBIT 1

Cases Listed in Schedule A4 to Chapter 11 Trustee's Transfer Motion that Do Not Name NECP or NECP-Related Entities

| Case Name | Venue | Defendants | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| May | Davidson County, TN | Saint Thomas Outpatient Neurological Center, LLC; Howell Allen Clinic A Professional Corporation | 13C606 | William D. Leader<br>George H. Nolan<br>Leader, Bulso & Nolan, PLC<br>414 Union Street, Suite 1740<br>Nashville, TN 37219 |
| McFarlane | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL12-2573 | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA 24022-0013 |
| Parman | Davidson County, TN | Saint Thomas Outpatient Neurological Center, LLC; Howell Allen Clinic A Professional Corporation | 13CL005 | William D. Leader<br>George H. Nolan<br>Leader, Bulso & Nolan, PLC<br>414 Union Street, Suite 1740<br>Nashville, TN 37219 |
| Reed | Davidson County, TN | Saint Thomas Outpatient Neurological Center, LLC; Howell Allen Clinic A Professional Corporation | 13C417 | William D. Leader<br>George H. Nolan<br>Leader, Bulso & Nolan, PLC<br>414 Union Street, Suite 1740<br>Nashville, TN 37219<br><br>William H. Lassiter, Jr.<br>John Overton Belcher<br>Lassiter Tidwell & Davis, PLLC<br>One Nashville Place<br>150 4th Avenue North, Suite 1850<br>Nashville, TN 37219 |

# EXHIBIT 1

Cases Listed in Schedule A4 to Chapter 11 Trustee's Transfer Motion that Do Not Name NECP or NECP-Related Entities

| Case Name | Venue | Defendants | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Smith, James Wirt | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL12-2572 | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA 24022-0013 |
| Smith, Randolph | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL13-57 | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA 24022-0013 |
| Whitlow | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL13-55 | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA 24022-0013 |
| Wingate | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA 24022-0013 |