# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| In re: Related NECC Litigation | Civil Nos.<br>12-7176 (RMB/JS)<br>12-7179 (RMB/JS)<br>12-7180 (RMB/JS)<br>12-7711 (RMB/JS)<br>12-7712 (RMB/JS)<br>12-7713 (RMB/JS)<br>12-7714 (RMB/JS)<br>12-7715 (RMB/JS)<br>12-7716 (RMB/JS)<br>12-7717 (RMB/JS)<br>12-7718 (RMB/JS)<br>12-7725 (RMB/JS)<br>12-7724 (RMB/JS)<br>13-0274 (RMB/JS)<br>13-0291 (RMB/JS) |

**O R D E R**

The Court having raised this matter sua sponte, IT IS HEREBY ORDERED this 17th day of January, 2013, that all briefing on any outstanding motions in these matters, including but not limited to the motions to remand, is STAYED until further Order of the Court. If the parties' MDL transfer request is denied and these cases remain in the District of New Jersey, the Court will schedule a conference to address scheduling and case management issues. In the meantime all inquiries regarding these topics shall be directed to this Court.

s/Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge