UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
        PHARMACY, INC.
        PRODUCTS LIABILITY LITIGATION

MDL No. 1:13-md-2419-FDS

**This Document Relates to:**
**All Actions**

## NOTICE OF APPEARAINCE

Now comes Jessica S. Eichel of the firm Harris Beach PLLC and enters her appearance as additional proposed counsel for Paul D. Moore, Chapter 11 Trustee of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center, in the above captioned matter.

Dated: May 10, 2013        HARRIS BEACH PLLC

        By:    */s/ Jessica S. Eichel*
              Jessica S. Eichel (JSE-0421)

*Proposed Counsel for Paul D. Moore, Chapter 11 Trustee of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center*

100 Wall Street
New York, New York 10005
(P) 212-687-0100
(F) 212-687-0659
(E) HBNECC@harrisbeach.com

## **CERTIFICATE OF SERVICE**

I, Jessica S. Eichel, hereby certify that on the 10th day of May, 2013, the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/Jessica S. Eichel
Jessica S. Eichel