UNITED STATES DISTRICT COURT
District of Massachusetts

Erkan

      Plaintiff(s)

v.

New England Compounding Pharmacy, Inc.,
Et al Defendants

Documents Concerning
Case No. 1:12-cv-12323

Lead Case: 1:13-md-02419FDS
Related Cases:
1:12-cv-12057-FDS, 1:12-cv-12112-FDS, 1:12-cv-12066-FDS
1:12-cv-12055-FDS, 1:12-cv-12077-FDS, 1:12-cv-12074-FDS
1:12-cv-12078-FDS, 1:12-cv-12075-FDS, 1:12-cv-12388-FDS
1:12-cv-12121-FDS, 1:12-cv-12123-FDS, 1:12-cv-12208-FDS
1:12-cv-12276-FDS, 1:12-cv-12322-FDS, 1:12-cv-12323-FDS
1:13-cv-10167-FDS

Notice is hereby given that, subject to approval by the Court, Dorothy Burton substitutes S. James Boumil, Esq., Boumil Law Offices, 120 Fairmount Street, Lowell, MA 01852 [State Bar #050940] as counsel of record in place of Thomas G. Shapiro, Esq., Shapiro, Haber & Urmy, 53 State Street, Boston, MA 02108.

Contact information for new counsel is as follows:

Firm Name:  S. James Boumil, Esq.
              Boumil Law Offices
              120 Fairmount Street
              Lowell, MA 01852
              Tel: 978-458-0507   Fax: 978-453-6785
              E-Mail: SJBoumil@Boumil-Law.com

I consent to the above substitution:

*Dorothy Burton*     DATE:
Dorothy Burton

I consent to being substituted:

_____ DATE: March 4, 2013
Thomas G. Shapiro, Esq.


_____ DATE:
S. James Boumil, Esq. BBO#050940
Boumil Law Offices
120 Fairmount Street
Lowell, MA 01852
Tel:978-458-0507
E-Mail: SJBoumil@Boumil-Law.com


The substitution of attorney is hereby approved and so ORDERED:


_____ DATE:
Judge F. Dennis Saylor IV