UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. | Hon. F. Dennis Saylor, IV |
| PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **Concerns Case: 1:12-cv-12323** |

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of the Plaintiff Dorothy Burton , in the above MDL matter. The action is styled: Dorothy Burton *v. New England Compounding Center, et als.*, USDC C.A. No. 1:12-cv-12323.

                                                          Respectfully Submitted,

Dated: May 10, 2013          /s/ S. James Boumil
                                            S. James Boumil (BBO#050940)
                                            Boumil Law Offices
                                            120 Fairmount Street
                                            Lowell, MA 01852
                                            (978) 458-0507
                                            SJBoumil@Boumil-Law.com

Certificate of Service Attached

CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing has been filed with the Clerk of the Court on May 10,2013, using the ECF system which will send notification of this filing to all ECF Registered counsel of record that are identified in the Notice of Electronic Filing.

/S/   S. James Boumil, Esq  Attorney to Dorothy Burton
Boumil Law Offices
 120 Fairmount Street
Lowell,MA 01852
E-Mail: SJBoumil@Boumil-Law.com                              5/10/13