IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LAIBILITY LITIGATION<br><br>This Document Relates to:<br>   All Cases | ) ) ) MDL Docket No. 2419 ) ) ) ) ) |
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This Document Relates to:<br>All Cases | ) ) ) ) ) Master File No. 1:13-MD-2419-FDS ) ) ) |

## NOTICE OF FILING

Relating to the Trustee's Motion to Transfer Personal Injury and Wrongful Death Cases in the MDL [MDL ECF No. 37 & Master Docket ECF No. 200], the Clerk of this Court will please note the filing of the Memorandum Opinions and Orders of Remand filed this day in the matters styled:

*Sharon G. Wingate, Executor of the Estate of Douglas G. Wingate, deceased v. Insight health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D. and Image Guided Pain Management, P.C.*
     W.D. Virginia, Roanoke Division Case No. 7:13-cv-00142
     Samuel G. Wilson, Judge

*Pauline R. McFarlane v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D. and Image Guided Pain Management, P.C.*
     W.D. Virginia, Roanoke Division Case No. 7:13-cv-00146
     Samuel G. Wilson, Judge

*Dana Marlene Bradley v. Insight Health Corp., John M. Mathis, M.D. and Image Guided Pain Management, P.C.*
     W.D. Virginia, Roanoke, Division Case No. 7:13-cv-00147
     Samuel G. Wilson, Judge

*Robert Earl Harris, Jr. v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien and Image Guided Pain Management, P.C.*
    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00148
    Samuel G. Wilson, Judge

*Randolph E. Smith v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D. and Image Guided Pain Management, P.C.*
    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00149
    Samuel G. Wilson, Judge

*Richard A. Whitlow v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D. and Image Guided Pain Management, P.C.*
    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00150
    Samuel G. Wilson, Judge

*Barbara J. Filson v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D. and Image Guided Pain Management, P.C.*
    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00151
    Samuel G. Wilson, Judge

*Chester T. Kalinoski v. Insight Health Corp., John M. Mathis, M.D. and Image Guided Pain Management, P.C.*
    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00152
    Samuel G. Wilson, Judge

*James Wirt Smith, Jr. v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D. and Image Guided Pain Management, P.C.*
    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00153
    Samuel G. Wilson, Judge

*Trudy R. Epperly v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D. and Image Guided Pain Management, P.C.*
    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00154
        Samuel G. Wilson, Judge

*Zachary Lucas Foutz, a minor, by his parents and next friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., John M. Mathis, M.D. and I Image Guided Pain Management, P.C.*
    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00155
    Samuel G. Wilson, Judge

*Ronnie A. Brown v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D. and Image Guided Pain Management, P.C.*
    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00156
        Samuel G. Wilson, Judge

*Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., John M. Mathis, M.D. and Image Guided Pain Management, P.C.*
    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00157
    Samuel G. Wilson, Judge

*Odessa M. Shuck v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D. and Image Guided Pain Management, P.C.*
    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00158
    Samuel G. Wilson, Judge

*Rose M. White v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D. and Image Guided Pain Management, P.C.*
    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00159
    Samuel G. Wilson, Judge

*Ronald T. Courtney v. Insight Health Corp., John M. Mathis, M.D. and Image Guided Pain Management, P.C.*
    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00163
    Samuel G. Wilson, Judge

*Julian D. Holbrook v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D. and Image Guided Pain Management, P.C.*
    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00164
    Samuel G. Wilson, Judge

                                                /s/ J. Scott Sexton
                                                    By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
Fax: (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com

byrd@gentrylocke.com
sullivan@gentrylocke.com
*Counsel for the Plaintiffs*

5002/684/6280321v1

## Certificate of Service

I hereby certify that on the 10th day of May, 2013, the foregoing was filed through the ECF system which will send electronic notification to the registered participants identified on the Notice of Electronic Filing (NEF).

/s/ J. Scott Sexton