## Certificate of Service

I hereby certify that on the 13th day of May, 2013, the foregoing was filed through the ECF system which will send electronic notification to the registered participants identified on the Notice of Electronic Filing (NEF).

/s/ J. Scott Sexton