UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY CASES | MDL No. 1:13-md-2419-FDS |
| *This Document Relates To:* |  |
| JONES v. NEW ENGLAND COMPOUNDING PHARMACY, INC., et al., Civ. No. 13-10409-FDS; |  |
| RAMOS v. NEW ENGLAND COMPOUNDING PHARMACY, INC., et al., Civ. No. 13-10410-FDS; |  |
| RIOS, et al., v. NEW ENGLAND COMPOUNDING PHARMACY, INC., et al., 13-10411-FDS; |  |
| RIVERA, et al., v. NEW ENGLAND COMPOUNDING PHARMACY, INC., et al., Civ. No. 13-10412-FDS; |  |
| TAYVINSKY, et al., v. NEW ENGLAND COMPOUNDING PHARMACY, INC., et al., Civ. No. 13-10414-FDS; |  |
| GOULD, et al., v. NEW ENGLAND COMPOUNDING PHARMACY, INC., et al., Civ. No. 13-10444-FDS; and |  |
| NORMAND, et al., v. NEW ENGLAND COMPOUNDING PHARMACY, INC., et al., Civ. No. 13-10447-FDS |  |

**ORDER ON MOTION FOR ADMISSION OF LOUIS R. MOFFA, JR.,** *PRO HAC VICE*

**SAYLOR, J.**

Attorney Louis R. Moffa, Jr., a member of the bar of New Jersey, Pennsylvania, and New York, seeks to be admitted *pro hac vice* in order to represent defendants Southern Jersey Health System, Inc., and South Jersey Hospital, Inc., in the above matters.

Attorney Moffa's son, Anthony Moffa, a recent graduate of Yale Law School, is presently my judicial law clerk.  Anthony Moffa's clerkship will conclude on September 1, 2013.  I do not have a personal, social, or professional, relationship with Louis Moffa.

Nonetheless, in order to avoid the appearance of impropriety, the motion to admit *pro hac vice* will be denied without prejudice.  It may be renewed at any point after September 2, 2013, after Anthony Moffa has left my employ.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  May 13, 2013