UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY CASES LITIGATION | MDL No. 2419<br>Master Docket No. 12-cv-12052 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

JOINTLY PROPOSED AGENDA
FOR THE MAY 14, 2013 STATUS CONFERENCE

The Plaintiffs' Steering Committee, Ameridose LLC, and New England Compounding Pharmacy, Inc. (through both the Trustee and counsel)[1] jointly propose the following agenda for the May 14, 2013 status conference:

1. Trustee's Motion to Transfer Personal Injury Tort and Wrongful Death Cases (Dkt. Nos. 37, 92)

2. Motions related to the Trustee's Motion to Transfer:

    a. Roanoke Gentry Locke Plaintiffs' Motion for Mandatory Abstention under 28 U.S.C. §1334(c)(2) (12-cv-12052, Dkt. No. 209)

    b. Baker, Johnston, and Wertz Plaintiffs' Opposition to Motion to Transfer (Dkt. No. 115).

    c. Ameridose's motions to withdraw the reference (*e.g.*, 13-cv-10226, Dkt. No. 1)

    d. GDC's motion to withdraw the reference (Dkt. Nos. 30, 90)

    e. New Jersey motions to remand (Ameridose's opposition, Dkt. No. 88)

3. Trustee's Motion Seeking Limited Relief from this Court's Order as to the Preservation of Potential Evidence by New England Compounding Pharmacy, Inc. (forthcoming)

4. Plaintiffs' Steering Committee's Motion to Partially Lift Discovery (Dkt. Nos. 101, 102)

5. Status update:  website

6. Discussion of case management issues, including timing of case management order for District Court proceedings and coordination of District Court and Bankruptcy Court

---

[1] All defendants whose counsel have filed notices of appearance in the MDL were provided an opportunity to comment on the agenda.

7. Discussion of communications with defendants and non-parties

8. Status update: Alanus's motions to dismiss (e.g., Dkt. No. 33, Dkt. No.72)

9. Status update: bankruptcy proceedings

Dated: May 13, 2013                    Respectfully submitted,

|  |  |
|---|---|
|  | */s/ Thomas M. Sobol* |
| Matthew P. Moriarty | Thomas M. Sobol, BBO # 471770 |
| TUCKER ELLIS LLP | Kristen Johnson Parker, BBO# 667261 |
| 925 Euclid Avenue, Suite 1150 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Cleveland, OH 44115 | 55 Cambridge Parkway, Suite 301 |
| (216) 592-5000 | Cambridge, MA  02142 |
| mmoriarty@tuckerellis.com | (617) 482-3700 |
|  | tom@hbsslaw.com |
| *Ameridose's Liaison Counsel* | kristenjp@hbsslaw.com |
|  |  |
|  | *Plaintiffs' Lead Counsel* |
|  |  |
| Paul D. Moore | Frederick H. Fern |
| DUANE MORRIS LLP | HARRIS BEACH PLLC |
| 100 High Street, Suite 2400 | 100 Wall Street |
| Boston, MA 02110-1724 | New York, NY 10005 |
| (857) 488-4230 | (212) 687-0100 |
| pdmoore@duanemorris.com | hbnecc@harrisbeach.com |
|  |  |
|  | *NECC's Liaison Counsel* |
| *Chapter 11 Trustee for the Estate of New England Compounding Pharmacy, Inc.* |  |

**CERTIFICATE OF SERVICE**

      I, Kristen Johnson Parker, hereby certify that I caused a copy of the above Jointly Proposed Agenda for the May 14, 2013 Status Conference to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 14, 2013

                                          */s/ Kristen Johnson Parker*
                                          Kristen Johnson Parker, BBO # 667261