UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES  *THIS DOCUMENT RELATES TO:*  All Actions | ) ) ) ) ) Master Docket No. 12-12052 - FDS ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that the Chapter 11 Trustee's Motion for Entry of an Order Granting Limited Relief from the Preservation Order as to New England Compounding Pharmacy (Document 147) and Memorandum in Support of Chapter 11 Trustee's Motion for Entry of an Order Granting Limited Relief from the Preservation Order as to New England Compounding Pharmacy, Inc. (Document 148) both filed through the ECF system, were sent a) electronically to the registered participants as identified on the Notice of Electronic Filing on May 13, 2013; b) by first class mail to those indicated as non-registered participants in the attached Service List on May 14, 2013; and c) electronically to additional parties listed in the attached Service List by email on May 14, 2013.

Dated: May 14, 2013

/s/ *Michael R. Gottfried*
Michael R. Gottfried (BBO #542156)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Tel: 857-488-4200
Fax: 857-488-4201
MRGottfried@duanemorris.com

Counsel for PAUL D. MOORE, in his capacity as
Chapter 11 Trustee of the Defendant New England
Compounding Pharmacy, Inc., d/b/a New England
Compounding Center

DM3\2539936.1

<u>**SERVICE LIST**</u>

**VIA FIRST CLASS MAIL**

Anne Andrews
Andrews & Thornton
2 Corporate Park
Suite 100
Irvine, CA 92606

Barbara J. Filson
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

Chester T. Kalinoski
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

Dana Marlene Bradley
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

James Wirt Smith, Jr
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

Joseph R. Lang
Lenox, Socey, Formidoni, Giordano, Cooley, Lang & Casey, LLC
3131 Princeton Pike
Building 1B
Suite 104
Lawrenceville, NJ 08648

Julian D. Holbrook
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast

DM3\2539936.1

P.O. Box 40013
Roanoke, VA  24022-0013

Odessa M. Shuck
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

Pauline R. McFarlane
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

Randolph Edward Smith
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

Richard Alden Whitlow
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

Robert Dana Bender
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

Robert Earl Harris
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

Sharon G. Wingate
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

DM3\2539936.1

Trudy R Epperly
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

Zachary Lucas Foutz
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

Ronald T. Courtney
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

Ronnie A. Brown
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

Rose M. White
GENTRY LOCKE RAKES & MOORE
10 Franklin Road Southeast
P.O. Box 40013
Roanoke, VA  24022-0013

**VIA EMAIL**

Shawn Michael Ryan  shawn_ryan@baxter.com

Gail M. D'Alesandro  gail_d'alesandro@baxter.com

Tom Dumond tdumond@crystalrock.com

Kimberly Park (GE Capital)   Kimberly.Park@ge.com

John Conlon John.F.Conlon@wellsfargo.com

Amarilys Perez  APerez@marlinleasing.com

5