UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
 )
 ) MDL No.: 1:13-md-2419-FDS
 )
This Document Relates To: )
 )
_____All Cases._____)

## NOTICE OF APPEARANCE

COMES NOW Patrick T. Fennell, of the firm Crandall & Katt, and enters his appearance as counsel for the plaintiffs Sara Culp Andrews (Case No.: 1:13-cv-11135-FDS), David Barley (Case No.: 1:13-cv-11136-FDS), Virginia Berger (Case No.: 1:13-cv-11134-FDS), Viola Bowling (Case No.: 1:13-cv-11170-FDS), Brenda Brewster (Case No.: 1:13-cv-11174-FDS), Wilma Brumfield (Case No.: 1:13-cv-11139-FDS), Harry English (Case No.: 1:13-cv-11172-FDS), Christy Fralin (Case No.: 1:13-cv-11171-FDS), Robin Hannabass (Case No.: 1:13-cv-11175-FDS), Nancy Phillips (Case No.: 1:13-cv-11140-FDS), Kathy Sinclair (Case No.: 1:13-cv-11151-FDS), Lloyd Smith (Case No.: 1:13-cv-11137-FDS) and Donna West (Case No.: 1:13-cv-11138-FDS) in the captioned matter.

(THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK)

Dated: May 16, 2013

Respectfully submitted,

SARA CULP ANDREWS
DAVID BARLEY
VIRGINIA BERGER
VIOLA BOWLING
BRENDA BREWSTER
WILMA BRUMFIELD
HARRY ENGLISH
CHRISTY FRALIN
ROBIN HANNABASS
NANCY PHILLIPS
KATHY SINCLAIR
LLOYD SMITH
DONNA WEST


/s/ Patrick T. Fennell, Esq.
Patrick T. Fennell, Esq. (VSB 40393)
CRANDALL & KATT
Attorneys & Counselors at Law
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2013, true and complete copies of this document filed through court's CM/ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/ Patrick T. Fennell, Esq.
Patrick T. Fennell, Esq. (VSB 40393)
CRANDALL & KATT
Attorneys & Counselors at Law
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com