UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                     )
IN RE: NEW ENGLAND                   )      MDL No. 1:13-md-2419-FDS
COMPOUNDING PHARMACY, INC.           )
PRODUCTS LIABILITY LITIGATION        )
                                     )
This Document Relates To:            )
                                     )
Devilli v. Ameridose, LLC, et al.    )
Civil Action No.  1:13-11167         )
_____)
```

## ORDER

AND NOW, this _____ day of _____, 2013 upon consideration of Plaintiffs' Motion to Sever and Remand Claims Against the Healthcare Defendants and any response thereto, it is hereby ORDERED and DECREED that said Motion be and the same is hereby GRANTED.   All claims against defendants Premier Orthopedic and Sports Medicine Associates of Southern New Jersey, LLC d/b/a Premier Orthopedic Associates, DEF Corporations, 1-20 (fictitious defendants), Premier Orthopedic Associates Surgical Center, LLC, GHI Corporations, 1-20 (fictitious defendants), Kimberly Y. Smith-Martin, M.D., Richard or Jane Roe, 1-20  (fictitious defendants), are hereby severed from this proceeding and remanded to the Superior Court of New Jersey law Division Cumberland County.  This Court retains jurisdiction of all other claims in plaintiffs' Complaint.

BY THE COURT:

_____
J.