UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Devilli v. Ameridose, LLC, et al.*<br>Civil Action No. 1:13-11167 | MDL No. 1:13-md-2419-FDS |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance as counsel for plaintiffs Dale Devilli and Allison Devilli, his wife, in the above-captioned matter.

**FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP**


\s\ Thomas Martin
THOMAS MARTIN
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
215-567-8300
Attorney for Plaintiffs