Michele A. Hunton (BBO# 667766)
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
(617) 439-4990

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>*Gould, et. al. v. New England Compounding Pharmacy, Inc., et. al.,* Civ. No. 13-10444-FDS;<br>*Hannah v. New England Compounding Pharmacy, Inc., et. al.,* Civ. No. 13-10407-FDS;<br>*Jones v. New England Compounding Pharmacy, Inc., et. al.,* Civ. No. 13-cv-10409-FDS;<br>*Leaverton, et. al. v. New England Compounding Pharmacy, Inc., et. al.,* Civ. No. 13-10408-FDS;<br>*Letizia, et. al. v. New England Compounding Pharmacy, Inc., et. al.,* Civ. No. 13-10442-FDS;<br>*Marko, et. al. v. New England Compounding Pharmacy, Inc., et. al.,* Civ. No. 13-10404-FDS;<br>*Normand, et. al. v. New England Compounding Pharmacy, Inc., et. al.,* Civ. No. 13-10447-FDS;<br>*Pennington v. New England Compounding Pharmacy, Inc., et. al.,* Civ. No. 13-10406-FDS;<br>*Ramos v. New England Compounding Pharmacy, Inc., et. al.,* Civ. No. 13-10410-FDS;<br>*Rios, et. al. v. New England Compounding Pharmacy, Inc., et. al.,* 13-10411-FDS;<br>*Rivera, et. al. v. New England Compounding Pharmacy, Inc., et. al.,* Civ. No. 13-10412-FDS;<br>*Tayvinsky, et. al. v. New England Compounding Pharmacy, Inc., et. al.,* Civ. No. 13-10414-FDS;<br>*Tisa, et. al. v. New England Compounding Pharmacy, Inc., et. al.,* Civ. No. 13-10446-FDS;<br>*Tolotti, et. al. v. New England Compounding Pharmacy, Inc., et. al.,* Civ. No. 13-10413-FDS; and,<br>*Zavacki, et. al. v. New England Compounding Pharmacy, Inc., et. al.,* Civ. No. 13-10441-FDS | MDL No. 1:13-md-02419<br><br>Hon. F. Dennis Saylor, IV |

## NOTICE OF WITHDRAWAL

Kindly withdraw the appearance of Michele A. Hunton on behalf of the Defendant, Alaunus Pharmaceutical, LLC. Please note that Franklin Levy and Ryan Ciporkin remain as counsel for Alaunus Pharmaceutical, LLC in this action.

/s/ Michele A. Hunton
Michele A. Hunton (BBO#667766)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
Phone: (617) 439-4990
Fax: (617) 439-3987
mhunton@lawson-weitzen.com

## CERTIFICATE OF SERVICE

I, Michele A. Hunton, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  May 24, 2013

/s/ Michele A. Hunton
Michele A. Hunton

2