**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                        )
**IN RE: NEW ENGLAND**                  )
**COMPOUNDING PHARMACY, INC.**          )
**PRODUCTS LIABILITY LITIGATION**       )
                                        )    **MDL No.: 1:13-md-2419-FDS**
**This Document Relates To:**           )
                                        )
         **All Cases**                  )
_____)

### MOTION FOR ADMISSION OF THOMAS W. COFFEY *PRO HAC VICE*

Defendant Ameridose LLC ("Defendant"), pursuant to Local Rule 83.5.3, hereby moves

for the admission *pro hac vice* of attorney Thomas W. Coffey; Tucker Ellis LLP; 925 Euclid

Avenue, Suite 1150; Cleveland, OH 44115; Telephone Number (216) 592-5000 as co-counsel in

the above-captioned cases.  In support of this Motion, Defendant states the following:

1. The law firm of Tucker, Saltzman & Dyer, LLP, 50 Congress Street, Boston, MA
   02110, has been retained by Defendant to act as its counsel in the above-captioned
   cases.

2. As set forth in the affidavit attached hereto, Attorney Coffey is a member in good
   standing of the Bars of the States of Pennsylvania and Ohio.

3. There are no disciplinary proceedings pending against Attorney Coffey as a member
   of the bar in any jurisdiction.

4. Attorney Coffey is co-counsel to the Defendant in the above-captioned cases.

5. Because of Attorney Coffey's familiarity with the particular issues raised in these
   cases and the claims against the Defendant, it is Defendant's desire that he participate
   in its representation in these pending and all future matters against Defendant.

1

6. Attorney Coffey is familiar with the Local Rules for the District of Massachusetts.

WHEREFORE, Defendant hereby moves for the admission of Attorney Coffey, *pro hac vice*, to appear as co-counsel in the above-captioned cases.

Defendant,
Ameridose, LLC
By its Attorneys,


*/s/ Matthew E. Mantalos*
Matthew E. Mantalos – BBO#669404
Tucker, Saltzman & Dyer, LLP
50 Congress Street
Boston, MA 02109
Tel:    617.986.4222
Fax:    617.986.6229
E-mail:mantalos@tsd-lawfirm.com

Date:   May 29, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2013 I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to counsel of record.

*/s/ Matthew E. Mantalos*
*Attorney for Defendant Ameridose, LLC*