UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No.: 1:13-md-2419-FDS |

## AFFIDAVIT OF THOMAS W. COFFEY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Thomas W. Coffey, do hereby depose and say:

1. I am Senior Counsel in the law firm of Tucker Ellis, LLP.
2. I was admitted to practice in the State Bars of Pennsylvania in 1987 and Ohio in 1990,
3. I have been admitted *pro hac vice* to courts in New York, Kentucky, Indiana, Delaware, California, Utah, Virginia, Mississippi, Michigan, and Nevada.
4. No disciplinary actions have been filed against me by any court.
5. My firm serves as national coordinating counsel for the Defendant, Ameridose, LLC, in matters pending in the United States District Court for the District of Massachusetts and state and federal courts outside of Massachusetts arising out of the same events which are the subject of this action.
6. I have developed knowledge and expertise concerning the matters relevant to this action.
7. The Defendant has requested that my firm represent it in this action with the Court's approval.
8. If admitted, I agree to abide by all applicable laws and rules governing the conduct of attorneys in this court, and I will, for purposes of this action, associate with the law firm of Tucker, Saltzman & Dyer, LLP, which has agreed to act as local counsel.

Signed under the pains and penalties of perjury this 28th day of May, 2013.

_____
Thomas W. Coffey

Sworn to before me and subscribed in my presence on this 28th day of May, 2013.

_____
Notary Public
My Commission Expires: March 12, 2014

CAROL QUILLIN
Notary Public, State of Ohio
My Commission Expires
March 12, 2014