# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
)
)
IN RE:   NEW ENGLAND                    )         MDL No. 1:13-md-2419-FDS
COMPOUNDING PHARMACY, INC.              )
PRODUCTS LIABILITY LITIGATION           )
)
This Document Relates To:               )
)
PURO v. NEW ENGLAND                     )
COMPOUNDING PHARMACY, INC.,             )
Civ. No. 13-10291-FDS;                  )
)
_____)

## ORDER ON PLAINTIFF'S
## MOTION FOR TEMPORARY RESTRAINING ORDER

**SAYLOR, J.**

While this action was pending in the District of Minnesota prior to its transfer to this Court, plaintiff Barbe Puro moved for a temporary restraining order to be issued against defendant New England Compounding Pharmacy, Inc. ("NECC") for the purpose of preserving evidence. Plaintiff's motion has been rendered moot by the transfer and consolidation of her case in the MDL, because defendant NECC is subject to the Court's existing Order as to the Preservation of Potential Evidence by New England Compounding Pharmacy, Inc., issued on December 13, 2012. *See Erkan v. New England Compounding Pharmacy, Inc. et al,* 1:12-cv-12052-FDS at #110 (D. Mass., Dec. 13, 2012).

**So Ordered.**

/s/ F. Dennis Saylor_____
F. Dennis Saylor IV
United States District Judge

Dated:  May 30, 2013