UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br><br>This Document Relates to:<br>*Devilli v. Ameridose, LLC, et al.*<br>Civil Action No. 1:13-11167-FDS | MDL No.: 1:13-md-2419-FDS |

**JOINDER OF CHAPTER 11 TRUSTEE TO AMERIDOSE, LLC'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO SEVER AND REMAND CLAIMS AGAINST PREMIER ORTHOPEDIC ASSOCIATES SURGICAL CENTER, LLC AND RELATED PARTIES**

Paul D. Moore, the chapter 11 Trustee for the Estate of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor"), hereby (i) joins in Ameridose, LLC's *Brief in Opposition to Plaintiff's Motion to Sever and Remand Claims Against Premier Orthopedic Associates Surgical Center, LLC and Related Parties*, dated May 30, 2013 [Doc No. 164] and (ii) opposes *Plaintiffs' Motion to Sever and Remand Claims Against Premier Orthopedic Associates Surgical Center, LLC and Related Parties*, dated May 21, 2013 [Doc. No. 160].

## JOINDER

As the Trustee argued in his Motion to Transfer [Doc. No. 37], the efficient administration of claims arising from the use of methylprednisolone acetate compounded by NECC necessitates the transfer of all actions to this Court.  As such, the Trustee supports

Ameridose, LLC's Opposition for the reasons stated therein, and respectfully requests that this Court deny the Plaintiff's Motion to Sever and Remand in all respects.

                                                                 Respectfully Submitted,

Dated: May 31, 2013                              HARRIS BEACH PLLC

                                        By:    /s/ Frederick H. Fern
                                                   Frederick H. Fern
                                                   100 Wall Street, 23rd Floor
                                                 New York, New York 10005
                                                 (P) 212-687-0100
                                                 (F) 212-687-0659
                                                 (E) hbnecc@harrisbeach.com

                                                 *Proposed Counsel for Paul D. Moore, Chapter 11 Trustee of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center*

**CERTIFICATE OF SERVICE**

I, Frederick H. Fern, hereby certify that on the 31st day of May, 2013, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Frederick H. Fern
Frederick H. Fern