UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No. 1:13-md-02419<br><br>Hon. F. Dennis Saylor, IV |

**NOTICE OF FILING**

Relating to the Order Granting in Part and Denying in Part the Trustee's Motion for Transfer Personal Injury Cases [MDL ECF No. 170], the Clerk of this Court will please notice the filing of the Order Granting the Plaintiff's Motion to Remand to State Court in each of the matters styled:

1. *Chance Everett Baker v. Image Guided Pain Management, P.C., Insight Health Services Corp., Insight Health Corp., Insight Health Services Holding Corp., and Robert O'Brien, M.D.*

    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00162
    Samuel G. Wilson, Judge

2. *Patrick O. Johnston v. Image Guided Pain Management, P.C., Insight Health Services Corp., Insight Health Corp., Insight Health Services Holding Corp., and John Mathis, M.D.*

    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00160
    Samuel G. Wilson, Judge

3. *Ferman Wertz v. Image Guided Pain Management, P.C., Insight Health Services Corp., Insight Health Corp., Insight Health Services Holding Corp., and John Mathis, M.D.*

    W.D. Virginia, Roanoke Division Case No. 7:13-cv-00161
    Samuel G. Wilson, Judge

1

Respectfully submitted,

ROANOKE FRITH & ELLERMAN PLAINTIFFS

/s/ Robert E. Dean, II

_____
By Counsel

T. Daniel Frith, III, Esquire (VSB #22065)
Lauren M. Ellerman, Esquire (VSB #68464)
Robert E. Dean, II, Esquire (VSB #80288)
FRITH & ELLERMAN LAW FIRM, PC
P. O. Box 8248
Roanoke, VA 24014
Telephone: (540) 985-0098
Facsimile: (540) 985-9198
Email: rdean@frithlawfirm.com

*Counsel for Roanoke Frith & Ellerman Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of June 2013, a true and exact copy of the foregoing was filed with this Court's CM/ECF filing system, thereby providing electronic notice to those counsel of record listed below who are registered users of the system. The undersigned also certifies that on this 3rd day of June 2013, a true and exact copy of the foregoing was mailed to the following counsel of record:

Christopher E. Hassell, Esq.
BONNER KIERNAN TREBACH & CROCIATA
1233 20th Street, NW, 8th Floor
Washington, DC 20036

*Counsel for Insight Health Corp., Insight Health Services Corp., and Insight Health Services Holding Corp.*

Nancy F. Reynolds, Esq.
LECLAIRRYAN
1800 Wells Fargo Tower, Drawer 1200
Roanoke, VA 24006

*Counsel for Robert O'Brien, MD, John M. Mathis, MD, and Image Guided Pain Management, PC*

/s/ Robert E. Dean, II
_____