CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 03 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHANCE EVERETT BAKER,<br><br>Plaintiff,<br><br>v.<br><br>IMAGE GUIDED PAIN MANAGEMENT, P.C., d/b/a INSIGHT IMAGING ROANOKE, INSIGHT HEALTH SERVICES CORP., INSIGHT HEALTH CORP., INSIGHT HEALTH SERVICES HOLDINGS CORP., and ROBERT O'BRIEN, MD<br><br>Defendants. | Case No. 7:13-cv-00162<br><br>ORDER<br><br>By: Samuel G. Wilson<br>United States District Judge |

This matter came before the court on the plaintiff's motion to remand to state court. It appearing to the Court that the plaintiff's motion should be granted, and for the reasons set forth in the Court's Memorandum Opinion and Order granting similar relief in the case of *Sharon G. Wingate v. Insight Health Corp., et al., Case No. 7:13-cv-00142* [ECF Document No. 38], it is accordingly **ADJUDGED** and **ORDERED** that the plaintiff's motion to remand to the Circuit Court for the City of Roanoke is **GRANTED**.

Dated this 3rd day of June, 2013

/s/ Samuel G. Wilson
Hon. Samuel G. Wilson

1

WE ASK FOR THIS:

*/s/ R. Dean/*

T. Daniel Frith, III, Esquire (VSB #22065)
Lauren M. Ellerman, Esquire (VSB #68464)
Robert E. Dean, II, Esquire (VSB #80288)
FRITH & ELLERMAN LAW FIRM, PC
P. O. Box 8248
Roanoke, VA 24014
Telephone: (540) 985-0098
Facsimile: (540) 985-9198
Email: rdean@frithlawfirm.com

*Counsel for Plaintiff*

WE AGREE:

*/s/ Christopher E. Hassell/*

Christopher E. Hassell, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata
1233 20th Street, NW, 8th Floor
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100

*Counsel for Insight Health Corp., Insight Health Services Corp.,
and Insight Health Services Holding Corp.*

WE AGREE:

*/s/ Nancy F. Reynolds/*

Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
LECLAIRRYAN
1800 Wells Fargo Tower, Drawer 1200
Roanoke, VA 24006
Telephone: (540) 510-3000
Facsimile: (540) 510-3050

*Counsel for Robert O'Brien, MD, and
Image Guided Pain Management, PC*

2

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 0 3 2013

JULIA C. DUDLEY, CLERK
BY: /s/ R. Collins
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PATRICK JOHNSTON, <br><br> Plaintiff, <br><br> v. <br><br> IMAGE GUIDED PAIN MANAGEMENT, P.C., d/b/a INSIGHT IMAGING ROANOKE, INSIGHT HEALTH SERVICES CORP., INSIGHT HEALTH CORP., INSIGHT HEALTH SERVICES HOLDINGS CORP., and JOHN MATHIS, MD <br><br> Defendants. | Case No. 7:13-cv-00160 <br><br> ORDER <br><br> By: Samuel G. Wilson <br> United States District Judge |

This matter came before the court on the plaintiff's motion to remand to state court. It appearing to the Court that the plaintiff's motion should be granted, and for the reasons set forth in the Court's Memorandum Opinion and Order granting similar relief in the case of *Sharon G. Wingate v. Insight Health Corp., et al.*, Case No. 7:13-cv-00142 [ECF Document No. 38], it is accordingly **ADJUDGED** and **ORDERED** that the plaintiff's motion to remand to the Circuit Court for the City of Roanoke is **GRANTED**.

Dated this 3rd day of June, 2013.

_____
Hon. Samuel G. Wilson

1

WE ASK FOR THIS:

*[signature]*

T. Daniel Frith, III, Esquire (VSB #22065)
Lauren M. Ellerman, Esquire (VSB #68464)
Robert E. Dean, II, Esquire (VSB #80288)
FRITH & ELLERMAN LAW FIRM, PC
P. O. Box 8248
Roanoke, VA 24014
Telephone: (540) 985-0098
Facsimile: (540) 985-9198
Email: rdean@frithlawfirm.com

*Counsel for Plaintiff*

WE AGREE:

*[signature]*

Christopher E. Hassell, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata
1233 20th Street, NW, 8th Floor
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100

*Counsel for Insight Health Corp., Insight Health Services Corp.,
and Insight Health Services Holding Corp.*

WE AGREE:

*[signature]*

Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
LECLAIRRYAN
1800 Wells Fargo Tower, Drawer 1200
Roanoke, VA 24006
Telephone: (540) 510-3000
Facsimile: (540) 510-3050

*Counsel for John Mathis, MD, and
Image Guided Pain Management, PC*

2

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 03 2013

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FERMAN WERTZ,<br><br>    Plaintiff,<br><br>v.<br><br>IMAGE GUIDED PAIN MANAGEMENT,<br>P.C., d/b/a INSIGHT IMAGING ROANOKE,<br>INSIGHT HEALTH SERVICES CORP.,<br>INSIGHT HEALTH CORP., INSIGHT<br>HEALTH SERVICES HOLDINGS CORP.,<br>and JOHN MATHIS, MD<br><br>    Defendants. | Case No. 7:13-cv-00161<br><br>ORDER<br><br>By: Samuel G. Wilson<br>United States District Judge |

This matter came before the court on the plaintiff's motion to remand to state court. It appearing to the Court that the plaintiff's motion should be granted, and for the reasons set forth in the Court's Memorandum Opinion and Order granting similar relief in the case of *Sharon G. Wingate v. Insight Health Corp., et al., Case No. 7:13-cv-00142* [ECF Document No. 38], it is accordingly **ADJUDGED** and **ORDERED** that the plaintiff's motion to remand to the Circuit Court for the City of Roanoke is **GRANTED**.

Dated this 3rd day of June, 2013.

_____
Hon. Samuel G. Wilson

1

WE ASK FOR THIS:

*[signature]*

T. Daniel Frith, III, Esquire (VSB #22065)
Lauren M. Ellerman, Esquire (VSB #68464)
Robert E. Dean, II, Esquire (VSB #80288)
FRITH & ELLERMAN LAW FIRM, PC
P. O. Box 8248
Roanoke, VA 24014
Telephone: (540) 985-0098
Facsimile: (540) 985-9198
Email: rdean@frithlawfirm.com

*Counsel for Plaintiff*

WE AGREE:

*[signature]*

Christopher E. Hassell, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata
1233 20th Street, NW, 8th Floor
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100

*Counsel for Insight Health Corp., Insight Health Services Corp., and Insight Health Services Holding Corp.*

WE AGREE:

*[signature]*

Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
LECLAIRRYAN
1800 Wells Fargo Tower, Drawer 1200
Roanoke, VA 24006
Telephone: (540) 510-3000
Facsimile: (540) 510-3050

*Counsel for John Mathis, MD, and Image Guided Pain Management, PC*

2