# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION | MDL No. 2419 Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO: All Actions | |

## JOINTLY PROPOSED AGENDA
## FOR THE JUNE 11, 2013 STATUS CONFERENCE

The Plaintiffs' Steering Committee, Ameridose LLC, and New England Compounding Pharmacy, Inc. (through both the Trustee and counsel)[1] jointly propose the following agenda for the June 11, 2013 status conference:

1. Status of [proposed] case management order, protective orders, and medical release;

2. Status of CMO and mediation order;

3. Status of Plaintiffs' Steering Committee's discovery efforts;

4. Procedure for transferring state cases pursuant to the Court's Order on Trustee's Motion to Transfer Cases and Related Motions [Dkt. No. 170];

5. Clarification of ARL Bio Pharma, Inc. status as third party defendant or NECP-related entity;

6. Procedure and timeline for the appointment of liaison counsel for non-affiliated defendants;

7. Status of bankruptcy proceedings.

8. Product identification for those exposed (added by NECC);

9. Collection of claimant medical records (added by NECC);

---

[1] All defendants whose counsel have filed notices of appearance in the MDL were provided an opportunity to comment on the agenda.

Dated:  June 10, 2013                      Respectfully submitted,

*/s/ Thomas M. Sobol*
Matthew P. Moriarty                       Thomas M. Sobol, BBO # 471770
TUCKER ELLIS LLP                          Kristen Johnson Parker, BBO# 667261
925 Euclid Avenue, Suite 1150             HAGENS BERMAN SOBOL SHAPIRO LLP
Cleveland, OH 44115                       55 Cambridge Parkway, Suite 301
(216) 592-5000                            Cambridge, MA  02142
mmoriarty@tuckerellis.com                 (617) 482-3700
                                          tom@hbsslaw.com
*Ameridose's Liaison Counsel*             kristenjp@hbsslaw.com

                                          *Plaintiffs' Lead Counsel*

Paul D. Moore                             Frederick H. Fern
DUANE MORRIS LLP                          HARRIS BEACH PLLC
100 High Street, Suite 2400               100 Wall Street
Boston, MA 02110-1724                     New York, NY 10005
(857) 488-4230                            (212) 687-0100
pdmoore@duanemorris.com                   hbnecc@harrisbeach.com

                                          *NECC's Liaison Counsel*

*Chapter 11 Trustee for the Estate of New
England Compounding Pharmacy, Inc.*

**CERTIFICATE OF SERVICE**

      I, Thomas M. Sobol, hereby certify that I caused a copy of the above Jointly Proposed Agenda for the June 11, 2013 Status Conference to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: June 10, 2013

                                                  */s/ Thomas M. Sobol*
                                                  Thomas M. Sobol, BBO # 471770