Exhibit B

| COUNTERPARTY TO CONTRACT | COUNTERPARTY ADDRESS | CONTRACT NAME | EQUIPMENT | DATE OF CONTRACT | ADDITIONAL NOTICE PARTIES |
|---|---|---|---|---|---|
| Baxa Corporation | Baxa Corporation 9540 S. Maroon Circle Suite 400 Attn: Contracts Department Englwood, CO 80112 | Baxa Exactamix Compounder and Supplies Lease Agreement, including all schedules, addendums and order forms | Main Compounder Module (1 live production unit) Display/Hardware Module (1 live production unit ) Load Cell Module (1 live production unit) USB Laser Barcode Reader (1 live production unit) 1 Base Plate Module 1 Vial Rack Module 1 Calibration Weight 1 USB Keyboard 1 USB Mouse 1 USB Floppy Drive 1 UPS Power Supply 1 Laser Jet Printer | 8/1/2012 | Baxter Corporation 25212 West Illinois Rt 120 Round Lake, Illinois 60073 |
| Baxa Corporation | Baxa Corporation 9540 S. Maroon Circle Suite 400 Attn: Contracts Department Englwood, CO 80112 | Baxa Exactamix Compounder and Supplies Lease Agreement, including all schedules, addendums and order forms | Main Compounder Module (1 live production unit) Display/Hardware Module (1 live production unit ) Load Cell Module (1 live production unit) USB Laser Barcode Reader (1 live production unit) 1 Base Plate Module 1 Vial Rack Module 1 Calibration Weight 1 USB Keyboard 1 USB Mouse 1 USB Floppy Drive 1 UPS Power Supply 1 Laser Jet Printer | dated 12/14/2010 | Baxter Corporation 25212 West Illinois Rt 120 Round Lake, Illinois 60073 |
| Baxa Corporation | Baxa Corporation 14445 Grasslands Dr. Attn: Contracts Department Englwood, CO 80112 | Baxa Exactamix Compounder and Supplies Lease Agreement, including all schedules, addendums and order forms | Main Compounder Module (2 live production units and 1 back-up) Display/Hardware Module (2 live production units and 1 back-up) Load Cell Module (2 live production units and 1 back-up) USB Laser Barcode Reader (2 live production units and 1 back-up) 2 Base Plate Module 2 Vial Rack Module 2 Calibration Weight 2 USB Keyboard 2 USB Mouse 2 USB Floppy Drive 2 UPS Power Supply 1 Laser Jet Printer | dated 12/23/2009, as amended by Addendum January 15, 2010 | Baxter Corporation 25212 West Illinois Rt 120 Round Lake, Illinois 60073 |
| Crystal Rock | Crystal Rock PO Box 10028 Waterbury, CT 06725-0028 | Equipment Lease Agreement/ Service Order | water dispensing equipment H+C CR011134/ serial # 18081080501 H+C CR011134824521/ serial # N12061151 | 7/13/2012 | Crystal Rock Buckingham Street Watertown, CT 06795 Attn: Tom Dumond |

| COUNTERPARTY TO CONTRACT | COUNTERPARTY ADDRESS | CONTRACT NAME | EQUIPMENT | DATE OF CONTRACT | ADDITIONAL NOTICE PARTIES |
|---|---|---|---|---|---|
| Crystal Rock | Crystal Rock PO Box 10028 Waterbury, CT 06725-0028 | Equipment Lease Agreement/ Service Order | water dispensing equipment GLED ZWHW18C CR011134581533/ serial # 18070710395 | 9/10/2012 | Crystal Rock Buckingham Street Watertown, CT 06795 Attn: Tom Dumond |
| GDC Properties Management, Inc. | GDC Properties Management, Inc. 701 Waverly St. Framingham, MA 01702 | Standard Form Commercial Lease dated April 1, 2008, as Amended | Lease for premises | 4/1/2008 | |
| GDC Properties Management, Inc. | GDC Properties Management, Inc. 701 Waverly St. Framingham, MA 01702 | Standard Form Commercial Lease dated June 28, 2011 | Lease for premises | 6/28/2011 | |
| General Electric Capital Corporation | General Electric Capital Corporation 1961 Hirst Drive Moberly, MO 65270 | Equipment Lease Agreement 7151117.000 | Xerox copy machine/ printer 7328 serial # FKA 466557 | 5/2/2008 | Northeast Copier Systems 23 Birch Street Milford, MA 01757 |
| Marlin Business Bank | Marlin Business Bank 2795 Cottonwood Pkwy. Ste. 120 Salt Lake City, UT 84121 | Equipment Lease Contract #752871 | Data terminal | 12/18/2008 | Marlin Leasing Corporation 300 Fellowship Rd Mount Laurel, NJ 08054  PO Box 13604 Philadelphia, PA 19101-3604 |
| Northern Leasing Systems, Inc. | 132 west 31st Street 14th Floor New York, NY 10001 | Equipment Finance Lease | Postage Machine | | |
| Tygris Vendor Finance, Inc. | Tygris Vendor Finance, Inc. 10 Waterview Boulevard Parsippany, NJ 07054 | Lease Agreement #20061187-1 | Xerox 7425 serial # PBB001927 | 7/30/2009 | EverBank Commercial Finance Inc. PO Box 911608 Denver, CO 80291-1608 |

| COUNTERPARTY TO CONTRACT | COUNTERPARTY ADDRESS | CONTRACT NAME | EQUIPMENT | DATE OF CONTRACT | ADDITIONAL NOTICE PARTIES |
|---|---|---|---|---|---|
| Tygris Vendor Finance, Inc. | Tygris Vendor Finance, Inc. 10 Waterview Boulevard Parsippany, NJ 07054 | Lease Agreement #20069945-1 | Xerox 7425 serial # PBB001927 | 11/17/2009 | EverBank Commercial Finance Inc. PO Box 911608 Denver, CO 80291-1608 |
| Wells Fargo Equipment Finance | 300 Tri-State International Suite 400 Lincolnshire, IL 60069 Attn: John F. Conlon | Single Sided Lease Agreement No. 211125590 | Advance Sweeper/ Scrubber SC800 Advance Sweeper/ Scrubber M17B | 6/27/2011 | |