UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## MOTION FOR ORDER ON
## CENTRAL ENFORCEMENT OF SUBPOENAS

NOW COMES the Plaintiffs' Steering Committee, by its Lead Counsel, and asks the MDL Court to enter an order that (1) it will centrally enforce subpoenas issued out of the MDL, (2) objections or motions to quash subpoenas issued out of the MDL shall be filed directly into the MDL, and (3) objections to subpoenas served before July 10, 2013 will be heard during the July 18, 2013 status conference.

A memorandum of support setting forth the reasons and a proposed order are filed herewith.

WHEREFORE, this motion be should be granted.


Dated:  June 14, 2013

                                           */s/ Kristen Johnson Parker*
                                           Thomas M. Sobol
                                           Kristen Johnson Parker
                                           HAGENS BERMAN SOBOL SHAPIRO LLP
                                           55 Cambridge Parkway, Suite 301
                                           Cambridge, MA 02142
                                           Phone: (617) 482-3700
                                           Fax: (617) 482-3003
                                           tom@hbsslaw.com
                                           kristenjp@hbsslaw.com

                                           *Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
75 Arlington St.
Suite 500
Boston, MA 02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Kristen Johnson Parker, hereby certify that I caused a copy of the above Motion for Order on Central Enforcement of Subpoeanas to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: June 14, 2013

*/s/ Kristen Johnson Parker*
Kristen Johnson Parker, BBO # 667261