IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Jane R. and Gerald W. Wray v. New England Compounding Pharmacy, Inc. | MDL No. 1:13-md-2419-FDS |

### AFFIDAVIT OF ANNIKA K. MARTIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Annika K. Martin, do hereby depose and say:

(1) I am an attorney with the law firm of Lieff Cabraser Heimann & Bernstein, LLP, in our office at 250 Hudson Street, 8th Floor, New York, NY 10013; Telephone (212) 335-9500.

(2) In 2005, I was admitted to practice in the State Bar of New York, and before the United States District Courts for the Southern and Eastern Districts of New York.

(3) I have been admitted *pro hac vice* to courts in California, Louisiana, New Jersey, Connecticut, Maryland, Pennsylvania, Indiana, Illinois, and Georgia.

(4) No disciplinary proceedings have been filed against me by any court or in any jurisdiction.

(5) My firm serves as co-counsel to the Plaintiffs as listed in the above-listed action.

(6) I have developed knowledge and expertise concerning the matters relevant to this action.

(7) The Plaintiffs have requested that my firm represent them as co-counsel in this action with the Court's approval.

(8) If admitted, I agree to abide by all applicable laws and rules governing the conduct of attorneys in this court, and I will, for purposes of this action,

1112418.1                                -1-

associate with the law firm of Lieff Cabraser Heimann & Bernstein LLP as co-counsel with Higgins, Himmelberg & Piliponis PLLC.

Signed under the pains and penalties of perjury this 18 day of June, 2013.

_____
Annika K. Martin

Sworn to before me and subscribed in my presence on this 18 day of June, 2013.

_____
Notary Public
My Commission Expires: Jan 3, 2017

BEATRICE OSCAR
Notary Public, State of New York
No. 01OS6120981
Qualified in Nassau County
Commission Expires January 3, 2017

## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ANNIKA KRISTEN MARTIN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **May 23, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**June 5, 2013**

_Susanna Rojas_
Clerk of the Court

4391