# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 1:13-md-2419-FDS |
| This Document Relates to: All Cases | ) ) ) ) | |
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | ) ) ) ) | Master Docket No. 12-12052-FDS |
| This Document Relates to: All Cases | ) ) ) ) | |

**DECLARATION OF REBECCA L. FORDON IN SUPPORT OF THE STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN RESPONSE TO PLAINTIFFS STEERING COMMITTEE'S PROPOSED CASE MANAGEMENT ORDER**

I, Rebecca L. Fordon, declare as follows:

I am an attorney associated with the firm Brown Rudnick LLP ("Brown Rudnick"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of New England Compounding Pharmacy, Inc. (the "Debtor"). I submit this Declaration in support of the *Statement of Official Committee of Unsecured Creditors in Response to Plaintiffs Steering Committee's Proposed Case Management Order* (the "Statement"), dated June 18, 2013. Capitalized terms used and not defined shall have the meaning ascribed to them in the Statement. The document attached to this Declaration is from a source that I consider reliable:

A true and correct copy of the June 7, 2013 letter by William Baldiga (counsel to the Official Committee) on behalf of the Official Committee to the PSC, accepted and agreed to by Thomas Sobol (Lead Counsel) on behalf of the PSC, with nonrelevant portions redacted, is

attached hereto as <u>Exhibit A</u>.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 18th day of June, 2013.

/s/  Rebecca L. Fordon
Rebecca L. Fordon

61272007

# EXHIBIT A



WILLIAM R. BALDIGA
direct dial: (212) 209-4942
fax: (617) 289-0420
wbaldiga@brownrudnick.com

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

June 6, 2013

The Plaintiffs' Steering Committee, appointed in
<u>In re New England Compounding Pharmacy</u>
<u>Cases Litigation</u>, MDL No. 2419, Master
  Docket No. 12-cv-12052 (D. Mass)
Thomas Sobol, Esq., Lead Counsel
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

RE:   <u>In re New England Pharmacy, Inc., Case No. 12-19882-HJB (Bankr. D. Mass.) (the "Chapter</u>
      <u>11 Case") and In re New England Compounding Pharmacy Cases Litigation, MDL No. 2419,</u>
      <u>Master Docket No. 12-cv-12052 (D. Mass) (all actions assigned to MDL 2419 collectively</u>
      <u>referred to as the "MDL Cases")</u>

Dear Tom:

        This Letter Agreement memorializes conversations and verbal agreements between the
Official Committee of Unsecured Creditors of New England Compounding Pharmacy, Inc. (the
"Official Committee"), appointed by the United States Bankruptcy Court for the District of
Massachusetts (the "Bankruptcy Court") in the Chapter 11 Case, and the Plaintiffs' Steering
Committee ("PSC" and, together with the Official Committee, the "Parties") appointed by the United
States District Court for the District of Massachusetts (the "MDL Court") in the MDL Cases with
respect to coordination and communication between the PSC and Official Committee between
Official Committee.

        1.      Contemporaneous with the execution of this Agreement, the PSC will send to the
defendants a proposed case management order to govern the MDL Cases, in the form attached hereto
as <u>Exhibit A</u> (in such form, the "Proposed CMO").[1] The PSC and Official Committee each agree to,
in good faith, negotiate with the defendants and seek the MDL Court's approval of the Proposed
CMO (revised to include any changes requested by the defendants that the PS and Official
Committee deem unobjectionable).

---

[1] Capitalized terms not defined herein have the meaning set forth in the Proposed CMO.

Brown Rudnick LLP   *an international law firm*   Boston | Dublin | Hartford | London | New York | Orange County | Providence | Washington



BR
June 6, 2013
Page 2

*Redacted with Redact-It*



June 6, 2013
**Page 3**



*Redacted with Redact-It*



June 6, 2013
Page 4

Very truly yours,

**The Official Committee,
by its counsel, duly authorized:**

William R. Baldiga, Esq.
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111

**Acknowledged and Agreed,**

**The PSC, by Lead Counsel, duly authorized:**

_____
Thomas Sobol, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

61188934 v1-WorksiteUS-030764/0001

Very truly yours,

**The Official Committee,**
**by its counsel, duly authorized:**

_____
William R. Baldiga, Esq.
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111

**Acknowledged and Agreed,**

**The PSC, by Lead Counsel, duly authorized:**

Thomas Sobol, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

4

**<u>EXHIBIT A</u>**

DRAFT – For Discussion Purposes

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY CASES LITIGATION | MDL No. 2419<br>Master Docket No. 12-cv-12052 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## [Proposed] MDL Order No. __
May ___, 2013

## CASE MANAGEMENT ORDER



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

**H.     Settlement Discussions with Unaffiliated Defendants**

To the extent that there are settlement discussions with Unaffiliated Defendants or

entities with no asserted claims against them in MDL 2419 alleging personal injury and/or

wrongful death related to the use of a product sold by NECP (the "Non-Parties") outside of the

context of the Trustee's ongoing settlement discussions under the Affiliated Defendant Protocol

Order, those settlement negotiations will be conducted with the cooperation and participation of

the Plaintiffs' Steering Committee, the Official Committee, and the Trustee (to the extent the

Trustee desires to do so) (the "Settlement Participants").

*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

## I.     Mediation with Unaffiliated Defendants and Non-Parties

Plaintiffs' Lead Counsel, the Trustee, and the Official Committee shall confer and shall submit to the Court within thirty (30) days a proposed mediation order (the "Proposed Mediation Order") pertaining to all Unaffiliated Defendants and Non-Parties to be entered in this Court and the Bankruptcy Court.

*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes



*Redacted with Redact-It*

DRAFT – For Discussion Purposes

*Redacted with Redact-It*

IT IS SO ORDERED.

_____
The Honorable F. Dennis Saylor IV
United States District Judge


Dated:  May ___, 2013