**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**THE PLAINTIFFS' STEERING COMMITTEE'S REPLY**
**TO THE CREDITORS' COMMITTEE'S OBJECTION**

We know "no good deed goes unpunished." But so quickly? And in so many words?

In an effort to conserve judicial and estate resources, the Plaintiffs' Steering Committee agreed to include the Creditors' Committee in negotiating the proposed case management order. The Plaintiffs' Steering Committee has also agreed to work with the Creditors' Committee to try to initiate resolutions with unaffiliated defendants through bankruptcy channels (*i.e.*, settlements that involve non-debtor bankruptcy releases or channeling injunctions issued by the bankruptcy court). Neither agreement changes the fact that this Court gave the Plaintiffs' Steering Committee and Lead Counsel the power to negotiate and pursue all settlement options.[1]

We continue our efforts to work with the lawyers who represent members of the Creditors' Committee. Nothing more need be said.

---

[1] MDL Order No. 2: Order Appointing Lead Counsel, Federal-State Liaison Counsel, and Plaintiffs' Steering Committee dated April 9, 2013, *In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation* [Dkt. No. 82]. The order provides for the involvement of Lead Counsel "in any class or group settlement discussions, whether with a single defendant or multiple defendants, whether taking place in the MDL or the bankruptcy." (*Id.* at §7). The order also provides that the Plaintiffs' Steering Committee shall have authority "to negotiate and propose settlement of cases on behalf of plaintiffs or plaintiff groups, including exploring and, where appropriate, pursuing all settlement options concerning any claim or portion thereof of any case filed in this litigation." (*Id.* at §9(D)(1)).

Dated: June 19, 2013

/s/ *Thomas M. Sobol*
Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

/s/ *Mark P. Chalos*
Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

/s/ *Marc E. Lipton*
Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

/s/ *Kim Dougherty*
Kim Dougherty
JANET, JENNER & SUGGS, LLC
75 Arlington St.
Suite 500
Boston, MA 02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

*/s/ Patrick T. Fennell*
Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone: (540) 342-2000
pfennell@crandalllaw.com

*/s/ J. Gerard Stranch IV*
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

*/s/ Mark Zamora*
Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, Thomas M. Sobol, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: June 19, 2013

*/s/ Thomas M. Sobol*
Thomas M. Sobol, BBO # 471770