UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) MDL No. 2419 <br> ) Master Docket No. 1:13-md-02419-FDS ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> All Actions | ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Pursuant to this Honorable Court's Order, as set forth in the Electronic Clerk's Notes dated June 12, 2013, the firm of Michaels, Ward & Rabinovitz, LLP hereby files its notice of appearance for Medical Sales Management, Inc.

Respectfully submitted,

/s/ Dan Rabinovitz
Dan Rabinovitz, Esq. (BBO# 558419)
Michaels, Ward & Rabinovitz, LLP
One Beacon Street, 2nd Floor
Boston, MA 02108
(617) 350-4040 (phone)
(617) 350-4050 (fax)
dmr@michaelsward.com

/s/ Nicki Samson
Nicki Samson, Esq. (BBO# 665730)
Michaels, Ward & Rabinovitz, LLP
One Beacon Street, 2nd Floor
Boston, MA 02108
(617) 350-4040 (phone)
(617) 350-4050 (fax)
ns@michaelsward.com

/s/ Brady Hermann
Brady Hermann, Esq. (BBO# 667828)
Michaels, Ward & Rabinovitz, LLP
One Beacon Street, 2nd Floor
Boston, MA 02108
(617) 350-4040 (phone)
(617) 350-4050 (fax)
bjh@michaelsward.com

Dated: June 25, 2013

**CERTIFICATE OF SERVICE**

 I hereby certify that on June 25, 2013, a true copy of the above **NOTICE OF APPEARANCE** was filed in accordance with the Court's Electronic Filing Guidelines and will be sent to all counsel of record by operation of the Court's electronic filing system.

             /s/ Dan Rabinovitz