UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2419<br>Master Dkt.: 1:13-md-02419-FDS |

## NOTICE OF LIMITED APPEARANCE

COME NOW, Arthur P. Brock and John B. Bennett and file this Notice of Limited Appearance showing this Honorable Court that they represent Erlanger Health System, a non-party to this action. The Notice of Limited Appearance is filed pursuant to the Court's June 21, 2013 Order permitting attorneys to make a limited appearance for purposes of contesting a subpoena without being deemed to consent to the jurisdiction of this court.

This 25th day of June, 2013.

/S/ Arthur P. Brock
Arthur P. Brock
Tennessee Bar No. 14189
APB@smrw.com


/S/ John B. Bennett
John B. Bennett
Tennessee Bar No. 15989
JBB@smrw.com

*Attorneys for non-party Erlanger Health System*

Spears, Moore, Rebman, & Williams, PC
801 Broad Street, 6th Floor
Chattanooga, TN 37402
Telephone: (423) 756-7000
Facsimile: (423) 756-8401

## CERTIFICATE OF SERVICE

I hereby certify that on June 25th, 2013, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing, and paper copies will be served via U.S. Mail, postage pre-paid, to those indicated as non-registered participants.

/S/ John B. Bennett
John B. Bennett
Tennessee Bar No. 15989
JBB@smrw.com

256170.docx
016802-02465