IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) Case No. 1:13-md-02419-FDS ) |
| This document relates to all cases. | ) |

MOTION BY
ROANOKE-AREA LICHTENSTEINFISHWICK INTERVENORS AND
BROWN & JENNINGS INTERVENORS THAT THE COURT ALTER OR
AMEND JUDGMENT UNDER FED. R. CIV.  P. 59(E)

For the reasons set forth in the contemporaneously-filed memorandum of law, the Roanoke-Area LichtensteinFishwick Intervenors, by counsel, and the Brown & Jennings Intervenors, by counsel and pursuant to Fed. R. Civ. P. 59(e), respectfully move the Court to alter or amend its Memorandum and Order ("Mem. and Order") of May 31, 2013.  As is more fully discussed in the contemporaneously-filed memorandum, the Court's ruling on "related to" jurisdiction over state court actions against non-debtor, unrelated defendants presents a manifest error of law and results in injustice to these Intervenors.   It is respectfully requested that the Mem. and Order be amended to indicate that the Court does not have jurisdiction over such actions.

[remainder of this page intentionally left blank]

Respectfully submitted,

**ROANOKE-AREA LICHTENSTEINFISHWICK INTERVENORS:**

| | |
|---|---|
| **GLADYS G. AUSTIN** | **DEBORAH HAGA** |
| **RICHARD BLANKENSHIP** | **LARRY HALL** |
| **SHIRLEY DOYLE** | **SUSANNE HASTINGS** |
| **RENATE FARISS** | **STUART KATZ** |
| **NANCY GOODFELLOW** | **JANE MCKEON** |
| **NORMA HURLEY** | **ANGELA NORMAN** |
| **MABEL HUTCHERSON** | **JUDY RICE** |
| **ARNOLD MOON** | **LARRY RICE** |
| **SHARON OVERSTREET** | **DEANNA SMITH** |
| **MARY RADFORD** | **STEVIE THOMAS** |
| **NOSWORTHY REID** | **BRENDA VARLEY** |
| **CHERYL BROGAN** | **ANN VASSAR** |
| **CHRISTOPHER COMPTON** | **MIRIAM WARREN** |
| **TERRY DUNCAN** | **CHRISTINE WHEELER** |

By: /s/ Gregory L. Lyons
      Of Counsel

John E. Lichtenstein (VSB #27048)
E-mail:  jel@vatrials.com
John P. Fishwick, Jr. (VSB #23285)
E-mail:  jpf@vatrials.com
Gregory L. Lyons (VSB #24037)
E-mail:  gll@vatrials.com
Monica L. Mroz (VSB #65766)
E-mail: Monica@vatrials.com
LICHTENSTEINFISHWICK PLC
101 South Jefferson St., Suite 400
Roanoke, VA 24011
Ph:     (540) 343-9711
Fax:    (540) 343-9713
    *Counsel for Roanoke-Area LichtensteinFishwick Intervenors*

**BROWN & JENNINGS INTERVENORS:**

**Jacob Helm**
**Doris West**
**Thomas Goodwin**
**Jimmy Green**
**Patricia Jennings**
**Susan Kincanon**
**Ashlee Lakin**
**Virginia Milne**
**Deborah Rogers**
**David Rose**
**Regina Waddell**

By:  /s/ Gregory L. Lyons for P. Brent Brown
Of Counsel

P. Brent Brown (VSB # 18760)
E-mail:   brent@brownjenningslaw.com
William A. Jennings (VSB # 24176)
E-mail:   andy@brownjenningslaw.com
BROWN & JENNINGS, PLC
30 Franklin Road, Suite 700
Roanoke, Virginia 24011
Telephone: (540) 444-4010
Fax:  (540) 444-4011
*Counsel for Brown & Jennings Intervenors*

## CERTIFICATE OF SERVICE

I, Gregory L. Lyons, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be provided to those indicated in the NEF as non-registered participants.

 /s/   Gregory L. Lyons
Counsel for Roanoke-Area
LichtensteinFishwick Intervenors