UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)   MDL No.: 1:13-md-2419-FDS |
| This Document Relates To:<br>    All Cases | )<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)

Paul D. Moore, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center (the "Trustee"), files this Assented-to Motion for Extension of Time to respond to the Roanoke Gentry Locke Plaintiffs'[1] Motion to Certify for Interlocutory Appeal Under 28 U.S.C. § 1292(b) [Docket No. 196] and the accompanying Memorandum of Law in Support of Motion to Alter or Amend Judgment Under Rule 59(e) or, in the Alternative, to Certify for Interlocutory Appeal Under 28 U.S.C. § 1292(b) [Docket No. 197] (collectively, the "Motion"). The parties have agreed, subject to this Court's approval, to extend the time in which the Trustee may respond to the Motion to and including July 12, 2013, on the condition that the Court sets the Motion for hearing at the same time as the status conference currently scheduled for August 9, 2013.

By separate Order [Docket No. 214], the Court granted a similar extension to the Trustee's time to respond to the Roanoke Gentry Locke Plaintiffs' Motion to Alter or Amend Judgment Under Rule 59(e) [Docket No. 195].

---

[1] The Roanoke Gentry Locke Plaintiffs consist of parties who, represented by the law firm Gentry Locke Rakes & Moore, filed personal injury and wrongful death claims against non-debtor third-party defendants in Virginia state court.

A response to the Motion is currently due on or before Friday, July 5, 2013.  Additional time to respond will enable the Trustee to further evaluate and appropriately respond to the Motion. Further, the Court has already scheduled August 9, 2013 as a date for a status conference and the extension will not require the Court to reserve a new or additional hearing date.

WHEREFORE, the Trustee respectfully requests that the Court grant its Assented-to Motion for Extension of Time to Respond to the Motion to Certify for Interlocutory Appeal Under 28 U.S.C. § 1292(b)  by (i) extending the time in which the Trustee may respond to the Motion to and including July 12, 2013 and (ii) scheduling the Motion for hearing during the August 9, 2013 status conference.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)**

The undersigned hereby certifies that counsel for the movants conferred with counsel for the Roanoke Gentry Locke Plaintiffs, who assented to this motion.

Dated: July 1, 2013

Respectfully submitted,

DUANE MORRIS LLP

*/s/ Michael R. Gottfried*
Michael R. Gottfried  (BBO #542156)
Jennifer L. Mikels (BBO# 682199)
100 High Street, Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200
Fax: (857) 488-4201
Email: mrgottfried@duanemorris.com
jlmikels@duanemorris.com

Counsel for PAUL D. MOORE, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as unregistered participants on July 1, 2013.

/s/ Michael R. Gottfried
Michael R. Gottfried

DM3\2591524.1