UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
_____ )          MDL No. 2419
                                        )          Dkt. No 1:13-md-2419 (FDS)
THIS DOCUMENT RELATES TO:               )
                                        )
All Actions                             )
_____ )

### AMENDED NOTICE OF LIMITED APPEARANCE ON BEHALF OF NEUROSURGICAL GROUP OF CHATTANOOGA D/B/A CHATTANOOGA NEUROSURGERY & SPINE; ST. THOMAS OUTPATIENT NEUROSURGICAL CENTER, LLC; HOWELL ALLEN CLINIC, A PROFESSIONAL CORPORATION; SPECIALTY SURGERY CENTER, PLLC; AND DONALD JONES, M.D.

Pursuant to the Court's Order on Central Enforcement of Subpoenas dated June 21, 2013, attorneys C.J. Gideon, Jr., Chris J. Tardio, Matthew H. Cline, and John-Mark Zini hereby enter limited appearances on behalf of Tennessee third parties Neurosurgical Group of Chattanooga d/b/a Chattanooga Neurosurgery and Spine; St. Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, A Professional Corporation; Specialty Surgery Center, PLLC; and Donald Jones, M.D., for the purpose of contesting subpoenas issued to them by the Plaintiffs' Steering Committee.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/C.J.Gideon, Jr.
/s/Chris J. Tardio
/s/Matthew H. Cline
/s/John-Mark Zini
C.J. Gideon, Jr., #6034
Chris J. Tardio, #23924
Matthew H. Cline, #31076
John-Mark Zini, #31769
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph:  (615) 254-0400
Fax: (515) 254-0459
cj@gideoncooper.com
chris@gideoncooper.com
matt@gideoncooper.com
john-mark@gideoncooper.com

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing was served on all parties hereto by virtue of the Court's electronic filing system this 1st day of July, 2013.

/s/Chris J. Tardio
**Chris J. Tardio**

2