UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**PLAINTIFFS' MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER
OF CONFIDENTIALITY**

NOW COME Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), to move this Court for entry of a stipulated protective order of confidentiality to protect the information designated confidential.

The PSC consulted with the Chapter 11 Trustee, the Official Creditors Committee ("OCC") and their counsel, counsel for New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), Ameridose, LLC, Medical Sales Management, Inc., Doug Conigliaro, Carla Conigliaro, Barry Cadden, Lisa Conigliaro Cadden, Glenn Chin, (collectively, the "Affiliated Defendants") and understand that they assent and join in the entry of the proposed order.

The PSC sent the proposed order in substantially final form to all other defense counsel for their comments on Wednesday, June 26, 2013.[1] We also shared earlier drafts with other defense counsel. The PSC has not received any objections to the attached proposed Stipulated

---

[1] The only change made to the proposed order since it was circulated to the unaffiliated defendants addressed the procedural mechanism for filing motions to seal in the District of Massachusetts.

Protective Order of Confidentiality from the unaffiliated defendants (or anyone else) as of the time of this filing.

WHEREFORE, this motion should be granted.

Dated:  July 2, 2013

**Respectfully Submitted,**

*/s/ Kristen Johnson Parker*
Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue
Suite 365
Boston, MA 02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

  I, Kristen Johnson Parker, hereby certify that I caused a copy of the foregoing Motion for Entry of Stipulated Protective Order of Confidentiality and proposed stipulated protective order of confidentiality to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: July 2, 2013

                */s/ Kristen Johnson Parker*
                Kristen Johnson Parker, BBO # 667261