UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND   :  NO.: 1:13-md-02419(FDS)
COMPUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION  :  JULY 3, 2013

## **NOTICE OF APPEARANCE**

Please enter the appearance of Nicole D. Dorman as attorney for non-party LIBERTY

INDUSTRIES, INC., for the purpose of objecting to portions of the subpoena served upon it in

this matter.

LIBERTY INDUSTRIES, INC.

By_____/s/_____
  Nicole D. Dorman [ct07030]
  Rose Kallor, LLP
  750 Main Street, Suite 606
  Hartford, CT  06103
  860-748-4660
  860-241-1547 (fax)
  E-mail:  ndorman@rosekallor.com

## **CERTIFICATION**

This is to certify that on this 3rd day of July, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


_____/s/_____
Nicole D. Dorman