UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Actions | )<br>)<br>)   MDL No. 1:13-md-2419-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF LIMITED APPEARANCE

Pursuant to the Court's Order dated June 12, 2013 (Dkt. 177), the undersigned counsel hereby enters his appearance in the above action for the limited purpose of filing a request for preservation of evidence on behalf of J. Does 1 - 4 and similarly situated clients.

/s/ Michael J. Pineault_____
Michael J. Pineault (BBO #555314)
Clements & Pineault, LLP
24 Federal Street
Boston, Massachusetts 02110
(857) 445-0133
mpineault@clementspineault.com

Dated:  July 3, 2013

## CERTIFICATE OF SERVICE

      I, Michael J. Pineault, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing as well as to Assistant U.S. Attorney Zachary A. Cunha on July 3, 2013.

                                      /s/ Michael J. Pineault  
                                      Michael J. Pineault