## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION | MDL NO. 13-md-2419<br>Master Dkt.: 1:13-md-02419-FDS<br><br>Hon. F. Dennis Saylor, IV |

---

## NOTICE OF LIMITED APPEARANCE

COMES NOW, Kathryn J. Humphrey of Dykema Gossett PLLC and files this

Notice of Limited Appearance showing this Honorable Court that she represents

Southeast Michigan Surgical Hospital, a non-party to this action.  The Notice of

Limited Appearance is filed pursuant to the Court's June 21, 2013 Order

permitting attorneys to make a limited appearance for purposes of contesting a

subpoena without being deemed to consent to the jurisdiction of this Court.


Respectfully submitted,

DYKEMA GOSSETT PLLC

By: /s/ Kathryn J. Humphrey
Kathryn J. Humphrey
Michigan Bar No. P32351
Attorneys for Southeast Michigan
Surgical Hospital
400 Renaissance Center
Detroit, MI  48243-1668
(313) 568-6848
khumphrey@dykema.com

Date:  July 3, 2013

DET01\1245360.1
ID\KJH - 019956\0999

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2013, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing, and paper copies will be served via U.S. Mail, postage pre-paid, to those indicated as non-registered participants.

DYKEMA GOSSETT PLLC

By: /s/ Kathryn J. Humphrey
Kathryn J. Humphrey
Michigan Bar No. P32351
Attorneys for Southeast Michigan
Surgical Hospital
400 Renaissance Center
Detroit, MI  48243-1668
(313) 568-6848
khumphrey@dykema.com