UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**CORRECTED[1] NOTICE OF IDENTIFICATION OF
DOCUMENT REPOSITORY VENDORS**

**PLEASE TAKE NOTICE** that, pursuant to this Court's Order Granting Leave to Serve Subpoenas and Qualified Protective Order Regarding Protection of Health Information (June 21, 2013, Dkt. No. 192, ¶3), the Plaintiffs' Steering Committee, in conjunction with the Official Committee of Unsecured Creditors, has identified the following vendors to receive discovery produced in the MDL, including documents produced in response to subpoenas issued at the direction of Lead Counsel and the Plaintiffs' Steering Committee and documents produced pursuant to section IV. D. 2 (p.14) of the Case Management Order (MDL Order #6).

1.      All documents containing "Personal Health Information" and/or "individually identifiable health information" protected under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") (42 USC § 1320(d) et seq.) and the regulations promulgated thereunder (45 CFR §§ 160, 164 et seq.), should be delivered to the following:

>    Eric Schwarz, Vice President
>    Rust Consulting/Omni Bankruptcy
>    5955 Desoto Avenue, Suite 100
>    Woodland Hills, CA 91367
>    Telephone:  818/906-8300, x-113
>    eric@omnimgt.com

---

[1] This notice corrects a typo in the address for U.S. Legal Support.

2.  All other documents should be delivered to the following:

    Kathleen Dwyer
    U.S. Legal Support
    425 Park Avenue, 5th Floor
    New York, NY 10022
    Telephone: 917/512-7507
    kdwyer@uslegalsupport.com
    litsupport@uslegalsupport.com
    jshulman@uslegalsupport.com

3.  Both vendors will provide information about how documents may be produced electronically (to the extent permitted by HIPAA and other federal and state laws) upon request.

**PLEASE TAKE FURTHER NOTICE** of the filing of the attached Affidavit of Brian Osborne of Rust Consulting Omni Bankruptcy with Respect to Order Granting Plaintiffs Leave to Serve Subpoenas and Qualified Protective Order Regarding Protection of Health Information.

Dated: July 3, 2013

/s/ *Kristen Johnson Parker*
Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
75 Arlington St.
Suite 500
Boston, MA 02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

3

**CERTIFICATE OF SERVICE**

I, Kristen Johnson Parker, hereby certify that I caused a copy of the foregoing Notice of Identification of Document Repository Vendors to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  July 2, 2013

*/s/ Kristen Johnson Parker*
Kristen Johnson Parker, BBO # 667261