UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>NEW ENGLAND COMPOUNDING<br>PHARMACY, INC. PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 2419<br>Docket No. 1:13-md-2419 (FDS)<br><br>Judge F. Dennis Saylor, IV |

## NOTICE OF LIMITED APPEARANCE

Pursuant to the Court's Order of Central Enforcement of Subpoenas, dated June 21, 2013, attorneys Mark P. Goodman, Maura K. Monaghan, and Cari A. Wint hereby enter limited appearances on behalf of nonparty Surgical Park Center, Ltd., for the purpose of contesting or otherwise responding to the subpoena issued to it by the Plaintiffs Steering Committee. This Notice is filed solely for the purpose of contesting or otherwise responding to the subpoena and should not be deemed as otherwise constituting consent to the jurisdiction of this Court.

Respectfully submitted,

_____
Mark P. Goodman
NY Bar No. 2207884
mpgoodma@debevoise.com

_____
Maura K. Monaghan
NY Bar No. 3042751
mkmonagh@debevoise.com

_____
Cari A. Wint
NY Bar # 4684833
cawint@debevoise.com

*Of counsel*:

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel.: (212) 909–6000
Fax: (212) 909–6836

*Attorneys for Nonparty Surgical Park Center, Ltd.*

## CERTIFICATE OF SERVICE

     I, Cari A. Wint, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 8, 2013.

_____
Cari A. Wint