# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

In re:                                              :     MDL No. 2419
                                                    :     Docket No. 1:13-md-2419 (FDS)
NEW ENGLAND COMPOUNDING              :
PHARMACY, INC. PRODUCTS              :
LIABILITY LITIGATION                 :     Judge F. Dennis Saylor, IV
                                     :
                                     :
                                     :
THIS DOCUMENT RELATES TO:            :
                                     :
ALL ACTIONS                          :
_____  :

## NOTICE OF LIMITED APPEARANCE

Pursuant to the Court's Order of Central Enforcement of Subpoenas, dated June 21, 2013,

attorneys Mark P. Goodman, Maura K. Monaghan, and Cari A. Wint hereby enter limited

appearances on behalf of the nonparty identified as HCA Health Services of Tennessee, Inc., a/k/a/

Centennial Medical Center, for the purpose of contesting or otherwise responding to subpoenas

issued to it by the Plaintiffs Steering Committee.  This Notice is filed solely for the purpose of

contesting or otherwise responding to the subpoenas and should not be deemed as otherwise

constituting consent to the jurisdiction of this Court.

Respectfully submitted,

Mark P. Goodman
NY Bar No. 2207884
mpgoodma@debevoise.com

Maura K. Monaghan
NY Bar No. 3042751
mkmonagh@debevoise.com

Cari A. Wint
NY Bar # 4684833
cawint@debevoise.com

*Of counsel*:

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022
Tel.:  (212) 909–6000
Fax:  (212) 909–6836

*Attorneys for Nonparty HCA Health Services of Tennessee, Inc.*
*a/k/a Centennial Medical Center*

2

CERTIFICATE OF SERVICE

 I, Cari A. Wint, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 8, 2013.

Cari A. Wint