UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

_____

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

_____

THIS DOCUMENT RELATES TO:

All Actions

_____

MDL No 2419

Master Dkt: 1:13-md-02419-FDS

## LIMITED APPEARANCE

NOW COMES Hackney Grover Hoover & Bean and hereby enters its Limited Appearance for the purposes of contesting the PSC's Subpoena on behalf of interested parties, Michigan Pain Specialists, PLLC and its employees.

| **HACKNEY GROVER HOOVER & BEAN** | **HACKNEY GROVER HOOVER & BEAN** |
|---|---|
| Attorneys for MPS | Attorneys for MPS |
| /s/ Randy J. Hackney | /s/ C. Mark Hoover |
| _____ | _____ |
| BY:  Randy J. Hackney (P28980) | BY:  C. Mark Hoover (P27574) |
|        1715 Abbey Road, Suite A |        1715 Abbey Road, Suite A |
|        East Lansing, MI 48823 |        East Lansing, MI 48823 |
|        Telephone: 517/333-0306 |        Telephone: 517/333-0306 |
|        Facsimile: 517/333-0319 |        Facsimile: 517/333-0319 |
|        e-mail: rhackney@hghblaw.com |        e-mail: mhoover@hghblaw.com |

Dated:  7/8/13

*HG*
*HB*

### CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing was served on all parties hereto by virtue of the Court's electronic filing system this 8th day of July, 2013.

/s/ Gloria Wesaw_____
Gloria Wesaw