UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  NEW ENGLAND )
COMPOUNDING PHARMACY, INC. )     MDL No. 1:13-md-2419-FDS
PRODUCTS LIABILTY LITIGATION )

**APPEARANCE**

William N. Riley of the law firm Price Waicukauski & Riley, LLC hereby enters his appearance on behalf of Plaintiffs Kathleen Ellison, Nancy Islas, Doris Jewel, Sue Keller, Seth Kniffen, Thomas Legg, Jr., Carolyn Maloney, Amber Raeder, Russell Raiff, and Sandra Rhodes.

Respectfully submitted,

PRICE WAICUKAUSKI & RILEY, LLC


/s/ William N. Riley
William N. Riley, Atty. No. 14941-49
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone:     (317) 633-8787
Facsimile:      (317) 633-8797
Email: wriley@price-law.com

**CERTIFICATE OF SERVICE**

I, William N. Riley, hereby certify that on July 8, 2013, a copy of the foregoing Notice of Appearance was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

/s/ William N. Riley
William N. Riley