UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCT ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All Actions ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (FDS) |

## NOTICE OF FILING

To:   Kimberly A. Dougherty, Esq.
      Janet, Jenner & Suggs, LLC
      75 Arlington Street, Suite 500
      Boston, MA 02116

   PLEASE TAKE NOTICE that on **July 8, 2013** we caused to be filed with the Clerk of the United States District Court District of Massachusetts using the CM/ECF filing system, **Thorek Memorial Hospital's Objections to and Motion to Quash the Plaintiffs' Steering Committee's Subpoena**, **Notice, and Document Requests** contemporaneously filed hereto.

                                             **/s/ Thomas J. Schlesinger_____**
                                             Attorneys for Thorek Memorial
                                             Hospital

Scott C. Bentivenga
Kip J. Adams
Thomas J. Schlesinger
Kevin M. Coffey
Lewis Brisbois Bisgaard & Smith LLP
77 Water Street, Suite 2100
New York, New York 10005
Telephone: 212.232.1354
Facsimile:  212.232.1399
thomas.schlesinger@lewisbrisbois.com

## CERTIFICATE OF SERVICE

   Under the penalties as provided by law, the undersigned certifies this Notice and referenced Objections, have been served on all parties of record, as listed above, by function of the Court's CM/ECF filing system on July 8, 2013.

                                             By:    s/Thomas J. Schlesinger_____

4827-4582-5556.1