UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ )     MDL No. 2419 <br> )     Dkt. No 1:13-md-2419 (FDS) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All Actions ) <br> _____ ) | |

      Please enter the appearance of Terrill Johnson Harris and Carrie A. Hanger as attorneys for non-party Surgery Center Associates of High Point, LLC for the purpose of objecting to portions of the subpoena served upon it in this matter.

 

/s/ Terrill J. Harris_____
Terrill Johnson Harris
N.C. State Bar No. 17472
*Attorney for Surgery Center Associates of High Point, LLC*


/s/ Carrie A. Hanger_____
Carrie A. Hanger
N.C. State Bar No. 35324
*Attorney for Surgery Center Associates of High Point, LLC*

OF COUNSEL:

SMITH MOORE LEATHERWOOD LLP
300 N. Greene Street, Suite 1400
Post Office Box 21927 (27420)
Greensboro, North Carolina  27401
Telephone:  (336) 378-5200
Facsimile:  (336) 378-5400

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing was served on all parties hereto by virtue of the Court's electronic filing system this 8th day of July, 2013.

/s/ Carrie A. Hanger
Carrie A. Hanger
*Attorney for Surgery Center Associates of High Point, LLC*