| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION | IN THE UNITED STATES DISTRICT COURT |
| This Document Relates to All Cases | DISTRICT OF MASSACHUSETTS |
| | CASE NO.: MDL NO. 1:13-md-02419 |
| | Hon. F. Dennis Saylor, IV |

## NOTICE OF LIMITED APPEARANCE

COMES NOW, Michelle J. Marzullo of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C. and files this Notice of Limited Appearance on behalf of Baltimore Pain Management Center, a non-party to this action. This Notice of Limited Appearance is filed pursuant to the Court's June 21, 2013 Order (Dkt. No. 193) permitting attorneys to make a limited appearance for purposes of contesting a subpoena without being deemed to otherwise consent to the jurisdiction of this Court.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

_____/s/_____
Michelle J. Marzullo
USDC-MD Bar #26562
600 Baltimore Avenue, Suite 305
Towson, MD  21204
*Attorneys for Respondent Baltimore Pain Management Center*
Phone:  410-339-6880
Fax:  410-339-6881
mmarzullo@moodklaw.com

July 9, 2013

{MD061171.1}                              1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of July, 2013, a copy of the foregoing was served via United States Mail and/or CM/ECF upon all parties of record:

Elisha N. Hawk, Esq.
Janet, Jenner & Suggs, LLC
1777 Reisterstown Rd., #165
Baltimore, MD  21208

                                          **MARKS, O'NEILL, O'BRIEN,**
                                             **DOHERTY & KELLY, P.C.**

                                        _____/s/_____
                                        Michelle J. Marzullo
                                        USDC-MD Bar #26562
                                        600 Baltimore Avenue, Suite 305
                                        Towson, MD  21204
                                        *Attorneys for Respondent Baltimore Pain Management Center*
                                        Phone:  410-339-6880
                                        Fax:  410-339-6881
                                        mmarzullo@moodklaw.com