UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION | ) ) ) )     MDL NO. 2419<br>Master Dkt.: 1:13-md-02419-FDS |

## SUPPLEMENTAL OBJECTION OF NON-PARTY ERLANGER HEALTH SYSTEMS, INC. TO SUBPOENA

COMES NOW Non-Party Erlanger Health System, Inc. ("Erlanger"), having previously filed its Notice of Limited Appearance, and files its Supplemental Objection to Subpoena, showing this Honorable Court as follows:

Objection to the Subpoena was filed by Thorek Memorial Hospital (Dkt. 244) asserting *inter alia*, an objection to lack of jurisdiction. Erlanger incorporates that part of Thorek Memorial Hospital's objection and hereby supplements Erlanger's Objections by adding an objection to the Subpoena based on lack of jurisdiction. Erlanger is located in the Eastern District of Tennessee. The Subpoena served on Erlanger was issued from the United States District Court for the District of Massachusetts, rather than the United States District Court for the Eastern District of Tennessee. If the Court finds that such a Subpoena must issue from the district wherein the deponent resides, then the Subpoena at issue should be quashed for lack of jurisdiction.

This 9th day of July, 2013.

/S/ Arthur P. Brock
Arthur P. Brock
Tennessee Bar No. 14189
APB@smrw.com

/S/ John B. Bennett
John B. Bennett
Tennessee Bar No. 15989
JBB@smrw.com

*Attorneys for non-party Erlanger Health System*

Spears, Moore, Rebman, & Williams, PC
801 Broad Street, 6th Floor
Chattanooga, TN  37402
Telephone: (423) 756-7000
Facsimile:  (423) 756-8401

## CERTIFICATE OF SERVICE

    I hereby certify that on July 9, 2013, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing, and paper copies will be served via U.S. Mail, postage pre-paid, to those indicated as non-registered participants.

/S/ John B. Bennett
John B. Bennett
Tennessee Bar No. 15989
JBB@smrw.com