# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| This Document Relates To:<br>All Actions | |

## NOTICE OF LIMITED APPEARANCE

To: The clerk of court and all parties of record

Mark E. Anderson, of the law firm of McGuireWoods LLP, hereby gives notice that he is making a limited appearance on behalf of North Carolina Orthopaedic Clinic for the purposes of contesting a subpoena pursuant to Judge Saylor's June 21, 2013 Order on Central Enforcement of Subpoenas.

DATED this 10th day of July, 2013.

/s/ Mark E. Anderson
Mark E. Anderson (NC Bar ID No. 15764)
*Attorneys for non-party North Carolina Orthopaedic Clinic*
McGuireWoods LLP
434 Fayetteville Street, Suite 2600
P.O. Box 27507 (27611)
Raleigh, North Carolina  27601
(919) 755-6678 / Fax: (919) 755-6699
E-mail:  manderson@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on July 10, 2013.

/s/ Mark E. Anderson