UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) MDL No. 2419<br>) Dkt. No 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | )<br>)<br>)<br>)<br>) |

## NOTICE OF LIMITED APPEARANCE BY YVONNE K. PUIG, MARCY H. GREER, AND ERIC J. HOFFMAN

      Please enter the appearance of Yvonne K. Puig, Marcy H. Greer, and Eric J. Hoffman as attorneys for non-party Martin Kelvas for the limited purpose of objecting to the subpoena served upon him in this matter.

                                                                 */s/ Yvonne K. Puig*
                                                              YVONNE K. PUIG
                                                              Texas State Bar No. 16385400

                                                             */s/ Marcy H. Greer*
                                                              MARCY H. GREER
                                                              Texas State Bar No. 08417650

                                                             */s/ Eric J. Hoffman*
                                                             ERIC J. HOFFMAN
                                                             Texas State Bar No. 24074427

                                                             Attorneys for Martin Kelvas

OF COUNSEL:

FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

## **CERTIFICATE OF SERVICE**

This certifies that a true and accurate copy of the foregoing was served on all parties hereto by virtue of the Court's electronic filing system this 9th day of July, 2013. A copy has also been sent to the PSC via electronic mail to J. Gerard Stranch, IV.

*/s/ Eric J. Hoffman*
Eric J. Hoffman