UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> All Actions | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (FDS) |

**NOTICE OF LIMITED APPEARANCE OF BEHALF OF SAINT THOMAS OUTPATIENT NEUROSURGICAL CENTER, LLC AND HOWELL ALLEN CLINIC, A PROFESSIONAL CORPORATION**

Pursuant to the Court's Order on Central Enforcement of Subpoenas dated June 21, 2013, attorneys C.J. Gideon, Jr., Chris J. Tardio, Matthew H. Cline, and John-Mark Zini hereby enter limited appearances on behalf of Tennessee third parties Saint Thomas Outpatient Neurosurgical Center, LLC ("STOPNC") and Howell Allen Clinic, a Professional Corporation ("Howell Allen"), for the limited purpose of objecting to a subpoena issued to Martin Kelvas by the Plaintiffs' Steering Committee.

2

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ C.J. Gideon, Jr.
/s/ Chris J. Tardio
/s/ Matthew H. Cline
/s/ John-Mark Zini
**C.J. Gideon, Jr., #6034**
**Chris J. Tardio, #23924**
**Matthew H. Cline, #31076**
**John-Mark Zini, #31769**
Suite 1100
315 Deaderick Street
Nashville, TN 37238
(615) 254-0400
***Attorneys for STOPNC and Howell Allen for the limited purpose of objecting to the subpoena of Martin Kelvas***

CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing was served on all parties hereto by virtue of the Court's electronic filing system this 9th day of July, 2013.

/s/ Chris J. Tardio
**Chris J. Tardio**