UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2419 ) Master Dkt.: 1:13-md-02419-FDS ) |
| THIS DOCUMENT RELATES TO: All Actions | ) ) ) ) ) ) |

## NOTICE OF LIMITED APPEARANCE

Please take notice that Attorney David E. Fialkow of Nelson Mullins Riley & Scarborough LLP, One Post Office Square, 30th Floor, Boston, Massachusetts 02109, hereby enters his limited appearance for the purposes of contesting a subpoena without being deemed to otherwise consent to the jurisdiction of this Court as counsel to interested party, The South Bend Clinic, LLP, in the above captioned matter.

                                              Respectfully submitted,
                                              The South Bend Clinic, LLP
                                              By its Attorneys,

                                              /s/ David E. Fialkow
                                              David E. Fialkow (BBO #666192)
                                              david.fialkow@nelsonmullins.com
                                              Nelson Mullins Riley & Scarborough LLP
                                              One Post Office Square, 30th Floor
                                              Boston, Massachusetts 02109
                                              (617) 573-4700
Dated: July 10, 2013                          (617) 573-4710 (fax)

## **CERTIFICATE OF SERVICE**

      I, David E. Fialkow, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: July 10, 2013                              /s/ David E. Fialkow