**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**
(A Limited Liability Partnership Formed in Pennsylvania)
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, New Jersey 08002
(856) 488-7700
*Counsel for Defendants Inspira Health Network, Inc.*
*and Inspira Medical Centers, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** : : : | CIVIL ACTION MDL No. 1:13-md-02419 Hon. F. Dennis Saylor, IV |
| **This Document Relates To:** : *Hannah v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10407-FDS; : *Jones v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10409-FDS; : *Ramos v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10410-FDS; : *Rios, et al. v. New England Compounding Pharmacy, Inc., et al.*, 13-10411-FDS; : *Rivera, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10412-FDS; : *Tayvinsky, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10414-FDS; : *Gould, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10444-FDS; : *Normand, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10447-FDS : | |

### SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO FED. R. CIV. P. 7.1 BY INSPIRA HEALTH
### NETWORK, INC. (formerly SOUTH JERSEY HEALTH SYSTEM, INC.)

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Inspira Health Network, Inc. [incorrectly pled in the captions in the above matters as South Jersey Healthcare or South Jersey Regional Medical Center], submits this supplemental corporate disclosure statement. South

3425159v2

Jersey Health System, Inc. became Inspira Health Network, Inc. on May 1, 2013 and, accordingly, Inspira Health Network, Inc. hereby supplements and replaces its previously filed Corporate Disclosure Statement[1] as follows.

Inspira Health Network, Inc. states that it does not have any parent corporation. Inspira Health Network, Inc. was incorporated in the State if New Jersey as a non-profit, non-stock, membership, charitable organization. Because Inspira Health Network, Inc. has no stock and is a 501(c)(3) charitable organization, no entity, including any publicly held corporation, has any ownership interest in Inspira Health Network, Inc.

Respectfully submitted,

MONTGOMERY, McCRACKEN, WALKER
& RHOADS, LLP

Dated: July 10, 2013

s/*Stephen A. Grossman*
Stephen A. Grossman
Montgomery, McCracken, Walker & Rhoads, LLP
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
sgrossman@mmwr.com
(856) 488-7700
(856) 488-7720 (facsimile)
*Counsel for Defendants*
*Inspira Health Network, Inc. and*
*Inspira Medical Centers, Inc.*

---

[1] Defendant South Jersey Health System, Inc.'s previous Fed. R. Civ. P. 7.1 Corporate Disclosure Statement was filed on April 8, 2013 at: (1) *In re NECP MDL*, Civ. No. 13-md-02419-FDS, Doc. 80; (2) *Hannah*, Civ. No. 13-10407-FDS, Doc. 51; (3) *Jones*, Civ. No. 13-10409-FDS, Doc. 34; (4) *Ramos*, Civ. No. 13-10410-FDS, Doc. 33; (5) *Rios*, 13-10411-FDS, Doc. 32; (6) *Rivera*, Civ. No. 13-10412-FDS, Doc. 32; (7) *Tayvinsky*, Civ. No. 13-10414-FDS, Doc. 34; (8) *Gould*, Civ. No. 13-10444-FDS, Doc. 39; and, (9) *Normand*, Civ. No. 13-10447-FDS, Doc. 34.

3425159v2

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on July 10, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

      /s/*Stephen A. Grossman*
      Stephen A. Grossman

3425159v2