**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**
(A Limited Liability Partnership Formed in Pennsylvania)
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, New Jersey 08002
(856) 488-7700
*Counsel for Defendants Inspira Health Network, Inc. and*
*Inspira Medical Centers, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING** | : | **CIVIL ACTION** |
| **PHARMACY, INC. PRODUCTS** | | **MDL No. 1:13-md-02419** |
| **LIABILITY LITIGATION** | : | |
| | | **Hon. F. Dennis Saylor, IV** |
| **This Document Relates To:** | : | |
| *Hannah v. New England Compounding* | | |
| *Pharmacy, Inc., et al.*, Civ. No. 13-10407-FDS; | : | |
| *Jones v. New England Compounding* | | |
| *Pharmacy, Inc., et al.*, Civ. No. 13-10409-FDS; | : | |
| *Ramos v. New England Compounding* | | |
| *Pharmacy, Inc., et al.*, Civ. No. 13-10410-FDS; | : | |
| *Rios, et al. v. New England Compounding* | | |
| *Pharmacy, Inc., et al.*, 13-10411-FDS; | : | |
| *Rivera, et al. v. New England Compounding* | | |
| *Pharmacy, Inc., et al.*, Civ. No. 13-10412-FDS; | : | |
| *Tayvinsky, et al. v. New England Compounding* | | |
| *Pharmacy, Inc., et al.*, Civ. No. 13-10414-FDS; | : | |
| *Gould, et al. v. New England Compounding* | | |
| *Pharmacy, Inc., et al.*, Civ. No. 13-10444-FDS; | : | |
| *Normand, et al. v. New England Compounding* | | |
| *Pharmacy, Inc., et al.*, Civ. No. 13-10447-FDS | : | |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1 BY INSPIRA MEDICAL
## CENTERS, INC. (formerly SOUTH JERSEY HOSPITAL, INC.)

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Inspira Medical Centers, Inc.,

[incorrectly pled in the captions in the above matters as South Jersey Healthcare or South Jersey

Regional Medical Center], submits this supplemental corporate disclosure statement.  South

Jersey Hospital, Inc. became Inspira Medical Centers, Inc. on May 1, 2013 and, accordingly,

Inspira Medical Centers, Inc. hereby supplements and replaces its previously filed Corporate Disclosure Statement[1] as follows.

Inspira Medical Centers, Inc. states that it does not have a parent corporation.  Inspira Medical Centers, Inc. was incorporated in the State if New Jersey as a non-profit, non-stock, membership, charitable organization.  Defendant Inspira Health Network, Inc. is the sole member of Inspira Medical Centers, Inc.  Because Inspira Medical Centers, Inc. has no stock and is a 501(c)(3) charitable organization, no entity, including any publicly held corporation, has an ownership interest in Inspira Medical Centers, Inc.

Respectfully submitted,

MONTGOMERY, McCRACKEN, WALKER
& RHOADS, LLP

Dated:  July 10, 2013                    s/*Stephen A. Grossman*
                                                    Stephen A. Grossman
                                                    Montgomery, McCracken, Walker & Rhoads, LLP
                                                    LibertyView, Suite 600
                                                    457 Haddonfield Road
                                                    Cherry Hill, NJ 08002
                                                    sgrossman@mmwr.com
                                                    (856) 488-7700
                                                    (856) 488-7720 (facsimile)
                                                    *Counsel for Defendants*
                                                    *Inspira Health Network, Inc. and*
                                                    *Inspira Medical Centers, Inc.*

---

[1] Defendant South Jersey Hospital, Inc.'s previous Fed. R. Civ. P. 7.1 Corporate Disclosure Statement was filed on April 8, 2013 at: (1) *In re NECP MDL*, Civ. No. 13-md-02419-FDS, Doc. 81; (2) *Hannah*, Civ. No. 13-10407-FDS, Doc. 52; (3) *Jones*, Civ. No. 13-10409-FDS, Doc. 35; (4) *Ramos*, Civ. No. 13-10410-FDS, Doc. 34; (5) *Rios*, 13-10411-FDS, Doc. 33; (6) *Rivera*, Civ. No. 13-10412-FDS, Doc. 33; (7) *Tayvinsky*, Civ. No. 13-10414-FDS, Doc. 35; (8) *Gould*, Civ. No. 13-10444-FDS, Doc. 40; and, (9) *Normand*, Civ. No. 13-10447-FDS, Doc. 35.

3425861v2

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court

on July 10, 2013 using the CM/ECF system which sent notification of this filing to all ECF

registered counsel of record via e-mail generated by the Court's ECF system.


s/*Stephen A. Grossman*
Stephen A. Grossman

3425861v2