UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## NOTICE OF LIMITED APPEARANCE

To:   The clerk of court and all parties of record

C. Houston Foppiano and David H. Batten, of the law firm of Batten Lee PLLC, hereby give notice that they are making a limited appearance on behalf of Surgery Center of Wilson, LLC for the purposes of contesting a subpoena pursuant to Judge Saylor's June 21, 2013 Order on Central Enforcement of Subpoenas.

DATED this 10th day of July, 2013.

   /s/ C. Houston Foppiano_____
   C. Houston Foppiano (NC Bar ID No. 26246)
   *Attorneys for non-party Surgery Center of Wilson, LLC*
   Batten Lee PLLC
   4141 Parklake Avenue, Suite 350
   Raleigh, North Carolina 27612
   Phone: (919) 439-2221
   Fax: (919) 780-5382
   E-mail: hfoppiano@battenlee.com

   /s/ David H. Batten_____
   C. Houston Foppiano (NC Bar ID No. 10796)
   *Attorneys for non-party Surgery Center of Wilson, LLC*
   Batten Lee PLLC
   4141 Parklake Avenue, Suite 350
   Raleigh, North Carolina 27612
   Phone: (919) 439-2221
   Fax: (919) 780-5382
   E-mail: dbatten@battenlee.com

**CERTIFICATE OF SERVICE**

  I hereby certify that I caused a copy of the foregoing Notice of Limited Appearance to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to those parties by operation of the court's electronic filing system.


Dated:  July 10, 2013

                 /s/ C. Houston Foppiano_____
                 C. Houston Foppiano

                 *Attorneys for Surgery Center of Wilson, LLC*