IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Actions | MDL No. 2419<br>Master Dkt.: 1:13-02419-FDS |

## NOTICE OF LIMITED APPEARANCE

To:   The clerk of court and all parties of record

Thomas J. Schlesinger, Kip J. Adams and Scott C. Bentivenga, of the law firm of Lewis Brisbois Bisgaard & Smith LLP, hereby give notice that they are making a limited appearance on behalf of Thorek Memorial Hospital for the purposes of contesting a subpoena pursuant to Judge Saylor's June 21, 2013 Order on Central Enforcement of Subpoenas.

DATED this 10th day of July, 2013.

/s/Thomas J. Schlesinger
Thomas J. Schlesinger (Bar No.: BBO546226)
Lewis Brisbois Bisgaard & Smith LLP
77 Water Street, Suite 2100
New York, New York 10005
Phone: (212) 232-1354 / Fax: (212) 232-1399
Email: thomas.schlesinger@lewisbrisbois.com

/s/Kip J. Adams
Kip J. Adams (Bar No.: 664860)
Lewis Brisbois Bisgaard & Smith LLP
75 Arlington, Suite 500
Boston, Massachusetts 02116
Phone: (857) 313-3950 / Fax: (857) 3131-3951
Email: kip.adams@lewisbrisbois.com

/s/ Scott C. Bentivenga
Scott C. Bentivenga (ARDC #6198298)
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Phone: (312) 345-1718 / Fax: (312) 3454-1778
Email: scott.bentivenga@lewisbrisbois.com

*Aattorneys for non-party Thorek Memorial Hospital*

4818-0650-0628.1

**CERTIFICATE OF SERVICE**

We hereby certify that this document filed through CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on July 10, 2013.

/s/ Thomas J. Schlesinger

/s/ Kip J. Adams

/s/ Scott C. Bentivenga

4818-0650-0628.1