UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING :
PHARMACY, INC. PRODUCTS :
LIABILITY LITIGATION :
: MDL NO.: 2419
: DKT. NO.: 1:13-md-2419(FDS)
THIS DOCUMENT RELATES TO: :
:
All Actions :
:

### NOTICE OF LIMITED APPEARANCE ON BEHALF OF FORSYTH STREET AMBULATORY SURGERY CENTER, LLC

COME NOW Emmitte H. Griggs and Jason D. Lewis, attorneys for Forsyth Street Ambulatory Surgery Center, LLC, and pursuant to this Court's June 21, 2013 Order On Central Enforcement of Subpoenas, hereby enter limited appearances on behalf of Forsyth Street Ambulatory Surgery Center, a third party to this litigation, for purposes of contesting subpoenas issued by Plaintiffs' Steering Committee.

Respectfully submitted this 9th day of July, 2013.

Emmitte H. Griggs
Ga. Bar No. 312085
3920 Arkwright Road Suite 405
Macon, Georgia 31210
Ph:   478-745-1181
Fax:  478-746-9479
sharden@chrkglaw.com

Jason D. Lewis
Ga. Bar No. 197856
3920 Arkwright Road Suite 405
Macon, Georgia 31210
Ph:    478-745-1181
Fax:   478-746-9479
jlewis@chrkglaw.com

CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing was served on Lead Counsel for the PSC and Attorney Patrick Fennell by Certified U.S. Mail with sufficient postage to ensure delivery this 9th day of July 2013.

Thomas Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016

Jason D. Lewis