

Daniel L. Crandall*
Peter A. Katt
Danny D. Ashwell, Jr.
Patrick T. Fennell**
D. Adam McKelvey
William C. Pattisall***
John F. Pyle
David J. Crandall

# Crandall & Katt
Attorneys & Counselors at Law
366 Elm Avenue, S.W., Roanoke, Virginia 24016

Telephone:
540-342-2000
Facsimile:
540-345-3527
Email:
info@crandalllaw.com

June 25, 2013

Forsyth Street Ambulatory Surgery Center, LLC
1610 Forsyth Street
Macon, Georgia 31201

Re: In re: New England Compounding Pharmacy, Inc., Products Liability Litigation
United States District Court, District of Massachusetts
Case No.: 1:13-md-02419-FDS

Dear Sir/Madam:

I have enclosed one copy of each of the following documents in the referenced case:

1. Judge Saylor's Order on Enforcement of Subpoenas; and

2. Judge Saylor's Order Granting Plaintiffs Leave to Serve Subpoenas and Qualified Protective Order Regarding Protection of Health Information.

Please note that pursuant to these orders, all subpoenas received by you in this litigation and issued in the MDL are enforceable by the U.S. District Court in Boston, Massachusetts, and that all objections to the subpoena recently served on you will be heard on July 18, 2013 at the court in Boston starting at 2:00 p.m.

Thank you. Please call me if you have any questions.

Very truly yours,

CRANDALL & KATT

Patrick T. Fennell

PTF/cmh
Enclosures

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

ORDER ON
CENTRAL ENFORCEMENT OF SUBPOENAS

WHEREAS the Plaintiffs' Steering Committee has advised the Court that it intends to issue subpoenas to:

- Pain clinics, hospitals, and other entities or individuals who purchased NECC's methyl prednisolone acetate, cardioplegic solution, or ophthalmic solution;
- Vendors and contractors who worked on or were responsible for the conditions of the NECC facility;
- Vendors who conducted sterility or other testing of NECC's products or equipment used to make the products; and
- Suppliers who provided the raw materials used to create methyl prednisolone acetate, cardioplegic solution, or ophthalmic solution.

WHEREAS the Court has the authority to enforce subpoenas issued out of the MDL;

WHEREAS the Court finds that central enforcement of these subpoenas will promote efficiency and the interests of justice;

IT IS HEREBY ORDERED

1. This Court will centrally enforce subpoenas issued out of the MDL.

2. Any objections or motions to quash subpoenas issued out of the MDL shall be filed directly into the MDL. Attorneys are permitted to make a limited appearance for the purposes of contesting a subpoena without being deemed to otherwise consent to the jurisdiction of this Court.

3. Objections to subpoenas served before July 10, 2013 will be heard during the July 18, 2013 status conference.

**SO ORDERED.**

Dated this 21st day of June, 2013.

/s/ F. Dennis Saylor
F. Dennis Saylor, IV
United States District Judge