UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND        )
COMPOUNDING PHARMACY, INC.  )    MDL No: 1:13-md-2419-FDS
PRODUCTS LIABILITY LITIGATION  )

## NOTICE OF APPEARANCE

Kindly enter the appearance of Sean E. Capplis, Esq., Mary-Rose Watson, Esq. and Ficksman & Conley, LLP, 98 North Washington Street, Suite 500, Boston, Massachusetts as attorneys for the defendant, Ocean State Pain Management, Inc., in the above-captioned action.

/s/ Sean E. Capplis
SEAN E. CAPPLIS
BBO #634740
Ficksman & Conley, LLP
98 North Washington Street-Suite 500
Boston, MA 02114
(617) 720-1515

/s/ Mary-Rose Watson
MARY-ROSE WATSON
BBO #685685
Ficksman & Conley, LLP
98 North Washington Street-Suite 500
Boston, MA 02114
(617) 720-1515

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2013, I served the above Notice of Appearance upon the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ Mary-Rose Watson
MARY-ROSE WATSON
Attorney for Defendant,
Ocean State Pain Management, Inc.