UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC, PRODUCTS LIABILITY
LITIGATION

MDL No. 2419

Master Dkt: 1:13-md-02419-FDS

THIS DOCUMENT RELATES TO:

All Actions

## LIMITED APPEARANCE

NOW COMES Hackney Grover Hoover & Bean and hereby enters its Limited Appearance for the purposes of contesting the PSC's Subpoena on behalf of interested parties, Neuromuscular and Rehabilitation Associates of Northern Michigan ("NRANM") and its employees.

| | |
|---|---|
| **HACKNEY GROVER HOOVER & BEAN**<br>Attorneys for NRANM | **HACKNEY GROVER HOOVER & BEAN**<br>Attorneys for NRANM |
| /s/ Brett J. Bean | /s/ Timothy J. Dardas |
| Brett J. Bean (P31152)<br>1715 Abbey Road, Suite A<br>East Lansing, MI 48823<br>Telephone: 517/333.0306<br>Facsimile: 517/333.0319<br>e-mail: bbean@hghblaw.com | Timothy J. Dardas (P62094)<br>1715 Abbey Road, Suite A<br>East Lansing, MI 48823<br>Telephone: 517/333.0306<br>Facsimile: 517/333.0319<br>e-mail: tdardas@hghblaw.com |

Dated: 7/12/13

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing was served on all parties hereto by virtue of the Court's electronic filing system this 12th day of July, 2013.

/s/ Marcia A. Fogarty

Marcia A. Fogarty

HG
HB