UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 1:13-md-2419-FDS |
| | ) | |
| This Document Relates To: | ) ) | |
| All Actions | ) ) | |

**NOTICE OF LIMITED APPEARANCE**

Pursuant to the Court's Order dated June 12, 2013 (Dkt. 177), the undersigned counsel hereby enters his appearance in the above action for the limited purpose of filing a request for preservation of evidence on behalf of J. Does 5 - 10 and similarly situated clients.[1]

/s/ Mark D. Smith
Mark D. Smith, BBO No. 542676
Laredo & Smith, LLP
101 Federal Street, Suite 650
Boston, MA 02110
(617) 443-1100 (phone)
smith@laredosmith.com

Dated: July 12, 2013

---

[1] Other counsel in this case has already used the identifiers J. Does 1-4.  Therefore we are identifying our clients as J. Does 5-10.

**CERTIFICATE OF SERVICE**

    I, Mark D. Smith, does hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing as well as to Assistant U.S. Attorney Zachary A. Cunha on July 12, 2013.

                                            /s/ Mark D. Smith
                                            Mark D. Smith