# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## NOTICE OF LIMITED APPEARANCE

To:   The clerk of court and all parties of record

G. Adam Moyers, of the law firm of Batten Lee PLLC, hereby gives notice that he is making a limited appearance on behalf of Surgery Center of Wilson, LLC for the purposes of contesting a subpoena pursuant to Judge Saylor's June 21, 2013 Order on Central Enforcement of Subpoenas.

DATED this 15th day of July, 2013.

    /s/ G. Adam Moyers_____
 G. Adam Moyers (NC Bar ID No. 28704)
 *Attorneys for non-party Surgery Center of Wilson, LLC*
Batten Lee PLLC
4141 Parklake Avenue, Suite 350
Raleigh, North Carolina 27612
Phone: (919) 439-2221
Fax: (919) 780-5382
E-mail: amoyers@battenlee.com

**CERTIFICATE OF SERVICE**

     I hereby certify that I caused a copy of the foregoing Notice of Limited Appearance to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to those parties by operation of the court's electronic filing system.

Dated:  July 15, 2013

                                             /s/ G. Adam Moyers_____
                                            G. Adam Moyers

                                            *Attorneys for Surgery Center of Wilson, LLC*