UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION | MDL NO. 13-md-2419<br>Master Dkt.: 1:13-md-02419-FDS<br><br>Hon. F. Dennis Saylor, IV |

## INDEX OF EXHIBITS

1. Subpoena

2. Correspondence dated June 28, 2013 to Southeast Michigan Surgical Hospital

3. Correspondence dated July 3, 2013 to Marc E. Lipton