# EXHIBIT 2

# THE MILLER LAW FIRM
### A PROFESSIONAL CORPORATION

E. POWELL MILLER
MARC L. NEWMAN
ANN L. MILLER
MARTHA J. OLIJNYK
JAYSON E. BLAKE
BRIAN E. ETZEL
DAVID B. VIAR
RICHARD (TONY) BRAUN
KEVIN F. O'SHEA
SHARON S. ALMONRODE
LAUREN G. NORTHROP

950 WEST UNIVERSITY DRIVE
SUITE 300
ROCHESTER, MICHIGAN 48307

TELEPHONE (248) 841-2200
FACSIMILE (248) 652-2852
www.millerlawpc.com

JANUARY A. DRAGICH
MELISSA D. WOJNAR-RAYCRAFT
EMILY E. HUGHES
DEVON P. ALLARD
ADAM T. SCHNATZ
CHRISTOPHER D. KAYE
CASEY A. FRY
JENNIFER E. FRUSHOUR
JUSTIN B. VANDEPUTTE
RICHARD L. MERPI II

ANDREW R. DRANCHAK (1929-2007)

June 28, 2013

*Via First Class Mail*

Southeast Michigan Surgical Hospital
c/o CSC-Lawyers Incorporating Service Co.
601 Abbot Road
East Lansing, Michigan 48823

Re:   *New England Compounding Center Litigation, MDL No. 2419 – Subpoena Issued to Southeast Michigan Surgical Hospital*

To Whom It May Concern:

My name is Jennifer Frushour. I am an attorney with The Miller Law Firm, and I am working with Marc Lipton, of Lipton Law, a member of the Plaintiffs' Steering Committee for the New England Compounding Center Litigation, and Robert Sickels, of Sommers Schwartz, vice-chair for the PSC's Michigan Sub-committee, on the above referenced matter.

I am writing in regard to the subpoena issued to Southeast Michigan Surgical Hospital on June 21, 2013. Please be advised that the PSC is solely seeking Southeast Michigan Surgical Hospital's documents at this point. As such, if production is substantially completed by the date and time provided on the June 21 subpoena, then Southeast Michigan Surgical Hospital need not appear to testify on this date.

Thank you for your continued cooperation in this matter, and please contact me if you have any further questions.

Very truly yours,

**THE MILLER LAW FIRM, P.C.**

Jennifer E. Frushour

Cc via electronic mail:  Marc Lipton
Robert Sickels