UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND )
COMPOUNDING PHARMACY, INC )
LIABILITY LITIGATION )
                                                         )    MDL No. 2419
                                                         )    Master Dkt. No. 1:13-md-2419 (FDS)
                                                         )
THIS DOCUMENT RELATES TO: )
All Actions )
                                                         )

## NOTICE OF LIMITED APPEARANCE

The Clerk of the Court will please note the entry of the limited appearance of Clinton R. Shaw, Jr., Esquire of the law firm Bonner Kiernan Trebach & Crociata, LLP, as counsel of record on behalf of Insight Health Corp., solely for the purpose of filing Insight Health Corp.'s Objections to and Motion to Quash The Plaintiffs' Steering Committee's Subpoena.

Dated: July 15, 2013.

                                              Respectfully submitted,

                                              BONNER KIERNAN TREBACH & CROCIATA, LLP

                                              /S/ Clinton R. Shaw, Jr., Esq.
                                              _____
                                              Christopher E. Hassell, Esq. (VSB No.30469)
                                              Clinton R. Shaw, Jr., Esq. (VSB No. 37498)
                                              1233 20th Street, N.W., Suite 800
                                              Washington, D.C. 20036
                                              Telephone: (202) 712-7000
                                              Fax: (202) 712-7100
                                              chassell@bonnerkiernan.com
                                              cshaw@bonnerkiernan.com
                                              Counsel for Defendant Insight Health Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Limited Appearance was served via email on this 15th day of July, 2013 to:

Patrick T. Fennell, Esq.
Crandall & Katt
366 Elm Avenue, SW
Roanoke, VA 24016
P-540-342-2000
F-540-400-0616
E-mail  PFennell@crandalllaw.com

/S/ Clinton R. Shaw, Jr., Esq.

_____
Clinton R. Shaw Jr.