UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | * * * |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION | * MDL No. 2419 * * * Dkt. No 1:13-md-2419 (FDS) * * * |
| THIS DOCUMENT RELATES TO: | * * |
| All Actions | * * |

## NOTICE OF LIMITED APPEARANCE

Pursuant to the Court's Order of Central Enforcement of Subpoenas, dated June 21, 2013, attorney John T. Sly and Waranch & Brown, LLC hereby enter limited appearance on behalf of nonparty Respondent Greenspring Surgical Center for purposes of contesting or otherwise responding to the subpoena issued to it by the Plaintiffs' Steering Committee. This Notice is filed solely for the purpose of contesting or otherwise responding to the subpoena and should not be deemed as otherwise constituting consent to the jurisdiction of this Court.

Respectfully submitted,

John T. Sly
(U.S. District Court of Maryland Bar No. 26608)
Waranch & Brown, LLC
1301 York Road, Suite 300
Lutherville, MD 21093
Email: Jsly@waranch-brown.com
(410) 821-3511
(410) 821-3501 (Fax)
**ATTORNEYS FOR RESPONDENT
GREENSPRING SURGICAL CENTER**

**CERTIFICATE OF SERVICE**

This will certify that a true and accurate copy of the foregoing will be served on all parties hereto by virtue of the Court's electronic filing system this 16th day of July, 2013.

_____
John T. Sly