UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
　　　　　　　　　　　　　　　　　　　　　)   MDL No. 2419
　　　　　　　　　　　　　　　　　　　　　)   Dkt. No 1:13-md-2419 (FDS)
THIS DOCUMENT RELATES TO: )
　　　　　　　　　　　　　　　　　　　　　)
All Actions )
　　　　　　　　　　　　　　　　　　　　　)

## AFFIDAVIT OF SCOTT BUTLER

STATE OF TENNESSEE
COUNTY OF DAVIDSON

　　　　Comes Scott Butler, after first being duly sworn, and states as follows:

　　　　1.　　I am over 18 years of age, have personal knowledge of the facts contained herein, and am competent to testify to same.

　　　　2.　　I am the Chief Administrative Officer of Howell Allen Clinic ("Howell Allen"). I am also a registered accountant.

　　　　3.　　Howell Allen has never purchased products from the New England Compounding Center ("NECC").

　　　　4.　　Howell Allen never had direct contact with NECC.

　　　　5.　　Some Howell Allen patients were injected with NECC medications at St. Thomas Outpatient Neurosurgical Center. Howell Allen cannot independently identify which of its patients received NECC products. St. Thomas Outpatient Neurosurgical Center should be able to identify which patients received NECC medications.

　　　　6.　　Howell Allen is not aware of any of its patients becoming ill from NECC medications outside the three contaminated lots of methylprednisolone acetate.

1


DEFENDANT'S EXHIBIT 4

_____
(Signature of Affiant)

Sworn to and subscribed by me on this 10th day of July, 2013.

_____
(Notary Public)

My Commission Expires: *[notary seal: MARLESE T. ALLEN, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, My Commission Expires November 5, 2014]*

2