UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
                                                 )   MDL No. 2419
                                                 )   Dkt. No 1:13-md-2419 (FDS)
THIS DOCUMENT RELATES TO: )
)
All Actions )
)

## AFFIDAVIT OF PAUL HOFFMAN, MD

STATE OF TENNESSEE
COUNTY OF DAVIDSON

Comes Paul Hoffman, MD, after first being duly sworn, and states as follows:

1. I am over 18 years of age, have personal knowledge of the facts contained herein, and am competent to testify to same.

2. I am a physician/owner of the Neurosurgical Group of Chattanooga d/b/a Chattanooga Neurosurgery and Spine ("CNS").

3. CNS never purchased any products from New England Compounding Center ("NECC").

4. CNS never had direct contact with NECC.

5. Some CNS patients were injected with NECC medications at the Chattanooga Surgery Center. CNS cannot independently identify which of its patients received NECC products. The Chattanooga Surgery Center should be able to identify which patients received NECC medications.

6. CNS is not aware of any NECC medications causing illnesses in any of its patients.

_____
(Signature of Affiant)

1

DEFENDANT'S EXHIBIT 3

Sworn to and subscribed by me on this  10th  day of  July , 2013.

_____
(Notary Public)

My Commission Expires: 01/05/2013

[Seal: JULIE F. EWING, STATE OF TENNESSEE NOTARY PUBLIC, HAMILTON COUNTY]