UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
)  MDL No. 2419
) Dkt. No 1:13-md-2419 (FDS)
THIS DOCUMENT RELATES TO: )
)
All Actions )
)

## AFFIDAVIT OF DONATHAN IVEY, MD

STATE OF TENNESSEE
COUNTY OF DAVIDSON

Comes Donathan Ivey, MD, after first being duly sworn, and states as follows:

1. I am over 18 years of age, have personal knowledge of the facts contained herein, and am competent to testify to same.

2. I am a former owner/director of Specialty Surgery Center, Crossville ("SSC"). I am also a licensed physician.

3. Effective July 1, 2013, SSC was sold to Cumberland Medical Center.

4. Due to the change in ownership, the staff members with actual working knowledge of SSC's dealings with medication suppliers, including the New England Compounding Center ("NECC"), are no longer employed by SSC.

5. The most efficient way to respond to the subpoena would probably be to re-hire a former employee with knowledge of SSC's dealings with NECC and business practices prior to the change in ownership.

6. Any present employee, to respond to the subpoena, would have to work extensively with a former employee or employees with knowledge of SSC's dealings with NECC and business practices prior to the change in ownership. I expect that any former employee would require compensation for their time dedicated to this, if they are even willing to assist.

1



7. My best estimate is that it would take a former employee with knowledge of SSC's dealings with NECC approximately 10 days to compile the information documents requested. Any former employee retained for this task will have to work around his or her new work schedule so it could take substantially longer than 10 days. I estimate it will cost approximately $3,000 to hire a former employee to assist in responding to the subpoena. The time and cost estimates are speculative and contingent upon a former employee being able and willing to undertake the task.

8. SSC is not aware of any of its patients becoming ill from NECC medications outside the three contaminated lots of methylprednisolone acetate.

_____
(Signature of Affiant)

Sworn to and subscribed by me on this 10th day of July, 2013.

_____
(Notary Public)

My Commission Expires: 7-23-14

2