UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| In re: New England Compounding Pharmacy, Inc.  ) | MDL No. 2419 |
| ) | Civil Docket No. 1:13-md-02419 |
| _____ ) | |

## <u>NOTICE OF LIMITED APPEARANCE</u>

Please enter the appearance of William E. Christie, Esquire as attorney for non-party, Dr.

O'Connell's Pain Care Center, Inc., for the limited purpose of objecting to the subpoena served

upon it in this matter.

                                        Respectfully submitted,

                                        Dr. O'Connell's Pain Care Center, Inc.
                                        By Its Attorneys:

DATED:  July 16, 2013                    /s/ William E. Christie
                                        William E. Christie, Esquire
                                        B.B.O. No. 566896
                                        Shaheen & Gordon, P.A.
                                        107 Storrs Street
                                        P.O. Box 2703
                                        Concord, NH 03302-2703
                                        (603) 225-7262
                                        wchristie@shaheengordon.com

1

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that the within NOTICE OF LIMITED APPEARANCE filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 16, 2013.


DATED:  July 16, 2013

                                           /s/William E. Christie
                                          William E. Christie, Esquire
                                          B.B.O. No. 566896
                                          Shaheen & Gordon, P.A.
                                          107 Storrs Street
                                          P.O. Box 2703
                                          Concord, NH 03302-2703
                                          (603) 225-7262
                                          wchristie@shaheengordon.com