UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____ )
In re: New England Compounding Pharmacy, Inc.   )          MDL No. 2419
                                          )          Civil Docket No. 1:13-md-02419
_____ )

## NOTICE OF LIMITED APPEARANCE

      Please enter the appearance of William E. Christie, Esquire as attorney for non-party, Dr.

O'Connell's Pain Care Center, for the limited purpose of objecting to the subpoena served upon

it in this matter.

                                    Respectfully submitted,

                                    Dr. O'Connell's Pain Care Center
                                    By Its Attorneys:

DATED:  July 16, 2013                /s/ William E. Christie
                                    William E. Christie, Esquire
                                    B.B.O. No. 566896
                                    Shaheen & Gordon, P.A.
                                    107 Storrs Street
                                    P.O. Box 2703
                                    Concord, NH 03302-2703
                                    (603) 225-7262
                                    wchristie@shaheengordon.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the within NOTICE OF LIMITED APPEARANCE filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 16, 2013.


DATED:  July 16, 2013

<div style="margin-left:40%">

/s/ William E. Christie
William E. Christie, Esquire
B.B.O. No. 566896
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
wchristie@shaheengordon.com

</div>