IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>**Jane R. and Gerald W. Wray v. New England Compounding Pharmacy, Inc**. | MDL No. 1:13-md-2419-FDS |

## NOTICE OF APPEARANCE

Now comes Annika K. Martin of the firm Lieff Cabraser Heimann & Bernstein, LLP and enters her appearance as additional co-counsel for Jane R. Wray and Gerald W. Wray and the Consolidated Plaintiffs in the above captioned matter.

Signed under penalty of perjury this 16th day of July, 2013.

Dated:  July 16, 2013   By:   _____
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Phone: (212)355-9500
Fax: (212)355-9592

1112428.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2013, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to counsel of record.

Dated: July 16, 2013         By: _____

Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Phone: (212)355-9500
Fax: (212)355-9592