```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

IN RE: NEW ENGLAND COMPOUNDING           MDL No. 1:13-md-02419
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION                               Hon. F. Dennis Saylor, IV
_____

THIS DOCUMENT RELATES TO:

All Actions
_____
```

           NOTICE OF LIMITED APPEARANCE
      BY ALAN J. BOZER AND JOANNA K. CHEN

   Please enter the appearance of Alan J. Bozer and Joanna J. Chen as attorneys for non-party Rochester Brain and Spine for the limited purpose of objecting to the subpoena served upon it in this matter.

                                    *s/Alan J. Bozer*
                                    _____
                                       Alan J. Bozer
                                       NYS Bar No. 2263507

                                    *s/Joanna J. Chen*
                                    _____
                                       Joanna J. Chen
                                       NYS Bar No. 4982880

PHILLIPS LYTLE LLP
Attorneys for Rochester Brain and Spine
3400 HSBC Center
Buffalo, New York 14203
Telephone No. (716) 847-8400

- 2 -

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice Of Limited Appearance By Alan J. Bozer and Joanna K. Chen, was served by electronic delivery to the issuing attorney of record whose address and contact information is as follows:

   Patrick T. Fennell (VSB 40393)
   Crandall & Katt
   366 Elm Avenue, S.W.
   Roanoke, Virginia 24016
   pfennell@crandalllaw.com
   (540) 342-2000

on this 16th day of July, 2013.

           *s/Alan J. Bozer*
           _____
            Alan J. Bozer
            Joanna J. Chen
         One HSBC Center, Suite 3400
         Buffalo, New York  14203-2887
         Telephone No. (716) 847-8400
         abozer@phillipslytle.com