UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING    )
PHARMACY, INC. PRODUCT LIABILITY  )    MDL. NO. 2419
LITIGATION                        )    Master Dkt.: 1:13-md-02419-FDS
                                  )

## NOTICE OF LIMITED APPEARANCE

COME NOW, Halley M. Stephens files this Notice of Limited Appearance showing this Honorable Court that she represents Pain Consultants of West Florida, a non-party to this action. The Notice of Limited Appearance is filed pursuant to the Court's June 21, 2013 Order permitting attorneys to make a limited appearance for purposes of contesting a subpoena without being deemed to consent to the jurisdiction of this court.

This 16th day of July, 2013.

/s/ *Halley M. Stephens*
HALLEY M. STEPHENS
Florida Bar No.: 0154725
hstephens@fmhslaw.com
*Attorney for Pain Consultants of West Florida*

Fuller, Mitchell, Hood & Stephens, LLC
2565 Barrington Circle
Tallahassee, FL 32308
TELEPHONE: (850) 222-0770
FACSIMILE: (850) 222-0760

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a copy of the above Notice of Limited Appearance to be filed electronically on the 16th of July, 2013, via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.


/s/ *Halley M. Stephens*

HALLEY M. STEPHNS
Florida Bar No.: 0154725
hstephens@fmhslaw.com