UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All Actions ) <br> _____ ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (FDS) |

## NOTICE OF WITHDRAWAL OF MARTIN KELVAS'S OBJECTIONS TO THE PLAINTIFFS' STEERING COMMITTEE'S SUBPOENA

Counsel for Martin Kelvas ("Kelvas") and the Plaintiffs' Steering Committee ("PSC") have reached an agreement to hold Kelvas's deposition at a later date and under a limited scope to be agreed upon by the parties.  The PSC has therefore withdrawn the subpoena issued to Kelvas on June 25, 2013.  Accordingly, Kelvas withdraws his Objections to the subpoena filed on July 9, 2013.  (Dkt. No. 263.)  Kelvas reserves the right to assert Objections if a subpoena is served on him at a later date.

        Respectfully submitted,

        FULBRIGHT & JAWORSKI L.L.P.
        98 San Jacinto Blvd. Suite 1100
        Austin, Texas 78701
        (512) 536-2450
        (512) 536-4598 (FAX)

By:    ___/s/ Yvonne K. Puig_____

        YVONNE K. PUIG
        Texas State Bar No. 16385400
        MARCY H. GREER

Texas State Bar No. 08417650
ERIC J. HOFFMAN
Texas State Bar No. 24074427

Attorneys for Martin Kelvas

## CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was served on all parties hereto by virtue of the Court's electronic filing system this 16th day of July, 2013.

　　　*/s/ Eric J. Hoffman*　　
Eric J. Hoffman