**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE:  NEW ENGLAND
COMPOUNDING PHARMACY, INC.                    MDL No.  1:13-md-02419
PRODUCTS LIABILITY LITIGATION
                                              Hon. F. Dennis Saylor, IV

_____/

### NOTICE OF LIMITED APPEARANCE

COMES NOW, the law firm of McCumber, Daniels, Buntz, Hartig & Puig, P.A., and

hereby enters its Notice of Limited Appearance in the above-styled action as counsel for

ORLANDO CENTER FOR OUTPATIENT SURGERY, LP d/b/a ORLANDO CENTER FOR

OURPATIENT SURGERY (hereinafter referred to as ("OCOS"). This appearance is for the

limited purpose of asserting objections to the Notice of Deposition served by Plaintiff's Steering

Committee upon OCOS in the above referenced matter.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been

sent via email to: Mark Zamora, Esq. 6 Concourse Parkway, 22nd Floor, Atlanta, GA 30328,

mark@markzamora.com, as counsel for Plaintiff's Steering Committee, this _16th_ day of July,

2013.

McCUMBER, DANIELS,
BUNTZ, HARTIG & PUIG, P.A.

**THERESA A. DOMENICO, ESQ.**
Florida Bar No. 0757101
204 S. Hoover Blvd., Suite 130
Tampa, Florida 33609
Telephone: (813) 287-2822
Facsimile: (813) 287-2833
*Attorneys for Non-Party,*
*Orlando Center for Outpatient Surgery, L.P.*