UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: NEW ENGLAND | : | NO.: 1:13-md-02419(FDS) |
| COMPUNDING PHARMACY, INC. | | |
| PRODUCTS LIABILITY LITIGATION | : | JULY 17, 2013 |

**NOTICE OF AGREEMENT REGARDING COMPLIANCE WITH PSC SUBPOENA SERVED UPON NONPARTY LIBERTY INDUSTRIES, INC.**

The undersigned counsel for non-party Liberty Industries, Inc. ("Liberty") hereby respectfully gives this Court notice that Liberty and the Plaintiffs' Steering Committee ("PSC") have reached an agreement as to the terms and conditions for compliance with the subpoena *duces tecum* served upon Liberty by the PSC on or about June 20, 2013.

Pursuant to that agreement:

1)   Liberty has arranged for copying of all documents in its possession relating to New England Compounding Center ("NECC")/ Ameridose and will endeavor to produce those materials within 14 days;

2)   The PSC will forward a check, upon receipt of Liberty's production, payable to Liberty Industries, Inc., in the amount of $1897.00 to cover the cost to scan Liberty's oversized documents;

3)   Both the PSC and non-party Liberty agree not to seek attorneys' fees;

4)   Liberty's motion to quash and/or to modify and the PSC's response to same will remain pending, subject to compliance with the terms of this agreement.

WHEREFORE, in view of this agreement, the Court need not address Liberty's motion to quash and/or modify or the PSC's response to same in the course of the status conference scheduled for July 18, 2013.

                                          LIBERTY INDUSTRIES, INC.

                                          By_____/s/_____
                                                Nicole D. Dorman [ct07030]
                                                Rose Kallor, LLP
                                                750 Main Street, Suite 606
                                                Hartford, CT  06103
                                                860-748-4660
                                                860-241-1547 (fax)
                                                E-mail:  ndorman@rosekallor.com

                                        By___/s/ Marc E. Lipton_____
                                                Marc E. Lipton
                                                LIPTON LAW
                                                18930 W. 10 Mile Road
                                                Southfield, MI 48075
                                                Phone: (248) 557-1688
                                                Fax: (248) 557-6344
                                                marc@liptonlawcenter.com

                                                *Plaintiff's Steering Committee*

## CERTIFICATION

This is to certify that on this 17th day of July, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                              _____/s/_____
                                              Nicole D. Dorman