# EXHIBIT A

## List of Subpoenaed Clinics, Doctors, and/or Health Care Providers

|    | Facility Name | Facility Street Address | Facility City | Facility State |
|----|---|---|---|---|
| 1  | Cypress Surgery Center a/k/a Sequoia Surgical Center | 842 S. Akers Street | Visalia | California |
| 2  | Encino Outpatient Surgicenter | 16311 Ventura Boulevard | Encino | California |
| 3  | Ukiah Valley Medical Center | 275 Hospital Drive | Ukiah | California |
| 4  | Universal Pain Management | 819 Auto Center Drive | Palmdale | California |
| 5  | Interventional Spine and Sports Med | 1625 Straits Turnpike, Suite 205 | Middlebury | Connecticut |
| 6  | Interventional Rehabilitation Center | 1549 Airport Blvd, Suite 420 | Pensacola | Florida |
| 7  | North County Surgicenter | 4000 Burns Road | Palm Beach Gardens | Florida |
| 8  | Orlando Center for Outpatient Surgery | 1405 S. Orange Ave, # 400 | Orlando | Florida |
| 9  | Pain Consultants of West Florida | 4624 North Davis Highway | Pensacola | Florida |
| 10 | Surgical Park Center | 9100 SW 87th Ave. | Miami | Florida |
| 11 | Forsyth Street Ambulatory Surgery Center | 1600-1610 Forsyth Street | Macon | Georgia |
| 12 | Pain Specialists of Idaho | 2375 E. Sunnyside Road, Suite F | Idaho Falls | Idaho |
| 13 | Walter Knox Memorial Hospital | 1202 E. Locust Street | Emmett | Idaho |
| 14 | APAC Centers for Pain Management | 2860 North Broadway Street | Chicago | Illinois |
| 15 | APAC Centers for Pain Management | 2450 S. Wolf Road, Suite D | Westchester | Illinois |
| 16 | Thorek Memorial Hospital | 850 W. Irving Park Road | Chicago | Illinois |
| 17 | Ambulatory Care Center LLC | 1125 Professional Blvd. | Evansville | Indiana |
| 18 | Fort Wayne Physical Medicine | 5740 Coventry Lane, Suite 101 | Fort Wayne | Indiana |

| | | | | |
|---|---|---|---|---|
| 19 | OSMC Outpatient Surgery Center | 2310 California Road | Elkhart | Indiana |
| 20 | South Bend Clinic | 211 North Eddy Street | South Bend | Indiana |
| 21 | Union Hospital | 1606 N. 7th Street | Terre Haute | Indiana |
| 22 | Wellspring Pain Solutions | 2400 North Park, Suite 20 | Columbus | Indiana |
| 23 | Baltimore Pain Management | 9110 Philadelphia Road, Suite 306 | Baltimore | Maryland |
| 24 | Berlin Interventional Pain Management | 10308 Old Ocean City Blvd. | Berlin | Maryland |
| 25 | Box Hill Surgery Center | 100 Walter Ward Blvd, Suite 300 | Abingdon | Maryland |
| 26 | Greenspring Surgery Center | 2700 Quarry Lake Drive | Baltimore | Maryland |
| 27 | Harford County ASC, LLC | 1952 A. Pulaski Highway | Edgewood | Maryland |
| 28 | Pain Medicine Specialists | 8322 Bellona Ave., Suite 330 | Towson | Maryland |
| 29 | Surgcenter of Bel Air | 209 Thomas Street | Bel Air | Maryland |
| 30 | Greater Baltimore Medical Center | 6701 North Charles Street | | Maryland |
| 31 | Salisbury Immediate Care Center | 659 South Salisbury Blvd., Suite 2 | | Maryland |
| 32 | Michigan Neurosurgical Institute | 4620 Genesys Parkway | Grand Blanc | Michigan |
| 33 | Michigan Pain Specialists | 2305 Genoa Business Park Drive, Suite 210 | Brighton | Michigan |
| 34 | Neuromuscular & Rehabilitation | 3988 West Royal Drive | Traverse City | Michigan |
| 35 | Southeast Michigan Surgical Hospital | 21230 Dequindre Road | Warren | Michigan |
| 36 | MAPS-Edina Medical Pain Clinic | 2104 Northdale Blvd., Suite 220 | Fridley | Minnesota |
| 37 | MAPS- Medical Advanced Pain | 2104 Northdale Blvd., Suite 220 | Fridley | Minnesota |
| 38 | Medical Advanced Pain Specialists | 1601 St. Fancis Avenue, Suite 200 | Shakopee | Minnesota |
| 39 | Medical Advanced Pain Specialists | | Maple Grove | Minnesota |

| | | | | |
|---|---|---|---|---|
| 40 | Minnesota Surgery Center | 7400 France Aveneu S. | Minneapolis | Minnesota |
| 41 | Minnesota Surgery Center | 9550 Upland Lane North, Suite 150 | Maple Grove | Minnesota |
| 42 | High Point Surgery | 600 Lindsay Street | Hight Point | North Carolina |
| 43 | North Carolina Orthopaedic Clinic | 3609 Southwest Durham Drive | Durhmam | North Carolina |
| 44 | Surgery Center of Wilson d/b/a Eastern Regional Surgery Center | 1709 Medical Park Drive West | Wilson | North Carolina |
| 45 | Dr. O'Connell's Pain Care Center | 2299 Woodbury Avenue | Newington | New Hampshire |
| 46 | Dr. O'Connell's Pain Care Center, Inc | 1 Mound Court | Merrimack | New Hampshire |
| 47 | Central Jersey Orthopedics Specialists PC | 1907 Park Avenue, Suite 102 | South Plainfield | New Jersey |
| 48 | Edison Surgical Center | 10 Parsonage Road, #206 | Edison | New Jersey |
| 49 | If Pain Associates/ Isaiah Florence | 222 Cedar Lane, Suite 210 | Teaneck | New Jersey |
| 50 | Premier Orthopedics Surg. Assoc., LLC | 298 South Delsea Drive | Vineland | New Jersey |
| 51 | Comprehensive Pain Management | 540 Lafayette Road | Sparta | New Jersey |
| 52 | South Jersey Health Care | 1505 West Sherman | Vineland | New Jersey |
| 53 | South Jersey Health Care | 501 West Front Street | Elmer | New Jersey |
| 54 | Sahara Surgery Center | 2401 Paseo Del Prado | Las Vegas | Nevada |
| 55 | Butani, Sunil H., Physician PC | 184 Old Country Road | Mineola | New York |
| 56 | Obosa Medical Services | 140 Stevens Avenue | Mount Vernon | New York |
| 57 | Rochester Brain and Spine | 400 Red Creek Drive, Suite 120 | Rochester | New York |
| 58 | BKC Pain Specialists, LLC | 1065 Delaware Avenue, Suite A | Marion | Ohio |
| 59 | Cincinnati Pain Management | 8261 Cornell Road, Suite 630 | Cincinnati | Ohio |

| | | | | |
|---|---|---|---|---|
| 60 | Marion Pain Clinic | 1199 Delaware Avenue | Marion | Ohio |
| 61 | Ortho-Spine Rehabilitation Center, Inc | 7211 Sawmill Road, Suite 101 | Dublin | Ohio |
| 62 | Allegheny Pain Management | 1402 Ninth Street | Altoona | Pennsylvania |
| 63 | South Hills Pain & Rehab Associates | 575 Coal Valley Road, Suite 277 | Jefferson Hills | Pennsylvania |
| 64 | Doylestown Hospital | 595 West State Street | | Pennsylvania |
| 65 | Holy Redeemer Ambulatory Surgery | 821 Huntingdon Pike | | Pennsylvania |
| 66 | New England Anesthesiology | 935 Jefferson Blvd., Suite 1002 | Warwick | Rhode Island |
| 67 | Ocean State Pain Management | 6 Blackstone Valley Place, Suite 21, Building 2 | Lincoln | Rhode Island |
| 68 | Ocean State Pain Management | 1377 South County Trail | East Greenwich | Rhode Island |
| 69 | Intervene MD | 1341 Old Georgetown Road, Suite B | Mount Pleasant | South Carolina |
| 70 | PCA Pain Care Center | 200 New York Avenue, Suite 320 | Oak Ridge | Tennessee |
| 71 | Specialty Surgery Center | 116 Brown Avenue | Crossville | Tennessee |
| 72 | St. Thomas Outpatient Neurosurgical | 4320 Harding Pike, F19 | Nashville | Tennessee |
| 73 | Donald Jones, M.D. | 200 New York Avenue, Suite 320 | Oak Ridge | Tennessee |
| 74 | Erlanger Health Systems | 975 E. Third Street | Chattanooga | Tennessee |
| 75 | Chattanooga Neurosurgery & Spine | 1010 E. Third Street, Suite 202 | Chattanooga | Tennessee |
| 76 | St. Thomas Health | 102 Woodmont Blvd., Suite 800 | Nashville | Tennessee |
| 77 | Howell Allen Clinic, P.C. | 2011 Murphy Avenue, Suite 301 | Nashville | Tennessee |
| 78 | St. Thomas Hospital | 102 Woodmont Blvd. Suite 800 | Nashville | Tennessee |
| 79 | St. Thomas Network | 4220 Harding Pike | Nashville | Tennessee |

| 80 | Martin Kelvas (Former St. Thomas Hospital Employee) | 102 Woodmont Blvd., Suite 800 | Nashville | Tennessee |
|---|---|---|---|---|
| 81 | HCA Health Services of Tennessee (Centennial Medical Center) | 1 Park Plz | Nashville | Tennessee |
| 82 | Insight Imaging-Roanoke | 2923 Franklin Road | | Virginia |
| 83 | New River Valley Surgery Center | 2901 Lamb Circle | Christiansburg | Virginia |
| 84 | Insight Health Corp. | 2923 Franklin Road | | Virginia |
| 85 | PARS Interventional Pain | 1212 Garfield Avenue, Suite 202 | Parkersburg | West Virginia |