UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE; NEW ENGLAND COMPOUNDING          :   MDL No. 2419
PHARMACY, INC. PRODUCTS LIABILITY       :   Master Dkt. 1:13-md-02419-FDS
LITIGATION                              ;

## NOTICE OF LIMITED APPEARANCE

Pursuant to the Court's Order of Central Enforcement of Subpoenas, dated June 21, 2013, attorney John B. Reiss hereby enters his limited appearance on behalf of the nonparty Doylestown Hospital for the purpose of contesting certain questions in the subpoena dated June 26, 2013 issued to it by Plaintiff's Steering Committee  This Notice is filed solely for the purpose of contesting the questions in the subpoena and should not be deemed as constituting consent to jurisdiction of this Court.

Respectfully submitted

John B. Reiss, Ph.D., J.D.
Vice President and General Counsel
PA Bar No. 26116
jreiss@dh.org

John B. Reiss, Ph.D.,J.D.
Vice President and General Counsel
Doylestown Hospital
595 West State Street
Doylestown, PA, 18901
215-345-2212

## CERTIFICATE OF SERVICE

I, John B. Reiss, hereby certify that a true and accurate copy of the foregoing was served on all parties by virtue of the Court's electronic filing system this 17th day of July, 2012.

_____
John B. Reiss, Ph.D., J.D.
Attorney at Law