UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) All Actions ) ) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (FDS) |

**NOTICE OF WITHDRAWAL OF OBJECTION AND MOTION TO QUASH OF SURGERY CENTER ASSOCIATES OF HIGH POINT, LLC**

Surgery Center Associates of High Point, LLC files this Notice of Withdrawal of its Objection to and Motion to Quash the Subpoena Issued by the Plaintiffs' Steering Committee ("PSC") on June 21, 2013. Surgery Center Associates of High Point, LLC's Objection and Motion to Quash were based, in part, upon the grounds that the Surgery Center Associates of High Point, LLC was not the proper recipient of the subpoena. The PSC withdrew the subpoena issued to Surgery Center Associates of High Point, LLC, and issued a new subpoena to High Point Surgery Center on July 12, 2013. Counsel are working to resolve objections regarding the scope of the subpoena and the possible deposition of the records custodian for High Point Surgery Center. Accordingly, Surgery Center Associates of High Point, LLC withdraws its Objections to and Motion to Quash filed on July 8, 2013 (Dkt. No. 250). High Point Surgery Center reserves the right to assert objections, move to quash, and seek any other appropriate relief with respect to the subpoena issued to it on July 12, 2013.

This the 18th day of July, 2013.

    /s/ Terrill J. Harris_____
Terrill Johnson Harris
N.C. State Bar No. 17472
terri.harris@smithmoorelaw.com
Carrie A. Hanger
N.C. State Bar No. 35324
carrie.hanger@smithmoorelaw.com
*Attorneys for Surgery Center Associates of High Point, LLC and High Point Surgery Center*

OF COUNSEL:

SMITH MOORE LEATHERWOOD LLP
300 N. Greene Street, Suite 1400
Post Office Box 21927 (27420)
Greensboro, North Carolina  27401
Telephone:  (336) 378-5200
Facsimile:  (336) 378-5400

**CERTIFICATE OF SERVICE**

This will certify that a true and accurate copy of the foregoing was served on all parties hereto by virtue of the Court's electronic filing system this 18th day of July, 2013.

        /s/ Carrie A. Hanger_____
        Carrie A. Hanger
        *Attorney for Surgery Center Associates of High Point, LLC and High Point Surgery Center*