UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 1:13-md-2419 |

NOTICE OF LIMITED APPEARANCE

NOW COMES, Allen P. Neely, of McQuaide Blasko, Inc., and files this Notice of Limited Appearance on behalf of Allegheny Pain Management, P.C., a non-party to this action. This Notice of Limited Appearance is filed pursuant to the Court's June 21, 2013 Order (Dkt. No. 193) permitting attorneys to make a limited appearance for purposes of contesting a subpoena without being deemed to otherwise consent to the jurisdiction of this Court.

McQUAIDE BLASKO, INC.

Dated: July 18, 2013

By: *[signature]*
Allen P. Neely, Esq.
I.D. No. 65302
811 University Drive
State College, PA  16801
(814) 238-4926
apneely@mqblaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2419 ) ) Master Dkt.: 1:13-md-02419-FDS ) ) U.S. District Judge F. Dennis Saylor, IV |
| THIS DOCUMENT RELATES TO: All Actions | ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Limited Appearance for non-party Allegheny Pain Management, P.C. in the above-captioned matter was served via ECF this 19th day of July, 2013, to the attorneys/parties of record.

McQUAIDE BLASKO, INC.

By: _____
Allen P. Neely, Esquire
I.D. No. 65302
811 University Drive
State College, PA  16801
(814) 238-4926
apneely@mqblaw.com

Attorneys for Allegheny
Pain Management, P.C.