UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING | : | MDL No. 2419 |
| PHARMACY, INC. PRODUCTS LIABILITY | : | Master Dkt. 1:13-md-02419-FDS |
| LITIGATION | : | |

### NOTICE OF LIMITED APPEARANCE

Pursuant to the Court's Order of Central Enforcement of Subpoenas, dated June 21, 2013, attorneys Jack R. Reinholtz, Cynthia A. Palin and Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz hereby enters a limited appearance on behalf of the nonparty Encino Outpatient Surgery Center (incorrectly identified as Encino Outpatient Surgery Center) for the purpose of contesting the Subpoena To Testify At Deposition In A Civil Action, Exhibit A thereto, and the Notice of Taking Deposition and Declaration of Testimony and Production of Documents in the subpoena dated July 10, 2013 issued to it by Plaintiff's Steering Committee. This Notice is filed solely for the purpose of contesting the subpoena and should not be deemed as constituting consent to jurisdiction of this Court. Mr. Reinholtz and Ms. Palin are admitted to the Ninth Circuit Court of Appeal and are members in good standing.

                Respectfully submitted,
                PRINDLE, AMARO, GOETZ, HILLYARD
                BARNES & REINHOLTZ

                JACK R. REINHOLTZ, Bar No. 194884
                CYNTHIA A. PALIN, Bar No. 143486
                jreinholtz@prindlelaw.com
                cpalin@prindlelaw.com

Jack R. Reinholtz
Cynthia A. Palin
Prindle, Amro, Goetz, Hillyard,
 Barnes & Reinholtz
310 Golden Shore, 4th Floor
Long Beach, California 90802
(562) 436-3946

## CERTIFICATE OF SERVICE

I, Cynthia A. Palin, hereby certify that a true and accurate copy of the foregoing was served on all parties by virtue of the Court's electronic filing system this 22 day of July 2013.

*/s/ Cynthia A. Palin*
CYNTHIA A. PALIN
Attorney at Law