UNITED STATES DISTRICT COURT
FOR THE DISTRICT MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## LIMITED APPEARANCE

**NOW COMES** Thomas J. Althauser and hereby enters his Limited Appearance for the purposes of contesting the Plaintiff Steering Committee's Subpoena directed to Harford County Ambulatory Surgery Center, LLC and its employees.

Respectfully submitted,

  /s/ Thomas J. Althauser
Thomas J. Althauser  (Maryland Fed. Bar No. 05770)
Eccleston and Wolf, P.C.
7240 Parkway Drive, 4th Floor
Hanover, MD  21076-1378
410-752-7474
410-752-0611 (fax)
althauser@ewmd.com
*Attorneys for Harford County Ambulatory Surgery Center, LLC*

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing was served on all parties hereto by virtue of the Court's electronic filing system this 24th day of July, 2013.

  /s/ Thomas J. Althauser
Thomas J. Althauser