# EXHIBIT 2

Law Offices
# Eccleston and Wolf
Professional Corporation

(410) 752-7474
FAX (410) 752-0611
ALTHAUSER@EWMD.COM

THOMAS J. ALTHAUSER

BALTIMORE-WASHINGTON LAW CENTER
7240 PARKWAY DRIVE – 4th FLOOR
HANOVER, MARYLAND 21076

SUITE 260
1629 K STREET, N.W.
WASHINGTON, D.C. 20006
(202) 857-1696

SUITE 107
10400 EATON PLACE
FAIRFAX, VIRGINIA 22030
(703) 218-5330

July 17, 2013

Elisha N. Hawk, Esquire
Janet, Jenner & Suggs, LLC
1777 Reisterstown Road, Suite 165
Baltimore, MD 21208

                        Re:    New England Compounding Pharmacy, Inc.
                                    Subpoena served on Harford County
                                    Ambulatory Surgery Center

Dear Ms. Hawk:

As you know, the afternoon of July 12, 2013, my client, Harford County Ambulatory Surgery Center was served with a subpoena issued by you. I left you a phone message on Monday July 15, advising you, among other things, that the subpoena appeared to be missing Exhibit 1 to the Notice of Deposition. I followed up that voicemail with an email that included a pdf copy of what was served upon my client.

As of this afternoon, I have had no response to either my phone message or to my email. A copy of my email and its attachment are enclosed with this letter.

Thank you for your attention to this matter.

                                      Sincerely,

                                      ECCLESTON AND WOLF, P.C.

                                      By: _____
                                               Thomas J. Althauser

TJA/ta
Enclosure

## Thomas Althauser

**From:** Thomas Althauser
**Sent:** Monday, July 15, 2013 3:03 PM
**To:** 'ehawk@myadvocates.com'
**Subject:** N.E. Compounding; Subpoena issued to Harford County Ambulatory Surgery Center
**Attachments:** DOC071213.pdf

Ms. Hawk,

As I indicated in my voicemail of today, my clients received a subpoena via hand delivery on July 12, but there appears to be something missing (such as an exhibit with a list of documents you wish to have produced). To assist you, I have attached a copy of what was served. Also, I noted that you signed the Proof of Service for registered mail back on June 21st but it was hand delivered this past Friday. Can I assume that was just an inadvertent error?

Please give me a call at your convenience as there are several other things regarding the subpoena that I wish to discuss, including my unavailability on August 14th.

Thanks, Tom

Tom Althauser
Eccleston and Wolf, P.C.
7240 Parkway Dr., Suite 400
Hanover, MD 21076
410-752-7474
www.ecclestonwolf.com

1