UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |

## MOTION FOR ADMISSION OF RONALD RODRIGUEZ *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, Thomas M. Sobol, an attorney licensed to practice law in the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts, and Lead Counsel in the above captioned action, respectfully moves that this attorney be admitted to practice before this Honorable Court:

>Ronald Rodriguez
>Law Offices of Ronald Rodriguez, PC
>915 Victoria Street
>Laredo, TX 78040
>(956) 796-1000
>ronlaw@bizlaredo.rr.com

Mr. Rodriguez will appear on behalf of consolidated plaintiffs and will assist the Plaintiffs' Steering Committee in their efforts in the above captioned matter. As set forth in the attached affidavit, Mr. Rodriguez is a member in good standing of the bar of the state of Texas, has no disciplinary actions pending against him, and is familiar with the Local Rules of the District of Massachusetts.

WHEREFORE, Lead Counsel moves for the admission of Ronald Rodriguez *pro hac vice*.

| | |
|---|---|
| Dated:  July 24, 2013 | */s/ Thomas M. Sobol* <br> Thomas M. Sobol (BBO# 471770) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 55 Cambridge Parkway, Suite 301 <br> Cambridge, MA 02142 <br> Telephone: (617) 482-3700 <br> Facsimile: (617) 482-3003 <br> tom@hbsslaw.com |

### CERTIFICATE OF SERVICE

    I, Thomas M. Sobol, hereby certify that I caused a copy of the above Motion for Admission of Ronald Rodriguez *Pro Hac Vice* and Affidavit of Ronald Rodriguez in support thereof to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: July 24, 2013

                                                 */s/ Thomas M. Sobol* <br>
                                                 Thomas M. Sobol, BBO # 471770