## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## AFFIDAVIT OF RONALD RODRIGUEZ IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, I certify that I am in good standing as a member of the Bar of Texas; there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and I am familiar with the Local Rules of the United States District Court of Massachusetts.

Under penalty of perjury this 24th day of July 2013.

*/s/ Ronald Rodriguez*
Ronald Rodriguez
Law Offices of Ronald Rodriguez, PC
915 Victoria Street
Laredo, TX 78040
(956) 796-1000
ronlaw@bizlaredo.rr.com