UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
----------------------------------------x
                                        :
IN RE: NEW ENGLAND COMPOUNDING          :  MDL No. 2419
PHARMACY, INC. PRODUCTS LIABILITY       :  Master Dkt. No.: 1:13-md-02419-FDS
LITIGATION                              :
                                        :  **NOTICE OF LIMITED APPEARANCE**
----------------------------------------:
                                        :
THIS DOCUMENT RELATES TO:               :
                                        :
ALL ACTIONS                             :
----------------------------------------x

      Pursuant to the Court's Order on Central Enforcement of Subpoenas, dated June 21, 2013, attorneys Martin S. Hyman and Matthew C. Daly of the law firm of Golenbock Eiseman Assor Bell & Peskoe LLP hereby enter a limited appearance on behalf of non-party Interventional Spine & Sports Medicine, PC solely for the purpose of contesting the Subpoena to Testify at a Deposition in a Civil Action and Exhibits A and B thereto, dated July 12, 2013 (the "Subpoena"), issued by Plaintiffs' Steering Committee. This limited appearance does not constitute consent to jurisdiction of this Court.

Dated:   New York, New York
           July 24, 2013

GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP

_/s/ Martin S. Hyman_
Martin S. Hyman (NY Bar No. 1657329)

437 Madison Avenue
New York, New York 10022
Phone: (212) 907-7300
Fax: (212) 754-0330
mhyman@golenbock.com

*Attorneys for Non-Party Interventional
Spine & Sports Medicine, PC*

_/s/ Matthew C. Daly_
Matthew C. Daly (NY Bar No. 4625141)

437 Madison Avenue
New York, New York 10022
Phone: (212) 907-7300
Fax: (212) 754-0330
mdaly@golenbock.com

1822835.1

## CERTIFICATE OF SERVICE

I, Matthew C. Daly, hereby certify that on July 24, 2013, a true and correct copy of the foregoing was submitted to the Court for service on all parties of record by virtue of the Court's electronic filing system and additionally was served on counsel for Plaintiffs' Steering Committee, Patrick T. Fennell, Esq., Crandall & Katt, 366 Elm Avenue, S.W., Roanoke, Virginia 24016, by United States mail.

Dated: July 24, 2013

_____
Matthew C. Daly