UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION  ) ) ) ) | MDL NO. 2419 Master Dkt.: 1:13-md-02419-FDS |

### NOTICE OF LIMITED APPEARANCE

COMES NOW, Cara E. Weiner and file this Notice of Limited Appearance showing this Honorable Court that she represents Erlanger Health System, a non-party to this action. The Notice of Limited Appearance is filed pursuant to the Court's June 21, 2013 Order permitting attorneys to make a limited appearance for purposes of contesting a subpoena without being deemed to consent to the jurisdiction of this court.

This 26th day of July, 2013.

/s/ Cara E. Weiner
Cara E. Weiner
Georgia Bar No. 173008
Tennessee BPR. 031872

*Attorney for non-party Erlanger Health System*

Spears, Moore, Rebman, & Williams, PC
801 Broad Street, 6th Floor
Chattanooga, TN  37402
Telephone: (423) 756-7000
Facsimile:  (423) 756-8401

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26th, 2013, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing, and paper copies will be served via U.S. Mail, postage pre-paid, to those indicated as non-registered participants.

/s/ Cara E. Weiner
Cara E. Weiner
Georgia Bar No. 173008
Tennessee BPR. 031872

303004