UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

IN RE: NEW ENGLAND COMPOUNDING          MDL No. 1:13-md-02419
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION                              Hon. F. Dennis Saylor, IV
_____

THIS DOCUMENT RELATES TO:

All Actions
_____

### MOTION BY ROCHESTER BRAIN AND SPINE NEUROSURGERY AND PAIN MANAGEMENT, LLC TO QUASH SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45(c)(3), Rochester Brain and Spine Neurosurgery and Pain Management, LLC, a witness (the "Witness") moves to quash a subpoena.

As grounds for this motion, the Witness states as follows:

1.    The subpoena at issue is attached to the Objections that were filed by the Witness on July 16, 2013 (Document 314) (the "Subpoena")[1].  A true and correct copy of the Objections is attached for convenience as **Exhibit A**.  The Witness incorporates the Objections herein by reference.

2.    The Plaintiffs' Steering Committee (PSC) filed a consolidated response on July 17, 2013 that addressed some matters in the Objections, but not all (Document 325) (the "PSC Response").

_____

[1]    The Subpoena's caption shows the issuing district as the District Of Massachusetts, but the place for the deposition and production is in the Western District of New York.  It is the law of the issuing/transferor court (New York) that will control legal issues.

3.    The Subpoena is without force.    Attached as **Exhibit B** is a true and correct copy of the Certificate of Service evidencing that service was not made personally.    The PSC concedes the defect of sending the Subpoena without a witness fee. See PSC Response p. 17.

4.    The Court held a status conference in this MDL proceeding on July 17, 2013.    Among other matters, the Court considered issues of privilege arising in the Subpoena and similar subpoenas issued against other non-party witnesses.    One issue concerned whether non-party patient and medical information was necessary to assist in the provision of notice to potential claimants in the bankruptcy court proceedings involving New England Compounding Pharmacy, Inc.

5.    On July 24, 2013, the Court ordered that supplemental memoranda concerning the issue should be filed by July 26, 2013 (Document 340).

6.    The Witness respectfully submits that the issue of privilege invasion may be avoided by having the Witness serve the claim notice on its patients directly, with a certification to the Court upon its completion.

7.    The Witness is a non-party and objects to the disclosure of privileged and other protected matter.    No exception or waiver applies. See FRCP 45(c)(3)(A)(iii).

8.    Filed in support of this motion are the following:

    A.    Declaration of Roger Ng, M.D.; and

B.    Memorandum of Reasons to Quash Subpoena.

**WHEREFORE**, for these reasons set forth in the supporting papers, including the Objections as filed, the Witness requests that the Court quash the Subpoena.

DATED:    Buffalo, New York
          July 26, 2013

                         Respectfully submitted,

                         PHILLIPS LYTLE LLP

                         _____
                              /s/ Alan J. Bozer
                         Alan J. Bozer, Admitted Pro Hac Vice
                         Joanna J. Chen, Admitted Pro Hac Vice
                         Attorneys for Witness
                         3400 HSBC Center
                         Buffalo, New York 14203
                         Telephone No. (716) 847-8400


                    _____


**CERTIFICATION PURSUANT TO LOCAL RULES 7.1(a)(2) and 37.1(b)**

I, Alan J. Bozer, hereby certify that on July 16, 2013, I conferred with counsel for the Plaintiffs Steering Committee (PSC), Patrick Fennell, and attempted in good faith to resolve or narrow the issues raised by this motion.  Some issues were resolved, some were not.  The matters remaining in dispute are set forth above and in the accompanying Memoranda.

The provisions of Local Rule 37.1 have been complied with.

                         _____
                              /s/ Alan J. Bozer
                              Alan J. Bozer

Doc #01-2684979.1

- 3 -