Civil Action No. MDL 1:13-md-02419

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Rochester Brain & Spine Neurosurgery & Pain Managemet was received by me on *(date)* 06/21/2013 .

☑ I served the subpoena by delivering a copy to the named individual as follows: FedEx Overnight Delivery to Seth M. Zeidman, M.D., Registered Agent, 400 Red Creek Drive, Suite 120, Rochester, New York 14623 on *(date)* 06/21/2013 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/12/2013

*Server's signature*

Patrick T. Fennell, Esq.
*Printed name and title*

The Law Offices of Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016

*Server's address*

Additional information regarding attempted service, etc: