UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

IN RE: NEW ENGLAND COMPOUNDING             MDL No. 1:13-md-02419
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION                                 Hon. F. Dennis Saylor, IV
_____

THIS DOCUMENT RELATES TO:

All Actions
_____

### CERTIFICATE OF SERVICE

    I, ALAN J. BOZER, hereby certify that I have caused a true and correct copy of Rochester Brain and Spine Neurosurgery and Pain Management, LLC's ("RBS") Motion with supporting papers to be filed electronically via the Court's electronic filing system.

Dated:  July 26, 2103

                                                *s/Alan J. Bozer*
                                        _____

                                               Alan J. Bozer
                                               Joanna J. Chen
                                    One HSBC Center, Suite 3400
                                    Buffalo, New York  14203-2887
                                    Telephone No. (716) 847-8400
                                    abozer@phillipslytle.com

Doc #01-2685706.1