UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>    All Cases | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    MDL No. 1:13-md-2419-FDS |

**RESPONSE OF PAUL D. MOORE, CHAPTER 11 TRUSTEE, TO THE
COURT'S REQUEST FOR SUPPLEMENTAL BRIEFING
CONCERNING THE PSC'S SUBPOENAS**

Paul D. Moore, in his capacity as Chapter 11 Trustee (the "Trustee") of the Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), submits this statement in response to this Court's invitation to submit further briefing concerning certain issues raised at the July 18, 2013 status conference.

At the July 18 status conference, this Court heard arguments from counsel relating to subpoenas issued by the Plaintiffs' Steering Committee ("PSC") to various clinics, hospitals and healthcare providers throughout the country, which seek information concerning patients that were administered potentially tainted products manufactured by NECC. The Trustee took no formal position with respect to the PSC's subpoenas, but advised this Court that the Trustee had submitted proposed bar date procedures in NECC's bankruptcy case requesting that Judge Boroff direct certain third party healthcare providers to either notify affected patients of the bar date or, alternatively, provide the Trustee with the names and contact information of the affected patients so that the Trustee can provide such notice himself. After hearing arguments as to whether this Court has the authority to order non-parties to produce otherwise privileged information in response to subpoenas, this Court invited the parties to submit further briefing by Friday, July 26,

2013. This Court also indicated that it would take into account any relevant rulings made by Judge Boroff at the July 24 hearing in NECC's bankruptcy case.

The Trustee now writes, without taking any position with respect to the PSC's subpoenas or the scope of this Court's authority, to inform this Court of Judge Boroff's recent rulings concerning the proposed bar date procedures. At the July 24 hearing, Judge Boroff considered the Trustee's proposed bar date procedures, including the proposal that certain third party healthcare providers—the so-called "Notice Intermediaries"—be required either to notify their patients of the bar date directly or provide the Trustee with sufficient information for him to provide such notice. Judge Boroff ruled that the Notice Intermediaries "ought to be required to produce, for the Chapter 11 Trustee – as well as the PSC, but I leave what should be produced for the PSC to District Judge Saylor. But they ought to produce a list of the names, the addresses, the last four digits of Social Security numbers, so that they can be separately identified for those with similar names, and what was administered to, when, and by whom." [1] Accordingly, Judge Boroff directed the Trustee to submit a proposed order directing the Notice Intermediaries to compile the requisite information and provide it to the Trustee on or before August 16, 2013. Transcript, at 42:16-25. The Trustee has submitted such a proposed order, a copy of which is attached hereto as Exhibit B.

---

[1] *In re New England Compounding Pharmacy, Inc.*, Case No. 12-19882-HJB, Transcript of Hearing on (#166) Amended Application of Chapter 11 Trustee to Employ and Retain Harris Beach PLLC as Special Counsel; and (#263) Motion of Chapter 11 Trustee for an Order (I) Establishing Bar Dates for Filing Proofs of Claim; (II) Approving Certain Additional Documentation Requirements and Procedures for Personal Injury Tort and Wrongful-Death Claims; (III) Approving the Form and Manner of Notice; and for Additional Related Relief (July 24, 2013) (the "Transcript"), at 38:23-39:5. Relevant excerpts of the Transcript are attached hereto as Exhibit A for the convenience of this Court.

Dated: July 26, 2013

Respectfully submitted,

DUANE MORRIS LLP

*/s/ Michael R. Gottfried*
Michael R. Gottfried  (BBO #542156)
Jennifer L. Mikels (BBO# 682199)
100 High Street, Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200
Fax: (857) 488-4201
Email: mrgottfried@duanemorris.com
jlmikels@duanemorris.com

Counsel for PAUL D. MOORE, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center

## CERTIFICATE OF SERVICE

I, Michael R. Gottfried, hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 26, 2013.

/s/ Michael R. Gottfried
Michael R. Gottfried

DM3\2613676.2