UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All Actions ) <br> _____ ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (FDS) |

## NOTICE OF LIMITED APPEARANCE

Pursuant to the Court's Order on Central Enforcement of Subpoenas, dated June 21, 2013, please enter the limited appearance of Terrill Johnson Harris and Carrie A. Hanger as attorneys for non-party High Point Surgery Center for the purpose of objecting to portions of the subpoena served upon it in this matter.

This the 26th day of July, 2013.

/s/ Terrill J. Harris_____
Terrill Johnson Harris
N.C. State Bar No. 17472
terri.harris@smithmoorelaw.com
*Attorney for High Point Surgery Center*

/s/ Carrie A. Hanger_____
Carrie A. Hanger
N.C. State Bar No. 35324
carrie.hanger@smithmoorelaw.com
*Attorney for High Point Surgery Center*

OF COUNSEL:

SMITH MOORE LEATHERWOOD LLP
300 N. Greene Street, Suite 1400
Post Office Box 21927 (27420)
Greensboro, North Carolina  27401
Telephone:  (336) 378-5200
Facsimile:  (336) 378-5400

**CERTIFICATE OF SERVICE**

This will certify that a true and accurate copy of the foregoing was served on all parties hereto by virtue of the Court's electronic filing system this 26th day of July, 2013.

/s/ Carrie A. Hanger_____
Carrie A. Hanger
*Attorney for High Point Surgery Center*