# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | MDL No. 2419 |
| | Docket No. 1:13-md-2419 (FDS) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | Judge F. Dennis Saylor, IV |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

## NOTICE OF LIMITED APPEARANCE

Pursuant to the Court's Order of Central Enforcement of Subpoenas, dated June 21, 2013, attorneys Mark P. Goodman, Maura K. Monaghan, and Cari A. Wint hereby enter limited appearances on behalf of nonparty Sahara Outpatient Surgery Center, Ltd., for the purpose of contesting or otherwise responding to the subpoena issued to it by the Plaintiffs Steering Committee. This Notice is filed solely for the purpose of contesting or otherwise responding to the subpoena and should not be deemed as otherwise constituting consent to the jurisdiction of this Court.

Respectfully submitted,

*[signature]*

Mark P. Goodman
NY Bar No. 2207884
mpgoodma@debevoise.com

*[signature]*

Maura K. Monaghan
NY Bar No. 3042751
mkmonagh@debevoise.com

*[signature]*

Cari A. Wint
NY Bar # 4684833
cawint@debevoise.com

*Of counsel*:

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel.: (212) 909–6000
Fax: (212) 909–6836

*Attorneys for Nonparty Sahara Outpatient Surgery Center, Ltd.*

## CERTIFICATE OF SERVICE

I, Cari A. Wint, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 29, 2013.

Cari A. Wint