UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) MDL No. 1:13-md-02419 ) ) Hon. F. Dennis Saylor, IV |

## NOTICE OF LIMITED APPEARANCE

YOU WILL PLEASE TAKE NOTICE THAT the undersigned attorneys, hereby appear on behalf of Pain Associates of Charleston, LLC d/b/a InverveneMD, in the above-captioned case. The undersigned would respectfully request that all future correspondence, notices, and other documents be directed to them, in addition to all other counsel of record in this matter.

HOOD LAW FIRM, LLC
172 Meeting Street/Post Office Box 1508
Charleston, SC  29402
Phone: (843) 577-4435/Fax: (843) 722-1630
Email: Info@hoodlaw.com

s/ Robert H. Hood, Jr.
_____
Robert H. Hood (1939)
Robert H. Hood, Jr. (6998)

Attorneys for Pain Associates of Charleston, LLC d/b/a InverveneMD

**August 2, 2013**
Charleston, South Carolina

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing was served on all parties hereto by virtue of the Court's electronic filing system this 2nd day of August, 2013.

s/ Robert H. Hood, Jr.
_____