UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

**NOTICE OF APPEARANCE**

Ronald Rodriguez, of the Law Office of Ronald Rodriguez, hereby enters his appearance as counsel for Plaintiff Maria Leticia Lumbreras in the above-captioned matters.

Dated:  August 2, 2013

Respectfully submitted,

/s/ Ronald Rodriguez
Ronald Rodriguez,
LAW OFFICE OF RONALD RODRIGUEZ
915 Victoria Street
Laredo, Texas 78040
956 / 796-1000
956/796-1002

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2013, I electronically filed the foregoing document with the Clerk for the United States District Court for the District of Massachusetts by using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record and will likewise be available electronically to any attorneys of record who subsequently appear in this matter.

Respectfully submitted,

/s/ Ronald Rodriguez
Ronald Rodriguez