# ATTACHMENT 1

Objections to Subpoenas (Updated 8/6/13)

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Liberty Industries, Inc. & Mot. in Support thereof | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | Erlanger Health Systems, Inc. | High Point Surgery Center | Premier Orthopedic and Sports Medicine Associates of Southern NJ, LLC, Premier Orthopedic Associates Surgical Center, LLC, Kimberly Yvette Smith, MD | Baltimore Pain Management Center |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Docket Entry # | 218 & 307 | 219 & 305 | 220 & 308 | 221 & 304 | 222 & 306 | 231 & 232 | 236, 289 & 356 | 241 & 347 | 244 | 246, 247, 248, 256 | 365 & 366 | 252, 291 & 357 | 254 |
| State | TN | TN | TN | TN | TN | CT | MI | MI | IL | TN | NC | NJ | MD |
| **I. BURDEN (i.e., time, expense, and scope) OBJECTIONS** | | | | | | | | | | | | | |
| A. The request for production of documents is overly broad and unduly burdensome. | X | X | X | X | X | X | X | X | X | X | X | | |
| B. The requested documents are not relevant and/or not reasonably calculated to lead to the discovery of admissable evidence. | X | X | X | X | X | X | X | X | X | X | X | | X |
| C. The time periods for which documents are requested are unreasonable. | | | | | | | | | | | | | |
| D. The subpoena calls for the production of documents properly attainable by plaintiffs from public sources (CDC, FDA). | | | | | | | | | | | X | | |
| Many of the documents sought by the subpoena are more appropiatly sought from NECC, thus reducing the burden and expense on the clinics. | | | | | | | | | | | | | |

1

Objections to Subpoenas (Updated 8/6/13)

| Objector | Carilion Surgery Center New River Valley | North Carolina Orthopedic Clinic | HCA Health Services of Tennessee (Centennial Medical Center) | Surgical Park Center, Ltd. | Martin Kelvas | The South Bend Clinic, LLP | Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Docket Entry # | 257 | 259 | 260 | 261 | 266 | 269 & 270 | 273 & 351 | 275 & 318 | 279 & 361 | 288 & 348 | 314, 358, 359 & 360 |
| State | VA | NC | TN | FL | GA | IN | NJ | NC | GA | MI | |
| **I. BURDEN (i.e., time, expense, and scope) OBJECTIONS** | | | | | | | | | | | |
| A. The request for production of documents is overly broad and unduly burdensome. | | | X | X | | X | X | X | | | X |
| B. The requested documents are not relevant and/or not reasonably calculated to lead to the discovery of admissable evidence. | X | X | X | X | X | X | X | X | | X | X |
| C. The time periods for which documents are requested are unreasonable. | | | X | X | | | | | | | |
| D. The subpoena calls for the production of documents properly attainable by plaintiffs from public sources (CDC, FDA). | | | X | X | | | | | | | X |
| Many of the documents sought by the subpoena are more appropiatly sought from NECC, thus reducing the burden and expense on the clinics. | | | | | | X | | | | | X |

2

Objections to Subpoenas (Updated 8/6/13)

| Objector | Insight Health Corp. | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Docket Entry # | 300 | 372 | 311 & 353 | 303 | 317 & 355 | | 354 | 338 & 339 | 342 | 334 | 368 |
| State | | | | | | | | | | | |
| **I. BURDEN (i.e., time, expense, and scope) OBJECTIONS** | | | | | | | | | | | |
| A. The request for production of documents is overly broad and unduly burdensome. | X | X | X | | X | X | X | X | | X | X |
| B. The requested documents are not relevant and/or not reasonably calculated to lead to the discovery of admissable evidence. | | X | X | | X | X | X | X | | X | X |
| C. The time periods for which documents are requested are unreasonable. | | | | | | | | | | | X |
| D. The subpoena calls for the production of documents properly attainable by plaintiffs from public sources (CDC, FDA). | | X | | | X | | X | | | X | X |
| Many of the documents sought by the subpoena are more appropiatly sought from NECC, thus reducing the burden and expense on the clinics. | | | | | X | | | | | | |

3

Objections to Subpoenas (Updated 8/6/13)

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Liberty Industries, Inc. & Mot. in Support thereof | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | Erlanger Health Systems, Inc. | High Point Surgery Center | Premier Orthopedic and Sports Medicine Associates of Southern NJ, LLC, Premier Orthopedic Associates Surgical Center, LLC, Kimberly Yvette Smith, MD | Baltimore Pain Management Center |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **II. JURISDICTIONAL AND PROCEDURAL OBJECTIONS** | | | | | | | | | | | | | |
| E. This court does not have jurisdiction to enforce the subpoena. | | | | | | | | | X | X | | | |
| F. The clinic is not a party to any litigation and/or has no injured patients. | | | | | | | X | X | | X | X | | X |
| G. The subpoena imposes burdens other than or beyond those imposed by the Order on Central Enforcement and the Qualified Protected Order. | X | X | X | X | X | | | X | | X | X | X | X |
| H. The subpoena calls for the production of documents protected from disclosure as reflective of attorney-client communications and/or attorney work product. | X | X | X | X | X | X | X | X | X | | X | | X |
| I. The PSC failed to provide the fee for one day's attendance as required by Rule 45(b)(1). | X | X | X | X | X | | X | X | X | X | | | |
| J. Clinics that are parties should have been served a request for production pursuant to Rule 34 rather than a subpoena pursuant to Rule 45. | | | | | | | | | | | | X | |
| K. The subpoena was improperly served via Federal Express. | | | | | | | | X | | | | X | |
| L. The subpoena calls for the production of documents outside the clinic's possession, custody or control. | | | | | | | | | | | | | |

4

Objections to Subpoenas (Updated 8/6/13)

| Objector | Carilion Surgery Center New River Valley | North Carolina Orthopedic Clinic | HCA Health Services of Tennessee (Centennial Medical Center) | Surgical Park Center, Ltd. | Martin Kelvas | The South Bend Clinic, LLP | Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **II. JURISDICTIONAL AND PROCEDURAL OBJECTIONS** | | | | | | | | | | | |
| E. This court does not have jurisdiction to enforce the subpoena. | | | | | X | | X | | | | X |
| F. The clinic is not a party to any litigation and/or has no injured patients. | | | X | X | | | | X | | X | X |
| G. The subpoena imposes burdens other than or beyond those imposed by the Order on Central Enforcement and the Qualified Protected Order. | X | X | X | X | X | X | X | X | | X | X |
| H. The subpoena calls for the production of documents protected from disclosure as reflective of attorney-client communications and/or attorney work product. | X | | X | X | X | X | X | X | | X | X |
| I. The PSC failed to provide the fee for one day's attendance as required by Rule 45(b)(1). | | X | X | X | X | X | | X | | | X |
| J. Clinics that are parties should have been served a request for production pursuant to Rule 34 rather than a subpoena pursuant to Rule 45. | | | | | | | | | | | |
| K. The subpoena was improperly served via Federal Express. | | | | | | | | | | | X |
| L. The subpoena calls for the production of documents outside the clinic's possession, custody or control. | | | X | X | | | | | | | |

5

Objections to Subpoenas (Updated 8/6/13)

| Objector | Insight Health Corp. | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **II. JURISDICTIONAL AND PROCEDURAL OBJECTIONS** | | | | | | | | | | | |
| E. This court does not have jurisdiction to enforce the subpoena. | | X | X | | | | X | X | | X | |
| F. The clinic is not a party to any litigation and/or has no injured patients. | | | | | | X | X | | | | X |
| G. The subpoena imposes burdens other than or beyond those imposed by the Order on Central Enforcement and the Qualified Protected Order. | X | X | X | X | X | | X | X | | X | X |
| H. The subpoena calls for the production of documents protected from disclosure as reflective of attorney-client communications and/or attorney work product. | | X | | | | X | X | | | X | |
| I. The PSC failed to provide the fee for one day's attendance as required by Rule 45(b)(1). | | X | | X | X | | X | | | X | |
| J. Clinics that are parties should have been served a request for production pursuant to Rule 34 rather than a subpoena pursuant to Rule 45. | | | | | | | | | | | |
| K. The subpoena was improperly served via Federal Express. | | X | | X | | | X | | | X | |
| L. The subpoena calls for the production of documents outside the clinic's possession, custody or control. | | X | | | | | X | | | | X |

Objections to Subpoenas (Updated 8/6/13)

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Liberty Industries, Inc. & Mot. in Support thereof | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | Erlanger Health Systems, Inc. | High Point Surgery Center | Premier Orthopedic and Sports Medicine Associates of Southern NJ, LLC, Premier Orthopedic Associates Surgical Center, LLC, Kimberly Yvette Smith, MD | Baltimore Pain Management Center |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M. The subpoena provided only 21 or 30 days to respond, which is not a reasonable amount of time. | X | X | X | X | X |  |  | X |  |  | X | X |  |
| N. Rule 45(b)(1) requires that subpoenas be served on each party to the MDL. Comments to the Rule say that parties should have given notice before service of the subpoenas on third parties. |  |  |  |  |  |  |  |  |  |  |  |  |  |

Objections to Subpoenas (Updated 8/6/13)

| Objector | Carilion Surgery Center New River Valley | North Carolina Orthopedic Clinic | HCA Health Services of Tennessee (Centennial Medical Center) | Surgical Park Center, Ltd. | Martin Kelvas | The South Bend Clinic, LLP | Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M. The subpoena provided only 21 or 30 days to respond, which is not a reasonable amount of time. | | X | | | | | X | X | | X | X |
| N. Rule 45(b)(1) requires that subpoenas be served on each party to the MDL. Comments to the Rule say that parties should have given notice before service of the subpoenas on third parties. | | | | | X | | X | | X | X | |

Objections to Subpoenas (Updated 8/6/13)

| Objector | Insight Health Corp. | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M. The subpoena provided only 21 or 30 days to respond, which is not a reasonable amount of time. | X | X | X | | X | | X | X | | X | X |
| N. Rule 45(b)(1) requires that subpoenas be served on each party to the MDL. Comments to the Rule say that parties should have given notice before service of the subpoenas on third parties. | | | | | | | | X | | | |

9

Objections to Subpoenas (Updated 8/6/13)

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Liberty Industries, Inc. & Mot. in Support thereof | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | Erlanger Health Systems, Inc. | High Point Surgery Center | Premier Orthopedic and Sports Medicine Associates of Southern NJ, LLC, Premier Orthopedic Associates Surgical Center, LLC, Kimberly Yvette Smith, MD | Baltimore Pain Management Center |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **III. CONFIDENTIALITY OBJECTIONS** | | | | | | | | | | | | | |
| O. The subpoena calls for the production of confidential or proprietary business information. | X | X | X | X | X | | | | X | | X | | |
| P. The subpoena calls for the production of documents protected from disclosure under the doctor-patient privilege, and/or the production of which would violate the requirements of HIPAA and its related regulations. | | | | | | | X | X | X | X | X | X | |

10

Objections to Subpoenas (Updated 8/6/13)

| Objector | Carilion Surgery Center New River Valley | North Carolina Orthopedic Clinic | HCA Health Services of Tennessee (Centennial Medical Center) | Surgical Park Center, Ltd. | Martin Kelvas | The South Bend Clinic, LLP | Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **III. CONFIDENTIALITY OBJECTIONS** | | | | | | | | | | | |
| O. The subpoena calls for the production of confidential or proprietary business information. | X | | X | X | | X | | X | | | X |
| P. The subpoena calls for the production of documents protected from disclosure under the doctor-patient privilege, and/or the production of which would violate the requirements of HIPAA and its related regulations. | | | X | X | | X | X | | X | X | X |

11

Objections to Subpoenas (Updated 8/6/13)

| Objector | Insight Health Corp. | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **III. CONFIDENTIALITY OBJECTIONS** | | | | | | | | | | | |
| O. The subpoena calls for the production of confidential or proprietary business information. | | | | X | | X | X | | | | X |
| P. The subpoena calls for the production of documents protected from disclosure under the doctor-patient privilege, and/or the production of which would violate the requirements of HIPAA and its related regulations. | X | X | X | X | X | X | X | X | | X | X |

12

Objections to Subpoenas (Updated 8/6/13)

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Liberty Industries, Inc. & Mot. in Support thereof | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | Erlanger Health Systems, Inc. | High Point Surgery Center | Premier Orthopedic and Sports Medicine Associates of Southern NJ, LLC, Premier Orthopedic Associates Surgical Center, LLC, Kimberly Yvette Smith, MD | Baltimore Pain Management Center |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IV. MOTIVE OBJECTIONS** | | | | | | | | | | | | | |
| Q. The PSC's subpoenas are thinly-veiled attempts to identify new clients. | | | | | | | | | | X | | | |

13

Objections to Subpoenas (Updated 8/6/13)

| Objector | Carilion Surgery Center New River Valley | North Carolina Orthopedic Clinic | HCA Health Services of Tennessee (Centennial Medical Center) | Surgical Park Center, Ltd. | Martin Kelvas | The South Bend Clinic, LLP | Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **IV. MOTIVE OBJECTIONS** | | | | | | | | | | | |
| Q. The PSC's subpoenas are thinly-veiled attempts to identify new clients. | | | X | X | | | | X | | | |

14

Objections to Subpoenas (Updated 8/6/13)

| Objector | Insight Health Corp. | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **IV. MOTIVE OBJECTIONS** | | | | | | | | | | | |
| Q. The PSC's subpoenas are thinly-veiled attempts to identify new clients. | | | | | X | | | | | | |