

## Phillips Lytle LLP

**VIA ECF**

Hon. Jennifer C. Boal                                                                    August 7, 2013
District of Massachusetts
John Joseph Moakley Federal Courthouse
1 Courthouse Way, 5th Floor
Boston, MA 02210

Re:    *In re New England Compounding Pharmacy, Inc. Products Liability Litigation*;
       Master Dkt.: 1:13-md-02419-FDS; MDL No. 2419

Dear Judge Boal:

I write in response to the letter from the PSC dated August 6, 2013 served by ECF (the
"Letter Filing") (Document 377).  We represent Rochester Brain and Spine
Neurosurgery & Pain Management, LLC ("RBS") in this case.  We appear *pro hac vice.*

The subpoena served upon RBS referred to in the Letter Filing has undergone great
changes.  The PSC unilaterally withdrew or qualified a number of demands made
contrary to the District Court's directions and has withdrawn the demand to depose our
client.  Also, RBS successfully moved in District Court to quash the demand for its
patient information and medical records, as conceded at page 3 of the Letter Filing.

We agree that a scheduling conference makes sense, but not on the short notice
proposed by the PSC.  We also believe that it would benefit the interested parties to
have a meeting to confer about what remaining parts of the Subpoena the PSC wishes to
pursue and the objections that the recipients have prior to a scheduling conference.  We
note that Attachment 1 to the Letter Filing (Document 377-1) is inaccurate in material
respect to RBS's response, a matter on which we intend to confer with the PSC.

We intend in the meantime to caucus for these purposes with other interested parties as
well.

Very truly yours,
Phillips Lytle LLP
By
*/s Alan J. Bozer*
Alan J. Bozer

**ATTORNEYS AT LAW**

**ALAN J. BOZER, PARTNER**   DIRECT **716 504 5700**   ABOZER@PHILLIPSLYTLE.COM

**3400 HSBC CENTER BUFFALO, NY 14203-2887**   PHONE **716 847 8400**   FAX **716 852 6100**   WWW.PHILLIPSLYTLE.COM
**NEW YORK:** ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER   **CANADA:** WATERLOO REGION



Hon. Jennifer C. Boal                                                      August 7, 2013
Page 2


CERTIFICATE OF SERVICE

I, Alan J. Bozer, , hereby certify that I caused a copy of the foregoing letter to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: August 6, 2013


                                        /s Alan J. Bozer
                                        Alan J. Bozer