UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MDL No. 2419
Dkt No. 1:13-md-2419(FDS)

In re    )
         )
NEW ENGLAND COMPOUNDING PHARMACY, INC.,   )
    PRODUCTS LIABILITY LITIGATION    )
         )
         )
         )

**NOTICE OF APPEARANCE**

Kindly enter my appearance in behalf of Rochester Brain & Spine Pain Management LLC, an objector in the above-entitled action.

*/s/ Michael E. Hager*
Michael E. Hager, Esquire
11 Beacon Street (Suite 1200)
Boston, MA 02108-3016
Tel. (617) 723-7133
FAX (617) 723-3272
BBO No. 216460
mehager175@hotmail.com

Certificate of Service

I, Michael E. Hager, hereby certify under the penalties of perjury that on August 8, 2013 I electronically filed the foregoing Notice of Appearance and Request for Notices with the Clerk of the Court of the District of Massachusetts, using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this action.

*/s/ Michael E. Hager*
Michael E. Hager
BBO No. 216460