# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION

) MDL No. 2419
) Master Dkt: 1:13-md002419-FDS

## NOTICE OF LIMITED APPEARANCE

Pursuant to the Court's Order of Central Enforcement of Subpoenas, dated June 21, 2013, attorneys Robert B. Packer (California SBN 72175) and Paul M. Corson (California SBN 257701) hereby enter limited appearances on behalf of nonparty Universal Pain Management Medical Corporation d/b/a Universal Pain Management for the purpose of contesting or otherwise responding to the subpoena issued to it by the Plaintiffs' Steering Committee. This Notice is filed solely for the purpose of contesting or otherwise responding to the subpoena and should not be deemed as otherwise constituting consent to the jurisdiction of this Court.

LAW, BRANDMEYER + PACKER, LLP

By_____

ROBERT B. PACKER, ESQ.
PAUL M. CORSON, ESQ.
Attorneys for Defendant,
UNIVERSAL PAIN MANAGEMENT

ROBERT B. PACKER
PAUL M. CORSON
LAW, BRANDMEYER + PACKER, LLP
245 S. Los Robles Avenue, Suite 600
Pasadena, CA 91101
(626) 243-5500 Telephone

## CERTIFICATE OF SERVICE

    I, Paul M. Corson, hereby certify that a true and accurate copy of the foregoing was served on all parties by virtue of the Court's electronic filing system this 7 day of August, 2013

_____
PAUL M. CORSON