## Paul Corson

**Subject:** RE: NECC Subpoena

**From:** Ben Gastel [mailto:beng@branstetterlaw.com]
**Sent:** Tuesday, July 30, 2013 12:36 PM
**To:** Lance Jackson
**Cc:** Gerard Stranch; Thomas Sobol (Tom@hbsslaw.com)
**Subject:** NECC Subpoena

Lance,

Good to talk to you. As we discussed the PSC is agreeable to postpone the deposition scheduled for tomorrow. As we discussed, the PSC may consider postponing indefinitely this scheduled deposition, but at a minimum, we are committed to working with you on a establishing a date that works for you to hold the deposition.

Further, as we discussed, attached is the updated subpoena exhibit. I provide the redline version (redlined against the exhibit to your subpoena) so you can better see the changes we made to the scope of the subpoena. Further, to the extent that you need additional time to gather responsive documents, the PSC is committed to working with you on a reasonable extension to allow you time to properly gather the requested information. Feel free to contact me at your convenience should you need additional clarification or to set up a date on which we can expect your production.

Warmest Regards,

Ben Gastel
**Branstetter, Stranch & Jennings, PLLC**
227 Second Ave. N.
Fourth Floor
Nashville, TN 37061-1631
P: 615.254.8801
F: 615.255.5419

IMPORTANT: This communication from the law firm of Branstetter, Stranch & Jennings, PLLC is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and contains information that may be confidential and privileged. Be advised that if you are not the intended recipient(s), any dissemination, distribution or copying of this communication is prohibited. Please notify the undersigned immediately by telephone or return e-mail.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.