UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S CERTIFICATE AND APPEALS COVER SHEET

ABBREVIATED ELECTRONIC RECORD

Case Caption: In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation

District Court Number: 13md02419-FDS

Fee: Paid? Yes _X_ No ___  Government filer ___  *In Forma Pauperis* Yes ___ No ___

Motions Pending  Yes _X_ No ___     Sealed documents  Yes ___ No _X_
*If yes, document #* 32,34,95,178,231,244     *If yes, document #*

*Ex parte* documents Yes ___ No _X_    Transcripts  Yes _X_ No ___
*If yes, document #*                    *If yes, document #* 52,97,152,199,335

Notice of Appeal filed by: Plaintiff/Petitioner _X_  Defendant/Respondent ___  Other: ___

Appeal from:

#170 Memorandum and Order, #340 Order

Other information:

I, Robert M. Farrell, Acting Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#170, #340, and #385

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 385 filed on August 9, 2013.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 12, 2013.

**ROBERT M. FARRELL**
Acting Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

Additional Motions Pending:

254, 257, 266, 259, 269, 273, 275, 276, 298, 300, 304, 305, 306, 307, 308, 311, 317, 338, 342, 358, 374, 376, 383