UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br>This Document Relates To:<br><br>    All Actions | ) ) ) ) ) ) ) ) ) ) ) )     MDL No. 1:13-md-2419-FDS |

NECC MEDIATION PROGRAM
PARTICIPATION NOTICE AND AGREEMENT

The undersigned hereby give(s) notice that he, she, or it is agreeing to participate in the NECC mediation program as set forth by the Court's Order on Mediation Program of August 15, 2013, entered in *In re New England Compounding Pharmacy, Inc., Products Liability Litigation*, MDL No. 1:13-md-2419-FDS ("the MDL").

By executing and filing this Participation Notice and Agreement in the MDL, the undersigned hereby stipulates, agrees, and covenants to the terms of, and agrees to be bound by, the provisions of the Court's Order on Mediation Program.

IN WITNESS WHEREOF, and intending to be legally bound hereby, the undersigned execute this Participation Notice and Agreement as their voluntary act.

_____
                    Signature

| |
|---|
| Name: |
| Title of person signing, if on behalf of an organization: |
| Contact information:<br><br>   Address:<br><br>   Email:<br><br>   Phone Number: |
| Names of facilities operated or associated with, if applicable: |
| Name, firm name, address, phone number, and email address of attorney representing participant in mediation: |

(Attach additional pages if necessary)

Unaffiliated Non-Debtor Claimant Affiliate Joinder

_____
              Signature

| |
|---|
| Name: |
| Title of person signing, if on behalf of an organization: |
| Contact information:<br><br>   Address:<br><br>   Email:<br><br>   Phone Number: |
| Names of facilities operated or associated with, if applicable: |
| Name, firm name, address, phone number, and email address of attorney representing participant in mediation: |

(Attach additional pages if necessary)