LAW OFFICES ROSEMARIE ARNOLD
1386 Palisade Avenue
Fort Lee, New Jersey 07024
(201) 461-1111
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: New England Compounding
Pharmacy, Inc. Products Liability
Litigation

Action of
BERNADETTE EFFENDIAN

MDL No. 1:13-md-2419-FDS

### AFFIDAVIT OF MERIT

STATE OF NEW JERSEY    :
                       SS
COUNTY OF BERGEN       :

I, STEVEN P. WALDMAN, M.D. of full age, depose and say:

1. I am a board certified pain management physician admitted to the practice of medicine in this State since 1993.

2. This case was filed against Kimberley Yvette Smith, M.D. a/k/a Kimberley Yvette Smith-Martin, Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC also trading as Premier Orthopaedic Associates and Premier Orthopaedic Associates Surgical Center, LLC.

3. I have reviewed the medical chart of Kimberley Yvette Smith, M.D. a/k/a Kimberley Yvette Smith-Martin, Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC also trading as Premier Orthopaedic Associates and Premier Orthopaedic Associates Surgical Center, LLC.

4. I have no financial interest in the outcome of this case.

5. In my opinion, there is a reasonable probability that the care, skill or knowledge exercised by Kimberley Yvette Smith, M.D. a/k/a Kimberley Yvette Smith-Martin, Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC also trading as Premier Orthopaedic Associates and Premier Orthopaedic Associates Surgical Center, LLC, in the treatment that is the subject of the Complaint, fell outside or below acceptable professional standards.

_____
STEVEN P. WALDMAN, M.D.

Sworn and Subscribed to before me this 15th day of August, 2013.

_____
Notary Public

JANE L KENT
NOTARY PUBLIC
NEW JERSEY
MY COMMISSION EXPIRES 4-19-2014