UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | MDL No. 2419 |
| | Docket No. 1:13-md-2419 (FDS) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | Judge F. Dennis Saylor, IV |
| THIS DOCUMENT RELATES TO | |
| ALL ACTIONS | |

## NOTICE OF LIMITED APPEARANCE

Pursuant to the Court's Order of Central Enforcement of Subpoenas, dated June 21, 2013, attorney Donald J. Walsh (Maryland USDC 09384) hereby enters limited appearance on behalf of nonparty Pain Medicine Specialists, PA. d/b/a Pain Medicine Specialists, P.A. for the purpose of contesting or otherwise responding to the subpoena issued to it by the Plaintiffs' Steering Committee. This Notice is filed solely for the purpose of contesting or otherwise responding to the subpoena and should not be deemed as otherwise constituting consent to the jurisdiction of this Court.

/S/Donald J. Walsh
Donald J. Walsh
Offit Kurman, P.A.
8 Park Center Court, Suite 200
Owings Mills, Maryland 21117
(443) 738-1583

Attorneys for Pain Medicine Specialists, P.A.

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing was served on all parties hereto by virtue of the Court's electronic filing system this 16th day of August, 2013 and paper copies will be sent to those indicated as non-registered participants.

/S/Donald J. Walsh
Donald J. Walsh