UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PROCUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) MDL No.: 2419<br>) Master Docket No.: 1:13-md-2419-FDS<br>) |
| THIS DOCUMENT RELATES TO:<br><br>_____ All actions. | )<br>)<br>)<br>) |

### NOTICE OF FILING OF PLAINTIFFS' STEERING COMMITTEE'S MOTION TO INTERVENE AND OBJECTION TO APPELLANTS' MOTION FOR STAY PENDING APPEAL OF AUGUST 7, 2013 BANKRUPTCY COURT ORDER

The Plaintiffs' Steering Committee hereby gives notice of the filing of *Plaintiffs' Steering Committee's Motion to Intervene* and *Plaintiffs' Steering Committee's Objection to Appellants' Motion for Stay Pending Appeal of August 7, 2013 Bankruptcy Court Order*, attached hereto as Exhibits A and B, respectively.

On August 19, 2013, the Plaintiffs' Steering Committee filed the above-referenced pleadings in *Dr. O'Connell's Pain Care Center, et al. v. New England Compounding Pharmacy, Inc.*, No. 13-cv-11956 (D. Mass.).

Date:  August 20, 2013          Respectfully submitted:

**/s/ Patrick T. Fennell**
Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: 617/482-3700
Facsimile: 617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415/956-1000
Facsimile: 415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: 248/557-1688
Facsimile: 248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone: 404/451-7781
Facsimile: 404/506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH &
JENNINGS, PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

CERTIFICATE OF SERVICE

      I, Patrick T. Fennell, hereby certify that I caused a copy of the foregoing *Notice Of Filing Of Plaintiffs' Steering Committee's Motion To Intervene And Objection To Appellants' Motion For Stay Pending Appeal Of August 7, 2013 Bankruptcy Court Order* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   August 20, 2013

                                                           /s/Patrick T. Fennell
                                                         Patrick T. Fennell (VSB 40393))