UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE:  NEW ENGLAND | ) | |
| COMPOUNDING PHARMACY, INC. | ) | MDL No. 1:13-md-2419-FDS |
| PRODUCTS LIABILTY LITIGATION | ) | |

## **APPEARANCE**

William N. Riley of the law firm Price Waicukauski & Riley, LLC hereby enters his appearance on behalf of Plaintiff Nathan Owen Tacy.

          Respectfully submitted,

          PRICE WAICUKAUSKI & RILEY, LLC


          /s/ William N. Riley
          William N. Riley, Atty. No. 14941-49
          The Hammond Block Building
          301 Massachusetts Avenue
          Indianapolis, IN  46204
          Telephone: (317) 633-8787
          Facsimile: (317) 633-8797
          Email: wriley@price-law.com


2

**CERTIFICATE OF SERVICE**

  I, William N. Riley, hereby certify that on August 20, 2013, a copy of the foregoing Notice of Appearance was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

            /s/ William N. Riley
            William N. Riley