UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  NEW ENGLAND )
COMPOUNDING PHARMACY, INC. )     MDL No. 1:13-md-2419-FDS
PRODUCTS LIABILTY LITIGATION )

## APPEARANCE

Jamie R. Kendall of the law firm Price Waicukauski & Riley, LLC hereby enters her appearance on behalf of Plaintiff Nathan Owen Tacy.

Respectfully submitted,

PRICE WAICUKAUSKI & RILEY, LLC


/s/ Jamie R. Kendall
Jamie R. Kendall, Atty. No. 25124-49A
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone:     (317) 633-8787
Facsimile:      (317) 633-8797
Email: jkendall@price-law.com

**CERTIFICATE OF SERVICE**

  I, Jamie R. Kendall, hereby certify that on August 20 8, 2013, a copy of the foregoing Notice of Appearance was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

                /s/ Jamie R. Kendall
                Jamie R. Kendall