## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Artis, et al. v. New England Compounding Pharmacy, Inc., et al.
District Court Case No.  1:13-MD-2419-FDS          District of PLEASE SELECT
Date Notice of Appeal filed  August 9, 2013        Court of Appeals Case No.  13-2007
Form filed on behalf of  Appellants

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

### TRANSCRIPT ORDER

Name of Court Reporter  Valerie O'Hara
Phone Number of Reporter  N/A; vaohara@gmail.com

A. ✓ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

PROCEEDING(S)                                       HEARING DATE(S)

☐ Jury Voir Dire
☐ Opening Statement (plaintiff)
☐ Opening Statement (defendant)
☐ Trial
☐ Closing Argument (plaintiff)
☐ Closing Argument (defendant)
☐ Findings of Fact/Conclusions of Law
☐ Jury Instructions
☐ Change of Plea
☐ Sentencing
☐ Bail hearing
☒ Pretrial proceedings (specify) _____    Status conference on 5/14/13; Status conference on 7/18/13
☐ Testimony (specify) _____
☐ Other (specify) _____

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  J. Scott Sexton                    Filer's Signature  /s/ J. Scott Sexton
Firm/Address  10 Franklin Road, SE, Suite 800, Roanoke, VA  24011   Filer's Email address  sexton@gentrylocke.com
Telephone number  540.983.9379                   Date mailed to court reporter  August 22, 2013

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                              SEE INSTRUCTIONS ON REVERSE

**Certificate of Service**

I hereby certify that on the 22nd day of August, 2013, the foregoing was filed through the ECF system which will send electronic notification to the registered participants identified on the Notice of Electronic Filing (NEF) and mailed, via U.S. Mail, to the following who do not receive NEF:

Alan M. Winchester
Harris Beach, PLLC
100 Wall Street
New York, NY 10005

Anne Andrews
Andrews & Thornton
2 Corporate Park
Suite 100
Irvine, CA 92606

Arthur P. Brock
Spears, Moore, Rebman & Williams, PC
801 Broad Street
6th Floor
Chattanooga, TN 37402

C. J. Gideon , Jr
Gideon, Cooper & Essary, PLC
315 Deaderick St
Suite 1100
Nashville, TN 37238

C. Mark Hoover
Hackney, Grover, Hoover & Bean
1715 Abbey Road
Suite A
East Lansing, MI 48823

Cari A. Wint
Debevoise & Plimpton, LLP
919 Third Ave
New York, NY 10022

Carrie A. Hanger
Smith, Moore, Leatherwood, LLP
P.O. Box 21927
Greensboro, NC 27420

Chris J. Tardio
Gideon, Cooper & Essary, PLC
315 Deaderick St
Suite 1100
Nashville, TN 37238

Christopher M. Wolk
Law Offices of Jay J. Blumberg, ESQ.
158 Delaware St.
P.O. Box 68
Woodbury, NJ 08096

Eric J. Hoffman
FULBRIGHT & JAWORSKI, LLP
98 San Jacinto Blvd
Suite 1100
Austin, TX 78701

John B. Bennett
Spears, Moore, Rebman & Williams, PC
801 Broad Street
6th Floor
Chattanooga, TN 37402

John-Mark Zini
Gideon, Cooper & Essary, PLC
315 Deaderick St
Suite 1100
Nashville, TN 37238

Judi Abbott Curry
Harris Beach, PLLC
100 Wall St
New York, NY 10005

Kathryn J. Humphrey
Dykema Gossett, PLLC
400 Renaissance Center
37th Floor
Detroit, MI 48243-1668

Marcy H. Greer
FULBRIGHT & JAWORSKI, LLP
98 San Jacinto Blvd
Suite 1100
Austin, TX 78701

Mark P. Goodman
Debevoise & Plimpton, LLP
919 Third Ave
New York, NY 10022

Matthew H. Cline
Gideon, Cooper & Essary, PLC
315 Deaderick St
Suite 1100
Nashville, TN 37238

Randy J. Hackney
Hackney, Grover, Hoover & Bean
1715 Abbey Road
Suite A
East Lansing, MI 48823

Terrill Johnson Harris
Smith, Moore, Leatherwood, LLP
300 N. Greene St
Suite 1400
P.O. Box 21927 (27420)
Greensboro, NC 27401

Yvonne K. Puig
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Blvd.
Suite 1100
Austin, TX 78701

/s/ J. Scott Sexton