UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>This Document Relates To: )<br>)<br>   All Cases )<br>) | MDL No. 1:13-md-2419-FDS |

## NOTICE OF WITHDRAWAL OF HEIDI A. NADEL

The undersigned counsel hereby respectfully files this Notice of Withdrawal as counsel to Douglas and Carla Conigliaro in all cases in connection with the above-referenced matter. Attorneys from Sloane and Walsh, LLP have now appeared for all individual defendants, including Douglas and Carla Conigliaro.[1]

/s/Heidi A. Nadel
Heidi A. Nadel (BBO#641617)
Todd & Weld LLP
28 State Street
Boston, MA  02109
(617) 720-2626
(617) 227-5777 (Fax)
hnadel@toddweld.com

DATED:  September 10, 2013

---

[1] While the undersigned counsel was appointed as interim liaison counsel to the individual defendants at the outset of this case, with the appearance of Sloane and Walsh, LLP for all individual defendants, all individual defendants will now be jointly represented by one law firm.

CERTIFICATE OF SERVICE

I, Heidi A. Nadel, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 10, 2013.

    /s/ Heidi A. Nadel
Heidi A. Nadel