UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION </br></br> This Document Relates To: </br></br>    All Cases | MDL No. 1:13-md-2419-FDS |

### NOTICE OF APPEARANCE OF CHRISTOPHER R. O'HARA, ESQ.

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter the appearance of Christopher R. O'Hara, on behalf of the Defendants, Douglas Conigliaro and Carla Conigliaro, in the above-captioned action.

> Respectfully submitted,
>
> DOUGLAS CONIGLIARO and CARLA CONIGLIARO,
> By their attorneys,
>
> /s/ Christopher R. O'Hara
> Christopher R. O'Hara (BBO# 548611)
> TODD & WELD LLP
> 28 State Street, 31st Floor
> Boston, MA 02109
> (617) 720-2626

Dated:  September 10, 2013

### CERTIFICATE OF SERVICE

I, Christopher R. O'Hara, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 10, 2013.

> /s/ Christopher R. O'Hara
> Christopher R. O'Hara