**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| | ) | MDL No.  1:13-md-2419-FDS |
| This Document Relates to: | ) ) | |
| All Cases | ) ) | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Kindly enter the appearance of Robert H. Gaynor of Sloane and Walsh on behalf of the defendants Barry J. Cadden, Lisa Conigliaro Cadden, Gregory Conigliaro, Carla Conigliaro, Douglas Conigliaro and Glenn A. Chin in the above referenced matter.

/s/  *Robert H. Gaynor.*

Robert H. Gaynor, BBO # 187620
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA 02108
(617) 523-6010
rgaynor@sloanewalsh.com

Dated:  September 10, 2013

CERTIFICATE OF SERVICE

I, Robert H. Gaynor, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copiers will be sent to those indicated as non registered participants on September 10, 2013.

/s/ Robert H. Gaynor.

Robert H. Gaynor.