UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  NEW ENGLAND COMPOUNDING       )
       PHARMACY, INC. PRODUCTS       )
       LIABILITY LITIGATION       )
                                      )       MDL No.  1:13-md-2419-FDS
This Document Relates to:                      )
                                      )
   All Cases                           )
                                      )

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Kindly enter the appearance of John P. Ryan of Sloane and Walsh on behalf of the defendants Barry J. Cadden, Lisa Conigliaro Cadden, Gregory Conigliaro, Carla Conigliaro, Douglas Conigliaro and Glenn A. Chin in the above referenced matter.

                                                John P. Ryan, BBO # 435660
                                                SLOANE AND WALSH, LLP
                                                Three Center Plaza
                                                Boston, MA 02108
                                                (617) 523-6010
                                                jryan@sloanewalsh.com

Dated:  September 10, 2013

CERTIFICATE OF SERVICE

    I, John P. Ryan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copiers will be sent to those indicated as non registered participants on September 10, 2013.

John P. Ryan

806541.1