UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | MDL No.: 1:13-md-2419-FDS<br><br>**NOTICE OF WITHDRAWAL** |

The undersigned attorney hereby notifies the Court and counsel that Harris Beach PLLC is withdrawing their Notice of Appearance as counsel for the following defendants:

- Barry J. Cadden
- Lisa Conigliaro Cadden
- Carla Conigliaro
- Douglas Conigliaro
- Greg Conigliaro
- Glenn Chin.

The above individuals will be represented by William J. Dailey, Jr. of Sloane and Walsh, LLP, who has previously entered a Notice of Appearance.

Harris Beach PLLC will remain as Specially Retained Coordinating Defense Counsel for the Chapter 11 Trustee for the Estate of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center.

Respectfully Submitted,

Dated: September 10, 2013         HARRIS BEACH PLLC

                     By:   /s/ Frederick H. Fern
                           Frederick H. Fern
                           100 Wall Street, 23rd Floor

New York, New York 10005
(P) 212-687-0100
(F) 212-687-0659
(E) hbnecc@harrisbeach.com

*Specially Retained Counsel for the Chapter 11 Trustee of the Estate of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center*

## **CERTIFICATE OF SERVICE**

I, Frederick H. Fern, hereby certify that on the 10th day of September, 2013, the document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Frederick H. Fern
Frederick H. Fern