UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: | ) |
| | ) |
| New England Compounding Pharmacy, Inc. | )   MDL No. 1:13-md-2419-FDS |
| Products Liability Litigation | ) |
| | ) |

## ENTRY OF APPEARANCE

I, Robert J. Durant, Jr., hereby enter my appearance on behalf of non-party OSMC, in the above-captioned matter.

Respectfully submitted,

/s/ Robert J. Durant, Jr.
Robert J. Durant, Jr. (BBO No. 638608)
EDWARDS WILDMAN PALMER LLP
2800 Financial Plaza
Providence, RI  02903
*Telephone (401) 528-5855*
*Facsimile (888) 325-9587*
*E-Mail* rdurant@edwardswildman.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing Entry of Appearance was served on all counsel of record via U.S. Mail this 11th day of September 2013.

/s/ Robert J. Durant, Jr.
Robert J. Durant, Jr.