UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | |
| New England Compounding Pharmacy, Inc. ) | MDL No. 1:13-md-2419-FDS |
| Products Liability Litigation ) | |
| ) | |
| ) | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Attorney Robert J. Durant, Jr., an attorney member of the Bar of the U.S. District Court for the District of Massachusetts, respectfully moves on behalf of attorney Lyle R. Hardman that Lyle Hardman be granted permission to appear *pro hac vice* as counsel for non-party OSMC in the above-captioned proceeding. In support of this motion, Attorney Robert J. Durant, Jr., states as follows:

1. Attorney Robert J. Durant, Jr., is an attorney member of the Bar of the U.S. District Court for the District of Massachusetts in good standing, and he is filing this motion electronically on attorney Lyle R. Hardman's behalf.

2. In support of this motion is an accompanying affidavit stating that Lyle Hardman is a member of the bar in good standing of every jurisdiction where he has been admitted to practice; that there are no disciplinary proceedings pending against him; and that he is familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

3. The required filing fee of $100 has been paid.

WHEREFORE, Attorney Robert J. Durant, Jr., respectfully requests that Lyle R. Hardman be admitted *pro hac vice* to appear on behalf of and act as counsel for non-party OSMC in this case.

>Respectfully submitted,
>
>EDWARDS WILDMAN PALMER LLP
>
>/s/ Robert J. Durant, Jr.
>Robert J. Durant, Jr. (BBO No. 638608)
>2800 Financial Plaza
>Providence, RI  02903
>*Telephone (401) 528-5855*
>*Facsimile (888) 325-9587*
>*E-Mail rdurant@edwardswildman.com*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing Motion to Appear *Pro Hac Vice* was served on all counsel of record via electronic mail using ECF/Pacer, this 11th day of September, 2013.

>/s/ Robert J. Durant, Jr.
>Robert J. Durant, Jr.

AM 23910259.1