UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re:                                            )   MDL No. 1:13-md-2419-FDS
                                                  )
New England Compounding Pharmacy, Inc.)
Products Liability Litigation                     )
                                                  )

### AFFIDAVIT OF LYLE R. HARDMAN IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

Lyle R. Hardman, being duly sworn upon his/her oath, states as follows:

1. I am an attorney with the law firm of Hunt Suedhoff Kalamaros LLP, 205 W. Jefferson Blvd., Ste. 300, Post Office Box 4156, South Bend, IN 46634-4156, Telephone: (574) 232-4801, Facsimile: (574) 232-9736.

2. I am member of the bar in good standing of every jurisdiction where I have been admitted to practice, namely:
   - Indiana (Indiana Bar # 16056-49)
   - Michigan (Michigan Bar # P69507)
   - United States Court of Appeals for the Seventh Circuit
   - United States District Court for the Northern District of Indiana
   - United States District Court for the Southern District of Indiana
   - United States District Court for the Central District of Illinois

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I wish to appear *pro hac vice* on behalf of non-party OSMC (2310 California Road, Elkhart, IN 46514-1228).

Dated: September 5, 2013

_____
Lyle R. Hardman

1