UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**JOINTLY PROPOSED AGENDA**
**FOR THE SEPTEMBER 12, 2013 STATUS CONFERENCE**

The Plaintiffs' Steering Committee, Ameridose LLC, New England Compounding Pharmacy, Inc. (through both the Trustee and counsel), and Official Committee of Unsecured Creditors (through counsel)[1] jointly propose the following agenda for the September 12, 2013 status conference:

1. Update on subpoenas and objections

    a. Status conference before Judge Boal on September 25

2. Status of mediation efforts [Mediation Order, Dkt. No. 394]

    a. September 23, 2013 deadline

3. Scheduling issues:  PSC and other parties' positions

4. Multi-plaintiff complaints (*i.e. Adair v. NECC; Robinson v. NECC*)

5. Proposed CMO with scheduling dates

6. NECC  informal production of documents

7. Form of authorizations for record retrieval

    a. Vendor selection and methodology of medical record retrieval

8. Pending motions

    a. Motions to Dismiss

        i. Alaunus Pharmaceutical, LLC [Dkt. nos. 32, 34, and 95]

        ii. Carilion Surgery Center New River Valley LLC [Dkt.  no. 178]

---

[1] All defendants whose counsel have filed notices of appearance in the MDL were provided an opportunity to comment on the agenda.

     b. ARL's motion for protective order [Dkt. no. 276]

9. Status of bankruptcy proceedings

     a. Status of appeal from July 29, 2013 order requiring production of some patient information to Trustee, Creditors' Committee, and PSC by August 16, 20013

     b. Status of bar date motion

     c. August 23 hearing

10. Status of appeals

Dated: September 12, 2013

Respectfully submitted,

*/s/ **Kristen Johnson Parker***
Thomas M. Sobol, BBO # 471770
Kristen Johnson Parker, BBO# 667261
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
(617) 482-3700
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Matthew P. Moriarty
TUCKER ELLIS LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115
(216) 592-5000
mmoriarty@tuckerellis.com

*Ameridose's Liaison Counsel*

Paul D. Moore
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
(857) 488-4230
pdmoore@duanemorris.com

*Chapter 11 Trustee for the Estate of New England Compounding Pharmacy, Inc.*

Frederick H. Fern
HARRIS BEACH PLLC
100 Wall Street
New York, NY 10005
(212) 687-0100
hbnecc@harrisbeach.com

*Specially Retained Counsel for Chapter 11 Trustee of the Estate of NECC and NECC's Liasion Counsel*

William R. Baldiga
Rebecca L. Fordon
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200
wbaldiga@brownrudnick.com
rfordon@brownrudnick.com

David J. Molton
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
(212) 209-4800
dmolton@brownrudnick.com

*Counsel for the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

    I, Kristen Johnson Parker, hereby certify that I caused a copy of the above Jointly Proposed Agenda for the September 12, 2013 Status Conference to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: September 12, 2013

                                      */s/ Kristen Johnson Parker*
                                      Kristen Johnson Parker, BBO # 667261