UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE NEW ENGLAND                       :
COMPOUNDING PHARMACY, INC.              :   MDL No. 2419
PRODUCTS LIABILITY LITIGATION           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x   Master Docket No. 1:13-md-2419-FDS
This Document Relates to:               :
       All Actions                      :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**MOTION FOR ADMISSION *PRO HAC VICE*
OF RON E. MEISLER AS COUNSEL FOR INSIGHT HEALTH CORP.**

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, and upon the annexed Certificate and Affidavit of Good Standing of Ron E. Meisler (Exhibit A hereto) certifying that (i) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (ii) there are no disciplinary proceedings pending against him as a member of the bar of any jurisdiction; and (iii) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts, I, Matthew J. Matule, a member of the Bar of this Court, hereby move this Court to admit Ron E. Meisler to practice before this Court for the limited purpose of participation in the September 12, 2013 status hearing in this case as counsel for Insight Health Corp. Mr. Meisler's participation at the September 12, 2013 status hearing will be limited to issues regarding the appeal entitled <u>Dr. O'Connell's Pain Care Center et al v. New England Compounding Pharmacy, Inc.</u>, docketed at 13-11956-FDS in this Court (the "Appeal"), including, but not limited to, the Assented to Motion To Defer Consideration Of And Stay Appeal And All Related Motions filed on September 10, 2013 at Docket No. 36 in the Appeal.

Through the filing of this Motion For Admission *Pro Hac Vice* of Ron E. Meisler as Counsel for Insight Health Corp., Insight Health Corp. does not consent to personal jurisdiction in this Court nor does Insight Health Corp. waive any of its defenses under Federal Rule 12.

Dated: September 12, 2013
      Boston, Massachusetts

Respectfully submitted,

/s/ Matthew J. Matule
Matthew J. Matule (BBO # 632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
Matthew.Matule@skadden.com

Counsel for Insight Health Corp.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 12, 2013.

Dated: September 12, 2013

/s/ Matthew J. Matule
Matthew J. Matule