IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | Master Docket No. 1:13-md-2419-FDS |
| BASIL E. PROFFITT, | |
| Plaintiff, | |
| v. | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER, and IMAGE GUIDED PAIN MANAGEMENT, P.C., D/B/A INSIGHT IMAGING ROANOKE | This Document Relates To: Civil Action No. 1:13-cv-11377-FDS |
| Defendants. | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT
IMAGE GUIDED PAIN MANAGEMENT, P.C.,
D/B/A INSIGHT IMAGING ROANOKE**

Plaintiff Basil E. Proffitt, by counsel, represents to the Court that defendant Image Guided Pain Management, P.C., d/b/a Insight Imaging Roanoke has not yet served either an Answer or a Motion for Summary Judgment in this action. Plaintiff hereby files this Notice of Dismissal, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismissing Image Guided Pain Management, P.C., d/b/a Insight Imaging Roanoke from this action without prejudice to any subsequent action the plaintiff may institute against Image Guided Pain Management, P.C., d/b/a Insight Imaging Roanoke in any Court of competent jurisdiction.

Plaintiff further represents to the Court that it is plaintiff's intention that this action continue as to any and all claims remaining against defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center.

Respectfully submitted,

BASIL E. PROFFITT

By: __/s/ Jeffrey A. Travers_____

Jeffrey A. Travers, Esq.
Peter A. Miller, Esq.
Michael J. Miller, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
(540) 672-4224 – telephone
(540) 672-3055 – facsimile
jtravers@millerfirmllc.com
mmiller@millerfirmllc.com

Willard James Moody, Jr.
The Moody Law Firm, Inc.
500 Crawford Street, Suite 300
Portsmouth, VA 23704
(757) 393-6020 – telephone
(757) 399-3019 – facsimile
will@moodyrrlaw.com

*Counsel for Plaintiff*

Seen and Agreed:

    /s/ Michael P. Gardner
John T. Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq. (VSB No. 38236)
Michael P. Gardner, Esq. (VSB No. 80380)
LeClairRyan, A Professional Corporation
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
(540) 510-3000 (telephone)
(540) 510-3050 (facsimile)
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

*Counsel for Defendant Image Guided Pain Management, P.C. d/b/a Insight Imaging Roanoke*

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this 13th day of September 2013, a true and exact copy of the foregoing was filed with the Clerk of the Court using the CM/ECF filing system, thereby providing electronic notice to john.jessee@leclairryan.com, nancy.reynolds@leclairryan.com, michael.gardner@leclairryan.com, counsel for defendant Image Guided Pain Management, P.C., d/b/a Insight Imaging Roanoke, and to rebecca.herbig@bowmanandbrooke.com, counsel for defendant NECC.  Paper copies will be sent to those indicated as non registered participants on September 13, 2013.

                                                /s/ Jeffrey Travers