**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE:  NEW ENGLAND | ) | |
| COMPOUNDING PHARMACY, INC. | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | **MDL No. 1:13-md-2419-FDS** |
| | ) | |
| **This Document Relates to:** | ) | |
| | ) | **F. Dennis Saylor, IV, presiding** |
| **Bland et al v. Ameridose, LLC et al,** | ) | |
| **1:13-cv-11881-FDS** | ) | |
| | ) | |

_____

**NOTICE OF APPEARANCE**
_____

Mary M. Bers, Senior Counsel, and Joseph Ahillen, Assistant Attorney General, hereby

file a notice of appearance on behalf of the State of Tennessee.

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General and Reporter

WILLIAM E. YOUNG
Solicitor General

s/ Mary M. Bers
Mary M. Bers, BPR # 013159
Senior Counsel
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1845

s/Joseph Ahillen
Joseph Ahillen, BPR # 028378
Assistant Attorney General
Civil Rights and Claims Division
Office of the Attorney General
P. O. Box 20207
Nashville, Tennessee 37202-0207
(615) 532-2558

**CERTIFICATE OF SERVICE**

I certify that on this <u>16th</u> day of <u>September</u>, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


<u>s/Joseph Ahillen</u>
JOSEPH AHILLEN

2