**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**
(A Limited Liability Partnership Formed in Pennsylvania)
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, New Jersey 08002
(856) 488-7700
*Counsel for Defendants Inspira Health Network, Inc.*
*and Inspira Medical Centers, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** _____ THIS DOCUMENT RELATES TO: *Jones v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10409-FDS; *Ramos v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10410-FDS; *Rios, et al. v. New England Compounding Pharmacy, Inc., et al.*, 13-10411-FDS; *Rivera, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10412-FDS; *Tayvinsky, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10414-FDS; *Gould, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10444-FDS; *Normand, et al. v. New England Compounding Pharmacy, Inc., et al.*, Civ. No. 13-10447-FDS | **Document Electronically Filed** MDL No. 1:13-md-2419-FDS |

## DECLARATION OF LOUIS R. MOFFA, JR.

I, Louis R. Moffa, Jr., hereby submit this Declaration to the Court pursuant to Local Rule

83.5.3, in support of the Motion to Admit me *Pro Hac Vice* and as part of my application for

leave to practice in this Court and to appear as co-counsel on behalf of Defendants Inspira Health

Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System,

Inc. and South Jersey Hospital, Inc.) (collectively, "Inspira"), and state:

1.      I am a member in good standing of the Bars of the State of New Jersey, the United States District Court for the District of New Jersey, the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the District of Columbia, the United States District Court for the District of Columbia, the United States Supreme Court and the United States Court of Appeals for the Third, Fourth, Ninth and District of Columbia Circuits.

2.      I am a partner at the law firm of Montgomery, McCracken, Walker & Rhoads, LLP; my office is located at LibertyView, Suite 600, 457 Haddonfield Road, Cherry Hill, New Jersey 08002; my direct telephone number is 856-488-7740.

3.      I have never been subject to any disciplinary action, and no disciplinary actions are pending against me as a member of any bar to which I am admitted.

4.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.


                                             /s/*Louis R. Moffa, Jr.*
Dated:  September 19, 2013                    Louis R. Moffa, Jr.

-2-

3528891v1