**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**
(A Limited Liability Partnership Formed in Pennsylvania)
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, New Jersey 08002
(856) 488-7700
*Counsel for Defendants Inspira Health Network, Inc.*
*and Inspira Medical Centers, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** _____ THIS DOCUMENT RELATES TO: *Hannah v. New England Compounding Pharmacy, Inc. et al.,* Docket No. 13-cv-10407; *Jones v. New England Compounding Pharmacy, Inc. et al.,* Docket No. 13-cv-10409; *Ramos v. New England Compounding Pharmacy, Inc. et al.,* Docket No. 13-cv-10410; *Rios v. New England Compounding Pharmacy, Inc. et al.,* Docket No. 13-cv-10411; *Rivera v. New England Compounding Pharmacy, Inc. et al.,* Docket No. 13-cv-10412; *Tayvinsky v. New England Compounding Pharmacy, Inc. et al.,* Docket No. 13-cv-10414; *Gould v. New England Compounding Pharmacy, Inc. et al.,* Docket No. 13-cv-10444; and *Normand v. New England Compounding Pharmacy, Inc. et al.,* Docket No. 13-cv-10447 | **Document Electronically Filed** MDL No. 1:13-md-2419-FDS |

**DECLARATION OF KRISTIN MUIR MYKULAK**

I, Kristin Muir Mykulak, hereby submit this Declaration to the Court pursuant to Local Rule 83.5.3, in support of the Motion to Admit me *Pro Hac Vice* and as part of my application for leave to practice in this Court and to appear as co-counsel on behalf of Defendants Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) (collectively, "Inspira"), and state:

3528921v1

1.	I am a member in good standing of the Bars of the State of New Jersey, the United States District Court for the District of New Jersey, the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the State of New York, the United States District Courts for the Eastern and Southern District of New York, and the United States Court of Appeals for the Second and Third Circuits.

2.	I am an associate at the law firm of Montgomery, McCracken, Walker & Rhoads, LLP; my office is located at LibertyView, Suite 600, 457 Haddonfield Road, Cherry Hill, New Jersey 08002; my direct telephone number is 856-488-7746.

3.	I have never been subject to any disciplinary action, and no disciplinary actions are pending against me as a member of any bar to which I am admitted.

4.	I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  September 19, 2013

/s/*Kristin Muir Mykulak*
Kristin Muir Mykulak

3528921v1