IN WITNESS WHEREOF, and intending to be legally bound hereby, the undersigned execute this Participation Notice and Agreement as their voluntary act.

*Thomas C. Kupiec*
Signature

Name:
    Thomas C. Kupiec, Ph.D.

Title of person signing, if on behalf of an organization:
    C.E.O.

Contact information:
    Kenneth Walton, Esq., Donovan Hatem LLP
Address:
    Two Seaport Ln., Seaport East
    Boston, MA 02210
Email:
    kwalton@donovanhatem.com
Phone Number:
    617-406-4500

Names of facilities operated or associated with, if applicable:
    Analytical Research Laboratories

Name, firm name, address, phone number, and email address of attorney representing participant in mediation:
    Kenneth Walton, Esq.
    Donovan Hatem LLP
    Two Seaport Ln., Seaport East
    Boston, MA 02210
    kwalton@donovanhatem.com
    617-406-4500

(Attach additional pages if necessary)