

T 617.482.3700   F 617.482.3003

Kristen Johnson Parker
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 CAMBRIDGE PARKWAY, SUITE 301
CAMBRIDGE, MA  02142
www.hbsslaw.com
**Direct (617) 475-1961**
kristenjp@hbsslaw.com

September 23, 2013

<u>Via ECF</u>

The Honorable F. Dennis Saylor
District of Massachusetts
John Joseph Moakley
United States Federal Courthouse
1 Courthouse Way, 3d Floor
Boston, MA 02210

Re:   *In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation*
<u>MDL 2419; C.A. No.: 13-md-2419-FDS</u>

Dear Judge Saylor:

I write on behalf of the Plaintiffs' Steering Committee in response to the Court's request during the last status conference.

The following objections to subpoenas or motions to quash subpoenas have not been formally referred to Judge Boal:

| <u>Clinic Name</u> | <u>Docket Entry #</u> |
|---|---|
| Erlanger Health Systems, Inc. | 246, 247, 248, 256 |
| Martin Kelvas | 266 |
| Pain Associates of Charleston | 372 |
| Ukiah Valley Medical Center | No Docket #; Faxed to PSC |
| Universal Pain Management Medical Corporation d/b/a Universal Pain Management | 383 |
| Pain Medicine Specialists, PA | 400 |

September 23, 2013
Page 2

                                       Sincerely,

                                       **/s/ Kristen Johnson Parker**
                                       Kristen Johnson Parker

                                       *Plaintiffs' Lead Counsel*

Cc:        All counsel (via ECF)

## CERTIFICATE OF SERVICE

    I, Kristen Johnson Parker, hereby certify that I caused a copy of the foregoing Letter from Kristen Johnson Parker to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: September 23, 2013

                                        */s/ Kristen Johnson Parker*
                                        Kristen Johnson Parker, BBO No. 667261