UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiff,<br><br>This Document Relates To:<br><br>All Actions | MDL NO. 1:13-md-2419-FDS |

## Notice of Appearance of Michael P. Sams

Please enter the appearance of Michael P. Sams on behalf of the interested party, Victory Mechanical Services, Inc. in the above captioned matter.

                                              Respectfully Submitted,
                                              Victory Mechanical Services, Inc.
                                              By its attorneys,

                                              /s/ Michael P. Sams
                                              Michael P. Sams, Esq., BBO #567812
                                              mpsams@KandSlegal.com
                                              Kenney & Sams, P.C.
                                              Southborough Place
                                              134 Turnpike Rd.
                                              Southborough, MA 01772
                                              P: 508.490.8500
                                              F: 508.490.8501

## CERTIFICATE OF SERVICE

I, Michael P. Sams, do hereby certify that I have electronically served the foregoing on the counsel of record listed:

Paul D. Moore, Esq.
Duane Morris, LLP
Suite 2400
100 High Street
Boston, MA 02110
pdmoore@duanemorris.com

William R. Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Wbaldiga@brownrudnick.com

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
tom@hbsslaw.com

Date: September 23, 2013                    /s/ Michael P. Sams
                                            Michael P. Sams, Esq.