## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>    All Actions | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   MDL No. 1:13-md-2419-FDS |

## NECC MEDIATION PROGRAM
## PARTICIPATION NOTICE AND AGREEMENT

The undersigned hereby give(s) notice that he, she, or it is agreeing to participate in the NECC mediation program as set forth by the Court's Order on Mediation Program of August 15, 2013, entered in *In re New England Compounding Pharmacy, Inc., Products Liability Litigation*, MDL No. 1:13-md-2419-FDS ("the MDL").

By executing and filing this Participation Notice and Agreement in the MDL, the undersigned hereby stipulates, agrees, and covenants to the terms of, and agrees to be bound by, the provisions of the Court's Order on Mediation Program.

IN WITNESS WHEREOF, and intending to be legally bound hereby, the undersigned execute this Participation Notice and Agreement as their voluntary act.

_____
Signature

| Name: |
| --- |
| Michael Sams |

| Title of person signing, if on behalf of an organization: |
| --- |
| as Counsel to Victory Mechanical Service, Inc. |

Contact information:

Address: Kenney & Sams, P.C.
134 Turnpike Road
Southborough, MA 01772

Email: mpsams@kandslegal.com

Phone Number: 508-490-8500

Names of facilities operated or associated with, if applicable:

New England Compounding Center, Framingham, MA 01701

Name, firm name, address, phone number, and email address of attorney representing participant in mediation:

Michael P. Sams          508-490-8500
Kenney & Sams, P.C.      mpsams@kandslegal.com
134 Turnpike Road
Southborough, MA 01772

(Attach additional pages if necessary)

2