UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>    Plaintiff,<br><br>This Document Relates To:<br><br>    All Actions | MDL NO. 1:13-md-2419-FDS |

### Notice of Appearance of Michael P. Sams

Please enter the appearance of Michael P. Sams on behalf of the interested party, Victory Heating & Air Conditioning Co., Inc. in the above captioned matter.

                                                        Respectfully Submitted,
                                                        Victory Mechanical
                                                        By its attorneys,

                                                        /s/ Michael P. Sams
                                                        Michael P. Sams, Esq., BBO #567812
                                                        mpsams@KandSlegal.com
                                                        Kenney & Sams, P.C.
                                                        Southborough Place
                                                        134 Turnpike Rd.
                                                        Southborough, MA 01772
                                                        P: 508.490.8500
                                                        F: 508.490.8501

## CERTIFICATE OF SERVICE

I, Michael P. Sams, do hereby certify that I have electronically served the foregoing on the counsel of record listed:

Paul D. Moore, Esq.
Duane Morris, LLP
Suite 2400
100 High Street
Boston, MA 02110
pdmoore@duanemorris.com

William R. Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Wbaldiga@brownrudnick.com

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
tom@hbsslaw.com

Date: September 23, 2013                    /s/ Michael P. Sams
                                            Michael P. Sams, Esq.