UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>    All Actions | )<br>)<br>)  MDL No. 1:13-md-2419-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NECC MEDIATION PROGRAM
PARTICIPATION NOTICE AND AGREEMENT

The undersigned hereby give(s) notice that he, she, or it is agreeing to participate in the NECC mediation program as set forth by the Court's Order on Mediation Program of August 15, 2013, entered in *In re New England Compounding Pharmacy, Inc., Products Liability Litigation, MDL 1:13-md-2419-FDS* ("the MDL").

By executing and filing this Participation Notice and Agreement in the MDL, the undersigned hereby stipulates, agrees, and covenants to the terms of, and agrees to be bound by, the provisions of the Court's Order on Mediation Program.

IN WITNESS WHEREOF, and intending to be legally bound hereby, the undersigned execute this Participation Notice and Agreement as their voluntary act.

*Edward L. Murphy Jr.* (signature)

_____

Signature

| |
|---|
| Name:   Edward L. Murphy, Jr. |
| Title of person signing, if on behalf of an organization:<br><br>As Counsel to South Bend Clinic |
| Contact information:<br><br>Address: 2020 E. Washington Blvd., Suite 400<br>           Fort Wayne, IN  46803<br>Email:    emurphy@miklaw.com<br><br>Phone Number: (260) 423-1500 |
| Names of facilities operated or associated with, if applicable:<br><br>N/A |
| Name, firm name, address, phone number, and email address of attorney representing participant in mediation.<br><br>Edward L. Murphy, Jr.<br>Murphy Ice & Koeneman LLP<br>2020 East Washington Blvd., Suite 400<br>Fort Wayne, IN  46803<br>(260) 423-1500<br>emurphy@miklaw.com |

## CERTIFICATE OF SERVICE

       This will certify that on this 23rd day of September, 2013, a true and complete copy of the above and foregoing was sent by e-mail and U.S. mail to:

Paul D. Moore, Esq.
Duane Morris, LLP
Suite 2400
100 High Street
Boston, MA 02110
pdmoore@duanemorris.com

William R. Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
wbaldiga@brownrudnick.com

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
tom@hbsslaw.com

*Edward C. Murphy Jr.*
_____