UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 1:13-md-2419-FDS |
| This Document Relates To: | ) ) | |
| All Actions | ) ) ) | |

NECC MEDIATION PROGRAM
PARTICIPATION NOTICE AND AGREEMENT

The undersigned hereby give(s) notice that he, she, or it is agreeing to participate in the

NECC mediation program as set forth by the Court's Order on Mediation Program of August 15,

2013, entered in *In re New England Compounding Pharmacy, Inc., Products Liability Litigation*,

MDL No. 1:13-md-2419-FDS ("the MDL").

By executing and filing this Participation Notice and Agreement in the MDL, the

undersigned hereby stipulates, agrees, and covenants to the terms of, and agrees to be bound by,

the provisions of the Court's Order on Mediation Program.

IN WITNESS WHEREOF, and intending to be legally bound hereby, the undersigned

execute this Participation Notice and Agreement as their voluntary act.

_____
                        Signature

| | |
|---|---|
| **Name:** | |
| *Theresa A. Domenico and Andrew R. McCumber* | |
| **Title of person signing, if on behalf of an organization:** | |
| *as counsel for Orlando Center for Outpatient Surgery, LP* | |
| **Contact information:** *McCumber, Daniels, Buntz, Hartig & Puig, P.A.* | |
| Address: *204 S. Hoover Blvd., Suite 130 Tampa, Florida 33609* | |
| Email: *tdomenico@mccumberdaniels.com* | |
| Phone Number: *(813) 287-2822* | |
| **Names of facilities operated or associated with, if applicable:** | |
| *New England Compounding Center, Framingham, MA 01701* | |
| **Name, firm name, address, phone number, and email address of attorney representing participant in mediation:** | |
| *Theresa A. Domenico / Andrew R. McCumber* *204 S. Hoover Blvd., Suite 130* *Tampa, Florida 33609* *(813) 287-2822          tdomenico@mccumberdaniels.com* | |

(Attach additional pages if necessary)

Respectfully submitted,


/s/ Theresa A. Domenico
Theresa A. Domineco
McCumber, Daniels, Buntz, Hartig & Puig, P.a.
200 South Hoover Boulevard
Suite 130
Tampa, Florida 33609
Phone: (813) 287-2822
Fax: (813) 287-2833
Tdomenico@McCumberDaniels.com

Attorneys for Orlando Center for Outpatient
Surgery, LP

Dated: September 24, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2013, the foregoing was filed through the ECF system which will send electronic notification to the registered participants identified on the Notice of Electronic Filing (NEF) and mailed, via U.S. Mail, to the following who do not receive NEF:

Geoffrey M. Coan
Daniel E. Tranen
Hinshaw & Culbertson LLP
29 Statement Street, 24th Floor
Boston, MA 02109

Frederick H. Fern
Alan M. Winchester
Judi Abbott Curry
Jessica Saunders Eichel
Harris Beach, PLLC
100 Wall Street, 23rd Floor
New York, NY 10005

*Counsel for Defendant/Appellee, New England Compounding
Pharmacy, Inc. d/b/a New England Compounding Center*

Richard A. Dean
Thomas Coffey
Matthew P. Moriarty
Tucker Ellis LLP
925 Euclid Avenue
Suite 1150
Cleveland, OH 44115-1414

Scott H. Kremer
Matthew E. Mantalos
Paul Saltzman
Scott Tucker
Tucker Saltzman & Dyer LLP
50Congress Street
Boston, MA 02109
Alan M. Winchester
Harris Beach, PLLC
100 Wall Street, 23rd Floor
New York, NY 10005

*Counsel for Defendant/Appellee, Ameridose, LLC*

Brady J. Hermann
Daniel M. Rabinovitz
Nicki Samson
Michaels Ward & Rabinovitz LLP

1 Beach Street, 2nd Floor
Boston, MA 02108-0000

   *Counsel for Defendant/Appellee, Medical Sales Management, Inc.*

Frederick H. Fern
Alan M. Winchester
Harris Beach, PLLC
100 Wall Street, 23rd Floor
New York, NY 10005

   *Counsel for Defendants/Appellees, Barry J. Cadden, Greg Conigliaro,
   Lisa Conigliaro Cadden*

Robert Ambrose Curley, Jr.
Curley & Curley
27 School Street
Boston, MA 02108-0000

Joshue A. Klarfeld
Ulmer & Berne LLP
1600 W. 2nd Street
Suite 1100
Cleveland, OH 44113

Joseph Paul Thomas
Ulmer & Berne LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202-0000

   *Counsel for Defendant/Appellee, GDC Properties Management, LLC*

Kristen R. Ragosta
Kenneth B. Walton
Donovan Haten LLP
2 Seaport Lane, 8th Floor
Boston, MA 02210-1624

   *Counsel for Defendant/Appellee, ARL Bio Pharma, Inc.*

Frederick H. Fern
Alan M. Winchester
Harris Beach, PLLC
100 Wall Street, 23rd Floor
New York, NY 10005

Heidi A. Nadel
Melinda L. Thompson

Todd & Weld LLP
28 Statement Street, 31st Floor
Boston, MA 02109

*Counsel for Defendants/Appellees, Douglas Conigliaro and*
*Carla Conigliaro*

Frederick H. Fern
Alan M. Winchester
Harris Beach, PLLC
100 Wall Street, 23rd Floor
New York, NY 10005

*Counsel for DefendantAppellee, Glenn Chin*

Stephen A. Grossman
Montgomery McCracken Walker & Rhoads LLP
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08003

*Counsel for Defendants/Appellees, South Jersey Healthcare and*
*South Jersey Regional Medical*

Ryan A. Ciporkin
Lawson & Weitzen LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

*Counsel for Defendant/Appellee, Alaunus Pharmaceutical, LLC*

Joseph R. Lang
Lenox Socey Formidoni Giordano Cooley Lang & Casey LLP
3131 Princeton Pike
Bldg 1B, Suite 104
Lawrenceville, NJ 08648

John M. Lovely
Cashman & Lovely
60 Austin Street, Suite 210
Newtonville, MA 02460

*Counsel for Defendant/Appellee, Nitesh Bhagat*

Michael P. Gardner
LeClairRyan
10 S. Jefferson Street
18th Floor, Wells Fargo Tower
Roanoke, VA 24011

*Counsel for Defendant/Appellee, Carilion Surgery Center New River
Valley, LLC d/b/a New River Valley Surgery Center, LLC*

Jay J. Blumberg
Christopher M. Wolk
Law Offices of Jay J. Blumberg, Esq.
158 Delaware Street
Woodbury, NJ 08096

*Counsel for Defendants/Appellees, Premier Orthopaedic and Sports
Medicine Associates of Southern NJ, LLC, trading as Premier
Orthopaedic Associates, Premier Orthopaedic associates Surgical
Center, LLC and Kimberly Yvette Smith a/k/a
Kimberly Yvette Smith-Martin, M.D.*

Sean E. Capoplis
Mary-Rose Watson
Ficksman & Conley LLP
98 N. Washington Street
Suite 500
Boston, MA 02114

*Counsel for Defendant/Appellee, Ocean State Pain Management, Inc.*

Frederick H. Fern
Jessica Saunders Eichel
Harris Beach, PLLC
100 Wall Street, 23rd Floor
New York, NY 10005

Michael Ross Gottfried
Jennifer Mikels
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110-1724

Thomas B.K. Ringe
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

*Counsel for Paul D. Moore, in his capacity as Chapter 11 Trustee of
The Defendant New England Compounding Pharmacy, Inc. d/b/a
New England Compounding Center*

Donald J. Walsh
Offit Kurman, PA
8 Park Center Court
Suite 200

Owing Mills, MD 21784

*Counsel for Interested Party, Pain Medicine Specialists PA*

Paul D. Corson
Law Brandmeyer Packer, LLP
245S Los Robles Avenue
Suite 600
Pasadena, CA 91101

*Counsel for Interested Party, Universal Pain Management Medical*
*Corporation d/b/a Universal Pain Management*

Robert Homes Hood, Jr.
Hood Law Firm
172 Meeting Street
Charleston, SC 29401

*Counsel for Interested Party, Pain Associates of Charleston, LLC*
*d/b/a InterveneMD*

Mark P. Goodman
Maura K. Monaghan
Cari Wint
Deveboise & Plimpton LLP
919 3rd Avenue
New York, NY 10022

*Counsel for Interested Parties, Sahara Outpatient Surgery Center,*
*Ltd, HCA Services of Tennessee, Inc. and Surgical Park Center, Ltd.*

Carrie A. Hanger
Terrill J. Harris
Smith, Moore, Leatherwood, LLP
300 N. Greene Street
Suite 1400
P.O. Box 21927
Greensboro, NC 27401

*Counsel for Interested Parties, High Point Surgery Center and*
*Surgery Center Associates of Highpoint, LLC*

Matthew C. Daly
Martin S. Hyman
Golenbock, Eiseman, Assor & Bell
437 Madison Avenue
New York, NY 10022

*Counsel for Interested Party, Interventional Spine & Sports*

*Medicine, PC*

Thomas J. Althauser
Eccleston and Wolf, PC
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378

> *Counsel for Interested Party, Hartford County Ambulatory*
> *Surgery Center, LLC*

Cynthia A. Palin
Prindle, amaro, Goetz, Hillyard, Barnes & Reinholtz
310 Golden Shore, 4th Floor
Long Beach, CA 90802

> *Counsel for Interested Party, Encino Outpatients Surgery Center*

Allen P. Neely
McQuaide, Blasko, Inc.
811 University Drive
State College, PA 16801

> *Counsel for Interested Party, Allegheny Pain Management, PC*

John B. Reiss
Doylestown Hospital
595 West State Street
Doylestown, PA 18901

> *Counsel for Interested Party, Orlando Center for Outpatient Surgery,*
> *LP d/b/a Orlando Center for Outpatient Surgery*

Halley M. Stephens
Fuller, Mitchell, Hood & Stephens LLP
2565 Barrington Circle
Tallahassee, FL 32308

> *Counsel for Interested Party, Pain Consultants of West Florida*

William E. Christie
Shaheen & Gordon
P.O. Box 2703
Concord, NJ 03302-2703

> *Counsel for Interested Party, Dr. O'Connell's Pain Care Center, Inc.*

Alan J. Bozer
Joanna J. Chen
Phillips Lytle LLP

3400 HSBC Center
Buffalo, NY 14203

Michael E. Hager
11 Beacon Street
Suite 1200
Boston, MA 02108

*Counsel for Interested Party, Rochester Brain and Spine
Neurosurgery & Pain Management, LLC*

John T. Sly
Waranch & Brown, LLC
1301 York Road, Suite 300
Lutherville, MD 21093

*Counsel for Interested Party, Greenspring Surgical Center*

Clinton R. Shaw
Bonner, Kiernan, Trebach & Crociata, LLP
1233 20th Street NW
Suite 800
Washington, DC 20035

*Counsel for Interested Party, Insight Health Corp.*

Brett J. Bean
Timothy J. Dardas
Hackney, Grover, Hoover & Bean
1715 Abbey Road, Suite A
East Lansing, MI 48823

*Counsel for Interested Party, Neuromuscular and Rehabilitation
Associates of Northern Michigan and its employees*

Emmittee H. Griggs
Jason D. Lewis
Chambless Higdon Richardson Katz & Griggs
3920 Arkwright Road
Suite 405
Macon, GA 31210

*Counsel for Interested Party, Forsyth Street Ambulatory Surgery
Center, LLC*

David H. Batten
C. Houston Foppiano
Batten Lee PLLC
4141 Parklake Avenue

Suite 350
Raleigh, NC 27612

*Counsel for Interested Party, Surgery Center of Wilson, LLC*

David E. Fialkow
Nelson Mullins Riley & Scarborough LLP
1 Post Office Square
30th Floor
Boston, MA 02109

*Counsel for Interested Party, South Bend Clinic, LLP*

Marcy Hogan Greer
Erick J. Hoffman
Yvonne K. Puig
Fulbright & Jaworski
600 Congress avenue
Suite 2400
Austin, TX 78701

*Counsel for Interested Party, Martin Kelvas*

Mark E. Anderson
McGuire Woods, LLP
434 Fayettville Street
Suite 2600
Raleigh, NC 27601

*Counsel for Interested Party, North Carolina Orthopaedic Clinic*

Michelle J. Marzullo
Marks, ONeill, O'Brien, Doherty & Kelly, PC
600 Baltimore Avenue
Suite 305
Towson, MD 21204

*Counsel for Interested Party, Baltimore Pain Management Center*

Kip Joseph Adams
Lewis Brisbois Bisgard & Smith LLP
75 Arlington Street, Suite 500
Boston, MA 02116

Scott C. Bentivenga
Lewis Brisbois Bisgaard & Smith, LLP
550 W. Adams Street
Suite 300
Chicago, IL 60661

Thomas J. Schlesinger
Lewis Brisbois Bisgaard & Smith
77 Water Street, Suite 2100
New York, NY 10005

*Counsel for Interested Party, Thorek Memorial Hospital*

Randy J. Hackney
C. Mark Hoover
Hackney, Grover, Hoover & Bean
1715 Abbey Road, Suite A
East Lansing, MI 48823

*Counsel for Interested Party, Michigan Pain Specialists, PLLC*

Kathryn J. Humphrey
Dykema Gossett  PLLC
400 Renaissance Center
37th Floor
Detroit, MI 48243-1668

*Counsel for Interested Party, Southeast Michigan Surgical Hospital*

Nicole D. Dorman
Rose Kallor, LLP
750 Main Street, Suite 606
Hartford, CT 06103

*Counsel for Interested Party, Liberty Industries, Inc.*

Matthew H. Cline
C.J. Gideon, Jr.
Chris J. Tardio
John-Mark Zini
Gideon, Cooper & Essary, PLC
315 Deaderick Street
Suite 1100
Nashville, TN 37238

*Counsel for Interested Parties, Dr. Donald Jones, Specialty Surgery
Center, PLLC, St. Thomas Outpatient Neurosurgical Center, LLC and
Neurosurgical Group of Chattanooga d/b/a
Chattanooga Neurosurgery & Spine*

John B. Bennett
Arthur P. Brock
Cara E. Weiner
Spears, Moore, Rebman & Williams

801 Broad Street, 6th Floor
Chattanooga, TN 37402

*Counsel for Interested Party, Erlanger Health System*

Mark David Smith
Laredo & Smith, LLP
101 Federal Street
Suite 650
Boston, MA 02110

*Counsel for Interested Party, J. Does, 5-10*

Paul W. Shaw
K&L Gates LLP
1 Lincoln Street
Boston, MA 02111-2950

*Counsel for Interested Party, John Doe*

Michael J. Pineault
Clements & Pineault LLP
24 Federal Street
Boston, MA 02110

*Counsel for Interested Party, John Does 1-4*

Gregory Lyons
LichtensteinFishwick PLC
P.O. Box 601
Roanoke, VA 24004-0601

*Counsel for Interested Party, LichtenstineFishwick P LC,*
*Roanoke area Intervenors*

Zachary A. Cunha
U.S. Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02110

*Counsel for Interested Party, United States*

Ann Andrews
Andrews & Thornton
2 Corporate Park
Suite 110
Irvine, CA 92606

William R. Baldiga
Rebecca L. Fordon
Brown Rudnick LLP
1 Financial Center
Boston, MA 02111

David J. Moton
Brown Rudnick LLP
7 Times Squre
New York, NY 10036

*Counsel for Interested Party, Official Committee of Unsecured Creditors,*
*In the Chapter 11 Case of New England Compounding Pharmacy, Inc.*

James J. O 'Keefe, IV
Gentry Locke Rakes & Moore
P.O. Box 40013
Roanoke, VA 24022-0013

*Counsel for Orlando Center for Outpatient Surgery, LP*

/s/ Theresa A. Domenico
Theresa A. Domenico
McCumber, Daniels, Buntz, Hartig & Puig, PA
204 S. Hoover Blvd.
Suite 130
Tampa, FL 33609