UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. LIABILITY LITIGATION | )<br>)<br>)<br>)  MDL No. 2419<br>)  Master Dkt. No. 1:13-md-2419 (FDS)<br>) |
| THIS DOCUMENT RELATES TO:<br>All Actions | )<br>)<br>)<br>) |

### DEFENDANT'S NOTICE OF APPEARANCE

COMES NOW Defendants Insight Health Corp., by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and requests that the Clerk of the Court enter the appearance of Brian J. Gerling, Esq., as counsel for Defendants Insight Health Corp.

Dated this 24th day of September, 2013.

Respectfully submitted,

BONNER KIERNAN TREBACH & CROCIATA, LLP

_/ S / Brian J. Gerling_
Christopher E. Hassell, Esq. (VSB No. 30469)
Clinton R. Shaw, Jr., Esq. (VSB No. 37498)
Brian J. Gerling, Esq. (VSB No. 75817)
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 712-7000
Fax: (202) 712-7100
Chassell@bonnerkiernan.com
cshaw@bonnerkiernan.com
bgerling@bonnerkiernan.com
Counsel for Defendant Insight Health Corp.

282119-1

## CERTIFICATE OF SERVICE

I, Brian J. Gerling, hereby certify that I caused a copy of the foregoing Notice of Appearance to be filed electronically via the Court's electronic filing system on this 24th day of September, 2013. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

/S/ Brian J. Gerling
Brian J. Gerling

282119-1