UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions<br>_____ | )<br>)<br>)<br>)   MDL No. 2419<br>)   Dkt. No 1:13-md-2419 (FDS)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' NOTICE OF APPEARANCE**

COMES NOW Defendants Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health (the "Saint Thomas Entities"), by and through counsel, Fulbright & Jaworski, LLP, and request that the Clerk of Court enter the appearance of Michael E. Pikiel, Jr., member of the Bar of this Court, as counsel for the above-named Defendants.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, NY 10103-3198
(212) 318-3134
(212) 318-3400

By:      /s/ Michael E. Pikiel, Jr.

MICHAEL E. PIKIEL, JR.
Massachusetts Board of Bar Overseers No. 655165

*Counsel for Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health*

1

2

OF COUNSEL:

YVONNE K. PUIG*
Texas State Bar No. 16385400
MARCY H. GREER*
Texas State Bar No. 08417650
ERIC J. HOFFMAN*
Texas State Bar No. 24074427

FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

*Motions for *Pro Hac Vice* Admission to be Applied For

## CERTIFICATE OF SERVICE

      This certifies that a true and accurate copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 26th day of September, 2013.

                                                */s/ Michael E. Pikiel, Jr.*
                                                Michael E. Pikiel, Jr.