UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>    All Actions<br><br>*May et al. v. Ameridose, LLC et al.*,<br>Docket No. 1:13-cv-12234-FDS<br>*Wiley et al. v. Ameridose, LLC et al.*,<br>Docket No. 1:13-cv-12305-FDS<br>*Schulz et al. v. Ameridose, LLC et al.*,<br>Docket No. 1:13-cv-12311-FDS<br>*Hester et al. v. Ameridose, LLC et al.*,<br>Docket No. 1:13-cv-12315-FDS | MDL No. 1:13-md-2419-FDS |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## YVONNE K. PUIG, MARCY H. GREER, AND ERIC J. HOFFMAN

Defendants Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health (collectively referred to as the "Saint Thomas Entities"), by and through counsel, Fulbright & Jaworski, LLP, hereby move that Yvonne K. Puig, Marcy H. Greer, and Eric J. Hoffman be admitted *pro hac vice* in the above actions. Pursuant to Local Rule 83.5.3, this motion is accompanied by the Affidavits of Yvonne K. Puig, Marcy H. Greer, and Eric J. Hoffman.

                                                                                                  Respectfully submitted,

                                                                                                  FULBRIGHT & JAWORSKI L.L.P.
                                                                                                  666 Fifth Avenue
                                                                                                  New York, NY 10103-3198
                                                                                                  (212) 318-3134
                                                                                                  (212) 318-3400

By:    */s/ Michael E. Pikiel, Jr.*

MICHAEL E. PIKIEL, JR.
Massachusetts Board of Bar Overseers No. 655165

*Counsel for Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health*

## CERTIFICATE OF SERVICE

     I certify that, on September 26, 2013, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and papers copies will be sent to those indicated as non-registered participants.