UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>    All Actions<br><br>    *May et al. v. Ameridose, LLC et al.*,<br>    Docket No. 1:13-cv-12234-FDS<br>    *Wiley et al. v. Ameridose, LLC et al.*,<br>    Docket No. 1:13-cv-12305-FDS<br>    *Schulz et al. v. Ameridose, LLC et al.*,<br>    Docket No. 1:13-cv-12311-FDS<br>    *Hester et al. v. Ameridose, LLC et al.*,<br>    Docket No. 1:13-cv-12315-FDS | MDL No. 1:13-md-2419-FDS |

## CERTIFICATE AND AFFIDAVIT OF GOOD STANDING OF ERIC J. HOFFMAN

BEFORE ME, the undersigned authority, on this day personally appeared Eric J. Hoffman, who, being by me duly sworn, did on oath depose and state the following:

1. "My name is Eric J. Hoffman. I am over the age of twenty-one (21) years of age, have never been convicted of a felony or crime involving moral turpitude, and am competent in all respects to make this affidavit. At all times pertinent to the facts set forth in this affidavit, I have been employed as an attorney with Fulbright & Jaworski L.L.P. in its Austin, Texas, office. I have personal knowledge of all the matters described in this affidavit, unless otherwise states, and all facts stated in this affidavit are true and correct.

2. I am counsel for Defendants Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health (collectively referred to as the "Saint Thomas Entities") in the above-captioned actions.

3. I am a member of the Bar of the State of Texas and admitted to practice in the Texas State Courts.

4. I am a member in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted.

5. I am familiar with the Local Rules of the United States Court for the District of Massachusetts.

_____
Eric J. Hoffman

September SWORN TO AND SUBSCRIBED before me by ERIC J. HOFFMAN, the 26th day of September, 2013, to certify which witness my hand and seal of office.

[Notary Seal: VICKI L. HANNA, Notary Public, State of Texas, My Commission Expires JUN. 19, 2014]

_____
Vicki L. Hanna
Notary Public in and for
The State of Texas