UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *May et al. v. Ameridose, LLC et al.* ) <br> Docket No. 1:13-cv-12234-FDS ) <br> *Wiley et al. v. Ameridose, LLC et al.* ) <br> Docket No. 1:13-cv-12305-FDS ) <br> *Schulz et al. v. Ameridose, LLC et al.* ) <br> Docket No. 1:13-cv-12311-FDS ) <br> *Hester et al. v. Ameridose, LLC et al.* ) <br> Docket No. 1:13-cv-12315-FDS ) <br> ) <br> _____ ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (FDS) |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned cases on behalf of St. Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health.

                                        Saint Thomas West Hospital,
                                        Saint Thomas Network, and
                                        Saint Thomas Health

By its attorney,

/s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
Nutter McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone:   (617) 439-2000
Facsimile:    (617) 310-9000
skelly@nutter.com

Dated:  September 30, 2013

## **CERTIFICATE OF SERVICE**

  I certify that, on September 30, 2013, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and papers copies will be sent to those indicated as non-registered participants.

                /s/ Sarah P. Kelly
                Sarah P. Kelly

2258613.1