UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**IN RE: NEW ENGLAND
COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY
LITIGATION**

**This Document Relates To:**          **MDL No. 1:13-md-2419-FDS**

**All Actions**

_____/

**<u>NOTICE OF LIMITED APPEARANCE FOR PARTICIPATION IN
NECC MEDIATION PROGRAM</u>**

The Law Firm of WICKER, SMITH, O'HARA, MCCOY & FORD, P.A., by and through undersigned counsel Richards H. Ford gives notice of its limited appearance as counsel for non-party Carlos Jassir, M.D., Pain Management Center of West Orange. In support thereof, the undersigned avers:

1. As retained counsel for non-party Carlos Jassir, M.D., Pain Management Center of West Orange, the undersigned seeks to participate in the mediation program as an unaffiliated Non-Debtor Claimant/affiliate as defined by the Court's August 15, 2013 Order. (Dkt. 394)

2. On September 24, 2013, a NECC Mediation Program Participation Notice and Agreement was served on: (1) Chapter 11 Bankruptcy Trustee Paul D. Moore, Esq.; (2) William R. Baldiga, Esq., counsel for the Creditors' Committee; (3) and Thomas M. Sobol, Esq., lead counsel for the PSC.

3. The undersigned wishes to be apprised of any and all developments regarding the mediation program in this case as it represents a party that administered New

England Compounding Pharmacy, Inc. products.

4. Further, the undersigned declares that: (1) he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice—courts of the State of Florida, The United States District Court for the Districts for the Northern, Middle, and Southern Districts of Florida, and the United States Court of Appeals, Eleventh Circuit; (2) there are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction; (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned respectfully requests that the Court permit him to appear in this matter on a limited basis for purposes of participating in the NECC mediation program and receive Notices of Electronic Filing with respect to the MDL action.

Dated: September 30, 2013.

*s/ Richards H. Ford*
Richards H. Ford
Florida Bar No. 288391
rford@wickersmith.com
orlcrtpleadings@wickersmith.com
WICKER, SMITH, O'HARA, McCOY & FORD, P.A.
Post Office Box 2753
Orlando, FL  32802
PH:  407-843-3939
Fax: 407-649-8118
Counsel for Carlos Jassir, M.D., Pain Management Center of West Orange

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been furnished to chambers via e-mail on September 30, 2013 as the undersigned has not yet received a CM/ECF

log-in and password or been admitted *pro hac vice*.

                  ***s/ Richards H. Ford*_____**
Richards H. Ford
Florida Bar No. 288391
rford@wickersmith.com
orlcrtpleadings@wickersmith.com
WICKER, SMITH, O'HARA, McCOY &
FORD, P.A.
Post Office Box 2753
Orlando, FL  32802
PH:  407-843-3939
Fax: 407-649-8118
Counsel for Carlos Jassir, M.D., Pain
Management Center of West Orange