UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND
COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY
LITIGATION

This Document Relates To:          MDL No. 1:13-md-2419-FDS

All Actions

_____/

## NECC MEDIATION PROGRAM
## PARTICIPATION NOTICE AND AGREEMENT

The undersigned hereby give(s) notice that he, she, or it is agreeing to participate in the NECC mediation program as set forth by the Court's Order on Mediation Program of August 15, 2013, entered in *In Re*: New England Compounding Pharmacy, Inc., Products Liability Litigation, MDL No. 1:13-md-2419-FDS ("the MDL"). (Dkt. 394)

By executing and filing this Participation Notice and Agreement in the MDL, the undersigned hereby stipulates, agrees, and covenants to the terms of, and agrees to be bound by, the provisions of the Court's Order on Mediation Program.

Dated: September 24, 2013.

*s/ Richards H. Ford*
Richards H. Ford
Florida Bar No. 288391
rford@wickersmith.com
orlcrtpleadings@wickersmith.com
WICKER, SMITH, O'HARA, McCOY &
FORD, P.A.
Post Office Box 2753
Orlando, FL  32802
PH:  407-843-3939
Fax: 407-649-8118
Counsel for Carlos Jassir, M.D., Pain

Management Center of West Orange

## **CERTIFICATE OF SERVICE**

This will certify that on this 24th day of September, 2013,[1] a true and complete copy of the above and foregoing was sent via e-mail and U.S. mail to:

Paul D. Moore, Esq.
Duane Morris, LLP
Suite 2400
100 High Street
Boston, MA 02110
pdmoore@duanemorris.com

William R. Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
wbaldiga@brownrudnick.com

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
 55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
tom@hbsslaw.com

        *s/ Richards H. Ford*
Richards H. Ford
Florida Bar No. 288391
rford@wickersmith.com
orlcrtpleadings@wickersmith.com
WICKER, SMITH, O'HARA, McCOY & FORD, P.A.
Post Office Box 2753
Orlando, FL  32802
PH:  407-843-3939
Fax: 407-649-8118
Counsel for Carlos Jassir, M.D., Pain Management Center of West Orange

---

[1] The foregoing was not filed through CM/ECF on this date as the undersigned did not have a log-in and password and was not yet admitted *pro hac vice*.