UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| This Document Relates to: ) ) | MDL No. 1:13-md-2419-FDS |
| *Bland, et al. v. Ameridose, LLC, et al.* 1:13-cv-11881-FDS ) ) | |

### CERTIFICATE THAT MOTION TO AMEND HAS BEEN SERVED IN ADVANCE ON THE NEW PARTIES AS REQUIRED BY LR 15.1

Pursuant to LR 15.1, on September 18, 2013, Plaintiffs served in the manner contemplated by Fed. R. Civ. P. 5(b) their Motion to Amend Complaint, their proposed Second Amended Complaint and a separate document stating that Plaintiffs intend to serve their Motion to Amend on October 2, 2013.

Respectfully submitted,

LEADER, BULSO & NOLAN, PLC

/s/ William D. Leader, Jr.
William D. Leader, Jr. (B.P.R. No. 09531)
George Nolan (B.P.R. No. 14974)
Paul J. Krog (B.P.R. No. 29263)
414 Union Street, Suite 1740
Nashville, Tennessee 37219
(615) 780-4111
bleader@leaderbulso.com
gnolan@leaderbulso.com
pkrog@leaderbulso.com

Attorneys for Plaintiffs Carolyn Bland and Leon Bland

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and a paper copy will be sent by U.S. Mail to those indicated as non-registered participants including

Lela Hollabaugh
Attorney for Saint Thomas West Hospital, Saint Thomas Network and Saint Thomas Health
Bradley Arant Boult Cummings, LLP
1600 Division Street, Suite 700
Nashville, TN 37203

on this 2nd day of October 2013.

/s/ William D. Leader, Jr.
William D. Leader, Jr.