UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> This Document Relates to: ) <br> ) <br> Bequette et al v. Ameridose, LLC et al, ) <br> 1:13-cv-12429-FDS ) <br> ) | MDL No. 1:13-md-2419-FDS <br><br> F. Dennis Saylor, IV, presiding |

_____

NOTICE OF APPEARANCE
_____

    Mary M. Bers, Senior Counsel, and Joseph Ahillen, Assistant Attorney General, hereby file a notice of appearance on behalf of the State of Tennessee.

                                              Respectfully submitted,

                                              ROBERT E. COOPER, JR.
                                              Attorney General and Reporter

                                              WILLIAM E. YOUNG
                                              Solicitor General

                                              <u>s/ Mary M. Bers</u>
                                              Mary M. Bers, BPR # 013159
                                              Senior Counsel
                                              Office of the Attorney General
                                              P.O. Box 20207
                                              Nashville, Tennessee 37202-0207
                                              (615) 741-1845

                                              <u>s/Joseph Ahillen</u>
                                              Joseph Ahillen, BPR # 028378
                                              Assistant Attorney General
                                              Civil Rights and Claims Division
                                              Office of the Attorney General
                                              P. O. Box 20207
                                              Nashville, Tennessee 37202-0207
                                              (615) 532-2558

## CERTIFICATE OF SERVICE

I certify that on this <u>7th</u> day of <u>October</u>, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. This document was originally filed on October 2, 2013 in case number 1:13-cv-12429-FDS. It is now being filed in the lead case, No. 1:13-md-2419, in compliance with MDL Order No. 1 from February 15, 2013.

<u>s/Joseph Ahillen</u>
JOSEPH AHILLEN