UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> This Document Relates to: ) <br> ) <br> Carman et al v. Ameridose, LLC et al, ) <br> 1:13-cv-12238-FDS ) <br> ) | MDL No. 1:13-md-2419-FDS <br><br> F. Dennis Saylor, IV, presiding |

_____

## NOTICE OF APPEARANCE
_____

Mary M. Bers, Senior Counsel, and Joseph Ahillen, Assistant Attorney General, hereby file a notice of appearance on behalf of the State of Tennessee.

                                             Respectfully submitted,

                                             ROBERT E. COOPER, JR.
                                             Attorney General and Reporter

                                             WILLIAM E. YOUNG
                                             Solicitor General

                                             <u>s/ Mary M. Bers</u>
                                             Mary M. Bers, BPR # 013159
                                             Senior Counsel
                                             Office of the Attorney General
                                             P.O. Box 20207
                                             Nashville, Tennessee 37202-0207
                                             (615) 741-1845

                                             <u>s/Joseph Ahillen</u>
                                             Joseph Ahillen, BPR # 028378
                                             Assistant Attorney General
                                             Civil Rights and Claims Division
                                             Office of the Attorney General
                                             P. O. Box 20207
                                             Nashville, Tennessee 37202-0207
                                             (615) 532-2558

## CERTIFICATE OF SERVICE

     I certify that on this <u>7th</u> day of <u>October</u>, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. This document was originally filed on October 2, 2013 in case number 1:13-cv-12238-FDS. It is now being filed in the lead case, No. 1:13-md-2419, in compliance with MDL Order No. 1 from February 15, 2013.

                              <u>s/Joseph Ahillen</u>
                              JOSEPH AHILLEN