# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>This Document Relates to: )<br>)<br>Kirkwood et al v. Ameridose, LLC et al, )<br>1:13-cv-12431-FDS )<br>) | MDL No. 1:13-md-2419-FDS<br><br>F. Dennis Saylor, IV, presiding |

## NOTICE OF APPEARANCE

Mary M. Bers, Senior Counsel, and Joseph Ahillen, Assistant Attorney General, hereby file a notice of appearance on behalf of the State of Tennessee.

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General and Reporter

WILLIAM E. YOUNG
Solicitor General

s/ Mary M. Bers
Mary M. Bers, BPR # 013159
Senior Counsel
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1845

s/Joseph Ahillen
Joseph Ahillen, BPR # 028378
Assistant Attorney General
Civil Rights and Claims Division
Office of the Attorney General
P. O. Box 20207
Nashville, Tennessee 37202-0207
(615) 532-2558

## CERTIFICATE OF SERVICE

I certify that on this <u>7th</u> day of <u>October</u>, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. This document was originally filed on October 2, 2013 in case number 1:13-cv-12431-FDS. It is now being filed in the lead case, No. 1:13-md-2419, in compliance with MDL Order No. 1 from February 15, 2013.

<u>s/Joseph Ahillen</u>
JOSEPH AHILLEN