UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND ) | |
| COMPOUNDING PHARMACY, INC. ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL No. 1:13-md-2419-FDS |
| ) | |
| This Document Relates to: ) | |
| ) | F. Dennis Saylor, IV, presiding |
| Wiley et al v. Ameridose, LLC et al, ) | |
| 1:13-cv-12305-FDS ) | |
| ) | |

_____

NOTICE OF APPEARANCE
_____

Mary M. Bers, Senior Counsel, and Joseph Ahillen, Assistant Attorney General, hereby file a notice of appearance on behalf of the State of Tennessee.

                               Respectfully submitted,

                               ROBERT E. COOPER, JR.
                               Attorney General and Reporter

                               WILLIAM E. YOUNG
                               Solicitor General

                               s/ Mary M. Bers
                               Mary M. Bers, BPR # 013159
                               Senior Counsel
                               Office of the Attorney General
                               P.O. Box 20207
                               Nashville, Tennessee 37202-0207
                               (615) 741-1845

                               s/Joseph Ahillen
                               Joseph Ahillen, BPR # 028378
                               Assistant Attorney General
                               Civil Rights and Claims Division
                               Office of the Attorney General
                               P. O. Box 20207
                               Nashville, Tennessee 37202-0207
                               (615) 532-2558

**CERTIFICATE OF SERVICE**

I certify that on this 7th day of October, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. This document was originally filed on October 2, 2013 in case number 1:13-cv-12305-FDS. It is now being filed in the lead case, No. 1:13-md-2419, in compliance with MDL Order No. 1 from February 15, 2013.

s/Joseph Ahillen
JOSEPH AHILLEN
