# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br>  ) <br>  ) <br> This Document Relates to: ) <br>  ) <br> Hester et al v. Ameridose, LLC et al, ) <br> 1:13-cv-12315-FDS ) <br>  ) | MDL No. 1:13-md-2419-FDS <br><br> F. Dennis Saylor, IV, presiding |

_____

## NOTICE OF APPEARANCE
_____

Mary M. Bers, Senior Counsel, and Joseph Ahillen, Assistant Attorney General, hereby file a notice of appearance on behalf of the State of Tennessee.

           Respectfully submitted,

           ROBERT E. COOPER, JR.
           Attorney General and Reporter

           WILLIAM E. YOUNG
           Solicitor General

           s/ Mary M. Bers
           Mary M. Bers, BPR # 013159
           Senior Counsel
           Office of the Attorney General
           P.O. Box 20207
           Nashville, Tennessee 37202-0207
           (615) 741-1845

           s/Joseph Ahillen
           Joseph Ahillen, BPR # 028378
           Assistant Attorney General
           Civil Rights and Claims Division
           Office of the Attorney General
           P. O. Box 20207
           Nashville, Tennessee 37202-0207
           (615) 532-2558

**CERTIFICATE OF SERVICE**

      I certify that on this <u>7th</u> day of <u>October</u>, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  This document was originally filed on October 2, 2013 in case number 1:13-cv-12315-FDS.  It is now being filed in the lead case, No. 1:13-md-2419, in compliance with MDL Order No. 1 from February 15, 2013.

                                              <u>s/Joseph Ahillen</u>
                                              JOSEPH AHILLEN