UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

JOINTLY PROPOSED AGENDA
FOR THE OCTOBER 8, 2013 STATUS CONFERENCE

The Plaintiffs' Steering Committee, Ameridose LLC, New England Compounding Pharmacy, Inc. (through both the Trustee and counsel), and Official Committee of Unsecured Creditors (through counsel)[1] jointly propose the following agenda for the October 8, 2013 status conference:

1. Update on subpoenas and objections

2. Status of mediation efforts [Mediation Order, Dkt. No. 394]

    a. Requests by Trustee, Official Creditors' Committee, and Plaintiffs' Steering Committee for extension of certain deadlines

3. Collection of medical records

4. Pending motions

    a. St. Thomas's Motion for Reconsideration of MDL Order #7 [Dkt. No. 457]

        i. Joinders [Dkt. No. 459]

        ii. Plaintiffs' Steering Committee's Response [Dkt. No. 478]

    b. Motions to Dismiss

        i. Alaunus Pharmaceutical, LLC [Dkt. Nos. 32, 34, and 95]

5. Identification of Tennessee motions for Summary Judgment (filed pre-transfer to MDL)

    a. *Carman v. Ameridose*, 1:13-cv-12238 (Docket No. 5)

    b. *O'Brien v. Ameridose*, (removed, transferred, no MDL civil action number yet)

---

[1] All defendants whose counsel have filed notices of appearance in the MDL were provided an opportunity to comment on the agenda.

6. Status of bankruptcy proceedings

7. Status of appeals

Dated: October 7, 2013								Respectfully submitted,

											*/s/ Kristen Johnson Parker*
Matthew P. Moriarty								Thomas M. Sobol, BBO # 471770
TUCKER ELLIS LLP								Kristen Johnson Parker, BBO# 667261
925 Euclid Avenue, Suite 1150						HAGENS BERMAN SOBOL SHAPIRO LLP
Cleveland, OH 44115								55 Cambridge Parkway, Suite 301
(216) 592-5000									Cambridge, MA  02142
mmoriarty@tuckerellis.com							(617) 482-3700
											tom@hbsslaw.com
*Ameridose's Liaison Counsel*						kristenjp@hbsslaw.com

											*Plaintiffs' Lead Counsel*

Paul D. Moore									Frederick H. Fern
DUANE MORRIS LLP								HARRIS BEACH PLLC
100 High Street, Suite 2400							100 Wall Street
Boston, MA 02110-1724							New York, NY 10005
(857) 488-4230									(212) 687-0100
pdmoore@duanemorris.com							hbnecc@harrisbeach.com

*Chapter 11 Trustee for the Estate of New				Specially Retained Counsel for Chapter 11 Trustee
England Compounding Pharmacy, Inc.*					of the Estate of NECC and NECC's Liasion
											Counsel*

William R. Baldiga
Rebecca L. Fordon
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200
wbaldiga@brownrudnick.com
rfordon@brownrudnick.com

David J. Molton
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
(212) 209-4800
dmolton@brownrudnick.com

*Counsel for the Official Committee of
Unsecured Creditors*

**CERTIFICATE OF SERVICE**

     I, Kristen Johnson Parker, hereby certify that I caused a copy of the above Jointly Proposed Agenda for the October 8, 2013 Status Conference to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: October 7, 2013

                                      */s/ Kristen Johnson Parker*
                                      Kristen Johnson Parker, BBO # 667261