UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*May et al. v. Ameridose, LLC et al.*<br>Docket No. 1:13-cv-12234-FDS<br>*Wiley et al. v. Ameridose, LLC et al.*<br>Docket No. 1:13-cv-12305-FDS<br>*Schulz et al. v. Ameridose, LLC et al.*<br>Docket No. 1:13-cv-12311-FDS<br>*Hester et al. v. Ameridose, LLC et al.*<br>Docket No. 1:13-cv-12315-FDS<br><br>_____ | MDL No. 2419<br>Dkt. No 1:13-md-2419 (FDS) |

## **WITHDRAWAL OF APPEARANCE OF MICHAEL E. PIKIEL, JR.**

Please withdraw my appearance in the above-captioned cases. Yvonne K. Puig, Marcy H. Greer, and Eric J. Hoffman of Fulbright & Jaworski, LLP, and Sarah P. Kelly of Nutter McClennen & Fish, LLP, will continue as counsel for Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health.

                                                        Saint Thomas West Hospital,
                                                       Saint Thomas Network, and
                                                       Saint Thomas Health

                                                       By its attorney,

                                                       /s/ Michael E. Pikiel, Jr.
                                                       Michael E. Pikiel, Jr. (BBO #655165)
                                                       Fulbright & Jaworski LLP
                                                       666 Fifth Avenue
                                                       New York, New York 10103-3198
                                                       Telephone:   (212) 318-3134
                                                       Facsimile:    (212) 318-3400
Dated:  October 8, 2013                                 michael.pikiel@nortonrosefulbright.com

53020664.1

**CERTIFICATE OF SERVICE**

      I certify that, on October 8, 2013, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          /s/ Michael E. Pikiel, Jr.
                                          Michael E. Pikiel, Jr.