UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE: NEW ENGLAND COMPOUNDING    )   MDL No. 1:13-md-2419-FDS
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION                                  )
                                            )
This Document Relates To:                   )
                                            )
     All Actions                            )
_____)

## NOTICE OF LIMITED APPEARANCE

Bruce A. Singal of Donoghue, Barrett & Singal, PC, gives his notice of his limited appearance as counsel for Barry and Lisa Cadden.

1. Barry and Lisa Cadden are represented by the law firm of Sloan & Walsh, which was retained by Pharmacist Mutual Insurance Company ("PMIC") under insurance policies that include the Caddens, and others, as insureds.

2. PMIC is providing a legal defense to the Caddens under a reservation of rights.

3. Because of the reservation of rights, and because plaintiffs assert that the Caddens' liability may exceed the policy limits, individual counsel for the Caddens seek to enter this limited appearance for purposes of monitoring the proceedings and participating, on a limited basis, to the extent necessary.

WHEREFORE, the undersigned respectfully requests that the Court permit him to appear in this matter on such a limited basis.

                                            BARRY CADDEN and
                                            LISA CADDEN,

                                            By their attorneys,

                                            */s/ Bruce A. Singal*
                                            Bruce A. Singal (BBO# 464420)
                                            DONOGHUE, BARRETT & SINGAL, PC
                                            One Beacon Street – Suite 1320
                                            Boston, MA 02108
Dated:  October 8, 2013                (617) 720-5090


## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on October 8, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.


                                            */s/ Bruce A. Singal*
                                            Bruce A. Singal