UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE: NEW ENGLAND COMPOUNDING              )   MDL No. 1:13-md-2419-FDS
PHARMACY, INC. PRODUCTS LIABILITY           )
LITIGATION                                  )
                                            )
This Document Relates To:                   )
                                            )
        All Actions                         )
_____)

## NOTICE OF LIMITED APPEARANCE

Michelle R. Peirce of Donoghue, Barrett & Singal, PC, gives her notice of her limited appearance as counsel for Barry and Lisa Cadden.

1.  Barry and Lisa Cadden are represented by the law firm of Sloan & Walsh, which was retained by Pharmacist Mutual Insurance Company ("PMIC") under insurance policies that include the Caddens, and others, as insureds.

2.  PMIC is providing a legal defense to the Caddens under a reservation of rights.

3.  Because of the reservation of rights, and because plaintiffs assert that the Caddens' liability may exceed the policy limits, individual counsel for the Caddens seek to enter this limited appearance for purposes of monitoring the proceedings and participating, on a limited basis, to the extent necessary.

WHEREFORE, the undersigned respectfully requests that the Court permit her to appear in this matter on such a limited basis.

BARRY CADDEN and
LISA CADDEN,

By their attorneys,

/s/ Michelle R. Peirce
Michelle R. Peirce (BBO# 557316)
DONOGHUE, BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
(617) 720-5090

Dated:  October 8, 2013

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on October 8, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

/s/ Michelle R. Peirce
Michelle R. Peirce