**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
-----------------------------------------------x
IN RE NEW ENGLAND                    :
COMPOUNDING PHARMACY, INC.           :        MDL No. 2419
PRODUCTS LIABILITY LITIGATION        :
-----------------------------------------------x        Master Docket No. 1:13-md-2419-FDS
                                     :
This Document Relates to:  All Actions   :
                                     :
-----------------------------------------------x
```

## NOTICE OF LIMITED APPEARANCE

Please enter my limited appearance as counsel of record for Southeast Michigan Surgical Hospital in this action, in compliance with this Court's order of June 21, 2013 (Dkt. No. 193) solely for the purpose of contesting a subpoena without being deemed to consent otherwise to the jurisdiction of this Court.

Through the filing of this Notice of Limited Appearance, Southeast Michigan Surgical Hospital does not consent to personal jurisdiction in this Court nor does Southeast Michigan Surgical Hospital waive any of its defenses under statute or federal rule.

Dated:  October 15, 2013                    Respectfully submitted,


/s/ Steven Weiss_____
Steven Weiss (BBO#545619)
SHATZ, SCHWARTZ AND FENTIN, P.C.
1441 Main Street
Springfield, MA  01103
(413) 737-1131
sweiss@ssfpc.com

Counsel for Southeast Michigan Surgical
Hospital

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing has been filed with the Clerk of Court on October 15, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via email generated by the court's ECF system.


Dated:  October 15, 2013              <u>/s/ Steven Weiss</u>
                                          Steven Weiss


13\0297\MDL\SEMSH NECC notice of limited appearance Weiss