UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------x
IN RE NEW ENGLAND                      :
COMPOUNDING PHARMACY, INC.             :     MDL No. 2419
PRODUCTS LIABILITY LITIGATION          :
-------------------------------------------------x    Master Docket No. 1:13-md-2419-FDS
                                       :
This Document Relates to:  All Actions :
                                       :
-------------------------------------------------x
```

**MOTION FOR ADMISSION *PRO HAC VICE* OF KATHRYN J. HUMPHREY
AS COUNSEL FOR SOUTHEAST MICHIGAN SURGICAL HOSPITAL**

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, and upon the annexed Certificate and Affidavit of Good Standing of Kathryn J. Humphrey (Exhibit A hereto) certifying that: (i) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (ii) there are no disciplinary proceedings pending against her as a member of the bar of any jurisdiction; and (iii) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts, I, Steven Weiss, a member of the Bar of this Court, hereby moves this Court to admit Kathryn J. Humphrey, a Member of the firm of Dykema Gossett PLLC, to practice before this Court, pursuant to this Court's June 21, 2013, order, for the limited purpose of contesting a subpoena without being deemed to consent otherwise to the jurisdiction of the Court.  (Dkt. No. 193).  This will include, but is not limited to, her appearances before Magistrate Jennifer Boal on matters referred there by the District Court Judge.

Through the filing of this Motion for Admission *Pro Hac Vice* of Kathryn J. Humphrey, Southeast Michigan Surgical Hospital does not consent to personal jurisdiction in this Court nor does it waive any of its defenses under statute or federal rule.

Dated:  October 15, 2013                    Respectfully submitted,


                                            /s/ Steven Weiss_____
                                            Steven Weiss (BBO#545619)
                                            SHATZ, SCHWARTZ AND FENTIN, P.C.
                                            1441 Main Street
                                            Springfield, MA  01103
                                            (413) 737-1131
                                            sweiss@ssfpc.com

                                            Counsel for Southeast Michigan Surgical
                                            Hospital


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed with the Clerk of Court on October 15, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via email generated by the court's ECF system.


Dated:  October 15, 2013                    /s/ Steven Weiss
                                            Steven Weiss


13\0297\MDL\SEMSH NECC motion for admission of Humphrey Pro Hac Vice