UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
IN RE NEW ENGLAND                :
COMPOUNDING PHARMACY, INC.       :   MDL No. 2419
PRODUCTS LIABILITY LITIGATION    :
---------------------------------------------------x
                                 :   Master Docket No. 1:13-md-2419-FDS
This Document Relates to: All Actions  :
                                 :
---------------------------------------------------x

### CERTIFICATE AND AFFIDAVIT
### OF GOOD STANDING OF KATHRYN J. HUMPHREY

STATE OF MICHIGAN     ) ss.
WAYNE COUNTY          )

KATHRYN J. HUMPHREY, being duly sworn, deposes and certifies that she is a Member of the law firm of Dykema Gossett PLLC, and that she is a member in good standing of the bar of every jurisdiction wherein she has been admitted, including the State of Michigan, the United States District Court for the Eastern District of Michigan and the United States District Court for the Western District of Michigan.

Affiant further certifies that there are no disciplinary proceedings pending against her and that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Kathryn J. Humphrey (P32651)
Dykema Gossett PLLC
400 Renaissance Center, 37th Floor
Detroit, MI 48243  313-568-6848
khumphrey@dykema.com

Sworn and subscribed to before me
this 14th day of October, 2013

PATRICIA A KINNEY
Notary Public, State of Michigan
County of Macomb
My Commission Expires 12-28-2016
Acting In the County of WAYNE