Change at clinics request

**JOINT CHART**
Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | High Point Surgery Center | Premier Orthopedic and Sports Medicine Associates of Southern NJ, LLC, Premier Orthopedic Associates Surgical Center, LLC, Kimberly Yvette Smith, MD | Baltimore Pain Management Center | North Carolina Orthopedic Clinic | Surgical Park Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Docket Entry # | 218 & 307 | 219 & 305 | 220 & 308 | 221 & 304 | 222 & 306 | 236, 289 & 356 | 241 & 347 | 244 | 365 & 366 | 252, 291 & 357 | 254 | 259 | 261 |
| State | TN | TN | TN | TN | TN | MI | MI | IL | NC | NJ | MD | NC | FL |
| **I. BURDEN (i.e., time, expense, and scope) OBJECTIONS** | | | | | | | | | | | | | |
| A. The request for production of documents is overly broad, not narrowly tailored, and unduly burdensome. | X | X | X | X | X | X | X | X | X | X | X | | X |
| B. The time periods for which documents are requested are unreasonable. | X | X | X | X | X | X | X | X | | | X | | X |
| C. The subpoena calls for the production of documents properly attainable by plaintiffs from public sources (e.g. CDC, FDA). | X | X | X | X | X | | | | X | | X | | X |
| D. Many of the documents sought by the subpoena are more appropiatly sought from NECC, thus reducing the burden and expense on the clinics. | X | X | X | X | X | | | | | | X | | |

1

Change at clinics request

**JOINT CHART**
Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain | Insight Health Corp. | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Docket Entry # | 273 & 351 | 275 & 318 | 279 & 361 | 288 & 348 | 314, 358, 359 & 360 | 300 | 372 | 311 & 353 | 303 | 317 & 355 | Not electronically filed |
| State | NJ | NC | GA | MI | NY | VA | SC | NH | MD | FL | CA |
| **I. BURDEN (i.e., time, expense, and scope) OBJECTIONS** | | | | | | | | | | | |
| A. The request for production of documents is overly broad, not narrowly tailored, and unduly burdensome. | X | X | x | X | X | X | X | X | | X | X |
| B. The time periods for which documents are requested are unreasonable. | | | | | X | X | X | | | X | |
| C. The subpoena calls for the production of documents properly attainable by plaintiffs from public sources (e.g. CDC, FDA). | | X | | | X | X | X | X | | X | |
| D. Many of the documents sought by the subpoena are appropiatly sought from NECC, thus reducing the burden and expense on the clinics. | | X | | | X | X | X | | | X | |

Change at clinics request

**JOINT CHART**
Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. | Universal Pain Management Medical Corporation d/b/a Universal Pain Management | Pain Medicine Specialists, PA | Medical Advanced Pain Specialists, P.A. ("MAPS") | Union Hospital | Ambulatory Surgery Center | Sequoia Surgery Center, LLC f/k/a Cypress Surgery Center, LLC | Edison Surgical (in discussions w/Steve Rasnick) | Isaiah Florence (in discussions w/Steve Rasnick) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Docket Entry # | 345 & 354 | 338 & 339 | 342 | 334 | 368 | 383 | 400 & 405 | Not electronically filed | Non-Responsive | Non-Responsive | Not electronically filed | Non-Responsive | Non-Responsive |
| State | CT | CA | MD | PA | NV | CA | MD | MN | IN | IN | | NJ | NJ |
| **I. BURDEN (i.e., time, expense, and scope) OBJECTIONS** | | | | | | | | | | | | | |
| A. The request for production of documents is overly broad, not narrowly tailored, and unduly burdensome. | X | X | | X | X | | X | | | | | | |
| B. The time periods for which documents are requested are unreasonable. | X | | | | X | | | | | | | | |
| C. The subpoena calls for the production of documents properly attainable by plaintiffs from public sources (e.g. CDC, FDA). | X | | | X | X | | X | | | | | | |
| D. Many of the documents sought by the subpoena are more appropriately sought from NECC, thus reducing the burden and expense on the clinics. | X | | | | X | | X | | | | | | |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Comprehensive Pain Management (in discussions w/Steve Rasnick | Box Hill Surgery Center |
|---|---|---|
| Docket Entry # | Non-Responsive | Non-Responsive |
| State | NJ | MD |
| **I. BURDEN (i.e., time, expense, and scope) OBJECTIONS** | | |
| A. The request for production of documents is overly broad, not narrowly tailored, and unduly burdensome. | | X |
| B. The time periods for which documents are requested are unreasonable. | | |
| C. The subpoena calls for the production of documents properly attainable by plaintiffs from public sources (e.g. CDC, FDA). | | X |
| D. Many of the documents sought by the subpoena are more appropiately sought from NECC, thus reducing the burden and expense on the clinics. | | X |

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

Change at clinics request

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | High Point Surgery Center | Premier Orthopedic and Sports Medicine Associates of Southern NJ, LLC, Premier Orthopedic Associates Surgical Center, LLC, Kimberly Yvette Smith, MD | Baltimore Pain Management Center | North Carolina Orthopedic Clinic | Surgical Park Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **II. JURISDICTIONAL AND PROCEDURAL OBJECTIONS** | | | | | | | | | | | | | |
| E. This court does not have jurisdiction to issue and/or enforce the subpoena. | | | | | | | | X | | | | | |
| F. The clinic is not a party to any litigation and/or has no injured patients, and exceeds the proper scope of discovery from a non-party. | X | | | | X | X | X | | X | | X | | X |
| G. The subpoena imposes burdens other than or beyond those imposed by the Order on Central Enforcement and the Qualified Protected Order. | X | X | X | X | X | X | X | | X | | X | X | X |
| H. The subpoena calls for the production of documents protected from disclosure as reflective of attorney-client communications and/or attorney work product. | X | X | X | X | X | X | X | X | X | X | X | | X |
| I. The PSC failed to provide the fee for one day's attendance as required by Rule 45(b)(1). | X (Remove) | X (Remove) | X (Remove) | X (Remove) | X (Remove) | X | X | X | | | | X | X |
| J. Clinics that are parties should have been served a request for production pursuant to Rule 34 rather than a subpoena pursuant to Rule 45. | | X | X | X | | | | | | X | | | |
| K. The subpoena was improperly served via Federal Express or Certified Mail. | | | | | | X | X | | | X | X | | |

5

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain | Insight Health Corp. | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **II. JURISDICTIONAL AND PROCEDURAL OBJECTIONS** | | | | | | | | | | | |
| E. This court does not have jurisdiction to issue and/or enforce the subpoena. | X (Remove) | | | | X | | X | X | | | |
| F. The clinic is not a party to any litigation and/or has no injured patients, and exceeds the proper scope of discovery from a non-party. | | X | x | X | X | | | X | | X | X |
| G. The subpoena imposes burdens other than or beyond those imposed by the Order on Central Enforcement and the Qualified Protected Order. | X | X | x | X | X | | X | X | X | X | |
| H. The subpoena calls for the production of documents protected from disclosure as reflective of attorney-client communications and/or attorney work product. | X | X | | X | X | X | X | X | | | X |
| I. The PSC failed to provide the fee for one day's attendance as required by Rule 45(b)(1). | | X | x | | X | | X | | X | X | |
| J. Clinics that are parties should have been served a request for production pursuant to Rule 34 rather than a subpoena pursuant to Rule 45. | X | | | | | X | | | | | |
| K. The subpoena was improperly served via Federal Express or Certified Mail. | X | | | X | X | X | X | | X | | |

Change at clinics request

Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. | Universal Pain Management Medical Corporation d/b/a Universal Pain Management | Pain Medicine Specialists, PA | Medical Advanced Pain Specialists, P.A. ("MAPS") | Union Hospital | Ambulatory Surgery Center | Sequoia Surgery Center, LLC f/k/a Cypress Surgery Center, LLC | Edison Surgical (in discussions w/Steve Rasnick) | Isaiah Florence (in discussions w/Steve Rasnick) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **II. JURISDICTIONAL AND PROCEDURAL OBJECTIONS** | | | | | | | | | | | | | |
| E. This court does not have jurisdiction to issue and/or enforce the subpoena. | X | X | | X | | | X | | | | X | | |
| F. The clinic is not a party to any litigation and/or has no injured patients, and exceeds the proper scope of discovery from a non-party. | X | | | X | X | | X | | | | X | | |
| G. The subpoena imposes burdens other than or beyond those imposed by the Order on Central Enforcement and the Qualified Protected Order. | X | X | | X | X | | | | | | | | |
| H. The subpoena calls for the production of documents protected from disclosure as reflective of attorney-client communications and/or attorney work product. | X | | | X | X | | | X | | | | | |
| I. The PSC failed to provide the fee for one day's attendance as required by Rule 45(b)(1). | X | | | X | | X | | X | | | | | |
| J. Clinics that are parties should have been served a request for production pursuant to Rule 34 rather than a subpoena pursuant to Rule 45. | | | | | | | | | | | | | |
| K. The subpoena was improperly served via Federal Express or Certified Mail. | X | | | X | | X | X | | | | | | |

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

Change at clinics request

| Objector | Comprehensive Pain Management (in discussions w/Steve Rasnick) | Box Hill Surgery Center |
|---|---|---|
| **II. JURISDICTIONAL AND PROCEDURAL OBJECTIONS** | | |
| E. This court does not have jurisdiction to issue and/or enforce the subpoena. | | X |
| F. The clinic is not a party to any litigation and/or has no injured patients, and exceeds the proper scope of discovery from a non-party. | | X |
| G. The subpoena imposes burdens other than or beyond those imposed by the Order on Central Enforcement and the Qualified Protected Order. | | X |
| H. The subpoena calls for the production of documents protected from disclosure as reflective of attorney-client communications and/or attorney work product. | | |
| I. The PSC failed to provide the fee for one day's attendance as required by Rule 45(b)(1). | | X |
| J. Clinics that are parties should have been served a request for production pursuant to Rule 34 rather than a subpoena pursuant to Rule 45. | | |
| K. The subpoena was improperly served via Federal Express or Certified Mail. | | X |

**JOINT CHART**

Change at clinics request

Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | High Point Surgery Center | Premier Orthopedic and Sports Medicine Associates of Southern NJ, LLC, Premier Orthopedic Associates Surgical Center, LLC, Kimberly Yvette Smith, MD | Baltimore Pain Management Center | North Carolina Orthopedic Clinic | Surgical Park Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L. The subpoena calls for the production of documents outside the clinic's possession, custody or control. | | | | | | | | | | | | | X |
| M. The subpoena provided only 21 or 30 days to respond, which is not a reasonable amount of time. | X | X | X | X | X | | X | | X | X | | X | |
| N. Rule 45(b)(1) requires that subpoenas be served on each party to the MDL. Comments to the Rule say that parties should have given notice before service of the subpoenas on third parties. | X | X | X | X | X | | | | | | | | |

**JOINT CHART**

Change at clinics request

Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain | Insight Health Corp. | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center |
|---|---|---|---|---|---|---|---|---|---|---|---|
| L. The subpoena calls for the production of documents outside the clinic's possession, custody or control. | | X | | | | X | X | X | | X | |
| M. The subpoena provided only 21 or 30 days to respond, which is not a reasonable amount of time. | X | X | | X | X | X | X | X | | X | |
| N. Rule 45(b)(1) requires that subpoenas be served on each party to the MDL. Comments to the Rule say that parties should have given notice before service of the subpoenas on third parties. | X (Remove) | | X | X | | | | | | | |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. | Universal Pain Management Medical Corporation d/b/a Universal Pain Management | Pain Medicine Specialists, PA | Medical Advanced Pain Specialists, P.A. ("MAPS") | Union Hospital | Ambulatory Surgery Center | Sequoia Surgery Center, LLC f/k/a Cypress Surgery Center, LLC | Edison Surgical (in discussions w/Steve Rasnick) | Isaiah Florence (in discussions w/Steve Rasnick) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L. The subpoena calls for the production of documents outside the clinic's possession, custody or control. | X | | | | X | | X | | | | | | |
| M. The subpoena provided only 21 or 30 days to respond, which is not a reasonable amount of time. | X | X | | X | X | | | X | | | | | |
| N. Rule 45(b)(1) requires that subpoenas be served on each party to the MDL. Comments to the Rule say that parties should have given notice before service of the subpoenas on third parties. | | X | | | | X | | | | | | | |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Comprehensive Pain Management (in discussions w/Steve Rasnick | Box Hill Surgery Center |
|---|---|---|
| L. The subpoena calls for the production of documents outside the clinic's possession, custody or control. | | X |
| M. The subpoena provided only 21 or 30 days to respond, which is not a reasonable amount of time. | | |
| N. Rule 45(b)(1) requires that subpoenas be served on each party to the MDL. Comments to the Rule say that parties should have given notice before service of the subpoenas on third parties. | | |

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

Change at clinics request

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | High Point Surgery Center | Premier Orthopedic and Sports Medicine Associates of Southern NJ, LLC, Premier Orthopedic Associates Surgical Center, LLC, Kimberly Yvette Smith, MD | Baltimore Pain Management Center | North Carolina Orthopedic Clinic | Surgical Park Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **III. CONFIDENTIALITY OBJECTIONS** | | | | | | | | | | | | | |
| O. The subpoena calls for the production of confidential or proprietary business information. | X (Remove) | X | X | X | X (Remove) | | X | X | X | | X | | X |
| P. The subpoena calls for the production of documents protected from disclosure under the state doctor-patient privilege, and/or the production of which would violate the requirements of HIPAA and its related regulations. | X | X | X | X | X | | X | X | X | X | X | | X |

13

**JOINT CHART**
Objections to PSC's Subpoenas -- updated 10/16/2013

Change at clinics request

| Objector | Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain | Insight Health Corp. | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **III. CONFIDENTIALITY OBJECTIONS** | | | | | | | | | | | |
| O. The subpoena calls for the production of confidential or proprietary business information. | | X | x | X | X | X | X | X | X | | X |
| P. The subpoena calls for the production of documents protected from disclosure under the state doctor-patient privilege, and/or the production of which would violate the requirements of HIPAA and its related regulations. | X (Remove) | X | X | X | X | X | X | X | X | X | X |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. | Universal Pain Management Medical Corporation d/b/a Universal Pain Management | Pain Medicine Specialists, PA | Medical Advanced Pain Specialists, P.A. ("MAPS") | Union Hospital | Ambulatory Surgery Center | Sequoia Surgery Center, LLC f/k/a Cypress Surgery Center, LLC | Edison Surgical (in discussions w/Steve Rasnick) | Isaiah Florence (in discussions w/Steve Rasnick) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **III. CONFIDENTIALITY OBJECTIONS** | | | | | | | | | | | | | |
| O. The subpoena calls for the production of confidential or proprietary business information. | X | | | | X | X | X | | | | | | |
| P. The subpoena calls for the production of documents protected from disclosure under the state doctor-patient privilege, and/or the production of which would violate the requirements of HIPAA and its related regulations. | X | X | | X | X | X | X | X | | | X | | |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Comprehensive Pain Management (in discussions w/Steve Rasnick | Box Hill Surgery Center |
|---|---|---|
| **III. CONFIDENTIALITY OBJECTIONS** | | |
| O. The subpoena calls for the production of confidential or proprietary business information. | | x |
| P. The subpoena calls for the production of documents protected from disclosure under the state doctor-patient privilege, and/or the production of which would violate the requirements of HIPAA and its related regulations. | | x |

16

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

Change at clinics request

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | High Point Surgery Center | Premier Orthopedic and Sports Medicine Associates of Southern NJ, LLC, Premier Orthopedic Associates Surgical Center, LLC, Kimberly Yvette Smith, MD | Baltimore Pain Management Center | North Carolina Orthopedic Clinic | Surgical Park Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IV. MOTIVE OBJECTIONS** | | | | | | | | | | | | | |
| Q. The PSC's subpoenas are thinly-veiled attempts to identify new clients. | X | X | X | X | X | X | X | | X | | X | | X |

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

Change at clinics request

| Objector | Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain | Insight Health Corp. | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **IV. MOTIVE OBJECTIONS** | | | | | | | | | | | |
| Q. The PSC's subpoenas are thinly-veiled attempts to identify new clients. | | X | X | X | X | | | | | X | X |

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

Change at clinics request

| Objector | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. | Universal Pain Management Medical Corporation d/b/a Universal Pain Management | Pain Medicine Specialists, PA | Medical Advanced Pain Specialists, P.A. ("MAPS") | Union Hospital | Ambulatory Surgery Center | Sequoia Surgery Center, LLC f/k/a Cypress Surgery Center, LLC | Edison Surgical (in discussions w/Steve Rasnick) | Isaiah Florence (in discussions w/Steve Rasnick) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IV. MOTIVE OBJECTIONS** | | | | | | | | | | | | | |
| Q. The PSC's subpoenas are thinly-veiled attempts to identify new clients. | X | | | X | X | | X | | | | | | |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Comprehensive Pain Management (in discussions w/Steve Rasnick | Box Hill Surgery Center |
|---|---|---|
| **IV. MOTIVE OBJECTIONS** | | |
| Q. The PSC's subpoenas are thinly-veiled attempts to identify new clients. | | X |

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

Change at clinics request

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | High Point Surgery Center | Premier Orthopedic and Sports Medicine Associates of Southern NJ, LLC, Premier Orthopedic Associates Surgical Center, LLC, Kimberly Yvette Smith, MD | Baltimore Pain Management Center | North Carolina Orthopedic Clinic | Surgical Park Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **V. RELEVANCE** | | | | | | | | | | | | | |
| R. The requested documents are not relevant and/or not reasonably calculated to lead to the discovery of admissable evidence. | X | X | X | X | X | X | X | X | X | X | X | X | X |
| S. Insurance Policies (from non-parties) are non relevant and not reasonably calculated to lead to discovery of admissable evidence. | X | | | | X | X | X | | | | X | | |

**JOINT CHART**

Change at clinics request

Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain | Insight Health Corp. | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **V. RELEVANCE** | | | | | | | | | | | |
| R. The requested documents are not relevant and/or not reasonably calculated to lead to the discovery of admissable evidence. | X | X | x | X | X | X | X | X | | X | X |
| S. Insurance Policies (from non-parties) are non relevant and not reasonably calculated to lead to discovery of admissable evidence. | | | | X | X | | X | | | X | |

**JOINT CHART**
Objections to PSC's Subpoenas -- updated 10/16/2013

Change at clinics request

| Objector | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. | Universal Pain Management Medical Corporation d/b/a Universal Pain Management | Pain Medicine Specialists, PA | Medical Advanced Pain Specialists, P.A. ("MAPS") | Union Hospital | Ambulatory Surgery Center | Sequoia Surgery Center, LLC f/k/a Cypress Surgery Center, LLC | Edison Surgical (in discussions w/Steve Rasnick) | Isaiah Florence (in discussions w/Steve Rasnick) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **V. RELEVANCE** | | | | | | | | | | | | | |
| R. The requested documents are not relevant and/or not reasonably calculated to lead to the discovery of admissable evidence. | X | X | | X | X | X | X | X | | | | | |
| S. Insurance Policies (from non-parties) are non relevant and not reasonably calculated to lead to discovery of admissable evidence. | X | | X | | | | | | | | | | |

23

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Comprehensive Pain Management (in discussions w/Steve Rasnick | Box Hill Surgery Center |
|---|---|---|
| **V. RELEVANCE** | | |
| R. The requested documents are not relevant and/or not reasonably calculated to lead to the discovery of admissable evidence. | | X |
| S. Insurance Policies (from non-parties) are non relevant and not reasonably calculated to lead to discovery of admissable evidence. | | X |

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

Change at clinics request

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | High Point Surgery Center | Premier Orthopedic and Sports Medicine Associates of Southern NJ, LLC, Premier Orthopedic Associates Surgical Center, LLC, Kimberly Yvette Smith, MD | Baltimore Pain Management Center | North Carolina Orthopedic Clinic | Surgical Park Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **V. OTHER** | | | | | | | | | | | | | |
| T. Subpoena was incomplete | | | | | | | | | | | | | |
| U. The PSC declined to confer. | | | | | | | | | | | | | |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

| | Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain | Insight Health Corp. | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Objector | | | | | | | | | | | |
| **V. OTHER** | | | | | | | | | | | |
| T. Subpoena was incomplete | | | | | | | | | | | |
| U. The PSC declined to confer. | | | | | | | | | | | |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. | Universal Pain Management Medical Corporation d/b/a Universal Pain Management | Pain Medicine Specialists, PA | Medical Advanced Pain Specialists, P.A. ("MAPS") | Union Hospital | Ambulatory Surgery Center | Sequoia Surgery Center, LLC f/k/a Cypress Surgery Center, LLC | Edison Surgical (in discussions w/Steve Rasnick) | Isaiah Florence (in discussions w/Steve Rasnick) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **V. OTHER** | | | | | | | | | | | | | |
| T. Subpoena was incomplete | | | x | | | | | | | | | | |
| U. The PSC declined to confer. | | | x | | | | | | | | | | |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 10/16/2013

| Objector | Comprehensive Pain Management (in discussions w/Steve Rasnick | Box Hill Surgery Center |
|---|---|---|
| **V. OTHER** | | |
| T. Subpoena was incomplete | | |
| U. The PSC declined to confer. | | |