UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |

**JOINT STIPULATION OF INTERVENTION**

COME NOW, Plaintiffs, by and through the Plaintiffs' Steering Committee ("PSC"), and the State of Tennessee ("State"), by and through the below-identified counsel, do hereby enter into this Joint Stipulation of Intervention and respectfully request that the Court enter the attached Order.

The PSC and the State recognize that numerous complaints filed in this MDL challenge the constitutionality of certain provisions of the Tennessee Code Annotated (the "Tennessee Code"), including, but not limited to, Tenn. Code Ann. § 29-39-102 and § 29-39-104.  The PSC and the State recognize that under Tenn. Code Ann. § 29-14-107(b) and Federal Rule of Civil Procedure 5.1, the Attorney General of the State of Tennessee is permitted to intervene in any case challenging the validity of a state statute, and that those cases now pending before this Court in the above-identified MDL challenging the validity of a statute are such a case.

Therefore, the parties stipulate and agree to the following:

1. The State of Tennessee may intervene pursuant to Federal Rule of Civil Procedure 5.1(c) in all cases challenging the validity of a statute under the Tennessee Code;

-1-

2. The State of Tennessee shall relieve the Court of providing notice under Federal Rule of Civil Procedure 5.1(b);

3. The parties shall from time to time serve notice upon the Court identifying the cases subject to this Stipulation and that failure to file such notice within 60 days of the State receiving notice pursuant to Federal Rule of Civil Procedure 5.1(a) shall not deprive the State of Tennessee of its right to intervene in any such case challenging the validity of the provision of the Tennessee Code;

4. Nothing herein shall relieve a party from serving notice on the Attorney General of the State of Tennessee pursuant to Federal Rule of Civil Procedure 5.1(A)(2) or Tenn. Code Ann. § 29-14-107(b).

It is the intention of the parties that this Stipulation shall aid with the efficient management of this MDL by relieving the State from the need to file hundreds of motions to intervene. Further, given the nature of the challenged statutes to date, which mainly provide caps on damages Plaintiffs may or may not be entitled to, the PSC and the State do not anticipate that any defendant would object to the State's intervention. The PSC and the State, therefore, respectfully request that the Court enter the attached order related to this Joint Stipulation.

Dated: October 16, 2013                    Respectfully submitted,

/s/ *J. Gerard Stranch, IV*
J. Gerard Stranch, IV (#23045)
Benjamin A. Gastel (#28699)
BRANSETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North
Nashville, TN  37201

Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Tennessee Lead Counsel for PSC*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

        Kim Dougherty
        JANET, JENNER & SUGGS, LLC
        75 Arlington St.
        Suite 500
        Boston, MA 02116
        Phone: (617) 933-1265
        kdougherty@myadvocates.com

        Patrick T. Fennell
        CRANDALL & KATT
        366 Elm Avenue, S.W.
        Roanoke, Virginia 24016
        Phone:  (540) 342-2000
        pfennell@crandalllaw.com

        Mark Zamora
        ZAMORA FIRM
        6 Concourse Parkway, 22nd Floor
        Atlanta, GA 30328
        Phone: (404) 451-7781
        Fax: (404) 506-9223
        mark@markzamora.com

        *Plaintiffs' Steering Committee*


        s/ *Mary M. Bers*
        Mary M. Bers, BPR # 013159
        Joseph Ahillen, BPR # 028378
        Office of the Attorney General
        P.O. Box 20207
        Nashville, Tennessee 37202-0207
        (615) 741-1845

        *Counsel for the State of Tennessee*


## CERTIFICATE OF SERVICE

I, J. Gerard Stranch, IV, hereby certify that on the 16th day of October, 2013, the foregoing document was served through the Court's ECF on the registered participants as identified on the Notice of Electronic Filing (NEF).

        s/ *J. Gerard Stranch, IV*
        J. Gerard Stranch, IV