UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
_____ )   MDL No. 2419
                                    )   Dkt. No 1:13-md-2419 (FDS)
THIS DOCUMENT RELATES TO: )
                                        )
   *All Actions* )
                                        )
_____ )

## JOINT MOTION TO EXTEND DEADLINE FOR
## RESPONSE TO MOTION TO RECONSIDER

Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas

Network, and Saint Thomas Health (collectively, the "Saint Thomas Entities"), Saint Thomas

Outpatient Neurosurgical Center, LLC ("STOPNC"), Howell Allen Clinic, P.C. ("Howell

Allen"), John W. Culclasure, M.D. ("Dr. Culclasure"), Debra V. Schamberg, R.N. ("Nurse

Schamberg"), Specialty Surgery Center, Crossville, PLLC ("SSC"), Kenneth R. Lister, M.D.

("Dr. Lister"), and the Plaintiffs' Steering Committee (the "PSC"), hereby jointly move for an

extension of the deadline to November 4, 2013, to file a joint proposed order or separate orders

in response to the Saint Thomas Entities' Motion to Reconsider MDL Order No. 7.

In support of this motion, the parties state as follows:

1.      On September 26, 2013, the Saint Thomas Entities filed a Motion to Reconsider

MDL Order No. 7 [Docket No. 457] (the "Motion to Reconsider"). On October 7, 2013, the PSC

responded, opposing the Motion to Reconsider. [Docket No. 478] STOPNC, Howell Allen, Dr.

Culclasure, and Nurse Schamberg filed a motion to join the Motion to Reconsider [Docket No.

459] that was granted by the Court. [Docket No. 461] SSC and Dr. Lister also filed a motion to

join the Motion to Reconsider [Docket No. 506] that was granted by the Court.  [Docket No.

507]

2.      At the Court's last status conference, on October 8, 2013, the Court heard

argument concerning the Motion to Reconsider from counsel for the Saint Thomas Entities and

representatives from the PSC.  The Court did not rule on the Motion to Reconsider, but instead

ordered the parties to meet and confer on the issues addressed in the motion and to either submit

joint or separate proposed orders by October 22, 2013.

3.      On October 15, 2013, counsel for the Saint Thomas Entities and representatives

from the PSC conferred about the issues raised in the motion, but they still need additional time

and information to deliberate further.

4.      Counsel for the Saint Thomas Entities has been preparing drafts of proposed case-

management orders addressing the multiple issues raised in the Motion to Reconsider, including

the selection of bellwether trials, discovery, and pleadings.

5.      Representatives of the PSC and other parties will need time to respond to these

proposals.

6.      All parties request additional time to try to reach agreement concerning these case

management issues, so as to submit a proposal or proposals to the Court that have been

thoroughly considered by both sides and to limit disagreement between the parties to the extent

possible.

For these reasons, the Saint Thomas Entities, STOPNC, Howell Allen, Dr. Culclasure,

Nurse Schamberg, SSC, Dr. Lister, and the PSC request an extension until November 4, 2013, to

file joint or separate proposals in response to the Motion to Reconsider.

Saint Thomas West Hospital,
Saint Thomas Network, and
Saint Thomas Health


By its attorneys,

/s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
Nutter McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone:   (617) 439-2000
Facsimile:   (617) 310-9000
skelly@nutter.com


YVONNE K. PUIG
Texas State Bar No. 16385400
MARCY H. GREER
Texas State Bar No. 08417650
ERIC J. HOFFMAN
Texas State Bar No. 24074427

FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

*Admitted Pro Hac Vice*

/s/ Chris J. Tardio
C.J. Gideon, Jr., #6034
Chris J. Tardio, #23924
Matthew H. Cline, #31076
John-Mark Zini, #31769
Suite 1100
315 Deaderick Street
Nashville, TN 37238
(615) 254-0400

*Attorneys for STOPNC, Howell Allen,*
*John W. Culclasure, M.D.,*
*Debra V. Schamberg, R.N.,*
*SSC, and Kenneth R. Lister, M.D.*

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH &
JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Dated: October 22, 2013                    *Tennessee Lead Counsel for PSC*

## CERTIFICATE OF SERVICE

I certify that, on October 22, 2013, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Sarah P. Kelly
Sarah P. Kelly

2273056.1

53037687.1