UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> All Actions ) <br> ) | MDL No. 2419 <br> Master Dkt. No. 1:13-md-2419 (FDS) |

## NOTICE OF LIMITED APPEARANCE

Please enter the appearance of Benjamin T. Siracusa Hillman, Esquire as attorney for non-parties, Dr. O'Connell's Pain Care Centers and Dr. O'Connell's Pain Care Centers, Inc., for the limited purpose of objecting to the subpoena upon it in this matter.

                                                    Respectfully submitted,
                                                    Dr. O'Connell's Pain Care Centers
                                                    Dr. O'Connell's Pain Care Centers, Inc.
                                                    By Its Attorneys:

Dated: October 23, 2013                        /s/ Benjamin T. Siracusa Hillman
                                                    Benjamin T. Siracusa Hillman
                                                     B.B.O. No.:  672597
                                                     William E. Christie
                                                     B.B.O. No.: 566896
                                                     SHAHEEN & GORDON, P.A.
                                                     107 Storrs Street, P.O. Box 2703
                                                     Concord, NH 03302-2703
                                                     Telephone:     (603) 225-7262
                                                     Facsimile:     (603) 225-5112
                                                     bsiracusahillman@shaheengordon.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing NOTICE OF LIMITED APPEARANCE was filed electronically and that this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Dated: October 23, 2013                                /s/ Benjamin T. Siracusa Hillman
                                                       Benjamin T. Siracusa Hillman
                                                       B.B.O. No.: 672597