# EXHIBIT A

# RESOLUTIONS, LLC
125 High Street, Suite 2205, Boston, MA  02110 • tel: 617-556-0800 • fax: 617-556-9900

## ERIC D. GREEN

### SELECTED MASS TORT EXPERIENCE

Professor Green's work in mediating mass tort litigation has been innovative and extensive.  Over more than thirty years he has served as the mediator or Special Master for asbestos litigation in several courts, including Ohio, Connecticut and Massachusetts, as the court-appointed Guardian Ad Litem for the future claimants in major federal class-action asbestos litigation and as the bankruptcy court-appointed Legal Representative for hundreds of thousands of unknown future claimants in five asbestos trusts. Professor Green has also served as the futures representative in non-asbestos Chapter 11 bankruptcy cases, including the contamination of residential drinking water  by certain industrial toxic chemicals.

Professor Green has also mediated and arbitrated numerous cases involving asbestos personal injury claims, asbestos property damage claims, asbestos insurance coverage claims, asbestos reinsurance, and asbestos indemnification claims as well as numerous other mass tort cases involving current and future claims for exposure to PCB's, pharmaceuticals, chemicals, fumes, and medical devices.  These include:

- The Metabolife ephedra cases involving hundreds of victims and multiple defendants and insurers, some in bankruptcy;

- the Monsanto/Solutia PCB cases in Alabama involving thousands of victims;

- thousands of childhood and adult cancer cases in Toms River, New Jersey;

- the PPA MDL Litigation cases;

- various national mass surgical and medical products product liability cases in state, federal, and bankruptcy proceedings;

- multiple "unnecessary surgery" hospital cases, including the Tennant Health heart surgeries, the Indiana sinus surgery cases and other heart medical device cases in Maryland;

- drinking water and air contamination cases involving various chemicals;

- MDL pharmaceutical pricing claims in the U.S. District Court for the District of Massachusetts involving dozens of plaintiffs and dozens of defendants.

## RESOLUTIONS, LLC
125 High Street, Suite 2205, Boston, MA  02110 • tel: 617-556-0800 • fax: 617-556-9900

### CARMIN C. REISS

#### SELECTED MASS TORT EXPERIENCE

**NVE, Inc.**  Appointed by U.S. Bankruptcy Court, D.N.J., as Mediator to settle 126 ephedra-related personal injury and death claims brought against NVE, Inc. and multiple distributers of NVE products.  Claims nationally were consolidated in an MDL in the U.S. District Court for the Southern District of New York.  Following global settlement, served as Referee for Claims Resolution Facility established to distribute settlement proceeds among claimants.

**Muscletech, Inc.**  Served with court approval as Referee for Claims Resolution Facility established by parties to allocate settlement proceeds among 35 ephedra-related personal injury and death claims brought against Muscletech, Inc.  Claims nationally were consolidated in an MDL in the U.S. District Court for the Southern District of New York.

**Dow Corning Litigation Facility, Inc.**  Selected by Special Master, with court approval, to serve as Mediator for New England area opt-out claims under silicone implant settlement plan approved by U.S. Bankruptcy Court, E.D. Michigan.  Claims nationally were pending before U.S. District Court, E.D. Michigan, Hood, J.

**Archdiocese of Boston.**  Served as one of a team of allocators hearing claims in an allocation arbitration process established to distribute funds in clergy sex abuse settlement.

#### ADDITIONAL REPRESENTATIVE MEDIATION EXPERIENCE

**Superfund Disposal Area.**  Mediation of interim allocation of costs Remedial Investigation/Feasibility Study of Superfund site in Massachusetts among 20+ parties.

**Environmental Contamination Disputes.**  Numerous mediations of multi-party disputes arising out of environmental contamination, including remediation, cost recovery, property damage and related claims, as well as enforcement actions.

**Multi-party Design and Construction Disputes.**  Numerous mediations of disputes arising out of Massachusetts and New England construction projects, from thousands to millions of dollars.  Disputes typically involve many parties, including public and private owners, owner's project managers, architects, engineers, general contractors, subcontractors, suppliers, and insurers.

**Employment Disputes.**  Numerous mediations of disputes between executive and professional level claimants and employers, both public and private, from start-ups to large institutions, including wrongful discharge, discrimination, sexual harassment, and other employment claims.