JAY J. BLUMBERG *
jjblumberg@blumberglawoffices.com
*CERTIFIED CIVIL TRIAL ATTORNEY*

CHRISTOPHER M. WOLK *
cwolk@blumberglawoffices.com

KRISTY L. KRASOWSKI *
kkrasowski@blumberglawoffices.com

*MEMBERS OF
PENNSYLVANIA AND NEW JERSEY BAR

LAW OFFICES OF
JAY J. BLUMBERG, ESQ.

158 DELAWARE STREET
P.O. BOX 68
WOODBURY, NJ 08096
856-848-7472 PHONE
856-848-8012 FAX

OF COUNSEL

JEAN S. CHETNEY*
jchetney@blumberglawoffices.com

October 29, 2013

**VIA E-FILING ONLY**
The Honorable Jennifer C. Boal
United States District Court - District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, Massachusetts 02210

    RE:    In Re New England Compounding
              Docket No. 1:13-md-02419-FDS; MDL No. 2419

Dear Judge Boal:

I am writing on behalf of the defendants Premier Orthopedic and Sports Medicine Associates of Southern New Jersey, LLC, Premier Orthopedic Associates Surgical Center, LLC, and Kimberly Yvette Smith, M.D. (Hereinafter "The Premier Defendants") to address the objections to the subpoena previously entered by these defendants with the Court.

After discussing the objections with a representative of the Plaintiffs' Steering Committee an agreement has been reached. The PSC has agreed to alter their requests in such a way that is acceptable to my client and is also acceptable to the PSC. In light of this development and on behalf of The Premier Defendants, I respectfully request that this Court withdraw any and all objections to the subpoena.

It is also requested that the withdrawal of the above referenced objections be made while reserving the right to raise said objections in the future with regard to any additional and subsequent requests.

Thank you.

                                    Respectfully,

                                    LAW OFFICES OF JAY J. BLUMBERG, ESQ.

                                  ***/s/ Christopher M. Wolk***

                                  Christopher M. Wolk, Esq.

CMW/dm

## CERTIFICATE OF SERVICE

    I, Christopher M. Wolk, Esq., hereby certify that I caused a copy of the foregoing letter to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.


Dated: October 29, 2013                                                   /s/ *Christopher M. Wolk, Esq.*
                                                                                  Christopher M. Wolk, Esq.