UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>    Plaintiff,<br><br>This Document Relates To:<br><br>    All Actions | MDL NO. 1:13-md-2419-FDS |

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Mass. R. Civ. P. 11(d), please note that effective November 1, 2013, Michael P. Sams, of Kenney & Sams, P.C., counsel for the interested party, Victory Heating & Air Conditioning Co., Inc., have relocated their office to:

    Kenney & Sams, P.C.
    225 Turnpike Road
    Southborough, MA  01772

Please address all future correspondence to the above address.  The telephone number, fax number, and all email addresses will remain the same.

    Respectfully Submitted,
    Victory Mechanical
    By its attorneys,


    /s/ Michael P. Sams
    Michael P. Sams, Esq., BBO #567812
    mpsams@KandSlegal.com
    Kenney & Sams, P.C.
    Southborough Place
    134 Turnpike Rd.
    Southborough, MA 01772
    P: 508.490.8500
    F: 508.490.8501

## **CERTIFICATE OF SERVICE**

       This is to certify that the foregoing Notice of Change of Address has been simultaneously served upon all CM-ECF registered participants by Notice of Electronic Filing, and has been served upon all non-registered participants by first class mail, postage prepaid, this 30th day of October, 2013.

                                               /s/ Michael P. Sams
                                             Michael P. Sams