# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO: All Actions | |

### [PROPOSED] ORDER ON JOINT EMERGENCY MOTION OF THE CHAPTER 11 TRUSTEE AND THE PLAINTIFFS' STEERING COMMITTEE TO EXTEND THE DEADLINE FOR FILING OF A MASTER COMPLAINT AS RELATED TO AFFILIATED DEFENDANTS AND ENTITIES WHO HAVE AGREED TO MEDIATION AND CONTINUE MOTION REGARDING AFFILIATE DISCOVERY

Having considered the Joint Emergency Motion of the Chapter 11 Trustee and the Plaintiffs' Steering Committee to Extend the Deadlines for Filing a Master Complaint as Related to Affiliated Defendants and Entities Who have Agreed to Mediation and Continue Motion Regarding Affiliate Discovery; it is hereby ordered that the Court's Further Case Management Order (MDL Order No. 7) dated September 18, 2013 [Dkt. No. 438] is amended as follows:

1. Paragraph 5 ("Schedule") is hereby amended.  The filing of a Master Complaint and form of Short Form Complaint by the PSC on November 5, 2013 as related to Affiliated Defendants or any entity that has agreed to participate in mediation pursuant to this Court's Mediation Order [Dkt. No. 502] is hereby extended for a period of 60 days until January 5, 2014.

2. The deadline for filing a Master Complaint and form of Short Form Complaint as related to non-affiliated defendants who have not agreed to mediation is not affected by this Order and remains November 5, 2013.

3. A hearing on the PSC's Motion to Partially Lift the Discovery Stay [Dkt. No 534] seeking an order lifting the stay of discovery as related to the Affiliated Defendants, and deadline

for any related responses or objections, are each continued for a period of one month from the date of this Order, or such later date(s) the Court shall set at its convenience.

**So Ordered.**

_____
**F. Dennis Saylor IV**
**United States District Judge**

**Dated:**