# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| ) | |
| IN RE:   NEW ENGLAND ) | MDL No. 1:13-md-2419-FDS |
| COMPOUNDING PHARMACY, INC. ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | |
| This Document Relates To: ) | |
| ) | |
|     All Actions ) | |
| ) | |
| ) | |

## ORDER ON JOINT EMERGENCY MOTION TO EXTEND THE DEADLINE FOR FILING OF A MASTER COMPLAINT AS TO CERTAIN DEFENDANTS AND ENTITIES AND CONTINUE MOTION AFFILIATE DISCOVERY

**SAYLOR, J.**

Having considered the Joint Emergency Motion of the Chapter 11 Trustee and the Plaintiffs' Steering Committee to Extend the Deadlines for Filing a Master Complaint as Related to Affiliated Defendants and Entities Who have Agreed to Mediation and Continue Motion Regarding Affiliate Discovery, the Court's Further Case Management Order (MDL Order No. 7) dated September 18, 2013 [Dkt. No. 438] is amended as follows:

1.    The deadline for filing of a Master Complaint and form of Short Form Complaint by the PSC as to Affiliated Defendants, or any entity that has agreed to participate in mediation pursuant to this Court's Mediation Order, is hereby extended to December 20, 2013.

2.    The deadline for filing a Master Complaint and form of Short Form Complaint as to non-affiliated defendants who have not agreed to mediation is not affected by this Order and remains November 5, 2013.

3.    The deadline for responding to the PSC's Motion to Partially Lift the Discovery

Stay [Dkt. No 534] seeking an order lifting the stay of discovery as to the Affiliated Defendants

is hereby extended to December 4, 2013.

**So Ordered.**

                                        /s/ F. Dennis Saylor
                                        F. Dennis Saylor IV
                                        United States District Judge

Dated:  November 4, 2013