Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | Baltimore Pain Management Center | North Carolina Orthopedic Clinic | Surgical Park Center, Ltd. | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Docket Entry # | 218 & 307 | 219 & 305 | 220 & 308 | 221 & 304 | 222 & 306 | 236, 289 & 356 | 241 & 347 | 244 | 254 | 259 | 261 | 275 & 318 | 279 & 361 |
| State | TN | TN | TN | TN | TN | MI | MI | IL | MD | NC | FL | NC | GA |
| **I. BURDEN (i.e., time, expense, and scope) OBJECTIONS** | | | | | | | | | | | | | |
| A. The request for production of documents is overly broad, not narrowly tailored, and unduly burdensome. | X | X | X | X | X | X | X | X | X | | X | X | x |
| B. The time periods for which documents are requested are unreasonable. | X | X | X | X | X | X | X | X | X | | X | | |
| C. The subpoena calls for the production of documents properly attainable by plaintiffs from public sources (e.g. CDC, FDA). | X | X | X | X | X | | | | X | | X | X | |
| D. Many of the documents sought by the subpoena are more appropiately sought from NECC, thus reducing the burden and expense on the clinics. | X | X | X | X | X | | | | X | | | X | |

1

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Docket Entry # | 288 & 348 | 314, 358, 359 & 360 | 372 | 311 & 353 | 303 | 317 & 355 | Not electronically filed | 345 & 354 | 338 & 339 | 342 | 334 | 368 |
| State | MI | NY | SC | NH | MD | FL | CA | CT | CA | MD | PA | NV |
| **I. BURDEN (i.e., time, expense, and scope) OBJECTIONS** | | | | | | | | | | | | |
| A. The request for production of documents is overly broad, not narrowly tailored, and unduly burdensome. | X | X | X | X | | X | X | X | X | | X | X |
| B. The time periods for which documents are requested are unreasonable. | | X | X | | | X | | X | | | | X |
| C. The subpoena calls for the production of documents properly attainable by plaintiffs from public sources (e.g. CDC, FDA). | | X | X | X | | X | | X | | | X | X |
| D. Many of the documents sought by the subpoena are more appropiatly sought from NECC, thus reducing the burden and expense on the clinics. | | X | X | | | X | | X | | | | X |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Universal Pain Management Medical Corporation d/b/a Universal Pain Management | Pain Medicine Specialists, PA | Medical Advanced Pain Specialists, P.A. ("MAPS") | Union Hospital | Ambulatory Surgery Center | Sequoia Surgery Center, LLC f/k/a Cypress Surgery Center, LLC | Edison Surgical (in discussions w/Steve Rasnick) | Isaiah Florence (in discussions w/Steve Rasnick) | Comprehensive Pain Management (in discussions w/Steve Rasnick | Box Hill Surgery Center | The South Bend Clinic, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Docket Entry # | 383 | 400 & 405 | Not electronically filed | Non-Responsive | Non-Responsive | Not electronically filed | Non-Responsive | Non-Responsive | Non-Responsive | Non-Responsive | 269 & 270 |
| State | CA | MD | MN | IN | IN | | NJ | NJ | NJ | MD | IN |
| **I. BURDEN (i.e., time, expense, and scope) OBJECTIONS** | | | | | | | | | | | |
| A. The request for production of documents is overly broad, not narrowly tailored, and unduly burdensome. | | X | | | | | | | | X | X |
| B. The time periods for which documents are requested are unreasonable. | | | | | | | | | | | |
| C. The subpoena calls for the production of documents properly attainable by plaintiffs from public sources (e.g. CDC, FDA). | | X | | | | | | | | X | |
| D. Many of the documents sought by the subpoena are more appropriately sought from NECC, thus reducing the burden and expense on the clinics. | | X | | | | | | | | X | |

3

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | Baltimore Pain Management Center | North Carolina Orthopedic Clinic | Surgical Park Center, Ltd. | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **II. JURISDICTIONAL AND PROCEDURAL OBJECTIONS** | | | | | | | | | | | | | |
| E. This court does not have jurisdiction to issue and/or enforce the subpoena. | | | | | | | | X | | | | | |
| F. The clinic is not a party to any litigation and/or has no injured patients, and exceeds the proper scope of discovery from a non-party. | X | | | | X | X | X | | X | | X | X | x |
| G. The subpoena imposes burdens other than or beyond those imposed by the Order on Central Enforcement and the Qualified Protected Order. | X | X | X | X | X | X | X | | X | X | X | X | x |
| H. The subpoena calls for the production of documents protected from disclosure as reflective of attorney-client communications and/or attorney work product. | X | X | X | X | X | X | X | X | X | | X | X | |
| I. The PSC failed to provide the fee for one day's attendance as required by Rule 45(b)(1). | X (Remove) | X (Remove) | X (Remove) | X (Remove) | X (Remove) | X | X | X | | X | X | X | x |
| J. Clinics that are parties should have been served a request for production pursuant to Rule 34 rather than a subpoena pursuant to Rule 45. | | X | X | X | | | | | | | | | |
| K. The subpoena was improperly served via Federal Express or Certified Mail. | | | | | | X | X | | X | | | | |
| L. The subpoena calls for the production of documents outside the clinic's possession, custody or control. | | | | | | | | | | | X | x | |

4

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **II. JURISDICTIONAL AND PROCEDURAL OBJECTIONS** | | | | | | | | | | | | |
| E. This court does not have jurisdiction to issue and/or enforce the subpoena. | | X | X | X | | | | X | X | | X | |
| F. The clinic is not a party to any litigation and/or has no injured patients, and exceeds the proper scope of discovery from a non-party. | X | X | | X | | X | X | X | | | X | X |
| G. The subpoena imposes burdens other than or beyond those imposed by the Order on Central Enforcement and the Qualified Protected Order. | X | X | X | X | X | X | | X | X | | X | X |
| H. The subpoena calls for the production of documents protected from disclosure as reflective of attorney-client communications and/or attorney work product. | X | X | X | X | | | X | X | | | X | X |
| I. The PSC failed to provide the fee for one day's attendance as required by Rule 45(b)(1). | | X | X | | X | X | | X | | | X | |
| J. Clinics that are parties should have been served a request for production pursuant to Rule 34 rather than a subpoena pursuant to Rule 45. | | | | | | | | | | | | |
| K. The subpoena was improperly served via Federal Express or Certified Mail. | X | X | X | | X | | | X | | | X | |
| L. The subpoena calls for the production of documents outside the clinic's possession, custody or control. | | | X | X | | X | | X | | | | X |

**JOINT CHART**

Change at clinics request

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Universal Pain Management Medical Corporation d/b/a Universal Pain Management | Pain Medicine Specialists, PA | Medical Advanced Pain Specialists, P.A. ("MAPS") | Union Hospital | Ambulatory Surgery Center | Sequoia Surgery Center, LLC f/k/a Cypress Surgery Center, LLC | Edison Surgical (in discussions w/Steve Rasnick) | Isaiah Florence (in discussions w/Steve Rasnick) | Comprehensive Pain Management (in discussions w/Steve Rasnick | Box Hill Surgery Center | The South Bend Clinic, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **II. JURISDICTIONAL AND PROCEDURAL OBJECTIONS** | | | | | | | | | | | |
| E. This court does not have jurisdiction to issue and/or enforce the subpoena. | | X | | | | X | | | | X | |
| F. The clinic is not a party to any litigation and/or has no injured patients, and exceeds the proper scope of discovery from a non-party. | | X | | | | X | | | | X | |
| G. The subpoena imposes burdens other than or beyond those imposed by the Order on Central Enforcement and the Qualified Protected Order. | | X | | | | | | | | X | X |
| H. The subpoena calls for the production of documents protected from disclosure as reflective of attorney-client communications and/or attorney work product. | | | X | | | | | | | | |
| I. The PSC failed to provide the fee for one day's attendance as required by Rule 45(b)(1). | X | | X | | | | | | | X | X |
| J. Clinics that are parties should have been served a request for production pursuant to Rule 34 rather than a subpoena pursuant to Rule 45. | | | | | | | | | | | |
| K. The subpoena was improperly served via Federal Express or Certified Mail. | X | X | | | | | | | | X | |
| L. The subpoena calls for the production of documents outside the clinic's possession, custody or control. | | X | | | | | | | | X | |

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

Change at clinics request

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | Baltimore Pain Management Center | North Carolina Orthopedic Clinic | Surgical Park Center, Ltd. | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M. The subpoena provided only 21 or 30 days to respond, which is not a reasonable amount of time. | x | x | x | x | x | | x | | | x | | x | |
| N. Rule 45(b)(1) requires that subpoenas be served on each party to the MDL. Comments to the Rule say that parties should have given notice before service of the subpoenas on third parties. | x | x | x | x | x | | | | | | | | x |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M. The subpoena provided only 21 or 30 days to respond, which is not a reasonable amount of time. | X | X | X | X | | X | | X | X | | X | X |
| N. Rule 45(b)(1) requires that subpoenas be served on each party to the MDL. Comments to the Rule say that parties should have given notice before service of the subpoenas on third parties. | X | | | | | | | | X | | | |

**JOINT CHART**

Change at clinics request

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Universal Pain Management Medical Corporation d/b/a Universal Pain Management | Pain Medicine Specialists, PA | Medical Advanced Pain Specialists, P.A. ("MAPS") | Union Hospital | Ambulatory Surgery Center | Sequoia Surgery Center, LLC f/k/a Cypress Surgery Center, LLC | Edison Surgical (in discussions w/Steve Rasnick) | Isaiah Florence (in discussions w/Steve Rasnick) | Comprehensive Pain Management (in discussions w/Steve Rasnick | Box Hill Surgery Center | The South Bend Clinic, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M. The subpoena provided only 21 or 30 days to respond, which is not a reasonable amount of time. | | | X | | | | | | | | |
| N. Rule 45(b)(1) requires that subpoenas be served on each party to the MDL. Comments to the Rule say that parties should have given notice before service of the subpoenas on third parties. | X | | | | | | | | | | |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | Baltimore Pain Management Center | North Carolina Orthopedic Clinic | Surgical Park Center, Ltd. | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **III. CONFIDENTIALITY OBJECTIONS** | | | | | | | | | | | | | |
| O. The subpoena calls for the production of confidential or proprietary business information. | X (Remove) | X | X | X | X (Remove) | | X | X | X | | X | X | x |
| P. The subpoena calls for the production of documents protected from disclosure under the state doctor-patient privilege, and/or the production of which would violate the requirements of HIPAA and its related regulations. | X | X | X | X | X | X | | X | X | | X | X | X |

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

Change at clinics request

| Objector | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **III. CONFIDENTIALITY OBJECTIONS** | | | | | | | | | | | | |
| O. The subpoena calls for the production of confidential or proprietary business information. | X | X | X | X | X | | X | X | | | | X |
| P. The subpoena calls for the production of documents protected from disclosure under the state doctor-patient privilege, and/or the production of which would violate the requirements of HIPAA and its related regulations. | X | X | X | X | X | X | X | X | X | | X | X |

11

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

Change at clinics request

| Objector | Universal Pain Management Medical Corporation d/b/a Universal Pain Management | Pain Medicine Specialists, PA | Medical Advanced Pain Specialists, P.A. ("MAPS") | Union Hospital | Ambulatory Surgery Center | Sequoia Surgery Center, LLC f/k/a Cypress Surgery Center, LLC | Edison Surgical (in discussions w/Steve Rasnick) | Isaiah Florence (in discussions w/Steve Rasnick) | Comprehensive Pain Management (in discussions w/Steve Rasnick | Box Hill Surgery Center | The South Bend Clinic, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **III. CONFIDENTIALITY OBJECTIONS** | | | | | | | | | | | |
| O. The subpoena calls for the production of confidential or proprietary business information. | X | X | | | | | | | | X | |
| P. The subpoena calls for the production of documents protected from disclosure under the state doctor-patient privilege, and/or the production of which would violate the requirements of HIPAA and its related regulations. | X | X | X | | | X | | | | X | X |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | Baltimore Pain Management Center | North Carolina Orthopedic Clinic | Surgical Park Center, Ltd. | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IV. MOTIVE OBJECTIONS** | | | | | | | | | | | | | |
| Q. The PSC's subpoenas are thinly-veiled attempts to identify new clients. | X | X | X | X | X | X | X | | X | | X | X | X |

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

Change at clinics request

| Objector | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IV. MOTIVE OBJECTIONS** | | | | | | | | | | | | |
| Q. The PSC's subpoenas are thinly-veiled attempts to identify new clients. | X | X | | | | X | X | X | | | X | X |

**JOINT CHART**

Change at clinics request

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Universal Pain Management Medical Corporation d/b/a Universal Pain Management | Pain Medicine Specialists, PA | Medical Advanced Pain Specialists, P.A. ("MAPS") | Union Hospital | Ambulatory Surgery Center | Sequoia Surgery Center, LLC f/k/a Cypress Surgery Center, LLC | Edison Surgical (in discussions w/Steve Rasnick) | Isaiah Florence (in discussions w/Steve Rasnick) | Comprehensive Pain Management (in discussions w/Steve Rasnick | Box Hill Surgery Center | The South Bend Clinic, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **IV. MOTIVE OBJECTIONS** | | | | | | | | | | | |
| Q. The PSC's subpoenas are thinly-veiled attempts to identify new clients. | | X | | | | | | | | X | |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | Baltimore Pain Management Center | North Carolina Orthopedic Clinic | Surgical Park Center, Ltd. | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **V. RELEVANCE** | | | | | | | | | | | | | |
| R. The requested documents are not relevant and/or not reasonably calculated to lead to the discovery of admissable evidence. | x | x | x | x | x | x | x | x | x | x | x | x | x |
| S. Insurance Policies (from non-parties) are non relevant and not reasonably calculated to lead to discovery of admissable evidence. | x | | | | x | x | x | | x | | | | |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **V. RELEVANCE** | | | | | | | | | | | | |
| R. The requested documents are not relevant and/or not reasonably calculated to lead to the discovery of admissable evidence. | X | X | X | X | | X | X | X | X | | X | X |
| S. Insurance Policies (from non-parties) are non relevant and not reasonably calculated to lead to discovery of admissable evidence. | X | X | X | | | X | | X | | X | | |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Universal Pain Management Medical Corporation d/b/a Universal Pain Management | Pain Medicine Specialists, PA | Medical Advanced Pain Specialists, P.A. ("MAPS") | Union Hospital | Ambulatory Surgery Center | Sequoia Surgery Center, LLC f/k/a Cypress Surgery Center, LLC | Edison Surgical (in discussions w/Steve Rasnick) | Isaiah Florence (in discussions w/Steve Rasnick) | Comprehensive Pain Management (in discussions w/Steve Rasnick | Box Hill Surgery Center | The South Bend Clinic, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **V. RELEVANCE** | | | | | | | | | | | |
| R. The requested documents are not relevant and/or not reasonably calculated to lead to the discovery of admissable evidence. | x | x | x | | | | | | | x | |
| S. Insurance Policies (from non-parties) are non relevant and not reasonably calculated to lead to discovery of admissable evidence. | | | | | | | | | | x | |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Neurosurgical Group of Chattanooga | St. Thomas Outpatient Neurosurgical Center | Specialty Surgery Center, PLLC | Howell Allen Clinic, PLLC | Dr. Donald Jones | Southeast Michigan Surgial Hospital | Michigan Pain Specialists | Thorek Memorial Hospital | Baltimore Pain Management Center | North Carolina Orthopedic Clinic | Surgical Park Center, Ltd. | Surgery Center of Wilson, LLC | Forsyth Street Ambulatory Surgery Center, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VI. OTHER** | | | | | | | | | | | | | |
| T. Subpoena was incomplete | | | | | | | | | | | | | |
| U. The PSC declined to confer. | | | | | | | | | | | | | |

**JOINT CHART**

Change at clinics request

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Neuromuscular and Rehabilitation Associates of Northern Michigan | Rochester Brain and Spine Neurosurgery & Pain | Pain Associates of Charleston | Dr. O'Connell's Pain Care Center | Greenspring Surgery Center | Pain Consultants of West Florida | Ukiah Valley Medical Center | Interventional Spine & Sports Medicine, PC | Encino Outpatient Surgery Center, LLC | Harford County Ambulatory Surgery Center, LLC | Allegheny Pain Management, P.C. | Sahara Outpatient Surgery Center, Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VI. OTHER** | | | | | | | | | | | | |
| T. Subpoena was incomplete | | | | | | | | | | X | | |
| U. The PSC declined to confer. | | | | | | | | | | X | | |

Change at clinics request

**JOINT CHART**

Objections to PSC's Subpoenas -- updated 11/5/2013

| Objector | Universal Pain Management Medical Corporation d/b/a Universal Pain Management | Pain Medicine Specialists, PA | Medical Advanced Pain Specialists, P.A. ("MAPS") | Union Hospital | Ambulatory Surgery Center | Sequoia Surgery Center, LLC f/k/a Cypress Surgery Center, LLC | Edison Surgical (in discussions w/Steve Rasnick) | Isaiah Florence (in discussions w/Steve Rasnick) | Comprehensive Pain Management (in discussions w/Steve Rasnick | Box Hill Surgery Center | The South Bend Clinic, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **VI. OTHER** | | | | | | | | | | | |
| T. Subpoena was incomplete | | | | | | | | | | | |
| U. The PSC declined to confer. | | | | | | | | | | | |