UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| | ) | |
| IN RE:  NEW ENGLAND | ) | MDL No. 1:13-md-2419-FDS |
| COMPOUNDING PHARMACY, INC. | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| All Actions | ) | |
| | ) | |
| | ) | |

ORDER APPOINTING RESOLUTIONS, LLC
AS MEDIATOR IN THE MEDIATION PROGRAM

**SAYLOR, J.**

Upon consideration of the Joint Proposal to Appoint Resolutions, LLC as Mediator in the Mediation Program (the "Proposal") proffered by the Plaintiffs' Steering Committee appointed in this case, the Chapter 11 Trustee appointed in the bankruptcy case of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center, and the Official Committee of Unsecured Creditors appointed in the bankruptcy case, seeking the Court's approval of the appointment of Resolutions, LLC as mediator pursuant to the Order on Mediation Program [Dkt. No. 394], and for good cause shown, it is hereby ordered as follows:

1. Resolutions, LLC is hereby appointed as mediator pursuant to the Mediation Order in connection with the Consenting Mediation Participants identified in the Proposal.

2. Nothing in this Order shall affect any parties' rights under the Mediation Order, including any party's right to withdraw from mediation.

3. The deadline by which parties to the mediation must submit a joint proposal for a

fee-sharing structure is extended to November 15, 2013.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  November 6, 2013