UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**JOINTLY PROPOSED AGENDA
FOR THE NOVEMBER 7, 2013 STATUS CONFERENCE**

The Plaintiffs' Steering Committee, Ameridose LLC, New England Compounding Pharmacy, Inc. (through both the Trustee and counsel), and Official Committee of Unsecured Creditors (through counsel)[1] jointly propose the following agenda for the November 7, 2013 status conference:

1. Update on subpoenas and objections
    a. Additional objections referred to Magistrate Boal
2. Status of mediation efforts [Mediation Order, Dkt. No. 394]
    a. Appointment of Mediator
    b. Mediation deadlines
3. Master Complaint and Responsive Pleadings
4. Pending motions
    a. St. Thomas's Motion for Reconsideration of MDL Order #7 [Dkt. No. 457]
        i. Joinders [Dkt. No. 459]
        ii. Plaintiffs' Steering Committee's Response [Dkt. No. 478]
        iii. St. Thomas's second request for extension of deadline [Dkt. No. 543]
    b. Motions to Dismiss
        i. Alaunus Pharmaceutical, LLC [Dkt. Nos. 32, 34, and 95]
    c. Ameridose's Motion (unopposed) with the JPML to Transfer two Nevada cases
5. NECC's report on informal discovery
6. Status of bankruptcy proceedings
7. Status of appeals

---

[1] All defendants whose counsel have filed notices of appearance in the MDL were provided an opportunity to comment on the agenda.

Dated:  November 7, 2013                    Respectfully submitted,

|  |  |
|---|---|
|  | */s/ Kristen Johnson Parker* |
| Matthew P. Moriarty | Thomas M. Sobol, BBO # 471770 |
| TUCKER ELLIS LLP | Kristen Johnson Parker, BBO# 667261 |
| 925 Euclid Avenue, Suite 1150 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Cleveland, OH 44115 | 55 Cambridge Parkway, Suite 301 |
| (216) 592-5000 | Cambridge, MA  02142 |
| mmoriarty@tuckerellis.com | (617) 482-3700 |
|  | tom@hbsslaw.com |
| *Ameridose's Liaison Counsel* | kristenjp@hbsslaw.com |
|  |  |
|  | *Plaintiffs' Lead Counsel* |
|  |  |
| Paul D. Moore | Frederick H. Fern |
| DUANE MORRIS LLP | HARRIS BEACH PLLC |
| 100 High Street, Suite 2400 | 100 Wall Street |
| Boston, MA 02110-1724 | New York, NY 10005 |
| (857) 488-4230 | (212) 687-0100 |
| pdmoore@duanemorris.com | hbnecc@harrisbeach.com |
|  |  |
| *Chapter 11 Trustee for the Estate of New England Compounding Pharmacy, Inc.* | *NECC's Liaison Counsel* |

William R. Baldiga
Rebecca L. Fordon
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200
wbaldiga@brownrudnick.com
rfordon@brownrudnick.com

David J. Molton
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
(212) 209-4800
dmolton@brownrudnick.com

*Counsel for the Official Committee of Unsecured Creditors*

2

## CERTIFICATE OF SERVICE

I, Kristen Johnson Parker, hereby certify that I caused a copy of the above Jointly Proposed Agenda for the November 7, 2013 Status Conference to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: November 7, 2013

                                         */s/ Kristen Johnson Parker*
                                         Kristen Johnson Parker, BBO # 667261