## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                                    )
IN RE: NEW ENGLAND COMPOUNDING     )          **MDL No. 1:13-md-2419-FDS**
PHARMACY, INC. PRODUCTS                    )
LIABILITY LITIGATION                             )
                                                    )
**This Document Relates To:**                      )
                                                    )
      **All Cases**                                      )
_____)

## NOTICE OF CHANGE OF ADDRESS

        Pursuant to Local Rule 83.5.2 please take notice that effective November 11, 2013, Todd
& Weld LLP will have the following new address:

Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA  02110-2012
(617) 720-2626
(617) 227-5777 (Fax)

        The Firms' telephone number and fax number will remain the same as listed above.

                                        Respectfully submitted,

                                        DOUGLAS CONIGLIARO and CARLA
                                        CONIGLIARO,

                                        By their attorneys,


                                        /s/ Melinda L. Thompson
                                        Melinda L. Thompson, Esquire
                                        (BBO #651265)
                                        mthompson@toddweld.com
                                        Christopher R. O'Hara
                                        (BBO #548611)
                                        cohara@toddweld.com
                                        Todd & Weld LLP
                                        One Federal Street, 27th Floor
                                        Boston, MA  02110
                                        (617) 720-2626

Dated:  November 11, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on November 11, 2013.

/s/ Melinda L. Thompson
Melinda L. Thompson, Esquire