UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION  )<br>)<br>)<br>)<br>v.                                                                        )<br>)<br>This Document Relates to:                       )<br>)<br>All Cases                                                 )<br>) | MDL No: 1:13-md-2419-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Tory A. Weigand, of Morrison Mahoney LLP, on behalf of the defendants, BKC Pain Specialists, Adil Katabay, M.D. and Nikesh Batra, M.D.

        Respectfully Submitted
        The Defendants
        BKC PAIN SPECIALISTS, ADIL KATABAY,
        M.D. and NIKESH BATRA, M.D.,
        By their attorney,

        /s/ Tory A. Weigand
        _____
        Tory A. Weigand, BBO #548553
        Morrison Mahoney LLP
        250 Summer Street
        Boston, MA  02210-1181
        (617) 439-7500
        tweigand@morrisonmahoney.com

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing  (NEF) and paper copies will be sent to those indicated as non registered participants on **November 12, 2013**

/s/ Tory A. Weigand
_____

1444530v1