```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


IN RE:  NEW ENGLAND COMPOUNDING      )
PHARMACY, INC. PRODUCTS LIABILITY    )
LITIGATION                           )
_____)
                                     )   MDL No. 2419
                                     )   Master Dkt.: 1:13-md-02419-FDS
THIS DOCUMENT RELATES TO:            )
                                     )
All Actions                          )
_____)
```

### *NOTICE OF LIMITED APPEARANCE FOR PARTICIPATION ON BEHALF OF MICHIGAN PAIN SPECIALISTS, PLLC FOR MEDIATION PURPOSES*

The Law Firm of **RUTLEDGE, MANION, RABAUT, TERRY & THOMAS, P.C.**, by and through undersigned counsel, **David M. Thomas**, gives notice of its limited appearance as counsel for non-party, **MICHIGAN PAIN SPECIALISTS, P.L.L.C.**, a professional limited liability company. In support thereof, the undersigned avers:

1. As retained co-counsel for non-party, **MICHIGAN PAIN SPECIALISTS, P.L.L.C.**, the undersigned declares that: (1) he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice - courts of the State of Michigan, The United States District Court for the Eastern District of Michigan and *pro hac vice* admissions in multiple states including: Alabama, California, Kentucky, Louisiana, Maryland, New York, Ohio and West Virginia; and (2) there are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction.

WHEREFORE, the undersigned respectfully requests that the Court permit him to appear in this matter on behalf of **MICHIGAN PAIN SPECIALISTS, P.L.L.C.** for mediation purposes. The undersigned further requests to receive notices of electronic filings with respect the MDL action.

Respectfully submitted,

*/s/ David M. Thomas*
David M. Thomas
Michigan Bar No. P-32470
dthomas@rmrtt.com
RUTLEDGE, MANION, RABAUT, TERRY &
THOMAS, P.C.
Suite 1600
Fort Washington Plaza
333 West Fort Street
Detroit, MI  48226
313-965-6100
313-961-9344 (Direct Dial)
313-965-6558 (Fax)
Co-Counsel for **Michigan Pain Specialists, P.L.L.C.**

DATED:    November 13, 2013

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing has been furnished to chambers via e-mail on November 13, 2013, as the undersigned has not yet received a CM/ECF log-in and password or been admitted *pro hac vice*.

        /s/ *David M. Thomas*
David M. Thomas
Michigan Bar No. P-32470
dthomas@rmrtt.com
RUTLEDGE, MANION, RABAUT, TERRY & THOMAS, P.C.
Suite 1600
Fort Washington Plaza
333 West Fort Street
Detroit, MI  48226
313-965-6100
313-961-9344 (Direct Dial)
313-965-6558 (Fax)
Co-Counsel for **Michigan Pain Specialists, P.L.L.C.**