UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC., PROCUCTS LIABILITY ) <br> LITIGATION ) <br> ) MDL No.: 2419 <br> ) Master Docket No.: 1:13-md-2419-FDS <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br>     All actions. ) | |

### ORDER GRANTING MOTION TO EXTEND DEADLINE

November 14, 2013

Boal, M.J.

    The Plaintiffs' Steering Committee has moved the court to extend the deadline by which to file a list of subpoena respondents that have patients who have filed suit; a list of subpoena respondents that have patients who have joined in the MDL litigation; and a list of subpoena recipients that have patients who have given notice of a claim or letter of representation, or similar communication, concerning a claim relating to NECC medications.

    WHEREFORE, it appears that good cause exists to grant the motion, and that no party or respondent will be prejudiced by the requested relief, it is hereby ORDERED that the deadline for filing such lists is extended to Wednesday, November 20, 2013.

_____
JENNIFER C. BOAL
United States Magistrate Judge

1