UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: NEW ENGLAND COMPUNDING PHARMACY, INC. | : | NO.: 1:13-md-02419(FDS) |
| PRODUCTS LIABILITY LITIGATION | : | NOVEMBER 18, 2013 |

### NECC MEDIATION PROGRAM
### PARTICIPATION NOTICE AND AGREEMENT

The undersigned hereby gives notice that she is agreeing to participate in the NECC mediation program as set forth by the Court's Order on Mediation Program of August 15, 2013, entered in *In re New England Compounding Pharmacy, Inc., Productions Liability Litigation*, MDL No. 1:13-md-02419-FDS ("the MDL").

By executing and filing this Participation Notice and Agreement in the MDL, the undersigned hereby stipulates, agrees and covenants to the terms of, and agrees to be bound by, the provisions of the Court's Order on Mediation Program.

IN WITNESS WHEREOF, and intending to be legally bound hereby, the undersigned execute this Participation Notice and Agreement as their voluntary act.

_____
Signature

| |
|---|
| Name:<br>  Nicole D. Dorman |
| Title of person signing, if on behalf of an organization:<br> as counsel to Liberty Industries, Inc. |
| Contact information:<br><br>  Address:  Rose Kallor, LLP<br>            750 Main Street, Suite 606<br>            Hartford, CT 06103<br>  Email:    ndorman@rosekallor.com<br><br>  Phone Number:  860-748-4660 |
| Name of facilities operated or associated with, if applicable:<br><br> |
| Name, firm name, address, phone number, and email address of attorney representing participants in mediation:<br><br>  Nicole D. Dorman<br>  Rose Kallor, LLP<br>  750 Main Street, Suite 606<br>  Hartford, CT 06103<br>  860-748-4660<br>  ndorman@rosekallor.com |

(Attach additional pages if necessary)

## CERTIFICATION

      This is to certify that on this 18th day of November, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Nicole D. Dorman_____
      Nicole D. Dorman