**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>    All Cases | MDL No.: 1:13-md-2419-FDS |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR APPROVAL OF
MEDIATION AGREEMENT AND GUIDELINES**

On August 15, 2013, this Court entered an Order on Mediation Program (the "Mediation Order").  On November 6, 2013, this Court appointed Resolutions, LLC as mediator.  The Parties who will be participating in mediation have conferred and, at the request of the mediator, the Plaintiffs' Steering Committee ("PSC") has drafted a proposed "Mediation Agreement and Guidelines," attached as Exhibit 1 hereto, which sets forth certain further details and agreements for the Parties participating in mediation. The Mediation Agreement and Guidelines incorporate many of the terms of Resolution, LLC's standard form mediation agreement.  The proposed Mediation Agreement and Guidelines have been approved by the mediator, the PSC, the Official Committee of the Unsecured Creditors, the Bankruptcy Trustee, and ARL BioPharma, Inc.  Wherefore, the PSC requests entry of an order approving the proposed Mediation Agreement and Guidelines.

Respectfully Submitted,

*/s/ Thomas M. Sobol*
Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
75 Arlington Street
Suite 500
Boston, MA  02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

        Patrick T. Fennell
        CRANDALL & KATT
        366 Elm Avenue, S.W.
        Roanoke, VA  24016
        Phone: (540) 342-2000
        pfennell@crandalllaw.com

        J. Gerard Stranch, IV
        Benjamin A. Gastel
        BRANSTETTER, STRANCH & JENNINGS PLLC
        227 Second Avenue North
        Nashville, TN  37201
        Phone: (615) 254-8801
        Fax: (615) 255-5419
        gerards@branstetterlaw.com

        Mark Zamora
        ZAMORA FIRM
        6 Concourse Parkway, 22nd Floor
        Atlanta, GA  30328
        Phone: (404) 451-7781
        Fax: (404) 506-9223
        mark@markzamora.com

        *Plaintiffs' Steering Committee*

Dated:   November 18, 2013

## **CERTIFICATE OF SERVICE**

       I, Thomas M. Sobol, hereby certify that I caused a copy of the above Plaintiffs' Steering Committee's Motion For Approval of Mediation Agreement Guidelines to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: November 18, 2013

                                                    _**/s/ Thomas M. Sobol**_
                                                    Thomas M. Sobol