UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND
COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

This Document Relates To:

All Cases

MDL No.: 1:13-md-2419-FDS

PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR
APPROVAL OF PROPOSED MEDIATION FEE-SHARING STRUCTURE

On August 15, 2013, this Court entered an Order on Mediation Program (the "Mediation Order"). On November 6, 2013, this Court appointed Resolutions, LLC as mediator. The Parties who will be participating in mediation have conferred and, at the request of the mediator, the Plaintiffs' Steering Committee ("PSC") has drafted a proposed "Mediation Fee-Sharing Structure," attached as Exhibit 1 hereto. The proposed fee-sharing structure has been approved by Resolutions LLC, the PSC, the Official Committee of the Unsecured Creditors, the Bankruptcy Trustee, Victory Heating & Air Conditioning Co., Victory Mechanical Services, Inc., and (with the conditions described in footnote 2 of the proposal) ARL BioPharma, Inc.[1]

Wherefore, the PSC requests entry of an order approving the proposed Mediation Fee-Sharing Structure.

---

[1] Carlos Jassir, M.D., Pain Management Center of West Orange does not consent to the fee sharing proposal.

1

Dated: November 22, 2013 Respectfully Submitted,

   */s/ **Thomas M. Sobol***
Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
75 Arlington Street
Suite 500
Boston, MA  02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

2

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Phone: (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA  30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol, hereby certify that I caused a copy of the above Plaintiffs' Steering Committee's Motion For Approval of Mediation Agreement Guidelines to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  November 22, 2013

　　　　　　　　　　　　　　　　　　　　　　 */s/ Thomas M. Sobol*
　　　　　　　　　　　　　　　　　　　　　　Thomas M. Sobol