**RESOLUTIONS, LLC**
**Fee Schedule for New England Compounding Center[1]**

**Mediations**:

Eric D. Green:  Mediations will be billed at the flat fee rate of $9,000 per day in Massachusetts and $10,000 per day outside of Massachusetts.  Preparation and follow-up time will be billed at $720 per hour.

Carmin C. Reiss:  Mediations, preparation and follow-up time will be billed at $400 per hour.

Hon. Nancy Gertner (ret.):  Mediations will be billed at the flat fee rate of $5,000 per day. Preparation and follow-up time billed at $500 per hour.

Hon Hiller B. Zobel (ret.):  Mediations, preparation and follow-up time will be billed at $400 per hour.

**Additional Fees**:

* *Rescheduling* – (1) No rescheduling fee will be charged if a mediation session is rescheduled more than 45 days before the date of the session; (2) a rescheduling fee of 50% of the applicable daily mediation fees will be charged if a session is rescheduled within 45 days of the session, unless the day(s) can be rescheduled for another matter, through reasonable efforts.

* *Cancellation* – (1) If a mediation session is canceled more than 45 days before a session, prepaid professional fees are fully refundable, except to the extent preparation or other professional time has already been incurred; (2) the parties are charged for incurred preparation time and booked daily mediation fees in cases canceled less than 45 days before the session, unless the day(s) can be rescheduled for another matter, through reasonable efforts.

* *Early Completion* – If a mediation session is completed in fewer day(s) than reserved, the actual time reserved but not used by the Parties will be billed unless the day(s) can be booked for another matter, through reasonable efforts.

**Expenses:**

* Actual expenses are billed at cost.

**Billing and Payment**:

A prepayment based on estimated fees and expenses is billed and due when the engagement is confirmed as set forth in the Mediation Agreement.  Follow-up invoices are due upon receipt. Any portion of the prepaid estimated fees and expenses unused as the result of overestimate of preparation time or expenses will be promptly refunded.

---

[1] Previously filed with the Court as Exhibit 3 to the Mediation Agreement.