List 2: New England Compounding Center (NECC) Customer List Since 5/21/2012, Sorted by Customer - With Product Information

| Customer | Address | City | State | Zip | Item Description | Qty | Ship Date |
|---|---|---|---|---|---|---|---|
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | BETAMETHASONE SOD. PHOS. (PF) 6MG/ML 5ML | 5.00 | 09/17/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | SULPHAN BLUE (PF) 1% INJECTABLE, 5ML VIAL | 10.00 | 09/17/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | HYALURONIDASE 150U/ML, 1ML INJ. | 5.00 | 09/07/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | HYALURONIDASE 150U/ML, 1ML INJ. | 6.00 | 08/20/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | HYALURONIDASE 150U/ML, 1ML INJ. | 8.00 | 08/13/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | LET 4-0,18-0.5% GEL, 3ML SYRINGE | 50.00 | 08/13/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | SULPHAN BLUE (PF) 1% INJECTABLE, 5ML VIAL | 8.00 | 08/13/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | HYALURONIDASE 150U/ML, 1ML INJ. | 7.00 | 08/06/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | HYALURONIDASE 150U/ML, 1ML INJ. | 9.00 | 07/27/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | HYALURONIDASE 150U/ML, 1ML INJ. | 6.00 | 07/20/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | HYALURONIDASE 150U/ML, 1ML INJ. | 7.00 | 07/13/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | SULPHAN BLUE (PF) 1% INJECTABLE, 5ML VIAL | 8.00 | 07/09/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | HYALURONIDASE 150U/ML, 1ML INJ. | 12.00 | 07/03/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | HYALURONIDASE 150U/ML, 1ML INJ. | 6.00 | 06/08/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | LET 4-0,18-0.5% GEL, 3ML SYRINGE | 50.00 | 05/31/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | POTASSIUM PHOSPHATE 15MMOL/250ML D5W BAG | 50.00 | 05/31/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | HYALURONIDASE 150U/ML, 1ML INJ. | 5.00 | 05/25/2012 |
| DOCTORS COMMUNITY HOSPITAL | 8118 GOOD LUCK ROAD | LANHAM | MD | 20706 | SULPHAN BLUE (PF) 1% INJECTABLE, 5ML VIAL | 10.00 | 05/25/2012 |
| DOCTORS HOSPITAL - IT | 4901 COLLEGE BOULEVARD | LEAWOOD | KS | 66211 | SUFENTANIL PF 50MCG/ML INJ, 20ML RX | 1.00 | 09/13/2012 |
| DOCTORS HOSPITAL - IT | 4901 COLLEGE BOULEVARD | LEAWOOD | KS | 66211 | HYDROMORPHONE PF 10MG/ML INJ, 20ML RX | 1.00 | 09/10/2012 |
| DOCTORS HOSPITAL - IT | 4901 COLLEGE BOULEVARD | LEAWOOD | KS | 66211 | HYDROMORPHONE PF 15MG/ML INJ, 20ML RX | 1.00 | 09/10/2012 |
| DOCTORS HOSPITAL - IT | 4901 COLLEGE BOULEVARD | LEAWOOD | KS | 66211 | HYDROMORPHONE PF 50MG/ML INJ, 20ML RX | 1.00 | 08/23/2012 |
| DOCTORS HOSPITAL - IT | 4901 COLLEGE BOULEVARD | LEAWOOD | KS | 66211 | HYDROMORPHONE/BUPIVACAINE PF 5MG/7.5MG/ML INJ, 20ML RX | 1.00 | 08/23/2012 |
| DOCTORS HOSPITAL - IT | 4901 COLLEGE BOULEVARD | LEAWOOD | KS | 66211 | MORPHINE PF 40MG/ML INJ, 20ML RX | 1.00 | 08/23/2012 |
| DOCTORS HOSPITAL - IT | 4901 COLLEGE BOULEVARD | LEAWOOD | KS | 66211 | HYDROMORPHONE PF 10MG/ML INJ, 20ML RX | 1.00 | 08/15/2012 |
| DOCTORS HOSPITAL - IT | 4901 COLLEGE BOULEVARD | LEAWOOD | KS | 66211 | HYDROMORPHONE PF 15MG/ML INJ, 20ML RX | 1.00 | 08/15/2012 |
| DOCTORS HOSPITAL - IT | 4901 COLLEGE BOULEVARD | LEAWOOD | KS | 66211 | HYDROMORPHONE PF 25MG/ML INJ, 20ML RX | 1.00 | 07/05/2012 |
| DOCTORS HOSPITAL - IT | 4901 COLLEGE BOULEVARD | LEAWOOD | KS | 66211 | MORPHINE PF 30MG/ML INJ, 20ML RX | 1.00 | 07/05/2012 |
| DOCTORS HOSPITAL - IT | 4901 COLLEGE BOULEVARD | LEAWOOD | KS | 66211 | MORPHINE PF 30MG/ML INJ, 20ML RX | 1.00 | 06/29/2012 |
| DOCTORS HOSPITAL - IT | 4901 COLLEGE BOULEVARD | LEAWOOD | KS | 66211 | HYDROMORPHONE PF 20MG/ML INJ, 20ML RX | 1.00 | 05/24/2012 |
| DOCTORS HOSPITAL OF MANTECA | 1205 E. NORTH STREET | MANTECA | CA | 95336 | FOLIC ACID (PF) INJECTABLE 5MG/ML, 1ML in a 3mL SYRINGE | 20.00 | 08/22/2012 |
| DOCTORS HOSPITAL OF MANTECA | 1205 E. NORTH STREET | MANTECA | CA | 95336 | LET 4-0 18-0.5% GEL 3ML SYRINGE | 50.00 | 07/26/2012 |
| DOCTORS HOSPITAL OF MANTECA | 1205 E. NORTH STREET | MANTECA | CA | 95336 | VITAMIN K (PHYTONADIONE) 10MG/ML, 1mL VIAL | 50.00 | 06/28/2012 |
| DOCTORS HOSPITAL OF MANTECA | 1205 E. NORTH STREET | MANTECA | CA | 95336 | VITAMIN K (PHYTONADIONE) 10MG/ML, 1mL VIAL | 50.00 | 06/27/2012 |
| DOCTORS HOSPITAL OF MANTECA | 1205 E. NORTH STREET | MANTECA | CA | 95336 | FOLIC ACID (PF) INJECTABLE 5MG/ML, 1ML in a 3mL SYRINGE | 50.00 | 06/22/2012 |
| DOMENIC STRAZZULLA MD | 500 CONGRESS STREET-SUITE 1A-1 | QUINCY | MA | 02169 | TERBINAFINE 2% IN DMSO, SOLUTION, 15ML | 2.00 | 07/30/2012 |
| DOMINICAN HOSPITAL | 1555 SOQUEL DRIVE | SANTA CRUZ | CA | 95065 | KETOROLAC (PF) 30MG/ML, 1ML SYRINGE | 500.00 | 09/12/2012 |
| DOMINICAN HOSPITAL | 1555 SOQUEL DRIVE | SANTA CRUZ | CA | 95065 | VITAMIN K (PHYTONADIONE) 10MG/ML 1mL VIAL | 100.00 | 06/27/2012 |
| DOMINICAN HOSPITAL | 1555 SOQUEL DRIVE | SANTA CRUZ | CA | 95065 | KETOROLAC (PF) 30MG/ML, 1ML SYRINGE | 1,000.00 | 06/14/2012 |
| DOMINICAN HOSPITAL | 1555 SOQUEL DRIVE | SANTA CRUZ | CA | 95065 | KETOROLAC (PF) 30MG/ML, 1ML SYRINGE | 300.00 | 05/31/2012 |
| DOMINICAN HOSPITAL | 1555 SOQUEL DRIVE | SANTA CRUZ | CA | 95065 | METOCLOPRAMIDE HCL (PF) 5MG/ML INJ, 2ML SYRINGE | 1,000.00 | 05/23/2012 |
| DOMINION HOSPITAL | 2960 SLEEPY HOLLOW ROAD | FALLS CHURCH | VA | 22044 | CAFFEINE SODIUM BENZOATE (PF) 250MG/ML, 2ML VIAL | 25.00 | 06/14/2012 |
| DONALSONVILLE HOSPITAL | 102 HOSPITAL CIRCLE | DONALSONVILLE | GA | 39845 | HYDROXYPROGESTERONE CAPOTE 250MG/ML, 1ML | 16.00 | 08/17/2012 |
| DONALSONVILLE HOSPITAL | 102 HOSPITAL CIRCLE | DONALSONVILLE | GA | 39845 | HYDROXYPROGESTERONE CAPOTE 250MG/ML, 1ML | 16.00 | 07/25/2012 |
| DONALSONVILLE HOSPITAL | 102 HOSPITAL CIRCLE | DONALSONVILLE | GA | 39845 | HYDROXYPROGESTERONE CAPOTE 250MG/ML, 1ML | 8.00 | 06/29/2012 |
| DONALSONVILLE HOSPITAL | 102 HOSPITAL CIRCLE | DONALSONVILLE | GA | 39845 | HYDROXYPROGESTERONE CAPOTE 250MG/ML, 1ML | 16.00 | 06/25/2012 |
| DONALSONVILLE HOSPITAL | 102 HOSPITAL CIRCLE | DONALSONVILLE | GA | 39845 | HYDROXYPROGESTERONE CAPOTE 250MG/ML, 1ML | 8.00 | 05/31/2012 |
| DONALSONVILLE HOSPITAL | 102 HOSPITAL CIRCLE | DONALSONVILLE | GA | 39845 | HYDROXYPROGESTERONE CAPOTE 250MG/ML, 1ML | 8.00 | 05/25/2012 |
| DORMINY MEDICAL CENTER | 200 PERRY HOUSE ROAD | FITZGERALD | GA | 31750 | SULPHAN BLUE (PF) 1% INJECTABLE, 5ML VIAL | 1.00 | 09/20/2012 |
| DORN VA MEDICAL CENTER | 6439 GARNERS FERRY | COLUMBIA | SC | 29209 | FUROSEMIDE 10MG/ML, 10ML VIAL | 150.00 | 09/24/2012 |
| DORN VA MEDICAL CENTER | 6439 GARNERS FERRY | COLUMBIA | SC | 29209 | METHACHOLINE (KIT) SOLUTION, 5 X 5ML | 2.00 | 09/11/2012 |
| DORN VA MEDICAL CENTER | 6439 GARNERS FERRY | COLUMBIA | SC | 29209 | FUROSEMIDE 10MG/ML, 10ML VIAL | 120.00 | 07/11/2012 |
| DOTHAN SURGERY CENTER | 1450 ROSS CLARK CIRCLE SE | DOTHAN | AL | 36301 | MITOMYCIN SYR. 0.2MG/ML OPHTHALMIC, 1ML | 2.00 | 08/28/2012 |
| DOTHAN SURGERY CENTER | 1450 ROSS CLARK CIRCLE SE | DOTHAN | AL | 36301 | MITOMYCIN SYR. 0.2MG/ML OPHTHALMIC, 1ML | 2.00 | 08/07/2012 |
| DOTHAN SURGERY CENTER | 1450 ROSS CLARK CIRCLE SE | DOTHAN | AL | 36301 | MITOMYCIN SYR. 0.2MG/ML OPHTHALMIC, 1ML | 2.00 | 07/16/2012 |
| DOTHAN SURGERY CENTER | 1450 ROSS CLARK CIRCLE SE | DOTHAN | AL | 36301 | MITOMYCIN SYR. 0.2MG/ML OPHTHALMIC, 1ML | 2.00 | 06/11/2012 |
| DOTHAN SURGERY CENTER | 1450 ROSS CLARK CIRCLE SE | DOTHAN | AL | 36301 | MITOMYCIN SYR. 0.2MG/ML OPHTHALMIC, 1ML | 2.00 | 05/30/2012 |
| DOWN RIVER REHAB | 2333 BIDDLE AVENUE | WYANDOTTE | MI | 48192 | BETAMETHASONE REPOSITORY 6MG/ML INJ., 10ML | 25.00 | 08/01/2012 |
| DOWN RIVER REHAB | 2333 BIDDLE AVENUE | WYANDOTTE | MI | 48192 | METHYLPREDNISOLONE ACETATE 40MG/ML INJ, 10ML | 25.00 | 08/01/2012 |
| DOWN RIVER REHAB | 2333 BIDDLE AVENUE | WYANDOTTE | MI | 48192 | METHYLPREDNISOLONE ACETATE 40MG/ML INJ, 10ML | 25.00 | 05/25/2012 |
| DOWNING-MCPEAK SURGERY CTR. | 108 BRAVO BLVD. | GLASGOW | KY | 42141 | MITOMYCIN SYR. 0.3MG/ML OPHTHALMIC, 1ML | 6.00 | 09/11/2012 |
| DOWNING-MCPEAK SURGERY CTR. | 108 BRAVO BLVD. | GLASGOW | KY | 42141 | PHENYLEPHRINE (PF) IN BSS 2.5% INJ, 1 ML | 10.00 | 08/29/2012 |



RESPONDENT'S EXHIBIT 1

10/23/2012

List 2: New England Compounding Center (NECC) Customer List Since 5/21/2012, Sorted by Customer - With Product Information

| Customer | Address | City | State | Zip | Item Description | Qty | Ship Date |
|---|---|---|---|---|---|---|---|
| DOWNING-MCPEAK SURGERY CTR. | 108 BRAVO BLVD. | GLASGOW | KY | 42141 | PHENYLEPHRINE (PF) IN BSS 2.5% INJ, 1 ML | 8.00 | 08/14/2012 |
| DOWNING-MCPEAK SURGERY CTR. | 108 BRAVO BLVD. | GLASGOW | KY | 42141 | MITOMYCIN SYR. 0.3MG/ML OPHTHALMIC, 1ML | 6.00 | 08/07/2012 |
| DOWNING-MCPEAK SURGERY CTR. | 108 BRAVO BLVD. | GLASGOW | KY | 42141 | PHENYLEPHRINE (PF) IN BSS 2.5% INJ, 1 ML | 8.00 | 06/19/2012 |
| DOWNING-MCPEAK SURGERY CTR. | 108 BRAVO BLVD. | GLASGOW | KY | 42141 | MITOMYCIN SYR. 0.3MG/ML OPHTHALMIC, 1ML | 6.00 | 06/12/2012 |
| DOYLESTOWN HOSPITAL | 595 W STATE STREET | DOYLESTOWN | PA | 18901 | POLYMYXIN-B/BACITRACIN 3MU/300KU SOLUTION, 50mL in a 60 mL SYRINGE | 50.00 | 09/18/2012 |
| DOYLESTOWN HOSPITAL | 595 W STATE STREET | DOYLESTOWN | PA | 18901 | POLYMYXIN-B/BACITRACIN 3MU/300KU SOLUTION, 50mL in a 60 mL SYRINGE | 50.00 | 08/23/2012 |
| DOYLESTOWN HOSPITAL | 595 W STATE STREET | DOYLESTOWN | PA | 18901 | POLYMYXIN-B/BACITRACIN 3MU/300KU SOLUTION, 50mL in a 60 mL SYRINGE | -2.00 | 08/22/2012 |
| DOYLESTOWN HOSPITAL | 595 W STATE STREET | DOYLESTOWN | PA | 18901 | POLYMYXIN-B/BACITRACIN 3MU/300KU SOLUTION, 50mL in a 60 mL SYRINGE | 50.00 | 07/17/2012 |
| DOYLESTOWN HOSPITAL | 595 W STATE STREET | DOYLESTOWN | PA | 18901 | POLYMYXIN-B/BACITRACIN 3MU/300KU SOLUTION, 50mL in a 60 mL SYRINGE | 50.00 | 05/22/2012 |
| DOYLESTOWN HOSPITAL | 595 W STATE STREET | DOYLESTOWN | PA | 18901 | POLYMYXIN-B/BACITRACIN 3MU/300KU SOLUTION, 50mL in a 60 mL SYRINGE | 50.00 | 06/06/2012 |
| DOYLESTOWN HOSPITAL | 595 W STATE STREET | DOYLESTOWN | PA | 18901 | METHACHOLINE (M) (KIT) SOLUTION, 5 X 5ML | 1.00 | 05/22/2012 |
| DR. O'CONNELL'S PAIN CARE CTR | 1 MOUND COURT | MERRIMACK | NH | 03054 | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML | 40.00 | 09/17/2012 |
| DR. O'CONNELL'S PAIN CARE CTR | 1 MOUND COURT | MERRIMACK | NH | 03054 | BETAMETHASONE REPOSITORY INJ. (PF) 6MG/ML , 5 ML | 5.00 | 08/24/2012 |
| DR. O'CONNELL'S PAIN CARE CTR | 1 MOUND COURT | MERRIMACK | NH | 03054 | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML | 40.00 | 07/25/2012 |
| DR. O'CONNELL'S PAIN CARE CTR | 1 MOUND COURT | MERRIMACK | NH | 03054 | BETAMETHASONE REPOSITORY INJ. (PF) 6MG/ML , 5 ML | 5.00 | 07/06/2012 |
| DR. O'CONNELL'S PAIN CARE CTR | 1 MOUND COURT | MERRIMACK | NH | 03054 | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML | 40.00 | 06/08/2012 |
| DR. O'CONNELL'S PAINCARE CENTERS, INC | 255 ROUTE 108, SUITE 1 | SOMERSWORTH | NH | 03878 | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML | 80.00 | 08/24/2012 |
| DR. O'CONNELL'S PAINCARE CENTERS, INC | 255 ROUTE 108, SUITE 1 | SOMERSWORTH | NH | 03878 | TRIAMCINOLONE ACETONIDE INJ. 40MG/ML (PF) 5 ML | 80.00 | 08/24/2012 |
| DR. O'CONNELL'S PAINCARE CENTERS, INC | 255 ROUTE 108, SUITE 1 | SOMERSWORTH | NH | 03878 | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML | 40.00 | 07/09/2012 |
| DR. O'CONNELL'S PAINCARE CENTERS, INC | 255 ROUTE 108, SUITE 1 | SOMERSWORTH | NH | 03878 | BETAMETHASONE REPOSITORY INJ. (PF) 6MG/ML , 5 ML | 80.00 | 07/09/2012 |
| DR. O'CONNELL'S PAINCARE CENTERS, INC | 255 ROUTE 108, SUITE 1 | SOMERSWORTH | NH | 03878 | TRIAMCINOLONE ACETONIDE INJ. 40MG/ML (PF) 5 ML | 80.00 | 06/15/2012 |
| DR. O'CONNELL'S PAINCARE CENTERS, INC | 255 ROUTE 108, SUITE 1 | SOMERSWORTH | NH | 03878 | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML | 80.00 | 06/15/2012 |
| DRISCOLL CHILDREN'S HOSPITAL | 3533 SOUTH ALAMEDA | CORPUS CHRISTI | TX | 78411 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 100.00 | 10/01/2012 |
| DRISCOLL CHILDREN'S HOSPITAL | 3533 SOUTH ALAMEDA | CORPUS CHRISTI | TX | 78411 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 100.00 | 08/27/2012 |
| DRISCOLL CHILDREN'S HOSPITAL | 3533 SOUTH ALAMEDA | CORPUS CHRISTI | TX | 78411 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 75.00 | 07/30/2012 |
| DRISCOLL CHILDREN'S HOSPITAL | 3533 SOUTH ALAMEDA | CORPUS CHRISTI | TX | 78411 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 75.00 | 07/06/2012 |
| DRISCOLL CHILDREN'S HOSPITAL | 3533 SOUTH ALAMEDA | CORPUS CHRISTI | TX | 78411 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 75.00 | 06/04/2012 |
| DUBLIN PAIN CLINIC | 4930 W. BROAD STREET | COLUMBUS | OH | 43228 | METHYLPREDNISOLONE ACETATE 80 MG/ML INJECTABLE 5ML | 20.00 | 09/05/2012 |
| DUBLIN PAIN CLINIC | 4930 W. BROAD STREET | COLUMBUS | OH | 43228 | BETAMETHASONE SOD. PHOS. (PF)12MG/ML 5ML | 30.00 | 08/31/2012 |
| DUBLIN PAIN CLINIC | 4930 W. BROAD STREET | COLUMBUS | OH | 43228 | HYALURONIDASE 150U/ML PRESERVATIVE-FREE 1ML | 20.00 | 08/24/2012 |
| DUBLIN PAIN CLINIC | 4930 W. BROAD STREET | COLUMBUS | OH | 43228 | BETAMETHASONE SOD. PHOS. (PF)12MG/ML 5ML | 30.00 | 07/19/2012 |
| DUBLIN PAIN CLINIC | 4930 W. BROAD STREET | COLUMBUS | OH | 43228 | BETAMETHASONE SOD. PHOS. (PF)12MG/ML 5ML | 30.00 | 06/25/2012 |
| DUBLIN PAIN CLINIC | 4930 W. BROAD STREET | COLUMBUS | OH | 43228 | BETAMETHASONE SOD. PHOS. (PF)12MG/ML 5ML | 30.00 | 06/05/2012 |
| DUBLIN PAIN CLINIC | 4930 W. BROAD STREET | COLUMBUS | OH | 43228 | HYALURONIDASE 150U/ML PRESERVATIVE-FREE 1ML | 20.00 | 05/23/2012 |
| DUBLIN PHYSICAL MEDICINE | 6905 HOSPITAL DRIVE | DUBLIN | OH | 43016 | TRIPLE ANESTHETIC CREAM 20-6-4 60 GRAM | 1.00 | 06/19/2012 |
| DUBOIS REGIONAL MEDICAL CENTER | 100 HOSPITAL AVE | DUBOIS | PA | 15801 | THAM 0.3M (TROMETHAMINE SOLUTION), 500ML BAG | 2.00 | 10/03/2012 |
| DUBOIS REGIONAL MEDICAL CENTER | 100 HOSPITAL AVE | DUBOIS | PA | 15801 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 25.00 | 08/28/2012 |
| DUBOIS REGIONAL MEDICAL CENTER | 100 HOSPITAL AVE | DUBOIS | PA | 15801 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 25.00 | 08/08/2012 |
| DUBOIS REGIONAL MEDICAL CENTER | 100 HOSPITAL AVE | DUBOIS | PA | 15801 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 25.00 | 07/16/2012 |
| DUBOIS REGIONAL MEDICAL CENTER | 100 HOSPITAL AVE | DUBOIS | PA | 15801 | TRIPLE ANESTHETIC GEL 10-6-4, 30 GM | 4.00 | 06/28/2012 |
| DUBOIS REGIONAL MEDICAL CENTER | 100 HOSPITAL AVE | DUBOIS | PA | 15801 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 25.00 | 06/07/2012 |
| DUBOIS HOSPITAL OF LAKE CHARLES | 524 DR. MICHAEL DEBAKEY DRIVE | LAKE CHARLES | LA | 70601 | METOCLOPRAMIDE HCL (PF) 5MG/ML INJ, 2ML SYRINGE | 50.00 | 05/24/2012 |
| DUDLEY STREET OPERATORY | 2 DUDLEY STREET | PROVIDENCE | RI | 02905 | HYALURONIDASE 150U/ML, 1ML INJ. | 12.00 | 07/24/2012 |
| DUDLEY STREET OPERATORY | 2 DUDLEY STREET | PROVIDENCE | RI | 02905 | METHYLENE BLUE 4% SOLUTION 30ML | 6.00 | 06/22/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/BUPIVACAINE/HYALURONIDASE (PF) 1.9%/0.36%/7.5U/ML INJECTABLE, 10 ML SYRINGE | 40.00 | 10/01/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/HYALURONIDASE (PF) 2.9%/7.1U/ML INJECTABLE, 7ML SYRINGE | 140.00 | 10/01/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/BUPIVACAINE/HYALURONIDASE (PF) 1.9%/0.36%/7.5U/ML INJECTABLE, 10 ML SYRINGE | 40.00 | 09/17/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/HYALURONIDASE (PF) 2.9%/7.1U/ML INJECTABLE, 7ML SYRINGE | 140.00 | 09/17/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/BUPIVACAINE/HYALURONIDASE (PF) 1.9%/0.36%/7.5U/ML INJECTABLE, 10 ML SYRINGE | 40.00 | 08/31/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/HYALURONIDASE (PF) 2.9%/7.1U/ML INJECTABLE, 7ML SYRINGE | 120.00 | 08/31/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/BUPIVACAINE/HYALURONIDASE (PF) 1.9%/0.36%/7.5U/ML INJECTABLE, 10 ML SYRINGE | 30.00 | 08/20/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/HYALURONIDASE (PF) 2.9%/7.1U/ML INJECTABLE, 7ML SYRINGE | 140.00 | 08/20/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/BUPIVACAINE/HYALURONIDASE (PF) 1.9%/0.36%/7.5U/ML INJECTABLE, 10 ML SYRINGE | 140.00 | 08/07/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/BUPIVACAINE/HYALURONIDASE (PF) 1.9%/0.36%/7.5U/ML INJECTABLE, 10 ML SYRINGE | 25.00 | 07/31/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/HYALURONIDASE (PF) 2.9%/7.1U/ML INJECTABLE, 7ML SYRINGE | 140.00 | 07/28/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/BUPIVACAINE/HYALURONIDASE (PF) 1.9%/0.36%/7.5U/ML INJECTABLE, 10 ML SYRINGE | 40.00 | 07/03/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/HYALURONIDASE (PF) 2.9%/7.1U/ML INJECTABLE, 7ML SYRINGE | 140.00 | 07/03/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/HYALURONIDASE (PF) 2.9%/7.1U/ML INJECTABLE, 7ML SYRINGE | 140.00 | 06/19/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/HYALURONIDASE (PF) 2.9%/7.1U/ML INJECTABLE, 7ML SYRINGE | 140.00 | 06/05/2012 |
| DULANEY EYE INSTITUTE | 901 DULANEY VALLEY RD. | TOWSON | MD | 21204 | LIDOCAINE/HYALURONIDASE (PF) 2.9%/7.1U/ML INJECTABLE, 7ML SYRINGE | 145.00 | 05/22/2012 |
| DUPAGE PLASTIC SURGERY | 1307 MACOM DRIVE | NAPERVILLE | IL | 60564 | TRIPLE ANESTHETIC CREAM 20-6-4 30 GRAM | 5.00 | 06/22/2012 |
| DUPONT HOSPITAL | 2520 EAST DUPONT ROAD | FORT WAYNE | IN | 46825 | MITOMYCIN 40mg/40mL BLADDER IRRIGATION IN STERILE WATER, 40ML SYRINGE | 1.00 | 10/02/2012 |

List 2: New England Compounding Center (NECC) Customer List Since 5/21/2012, Sorted by Customer - With Product Information

| Customer | Address | City | State | Zip | Item Description | Qty | Ship Date |
|---|---|---|---|---|---|---|---|
| JOHNSON MEMORIAL HOSPITAL | 201 CHESTNUT HILL ROAD | STAFFORD SPRINGS | CT | 06076 | LET 4-0.1B-0.5% GEL, 3ML SYRINGE | 30.00 | 10/02/2012 |
| JOHNSON MEMORIAL HOSPITAL | 201 CHESTNUT HILL ROAD | STAFFORD SPRINGS | CT | 06076 | NALBUPHINE (PF) 10MG/ML, 1ML VIAL | 25.00 | 09/21/2012 |
| JOHNSON MEMORIAL HOSPITAL | 201 CHESTNUT HILL ROAD | STAFFORD SPRINGS | CT | 06076 | NALBUPHINE (PF) 10MG/ML, 1ML VIAL | 34.00 | 08/24/2012 |
| JOHNSON MEMORIAL HOSPITAL | 201 CHESTNUT HILL ROAD | STAFFORD SPRINGS | CT | 06076 | ATROPINE (PF) 0.1MG/ML, 10ML VIAL | 50.00 | 07/27/2012 |
| JOHNSON MEMORIAL HOSPITAL | 201 CHESTNUT HILL ROAD | STAFFORD SPRINGS | CT | 06076 | VANCOMYCIN (PF) 10MG/ML INJ, 1 ML | 1.00 | 07/27/2012 |
| JOHNSON MEMORIAL HOSPITAL | 201 CHESTNUT HILL ROAD | STAFFORD SPRINGS | CT | 06076 | LET 4-0.1B-0.5% GEL, 3ML SYRINGE | 25.00 | 07/19/2012 |
| JOHNSON MEMORIAL HOSPITAL | 201 CHESTNUT HILL ROAD | STAFFORD SPRINGS | CT | 06076 | PROCHLORPERAZINE (PF) 5MG/ML, 2ML INJ, VIAL | 50.00 | 07/18/2012 |
| JOHNSON MEMORIAL HOSPITAL | 201 CHESTNUT HILL ROAD | STAFFORD SPRINGS | CT | 06076 | ATROPINE (PF) 0.1MG/ML, 10ML VIAL | 50.00 | 07/13/2012 |
| JOHNSON MEMORIAL HOSPITAL | 201 CHESTNUT HILL ROAD | STAFFORD SPRINGS | CT | 06076 | ATROPINE (PF) 1MG/ML, 1 ML VIAL | 50.00 | 07/11/2012 |
| JOHNSON MEMORIAL HOSPITAL | 201 CHESTNUT HILL ROAD | STAFFORD SPRINGS | CT | 06076 | POTASSIUM CHLORIDE (PF) 2MEQ/ML INJECTABLE 30 ML VIALS | 50.00 | 07/02/2012 |
| JONATHANN C. KUO MD PC | 350 BROADWAY, SUITE 200 | NEW YORK | NY | 10005 | METHYLPREDNISOLONE 80MG/ML INJ, 10ML | 100.00 | 09/19/2012 |
| JONATHANN C. KUO MD PC | 350 BROADWAY, SUITE 200 | NEW YORK | NY | 10005 | METHYLPREDNISOLONE 80MG/ML INJ, 10ML | 100.00 | 07/10/2012 |
| JONES, ERIC MD | 138 W STATE STREET | PENDLETON | IN | 46064 | PPC/PENTOX 25MG/0.3MG/ML + B-COMPLEX 100ML | 5.00 | 05/26/2012 |
| JORDAN HOSPITAL | ATTENTION: PHARMACY DEPARTMENT | PLYMOUTH | MA | 02360 | LIDO/PHENYLEPH/MINT 4%/1% SPRAY 60ML | 1.00 | 08/06/2012 |
| JORDAN HOSPITAL | ATTENTION: PHARMACY DEPARTMENT | PLYMOUTH | MA | 02360 | LIDO/PHENYLEPH/MINT 4%/1% SPRAY 60ML | 1.00 | 05/29/2012 |
| JOSE E. PERAZA MD | 252 BROAD STREET | CLAREMONT | NH | 03743 | PODOPHYLLIN 25% TINC 30ML | 1.00 | 09/26/2012 |
| JOSE E. PERAZA MD | 252 BROAD STREET | CLAREMONT | NH | 03743 | GLYCERIN-LIDOCAINE-EPI (STERILE) 48%-0.33-0.00033% INJ, 50ML | 1.00 | 05/31/2012 |
| JOSEPHBERG, ROBERT MD | 984 N. BROADWAY SUITE 511 | YONKERS | NY | 10701 | TRIAMCINOLONE ACETONIDE, 40MG/ML PRESERVATIVE FREE, 1ML | 15.00 | 07/20/2012 |
| JOSLIN DIABETES CENTER, INC. | C/O BETH ISRAEL DIACONESS MED. CTR. | BOSTON | MA | 02215 | POVIDONE IODINE 5% DROPS 1ML | 50.00 | 10/03/2012 |
| JOSLIN DIABETES CENTER, INC. | C/O BETH ISRAEL DIACONESS MED. CTR. | BOSTON | MA | 02215 | DAPIPRAZOLE 0.5%, 3ML EYE DROP | 10.00 | 09/17/2012 |
| JOSLIN DIABETES CENTER, INC. | C/O BETH ISRAEL DIACONESS MED. CTR. | BOSTON | MA | 02215 | POVIDONE IODINE 5% DROPS 1ML | 50.00 | 09/05/2012 |
| JOSLIN DIABETES CENTER, INC. | C/O BETH ISRAEL DIACONESS MED. CTR. | BOSTON | MA | 02215 | DAPIPRAZOLE 0.5%, 3ML EYE DROP | 10.00 | 07/18/2012 |
| JOSLIN DIABETES CENTER, INC. | C/O BETH ISRAEL DIACONESS MED. CTR. | BOSTON | MA | 02215 | POVIDONE IODINE 5% DROPS 1ML | 50.00 | 07/18/2012 |
| JOSLIN DIABETES CENTER, INC. | C/O BETH ISRAEL DIACONESS MED. CTR. | BOSTON | MA | 02215 | DAPIPRAZOLE 0.5%, 3ML EYE DROP | 6.00 | 06/07/2012 |
| JOSLIN DIABETES CENTER, INC. | C/O BETH ISRAEL DIACONESS MED. CTR. | BOSTON | MA | 02215 | POVIDONE IODINE 5% DROPS 1ML | 50.00 | 06/07/2012 |
| JUPITER EYE SURGERY CENTER | 102 COASTAL WAY | JUPITER | FL | 33477 | HYALURONIDASE 150U/ML, 5ML | 3.00 | 08/20/2012 |
| JUPITER MEDICAL CENTER | 1210 SOUTH OLD DIXIE HIGHWAY | JUPITER | FL | 33458 | METOCLOPRAMIDE HCL (PF) 5MG/ML INJ, 2ML SYRINGE | 1,000.00 | 09/24/2012 |
| JUPITER MEDICAL CENTER | 1210 SOUTH OLD DIXIE HIGHWAY | JUPITER | FL | 33458 | VANCOMYCIN ORAL SOL(FLAV) 50MG/ML, 5 ML ORAL SYRINGE | 20.00 | 09/21/2012 |
| JUPITER MEDICAL CENTER | 1210 SOUTH OLD DIXIE HIGHWAY | JUPITER | FL | 33458 | METOCLOPRAMIDE HCL (PF) 5MG/ML INJ, 2ML SYRINGE | 1,000.00 | 08/14/2012 |
| JUPITER MEDICAL CENTER | 1210 SOUTH OLD DIXIE HIGHWAY | JUPITER | FL | 33458 | FUROSEMIDE 10MG/ML, 4ML VIAL | 120.00 | 08/03/2012 |
| JUPITER MEDICAL CENTER | 1210 SOUTH OLD DIXIE HIGHWAY | JUPITER | FL | 33458 | METOCLOPRAMIDE HCL (PF) 5MG/ML INJ, 2ML SYRINGE | 400.00 | 07/24/2012 |
| JUPITER MEDICAL CENTER | 1210 SOUTH OLD DIXIE HIGHWAY | JUPITER | FL | 33458 | POTASSIUM CHLORIDE 2 MEQ/ML (500 MEQ) 250ML BAG | 100.00 | 07/24/2012 |
| JUPITER MEDICAL CENTER | 1210 SOUTH OLD DIXIE HIGHWAY | JUPITER | FL | 33458 | METOCLOPRAMIDE HCL (PF) 5MG/ML INJ, 2ML SYRINGE | 400.00 | 07/06/2012 |
| JUPITER MEDICAL CENTER | 1210 SOUTH OLD DIXIE HIGHWAY | JUPITER | FL | 33458 | VANCOMYCIN ORAL SOL(FLAV) 50MG/ML, 5 ML ORAL SYRINGE | 20.00 | 07/06/2012 |
| JUPITER MEDICAL CENTER | 1210 SOUTH OLD DIXIE HIGHWAY | JUPITER | FL | 33458 | METOCLOPRAMIDE HCL (PF) 5MG/ML INJ, 2ML SYRINGE | 400.00 | 06/22/2012 |
| JUPITER MEDICAL CENTER | 1210 SOUTH OLD DIXIE HIGHWAY | JUPITER | FL | 33458 | VANCOMYCIN ORAL SOL(FLAV) 50MG/ML, 5 ML ORAL SYRINGE | 20.00 | 06/22/2012 |
| JUPITER MEDICAL CENTER | 1210 SOUTH OLD DIXIE HIGHWAY | JUPITER | FL | 33458 | TRIAMCINOLONE ACETONIDE, 40MG/ML PRESERVATIVE FREE, 1ML | 50.00 | 06/14/2012 |
| JUPITER MEDICAL CENTER | 1210 SOUTH OLD DIXIE HIGHWAY | JUPITER | FL | 33458 | SODIUM ACETATE (PF) 2MEQ/ML, 50ML SYRINGE | 40.00 | 06/12/2012 |
| JUPITER MEDICAL CENTER | 1210 SOUTH OLD DIXIE HIGHWAY | JUPITER | FL | 33458 | METOCLOPRAMIDE HCL (PF) 5MG/ML INJ, 2ML SYRINGE | 400.00 | 06/05/2012 |
| JUPITER MEDICAL CENTER | 1210 SOUTH OLD DIXIE HIGHWAY | JUPITER | FL | 33458 | SODIUM ACETATE (PF) 2MEQ/ML, 100 mL BAG | 20.00 | 06/05/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | PE/TROP/CYCLO (PF) 10/1/1%, 1ML | 6.00 | 09/19/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | ISOVUE-200 (PF) (RP) 41% INJ, 10ML | 100.00 | 09/19/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | METHYLPREDNISOLONE ACETATE (PF) 40MG/ML, 2ML | 100.00 | 09/19/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | TRIAMCINOLONE ACETONIDE, 40MG/ML PRESERVATIVE FREE, 2ML | 100.00 | 08/21/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | PE/TROP/CYCLO (PF) 10/1/1%, 1ML | 5.00 | 08/21/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | HYALURONIDASE 150U/ML(PF), 5 ML | 3.00 | 08/21/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | ISOVUE-200 (PF) (RP) 41% INJ., 2ML | 100.00 | 08/21/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | TRIAMCINOLONE ACETONIDE, 40MG/ML PRESERVATIVE FREE, 2ML | 200.00 | 08/21/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | PE/TROP/CYCLO (PF) 10/1/1%, 1ML | 6.00 | 07/12/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | ISOVUE-200 (PF) (RP) 41% INJ., 2ML | 100.00 | 07/12/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | METHYLPREDNISOLONE ACETATE (PF) 40MG/ML, 2ML | 100.00 | 07/12/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | TRIAMCINOLONE ACETONIDE, 40MG/ML PRESERVATIVE FREE, 2ML | 200.00 | 07/12/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | HYALURONIDASE 150U/ML(PF), 5 ML | 6.00 | 06/20/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | HYALURONIDASE 150U/ML(PF), 5 ML | 5.00 | 06/04/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | ISOVUE-200 (PF) (RP) 41% INJ., 2ML | 50.00 | 06/04/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | METHYLPREDNISOLONE ACETATE (PF) 40MG/ML, 2ML | 100.00 | 06/04/2012 |
| JUPITER OUTPATIENT SURGERY CENTER | 2055 N. MILITARY TRAIL, SUITE 100 | JUPITER | FL | 33458 | TRIAMCINOLONE ACETONIDE, 40MG/ML PRESERVATIVE FREE, 2ML | 200.00 | 06/04/2012 |
| KADLEC MEDICAL CENTER | 888 SWIFT BLVD. | RICHLAND | WA | 99352 | METHACHOLINE (M) (KIT) SOLUTION, 5 X 5ML | 6.00 | 09/14/2012 |
| KADLEC MEDICAL CENTER | 888 SWIFT BLVD. | RICHLAND | WA | 99352 | PHENOL (IN ISOVUE-200) 5% INJ, 10ML | 1.00 | 08/31/2012 |
| KADLEC MEDICAL CENTER | 888 SWIFT BLVD. | RICHLAND | WA | 99352 | HYDROXYPROGESTERONE CAPOTE 250MG/ML, 1ML | 3.00 | 08/24/2012 |
| KADLEC MEDICAL CENTER | 888 SWIFT BLVD. | RICHLAND | WA | 99352 | METHACHOLINE (M) (KIT) SOLUTION, 5 X 5ML | 6.00 | 06/12/2012 |
| KALISPELL REGIONAL MEDICAL CENTER | 310 SUNNYVIEW LANE | KALISPELL | MT | 59901 | SULPHAN BLUE (PF) 1% INJECTABLE, 5ML VIAL | 6.00 | 09/24/2012 |