List 2: New England Compounding Center (NECC) Customer List Since 5/21/2012, Sorted by Customer - With Product Information

| Customer | Address | City | State | Zip | Item Description | Qty | Ship Date |
|---|---|---|---|---|---|---|---|
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | PE/TROP/CYCLO/KETOR/CIPRO (PF) 2.5/1/1/0.5/0.3%, 1ML | 60.00 | 09/17/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | ALUM SULFATE 1% 2000ML | 8.00 | 08/30/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | ALUM SULFATE 1% 2000ML | 3.00 | 08/29/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | POTASSIUM CHLORIDE (PF) 2MEQ/ML INJECTABLE 30 ML VIALS | 50.00 | 08/28/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | PE/TROP/CYCLO/KETOR/CIPRO (PF) 2.5/1/1/0.5/0.3%, 1ML | 60.00 | 08/23/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | PE/TROP/CYCLO/KETOR (PF) 2.5/1/1/0.5%, 1ML | 15.00 | 08/22/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | ACETYL 20% (800MG/4ML) INHALATION SOLUTION, 4ML SYRINGE | 40.00 | 08/20/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | ALUM SULFATE 1% 2000ML | 4.00 | 08/20/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | ETOMIDATE 2 MG/ML INJECTABLE SOLUTION, 10 ML VIAL | 25.00 | 08/07/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 25.00 | 08/07/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | ACETYLCYSTEINE 10% (400MG/4ML) INHALATION SOLUTION, 4ML SYRINGE | 40.00 | 08/03/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | ACETYL 20% (800MG/4ML) INHALATION SOLUTION, 4ML SYRINGE | 40.00 | 08/03/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | PE/TROP/CYCLO/KETOR/CIPRO (PF) 2.5/1/1/0.5/0.3%, 1ML | 60.00 | 08/01/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | LIDOCAINE 5% OINTMENT, 10 GRAM JAR | 50.00 | 07/23/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | PE/TROP/CYCLO/KETOR/CIPRO (PF) 2.5/1/1/0.5/0.3%, 1ML | 30.00 | 07/23/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | POTASSIUM CHLORIDE (PF) 2MEQ/ML INJECTABLE 30 ML VIALS | 50.00 | 07/23/2012 |
| PATTIE A CLAY REGIONAL MEDICAL CENTER | 100 SQUIRES ALLEY | RICHMOND | KY | 40475 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 25.00 | 06/22/2012 |
| PAUL M. GLAT MD | 191 PRESIDENTIAL BLVD, SUITE 101 | BALA CYNWYD | PA | 19004 | HYALURONIDASE 150U/ML, 5ML | 2.00 | 07/18/2012 |
| PAUL M. GLAT MD | 191 PRESIDENTIAL BLVD, SUITE 101 | BALA CYNWYD | PA | 19004 | TRIPLE ANESTHETIC CREAM 20-6-4 30 GRAM | 2.00 | 07/18/2012 |
| PAUTLER, SIMONA MD | 3311 WASHINGTON ROAD | McMURRAY | PA | 15317 | TRIPLE ANESTHETIC CREAM 20-6-4 30 GRAM | 3.00 | 08/22/2012 |
| PAUTLER, SIMONA MD | 3311 WASHINGTON ROAD | McMURRAY | PA | 15317 | TRIPLE ANESTHETIC CREAM 20-6-4 30 GRAM | 3.00 | 06/08/2012 |
| PCA PAIN CARE CENTER- | 200 NEW YORK AVE., SUITE 320 | OAK RIDGE | TN | 37830 | ISOVUE-200 (PF) (RP) 41% INJ., 5ML | 50.00 | 09/18/2012 |
| PCA PAIN CARE CENTER- | 200 NEW YORK AVE., SUITE 320 | OAK RIDGE | TN | 37830 | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 1 ML | 100.00 | 09/18/2012 |
| PCA PAIN CARE CENTER- | 200 NEW YORK AVE., SUITE 320 | OAK RIDGE | TN | 37830 | ISOVUE-200 (PF) (RP) 41% INJ., 5ML | 50.00 | 08/21/2012 |
| PCA PAIN CARE CENTER- | 200 NEW YORK AVE., SUITE 320 | OAK RIDGE | TN | 37830 | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 1 ML | 100.00 | 08/21/2012 |
| PCA PAIN CARE CENTER- | 200 NEW YORK AVE., SUITE 320 | OAK RIDGE | TN | 37830 | ISOVUE-200 (PF) (RP) 41% INJ., 5ML | 50.00 | 07/12/2012 |
| PCA PAIN CARE CENTER- | 200 NEW YORK AVE., SUITE 320 | OAK RIDGE | TN | 37830 | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 1 ML | 100.00 | 07/12/2012 |
| PCA PAIN CARE CENTER- | 200 NEW YORK AVE., SUITE 320 | OAK RIDGE | TN | 37830 | ISOVUE-200 (PF) (RP) 41% INJ., 5ML | 50.00 | 06/17/2012 |
| PCA PAIN CARE CENTER* | 615 SOUTH HANSELL STREET | THOMASVILLE | GA | 31792 | TRIAMCINOLONE ACETONIDE, 40MG/ML PRESERVATIVE FREE, 1ML | 60.00 | 09/17/2012 |
| PCA PAIN CARE CENTER* | 615 SOUTH HANSELL STREET | THOMASVILLE | GA | 31792 | TRIAMCINOLONE ACETONIDE, 40MG/ML PRESERVATIVE FREE, 1ML | 60.00 | 08/15/2012 |
| PCA PAIN CARE CENTER* | 615 SOUTH HANSELL STREET | THOMASVILLE | GA | 31792 | TRIAMCINOLONE ACETONIDE, 40MG/ML PRESERVATIVE FREE, 1ML | 60.00 | 07/17/2012 |
| PCA PAIN CARE CENTER* | 615 SOUTH HANSELL STREET | THOMASVILLE | GA | 31792 | TRIAMCINOLONE ACETONIDE, 40MG/ML PRESERVATIVE FREE, 1ML | 60.00 | 06/21/2012 |
| PCA PAIN CARE CENTER* | 615 SOUTH HANSELL STREET | THOMASVILLE | GA | 31792 | TRIAMCINOLONE ACETONIDE, 40MG/ML PRESERVATIVE FREE, 1ML | 55.00 | 05/23/2012 |
| PEACHTREE SPINE & PAIN PHYSICIANS ASC | 5555 PEACHTREE DUNWOODY ROAD | ATLANTA | GA | 30342 | OMNIPAQUE-240MG/ML (PF) RP* INJECTABLE, 3ML | 400.00 | 08/02/2012 |
| PEACHTREE SPINE & PAIN PHYSICIANS ASC | 5555 PEACHTREE DUNWOODY ROAD | ATLANTA | GA | 30342 | OMNIPAQUE-240MG/ML (PF) RP* INJECTABLE, 5ML | 400.00 | 08/02/2012 |
| PEAK ONE SURGERY CENTER | 350 PEAK ONE DRIVE | FRISCO | CO | 80443 | OMNIPAQUE-300MG/ML (PF) RP* INJECTABLE, 5ML | 0.00 | 09/25/2012 |
| PEAK ONE SURGERY CENTER | 350 PEAK ONE DRIVE | FRISCO | CO | 80443 | OMNIPAQUE-300MG/ML (PF) RP* INJECTABLE, 5ML | 40.00 | 09/05/2012 |
| PEAK ONE SURGERY CENTER | 350 PEAK ONE DRIVE | FRISCO | CO | 80443 | OMNIPAQUE-300MG/ML (PF) RP* INJECTABLE, 5ML | 40.00 | 08/27/2012 |
| PEAK ONE SURGERY CENTER | 350 PEAK ONE DRIVE | FRISCO | CO | 80443 | OMNIPAQUE-300MG/ML (PF) RP* INJECTABLE, 5ML | 40.00 | 07/11/2012 |
| PEAK ONE SURGERY CENTER | 350 PEAK ONE DRIVE | FRISCO | CO | 80443 | OMNIPAQUE-300MG/ML (PF) RP* INJECTABLE, 5ML | 40.00 | 06/29/2012 |
| PEAK ONE SURGERY CENTER | 350 PEAK ONE DRIVE | FRISCO | CO | 80443 | OMNIPAQUE-300MG/ML (PF) RP* INJECTABLE, 5ML | 40.00 | 06/05/2012 |
| PEAK ONE SURGERY CENTER | 350 PEAK ONE DRIVE | FRISCO | CO | 80443 | OMNIPAQUE-300MG/ML (PF) RP* INJECTABLE, 5ML | 40.00 | 05/23/2012 |
| PECONIC BAY MEDICAL CENTER | 1300 ROANOKE AVENUE | RIVERHEAD | NY | 11901 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 25.00 | 09/11/2012 |
| PECONIC BAY MEDICAL CENTER | 1300 ROANOKE AVENUE | RIVERHEAD | NY | 11901 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 25.00 | 07/24/2012 |
| PEDIATRIC ASSOC. OF NORWOOD & FRANKLIN | 40 MECHANIC STREET #103 | FOXBORO | MA | 02035 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 10.00 | 07/05/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | VANCOMYCIN (PF) 10MG/ML, 1ML SYRINGE | 60.00 | 09/20/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | VANCOMYCIN ORAL SOL(FLAV) 50MG/ML , 5 ML ORAL SYRINGE | 100.00 | 09/18/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | VANCOMYCIN (PF) 10MG/ML, 1ML SYRINGE | 50.00 | 09/14/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | LIDOCAINE/BUPIVACAINE (PF) 1%/0.375% INJECTABLE, 10 ML VIAL | 20.00 | 09/13/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | PE/TROP/CYCLO/PROP (PF) 2.5/1/1/0.5% 1ML | 30.00 | 09/07/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | METHACHOLINE (KIT) SOLUTION, 5 X 5ML | 10.00 | 08/28/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | VANCOMYCIN ORAL SOL(FLAV) 50MG/ML , 5 ML ORAL SYRINGE | 100.00 | 08/28/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | PE/TROP/CYCLO/PROP (PF) 2.5/1/1/0.5% 1ML | 25.00 | 08/17/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 50.00 | 08/14/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | VANCOMYCIN (PF) 10MG/ML, 1ML SYRINGE | 50.00 | 08/14/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | METHACHOLINE (KIT) SOLUTION, 5 X 5ML | 10.00 | 07/27/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | LIDOCAINE/BUPIVACAINE (PF) 1%/0.375% INJECTABLE, 10 ML VIAL | 20.00 | 07/26/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | PE/TROP/CYCLO/PROP 2.5-1-1-.5% SOLUTION 30 ML | 30.00 | 07/10/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | VANCOMYCIN (PF) 10MG/ML, 1ML SYRINGE | 50.00 | 06/28/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | LET 4-0.18-0.5% GEL, 3ML SYRINGE | 30.00 | 06/27/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | VANCOMYCIN (PF) 10MG/ML, 1ML SYRINGE | 30.00 | 06/27/2012 |
| PEKIN HOSPITAL PHARMACY | 600 S. 13TH STREET | PEKIN | IL | 61554 | METHACHOLINE (KIT) SOLUTION, 5 X 5ML | 10.00 | 06/19/2012 |



RESPONDENT'S EXHIBIT 2