UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br>     All Cases | ) <br> ) <br> ) <br> )    MDL No. 1:13-md-2419-FDS <br> ) <br> ) <br> ) <br> ) |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO OBJECTION OF CHAPTER 11 TRUSTEE OF NEW ENGLAND COMPOUNDING PHARMACY, INC. TO ARL BIO PHARMA, INC.'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A PROOF OF CLAIM**

The Official Committee of Unsecured Creditors (the "Official Committee") of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), by and through its undersigned counsel, respectfully submits this joinder to the *Objection of Chapter 11 Trustee of New England Compounding Pharmacy, Inc., to ARL Bio Pharma, Inc.'s Motion for Extension of Time Within Which to File a Proof of Claim* [Dkt No. 584] (the "Objection") filed by the chapter 11 trustee (the "Trustee") of NECC in opposition to *ARL Bio Pharma, Inc.'s* ("ARL") *Motion for Extension of Time Within Which to File a Proof of Claim* [Dkt No. 570] (the "Motion").

Through the Motion, ARL seeks to extend its deadline to file a proof of claim pursuant to this Court's *Order on Mediation Program* [Dkt. No. 394] until January 15, 2014. The Official Committee joins the Trustee in its Objection (the arguments and authorities of which are incorporated as if fully set forth herein), opposes the Motion, and respectfully requests that the Court deny the Motion.

Dated: November 25, 2013
      Boston, Massachusetts

Respectfully submitted,

**BROWN RUDNICK LLP**

By: /s/ David J. Molton
David J. Molton, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com

and

William R. Baldiga, Esq.
Kiersten A. Taylor, Esq.
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
wbaldiga@brownrudnick.com
ktaylor@brownrudnick.com

and

Rebecca L. Fordon, Esq.
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
rfordon@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors of New England Compounding Pharmacy, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Carol S. Ennis, hereby certify that on November 25, 2013, I caused a copy of the foregoing Joinder to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, postage prepaid.


Dated: November 25, 2013
       New York, New York                                   /s/ Carol S. Ennis
                                                                                    Carol S. Ennis


61564645