UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**NOTICE OF FILING CORRECTED SHORT FORM COMPLAINT**

The Plaintiffs' Steering Committee ("PSC") hereby gives notice of the filing of a Corrected Short Form Complaint against the Unaffiliated Defendants. A clean copy of the Corrected Short Form Complaint is attached as Exhibit A. A redlined copy, showing the minimal corrections to the version of the short form complaint filed on November 5, 2013, is attached as Exhibit B.

The Corrected Short Form Complaint makes the following three corrections:

(1) Strikes an inadvertent reference to a medical product not at issue in this litigation and replaces it with the phrase "administration of NECC's drug."

(2) Adds a place for plaintiffs to identify the specific consumer protection statutes they allege defendant(s) violated.

(3) Removes the counts against Liberty Industries, Inc. ("Liberty"), in recognition that Liberty has opted into mediation since the PSC filed the Master and Short Form Complaints on November 5, 2013.[1]

The PSC will circulate a Word version of the Corrected Short Form Complaint to plaintiffs' counsel. Plaintiffs' counsel may also obtain a Word version by emailing Kristen Johnson Parker (kristenjp@hbsslaw.com) directly.

---

[1] NECC Mediation Program Participation Notice and Agreement by Liberty Industries, Inc., ECF # 580 (Nov. 18, 2013).

Dated: November 25, 2013                                     Respectfully submitted,


*/s/ Kristen Johnson Parker*
Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
75 Arlington St.
Suite 500
Boston, MA 02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

2

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, Kristen Johnson Parker, hereby certify that I caused a copy of the above Notice of Filing Corrected Short Form Complaint to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: November 25, 2013

                                                */s/ Kristen Johnson Parker*
                                                Kristen Johnson Parker, BBO # 667261