Exhibit 11

Social Security Administration

Form Approved
OMB No. 0960-0525

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

*Use This Form If You Need

**1. Certified/Non-Certified Detailed Earnings Information**

   Includes periods of employment or self-employment and the names and addresses of employers.

**OR**

**2. Certified Yearly Totals of Earnings**

   Includes total earnings for each year but does not include the names and addresses of employers.

---

**DO NOT USE THIS FORM FOR:**

**Non-certified yearly totals of earnings**

This service is free to the public.

These totals can be obtained by calling 1-800-772-1213 to receive Form SSA-7004, Request for Social Security Statement

---

**PRIVACY ACT NOTICE:** We are authorized to collect this information under section 205 of the Social Security Act, and the Federal Records Act of 1950 (64 Stat. 583). It is needed so we can identify your records and prepare the statement you request. You do not have to furnish the information, but failure to do so may prevent your request from being processed.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 11 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** SSA, 6401 Security Blvd, Baltimore, MD  21235-6401.

## INFORMATION ABOUT YOUR REQUEST

- **How Do I Get This Information?**

   You need to complete the attached form to tell us what information you want.

- **Can I Get This Information For Someone Else?**

   Yes, if you have their written permission.  For more information, see page 3.

- **Who Can Sign On Behalf Of The Individual?**

   The parent of a minor child, or the legal guardian of an individual who has been declared legally incompetent, may sign if he/she is acting on behalf of the individual.

- **Is There A Fee For This Information?**

   **1. Certified/Non-Certified Detailed Earnings Information**

   Yes, we usually charge a fee for detailed information. In most cases, this information is used for purposes NOT directly related to Social Security such as for a private pension plan or personal injury suit. The fee chart on page 3 gives the amount of the charge.

   Sometimes, there is no charge for detailed information. If you have reason to believe your earnings are not correct (for example, you have previously received earnings information from us and it does not agree with your records), we will supply you with more detail for the period in  question. Occasionally, earnings amounts are wrong because an employer did not correctly report earnings or earnings are credited to the wrong person. In situations like these, we will  send you detailed information, at no charge, so we can correct your record.

   Be sure to show the year(s) involved on the request form and explain why you need the information. If you do not tell us why you need the information, we will charge a fee.

   We will certify the detailed earnings information for an additional fee of $15.00. Certification is usually not necessary unless you plan to use the information in court.

   **2. Certified Yearly Totals of Earnings**

   Yes, there is a fee of $15 to certify yearly totals of earnings. Certification is usually not necessary unless you plan to use the information in court.

   **3. Method of Payment**

   Enclose a check or money order for the entire fee required. Payment can also be made by credit card. To do so, complete page 4 of this form and return it with your request form.

Form **SSA-7050-F4** (07-2010) EF (07-2010)
Destroy prior editions

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

1. From whose record do you need the earnings information?

    Print the Name, Social Security Number (SSN), and date of birth below.

    Name _____    Social Security Number _____

    Other Name(s) Used (Include Maiden Name) _____    Date of Birth (Mo/Day/Yr) _____

2. What kind of information do you need?

    ☐ **Detailed Earnings Information**
    (If you check this block, tell us below why you need this information.)    For the period(s)/year(s): _____

    _____
    _____

    ☐ **Certified Yearly Totals of Earnings**
    (Check this box only if you want the information certified. Otherwise, call 1-800-772-1213 to request Form SSA-7004, Request for Social Security Statement)    For the year(s): _____

3. If you owe us a fee for this detailed earnings information, enter the amount due using the chart on page 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . A. $ _____

    Do you want us to certify the information?     ☐ Yes     ☐ No

    If yes, enter $15.00 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B. $ _____

    ADD the amounts on lines A and B, and enter the TOTAL amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C. $ _____

    - You can pay by CREDIT CARD by completing and returning the form on page 4, or
    - Send your CHECK or MONEY ORDER for the amount on line C with the request and make check or money order payable to "Social Security Administration"
    - DO NOT SEND CASH.

4. I am the individual to whom the record pertains (or a person who is authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

    SIGN your name here (Do not print)  > _____     Date _____

    Daytime Phone Number   _____  _____
    (Area Code)   (Telephone Number)

5. Tell us where you want the information sent. (Please print)

    Name _____    Address _____

    City, State & Zip Code _____

6. Mail Completed Form(s) To:       **Exception:** If using private contractor (e.g., FedEx) to mail form(s), use:

    Social Security Administration              Social Security Administration
    Division of Earnings Record Operations      Division of Earnings Record Operations
    P.O. Box 33003                              300 N. Greene St.
    Baltimore, Maryland  21290-3003             Baltimore, Maryland  21290-0300

Form SSA-7050-F4 (07-2010) EF (07-2010)                 2
Destroy Prior Editions

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

How Much Do I Have to Pay For Detailed Earnings?

1. Count the number of years for which you need detailed earnings information.  Be sure to add in both the first and last year requested.  However, do not add in the current calendar year since this information is not yet available.

2. Use the chart below to determine the correct fee.

| Number of Years Requested | Fee | Number of Years Requested | Fee | Number of Years Requested | Fee |
|---|---|---|---|---|---|
| 1 | $15.00 | 15 | $43.75 | 28 | $64.50 |
| 2 | 17.50 | 16 | 45.50 | 29 | 66.00 |
| 3 | 20.00 | 17 | 47.25 | 30 | 67.50 |
| 4 | 22.50 | 18 | 49.00 | 31 | 68.75 |
| 5 | 25.00 | 19 | 50.75 | 32 | 70.00 |
| 6 | 27.00 | 20 | 52.50 | 33 | 71.25 |
| 7 | 29.00 | 21 | 54.00 | 34 | 72.50 |
| 8 | 31.00 | 22 | 55.50 | 35 | 73.75 |
| 9 | 33.00 | 23 | 57.00 | 36 | 75.00 |
| 10 | 35.00 | 24 | 58.50 | 37 | 76.25 |
| 11 | 36.75 | 25 | 60.00 | 38 | 77.50 |
| 12 | 38.50 | 26 | 61.50 | 39 | 78.75 |
| 13 | 40.25 | 27 | 63.00 | 40 | 80.00 |
| 14 | 42.00 | | | | |

**For Requests Over 40 Years, Please Add 1 Dollar for Each Additional Year.**

- **Whose Earnings Can Be Requested**

   **1. Your Earnings**

   You can request earnings information from your own record by completing the attached form; we need your handwritten signature. If you sign with an "X", your mark must be witnessed by two disinterested persons who must sign their name and address.

   **2. Someone Else's Earnings**

   You can request earnings information from the record of someone else if that person tells us in writing to give the information to you. This writing or "authorization" must be presented to us within 60 days of the date it was signed by that person.

   **3. A Deceased Person's Earnings**

   You can request earnings information from the record of a deceased person if you are the legal representative of the estate, a survivor (that is, the spouse, parent, child, divorced spouse of divorced parent), or an individual with a material interest (example-financial) who is an heir at law, next of kin, beneficiary under the will or donee of property of the decedent.

   Proof of death must be included with your request. Proof of appointment as representative or proof of your relationship to the deceased must also be included.

Form SSA-7050-F4 (07-2010) EF (07-2010)         3
Destroy Prior Editions

**YOU CAN MAKE YOUR PAYMENT BY CREDIT CARD**
As a convenience, we offer you the option to make your payment by credit card. However, regular credit card rules will apply.
You may also pay by check or money order.

Please fill in all the information below and return this form along with your request to:

Social Security Administration
Division of Earnings Record Operations
P.O. Box 33003
Baltimore, Maryland 21290-3003

**Exception:**
If using private contractor (e.g., FedEx) to mail form(s), use:

Social Security Administration
Division of Earnings Record Operations
300 N. Greene St.
Baltimore, Maryland 21290-0300

**Note: Please read Paperwork/Privacy Act Notice**

CHECK ONE ⟶
- ☐ Visa
- ☐ American Express
- ☐ MasterCard
- ☐ Discover
- ☐ Diners Card

Credit Card Holder's Name ⟶
(Enter the name from the credit card)
_____
First Name, Middle Initial, Last Name

Credit Card Holder's Address ⟶
_____
Number & Street
_____
City, State, & Zip Code

Daytime Telephone Number ⟶
_____   _____
Area Code   Telephone Number

Credit Card Number ⟶
_____ -- _____ -- _____ -- _____

Credit Card Expiration Date ⟶
_____   _____
Month   Year

Amount Charged ⟶
$ _____

Credit Card Holder's Signature ⟶
_____

**DO NOT WRITE IN THIS SPACE**
**OFFICE USE ONLY**

Authorization

Name                                    Date

Remittance Control #

PRIVACY ACT NOTICE

The Social Security Administration (SSA) has authority to collect the information requested on this form under section 205 of the Social Security Act. Giving us this information is voluntary. You do not have to do it. We will need this information only if you choose to make payment by credit card. You do not need to fill out this form if you choose another means of payment (for example, by check or money order).

If you choose the credit card payment option, we will provide the information you give us to the banks handling your credit card account and SSA's account. We may also provide this information to another person or government agency to comply with federal laws requiring the release of information from our records. You can find these and other routine uses of information provided to SSA listed in the Federal Register. If you want more information about this, you may call or write any Social Security Office.

Form SSA-7050-F4 (07-2010) EF (07-2010)            4
Destroy Prior Editions