# Exhibit A

| | |
|---|---|
| **From:** | Puig, Yvonne K. |
| **Sent:** | Wednesday, October 09, 2013 3:38 PM |
| **To:** | Greer, Marcy |
| **Subject:** | Fw: NECC Discovery package |
| **Attachments:** | 13-10-09 Ltr to Chris Tardio-Wiseman re service of discovery (00302593).PDF; 13-10-09 Ltr to Yvonne Puig encl discovery (00302594).PDF; 13-10-04 First RPD To Howell Allen (00302595).PDF; 13-10-04 First RPD To Culclasure (00302596).PDF; 13-10-04 First RPD To Schamberg (00302599).PDF; 13-10-04 First Rogs to Howell Allen (00302598).PDF; 13-10-04 First Rogs to Saint Thomas Network (00302601).PDF; 13-10-04 First Rogs to Saint Thomas Outpatient Neurosurgical Center STOPNC (00302600).PDF; 13-10-04 First Rogs to Saint Thomas Health (00302604).PDF; 13-10-04 First Rogs to Saint Thomas Hospital (00302603).PDF; 13-10-04 First Rogs to Schamberg (00302607).PDF; 13-10-04 First Rogs to Culclasure (00302605).PDF; 13-10-04 First RPD To Saint Thomas Network (00302611).PDF; 13-10-04 First RPD To Saint Thomas Health (00302609).PDF; 13-10-04 RFAs to STOPNC-Howell Allen-Culclasure-Schamberg (00302613).PDF; 13-10-04 First RPD To Saint Thomas Outpatient Neurosurgical Center STOPNC (00302612).PDF |

Yvonne K. Puig, Partner

FULBRIGHT & Jaworski L.L.P. •
98 San Jacinto Boulevard, Suite 1100 • Austin, Texas• Austin, Texas  78701-4255
T: 512 536 2450 • F: 512 536 4598 • ypuig@fulbright.com • www.fulbright.com/ypuig

---

**From:** Ben Gastel [mailto:beng@branstetterlaw.com]
**Sent:** Wednesday, October 09, 2013 02:56 PM
**To:** Puig, Yvonne K.; 'skelly@nutter.com' <skelly@nutter.com>; chris@gideoncooper.com <chris@gideoncooper.com>; 'matt@gideoncooper.com' <matt@gideoncooper.com>; 'cj@gideoncooper.com' <cj@gideoncooper.com>
**Cc:** jdenton@rma-law.com <jdenton@rma-law.com>; gnolan@leaderbulso.com <gnolan@leaderbulso.com>; bleader@leaderbulso.com <bleader@leaderbulso.com>; pkrog@leaderbulso.com <pkrog@leaderbulso.com>; blair@durhamanddread.com <blair@durhamanddread.com>; Chalos, Mark P. (mchalos@lchb.com) (mchalos@lchb.com) <mchalos@lchb.com>; nhunt@pattonandpittman.com <nhunt@pattonandpittman.com>; blassiter@lassiterlaw.com <blassiter@lassiterlaw.com>; jbelcher@lassiterlaw.com <jbelcher@lassiterlaw.com>; dclayton@KCBattys.com <dclayton@KCBattys.com>; rkinnard@kcbattys.com <rkinnard@kcbattys.com>; larry@csafirm.com <larry@csafirm.com>; kmaier@elpolaw.com <kmaier@elpolaw.com>; kroby@elpolaw.com <kroby@elpolaw.com>; byoung@elpolaw.com <byoung@elpolaw.com>; rblair@blair-law.com <rblair@blair-law.com>; Tom@hbsslaw.com <Tom@hbsslaw.com>; Kristen Johnson Parker (kristenjp@hbsslaw.com) <kristenjp@hbsslaw.com>; 'eddie@dttlawfirm.com' <eddie@dttlawfirm.com>; Gerard Stranch <gerards@branstetterlaw.com>
**Subject:** NECC Discovery package

All,

Please find the attached discovery requests and correspondence.  A hard copy will follow to counsel for the defendant with the disk containing the exhibits to the Requests for Admission.  If any other counsel would like a copy of the exhibits, please let me know.

Warmest Regards,

Ben Gastel
**Branstetter, Stranch & Jennings, PLLC**
227 Second Ave. N.
Fourth Floor
Nashville, TN 37061-1631
P: 615.254.8801
F: 615.255.5419

IMPORTANT: This communication from the law firm of Branstetter, Stranch & Jennings, PLLC is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and contains information that may be confidential and privileged. Be advised that if you are not the intended recipient(s), any dissemination, distribution or copying of this communication is prohibited. Please notify the undersigned immediately by telephone or return e-mail.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.