# Exhibit C

| | |
|---|---|
| From: | Greer, Marcy |
| Sent: | Wednesday, October 23, 2013 6:41 PM |
| To: | 'Gerard Stranch'; Ben Gastel |
| Cc: | C. J. Gideon; 'Matt H. Cline'; Puig, Yvonne K.; skelly@nutter.com; Hollabaugh, Lela; Hoffman, Eric |
| Subject: | NECC Proposed Case Management Orders |
| Attachments: | NECC Case Management Order Regarding Pleadings, etc..DOCX; NECC Case Management Order Regarding Discovery.docx; NECC Case Management Order Related to Bellwether Trial Selection for Cer....docx |

Dear Gerard and Ben—attached are proposed case management orders for the NECC MDL.  We did not fill in dates for most of the events because we need to discuss process and sequencing first.  But we expect that it provides a good framework for the discussion.  We are still working on a proposed form for Plaintiffs' Fact Sheet and will get that to you shortly.

I am copying Gideon and Matt Cline, who represent a number of the Tennessee defendants as well.

We look forward to your thoughts and comments.

Thanks, and have a lovely evening!

Marcy

**Marcy Hogan Greer | Partner**
Fulbright & Jaworski LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas 78701-4255, United States
Tel +1 512 536 4581 | Fax +1 512 536 4598
marcy.greer@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

*Our website and email addresses have changed—please update your records accordingly.*