Exhibit C2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>) | MDL No. 1:13-md-2419-FDS |
| This Document Relates To:<br><br>    All Actions )<br>)<br>)<br>)<br>) |  |

[PROPOSED]
MDL Order No. 8
November __, 2013

**FURTHER CASE MANAGEMENT ORDER**

This order establishes further case management procedures in *In re New England Compounding Pharmacy, Inc., Products Liability Litigation*, MDL No. 1:13-md-2419-FDS ("the MDL").  This order modifies or establishes certain deadlines for discovery and certain other events, and is based in part on the **[stipulation and proposed order/proposals submitted by the Plaintiffs' Steering Committee ("PSC"), the Affiliated Defendants, and the Unaffiliated Defendants.]**  This order amends and supersedes MDL Order No. 7.

    1.    **Definitions.**  For purposes of this order, (a) the term "NECC" shall mean New England Compounding Pharmacy, Inc.; (b) the term "Affiliated Defendants" shall mean Barry Cadden; Lisa Cadden; Doug Conigliaro; Carla Conigliaro; Gregory Conigliaro; Glenn Chin; Alaunus Pharmaceutical, LLC; Ameridose, LLC; GDC Properties Management, Inc.; Medical Sales Management; and Medical Sales Management SW; (c) the term "Unaffiliated Defendants" shall mean all

defendants other than NECC or the Affiliated Defendants; and (d) the term "Bellwether Cases" shall mean the first individual cases selected for trial.

2. **Participants in Mediation Program**. The Court's Order on Mediation Program of August 15, 2013, exempts participating defendants from various discovery obligations. In order to ensure that the litigation process is fair should attempts at mediation prove unsuccessful, the Court may find it appropriate to modify the deadlines in this order, grant additional stays, or take such other action as justice may require.

3. **Schedule**. The Court hereby sets the schedule below for the following events in this matter:

| Event | Dates/Deadline |
|---|---|
| Fact discovery of (1) NECC and (2) the Affiliated Defendants. | Stayed until further order of the Court. |
| Fact discovery of (1) the Unaffiliated Defendants, (2) non-parties, and (3) plaintiffs. | Stayed pending separate discovery order to be entered by the Court. |
| Filing of answers, motions to dismiss, or other responsive pleadings by (1) NECC and (2) the Affiliated Defendants. | Stayed pending further order of the Court |
| Filing of answers, motions to dismiss, or other responsive pleadings by the Unaffiliated Defendants. | Stayed pending Master Pleadings procedure outlined below. |
| Filing of Master Complaint and form of Short Form Complaint by PSC. | November ___, 2013 ["**Date**"] |
| Filing of Short Form Complaint joining the Master Complaint by any individual plaintiff in (1) any previously filed case and (2) any case where the plaintiff wishes to be considered for selection as a Bellwether Case. | **Date + 30** |
| Filing of Master Answers, Motions to Dismiss the Master Complaint, or other pleadings responsive to the Master Complaint by (1) NECC and (2) the Affiliated Defendants. | Stayed pending further order of the Court |
| Filing of Master Answers, Motions to Dismiss the Master Complaint, or other pleadings responsive to the Master Complaint by the Unaffiliated Defendants. | **Date + 30** [factoring in the holidays] |
| Filing of Memoranda in Support of Motions to Dismiss the Master Complaint that seek to dismiss parties, as opposed to solely claims.<br>The deadline for briefing concerning motions to dismiss that seek solely to dismiss claims shall be stayed until further order of this Court. | **Date + 30 [factoring in the holidays]** |
| Filing of Responses to Motions to Dismiss the Master Complaint that seek to dismiss parties, as opposed solely claims | **Date + 60**  [factoring in the holidays] |
| Filing of Replies to Motions to Dismiss to which Responses have been filed. | **Date + 85** |

| Selection of potential Bellwether Cases | Stayed pending separate orders of the Court on a bellwether process for defined groups of individual cases. |

**So Ordered.**

                                          /s/ F. Dennis Saylor
                                          F. Dennis Saylor IV
                                          United States District Judge

Dated: November ___, 2013