# Exhibit D

| | |
|---|---|
| **From:** | Greer, Marcy |
| **Sent:** | Tuesday, November 05, 2013 5:24 PM |
| **To:** | 'Ben Gastel'; 'matt@gideoncooper.com'; 'gnolan@LeaderBulso.com'; Gerard Stranch; 'mchalos@lchb.com' |
| **Cc:** | Puig, Yvonne K.; 'cj@gideoncooper.com'; 'chris@gideoncooper.com'; Sarah Kelly (SKelly@nutter.com); 'lhollabaugh@babc.com'; Hoffman, Eric |
| **Subject:** | NECC Proposed Second Amended Protective Order |
| **Attachments:** | necc.protective.order.2d.amended.pdf |

Attached is a redline with our proposed changes to the current protective order (the most recently amended one).

Thanks, and I hope you all have a nice evening!

Marcy

**Marcy Hogan Greer | Partner**
Fulbright & Jaworski LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas 78701-4255, United States
Tel +1 512 536 4581 | Fax +1 512 536 4598
marcy.greer@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

*Our website and email addresses have changed—please update your records accordingly.*

1