UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**STIPULATION AND JOINT MOTION TO
EXTEND TOLLING AGREEMENT AND DEADLINE TO RESPOND TO
MOTION TO PARTIALLY LIFT DISCOVERY STAY**

Paul D. Moore, the duly appointed Chapter 11 Trustee of defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"); Barry Cadden; Lisa Cadden; Doug Conigliaro; Carla Conigliaro; Gregory Conigliaro; Glenn Chin; Alaunus Pharmaceutical, LLC; Ameridose, LLC; GDC Properties Management, LLC; Medical Sales Management, Inc.; and Medical Sales Management SW, Inc. ("Affiliated Defendants"), through their undersigned counsel, and the Plaintiffs' Steering Committee ("PSC"), through their undersigned counsel, hereby stipulate and move this Honorable Court to extend deadlines as follows:

1. The Affiliated Defendants hereby stipulate that as to all claims which are currently in MDL #2419, or which will be filed in, or transferred to, MDL #2419, and which are also claims that are subject to a one (1) year Statute of Limitation, or one (1) year Statute of Repose, or, one (1) year laches or estoppel defense, or any other one (1) year State law health care provider suit requirement (the "Tolled Claims"), the time period between November 30, 2013 through January 10, 2014 (the "Tolling Period") shall not be used in the calculation of any time-related defense(s) as set

forth above. This extension of the Tolling Period only applies to the above defined Tolled Claims. (This Court has already entered an order wherein the Affiliated Defendants agreed to waive pre-suit notice requirements, and the Affiliated Defendants previously stipulated to tolling under the same terms from September 5, 2013 through November 30, 2013.[1])

2. The deadline for the Affiliated Defendants to respond to the PSC's Motion to Partially Lift Discovery Stay [Dkt. No. 534] is extended to January 8, 2014 (two days before the January status conference). (This Court previously entered an order extending the response deadline to December 4, 2013.[2])

A Proposed Order is attached hereto.

Dated: November 27, 2013

Respectfully submitted,

| | |
|---|---|
| **/s/ Kristen Johnson Parker** | **/s/ Michael R. Gottfried** |
| Thomas M. Sobol | Michael R. Gottfried, Esq. |
| Kristen Johnson Parker | DUANE MORRIS LLP |
| HAGENS BERMAN SOBOL SHAPIRO LLP | 100 High Street, Suite 2400 |
| 55 Cambridge Parkway, Suite 301 | Boston, MA 02110-1724 |
| Cambridge, MA 02142 | (857) 488-4230 |
| Telephone: (617) 482-3700 | mrgottfried@duanemorris.com |
| Facsimile: (617) 482-3003 | |
| tom@hbsslaw.com | *Counsel to Paul D. Moore, Chapter 11* |
| kristenjp@hbsslaw.com | *Trustee for New England Compounding Pharmacy, Inc.* |
| | |
| *Plaintiffs' Lead Counsel, on behalf of* | |
| *The Plaintiffs' Steering Committee* | |

---

[1] *See* MDL Order #6 [Dkt. No. 209]; Stipulation and [Proposed] MDL Order #6A [Dkt. No. 431].

[2] *See* Order on Joint Emergency Motion to Extend the Deadline for Filing of a Master Complaint as to Certain Defendants and Entities and Continue Motion Affiliate Discovery [Dkt. No. 542].

| | |
|---|---|
| **/s/ Frederick H. Fern** <br> Frederick H. Fern, Esq. <br> Harris BEACH PLLC <br> 100 Wall Street <br> New York, NY <br> hbnecc@harrisbeach.com <br><br> *Counsel for Chapter 11 Trustee of the Estate of NECC and NECC's Liaison Counsel* | **/s/ Robert H. Gaynor** <br> William J. Dailey, Jr., Esq. <br> Robert H. Gaynor, Esq. <br> SLOANE & WALSH, LLP <br> Boston, MA 02108 <br> (617) 523-6010 <br> wdaileyjr@sloanewalsh.com <br> rgaynor@sloanewalsh.com <br><br> *Counsel for Individual Defendants Barry Cadden, Lisa Conigliaro-Cadden, Doug Conigliaro, Carla Conigliaro, Greg Conigliaro, and Glenn Chin* |
| **/s/ Ryan Ciporkin** <br> Ryan Ciporkin, Esq. <br> LAWSON & WEITZEN, LLP <br> 88 Black Falcon Avenue <br> Suite 345 <br> Boston, MA 02210 <br> (617) 439-4990 <br> rcoporkin@lawson-weitzen.com <br><br> *Counsel for Alaunus Pharmaceutical, LLC* | **/s/ Matthew P. Moriarty** <br> Matthew P. Moriarty, Esq. <br> TUCKER ELLIS <br> 950 Main Avenue <br> Suite 1100 <br> Cleveland, OH 44113 <br> (216) 696-2276 <br> matthew.moriarty@tuckerellis.com <br><br> *Counsel for Ameridose, LLC* |
| **/s/ Joseph P. Thomas** <br> Joseph P. Thomas, Esq. <br> ULMER & BERNE, LLP <br> 600 Vine Street, Suite 2800 <br> Cincinnati, OH 45202 <br> (513) 698-5000 <br> jthomas@ulmer.com <br><br> *Counsel for GDC Properties Management, LLC* | **/s/ Dan Rabinovitz** <br> Dan Rabinovitz, Esq. <br> MICHAELS, WARD & RABINOVITZ, LLP <br> One Beacon Street, 2nd Floor <br> Boston, MA 02108 <br> (617) 350-4040 <br> dmr@michaelsward.com <br><br> *Counsel for Medical Sales Management, Inc and Medical Sales Management SW, Inc.* |

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol, hereby certify that I caused a copy of the foregoing *Stipulation and Joint Motion to Extend Deadlines of Tolling Agreement and Response to Motion to Partially Lift Discovery Stay* to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   November 27, 2013

                                       **/s/ Kristen Johnson Parker**
                                       Kristen Johnson Parker