# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## [PROPOSED] ORDER ON STIPULATION AND JOINT MOTION TO EXTEND TOLLING AGREEMENT AND DEADLINE TO RESPOND TO MOTION TO PARTIALLY LIFT DISCOVERY STAY

Having considered the Joint Motion to Extend Deadlines of Tolling Agreement and Response to Motion to Partially Lift Discovery Stay filed by the Plaintiffs' Steering Committee; Paul D. Moore, the duly appointed Chapter 11 Trustee of defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"); Barry Cadden; Lisa Cadden; Doug Conigliaro; Carla Conigliaro; Gregory Conigliaro; Glenn Chin; Alaunus Pharmaceutical, LLC; Ameridose, LLC; GDC Properties Management, LLC; Medical Sales Management, Inc.; and Medical Sales Management SW, Inc.; it is hereby ordered:

1. As to all claims which are currently in MDL #2419, or which will be filed in, or transferred to, MDL #2419, and which are also claims that are subject to a one (1) year Statute of Limitation, or one (1) year Statute of Repose, or, one (1) year laches or estoppel defense, or any other one (1) year State law health care provider suit requirement (the "Tolled Claims"), the time period between November 30, 2013 through January 10, 2014 (the "Tolling Period") shall not be used in the calculation of any time-related defense(s) as set forth above. This extension of the Tolling Period only applies to the above defined Tolled Claims.

1

2. The deadline for the Affiliated Defendants to respond to the PSC's Motion to Partially Lift Discovery Stay [Dkt. No. 534] is extended to January 8, 2014.

**So Ordered.**

/s/ F. Dennis Saylor
Hon. F. Dennis Saylor IV
United States District Judge

Dated: 12.2.13