UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>v.<br><br>This Document Relates to:<br><br>All Cases | )<br>)<br>)<br>)<br>)   MDL No: 1:13-md-2419-FDS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Anthony E. Abeln, of Morrison Mahoney LLP, on behalf of the defendants, BKC Pain Specialists, Adil Katabay, M.D. and Nikesh Batra, M.D.

Respectfully Submitted
The Defendants
BKC PAIN SPECIALISTS, ADIL KATABAY,
M.D. and NIKESH BATRA, M.D.,
By their attorney,

/s/ Anthony E. Abeln
_____
Anthony E. Abeln, BBO #669207
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500
aabeln@morrisonmahoney.com

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing  (NEF) and paper copies will be sent to those indicated as non registered participants on  **December 3, 2013**

/s/ Anthony E. Abeln
_____

1448000v1