## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE:  NEW ENGLAND** | ) | |
| **COMPOUNDING PHARMACY, INC.** | ) | **MDL No. 2419** |
| **PRODUCTS LIABILITY LITIGATION** | ) | **Dkt. No. 1:13-md-2419-FDS** |
| _____ | ) | |
| | ) | |
| **This Document Relates to:** | ) | |
| | ) | |
| **Barger, et al. v. Ameridose, LLC et al.** | ) | **Dkt. No. 1:13-cv-12619-FDS** |

---

## <u>NOTICE OF FILING</u>

---

Come the Defendants, Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, a Professional Corporation, John Culclasure, M.D., and Debra Schamberg, R.N. (collectively "Defendants"), and give notice to the Court and all parties that, pursuant to Local Rule § 7.1(b)(1) and Federal Rule of Civil Procedure 56(c)(1)(A), the Affidavit of John W. Culclasure, M.D. is being filed concurrently with the Motion for Summary Judgment and Memorandum of Law in Support of Defendants' Motion for Summary Judgment on Behalf of Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, a Professional Corporation, John Culclasure, M.D., and Debra Schamberg, R.N. and Defendants' Statement of Undisputed Material Facts.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

 /s/ Chris Tardio
**C.J. Gideon, Jr., #6034**
**Chris J. Tardio, #23924**
**Matt Cline, #31076**
**John-Mark Zini, #31769**
Suite 1100
315 Deaderick Street
Nashville, TN 37238
(615) 254-0400

*Attorneys for Defendants*
*Howell Allen, Saint Thomas Outpatient*
*Neurosurgical Center, Dr. Culclasure, and*
*Debra Schamberg*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 9th day of December, 2013.

 /s/ Chris Tardio
**Chris Tardio**

2