EXHIBIT 1



**Department Home | Contact Us | Search:** [ ] Go

Administrative Hearings | Business Services | Charitable Fundraising | Elections | Library & Archives | Publications

# Tennessee Secretary of State
## Tre Hargett

Home | Corporations | Motor Vehicle Temp Liens | Summons | Trademarks | UCC | Workers' Comp Exemption | More Services

Business Services Online > Search Business Information > Business Entity Detail

# Business Entity Detail

Entity details cannot be edited. This detail reflects the current state of the filing in the system.

Return to the Business Information Search.

**Actions Available For This Entity:**

| File Annual Report | Update Mailing Address |
| Certificate of Existence | Change Registered Agent |

000646010: Limited Liability Company - Domestic

[Printer Friendly Version]

**Name:** Total Healthcare Consultants PLLC
**Old Name:** Total Healthcare Consultants P.C.

**Business Type:** Professional Limited Liability Company
**Status:** Inactive - Dissolved (Administrative)
**Formed in:** TENNESSEE
**Fiscal Year Close:** December
**Term of Duration:** Perpetual
**Principal Office:** 200 NEW YORK AVE STE 320
WESTMALL MEDICAL PARK
OAK RIDGE, TN 37830 USA
**Mailing Address:** 200 NEW YORK AVE
320
JOY DAY
OAK RIDGE, TN 37830 USA
**AR Exempt:** No
**Managed By:** Manager Managed

**Initial Filing Date:** 12/08/2010
**Delayed Effective Date:**
**AR Due Date:** 04/01/2013
**Inactive Date:** 08/13/2013

**Obligated Member Entity:** No
**Number of Members:** 1

| **Assumed Names** | History | Registered Agent |
|---|---|---|
| **Name** | **Status** | **Expires** |
| PCA Pain Care Center | Inactive - Name Cancelled | 08/09/2016 |

Division of Business Services
312 Rosa L. Parks Avenue, Snodgrass Tower, 6th Floor
Nashville, TN 37243
615-741-2286
Email | Directions | Hours and Holidays

Contact Us | Site Map | Web Policies | Disclaimer | Department of State | Tennessee.gov

© 2013 Tennessee Department of State

Department Home | Contact Us | Search: [ ] Go

Administrative Hearings | Business Services | Charitable Fundraising | Elections | Library & Archives | Publications



# Tennessee Secretary of State
## Tre Hargett

Home | Corporations | Motor Vehicle Temp Liens | Summons | Trademarks | UCC | Workers' Comp Exemption | More Services

Business Services Online > Search Business Information > Business Entity Detail

# Business Entity Detail

Entity details cannot be edited. This detail reflects the current state of the filing in the system.

Return to the Business Information Search.

**Actions Available For This Entity:**

File Annual Report — Update Mailing Address
Certificate of Existence — Change Registered Agent

[Printer Friendly Version]

**000646010: Limited Liability Company - Domestic**

| | |
|---|---|
| **Name:** | Total Healthcare Consultants PLLC |
| **Old Name:** | Total Healthcare Consultants P.C. |
| **Business Type:** | Professional Limited Liability Company |
| **Status:** | Inactive - Dissolved (Administrative) |
| **Formed in:** | TENNESSEE |
| **Fiscal Year Close:** | December |
| **Term of Duration:** | Perpetual |
| **Principal Office:** | 200 NEW YORK AVE STE 320<br>WESTMALL MEDICAL PARK<br>OAK RIDGE, TN 37830 USA |
| **Mailing Address:** | 200 NEW YORK AVE<br>320<br>JOY DAY<br>OAK RIDGE, TN 37830 USA |
| **AR Exempt:** | No |
| **Managed By:** | Manager Managed |

| | |
|---|---|
| **Initial Filing Date:** | 12/08/2010 |
| **Delayed Effective Date:** | |
| **AR Due Date:** | 04/01/2013 |
| **Inactive Date:** | 08/13/2013 |
| **Obligated Member Entity:** | No |
| **Number of Members:** | 1 |

[ Assumed Names ] [ **History** ] [ Registered Agent ]

| Type | Date | Image # | Detail |
|---|---|---|---|
| **Dissolution/Revocation - Administrative** | 08/13/2013 | A0196-2422 | Detail ▲ |
| Filing Status Changed From: **Active** To: **Inactive - Dissolved (Administrative)**<br>Inactive Date Changed From: **No Value** To: **08/13/2013**<br>Name Status Changed From: **Active (PCA Pain Care Center)** To: **Inactive - Name Cancelled (PCA Pain Care Center)** | | | |
| **Notice of Determination** | 06/04/2013 | A0183-2725 | |
| **2011 Annual Report Due 04/01/2012** | 12/13/2011 | A0096-1896 | Detail ▲ |
| Managed By Changed From: **Member Managed** To: **Manager Managed**<br>Registered Agent First Name Changed From: **Raymond** To: **Joy**<br>Registered Agent Last Name Changed From: **Stroup** To: **Day**<br>Registered Agent Physical Address 1 Changed From: **416 RELIANCE DR** To: **200 NEW YORK AVE SUITE 320**<br>Registered Agent Physical City Changed From: **FRANKLIN** To: **OAK RIDGE**<br>Registered Agent Physical County Changed From: **Williamson County** To: **Anderson County**<br>Registered Agent Physical Postal Code Changed From: **37067-1739** To: **37830** | | | |
| **Assumed Name** | 08/09/2011 | 6924-2387 | Detail ▲ |
| New Assumed Name Changed From: **No Value** To: **PCA Pain Care Center** | | | |

| Conversion | 04/25/2011 | 6883-1588 | Detail ▲ |

Business Type Changed From: **Professional Corporation** To: **Professional Limited Liability Company**
Filing Name Changed From: **Total Healthcare Consultants P.C.** To: **Total Healthcare Consultants PLLC**
Principal Address 1 Changed From: **416 Reliance Dr.** To: **Westmall Medical Park**
Principal Address 2 Changed From: **No value** To: **200 New York Ave., Suite 320**
Principal City Changed From: **Franklin** To: **Oak Ridge**
Principal Postal Code Changed From: **37067** To: **37830**
Principal County Changed From: **Williamson County** To: **Anderson County**
Shares of Stock Changed From: **1,500** To: **No value**
Managed By Changed From: **No Value** To: **Member Managed**

| **Initial Filing** | 12/08/2010 | 6796-3128 | |

Division of Business Services
312 Rosa L. Parks Avenue, Snodgrass Tower, 6th Floor
Nashville, TN 37243
615-741-2286
Email | Directions | Hours and Holidays

Contact Us | Site Map | Web Policies | Disclaimer | Department of State | Tennessee.gov

© 2013 Tennessee Department of State

Department Home | Contact Us | Search: [   ] Go

Administrative Hearings | Business Services | Charitable Fundraising | Elections | Library & Archives | Publications



# Tennessee Secretary of State
## Tre Hargett

Home | Corporations | Motor Vehicle Temp Liens | Summons | Trademarks | UCC | Workers' Comp Exemption | More Services

Business Services Online > Search Business Information > Business Entity Detail

# Business Entity Detail

Entity details cannot be edited. This detail reflects the current state of the filing in the system.

Return to the Business Information Search.

**Actions Available For This Entity:**

File Annual Report — Update Mailing Address
Certificate of Existence — Change Registered Agent

000646010: Limited Liability Company - Domestic   [Printer Friendly Version]

**Name:** Total Healthcare Consultants PLLC
**Old Name:** Total Healthcare Consultants P.C.
**Business Type:** Professional Limited Liability Company
**Status:** Inactive - Dissolved (Administrative)
**Formed in:** TENNESSEE
**Fiscal Year Close:** December
**Term of Duration:** Perpetual
**Principal Office:** 200 NEW YORK AVE STE 320
WESTMALL MEDICAL PARK
OAK RIDGE, TN 37830 USA
**Mailing Address:** 200 NEW YORK AVE
320
JOY DAY
OAK RIDGE, TN 37830 USA
**AR Exempt:** No
**Managed By:** Manager Managed

**Initial Filing Date:** 12/08/2010
**Delayed Effective Date:**
**AR Due Date:** 04/01/2013
**Inactive Date:** 08/13/2013

**Obligated Member Entity:** No
**Number of Members:** 1

[ Assumed Names ] [ **History** ] [ Registered Agent ]

| Type | Date | Image # | Detail |
|---|---|---|---|
| **Dissolution/Revocation - Administrative** | 08/13/2013 | A0196-2422 | Detail ▽ |
| **Notice of Determination** | 06/04/2013 | A0183-2725 | |
| **2011 Annual Report Due 04/01/2012** | 12/13/2011 | A0096-1896 | Detail ▽ |
| **Assumed Name** | 08/09/2011 | 6924-2387 | Detail ▽ |
| **Conversion** | 04/25/2011 | 6883-1588 | Detail ▽ |
| **Initial Filing** | 12/08/2010 | 6796-3128 | |

Business Entity Detail - Business Services Online

Email | Directions | Hours and Holidays

Contact Us | Site Map | Web Policies | Disclaimer | Department of State | Tennessee.gov

© 2013 Tennessee Department of State