EXHIBIT 2



Department Home | Contact Us | Search: [ ] Go

Administrative Hearings | Business Services | Charitable Fundraising | Elections | Library & Archives | Publications

## Tennessee Secretary of State
### Tre Hargett

Home | Corporations | Motor Vehicle Temp Liens | Summons | Trademarks | UCC | Workers Comp Exemption | More Services

Business Services Online > Search Business Information > Business Entity Detail

# Business Entity Detail

Entity details cannot be edited. This detail reflects the current state of the filing in the system.

Return to the Business Information Search.

**Actions Available For This Entity:**

File Annual Report — Update Mailing Address
Certificate of Existence — Change Registered Agent

Printer Friendly Version

000392299: Limited Liability Company - Domestic

**Name:** ANESTHESIA SERVICES ASSOCIATES, PLLC
**Old Name:** SKYLINE ANESTHESIA SERVICES, PLLC

**Status:** Active
**Formed in:** TENNESSEE
**Fiscal Year Close:** December
**Term of Duration:** Perpetual
**Principal Office:** 3024 BUSINESS PARK CIR
GOODLETTSVILLE, TN 37072-3132 USA
**Mailing Address:** PO BOX 159087
NASHVILLE, TN 37215-9087 USA
**AR Exempt:** No
**Managed By:** Member Managed

**Initial Filing Date:** 07/11/2000
**Delayed Effective Date:**
**AR Due Date:** 04/01/2014
**Inactive Date:**

**Obligated Member Entity:** No
**Number of Members:** 8

| **Assumed Names** | History | Registered Agent |
|---|---|---|

| Name | Status | Expires |
|---|---|---|
| Comprehensive Wellness Pharmacy | Active | 10/02/2018 |
| COMPREHENSIVE PAIN SPECIALISTS | Active | 05/11/2016 |

Division of Business Services
312 Rosa L. Parks Avenue, Snodgrass Tower, 6th Floor
Nashville, TN 37243
615-741-2286
Email | Directions | Hours and Holidays

Contact Us | Site Map | Web Policies | Disclaimer | Department of State | Tennessee.gov

© 2013 Tennessee Department of State