EXHIBIT 4

# Licensed Facilities

For more information, please contact:
or Health Related Boards: 1-800-778-4123

## Current Listings:

*Type* = Certified Pain Management Clinics   *County* = ANDERSON

Click here to return to the search page (facilities.htm)

**Total Facilties:3**

1.
COMPREHENSIVE PAIN SPECIALISTS
200 NEW YORK AVENUE
SUITE 150
OAK RIDGE , TN 37830
*Attn:*
(865) 209-8709

Medical Director: DONALD E. JONES, M.D.

*Facility License Number:* 00000343
*Status:* Certified
*Date of Last Survey:*
*Date of Original Licensure:* 12/12/2012
*Date of Expiration:* 12/31/2014

2.
PAIN CONSULTANTS OF EAST TN PLLC
575 OAK RIDGE TURNPIKE
SUITE 110
OAK RIDGE , TN 37830
*Attn:*
(865) 685-0309

Medical Director: JAMES J. CHOO, M.D.

*Facility License Number:* 00000149
*Status:* Certified
*Date of Last Survey:*
*Date of Original Licensure:* 12/13/2011
*Date of Expiration:* 12/31/2013

3.
PCA PAIN CARE CENTER
200 NEW YORK AVENUE
OAK RIDGE , TN 37830
*Attn:*
(865) 835-5196

Medical Director: DONALD E. JONES, M.D.

*Facility License Number:* 00000173
*Status:* Certified
*Date of Last Survey:*
*Date of Original Licensure:* 01/30/2012
*Date of Expiration:* 01/31/2014