UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS
LIABILITY LITIGATION

MDL No.: 1:13-MD-2419-FDS

THIS DOCUMENT RELATES TO:

ALL CASES

**PARTIAL OPPOSITION OF DEFENDANTS, BARRY J. CADDEN, LISA CONIGLIARO CADDEN, CARLA CONIGLIARO, GREGORY CONIGLIARO, DOUGLAS CONIGLIARO AND GLENN A. CHIN, TO THE ST. THOMAS ENTITIES' MOTION FOR ENTRY OF A SECOND AMENDED PROTECTIVE ORDER**

Now come the "NEEC" "affliliated" defendants, Barry J. Cadden, Lisa Conigliaro Cadden, Carla Conigliaro, Gregory Conigliaro, Douglas Conigliaro and Glenn A. Chin, and partially oppose the St. Thomas Entities' Motion for Entry of a Second Amended Protective Order.

As grounds therefore, these defendants rely upon and incorporate by reference herein the brief previously filed by Ameridose, LLC.

Respectfully submitted,

/s/ Robert H. Gaynor
Robert H. Gaynor
BBO# 187620
Sloane and Walsh, LLP
Three Center Plaza, Suite 850
Boston, MA 02108
Phone:    (617) 523-6010
Fax:      (617) 227-0927
e-mail:   RGaynor@sloanewalsh.com

824263.1

*Attorney for Defendants, Barry J. Cadden, Lisa Conigliaro Cadden, Carla Conigliaro, Douglas Conigliaro, Gregory Conigliaro and Glenn A. Chin.*

## CERTIFICIATE OF SERVICE

The undersigned hereby certifies that on December 9th, 2013, a true and exact copy of the foregoing was filed with this Panel's CM/ECF filing system, thereby providing electronic notice to those counsel of record listed below who are registered users of the system.

/s/ Robert H. Gaynor

824263.1