UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | )<br>)<br>) MDL No.: 1:13-md-2419-FDS<br>)<br>) **NOTICE REGARDING SERVICE**<br>) **OF PROCESS**<br>)<br>)<br>) |

In accordance with MDL Order 6 (Docket Number 209, dated June 28, 2013), Part II(B), the undersigned attorney hereby notifies the Court and all counsel of the following contact information for service of process pursuant to F.R.C.P. Rule 4:

| **Defendant(s)** | **Counsel for Service** |
|---|---|
| Barry Cadden<br>Lisa Conigliaro Cadden<br>Gregory Conigliaro<br>Carla Conigliaro<br>Douglas Conigliaro<br>Glenn A. Chin | Robert Gaynor<br>Sloane and Walsh LLP<br>Three Center Plaza<br>Boston, MA 02108<br>Phone:  617.523.6010<br>E-Mail:  rgaynor@sloanewalsh.com |
| Ameridose LLC | Matthew P. Moriarty<br>Tucker Ellis LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113<br>Phone:  216.696.2276<br>E-Mail:  Matthew.Moriarty@tuckerellis.com |
| Medical Sales Management, Inc. | Dan Rabinovitz<br>Michaels, Ward & Rabinovitz, LLP<br>One Beacon Street, 2nd Floor<br>Boston, MA 02108<br>Phone: 617.350.4040<br>E-Mail: dmr@michaelsward.com |

| **Defendant(s)** | **Counsel for Service** |
|---|---|
| ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories | Kenneth B. Walton<br>Kristen R. Ragosta<br>Donovan & Hatem, LLP<br>53 State Street<br>Boston, MA  02109<br>Phone: 617.406.4500<br>E-Mail:  kwalton@donovanhatem.com<br>E-Mail:  kragosta@donovanhatem.com |
| GDC Properties Management, LLC | Joseph P. Thomas<br>Joshua A. Klarfeld<br>Ulmer & Berne LLP<br>600 Vine Street<br>Suite 2800<br>Cincinnati, OH 45202<br>Phone:  513.698.5004<br>E-Mail:  jthomas@ulmer.com<br>E-Mail:  jklarfeld@ulmer.com |
| Alaunus Pharmaceuticals, LLC | Franklin Levy<br>21 Custom House Plaza<br>Suite 440<br>Boston, MA 02110<br>Phone:  702.403.0510<br>E-Mail:  fhlevy@gmail.com |

Respectfully Submitted,

Dated:  December 12, 2013      HARRIS BEACH PLLC

By:   /s/ Frederick H. Fern
Frederick H. Fern
100 Wall Street, 23rd Floor
New York, New York 10005
(P) 212-687-0100
(F) 212-687-0659
(E) hbnecc@harrisbeach.com

*Specially Retained Counsel for the Chapter 11 Trustee of the Estate of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center*

2

## **CERTIFICATE OF SERVICE**

I, Frederick H. Fern, hereby certify that on the 12th day of December, 2013, the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Frederick H. Fern
Frederick H. Fern