UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>*All Actions* | MDL No. 1:13-md-02419<br><br>Hon. F. Dennis Saylor, IV |

## NOTICE OF WITHDRAWAL

Kindly withdraw the appearance of Ryan A. Ciporkin, Lawson & Weitzen, LLP on behalf of Alaunus Pharmaceutical, LLC in the above captioned matter.

<u>Please note that Franklin H. Levy remains as counsel for Alaunus Pharmaceutical, LLC in this action</u>.

Dated:  December 12, 2013

Respectfully Submitted,
Alaunus Pharmaceutical, LLC,
By its Attorney,

*/s/ Ryan A. Ciporkin*

Ryan Ciporkin (BBO# 667479)
Lawson & Weitzen, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
Tel: (617) 439-4990
rciporkin@lawson-weitzen.com

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 12, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

      */s/ Ryan A. Ciporkin*

Ryan Ciporkin (BBO #667479)
Lawson & Weitzen, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
Tel: (617) 439-4990
rciporkin@lawson-weitzen.com