UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 1:13-md-2419-FDS |
| All Actions | ) |  |

## PROPOSED ORDER

This matter is before the Court on the Plaintiffs' Steering Committee's Motion for Order filed on December 12, 2013.  For good cause shown, the Court grants the motion and orders as follows:

Any plaintiff who filed any exhibit with a complaint in order in compliance with Tenn. Code Ann. § 29-26-121 and/or Tenn. Code Ann. § 29-26-122 and who files a short form complaint in *In re New England Compounding Pharmacy, Inc., Products Liability Litigation*, MDL No. 1:13-md-2419-FDS   incorporated by reference in the short form complaint the originally filed exhibits will be deemed to have "filed" those exhibits with the short form complaint within the meaning of Tenn. Code Ann. § 29-26-121 and/or Tenn. Code Ann. § 29-26-122.

So Ordered this _____ day of _____, _____.

_____
F. Dennis Saylor IV
United States District Judge

1