UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS ) <br> LIABILITY LITIGATION ) <br>   ) <br> This Document Relates To: ) <br>   ) <br> All Cases ) | MDL No. 1:13-md-2419-FDS |

## NOTICE OF APPEARANCE OF CHRISTOPHER WELD, JR.

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter the appearance of Christopher Weld, Jr., on behalf of the Defendants, Douglas Conigliaro and Carla Conigliaro, in the above-captioned action.

Respectfully submitted,

DOUGLAS CONIGLIARO and CARLA CONIGLIARO,
By their attorneys,

/s/ Christopher Weld, Jr.
Christopher Weld, Jr. (BBO# 522230)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
cweld@toddweld.com

Dated: December 13, 2013

### CERTIFICATE OF SERVICE

I, Christopher Weld, Jr., hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on December 13, 2013.

/s/ Christopher Weld, Jr.
Christopher Weld, Jr.