UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*All Actions* | MDL No. 1:13-md-02419<br><br>Hon. F. Dennis Saylor, IV |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Franklin H. Levy as counsel for defendant Alaunus Pharmaceutical, LLC in the above captioned matter.

| | |
|---|---|
| Dated:  December 13, 2013 | Respectfully Submitted,<br>Alaunus Pharmaceutical, LLC,<br>By its Attorney,<br><br>*/s/ Franklin H. Levy*<br>_____<br>Franklin H. Levy (BBO#297720)<br>21 Custom House<br>Suite 440<br>Boston, MA 02110<br>Tel: (702) 403-0510<br>fhlevy@gmail.com |

1

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 13, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

      */s/ Franklin H. Levy*

Franklin H. Levy (BBO#297720)
21 Custom House
Suite 440
Boston, MA 02110
Tel: (702) 403-0510
fhlevy@gmail.com