## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>v.<br><br>This Document Relates to<br><br>All Cases | Civil Action No. 1:12-cv-12121-FDS<br><br>The Honorable F. Dennis Saylor, IV<br><br>**To Be Filed in MDL No: 2419**<br><br>**Docket No: 1:13-md-2419** |

## NOTICE OF APPEARANCE OF MICHAEL R. HUGO, ON BEHALF OF PLAINTIFF CHAD GREEN

**COMES NOW,** Michael R. Hugo, and files his appearance on behalf of Plaintiff, Chad Green, in the within matter now before this Honorable Court.

Dated: December 13, 2013

Respectfully Submitted,

_____/S/ Michael R. Hugo_____
Michael R. Hugo, BBO #243890
KHORRAMI BOUCHER
SUMNER SANGUINETTI
40 Grove Street
Wellesley, MA 02482
Fax (617) 607-9655
mhugo@kbsslaw.com

## CERTIFICATION

I certify that service of the within document was perfected by electronic filing service, this 13th day of December, 2013.

_____/S/ Michael R. Hugo_____
Michael R. Hugo