UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

NOTICE OF STIPULATION REGARDING SERVICE ON
DEFENDANT UNIFIRST CORPORATION

The Plaintiffs' Steering Committee gives Notice of Filing as follows:

1. James C. Rehnquist, Esquire and Roberto M. Braceras, Esquire, as counsel for UniFirst Corporation ("Counsel"), shall accept a F.R.C.P. Rule 4 Summons regarding any case filed in the above-captioned MDL proceeding that identifies UniFirst Corporation as a Defendant, provided that all relevant rules of the F.R.C.P. are followed, and that a completed waiver form accompany the Complaint (original or amended) and Summons.

2. The relevant waiver form is form AO 398, which can be found at the following website: http://www.uscourts.gov/FormsAndFees/Forms/CourtForms.aspx.

3. Counsel is authorized to and shall accept on behalf of UniFirst Corporation any demand letter submitted pursuant to the provisions of Massachusetts General Laws, Chapter 93A, Section 9 and in connection with the above-captioned MDL proceeding.

4. The address for service of the stated papers on Counsel is:

Roberto Braceras, Esquire
Goodwin Procter LLP

Exchange Place
53 State Street
Boston, MA 02109

Date: <u>December 13, 2013</u>     Respectfully submitted:

**/s/ Kristen Johnson Parker**
Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: 617/482-3700
Facsimile: 617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Mark Zamora, Esquire
5 Concourse Parkway Suite 2600
Atlanta, GA 30328
404-451-7781 F: 404-506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: 615/254-8801
Facsimile: 615/255-5419
gerards@branstetterlaw.com

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN,
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415/956-1000
Facsimile: 415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, KRISTEN JOHNSON PARKER, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   December 13, 2013

**/s/Kristen Johnson Parker**
Kristen Johnson Parker