**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**[PROPOSED] MDL ORDER #___**

The Court understands that some state statutes, for example Tenn. Code Ann. § 29-26-121 and similar statutes, and/or the Federal Rules of Civil Procedure impose deadlines for curing service or pre-suit notice defects.  This order is intended to address the need for Plaintiffs to have an opportunity to cure (if curable) any alleged deficiencies in serving Complaints or satisfying pre-suit filing requirements, including notice, given that the deadlines for Defendants to answer or otherwise respond to Complaints has been extended.  Accordingly, it is ordered that:

For any case pending in this Court or subject to transfer to this Court against an Unaffiliated Defendant, who has not previously filed a Notice of Participation in the Mediation Program, on or before December 20, 2013, such Unaffiliated Defendant that wishes to assert a defense of insufficiency of process or failure to satisfy pre-suit notice or other requirements pursuant to state law shall identify, by letter to the Plaintiffs' Steering Committee, the following:

1. The case name and civil action number,

2. A brief description of the alleged problem with service of process; and

3. A brief description of the alleged problem/insufficiency in satisfying state-law pre-suit filing requirements.

The Unaffiliated Defendants shall provide this information to the Plaintiffs' Steering Committee

1

by no later than January 10, 2013.

The time requirements for curing any service and pre-suit notice requirements (including any statute of limitations) shall be tolled from the date of this Order against such a Defendant until such Defendant provides the information required by this order.

**So Ordered this** _____ **day of** _____**,** \_\_\_\_\_**.**

_____
F. Dennis Saylor IV
United States District Judge

Date:  December 16, 2013          Respectfully submitted:

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH &
JENNINGS, PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415/956-1000
Facsimile:  415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

3

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

4

5

## CERTIFICATE OF SERVICE

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   December 16, 2013

/s/J. Gerard Stranch, IV
J. Gerard Stranch, IV