UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

### [PROPOSED] MDL ORDER #___

The Court understands that some state statutes, for example Tenn. Code Ann. § 29-26-121 and similar statutes, and/or the Federal Rules of Civil Procedure impose deadlines for curing service or pre-suit notice defects in some instances.  This order is intended to address the need for plaintiffs to have an opportunity to cure (if curable) any alleged deficiencies in serving complaints or satisfying pre-suit ~~filing~~ notice requirements~~, including notice,~~ given that the deadlines for defendants to answer or otherwise respond to complaints has been extended. Accordingly, it is ordered that:

For any case pending in this Court or subject to transfer to this Court against an Unaffiliated Defendant, who has not previously filed a Notice of Participation in the Mediation Program, on or before December 20, 2013, such an Unaffiliated Defendant that wishes to assert a defense of insufficiency of process or failure to satisfy pre-suit notice ~~or other~~ requirements pursuant to state law shall identify the following, by either (1) a letter sent to the Plaintiffs' Steering Committee by January 10, 2014, or (2) a "master" motion to dismiss filed by January 10, 2014 ~~the following~~:

1. The case name and civil action number,

2. A brief description of the alleged problem with service of process; and

3. A brief description of the alleged problem/insufficiency in satisfying state-law pre-



suit ~~filing~~ notice requirements.

~~The Unaffiliated Defendants shall provide this information to the Plaintiffs' Steering Committee by no later than January 10, 2013.~~

As to any Unaffiliated Defendant subject to this Order who fails to provide the letter or file the "master" motion to dismiss by January 10, 2014, ~~T~~the time requirements for curing any service and pre-suit notice requirements (including any statute of limitations) shall be tolled from ~~the date of this order~~ January 10, 2014, against such a defendant until such defendant provides the information required by this order.

**So Ordered this** _____ **day of** _____, \_\_\_\_\_.

_____
F. Dennis Saylor IV
United States District Judge