UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>*Shaffer, et al. v. Cadden, et al.*, No. 13-cv-10226-FDS | MDL No. 2419<br>Master Docket No. 1:13-md-2419-FDS<br><br>Honorable F. Dennis Saylor, IV |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Now come Fredric L. Ellis, Edward D. Rapacki and Joseph M. Makalusky of the law firm of Ellis & Rapacki LLP, and J. Douglas Peters of the law firm Charfoos & Christensen, P.C., and, pursuant to Local Rule 83.5.2(c), hereby give notice of their withdrawal as counsel of record for the plaintiffs Leonard Shaffer and Karen Shaffer ("Plaintiffs") in the above-captioned matter.

In accordance with the requirements of Local Rule 83.5.2(c), the withdrawing attorneys note that Attorney Terry A. Dawes of the law firm of Fieger Law Firm has entered his appearance for Plaintiffs in this case. Further, there are no motions in the above-captioned matter that are pending before the Court at this time, no trial date has been set, and there are no hearings or conferences scheduled or any oral or written reports due in the above-captioned matter.

Respectfully submitted,


   /s/ Fredric L. Ellis
Fredric L. Ellis, BBO # 542075
Edward D. Rapacki, BBO # 411910
Joseph M. Makalusky, BBO # 631240
ELLIS & RAPACKI LLP
85 Merrimac Street, Suite 500
Boston, MA 02114
telephone: (617) 523-4800
facsimile: (617) 523 -6901
fellis@ellisrapacki.com
erapacki@ellisrapacki.com
jmakalusky@ellisrapacki.com

      - and –

J. Douglas Peters, MI Bar No. P25686
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Avenue
Detroit, MI 48202
telephone: (313) 875-8080
facsimile: (313) 875-8522
jdpeters@c2law.com


Dated: December 18, 2013

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of December 2013, I caused a copy of the above Notice of Withdrawal of Appearance to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system. true and accurate copies of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. In accordance with Local Rule 83.5.2(c), I also served Plaintiffs with a copy of the above Notice of Withdrawal of Appearance via first class mail, postage prepaid addressed as follows:

Leonard Shaffer and Karen Shaffer
1015 Herrst Dr.
Chelsea, MI  48118


        /s/ Fredric L. Ellis
      Fredric L. Ellis