# THE MILLER LAW FIRM
### A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| E. POWELL MILLER | | JANUARY A. DRAGICH |
| MARC L. NEWMAN | 950 WEST UNIVERSITY DRIVE | MELISSA D. WOJNAR-RAYCRAFT |
| ANN L. MILLER | SUITE 300 | EMILY E. HUGHES |
| MARTHA J. OLIJNYK | ROCHESTER, MICHIGAN 48307 | DEVON P. ALLARD |
| JAYSON E. BLAKE | | ADAM T. SCHNATZ |
| BRIAN E. ETZEL | TELEPHONE (248) 841-2200 | CHRISTOPHER D. KAYE |
| DAVID B. VIAR | FACSIMILE (248) 652-2852 | CASEY A. FRY |
| RICHARD (TONY) BRAUN | www.millerlawpc.com | JENNIFER E. FRUSHOUR |
| KEVIN F. O'SHEA | | JUSTIN B. VANDEPUTTE |
| SHARON S. ALMONRODE | | RICHARD L. MERPI II |
| LAUREN G. NORTHROP | | M. RYAN JARNAGIN |

ANDREW R. DRANCHAK (1929-2007)

December 4, 2013

**Via Email and U.S. Mail**

Nicole D. Dorman, Esq.
Rose Kallor, LLP
750 Main Street, Suite 606
Hartford, CT 06103

> Re: *New England Compounding Center Litigation, MDL No. 2419 – Subpoena Issued to Michigan Neurosurgical Institute*

Dear Ms. Dorman,

Enclosed in the above-referenced matter, please find:

- Notice of Issuance of Third-Party Subpoena;
- Certificate of Service; and
- Subpoenas to Central Insurance Companies, OneBeacon Insurance Group, Travelers Insurance, and Fireman's Fund Insurance Company.

If you have any questions, please call.

Sincerely,

*Samantha S. Stenquist*
Samantha S. Stenquist
Legal Assistant to Jennifer F. Bean

Enclosures