UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  NEW ENGLAND                          )
COMPUNDING PHARMACY, INC.        )          Docket No:  1:13-md-2419-FDS
PRODUCTS LIABILITY LITIGATION      )

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Matthew R. Connors, Esquire of Capplis & Connors, P.C., 18 Tremont Street, Suite 220, Boston, Massachusetts  02118 as attorneys for the defendant, Ocean State Pain Management, Inc., in the above captioned action.

/s/ Matthew R. Connors_____
MATTHEW R. CONNORS
BBO # 636358
Capplis & Connors, P.C.
18 Tremont Street – Suite 220
Boston, MA  02118
(617) 227-0722
mconnors@capplisandconnors.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2013, I served the above Notice of Appearance upon the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ Matthew R. Connors_____
MATTHEW R. CONNORS
Attorney for Defendant,
Ocean State Pain Management, Inc.