UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE:  NEW ENGLAND | ) | |
| COMPUNDING PHARMACY, INC. | ) | Docket No:  1:13-md-2419-FDS |
| PRODUCTS LIABILITY LITIGATION | ) | |

**NOTICE OF CHANGE OF ADDRESS**

    Now comes counsel for the defendant, Ocean State Pain Management, Inc., in the above captioned matter and gives notice of new address and contact information:

Sean E. Capplis, Esquire
Capplis & Connors, P.C.
18 Tremont Street – Suite 220
Boston, MA  02118
(617) 227-0722
(617) 227-0772 FAX
Scapplis@capplisandconnors.com

/s/ Sean E. Capplis_____
SEAN E. CAPPLIS
BBO # 634740
Capplis & Connors, P.C.
18 Tremont Street – Suite 220
Boston, MA  02118
(617) 227-0722
scapplis@capplisandconnors.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 19, 2013, I served the above Notice of Change of Address upon the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ Sean E. Capplis_____
SEAN E. CAPPLIS
Attorney for Defendant,
Ocean State Pain Management, Inc.