# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. : : : : THIS DOCUMENT RELATES TO ALL : ACTIONS : : | Hon. F. Dennis Saylor IV<br>Master Docket No.: 1:13-md-02419-FDS |

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of Plaintiffs Helena Trope a/k/a Linda Trope and Lawrence Trope in the above MDL matter.  Mr. and Mrs. Trope's action is styled *Trope, et al v. New England Compounding Pharamacy Inc. et al*. 1:13-cv.00183.

            Respectfully submitted,

            PAULSON & NACE


            /s/ Jonathan B. Nace
            Jonathan B. Nace, Esq. Md. Bar No.  18246
            1615 New Hampshire Ave., NW
            Washington, D.C. 20009
            (202) 463-1999
            *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that on December 19, 2013 I caused a copy of the foregoing *Notice of Appearance* to be served on the Court and all parties via CM/ECF.

Respectfully submitted,

PAULSON & NACE

/s/ Jonathan B. Nace
Jonathan B. Nace, Esq. Md. Bar No.  18246
1615 New Hampshire Ave., NW
Washington, D.C. 20009
(202) 463-1999
*Counsel for Plaintiffs*