## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of December 2013, I caused a copy of the above Short Form Complaint to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

      /s/ Kimberly A. Dougherty
      Kimberly A. Dougherty