UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No.: 1:13-md-2419-FDS |

## NOTICE OF CHANGE OF ADDRESS

Now comes counsel for ARL BioPharma, Inc., and provides Notice of its Change of Address as of October 10, 2013 as follows:

Kenneth B. Walton
DONOVAN HATEM, LLP
53 State Street, Eighth Floor
Boston, MA 02109
617-406-4500
kwalton@donovanhatem.com

                                                      Respectfully submitted,

                                                      **ARL BIOPHARMA, INC. d/b/a ANALYTICAL RESEARCH LABORATORIES**

                                                      By its attorneys,

                                                      /s/ *Kenneth B. Walton*
                                                      Kenneth B. Walton, BBO #562174
                                                      kwalton@donovanhatem.com
                                                      DONOVAN HATEM LLP
                                                      53 State Street, Eighth Floor
                                                      Boston, MA 02109
                                                      Tel:  (617) 406-4500
Dated:  December 19, 2013                       Fax: (617) 406-4501

## CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 19, 2013 using the ECF system that sent notification of this filing to all ECF— registered counsel of record via e-mail generated by the Court's ECF system.

                                               */s/ Kenneth B. Walton*
                                               *Attorney for ARL Bio Pharma, Inc. d/b/a*
                                               *Analytical Research Laboratories*

01573062.DOCX