UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No.: 1:13-md-2419-FDS |

## NOTICE OF CHANGE OF ADDRESS

Now comes counsel for ARL BioPharma, Inc., and provides Notice of its Change of Address as of October 10, 2013 as follows:

Kristen R. Ragosta
DONOVAN HATEM, LLP
53 State Street, Eighth Floor
Boston, MA 02109
617-406-4500
kragosta@donovanhatem.com

    Respectfully submitted,

    **ARL BIOPHARMA, INC. d/b/a ANALYTICAL RESEARCH LABORATORIES**

    By its attorneys,

    /s/ *Kristen R. Ragosta*
    Kristen R. Ragosta, BBO #664362
    kragosta@donovanhatem.com
    DONOVAN HATEM LLP
    53 State Street, Eighth Floor
    Boston, MA 02109
    Tel:  (617) 406-4500
    Fax: (617) 406-4501

Dated:  December 19, 2013
01573062.DOCX

1

**CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 19, 2013 using the ECF system that sent notification of this filing to all ECF— registered counsel of record via e-mail generated by the Court's ECF system.

            */s/ Kristen R. Ragosta*
            *Attorney for ARL Bio Pharma, Inc. d/b/a*
            *Analytical Research Laboratories*