# EXHIBIT 1

United States District Court
For the Northern District of Ohio
Western Division

| | | |
|---|---|---|
| Pamela R. Cooper and David L. Cooper, h/w<br><br>Plaintiffs,<br><br>v.<br><br>Ameridose, LLC, *et al.*<br>Defendants. | : | AFFIDAVIT OF MERIT |

Matthew C. Lee, M.D., R.Ph., being first duly sworn, states the following to be true:

1. I submit this Affidavit of Merit in accordance with Ohio Civ. R 10(D)(2)(a) and equivalent rules or requirement applicable.

2. I am licensed to practice medicine by the State Board of Medicine and pharmacy by the State Board of Pharmacy of the Commonwealth of Virginia.

3. I devote at least one-half of my professional time to the active clinical practice in my fields of licensure, or to its instruction in an accredited school.

4. I have reviewed all medical records reasonably available to the plaintiff concerning the allegations contained in the complaint.

5. I am familiar with the applicable standard of care in this case.

6. In my opinion, the standard of care was breached by the defendants and such breach caused the injury to Pamela R. Cooper.

_____
Matthew C. Lee, M.D.

1

Sworn to and subscribed before me on September 27th, 2013.

*Linda B. Wilkinson*
NOTARY PUBLIC

[Notary Seal: LINDA B. WILKINSON, NOTARY PUBLIC, MY COMMISSION NUMBER 144613, COMMONWEALTH OF VIRGINIA]