# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| SUSAN M. EDWARDS, | : |
| Plaintiff, | : MDL No. 2419 |
| | : Master Docket No. 1:13-md-2419-FDS |
| v. | : |
| | : Honorable F. Dennis Saylor |
| UNIFIRST CORPORATION, A/D/B/A UNICLEAN CLEANROOM SERVICES, MINNESOTA SURGERY CENTER, MEDICAL ADVACED PAIN SPECIALISTS, PA, DAVID M. SCHULTZ, M.D., | : |
| Defendants. | : |

### AFFIDAVIT OF EXPERT REVIEW

I, Kimberly A. Dougherty, being first duly sworn, state the following to be true:

1. I submit this Affidavit of Expert Review in accordance with Minn. Stat. Ann. § 145.682 and equivalent rules or requirements applicable.

2. I am the attorney for the Plaintiff in the above referenced action.

3. I have consulted and reviewed the facts of this case with Lawrence J. Winikur, M.D.

4. His qualifications are as follows:

    a. He is a physician licensed to practice medicine in the State of Virginia, who has been practicing in the field of Pain Management for 21 years.

    b. In his professional career, he has worked as a physician, Hospital Staff Anesthesiologist, Pain Clinic Director, and Medical Director of a pain clinic.

1

    c. He currently works as the Medical Director of Piedmont Pain Medicine, PC in Danville, VA.

    d. He has devoted more than one-half of his professional time to the active clinical practice in his fields of licensure.

    e. As a physician and the owner of a clinic where epidural steroid injections are performed, where medications for such procedures are purchased and handled, where patient records are documented, where procedures and drugs are coded and billed, he practices under the same standard of care applicable to the physician and clinic defendants in this case.

    f. He is familiar with the applicable standard of care pertaining to and concerning the administration of sterile steroid injections into the indicated regions of patients.

    g. Based on the above qualifications, Dr. Winikur and I believe he is competent to express opinions regarding the fields of Medicine, Pain Management, Health Care Administration, including but not limited to administration, procurement and billing associated with the sterile steroids.

5. The facts of this case have been shared with Dr. Winikur and reviewed by him.

6. Based on the above qualifications, I reasonably expect that his opinions could be admissible at trial.

7. Dr. Winikur has opined that Defendants Minnesota Surgery Center, Medical Advanced Pain Specialists, P.A. and Dr. David Schultz, deviated from the applicable standard of care and by that action caused injury to Plaintiff Susan Edwards.

Signed under the pains and penalties of perjury on December 19, 2013.

_____
Kimberly A. Dougherty, Esq.

3