UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERTRUM WALKER BRYANT, JR., individually and as husband and next of kin of decedent, MARGARET RHEA BRYANT, <br><br>    Plaintiff, <br><br> v. <br><br> UNIFIRST CORPORATION, A/D/B/A UNICLEAN CLEANROOM SERVICES, SAINT THOMAS OUTPATIENT NEUROSURGICAL CENTER, LLC, HOWELL ALLEN CLINIC, A Professional Corporation, JOHN CULCLASURE, M.D., DEBRA SCHAMBERG, R.N., SAINT THOMAS WEST HOSPITAL formerly known as ST. THOMAS HOSPITAL, SAINT THOMAS NETWORK,  SAINT THOMAS HEALTH, ASCENSION HEALTH and ASCENSION HEALTH ALLIANCE, <br><br>    Defendants. | CIVIL ACTION NO.: 3:13-cv-01011 <br><br> MDL No. 2419 <br> Master Docket No. 1:13-md-2419-FDS <br><br> Honorable F. Dennis Saylor <br><br> **DEMAND FOR JURY TRIAL** |

**AMENDED SHORT FORM COMPLAINT**
**AGAINST UNAFFILIATED DEFENDANTS**

Plaintiff, BERTRUM WALKER BRYANT, JR., on behalf of himself and as the Administrator of the Estate of Margaret Rhea Bryant, alleges as follows:

**FIRST COUNT**

1. Pursuant to MDL Order No. 7, entered in In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation, Master Docket No. 1:13-md-2419-FDS, the undersigned counsel hereby submits this Short Form Complaint and Jury Demand against the Defendants, and adopts and incorporates by reference the allegations in the Plaintiffs' Master Complaint,

with attachments, and any and all amendments thereto.

2. Plaintiff is a resident of the State of Tennessee.

3. Plaintiff brings this action:

   [X]   On behalf of himself, widower of Margaret Rhea Bryant.

   [X]   As the Administrator of the Estate of Margaret Rhea Bryant (hereinafter "Decedent"), who died on September 18, 2012.

4. Plaintiff asserts that Decedent was administered New England Compounding Pharmacy, Inc. ("NECC") drug methyprednisolone acetate (hereinafter referred to as "NECC drug"), causing injuries and damages.

5. The aforesaid administration of the NECC drug was prescribed by Dr. Vaughan Allen of the Howell Allen Clinic in Nashville, Tennessee, and was injected on August 17, 2012, by anesthesiologist, Dr. Gilberto Carrero, at Saint Thomas Outpatient Neurosurgical Center, LLC, in Nashville, Tennessee.  Saint Thomas Outpatient Neurosurgical Center, LLC, is operated jointly by Saint Thomas Network, Saint Thomas Health and the Howell Allen Clinic. Dr. John Culclasure, M.D., and Debra Schamberg, R.N., were employees of the Howell Allen Clinic and Saint Thomas Outpatient Neurosurgical Center and were responsible for the purchase of the NECC drug injected into Decedent.  Saint Thomas Outpatient Neurosurgical Center, LLC, is located on the campus of Saint Thomas West Hospital, formerly knows as St. Thomas Hospital, and is the apparent agent of Saint Thomas West Hospital. At all relevant times, Ascension Health and Ascension Health Alliance owned, operated, managed and/or simply did business, in part, as Saint Thomas Health and/or Saint Thomas Network and/or Saint Thomas West Hospital.

6. Dr. John Culclasure, Nurse Debra Schambert, Saint Thomas Outpatient Neurosurgical Center, LLC., Howell Allen Clinic, A Professional Corporation, Saint Thomas West Hospital, St. Thomas Network, Saint Thomas Health, Ascension Health and Ascension Health Alliance are hereinafter collectively referred to as "Clinic Related Defendants."

7. Plaintiff adopts and incorporates by reference the following Causes of Action asserted against the Defendants in the Master Complaint:

   [X]   COUNT II: NEGLIGENCE AND GROSS NEGLIGENCE (Against UniFirst);

   [X]   COUNT III: NEGLIGENCE AND GROSS NEGLIGENCE (Against Clinic Related Defendants);

   [X]   COUNT IV: VIOLATION OF CONSUMER PROTECTION STATUTES (Against Clinic Related Defendants);

   Plaintiff alleges violation of the following consumer protection statutes: the Tennessee Consumer Protection Act, Tenn. Code Ann. §47-18-101 *et seq.*

   [X]   COUNT VI: VIOLATION OF M.G.L.C. 93A (Against UniFirst)

   [X]   COUNT VII: BATTERY (Against Clinic Related Defendants)

   [X]   COUNT VIII: FAILURE TO WARN (Against Clinic Related Defendants)

   [X]   COUNT IX: TENNESSEE PRODUCTS LIABILITY CLAIMS (Against Tennessee Clinic Related Defendants)

   [X]   COUNT X: AGENCY (Against Clinic Related Defendants)

   [X]   COUNT XI: CIVIL CONSPIRACY (Against Clinic Related Defendants)

   [X]   COUNT XII: WRONGFUL DEATH PUNITIVE DAMAGES (Against UniFirst and Clinic Related Defendants)

   [X]   COUNT XIII: LOSS OF CONSORTIUM (Against UniFirst and Clinic Related Defendants)

   [X]   COUNT XIV: PUNITIVE DAMAGES (Against UniFirst and Clinic Related

       Defendants)

8. Plaintiff, BERTRUM WALKER BRYANT, JR., complied with the applicable state law pre-suit requirements for filing this Short Form Complaint required under Tenn. Code Ann.§ §29-26-121 and 29-26-122 within the time periods required under Tennessee law. An Affidavit establishing such compliance is attached hereto as **Exhibit A** and a Certificate of Good Faith signed by the undersigned counsel is attached hereto as **Exhibit B.** Both exhibits are incorporated herein by reference.

9. Plaintiff, BERTRUM WALKER BRYANT, JR., claims the Decedent, Margaret Rhea Bryant, suffered the following injuries as a result of the administration of NECC's drug: bodily injury, pain and suffering, and death, as a result of contracting fungal meningitis.

10. Plaintiff, BERTRUM WALKER BRYANT, JR., has and will continue to suffer the following injuries as a result of the administration of NECC's drug: loss of spousal support, mental anguish, medical expenses, and all other damages to which he and decedent's heirs may be entitled.

WHEREFORE, Plaintiff demands Judgment against the Defendants awarding compensatory damages, punitive damages, attorneys' fees, interest, costs of suit, and such further relief as the Court deems equitable and just, and further, pursuant to Tenn. Code Ann. §29-28-107, Plaintiff prays for damages in an amount not to exceed $50,000,000.00.

Plaintiff reserves the right to amend this Complaint to add allegations and claims against individuals or entities currently omitted (in light of the Court's order permitting a Master Complaint naming defendants affiliated with NECC and currently participating in mediation by December 20) and to add or amend allegations against Defendants named herein based, in part, on further

discovery.

## JURY DEMAND

Plaintiff hereby demands a trial by a jury.

Respectfully submitted,

BERTRAM WALKER BRYANT, JR.,

By his Attorneys,

GALLIGAN & NEWMAN

By: /s/ Michael D. Galligan
    Michael D. Galligan #3181
    *Pro Hac Vice Admission*
    M. Trevor Galligan #27243
    309 West Main Street
    McMinnville, TN 37110
    Telephone:  (931) 473-8405
    Facsimile:   (931) 473-1888
    mgalligan@galligannewmanlaw.com
    tgalligan@galligannewmanlaw.com
    *Attorneys for Plaintiff*