*Exhibit A*

## AFFIDAVIT OF LEIGH-ANNE LEE

Comes now the affiant, Leigh-Anne Lee, who, having first been duly sworn, states that the following statements are true in regards to Plaintiff Margaret Bryant:

1. All of the statements contained in this Affidavit are true and correct and made on the basis of my personal knowledge. I am an adult citizen of the State of Tennessee, over the age of 18 years, and am competent to make the statements contained in this Affidavit. I am a legal assistant with Galligan and Newman.

2. On October 12, 2012, I mailed by certified mail, return receipt requested a Notice letter and enclosures to Saint Thomas Outpatient Neurosurgical Center, LLC, at both the addresses for the agent for service of process (Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste. 301, Nashville, TN 37203-2023) and the provider's current business address (Floor 9, 4230 Harding Pike, Nashville, TN 37205-2013 as required by Tennessee Code Annotated § 29-26-121 (a). On July 3, 2013, I mailed by certified mail, return receipt requested a Supplemented Notice letter and enclosures to Saint Thomas Outpatient Neurosurgical Center, LLC at both the addresses for the agent of service of process (Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste. 301, Nashville, TN 37203-2023) and the provider's current business address (Floor 9, 4230 Harding Pike, Nashville, TN 37205-2013 as required by Tennessee Code Annotated § 29-26-121 (a).

3. I attach as Exhibit 1 a copy of the Notice letters sent to Saint Thomas Outpatient Neurosurgical Center, LLC along with the copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization

permitting Saint Thomas Outpatient Neurosurgical Center, LLC to obtain complete medical

records from each other provider being sent a Notice.

4. I attach as Exhibit 2 copies of the Certificates of Mailing from the United States Postal

Service stamped with the date of mailing of the Notice and enclosures to Saint Thomas

Outpatient Neurosurgical Center, LLC.

5. On October 12, 2012, I mailed by certified mail, return receipt requested a Notice

letter and enclosures to Howell Allen Clinic A Professional Corporation at the address for the

agent for service of process (Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste. 301, Nashville,

Tn 37203-2023) and the provider's current business address (2011 Murphy Avenue, Suite 301,

Nashville, TN 37203-2023) as required by Tennessee Code Annotated § 29-26-121 (a). On July

3, 2013, I mailed by certified mail, return receipt requested a Supplemented Notice letter and

enclosures to Howell Allen Clinic A Professional Corporation at the address for the agent for

service of process (Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste. 301, Nashville, Tn 37203-

2023) and the provider's current business address (2011 Murphy Avenue, Suite 301, Nashville,

TN 37203-2023) as required by Tennessee Code Annotated § 29-26-121 (a).

6. I attach as Exhibit 3 a copy of the Notice letters sent to Howell Allen Clinic A

Professional Corporation along with copies of the enclosures to the letter which include a list of

the names and addresses of all healthcare providers who were served Notice pursuant to

Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization

permitting Howell Allen Clinic A Professional Corporation to obtain complete medical records

from each other provider being sent a notice.

7. I attach as Exhibit 4 a copy of the Certificate of Mailing from the United States Postal

Service, stamped with the date of mailing of the Notice and enclosures to Howell Allen Clinic A

Professional Corporation.

8. On July 3, 2013 I mailed by certified mail, return receipt requested a Notice letter and enclosures to Debra Schamberg, R.N., (Howell Allen Clinic, 2011 Murphy Ave., Suite 301, Nashville, TN 37203) as required by Tennessee Code Annotated § 29-26-121 (a).

9. I attach as Exhibit 5 a copy of the Notice letter sent to Debra Schamberg, R.N. along with copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting Debra Schamberg, R.N. to obtain complete medical records from each other provider being sent a notice.

10. I attach as Exhibit 6 copies of the Certificates of Mailing from the United States Postal Service, and enclosures to Debra Schamberg, R.N.

11. On July 3, 2013, I mailed by certified mail, return receipt requested a Notice letter and enclosures to John W. Culclasure, M.D. at the address listed for Dr. Culclasure on the Tennessee Department of Health website (Howell Allen Clinic, 2011 Murphy Ave., Suite 301, Nashville, TN 37203) and at the provider's current business address (Saint Thomas Outpatient Neurosurgical Center, LLC, 2011 Murphy Ave., Ste. 301, Nashville, TN 37203-2023) as required by Tennessee Code Annotated § 29-26-121 (a).

12. I attach as Exhibit 7 a copy of the Notice letter sent to John W. Culclasure, M.D., along with copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting John W. Culclasure, M.D. to obtain complete medical records from each other provider being sent a notice.

13. I attach as Exhibit 8 copies of the Certificates of Mailing from the United States

Postal Service, and enclosures to John W. Culclasure, M.D.

14. On October 12, 2012, I mailed by certified mail, return receipt requested a Notice letter and enclosures to Saint Thomas Hospital at both the address for the agent for service of process (E. Berry Holt, III, Suite 800, 102 Woodmont Blvd., Nashville, Tn 37205-2221) and the provider's current business address (4220 Harding Pike, Nashville, TN 37205-2005) as required by Tennessee Code Annotated § 29-26-121 (a). On July 3, 2013, I mailed by certified mail, return receipt requested a Supplemented Notice letter and enclosures to Saint Thomas Hospital at both the address for the agent for service of process (E. Berry Holt, III, Suite 800, 102 Woodmont Blvd., Nashville, Tn 37205-2221) and the provider's current business address (4220 Harding Pike, Nashville, TN 37205-2005) as required by Tennessee Code Annotated § 29-26-121 (a).

15. I attach as Exhibit 9 a copy of the Notice letters sent Saint Thomas Hospital along with copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting Saint Thomas Hospital to obtain complete medical records from each other provider being sent a notice.

16. I attach as Exhibit 10 copies of the Certificates of Mailing from the United States Postal Service, stamped with the date of mailing of the Notice, and enclosures to Saint Thomas Hospital.

17. On October 12, 2012, I mailed by certified mail, return receipt requested a Notice letter and enclosures to Saint Thomas Health Services at the address for the agent for service of process (E. Berry Holt, III, Ste. 800, 102 Woodmont Blvd., Nashville, Tn 37205-2221) and the provider's current business address (Suite 800, 102 Woodmont Blvd, Nashville, TN 37205) as required by Tennessee Code Annotated § 29-26-121 (a). On July 3, 2013, I mailed by certified

mail, return receipt requested a Supplemented Notice letter and enclosures to Saint Thomas

Health Services at the address for the agent for service of process (E. Berry Holt, III, Ste. 800,

102 Woodmont Blvd., Nashville, Tn 37205-2221) and the provider's current business address

(Suite 800, 102 Woodmont Blvd, Nashville, TN 37205) as required by Tennessee Code

Annotated § 29-26-121 (a).

18. I attach as Exhibit 11 a copy of the Notice letter sent to Saint Thomas Health Services

along with copies of the enclosures to the letter which include a list of the names and addresses

of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-

26-121 (a) and a HIPAA compliant medical authorization permitting Saint Thomas Health

Services to obtain complete medical records from each other provider being sent a notice.

19. I attach as Exhibit 12 a copy of the Certificate of Mailing from the United States

Postal Service, stamped with the date of mailing of the Notice, and enclosures to Saint Thomas

Health Services.

FURTHER THIS AFFIANT SAITH NOT.

_____
Leigh-Anne Lee

STATE OF TENNESSEE

COUNTY OF WARREN

Sworn to and subscribed before me this ____ day of September, 2013.

_____
Notary Public

My commission expires: _____

LAW OFFICES OF

# GALLIGAN & NEWMAN



Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

Exhibit 1

October 17, 2012

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023
VIA CERTIFIED MAIL

     RE:   MARGARET RHEA BRYANT
              DOB: 1/21/1938
              SS#: ▮▮▮▮▮▮▮▮

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

cc: Chris J. Tardio - Gideon, Cooper & Essary

OTHER PROVIDERS RECEIVING THIS NOTICE:

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
Vanderbilt University Medical Center
1211 Medical Center Drive
Nashville, TN 37232

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group, PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name:   Margaret Rhea Bryant     Social Security Number: ▮▮▮▮▮▮▮▮▮

Date of Birth:   21-Jan-38     Phone Number:     931.473.8405

I authorize:   Christina S. Sadlow, M.D.
Damon M. Abaray, M.D.
Gilberto Carrero, M.D.
Heritage Medical Associates, P.C.
Howell Allen Clinic, A Professional Corporation
Joseph R. Zenisek, M.D.
Saint Thomas Health Services
St. Thomas Hospital
Steven A. Embry, M.D.
Subir Prasad, M.D.
Vaughn Allen, M.D.

to disclose my information to:   Saint Thomas Outpatient Neurosurgical Center, LLC

The purpose(s) for the use or disclose is as follows:     Litigation

The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from     July 1, 2012 to September 18, 2012.

- ☑ Abstract (includes H&P, Progress Notes,
   Procedure Notes, Procedure Reports, etc.)
- ☑ Copy of Medical Records only
- ☑ Copy of Complete Records (Medical & Financial)
- ☑ History and Physical (H&P)
- ☑ Consultation
- Other:

- ☑ Summary
- ☑ Discharge Summary (DS)
- ☑ Operative/Procedure Report(OP)
- ☑ Pathology Report
- ☑ Laboratory Report

I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Bertha W Bryant_     _Oct. 5, 2012_
Signature of Patient or Legal Representative          Date


_____
If signed by Legal Representative, Relationship to Patient

LAW OFFICES OF

# GALLIGAN & NEWMAN

 FILE COPY

Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

October 17, 2012

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

VIA CERTIFIED MAIL

RE:   MARGARET RHEA BRYANT
      DOB: 1/21/1938
      SS#: ███████████

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

cc: Chris J. Tardio - Gideon, Cooper & Essary

309 West Main Street      McMinnville, TN 37110      931.473.8405 office      931.473.1888 fax      www.galligannewmanlaw.com

Joseph R. Zenisek, M.D.
Vanderbilt University Medical Center
1211 Medical Center Drive
Nashville, TN 37232

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group, PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

AUTHORIZATION FOR USE OR DISCLOSURE OF
PROTECTED HEALTH INFORMATION

Patient Name: Margaret Rhea Bryant        Social Security Number: ~~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~~
Date of Birth: 21-Jan-38                  Phone Number: 931.473.8405

I authorize:
Christina S. Sadlow, M.D.
Damon M. Abaray, M.D.
Gilberto Carrero, M.D.
Heritage Medical Associates, P.C.
Howell Allen Clinic, A Professional Corporation
Joseph R. Zenisek, M.D.
Saint Thomas Health Services
St. Thomas Hospital
Steven A. Embry, M.D.
Subir Prasad, M.D.
Vaughn Allen, M.D.

to disclose my information to: Saint Thomas Outpatient Neurosurgical Center, LLC

The purpose(s) for the use or disclose is as follows: Litigation

The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from July 1, 2012 to September 18, 2012.

☑ Abstract (includes H&P, Progress Notes,        ☑ Summary
   Procedure Notes, Procedure Reports, etc.)      ☑ Discharge Summary (DS)
☑ Copy of Medical Records only                    ☑ Operative/Procedure Report(OP)
☑ Copy of Complete Records (Medical & Financial)  ☑ Pathology Report
☑ History and Physical (H&P)                      ☑ Laboratory Report
☑ Consultation
☐ Other:

I understand that my health information may include information relating to sexually transmitted disease, acquired
immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about
behavioral or mental health services, and treatment for drug and alcohol abuse.

I understand that I have a right to revoke this authorization at any time.  I understand that, if I revoke this authorization, I
must do so in writing and present my written revocation to the Health Information Management department.  I understand
that my revocation will not apply to the extent that the above named provider has taken action in reliance on this
authorization.  I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining
insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself.
Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____.  If I fail to
specify an expiration date, event, or condition, this authorization will expire in six months.

I understand that authorizing the disclosure of this health information is voluntary.  I can refuse to sign this authorization.
The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my
signing this authorization.  I understand that if I authorize the above named provider to disclose my health information, the
health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy
regulations.  If I have any questions about disclosure of my health information I can contact the provider listed above.

_Burton W. Bryant_                        _Oct. 5, 2012_
Signature of Patient or Legal Representative   Date


If signed by Legal Representative, Relationship to Patient

L A W   O F F I C E S   O F

Exhibit 1

# GALLIGAN & NEWMAN

Michael D. Galligan   Robert W. Newman   Susan N. Marttala   John P. Partin   Benjamin R. Newman   M. Trevor Galligan

July 3, 2013

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023
VIA CERTIFIED MAIL

RE:   MARGARET RHEA BRYANT
      DOB: 1/21/1938
      SS#: ▓▓▓▓▓▓▓▓▓

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant has asserted a potential claim for medical malpractice against you by notice letter sent in October of 2012. The potential claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street      McMinnville, TN 37110      931.473.8405 office      931.473.1888 fax      www.galligannewmanlaw.com

OTHER PROVIDERS RECEIVING THIS NOTICE
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT
10/17/2012

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste. 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Page 1 of 4

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
St. Thomas Hospital - Hospitalist Group
4220 Harding Road, Suite 500
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave.  Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group. PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

OTHER PROVIDERS RECEIVING NOTICE as of 7/3/2013
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Page 3 of 4

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: Margaret Rhea Bryant      d/o/b: January 21, 1938      SS#: ████████████

1.    I authorize  Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D.,
Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint
Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas
Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia
Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra
Shamberg, R.N., to Disclose my health information to : Christina S. Sadlow, M.D., Damon
M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen
Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient
Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad,
M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas,
pharmacist, Michael O'Neal, and Debra Shamberg, R.N.,  The purpose(s) for the use or
disclose is as follows: litigation

2.    The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from ____7/1/2012____ to _9/18, 2012____.
☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
   Procedure Notes, Procedure Reports, etc.)        ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                      ☐ Operative/Procedure Report(OP)
☑ Copy of Complete Records (Medical & Financial)☐ Pathology Report
☐ History and Physical (H&P)                        ☐ Laboratory Report
☐ Consultation
Other:_____

3.    I understand that my health information may include information relating to sexually
transmitted disease, acquired immunodeficiency syndrome (AIDS), or human
immunodeficiency virus (HIV). It may also include information about behavioral or mental
health services, and treatment for drug and alcohol abuse.

5.    I understand that I have a right to revoke this authorization at any time. I understand that,
if I revoke this authorization, I must do so in writing and present my written revocation to
the Health Information Management department. I understand that my revocation will not
apply to the extent that the above named provider has taken action in reliance on this
authorization. I understand that my revocation will not apply if this authorization was
obtained as a condition of obtaining insurance coverage and the law provides my insurer with
the right to contest a claim under my policy or the policy itself. Unless otherwise revoked,
this authorization will expire on the following date, event or condition: _____.
If I fail to specify an expiration date, event, or condition, this authorization will expire in six
months.

6.    I understand that authorizing the disclosure of this health information is voluntary. I can
refuse to sign this authorization. The doctor or hospital may not condition treatment,
payment, enrollment in its health plan, or eligibility for benefits on my signing this
authorization. I understand that if I authorize the above named provider to disclose my
health information, the health information may be subject to redisclosure by the recipient and

may no longer be protected by certain federal privacy regulations.  If I have any questions about disclosure of my health information I can contact the provider listed above.

_Bertan W. Bryant_                                    _7/3/2013_
Signature of Patient or Legal Representative          Date

_____
If signed by Legal Representative, Relationship to Patient

LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

July 3, 2013

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005
VIA CERTIFIED MAIL

      RE:   MARGARET RHEA BRYANT
             DOB: 1/21/1938
             SS#: ███████████

Dear Sirs:

      Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant has asserted a potential claim for medical malpractice against you by notice letter sent in October of 2012. The potential claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC,  on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital  from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

      We have now extended this notice letter to additional health care providers.  We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

      You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel.  Please let them know of this update.

                  Sincerely,

                  GALLIGAN & NEWMAN

                  Michael D. Galligan

309 West Main Street      McMinnville, TN 37110      931.473.8405 office      931.473.1888 fax      www.galligannewmanlaw.com

OTHER PROVIDERS RECEIVING THIS NOTICE

BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT
10/17/2012

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste. 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
St. Thomas Hospital - Hospitalist Group
4220 Harding Road, Suite 500
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave.  Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group. PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

OTHER PROVIDERS RECEIVING NOTICE as of 7/3/2013
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Shamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: Margaret Rhea Bryant        d/o/b: January 21, 1938        SS#: ~~XXX-XX-XXXX~~

1.    I authorize  Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra Shamberg, R.N.,  to Disclose my health information to : Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra Shamberg, R.N.,  The purpose(s) for the use or disclose is as follows: litigation

2.    The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from ___ 7/1/2012 ___ to ___ 9/18, 2012 ___.
☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
  Procedure Notes, Procedure Reports, etc.)         ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                      ☐ Operative/Procedure Report(OP)
☑ Copy of Complete Records (Medical & Financial)☐ Pathology Report
☐ History and Physical (H&P)                        ☐ Laboratory Report
☐ Consultation
  Other: _____

3.    I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

5.    I understand that I have a right to revoke this authorization at any time.  I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department.  I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization.  I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself.  Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____.
If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

6.    I understand that authorizing the disclosure of this health information is voluntary.  I can refuse to sign this authorization.  The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization.  I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and

may no longer be protected by certain federal privacy regulations.  If I have any questions about disclosure of my health information I can contact the provider listed above.

_____                    _____7/3/2013_____
Signature of Patient or Legal Representative                    Date


_____
If signed by Legal Representative, Relationship to Patient

Exhibit 2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .85 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.15 |

McMINNVILLE, TN
Postmark Here
OCT 12 2012
USPS 37110

*Sent To* St Thomas Neurosurgical Center, LLC c/o Gregory B. Lanford, M.D.
*Street, Apt. No;* 2011 Murphy Ave. Ste. 301
*or PO Box* Nashville, TN 37203-2023
*City, State, ZIP+4*

Bryant

PS Form 3800, August 2006          See Reverse for Instructions

7012 0470 0001 4941 6624

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Galligan & Newman
309 West Main Street
McMinnville, TN 37110

To:
St Thomas Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

U.S. POSTAGE
MCMINNVILLE, TN
OCT 12, '12
37110
AMOUNT
$1.15
00083777-10

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

St Thomas Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Erinn McPeak

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7012 0470 0001 4941 6624

Bryant

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .85 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.15 |

Postmark Here — MCMINNVILLE TN / OCT 12 2012 / USPS · 37110

Sent To: St Thomas Neurosurgical Center, LLC
Street, Apt. No.; or PO Box No.: 4230 Harding Pike, Fl. 9
City, State, ZIP+4: Nashville, TN 37205-2013

*Bryant*

PS Form 3800, August 2006                    See Reverse for Instructions

7012 0470 0001 4941 661?

---

**UNITED STATES POSTAL SERVICE**®                    **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Galligan & Newman
309 West Main Street
McMinnville, TN 37110

To: St Thomas Neurosurgical Center, LLC
4230 Harding Pike, Fl. 9
Nashville, TN 37205-2013

1000

U.S. POSTAGE PAID
MCMINNVILLE, TN
OCT 12, 12
AMOUNT
$1.15
00088777-10

PS Form 3817, April 2007  PSN 7530-02-000-9085

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

St Thomas Neurosurgical Center, LLC
4230 Harding Pike, Fl. 9
Nashville, TN 37205-2013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Bradley Worthington*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  10-15-12

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Transfer from service label)
7012 0470 0001 4941 661?

*Bryant*

PS Form 3811, February 2004                    Domestic Return Receipt   102595-02-M-1640

Exhibit 2

UNITED STATES
POSTAL SERVICE®                    **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

To pay fee, affix stamps or
meter postage here.

From: Galligan & Newman
309 W. Main St
McMinnville, Tn 37110

To: Saint Thomas Outpatient
Neurosurgical Ctr LLC
C/o Gregory B. Lanford MD
2011 Murphy Ave, Ste 301
Nashville, Tn 37203-2023

Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065

Re: M Bryant

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NASHVILLE TN 37203

| | |
|---|---|
| Postage | $ $0.66 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ .31 |

Postmark Here

07/03/2013
Re: M Bryant

Sent To: Saint Thomas Outpatient Neurosurgical Ctr
Street, Apt. No.; or PO Box No. C/o Gregory B. Lanford MD 2011 Murphy Ave Ste 301
City, State, ZIP+4 Nashville, Tn 37203-2023

7010 2780 0003 2206 3799

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>☒ Print your name and address on the reverse so that we can return the card to you.<br>☒ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Saint Thomas Outpatient<br>Neurosurgical Center LLC<br>C/o Gregory B. Lanford, MD<br>2011 Murphy Ave Ste 301<br>Nashville, Tn 37205-2023 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☒ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7010 2780 0003 2206 3799 | |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**UNITED STATES**
**POSTAL SERVICE®**

Certificate Of Mailing

To pay fee, affix stamps or
meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Galligan & Newman
309 West Main St.
McMinnville, TN 37110

To: St. Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205~2005

Affix Postmark Here

Reject

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.66 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.31 |

0110
NASHVILLE TN 37205
Postmark Here
JUL 2013
McMINNVILLE TN

Sent To St. Thomas Outpatient Neurosurgical Center LLC
Street, Apt. No.; FL 9   4230 Harding Pike
or PO Box No.
City, State, ZIP+4 Nashville, TN 37205~2005

7010 2780 0003 2206 3782

PS Form 3800, August 2006         See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

St. Thomas Outpatient Neurosurgical
Center, LLC

FL 9
4230 Harding Pike
Nashville, TN 37205~2005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X R. McNally
☐ Agent
☐ Addressee

B. Received by (Printed Name)
R. McNally
C. Date of Delivery
7-8-13

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7010 2780 0003 2206 3782

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540

LAW OFFICES OF

# GALLIGAN ❦ NEWMAN



Michael D. Galligan    Robert W. Newman    Susan N. Marttala    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

*Exhibit 3*

October 17, 2012

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

VIA CERTIFIED MAIL

    RE:   MARGARET RHEA BRYANT
           DOB: 1/21/1938
           SS#: ▓▓▓▓▓▓▓

Dear Sirs:

    Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

    Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

    Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

                Sincerely,

                GALLIGAN & NEWMAN

                Michael D. Galligan

309 West Main Street    McMinnville, TN 37110    931.473.8405 office    931.473.1888 fax    *www.galligannewmanlaw.com*

OTHER PROVIDERS RECEIVING THIS NOTICE:

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
Vanderbilt University Medical Center
1211 Medical Center Drive
Nashville, TN 37232

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group, PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

AUTHORIZATION FOR USE OR DISCLOSURE OF
PROTECTED HEALTH INFORMATION

Patient Name: _____ Margaret Rhea Bryant _____   Social Security Number: ████████
Date of Birth: _____ 21-Jan-38 _____   Phone Number: _____ 931.473.8405

I authorize:
Christina S. Sadlow, M.D.
Damon M. Abaray, M.D.
Gilberto Carrero, M.D.
Heritage Medical Associates, P.C.
Joseph R. Zenisek, M.D.
Saint Thomas Health Services
Saint Thomas Outpatient Neurosurgical Center, LLC
St. Thomas Hospital
Steven A. Embry, M.D.
Subir Prasad, M.D.
Vaughn Allen, M.D.

to disclose my information to:   Howell Allen Clinic, A Professional Corporation

The purpose(s) for the use or disclose is as follows:   Litigation

The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from   July 1, 2012 to September 18, 2012.

☒ Abstract (includes H&P, Progress Notes,          ☒ Summary
    Procedure Notes, Procedure Reports, etc.)       ☒ Discharge Summary (DS)
☒ Copy of Medical Records only                      ☒ Operative/Procedure Report(OP)
☒ Copy of Complete Records (Medical & Financial)    ☒ Pathology Report
☒ History and Physical (H&P)                        ☒ Laboratory Report
☒ Consultation
Other:

I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____ If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_____ Bertha W Bryant _____          _____ Oct. 5, 2012 _____
Signature of Patient or Legal Representative          Date

_____
If signed by Legal Representative, Relationship to Patient

L A W   O F F I C E S   O F

# GALLIGAN & NEWMAN



Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

October 17, 2012

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 372032023

VIA CERTIFIED MAIL

RE:   MARGARET RHEA BRYANT
       DOB: 1/21/1938
       SS#: ~~███████~~

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE:

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
Vanderbilt University Medical Center
1211 Medical Center Drive
Nashville, TN 37232

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group, PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name:       Margaret Rhea Bryant     Social Security Number: ~~[redacted]~~
Date of Birth:       21-Jan-38       Phone Number:     931.473.8405

I authorize:       Christina S. Sadlow, M.D.
      Damon M. Abaray, M.D.
      Gilberto Carrero, M.D.
      Heritage Medical Associates, P.C.
      Joseph R. Zenisek, M.D.
      Saint Thomas Health Services
      Saint Thomas Outpatient Neurosurgical Center, LLC
      St. Thomas Hospital
      Steven A. Embry, M.D.
      Subir Prasad, M.D.
      Vaughn Allen, M.D.

to disclose my information to:     Howell Allen Clinic, A Professional Corporation

The purpose(s) for the use or disclose is as follows:     Litigation

The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from       July 1, 2012 to September 18, 2012.

- ☑ Abstract (includes H&P, Progress Notes, Procedure Notes, Procedure Reports, etc.)
- ☑ Copy of Medical Records only
- ☑ Copy of Complete Records (Medical & Financial)
- ☑ History and Physical (H&P)
- ☑ Consultation
- ☐ Other:

- ☑ Summary
- ☑ Discharge Summary (DS)
- ☑ Operative/Procedure Report(OP)
- ☑ Pathology Report
- ☑ Laboratory Report

I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Bertha W Bryant_          _Oct. 5, 2012_
Signature of Patient or Legal Representative       Date

_____
If signed by Legal Representative, Relationship to Patient

LAW OFFICES OF

# GALLIGAN & NEWMAN

*Exhibit 3*

| Michael D. Galligan | Robert W. Newman | Susan N. Marttala | John P. Partin | Benjamin R. Newman | M. Trevor Galligan |

July 3, 2013

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023
VIA CERTIFIED MAIL

    RE:    MARGARET RHEA BRYANT
           DOB: 1/21/1938
           SS#: ~~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~~

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant has asserted a potential claim for medical malpractice against you by notice letter sent in October of 2012. The potential claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street    McMinnville, TN 37110    931.473.8405 office    931.473.1888 fax    *www.galligannewmanlaw.com*

OTHER PROVIDERS RECEIVING THIS NOTICE
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT
10/17/2012

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste. 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
St. Thomas Hospital - Hospitalist Group
4220 Harding Road, Suite 500
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave.  Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group. PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

OTHER PROVIDERS RECEIVING NOTICE as of 7/3/2013
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Page 3 of 4

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Shamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: Margaret Rhea Bryant        d/o/b: January 21, 1938        SS#: ▓▓▓▓▓▓▓▓

1.   I authorize   Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra Shamberg, R.N., to Disclose my health information to : Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra Shamberg, R.N.,  The purpose(s) for the use or disclose is as follows: litigation

2.   The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from ____7/1/2012____ to _9/18, 2012___.
☐ Abstract (includes H&P, Progress Notes,         ☐ Summary
    Procedure Notes, Procedure Reports, etc.)       ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                      ☐ Operative/Procedure Report(OP)
☑ Copy of Complete Records (Medical & Financial) ☐ Pathology Report
☐ History and Physical (H&P)                        ☐ Laboratory Report
☐ Consultation
Other:____

3.   I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

5.   I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

6.   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and

may no longer be protected by certain federal privacy regulations.  If I have any questions about disclosure of my health information I can contact the provider listed above.

_Bertan W. Bynum_      _7/3/2013_
Signature of Patient or Legal Representative      Date

_____
If signed by Legal Representative, Relationship to Patient

LAW   OFFICES   OF

# GALLIGAN & NEWMAN

Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

July 3, 2013

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023
VIA CERTIFIED MAIL

RE:   MARGARET RHEA BRYANT
DOB: 1/21/1938
SS#: ~~███████~~

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant has asserted a potential claim for medical malpractice against you by notice letter sent in October of 2012. The potential claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC,  on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital  from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

We have now extended this notice letter to additional health care providers.  We are enclosing herein an updated  list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel.  Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT
10/17/2012

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste. 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Page 1 of 4

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
St. Thomas Hospital - Hospitalist Group
4220 Harding Road, Suite 500
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave.  Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group, PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

OTHER PROVIDERS RECEIVING NOTICE as of 7/3/2013
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Page 3 of 4

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Shamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: __Margaret Rhea Bryant__   d/o/b: __January 21, 1938__   SS#: ▓▓▓▓▓▓▓▓

1.  I authorize  __Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D.,__
__Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint__
__Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas__
__Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia__
__Beckham, John Culclasure, M.D., Martin S. Kelyas, pharmacist, Michael O'Neal, and Debra__
__Shamberg, R.N.,__ to Disclose my health information to : __Christina S. Sadlow, M.D., Damon__
__M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen__
__Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient__
__Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad,__
__M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelyas,__
__pharmacist, Michael O'Neal, and Debra Shamberg, R.N.,__  The purpose(s) for the use or
disclose is as follows: __litigation__

2.  The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from __7/1/2012__ to __9/18, 2012__ .
☐ Abstract (includes H&P, Progress Notes,           ☐ Summary
     Procedure Notes, Procedure Reports, etc.)       ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                       ☐ Operative/Procedure Report(OP)
☑ Copy of Complete Records (Medical & Financial) ☐ Pathology Report
☐ History and Physical (H&P)                         ☐ Laboratory Report
☐ Consultation
Other: _____

3.  . I understand that my health information may include information relating to sexually
transmitted disease, acquired immunodeficiency syndrome (AIDS), or human
immunodeficiency virus (HIV). It may also include information about behavioral or mental
health services, and treatment for drug and alcohol abuse.

5.  I understand that I have a right to revoke this authorization at any time. I understand that,
if I revoke this authorization, I must do so in writing and present my written revocation to
the Health Information Management department. I understand that my revocation will not
apply to the extent that the above named provider has taken action in reliance on this
authorization. I understand that my revocation will not apply if this authorization was
obtained as a condition of obtaining insurance coverage and the law provides my insurer with
the right to contest a claim under my policy or the policy itself. Unless otherwise revoked,
this authorization will expire on the following date, event or condition: _____.
If I fail to specify an expiration date, event, or condition, this authorization will expire in six
months.

6.  I understand that authorizing the disclosure of this health information is voluntary. I can
refuse to sign this authorization. The doctor or hospital may not condition treatment,
payment, enrollment in its health plan, or eligibility for benefits on my signing this
authorization. I understand that if I authorize the above named provider to disclose my
health information, the health information may be subject to redisclosure by the recipient and

may no longer be protected by certain federal privacy regulations.  If I have any questions about disclosure of my health information I can contact the provider listed above.

_Burton W. Bryan_  
Signature of Patient or Legal Representative

_7/3/2013_  
Date

If signed by Legal Representative, Relationship to Patient

Exhibit 4

**U.S. Postal Service**
**CERTIFIED MAIL₍ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.95 |

Postmark Here

McMINNVILLE TN
OCT 12 2012
37110

Sent To: Howell Allen Clinic
c/o Gregory B. Lanford, M.D.
Street, Apt. No.; 2011 Murphy Avenue, Suite 301
or PO Box No. Nashville, TN 37203-2023
City, State, ZIP+4

7012 0470 0001 4941 6648

PS Form 3800, August 2006          See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Galligan & Newman
309 West Main Street
McMinnville, TN 37110

To: Howell Allen Clinic
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

U.S. POSTAGE
PAID
MCMINNVILLE, TN
OCT 12, 10 LE, TN
AMOUNT
$1.15
477288000

PS Form 3817, April 2007 PSN 7530-02-000-9085

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Howell Allen Clinic
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Erinn McPeak

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)      7012 0470 0001 4941 6648

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL₍ₘ₎ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₍ₘ₎

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .85 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.85 |

MCMINNVILLE TN
OCT 12 2012 Postmark Here
USPS · 37110

Sent To: Howell Allen Clinic
Street, Apt No.; or PO Box No.: 2011 Murphy Avenue, Suite 301
City, State, ZIP+4: Nashville, TN 37203-2023

*Bryant*

7012 0470 0001 4941 6631

PS Form 3800, August 2006          See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE**₍ₘ₎          **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Galligan & Newman
309 West Main Street
McMinnville, TN 37110

To: Howell Allen Clinic
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

U.S. POSTAGE PAID
MCMINNVILLE, TN
OCT 12 '12
AMOUNT
$5
00.72
00087771-10

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Howell Allen Clinic
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Erinn McPeak_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Erinn McPeak

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7012 0470 0001 4941 6631    *Bryant*

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

Exhibit 4

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Gilligan & Newman
309 West Main St
McMinnville, TN 37110

To: Howell Allen Clinic
C/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste 301
Nashville, TN 37203-2023

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL
NASHVILLE TN 37203

| | |
|---|---|
| Postage | $ .66  0110 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.31 |

JUL 03 2013 Postmark Here

USPS 37110 07/03/2013 Bryant

Sent To: Howell Allen Clinic
Street, Apt. No.; or PO Box No. C/o Gregory B. Lanford, M.D.
City, State, ZIP+4 2011 Murphy Ave. Ste 301
Nashville, TN 37203-2023

PS Form 3800, August 2006

7010 2780 0003 2206 3836

---

**SENDER: COMPLETE THIS SECTION**

☑ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
☑ Print your name and address on the reverse so that we can return the card to you.
☑ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Howell Allen Clinic
C/o Gregory B. Lanford M.D.
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
A. Darr
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☑ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7010 2780 0003 2206 3836

PS Form **3811**, February 2004   Domestic Return Receipt   102595-02-M-1640

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From: Galligan + Newman
309 W. Main St.
McMinnville, TN 37110

To: Howell Allen Clinic
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NASHVILLE TN 37203

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.66 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.31 |

Postmark Here
MCMINNVILLE TN
JUL 03 2013
07/03/2013
Re. TN. 057 PM

Sent To: Howell Allen Clinic
Street, Apt. No.; or PO Box No. 2011 Murphy Ave, Ste 301
City, State, ZIP+4 Nashville, TN 37203-2023

PS Form 3800, August 2006    See Reverse for Instructions

7010 2780 0003 2206 3843

---

**SENDER: COMPLETE THIS SECTION**

☑ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
☑ Print your name and address on the reverse so that we can return the card to you.
☑ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Howell Allen Clinic
2011 Murphy Ave, Ste. 301
Nashville, TN    37203-2023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7010 2780 0003 2206 3843

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

*Exhibit 5*

LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan    Robert W. Newman    Susan N. Marttala    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

July 3, 2013

Debra Shamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203
VIA CERTIFIED MAIL

> RE:   MARGARET RHEA BRYANT
>       DOB: 1/21/1938
>       SS#: ███████████

Dear Nurse Shamberg:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street    McMinnville, TN 37110    931.473.8405 office    931.473.1888 fax    www.galligannewmanlaw.com

OTHER PROVIDERS RECEIVING THIS NOTICE
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT
10/17/2012

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste. 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
St. Thomas Hospital - Hospitalist Group
4220 Harding Road, Suite 500
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave.  Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group. PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

OTHER PROVIDERS RECEIVING NOTICE as of 7/3/2013
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Shamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: <u>Margaret Rhea Bryant</u>     d/o/b: <u>January 21, 1938</u>     SS#: ███████████

1.  I authorize <u>Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D.,</u>
    <u>Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint</u>
    <u>Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas</u>
    <u>Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia</u>
    <u>Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra</u>
    <u>Shamberg, R.N.,</u> to Disclose my health information to : <u>Christina S. Sadlow, M.D., Damon</u>
    <u>M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen</u>
    <u>Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient</u>
    <u>Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad,</u>
    <u>M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas,</u>
    <u>pharmacist, Michael O'Neal, and Debra Shamberg, R.N.,</u> The purpose(s) for the use or
    disclose is as follows: <u>litigation</u>                        .

2.  The type and amount of information to be used or disclosed is as follows:
    Health information covering treatment from ____<u>7/1/2012</u>____ to __<u>9/18, 2012</u>____.
    ☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
        Procedure Notes, Procedure Reports, etc.)     ☐ Discharge Summary (DS)
    ☐ Copy of Medical Records only                     ☐ Operative/Procedure Report(OP)
    ☑ Copy of Complete Records (Medical & Financial)☐ Pathology Report
    ☐ History and Physical (H&P)                       ☐ Laboratory Report
    ☐ Consultation
    Other:_____

3.  I understand that my health information may include information relating to sexually
    transmitted disease, acquired immunodeficiency syndrome (AIDS), or human
    immunodeficiency virus (HIV). It may also include information about behavioral or mental
    health services, and treatment for drug and alcohol abuse.

5.  I understand that I have a right to revoke this authorization at any time. I understand that,
    if I revoke this authorization, I must do so in writing and present my written revocation to
    the Health Information Management department. I understand that my revocation will not
    apply to the extent that the above named provider has taken action in reliance on this
    authorization. I understand that my revocation will not apply if this authorization was
    obtained as a condition of obtaining insurance coverage and the law provides my insurer with
    the right to contest a claim under my policy or the policy itself. Unless otherwise revoked,
    this authorization will expire on the following date, event or condition: _____.
    If I fail to specify an expiration date, event, or condition, this authorization will expire in six
    months.

6.  I understand that authorizing the disclosure of this health information is voluntary. I can
    refuse to sign this authorization. The doctor or hospital may not condition treatment,
    payment, enrollment in its health plan, or eligibility for benefits on my signing this
    authorization. I understand that if I authorize the above named provider to disclose my
    health information, the health information may be subject to redisclosure by the recipient and

may no longer be protected by certain federal privacy regulations.  If I have any questions about disclosure of my health information I can contact the provider listed above.

_Benton W. Bryant_                                    _7/3/2013_
Signature of Patient or Legal Representative          Date


If signed by Legal Representative, Relationship to Patient

Exhibit 6

**UNITED STATES POSTAL SERVICE** ®   Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Galligan & Newman
309 W. Main St.
McMinnville, Tn 37110

To: Debra Shamberg RN
Howell Allen Clinic
2011 Murphy Ave, Ste 301
Nashville, Tn 37203

Postmark Here

PS Form 3817, April 2007  PSN 7530-02-000-9065

Re: M Bryant

---

**US Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NASHVILLE  TN  37203

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.46 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.31 |

McMINNVILLE TN
0110
21
JUL 2013
Postmark Here

Sent To  Debra Shamberg RN
Street, Apt. No.; or PO Box No.  Howell Allen Clinic
2011 Murphy Ave Ste 301
City, State, ZIP+4  Nashville Tn 37203

7010 2780 0003 2206 3652

PS Form 3800, April 2008  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Debra Shamberg RN
Howell Allen Clinic
2011 Murphy Ave Ste 301
Nashville, Tn 37203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7010 2780 0003 2206 3652

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

Exhibit 7

LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

July 3, 2013

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023
VIA CERTIFIED MAIL

     RE:   MARGARET RHEA BRYANT
           DOB: 1/21/1938
           SS#: ▮▮▮▮▮▮▮▮

Dear Dr. Culclasure:

     Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

     Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

     Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

     Sincerely,

     GALLIGAN & NEWMAN

     Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT
10/17/2012

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste. 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
St. Thomas Hospital - Hospitalist Group
4220 Harding Road, Suite 500
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave.  Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group. PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

OTHER PROVIDERS RECEIVING NOTICE as of 7/3/2013
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Shamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: Margaret Rhea Bryant        d/o/b: January 21, 1938        SS#: ~~XXXXXXX~~

1.  I authorize  Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra Shamberg, R.N., to Disclose my health information to : Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra Shamberg, R.N.,  The purpose(s) for the use or disclose is as follows: litigation

2.  The type and amount of information to be used or disclosed is as follows:
    Health information covering treatment from _____7/1/2012_____ to __9/18, 2012____.
    ☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
       Procedure Notes, Procedure Reports, etc.)        ☐ Discharge Summary (DS)
    ☐ Copy of Medical Records only                      ☐ Operative/Procedure Report(OP)
    ☑ Copy of Complete Records (Medical & Financial)    ☐ Pathology Report
    ☐ History and Physical (H&P)                        ☐ Laboratory Report
    ☐ Consultation
    Other: _____

3.  I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

5.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____
    If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

6.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and

may no longer be protected by certain federal privacy regulations.  If I have any questions about disclosure of my health information I can contact the provider listed above.

_Burton W. Byrum_                          7/3/2013
Signature of Patient or Legal Representative        Date

_____
If signed by Legal Representative, Relationship to Patient



LAW OFFICES OF

# GALLIGAN & NEWMAN

| Michael D. Galligan | Robert W. Newman | Susan N. Marttala | John P. Partin | Benjamin R. Newman | M. Trevor Galligan |

July 3, 2013

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203
VIA CERTIFIED MAIL

    RE:  MARGARET RHEA BRYANT
           DOB: 1/21/1938
           SS#: ▓▓▓▓▓▓▓▓

Dear Dr. Culclasure:

    Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

    Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

    Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

    Sincerely,

    GALLIGAN & NEWMAN

    Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT
10/17/2012

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste. 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
St. Thomas Hospital - Hospitalist Group
4220 Harding Road, Suite 500
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group. PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

OTHER PROVIDERS RECEIVING NOTICE as of 7/3/2013
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Page 3 of 4

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Shamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: <u>Margaret Rhea Bryant</u>          d/o/b: <u>January 21, 1938</u>          SS#: _____

1.     I authorize <u>Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D.,
Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint
Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas
Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia
Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra
Shamberg, R.N.,</u> to Disclose my health information to : <u>Christina S. Sadlow, M.D., Damon
M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen
Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient
Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad,
M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas,
pharmacist, Michael O'Neal, and Debra Shamberg, R.N.,</u> The purpose(s) for the use or
disclose is as follows: <u>litigation</u>

2.     The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from _____<u>7/1/2012</u>_____ to __<u>9/18, 2012</u>_____.
☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
      Procedure Notes, Procedure Reports, etc.)      ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                           ☐ Operative/Procedure Report(OP)
☑ Copy of Complete Records (Medical & Financial)☐ Pathology Report
☐ History and Physical (H&P)                              ☐ Laboratory Report
☐ Consultation
      Other:_____

3.     I understand that my health information may include information relating to sexually
transmitted disease, acquired immunodeficiency syndrome (AIDS), or human
immunodeficiency virus (HIV). It may also include information about behavioral or mental
health services, and treatment for drug and alcohol abuse.

5.     I understand that I have a right to revoke this authorization at any time. I understand that,
if I revoke this authorization, I must do so in writing and present my written revocation to
the Health Information Management department. I understand that my revocation will not
apply to the extent that the above named provider has taken action in reliance on this
authorization. I understand that my revocation will not apply if this authorization was
obtained as a condition of obtaining insurance coverage and the law provides my insurer with
the right to contest a claim under my policy or the policy itself. Unless otherwise revoked,
this authorization will expire on the following date, event or condition: _____.
If I fail to specify an expiration date, event, or condition, this authorization will expire in six
months.

6.     I understand that authorizing the disclosure of this health information is voluntary. I can
refuse to sign this authorization. The doctor or hospital may not condition treatment,
payment, enrollment in its health plan, or eligibility for benefits on my signing this
authorization. I understand that if I authorize the above named provider to disclose my
health information, the health information may be subject to redisclosure by the recipient and

may no longer be protected by certain federal privacy regulations.  If I have any questions about disclosure of my health information I can contact the provider listed above.

_Bertram W. Bryant_        _7/3/2013_
Signature of Patient or Legal Representative      Date

_____
If signed by Legal Representative, Relationship to Patient

EXHIBIT 8

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Galligan + Newman
309 W. Main St.
McMinnville, TN 37110

To: John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

NASHVILLE TN 37203

| | | |
|---|---|---|
| Postage | $ | $0.66 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.31 |

MCMINNVILLE TN
21
Postmark
Here
JUL 03 2013
07/03/2013
JES-37110

Sent To: John Culclasure, MD
Street, Apt. No.; or PO Box No. Howell Allen Clinic 2011 Murphy Ave. Ste. 301
City, State, ZIP+4 Nashville, TN 37203

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Ste 301
Nashville, TN 37203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7010 2780 0003 2206 3737

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**UNITED STATES POSTAL SERVICE®**   **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Galligan + Newman
809. W. Main St.
McMinnville, TN 37110

To: John W. Culclasure, MD
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave., Ste. 301
Nashville, TN 37203-2023

Postmark Here

By just

PS Form **3817**, April 2007   PSN 7530-02-000-9065

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NASHVILLE TN 37203

OFFICIAL USE

| Postage | $ | $0.66 | 0110 |
| Certified Fee | | $2.90 | 21 |
| Return Receipt Fee (Endorsement Required) | | $2.55 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.31 | |

Sent To John W. Culclasure, MD
Street, Apt. No.; STOPNC
or PO Box No. 2011 Murphy Ave, Ste 301
City, State, ZIP+4 Nashville, TN 37203-2023

PS Form 3800, August 2006   See Reverse for Instructions

7010 2780 0003 2206 3713

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse, so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John W. Culclasure, M.D.
STOPNC
2011 Murphy Ave
Ste 301
Nashville, TN 37203-2023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merch.
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7010 2780 0003 2206 3713

PS Form **3811**, February 2004   Domestic Return Receipt   102595-02-M-1540

LAW OFFICES OF

# GALLIGAN & NEWMAN



Michael D. Galligan    Robert W. Newman    Susan N. Marttala    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

Exhibit 9

October 17, 2012

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

VIA CERTIFIED MAIL

      RE:   MARGARET RHEA BRYANT
             DOB: 1/21/1938
             SS#:

Dear Sirs:

      Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

      Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

      Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

                   Sincerely,

                   GALLIGAN & NEWMAN

                   Michael D. Galligan

## OTHER PROVIDERS RECEIVING THIS NOTICE:

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
Vanderbilt University Medical Center
1211 Medical Center Drive
Nashville, TN 37232

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group, PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name:          Margaret Rhea Bryant          Social Security Number:

Date of Birth:          21-Jan-38          Phone Number:          931.473.8405

I authorize:          Christina S. Sadlow, M.D.
          Damon M. Abaray, M.D.
          Gilberto Carrero, M.D.
          Heritage Medical Associates, P.C.
          Howell Allen Clinic, A Professional Corporation
          Joseph R. Zenisek, M.D.
          Saint Thomas Health Services
          Saint Thomas Outpatient Neurosurgical Center, LLC
          Steven A. Embry, M.D.
          Subir Prasad, M.D.
          Vaughn Allen, M.D.

to disclose my information to:          St. Thomas Hospital

The purpose(s) for the use or disclose is as follows:          Litigation

The type and amount of information to be used or disclosed is as follows:
Health Information covering treatment from          July 1, 2012 to September 18, 2012.
          ☑ Abstract (includes H&P, Progress Notes,          ☑ Summary
             Procedure Notes, Procedure Reports, etc.)          ☑ Discharge Summary (DS)
          ☑ Copy of Medical Records only          ☑ Operative/Procedure Report(OP)
          ☑ Copy of Complete Records (Medical & Financial)          ☑ Pathology Report
          ☑ History and Physical (H&P)          ☑ Laboratory Report
          ☑ Consultation
          Other:

I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Bertin W Bryant_          _Oct. 5, 2012_
Signature of Patient or Legal Representative          Date

_____
If signed by Legal Representative, Relationship to Patient

LAW OFFICES OF

# GALLIGAN & NEWMAN



Michael D. Galligan      Robert W. Newman      Susan N. Marttela      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

October 17, 2012

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221
VIA CERTIFIED MAIL

     RE:   MARGARET RHEA BRYANT
            DOB: 1/21/1938
            SS#: ▓▓▓▓▓▓▓

Dear Sirs:

    Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

    Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

    Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

                Sincerely,

                GALLIGAN & NEWMAN

                Michael D. Galligan

309 West Main Street    McMinnville, TN 37110    931.473.8405 office    931.473.1888 fax    www.galligannewmanlaw.com

OTHER PROVIDERS RECEIVING THIS NOTICE:

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
Vanderbilt University Medical Center
1211 Medical Center Drive
Nashville, TN 37232

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221.

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Fl. 9
4230 Harding Pike
Nashville, TN 37205-2013

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group, PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

**AUTHORIZATION FOR USE OR DISCLOSURE OF**
**PROTECTED HEALTH INFORMATION**

Patient Name: Margaret Rhea Bryant      Social Security Number: ▓▓▓▓▓▓▓
Date of Birth: 21-Jan-38      Phone Number: 931.473.8405

I authorize:
Christina S. Sadlow, M.D.
Damon M. Abaray, M.D.
Gilberto Carrero, M.D.
Heritage Medical Associates, P.C.
Howell Allen Clinic, A Professional Corporation
Joseph R. Zenisek, M.D.
Saint Thomas Health Services
Saint Thomas Outpatient Neurosurgical Center, LLC
Steven A. Embry, M.D.
Subir Prasad, M.D.
Vaughn Allen, M.D.

to disclose my information to: St. Thomas Hospital

The purpose(s) for the use or disclose is as follows: Litigation

The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from July 1, 2012 to September 18, 2012.

- ☑ Abstract (includes H&P, Progress Notes, Procedure Notes, Procedure Reports, etc.)
- ☑ Copy of Medical Records only
- ☑ Copy of Complete Records (Medical & Financial)
- ☑ History and Physical (H&P)
- ☑ Consultation
- Other:

- ☑ Summary
- ☑ Discharge Summary (DS)
- ☑ Operative/Procedure Report(OP)
- ☑ Pathology Report
- ☑ Laboratory Report

I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Berton W. Bryant_      _Oct. 5, 2012_
Signature of Patient or Legal Representative      Date

_____
If signed by Legal Representative, Relationship to Patient

LAW OFFICES OF

# GALLIGAN & NEWMAN

*Exhibit 9*

| Michael D. Galligan | Robert W. Newman | Susan N. Martiala | John P. Partin | Benjamin R. Newman | M. Trevor Galligan |

July 3, 2013

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005
VIA CERTIFIED MAIL

> RE:   MARGARET RHEA BRYANT
>         DOB: 1/21/1938
>         SS#: ████████████

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant has asserted a potential claim for medical malpractice against you by notice letter sent in October of 2012. The potential claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT
10/17/2012

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste. 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
St. Thomas Hospital - Hospitalist Group
4220 Harding Road, Suite 500
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group. PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

OTHER PROVIDERS RECEIVING NOTICE as of 7/3/2013
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Shamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: Margaret Rhea Bryant    d/o/b: January 21, 1938    SS#: ▪▪▪▪▪▪▪▪▪

1.    I authorize  Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra Shamberg, R.N., to Disclose my health information to : Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra Shamberg, R.N.,  The purpose(s) for the use or disclose is as follows: litigation

2.    The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from ___7/1/2012___ to __9/18, 2012__.
☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
     Procedure Notes, Procedure Reports, etc.)       ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                      ☐ Operative/Procedure Report(OP)
☑ Copy of Complete Records (Medical & Financial) ☐ Pathology Report
☐ History and Physical (H&P)                        ☐ Laboratory Report
☐ Consultation
Other: _____

3.    I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

5.    I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

6.    I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and

may no longer be protected by certain federal privacy regulations.  If I have any questions about disclosure of my health information I can contact the provider listed above.

_____     _____7/3/2013_____
Signature of Patient or Legal Representative          Date

_____
If signed by Legal Representative, Relationship to Patient

LAW   OFFICES   OF

# GALLIGAN & NEWMAN

Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

July 3, 2013

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221
VIA CERTIFIED MAIL

    RE:  MARGARET RHEA BRYANT
           DOB: 1/21/1938
           SS#: ████████

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant has asserted a potential claim for medical malpractice against you by notice letter sent in October of 2012. The potential claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street      McMinnville, TN 37110      931.473.8405 office      931.473.1888 fax      www.gallignnewmanlaw.com

OTHER PROVIDERS RECEIVING THIS NOTICE
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT
10/17/2012

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste. 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Page 1 of 4

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
St. Thomas Hospital - Hospitalist Group
4220 Harding Road, Suite 500
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave.  Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group, PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

## OTHER PROVIDERS RECEIVING NOTICE as of 7/3/2013
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Page 3 of 4

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Shamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: Margaret Rhea Bryant     d/o/b: January 21, 1938     SS#: ███████

1.    I authorize  Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra Shamberg, R.N., to Disclose my health information to : Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra Shamberg, R.N.,  The purpose(s) for the use or disclose is as follows: litigation                                    .

2.    The type and amount of information to be used or disclosed is as follows: Health information covering treatment from ____7/1/2012____ to ___9/18, 2012___.

     ☐ Abstract (includes H&P, Progress Notes,      ☐ Summary
        Procedure Notes, Procedure Reports, etc.)    ☐ Discharge Summary (DS)
     ☐ Copy of Medical Records only           ☐ Operative/Procedure Report(OP)
     ☑ Copy of Complete Records (Medical & Financial) ☐ Pathology Report
     ☐ History and Physical (H&P)            ☐ Laboratory Report
     ☐ Consultation
     Other:_____

3.    I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

5.    I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

6.    I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and

may no longer be protected by certain federal privacy regulations.  If I have any questions about disclosure of my health information I can contact the provider listed above.

_____   _____7/3/2013_____
Signature of Patient or Legal Representative            Date

_____
If signed by Legal Representative, Relationship to Patient

Exhibit 10

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | 2.15 | MCMINNVILLE TN |
| Return Receipt Fee (Endorsement Required) | 2.35 | OCT 1 2 2012 Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | USPS - 37110 |
| Total Postage & Fees | $ 6.15 | |

Sent To    St. Thomas Hospital
           4220 Harding Pike
Street, Apt. No.;   Nashville, TN 37205-2005
or PO Box No.
City, State, ZIP+4                    Bryant

PS Form 3800, August 2006          See Reverse for Instructions

7012 0470 0001 4941 6570

---

**UNITED STATES POSTAL SERVICE**®    **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
        Galligan & Newman
        309 West Main Street
        McMinnville, TN 37110

To:  St. Thomas Hospital
     4220 Harding Pike
     Nashville, TN 37205-2005

U.S. POSTAGE PAID
MCMINNVILLE, TN
OCT 12 10
37110
AMOUNT
$1.15
00008777-10

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

■ Complete Items 1, 2, and 3. Also complete
  Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

   St. Thomas Hospital
   4220 Harding Pike
   Nashville, TN 37205-2005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              □ Agent
                               □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                10/18/12
D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   ☑ Certified Mail    □ Express Mail
   □ Registered        ☑ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)            □ Yes

2. Article Number
   (Transfer from service label)    7012 0470 0001 4941 6570    Bryant

PS Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .85 |
| Certified Fee | .29 |
| Return Receipt Fee (Endorsement Required) | 2. |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ .15 |

Sent To: St. Thomas Hospital c/o E. Berry Holt, III
Street, Apt. No.; or PO Box No.: 102 Woodmont Blvd., Suite 800
City, State, ZIP+4: Nashville, TN 37205-2221

PS Form 3800, August 2006            See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE** ◦        **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing
This form may be used for domestic and international mail.

From: Galligan & Newman
309 West Main Street
McMinnville, TN 37110

To: St. Thomas Hospital
c/o E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

St. Thomas Hospital
c/o E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery 10/15/12

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 0470 0001 4941 6587

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Exhibit 10

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Galligan + Newman
309. W. Main street
McMinnville, TN 37110

To: St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NASHVILLE TN 37205

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ $0.66 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.31 |

Postmark Here

07/05/2013

Sent To St. Thomas Hospital
Street, Apt. No.; or PO Box No. 4220 Harding Pike
City, State, ZIP+4 Nashville, TN 37205-2005

7010 2780 0003 2206 3775

PS Form 3800, August 2006                Reverse for Instructions

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▪ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>▪ Print your name and address on the reverse so that we can return the card to you.<br>▪ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>St. Thomas Hospital<br>4220 Harding Pike<br>Nashville, TN 37205-2005 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☑ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7010 2780 0003 2206 3775 | |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From: Galligan ? Newman
309 W. Main St.
McMinnville In 37l6

To: St Thomas Hospital
C/o E. Berry Holt, III
Ste 800    102 Woodmont Blvd
Nashville, In 37205-2221

Postmark Here

Re: M Byent

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NASHVILLE TN 37205

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.66 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.31 |

MCMINNVILLE TN
21
JUL 03 2013
Postmark Here

07/03/2013
USPS Re Byent

Sent To St. Thomas Hospital
Street, Apt. No.; or PO Box No. C/o E. Berry Holt, III  Ste 800
City, State, ZIP+4 102 Woodmont Blvd
Nashville, In 37205-2221

PS Form 3800, August 2006    See Reverse for Instructions

7010 2780 0003 2206 3720

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

St Thomas Hospital
C/o E. Berry Holt III
Ste 800
102 Woodmont Blvd
Nashville, In 37205-2221

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X CB
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C Rodenburg
C. Date of Delivery
7/8/13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7010 2780 0003 2206 3720

PS Form **3811**, February 2004    Domestic Return Receipt

102695-02-M-1540

LAW  OFFICES  OF

# GALLIGAN & NEWMAN

**FILE COPY**

Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

*Exhibit 11*

October 17, 2012

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205
VIA CERTIFIED MAIL

    RE:   MARGARET RHEA BRYANT
           DOB: 1/21/1938
           SS#: ██████████

Dear Sirs:

      Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

      Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

      Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

           Sincerely,

           GALLIGAN & NEWMAN

           Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE:

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
Vanderbilt University Medical Center
1211 Medical Center Drive
Nashville, TN 37232

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group, PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

**AUTHORIZATION FOR USE OR DISCLOSURE OF**
**PROTECTED HEALTH INFORMATION**

Patient Name:      Margaret Rhea Bryant        Social Security Number:  �███████
Date of Birth:     21-Jan-38                   Phone Number:            931.473.8405

I authorize:       Christina S. Sadlow, M.D.
                   Damon M. Abaray, M.D.
                   Gilberto Carrero, M.D.
                   Heritage Medical Associates, P.C.
                   Howell Allen Clinic, A Professional Corporation
                   Joseph R. Zenisek, M.D.
                   Saint Thomas Outpatient Neurosurgical Center, LLC
                   St. Thomas Hospital
                   Steven A. Embry, M.D.
                   Subir Prasad, M.D.
                   Vaughn Allen, M.D.

to disclose my information to:   Saint Thomas Health Services

The purpose(s) for the use or disclose is as follows:      Litigation

The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from      July 1, 2012 to September 18, 2012.

☑ Abstract (includes H&P, Progress Notes,          ☑ Summary
    Procedure Notes, Procedure Reports, etc.)     ☑ Discharge Summary (DS)
☑ Copy of Medical Records only                       ☑ Operative/Procedure Report(OP)
☑ Copy of Complete Records (Medical & Financial)     ☑ Pathology Report
☑ History and Physical (H&P)                         ☑ Laboratory Report
☑ Consultation
   Other:

I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____ . If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Barton W Bryant_                              _Oct. 5, 2012_
Signature of Patient or Legal Representative   Date

_____
If signed by Legal Representative, Relationship to Patient

LAW OFFICES OF

# GALLIGAN & NEWMAN



Michael D. Galligan    Robert W. Newman    Susan N. Marttala    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

October 17, 2012

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221
VIA CERTIFIED MAIL

RE:  MARGARET RHEA BRYANT
DOB: 1/21/1938
SS#: ███████████

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street    McMinnville, TN 37110    931.473.8405 office    931.473.1888 fax    www.gallignannewmanlaw.com

OTHER PROVIDERS RECEIVING THIS NOTICE:

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
Vanderbilt University Medical Center
1211 Medical Center Drive
Nashville, TN 37232

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group, PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name:     Margaret Rhea Bryant     Social Security Number: ▓▓▓▓▓▓▓

Date of Birth:     21-Jan-38       Phone Number:     931.473.8405

I authorize:

Christina S. Sadlow, M.D.

Damon M. Abaray, M.D.

Gilberto Carrero, M.D.

Heritage Medical Associates, P.C.

Howell Allen Clinic, A Professional Corporation

Joseph R. Zenisek, M.D.

Saint Thomas Outpatient Neurosurgical Center, LLC

St. Thomas Hospital

Steven A. Embry, M.D.

Subir Prasad, M.D.

Vaughn Allen, M.D.

to disclose my information to:     Saint Thomas Health Services

The purpose(s) for the use or disclose is as follows:     Litigation

The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from     July 1, 2012 to September 18, 2012.

     ☑ Abstract (includes H&P, Progress Notes,         ☑ Summary
        Procedure Notes, Procedure Reports, etc.)    ☑ Discharge Summary (DS)
     ☑ Copy of Medical Records only            ☑ Operative/Procedure Report(OP)
     ☑ Copy of Complete Records (Medical & Financial)   ☑ Pathology Report
     ☑ History and Physical (H&P)           ☑ Laboratory Report
     ☑ Consultation
     Other:

I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____ If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Bertan W Bryant_             _Oct. 5, 2012_
Signature of Patient or Legal Representative       Date

_____
If signed by Legal Representative, Relationship to Patient

LAW OFFICES OF

*Exhibit 11*

# GALLIGAN & NEWMAN

Michael D. Galligan    Robert W. Newman    Susan N. Marttala    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

July 3, 2013

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205
VIA CERTIFIED MAIL

      RE:   MARGARET RHEA BRYANT
             DOB: 1/21/1938
             SS#:▓▓▓▓▓▓

Dear Sirs:

      Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant has asserted a potential claim for medical malpractice against you by notice letter sent in October of 2012. The potential claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

      We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

      You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

      Sincerely,

      GALLIGAN & NEWMAN,

      Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT
10/17/2012

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste. 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
St. Thomas Hospital - Hospitalist Group
4220 Harding Road, Suite 500
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave.  Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group. PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

OTHER PROVIDERS RECEIVING NOTICE as of 7/3/2013
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Shamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: Margaret Rhea Bryant        d/o/b: January 21, 1938        SS#: ~~████████~~

1.    I authorize   Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D.,
Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint
Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas
Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia
Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra
Shamberg, R.N., to Disclose my health information to : Christina S. Sadlow, M.D., Damon
M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen
Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient
Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad,
M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas,
pharmacist, Michael O'Neal, and Debra Shamberg, R.N.,  The purpose(s) for the use or
disclose is as follows: litigation

2.    The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from ____7/1/2012____ to __9/18, 2012____.
☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
    Procedure Notes, Procedure Reports, etc.)      ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                     ☐ Operative/Procedure Report(OP)
☑ Copy of Complete Records (Medical & Financial) ☐ Pathology Report
☐ History and Physical (H&P)                       ☐ Laboratory Report
☐ Consultation
Other:_____

3.    I understand that my health information may include information relating to sexually
transmitted disease, acquired immunodeficiency syndrome (AIDS), or human
immunodeficiency virus (HIV). It may also include information about behavioral or mental
health services, and treatment for drug and alcohol abuse.

5.    I understand that I have a right to revoke this authorization at any time. I understand that,
if I revoke this authorization, I must do so in writing and present my written revocation to
the Health Information Management department. I understand that my revocation will not
apply to the extent that the above named provider has taken action in reliance on this
authorization. I understand that my revocation will not apply if this authorization was
obtained as a condition of obtaining insurance coverage and the law provides my insurer with
the right to contest a claim under my policy or the policy itself. Unless otherwise revoked,
this authorization will expire on the following date, event or condition: _____.
If I fail to specify an expiration date, event, or condition, this authorization will expire in six
months.

6.    I understand that authorizing the disclosure of this health information is voluntary. I can
refuse to sign this authorization. The doctor or hospital may not condition treatment,
payment, enrollment in its health plan, or eligibility for benefits on my signing this
authorization. I understand that if I authorize the above named provider to disclose my
health information, the health information may be subject to redisclosure by the recipient and

may no longer be protected by certain federal privacy regulations.  If I have any questions about disclosure of my health information I can contact the provider listed above.

*Bertan W. Byway*
_____        7/3/2013
Signature of Patient or Legal Representative        Date

_____
If signed by Legal Representative, Relationship to Patient

LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan    Robert W. Newman    Susan N. Marttala    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

July 3, 2013

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221
VIA CERTIFIED MAIL

       RE:    MARGARET RHEA BRYANT
            DOB: 1/21/1938
            SS#: ████████

Dear Sirs:

     Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Bertrum Walker Bryant, Jr., the spouse of Margaret Rhea Bryant and I am the authorized agent of Mr. Bryant. Through me and my firm, Mr. Bryant has asserted a potential claim for medical malpractice against you by notice letter sent in October of 2012. The potential claim arises out of care provided to Margaret Rhea Bryant for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 17, 2012, and/or for care provided to Margaret Rhea Bryant while she was a patient at St. Thomas Hospital from her admission on September 11, 2012, through her death and discharge on September 18, 2012.

     We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

     You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

                      Sincerely,

                      GALLIGAN & NEWMAN

                      Michael D. Galligan

309 West Main Street      McMinnville, TN 37110      931.473.8405 office      931.473.1888 fax      www.galligannewmanlaw.com

OTHER PROVIDERS RECEIVING THIS NOTICE
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT
10/17/2012

Christina S. Sadlow, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Damon M. Abaray, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Gilberto Carrero, M.D.
606 Summer Wind
Nashville, TN 37215

Gilberto Carrero, M.D.
c/o Anesthesia Services Associates
3024 Business Park Circle
Goodlettsville, TN 37072

Gilberto Carrero, M.D.
c/o Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Heritage Medical Associates, P.C.
c/o John R. Voigt, Esq.
150 3rd Ave. South, Ste. 1100
Nashville, TN 37201-2037

Heritage Medical Associates, P.C.
Suite 100 222 22nd Ave. North
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Joseph R. Zenisek, M.D.
St. Thomas Hospital - Hospitalist Group
4220 Harding Road, Suite 500
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave.  Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Steven A. Embry, M.D.
St. Thomas Hospitalist Group
4220 Harding Road
Nashville, TN 37202

Subir Prasad, M.D.
c/o Heritage Medical Associates
St. Thomas Office
4230 Harding Road
Nashville, TN 37205

Subir Prasad, M.D.
St. Thomas Neurology Group. PLC
4230 Harding Road, Ste 501W
Nashville, TN 37205

Vaughan Allen, M.D.
Neurological Surgeons, P.C.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

OTHER PROVIDERS RECEIVING NOTICE as of 7/3/2013
BERTRUM WALKER BRYANT, JR., next of kin of decedent, MARGARET RHEA BRYANT

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Page 3 of 4

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Shamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: Margaret Rhea Bryant        d/o/b: January 21, 1938        SS#: ▉▉▉▉▉▉

1.  I authorize  Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra Shamberg, R.N., to Disclose my health information to : Christina S. Sadlow, M.D., Damon M. Abaray, M.D., Gilberto Carrero, M.D., Heritage Medical Associates, P.C., Howell Allen Clinic, Joseph R. Zenisek, M.D., Saint Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Steven A. Embry, M.D., Subir Prasad, M.D., Vaughan Allen, M.D., Patricia Beckham, John Culclasure, M.D., Martin S. Kelvas, pharmacist, Michael O'Neal, and Debra Shamberg, R.N., The purpose(s) for the use or disclose is as follows: litigation                      .

2.  The type and amount of information to be used or disclosed is as follows:
    Health information covering treatment from ___7/1/2012___ to __9/18, 2012___ .
    ☐ Abstract (includes H&P, Progress Notes,        ☐ Summary
      Procedure Notes, Procedure Reports, etc.)      ☐ Discharge Summary (DS)
    ☐ Copy of Medical Records only                   ☐ Operative/Procedure Report(OP)
    ☑ Copy of Complete Records (Medical & Financial)☐ Pathology Report
    ☐ History and Physical (H&P)                     ☐ Laboratory Report
    ☐ Consultation
    Other:_____

3.  I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

5.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

6.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and

may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Burton W. Bysiuk_           _7/3/2013_
Signature of Patient or Legal Representative      Date

_____
If signed by Legal Representative, Relationship to Patient

Exhibit 12



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | 2.95 | |
| Return Receipt Fee (Endorsement Required) | 2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 8.85 | |

MCMINNVILLE TN
12 2012
USPS · 37110

Sent To  St. Thomas Health Services
Street, Apt. No.; 102 Woodmont Blvd., Suite 800
or PO Box No.  Nashville, TN 37205-2221
City, State, ZIP+4

Bryant

PS Form 800, August 2006          See Reverse for Instructions

7012 0470 0001 4941 6594

---

UNITED STATES POSTAL SERVICE®          Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing
This form may be used for domestic and international mail.

From:  Galligan & Newman
309 West Main Street
McMinnville, TN 37110

To:  St. Thomas Health Services
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

U.S. POSTAGE
MCMINNVILLE, TN
37110
OCT 12'12
AMOUNT
$1.15
00087777-10

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

SENDER: COMPLETE THIS SECTION

☐ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
☐ Print your name and address on the reverse
   so that we can return the card to you.
☐ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

St. Thomas Health Services
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by ( Printed Name )      C. Date of Delivery
Exhibited                            10/15/12
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 0470 0001 4941 6594

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

McMINNVILLE TN
12 2012
USPS · 37110

Sent To
St. Thomas Health Services
c/o E. Berry Holt, III.
Street, Apt. No.; or PO Box No.   102 Woodmont Blvd., Suite 800
City, State, ZIP+4   Nashville, TN 37205-2221

PS Form 3800, August 2006               See Reverse for Instructions

---

UNITED STATES
POSTAL SERVICE ®                    Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Galligan & Newman
309 West Main Street
McMinnville, TN 37110

To:   St. Thomas Health Services
c/o E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

U.S. POSTAGE
PAID
McMINNVILLE, TN
OCT 12, '12
AMOUNT
$1.15
00083777-10

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

St. Thomas Health Services
c/o E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by ( Printed Name)       C. Date of Delivery
E Holt III                           10/15/12

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
(Transfer from service label)    7012 0470 0001 4941 6600

PS Form 3811, February 2004         Domestic Return Receipt            102595-02-M-1540

Exhibit 12

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From: Gilligan + Newman
309 W. Main St
McMinnville, TN 37110

To: Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Postmark Here

Brent

PS Form **3817**, April 2007 PSN 7530-02-000-9085

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
**(Domestic Mail Only; No Insurance Coverage Provided)**

For delivery information visit our website at www.usps.com®

NASHVILLE TN 37205

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.65 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6. |

Postmark Here
JUL 03 2012
07/03/2012

7010 2780 0003 2206 3805

Sent To: Saint Thomas Health Services
Street, Apt. No.; or PO Box No. Ste 800, 102 Woodmont Blvd.
City, State, ZIP+4 Nashville, TN 37205

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Clodenburg     7/8/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☑ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number (Transfer from service label)
7010 2780 0003 2206 3805

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES
POSTAL SERVICE®          Certificate Of Mailing

To pay fee, affix stamps or
meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Galligan & Newman
309 W. Main Street
McMinnville, TN 37110

To: Saint Thomas Health Services
C/o E. Berry Holt, III
St. 800, 102 Woodmont Blvd
Nashville, TN 37205-2221

Postmark Here

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.66 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.31 |

Postmark Here

Sent To Saint Thomas Health Services
Street, Apt. No.; C/o E. Berry Holt III
or PO Box No. St. 800, 102 Woodmont Blvd
City, State, ZIP+4 Nashville, TN 37205-2221

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Saint Thomas Health Services
C/o E. Berry Holt III
Suite 800
102 Woodmont Blvd
Nashville, TN 37205-2221

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent
                    ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Crodenbura                        7/8/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7010 2780 0003 2206 3812

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1640