United States District Court
for the District of Massachusetts

CIVIL ACTION NO. 1:13-cv-10362-FDS

| | |
|---|---|
| **SETH KNIFFIN** and **BILLIE KNIFFIN**    Plaintiff(s), v. **UNIFIRST CORPORATION, A/D/B/A UNICLEAN CLEANROOM SERVICES**    **Defendants.** | MDL No. 2419 Master Docket No. 1:13-md-2419-FDS Honorable F. Dennis Saylor |

SUMMONS IN A CIVIL ACTION

TO: UniFirst Corporation, A/D/B/A Uniclean Cleanroom Services
c/o Roberto Braceras, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*William N. Riley, Attorney No. 14941-49*
*Jamie R. Kendall, Attorney No. 25124-49*
*Price Waicukauski & Rile, LLC*
*301 Massachusetts Avenue*
*Indianapolis, Indiana 46204*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____       _____
                                                          *Server's Signature*

                                                          _____
                                                          *Printed name and title*

                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc.