*Exhibit A*

### AFFIDAVIT OF LEIGH-ANNE LEE

Comes now the affiant, Leigh-Anne Lee, who, having first been duly sworn, states that the following statements are true in regards to Plaintiff Ronda Burns:

    1.  All of the statements contained in this Affidavit are true and correct and made on the basis of my personal knowledge.  I am an adult citizen of the State of Tennessee, over the age of 18 years, and am competent to make the statements contained in this Affidavit.  I am a legal assistant with Galligan and Newman.

    2.  On July 8, 2013, I mailed by certified mail, return receipt requested a Notice letter and enclosures to Saint Thomas Outpatient Neurosurgical Center, LLC at both the addresses for the agent of service of process (Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste. 301, Nashville, TN 37203-2023) and the provider's current business address (Floor 9, 4230 Harding Pike, Nashville, TN 37205-2013 and I obtained certificates of mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a).

    3.  I attach as Exhibit 1 a copy of the Notice letter sent to Saint Thomas Outpatient Neurosurgical Center, LLC along with the copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting Saint Thomas Outpatient Neurosurgical Center, LLC to obtain complete medical records from each other provider being sent a Notice.

    4.  I attach as Exhibit 2 copies of the Certificates of Mailing from the United States Postal

Service, stamped with the date of mailing of the Notice and enclosures to Saint Thomas Outpatient Neurosurgical Center, LLC.

5. On July 8, 2013, I mailed by certified mail, return receipt requested a Notice letter and enclosures to Howell Allen Clinic A Professional Corporation at the address for the agent for service of process (Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste. 301, Nashville, Tn 37203-2023) and the provider's current business address (2011 Murphy Avenue, Suite 301, Nashville, TN 37203-2023) and I obtained a certificate of mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a).

6. I attach as Exhibit 3 a copy of the Notice letter sent to Howell Allen Clinic A Professional Corporation along with copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting Howell Allen Clinic A Professional Corporation to obtain complete medical records from each other provider being sent a notice.

7. I attach as Exhibit 4 a copy of the Certificate of Mailing from the United States Postal Service, stamped with the date of mailing of the Notice and enclosures to Howell Allen Clinic A Professional Corporation.

8. On July 8, 2013 I mailed by certified mail, return receipt requested a Notice letter and enclosures to Debra Schamberg, R.N., (Howell Allen Clinic, 2011 Murphy Ave., Suite 301, Nashville, TN 37203) and I obtained certificates of Mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a).

9. I attach as Exhibit 5 a copy of the Notice letter sent to Debra Schamberg, R.N. along with copies of the enclosures to the letter which include a list of the names and addresses of all

healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting Debra Schamberg, R.N. to obtain complete medical records from each other provider being sent a notice.

10. I attach as Exhibit 6 copies of the Certificates of Mailing from the United States Postal Service, stamped with the date of mailing of the Notice and enclosures to Debra Schamberg, R.N.

11. On July 8, 2013, I mailed by certified mail, return receipt requested a Notice letter and enclosures to John W. Culclasure, M.D. at the address listed for Dr. Culclasure on the Tennessee Department of Health website (Howell Allen Clinic, 2011 Murphy Ave., Suite 301, Nashville, TN 37203) and at the provider's current business address (Saint Thomas Outpatient Neurosurgical Center, LLC, 2011 Murphy Ave., Ste. 301, Nashville, TN 37203-2023) and I obtained certificates of mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a).

12. I attach as Exhibit 7 a copy of the Notice letter sent to John W. Culclasure, M.D., along with copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting John W. Culclasure, M.D. to obtain complete medical records from each other provider being sent a notice.

13. I attach as Exhibit 8 copies of the Certificates of Mailing from the United States Postal Service, stamped with the date of mailing of the Notice and enclosures to John W. Culclasure, M.D.

14. On July 8, 2013, I mailed by certified mail, return receipt requested a Notice letter and enclosures to Saint Thomas Hospital at both the address for the agent for service of process (E.

Berry Holt, III, Suite 800, 102 Woodmont Blvd., Nashville, Tn 37205-2221) and the provider's

current business address (4220 Harding Pike, Nashville, TN 37205-2005) and I obtained

certificates of mailing from the United States Postal Service stamped with the date of mailing as

required by Tennessee Code Annotated § 29-26-121 (a).

15. I attach as Exhibit 9 a copy of the Notice letter sent Saint Thomas Hospital along with

copies of the enclosures to the letter which include a list of the names and addresses of all

healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-

121 (a) and a HIPAA compliant medical authorization permitting Saint Thomas Hospital to

obtain complete medical records from each other provider being sent a notice.

16. I attach as Exhibit 10 copies of the Certificates of Mailing from the United States

Postal Service, stamped with the date of mailing of the Notice and enclosures to Saint Thomas

Hospital.

17. On July 8, 2013, I mailed by certified mail, return receipt requested a Notice letter and

enclosures to Saint Thomas Health Services at the address for the agent for service of process (E.

Berry Holt, III, Ste. 800, 102 Woodmont Blvd., Nashville, Tn 37205-2221) and the provider's

current business address (Suite 800, 102 Woodmont Blvd, Nashville, TN 37205) and I obtained a

certificate of mailing from the United States Postal Service stamped with the date of mailing as

required by Tennessee Code Annotated § 29-26-121 (a).

18. I attach as Exhibit 11 a copy of the Notice letter sent to Saint Thomas Health Services

along with copies of the enclosures to the letter which include a list of the names and addresses

of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-

26-121 (a) and a HIPAA compliant medical authorization permitting Saint Thomas Health

Services to obtain complete medical records from each other provider being sent a notice.

19. I attach as Exhibit 12 a copy of the Certificate of Mailing from the United States Postal Service, stamped with the date of mailing of the Notice and enclosures to Saint Thomas Health Services.

FURTHER AFFIANT SAITH NOT.

Leigh Anne Lee

STATE OF TENNESSEE

COUNTY OF WARREN

Sworn to and subscribed before me this ___ day of September, 2013.

Notary Public

My Commission Expires: _____

LAW OFFICES OF

# GALLIGAN & NEWMAN

*Exhibit 1*

Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

July 8, 2013

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

RE:   RONDA BURNS
      DOB: 11/19/1962
      SS#: xxx-xx-5327

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Ronda Burns and I am the authorized agent of Ronda Burns. Through me and my firm, Ms. Burns asserted a potential claim for medical malpractice against you by notice letter dated April 16, 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Ronda Burns at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17 and 31, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE 4/16/2013
RONDA BURNS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Timothy Schoettle, M.D.
Howell Allen Clinic
2011 Murphy Ave. Ste. 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Page 1 of 2

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

## OTHER PROVIDERS RECEIVING THIS NOTICE 7/8/2013
### RONDA BURNS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, TA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Page 2 of 2

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: __RONDA BURNS__   do/b: __11/19/1962__   SS#: __XXX-XX-5327__

1.   I authorize John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N., to Disclose my health information to John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows:__ Litigation _____.

2.   The type and amount of information to be used or disclosed is as follows:
     Health information covering treatment from __August 1, 2012__ to __present__.
     ☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
        Procedure Notes, Procedure Reports, etc.)        ☐ Discharge Summary (DS)
     ☐ Copy of Medical Records only                     ☒ Operative/Procedure Report(OP)
     ☐ Copy of Complete Records (Medical & Financial)   ☐ Pathology Report
     ☐ History and Physical (H&P)                       ☐ Laboratory Report
     ☐ Consultation

     Other:_____

3.   I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.   I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Ronda Burns_                                    _7/8/2013_
Signature of Patient or Legal Representative     Date

LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan    Robert V. Newman    Susan N. Marttala    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

July 8, 2013

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

RE:    RONDA BURNS
DOB: 11/19/1962
SS#: xxx-xx-5327

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Ronda Burns and I am the authorized agent of Ronda Burns. Through me and my firm, Ms. Burns asserted a potential claim for medical malpractice against you by notice letter dated April 16, 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Ronda Burns at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17 and 31, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE 4/16/2013
RONDA BURNS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Timothy Schoettle, M.D.
Howell Allen Clinic
2011 Murphy Ave. Ste. 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Page 1 of 2

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

### OTHER PROVIDERS RECEIVING THIS NOTICE 7/8/2013
### RONDA BURNS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, TA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Page 2 of 2

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **RONDA BURNS**     do/b: 11/19/1962     SS#: XXX-XX-5327

1.   I authorize John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N., to Disclose my health information to John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows:  Litigation                                    .

2.   The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from  August 1, 2012  to  present  .
☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
   Procedure Notes, Procedure Reports, etc.)       ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                     ☒ Operative/Procedure Report(OP)
☐ Copy of Complete Records (Medical & Financial)   ☐ Pathology Report
☐ History and Physical (H&P)                       ☐ Laboratory Report
☐ Consultation

Other:                                                               

3.   I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.   I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Ronda Burns_                                   _7/8/2013_
Signature of Patient or Legal Representative          Date

Exhibit 2

**U.S. Postal Service**
**CERTIFIED MAIL** **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| Postage | $ | .66 |
| Certified Fee | | 3.10 |
| Return Receipt Fee (Endorsement Required) | | 2.5 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.31 |

McMINNVILLE TN
Postmark Here
JUL 09 2013

Sent To  Saint Thomas Outpatient Neuro...
Street, Apt. No.; or PO Box No.  4230 Harding Pike
City, State, ZIP+4  Nashville, TN 37205-2005

PS Form 3800, August 2006           See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE**     **Certificate Of Mailing**

To pay fee, affix meter post

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From  Gulligan + Newman
309 W Main St
McMinnville, TN 37110

To  Saint Thomas Outpatient Neuro Center, suite...
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

U.S. POSTAGE PAID
McMINNVILLE, TN
JUL 09, 13
AMOUNT
$1.20
0001507212

PS Form 3817, April 2007   PSN 7530-02-000-9065

---

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Debra Schamberg_  ☐ Agent  ☐ Addressee <br> B. Received by (Printed Name)   C. Date of Delivery  7-10-13 |
| 1. Article Addressed to: <br><br> Saint Thomas Outpatient <br> Neurological Center, LLC <br> FL 9 <br> 4230 Harding Pike <br> Nashville, TN 37205-2005 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No |
| | 3. Service Type <br> ☑ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number <br> (Transfer from service label)   7012 0470 0001 4942 2533 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

Postmark Here — McMINNVILLE TN — JUL 09 2013

Sent To  Saint Thomas Outpatient Neurosurgical Center LLC
Street, Apt. No.;  C/O Gregory B. Lanford, MD
or PO Box No.  2011 Murphy Ave, Ste 301
City, State, ZIP+4  Nashville, TN 37203-2023

PS Form 3800, August 2006                     See Reverse for Instructions

7012 0470 0001 4942 2557

---

**UNITED STATES POSTAL SERVICE®**            **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From  William + Krupman
309710 Main St
McMinnville, TN 37110

To  Saint Thomas Outpatient Neuro Center, LLC
C/o Gregory B Lanford, MD
2011 Murphy Ave, Ste. 301
Nashville, TN 37203-2023

U.S. POSTAGE — McMINNVILLE, TN — JUL 09 '13 — AMOUNT — $1.20 — 0015073-12

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

aint Thomas Outpatient
NeuroSurgical Center, LLC
C/o Gregory B. Lanford, MD
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ____M Q oo____  □ Agent  □ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:  □ No

3. Service Type
   ☑ Certified Mail   □ Express Mail
   ☑ Registered   □ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)   7012 0470 0001 4942 2557

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Exhibit 3

LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan    Robert W. Newman    Susan N. Marttala    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

July 8, 2013

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

    RE:   RONDA BURNS
          DOB: 11/19/1962
          SS#: xxx-xx-5327

Dear Sirs:

    Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Ronda Burns and I am the authorized agent of Ronda Burns. Through me and my firm, Ms. Burns asserted a potential claim for medical malpractice against you by notice letter dated April 16, 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Ronda Burns at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17 and 31, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

    You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

               Sincerely,

               GALLIGAN & NEWMAN

               Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE 4/16/2013
RONDA BURNS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Timothy Schoettle, M.D.
Howell Allen Clinic
2011 Murphy Ave. Ste. 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Page 1 of 2

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

OTHER PROVIDERS RECEIVING THIS NOTICE 7/8/2013
RONDA BURNS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, TA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Page 2 of 2

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **RONDA BURNS**　　　do/b: 11/19/1962　　　SS#: ___XXX-XX-5327___

1.　　I authorize John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelyas, pharmacist, Michael O'Neal, Debra Schamberg, R.N., to Disclose my health information to John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelyas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows:　Litigation　　　　　　　.

2.　　The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from ___August 1, 2012___ to ___present___.
　　□ Abstract (includes H&P, Progress Notes,　　　　□ Summary
　　　　Procedure Notes, Procedure Reports, etc.)　　　　□ Discharge Summary (DS)
　　□ Copy of Medical Records only　　　　　　　　　☑ Operative/Procedure Report(OP)
　　□ Copy of Complete Records (Medical & Financial)　□ Pathology Report
　　□ History and Physical (H&P)　　　　　　　　　□ Laboratory Report
　　□ Consultation

　　Other:_____

3.　　I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.　　I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.　　I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Ronda Burns_　　　　　　　　　　　　　　　　　　7/8/2013
Signature of Patient or Legal Representative　　　　　　Date

LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan    Robert W. Newman    Susan N. Marttala    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

July 8, 2013

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

    RE:    RONDA BURNS
           DOB: 11/19/1962
           SS#: xxx-xx-5327

Dear Sirs:

    Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Ronda Burns and I am the authorized agent of Ronda Burns. Through me and my firm, Ms. Burns asserted a potential claim for medical malpractice against you by notice letter dated April 16, 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Ronda Burns at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17 and 31, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

    You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

                  Sincerely,

                  GALLIGAN & NEWMAN

                  Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE 4/16/2013
RONDA BURNS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Timothy Schoettle, M.D.
Howell Allen Clinic
2011 Murphy Ave. Ste. 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Page 1 of 2

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

### OTHER PROVIDERS RECEIVING THIS NOTICE 7/8/2013
### RONDA BURNS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, TA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Page 2 of 2

# AUTHORIZATION FOR USE OR DISCLOSURE OF
# PROTECTED HEALTH INFORMATION

Patient Name: **RONDA BURNS**     do/b: 11/19/1962     SS#:   XXX-XX-5327

1.   I authorize John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N., to Disclose my health information to John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows:   Litigation

2.   The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from   August 1, 2012   to   present
☐ Abstract (includes H&P, Progress Notes,
     Procedure Notes, Procedure Reports, etc.)
☐ Copy of Medical Records only
☐ Copy of Complete Records (Medical & Financial)
☐ History and Physical (H&P)
☐ Consultation

☐ Summary
☐ Discharge Summary (DS)
☒ Operative/Procedure Report(OP)
☐ Pathology Report
☐ Laboratory Report

Other:_____

3.   I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.   I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Ronda Burns_
Signature of Patient or Legal Representative

7/8/2013
Date

Exhibit 4

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.31 |

Postmark Here — McMINNVILLE TN — JUL 09 2013 — USPS 37110

Sent To _Howell Allen Clinic, A Professional Corp_
_C/o Gregory B. Lanford, MD_
Street, Apt. No.; or PO Box No. _2011 Murphy Ave, Ste 301_
City, State, ZIP+4 _Nashville, TN 37203-2023_

PS Form 3800, August 2006

---

**UNITED STATES POSTAL SERVICE®**  **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: _Sullivan & Numan_
_301 N. Main St_
_McMinnville, TN 37110_

To: _Howell Allen Clinic, A Professional Corp_
_C/o Gregory B. Lanford, MD_
_2011 Murphy Ave, Ste 301_
_Nashville, TN 37110_

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_Howell Allen Clinic, A Professional Corp_
_C/o Gregory B. Lanford, MD_
_2011 Murphy Ave, Ste 301_
_Nashville, TN 37203-2023_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M Cook_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 0470 0001 4942 2601

PS Form **3811**, February 2004    Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

Postmark Here — McMINNVILLE TN — JUL 09 2013 — USPS 37110

7012 0470 0001 4942 2564

Sent To: *Howell Allen Clinic*
Street, Apt. No.; or PO Box No. *3011 Murphy Ave, Ste 301*
City, State, ZIP+4 *Nashville, TN 37203-2023*

PS Form 3800, April 2006                See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**                **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing.
This form may be used for domestic and international mail.

From: *Gillian J. Neuman*
*309 W. Main Street*
*McMinnville, TN 37110*

To: *Howell Allen Clinic, A Professional Corp*
*3011 Murphy Ave, Ste 301*
*Nashville, TN 37203-2023*

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

■ Complete Items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

*Howell Allen Clinic*
*3011 Murphy Ave, Ste 301*
*Nashville, TN 37203-2023*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7012 0470 0001 4942 2564

PS Form 3811, February 2004        Domestic Return Receipt      102595-02-M-1640

LAW OFFICES OF

# GALLIGAN & NEWMAN

Exhibit 5

| Michael D. Galligan | Robert W. Newman | Susan N. Marttala | John P. Partin | Benjamin R. Newman | M. Trevor Galligan |

July 8, 2013

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

**CERTIFIED MAIL -- RETURN RECEIPT REQUESTED**

    RE:   RONDA BURNS
             DOB: 11/19/1962
             SS#: xxx-xx-5327

Dear Nurse Schamberg:

      Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Ronda Burns and I am the authorized agent of Ronda Burns. Through me and my firm, Ms. Burns is asserting a potential claim for medical malpractice against you. This claim arises out of epidural injections of methylprednisolone acetate administered to Ronda Burns at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17 and 31, 2012.

      Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

      Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

      Sincerely,

      GALLIGAN & NEWMAN

      Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE 4/16/2013
RONDA BURNS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Timothy Schoettle, M.D.
Howell Allen Clinic
2011 Murphy Ave. Ste. 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Page 1 of 2

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

## OTHER PROVIDERS RECEIVING THIS NOTICE 7/8/2013
## RONDA BURNS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, TA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **RONDA BURNS**      do/b: 11/19/1962      SS#: XXX-XX-5327

1.  I authorize John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas
    Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia
    Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N., to Disclose my
    health information to John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing
    Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services,
    Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The
    purpose(s) for the use or disclose is as follows:  Litigation

2.  The type and amount of information to be used or disclosed is as follows:
    Health information covering treatment from  August 1, 2012  to  present .
    ☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
       Procedure Notes, Procedure Reports, etc.)        ☐ Discharge Summary (DS)
    ☐ Copy of Medical Records only                     ☑ Operative/Procedure Report(OP)
    ☐ Copy of Complete Records (Medical & Financial)   ☐ Pathology Report
    ☐ History and Physical (H&P)                       ☐ Laboratory Report
    ☐ Consultation

    Other:_____

3.  I understand that my health information may include information relating to sexually transmitted
    disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).
    It may also include information about behavioral or mental health services, and treatment for drug
    and alcohol abuse.

4.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke
    this authorization, I must do so in writing and present my written revocation to the Health
    Information Management department. I understand that my revocation will not apply to the extent
    that the above named provider has taken action in reliance on this authorization. I understand that
    my revocation will not apply if this authorization was obtained as a condition of obtaining insurance
    coverage and the law provides my insurer with the right to contest a claim under my policy or the
    policy itself. Unless otherwise revoked, this authorization will expire on the following date, event
    or condition: _____. If I fail to specify an expiration date, event, or condition, this
    authorization will expire in six months.

5.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to
    sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in
    its health plan, or eligibility for benefits on my signing this authorization. I understand that if I
    authorize the above named provider to disclose my health information, the health information may
    be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy
    regulations. If I have any questions about disclosure of my health information I can contact the
    provider listed above.

_Ronda Burns_
Signature of Patient or Legal Representative          7/8/2013
                                                      Date

Exhibit 6

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

McMinnville TN
JUL 08 2013

Sent To  Debra Schamber, RN
Howell Allen Clinic
Street, Apt. No.; or PO Box No.  2011 Murphy Ave, Ste 301
City, State, ZIP+4  Nashville, TN 37203

PS Form 3800, August 2006       See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE**        **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:  Cullen + Neuman
307 W. Main St
McMinnville, TN 37110

To:  Debra Schamberg, RN
Howell Allen Clinic
2011 Murphy Ave, Ste. 301
Nashville, TN 37203

U.S. POSTAGE
MCMINNVILLE, TN
JUL 08 '13
AMOUNT
$1.20
0001 5073-12

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Debra Shamberg, RN
Howell Allen Clinic
2011 Murphy Ave, Ste. 301
Nashville, TN 37203

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)   7012 0470 0001 4942 2540

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540



LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan    Robert W. Newman    Susan N. Marttala    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

Exhibit 7.

July 8, 2013

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203
**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

      RE:    RONDA BURNS
              DOB: 11/19/1962
              SS#: xxx-xx-5327

Dear Dr. Culclasure:

    Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Ronda Burns and I am the authorized agent of Ronda Burns. Through me and my firm, Ms. Burns asserted a potential claim for medical malpractice against you by notice letter dated April 16, 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Ronda Burns at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17 and 31, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

    You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

                            Sincerely,

                            GALLIGAN & NEWMAN

                            Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE 4/16/2013
RONDA BURNS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Timothy Schoettle, M.D.
Howell Allen Clinic
2011 Murphy Ave. Ste. 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Page 1 of 2

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

OTHER PROVIDERS RECEIVING THIS NOTICE 7/8/2013
RONDA BURNS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, TA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Page 2 of 2

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Patient Name: **RONDA BURNS**      do/b: 11/19/1962      SS#: XXX-XX-5327

1.  I authorize John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N., to Disclose my health information to John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows:   Litigation

2.  The type and amount of information to be used or disclosed is as follows:
    Health information covering treatment from   August 1, 2012   to   present   .
    ☐ Abstract (includes H&P, Progress Notes,         ☐ Summary
       Procedure Notes, Procedure Reports, etc.)      ☐ Discharge Summary (DS)
    ☐ Copy of Medical Records only                    ☒ Operative/Procedure Report(OP)
    ☐ Copy of Complete Records (Medical & Financial)  ☐ Pathology Report
    ☐ History and Physical (H&P)                      ☐ Laboratory Report
    ☐ Consultation

    Other:_____

3.  I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Ronda Burns_                                    7/8/2013
Signature of Patient or Legal Representative     Date

LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan    Robert V. Newman    Susan N. Martela    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

July 8, 2013

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

    RE:    RONDA BURNS
             DOB: 11/19/1962
             SS#: xxx-xx-5327

Dear Dr. Culclasure:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Ronda Burns and I am the authorized agent of Ronda Burns. Through me and my firm, Ms. Burns asserted a potential claim for medical malpractice against you by notice letter dated April 16, 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Ronda Burns at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17 and 31, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street    McMinnville, TN 37110    931.473.8405 office    931.473.1888 fax    www.galligannewmanlaw.com

OTHER PROVIDERS RECEIVING THIS NOTICE 4/16/2013
RONDA BURNS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Timothy Schoettle, M.D.
Howell Allen Clinic
2011 Murphy Ave. Ste. 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Page 1 of 2

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

OTHER PROVIDERS RECEIVING THIS NOTICE 7/8/2013
RONDA BURNS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, TA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Page 2 of 2

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **RONDA BURNS**       do/b: 11/19/1962       SS#: XXX-XX-5327

1.  I authorize John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelyas, pharmacist, Michael O'Neal, Debra Schamberg, R.N., to Disclose my health information to John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelyas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows:   Litigation

2.  The type and amount of information to be used or disclosed is as follows:
    Health information covering treatment from   August 1, 2012   to   present   .
    □ Abstract (includes H&P, Progress Notes,        □ Summary
       Procedure Notes, Procedure Reports, etc.)     □ Discharge Summary (DS)
    □ Copy of Medical Records only                   ☒ Operative/Procedure Report(OP)
    □ Copy of Complete Records (Medical & Financial) □ Pathology Report
    □ History and Physical (H&P)                     □ Laboratory Report
    □ Consultation

    Other:_____

3.   I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.   I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Ronda Burns_____          7/8/2013
Signature of Patient or Legal Representative       Date

Exhibit 8

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .66 |
| Certified Fee | 3.10 | |
| Return Receipt Fee (Endorsement Required) | 2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.31 |

McMINNVILLE TN
JUL 09 2013
USPS 37110

Sent To John W. Culclasure,
Howell Allen Clinic
Street, Apt. No.; or PO Box No. 2011 Murphy Ave, Ste 301
City, State, ZIP+4 Nashville, TN 37203

PS Form 3800, August 2006          See Reverse for Instructions

7012 0470 0001 4942 2625

---

**UNITED STATES POSTAL SERVICE®**          **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

From Gallegos & Neuman
309 W Main St
McMinnville, TN 37110

To John W. Culclasure, MD
Howell Allen Clinic
2011 Murphy Ave, Ste 301
Nashville, TN 37203

U.S. POSTAGE
McMINNVILLE, TN
37110
JUL 09 13
AMOUNT
$1.20
00015075-12

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John W. Culclasure, MD
Howell Allen Clinic
2011 Murphy Ave, Ste 301
Nashville, TN 37203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M Roce          ☐ Agent  ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)    7012 0470 0001 4942 2625

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 6 6 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.3 |

McMINNVILLE, TN
Postmark Here
JUL 09 2013

Sent To John W. Culclasure, Saint Thomas Outpatient Neuro Center, LLC
Street, Apt. No.; or PO Box No. 2011 Murphy Ave, Ste 301
City, State, ZIP+4 Nashville, TN 37203-2023

7012 0470 0001 4442 2632

PS Form 3800, August 2006          See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**          **Certificate Of Mailing**

To pay fee, meter pists

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Gilligan + Newman
211 W Main St
McMinnville, TN 37110

To: John W Culclasure, MD
Saint Thomas Outpatient Neuro Center, LLC
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

Postmark

1000

U.S. POSTAGE PAID
McMINNVILLE, TN
JUL 09 13
AMOUNT
$1.20
00015073-12

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John W. Culclasure, MD
Saint Thomas Outpatient
Neurological Center, LLC
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. Cle
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7012 0470 0001 4442 2632

PS Form 3811, February 2004     Domestic Return Receipt

Exhibit 9

LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan     Robert W. Newman     Susan N. Marttala     John P. Partin     Benjamin R. Newman     M. Trevor Galligan

July 8, 2013

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

> RE:    RONDA BURNS
>        DOB: 11/19/1962
>        SS#: xxx-xx-5327

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Ronda Burns and I am the authorized agent of Ronda Burns. Through me and my firm, Ms. Burns asserted a potential claim for medical malpractice against you by notice letter dated April 16, 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Ronda Burns at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17 and 31, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE 4/16/2013
RONDA BURNS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Timothy Schoettle, M.D.
Howell Allen Clinic
2011 Murphy Ave. Ste. 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Page 1 of 2

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

OTHER PROVIDERS RECEIVING THIS NOTICE 7/8/2013
RONDA BURNS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, TA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Page 2 of 2

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **RONDA BURNS**      do/b: 11/19/1962      SS#: XXX-XX-5327

1.   I authorize John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N., to Disclose my health information to John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows:   Litigation

2.   The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from   August 1, 2012   to   present   .
☐ Abstract (includes H&P, Progress Notes,              ☐ Summary
    Procedure Notes, Procedure Reports, etc.)          ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                          ☒ Operative/Procedure Report(OP)
☐ Copy of Complete Records (Medical & Financial)       ☐ Pathology Report
☐ History and Physical (H&P)                            ☐ Laboratory Report
☐ Consultation

   Other:_____

3.   I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.   I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition:_____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Ronda Burns_____            7/8/2013_____
Signature of Patient or Legal Representative            Date

LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan      Robert W. Newman      Susan N. Merttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

July 8, 2013

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

RE:   RONDA BURNS
      DOB: 11/19/1962
      SS#: xxx-xx-5327

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Ronda Burns and I am the authorized agent of Ronda Burns. Through me and my firm, Ms. Burns asserted a potential claim for medical malpractice against you by notice letter dated April 16, 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Ronda Burns at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17 and 31, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street      McMinnville, TN 37110      931.473.8405 office      931.473.1888 fax      www.galligannewmanlaw.com

OTHER PROVIDERS RECEIVING THIS NOTICE 4/16/2013
RONDA BURNS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Timothy Schoettle, M.D.
Howell Allen Clinic
2011 Murphy Ave. Ste. 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Page 1 of 2

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

OTHER PROVIDERS RECEIVING THIS NOTICE 7/8/2013
RONDA BURNS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, TA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Page 2 of 2

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **RONDA BURNS**        do/b: 11/19/1962        SS#: XXX-XX-5327

1.  I authorize John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N., to Disclose my health information to John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows:   Litigation

2.  The type and amount of information to be used or disclosed is as follows:
    Health information covering treatment from   August 1, 2012   to   present
    ☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
       Procedure Notes, Procedure Reports, etc.)        ☐ Discharge Summary (DS)
    ☐ Copy of Medical Records only                     ☒ Operative/Procedure Report(OP)
    ☐ Copy of Complete Records (Medical & Financial)   ☐ Pathology Report
    ☐ History and Physical (H&P)                       ☐ Laboratory Report
    ☐ Consultation

    Other:_____

3.  I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Ronda Burns_ _____        7/8/2013 _____
Signature of Patient or Legal Representative        Date

Exhibit 10

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .66 |
| Certified Fee | | 3.10 |
| Return Receipt Fee (Endorsement Required) | | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.31 |

McMINNVILLE TN
Postmark Here
JUL 09 2013

7012 0470 0001 4942 2686

Sent to _Saint Thomas Health Serv_
_c/o E. Berry Holt, III_
Street, Apt. No.; or PO Box No. _Suite 800_
_102 Woodmont Blvd_
City, State, ZIP+4 _Nashville, TN 37205-2221_

PS Form 3800, August 2006        See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**        Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

From: _Gillijan J Neuman_
_309 W Main St_
_McMinnville, TN 37110_

_Saint Thomas Health Services_
_c/o E. Berry Holt, III_
_Suite 800_
_102 Woodmont Blvd._
_Nashville TN 37205-2221_

U.S. POSTAGE
MCMINNVILLE, TN
371
JUL 09 13
AMOUNT
00015075-12   $1.20

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ☐ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>☐ Print your name and address on the reverse so that we can return the card to you.<br>☐ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _C Rodenburg_  ☐ Agent  ☐ Addressee<br><br>B. Received by (Printed Name) _C Rodenburg_  C. Date of Delivery _7/10/13_ |
| 1. Article Addressed to:<br>_St. Thomas Hospital_<br>_c/o E. Berry Holt, III_<br>_Suite 800_<br>_102 Woodmont Blvd._<br>_Nashville, TN 37205-2221_ | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7012 0470 0001 4942 2687 | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6. |

McMINNVILLE TN
JUL 09 2013

Sent To St. Thomas Hospital
Street, Apt. No.; or PO Box No. 4220 Harding Pike
City, State, ZIP+4 Nashville, TN 37205

PS Form 3800, August 2006          See Reverse for Instructions

7012 0470 0001 4442 2694

---

**UNITED STATES POSTAL SERVICE**          Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This Form may be used for domestic and international mail.

From: Gillespie & Klinman
309 W Main St
McMinnville, TN 37110

To: St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205 - 2011

U.S. POSTAGE
MCMINNVILLE, TN
37110
JUL 09 13
AMOUNT
$1.20
00015073-12

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  □ Agent  □ Addressee

B. Received by (Printed Name)      C. Date of Delivery
07/10/13

D. Is delivery address different from item 1?  □ Yes
If YES, enter delivery address below:  □ No

3. Service Type
☑ Certified Mail  □ Express Mail
□ Registered  □ Return Receipt for Merchandise
□ Insured Mail  □ C.O.D.

4. Restricted Delivery? (Extra Fee)  □ Yes

2. Article Number
(Transfer from service label)
7012 0470 0001 4442 2694

PS Form 3811, February 2004          Domestic Return Receipt

LAW OFFICES OF

*Exhibit 11*

# GALLIGAN & NEWMAN

Michael D. Galligan    Robert W. Newman    Susan N. Marttala    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

July 8, 2013

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

RE:    RONDA BURNS
DOB: 11/19/1962
SS#: xxx-xx-5327

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Ronda Burns and I am the authorized agent of Ronda Burns. Through me and my firm, Ms. Burns asserted a potential claim for medical malpractice against you by notice letter dated April 16, 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Ronda Burns at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17 and 31, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

OTHER PROVIDERS RECEIVING THIS NOTICE 4/16/2013
RONDA BURNS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Timothy Schoettle, M.D.
Howell Allen Clinic
2011 Murphy Ave. Ste. 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Page 1 of 2

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

OTHER PROVIDERS RECEIVING THIS NOTICE 7/8/2013
RONDA BURNS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, TA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Page 2 of 2

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **RONDA BURNS**     do/b: 11/19/1962     SS#:   XXX-XX-5327

1.  I authorize John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas
    Outpatient Neurosurgical Center, LLC, St, Thomas Hospital, Saint Thomas Health Services, Patricia
    Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N., to Disclose my
    health information to John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing
    Thomas Outpatient Neurosurgical Center, LLC, St, Thomas Hospital, Saint Thomas Health Services,
    Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The
    purpose(s) for the use or disclose is as follows:   Litigation

2.  The type and amount of information to be used or disclosed is as follows:
    Health information covering treatment from   August 1, 2012   to   present
    ☐ Abstract (includes H&P, Progress Notes,        ☐ Summary
       Procedure Notes, Procedure Reports, etc.)     ☐ Discharge Summary (DS)
    ☐ Copy of Medical Records only                   ☒ Operative/Procedure Report(OP)
    ☐ Copy of Complete Records (Medical & Financial) ☐ Pathology Report
    ☐ History and Physical (H&P)                     ☐ Laboratory Report
    ☐ Consultation

    Other:

3.  I understand that my health information may include information relating to sexually transmitted
    disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).
    It may also include information about behavioral or mental health services, and treatment for drug
    and alcohol abuse.

4.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke
    this authorization, I must do so in writing and present my written revocation to the Health
    Information Management department. I understand that my revocation will not apply to the extent
    that the above named provider has taken action in reliance on this authorization. I understand that
    my revocation will not apply if this authorization was obtained as a condition of obtaining insurance
    coverage and the law provides my insurer with the right to contest a claim under my policy or the
    policy itself. Unless otherwise revoked, this authorization will expire on the following date, event
    or condition: _____. If I fail to specify an expiration date, event, or condition, this
    authorization will expire in six months.

5.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to
    sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in
    its health plan, or eligibility for benefits on my signing this authorization. I understand that if I
    authorize the above named provider to disclose my health information, the health information may
    be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy
    regulations. If I have any questions about disclosure of my health information I can contact the
    provider listed above.

_Ronda Burns_                                        7/8/2013
Signature of Patient or Legal Representative         Date



LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan      Robert W. Newman      Susan N. Martola      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

July 8, 2013

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

**CERTIFIED MAIL -- RETURN RECEIPT REQUESTED**

RE:   RONDA BURNS
        DOB: 11/19/1962
        SS#: xxx-xx-5327

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Ronda Burns and I am the authorized agent of Ronda Burns. Through me and my firm, Ms. Burns asserted a potential claim for medical malpractice against you by notice letter dated April 16, 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Ronda Burns at Saint Thomas Outpatient Neurosurgical Center, LLC, on August 17 and 31, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street      McMinnville, TN 37110      931.473.8405 office      931.473.1888 fax      www.gallignannewmanlaw.com

OTHER PROVIDERS RECEIVING THIS NOTICE 4/16/2013
RONDA BURNS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Timothy Schoettle, M.D.
Howell Allen Clinic
2011 Murphy Ave. Ste. 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Page 1 of 2

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

OTHER PROVIDERS RECEIVING THIS NOTICE 7/8/2013
RONDA BURNS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, TA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Page 2 of 2

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Patient Name: RONDA BURNS          do/b: 11/19/1962          SS#: XXX-XX-5327

1.  I authorize John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelyas, pharmacist, Michael O'Neal, Debra Schamberg, R.N., to Disclose my health information to John Culclasure, M.D., Timothy Schoettle, M.D., Howell Allen Clinic, Saing Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelyas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose as follows:   Litigation

2.  The type and amount of information to be used or disclosed is as follows:
    Health information covering treatment from _August 1, 2012_ to _present_.
    ☐ Abstract (includes H&P, Progress Notes, Procedure Notes, Procedure Reports, etc.)
    ☐ Copy of Medical Records only
    ☐ Copy of Complete Records (Medical & Financial)
    ☐ History and Physical (H&P)
    ☐ Consultation
    ☐ Summary
    ☐ Discharge Summary (DS)
    ☒ Operative/Procedure Report(OP)
    ☐ Pathology Report
    ☐ Laboratory Report

    Other:_____

3.  I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Ronda Burns_
Signature of Patient or Legal Representative          _7/8/2013_
                                                      Date

Exhibit 12

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | .66 |
| Certified Fee | 3.10 | |
| Return Receipt Fee (Endorsement Required) | 3.95 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.31 |

McMINNVILLE TN
Postmark Here
JUL 09 2013

7012 0470 0001 4942 2588

Sent To St. Thomas Hospital 37110
Street, Apt No.; c/o E. Berry Holt, III
or PO Box No. 102 Woodmont Blvd
City, State, ZIP+4 Nashville, TN 37205-2221

PS Form 3800, August 2006                     See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**   Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing.
This form may be used for domestic and international mail.

From: Gilligan & Numin
309 W. Main St
McMinnville, TN 37110

To: St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd
Nashville, TN 37205-2221

U.S. POSTAGE
McMINNVILLE, TN
JUL 09 13
AMOUNT
$0.20
00015073-12

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Saint Thomas Health
    Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-
            2221

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent
                   ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
Chodusburg  7/10/13
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7012 0470 0001 4942 2588

PS Form 3811, February 2004      Domestic Return Receipt       102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

McMINNVILLE TN
Postmark Here
JUL 09 2013

Sent To Saint Thomas Health Services
Suite 820
Street, Apt. No.; or PO Box No. 102 Woodmont Blvd
City, State, ZIP+4 Nashville, TN 37205

PS Form 3800, August 2006                     See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE**                 Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing.
This form may be used for domestic and international mail.

From: Gilligan & Naumen
     39 W Main St
     McMinnville, TN 37110

To: Saint Thomas Health Services
    Suite 820
    102 Woodmont Blvd
    Nashville, TN 37205

U.S. POSTAGE
McMINNVILLE, TN
37110
JUL 09 '13
AMOUNT
$1.20
00015073-12

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Saint Thomas Health Services
       Suite 820
102 Woodmont Blvd.
Nashville, TN 37205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
Olesenberg   7 / 10 / 13
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 0470 0001 4942 2656

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540