*Exhibit A*

## AFFIDAVIT OF LEIGH-ANNE LEE

Comes now the affiant, Leigh-Anne Lee, who, having first been duly sworn, states that the following statements are true in regards to Plaintiff Denis Brock:

1. All of the statements contained in this Affidavit are true and correct and made on the basis of my personal knowledge. I am an adult citizen of the State of Tennessee, over the age of 18 years, and am competent to make the statements contained in this Affidavit. I am a legal assistant with Galligan and Newman.

2. On July 3, 2013, I mailed by certified mail, return receipt requested a Notice letter and enclosures to Saint Thomas Outpatient Neurosurgical Center, LLC at both the addresses for the agent of service of process (Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste. 301, Nashville, TN 37203-2023) and the provider's current business address (Floor 9, 4230 Harding Pike, Nashville, TN 37205-2013 as required by Tennessee Code Annotated § 29-26-121 (a).

3. I attach as Exhibit 1 a copy of the Notice letter sent to Saint Thomas Outpatient Neurosurgical Center, LLC along with the copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting Saint Thomas Outpatient Neurosurgical Center, LLC to obtain complete medical records from each other provider being sent a Notice.

4. I attach as Exhibit 2 copies of the Certificates of Mailing from the United States Postal Service, and enclosures to Saint Thomas Outpatient Neurosurgical Center, LLC.

5. On July 3, 2013, I mailed by certified mail, return receipt requested a Notice letter and

enclosures to Howell Allen Clinic A Professional Corporation at the address for the agent for service of process (Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste. 301, Nashville, Tn 37203-2023) and the provider's current business address (2011 Murphy Avenue, Suite 301, Nashville, TN 37203-2023) as required by Tennessee Code Annotated § 29-26-121 (a).

6.  I attach as Exhibit 3 a copy of the Notice letter sent to Howell Allen Clinic A Professional Corporation along with copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting Howell Allen Clinic A Professional Corporation to obtain complete medical records from each other provider being sent a notice.

7.  I attach as Exhibit 4 a copy of the Certificate of Mailing from the United States Postal Service, and enclosures to Howell Allen Clinic A Professional Corporation.

8.  On July 3, 2013 I mailed by certified mail, return receipt requested a Notice letter and enclosures to Debra Schamberg, R.N., (Howell Allen Clinic, 2011 Murphy Ave., Suite 301, Nashville, TN 37203) as required by Tennessee Code Annotated § 29-26-121 (a).

9.  I attach as Exhibit 5 a copy of the Notice letter sent to Debra Schamberg, R.N. along with copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting Debra Schamberg, R.N. to obtain complete medical records from each other provider being sent a notice.

10. I attach as Exhibit 6 copies of the Certificates of Mailing from the United States Postal Service, and enclosures to Debra Schamberg, R.N.

11.  On July 3, 2013, I mailed by certified mail, return receipt requested a Notice letter

and enclosures to John W. Culclasure, M.D. at the address listed for Dr. Culclasure on the

Tennessee Department of Health website (Howell Allen Clinic, 2011 Murphy Ave., Suite 301,

Nashville, TN 37203) as required by Tennessee Code Annotated § 29-26-121 (a).

12. I attach as Exhibit 7 a copy of the Notice letter sent to John W. Culclasure, M.D.,

along with copies of the enclosures to the letter which include a list of the names and addresses

of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-

26-121 (a) and a HIPAA compliant medical authorization permitting John W. Culclasure, M.D.

to obtain complete medical records from each other provider being sent a notice.

13. I attach as Exhibit 8 copies of the Certificates of Mailing from the United States

Postal Service, and enclosures to John W. Culclasure, M.D.

14. On July 3, 2013, I mailed by certified mail, return receipt requested a Notice letter and

enclosures to Saint Thomas Hospital at both the address for the agent for service of process (E.

Berry Holt, III, Suite 800, 102 Woodmont Blvd., Nashville, Tn 37205-2221) and the provider's

current business address (4220 Harding Pike, Nashville, TN 37205-2005) as required by

Tennessee Code Annotated § 29-26-121 (a).

15. I attach as Exhibit 9 a copy of the Notice letter sent Saint Thomas Hospital along with

copies of the enclosures to the letter which include a list of the names and addresses of all

healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-

121 (a) and a HIPAA compliant medical authorization permitting Saint Thomas Hospital to

obtain complete medical records from each other provider being sent a notice.

16. I attach as Exhibit 10 copies of the Certificates of Mailing from the United States

Postal Service, and enclosures to Saint Thomas Hospital.

17. On July 3, 2013, I mailed by certified mail, return receipt requested a Notice letter and

enclosures to Saint Thomas Health Services at the address for the agent for service of process (E. Berry Holt, III, Ste. 800, 102 Woodmont Blvd., Nashville, Tn 37205-2221) and the provider's current business address (Suite 800, 102 Woodmont Blvd, Nashville, TN 37205) as required by Tennessee Code Annotated § 29-26-121 (a).

18. I attach as Exhibit 11 a copy of the Notice letter sent to Saint Thomas Health Services along with copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting Saint Thomas Health Services to obtain complete medical records from each other provider being sent a notice.

19. I attach as Exhibit 12 a copy of the Certificate of Mailing from the United States Postal Service, and enclosures to Saint Thomas Health Services.

FURTHER AFFIANT SAITH NOT.


Leigh Anne Lee

STATE OF TENNESSEE

COUNTY OF WARREN

Sworn to and subscribed before me this 19th day of September, 2013.


Notary Public

My Commission Expires: 10/29/14

CASSIDY L. CANTRELL
STATE OF TENNESSEE
NOTARY PUBLIC
WARREN COUNTY

LAW OFFICES OF

# GALLIGAN · NEWMAN

Exhibit 1

Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

July 3, 2013

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013
VIA CERTIFIED MAIL

    RE:   DENIS BROCK
           DOB: 6/19/1947
           SS#: ███-██-7255

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing DENIS BROCK and I am the authorized agent of Mrs. Brock. Through me and my firm, Mr. Brock is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Denis Brock for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 23, 2012, wherein Mrs. Brock was injected with methylprednisolone acetate.

Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **Denis Brock**     DOB: _June 19, 1947_     Social Security Number: ▓▓▓▓-7255

1.   I authorize _Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S. Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services, and/or Scott C. Standard, M.D._ to Disclose my health information to : _Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S. Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services, and/or Scott C. Standard, M.D._____ The purpose(s) for the use or disclosure is as follows: _litigation_____

2.   The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from _June 1, 2012_____ to __present_____ .
      ☐ Abstract (includes H&P, Progress Notes,      ☐ Summary
         Procedure Notes, Procedure Reports, etc.)      ☐ Discharge Summary (DS)
      ☐ Copy of Medical Records only      ☐ Operative/Procedure Report(OP)
      ☑ Copy of Complete Records (Medical & Financial)      ☐ Pathology Report
      ☐ History and Physical (H&P)      ☐ Laboratory Report
      ☐ Consultation
      Other: _____

3.   I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.   I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to re-disclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| _Denis S. Brock_ | _8-23-13_ |
| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: |
| _Denis S. Brock_ | _Self_ |

## OTHER PROVIDERS RECEIVING THIS NOTICE
## RE: DENIS BROCK

Patricia Beckham
Baptist Women's Pavillion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Rachel Rome, M.D.
c/o St. Thomas Outpatient Neurosurgical Center
4230 Harding Road, Suite 901
Nashville, TN 37205

Rachel Rome, M.D.
353 New Shackle Island Road
Hendersonville, TN 37075

Other Providers
Denis Brock
Page 2

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Summit Medical Center
5651 Frist Boulevard, Suite 712
Hermitage, TN 37076

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Shoppes at the Village
833 Memorial Blvd., Suite E
Murfreesboro, TN 37129

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 3703

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Other Providers
Denis Brock
Page 3

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Scott C. Standard, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203



L A W   O F F I C E S   O F

# GALLIGAN & NEWMAN

Michael D. Galligan     Robert W. Newman     Susan N. Marttala     John P. Partin     Benjamin R. Newman     M. Trevor Galligan

July 3, 2013

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023
VIA CERTIFIED MAIL

RE:   DENIS BROCK
DOB: 6/19/1947
SS#: ███-7255

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing DENIS BROCK and I am the authorized agent of Mrs. Brock. Through me and my firm, Mr. Brock is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Denis Brock for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 23, 2012, wherein Mrs. Brock was injected with methylprednisolone acetate.

Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

Sincerely,

GALLIGAN & NEWMAN,

Michael D. Galligan

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: Denis Brock       DOB:  June 19, 1947      Social Security Number: ███-██-7255

1.   I authorize  Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S.
Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas
Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint
Thomas Health Services, and/or Scott C. Standard, M.D. to Disclose my health information
to : Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S.
Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient
Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services,
and/or Scott C. Standard, M.D.                         The purpose(s) for the use or
disclosure is as follows: litigation

2.   The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from __June 1, 2012__  to __present__.
☐ Abstract (includes H&P, Progress Notes,              ☐ Summary
     Procedure Notes, Procedure Reports, etc.)          ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                          ☐ Operative/Procedure Report(OP)
☑ Copy of Complete Records (Medical & Financial)        ☐ Pathology Report
☐ History and Physical (H&P)                            ☐ Laboratory Report
☐ Consultation
Other:_____

3.   I understand that my health information may include information relating to sexually transmitted
disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).
It may also include information about behavioral or mental health services, and treatment for drug
and alcohol abuse.

4.   I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke
this authorization, I must do so in writing and present my written revocation to the Health
Information Management department. I understand that my revocation will not apply to the extent
that the above named provider has taken action in reliance on this authorization. I understand that
my revocation will not apply if this authorization was obtained as a condition of obtaining insurance
coverage and the law provides my insurer with the right to contest a claim under my policy or the
policy itself. Unless otherwise revoked, this authorization will expire on the following date, event
or condition: _____. If I fail to specify an expiration date, event, or condition, this
authorization will expire in six months.

5.   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to
sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in
its health plan, or eligibility for benefits on my signing this authorization. I understand that if I
authorize the above named provider to disclose my health information, the health information may
be subject to re-disclosure by the recipient and may no longer be protected by certain federal privacy
regulations. If I have any questions about disclosure of my health information I can contact the
provider listed above.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| Denis S. Brock | 8-25-13 |
| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member |
| Denis S. Brock | self |

## OTHER PROVIDERS RECEIVING THIS NOTICE
## RE: DENIS BROCK

Patricia Beckham
Baptist Women's Pavillion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Rachel Rome, M.D.
c/o St. Thomas Outpatient Neurosurgical Center
4230 Harding Road, Suite 901
Nashville, TN 37205

Rachel Rome, M.D.
353 New Shackle Island Road
Hendersonville, TN 37075

Other Providers
Denis Brock
Page 2

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Summit Medical Center
5651 Frist Boulevard, Suite 712
Hermitage, TN 37076

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Shoppes at the Village
833 Memorial Blvd., Suite E
Murfreesboro, TN 37129

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 3703

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Other Providers
Denis Brock
Page 3

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Scott C. Standard, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

USPS UNITED STATES
POSTAL SERVICE®

**Certificate Of Mailing**

To pay fee, affix stamps or
meter postage here.

*Exhibit 2*

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This Form may be used for domestic and international mail.

From: Gallivan & Newman
300 W Main St
McMinnville, TN 37110

To: St. Thomas Outpatient Neurological
Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Postmark Here

PS Form 3817, April 2007   PSN 7630-02-000-9065

---

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.46 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.31 |

07/03/2013

Sent To: Saint Thomas Outpatient Neurological Center, LLC
Street, Apt. No.; or PO Box No. 4230 Harding Pike
City, State, ZIP+4 Nashville, TN 37205-2013

7010 2780 0003 2206 3560

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Saint Thomas Outpatient
Neurological Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery  7-8-13
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7010 2780 0003 2206 3560

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**UNITED STATES POSTAL SERVICE**  Certificate Of Mailing

This Certificate of mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From: Galligan + Newman
309 W. Main Street
McMinnville, TN 37110

To: Saint Thomas Outpatient
Neurological Center, LLC
c/o Gregory B. Lanford, MD
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Postmark Here

PS Form 3817, April 2007  PSN 7530-02-000-9065

D. Buck

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

7010 2780 0003 2206 3577

| | |
|---|---|
| Postage | $ $0. |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.31 |

0110

JUL 03 2013
Postmark
Here

USPS 37110
07/03/2013

Sent To: Saint Thomas Outpatient - Neurological Center c/o Gregory B. Lanford, MD
Street, Apt. No.; or PO Box No. 2011 Murphy Ave, Ste. 301
City, State, ZIP+4 Nashville, TN 37203-2023

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Saint Thomas Outpatient
Neurological Center, LLC
c/o Gregory B. Lanford, MD
2011 Murphy Ave, Ste. 301
Nashville, TN 37203-2023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      ☐ Agent
                                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)      7010 2780 0003 2206 3577

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

LAW OFFICES OF

# GALLIGAN & NEWMAN

Exhibit 3

Michael D. Galligan    Robert W. Newman    Susan N. Merttale    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

July 3, 2013

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203
VIA CERTIFIED MAIL

RE:  DENIS BROCK
     DOB: 6/19/1947
     SS#: ▇▇▇-7255

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing DENIS BROCK and I am the authorized agent of Mrs. Brock. Through me and my firm, Mr. Brock is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Denis Brock for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 23, 2012, wherein Mrs. Brock was injected with methylprednisolone acetate.

Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **Denis Brock**      DOB: __June 19, 1947__      Social Security Number: ▓▓▓-7255

1.  I authorize __Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S.__
    __Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas__
    __Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint__
    __Thomas Health Services, and/or Scott C. Standard, M.D.__ to Disclose my health information
    to : __Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S.__
    __Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient__
    __Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services,__
    __and/or Scott C. Standard, M.D._____ The purpose(s) for the use or
    disclosure is as follows: __litigation_____

2.  The type and amount of information to be used or disclosed is as follows:
    Health information covering treatment from ____June 1, 2012____ to____present____
    ☐ Abstract (includes H&P, Progress Notes,           ☐ Summary
       Procedure Notes, Procedure Reports, etc.)         ☐ Discharge Summary (DS)
    ☐ Copy of Medical Records only                        ☐ Operative/Procedure Report(OP)
    ☑ Copy of Complete Records (Medical & Financial)     ☐ Pathology Report
    ☐ History and Physical (H&P)                          ☐ Laboratory Report
    ☐ Consultation
    Other:_____

3.  I understand that my health information may include information relating to sexually transmitted
    disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).
    It may also include information about behavioral or mental health services, and treatment for drug
    and alcohol abuse.

4.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke
    this authorization, I must do so in writing and present my written revocation to the Health
    Information Management department. I understand that my revocation will not apply to the extent
    that the above named provider has taken action in reliance on this authorization. I understand that
    my revocation will not apply if this authorization was obtained as a condition of obtaining insurance
    coverage and the law provides my insurer with the right to contest a claim under my policy or the
    policy itself. Unless otherwise revoked, this authorization will expire on the following date, event
    or condition: _____. If I fail to specify an expiration date, event, or condition, this
    authorization will expire in six months.

5.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to
    sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in
    its health plan, or eligibility for benefits on my signing this authorization. I understand that if I
    authorize the above named provider to disclose my health information, the health information may
    be subject to re-disclosure by the recipient and may no longer be protected by certain federal privacy
    regulations. If I have any questions about disclosure of my health information I can contact the
    provider listed above.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:  _Denis D. Brock_ | Date:  _8-25-13_ |
| Print Name of Patient/Plan Member's Representative:  _Denis S. Brock_ | Relationship to Patient/Plan Members  _self_ |

## OTHER PROVIDERS RECEIVING THIS NOTICE
## RE: DENIS BROCK

Patricia Beckham
Baptist Women's Pavillion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Rachel Rome, M.D.
c/o St. Thomas Outpatient Neurosurgical Center
4230 Harding Road, Suite 901
Nashville, TN 37205

Rachel Rome, M.D.
353 New Shackle Island Road
Hendersonville, TN 37075

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Summit Medical Center
5651 Frist Boulevard, Suite 712
Hermitage, TN 37076

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Shoppes at the Village
833 Memorial Blvd., Suite E
Murfreesboro, TN 37129

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 3703

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Other Providers
Denis Brock
Page 3

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Scott C. Standard, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203



LAW OFFICES OF
# GALLIGAN & NEWMAN

Michael D. Galligan    Robert W. Newman    Susan N. Marttala    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

July 3, 2013

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203
VIA CERTIFIED MAIL

     RE:   DENIS BROCK
           DOB: 6/19/1947
           SS#: ███7255

Dear Sirs:

     Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing DENIS BROCK and I am the authorized agent of Mrs. Brock. Through me and my firm, Mr. Brock is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Denis Brock for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 23, 2012, wherein Mrs. Brock was injected with methylprednisolone acetate.

     Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

     Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

                Sincerely,

                GALLIGAN & NEWMAN

                Michael D. Galligan

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **Denis Brock**      DOB: _June 19, 1947_      Social Security Number: ▓▓▓7255

1.   I authorize  Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S. Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services, and/or Scott C. Standard, M.D. to Disclose my health information to : Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S. Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services, and/or Scott C. Standard, M.D._____The purpose(s) for the use or disclosure is as follows: litigation_____ .

2.   The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from __June 1, 2012__ to ___present___ .
☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
   Procedure Notes, Procedure Reports, etc.)         ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                         ☐ Operative/Procedure Report(OP)
☑ Copy of Complete Records (Medical & Financial)   ☐ Pathology Report
☐ History and Physical (H&P)                           ☐ Laboratory Report
☐ Consultation
Other:_____

3.   I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.   I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____ . If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to re-disclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

| | |
|---|---|
| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:  *Denis S. Brock* | Date:  8-25-13 |
| Print Name of Patient/Plan Member's Representative:  *Denis S. Brock* | Relationship to Patient/Plan Member:  self |

## OTHER PROVIDERS RECEIVING THIS NOTICE
## RE: DENIS BROCK

Patricia Beckham
Baptist Women's Pavillion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Rachel Rome, M.D.
c/o St. Thomas Outpatient Neurosurgical Center
4230 Harding Road, Suite 901
Nashville, TN 37205

Rachel Rome, M.D.
353 New Shackle Island Road
Hendersonville, TN 37075

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Summit Medical Center
5651 Frist Boulevard, Suite 712
Hermitage, TN 37076

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Shoppes at the Village
833 Memorial Blvd., Suite E
Murfreesboro, TN 37129

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 3703

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Other Providers
Denis Brock
Page 3

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Scott C. Standard, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Exhibit 4

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

From: Galligan & Newman
309 W. Main Street
McMinnville, TN 37110

To: Howell Allen Clinic, A Professional Corp.   Mark Here
c/o Gregory B. Lanford, MD
2011 Murphy Ave, Ste. 301
Nashville, TN 37203

PS Form 3817, April 2007  PSN 7630-02-000-9065

Re: Brack

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

NASHVILLE TN 37203
OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.66 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.31 |

Postmark Here
JUL 0 2013
NASHVILLE TN 21
07/03/2013
USPS 37110

7010 2780 0003 2206 3478

Sent To: Howell Allen Clinic, A Professional Corp
Street, Apt. No.: c/o Gregory B. Lanford, MD
or PO Box No. 2011 Murphy Ave, Suite 301
City, State, ZIP+4 Nashville, TN 37203

PS Form 3800, August 2006  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Howell Allen Clinic,
A Professional Corporation
c/o Gregory B. Lanford, MD
2011 Murphy Ave, Suite 301
Nashville, TN 37203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
X _____

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7010 2780 0003 2206 3478

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**UNITED STATES POSTAL SERVICE**   Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

From: _Gilligan & Neuman_
_309 W. Main Street_
_McMinnville, TN 37110_

To: _Howell Allen Clinic, A Professional Corp_ Postmark Here
_2011 Murphy Ave_
_Nashville, TN 37203_

PS Form 3817, April 2007 PSN 7530-02-000-9065

_RF Block_

**US Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.46 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.11 |

Postmark Here   JUL 03 2013   NASHVILLE TN 37110   07/03/2013

Sent To _Howell Allen Clinic, A Professional Corp_
Street, Apt. No.; or PO Box No. _2011 Murphy Ave, Ste 301_
City, State, ZIP+4 _Nashville, TN 37203_

7010 2780 0003 2206 3461

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_Howell Allen Clinic_
_A Professional Corporation_
_2011 Murphy Ave, Ste 301_
_Nashville, TN 37110_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name) _Starr_   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7010 2780 0003 2206 3461

PS Form 3811, February 2004   Domestic Return Receipt

Exhibit 5

LAW OFFICES OF

# GALLIGAN ✦ NEWMAN

| Michael D. Galligan | Robert W. Newman | Susan N. Marttala | John P. Partin | Benjamin R. Newman | M. Trevor Galligan |

July 3, 2013

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203
VIA CERTIFIED MAIL

    RE:   DENIS BROCK
         DOB: 6/19/1947
         SS#: ████-7255

Dear Nurse Schamberg:

    Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing DENIS BROCK and I am the authorized agent of Mrs. Brock. Through me and my firm, Mr. Brock is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Denis Brock for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 23, 2012, wherein Mrs. Brock was injected with methylprednisolone acetate.

    Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

    Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

    Sincerely,

    GALLIGAN & NEWMAN

    Michael D. Galligan

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: Denis Brock      DOB: June 19, 1947      Social Security Number: ████7255

1.     I authorize Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S. Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services, and/or Scott C. Standard, M.D. to Disclose my health information to : Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S. Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services, and/or Scott C. Standard, M.D.                                    The purpose(s) for the use or disclosure is as follows: litigation

2.     The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from   June 1, 2012    to      present      .
☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
   Procedure Notes, Procedure Reports, etc.)        ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                      ☐ Operative/Procedure Report(OP)
☑ Copy of Complete Records (Medical & Financial)    ☐ Pathology Report
☐ History and Physical (H&P)                        ☐ Laboratory Report
☐ Consultation
Other: _____

3.     I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.     I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.     I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to re-disclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: *Denis S. Brock* | Date: 8-25-13 |
| Print Name of Patient/Plan Member's Representative: *Denis S. Brock* | Relationship to Patient/Plan Member: self |

## OTHER PROVIDERS RECEIVING THIS NOTICE
## RE: DENIS BROCK

Patricia Beckham
Baptist Women's Pavillion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Rachel Rome, M.D.
c/o St. Thomas Outpatient Neurosurgical Center
4230 Harding Road, Suite 901
Nashville, TN 37205

Rachel Rome, M.D.
353 New Shackle Island Road
Hendersonville, TN 37075

Other Providers
Denis Brock
Page 2

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Summit Medical Center
5651 Frist Boulevard, Suite 712
Hermitage, TN 37076

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Shoppes at the Village
833 Memorial Blvd., Suite E
Murfreesboro, TN 37129

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 3703

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Other Providers
Denis Brock
Page 3

Saint Thomas Health Services
c/o B. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Scott C. Standard, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Exhibit 6

**UNITED STATES POSTAL SERVICE**   Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Galligan + Newman
309 W. Main Street
McMinnville, TN 37110

To: Debra Schamberg, RN
Howell Allen Clinic
2011 Murphy Ave, Suite 301
Nashville, TN 37203

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.66 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.31 |

Postmark: McMINNVILLE TN 21 JUL 09 2013

Sent To: Debra Schamberg, RN
Street, Apt. No.; or PO Box No. Howell Allen Clinic
2011 Murphy Ave, Suite 301
City, State, ZIP+4 Nashville, TN 37203

7010 2780 0003 2206 3553

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Debra Schamberg, RN
Howell Allen Clinic
2011 Murphy Ave, Suite 301
Nashville, TN 37203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7010 2780 0003 2206 3553

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

LAW OFFICES OF

# GALLIGAN NEWMAN

Exhibit 7

Michael D. Galligan     Robert W. Newman     Susan N. Mattala     John P. Partin     Benjamin R. Newman     M. Trevor Galligan

July 3, 2013

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203
VIA CERTIFIED MAIL

    RE:   DENIS BROCK
          DOB: 6/19/1947
          SS#_____7255

Dear Dr. Culclasure:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing DENIS BROCK and I am the authorized agent of Mrs. Brock. Through me and my firm, Mr. Brock is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Denis Brock for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 23, 2012, wherein Mrs. Brock was injected with methylprednisolone acetate.

Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **Denis Brock**     DOB: __June 19, 1947__     Social Security Number: ███████7255

1.     I authorize _Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S. Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services, and/or Scott C. Standard, M.D._ to Disclose my health information to : _Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S. Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services, and/or Scott C. Standard, M.D._____ The purpose(s) for the use or disclosure is as follows: __litigation_____

2.     The type and amount of information to be used or disclosed is as follows:
   Health information covering treatment from __June 1, 2012__ to ___present____.

   ☐ Abstract (includes H&P, Progress Notes,     ☐ Summary
       Procedure Notes, Procedure Reports, etc.)     ☐ Discharge Summary (DS)
   ☐ Copy of Medical Records only     ☐ Operative/Procedure Report(OP)
   ☑ Copy of Complete Records (Medical & Financial)     ☐ Pathology Report
   ☐ History and Physical (H&P)     ☐ Laboratory Report
   ☐ Consultation
   Other:_____

3.     I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.     I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition:_____, If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.     I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to re-disclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| _Denis S. Brock_ | 3-25-13 |
| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: |
| _Denis S. Brock_ | Self |

## OTHER PROVIDERS RECEIVING THIS NOTICE
### RE: DENIS BROCK

Patricia Beckham
Baptist Women's Pavillion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Rachel Rome, M.D.
c/o St. Thomas Outpatient Neurosurgical Center
4230 Harding Road, Suite 901
Nashville, TN 37205

Rachel Rome, M.D.
353 New Shackle Island Road
Hendersonville, TN 37075

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Summit Medical Center
5651 Frist Boulevard, Suite 712
Hermitage, TN 37076

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Shoppes at the Village
833 Memorial Blvd., Suite E
Murfreesboro, TN 37129

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 3703

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Other Providers
Denis Brock
Page 3

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Scott C. Standard, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

*Exhibit 8*

**UNITED STATES POSTAL SERVICE®**   Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: *Gellizer & Neuman*
*309 W. Main Street*
*McMinnville, TN 37110*

To: *John Culclasure, MD*
*Howell Allen Clinic*
*2011 Murphy Ave Ste 361*
*Nashville, TN 37203*

Postmark Here

PS Form 3817, April 2007  PSN 7630-02-000-9065

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.46 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.3 |

MCMINNVILLE TN
0110
21
Postmark Here
JUL 03 2013
07/03/2013

7010 2780 0003 2206 3454

Sent To *John Culclasure, MD*
Street, Apt. No.; or PO Box No. *Howell Allen Clinic*
*2011 Murphy Ave, Suite 301*
City, State, ZIP+4 *Nashville, TN 37203*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*John Culclasure, MD*
*Howell Allen Clinic*
*2011 Murphy Ave*
*Suite 361*
*Nashville, TN 37203*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7010 2780 0003 2206 3454

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1640

Exhibit 9

LAW  OFFICES  OF

# GALLIGAN & NEWMAN

Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

July 3, 2013

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005
VIA CERTIFIED MAIL

  RE: DENIS BROCK
    DOB: 6/19/1947
    SS#: ███████7255

Dear Sirs:

   Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing DENIS BROCK and I am the authorized agent of Mrs. Brock.  Through me and my firm, Mr. Brock is asserting a potential claim for medical malpractice against you.  This claim arises out of care provided to Denis Brock for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC,  on July 23, 2012, wherein Mrs. Brock was injected with methylprednisolone acetate.

   Enclosed herein is a list of the names and addresses of all providers being sent a notice.  Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

   Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel.  Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

       Sincerely,

       GALLIGAN & NEWMAN

       Michael D. Galligan

309 West Main Street      McMinnville, TN 37110      931.473.8405 fax      931.473.8856      mgalligan@tennlaw.com

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: Denis Brock       DOB:   June 19, 1947       Social Security Number: ████ 7255

1.      I authorize  Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S.
        Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas
        Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint
        Thomas Health Services, and/or Scott C. Standard, M.D. to Disclose my health information
        to : Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S.
        Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient
        Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services,
        and/or Scott C. Standard, M.D.                                    The purpose(s) for the use or
        disclosure is as follows: litigation

2.      The type and amount of information to be used or disclosed is as follows:
        Health information covering treatment from   June 1, 2012      to      present      .
        ☑ Abstract (includes H&P, Progress Notes,          ☐ Summary
           Procedure Notes, Procedure Reports, etc.)        ☐ Discharge Summary (DS)
        ☐ Copy of Medical Records only                      ☐ Operative/Procedure Report(OP)
        ☑ Copy of Complete Records (Medical & Financial)    ☐ Pathology Report
        ☐ History and Physical (H&P)                        ☐ Laboratory Report
        ☐ Consultation
        Other:

3.      I understand that my health information may include information relating to sexually transmitted
        disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).
        It may also include information about behavioral or mental health services, and treatment for drug
        and alcohol abuse.

4.      I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke
        this authorization, I must do so in writing and present my written revocation to the Health
        Information Management department. I understand that my revocation will not apply to the extent
        that the above named provider has taken action in reliance on this authorization. I understand that
        my revocation will not apply if this authorization was obtained as a condition of obtaining insurance
        coverage and the law provides my insurer with the right to contest a claim under my policy or the
        policy itself. Unless otherwise revoked, this authorization will expire on the following date, event
        or condition: _____ . If I fail to specify an expiration date, event, or condition, this
        authorization will expire in six months.

5.      I understand that authorizing the disclosure of this health information is voluntary. I can refuse to
        sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in
        its health plan, or eligibility for benefits on my signing this authorization. I understand that if I
        authorize the above named provider to disclose my health information, the health information may
        be subject to re-disclosure by the recipient and may no longer be protected by certain federal privacy
        regulations. If I have any questions about disclosure of my health information I can contact the
        provider listed above.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| *Denis S. Brock* | 8-25-13 |
| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Members |
| *Denis S. Brock* | self |

## OTHER PROVIDERS RECEIVING THIS NOTICE
## RE: DENIS BROCK

Patricia Beckham
Baptist Women's Pavillion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Rachel Rome, M.D.
c/o St. Thomas Outpatient Neurosurgical Center
4230 Harding Road, Suite 901
Nashville, TN 37205

Rachel Rome, M.D.
353 New Shackle Island Road
Hendersonville, TN 37075

Other Providers
Denis Brock
Page 2

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Summit Medical Center
5651 Frist Boulevard, Suite 712
Hermitage, TN 37076

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Shoppes at the Village
833 Memorial Blvd., Suite E
Murfreesboro, TN 37129

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 3703

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Other Providers
Denis Brock
Page 3

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Scott C. Standard, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203



LAW OFFICES OF

# GALLIGAN & NEWMAN

| Michael D. Galligan | Robert W. Newman | Susan N. Marttala | John P. Partin | Benjamin R. Newman | M. Trevor Galligan |

July 3, 2013

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221
VIA CERTIFIED MAIL

    RE:   DENIS BROCK
             DOB: 6/19/1947
             SS#: ███████7255

Dear Sirs:

    Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing DENIS BROCK and I am the authorized agent of Mrs. Brock. Through me and my firm, Mr. Brock is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Denis Brock for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 23, 2012, wherein Mrs. Brock was injected with methylprednisolone acetate.

    Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

    Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

                  Sincerely,

                  GALLIGAN & NEWMAN

                  Michael D. Galligan

309 West Main Street    McMinnville, TN 37110    931.473.8405 office    931.473.8808 fax    www.galligannewman.com

**AUTHORIZATION FOR USE OR DISCLOSURE OF
PROTECTED HEALTH INFORMATION**

Patient Name: **Denis Brock**    DOB: __June 19, 1947__    Social Security Number: ▓▓▓-7255

1.  I authorize __Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S.__
    __Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas__
    __Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint__
    __Thomas Health Services, and/or Scott C. Standard, M. D. to Disclose my health information__
    to : __Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S.__
    __Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient__
    __Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services,__
    __and/or Scott C. Standard, M.D._____ The purpose(s) for the use or
    disclosure is as follows: __litigation_____

2.  The type and amount of information to be used or disclosed is as follows:
    Health information covering treatment from __June 1, 2012__ to __present__.
    ☐ Abstract (includes H&P, Progress Notes,        ☐ Summary
       Procedure Notes, Procedure Reports, etc.)     ☐ Discharge Summary (DS)
    ☐ Copy of Medical Records only                   ☐ Operative/Procedure Report(OP)
    ☑ Copy of Complete Records (Medical & Financial) ☐ Pathology Report
    ☐ History and Physical (H&P)                     ☐ Laboratory Report
    ☐ Consultation
    Other:_____

3.  I understand that my health information may include information relating to sexually transmitted
    disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).
    It may also include information about behavioral or mental health services, and treatment for drug
    and alcohol abuse.

4.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke
    this authorization, I must do so in writing and present my written revocation to the Health
    Information Management department. I understand that my revocation will not apply to the extent
    that the above named provider has taken action in reliance on this authorization. I understand that
    my revocation will not apply if this authorization was obtained as a condition of obtaining insurance
    coverage and the law provides my insurer with the right to contest a claim under my policy or the
    policy itself. Unless otherwise revoked, this authorization will expire on the following date, event
    or condition:_____. If I fail to specify an expiration date, event, or condition, this
    authorization will expire in six months.

5.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to
    sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in
    its health plan, or eligibility for benefits on my signing this authorization. I understand that if I
    authorize the above named provider to disclose my health information, the health information may
    be subject to re-disclosure by the recipient and may no longer be protected by certain federal privacy
    regulations. If I have any questions about disclosure of my health information I can contact the
    provider listed above.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
| --- | --- |
| _Denis S. Brock_ | 8-25-13 |
| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: |
| _Denis S. Brock_ | self |

## OTHER PROVIDERS RECEIVING THIS NOTICE
## RE: DENIS BROCK

Patricia Beckham
Baptist Women's Pavillion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Rachel Rome, M.D.
c/o St. Thomas Outpatient Neurosurgical Center
4230 Harding Road, Suite 901
Nashville, TN 37205

Rachel Rome, M.D.
353 New Shackle Island Road
Hendersonville, TN 37075

Other Providers
Denis Brock
Page 2

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Summit Medical Center
5651 Frist Boulevard, Suite 712
Hermitage, TN 37076

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Shoppes at the Village
833 Memorial Blvd., Suite E
Murfreesboro, TN 37129

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 3703

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Other Providers
Denis Brock
Page 3

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Scott C. Standard, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Exhibit 10

UNITED STATES POSTAL SERVICE   Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing.
This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From: Galligan & Newman
309 W. Main St
McMinnville, TN 37110

To: St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Postmark Here

Re: Bush

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.66 | 0110 |
| Certified Fee | $3.00 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.31 | 07/03/2013 |

McMINNVILLE TN  Postmark Here  JUL 03 2013

Sent To St. Thomas Hospital
Street, Apt. No.; or PO Box No. 4220 Harding Pike
City, State, ZIP+4 Nashville, TN 37205-2005

7010 2780 0003 2206 3564

PS Form 3811, February 2004

---

SENDER: COMPLETE THIS SECTION

■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent
                    ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                 07/30/13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7010 2780 0003 2206 3564

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES
POSTAL SERVICE®

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Gillman + Newman
209 W. Main St.
McMinnville, TN 37110

To: St. Thomas Hospital
c/o E. Berry Holt, III.
Suite 500
462 Woodmont Blvd
Nashville, TN 37205-2221

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

R.T.
P. Buck

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ | $0.66 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.5 |
| Restricted Delivery Fee (Endorsement Required) | | $0. |
| Total Postage & Fees | $ | $6.3 |

Postmark Here
NASHVILLE, TN
JUL 03 2013
07/03/2013
USPS 37110

Sent To St. Thomas Hospital
Street, Apt. No.; c/o E. Berry Holt, III.
or PO Box No. Suite 500
City, State, ZIP+4 462 Woodmont Blvd.
Nashville, TN 37205-2221

7010 2780 0003 2208 3591

Exhibit 11

LAW OFFICES OF

# GALLIGAN · NEWMAN

Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

July 3, 2013

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221
VIA CERTIFIED MAIL

RE:.  DENIS BROCK
DOB: 6/19/1947
SS#: ██████-7255

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing DENIS BROCK and I am the authorized agent of Mrs. Brock. Through me and my firm, Mr. Brock is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Denis Brock for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC, on July 23, 2012, wherein Mrs. Brock was injected with methylprednisolone acetate.

Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

·Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street      McMinnville, TN 37111      931-473-8405 Office      931-473-8088 Fax      www.galligannewmanlaw.com

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: Denis Brock       DOB:  June 19, 1947    Social Security Number: ⬛⬛⬛-7255

1.    I authorize  Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S.
Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas
Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint
Thomas Health Services, and/or Scott C. Standard, M.D.  to Disclose my health information
to : Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S.
Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient
Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services,
and/or Scott C. Standard, M.D. _____The purpose(s) for the use or
disclosure is as follows: litigation _____

2.    The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from  June 1, 2012 _____ to _____ present _____.
   ☑ Abstract (includes H&P, Progress Notes,          ☐ Summary
     Procedure Notes, Procedure Reports, etc.)          ☐ Discharge Summary (DS)
   ☐ Copy of Medical Records only                              ☐ Operative/Procedure Report(OP)
   ☑ Copy of Complete Records (Medical & Financial)   ☐ Pathology Report
   ☐ History and Physical (H&P)                              ☐ Laboratory Report
   ☐ Consultation
   Other:_____

3.    I understand that my health information may include information relating to sexually transmitted
disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).
It may also include information about behavioral or mental health services, and treatment for drug
and alcohol abuse.

4.    I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke
this authorization, I must do so in writing and present my written revocation to the Health
Information Management department. I understand that my revocation will not apply to the extent
that the above named provider has taken action in reliance on this authorization. I understand that
my revocation will not apply if this authorization was obtained as a condition of obtaining insurance
coverage and the law provides my insurer with the right to contest a claim under my policy or the
policy itself. Unless otherwise revoked, this authorization will expire on the following date, event
or condition: _____. If I fail to specify an expiration date, event, or condition, this
authorization will expire in six months.

5.    I understand that authorizing the disclosure of this health information is voluntary. I can refuse to
sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in
its health plan, or eligibility for benefits on my signing this authorization. I understand that if I
authorize the above named provider to disclose my health information, the health information may
be subject to re-disclosure by the recipient and may no longer be protected by certain federal privacy
regulations. If I have any questions about disclosure of my health information I can contact the
provider listed above.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| *Denis S. Brock* | 3-25-13 |
| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member |
| *Denis S. Brock* | Self |

## OTHER PROVIDERS RECEIVING THIS NOTICE
## RE: DENIS BROCK

Patricia Beckham
Baptist Women's Pavillion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Rachel Rome, M.D.
c/o St. Thomas Outpatient Neurosurgical Center
4230 Harding Road, Suite 901
Nashville, TN 37205

Rachel Rome, M.D.
353 New Shackle Island Road
Hendersonville, TN 37075

Other Providers
Denis Brock
Page 2

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Summit Medical Center
5651 Frist Boulevard, Suite 712
Hermitage, TN 37076

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Shoppes at the Village
833 Memorial Blvd., Suite E
Murfreesboro, TN 37129

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 3703

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Other Providers
Denis Brock
Page 3

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Scott C. Standard, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

LAW  OFFICES  OF

# GALLIGAN  NEWMAN

Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

July 3, 2013

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205
VIA CERTIFIED MAIL

    RE:   DENIS BROCK
         DOB: 6/19/1947
         SS#: ▆▆▆7255

Dear Sirs:

    Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing DENIS BROCK and I am the authorized agent of Mrs. Brock.  Through me and my firm, Mr. Brock is asserting a potential claim for medical malpractice against you. This claim arises out of care provided to Denis Brock for an out patient procedure performed at Saint Thomas Outpatient Neurosurgical Center, LLC,  on July 23, 2012, wherein Mrs. Brock was injected with methylprednisolone acetate.

    Enclosed herein is a list of the names and addresses of all providers being sent a notice.  Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

    Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel.  Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

             Sincerely,

             GALLIGAN & NEWMAN

             Michael D. Galligan

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: Denis Brock      DOB:   June 19, 1947     Social Security Number: ▓▓▓7255

1.   I authorize  Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S.
     Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas
     Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint
     Thomas Health Services, and/or Scott C. Standard, M.D. to Disclose my health information
     to : Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S.
     Kelvas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient
     Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services,
     and/or Scott C. Standard, M.D._____ The purpose(s) for the use or
     disclosure is as follows: litigation_____.

2.   The type and amount of information to be used or disclosed is as follows:
     Health information covering treatment from   June 1, 2012     to___present___
     ☐ Abstract (includes H&P, Progress Notes,        ☐ Summary
         Procedure Notes, Procedure Reports, etc.)     ☐ Discharge Summary (DS)
     ☐ Copy of Medical Records only                    ☐ Operative/Procedure Report(OP)
     ☒ Copy of Complete Records (Medical & Financial)  ☐ Pathology Report
     ☐ History and Physical (H&P)                      ☐ Laboratory Report
     ☐ Consultation
     Other:_____

3.   I understand that my health information may include information relating to sexually transmitted
     disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).
     It may also include information about behavioral or mental health services, and treatment for drug
     and alcohol abuse.

4.   I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke
     this authorization, I must do so in writing and present my written revocation to the Health
     Information Management department. I understand that my revocation will not apply to the extent
     that the above named provider has taken action in reliance on this authorization. I understand that
     my revocation will not apply if this authorization was obtained as a condition of obtaining insurance
     coverage and the law provides my insurer with the right to contest a claim under my policy or the
     policy itself. Unless otherwise revoked, this authorization will expire on the following date, event
     or condition:_____. If I fail to specify an expiration date, event, or condition, this
     authorization will expire in six months.

5.   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to
     sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in
     its health plan, or eligibility for benefits on my signing this authorization. I understand that if I
     authorize the above named provider to disclose my health information, the health information may
     be subject to re-disclosure by the recipient and may no longer be protected by certain federal privacy
     regulations. If I have any questions about disclosure of my health information I can contact the
     provider listed above.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| Denis S. Brock | 8-25-13 |
| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: |
| Denis S. Brock | Self |

## OTHER PROVIDERS RECEIVING THIS NOTICE
## RE: DENIS BROCK

Patricia Beckham
Baptist Women's Pavillion
2011 Murphy Ave.
Nashville, TN 37203

John Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Rachel Rome, M.D.
c/o St. Thomas Outpatient Neurosurgical Center
4230 Harding Road, Suite 901
Nashville, TN 37205

Rachel Rome, M.D.
353 New Shackle Island Road
Hendersonville, TN 37075

Other Providers
Denis Brock
Page 2

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Summit Medical Center
5651 Frist Boulevard, Suite 712
Hermitage, TN 37076

Rachel Rome, M.D.
Center for Spine, Joint and Neuromuscular Rehabilitation
Shoppes at the Village
833 Memorial Blvd., Suite E
Murfreesboro, TN 37129

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 3703

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2013

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Other Providers
Denis Brock
Page 3

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Scott C. Standard, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203

Exhibit 12

**UNITED STATES POSTAL SERVICE** ®     **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This Form may be used for domestic and international mail.    To pay fee, affix stamps or meter postage here.

From: Gallian + Neuman
309 W. Main Street
McMinnville, TN 37110

To: St. Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Postmark Here

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**U.S. Postal Service**™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.66 | 0110 |
| Certified Fee | | $3.10 | |
| Return Receipt Fee (Endorsement Required) | | $2.5 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | JUL 03 2013 |
| Total Postage & Fees | $ | $6.71 | 07/03/2013 |

Sent To: Saint Thomas Health Services
Street Apt. No.; or PO Box No. c/o E. Berry Holt, III Suite 800
City, State, ZIP+4 102 Woodmont Blvd Nashville, TN 37205-2211

7010 2780 0003 2206 3614

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ ☑ Agent  ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery
Crodenburg 7/8/13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7010 2780 0003 2206 3614

PS Form 3811, February 2004    Domestic Return Receipt

UNITED STATES
POSTAL SERVICE®                    Certificate Of Mailing

To pay fee, affix stamps or
meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and International mail.

From: Galligan + Newman
309 W. Main Street
McMinnville, TN 37110

To: St. Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.66 | 0110 |
| Certified Fee | $3.10 | 21 |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | JUL 03 2013 |
| Total Postage & Fees | $ | $6.31 | 07/03/2013 |

MCMINNVILLE TN

Sent To St. Thomas Health Services
Street, Apt. No.; or PO Box No. 102 Woodmont Blvd.
City, State, ZIP+4 Nashville, TN 37205

7010 2780 0003 2206 3107

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

St. Thomas Hospital
C/O E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☑ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Credenberg   7/8/13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7010 2780 0003 2206 3591

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1640