UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:13-cv-10350-FDS

| | |
|---|---|
| SANDRA RHODES | |
| Plaintiff(s), | MDL No. 2419 |
| | Master Docket No. 1:13-md-2419-FDS |
| v. | |
| | Honorable F. Dennis Saylor |
| UNIFIRST CORPORATION, A/D/B/A UNICLEAN CLEANROOM SERVICES | |
| | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

**CORRECTED SHORT FORM COMPLAINT
AGAINST UNAFFILIATED DEFENDANTS**

Plaintiff, Sandra Rhodes, complaining against the Defendant, alleges as follows:

**FIRST COUNT**

1. Pursuant to MDL Order No. 7, entered in In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation, Master Docket No. 1:13-md-2419-FDS, the undersigned counsel hereby submit this Short Form Complaint and Jury Demand against the Defendants, and adopt and incorporate by reference the allegations in the Plaintiffs' Master Complaint, with attachments, and any and all amendments thereto.

2. Plaintiff is a resident of the State of Indiana.

3. Plaintiff brings this action:

☒ On behalf of herself/himself.

☐ As the representative of _____, who is a living person.

1

☐   As the Administrator, Administrator <u>ad</u> <u>Prosequendum</u>, or other representative of the Estate of _____ (hereinafter "Decedent"), who died on _____.

4.   Plaintiff asserts that the Plaintiff was administered New England Compounding Pharmacy, Inc. ("NECC") drugs betamethasone, omnipaque and gadnolium (hereinafter referred to as "NECC drugs"), causing injuries and damages.

5.   The aforesaid administration of the NECC drug occurred on: July 26, 2012 and September 25, 2012, at ASC Surgical Ventures, LLC d/b/a O.S.M.C. Outpatient Surgery Center (hereinafter "O.S.M.C."), located in Elkhart, Indiana.

6.   Plaintiff adopts and incorporates by reference the following Causes of Action asserted against the Defendants in the Master Complaint:

☒   COUNT II: NEGLIGENCE AND GROSS NEGLIGENCE (Against UniFirst)

☐   COUNT III: NEGLIGENCE AND GROSS NEGLIGENCE (Against Clinic Related Defendants)

☐   COUNT IV: VIOLATION OF CONSUMER PROTECTION STATUTES (Against Clinic Related Defendants)

Plaintiff(s) allege violation of the following consumer protection statute(s): Ind. Code Ann. 24-5-0.5-1 *et seq.*

☒   COUNT VI: VIOLATION OF M.G.L. C. 93A (Against UniFirst)

☐   COUNT VII: BATTERY (Against Clinic Related Defendants)

☐   COUNT VIII: FAILURE TO WARN (Against Clinic Related Defendants)

☐   COUNT IX: TENNESEE PRODUCT LIABILITY CLAIMS (Against Tennessee Clinic Related Defendants)

☐   COUNT X: AGENCY (Against Clinic Related Defendants)

☐   COUNT XI: CIVIL CONSPIRACY (Against Clinic Related Defendants)

☐ COUNT XII: WRONGFUL DEATH PUNITIVE DAMAGES (Against UniFirst and Clinic Related Defendants)

☐ COUNT XIII: LOSS OF CONSORTIUM (Against UniFirst and Clinic Related Defendants)

☒ COUNT XIV: PUNITIVE DAMAGES (Against UniFirst and Clinic Related Defendants)

7. Plaintiff has sent or served the pre-suit notice or demand requirements necessary to bring the claims set forth below, as required under M.G.L.C. 93A. See attached demand letter sent on December 18, 2013, pursuant to Massachusetts General Laws, Chapter 93A, § 9. Plaintiff does not now assert but will seek leave to amend to assert the following claims promptly after the time period for giving notice has expired:

Count VI

8. Plaintiff Sandra Rhodes claims to have suffered the following injuries as a result of the administration of NECC's drug: developed fungal based meningitis-like symptoms.

WHEREFORE, Plaintiff demands Judgment against the Defendants awarding compensatory damages, punitive damages, attorneys' fees, interest, costs of suit, and such further relief as the Court deems equitable and just.

Plaintiff reserves the right to amend this Complaint to add allegations and claims against individuals or entities currently omitted (in light of the Court's order permitting a Master Complaint naming defendants affiliated with NECC and currently participating in mediation by December 20) and to add or amend allegations against Defendants named herein based, in part, on further discovery.

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

3

    Respectfully submitted:

    PRICE WAICUKAUSKI & RILEY, LLC


    /s/ Jamie R. Kendall
    William N. Riley (#14941-49)
    Jamie R. Kendall (#25124-49A)
    301 Massachusetts Avenue
    Indianapolis, Indiana 46204
    (317) 633-8787
    (317) 633-8797 Fax
    E-Mail: wriley@price-law.com
           jkendall@price-law.com

    Douglas A. Mulvaney
    STUTSMAN & MULVANEY
    1300 Cassopolis Street
    P.O. Box 1337
    Elkhart, IN  46515-1337
    (574) 266-8500
    Fax:  (574) 206-9215
    dmulvaney@smspilawyers.com

    Counsel for Plaintiffs

Date:  December 20, 2013


## CERTIFICATE OF SERVICE

    I hereby certify that on this 20th day of December, 2013, I caused a copy of the above Corrected Short Form Complaint Against Unaffiliated Defendants to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.


    /s/ Jamie R. Kendall
    Jamie R. Kendall