Exhibit A

## AFFIDAVIT OF LEIGH-ANNE LEE

Comes now the affiant, Leigh-Anne Lee, who, having first been duly sworn, states that the following statements are true in regards to Plaintiff Jerry Demps:

1.  All of the statements contained in this Affidavit are true and correct and made on the basis of my personal knowledge. I am an adult citizen of the State of Tennessee, over the age of 18 years, and am competent to make the statements contained in this Affidavit. I am a legal assistant with Galligan and Newman.

2.  On July 9, 2013, I mailed by certified mail, return receipt requested a Notice letter and enclosures to Saint Thomas Outpatient Neurosurgical Center, LLC at both the addresses for the agent of service of process (Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste. 301, Nashville, TN 37203-2023) and the provider's current business address (Floor 9, 4230 Harding Pike, Nashville, TN 37205-2013 and I obtained certificates of mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a).

3.  I attach as Exhibit 1 a copy of the Notice letter sent to Saint Thomas Outpatient Neurosurgical Center, LLC along with the copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting Saint Thomas Outpatient Neurosurgical Center, LLC to obtain complete medical records from each other provider being sent a Notice.

4.  I attach as Exhibit 2 copies of the Certificates of Mailing from the United States Postal

Service, stamped with the date of mailing of the Notice and enclosures to Saint Thomas Outpatient Neurosurgical Center, LLC.

5. On July 9, 2013, I mailed by certified mail, return receipt requested a Notice letter and enclosures to Howell Allen Clinic A Professional Corporation at the address for the agent for service of process (Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste. 301, Nashville, Tn 37203-2023) and the provider's current business address (2011 Murphy Avenue, Suite 301, Nashville, TN 37203-2023) and I obtained a certificate of mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a).

6. I attach as Exhibit 3 a copy of the Notice letter sent to Howell Allen Clinic A Professional Corporation along with copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting Howell Allen Clinic A Professional Corporation to obtain complete medical records from each other provider being sent a notice.

7. I attach as Exhibit 4 a copy of the Certificate of Mailing from the United States Postal Service, stamped with the date of mailing of the Notice and enclosures to Howell Allen Clinic A Professional Corporation.

8. On July 9, 2013 I mailed by certified mail, return receipt requested a Notice letter and enclosures to Debra Schamberg, R.N., (Howell Allen Clinic, 2011 Murphy Ave., Suite 301, Nashville, TN 37203) and I obtained certificates of Mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a).

9. I attach as Exhibit 5 a copy of the Notice letter sent to Debra Schamberg, R.N. along with copies of the enclosures to the letter which include a list of the names and addresses of all

healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting Debra Schamberg, R.N. to obtain complete medical records from each other provider being sent a notice.

10. I attach as Exhibit 6 copies of the Certificates of Mailing from the United States Postal Service, stamped with the date of mailing of the Notice and enclosures to Debra Schamberg, R.N.

11.  On July 9, 2013, I mailed by certified mail, return receipt requested a Notice letter and enclosures to John W. Culclasure, M.D. at the address listed for Dr. Culclasure on the Tennessee Department of Health website (Howell Allen Clinic, 2011 Murphy Ave., Suite 301, Nashville, TN 37203) and at the provider's current business address (Saint Thomas Outpatient Neurosurgical Center, LLC, 2011 Murphy Ave., Ste. 301, Nashville, TN 37203-2023) and I obtained certificates of mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a).

12. I attach as Exhibit 7 a copy of the Notice letter sent to John W. Culclasure, M.D., along with copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting John W. Culclasure, M.D. to obtain complete medical records from each other provider being sent a notice.

13. I attach as Exhibit 8 copies of the Certificates of Mailing from the United States Postal Service, stamped with the date of mailing of the Notice and enclosures to John W. Culclasure, M.D.

14. On July 9, 2013, I mailed by certified mail, return receipt requested a Notice letter and enclosures to Saint Thomas Hospital at both the address for the agent for service of process (E.

Berry Holt, III, Suite 800, 102 Woodmont Blvd., Nashville, Tn 37205-2221) and the provider's current business address (4220 Harding Pike, Nashville, TN 37205-2005) and I obtained certificates of mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a).

15. I attach as Exhibit 9 a copy of the Notice letter sent Saint Thomas Hospital along with copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting Saint Thomas Hospital to obtain complete medical records from each other provider being sent a notice.

16. I attach as Exhibit 10 copies of the Certificates of Mailing from the United States Postal Service, stamped with the date of mailing of the Notice and enclosures to Saint Thomas Hospital.

17. On July 9, 2013, I mailed by certified mail, return receipt requested a Notice letter and enclosures to Saint Thomas Health Services at the address for the agent for service of process (E. Berry Holt, III, Ste. 800, 102 Woodmont Blvd., Nashville, Tn 37205-2221) and the provider's current business address (Suite 800, 102 Woodmont Blvd, Nashville, TN 37205) and I obtained a certificate of mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a).

18. I attach as Exhibit 11 a copy of the Notice letter sent to Saint Thomas Health Services along with copies of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121 (a) and a HIPAA compliant medical authorization permitting Saint Thomas Health Services to obtain complete medical records from each other provider being sent a notice.

19. I attach as Exhibit 12 a copy of the Certificate of Mailing from the United States Postal Service, stamped with the date of mailing of the Notice and enclosures to Saint Thomas Health Services.

FURTHER AFFIANT SAITH NOT.


_____
Leigh-Anne Lee

STATE OF TENNESSEE

COUNTY OF WARREN

Sworn to and subscribed before me this ___18___ day of September, 2013.


_____
Notary Public

My Commission Expires: ___9-14-14___

LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

*Exhibit 1*

July 9, 2013

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

    RE:    JERRY DEMPS
            DOB: 9/24/1956
            SS#: xxx-xx-1190

Dear Sirs:

    Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Jerry Demps and I am the authorized agent of Jerry Demps. Through me and my firm, Mr. Demps asserted a potential claim for medical malpractice against you in April of 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Jerry Demps at Saint Thomas Outpatient Neurosurgical Center, LLC, on June 1, 2012, June 22, 2012, and/or July 6, 2012.

    We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

    You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

               Sincerely,

               GALLIGAN & NEWMAN

               Michael D. Galligan

## OTHER PROVIDERS RECEIVING THIS NOTICE 4/15/2013
## JERRY DEMPS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Scott Standard, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

## OTHER PROVIDERS RECEIVING THIS NOTICE 7/9/2013
## JERRY DEMPS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Page 2 of 2

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name:  __JERRY DEMPS__      d/o/b:__9/24/1956__      SS#:__XXX-XX-1190__

1.  I authorize: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. to disclose my health information to: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N.
The purpose(s) for the use or disclose is as follows:__Litigation__.

2.  The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from __June 1, 2012__ to __June 1, 2013__.
☐ Abstract (includes H&P, Progress Notes,       ☐ Summary
   Procedure Notes, Procedure Reports, etc.)      ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                   ☐ Operative/Procedure Report(OP)
☐ Copy of Complete Records (Medical & Financial)  ☐ Pathology Report
☐ History and Physical (H&P)                     ☐ Laboratory Report
☐ Consultation
Other:_____

3.  I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition:_____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_____       __7/9/2013__
Signature of Patient or Personal Representative      Date

LAW OFFICES OF

# GALLIGAN ⬩ NEWMAN

| Michael D. Galligan | Robert W. Newman | Susan N. Martiala | John P. Partin | Benjamin R. Newman | M. Trevor Galligan |

July 9, 2013

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

RE:   JERRY DEMPS
       DOB: 9/24/1956
       SS#: xxx-xx-1190

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Jerry Demps and I am the authorized agent of Jerry Demps. Through me and my firm, Mr. Demps asserted a potential claim for medical malpractice against you in April of 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Jerry Demps at Saint Thomas Outpatient Neurosurgical Center, LLC, on June 1, 2012, June 22, 2012, and/or July 6, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

## OTHER PROVIDERS RECEIVING THIS NOTICE 4/15/2013
## JERRY DEMPS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Scott Standard, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

## OTHER PROVIDERS RECEIVING THIS NOTICE 7/9/2013
### JERRY DEMPS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **JERRY DEMPS**          d/o/b:   9/24/1956          SS#:   XXX-XX-1190

1.      I authorize: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. to disclose my health information to: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N.
The purpose(s) for the use or disclose is as follows:   Litigation

2.      The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from ___June 1, 2012___ to _June 1, 2013_.
☐ Abstract (includes H&P, Progress Notes,             ☐ Summary
    Procedure Notes, Procedure Reports, etc.)          ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                             ☐ Operative/Procedure Report(OP)
☐ Copy of Complete Records (Medical & Financial)    ☐ Pathology Report
☐ History and Physical (H&P)                               ☐ Laboratory Report
☐ Consultation
Other:_____

3.      I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.      I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.      I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_____                    _7/9/2013_____
Signature of Patient or Personal Representative          Date

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

Postmark Here
McMINNVILLE TN
JUL 09 2013

Sent To: Saint Thomas Outpatient Neuro Center LLC
Street, Apt. No.; or PO Box No. C/O Gregory B Lanford, MD
3011 Murphy Ave, Ste 301
City, State, ZIP+4 Nashville, TN 37203-2023

PS Form 3800, August 2006                     See Reverse for Instructions

7012 0470 0001 4946 2997

---

**UNITED STATES POSTAL SERVICE®**     Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Galligan & Neuman
209 W. Main St
McMinnville, TN 37110

To: Saint Thomas Outpatient Neuro Center
C/O Gregory B Lanford MD
3011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

1000

U.S. POSTAGE
MCMINNVILLE, TN
37110
JUL 09 '13
AMOUNT
$1.20
0001 5073-12

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature x M Allen  □ Agent  □ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: Saint Thomas Outpatient Neurosurgical Cntr, LLC C/O Gregory B. Lanford, MD 3011 Murphy Ave, Ste 301 Nashville, TN 37203-2023 | D. Is delivery address different from item 1?  □ Yes  If YES, enter delivery address below:  □ No |
| | 3. Service Type  ☒ Certified Mail  □ Express Mail  ☒ Registered  □ Return Receipt for Merchandise  □ Insured Mail  □ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  □ Yes |
| 2. Article Number (Transfer from service label) | 7012 0470 0001 4946 2997 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

## U.S. Postal Service
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

McMINNVILLE TN
Postmark Here
JUL 09 2013
USPS 37110

Sent To Saint Thomas Outpatient Neurological Ce...
Street, Apt. No.; or PO Box No. FL 9  4230 Harding Pike
City, State, ZIP+4 Nashville, TN 37205-2005

PS Form 3800, August 2006       See Reverse for Instructions

7012 0470 0001 4946 3000

---

## UNITED STATES POSTAL SERVICE®

### Certificate Of Mailing

To be completed by mailer

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: William F. Newman
89 W. Main St.
McMinnville, TN 37110

To: Saint Thomas Outpatient Neurological Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

U.S. POSTAGE
MCMINNVILLE, TN
37110
JUL 09 13
AMOUNT
$1.20
00015073-12

PS Form 3817, April 2007   PSN 7530-02-000-9065

---

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Saint Thomas Outpatient
Neurological Center LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Debra Schomber   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
9-10-13

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7012 0470 0001 4946 3000

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

Exhibit 3

LAW  OFFICES  OF

# GALLIGAN  NEWMAN

| Michael D. Galligan | Robert W. Newman | Susan N. Marttala | John P. Partin | Benjamin R. Newman | M. Trevor Galligan |

July 9, 2013

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

RE:    JERRY DEMPS
        DOB: 9/24/1956
        SS#: xxx-xx-1190

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Jerry Demps and I am the authorized agent of Jerry Demps. Through me and my firm, Mr. Demps asserted a potential claim for medical malpractice against you in April of 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Jerry Demps at Saint Thomas Outpatient Neurosurgical Center, LLC, on June 1, 2012, June 22, 2012, and/or July 6, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street        McMinnville, TN 37110        931.473.8405 office        931.473.1888 fax        www.galligannewmanlaw.com

## OTHER PROVIDERS RECEIVING THIS NOTICE 4/15/2013
### JERRY DEMPS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Scott Standard, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

## OTHER PROVIDERS RECEIVING THIS NOTICE 7/9/2013
## JERRY DEMPS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name:  **JERRY DEMPS**      d/o/b:  9/24/1956      SS#:  XXX-XX-1190

1.  I authorize: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. to disclose my health information to: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N.
The purpose(s) for the use or disclose is as follows:  Litigation

2.  The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from    June 1, 2012    to  June 1, 2013   .
☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
     Procedure Notes, Procedure Reports, etc.)        ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                             ☐ Operative/Procedure Report(OP)
☐ Copy of Complete Records (Medical & Financial)  ☐ Pathology Report
☐ History and Physical (H&P)                                ☐ Laboratory Report
☐ Consultation
Other:_____

3.  I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.


_Jerry "Ray" Demps_                                    7/9/2013
Signature of Patient or Personal Representative              Date

LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

July 9, 2013

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

> RE:    JERRY DEMPS
>        DOB: 9/24/1956
>        SS#: xxx-xx-1190

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Jerry Demps and I am the authorized agent of Jerry Demps. Through me and my firm, Mr. Demps asserted a potential claim for medical malpractice against you in April of 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Jerry Demps at Saint Thomas Outpatient Neurosurgical Center, LLC, on June 1, 2012, June 22, 2012, and/or July 6, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street      McMinnville, TN 37110      931.473.8405 office      931.473.1888 fax      www.galligannewmanlaw.com

## OTHER PROVIDERS RECEIVING THIS NOTICE 4/15/2013
## JERRY DEMPS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Scott Standard, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

## OTHER PROVIDERS RECEIVING THIS NOTICE 7/9/2013
## JERRY DEMPS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name:  __JERRY DEMPS__      d/o/b:  __9/24/1956__      SS#:  __XXX-XX-1190__

1.  I authorize: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. to disclose my health information to: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows:  _Litigation_

2.  The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from __June 1, 2012__ to __June 1, 2013__.
☐ Abstract (includes H&P, Progress Notes, Procedure Notes, Procedure Reports, etc.)
☐ Copy of Medical Records only
☐ Copy of Complete Records (Medical & Financial)
☐ History and Physical (H&P)
☐ Consultation
Other: _____

☐ Summary
☐ Discharge Summary (DS)
☐ Operative/Procedure Report(OP)
☐ Pathology Report
☐ Laboratory Report

3.  I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.


_____           __7/9/2013__
Signature of Patient or Personal Representative           Date

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .46 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

McMINNVILLE TN
Postmark Here
JUL 09 2013
USPS 37110

Sent To _Howell Allen Clinic, A Professional Corp_
Street, Apt. No.; C/O Greg B. Lanford, M.D.
or PO Box No. _2811 Murphy Ave, Ste 301_
City, State, ZIP+4 _Nashville TN 37110_

7012 0470 0001 4946 2980

PS Form 3800, August 2006          See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**          **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Gillespie & Numan
309 W Main St
McMinnville, TN 37110

To: Howell Allen Clinic, A Professional Corp
C/O Gregg B Lanford, MD
2811 Murphy Ave, Ste 301
Nashville TN 37203-2023

U.S. POSTAGE
MCMINNVILLE, TN
37110
JUL 09 13
AMOUNT
$1.20
00015073-12

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Howell Allen Clinic, A
Professional Corp;
C/O Gregory B Lanford, M.D.
2811 Murphy Ave, Ste 301
Nashville, TN 37110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)     7012 0470 0001 4946 2980

PS Form **3811**, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

McMINNVILLE TN
Postmark
Here
JUL 09 2013
USPS 37110

Sent To: Howell Allen Clinic, A Professional Corp

Street, Apt. No.; or PO Box No. 2011 Murphy Ave, Ste 301

City, State, ZIP+4 Nashville, TN 37203-2023

7012 0470 0001 4946 2973

PS Form 3800, August 2006          See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**          **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Gibbs Gilligan & Newman
2007 W. Main St
McMinnville, TN 37110

To: Howell Allen Clinic
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

U.S. POSTAGE
McMINNVILLE, TN
37110
JUL 09 13
AMOUNT
$1.20
00015073-12

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Howell Allen Clinic
A Professional Corp.
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. Cecen    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7012 0470 0001 4946 2973

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

LAW OFFICES OF

# GALLIGAN & NEWMAN

*Exhibit 5*

| Michael D. Galligan | Robert W. Newman | Susan N. Marttala | John P. Partin | Benjamin R. Newman | M. Trevor Galligan |

July 9, 2013

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

RE:   JERRY DEMPS
      DOB: 9/24/1956
      SS#: xxx-xx-1190

Dear Nurse Schamberg:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Jerry Demps and I am the authorized agent of Jerry Demps. Through me and my firm, Mr. Demps is asserting a potential claim for medical malpractice against you. This claim arises out of epidural injections of methylprednisolone acetate administered to Jerry Demps at Saint Thomas Outpatient Neurosurgical Center, LLC, on June 1, 2012, June 22, 2012, and/or July 6, 2012.

Enclosed herein is a list of the names and addresses of all providers being sent a notice. Also enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence and enclosures to your professional liability insurance carrier and/or your legal counsel. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street       McMinnville, TN 37110       931.473.8405 office       931.473.1888 fax       *www.galligannewmanlaw.com*

**OTHER PROVIDERS RECEIVING THIS NOTICE 4/15/2013**
**JERRY DEMPS**

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Scott Standard, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

## OTHER PROVIDERS RECEIVING THIS NOTICE 7/9/2013
### JERRY DEMPS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

Page 2 of 2

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name:  **JERRY DEMPS**          d/o/b:___9/24/1956___          SS#:__XXX-XX-1190__

1.  I authorize: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas
    Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia
    Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. to disclose my
    health information to: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint
    Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services,
    Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N.
    The purpose(s) for the use or disclose is as follows:___Litigation_____.

2.  The type and amount of information to be used or disclosed is as follows:
    Health information covering treatment from ____June 1, 2012____ to __June 1, 2013____.
    ☐ Abstract (includes H&P, Progress Notes,          ☐ Summary
       Procedure Notes, Procedure Reports, etc.)       ☐ Discharge Summary (DS)
    ☐ Copy of Medical Records only                     ☐ Operative/Procedure Report(OP)
    ☐ Copy of Complete Records (Medical & Financial)   ☐ Pathology Report
    ☐ History and Physical (H&P)                       ☐ Laboratory Report
    ☐ Consultation
    Other:_____

3.  I understand that my health information may include information relating to sexually transmitted
    disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).
    It may also include information about behavioral or mental health services, and treatment for drug
    and alcohol abuse.

4.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke
    this authorization, I must do so in writing and present my written revocation to the Health
    Information Management department. I understand that my revocation will not apply to the extent
    that the above named provider has taken action in reliance on this authorization. I understand that
    my revocation will not apply if this authorization was obtained as a condition of obtaining insurance
    coverage and the law provides my insurer with the right to contest a claim under my policy or the
    policy itself. Unless otherwise revoked, this authorization will expire on the following date, event
    or condition: _____. If I fail to specify an expiration date, event, or condition, this
    authorization will expire in six months.

5.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to
    sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in
    its health plan, or eligibility for benefits on my signing this authorization. I understand that if I
    authorize the above named provider to disclose my health information, the health information may
    be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy
    regulations. If I have any questions about disclosure of my health information I can contact the
    provider listed above.

_____          ___7/9/2013_____
Signature of Patient or Legal Representative          Date

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: __JERRY DEMPS__    d/o/b: __9/24/1956__    SS#: __XXX-XX-1190__

1. I authorize: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. to disclose my health information to: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows: __Litigation__

2. The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from __June 1, 2012__ to __June 1, 2013__.
☐ Abstract (includes H&P, Progress Notes, Procedure Notes, Procedure Reports, etc.)
☐ Copy of Medical Records only
☐ Copy of Complete Records (Medical & Financial)
☐ History and Physical (H&P)
☐ Consultation
Other: _____

☐ Summary
☐ Discharge Summary (DS)
☐ Operative/Procedure Report(OP)
☐ Pathology Report
☐ Laboratory Report

3. I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4. I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Jerry Rene Demps_    __7/9/2013__
Signature of Patient or Personal Representative    Date

Exhibit 6

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 6 6 |
| Certified Fee | | 3.10 |
| Return Receipt Fee (Endorsement Required) | | 9.55 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.31 |

MCMINNVILLE TN
Here
JUL 09 2013

7010 2780 0003 2206 3904

Sent To  Debra Schamberg, RN
Street, Apt. No.;  Howell Allen Clinic
or PO Box No.  2011 Murphy Ave Ste 301
City, State, ZIP+4  Nashville, TN 37203

PS Form 3800, August 2006          See Reverse for Instructions

---

UNITED STATES
POSTAL SERVICE®          Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:  Gilliland Newman
309 W Main St
McMinnville TN 37110

To:  Debra Schamberg, RN
Howell Allen Clinic
2011 Murphy Ave Ste 301
Nashville, TN 37203

U.S. POSTAGE
MCMINNVILLE, TN
37110
JUL 09 13
AMOUNT
$1.20
00015073-12

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Debra Schamberg, RN
Howell Allen Clinic
2011 Murphy Ave, Ste 301
Nashville, TN 37203

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X M. Osse          □ Agent
                   □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
   ☑ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
(Transfer from service label)    7010 2780 0003 2206 3904

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



LAW OFFICES OF

# GALLIGAN & NEWMAN

Michael D. Galligan    Robert W. Newman    Susan N. Marttala    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

July 9, 2013

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

RE:    JERRY DEMPS
        DOB: 9/24/1956
        SS#: xxx-xx-1190

Dear Dr. Culclasure:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Jerry Demps and I am the authorized agent of Jerry Demps. Through me and my firm, Mr. Demps asserted a potential claim for medical malpractice against you in April of 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Jerry Demps at Saint Thomas Outpatient Neurosurgical Center, LLC, on June 1, 2012, June 22, 2012, and/or July 6, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street    McMinnville, TN 37110    931.473.8405 office    931.473.1888 fax    www.galligannewmanlaw.com

**OTHER PROVIDERS RECEIVING THIS NOTICE 4/15/2013**
**JERRY DEMPS**

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Scott Standard, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Page 1 of 2

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

## OTHER PROVIDERS RECEIVING THIS NOTICE 7/9/2013
## JERRY DEMPS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: __JERRY DEMPS__     d/o/b: __9/24/1956__     SS#: __XXX-XX-1190__

1.  I authorize: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. to disclose my health information to: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows: __Litigation__.

2.  The type and amount of information to be used or disclosed is as follows: Health information covering treatment from __June 1, 2012__ to __June 1, 2013__.

    ☐ Abstract (includes H&P, Progress Notes, Procedure Notes, Procedure Reports, etc.)
    ☐ Copy of Medical Records only
    ☐ Copy of Complete Records (Medical & Financial)
    ☐ History and Physical (H&P)
    ☐ Consultation
    Other:_____

    ☐ Summary
    ☐ Discharge Summary (DS)
    ☐ Operative/Procedure Report(OP)
    ☐ Pathology Report
    ☐ Laboratory Report

3.  I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_____          __7/9/2013__
Signature of Patient or Personal Representative          Date

LAW OFFICES OF

# GALLIGAN & NEWMAN

| Michael D. Galligan | Robert W. Newman | Susan N. Marttala | John P. Partin | Benjamin R. Newman | M. Trevor Galligan |

July 9, 2013

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

RE:   JERRY DEMPS
      DOB: 9/24/1956
      SS#: xxx-xx-1190

Dear Dr. Culclasure:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Jerry Demps and I am the authorized agent of Jerry Demps. Through me and my firm, Mr. Demps asserted a potential claim for medical malpractice against you in April of 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Jerry Demps at Saint Thomas Outpatient Neurosurgical Center, LLC, on June 1, 2012, June 22, 2012, and/or July 6, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street      McMinnville, TN 37110      931.473.8405 office      931.473.1888 fax      www.gallligannewmanlaw.com

**OTHER PROVIDERS RECEIVING THIS NOTICE 4/15/2013
JERRY DEMPS**

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Scott Standard, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

## OTHER PROVIDERS RECEIVING THIS NOTICE 7/9/2013
## JERRY DEMPS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: __JERRY DEMPS__     d/o/b: __9/24/1956__     SS#: __XXX-XX-1190__

1.   I authorize: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. to disclose my health information to: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows: __Litigation__ .

2.   The type and amount of information to be used or disclosed is as follows: Health information covering treatment from __June 1, 2012__ to __June 1, 2013__ .
☐ Abstract (includes H&P, Progress Notes, Procedure Notes, Procedure Reports, etc.)
☐ Copy of Medical Records only
☐ Copy of Complete Records (Medical & Financial)
☐ History and Physical (H&P)
☐ Consultation
☐ Summary
☐ Discharge Summary (DS)
☐ Operative/Procedure Report (OP)
☐ Pathology Report
☐ Laboratory Report
Other: _____

3.   I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.   I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Jerry "Ray" Demps_
Signature of Patient or Personal Representative

__7/9/2013__
Date

EXHIBIT 8

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

McMINNVILLE TN
Postmark Here
JUL 09 2013
USPS 37110

Sent To John W. Culclasure, MD
Street, Apt. No.; or PO Box No. Howell Allen Clinic,
2011 Murphy Ave, Ste 301
City, State, ZIP+4 Nashville, TN 37203

7012 0470 0001 4946 2942

PS Form 3800, August 2006    See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**    Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From Gillian F. Newman
501 W. Main St
McMinnville, TN 37110

To John W. Culclasure, MD
Howell Allen Clinic
2011 Murphy Ave Ste 301
Nashville, TN 37203

U.S. POSTAGE PAID
MCMINNVILLE, TN
37110
JUL 09 13
AMOUNT
$1.20
00015073-12

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:
John Culclasure, MD
Howell Allen Clinic
2011 Murphy Ave, Ste 301
Nashville, TN 37203

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7012 0470 0001 4946 2942

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**CERTIFIED MAIL**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 6.6 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

McMINNVILLE TN
Postmark Here
JUL 09 2013
USPS 37110

7012 0470 0001 4946 2959

Sent To John W. Culclasure, MD
Saint Thomas Outpatient Neurological Center
Street, Apt. No.; or PO Box No. 2011 Murphy Ave Ste 301
City, State, ZIP+4 Nashville, TN 37203-2023

PS Form 3800, August 2006                    See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Gilligan & Neuman
         104 W Main St.
         Mc Minnville, TN 37110

To: John W. Culclasure, MD
      Saint Thomas Outpatient Neurological Center, LLC
      2011 Murphy Ave, Ste 301
      Nashville, TN 37203-2023

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Marvene Cox
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

John W. Culclasure, MD
Saint Thomas Outpatient Neurological
Center, LLC
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7012 0470 0001 4946 2959

PS Form **3811**, February 2004          Domestic Return Receipt          102595-02-M-1540

LAW OFFICES OF

Exhibit 9

# GALLIGAN & NEWMAN

Michael D. Galligan     Robert W. Newman     Susan N. Marttala     John P. Partin     Benjamin R. Newman     M. Trevor Galligan

July 9, 2013

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

RE:   JERRY DEMPS
DOB: 9/24/1956
SS#: xxx-xx-1190

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Jerry Demps and I am the authorized agent of Jerry Demps. Through me and my firm, Mr. Demps asserted a potential claim for medical malpractice against you in April of 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Jerry Demps at Saint Thomas Outpatient Neurosurgical Center, LLC, on June 1, 2012, June 22, 2012, and/or July 6, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street     McMinnville, TN 37110     931.473.8405 office     931.473.1888 fax     www.galligannewmanlaw.com

## OTHER PROVIDERS RECEIVING THIS NOTICE 4/15/2013
## JERRY DEMPS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Scott Standard, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

## OTHER PROVIDERS RECEIVING THIS NOTICE 7/9/2013
## JERRY DEMPS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: __JERRY DEMPS__          d/o/b: __9/24/1956__          SS#: __XXX-XX-1190__

1.   I authorize: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N.  to disclose my health information to: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N.
The purpose(s) for the use or disclose is as follows: __Litigation__

2.   The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from ___June 1, 2012___ to __June 1, 2013___.
☐ Abstract (includes H&P, Progress Notes,
    Procedure Notes, Procedure Reports, etc.)          ☐ Summary
☐ Copy of Medical Records only                          ☐ Discharge Summary (DS)
☐ Copy of Complete Records (Medical & Financial)        ☐ Operative/Procedure Report(OP)
☐ History and Physical (H&P)                            ☐ Pathology Report
☐ Consultation                                          ☐ Laboratory Report
Other:_____

3.   I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.   I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Jerry Ray Demps_                              _7/9/2013_
Signature of Patient or Personal Representative          Date

LAW OFFICES OF

# GALLIGAN · NEWMAN

| Michael D. Galligan | Robert W. Newman | Susan N. Marttala | John P. Partin | Benjamin R. Newman | M. Trevor Galligan |

July 9, 2013

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

RE:  JERRY DEMPS
DOB: 9/24/1956
SS#: xxx-xx-1190

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Jerry Demps and I am the authorized agent of Jerry Demps.  Through me and my firm, Mr. Demps asserted a potential claim for medical malpractice against you in April of 2013.  The potential claim arises out of epidural injections of methylprednisolone acetate administered to Jerry Demps at Saint Thomas Outpatient Neurosurgical Center, LLC,  on June 1, 2012, June 22, 2012, and/or July 6, 2012.

We have now extended this notice letter to additional health care providers.  We are enclosing herein an updated  list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel.  Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN,

Michael D. Galligan

## OTHER PROVIDERS RECEIVING THIS NOTICE 4/15/2013
## JERRY DEMPS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Scott Standard, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

## OTHER PROVIDERS RECEIVING THIS NOTICE 7/9/2013
## JERRY DEMPS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **JERRY DEMPS**   d/o/b: **9/24/1956**   SS#: **XXX-XX-1190**

1.   I authorize: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. to disclose my health information to: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows: Litigation

2.   The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from ___June 1, 2012___ to ___June 1, 2013___ .
☐ Abstract (includes H&P, Progress Notes,
    Procedure Notes, Procedure Reports, etc.)
☐ Copy of Medical Records only
☐ Copy of Complete Records (Medical & Financial)
☐ History and Physical (H&P)
☐ Consultation
☐ Summary
☐ Discharge Summary (DS)
☐ Operative/Procedure Report(OP)
☐ Pathology Report
☐ Laboratory Report
Other:_____

3.   I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.   I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition:_____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_____
Signature of Patient or Personal Representative

___7/9/2013_____
Date

EXHIBIT 40

## US Postal Service
### CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

McMINNVILLE TN
Postmark Here
JUL 09 2013
USPS 37110122

Sent To: Saint Thomas Health Services
Street, Apt. No.: c/o E. Berry Holt, III
or PO Box No.: Suite 800
City, State, ZIP+4: 102 Woodmont Blvd
Nashville, TN 37205-2221

7012 0470 0001 4946 3048

PS Form 3800, August 2006

---

### UNITED STATES POSTAL SERVICE®
**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Gilligan & Newman
309 W. Main St
McMinnville, TN 37110

To: Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

U.S. POSTAGE PAID
MCMINNVILLE TN
JUL 09'13
AMOUNT
$1.20
00015073-12

PS Form 3817, April 2007 PSN 7530-02-000-9085

---

### SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Medenburg     7/10/13

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 0470 0001 4946 3024

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1640

DeMoss

U.S. Postal Service
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | .46 |
| Certified Fee | | 3.10 |
| Return Receipt Fee (Endorsement Required) | | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.31 |

Postmark Here — McMINNVILLE TN — JUL 09 2013 — USPS 37110

Sent To: St. Thomas Hospital
Street, Apt. No.; or PO Box No.: 4220 Harding Pike
City, State, ZIP+4: Nashville, TN 37205 - 2005

7012 0470 0001 4946 3017

PS Form 3800, August 2006                See Reverse for Instructions

---

≡ **UNITED STATES POSTAL SERVICE**®

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Jillian & Neuman
304 W. Main St
McMinnville, TN 37110

To: St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205 - 2005

U.S. POSTAGE
MCMINNVILLE, TN
37110
JUL 09 13
AMOUNT
$1.20
00015073-12

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
07/10/13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7012 0470 0001 4946 3017

PS Form **3811**, February 2004          Domestic Return Receipt          102595-02-M-1540

LAW OFFICES OF

# GALLIGAN ❦ NEWMAN

Michael D. Galligan      Robert W. Newman      Susan N. Marttala      John P. Partin      Benjamin R. Newman      M. Trevor Galligan

Exhibit 11

July 9, 2013

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

RE:   JERRY DEMPS
      DOB: 9/24/1956
      SS#: xxx-xx-1190

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Jerry Demps and I am the authorized agent of Jerry Demps. Through me and my firm, Mr. Demps asserted a potential claim for medical malpractice against you in April of 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Jerry Demps at Saint Thomas Outpatient Neurosurgical Center, LLC, on June 1, 2012, June 22, 2012, and/or July 6, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street      McMinnville, TN 37110      931.473.8405 office      931.473.1888 fax      www.galligannewmanlaw.com

**OTHER PROVIDERS RECEIVING THIS NOTICE 4/15/2013**
**JERRY DEMPS**

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Scott Standard, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Page 1 of 2

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

## OTHER PROVIDERS RECEIVING THIS NOTICE 7/9/2013
### JERRY DEMPS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Patient Name: __JERRY DEMPS__          d/o/b: __9/24/1956__          SS#: __XXX-XX-1190__

1.  I authorize: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. to disclose my health information to: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelvas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows: __Litigation__ .

2.  The type and amount of information to be used or disclosed is as follows:
    Health information covering treatment from __June 1, 2012__ to __June 1, 2013__
    ☐ Abstract (includes H&P, Progress Notes,            ☐ Summary
       Procedure Notes, Procedure Reports, etc.)         ☐ Discharge Summary (DS)
    ☐ Copy of Medical Records only                       ☐ Operative/Procedure Report(OP)
    ☐ Copy of Complete Records (Medical & Financial)     ☐ Pathology Report
    ☐ History and Physical (H&P)                         ☐ Laboratory Report
    ☐ Consultation
    Other:_____

3.  I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.


_Signature of Patient or Personal Representative_          __7/9/2013__
                                                              Date

LAW OFFICES OF

# GALLIGAN · NEWMAN

Michael D. Galligan    Robert W. Newman    Susan N. Marttala    John P. Partin    Benjamin R. Newman    M. Trevor Galligan

July 9, 2013

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

RE:   JERRY DEMPS
DOB: 9/24/1956
SS#: xxx-xx-1190

Dear Sirs:

Pursuant to Tenn. Code Ann. §29-26-121, please be advised that I am the attorney representing Jerry Demps and I am the authorized agent of Jerry Demps. Through me and my firm, Mr. Demps asserted a potential claim for medical malpractice against you in April of 2013. The potential claim arises out of epidural injections of methylprednisolone acetate administered to Jerry Demps at Saint Thomas Outpatient Neurosurgical Center, LLC, on June 1, 2012, June 22, 2012, and/or July 6, 2012.

We have now extended this notice letter to additional health care providers. We are enclosing herein an updated list of the names and addresses of all providers being sent a notice and a HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice.

You should have already forwarded the previous notice letter and enclosures to your professional liability insurance carrier and/or your legal counsel. Please let them know of this update.

Sincerely,

GALLIGAN & NEWMAN

Michael D. Galligan

309 West Main Street    McMinnville, TN 37110    931.473.8405 office    931.473.1888 fax    www.galligannewmanlaw.com

## OTHER PROVIDERS RECEIVING THIS NOTICE 4/15/2013
## JERRY DEMPS

John W. Culclasure, M.D.
Howell Allen Clinic
2011 Murphy Ave. Suite 301
Nashville, TN 37203

John W. Culclasure, M.D.
Saint Thomas Outpatient Neurosurgical Center, LLC
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Scott Standard, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Howell Allen Clinic, A Professional Corporation
c/o Gregory B. Lanford, M.D.
2011 Murphy Avenue, Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
c/o Gregory B. Lanford, M.D.
2011 Murphy Ave. Ste. 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
FL 9
4230 Harding Pike
Nashville, TN 37205-2005

St. Thomas Hospital
4220 Harding Pike
Nashville, TN 37205-2005

Page 1 of 2

St. Thomas Hospital
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205

Saint Thomas Health Services
c/o E. Berry Holt, III
Suite 800
102 Woodmont Blvd.
Nashville, TN 37205-2221

## OTHER PROVIDERS RECEIVING THIS NOTICE 7/9/2013
## JERRY DEMPS

Patricia Beckham
Baptist Women's Pavilion
2011 Murphy Ave.
Nashville, TN 37203

Martin S. Kelvas, Pharmacist
4065 Rotterdam Pass
Hampton, GA 30228

Martin S. Kelvas, Pharmacist
St. Thomas Hospital
P. O. Box 380
Nashville, TN 37202

Michael O'Neal
Vanderbilt University Medical Center
1211 MCD/VUH B-101
Nashville, TN 37232

Debra Schamberg, R.N.
Howell Allen Clinic
2011 Murphy Ave., Suite 301
Nashville, TN 37203

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **JERRY DEMPS**      d/o/b:   9/24/1956      SS#:   XXX-XX-1190

1.      I authorize: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelyas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. to disclose my health information to: John Culclasure, M.D., Scott Standard, M.D., Howell Allen Clinic, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, Saint Thomas Health Services, Patricia Beckham, Martin S. Kelyas, pharmacist, Michael O'Neal, Debra Schamberg, R.N. The purpose(s) for the use or disclose is as follows:   Litigation

2.      The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from ___ June 1, 2012 ___ to _ June 1, 2013 _.
☐ Abstract (includes H&P, Progress Notes,        ☐ Summary
   Procedure Notes, Procedure Reports, etc.)       ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                    ☐ Operative/Procedure Report(OP)
☐ Copy of Complete Records (Medical & Financial)  ☐ Pathology Report
☐ History and Physical (H&P)                      ☐ Laboratory Report
☐ Consultation
Other: _____

3.      I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.      I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.      I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

_Jerry Ray Demps_____        :   7/9/2013
Signature of Patient or Personal Representative        Date

Exhibit 12

## U.S. Postal Service
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

McMINNVILLE TN
Postmark Here
JUL 09 2013
USPS-37110

Sent To St. Thomas Hospital
C/O E. Berry Holt, II
Suite 800
Street, Apt. No.; or PO Box No. 102 Woodmont Blvd
City, State, ZIP+4 Nashville, TN 37205-2221

PS Form 3800, August 2006        See Reverse for Instructions

7012 0470 0001 4946 3048

---

**UNITED STATES POSTAL SERVICE®**

### Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From Gillespie & Neuman
39 W. Main St
McMinnville, TN 37110

To: St Thomas Hospital
C/O E. Berry Holt, II
Suite 800
102 Woodmont Blvd
Nashville, TN 37205-2221

1000

U.S. POSTAGE
McMINNVILLE, TN
37110
JUL 09 13
AMOUNT
$1.20
00015073-12

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Saint Thomas Health Services
C/O E. Berry Holt, III
Suite 800
102 Woodmont Blvd
Nashville, TN 37205-2221

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
C. Modenberry                7/10/13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7012 0470 0001 4946 3048

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

U.S. Postal Service™
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .64 |
| Certified Fee | | 3.10 |
| Return Receipt Fee (Endorsement Required) | | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.31 |

Postmark Here
McMINNVILLE TN
JUL 09 2013
USPS

Sent To  Saint Thomas Health Services Suite 800
Street, Apt. No.; or PO Box No.  102 Woodmont Blvd.
City, State, ZIP+4  Nashville, TN 37205

PS Form 3800, August 2006          See Reverse for Instructions

7012 0470 0001 4946 3031

---

UNITED STATES POSTAL SERVICE®                    Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From Gilligan & Newman
309 W Main St
McMinnville, TN 37110

To Saint Thomas Health Services
Suite 800
102 Woodmont Blvd
Nashville, TN 37205

U.S. POSTAGE PAID
McMINNVILLE, TN
JUL 09 '13
AMOUNT
00015073-12   20

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Saint Thomas Health Services
Suite 800
102 Woodmont Blvd
Nashville, TN 37205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
Okolocubine   7/10/13

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7012 0470 0001 4946 3031

PS Form 3811, February 2004          Domestic Return Receipt          102695-02-M-1540