**CERTIFICATE OF SERVICE**

     I hereby certify that on this 20th day of December 2013, I caused a copy of the above Short Form Complaint to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filing through the Court's system, and notice of these filing will be sent to these parties by operation of the Court's electronic filing system.

                                            /s/ Christopher L. Coffin
                                               Christopher L. Coffin