# EXHIBIT 1



## Janet, Jenner & Suggs, LLC
#### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±

Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV*◘ | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*± ≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn* ±
Seth L. Cardeli §± | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.◦ | Steven J. German§*± | Joel M. Rubenstein§◘ | Thomas G. Wilson◘†◆

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | △Pennsylvania
‡Illinois | †Florida | ◘North Carolina | §New York | *New Jersey | ◘West Virginia | ◆California

September 3, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Kenneth R. Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

     Re:    Wilma S. Carter and Lawrence Carter
             Notice of health care liability claim required by
             Tennessee Code Annotated § 29-26-121

To Kenneth R. Lister:

     We are the attorneys representing Wilma S. Carter and Lawrence Carter.

     Through their attorneys, Wilma S. Carter and Lawrence Carter are asserting a claim for health care liability against Specialty Surgery Center, PLLC, Crossville, Tennessee, and Kenneth R. Lister, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by you, your employees and/or agents of Specialty Surgery Center, PLLC to Wilma S. Carter from January 2012 through September 2012.

     The full name and date of birth of the patient whose treatment is at issue:

     Wilma S. Carter
     Date of Birth: August 23, 1952

     The name and address of the claimant authorizing this notice:

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-2862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### ——— ATTORNEYS AT LAW ———

Wilma S. Carter and Lawrence Carter
1591 Sawmill Road
Crossville, TN 38555

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Wilma S. Carter from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Wilma S. Carter.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Wilma S. Carter by any doctor who provided medical services for Wilma S. Carter. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Wilma S. Carter.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:   Wilma S. Carter and Lawrence Carter (*via first-class mail*)
      CJ Gideon (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth R. Lister, M.D.
116 Brown Avenue
Crossville, TN 38555

Kenneth R. Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

    I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____.

    THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

**Robert K. Jenner**  
**Janet, Jenner & Suggs, LLC**  
**Commerce Center**  
**1777 Reisterstown Rd, Suite 165**  
**Baltimore, MD  21208**

**Rosie Oldham, RN, BS, LNCC**  
**R&G Medical Legal Solutions, LLC**  
**PO Box 5339**  
**Peoria, AZ 85385-5339**

### INFORMATION TO BE RELEASED

____ Municipal, Governmental, Fire or Police Records

____ Federal or State Tax information or records

____ Wage, income or earning records or reports

__X__ Laboratory reports

__X__ Report and/or records from physician, therapist

____ Inpatient Date _____

____ Outpatient Date _____

__X__ Emergency Room records

____ Face Sheet

__X__ History & Physical

__X__ Discharge summary

__X__ Consultation reports

__X__ Surgery & Pathology reports

____ MRIs (digital)

__X__ X-rays (digital)

__X__ X-ray reports

__X__ ENTIRE RECORD

__X__ Billing Records

__X__ Steroid Injection Information [*e.g.,* manufacturer, Lot #]

__X__ Color copies of any photographs

__X__ Test Results [*e.g.,* Spinal Tap]

    I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from JANET, JENNER & SUGGS, LLC, R&G Medical Legal Solutions, LLC, or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of the law firm of JANET, JENNER & SUGGS, LLC, and/or R&G Medical Legal Solutions, LLC.

A photocopy of this authorization is to be considered as valid as the original.


Dated: _____      Signature: _____

SSN: _____      Printed Name: _____

DOB: _____      Address: _____

_____

_____



## Janet, Jenner & Suggs, LLC
### ——— ATTORNEYS AT LAW ———

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*± ≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder* | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §¤ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§¤± | Joel M. Rubenstein§¤ | Thomas G. Wilson¤†♦

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | △Pennsylvania |
‡Illinois | †Florida | °North Carolina | §New York | ¤New Jersey | ■West Virginia | ♦California

September 3, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Kenneth R. Lister, M.D.
116 Brown Avenue
Crossville, TN 38555-7703

> Re:   Wilma S. Carter and Lawrence Carter
> Notice of health care liability claim required by
> Tennessee Code Annotated § 29-26-121

To Kenneth R. Lister:

We are the attorneys representing Wilma S. Carter and Lawrence Carter.

Through their attorneys, Wilma S. Carter and Lawrence Carter are asserting a claim for health care liability against Specialty Surgery Center, PLLC, Crossville, Tennessee, and Kenneth R. Lister, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by you, your employees and/or agents of Specialty Surgery Center, PLLC to Wilma S. Carter from January 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Wilma S. Carter
Date of Birth:  August 23, 1952

The name and address of the claimant authorizing this notice:

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
#### ——— ATTORNEYS AT LAW ———

Wilma S. Carter and Lawrence Carter
1591 Sawmill Road
Crossville, TN 38555

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Wilma S. Carter from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Wilma S. Carter.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Wilma S. Carter by any doctor who provided medical services for Wilma S. Carter. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Wilma S. Carter.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:    Wilma S. Carter and Lawrence Carter (*via first-class mail*)
       CJ Gideon (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth R. Lister, M.D.
116 Brown Avenue
Crossville, TN 38555

Kenneth R. Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

     I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____.

     THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

**Robert K. Jenner**
**Janet, Jenner & Suggs, LLC**
**Commerce Center**
**1777 Reisterstown Rd, Suite 165**
**Baltimore, MD 21208**

**Rosie Oldham, RN, BS, LNCC**
**R&G Medical Legal Solutions, LLC**
**PO Box 5339**
**Peoria, AZ 85385-5339**

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date _____ | X X-rays (digital) |
| ____ Federal or State Tax information or records | ____ Outpatient Date _____ | X X-ray reports |
| | X Emergency Room records | X ENTIRE RECORD |
| | ____ Face Sheet | X Billing Records |
| ____ Wage, income or earning records or reports | | X Steroid Injection Information [*e.g.*, manufacturer, Lot #] |
| | X History & Physical | X Color copies of any photographs |
| X Laboratory reports | X Discharge summary | |
| | X Consultation reports | X Test Results [*e.g.*, Spinal Tap] |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | |
| | ____ MRIs (digital) | |

     I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.  I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)].  I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.  My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.  This authorization is valid for three (3) years.  The above named provider should respond to this request, or subsequent requests for information from JANET, JENNER & SUGGS, LLC, R&G Medical Legal Solutions, LLC, or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of the law firm of JANET, JENNER & SUGGS, LLC, and/or R&G Medical Legal Solutions, LLC.

A photocopy of this authorization is to be considered as valid as the original.

Dated: _____     Signature: _____

SSN: _____     Printed Name: _____

DOB: _____     Address: _____

_____

_____



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*± ≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.◊ | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson≈†✦

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | △Pennsylvania
‡Illinois | †Florida | ◊North Carolina | §New York | ≈New Jersey | ■West Virginia | ✦California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Kenneth Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

Re:     Wilma S. Carter and Lawrence Carter
        HIPAA Compliant Authorization

To Kenneth Lister, M.D.:

Enclosed please find an amended HIPAA compliant authorization and Notice of Claim.

Very truly yours,

Kimberly A. Dougherty

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-622-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



## Janet, Jenner & Suggs, LLC
ATTORNEYS AT LAW

Howard A. Janet, P.C.*† | Kenneth M. Suggs* | Robert K. Jenner, P.C.*± |
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV*| Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli§≉ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.◊ | Steven J. German§≉± | Joel M. Rubenstein§≉ | Thomas G. Wilson≉†

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | ≉North Carolina | §New York | ≉New Jersey | ▪West Virginia | ♦California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Kenneth R. Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

  Re: Wilma S. Carter and Lawrence Carter
     Notice of health care liability claim required by
     Tennessee Code Annotated § 29-26-121

To Kenneth R. Lister:

  We are the attorneys representing Wilma S. Carter and Lawrence Carter.

  Through their attorneys, Wilma S. Carter and Lawrence Carter are asserting a claim for health care liability against Specialty Surgery Center, PLLC, Crossville, Tennessee, and Kenneth R. Lister, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by you, your employees and/or agents of Specialty Surgery Center, PLLC to Wilma S. Carter from January 2012 through September 2012.

  The full name and date of birth of the patient whose treatment is at issue:

  Wilma S. Carter
  Date of Birth:  August 23, 1952

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
——— ATTORNEYS AT LAW ———

The name and address of the claimant authorizing this notice:

Wilma S. Carter and Lawrence Carter
1591 Sawmill Road
Crossville, TN 38555

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Wilma S. Carter from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Wilma S. Carter.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Wilma S. Carter by any doctor who provided medical services for Wilma S. Carter. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Wilma S. Carter.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:    Wilma S. Carter and Lawrence Carter (*via first-class mail*)
       C.J. Gideon (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth Lister, M.D.
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

## INFORMATION TO BE RELEASED

____ Municipal, Governmental, Fire or Police Records

____ Federal or State Tax information or records

____ Wage, income or earning records or reports

**X** Laboratory reports

**X** Report and/or records from physician, therapist

____ Inpatient Date _____
____ Outpatient Date _____
**X** Emergency Room records
____ Face Sheet

**X** History & Physical
**X** Discharge summary
**X** Consultation reports

**X** Surgery & Pathology reports
____ MRIs (digital)

**X** X-rays (digital)
**X** X-ray reports
**X** ENTIRE RECORD
**X** Billing Records

**X** Steroid Injection Information [*e.g.,* manufacturer, Lot #]
**X** Color copies of any photographs

**X** Test Results [*e.g.,* Spinal Tap]

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information. Such** information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge notice of this request under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ . _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: _1-27-13_

Signature: _Wilma Carter_

SSN: _408-94.9986_

Printed Name: _Wilma Carter_

DOB: _8-23-1952_

Address: _1591 Sawmill Rd._

_Crossville Tenn_

_38555_



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.*‡ | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*‡ | Stephen C. Offutt*‡≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.◾ | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV◾ | Hal J. Kleinman△‡ | Tara J. Posner*±†◦ | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §◾ | Samuel M. Collings*± | William F. Burnham*

#### OF COUNSEL
John C. Hensley, Jr.◦ | Steven J. German§◾± | Joel M. Rubenstein§◾ | Thomas G. Wilson◾†◦

#### BAR MEMBERSHIPS
* Maryland | • South Carolina | ◊ Massachusetts | ± District of Columbia | ≈ Minnesota | △ Pennsylvania
‡ Illinois | † Florida | ◦ North Carolina | § New York | ◾ New Jersey | ◾ West Virginia | ◦ California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Kenneth Lister, M.D.
116 Brown Avenue
Crossville, TN 38555-7703

      Re:    Wilma S. Carter and Lawrence Carter
             HIPAA Compliant Authorization

To Kenneth Lister, M.D.:

      Enclosed please find an amended HIPAA compliant authorization and Notice of Claim.

      Very truly yours,

      Kimberly A. Dougherty

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±

Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §⋈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.º | Steven J. German§⋈± | Joel M. Rubenstein§⋈ | Thomas G. Wilson■†♦

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | △Pennsylvania
‡Illinois | †Florida | ºNorth Carolina | §New York | ⋈New Jersey | ■West Virginia | ♦California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Kenneth R. Lister, M.D.
116 Brown Avenue
Crossville, TN 38555-7703

> Re:     Wilma S. Carter and Lawrence Carter
>         Notice of health care liability claim required by
>         Tennessee Code Annotated § 29-26-121

To Kenneth R. Lister:

We are the attorneys representing Wilma S. Carter and Lawrence Carter.

Through their attorneys, Wilma S. Carter and Lawrence Carter are asserting a claim for health care liability against Specialty Surgery Center, PLLC, Crossville, Tennessee, and Kenneth R. Lister, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by you, your employees and/or agents of Specialty Surgery Center, PLLC to Wilma S. Carter from January 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Wilma S. Carter
Date of Birth: August 23, 1952

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
## ———— ATTORNEYS AT LAW ————

The name and address of the claimant authorizing this notice:

Wilma S. Carter and Lawrence Carter
1591 Sawmill Road
Crossville, TN 38555

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Wilma S. Carter from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Wilma S. Carter.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Wilma S. Carter by any doctor who provided medical services for Wilma S. Carter. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Wilma S. Carter.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:     Wilma S. Carter and Lawrence Carter (*via first-class mail*)
        C.J. Gideon (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth Lister, M.D.
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date _____ | X  X-rays (digital) |
| | ____ Outpatient Date _____ | X  X-ray reports |
| ____ Federal or State Tax information or records | X  Emergency Room records | X  ENTIRE RECORD |
| | ____ Face Sheet | X  Billing Records |
| ____ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| | X  History & Physical | X  manufacturer, Lot #] |
| X  Laboratory reports | X  Discharge summary | X  Color copies of any |
| | X  Consultation reports | photographs |
| X  Report and/or records from physician, therapist | X  Surgery & Pathology reports | Test Results [*e.g.*, Spinal |
| | ____ MRIs (digital) | X  Tap] |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information. Such** information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge notice of this request under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____.
_____.

A photocopy of this authorization is to be considered as valid as the original.

Dated: _1-27-13_

SSN: _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_

DOB: _8-23-1952_

Signature: _Wilma Carter_

Printed Name: _Wilma Carter_

Address: _1591 Sawmill Rd._

_Crossville Tenn_

_38555_



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs♦ | Robert K. Jenner, P.C.*±

Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*± ≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.◊ | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson■†♦

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | △Pennsylvania
‡Illinois | †Florida | ▫North Carolina | §New York | ≉New Jersey | ■West Virginia | ♦California

September 3, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

  Re: Wilma S. Carter and Lawrence Carter
     Notice of health care liability claim required by
     Tennessee Code Annotated § 29-26-121

To Specialty Surgery Center, PLLC:

  We are the attorneys representing Wilma S. Carter and Lawrence Carter.

  Through their attorneys, Wilma S. Carter and Lawrence Carter are asserting a claim for health care liability against Specialty Surgery Center, PLLC, Crossville, Tennessee, and Kenneth R. Lister, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Specialty Surgery Center, PLLC to Wilma S. Carter from January 2012 through September 2012.

  The full name and date of birth of the patient whose treatment is at issue:

Wilma S. Carter
Date of Birth: August 23, 1952

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-992-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**Janet, Jenner & Suggs, LLC**
———— ATTORNEYS AT LAW ————

The name and address of the claimant authorizing this notice:

Wilma S. Carter and Lawrence Carter
1591 Sawmill Road
Crossville, TN 38555

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Wilma S. Carter from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Wilma S. Carter.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Wilma S. Carter by any doctor who provided medical services for Wilma S. Carter. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Wilma S. Carter.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:  Wilma S. Carter and Lawrence Carter *(via first-class mail)*
     CJ Gideon *(via electronic mail)*

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth R. Lister, M.D.
116 Brown Avenue
Crossville, TN 38555

Kenneth R. Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

**Robert K. Jenner**          **Rosie Oldham, RN, BS, LNCC**
**Janet, Jenner & Suggs, LLC**     **R&G Medical Legal Solutions, LLC**
**Commerce Center**          **PO Box 5339**
**1777 Reisterstown Rd, Suite 165**  **Peoria, AZ 85385-5339**
**Baltimore, MD  21208**

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| \_\_\_\_ Municipal, Governmental, Fire or Police Records | \_\_\_\_ Inpatient Date _____ | X   X-rays (digital) |
| \_\_\_\_ Federal or State Tax information or records | \_\_\_\_ Outpatient Date _____ | X   X-ray reports |
| | X   Emergency Room records | X   ENTIRE RECORD |
| | \_\_\_\_ Face Sheet | X   Billing Records |
| \_\_\_\_ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| | X   History & Physical | X   manufacturer, Lot #] |
| | X   Discharge summary | X   Color copies of any |
| X   Laboratory reports | X   Consultation reports | photographs |
| | | Test Results [*e.g.*, Spinal |
| X   Report and/or records from physician, therapist | X   Surgery & Pathology reports | X   Tap] |
| | \_\_\_\_ MRIs (digital) | |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.  I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)].  I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.  My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.  This authorization is valid for three (3) years.  The above named provider should respond to this request, or subsequent requests for information from JANET, JENNER & SUGGS, LLC, R&G Medical Legal Solutions, LLC, or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of the law firm of JANET, JENNER & SUGGS, LLC, and/or R&G Medical Legal Solutions, LLC.

A photocopy of this authorization is to be considered as valid as the original.

Dated: _____       Signature: _____

SSN: _____       Printed Name: _____

DOB: _____       Address: _____

_____

_____



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs◊ | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*± ≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≠ | Samuel M. Collings* | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.º | Steven J. German§≠± | Joel M. Rubenstein§≠ | Thomas G. Wilson♦†♦

BAR MEMBERSHIPS
*Maryland | *South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | ºNorth Carolina | §New York | ≠New Jersey | ♦West Virginia | •California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

     Re:    Wilma S. Carter and Lawrence Carter
            HIPAA Compliant Authorization

To Specialty Surgery Center, PLLC:

     Enclosed please find an amended HIPAA compliant authorization and Notice of Claim.

               Very truly yours,

               Kimberly A. Dougherty

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



## Janet, Jenner & Suggs, LLC
ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs• | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr•. | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV•. | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli§≠ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.ᵒ | Steven J. German§≠± | Joel M. Rubenstein§≠ | Thomas G. Wilson•†♦

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | ºNorth Carolina | §New York | ≠New Jersey | ▪West Virginia | ♦California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

      Re:    Wilma S. Carter and Lawrence Carter
              Notice of health care liability claim required by
              Tennessee Code Annotated § 29-26-121

To Specialty Surgery Center, PLLC:

      We are the attorneys representing Wilma S. Carter and Lawrence Carter.

      Through their attorneys, Wilma S. Carter and Lawrence Carter are asserting a claim for health care liability against Specialty Surgery Center, PLLC, Crossville, Tennessee, and Kenneth R. Lister, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Specialty Surgery Center, PLLC to Wilma S. Carter from January 2012 through September 2012.

      The full name and date of birth of the patient whose treatment is at issue:

Wilma S. Carter
Date of Birth: August 23, 1952

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
#### ─────── ATTORNEYS AT LAW ───────

The name and address of the claimant authorizing this notice:

Wilma S. Carter and Lawrence Carter
1591 Sawmill Road
Crossville, TN 38555

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Wilma S. Carter from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Wilma S. Carter.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Wilma S. Carter by any doctor who provided medical services for Wilma S. Carter. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Wilma S. Carter.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:     Wilma S. Carter and Lawrence Carter (*via first-class mail*)
        David Randolph Smith & Assoc. (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
—————— ATTORNEYS AT LAW ——————

C.J. Gideon (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth Lister, M.D.
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

### INFORMATION TO BE RELEASED

____ Municipal, Governmental, Fire or Police Records

____ Federal or State Tax information or records

____ Wage, income or earning records or reports

**X** Laboratory reports

**X** Report and/or records from physician, therapist

____ Inpatient Date _____

____ Outpatient Date _____

**X** Emergency Room records

____ Face Sheet

**X** History & Physical

**X** Discharge summary

**X** Consultation reports

**X** Surgery & Pathology reports

____ MRIs (digital)

**X** X-rays (digital)

**X** X-ray reports

**X** ENTIRE RECORD

**X** Billing Records

**X** Steroid Injection Information [*e.g.*, manufacturer, Lot #]

**X** Color copies of any photographs

**X** Test Results [*e.g.*, Spinal Tap]

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge notice of this request under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____.

A photocopy of this authorization is to be considered as valid as the original.

Dated: _1-27-13_                        Signature: _Wilma Carter_

SSN: _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_                    Printed Name: _Wilma Carter_

DOB: _8-23-1952_                       Address: _1591 Sawmill Rd._

_Crossville Tenn_

_38555_

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CROSSVILLE TN 38555

| | | |
|---|---|---|
| Postage | $ | 1.12 |
| Certified Fee | 3.10 | 0115 |
| Return Receipt Fee (Endorsement Required) | 2.55 | 08 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | Postmark Here |
| Total Postage & Fees | $ | 6.77 | 09/03/2013 |

Sent To: Specialty Surgery Center PLLC ATTN: Donathan Ivey
Street, Apt No.; or PO Box No. 114 Brown Ave
City, State, ZIP+4 Crossville TN 38555

7012 3460 0001 4331 6900

PS Form 3800, August 2006       See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Specialty Surgery Center, PLLC
ATTN: Donathan M. Ivey, Registered Agent
for Service of Process
114 Brown Ave.
Crossville, TN 38555-7703

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7012 3460 0001 4331 6900

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CROSSVILLE TN 38555

| | | |
|---|---|---|
| Postage | $ | 1.12 |
| Certified Fee | 3.10 | 0115 |
| Return Receipt Fee (Endorsement Required) | 2.55 | 08 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | Postmark Here |
| Total Postage & Fees | $ | 6.77 | 09/03/2013 |

Sent To: Kenneth Lister, M.D.
Street, Apt No.; or PO Box No. 114 Brown Ave.
City, State, ZIP+4 Crossville, TN 38555

7012 3460 0001 4331 6917

PS Form 3800, August 2006       See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth Lister, M.D.
114 Brown Avenue
Crossville, TN 38555-7703

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7012 3460 0001 4331 6917

PS Form 3811, February 2004       Domestic Return Receipt       2595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

KNOXVILLE TN 37919

| | | |
|---|---|---|
| Postage | $ | $1.12 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.77 |

0115

08/

Postmark Here

09/03/2013

Sent To  Kenneth Lister, M.D.
Street, Apt No.; or PO Box No.  2761 Sullins St.
City, State, ZIP+4  Knoxville, TN, 37919

PS Form 3800, August 2006                    See Reverse for Instructions

7012 3460 0000 4331 6894



UNITED STATES
POSTAL SERVICE®

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS®
This form may be used for domestic and international mail.

U.S. POSTAGE
PAID
BOSTON,MA
02116
DEC 05. 13
AMOUNT
$1.20
00078842-07

From: Janet Jenney & Suggs LLC
31 St. James Ave, Ste 365
Boston, MA 02116

To: Kenneth E Lister, M.D.
116 Brown Ave
Crossville TN 38555-7703

PS Form 3817, April 2007  PSN 7530-02-000-9065



UNITED STATES
POSTAL SERVICE®

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS®
This form may be used for domestic and international mail.

U.S. POSTAGE
PAID
BOSTON,MA
02116
DEC 05. 13
AMOUNT
$1.20
00078842-07

From: Janet Jenney & Suggs LLC
31 St. James Ave, Ste 365
Boston, MA 02116

To: Specialty Surgery Center PLLC
Donahan W. West Registered Agent by serving
of Process:
116 Brown Ave
Crossville TN 38555-7703

PS Form 3817, April 2007  PSN 7530-02-000-9065



UNITED STATES
POSTAL SERVICE®

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for
This form may be used for domestic and international mail.

U.S. POSTAGE
PAID
BOSTON,MA
02116
DEC 05. 13
AMOUNT
$1.20
00078842-07

From: Janet Jenney & Suggs LLC
31 St. James Ave, Ste 365
Boston, MA 02116

To: Kenneth Lister, M.D.
2161 Sullins St.
Knoxville TN 37919

PS Form 3817, April 2007  PSN 7530-02-000-9065

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WILMA S. CARTER and<br>LAWRENCE CARTER,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERIDOSE, LLC, MEDICAL SALES<br>MANAGEMENT, INC., MEDICAL SALES<br>MANAGEMENT SW, INC., GDC<br>PROPERTIES MANAGEMENT, LLC, ARL<br>BIO PHARMA, INC. D/B/A ANALYTICAL<br>RESEARCH LABORATORIES, BARRY J.<br>CADDEN, GREGORY CONIGLIARO, LISA<br>CONIGLIARO CADDEN, DOUGLAS<br>CONIGLIARO, CARLA CONIGLIARO,<br>GLENN A. CHIN, SPECIALTY SURGERY<br>CENTER, PLLC, and KENNETH R. LISTER,<br>M.D.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.<br>)   JURY DEMAND<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF GOOD FAITH**

### **Medical Malpractice Case**

### **PLAINTIFF'S FORM**

A.     In accordance with T.C.A. § 29-26-122, I hereby state the following: (Check item 1 or 2 below and sign your name beneath the item you have checked, verifying the information you have checked. Failure to check item 1 or 2 and/or not signing item 1 or 2 will make this case subject to dismissal with prejudice.)

☐     1.     The Plaintiff or Plaintiff's counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

(A)     Are competent under § 29-26-115 to express an opinion or opinions in the case; and

(B)     Believe, based on the information available from the medical records concerning the care and treatment of the Plaintiff for the incident or incidents at

1

issue, that there is a good faith basis to maintain the action consistent with the requirements of § 29-26-115.

_____
Signature of Plaintiff if not represented, or
Signature of Plaintiff's Counsel

Or

 2.   The Plaintiff or Plaintiff's counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

(A)   Are competent under § 29-26-115 to express an opinion or opinions in the case; and

(B)   Believe, based on the information available from the medical records reviewed concerning the care and treatment of the Plaintiff for the incident or incidents at issue and, as appropriate, information from the Plaintiff or others with knowledge of the incident or incidents at issue, that they are facts material to the resolution of the case that cannot be reasonably ascertained from the medical records or information reasonably available to the Plaintiff or Plaintiff's counsel; and that, despite the absence of this information, there is a good faith basis for maintaining the action as to each Defendant consistent with the requirements of § 29-26-115. Refusal of the defendant to release the medical records in a timely fashion or where it is impossible for the Plaintiff to obtain the medical records shall waive the requirement that the expert review the medical records prior to expert certification.

_____
Signature of Plaintiff if not represented, or
Signature of Plaintiff's Counsel

B.   You MUST complete the information below and sign:

I have been found in violation of T.C.A. § 29-26-122 __0__ prior times. (Insert number of prior violations by you.)

2

_____          12/2/2013
Signature of Person Executing This Document          Date
_____