# EXHIBIT 3b

Tenn. Code Ann. § 29-39-102; Tenn. Code Ann. § 29-39-104. Under that Act, Plaintiffs' non-economic damages are purportedly capped at $750,000, and their ability to recover punitive damages is capped at twice the compensatory damages up to a maximum of $500,000.

273.   Tenn. Code Ann. § 29-39-102 and Tenn. Code Ann. § 29-39-104 are unconstitutional deprivations of Plaintiffs' constitutionally protected right to trial by jury. Those provisions violate Article I, Section 6, of the Constitution of the State of Tennessee, which provides that the right of trial by jury shall remain inviolate. In addition, the subject statutory caps violate Article I, Section 17, of the Tennessee Constitution, which states that all courts shall be open, and every man shall have a remedy for injury done by due course of law and without denial or delay. The subject statutory caps usurp the powers of the Judicial Branch in violation of Article II, Sections 1 & 2 of the Tennessee Constitution. In addition, the subject statutory caps violate Article XI, Section 16, of the Tennessee Constitution which indicates that the rights of citizens articulated in Tennessee's Bill of Rights "shall never be violated on any pretense whatever . . . and shall forever remain inviolate."

274.   Therefore, Wilma S. Carter and Lawrence Carter request a declaration that the statutory caps are unconstitutional, void *ab initio*, and of no force and effect.

275.   Pursuant to Tenn. Code Ann. § 29-14-107, a copy of this Complaint is being served on the Attorney General of the State of Tennessee, notifying the State of Tennessee Attorney General that Plaintiffs are challenging the constitutionality of Tenn. Code Ann. § 29-39-102 and Tenn. Code Ann. § 29-39-104.

## PLAINTIFFS' COMPLIANCE WITH TENN. CODE ANN. §§ 29-26-121 AND 29-26-122

276.   Plaintiffs complied with the notice requirements of Tenn. Code Ann. §§ 29-26-121(a) and provided the required documentation specified in § 29-26-121(a)(2) to appropriate

defendants more than 60 days before the filing of the Complaint.

277.    Plaintiffs have demonstrated their compliance with the provisions of Tenn. Code Ann. §§ 29-26-121(a)(1), 29-26-121(a)(2), 29-26-121(a)(3)(B), 29-26-121(a)(4) and 29-26-121(b) as evidenced by the Affidavit included as Exhibit A (which is incorporated herein by reference), which establishes compliance with Tenn. Code Ann. § 29-26-121 and includes as attachments copies of the Certificates of Mailing from the United States Postal Service stamped with the date of mailing along with copies of the notices sent to the healthcare defendants.

278.    The requirements of Tenn. Code Ann. § 29-26-121 have been satisfied.

279.    Pursuant to Tenn. Code Ann. § 29-26-122(a), a Certificate of Good Faith signed by the undersigned counsel is included as Exhibit B and incorporated herein by reference.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendants, jointly and severally, as follows:

A.    A judgment for compensatory damages in the amount of $5 Million;

B.    A judgment for punitive damages in an amount to be determined by the trier of fact;

C.    A declaration that the caps found in Tenn. Code Ann. § 29-39-102 and Tenn. Code Ann. § 29-39-104 are unconstitutional under Article I, Section 6; Article I, Section 17; Article II, Sections 1 & 2; and/or Article XI, Section 16 of the Constitution of the State of Tennessee and are therefore void *ab initio* and of no force and effect;

D.    A jury to determine all disputed factual issues;

E.    For costs of this cause; and

F.      For such further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiffs hereby demand a jury trial on all claims so triable in this action.

**Respectfully Submitted,**

**PLAINTIFFS WILMA S. CARTER and
LAWRENCE CARTER,**

**By Their Attorneys,**

/s/ Raymond Throckmorton III

Raymond T. Throckmorton III
BPR No. 16313
2016 8th Ave. South
Nashville, TN  37204
T: (615) 297-1009
rttiii@bellsouth.net

Robert K. Jenner (Maryland) *Pro Hac Vice to Be Filed*
Kimberly A. Dougherty (MA) *Pro Hac Vice to Be Filed*
JANET, JENNER & SUGGS, LLC
31 St. James Avenue
Suite 365
Boston, MA 02116
T: (617) 933-1265
F: (410) 653-9030
rjenner@myadocates.com
kdougherty@myadvocates.com

Susan B. Evans, BPR No. 16672
2016 8th Avenue South
Nashville, TN  37204
T: (615) 739-6833
sbevanslaw@gmail.com

Myra B. Staggs (by pro hac admission from Alabama)
PO Box 85
Waynesboro, TN  38485
T: (615) 519-0971

Dated: December 17, 2013.          ***Attorneys for Plaintiffs***

52

53

# EXHIBIT A

STATE OF MASSACHUSETTS    )
                          )
COUNTY OF SUFFOLK         )

## AFFIDAVIT OF OLIVIA F. COLONERO

COMES NOW the affiant, **OLIVIA F. COLONERO**, who, having first been duly sworn, states that the following statements are true:

1.      All of the statements contained in this Affidavit are true and correct and made on the basis of my personal knowledge.  I am an adult citizen of the State of Massachusetts, over the age of 18 years, and am competent to make the statements contained in this Affidavit.  I am a paralegal with Janet, Jenner & Suggs, LLC, located in Boston, Massachusetts.

2.      On September 3, 2013, I mailed by certified mail, return receipt requested a Notice letter and enclosures to Kenneth R. Lister, M.D. at the provider's current business address listed on the Tennessee Department of Health website and the provider's practicing address (2761 Sullins Street, SW, Knoxville, TN 37919 and 116 Brown Avenue, Crossville, TN 38555). The Notice letter sent to the provider's business address listed on the Tennessee Department of Health website (2761 Sullins Street, SW, Knoxville, TN 37919) was returned to sender as the address was vacant. I obtained a Certified Mail Receipt from the United States Postal Service stamped with the date of mailing.  I attach as Exhibit 1 a copy of the Notice letters sent to Kenneth R. Lister, M.D. along with a copy of the enclosures to the letters which includes a list of the names and addresses of all healthcare providers who were served Notice and a HIPAA medical authorization form.

3.      On December 5, 2013, I mailed by certified mail, return receipt requested, an amended Notice letter, a HIPAA compliant medical authorization and enclosures to Kenneth R. Lister, M.D. at the provider's current business address listed on the Tennessee Department of

Health website and the provider's practicing address (2761 Sullins Street, SW, Knoxville, TN 37919 and 116 Brown Avenue, Crossville, TN 38555). I obtained certificates of mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a). I attach as Exhibit 2 a copy of the amended Notice of Claim letters sent to Kenneth R. Lister, M.D., along with a copy of the enclosures to the letters which include a list of the names and addresses of all healthcare providers who were served an amended Notice pursuant to T.C.A. § 29-26-121 and a HIPAA compliant medical authorization permitting Kenneth R. Lister, M.D. to obtain complete medical records from each provider being sent Notice.

4.      On September 3, 2013, I mailed by certified mail, return receipt requested, a Notice letter and enclosures to Specialty Surgery Center, PLLC at the address for the agent for service of process listed on the Tennessee Secretary of State website (Donathan M. Ivey, 116 Brown Avenue, Crossville, TN 38555-7703). I obtained a Certified Mail Receipt from the United States Postal Service stamped with the date of mailing.   I attach as Exhibit 3 a copy of the Notice letter sent to Specialty Surgery Center, PLLC along with a copy of the enclosures to the letter which includes a list of the names and addresses of all healthcare providers who were served Notice and a HIPAA medical authorization form.

5.      On December 5, 2013, I mailed by certified mail, return receipt requested, an amended Notice letter, an amended compliant HIPAA medical authorization and enclosures to Specialty Surgery Center, PLLC at the address for the agent for service of process listed on the Tennessee Secretary of State website (Donathan M. Ivey, 116 Brown Avenue, Crossville, TN 38555-7703). I obtained a Certificate of Mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a). I attach as

Exhibit 4 a copy of the amended Notice of Claim letter sent to Specialty Surgery Center, PLLC along with a copy of the enclosures to the letter which include a list of the names and addresses of all healthcare providers who were served an amended Notice pursuant to T.C.A. § 29-26-121 and a HIPAA compliant medical authorization permitting Specialty Surgery Center, PLLC to obtain complete medical records from each provider being sent Notice.

6.      Attached as Exhibit 5 is a copy of the Certified Mail Receipts from the United States Postal Service stamped with the date of mailing of the Notices and enclosures to each health care provider identified in the foregoing paragraphs and the Return Green Cards from the Notice letters send on September 3, 2013. At the United States Post Office located at 133 Clarendon Street, Boston, MA 02116, I requested a Certificate of Mailing and was told that the certified mail receipt with the return green card was a Certificate of Mailing. I was told that I would not need anything else for a Certificate of Mailing.

7.      Finally, attached as Exhibit 6 is a copy of the Certificates of Mailing from the United States Postal Service stamped with the date of mailing of the amended Notices and enclosures to each health care provider identified in the foregoing paragraphs.

FURTHER AFFIANT SAITH NOT.

Olivia F. Colonero

EXHIBIT A – CARTER COMPLAINT

**State of Massachusetts**          )
                                    )
**County of Suffolk**               )

      Personally appeared before me, the undersigned, a Notary Public of said County and State, Olivia F. Colonero, with whom I am personally acquainted or proved to me on the basis of satisfactory evidence, and who acknowledged that the foregoing was sworn to and executed for the purpose therein contained.

      This _13th_ day of _December_, 2013.

                                      _Dawna L. Di'Orio_
                                      Notary Public

My commission expires:   _February 4, 2016_

# EXHIBIT 1



# Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer△

Sharon R. Guzejko◊ | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≠ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≠± | Joel M. Rubenstein§≈ | Thomas G. Wilson■†♦

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | △Pennsylvania
‡Illinois | †Florida | °North Carolina | §New York | ≠New Jersey | ■West Virginia | ♦California

September 3, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Kenneth R. Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

Re:   Wilma S. Carter and Lawrence Carter
      Notice of health care liability claim required by
      Tennessee Code Annotated § 29-26-121

To Kenneth R. Lister:

We are the attorneys representing Wilma S. Carter and Lawrence Carter.

Through their attorneys, Wilma S. Carter and Lawrence Carter are asserting a claim for health care liability against Specialty Surgery Center, PLLC, Crossville, Tennessee, and Kenneth R. Lister, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by you, your employees and/or agents of Specialty Surgery Center, PLLC to Wilma S. Carter from January 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Wilma S. Carter
Date of Birth:  August 23, 1952

The name and address of the claimant authorizing this notice:

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
## ——— ATTORNEYS AT LAW ———

Wilma S. Carter and Lawrence Carter
1591 Sawmill Road
Crossville, TN 38555

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Wilma S. Carter from each provider being sent a notice.  If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Wilma S. Carter.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Wilma S. Carter by any doctor who provided medical services for Wilma S. Carter.  We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Wilma S. Carter.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be promptly cured.  If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:    Wilma S. Carter and Lawrence Carter (*via first-class mail*)
       CJ Gideon (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth R. Lister, M.D.
116 Brown Avenue
Crossville, TN 38555

Kenneth R. Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:    _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

**Robert K. Jenner**                          **Rosie Oldham, RN, BS, LNCC**
**Janet, Jenner & Suggs, LLC**               **R&G Medical Legal Solutions, LLC**
**Commerce Center**                          **PO Box 5339**
**1777 Reisterstown Rd, Suite 165**          **Peoria, AZ 85385-5339**
**Baltimore, MD  21208**

## INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date _____ | X   X-rays (digital) |
| | ____ Outpatient Date _____ | X   X-ray reports |
| ____ Federal or State Tax information or records | X   Emergency Room records | X   ENTIRE RECORD |
| | ____ Face Sheet | X   Billing Records |
| ____ Wage, income or earning records or reports | X   History & Physical | X   Steroid Injection Information [*e.g.*, manufacturer, Lot #] |
| | X   Discharge summary | X   Color copies of any photographs |
| X   Laboratory reports | X   Consultation reports | |
| X   Report and/or records from physician, therapist | X   Surgery & Pathology reports | X   Test Results [*e.g.*, Spinal Tap] |
| | ____ MRIs (digital) | |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from JANET, JENNER & SUGGS, LLC, R&G Medical Legal Solutions, LLC, or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of the law firm of JANET, JENNER & SUGGS, LLC, and/or R&G Medical Legal Solutions, LLC.

A photocopy of this authorization is to be considered as valid as the original.

Dated: _____       Signature: _____

SSN: _____       Printed Name: _____

DOB: _____       Address: _____

_____

_____

## J&S

# Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±

Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.▪ | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV▪ | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §⋈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§⋈± | Joel M. Rubenstein§⋈ | Thomas G. Wilson⋈†◆

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | △Pennsylvania
‡Illinois | †Florida | °North Carolina | §New York | ⋈New Jersey | ▪West Virginia | ◆California

September 3, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Kenneth R. Lister, M.D.
116 Brown Avenue
Crossville, TN 38555-7703

> Re:   Wilma S. Carter and Lawrence Carter
>       Notice of health care liability claim required by
>       Tennessee Code Annotated § 29-26-121

To Kenneth R. Lister:

We are the attorneys representing Wilma S. Carter and Lawrence Carter.

Through their attorneys, Wilma S. Carter and Lawrence Carter are asserting a claim for health care liability against Specialty Surgery Center, PLLC, Crossville, Tennessee, and Kenneth R. Lister, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by you, your employees and/or agents of Specialty Surgery Center, PLLC to Wilma S. Carter from January 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Wilma S. Carter
Date of Birth: August 23, 1952

The name and address of the claimant authorizing this notice:

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**Janet, Jenner & Suggs, LLC**
——— ATTORNEYS AT LAW ———

Wilma S. Carter and Lawrence Carter
1591 Sawmill Road
Crossville, TN 38555

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Wilma S. Carter from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Wilma S. Carter.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Wilma S. Carter by any doctor who provided medical services for Wilma S. Carter. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Wilma S. Carter.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:   Wilma S. Carter and Lawrence Carter (*via first-class mail*)
      CJ Gideon (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth R. Lister, M.D.
116 Brown Avenue
Crossville, TN 38555

Kenneth R. Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

# HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

**Robert K. Jenner**  
**Janet, Jenner & Suggs, LLC**  
**Commerce Center**  
**1777 Reisterstown Rd, Suite 165**  
**Baltimore, MD  21208**

**Rosie Oldham, RN, BS, LNCC**  
**R&G Medical Legal Solutions, LLC**  
**PO Box 5339**  
**Peoria, AZ 85385-5339**

## INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date _____ | X X-rays (digital) |
| | ____ Outpatient Date _____ | X X-ray reports |
| ____ Federal or State Tax information or records | X Emergency Room records | X ENTIRE RECORD |
| | ____ Face Sheet | X Billing Records |
| ____ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| | X History & Physical | X manufacturer, Lot #] |
| X Laboratory reports | X Discharge summary | X Color copies of any photographs |
| | X Consultation reports | |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | X Test Results [*e.g.*, Spinal Tap] |
| | ____ MRIs (digital) | |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.  I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)].  I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.  My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.  This authorization is valid for three (3) years.  The above named provider should respond to this request, or subsequent requests for information from JANET, JENNER & SUGGS, LLC, R&G Medical Legal Solutions, LLC, or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of the law firm of JANET, JENNER & SUGGS, LLC, and/or R&G Medical Legal Solutions, LLC.

A photocopy of this authorization is to be considered as valid as the original.

Dated: _____        Signature: _____

SSN: _____        Printed Name: _____

DOB: _____        Address: _____

_____

_____

# EXHIBIT 2



# Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs• | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈.
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≠± | Joel M. Rubenstein§≠ | Thomas G. Wilson≈†•

BAR MEMBERSHIPS
* Maryland | • South Carolina | ◊ Massachusetts | ± District of Columbia | ≈ Minnesota | △ Pennsylvania
‡ Illinois | † Florida | ° North Carolina | § New York | ≠ New Jersey | ≈ West Virginia | +California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Kenneth Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

Re:   Wilma S. Carter and Lawrence Carter
      HIPAA Compliant Authorization

To Kenneth Lister, M.D.:

Enclosed please find an amended HIPAA compliant authorization and Notice of Claim.

Very truly yours,

Kimberly A. Dougherty

Enclosure

---

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.▼ | Kenneth M. Suggs† | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne" | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron" | Lindsey M. Craig" | Jason B. Penn*±
Seth L. Cardeli§≈ | Samuel M. Collings*± | William F. Burnham♥

OF COUNSEL
John C. Hensley, Jr.◊ | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson≈†♦

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | □North Carolina | §New York | ≈New Jersey | ≈West Virginia | ♦California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Kenneth R. Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

  Re:  Wilma S. Carter and Lawrence Carter
      Notice of health care liability claim required by
      Tennessee Code Annotated § 29-26-121

To Kenneth R. Lister:

  We are the attorneys representing Wilma S. Carter and Lawrence Carter.

  Through their attorneys, Wilma S. Carter and Lawrence Carter are asserting a claim for health care liability against Specialty Surgery Center, PLLC, Crossville, Tennessee, and Kenneth R. Lister, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by you, your employees and/or agents of Specialty Surgery Center, PLLC to Wilma S. Carter from January 2012 through September 2012.

  The full name and date of birth of the patient whose treatment is at issue:

Wilma S. Carter
Date of Birth:  August 23, 1952

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### ——— ATTORNEYS AT LAW ———

The name and address of the claimant authorizing this notice:

Wilma S. Carter and Lawrence Carter
1591 Sawmill Road
Crossville, TN 38555

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Wilma S. Carter from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Wilma S. Carter.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Wilma S. Carter by any doctor who provided medical services for Wilma S. Carter. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Wilma S. Carter.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:     Wilma S. Carter and Lawrence Carter (*via first-class mail*)
        C.J. Gideon (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth Lister, M.D.
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

## INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Date _____ | X X-rays (digital) |
| | ___ Outpatient Date _____ | X X-ray reports |
| ___ Federal or State Tax information or records | X Emergency Room records | X ENTIRE RECORD |
| | ___ Face Sheet | X Billing Records |
| ___ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| | X History & Physical | X manufacturer, Lot #] |
| X Laboratory reports | X Discharge summary | X Color copies of any photographs |
| | X Consultation reports | |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | X Test Results [*e.g.*, Spinal Tap] |
| | ___ MRIs (digital) | |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information. Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be**

disclosed without my written consent. I also expressly acknowledge notice of this request under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ . _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: _1-27-13_      Signature: _Wilma Carter_
SSN: _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_    Printed Name: _Wilma Carter_
DOB: _8-23-1952_      Address: _1591 Sawmill Rd._
                               _Crossville Tenn_
                                        _38555_



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.*| Kenneth M. Suggs*| Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV*. | Hal J. Kleinman∆‡ | Tara J. Posner*±†| Elisha N. Hawk*± ≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Moeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

#### OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§•± | Joel M. Rubenstein§• | Thomas G. Wilson•†•

#### BAR MEMBERSHIPS
* Maryland | • South Carolina | ◊ Massachusetts | ± District of Columbia | ≈ Minnesota | ∆ Pennsylvania
‡ Illinois | † Florida | ° North Carolina | § New York | • New Jersey | • West Virginia | • California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Kenneth Lister, M.D.
116 Brown Avenue
Crossville, TN 38555-7703

     Re:    Wilma S. Carter and Lawrence Carter
             HIPAA Compliant Authorization

To Kenneth Lister, M.D.:

     Enclosed please find an amended HIPAA compliant authorization and Notice of Claim.

             Very truly yours,

             Kimberly A. Dougherty

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

Case 2:13-cv-00129   Document 1-1   Filed 12/17/13   Page 24 of 48 PageID #: 77



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±

Dov Apfel*± | Stephen C. Offutt*±¤ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV*‡ | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*±¤
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli§¤ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§¤± | Joel M. Rubenstein§¤ | Thomas G. Wilson¤†•

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | △Pennsylvania
‡Illinois | †Florida | °North Carolina | §New York | ¤New Jersey | ¤West Virginia | •California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Kenneth R. Lister, M.D.
116 Brown Avenue
Crossville, TN 38555-7703

     Re:    Wilma S. Carter and Lawrence Carter
            Notice of health care liability claim required by
            Tennessee Code Annotated § 29-26-121

To Kenneth R. Lister:

     We are the attorneys representing Wilma S. Carter and Lawrence Carter.

     Through their attorneys, Wilma S. Carter and Lawrence Carter are asserting a claim for health care liability against Specialty Surgery Center, PLLC, Crossville, Tennessee, and Kenneth R. Lister, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by you, your employees and/or agents of Specialty Surgery Center, PLLC to Wilma S. Carter from January 2012 through September 2012.

     The full name and date of birth of the patient whose treatment is at issue:

Wilma S. Carter
Date of Birth: August 23, 1952

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### ——— ATTORNEYS AT LAW ———

The name and address of the claimant authorizing this notice:

Wilma S. Carter and Lawrence Carter
1591 Sawmill Road
Crossville, TN 38555

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Wilma S. Carter from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Wilma S. Carter.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Wilma S. Carter by any doctor who provided medical services for Wilma S. Carter. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Wilma S. Carter.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:   Wilma S. Carter and Lawrence Carter (*via first-class mail*)
      C.J. Gideon (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth Lister, M.D.
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

## INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date _____ | X X-rays (digital) |
| | ____ Outpatient Date _____ | X X-ray reports |
| ____ Federal or State Tax information or records | X Emergency Room records | X ENTIRE RECORD |
| | ____ Face Sheet | X Billing Records |
| Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| ____ | X History & Physical | X manufacturer, Lot #] |
| X Laboratory reports | X Discharge summary | X Color copies of any photographs |
| | X Consultation reports | |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | Test Results [*e.g.*, Spinal Tap] |
| | ____ MRIs (digital) | X |

I understand the requested medical records may include information relating to: **alcohol
and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually
transmitted disease, and/or communicable or noncommunicable disease information. Such
information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be**

disclosed without my written consent. I also expressly acknowledge notice of this request under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ . _____ .

A photocopy of this authorization is to be considered as valid as the original.

Dated: _1-27-13_     Signature: _Wilma Carter_

SSN: _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_     Printed Name: _Wilma Carter_

DOB: _8-23-1952_     Address: _1591 Sawmill Rd._

_Crossville Tenn_

_38555_

# EXHIBIT 3



## Janet, Jenner & Suggs, LLC
ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §⋈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.◊ | Steven J. German§⋈± | Joel M. Rubenstein§⋈ | Thomas G. Wilson⋈†◆

BAR MEMBERSHIPS
*Maryland | ⋆South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | ◦North Carolina | §New York | ⋈New Jersey | ⋆West Virginia | ◆California

September 3, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

> Re:   Wilma S. Carter and Lawrence Carter
> Notice of health care liability claim required by
> Tennessee Code Annotated § 29-26-121

To Specialty Surgery Center, PLLC:

We are the attorneys representing Wilma S. Carter and Lawrence Carter.

Through their attorneys, Wilma S. Carter and Lawrence Carter are asserting a claim for health care liability against Specialty Surgery Center, PLLC, Crossville, Tennessee, and Kenneth R. Lister, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Specialty Surgery Center, PLLC to Wilma S. Carter from January 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Wilma S. Carter
Date of Birth: August 23, 1952

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### ——————— ATTORNEYS AT LAW ———————

The name and address of the claimant authorizing this notice:

Wilma S. Carter and Lawrence Carter
1591 Sawmill Road
Crossville, TN 38555

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Wilma S. Carter from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Wilma S. Carter.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Wilma S. Carter by any doctor who provided medical services for Wilma S. Carter. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Wilma S. Carter.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:   Wilma S. Carter and Lawrence Carter (*via first-class mail*)
      CJ Gideon (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth R. Lister, M.D.
116 Brown Avenue
Crossville, TN 38555

Kenneth R. Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

**Robert K. Jenner**                          **Rosie Oldham, RN, BS, LNCC**
**Janet, Jenner & Suggs, LLC**      **R&G Medical Legal Solutions, LLC**
**Commerce Center**                     **PO Box 5339**
**1777 Reisterstown Rd, Suite 165**   **Peoria, AZ 85385-5339**
**Baltimore, MD  21208**

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date _____ | _X_ X-rays (digital) |
| | ____ Outpatient Date _____ | _X_ X-ray reports |
| ____ Federal or State Tax information or records | _X_ Emergency Room records | _X_ ENTIRE RECORD |
| | ____ Face Sheet | _X_ Billing Records |
| ____ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| | _X_ History & Physical | _X_ manufacturer, Lot #] |
| | _X_ Discharge summary | _X_ Color copies of any |
| _X_ Laboratory reports | _X_ Consultation reports | photographs |
| | | Test Results [*e.g.*, Spinal |
| _X_ Report and/or records from physician, therapist | _X_ Surgery & Pathology reports | _X_ Tap] |
| | ____ MRIs (digital) | |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.  I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)].  I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.  My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.  This authorization is valid for three (3) years.  The above named provider should respond to this request, or subsequent requests for information from JANET, JENNER & SUGGS, LLC, R&G Medical Legal Solutions, LLC, or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of the law firm of JANET, JENNER & SUGGS, LLC, and/or R&G Medical Legal Solutions, LLC.

A photocopy of this authorization is to be considered as valid as the original.

Dated: _____     Signature: _____

SSN: _____     Printed Name: _____

DOB: _____     Address: _____

_____

_____

# EXHIBIT 4



# Janet, Jenner & Suggs, LLC
## ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs◊ | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*± ≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig‡ | Jason B. Penn* ±
Seth L. Cardeli §⊛ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.⊙ | Steven J. German§⊛± | Joel M. Rubenstein§⊛ | Thomas G. Wilson⊛†⊙

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | ⊙North Carolina | §New York | ⊛New Jersey | ⬛West Virginia | ⊙California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

Re:   Wilma S. Carter and Lawrence Carter
      HIPAA Compliant Authorization

To Specialty Surgery Center, PLLC:

Enclosed please find an amended HIPAA compliant authorization and Notice of Claim.

Very truly yours,

Kimberly A. Dougherty

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | t-877-692-3862 | t-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



## Janet, Jenner & Suggs, LLC
ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV≈ | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≠ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≈± | Joel M. Rubenstein§≠ | Thomas G. Wilson≈†◦

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | °North Carolina | §New York | ≠New Jersey | ◾West Virginia | ◦California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

Re:    Wilma S. Carter and Lawrence Carter
       Notice of health care liability claim required by
       Tennessee Code Annotated § 29-26-121

To Specialty Surgery Center, PLLC:

We are the attorneys representing Wilma S. Carter and Lawrence Carter.

Through their attorneys, Wilma S. Carter and Lawrence Carter are asserting a claim for health care liability against Specialty Surgery Center, PLLC, Crossville, Tennessee, and Kenneth R. Lister, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Specialty Surgery Center, PLLC to Wilma S. Carter from January 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Wilma S. Carter
Date of Birth:  August 23, 1952

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### ——— ATTORNEYS AT LAW ———

The name and address of the claimant authorizing this notice:

Wilma S. Carter and Lawrence Carter
1591 Sawmill Road
Crossville, TN 38555

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Wilma S. Carter from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Wilma S. Carter.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Wilma S. Carter by any doctor who provided medical services for Wilma S. Carter. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Wilma S. Carter.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:   Wilma S. Carter and Lawrence Carter (*via first-class mail*)
      David Randolph Smith & Assoc. (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### —————— ATTORNEYS AT LAW ——————

C.J. Gideon (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-9903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Specialty Surgery Center, PLLC
Donathan M. Ivey Registered Agent for Service of Process:
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth Lister, M.D.
116 Brown Avenue
Crossville, TN 38555-7703

Kenneth Lister, M.D.
2761 Sullins Street
Knoxville, TN 37919

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

## INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date _____ | **X** X-rays (digital) |
| | ____ Outpatient Date _____ | **X** X-ray reports |
| ____ Federal or State Tax information or records | **X** Emergency Room records | **X** ENTIRE RECORD |
| | ____ Face Sheet | **X** Billing Records |
| Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| ____ | **X** History & Physical | **X** manufacturer, Lot #] |
| | **X** Discharge summary | **X** Color copies of any photographs |
| **X** Laboratory reports | **X** Consultation reports | |
| | | Test Results [*e.g.*, Spinal |
| **X** Report and/or records from physician, therapist | **X** Surgery & Pathology reports | **X** Tap] |
| | ____ MRIs (digital) | |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge notice of this request under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ . _____ .

A photocopy of this authorization is to be considered as valid as the original.

Dated: _1-27-13_

SSN: _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_

DOB: _8-23-1952_

Signature: _Wilma Carter_

Printed Name: _Wilma Carter_

Address: _1591 Sawmill Rd._

_Crossville Tenn_

_38555_

# EXHIBIT 5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth Lister, M.D.
116 Brown Avenue
Crossville, TN 38555-7903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7012 3460 0001 4331 6917

PS Form 3811, February 2004    Domestic Return Receipt    2595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CROSSVILLE TN 38555

| | |
|---|---|
| Postage | $ 1.12 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 6.77 |

Postmark Here   0115   08   09/03/2013

Sent To: Kenneth Lister, M.D.
Street, Apt. No.; or PO Box No. 116 Brown Ave.
City, State, ZIP+4 Crossville, TN 38555

PS Form 3800, August 2006    See Reverse for Instructions

7012 3460 0001 4331 6917

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Specialty Surgery Center, PLLC
ATTN: Donahan M. Ivey, Registered Agent
for Service of Process
116 Brown Ave.
Crossville, TN 38555-7703

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7012 3460 0001 4331 6900

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CROSSVILLE TN 38555

| | |
|---|---|
| Postage | $ 1.12 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 6.77 |

Postmark Here   0115   08   09/03/2013

Sent To: Specialty Surgery Center, PLLC ATTN: Ivey
Street, Apt. No.; or PO Box No. 116 Brown Ave.
City, State, ZIP+4 Crossville, TN 38555

PS Form 3800, August 2006    See Reverse for Instructions

7012 3460 0001 4331 6900



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

KNOXVILLE TN 37919

| | |
|---|---|
| Postage | $ $1.12 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.77 |

Postmark Here

09/03/2013

Sent To  Kenneth Lister, M.D.

Street, Apt. No.;
or PO Box No.   2161 Sullins St.

City, State, ZIP+4  Knoxville, TN 37919

PS Form 3800, August 2006                See Reverse for Instructions

7012 3460 0001 4331 6699

# EXHIBIT 6



U.S. POSTAGE
PAID
BOSTON,MA
02116
DEC 05. '13
AMOUNT

**Certificate Of Mailing**

UNITED STATES
POSTAL SERVICE®

This Certificate of Mailing provides evidence that mail has been presented to USPS®
This form may be used for domestic and international mail.

From: Janet Kinney ~ Sugars LLC
31 St. James Ave, ST 365
Boston, MA 02116

To: Kenneth F. Lister M.D.
116 Brown Ave
Crosville, TN 38555-7703

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

U.S. POSTAGE
PAID
BOSTON,MA
02116
DEC 05. '13
AMOUNT

**$1.20**
00078842-07

**Certificate Of Mailing**

UNITED STATES
POSTAL SERVICE®

This Certificate of Mailing provides evidence that mail has been presented to USPS® for
This form may be used for domestic and international mail.

From: Janet Kinney ~ Sugars LLC
31 St. James Ave, ST 365
Boston, MA 02116

To: Specialty Surgery Center, PLLC
Donathan Jn Wed, Registered Agent for Service
of Process
116 Brown Ave
Crosville, TN 38555-7703

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

U.S. POSTAGE
PAID
BOSTON,MA
02116
DEC 05. '13
AMOUNT

**$1.20**
00078842-07

**Certificate Of Mailing**

UNITED STATES
POSTAL SERVICE®

This Certificate of Mailing provides evidence that mail has been presented to USPS® for a
This form may be used for domestic and international mail.

From: Janet Kinney ~ Sugars LLC
31 St. James Ave, ST 365
Boston, MA 02116

To: Kenneth Lister M.D.
9701 Sullins St.
Knoxville, TN 37919

PS Form **3817**, April 2007 PSN 7530-02-000-9065

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| WILMA S. CARTER and<br>LAWRENCE CARTER, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | JURY DEMAND |
| AMERIDOSE, LLC, MEDICAL SALES | ) | |
| MANAGEMENT, INC., MEDICAL SALES | ) | |
| MANAGEMENT SW, INC., GDC | ) | |
| PROPERTIES MANAGEMENT, LLC, ARL | ) | |
| BIO PHARMA, INC. D/B/A ANALYTICAL | ) | |
| RESEARCH LABORATORIES, BARRY J. | ) | |
| CADDEN, GREGORY CONIGLIARO, LISA | ) | |
| CONIGLIARO CADDEN, DOUGLAS | ) | |
| CONIGLIARO, CARLA CONIGLIARO, | ) | |
| GLENN A. CHIN, SPECIALTY SURGERY | ) | |
| CENTER, PLLC, and KENNETH R. LISTER, | ) | |
| M.D. | ) | |
| | | |
| Defendants. | | |

## CERTIFICATE OF GOOD FAITH

### Medical Malpractice Case

### PLAINTIFF'S FORM

A.      In accordance with T.C.A. § 29-26-122, I hereby state the following: (Check item 1 or 2 below and sign your name beneath the item you have checked, verifying the information you have checked. Failure to check item 1 or 2 and/or not signing item 1 or 2 will make this case subject to dismissal with prejudice.)

☐      1.      The Plaintiff or Plaintiff's counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

(A)      Are competent under § 29-26-115 to express an opinion or opinions in the case; and

(B)      Believe, based on the information available from the medical records concerning the care and treatment of the Plaintiff for the incident or incidents at

1

issue, that there is a good faith basis to maintain the action consistent with the requirements of § 29-26-115.

_____
Signature of Plaintiff if not represented, or
Signature of Plaintiff's Counsel

Or

☒   2.   The Plaintiff or Plaintiff's counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

(A)   Are competent under § 29-26-115 to express an opinion or opinions in the case; and

(B)   Believe, based on the information available from the medical records reviewed concerning the care and treatment of the Plaintiff for the incident or incidents at issue and, as appropriate, information from the Plaintiff or others with knowledge of the incident or incidents at issue, that they are facts material to the resolution of the case that cannot be reasonably ascertained from the medical records or information reasonably available to the Plaintiff or Plaintiff's counsel; and that, despite the absence of this information, there is a good faith basis for maintaining the action as to each Defendant consistent with the requirements of § 29-26-115. Refusal of the defendant to release the medical records in a timely fashion or where it is impossible for the Plaintiff to obtain the medical records shall waive the requirement that the expert review the medical records prior to expert certification.

_____
Signature of Plaintiff if not represented, or
Signature of Plaintiff's Counsel

B.   You MUST complete the information below and sign:

I have been found in violation of T.C.A. § 29-26-122 ___0___ prior times. (Insert number of prior violations by you.)

2

_____          _____
Signature of Person Executing This Document          12/2/2013
                                                                             Date

3

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadngs or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| WILMA S. CARTER and LAWRENCE CARTER | AMERIDOSE LLC, MEDICAL SALES MANAGEMENT INC., GDC PROPERTIES MANAGEMENT, LLC, BARRY J. CADDEN, LISA CONIGLIARO CADDEN, GLENN A. CHIN, et al. |
| **(b)** County of Residence of First Listed Plaintiff   Cumberland County, TN | County of Residence of First Listed Defendant   Cumberland County, TN |
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* <br> See attached sheet | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product Liability <br> ☐ 320 Assault, Libel & Slander <br> ☐ 330 Federal Employers' Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle Product Liability <br> ☐ 360 Other Personal Injury <br> ☐ 362 Personal Injury - Med. Malpractice | **PERSONAL INJURY** <br> ☐ 365 Personal Injury - Product Liability <br> ☒ 367 Health Care/ Pharmaceutical Personal Injury Product Liability <br> ☐ 368 Asbestos Personal Injury Product Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal Property Damage <br> ☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 <br> ☐ 690 Other <br><br> **LABOR** <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 740 Railway Labor Act <br> ☐ 751 Family and Medical Leave Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal 28 USC 157 <br><br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 840 Trademark <br><br> **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) | ☐ 375 False Claims Act <br> ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and Corrupt Organizations <br> ☐ 480 Consumer Credit <br> ☐ 490 Cable/Sat TV <br> ☐ 850 Securities/Commodities/ Exchange <br> ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts <br> ☐ 893 Environmental Matters <br> ☐ 895 Freedom of Information Act <br> ☐ 896 Arbitration |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☐ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 440 Other Civil Rights <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ Accommodations <br> ☐ 445 Amer. w/Disabilities - Employment <br> ☐ 446 Amer. w/Disabilities - Other <br> ☐ 448 Education | **PRISONER PETITIONS** <br> ☐ 510 Motions to Vacate Sentence <br> **Habeas Corpus:** <br> ☐ 530 General <br> ☐ 535 Death Penalty <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION** <br> ☐ 462 Naturalization Application <br> ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) <br> ☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS** <br> ☐ 870 Taxes (U.S. Plaintiff or Defendant) <br> ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision <br> ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C.A. § 1332

Brief description of cause:
Defective Medical Product

## VII. REQUESTED IN COMPLAINT:

- ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- **DEMAND $** 5,000,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions:)*

JUDGE   F. Dennis Saylor    DOCKET NUMBER   1:13-md-02419-FDS

DATE   12/17/2013

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE