UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
**IN RE: NEW ENGLAND**              )   MDL No. 2419
**COMPOUNDING PHARMACY, INC.**      )   Master Docket: 1:13-md-2419-FDS
**PRODUCTS LIABILITY LITIGATION**   )
                                    )
This document relates to:           )
                                    )
All Actions                         )
_____)

## ORDER ON STIPULATION AND JOINT MOTION TO STAY DISCOVERY, RESPONSIVE MOTIONS, AND PLEADINGS AS TO <u>INSPIRA HEALTH NETWORK, INC. AND INSPIRA MEDICAL CENTERS, INC.</u>

      Having considered the Stipulation and Joint Motion to Stay Discovery, Responsive Motions, and Pleadings as to Inspira Medical Centers, Inc. and Inspira Health Network, Inc. (collectively, "Inspira") filed by Inspira, the Plaintiffs' Steering Committee, Paul D. Moore, the duly appointed Chapter 11 Trustee of defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center, and the Official Committee of Unsecured Creditors, it is hereby ORDERED:

      1.    Inspira shall not be subject to discovery in the MDL while participating in private mediation except as otherwise directed by the Court. As such, all discovery in the MDL is stayed as to Inspira during the pendency of the mediation and will resume upon the termination of the mediation without a settlement or further order of the Court.

      2.    Further, the filing of motions to dismiss, answers, or any other responsive motions and pleadings by Inspira shall be stayed during the pendency of the mediation and will resume upon the termination of the mediation without a settlement or further order of the Court.

**So Ordered.**

                                                                                                             _____
                                                                                                         Hon. F. Dennis Saylor IV
                                                                                                         United States District Judge