# EXHIBIT 1



## Janet, Jenner & Suggs, LLC
———— ATTORNEYS AT LAW ————

Howard A. Janet, P.C.* | Kenneth M. Suggs• | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. KettererΔ

Sharon R. Guzejko◌ | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. KleinmanΔ‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.ⁿ | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson■†•

BAR MEMBERSHIPS
* Maryland | • South Carolina | ◊ Massachusetts | ± District of Columbia | ≈ Minnesota | Δ Pennsylvania
‡ Illinois | † Florida | ⁿ North Carolina | § New York | ≠ New Jersey | ■ West Virginia | ✦ California

August 23, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Vaughan A. Allen, M.D.
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

> Re:   Gokulbhai Maganbhai Patel, deceased
>       Notice of health care liability claim required by
>       Tennessee Code Annotated § 29-26-121

To Vaughan A. Allen, M.D.:

We are the attorneys representing Pinal Patel.

Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, and Vaughan A. Allen, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by you, your employees and/or agents to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth: September 1, 1932

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland : South Carolina | Massachusetts : New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
———— ATTORNEYS AT LAW ————

The name and address of the claimant authorizing this notice, and their relationship to the patient:

Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning the care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
——— ATTORNEYS AT LAW ———

Enclosures

cc:    Pinal Patel (*via first-class mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862  1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

**Robert K. Jenner**
**Janet, Jenner & Suggs, LLC**
**Commerce Center**
**1777 Reisterstown Rd, Suite 165**
**Baltimore, MD  21208**

**Rosie Oldham, RN, BS, LNCC**
**R&G Medical Legal Solutions, LLC**
**PO Box 5339**
**Peoria, AZ 85385-5339**

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Date _____ | X  X-rays (digital) |
| ___ Federal or State Tax information or records | ___ Outpatient Date _____ | X  X-ray reports |
| | X  Emergency Room records | X  ENTIRE RECORD |
| | ___ Face Sheet | X  Billing Records |
| ___ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.,* |
| | X  History & Physical | X  manufacturer, Lot #] |
| X  Laboratory reports | X  Discharge summary | X  Color copies of any photographs |
| | X  Consultation reports | |
| X  Report and/or records from physician, therapist | X  Surgery & Pathology reports | Test Results [*e.g.,* Spinal Tap] |
| | ___ MRIs (digital) | X |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from JANET, JENNER & SUGGS, LLC, R&G Medical Legal Solutions, LLC, or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of the law firm of JANET, JENNER & SUGGS, LLC, and/or R&G Medical Legal Solutions, LLC.

A photocopy of this authorization is to be considered as valid as the original.

Dated: _____

SSN: _____

DOB: _____

Signature: _____

Printed Name: _____

Address: _____

_____

_____

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Re: Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel, deceased

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughan A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023



# Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.*◦ | Kenneth M. Suggs◆ | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.◆ | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman∆‡ | Tara J. Posner*‡† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §◆ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.◦ | Steven J. German§≈± | Joel M. Rubenstein§◆ | Thomas G. Wilson♦†•

BAR MEMBERSHIPS:
*Maryland | ◆South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | •North Carolina | §New York | ♦New Jersey | ≈West Virginia | ◆California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Vaughn A. Allen, M.D.
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

Re:    Gokulbhai Maganbhai Patel
       HIPAA Compliant Authorization

To Vaughn A. Allen:

Enclosed please find an amended HIPAA compliant authorization and Notice of Claim.

Very truly yours,

Kimberly A. Dougherty

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



# Janet, Jenner & Suggs, LLC
ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs• | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman∆‡ | Tara J. Posner*† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli§≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson†♦

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | °North Carolina | §New York | ♯New Jersey | ♯West Virginia | ♦California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Vaughn A. Allen, M.D.
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

  Re: Gokulbhai Maganbhai Patel
    Notice of health care liability claim required by
    Tennessee Code Annotated § 29-26-121

To Vaughan A. Allen:

  We are the attorneys representing Gokulbhai Maganbhai Patel.

  Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation and Vaughn A. Allen, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by you, your employees and/or agents to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

  The full name and date of birth of the patient whose treatment is at issue:

  Gokulbhai Maganbhai Patel
  Date of Birth: September 1, 1932

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### —— ATTORNEYS AT LAW ——

The name and address of the claimant authorizing this notice:

Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
#### ATTORNEYS AT LAW

cc:     Pinal Patel (*via first-class mail*)
        Myra Staggs (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

## INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Date | X  X-rays (digital) |
| ___ Federal or State Tax information or records | ___ Outpatient Date | X  X-ray reports |
| | X  Emergency Room records | X  ENTIRE RECORD |
| | ___ Face Sheet | X  Billing Records |
| ___ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| | X  History & Physical | X  manufacturer; Lot #] |
| X  Laboratory reports | X  Discharge summary | X  Color copies of any photographs |
| | X  Consultation reports | |
| X  Report and/or records from physician, therapist | X  Surgery & Pathology reports | Test Results [*e.g.*, Spinal |
| | ___ MRIs (digital) | X  Tap] |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____.

A photocopy of this authorization is to be considered as valid as the original.

Dated: 8/15/13

SSN: 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

DOB: 09/01/32

DOD: 01/22/13

Signature: _Pinul Patel_

Printed Name: _Pinul Patel_

Address: _315 S Main St_
_Goodlettsville, TN 37072_

Individually, As Personal
Representative of the Estate
of Gokulbhai M. Patel

**STATE OF TENNESSEE**
**Office of Vital Records**

**TENNESSEE DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

1. DECEDENT'S NAME: Gokulbhai Maganbhai Patel

Sex: Male

4. DATE OF DEATH: 08:15 AM

5. AGE: 80

6. DATE OF BIRTH: September 1, 1932

7. BIRTHPLACE: Vihari, India

9. PLACE OF DEATH: Heritage Medical Center

Shelbyville

County of Death: Bedford

12. SOCIAL SECURITY NUMBER: 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

State of Birth: Tennessee

Decedent's usual occupation: Farmer

Kind of business/industry: Agriculture

County: Bedford

City or Town: Shelbyville

Residence: 400 S. Cannon Blvd.

Inside city limits: Yes

Zip Code: 37160

Father's name: Maganbhai Motibhai

Mother's name: Shashikant Patel / Premben (Maganbhai)

16. Informant's name: Shashikant Patel / 400 S. Cannon Blvd, Shelbyville TN 37160

Method of disposition: Cremation

Place of disposition: Moore Cornee Funeral Home

Location: Winchester TN

Name and address of funeral home: Feldhaus Memorial Chapel 2022 N. Main Street Shelbyville TN 37160

License number: 1044

Signature of registrar: Diane C. Kay (DR)

Date filed: Jan 23 2013

Certifier: PHYSICIAN / MEDICAL EXAMINER

License number: 37844

Date signed: 1/22/13

Name and address: Marvenel Foster, MD 2762 HWY 231 North Shelbyville TN 37160

IMMEDIATE CAUSE: COPD

PART II: CAD, IDDM, Fungal meningitis

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.
Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
STATE REGISTRAR

Diana F. Kay (DR)
Deputy Registrar
Bedford County

Date Issued: Jan 23, 2013

**CERTIFICATION OF VITAL RECORD**

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS Richard R. Rooker,  Clerk of Probate Court, at my office May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this ___14___ day of _____ 20_13_.

Richard R. Rooker, Clerk

_____ D.C.



# Janet, Jenner & Suggs, LLC
——— ATTORNEYS AT LAW ———

Howard A. Janet, P.C.* | Kenneth M. Suggs• | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francie M. Hinson, IV• | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn* ±
Seth L. Cardeli §≠ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.ᵒ | Steven J. German§≠± | Joel M. Rubenstein§≠ | Thomas G. Wilson■†•

BAR MEMBERSHIPS
* Maryland | • South Carolina | ◊Massachusetts | ± District of Columbia | ≈ Minnesota | △ Pennsylvania
‡ Illinois | † Florida | ᵒ North Carolina | § New York | ≠ New Jersey | ■ West Virginia | •California

August 23, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D. Registered Agent for Service of Process
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

Re:   Gokulbhai Maganbhai Patel, deceased
      Notice of health care liability claim required by
      Tennessee Code Annotated § 29-26-121

To Saint Thomas Outpatient Neurosurgical Center, LLC:

We are the attorneys representing Pinal Patel.

Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, and Vaughan A. Allen, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Saint Thomas Outpatient Neurosurgical Center, LLC to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
—————— ATTORNEYS AT LAW ——————

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice, and their relationship to the patient:

Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice.  If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning the care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be promptly cured.  If we do not hear from you we will assume that you agree the letter complies with the law.

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

Janet, Jenner & Suggs, LLC
——— ATTORNEYS AT LAW ———

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:   Pinal Patel (*via first-class mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

Robert K. Jenner
Janet, Jenner & Suggs, LLC
Commerce Center
1777 Reisterstown Rd, Suite 165
Baltimore, MD  21208

Rosie Oldham, RN, BS, LNCC
R&G Medical Legal Solutions, LLC
PO Box 5339
Peoria, AZ 85385-5339

## INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date _____ | X  X-rays (digital) |
| ____ Federal or State Tax information or records | ____ Outpatient Date _____ | X  X-ray reports |
| | X  Emergency Room records | X  ENTIRE RECORD |
| | ____ Face Sheet | X  Billing Records |
| ____ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| | X  History & Physical | X  manufacturer, Lot #] |
| X  Laboratory reports | X  Discharge summary | X  Color copies of any |
| | X  Consultation reports | photographs |
| X  Report and/or records from physician, therapist | X  Surgery & Pathology reports | Test Results [*e.g.*, Spinal |
| | ____ MRIs (digital) | X  Tap] |

I understand the requested medical records may include information relating to: **alcohol
and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually
transmitted disease, and/or communicable or noncommunicable disease information.** Such
information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.  I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)].  I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.  My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.  This authorization is valid for three (3) years.  The above named provider should respond to this request, or subsequent requests for information from JANET, JENNER & SUGGS, LLC, R&G Medical Legal Solutions, LLC, or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of the law firm of JANET, JENNER & SUGGS, LLC, and/or R&G Medical Legal Solutions, LLC.

A photocopy of this authorization is to be considered as valid as the original.

Dated: _____

SSN: _____

DOB: _____

Signature: _____

Printed Name: _____

Address: _____

_____

_____

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Re: Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel, deceased

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughan A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer△

Sharon R. Guzejko◊ | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.◊ | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson≈†♦

BAR MEMBERSHIPS
* Maryland | • South Carolina | ◊ Massachusetts | ± District of Columbia | ≈ Minnesota | △ Pennsylvania
‡ Illinois | † Florida | ° North Carolina | § New York | ∗ New Jersey | ■ West Virginia | ♦ California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D. Registered Agent for Service of Process:
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

Re:   Gokulbhai Maganbhai Patel
      HIPAA Compliant Authorization

To Saint Thomas Outpatient Neurosurgical Center, LLC:

Enclosed please find an amended HIPAA compliant authorization and Notice of Claim.

Very truly yours,

Kimberly A. Dougherty

Enclosure

December 5, 2013

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §⋈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.ª | Steven J. German§⋈± | Joel M. Rubenstein§⋈ | Thomas G. Wilson⋈†•

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | ªNorth Carolina | §New York | ⋈New Jersey | ■West Virginia | •California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D. Registered Agent for Service of Process:
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

> Re:   Gokulbhai Maganbhai Patel
> Notice of health care liability claim required by
> Tennessee Code Annotated § 29-26-121

To Saint Thomas Outpatient Neurosurgical Center, LLC:

We are the attorneys representing Gokulbhai Maganbhai Patel.

Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation and Vaughn A. Allen, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Saint Thomas Outpatient Neurosurgical Center, LLC to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
#### —— ATTORNEYS AT LAW ——

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be promptly cured.  If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
#### ———— ATTORNEYS AT LAW ————

Kimberly A. Dougherty

Enclosures

cc:    Pinal Patel (*via first-class mail*)
        Myra Staggs (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

_____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date | **X** X-rays (digital) |
| ____ Federal or State Tax information or records | ____ Outpatient Date | **X** X-ray reports |
| | **X** Emergency Room records | **X** ENTIRE RECORD |
| | ____ Face Sheet | **X** Billing Records |
| ____ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, manufacturer, Lot #] |
| | **X** History & Physical | **X** |
| **X** Laboratory reports | **X** Discharge summary | **X** Color copies of any photographs |
| | **X** Consultation reports | |
| **X** Report and/or records from physician, therapist | **X** Surgery & Pathology reports | Test Results [*e.g.*, Spinal **X** Tap] |
| | ____ MRIs (digital) | |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.  I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)].  I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.  My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.  This authorization is valid for three (3) years.  The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____.

A photocopy of this authorization is to be considered as valid as the original.

Dated:  8/15/13

SSN:  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

DOB:  09/01/32

DOD:  01/22/13

Signature:  *Pinul Patel*

Printed Name:  *Pinul Patel*

Address:  315 S Main St
Goodlettsville, TN 37072

Individually, As Personal
Representative of the Estate
of Gokulbhai M. Patel

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

Gokulbhai Maganbhai Patel



Male   January 22, 2013

DATE OF BIRTH: September 1, 1932

Vihan, India

Heritage Medical Center   Shelbyville   Bedford

Social Security Number: 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   Tennessee   Farmer   Agriculture

400 S. Cannon Blvd.   Bedford   37160   Shelbyville

COPD

CAD, IDDM, Fungal Meningitis

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.
Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
STATE REGISTRAR

Deputy Registrar
Bedford County

Date Issued: Jan 23, 2013

**CERTIFICATION OF VITAL RECORD**

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court, to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS, Richard R. Rooker, Clerk of Probate Court, at my office, on May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this 14 day of _____ 20 13 .

Richard R. Rooker, Clerk

_____ D.C.



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer△·

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV· | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.◊ | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson■†≈

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | △Pennsylvania
‡Illinois | †Florida | °North Carolina | §New York | ≈New Jersey | ■West Virginia | ♦California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

    Re:   Gokulbhai Maganbhai Patel
          HIPAA Compliant Authorization

To Saint Thomas Outpatient Neurosurgical Center, LLC:

    Enclosed please find an amended HIPAA compliant authorization and Notice of Claim.

          Very truly yours,

          Kimberly A. Dougherty

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 0216
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs§ | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*± ≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≠ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≠± | Joel M. Rubenstein§≠ | Thomas G. Wilson◼†•

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ± District of Columbia | ≈ Minnesota | ∆ Pennsylvania
‡Illinois | †Florida | °North Carolina | §New York | ◼New Jersey | ▪West Virginia | •California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D. Registered Agent for Service of Process:
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

    Re:    Gokulbhai Maganbhai Patel
           Notice of health care liability claim required by
           Tennessee Code Annotated § 29-26-121

To Saint Thomas Outpatient Neurosurgical Center, LLC:

    We are the attorneys representing Gokulbhai Maganbhai Patel.

    Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation and Vaughn A. Allen, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Saint Thomas Outpatient Neurosurgical Center, LLC to Gokulbhai

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
#### ATTORNEYS AT LAW

Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth: September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty, Managing Attorney

# Janet, Jenner & Suggs, LLC
### ——ATTORNEYS AT LAW——

Kimberly A. Dougherty

Enclosures

cc:     Pinal Patel (*via first-class mail*)
        Myra Staggs (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

_____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

## INFORMATION TO BE RELEASED

|   |   |   |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Date: | X X-rays (digital) |
| ___ Federal or State Tax information or records | ___ Outpatient Date | X X-ray reports |
|   | X Emergency Room records | X ENTIRE RECORD |
|   | ___ Face Sheet | X Billing Records |
| ___ Wage, income or earning records or reports |   | Steroid Injection Information [e.g., manufacturer, Lot #] |
|   | X History & Physical | X manufacturer, Lot #] |
| X Laboratory reports | X Discharge summary | X Color copies of any photographs |
|   | X Consultation reports |   |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | Test Results [e.g., Spinal Tap] |
|   | ___ MRIs (digital) | X |

I understand the requested medical records may include information relating to: alcohol
and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually
transmitted disease, and/or communicable or noncommunicable disease information. Such
information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.  I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)].  I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.  My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.  This authorization is valid for three (3) years.  The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: __8/15/13__

SSN: __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__

DOB: __09/01/32__

DOD: 01/22/13

Signature: _~~Pinul Patel~~_

Printed Name: _Pinul Patel_

Address: _315 S Main St_ _Goodlettsville, TN 37072_

Individually, As Personal Representative of the Estate of Gokulbhai M. Patel

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix)
Golubhai Maganbhai Patel

2. SEX Male

3. DATE OF DEATH (Month, Day, Year)
January 22, 2013

4. TIME OF DEATH 09:15 AM

6. DATE OF BIRTH (Month, Day, Year)
September 1, 1932

7. BIRTHPLACE (City and State or Foreign Country)
Vihan, India

DEATH OCCURRED IN A HOSPITAL: Inpatient

8b. FACILITY NAME
Heritage Medical Center

8c. CITY OR TOWN
Shelbyville

8d. COUNTY OF DEATH
Bedford

MARITAL STATUS: Married, but separated

SURVIVING SPOUSE

DECEDENT'S USUAL OCCUPATION
Farmer

KIND OF BUSINESS/INDUSTRY
Agriculture

SOCIAL SECURITY NUMBER
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

RESIDENCE-STATE OR FOREIGN COUNTRY
Tennessee

COUNTY
Bedford

CITY OR TOWN
Shelbyville

STREET AND NUMBER
400 S. Cannon Blvd.

ZIP CODE
37160

FATHER'S NAME (First, Middle, Last, Suffix)
Maganbhai Motibhai

MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last)
Premben Maganbhai

INFORMANT'S NAME
Shashikant Patel

RELATIONSHIP TO DECEDENT
Son

MAILING ADDRESS
400 S. Cannon Blvd., Shelbyville TN 37160

METHOD OF DISPOSITION: Cremation

PLACE OF DISPOSITION
Moore Cremation Center

LOCATION-City or Town and State
Winchester TN

NAME AND ADDRESS OF FUNERAL FACILITY
Feldhaus Memorial Chapel 2022 N. Main Street, Shelbyville TN 37160

SIGNATURE OF FUNERAL DIRECTOR
James David Feldhaus

DATE FILED (Month, Day, Year)
Jan 23, 2013

CERTIFIER: PHYSICIAN

Mohamed Faour, MD 2762 HWY 231 North, Shelbyville TN 37160

PART I.
IMMEDIATE CAUSE
COPD

PART II.
CAD, INDM, Fungal Meningitis

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.
Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
STATE REGISTRAR

Deputy Registrar
Bedford County

Date Issued
Jan 23, 2013

**CERTIFICATION OF VITAL RECORD**

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS Richard R. Rooker, Clerk of Probate Court, at my office May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this __14__ day of _____, 20_13_.

Richard R. Rooker, Clerk

_____ D.C.



# Janet, Jenner & Suggs, LLC
### ——————— ATTORNEYS AT LAW ———————

Howard A. Janet, P.C.* | Kenneth M. Suggs• | Robert K. Jenner, P.C.˝±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. Ketterer∆

Sharon R. Guzejko° | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn* ±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson■†•

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | °North Carolina | §New York | ≠New Jersey | ■West Virginia | •California

August 23, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D. Registered Agent for Service of Process
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

Re:   Gokulbhai Maganbhai Patel, deceased
      Notice of health care liability claim required by
      Tennessee Code Annotated § 29-26-121

To Howell Allen Clinic A Professional Corporation:

We are the attorneys representing Pinal Patel.

Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, and Vaughan A. Allen, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Howell Allen Clinic A Professional Corporation to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland : South Carolina | Massachusetts  New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
———— ATTORNEYS AT LAW ————

The name and address of the claimant authorizing this notice and their relationship to the patient:

Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning the care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
#### — ATTORNEYS AT LAW —

Enclosures
cc:    Pinal Patel (*via first-class mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

Robert K. Jenner
Janet, Jenner & Suggs, LLC
Commerce Center
1777 Reisterstown Rd, Suite 165
Baltimore, MD 21208

Rosie Oldham, RN, BS, LNCC
R&G Medical Legal Solutions, LLC
PO Box 5339
Peoria, AZ 85385-5339

## INFORMATION TO BE RELEASED

____ Municipal, Governmental, Fire or Police Records

____ Federal or State Tax information or records

____ Wage, income or earning records or reports

_X_ Laboratory reports

_X_ Report and/or records from physician, therapist

____ Inpatient Date _____
____ Outpatient Date _____
_X_ Emergency Room records
____ Face Sheet

_X_ History & Physical
_X_ Discharge summary
_X_ Consultation reports

_X_ Surgery & Pathology reports
____ MRIs (digital)

_X_ X-rays (digital)
_X_ X-ray reports
_X_ ENTIRE RECORD
_X_ Billing Records

____ Steroid Injection Information [e.g., manufacturer, Lot #]
_X_ Color copies of any photographs

_X_ Test Results [e.g., Spinal Tap]

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.  I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)].  I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.  My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.  This authorization is valid for three (3) years.  The above named provider should respond to this request, or subsequent requests for information from JANET, JENNER & SUGGS, LLC, R&G Medical Legal Solutions, LLC, or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of the law firm of JANET, JENNER & SUGGS, LLC, and/or R&G Medical Legal Solutions, LLC.

A photocopy of this authorization is to be considered as valid as the original.

Dated: _____        Signature: _____

SSN: _____          Printed Name: _____

DOB: _____          Address: _____

_____

_____

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Re: Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel, deceased

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughan A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

# EXHIBIT 6



# Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman∆‡ | Tara J. Posner*‡† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §✦ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.◊ | Steven J. German§✦± | Joel M. Rubenstein§✦ | Thomas G. Wilson■†✦

BAR MEMBERSHIPS
* Maryland | • South Carolina | ◊ Massachusetts | ± District of Columbia | ≈ Minnesota | ∆ Pennsylvania
‡ Illinois | † Florida | ◦ North Carolina | § New York | ✦ New Jersey | ■ West Virginia | ✦ California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D. Registered Agent for Service of Process:
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

     Re:    Gokulbhai Maganbhai Patel
             HIPAA Compliant Authorization

To Howell Allen Clinic A Professional Corporation:

     Enclosed please find an amended HIPAA compliant authorization and Notice of Claim.

               Very truly yours,

               Kimberly A. Dougherty

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



## Janet, Jenner & Suggs, LLC
ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr• | Brian D. KettererΔ

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. KleinmanΔ‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≠± | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.º | Steven J. German§≠± | Joel M. Rubenstein§≠ | Thomas G. Wilson≈†•

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ΔPennsylvania
‡Illinois | †Florida | ºNorth Carolina | §New York | ≠New Jersey | ■West Virginia | •California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D. Registered Agent for Service of Process:
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

Re:     Gokulbhai Maganbhai Patel
        Notice of health care liability claim required by
        Tennessee Code Annotated § 29-26-121

To Howell Allen Clinic A Professional Corporation:

    We are the attorneys representing Gokulbhai Maganbhai Patel.

    Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation and Vaughn A. Allen, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Saint Thomas Outpatient Neurosurgical Center, LLC to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

    The full name and date of birth of the patient whose treatment is at issue:

    Gokulbhai Maganbhai Patel

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### ━━ ATTORNEYS AT LAW ━━

Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be promptly cured.  If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### ———— ATTORNEYS AT LAW ————

Enclosures

cc:     Pinal Patel (*via first-class mail*)
        Myra Staggs (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

_____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

## INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Date | X X-rays (digital) |
| ___ Federal or State Tax information or records | ___ Outpatient Date | X X-ray reports |
| | X Emergency Room records | X ENTIRE RECORD |
| | ___ Face Sheet | X Billing Records |
| ___ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| | X History & Physical | X manufacturer, Lot #] |
| X Laboratory reports | X Discharge summary | X Color copies of any photographs |
| | X Consultation reports | |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | Test Results [*e.g.*, Spinal |
| | ___ MRIs (digital) | X Tap] |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.  I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)].  I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.  My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.  This authorization is valid for three (3) years.  The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: 8/15/13

SSN: 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

DOB: 09/01/32

DOD: 01/22/13

Signature: _____

Printed Name: Pinul Patel

Address: 315 S Main St
Goodlettsville, TN 37072

Individually, As Personal
Representative of the Estate
of Gokulbhai M. Patel

**STATE OF TENNESSEE**
Office of Vital Records

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

DECEDENT'S LEGAL NAME: Gokulbhai Maganbhai Patel

SEX: Male

DATE OF DEATH: January 22, 2013

TIME OF DEATH: 09:15 AM

AGE: 80

DATE OF BIRTH: September 1, 1932

BIRTHPLACE: Vihan, India

PLACE OF DEATH: Heritage Medical Center

CITY OR TOWN OF DEATH: Shelbyville

COUNTY OF DEATH: Bedford

MARITAL STATUS: Married but separated

DECEDENT'S USUAL OCCUPATION: Farmer

KIND OF BUSINESS/INDUSTRY: Agriculture

SOCIAL SECURITY NUMBER: 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

STATE OR FOREIGN COUNTRY: Tennessee

COUNTY: Bedford

CITY OR TOWN: Shelbyville

STREET AND NUMBER: 400 S. Cannon Blvd.

CITY LIMITS: Yes

ZIP CODE: 37160

FATHER'S NAME: Maganbhai Motibhai

MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Prembben Maganbhai

INFORMANT'S NAME: Shashikant Patel

RELATIONSHIP TO DECEDENT: Son

MAILING ADDRESS: 400 S. Cannon Blvd., Shelbyville TN 37180

METHOD OF DISPOSITION: Cremation

PLACE OF DISPOSITION: Moore Corner Funeral Home

LOCATION: Winchester TN

NAME AND ADDRESS OF FUNERAL HOME: James David Feldhaus, Feldhaus Memorial Chapel 2022 N. Main Street, Shelbyville TN 37160

LICENSE NUMBER: 4605

LICENSE NUMBER OF FUNERAL HOME: 1044

REGISTRAR: Iliana C. Fay (OR)

DATE FILED: Jan 23 2013

CERTIFIER — MEDICAL EXAMINER

LICENSE NUMBER: 37844

DATE: 1-22-13

CAUSE OF DEATH — IMMEDIATE CAUSE: COPD

PART II: CAD, IADM, Fungal Meningitis

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.
Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
STATE REGISTRAR

Iliana C. Fay (OR)
Deputy Registrar
Bedford County

Date Issued: Jan 23, 2013

**CERTIFICATION OF VITAL RECORD**

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate; and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS, Richard R. Rooker, Clerk of Probate Court, at my office, MAY 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this 14 day of _____ 20 13 .

Richard R. Rooker, Clerk

_____ D.C.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Debra Schonberg*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   03-26-13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Saint Thomas Outpatient
   Neurological Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)     7009 2820 0001 3573 8731

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Starr*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   Starr   8/27

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Saint Thomas Outpatient
   Neurological Center, LLC
c/o Gregory B. Lanford, MD
2011 Murphy Avenue
   Ste. 301
Nashville, TN 37203-2023

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)     7009 2820 0001 3573 8748

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vaughan A. Allen, MD
2011 Murphy Ave.
Ste. 301
Nashville, TN 37203-2023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  8/27

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7009 2820 0001 3573 8762

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Howell Allen Clinic A Professional
  Corporation
c/o Gregory B. Lanford, MD
2011 Murphy Ave, Ste. 301
Nashville, TN 37203-2023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  8/27

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7009 2820 0001 3573 8755

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540







## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.*✝ | Kenneth M. Suggs✝ | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt^±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.≈ | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman∆‡ | Tara J. Posner*±✝ | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §*± | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.º | Steven J. German§*± | Joel M. Rubenstein§*≈ | Thomas G. Wilson*✝+

BAR MEMBERSHIPS
* Maryland | • South Carolina | ◊ Massachusetts | ± District of Columbia | ≈ Minnesota | ∆ Pennsylvania
‡ Illinois | ✝ Florida | º North Carolina | § New York | * New Jersey | * West Virginia | + California

December 11, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

  Re: Gokulbhai Maganbhai Patel
    Notice of health care liability claim required by
    Tennessee Code Annotated § 29-26-121

To St. Thomas Hospital:

  We are the attorneys representing Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel.

  Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, Nashville, Tennessee, Vaughn A. Allen, M.D., St. Thomas Health, St. Thomas Hospital (St. Thomas West Hospital) and Saint Thomas Network, including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care,

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
## ———— ATTORNEYS AT LAW ————

medicines and services provided by employees and/or agents of St. Thomas Hospital to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth: September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
## —ATTORNEYS AT LAW—

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:   Pinal Patel (*via first-class mail*)
      Myra Staggs (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

_____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date | X X-rays (digital) |
| ____ Federal or State Tax information or records | ____ Outpatient Date | X X-ray reports |
| | X Emergency Room records | X ENTIRE RECORD |
| | ____ Face Sheet | X Billing Records |
| ____ Wage, income or earning records or reports | | ____ Steroid Injection Information [*e.g.*, manufacturer; Lot #] |
| | X History & Physical | |
| X Laboratory reports | X Discharge summary | X Color copies of any photographs |
| | X Consultation reports | |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | ____ Test Results [*e.g.*, Spinal Tap] |
| | ____ MRIs (digital) | X |

I understand the requested medical records may include information relating to: alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease; and/or communicable or noncommunicable disease information. Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.  I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(i)(ii)].  I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.  My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time, except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.  This authorization is valid for three (3) years.  The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____

A photocopy of this authorization is to be considered as valid as the original.

Dated:  8/15/13

SSN:  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

DOB:  09/01/32

DOD:  01/22/13

Signature: _____

Printed Name:  Pinul Patel

Address:  375 S Main St

Goodlettsville, TN 37072

Individually, As Personal Representative of the Estate of Gokulbhai M. Patel

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS, Richard R. Rooker, Clerk of Probate Court, at my office this May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this 14 day of _____ 20 13 .

Richard R. Rooker, Clerk

_____ D.C.

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

Decedent's Name: Gokulbhai Maganbhai Patel
Sex: Male
Date of Death: January 22, 2013
Time of Death: 09:15 AM
Age: 80
Date of Birth: September 1, 1932
Birthplace: Vihan, India

Place of Death: Heritage Medical Center
City of Death: Shelbyville
County of Death: Bedford

Social Security Number: 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
Residence/State of Foreign Country: Tennessee
County: Bedford
City or Town: Shelbyville
Street Address: 400 S. Cannon Blvd.
Zip Code: 37160

Usual Occupation: Farmer
Kind of Business/Industry: Agriculture

Father's Name: Maganbhai Motibhai
Mother's Name: Shankikant Patel

Informant's Name: Premben Maganbhai
Address: 400 S. Cannon Blvd, Shelbyville TN 37160

Method of Disposition: Cremation
Place of Disposition: Moore Corner Funeral Home
Location: Winchester TN

Funeral Director: James David Feldhaus
Name and Address of Funeral Home: Feldhaus Memorial Chapel 2022 N. Main Street Shelbyville TN 37160
License Number: 4606
License Number of Funeral Home: 1044

Registrar Signature: Diana E. ___ (DR)
Date Filed: Jan 23 2013

Part I. Immediate Cause: COPD

Part II. CAD, IADM Fungal Meningitis

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.
Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks,
STATE REGISTRAR

Diana E. ___ (DR)
Deputy Registrar
Bedford County

Date Issued: Jan 23 2013

**CERTIFICATION OF VITAL RECORD**



# Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs• | Robert K. Jenner, P.C.*±
Dov Apfel*±| Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. KettererΔ

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. KleinmanΔ‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn* ±
Seth L. Cardeli §≠ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≠± | Joel M. Rubenstein§≠ | Thomas G. Wilson≠†♦

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | Δ Pennsylvania
‡Illinois | †Florida | °North Carolina | §New York | ≠New Jersey | ■West Virginia | ♦California

December 11, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

      Re:    Gokulbhai Maganbhai Patel
               Notice of health care liability claim required by
               Tennessee Code Annotated § 29-26-121

To St. Thomas Network:

      We are the attorneys representing Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel.

      Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, Nashville, Tennessee, Vaughn A. Allen, M.D., St. Thomas Health, St. Thomas Hospital (St. Thomas West Hospital) and Saint Thomas Network, including their agents, employees, physicians, nurses and pharmacists.  This potential claim arises out of care,

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
—— ATTORNEYS AT LAW ——

medicines and services provided by employees and/or agents of St. Thomas Network to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**Janet, Jenner & Suggs, LLC**
——— ATTORNEYS AT LAW ———

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:    Pinal Patel (*via first-class mail*)
        Myra Staggs (*via electronic mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:
_____
_____
_____
_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

### INFORMATION TO BE RELEASED

|  |  |  |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Date | X X-rays (digital) |
| ___ Federal or State Tax information or records | ___ Outpatient Date | X X-ray reports |
|  | X Emergency Room records | X ENTIRE RECORD |
|  | ___ Face Sheet | X Billing Records |
| ___ Wage, income or earning records or reports |  | ___ Steroid Injection Information [*e.g.*, manufacturer; Lot #] |
|  | X History & Physical |  |
| X Laboratory reports | X Discharge summary | X Color copies of any photographs |
|  | X Consultation reports |  |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | ___ Test Results [*e.g.*, Spinal Tap] |
|  | ___ MRIs (digital) | X |

I understand the requested medical records may include information relating to: alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information. Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(i)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time, except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: 8/15/13          Signature: _____

SSN: 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        Printed Name: Pinal Patel

DOB: 09/01/32           Address: 315 S Main St

DOD: 01/22/13                    Goodlettsville, TN 37072

                        Individually, As Personal
                        Representative of the Estate
                        of Gokulbhai M. Patel

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court;  to collect and pay all debts, and to do and transact all the duties  in relation to said estate, to deliver the residue  thereof to those  who are by law entitled.

WITNESS, Richard R. Rooker,  Clerk of Probate Court,  at my office, May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker,  Clerk of the Probate Court,  do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator  of the estate of  GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this ___14___ day of _____, 20_13_.

Richard R. Rooker, Clerk

_____ D.C.

# STATE OF TENNESSEE
## Office of Vital Records

### TENNESSEE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

STATE FILE NUMBER

Decedent's legal name: Gokulbhai Maganbhai Patel

Sex: Male

Date of death: January 22, 2013

Time of death: 09:15 AM

Age: 80

Date of birth: September 1, 1932

Place of birth: Vihan, India

Place of death: Heritage Medical Center, Shelbyville

City of death: Shelbyville

County of death: Bedford

Decedent's usual occupation: Farmer

Kind of business/industry: Agriculture

Social Security Number: 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

Residence State: Tennessee, County: Bedford, City/Town: Shelbyville

Address: 400 S. Cannon Blvd., Zip Code: 37160

Father's name: Maganbhai Motibhai

Mother's name before first marriage: Premben Maganbhai

Informant's name: Shashikant Patel

Relationship to decedent: Son

Place of disposition: Moore Cortner Funeral Home, Winchester TN

Name and address of facility: 400 S. Cannon Blvd, Shelbyville TN 37160

Signature of funeral director: James David Feldhaus

Name and address of funeral facility: Feldhaus Memorial Chapel 2022 N. Main Street, Shelbyville TN 37160

License number: 1044

Registrar's signature: Juana C. Rey (OR)

Date filed: Jan 23 2013

Certifier: ☒ Physician

License number: 37544

Date signed: 1/22/13

Signature of certifier: Mohamed Faour, MD 2762 HWY 231 North, Shelbyville TN 37160

**PART I.**
Immediate cause: COPD
CAD, Adm. Fungal Meningitis

**I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.**
**Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.**

5699318

Teresa S. Hendricks
STATE REGISTRAR

Juana E. Rey (OR)
Deputy Registrar
Bedford County

Date Issued: Jan 23 2013

## CERTIFICATION OF VITAL RECORD