

## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.◊ | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson■†✦

BAR MEMBERSHIPS
* Maryland | • South Carolina | ◊ Massachusetts | ± District of Columbia | ≈ Minnesota | △ Pennsylvania
‡ Illinois | † Florida | ▫ North Carolina | § New York | ■ New Jersey | ■ West Virginia | ✦ California

December 11, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

Re: Gokulbhai Maganbhai Patel
  Notice of health care liability claim required by
  Tennessee Code Annotated § 29-26-121

To St. Thomas Health:

  We are the attorneys representing Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel.

  Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, Nashville, Tennessee, Vaughn A. Allen, M.D., St. Thomas Health, St. Thomas Hospital (St. Thomas West Hospital) and Saint Thomas Network, including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of St. Thomas Health to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

  The full name and date of birth of the patient whose treatment is at issue:

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### —ATTORNEYS AT LAW—

Gokulbhai Maganbhai Patel
Date of Birth: September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Individually, and as Personal Representative of the Estate of Gokulbhai
Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given
pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA
compliant medical authorization permitting you to obtain complete medical records on
Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's
death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not
accept this authorization for any reason, please contact us and we will arrange to execute an
authorization acceptable to them that will permit you to obtain complete medical records on
Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician
patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor
who provided medical services for Gokulbhai Maganbhai Patel. We expect that you will not
communicate with any person other than your attorney about any doctor's care and treatment of
Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated §
29-26-121. If you believe it is deficient in any way, please let us know and any defect will be
promptly cured. If we do not hear from you we will assume that you agree the letter complies
with the law.

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
## —— ATTORNEYS AT LAW ——

Very truly yours,

Kimberly A. Dougherty

Enclosures

cc:    Pinal Patel (*via first-class mail*)
       Myra Staggs (*via first-class mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date | X X-rays (digital) |
| ____ Federal or State Tax information or records | ____ Outpatient Date | X X-ray reports |
| | X Emergency Room records | X ENTIRE RECORD |
| | ____ Face Sheet | X Billing Records |
| ____ Wage, income or earning records or reports | | ____ Steroid Injection Information [e.g., manufacturer; Lot #] |
| | X History & Physical | |
| X Laboratory reports | X Discharge summary | X Color copies of any photographs |
| | X Consultation reports | |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | ____ Test Results [e.g., Spinal Tap] |
| | ____ MRIs (digital) | X |

I understand the requested medical records may include information relating to: alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information. Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time, except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: 8/15/13              Signature: [signature]

SSN: 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            Printed Name: Pihul Patel

DOB: 09/01/32               Address: 315 S Main St

DOD: 01/22/13                        Goodlettsville, TN 37072

Individually, As Personal
Representative of the Estate
of Gokulbhai M. Patel

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS, Richard R. Rooker, Clerk of Probate Court, at my office, this May 14, 2013

Richard R. Rooker, Clerk

_____ D. C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this ___14___ day of _____, 20_13_.

Richard R. Rooker, Clerk

_____ D. C.

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH

STATE FILE NUMBER

1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix): Gokulbhai Maganbhai Patel

2. SEX: Male

3. DATE OF DEATH (Month, Day, Year): January 22, 2013

4a. TIME OF DEATH: 02:15 AM

5. AGE: 80

6. DATE OF BIRTH (Month, Day, Year): September 1, 1932

7. BIRTHPLACE (City and State or Foreign Country): Vihan, India

10. PLACE OF DEATH: IF DEATH OCCURRED IN A HOSPITAL / IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL

11. FACILITY NAME: Heritage Medical Center

13. CITY OR TOWN OF DEATH: Shelbyville

14. COUNTY OF DEATH: Bedford

MARITAL STATUS: Widowed

15. DECEDENT'S USUAL OCCUPATION: Farmer

16. KIND OF BUSINESS/INDUSTRY: Agriculture

12. SOCIAL SECURITY NUMBER: 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

17a. RESIDENCE-STATE OR FOREIGN COUNTRY: Tennessee

17b. COUNTY: Bedford

17c. CITY OR TOWN: Shelbyville

18. STREET AND NUMBER: 400 S. Cannon Blvd.

17f. ZIP CODE: 37160

19. FATHER'S NAME (First, Middle, Last): Maganbhai Motibhai

Shashikant Patel

20. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last): Premben Maganbhai

21a. METHOD OF DISPOSITION: Cremation

21b. PLACE OF DISPOSITION: Moore Corner Funeral Home

21c. LOCATION: Winchester TN

23. NAME AND ADDRESS OF FUNERAL HOME: Feldhous Memorial Chapel 2022 N. Main Street Shelbyville TN 37160

22. SIGNATURE OF FUNERAL SERVICE LICENSEE: James David Feldhous

1044

REGISTRAR SIGNATURE: Diana E. Clay (DR)

30. DATE FILED (Month, Day, Year): Jan 23 2013

PHYSICIAN: Diana E. Clay (DR)

MEDICAL EXAMINER

378.44

9/22/13

24. NAME AND ADDRESS: Mahamed Fazur, MD 2762 HWY 231 North Shelbyville TN 37160

PART I. IMMEDIATE CAUSE: COPD

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I: CAD, IDDM, Fungal meningitis

5699318

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.
Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

Teresa S. Hendricks, STATE REGISTRAR

Deputy Registrar, Bedford County

Date Issued: Jan 23, 2013

CERTIFICATION OF VITAL RECORD



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV≈ | Hal J. Kleinman* △‡ | Tara J. Posner*±† | Elisha N. Hawk*≈ ≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn* ±
Seth L. Cardeli §≈ | Samuel M. Collinge*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.* | Steven J. German§*± | Joel M. Rubenstein§≈ | Thomas G. Wilson≈†+

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ‡District of Columbia | ≈Minnesota | △Pennsylvania
‡Illinois | †Florida | ≈North Carolina | §New York | ≈New Jersey | ≈West Virginia | +California

December 11, 2013

CERTIFICATE OF MAILING

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

     Re:    Gokulbhai Maganbhai Patel
             Notice of health care liability claim required by
             Tennessee Code Annotated § 29-26-121

To Howell Allen Clinic A Professional Corporation:

     Enclosed please find an amended Notice of Claim pursuant to Tennessee Code Annotated § 29-26-121. The list of names and addresses of all providers sent a Notice of Claim is amended to now include Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital. Please note that providing this amended Notice of Claim is not an admission of any deficiency in the Notice of Claim previously sent, as Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital are still subject to the Tolling Agreement waiving any notice requirements.

                  Very truly yours,

                  Kimberly A. Dougherty

KAD

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.*' | Gerald D. Jowers, Jr.• | Brian D. KettererΔ

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV•‡ | Hal J. KleinmanΔ‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli§≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson•†•

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | Δ Pennsylvania
‡Illinois | †Florida | °North Carolina | §New York | ≈New Jersey | ■West Virginia | •California

December 11, 2013

CERTIFICATE OF MAILING

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Re:    Gokulbhai Maganbhai Patel
       Notice of health care liability claim required by
       Tennessee Code Annotated § 29-26-121

To Howell Allen Clinic A Professional Corporation:

We are the attorneys representing Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel.

Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, Nashville, Tennessee, Vaughn A. Allen, M.D., St. Thomas Health, St. Thomas Hospital (St. Thomas West Hospital) and Saint Thomas Network, including their agents, employees, physicians, nurses and pharmacists.  This potential claim arises out of care, medicines and services provided by employees and/or agents of Howell Allen Clinic A Professional Corporation to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
## ——— ATTORNEYS AT LAW ———

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Individually, and as Personal Representative of the Estate of Gokulbhai
Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

    Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

    Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

    Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

    We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be promptly cured.  If we do not hear from you we will assume that you agree the letter complies with the law.

            Very truly yours,

Kimberly A. Dougherty

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### ──── ATTORNEYS AT LAW ────

Enclosures

cc:  Pinal Patel (*via first-class mail*)
     Myra Staggs (*via first-class mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

_____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Date | X X-rays (digital) |
| ___ Federal or State Tax information or records | ___ Outpatient Date | X X-ray reports |
| | X Emergency Room records | X ENTIRE RECORD |
| | ___ Face Sheet | X Billing Records |
| ___ Wage, income or earning records or reports | | Steroid Injection Information [e.g., |
| | X History & Physical | X manufacturer, Lot #] |
| X Laboratory reports | X Discharge summary | X Color copies of any photographs |
| | X Consultation reports | |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | Test Results [e.g., Spinal |
| | ___ MRIs (digital) | X Tap] |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.   I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)].   I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.   My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.   This authorization is valid for three (3) years.   The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____

A photocopy of this authorization is to be considered as valid as the original.


Dated: 8/15/13                          Signature:

SSN: 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                    Printed Name: Pinul Patel

DOB: 09/01/32                         Address: 315 S Main St
                                                          Goodlettsville, TN 37072
DOD: 01/22/13

                                                          Individually, As Personal
                                                          Representative of the Estate
                                                          of Gokulbhai M. Patel

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS, Richard R. Rooker,  Clerk of Probate Court,  at my office, May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this 14 day of _____ 20 13 .

Richard R. Rooker, Clerk

_____ D.C.

## STATE OF TENNESSEE
### Office of Vital Records

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

1. DECEDENT'S LEGAL NAME: Gokulbhai Maganbhai Patel
2. SEX: Male
3. DATE OF DEATH: January 22, 2013

4. TIME OF DEATH: 08:15 AM
5. AGE: 80
6. DATE OF BIRTH: September 1, 1932
7. BIRTHPLACE: Viran, India

At place of death

8. DEATH OCCURRED IN A HOSPITAL: Inpatient
9. Harrison Medical Center — Shelbyville
10. COUNTY OF DEATH: Bedford

11. MARITAL STATUS: Married, but separated
12. DECEDENT'S USUAL OCCUPATION: Farmer — Agriculture
13. CITY OR TOWN: Shelbyville

14. SOCIAL SECURITY NUMBER: 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
15. RESIDENCE-STATE OR FOREIGN COUNTRY: Tennessee — Bedford
16. ZIP CODE: 37160

17. STREET AND NUMBER: 400 S. Cannon Blvd.

DECEDENT'S RACE: Asian Indian

18. INFORMANT'S NAME: Maganbhai Motibhai / Shashikant Patel
19. RELATIONSHIP: Son / Premben Meganbhai
20. MAILING ADDRESS: 400 S. Cannon Blvd., Shelbyville TN 37160

METHOD OF DISPOSITION: Burial / Cremation
PLACE OF DISPOSITION: Moore Corner Funeral Home
LOCATION: Winchester TN

SIGNATURE OF FUNERAL DIRECTOR: James David Feldhaus
Feldhaus Memorial Chapel 2022 N. Main Street Shelbyville TN 37160
LICENSE NUMBER: 4506

REGISTRAR'S SIGNATURE: Diana E. Flag (OR)
DATE FILED: Jan 23 2013

CERTIFIER: PHYSICIAN
SIGNATURE: 
LICENSE NUMBER: 37840
DATE SIGNED: 1/22/13
NAME AND ADDRESS: Mahamed Fazur, MD 2762 HWY 231 North Shelbyville TN 37160

PART I.
IMMEDIATE CAUSE: COPD

PART II. CAD, IMM Fungal Meningitis



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.*‡ | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. KettererΔ

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV♦ | Hal J. Kleinman* Δ‡ | Tara J. Posner*‡† | Elisha N. Hawk*‡≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*‡±
Seth L. Cardeli §≈ | Samuel M. Collinge*≈ | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.* | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson♦†

BAR MEMBERSHIPS
*Maryland | ♦South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ΔPennsylvania
‡Illinois | †Florida | ♦North Carolina | §New York | ≈New Jersey | ♦West Virginia | ♦California

December 11, 2013

CERTIFICATE OF MAILING

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

     Re:    Gokulbhai Maganbhai Patel
              Notice of health care liability claim required by
              Tennessee Code Annotated § 29-26-121

To Saint Thomas Outpatient Neurosurgical Center, LLC:

     Enclosed please find an amended Notice of Claim pursuant to Tennessee Code Annotated § 29-26-121.  The list of names and addresses of all providers sent a Notice of Claim is amended to now include Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital. Please note that providing this amended Notice of Claim is not an admission of any deficiency in the Notice of Claim previously sent, as Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital are still subject to the Tolling Agreement waiving any notice requirements.

                       Very truly yours,

                       Kimberly A. Dougherty

KAD

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



# Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.*│ Kenneth M. Suggs■│ Robert K. Jenner, P.C.*±
Dov Apfel*±│ Stephen C. Offutt*±≈│ Giles H. Manley, M.D., J.D.*│ Gerald D. Jowers, Jr.■│ Brian D. Ketterer∆

Sharon R. Guzejko*│ Kimberly A. Dougherty◊│ Francis M. Hinson, IV●│ Hal J. Kleinman∆‡│ Tara J. Posner*±†│ Elisha N. Hawk*±≈
Justin A. Browne*│ Joyce E. Jones*│ Jessica H. Meeder*±│ Leah K. Barron*│ Lindsey M. Craig*│ Jason B. Penn*±
Seth L. Cardeli§≈│ Samuel M. Collings*±│ William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.●│ Steven J. German§≈±│ Joel M. Rubenstein§≈│ Thomas G. Wilson■†♦

BAR MEMBERSHIPS
*Maryland │ ●South Carolina │ ◊Massachusetts │ ±District of Columbia │ ≈Minnesota │ ∆Pennsylvania
‡Illinois │ †Florida │ ●North Carolina │ §New York │ ≈New Jersey │ ■West Virginia │ ♦California

December 11, 2013

CERTIFICATE OF MAILING

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

      Re:    Gokulbhai Maganbhai Patel
              Notice of health care liability claim required by
              Tennessee Code Annotated § 29-26-121

To Saint Thomas Outpatient Neurosurgical Center, LLC:

    We are the attorneys representing Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel.

    Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, Nashville, Tennessee, Vaughn A. Allen, M.D., St. Thomas Health, St. Thomas Hospital (St. Thomas West Hospital) and Saint Thomas Network, including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care,

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 │ Boston, Massachusetts 02116
617-933-1265 │ Fax 410-653-6903 │ 1-877-692-3862 │ 1-877-MY-ADVOCATES
info@MyAdvocates.com │ MyAdvocates.com

Maryland │ South Carolina │ Massachusetts │ New York │ North Carolina │ Washington, D.C. │ West Virginia

# Janet, Jenner & Suggs, LLC
### ———— ATTORNEYS AT LAW ————

medicines and services provided by employees and/or agents of Saint Thomas Outpatient Neurosurgical Center, LLC to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be promptly cured.  If we do not hear from you we will assume that you agree the letter complies with the law.

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
## ——— ATTORNEYS AT LAW ———

Very truly yours,

Kimberly A. Dougherty

Enclosures

cc:    Pinal Patel (*via first-class mail*)
       Myra Staggs (*via first-class mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

The following is a list of all providers to whom notice is being given pursuant to Tennessee
Code Annotated § 29-26-121 (a)(2)(D):

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

# HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

_____

_____

_____

_____

    I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____

    THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

## INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Date _____ | X X-rays (digital) |
| ___ Federal or State Tax information or records | ___ Outpatient Date | X X-ray reports |
| | X Emergency Room records | X ENTIRE RECORD |
| | ___ Face Sheet | X Billing Records |
| ___ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| | X History & Physical | X manufacturer; Lot #] |
| X Laboratory reports | X Discharge summary | X Color copies of any photographs |
| | X Consultation reports | |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | Test Results [*e.g.*, Spinal |
| | ___ MRIs (digital) | X Tap] |

    I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.  I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)].  I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.  My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time, except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.  This authorization is valid for three (3) years.  The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: 8/15/13

SSN: 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

DOB: 09/01/32

DOD: 01/22/13

Signature: _____

Printed Name: _Pinul Patel_

Address: _315 S Main St_
_Goodlettsville, TN 37072_

Individually, As Personal Representative of the Estate of Gokulbhai M. Patel

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration, and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS, Richard R. Rooker, Clerk of Probate Court, at my office this May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this 14 day of _____ 20 13.

Richard R. Rooker, Clerk

_____ D.C.

# STATE OF TENNESSEE
## Office of Vital Records

TENNESSEE DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH

STATE FILE NUMBER

1. DECEDENT'S LEGAL NAME: Gokulbhai Maganbhal Patel
   SEX: Male
   DATE OF DEATH: January 22, 2013

4. TIME OF DEATH: 09:15 AM
   AGE: 80
   DATE OF BIRTH: September 1, 1932
   BIRTHPLACE: Vihar, India

7. DEATH OCCURRED IN A HOSPITAL
   FACILITY NAME: Heritage Medical Center
   CITY OR TOWN: Shelbyville
   COUNTY OF DEATH: Bedford

MARITAL STATUS: Married, but separated
SURVIVING SPOUSE: N/A
USUAL OCCUPATION: Farmer
KIND OF BUSINESS/INDUSTRY: Agriculture

SOCIAL SECURITY NUMBER: 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
RESIDENCE-STATE OR FOREIGN COUNTRY: Tennessee
COUNTY: Bedford
CITY OR TOWN: Shelbyville

STREET AND NUMBER: 400 S. Cannon Blvd.
INSIDE CITY LIMITS
ZIP CODE: 37160

FATHER'S NAME: Maganbhal Mobbhai
MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Premiben, Maganbhai

INFORMANT'S NAME: Shashikant Patel
RELATIONSHIP TO DECEDENT: Son
MAILING ADDRESS: 400 S. Cannon Blvd., Shelbyville TN 37160

METHOD OF DISPOSITION: Burial
PLACE OF DISPOSITION: Moore Cortner Funeral Home
LOCATION: Winchester TN

SIGNATURE OF FUNERAL DIRECTOR: James David Feldhaus
LICENSE NUMBER: 4605

NAME AND ADDRESS OF FUNERAL HOME: Feldhaus Memorial Chapel 2022 N. Main Street, Shelbyville TN 37160
LICENSE NUMBER: 1044

REGISTRAR'S SIGNATURE: *Diana C. Hay (OR)*
DATE FILED: Jan 23 2013

CERTIFIER: PHYSICIAN
SIGNATURE: *[signature]* MD
LICENSE NUMBER: 37844
DATE SIGNED: 1/22/13
NAME AND ADDRESS: Mohamed Fkour, MD 2762 NW 231 North, Shelbyville TN 37160

PART I. IMMEDIATE CAUSE: COPD

PART II. CAD, IDDM, Fungal Meningitis

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
STATE REGISTRAR

*Diana E. Hay (OR)*
Deputy Registrar
Deputy County

Date Issued: Jan 23, 2013

## CERTIFICATION OF VITAL RECORD



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. KettererΔ

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman*Δ‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §∞ | Samuel M. Collings*± | William F. Burnham*

### OF COUNSEL
John C. Hensley, Jr.* | Steven J. German§∞± | Joel M. Rubenstein§∞ | Thomas G. Wilson●†±

### BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ΔPennsylvania
‡Illinois | †Florida | ∞North Carolina | §New York | ●New Jersey | ■West Virginia | ♦California

December 11, 2013

CERTIFICATE OF MAILING

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

> Re:   Gokulbhai Maganbhai Patel
>       Notice of health care liability claim required by
>       Tennessee Code Annotated § 29-26-121

To Saint Thomas Outpatient Neurosurgical Center, LLC:

 Enclosed please find an amended Notice of Claim pursuant to Tennessee Code Annotated § 29-26-121. The list of names and addresses of all providers sent a Notice of Claim is amended to now include Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital. Please note that providing this amended Notice of Claim is not an admission of any deficiency in the Notice of Claim previously sent, as Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital are still subject to the Tolling Agreement waiving any notice requirements.

     Very truly yours,

     Kimberly A. Dougherty

KAD

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs• | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≉ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.º | Steven J. German§≉± | Joel M. Rubenstein§≉ | Thomas G. Wilson■†•

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | △Pennsylvania
‡Illinois | †Florida | ºNorth Carolina | §New York | ≉New Jersey | ■West Virginia | •California

December 11, 2013

CERTIFICATE OF MAILING

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

     Re:    Gokulbhai Maganbhai Patel
            Notice of health care liability claim required by
            Tennessee Code Annotated § 29-26-121

To Saint Thomas Outpatient Neurosurgical Center, LLC:

     We are the attorneys representing Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel.

     Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, Nashville, Tennessee, Vaughn A. Allen, M.D., St. Thomas Health, St. Thomas Hospital (St. Thomas West Hospital) and Saint Thomas Network, including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care,

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-9903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
—————— ATTORNEYS AT LAW ——————

medicines and services provided by employees and/or agents of Saint Thomas Outpatient Neurosurgical Center, LLC to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be promptly cured.  If we do not hear from you we will assume that you agree the letter complies with the law.

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
—— ATTORNEYS AT LAW ——

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:    Pinal Patel (*via first-class mail*)
        Myra Staggs (*via first-class mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date _____ | X X-rays (digital) |
| ____ Federal or State Tax information or records | ____ Outpatient Date _____ | X X-ray reports |
| | X Emergency Room records | X ENTIRE RECORD |
| | ____ Face Sheet | X Billing Records |
| ____ Wage, income or earning records or reports | | Steroid Injection Information [e.g., |
| | X History & Physical | X manufacturer, Lot #] |
| X Laboratory reports | X Discharge summary | X Color copies of any |
| | X Consultation reports | photographs |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | Test Results [e.g., Spinal |
| | ____ MRIs (digital) | X Tap] |

I understand the requested medical records may include information relating to: alcohol
and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually
transmitted disease, and/or communicable or noncommunicable disease information. Such
information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.  I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)].  I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.  My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.  This authorization is valid for three (3) years.  The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: __8/15/13__

SSN: __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__

DOB: __09/01/32__

DOD: 01/22/13

Signature: _~~Pinal Patel~~_____

Printed Name: _Pinal Patel_

Address: _315 S Main St_ _Goodlettsville, TN 37012_

Individually, As Personal Representative of the Estate of Gokulbhai M. Patel

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS, Richard R. Rooker, Clerk of Probate Court, at my office this MAY 14, 2013

Richard R. Rooker, Clerk



_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this 14 day of _____ 20 13.

Richard R. Rooker, Clerk

_____ D.C.

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix)
Gokulbhai Maganbhai Patel

2. SEX: Male

3. DATE OF DEATH (Month, Day, Year): January 22, 2013

4. AGE: 80    5. UNDER 1 YEAR    6. DATE OF BIRTH (Month, Day, Year): September 1, 1932

7. BIRTHPLACE (City and State or Foreign Country): Vitan, India

TIME OF DEATH: 09:15 AM

6a. PLACE OF DEATH (Check only one)

IF DEATH OCCURRED IN A HOSPITAL:  IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:

☐ Inpatient  ☐ ER/Outpatient  ☑ DOA    ☐ Hospice facility  ☐ Nursing home/Long term care facility  ☐ Decedent's home  ☐ Other (Specify)

9. FACILITY NAME (If not institution, give street and number)
Heritage Medical Center

10. CITY OR TOWN: Shelbyville    11a. COUNTY OF DEATH: Bedford

11. MARITAL STATUS
☑ Married, but separated  ☐ Widowed
☐ Divorced  ☐ Never married  ☐ Unknown

13. DECEDENT'S USUAL OCCUPATION: Farmer

14. KIND OF BUSINESS/INDUSTRY: Agriculture

12. SOCIAL SECURITY NUMBER: 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

STATE OR FOREIGN COUNTRY: Tennessee

16. CITY OR TOWN: Shelbyville

17. COUNTY: Bedford

15. STREET AND NUMBER: 400 S. Cannon Blvd.

18. INSIDE CITY LIMITS  ☑ Yes  ☐ No

19. ZIP CODE: 37160

MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last)
Premiben Maganbhai

FATHER'S NAME: Maganbhai Motibhai

20. INFORMANT'S NAME: Shashikant Patel

21. RELATIONSHIP TO DECEDENT: Son

22. MAILING ADDRESS: 400 S. Cannon Blvd., Shelbyville TN 37180

23. METHOD OF DISPOSITION  ☑ Burial  ☐ Cremation
☐ Donation  ☐ Entombment  ☐ Removal from State  ☐ Other (Specify)

24. PLACE OF DISPOSITION (Name of cemetery, crematory, other place)
Moore Cortner Funeral Home

25. LOCATION – City or Town and State: Winchester TN

26. SIGNATURE OF FUNERAL DIRECTOR
> James David Feichaus

27. LICENSE NUMBER: 4606

28. SIGNATURE OF EMBALMER: N/A

29. LICENSE NUMBER: N/A

30. NAME AND ADDRESS OF FUNERAL HOME
Feichaus Memorial Chapel 2021 N. Main Street, Shelbyville TN 37160

31. LICENSE NUMBER OF FUNERAL HOME: 1044

34. REGISTRAR'S SIGNATURE: *Diana C. Kay (DR)*    35. DATE FILED (Month, Day, Year): Jan 23 2013

36. CERTIFIER (Check only one)
☑ PHYSICIAN – To the best of my knowledge, death occurred at the date and place, and due to the cause(s) and manner stated.
☐ MEDICAL EXAMINER – On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

37a. SIGNATURE OF CERTIFIER

37b. LICENSE NUMBER: 37844    37c. DATE SIGNED (Month, Day, Year): 1/22/13

37d. NAME AND ADDRESS OF PERSON COMPLETING CAUSE OF DEATH
Mahewood Feroui, MD 2782 HWY 231 North Shelbyville TN 37160

38. PART I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line.

IMMEDIATE CAUSE (Final disease or condition resulting in death) a. → COPD    Due to (or as a consequence of):

Sequentially list conditions, b. ___    Due to (or as a consequence of):

UNDERLYING CAUSE (Disease or injury that initiated the events resulting in death) c. ___    Due to (or as a consequence of):

d. ___

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
CAD, IHM Fungal Meningitis

38. MANNER OF DEATH
☑ Natural  ☐ Homicide  ☐ Accident  ☐ Pending Investigation  ☐ Suicide  ☐ Could not be determined

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.
Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
**STATE REGISTRAR**

*Diana E. Kay (DR)*
**Deputy Registrar**
**Bedford County**

Date Issued:
Jan 23 2013

**CERTIFICATION OF VITAL RECORD**



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*‡
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV≈ | Hal J. Kleinman*∆‡ | Tara J. Posner*±† | Elisha N. Hawk*≈≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈± | Samuel M. Collinge*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.* | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson*†÷

BAR MEMBERSHIPS
*Maryland | *South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | ≈North Carolina | §New York | ≈New Jersey | ≈West Virginia | +California

December 11, 2013

CERTIFICATE OF MAILING

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

> Re:   Gokulbhai Maganbhai Patel
>        Notice of health care liability claim required by
>        Tennessee Code Annotated § 29-26-121

To Vaughn A. Allen, M.D:

Enclosed please find an amended Notice of Claim pursuant to Tennessee Code Annotated § 29-26-121. The list of names and addresses of all providers sent a Notice of Claim is amended to now include Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital. Please note that providing this amended Notice of Claim is not an admission of any deficiency in the Notice of Claim previously sent, as Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital are still subject to the Tolling Agreement waiving any notice requirements.

Very truly yours,

Kimberly A. Dougherty

KAD

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES |
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs§ | Robert K. Jenner, P.C.*± | Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.■ | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV■◦ | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈. Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*± Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.◦ | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson■†◦

BAR MEMBERSHIPS
*Maryland | ● South Carolina | ◊Massachusetts | ± District of Columbia | ≈ Minnesota | ∆ Pennsylvania
‡ Illinois | † Florida | ■ North Carolina | $ New York | ≈ New Jersey | ■ West Virginia | ◦California

December 11, 2013

CERTIFICATE OF MAILING

Vaughan A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Re:     Gokulbhai Maganbhai Patel
        Notice of health care liability claim required by
        Tennessee Code Annotated § 29-26-121

To Vaughan A. Allen:

We are the attorneys representing Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel.

Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, Nashville, Tennessee, Vaughn A. Allen, M.D., St. Thomas Health, St. Thomas Hospital (St. Thomas West Hospital) and Saint Thomas Network, including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by you, your employees and/or agents to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### ——— ATTORNEYS AT LAW ———

Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Individually, and as Personal Representative of the Estate of Gokulbhai
Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given
pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA
compliant medical authorization permitting you to obtain complete medical records on
Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's
death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not
accept this authorization for any reason, please contact us and we will arrange to execute an
authorization acceptable to them that will permit you to obtain complete medical records on
Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician
patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor
who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not
communicate with any person other than your attorney about any doctor's care and treatment of
Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated §
29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be
promptly cured.  If we do not hear from you we will assume that you agree the letter complies
with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### —— ATTORNEYS AT LAW ——

cc:    Pinal Patel (*via first-class mail*)
        Myra Staggs (*via first-class mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-2862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Date _____ | X X-rays (digital) |
| ___ Federal or State Tax information or records | ___ Outpatient Date | X X-ray reports |
| | X Emergency Room records | X ENTIRE RECORD |
| | ___ Face Sheet | X Billing Records |
| ___ Wage, income or earning records or reports | | ___ Steroid Injection Information [e.g., manufacturer, Lot #] |
| | X History & Physical | |
| X Laboratory reports | X Discharge summary | |
| | X Consultation reports | X Color copies of any photographs |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | ___ Test Results [e.g., Spinal |
| | ___ MRIs (digital) | X Tap] |

I understand the requested medical records may include information relating to: **alcohol
and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually
transmitted disease, and/or communicable or noncommunicable disease information.** Such
information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: 8/15/13

SSN: 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

DOB: 09/01/32

DOD: 01/22/13

Signature: _____

Printed Name: Pinal Patel

Address: 315 S Main St Goodlettsville, TN 37072

Individually, As Personal Representative of the Estate of Gokulbhai M. Patel

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court;   to collect and pay all debts, and to do and transact all the duties  in relation to said estate, to deliver the residue  thereof to those  who are by law entitled.

WITNESS, Richard R. Rooker,  Clerk of Probate Court,  at my office this May 14, 2013

Richard R. Rooker, Clerk

_____ D. C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard  R.  Rooker,  Clerk of the Probate Court,  do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL  PATEL, as Administrator   of the estate of  GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is  still acting as Administrator of the estate, and  all acts as  such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this  14  day of _____ 20 13 .

Richard R. Rooker, Clerk

_____ D. C.

**STATE OF TENNESSEE**
Office of Vital Records

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

Gokulbhai Maganbhai Patel — Male — January 22, 2013

AGE: 80 — DATE OF BIRTH: September 1, 1932 — BIRTHPLACE: Vihan, India

TIME OF DEATH: 09:15 AM

PLACE OF DEATH:
FACILITY NAME: Heritage Medical Center — Shelbyville — COUNTY: Bedford

DECEDENT'S USUAL OCCUPATION: Farmer — KIND OF BUSINESS/INDUSTRY: Agriculture

SOCIAL SECURITY NUMBER: 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
BIRTHPLACE (STATE OR FOREIGN COUNTRY): Tennessee
COUNTY: Bedford
ZIP CODE: 37160

STREET AND NUMBER: 400 S. Cannon Blvd.

MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Premben Meganbhai

FATHER'S NAME: Maganbhai Motibhai

PHYSICIAN'S NAME: Bhashikant Patel
RELATIONSHIP TO DECEDENT: Son
INFORMANT'S MAILING ADDRESS: 400 S. Cannon Blvd. Shelbyville TN 37180

METHOD OF DISPOSITION: Burial
PLACE OF DISPOSITION: Moore Cortner Funeral Home
LOCATION: Winchester TN

NAME AND ADDRESS OF FUNERAL HOME: James David Feldheus
Feldheus Memorial Chapel 2022 N. Main Street, Shelbyville TN 37160

REGISTRAR'S SIGNATURE: Diana C. Ray (DR)   DATE FILED: Jan 23 2013

CERTIFIER: ☒ PHYSICIAN   ☐ MEDICAL EXAMINER

SIGNATURE OF CERTIFIER
LICENSE NUMBER: 37844   DATE SIGNED: 1/22/13
Mohamed Faour, MD 2762 HWY 231 North Shelbyville TN 37180

IMMEDIATE CAUSE: COPD

PART II: CAD, IDDM, Fungal Meningitis

I hereby certify the above to be a true and correct copy of the original document on file in this
department. This certified copy is valid only when printed on security paper showing the red
embossed seal of the Department of Health. Alteration or erasure voids this certification.
Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
**STATE REGISTRAR**

Diana E. Ray (DR)
**Deputy Registrar**
**Bedford County**

Date Issued: Jan 23 2013

**CERTIFICATION OF VITAL RECORD**



**UNITED STATES POSTAL SERVICE®**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Janet, Jenner & Suggs, LLC
ATTORNEYS AT LAW
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

To:
St. Thomas Hospital (St. Thomas West Hospital)
Cn Registered Agent, E Berry Holt, III
102 Woodmont Blvd, Ste 800
Nashville, TN 37205-2221

PS Form 3817, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE
PAID
BOSTON,MA
02116
DEC 11 '13
AMOUNT
$1.20
0000685511-08
1000

---

**UNITED STATES POSTAL SERVICE®**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Janet, Jenner & Suggs, LLC
ATTORNEYS AT LAW
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

To:
St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Rd.
Nashville, TN 37205

PS Form 3817, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE
PAID
BOSTON,MA
02116
DEC 11 '13
AMOUNT
$1.20
0000685511-08
1000

---

**UNITED STATES POSTAL SERVICE®**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Janet, Jenner & Suggs, LLC
ATTORNEYS AT LAW
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

To:
St. Thomas Network
Registered Agent, E Berry Holt, III
102 Woodmont Blvd, Ste 800
Nashville, TN 37205-2221

PS Form 3817, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE
PAID
BOSTON,MA
02116
DEC 11 '13
AMOUNT
$1.20
0000685511-08
1000



---

**UNITED STATES POSTAL SERVICE®**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Janet, Jenner & Suggs, LLC
ATTORNEYS AT LAW
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

To:
St. Thomas Network
Registered Agent, E Berry Holt, III
4220 Harding Pike
Nashville, TN 37205

PS Form 3817, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE
PAID
BOSTON,MA
02116
DEC 11 '13
AMOUNT
$1.20
0000685511-08
1000

**UNITED STATES POSTAL SERVICE ®**

**Certificate Of Maili**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mai
This form may be used for domestic and international mail.

From:

**Janet, Jenner & Suggs, LLC**
ATTORNEYS AT LAW

31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

To: St. Thomas Health
c/o Registered Agent: E. Berry, MD H, III
102 Woodmont Blvd. Ste 800
Nashville, TN

PS Form **3817**, April 2007 PSN 7530-02-000-9065

0000685311-08

1000

UNITED STATES
POSTAL SERVICE

$1.20

U.S. POSTAGE
PAID
BOSTON,MA
02116
DEC 11,13
AMOUNT



UNITED STATES
POSTAL SERVICE®

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

PS Form **3817**, April 2007 PSN 7530-02-000-9065

**Janet, Jenner & Suggs, LLC**
ATTORNEYS AT LAW
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

From:

To: St. Thomas Outpatient Neurosurgical Ctr, LLC
c/o Arizona B. Lanford, Registered Agent
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2033

U.S. POSTAGE
PAID
BOSTON, MA
02116
DEC 11 13
AMOUNT
$1.20
0000689511-08
0001

---

UNITED STATES
POSTAL SERVICE®

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

PS Form **3817**, April 2007 PSN 7530-02-000-9065

**Janet, Jenner & Suggs, LLC**
ATTORNEYS AT LAW
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

From:

To: St. Thomas Outpatient Neurosurgical Ctr, LLC
Floor 9,
4550 Harding Pike
Nashville, TN 37203-2013

U.S. POSTAGE
PAID
BOSTON, MA
02116
DEC 11 13
AMOUNT
$1.20
0000689511-08
0001

---

UNITED STATES
POSTAL SERVICE®

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

PS Form **3817**, April 2007 PSN 7530-02-000-9065

**Janet, Jenner & Suggs, LLC**
ATTORNEYS AT LAW
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

From:

To: Howell Allen Clinic A Professional Corporation
c/o Arizona B. Lanford, M.D., Registered Agent
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2033

U.S. POSTAGE
PAID
BOSTON, MA
02116
DEC 11 13
AMOUNT
$1.20
0000689511-08
0001



---

UNITED STATES
POSTAL SERVICE®

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

PS Form **3817**, April 2007 PSN 7530-02-000-9065

**Janet, Jenner & Suggs, LLC**
ATTORNEYS AT LAW
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

From:

To: Vaughan A. Allen, M.D.
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2033

U.S. POSTAGE
PAID
BOSTON, MA
02116
DEC 11 13
AMOUNT
$1.20
0000689511-08
0001

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| PINAL PATEL, Individually, As Personal Representative of the Estate of GOKULBHAI MAGANBHAI PATEL, Deceased, and on Behalf of the Beneficiaries of the Estate, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. JURY DEMAND |
| v. | ) ) | |
| AMERIDOSE, LLC, MEDICAL SALES MANAGEMENT, INC., MEDICAL SALES MANAGEMENT SW, INC., GDC PROPERTIES MANAGEMENT, LLC, ARL BIO PHARMA, INC. D/B/A ANALYTICAL RESEARCH LABORATORIES, BARRY J. CADDEN, GREGORY CONIGLIARO, LISA CONIGLIARO CADDEN, DOUGLAS CONIGLIARO, CARLA CONIGLIARO, GLENN A. CHIN, SAINT THOMAS OUTPATIENT NEUROSURGICAL CENTER, LLC, HOWELL ALLEN CLINIC A PROFESSIONAL CORPORATION, VAUGHN A. ALLEN, M.D., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## CERTIFICATE OF GOOD FAITH

### Medical Malpractice Case

### PLAINTIFF'S FORM

A.     In accordance with T.C.A. § 29-26-122, I hereby state the following: (Check item 1 or 2 below and sign your name beneath the item you have checked, verifying the information you have checked. Failure to check item 1 or 2 and/or not signing item 1 or 2 will make this case subject to dismissal with prejudice.)

☐     1.     The Plaintiff or Plaintiff's counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

         (A)     Are competent under § 29-26-115 to express an opinion or opinions in the case; and

1

(B)     Believe, based on the information available from the medical records concerning the care and treatment of the Plaintiff for the incident or incidents at issue, that there is a good faith basis to maintain the action consistent with the requirements of § 29-26-115.

_____
Signature of Plaintiff if not represented, or
Signature of Plaintiff's Counsel

Or

☒   2.   The Plaintiff or Plaintiff's counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

(A)     Are competent under § 29-26-115 to express an opinion or opinions in the case; and

(B)     Believe, based on the information available from the medical records reviewed concerning the care and treatment of the Plaintiff for the incident or incidents at issue and, as appropriate, information from the Plaintiff or others with knowledge of the incident or incidents at issue, that they are facts material to the resolution of the case that cannot be reasonably ascertained from the medical records or information reasonably available to the Plaintiff or Plaintiff's counsel; and that, despite the absence of this information, there is a good faith basis for maintaining the action as to each Defendant consistent with the requirements of § 29-26-115. Refusal of the defendant to release the medical records in a timely fashion or where it is impossible for the Plaintiff to obtain the medical records shall waive the requirement that the expert review the medical records prior to expert certification.

_____
Signature of Plaintiff if not represented, or
Signature of Plaintiff's Counsel

B.   You MUST complete the information below and sign:

I have been found in violation of T.C.A. § 29-26-122 ___0___ prior times. (Insert number of prior violations by you.)

_____    _____12/2/2013_____
Signature of Person Executing This Document    Date