286.    Plaintiff has incurred medical, funeral and other expenses.

## PUNITIVE DAMAGES

287.    The above described acts and omissions on the part of the Defendants were reckless and intentional. Defendants were aware of, but consciously disregarded, a substantial and unjustifiable risk of such a nature that their disregard constitutes a gross deviation from the standard of care that an ordinary person would exercise under all the circumstances. Plaintiff therefore is entitled to an award of punitive damages against the Defendants.

## CAPS FOUND IN TENN. CODE ANN. § 29-39-102 AND § 29-39-104 ARE UNCONSTITUTIONAL AND VOID *AB INITIO*

288.    On October 1, 2011, the Tennessee Civil Justice Act went into effect, enacting "caps" in all Tennessee personal injury cases for non-economic damages and punitive damages. Tenn. Code Ann. § 29-39-102; and Tenn. Code Ann. § 29-39-104. Under that Act, Plaintiff's non-economic damages are purportedly capped at $750,000, and his ability to recover punitive damages is capped at twice the compensatory damages up to a maximum of $500,000.

289.    Tenn. Code Ann. § 29-39-102 and Tenn. Code Ann. § 29-39-104 are unconstitutional deprivations of Plaintiff's constitutionally protected right to trial by jury. Those provisions violate Article I, Section 6 of the Constitution of the State of Tennessee, which provides that the right of trial by jury shall remain inviolate. In addition, the subject statutory caps violate Article I, Section 17 of the Tennessee Constitution which states that "all courts shall be open, and every man shall have a remedy for injury done by due course of law and without denial or delay." The subject statutory caps usurp the powers of the Judicial Branch in violation of Article II, Sections 1 & 2 of the Tennessee Constitution. In addition, the subject statutory caps violate Article XI, Section 16 of the Tennessee Constitution which indicates that the rights of citizens articulated in Tennessee's Bill of Rights "shall never be violated on any pretense

- 50 -

whatever … and shall forever remain inviolate." Therefore, Plaintiff requests a declaration, pursuant to Tenn. Code Ann. § 29-14-103, that the statutory caps are void *ab initio* and of no force and effect.

290.    Pursuant to Tenn. Code Ann. § 29-14-107, a copy of this Amended Complaint is being served on the Attorney General of the State of Tennessee, notifying the State of Tennessee Attorney General that Plaintiff is challenging the constitutionality of Tenn. Code Ann. § 29-39-102 and Tenn. Code Ann. § 29-39-104.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, as follows:

A.    A judgment for compensatory damages in the amount of $5 Million;

B.    A judgment for punitive damages in an amount to be determined by the trier of fact;

C.    A declaration that the caps found in Tenn. Code Ann. § 29-39-102 and Tenn. Code Ann. § 29-39-104 are unconstitutional under Article I, Section 6; Article I, Section 17; Article II, Sections 1 & 2; and/or Article XI, Section 16 of the Constitution of the State of Tennessee and are therefore void *ab initio* and of no force and effect;

D.    A jury to determine all disputed factual issues;

E.    For costs of this cause; and

F.    For such further relief as the Court may deem just and proper.

**Respectfully submitted,**

/s/ Raymond Throckmorton III

Raymond T. Throckmorton III
2016 8th Ave. South
Nashville, TN  37204
T: (615) 297-1009

Robert K. Jenner (Maryland) *Pro Hac Vice to Be Filed*
Kimberly A. Dougherty (MA) *Pro Hac Vice to Be Filed*
JANET, JENNER & SUGGS, LLC
31 St. James Avenue
Suite 365
Boston, MA 02116
T: (617) 933-1265
F: (410) 653-9030
rjenner@myadocates.com
kdougherty@myadvocates.com

Susan B. Evans
2016 8th Avenue South
Nashville, TN  37204
T: (615) 739-6833

Myra B. Staggs (by pro hac admission from Alabama)
PO Box 85
Waynesboro, TN  38485
T: (615) 519-0971

***Attorneys for Plaintiff***

# EXHIBIT A

STATE OF MASSACHUSETTS )
                       )
COUNTY OF SUFFOLK )

### AFFIDAVIT OF OLIVIA F. COLONERO

COMES NOW the affiant, **OLIVIA F. COLONERO**, who, having first been duly sworn, states that the following statements are true:

1.      All of the statements contained in this Affidavit are true and correct and made on the basis of my personal knowledge.  I am an adult citizen of the State of Massachusetts, over the age of 18 years, and am competent to make the statements contained in this Affidavit.  I am a paralegal with Janet, Jenner & Suggs, LLC, located in Boston, Massachusetts.

2.      On August 23, 2013, I mailed by certified mail, return receipt requested a Notice letter and enclosures to Vaughan A. Allen, M.D. at the provider's current business address listed on the Tennessee Department of Health website (2011 Murphy Ave., Suite 301, Nashville, TN 37203-2023).  I obtained a Certified Mail Receipt from the United States Postal Service stamped with the date of mailing.  I attach as Exhibit 1 a copy of the Notice letter sent to Vaughan A. Allen, M.D. along with a copy of the enclosures to the letter which includes a list of the names and addresses of all healthcare providers who were served Notice and a HIPAA medical authorization form.

3.      On December 5, 2013, I mailed by certified mail, return receipt requested, an amended Notice letter, a HIPAA compliant medical authorization and enclosures to Vaughan A. Allen, M.D. at the provider's current business address listed on the Tennessee Department of Health website (2011 Murphy Ave., Suite 301, Nashville, TN 37203-2023).  I obtained a Certificate of Mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a).  I attach as Exhibit 2 a copy of the

amended Notice letter sent to Vaughan A. Allen, M.D. along with a copy of the enclosures to the letters which includes a list of the names and addresses of all healthcare providers who were served an amended Notice pursuant to T.C.A. § 29-26-121 and a HIPAA compliant medical authorization permitting Vaughan A. Allen, M.D. to obtain complete medical records from each provider being sent Notice.

   4.  On August 23, 2013, I mailed by certified mail, return receipt requested, a Notice letter and enclosures to Saint Thomas Outpatient Neurosurgical Center, LLC at the address for the agent for service of process listed on the Tennessee Secretary of State website (Gregory B. Lanford, M.D., 2011 Murphy Ave., Suite 301, Nashville, TN 37203-2023) and the provider's current business address (4230 Harding Pike, Floor 9, Nashville, TN 37205-2013).  I obtained Certified Mail Receipts from the United States Postal Service stamped with the date of mailing. I attach as Exhibit 3 a copy of the Notice letters sent to Saint Thomas Outpatient Neurosurgical Center, LLC along with a copy of the enclosures to the letters which includes a list of the names and addresses of all healthcare providers who were served Notice pursuant to T.C.A. § 29-26-121 and a HIPAA compliant medical authorization permitting Saint Thomas Outpatient Neurosurgical Center, LLC to obtain complete medical records from each provider being sent Notice.

   5.  On December 5, 2013, I mailed by certified mail, return receipt requested, an amended Notice letter, a HIPAA compliant medical authorization and enclosures to Saint Thomas Outpatient Neurosurgical Center, LLC at the address for the agent for service of process listed on the Tennessee Secretary of State website (Gregory B. Lanford, M.D., 2011 Murphy Ave., Suite 301, Nashville, TN 37203-2023) and the provider's current business address (4230 Harding Pike, Floor 9, Nashville, TN 37205-2013). I obtained Certificates of Mailing from the

United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a). I attach as Exhibit 4 a copy of the amended Notice of Claim letter sent to Saint Thomas Outpatient Neurosurgical Center, LLC along with a copy of the enclosures to the letters which includes a list of the names and address of all healthcare providers who were served an amended Notice pursuant to T.C.A. § 29-26-121 and a HIPAA compliant medical authorization permitting Saint Thomas Outpatient Neurosurgical Center, LLC to obtain complete medical records from each provider being sent Notice.

6.       On August 23, 2013, I mailed by certified mail, return receipt requested, a Notice letter and enclosures to Howell Allen Clinic A Professional Corporation at the address for the agent for service of process listed on the Tennessee Secretary of State website (Gregory B. Lanford, M.D., 2011 Murphy Ave., Suite 301, Nashville, TN 37203-2023).   I obtained a Certified Mail Receipt from the United States Postal Service stamped with the date of mailing. I attach as Exhibit 5 a copy of the Notice letter sent to Howell Allen Clinic, A Professional Corporation along with a copy of the enclosures to the letter which include a list of the names and address of all healthcare providers who were served Notice and a HIPAA medical authorization.

7.       On December 5, 2013, I mailed by certified mail, return receipt requested, an amended Notice letter, a HIPAA compliant medical authorization and enclosures to Howell Allen Clinic A Professional Corporation at the address for the agent for service of process listed on the Tennessee Secretary of State website (Gregory B. Lanford, M.D., 2011 Murphy Ave., Suite 301, Nashville, TN 37203-2023).   I obtained a Certificate of Mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a). I attach as Exhibit 6 a copy of the amended Notice of Claim letter sent to

Howell Allen Clinic A Professional Corporation along with a copy of the enclosures to the letter which includes a list of the names and addresses of all healthcare providers who were served an amended Notice pursuant to T.C.A. § 29-26-121 and a HIPAA compliant medical authorization permitting Howell Allen Clinic A Professional Corporation to obtain complete medical records from each provider being sent Notice.

8.      Attached as Exhibit 7 is a copy of the Certified Mail Receipts from the United States Postal Service stamped with the date of mailing of the Notices and enclosures to each health care provider identified in the foregoing paragraphs and the Return Green Cards from the Notice letters sent on August 23, 2013. At the United States Post Office located at 133 Clarendon Street, Boston, MA 02116, I requested Certificate of Mailings and was told that the certified mail receipt with the return green card was a Certificate of Mailing. I was told that I would not need anything else for a Certificate of Mailing.

9.      Attached as Exhibit 8 is a copy of the Certificates of Mailing from the United States Postal Service stamped with the date of mailing of the amended Notices and enclosures to each health care provider identified in the foregoing paragraphs.

10.     On December 11, 2013, I mailed by certified mail, return receipt requested, a Notice letter and enclosures to St. Thomas West Hospital (St. Thomas Hospital) at the address for the agent for service of process listed on the Tennessee Secretary of State website (E. Berry Holt, III, 102 Woodmont Blvd., Suite 800, Nashville, TN 37205-2221) and the current business address (4220 Harding Raod, Nashville, TN 37205). I obtained Certificates of Mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a). I attach as Exhibit 9 a copy of the Notice letters sent to St. Thomas West Hospital (St. Thomas Hospital) along with a copy of the enclosures to the letters which

includes a list of the names and addresses of all healthcare providers who were served Notice pursuant to T.C.A. § 29-26-121 and a HIPAA compliant medical authorization permitting St. Thomas West Hospital (St. Thomas Hospital) to obtain complete medical records from each provider being sent Notice.

11. On December 11, 2013, I mailed by certified mail, return receipt requested, a Notice letter and enclosures to St. Thomas Network at the address for the agent for service of process listed on the Tennessee Secretary of State website (E. Berry Holt, III, 102 Woodmont Blvd., Suite 800, Nashville, TN 37205-2221) and the current business address (4220 Harding Raod, Nashville, TN 37205). I obtained Certificates of Mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a). I attach as Exhibit 10 a copy of the Notice letters sent to St. Thomas Network along with a copy of the enclosures to the letters which includes a list of the names and addresses of all healthcare providers who were served Notice pursuant to T.C.A. § 29-26-121 and a HIPAA compliant medical authorization permitting St. Thomas Network to obtain complete medical records from each provider being sent Notice.

12. On December 11, 2013, I mailed by certified mail, return receipt requested, a Notice letter and enclosures to St. Thomas Health at the address for the agent for service of process listed on the Tennessee Secretary of State website (E. Berry Holt, III, 102 Woodmont Blvd., Suite 800, Nashville, TN 37205-2221). I obtained a Certificate of Mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a). I attach as Exhibit 11 a copy of the Notice letter sent to St. Thomas Health along with a copy of the enclosures to the letter which includes a list of the names and addresses of all healthcare providers who were served Notice pursuant to T.C.A. § 29-26-121 and a HIPAA

compliant medical authorization permitting St. Thomas Health to obtain complete medical records from each provider being sent Notice.

13.     On December 11, 2013, I mailed by certified mail, return receipt requested, a Notice letter and enclosures to St. Thomas Health at the address for the agent for service of process listed on the Tennessee Secretary of State website (E. Berry Holt, III, 102 Woodmont Blvd., Suite 800, Nashville, TN 37205-2221). I obtained a Certificate of Mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a). I attach as Exhibit 12 a copy of the Notice letter sent to St. Thomas Health along with a copy of the enclosures to the letter which includes a list of the names and addresses of all healthcare providers who were served Notice pursuant to T.C.A. § 29-26-121 and a HIPAA compliant medical authorization permitting St. Thomas Health to obtain complete medical records from each provider being sent Notice.

14.     On December 11, 2013, I mailed an amended Notice letter noting an updated list of health care providers, a HIPAA compliant medical authorization and enclosures to Howell Allen Clinic A Professional Corporation at the address for the agent for service of process listed on the Tennessee Secretary of State website (Gregory B. Lanford, M.D., 2011 Murphy Ave., Suite 301, Nashville, TN 37203-2023).  I obtained a Certificate of Mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a). I attach as Exhibit 13 a copy of the amended Notice letter sent to Howell Allen Clinic A Professional Corporation along with a copy of the enclosures to the letter which includes an updated list of the names and addresses of all healthcare providers who were served an amended Notice pursuant to T.C.A. § 29-26-121 and a HIPAA compliant medical

authorization permitting Howell Allen Clinic A Professional Corporation to obtain complete medical records from each provider being sent Notice.

15.     On December 11, 2013, I mailed an amended Notice letter noting an updated list of health care providers, a HIPAA compliant medical authorization and enclosures to Saint Thomas Outpatient Neurosurgical Center, LLC at the address for the agent for service of process listed on the Tennessee Secretary of State website (Gregory B. Lanford, M.D., 2011 Murphy Ave., Suite 301, Nashville, TN 37203-2023) and the provider's current business address (4230 Harding Pike, Floor 9, Nashville, TN 37205-2013). I obtained Certificates of Mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a). I attach as Exhibit 14 a copy of the amended Notice letters sent to Saint Thomas Outpatient Neurosurgical Center, LLC along with a copy of the enclosures to the letter which includes an updated list of the names and addresses of all healthcare providers who were served an amended Notice pursuant to T.C.A. § 29-26-121 and a HIPAA compliant medical authorization permitting Saint Thomas Outpatient Neurosurgical Center, LLC to obtain complete medical records from each provider being sent Notice.

16.     On December 11, 2013, I mailed an amended Notice letter noting an updated list of health care providers, a HIPAA compliant medical authorization and enclosures to Vaughan A. Allen, M.D. at the provider's current business address listed on the Tennessee Department of Health website (2011 Murphy Ave., Suite 301, Nashville, TN 37203-2023). I obtained a Certificate of Mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121 (a). I attach as Exhibit 15 a copy of the amended Notice letter sent to Vaughan A. Allen, M.D. along with a copy of the enclosures to the letter which includes a list of the names and addresses of all healthcare providers who were

served an amended Notice pursuant to T.C.A. § 29-26-121 and a HIPAA compliant medical authorization permitting Vaughan A. Allen, M.D. to obtain complete medical records from each provider being sent Notice.

17.     Finally, attached as Exhibit 16 is a copy of the Certificates of Mailing from the United States Postal Service stamped with the date of mailing of the Notices and enclosures sent to St. Thomas Hospital (St. Thomas West Hospital), St. Thomas Network and St. Thomas Health and a copy of the Certificates of Mailing from the United States Post Service stamped with the date of mailing of the amended Notices and enclosures sent to Howell Allen Clinic A Professional Corporation, St Thomas Outpatient Neurological Center and Vaughan A. Allen, M.D.

FURTHER AFFIANT SAITH NOT.

Olivia F. Colonero

State of Massachusetts              )
                                    )
County of Suffolk                   )

      Personally appeared before me, the undersigned, a Notary Public of said County and State, Olivia F. Colonero, with whom I am personally acquainted or proved to me on the basis of satisfactory evidence, and who acknowledged that the foregoing was sworn to and executed for the purpose therein contained.

      This _13th_ day of _December_, 2013.

                             _Dawna L. Di Orio_
                             Notary Public

My commission expires: _February 4, 2016_

# EXHIBIT 1



## Janet, Jenner & Suggs, LLC
— ATTORNEYS AT LAW —

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. KettererΔ

Sharon R. Guzejko^ | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. KleinmanΔ‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron^ | Lindsey M. Craig* | Jason B. Penn* ±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.º | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson■†•

BAR MEMBERSHIPS
* Maryland | • South Carolina | ◊Massachusetts | ± District of Columbia | ≈ Minnesota | Δ Pennsylvania
‡ Illinois | † Florida | º North Carolina | § New York | ≈ New Jersey | ■ West Virginia | •California

August 23, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Vaughan A. Allen, M.D.
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

      Re:    Gokulbhai Maganbhai Patel, deceased
              Notice of health care liability claim required by
              Tennessee Code Annotated § 29-26-121

To Vaughan A. Allen, M.D.:

     We are the attorneys representing Pinal Patel.

     Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, and Vaughan A. Allen, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by you, your employees and/or agents to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

     The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth: September 1, 1932

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6901 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### ───── ATTORNEYS AT LAW ─────

The name and address of the claimant authorizing this notice, and their relationship to the patient:

Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning the care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862  1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland · South Carolina · Massachusetts · New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
## ATTORNEYS AT LAW

Enclosures
cc:    Pinal Patel (*via first-class mail*)

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862  1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland  South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

## <u>HIPAA RELEASE GENERAL AUTHORIZATION</u>

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR <u>LITIGATION PURPOSES</u> AND IS TO
BE RELEASED TO:

**Robert K. Jenner**                           **Rosie Oldham, RN, BS, LNCC**
**Janet, Jenner & Suggs, LLC**          **R&G Medical Legal Solutions, LLC**
**Commerce Center**                         **PO Box 5339**
**1777 Reisterstown Rd, Suite 165**   **Peoria, AZ 85385-5339**
**Baltimore, MD  21208**

### <u>INFORMATION TO BE RELEASED</u>

| | | | | | |
|---|---|---|---|---|---|
| ___ | Municipal, Governmental, Fire or Police Records | ___ | Inpatient Date _____ | X | X-rays (digital) |
| | | ___ | Outpatient Date _____ | X | X-ray reports |
| ___ | Federal or State Tax information or records | X | Emergency Room records | X | ENTIRE RECORD |
| | | ___ | Face Sheet | X | Billing Records |
| | Wage, income or earning records or reports | | | | Steroid Injection Information [*e.g.,* |
| ___ | | X | History & Physical | X | manufacturer, Lot #] |
| | | X | Discharge summary | X | Color copies of any |
| X | Laboratory reports | X | Consultation reports | | photographs |
| | | | | | Test Results [*e.g.,* Spinal |
| X | Report and/or records from physician, therapist | X | Surgery & Pathology reports | X | Tap] |
| | | ___ | MRIs (digital) | | |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information. Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be**

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from JANET, JENNER & SUGGS, LLC, R&G Medical Legal Solutions, LLC, or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of the law firm of JANET, JENNER & SUGGS, LLC, and/or R&G Medical Legal Solutions, LLC.

A photocopy of this authorization is to be considered as valid as the original.

Dated: _____        Signature: _____

SSN: _____        Printed Name: _____

DOB: _____        Address: _____

_____

_____

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Re: Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel, deceased

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughan A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

# EXHIBIT 2



### Janet, Jenner & Suggs, LLC
ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson≈†♦

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ± District of Columbia | ≈ Minnesota | ∆ Pennsylvania
‡ Illinois | † Florida | °North Carolina | § New York | ≈ New Jersey | ≈ West Virginia | ♦California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Vaughn A. Allen, M.D.
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

    Re:    Gokulbhai Maganbhai Patel
            HIPAA Compliant Authorization

To Vaughn A. Allen:

    Enclosed please find an amended HIPAA compliant authorization and Notice of Claim.

        Very truly yours,

        Kimberly A. Dougherty

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | t-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

Case 3:13-cv-01416   Document 1-1   Filed 12/17/13   Page 19 of 149 PageID #: 71



# Janet, Jenner & Suggs, LLC
## ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.*| Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson≈†•

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | °North Carolina | §New York | ≈New Jersey | ≈West Virginia | •California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Vaughn A. Allen, M.D.
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

    Re:   Gokulbhai Maganbhai Patel
          Notice of health care liability claim required by
          Tennessee Code Annotated § 29-26-121

To Vaughan A. Allen:

    We are the attorneys representing Gokulbhai Maganbhai Patel.

    Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation and Vaughn A. Allen, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by you, your employees and/or agents to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

    The full name and date of birth of the patient whose treatment is at issue:

    Gokulbhai Maganbhai Patel
    Date of Birth:  September 1, 1932

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

Case 3:13-cv-01416   Document 1-1   Filed 12/17/13   Page 20 of 149 PageID #: 72

# Janet, Jenner & Suggs, LLC
## ───── ATTORNEYS AT LAW ─────

The name and address of the claimant authorizing this notice:

Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

# Janet, Jenner & Suggs, LLC
## ——— ATTORNEYS AT LAW ———

cc:     Pinal Patel (*via first-class mail*)
        Myra Staggs (*via electronic mail*)

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

_____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

## INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date_____ | X  X-rays (digital) |
| | ____ Outpatient Date_____ | X  X-ray reports |
| ____ Federal or State Tax information or records | X  Emergency Room records | X  ENTIRE RECORD |
| | ____ Face Sheet | X  Billing Records |
| ____ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, manufacturer; Lot #] |
| | X  History & Physical | X |
| | X  Discharge summary | X  Color copies of any photographs |
| X  Laboratory reports | X  Consultation reports | |
| | | Test Results [*e.g.*, Spinal Tap] |
| X  Report and/or records from physician, therapist | X  Surgery & Pathology reports | X |
| | ____ MRIs (digital) | |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: 8/15/13          Signature: _____

SSN: 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        Printed Name: Pihul Patel

DOB: 09/01/32           Address: 315 S Main St

DOD: 01/22/13           Goodlettsville, TN 37072

                        Individually, As Personal
                        Representative of the Estate
                        of Gokulbhai M. Patel

STATE OF TENNESSEE
Office of Vital Records

TENNESSEE DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH

STATE FILE NUMBER

1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix)
Gokulbhai Maganbhai Patel

2. SEX Male

3. DATE OF DEATH (Month, Day, Year)
January 22, 2013

4. TIME OF DEATH 09:15 AM

4a. AGE-Last Birthday (Years) 80

5. DATE OF BIRTH (Month, Day, Year)
September 1, 1932

7. BIRTHPLACE (City and State or Foreign Country)
Vihari, India

8. PLACE OF DEATH (Check only one)

IF DEATH OCCURRED IN A HOSPITAL:
Heritage Medical Center

8c. CITY OR TOWN
Shelbyville

8d. COUNTY OF DEATH
Bedford

9. MARITAL STATUS
Married

10a. SURVIVING SPOUSE (If wife, give name prior to first marriage)
N/A

11a. DECEDENT'S USUAL OCCUPATION
Farmer

11b. KIND OF BUSINESS/INDUSTRY
Agriculture

12. SOCIAL SECURITY NUMBER
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

13b. RESIDENCE-STATE OR FOREIGN COUNTRY
Tennessee

13c. COUNTY
Bedford

13d. CITY OR TOWN
Shelbyville

13e. STREET AND NUMBER
400 S. Cannon Blvd.

13g. ZIP CODE
37160

14. INSIDE CITY LIMITS ☒ Yes ☐ No

14a. WAS DECEDENT EVER IN US ARMED FORCES? ☐ Yes ☒ No

15. DECEDENT'S EDUCATION

16. DECEDENT OF HISPANIC ORIGIN?
☒ No, not Spanish/Hispanic/Latino

17. DECEDENT'S RACE
☒ Asian Indian

18. FATHER'S NAME (First, Middle, Last)
Maganbhai Motibhai

19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last)
Premben Maganbhai

20a. INFORMANT'S NAME
Shashikant Patel

20b. RELATIONSHIP TO DECEDENT
Son

20c. MAILING ADDRESS
400 S. Cannon Blvd. Shelbyville TN 37160

21. PLACE OF DISPOSITION
Moore Corner Funeral Home

21c. LOCATION - City of Town and State
Winchester TN

23. NAME AND ADDRESS OF FUNERAL HOME
Feldhaus Memorial Chapel 2022 N. Main Street Shelbyville TN 37160

22. NAME OF FUNERAL DIRECTOR
James David Feldhaus

22b. LICENSE NUMBER
4605

24. REGISTRAR'S SIGNATURE
Diana E. Ray (DR)

25. DATE FILED (Month, Day, Year)
Jan 23 2013

26. CERTIFIER (Check only one)

27b. LICENSE NUMBER
37844

27a. SIGNATURE OF CERTIFIER
[signature]

27c. NAME AND ADDRESS
Mahamed Feroz, MD 2762 HWY 231 North Shelbyville TN 37160

Date signed 1/22/13

PART I.
IMMEDIATE CAUSE (a) COPD

PART II.
CAD; TNDM; Fungal Meningitis

30. DID TOBACCO USE CONTRIBUTE TO DEATH?
☐ Yes ☐ Probably ☒ No ☐ Unknown

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
STATE REGISTRAR

Diana E. Ray (DR)
Deputy Registrar
Bedford County

Date Issued Jan 23 2013

CERTIFICATION OF VITAL RECORD

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS, Richard R. Rooker, Clerk of Probate Court, at my office, this May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this 14 day of _____ 20 13 .

Richard R. Rooker, Clerk

_____ D.C.

# EXHIBIT 3



# Janet, Jenner & Suggs, LLC
### —— ATTORNEYS AT LAW ——

Howard A. Janet, P.C.* | Kenneth M. Suggs† | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. Ketterer△

Sharon R. Guzejko‴ | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman△‡ | Tara J. Posner‴±† | Elisha N. Hawk*± ≈
Justin A. Browne‴ | Joyce E. Jones‴ | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn* ±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson■†•

BAR MEMBERSHIPS
* Maryland |• South Carolina | ◊ Massachusetts | ± District of Columbia | ≈ Minnesota | △ Pennsylvania
‡ Illinois | † Florida | ° North Carolina | § New York | ■ New Jersey | ■ West Virginia | • California

August 23, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D. Registered Agent for Service of Process
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN  37205-2013

> Re:   Gokulbhai Maganbhai Patel, deceased
>        Notice of health care liability claim required by
>        Tennessee Code Annotated § 29-26-121

To Saint Thomas Outpatient Neurosurgical Center, LLC:

We are the attorneys representing Pinal Patel.

Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, and Vaughan A. Allen, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Saint Thomas Outpatient Neurosurgical Center, LLC to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
—————— ATTORNEYS AT LAW ——————

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice, and their relationship to the patient:

Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice.  If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning the care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be promptly cured.  If we do not hear from you we will assume that you agree the letter complies with the law.

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@My-Advocates.com | MyAdvocates.com

Maryland · South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**Janet, Jenner & Suggs, LLC**
———— ATTORNEYS AT LAW ————

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:   Pinal Patel (*via first-class mail*)

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

**Robert K. Jenner**
**Janet, Jenner & Suggs, LLC**
**Commerce Center**
**1777 Reisterstown Rd, Suite 165**
**Baltimore, MD  21208**

**Rosie Oldham, RN, BS, LNCC**
**R&G Medical Legal Solutions, LLC**
**PO Box 5339**
**Peoria, AZ 85385-5339**

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Date _____ | X  X-rays (digital) |
| ___ Federal or State Tax information or records | ___ Outpatient Date _____ | X  X-ray reports |
| | X  Emergency Room records | X  ENTIRE RECORD |
| | ___ Face Sheet | X  Billing Records |
| ___ Wage, income or earning records or reports | | ___ Steroid Injection Information [e.g., |
| | X  History & Physical | X  manufacturer, Lot #] |
| X  Laboratory reports | X  Discharge summary | X  Color copies of any |
| | X  Consultation reports | ___ photographs |
| X  Report and/or records from physician, therapist | X  Surgery & Pathology reports | ___ Test Results [e.g., Spinal |
| | ___ MRIs (digital) | X  Tap] |

I understand the requested medical records may include information relating to: **alcohol
and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually
transmitted disease, and/or communicable or noncommunicable disease information.  Such
information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be**

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from JANET, JENNER & SUGGS, LLC, R&G Medical Legal Solutions, LLC, or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of the law firm of JANET, JENNER & SUGGS, LLC, and/or R&G Medical Legal Solutions, LLC.

A photocopy of this authorization is to be considered as valid as the original.

Dated: _____      Signature: _____

SSN: _____      Printed Name: _____

DOB: _____      Address: _____

_____

_____

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Re: Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel, deceased

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughan A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

# EXHIBIT 4



**Janet, Jenner & Suggs, LLC**
ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman△‡ | Tara J. Posner,*±† | Elisha N. Hawk*± ≋
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL:
John C. Hensley, Jr.º | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson≈†+

BAR MEMBERSHIPS
* Maryland | • South Carolina | ◊Massachusetts | ± District of Columbia | ≈ Minnesota | △ Pennsylvania
‡ Illinois | † Florida | º North Carolina | § New York | ≋ New Jersey | ≋ West Virginia | + California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D. Registered Agent for Service of Process:
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

     Re:   Gokulbhai Maganbhai Patel
           HIPAA Compliant Authorization

To Saint Thomas Outpatient Neurosurgical Center, LLC:

     Enclosed please find an amended HIPAA compliant authorization and Notice of Claim.

     Very truly yours,

     Kimberly A. Dougherty

Enclosure

December 5, 2013

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

Case 3:13-cv-01416   Document 1-1   Filed 12/17/13   Page 36 of 149 PageID #: 88



# Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±∞ | Giles H. Manley, M.D., J.D.*° | Gerald D. Jowers, Jr.• | Brian D. Ketterer Δ

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman Δ‡ | Tara J. Posner*±† | Elisha N. Hawk*±∞
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §∞ | Samuel M. Collings*± | William F. Burnham*

#### OF COUNSEL
John C. Hensley, Jr.◊ | Steven J. German §∞± | Joel M. Rubenstein §∞ | Thomas G. Wilson∞†•

#### BAR MEMBERSHIPS
* Maryland | • South Carolina | ◊ Massachusetts | ± District of Columbia | ∞ Minnesota | Δ Pennsylvania
‡ Illinois | † Florida | ° North Carolina | § New York | ∞ New Jersey | ¤ West Virginia | ♦ California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D. Registered Agent for Service of Process:
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

     Re:    Gokulbhai Maganbhai Patel
             Notice of health care liability claim required by
             Tennessee Code Annotated § 29-26-121

To Saint Thomas Outpatient Neurosurgical Center, LLC:

     We are the attorneys representing Gokulbhai Maganbhai Patel.

     Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation and Vaughn A. Allen, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Saint Thomas Outpatient Neurosurgical Center, LLC to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice.  Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be promptly cured.  If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### ——— ATTORNEYS AT LAW ———

Kimberly A. Dougherty

Enclosures

cc:   Pinal Patel (*via first-class mail*)
      Myra Staggs (*via electronic mail*)

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

_____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date_____ | X  X-rays (digital) |
| ____ Federal or State Tax information or records | ____ Outpatient Date_____ | X  X-ray reports |
| | X  Emergency Room records | X  ENTIRE RECORD |
| | X  Face Sheet | X  Billing Records |
| ____ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| | X  History & Physical | X  manufacturer, Lot #] |
| X  Laboratory reports | X  Discharge summary | X  Color copies of any photographs |
| | X  Consultation reports | |
| X  Report and/or records from physician, therapist | X  Surgery & Pathology reports | Test Results [*e.g.*, Spinal |
| | ____ MRIs (digital) | X  Tap] |

I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____

A photocopy of this authorization is to be considered as valid as the original.


Dated: 8/15/13

SSN: 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

DOB: 09/01/32

DOD: 01/22/13

Signature: _____

Printed Name: Pinul Patel

Address: 315 S Main St
Goodlettsville, TN 37072

Individually, As Personal
Representative of the Estate
of Gokulbhai M. Patel

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

| 1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) | | 2. SEX | 3. DATE OF DEATH (Month, Day, Year) |
| Gokulbhai Maganbhai Patel | | Male | January 22, 2013 |

| 4. TIME OF DEATH | 5a. AGE-Last Birthday (Years) | 5b. UNDER 1 YEAR Months / Days | 5c. UNDER 1 DAY Hours / Minutes | 6. DATE OF BIRTH (Month, Day, Year) | 7. BIRTHPLACE (City and State or Foreign Country) |
| 08:15 AM | 80 | | | September 1, 1932 | Vihan, India |

| 8. PLACE OF DEATH (Check only one) | | | | | |

IF DEATH OCCURRED IN A HOSPITAL:  ☐ Inpatient  ☐ ER/Outpatient  ☐ DOA   IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:  ☐ Hospice facility  ☐ Nursing home/Long term care facility  ☐ Decedent's home  ☐ Other residence  ☐ Other (Specify)

| 9a. FACILITY NAME (If not institution, give street and number) | 9b. CITY OR TOWN | 9c. COUNTY OF DEATH |
| Heritage Medical Center | Shelbyville | Bedford |

| 10. MARITAL STATUS | 11. SURVIVING SPOUSE'S NAME (if wife, give name prior to first marriage) | 11a. DECEDENT'S USUAL OCCUPATION | 11b. KIND OF BUSINESS/INDUSTRY |
| ☐ Married  ☐ Married, but separated  ☐ Widowed  ☐ Divorced  ☐ Never married  ☐ Unknown | N/A | Farmer | Agricultura |

| 12. SOCIAL SECURITY NUMBER | 13a. RESIDENCE-STATE OR FORGN COUNTRY | 13b. COUNTY | 13c. CITY OR TOWN |
| 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 | Tennessee | Bedford | Shelbyville |

| 13d. STREET AND NUMBER | | 13e. APT. NO. | 13f. ZIP CODE | 13g. INSIDE CITY LIMITS | 14. WAS DECEDENT EVER IN US ARMED FORCES? |
| 400 S. Cannon Blvd. | | | 37160 | ☐ Yes  ☒ No | ☐ Yes  ☒ No |

| 15. DECEDENT'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of death) | 16. DECEDENT OF HISPANIC ORIGIN? (Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino) | 17. DECEDENT'S RACE (Check one or more boxes to indicate what the decedent considered himself or herself to be) |
| ☐ 8th grade or less | ☒ No, not Spanish/Hispanic/Latino | ☒ White  ☐ Native Hawaiian |
| ☐ 9th - 12th grade, no diploma | ☐ Yes, Mexican, Mexican American, Chicano | ☐ Black or African American  ☐ Guamanian or Chamorro |
| ☐ High school graduate or GED completed | ☐ Yes, Puerto Rican | ☐ American Indian or Alaska Native (Name of the enrolled or principal tribe) ____  ☐ Samoan |
| ☐ Some college credit, but no degree | ☐ Yes, Cuban | ☐ Asian Indian  ☐ Other Pacific Islander (Specify) |
| ☐ Associate degree (e.g., AA, AS) | ☐ Yes, other Spanish/Hispanic/Latino (Specify) | ☐ Chinese |
| ☐ Bachelor's degree (e.g., BA, AB, BS) | | ☐ Filipino  ☐ Other (Specify) |
| ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) | | ☐ Japanese |
| ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD) | | ☐ Korean |
| ☐ Unknown | | ☐ Vietnamese |

| 18. FATHER'S NAME (First, Middle, Last) | 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) |
| Maganbhai Moldhai | Premiben Maganbhai |

| 20a. INFORMANT'S NAME | 20b. RELATIONSHIP TO DECEDENT | 20c. MAILING ADDRESS (Street and Number, City, State, Zip Code) |
| Shashikant Patel | Son | 400 S. Cannon Blvd. Shelbyville TN 37160 |

| 21a. METHOD OF DISPOSITION  ☐ Burial  ☒ Cremation  ☐ Donation  ☐ Entombment  ☐ Removal from State  ☐ Other (Specify) | 21b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 21c. LOCATION - City or Town and State |
| | Moore Corner Funeral Home | Winchester TN |

| 22. SIGNATURE OF FUNERAL DIRECTOR | 22a. LICENSE NUMBER | 22b. SIGNATURE OF EMBALMER | 22c. LICENSE NUMBER |
| James David Patchaus | 4805 | N/A | N/A |

| 23. NAME AND ADDRESS OF FUNERAL HOME | | 23a. LICENSE NUMBER OF FUNERAL HOME |
| Feldhaus Memorial Chapel 2022 N. Main Street Shelbyville TN 37160 | | 1044 |

| 24. REGISTRAR'S SIGNATURE | 25. DATE FILED (Month, Day, Year) |
| Diana E. Clay (OR) | Jan 23 2013 |

| 26. CERTIFIER (Check only one) | |
| ☐ 26a. PHYSICIAN - To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated. | |
| ☒ 26b. MEDICAL EXAMINER - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. | |

| 27a. SIGNATURE OF CERTIFIER | 27b. LICENSE NUMBER | 27c. DATE SIGNED (Month, Day, Year) |
| [signature] MD | 37844 | 1/22/13 |

| 27d. NAME AND ADDRESS | |
| Mahamed Faour, MD 2762 HWY 231 North Shelbyville TN 37160 | |

| 28. PART I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line. | Approximate interval: Onset to death |
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | COPD | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. | Due to (or as a consequence of): | |
| | Due to (or as a consequence of): | |
| | Due to (or as a consequence of): | |

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | 29a. WAS AN AUTOPSY PERFORMED?  ☐ Yes  ☒ No |
| CAD, INMM, Fungal meningitis | 29b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?  ☐ Yes  ☐ No |

| 30. MANNER OF DEATH | 31. DID TOBACCO USE CONTRIBUTE TO DEATH? | 32. IF FEMALE | |
| ☐ Natural  ☐ Homicide | ☐ Yes  ☐ Probably | ☐ Not pregnant within past year | ☐ Not pregnant, but pregnant 43 days to 1 year before death |
| ☐ Accident  ☐ Pending Investigation | ☐ No  ☐ Unknown | ☐ Pregnant at time of death | ☐ Unknown if pregnant within the past year |
| ☐ Suicide  ☐ Could not be determined | | ☐ Not pregnant, but pregnant within 42 days of death | |

| 33. IF TRANSPORTATION INJURY, SPECIFY:  ☐ Driver/Operator  ☐ Passenger  ☐ Pedestrian  ☐ Other (Specify) | 34a. DATE OF INJURY (Month, Day, Year) | 34b. TIME OF INJURY  ☐ AM ☐ PM | 34c. INJURY AT WORK?  ☐ Yes  ☐ No | 34d. PLACE OF INJURY (e.g., home, farm, street, factory, office, building, etc.) (Specify) |
| | 34e. DESCRIBE HOW INJURY OCCURRED | | | 34f. LOCATION OF INJURY (Street and Number, City or Town, State) |

PH-1688 (Rev 10/2011)

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.
Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
**STATE REGISTRAR**

Diana E. Clay (OR)
**Deputy Registrar**
Bedford County

Date Issued
Jan 23 2013

**CERTIFICATION OF VITAL RECORD**

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS, Richard R. Rooker, Clerk of Probate Court, at my office this May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this _14_ day of _____ 20_13_ .

Richard R. Rooker, Clerk

_____ D.C.



# Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±☷ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV*▪ | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*± ≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §▪ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§*± | Joel M. Rubenstein§*▪ | Thomas G. Wilson▪†*

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | °North Carolina | §New York | *New Jersey | ▪West Virginia | *California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

     Re:    Gokulbhai Maganbhai Patel
             HIPAA Compliant Authorization

To Saint Thomas Outpatient Neurosurgical Center, LLC:

     Enclosed please find an amended HIPAA compliant authorization and Notice of Claim.

            Very truly yours,

            Kimberly A. Dougherty

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs‡ | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko^ | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≠± | Joel M. Rubenstein§≈ | Thomas G. Wilson≈†•

BAR MEMBERSHIPS
*Maryland | • South Carolina | ◊Massachusetts | ± District of Columbia | ≈ Minnesota | ∆ Pennsylvania
‡Illinois | † Florida | ° North Carolina | § New York | ≠ New Jersey | ≈ West Virginia | • California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D. Registered Agent for Service of Process:
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

   Re: Gokulbhai Maganbhai Patel
     Notice of health care liability claim required by
     Tennessee Code Annotated § 29-26-121

To Saint Thomas Outpatient Neurosurgical Center, LLC:

   We are the attorneys representing Gokulbhai Maganbhai Patel.

   Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation and Vaughn A. Allen, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Saint Thomas Outpatient Neurosurgical Center, LLC to Gokulbhai

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
—————— ATTORNEYS AT LAW ——————

Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice.  Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be promptly cured.  If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia