# Janet, Jenner & Suggs, LLC
### ──── ATTORNEYS AT LAW ────

Kimberly A. Dougherty

Enclosures

cc:    Pinal Patel (*via first-class mail*)
         Myra Staggs (*via electronic mail*)

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

## HIPAA RELEASE GENERAL AUTHORIZATION

**REQUEST TO:** _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| _____ Municipal, Governmental, Fire or Police Records | _____ Inpatient Date:_____ | X X-rays (digital) |
| _____ Federal or State Tax information or records | _____ Outpatient Date | X X-ray reports |
| | X Emergency Room records | X ENTIRE RECORD |
| | _____ Face Sheet | X Billing Records |
| _____ Wage, income or earning records or reports | | Steroid Injection Information [e.g., |
| | X History & Physical | X manufacturer, Lot #] |
| X Laboratory reports | X Discharge summary | X Color copies of any |
| | X Consultation reports | photographs |
| | | Test Results [e.g., Spinal |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | X Tap] |
| | _____ MRIs (digital) | |

I understand the requested medical records may include information relating to: alcohol
and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually
transmitted disease, and/or communicable or noncommunicable disease information. Such
information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR. § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ .
_____

A photocopy of this authorization is to be considered as valid as the original.

Dated: __8/15/13_____   Signature: _____

SSN: __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_____   Printed Name: _Pihul Patel_____

DOB: __09/01/32_____   Address: _315 S Main St_____

DOD: 01/22/13   _Brolletsville, TN 37012_

Individually, As Personal
Representative of the Estate
of Gokulbhai M. Patel

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix): Gokulbhai Maganbhai Patel
2. SEX: Male
3. DATE OF DEATH (Month, Day, Year): January 22, 2013
4. TIME OF DEATH: 09:15 AM
4a. AGE-Last Birthday (Years): 80
5. UNDER 1 YEAR: — Months — Days / Hours — Min/Sec
6. DATE OF BIRTH (Month, Day, Year): September 1, 1932
7. BIRTHPLACE (City and State or Foreign Country): Vihan, India

8. PLACE OF DEATH (Check only one)
IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☑ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☐ Nursing home/Long term care facility ☐ Decedent's home ☐ Other residence ☐ Other (Specify)

9a. FACILITY NAME (If not institution, give street and number): Heritage Medical Center
9b. CITY OR TOWN: Shelbyville
9c. COUNTY OF DEATH: Bedford

10. MARITAL STATUS: ☐ Married ☐ Married, but separated ☑ Widowed ☐ Divorced ☐ Never married ☐ Unknown
11. SURVIVING SPOUSE (If wife, give name prior to first marriage): N/A
11a. DECEDENT'S USUAL OCCUPATION: Farmer
11b. KIND OF BUSINESS/INDUSTRY: Agriculture

12. SOCIAL SECURITY NUMBER: 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
13a. RESIDENCE-STATE OR FOREIGN COUNTRY: Tennessee
13b. COUNTY: Bedford
13c. CITY OR TOWN: Shelbyville
13d. STREET AND NUMBER: 400 S. Cannon Blvd.
13e. INSIDE CITY LIMITS: ☑ Yes ☐ No
13f. ZIP CODE: 37160
14. WAS DECEDENT EVER IN US ARMED FORCES? ☐ Yes ☑ No

15. DECEDENT'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of death)
☐ 8th grade or less
☐ 9th-12th grade; no diploma
☐ High school graduate or GED completed
☐ Some college credit, but no degree
☐ Associate degree (e.g., AA, AS)
☐ Bachelor's degree (e.g., BA, AB, BS)
☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)
☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD)
☐ Unknown

16. DECEDENT OF HISPANIC ORIGIN? (Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino)
☑ No, not Spanish/Hispanic/Latino
☐ Yes, Mexican, Mexican American, Chicano
☐ Yes, Puerto Rican
☐ Yes, Cuban
☐ Yes, other Spanish/Hispanic/Latino (Specify)
☐ Unknown

17. DECEDENT'S RACE (Check one or more races to indicate what the decedent considered himself or herself to be)
☑ White
☐ Black or African American
☐ American Indian or Alaska Native (Name of the enrolled or principal tribe)
☐ Asian Indian
☐ Chinese
☐ Filipino
☐ Japanese
☐ Korean
☐ Vietnamese
☐ Other Asian (Specify)
☐ Native Hawaiian
☐ Guamanian or Chamorro
☐ Samoan
☐ Other Pacific Islander (Specify)
☐ Other (Specify)
☐ Unknown

18. FATHER'S NAME (First, Middle, Last): Maganbhai Motibhai
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last): Premiben Maganbhai

20a. INFORMANT'S NAME: Shashikant Patel
20b. RELATIONSHIP TO DECEDENT: Son
20c. MAILING ADDRESS (Street and Number, City, State, Zip Code): 400 S. Cannon Blvd., Shelbyville TN 37160

21a. METHOD OF DISPOSITION: ☐ Burial ☑ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify)
21b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place): Moore Corner Funeral Home
21c. LOCATION - City or Town and State: Winchester TN

22. SIGNATURE OF FUNERAL DIRECTOR: James David Patchaus
22a. LICENSE NUMBER: 4805
22b. SIGNATURE OF EMBALMER: N/A
22c. LICENSE NUMBER: N/A

23a. NAME AND ADDRESS OF FUNERAL HOME: Feldhaus Memorial Chapel 2022 N. Main Street Shelbyville TN 37160
23b. LICENSE NUMBER OF FUNERAL HOME: 1044

24. REGISTRAR'S SIGNATURE: Diana E. Kay (OR)
25. DATE FILED (Month, Day, Year): Jan 23 2013

26. CERTIFIER (Check only one):
☐ 26a. PHYSICIAN - To the best of my knowledge, death occurred at the date and place, and due to the cause(s) and manner stated
☑ 26b. MEDICAL EXAMINER - On the basis of examination, and/or investigation, in my opinion, death occurred at the date and place, and due to the cause(s) and manner stated

27a. SIGNATURE OF CERTIFIER: [signature] MD
27b. LICENSE NUMBER: 37844
27c. DATE SIGNED (Month, Day, Year): 1/22/13
27d. NAME AND ADDRESS: Mahamed Fexul, MD 2762 HWY 231 North Shelbyville TN 37160

PART I. Enter the chain of events (diseases, injuries, or complications) that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line.

IMMEDIATE CAUSE (Final disease or condition resulting in death): a. COPD  Due to (or as a consequence of):
Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST: b. _____ Due to (or as a consequence of):
c. _____ Due to (or as a consequence of):
d. _____

Approximate interval: Onset to death

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I: CAD, IADM, Fungal Meningitis

28. WAS AN AUTOPSY PERFORMED? ☐ Yes ☐ No
28a. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No

29. MANNER OF DEATH:
☑ Natural
☐ Homicide
☐ Accident
☐ Pending Investigation
☐ Suicide
☐ Could not be determined

31. DID TOBACCO USE CONTRIBUTE TO DEATH?
☐ Yes ☐ Probably
☐ No ☐ Unknown

32. IF FEMALE:
☐ Not pregnant within past year
☐ Pregnant at time of death
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant within 43 days to 1 year before death
☐ Unknown if pregnant within the past year

33. IF INJURY:
PLACE OF INJURY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)
34a. DATE OF INJURY (Month, Day, Year)
34b. TIME OF INJURY: ☐ AM ☐ PM
34c. INJURY AT WORK? ☐ Yes ☐ No
34d. PLACE OF INJURY - at home, farm, street, factory, office building, etc. (Specify)
34e. DESCRIBE HOW INJURY OCCURRED
34f. LOCATION OF INJURY (Street and Number, City or Town, State)

PH-1680 (Rev. 10/2011)

---

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
STATE REGISTRAR

Diana E. Kay (OR)
**Deputy Registrar**
Bedford County

Date Issued: Jan 23, 2013

**CERTIFICATION OF VITAL RECORD**

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court;  to collect and pay all debts, and to do and transact all the duties  in relation to said estate, to deliver the residue  thereof to those  who are by law entitled.

WITNESS, Richard R. Rooker,  Clerk of Probate Court,  at my office, May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R.  Rooker,  Clerk of the Probate Court,  do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL  PATEL, as Administrator  of the estate of  GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is  still acting as Administrator of the estate, and  all acts as  such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this _14_ day of _____ 20_13_.

Richard R. Rooker, Clerk

_____ D.C.

# EXHIBIT 5



# Janet, Jenner & Suggs, LLC
—————— ATTORNEYS AT LAW ——————

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. KettererΔ

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. KleinmanΔ‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason D. Penn* ±
Seth L. Cardeli§≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson■†•

BAR MEMBERSHIPS
* Maryland | • South Carolina | ◊Massachusetts | ± District of Columbia | ≈ Minnesota | Δ Pennsylvania
‡ Illinois | † Florida | ° North Carolina | § New York | ≈ New Jersey | ■ West Virginia | •California

August 23, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D. Registered Agent for Service of Process
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

      Re:    Gokulbhai Maganbhai Patel, deceased
               Notice of health care liability claim required by
               Tennessee Code Annotated § 29-26-121

To Howell Allen Clinic A Professional Corporation:

     We are the attorneys representing Pinal Patel.

     Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, and Vaughan A. Allen, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Howell Allen Clinic A Professional Corporation to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

     The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth: September 1, 1932

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland : South Carolina | Massachusetts : New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
## ———— ATTORNEYS AT LAW ————

The name and address of the claimant authorizing this notice and their relationship to the patient:

Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning the care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

---

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland ¦ South Carolina ¦ Massachusetts ¦ New York ¦ North Carolina ¦ Washington, D.C. ¦ West Virginia

# Janet, Jenner & Suggs, LLC
### ———— ATTORNEYS AT LAW ————

Enclosures
cc:   Pinal Patel (*via first-class mail*)

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland ' South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____.

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

Robert K. Jenner                          Rosie Oldham, RN, BS, LNCC
Janet, Jenner & Suggs, LLC                R&G Medical Legal Solutions, LLC
Commerce Center                           PO Box 5339
1777 Reisterstown Rd, Suite 165           Peoria, AZ 85385-5339
Baltimore, MD 21208

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date _____ | X  X-rays (digital) |
| | ____ Outpatient Date _____ | X  X-ray reports |
| ____ Federal or State Tax information or records | X  Emergency Room records | X  ENTIRE RECORD |
| | ____ Face Sheet | X  Billing Records |
| ____ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| | X  History & Physical | X  manufacturer, Lot #] |
| | X  Discharge summary | X  Color copies of any |
| X  Laboratory reports | X  Consultation reports | photographs |
| | | Test Results [*e.g.*, Spinal |
| X  Report and/or records from physician, therapist | X  Surgery & Pathology reports | X  Tap] |
| | ____ MRIs (digital) | |

I understand the requested medical records may include information relating to: **alcohol
and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually
transmitted disease, and/or communicable or noncommunicable disease information.** Such
information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from JANET, JENNER & SUGGS, LLC, R&G Medical Legal Solutions, LLC, or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of the law firm of JANET, JENNER & SUGGS, LLC, and/or R&G Medical Legal Solutions, LLC.

A photocopy of this authorization is to be considered as valid as the original.

Dated: _____        Signature: _____

SSN: _____        Printed Name: _____

DOB: _____        Address: _____

_____

_____

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Re: Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel, deceased

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughan A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

# EXHIBIT 6



# Janet, Jenner & Suggs, LLC
## ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV*□ | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn* ±
Seth L. Cardeli §≠ | Samuel M. Collings*± | William F. Burnham*

### OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≠± | Joel M. Rubenstein§≠ | Thomas G. Wilson■†♦

### BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈ Minnesota | ∆Pennsylvania
‡Illinois | †Florida | °North Carolina | §New York | ≠New Jersey | ■West Virginia | ♦California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D. Registered Agent for Service of Process:
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

Re:    Gokulbhai Maganbhai Patel
       HIPAA Compliant Authorization

To Howell Allen Clinic A Professional Corporation:

Enclosed please find an amended HIPAA compliant authorization and Notice of Claim.

Very truly yours,

Kimberly A. Dougherty

Enclosure

---

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



## Janet, Jenner & Suggs, LLC
ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne" | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig" | Jason B. Penn*±
Seth L. Cardeli §≠ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.◊ | Steven J. German§≠± | Joel M. Rubenstein§≠ | Thomas G. Wilson≈†◊

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | ◊North Carolina | §New York | ≠New Jersey | ■West Virginia | ◆California

December 5, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D. Registered Agent for Service of Process:
2011 Murphy Ave., Suite 301
Nashville, TN 37203-2023

> Re:   Gokulbhai Maganbhai Patel
>       Notice of health care liability claim required by
>       Tennessee Code Annotated § 29-26-121

To Howell Allen Clinic A Professional Corporation:

We are the attorneys representing Gokulbhai Maganbhai Patel.

Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation and Vaughn A. Allen, M.D., including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Saint Thomas Outpatient Neurosurgical Center, LLC to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

Case 3:13-cv-01416  Document 1-1  Filed 12/17/13  Page 63 of 149 PageID #: 115

**Janet, Jenner & Suggs, LLC**
——— ATTORNEYS AT LAW ———

Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be promptly cured.  If we do not hear from you we will assume that you agree the letter complies with the law.

Very truly yours,

Kimberly A. Dougherty

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
## ——— ATTORNEYS AT LAW ———

Enclosures

cc:     Pinal Patel (*via first-class mail*)
        Myra Staggs (*via electronic mail*)

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

_____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

## INFORMATION TO BE RELEASED

| | Municipal, Governmental, Fire or Police Records | | Inpatient Date: _____ | **X** | X-rays (digital) |
|---|---|---|---|---|---|
| | Federal or State Tax information or records | | Outpatient Date _____ | **X** | X-ray reports |
| | | **X** | Emergency Room records | **X** | ENTIRE RECORD |
| | Wage, income or earning records or reports | | Face Sheet | **X** | Billing Records |
| **X** | Laboratory reports | **X** | History & Physical | **X** | Steroid Injection Information [e.g., manufacturer, Lot #] |
| | | **X** | Discharge summary | **X** | Color copies of any photographs |
| | | **X** | Consultation reports | | Test Results [e.g., Spinal Tap] |
| **X** | Report and/or records from physician, therapist | **X** | Surgery & Pathology reports | **X** | |
| | | | MRIs (digital) | | |

I understand the requested medical records may include information relating to: **alcohol
and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually
transmitted disease, and/or communicable or noncommunicable disease information.** Such
information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.  I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)].  I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.  My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.  This authorization is valid for three (3) years.  The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: 8/15/13

SSN: 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

DOB: 09/01/32

DOD: 01/22/13

Signature: _____

Printed Name: Pinul Patel

Address: 315 S Main St

Goodlettsville, TN 37072

Individually, As Personal Representative of the Estate of Gokulbhai M. Patel

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

| 1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) | | 2. SEX | 3. DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|
| Gokulbhai Maganbhai Patel | | Male | January 22, 2013 |

| 4a. TIME OF DEATH | 4b. AGE-Last Birthday (Years) | 5. DATE OF BIRTH (Month, Day, Year) | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|
| 09:15 AM | 80 | September 1, 1932 | Vihan, India |

8. PLACE OF DEATH (Check only one)

IF DEATH OCCURRED IN A HOSPITAL:  ☐ Inpatient  ☐ ER/Outpatient  ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:  ☐ Hospice facility  ☐ Nursing home/Long term care facility  ☐ Decedent's home  ☐ Other (residence)  ☐ Other (Specify)

| 9a. FACILITY NAME (If not institution, give street and number) | 9b. CITY OR TOWN | 9c. COUNTY OF DEATH |
|---|---|---|
| Heritage Medical Center | Shelbyville | Bedford |

| 10. MARITAL STATUS | 11. SURVIVING SPOUSE (If wife, give name prior to first marriage) | 11a. DECEDENT'S USUAL OCCUPATION | 11b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| ☐ Married  ☐ Married, but separated  ☒ Widowed  ☐ Divorced  ☐ Never married  ☐ Unknown | N/A | Farmer | Agriculture |

| 12. SOCIAL SECURITY NUMBER | 13a. RESIDENCE-STATE OR FOREIGN COUNTRY | 13b. COUNTY | 13c. CITY OR TOWN |
|---|---|---|---|
| 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 | Tennessee | Bedford | Shelbyville |

| 13d. STREET AND NUMBER | 13e. INSIDE CITY LIMITS | 13f. ZIP CODE | 14. WAS DECEDENT EVER IN US ARMED FORCES? |
|---|---|---|---|
| 400 S. Cannon Blvd. | ☒ Yes  ☐ No | 37160 | ☐ Yes  ☒ No |

15. DECEDENT'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of death)

16. DECEDENT OF HISPANIC ORIGIN? (Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino)
☐ No, not Spanish/Hispanic/Latino
☐ Yes, Mexican, Mexican American, Chicano
☐ Yes, Puerto Rican
☐ Yes, Cuban
☐ Yes, other Spanish/Hispanic/Latino (Specify)
☐ Unknown

17. DECEDENT'S RACE (Check one or more races to indicate what the decedent considered himself or herself to be)
☐ White
☐ Black or African American
☐ American Indian or Alaska Native (Name of the enrolled or principal tribe)
☐ Asian Indian
☐ Chinese
☐ Filipino
☐ Japanese
☐ Korean
☐ Vietnamese
☐ Other Asian (Specify)
☐ Native Hawaiian
☐ Guamanian or Chamorro
☐ Samoan
☐ Other Pacific Islander (Specify)
☐ Other (Specify)

| 18. FATHER'S NAME (First, Middle, Last) | 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) |
|---|---|
| Maganbhai Motibhai | Premben Maganbhai |

| 20a. INFORMANT'S NAME | 20b. RELATIONSHIP TO DECEDENT | 20c. MAILING ADDRESS (Street and Number, City, State, Zip Code) |
|---|---|---|
| Shashikant Patel | Son | 400 S. Cannon Blvd. Shelbyville TN 37160 |

21. METHOD OF DISPOSITION  ☐ Burial  ☒ Cremation  ☐ Donation  ☐ Entombment  ☐ Removal from State  ☐ Other (Specify)

| 21b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 21c. LOCATION - City or Town and State |
|---|---|
| Moore Corner Funeral Home | Winchester TN |

| 22a. SIGNATURE OF FUNERAL DIRECTOR | 22b. LICENSE NUMBER | 23a. SIGNATURE OF EMBALMER | 23b. LICENSE NUMBER |
|---|---|---|---|
| ► James David Feldhaus | 4605 | ► N/A | |

| 24. NAME AND ADDRESS OF FUNERAL HOME | 24a. LICENSE NUMBER OF FUNERAL HOME |
|---|---|
| Feldhaus Memorial Chapel 2022 N. Main Street Shelbyville TN 37160 | 1044 |

| 25. REGISTRAR'S SIGNATURE | 26. DATE FILED (Month, Day, Year) |
|---|---|
| ► Diana E. Hay (OR) | Jan 23 2013 |

26. CERTIFIER (Check only one)
26a. ☒ PHYSICIAN - To the best of my knowledge, death occurred at the time, date and place, and due to the cause(s) and manner stated.
26b. ☐ MEDICAL EXAMINER - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

| 27a. SIGNATURE OF CERTIFIER | 27b. LICENSE NUMBER | 27c. DATE SIGNED (Month, Day, Year) |
|---|---|---|
| ► MD | 37844 | 1/22/13 |

| 27d. NAME AND ADDRESS | |
|---|---|
| Mohamed Faour, MD 2762 HWY 231 North Shelbyville TN 37160 | |

28. PART I. Enter the chain of events (diseases, injuries, or complications) that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line.

IMMEDIATE CAUSE
(First disease or condition resulting in death) → a. COPD
Due to (or as a consequence of):
Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. → b.
Due to (or as a consequence of):
→ c.
Due to (or as a consequence of):
→ d.

| 29. WAS AN AUTOPSY PERFORMED? | |
|---|---|
| ☐ Yes  ☐ No | |
| 29a. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| ☐ Yes  ☐ No | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
CAD, DM, Fungal Meningitis

| 30. MANNER OF DEATH | 31. DID TOBACCO USE CONTRIBUTE TO DEATH? | 32. IF FEMALE |
|---|---|---|
| ☒ Natural  ☐ Homicide  ☐ Accident  ☐ Pending Investigation  ☐ Suicide  ☐ Could not be determined | ☐ Yes  ☐ Probably  ☐ No  ☐ Unknown | ☐ Not pregnant within past year  ☐ Pregnant at time of death  ☐ Not pregnant, but pregnant within 42 days of death  ☐ Not pregnant, but pregnant 43 days to 1 year before death  ☐ Unknown if pregnant within the past year |

33. IF TRANSPORTATION INJURY, SPECIFY:  ☐ Driver/Operator  ☐ Passenger  ☐ Pedestrian  ☐ Other (Specify)

| 34a. DATE OF INJURY (Month, Day, Year) | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY (e.g. Home, farm, street, factory, office, building, etc.) |
|---|---|---|---|
| | | ☐ Yes  ☐ No | |

34e. DESCRIBE HOW INJURY OCCURRED

34f. LOCATION OF INJURY (Street and Number, City or Town, State)

PH-1685 (Rev. 10/2011)

---

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.
Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
**STATE REGISTRAR**

Diana E. Hay (OR)
**Deputy Registrar**
**Bedford County**

Date Issued
Jan 23 2013

**CERTIFICATION OF VITAL RECORD**

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS, Richard R. Rooker,  Clerk of Probate Court,  at my office this May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this 14 day of _____, 20 13 .

Richard R. Rooker, Clerk

_____ D.C.

# EXHIBIT 7

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Saint Thomas Outpatient
Neurological Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Debra Schomberg   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
8-26-13

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 2820 0001 3573 8731

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Saint Thomas Outpatient
Neurological Center, LLC
c/o Gregory B. Lanford, MD
2011 Murphy Avenue
Ste. 301
Nashville, TN 37203-2023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
8/27

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 2820 0001 3573 8748

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
8/27

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Vaughan A. Allen, MD
2011 Murphy Ave.
Ste. 301
Nashville, TN 37203-2023

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 2820 0001 3573 8762

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
8/27

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Howell Allen Clinic A Professional
Corporation
c/o Gregory B. Lanford, MD
2011 Murphy Ave, Ste. 301
Nashville, TN 37203-2023

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 2820 0001 3573 8755

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

# EXHIBIT 8



**UNITED STATES POSTAL SERVICE®**

Certificate Of Ma

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mai
This form may be used for domestic and international mail.

From: Janet Jenner + Suggs, LLC
31 St. James Ave, Ste 365
Boston, MA 02116

To: St. Thomas Outpt. Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37205-2013

PS Form **3817**, April 2007  PSN 7530-02-000-9065



**UNITED STATES POSTAL SERVICE®**

Certificate Of Mailin

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mail
This form may be used for domestic and international mail.

From: Janet Jenner ~ Suggs, LLC
31 St. James Ave, Ste 365
Boston, MA 02116

To: St Thomas Outpatient Neurosurgical Center, LLC
Gregory B Lanford, MD registered Agent for Service of Process
2011 Murphy Ave. Ste 301
Nashville, TN 37203-2023

PS Form **3817**, April 2007  PSN 7530-02-000-9065



**UNITED STATES POSTAL SERVICE®**

Certificate Of Maili

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mai
This form may be used for domestic and international mail.

From: JANET JENNER ~ SUGGS, LLC
31 St. James Ave, Ste 365
Boston, MA 02116

To: Howell Allen Clinic A Professional Corporation
Gregory B Lanford, MD. Registered Agent for Service of Proc
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

PS Form **3817**, April 2007  PSN 7530-02-000-9065



**UNITED STATES POSTAL SERVICE®**

Certificate Of Ma

This Certificate of Mailing provides evidence that mail has been presented to USPS® for r
This form may be used for domestic and international mail.

From: Janet Jenner ~ Suggs, LLC
31 St. James Ave. Suite 365
Boston, MA 02116

To: Vaughan A. Allen, M.D.
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

PS Form **3817**, April 2007  PSN 7530-02-000-9065

# EXHIBIT 9



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs◊ | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*± ≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §◄ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.• | Steven J. German§◄± | Joel M. Rubenstein§◄ | Thomas G. Wilson◄†•

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ± District of Columbia | ≈Minnesota | △ Pennsylvania
‡ Illinois | † Florida | º North Carolina | $ New York | ◄ New Jersey | ■ West Virginia | ◆California

December 11, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

> Re:   Gokulbhai Maganbhai Patel
>        Notice of health care liability claim required by
>        Tennessee Code Annotated § 29-26-121

To St. Thomas Hospital:

   We are the attorneys representing Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel.

   Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, Nashville, Tennessee, Vaughn A. Allen, M.D., St. Thomas Health, St. Thomas Hospital (St. Thomas West Hospital) and Saint Thomas Network, including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care,

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
## ——— ATTORNEYS AT LAW ———

medicines and services provided by employees and/or agents of St. Thomas Hospital to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be promptly cured.  If we do not hear from you we will assume that you agree the letter complies with the law.

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### ——— ATTORNEYS AT LAW ———

Very truly yours,

Kimberly A. Dougherty


Enclosures

cc:    Pinal Patel (*via first-class mail*)
       Myra Staggs (*via electronic mail*)

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

_____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s):_____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

## INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Date | X   X-rays (digital) |
| | ___ Outpatient Date | X   X-ray reports |
| ___ Federal or State Tax information or records | X   Emergency Room records | X   ENTIRE RECORD |
| | ___ Face Sheet | X   Billing Records |
| | | Steroid Injection |
| ___ Wage, income or earning records or reports | X   History & Physical | Information [*e.g.*, manufacturer; Lot #] |
| | ___ Discharge summary | X   Color copies of any |
| X   Laboratory reports | X   Consultation reports | photographs |
| | | Test Results [*e.g.*, Spinal |
| X   Report and/or records from physician, therapist | X   Surgery & Pathology reports | X   Tap] |
| | ___ MRIs (digital) | |

I understand the requested medical records may include information relating to: alcohol
and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually
transmitted disease, and/or communicable or noncommunicable disease information: Such
information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(I)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time, except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: __8/15/13__

SSN: __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__

DOB: __09/01/32__

DOD: __01/22/13__

Signature: _____

Printed Name: __Pihil Patel__

Address: __315 S Main St__

__Goellettsville, TN 37072__

**Individually, As Personal Representative of the Estate of Gokulbhai M. Patel**

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration, and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS, Richard R. Rooker, Clerk of Probate Court, at my office this May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this  14  day of _____ 20 13 .

Richard R. Rooker, Clerk

_____ D.C.

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

| 1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) | 2. SEX | 3. DATE OF DEATH (Month, Day, Year) |
|---|---|---|
| Gokulbhai Maganbhai Patel | Male | January 22, 2013 |

| 4a. TIME OF DEATH | 4b. AGE-Last Birthday (Years) | Months | Days | Hours | Minutes | 5. UNDER 1 YEAR | 6. DATE OF BIRTH (Month, Day, Year) | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|---|---|---|
| 08:15 AM | 80 | | | | | | September 1, 1932 | Vihan, India |

8a. PLACE OF DEATH (Check only one)

IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☒ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☐ Nursing home/Long term care facility ☐ Decedent's home ☐ Other (Specify)

| 8b. FACILITY NAME (If not institution, give street and number) | 8c. CITY OR TOWN OF DEATH | 8d. COUNTY OF DEATH |
|---|---|---|
| Heritage Medical Center | Shelbyville | Bedford |

| 9. MARITAL STATUS | 10. SURVIVING SPOUSE (If wife, give name prior to first marriage) | 11a. DECEDENT'S USUAL OCCUPATION | 11b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| ☐ Married ☒ Married, but separated ☐ Widowed ☐ Divorced ☐ Never married ☐ Unknown | N/A | Farmer | Agriculture |

| 12. SOCIAL SECURITY NUMBER | 13. RESIDENCE-STATE OR FOREIGN COUNTRY | 13a. COUNTY | 13b. CITY OR TOWN |
|---|---|---|---|
| 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 | Tennessee | Bedford | Shelbyville |

| 13c. STREET AND NUMBER | 13d. INSIDE CITY LIMITS | 13e. ZIP CODE | 14. WAS DECEDENT EVER IN US ARMED FORCES? |
|---|---|---|---|
| 400 S. Cannon Blvd. | ☐ Yes ☒ No | 37160 | ☐ Yes ☒ No |

| 15. DECEDENT'S EDUCATION | 16. DECEDENT OF HISPANIC ORIGIN? | 17. DECEDENT'S RACE |
|---|---|---|
| | ☒ No, not Spanish/Hispanic/Latino | ☐ White ☐ Black or African American ☐ American Indian or Alaska Native ☒ Asian Indian ☐ Chinese ☐ Filipino ☐ Japanese ☐ Korean ☐ Other Asian (Specify) ☐ Other (Specify) |

| 18. FATHER'S NAME (First, Middle, Last) | 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) |
|---|---|
| Maganbhai Mobhbai | Premiben Maganbhai |
| Shashikant Patel | |

| 20a. INFORMANT'S NAME | 20b. RELATIONSHIP TO DECEDENT | 20c. MAILING ADDRESS (Street and Number, City, State, Zip Code) |
|---|---|---|
| | Son | 400 S. Cannon Blvd. Shelbyville TN 37160 |

| 21. METHOD OF DISPOSITION | 21a. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 21b. LOCATION - City or Town and State |
|---|---|---|
| ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify) | Moore Corner Funeral Home | Winchester TN |

| 22. SIGNATURE OF FUNERAL DIRECTOR | 22a. LICENSE NUMBER | 22b. SIGNATURE OF EMBALMER | 22c. LICENSE NUMBER |
|---|---|---|---|
| James David Feldhaus | 4605 | N/A | N/A |

| 23a. NAME AND ADDRESS OF FUNERAL HOME | 23b. LICENSE NUMBER OF FUNERAL HOME |
|---|---|
| Feldhaus Memorial Chapel 2022 N. Main Street Shelbyville TN 37160 | 1044 |

| 31. REGISTRAR'S SIGNATURE | 31a. DATE FILED (Month, Day, Year) |
|---|---|
| Diana C. Rice (DR) | Jan 23 2013 |

24. CERTIFIER (Check only one):
☒ PHYSICIAN - To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ MEDICAL EXAMINER - On the basis of examination, and/or investigation, in my opinion, death occurred at the date, and place, and due to the cause(s) and manner stated.

| 37a. SIGNATURE OF CERTIFIER | 37b. LICENSE NUMBER | 37c. DATE SIGNED (Month, Day, Year) |
|---|---|---|
| [signature] MD | 37844 | 1/22/13 |

37d. NAME AND ADDRESS: Mahamed Fesur, MD 2762 HWY 231 North Shelbyville TN 37160

PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line. Add additional lines if necessary.

IMMEDIATE CAUSE (Final disease or condition resulting in death) → COPD

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

CAD, IDDM, Fungal meningitis

---

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
STATE REGISTRAR

Diana E. Rice (DR)
**Deputy Registrar**
Bedford County

Date Issued
Jan 23 2013

**CERTIFICATION OF VITAL RECORD**

# EXHIBIT 10



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs• | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. Ketterer△

Sharon R. Guzejko^ | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*± ≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn* ±
Seth L. Cardeli §≠ | Samuel M. Collings*± | William F. Burnham*

.OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≠± | Joel M. Rubenstein§≠ | Thomas G. Wilson≈†•

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | △Pennsylvania
‡Illinois | †Florida | °North Carolina | §New York | ≠New Jersey | ■West Virginia | ◆California

December 11, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

> Re:   Gokulbhai Maganbhai Patel
>        Notice of health care liability claim required by
>        Tennessee Code Annotated § 29-26-121

To St. Thomas Network:

We are the attorneys representing Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel.

Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, Nashville, Tennessee, Vaughn A. Allen, M.D., St. Thomas Health, St. Thomas Hospital (St. Thomas West Hospital) and Saint Thomas Network, including their agents, employees, physicians, nurses and pharmacists.  This potential claim arises out of care,

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
### ——— ATTORNEYS AT LAW ———

medicines and services provided by employees and/or agents of St. Thomas Network to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**Janet, Jenner & Suggs, LLC**
——— ATTORNEYS AT LAW ———

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:      Pinal Patel (*via first-class mail*)
         Myra Staggs (*via electronic mail*)

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

Case 3:13-cv-01416   Document 1-1   Filed 12/17/13   Page 88 of 149 PageID #: 140

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

## INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Dates _____ | X  X-rays (digital) |
| ___ Federal or State Tax information or records | ___ Outpatient Date | X  X-ray reports |
| | X  Emergency Room records | X  ENTIRE RECORD |
| | X  Face Sheet | X  Billing Records |
| ___ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| | X  History & Physical | X  manufacturer; Lot #] |
| | X  Discharge summary | X  Color copies of any photographs: |
| X  Laboratory reports | X  Consultation reports | |
| | | Test Results [*e.g.*, Spinal |
| X  Report and/or records from physician, therapist | X  Surgery & Pathology reports | X  Tap] |
| | ___ MRIs (digital) | |

I understand the requested medical records may include information relating to: alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information. Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent.   I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(i)(ii)].   I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.  My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation.   This authorization is valid for three (3) years.  The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: __8/15/13__

SSN: __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__

DOB: __09/01/32__

DOD: __01/22/13__

Signature: _____

Printed Name: __Rahul Patel__

Address: __315 S Main St__
__Goodlettsville, TN 37072__

Individually, As Personal
Representative of the Estate
of Gokulbhai M. Patel

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS, Richard R. Rooker, Clerk of Probate Court, at my office May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this 14 day of _____, 20 13.

Richard R. Rooker, Clerk

_____ D.C.

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix): Gokulbhai Maganbhai Patel
2. SEX: Male
3. DATE OF DEATH (Month, Day, Year): January 22, 2013
4. TIME OF DEATH: 08:15 AM
5a. AGE-Last Birthday (Years): 80
6. DATE OF BIRTH (Month, Day, Year): September 1, 1932
7. BIRTHPLACE (City and State or Foreign Country): Vihan, India

8b. PLACE OF DEATH

IF DEATH OCCURRED IN A HOSPITAL / IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL
- Inpatient ☐ ER/Outpatient ☒ DOA
- 9. FACILITY NAME: Heritage Medical Center
- 9b. CITY OR TOWN: Shelbyville
- 10. COUNTY OF DEATH: Bedford

11. MARITAL STATUS: ☒ Married, but separated ☐ Widowed
12. DECEDENT'S USUAL OCCUPATION: Farmer
13. KIND OF BUSINESS/INDUSTRY: Agriculture

12. SOCIAL SECURITY NUMBER: 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
13b. RESIDENCE-STATE OR FORGN COUNTRY: Tennessee
13c. COUNTY: Bedford
13d. CITY OR TOWN: Shelbyville

14a. STREET AND NUMBER: 400 S. Cannon Blvd.
14b. INSIDE CITY LIMITS: ☒ Yes ☐ No
14c. ZIP CODE: 37160
15. WAS DECEDENT EVER IN US ARMED FORCES?: ☐ Yes ☒ No

16. DECEDENT'S EDUCATION
17. DECEDENT OF HISPANIC ORIGIN?
18. DECEDENT'S RACE
- ☒ Asian Indian

19. FATHER'S NAME (First, Middle, Last): Maganbhai Mobhhai
20. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last): Premben Maganbhai

20a. INFORMANT'S NAME: Shashikant Patel
20b. RELATIONSHIP TO DECEDENT: Son
20c. MAILING ADDRESS: 400 S. Cannon Blvd., Shelbyville TN 37160

21. METHOD OF DISPOSITION: ☐ Burial ☒ Cremation
21a. PLACE OF DISPOSITION (Name of cemetery, crematory, other place): Moore Corner Funeral Home
21b. LOCATION-City or Town and State: Winchester TN

22. SIGNATURE OF FUNERAL DIRECTOR: James David Feldhaus
23a. SIGNATURE OF EMBALMER: N/A
23b. LICENSE NUMBER: N/A
24. NAME AND ADDRESS OF FUNERAL FACILITY: Feldhaus Memorial Chapel 2022 N. Main Street, Shelbyville TN 37160
24b. LICENSE NUMBER OF FUNERAL HOME: 1044

25. REGISTRAR'S SIGNATURE: Diana C. Clay (DR)
26. DATE FILED (Month, Day, Year): Jan 23 2013

26. CERTIFIER (Check only one)
- ☒ PHYSICIAN - To the best of my knowledge, death occurred at the time and place, and due to the cause(s) and manner stated.
- ☐ MEDICAL EXAMINER - On the basis of examination, and/or investigation, in my opinion, death occurred at the time and place, and due to the cause(s) and manner stated.

27a. SIGNATURE OF CERTIFIER
27b. LICENSE NUMBER: 37874
27c. DATE SIGNED (Month, Day, Year): 1/22/13
27d. NAME AND ADDRESS: Mohamed Feour, MD 2762 HWY 231 North Shelbyville TN 37160

28. PART I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology.

IMMEDIATE CAUSE (Final disease or condition resulting in death): COPD

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:
CAD, IDDM, Fungal Meningitis

29. MANNER OF DEATH: ☒ Natural
31. DID TOBACCO USE CONTRIBUTE TO DEATH?
32. IF FEMALE

PH-1680 (Rev 10/2011)

---

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
STATE REGISTRAR

Diana E. Clay (DR)
**Deputy Registrar**
Bedford County

Date Issued Jan 23 2013

**CERTIFICATION OF VITAL RECORD**

# EXHIBIT 11



## Janet, Jenner & Suggs, LLC
#### ─ATTORNEYS AT LAW─

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §¤ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.◦ | Steven J. German§¤± | Joel M. Rubenstein§¤ | Thomas G. Wilson¤†•

BAR MEMBERSHIPS
* Maryland | • South Carolina | ¤ Massachusetts | ± District of Columbia | ≈ Minnesota | ∆ Pennsylvania
‡ Illinois | † Florida | ◦ North Carolina | § New York | ⌐ New Jersey | ▪ West Virginia | ♦ California

December 11, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
CERTIFICATE OF MAILING

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

   Re:  Gokulbhai Maganbhai Patel
       Notice of health care liability claim required by
       Tennessee Code Annotated § 29-26-121

To St. Thomas Health:

   We are the attorneys representing Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel.

   Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, Nashville, Tennessee, Vaughn A. Allen, M.D., St. Thomas Health, St. Thomas Hospital (St. Thomas West Hospital) and Saint Thomas Network, including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of St. Thomas Health to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

   The full name and date of birth of the patient whose treatment is at issue:

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
## ────── ATTORNEYS AT LAW ──────

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Individually, and as Personal Representative of the Estate of Gokulbhai
Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given
pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA
compliant medical authorization permitting you to obtain complete medical records on
Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's
death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not
accept this authorization for any reason, please contact us and we will arrange to execute an
authorization acceptable to them that will permit you to obtain complete medical records on
Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician
patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor
who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not
communicate with any person other than your attorney about any doctor's care and treatment of
Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated §
29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be
promptly cured.  If we do not hear from you we will assume that you agree the letter complies
with the law.

---

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**Janet, Jenner & Suggs, LLC**
——— ATTORNEYS AT LAW ———

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:    Pinal Patel (*via first-class mail*)
        Myra Staggs (*via first-class mail*)

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia