**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Dates | X X-rays (digital) |
| X Federal or State Tax information or records | ___ Outpatient Date | X X-ray reports |
| | X Emergency Room records | X ENTIRE RECORD |
| | ___ Face Sheet | X Billing Records |
| ___ Wage, income or earning records or reports | | Steroid Injection Information [e.g., manufacturer; Lot #] |
| | X History & Physical | X |
| X Laboratory reports | X Discharge summary | X Color copies of any photographs |
| | X Consultation reports | Test Results [e.g., Spinal Tap] |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | X |
| | X MRIs (digital) | |

I understand the requested medical records may include information relating to: alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information. Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(I)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: __8/15/13__        Signature: _____

SSN: __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__      Printed Name: _Pihul Patel_

DOB: __09/01/32__         Address: _315 S Main St_

DOD: __01/22/13__         _Goodlettsville, TN 37072_

Individually, As Personal
Representative of the Estate
of Gokulbhai M. Patel

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS Richard R. Rooker, Clerk of Probate Court, at my office this May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this __14__ day of _____ 20_13_.

Richard R. Rooker, Clerk

_____ D.C.

# STATE OF TENNESSEE
## Office of Vital Records

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

| | |
|---|---|
| 1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) Gokulbhai Maganbhai Patel | 2. SEX Male | 3. DATE OF DEATH (Month, Day, Year) January 22, 2013 |
| 4. TIME OF DEATH 09:15 AM | 5a. AGE-Last Birthday (Years) 80 | 6. DATE OF BIRTH (Month, Day, Year) September 1, 1932 | 7. BIRTHPLACE (City and State or Foreign Country) Vihan, India |

6b. PLACE OF DEATH (Check only one)

IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☒ DOA

IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☐ Nursing home/Long term care facility ☐ Decedent's home ☐ Other (specify)

| 9. FACILITY NAME (If not institution, give street and number) Heritage Medical Center | 9a. CITY OR TOWN Shelbyville | 9b. COUNTY OF DEATH Bedford |

| 10. MARITAL STATUS ☐ Married ☐ Married, but separated ☒ Widowed ☐ Divorced ☐ Never married ☐ Unknown | 10a. SURVIVING SPOUSE (If wife, give name prior to first marriage) N/A | 11. DECEDENT'S USUAL OCCUPATION Farmer | 11a. KIND OF BUSINESS/INDUSTRY Agriculture |

| 12. SOCIAL SECURITY NUMBER 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 | 13a. RESIDENCE-STATE OR FOREIGN COUNTRY Tennessee | 13b. COUNTY Bedford | 13c. CITY OR TOWN Shelbyville |
| 13d. STREET AND NUMBER 400 S. Cannon Blvd. | | 13e. INSIDE CITY LIMITS ☒ Yes ☐ No | 13f. ZIP CODE 37160 | 14. WAS DECEDENT EVER IN US ARMED FORCES? ☐ FOREVER ☒ No |

| 15. DECEDENT'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of death) | 16. HISPANIC ORIGIN? (Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino) | 17. DECEDENT'S RACE (Check one or more races to indicate what the decedent considered himself or herself to be) |
| ☐ 8th grade or less | ☒ No, not Spanish/Hispanic/Latino | ☐ White ☐ Vietnamese |
| ☐ 9th - 12th grade, no diploma | ☐ Yes, Mexican, Mexican American, Chicano | ☐ Black or African American ☐ Other Asian (Specify) |
| ☐ High school graduate or GED completed | ☐ Yes, Puerto Rican | ☐ American Indian or Alaska Native (Name of the enrolled or principal tribe) ☐ Native Hawaiian |
| ☐ Some college credit, but no degree | ☐ Yes, Cuban | | ☐ Guamanian or Chamorro |
| ☐ Associate degree (e.g., AA, AS) | ☐ Yes, other Spanish/Hispanic/Latino (Specify) | ☒ Asian Indian ☐ Samoan |
| ☐ Bachelor's degree (e.g., BA, AB, BS) | | ☐ Chinese ☐ Other Pacific Islander (Specify) |
| ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) | | ☐ Filipino |
| ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD) | | ☐ Japanese ☐ Other (Specify) |
| ☐ Unknown | ☐ Unknown | ☐ Korean |

| 18. FATHER'S NAME (First, Middle, Last) Maganbhai Molobhai | 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) Premiben Maganbhai |

| 20a. INFORMANT'S NAME Shashikant Patel | 20b. RELATIONSHIP TO DECEDENT Son | 20c. MAILING ADDRESS (Street and Number, City, State, Zip Code) 400 S. Cannon Blvd. Shelbyville TN 37160 |

| 21a. METHOD OF DISPOSITION ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify) | 21b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) Moore Corner Funeral Home | 21c. LOCATION OF DISPOSITION (Name of cemetery) Winchester TN |

| 22. SIGNATURE OF FUNERAL DIRECTOR ► James David Fekhaus | 23. LICENSE NUMBER 4805 | 24a. SIGNATURE OF EMBALMER ► N/A | 24b. LICENSE NUMBER N/A |

| 25a. NAME AND ADDRESS OF FUNERAL HOME Fekhaus Memorial Chapel 2022 N. Main Street  Shelbyville TN 37160 | 25b. LICENSE NUMBER OF FUNERAL HOME 1044 |

| 26. REGISTRAR'S SIGNATURE ► *Diana C. Kez (DR)* | 27. DATE FILED (Month, Day, Year) Jan 23 2013 |

28. CERTIFIER (Check only one)

28a. ☐ PHYSICIAN -To the best of my knowledge, death occurred at the time and place, and due to the cause(s) and manner stated.

28b. ☐ MEDICAL EXAMINER - On the basis of examination, and/or investigation, in my opinion, death occurred at the date, and place, and due to the cause(s) and manner stated.

| 29. SIGNATURE OF CERTIFIER ► *[signature]* MD | 29a. LICENSE NUMBER 37840 | 29b. DATE SIGNED (Month, Day, Year) 1/22/13 |
| | 29c. NAME AND ADDRESS Mohamed Faour, MD 2782 HWY 231 North Shelbyville TN 37160 |

30. PART I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line.

IMMEDIATE CAUSE (Final disease or condition resulting in death) a. COPD    Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST b. ___  Due to (or as a consequence of):

c. ___  Due to (or as a consequence of):

d. ___

| 30b. WAS AN AUTOPSY PERFORMED? ☐ Yes ☐ No |
| 30c. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No |

31. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
CAD, INAM, Fungal Meningitis

| 32. MANNER OF DEATH ☒ Natural ☐ Accident ☐ Pending Investigation ☐ Homicide ☐ Suicide ☐ Could not be determined | 33. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ Probably ☐ No ☐ Unknown | 34. IF FEMALE ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year |

| 35. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) | 34a. DATE OF INJURY (Month, Day, Year) | 34b. TIME OF INJURY | 34c. INJURY AT WORK? ☐ Yes ☐ No | 34d. PLACE OF INJURY (e.g., home, farm, street, factory, office, building, etc.) (Specify) |
| | 34e. DESCRIBE HOW INJURY OCCURRED | | 34f. LOCATION OF INJURY (Street and Number, City or Town, State) |

PH-1699 (Rev. 10/2011)

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

*Teresa S. Hendricks* *[signature]*
Teresa S. Hendricks     **Deputy Registrar**
STATE REGISTRAR         Bedford County

*Diana E. Kez (DR)*   Date Issued *Jan 23 2013*

**CERTIFICATION OF VITAL RECORD**

# EXHIBIT 12



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±

Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Klehman* ∆‡ | Tara J. Posner*±† | Elisha N. Hawk*± ≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn* ±
Seth L. Cardeli §≈± | Samuel M. Collings*± | William F. Burnham*

**OF COUNSEL**
John C. Hensley, Jr.° | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson■†•

**BAR MEMBERSHIPS**
*Maryland | • South Carolina | ◊Massachusetts | ± District of Columbia | ≈ Minnesota | ∆ Pennsylvania
‡ Illinois | † Florida | ° North Carolina | § New York | ■ New Jersey | ● West Virginia | •California

December 11, 2013

CERTIFICATE OF MAILING

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Re:     Gokulbhai Maganbhai Patel
        Notice of health care liability claim required by
        Tennessee Code Annotated § 29-26-121

To Howell Allen Clinic A Professional Corporation:

Enclosed please find an amended Notice of Claim pursuant to Tennessee Code Annotated § 29-26-121. The list of names and addresses of all providers sent a Notice of Claim is amended to now include Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital. Please note that providing this amended Notice of Claim is not an admission of any deficiency in the Notice of Claim previously sent, as Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital are still subject to the Tolling Agreement waiving any notice requirements.

Very truly yours,

Kimberly A. Dougherty

KAD

Enclosure

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# J&S

## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli§≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.□ | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson•†°

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | □North Carolina | §New York | ≈New Jersey | ■West Virginia | ♦California

December 11, 2013

CERTIFICATE OF MAILING

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

      Re:    Gokulbhai Maganbhai Patel
             Notice of health care liability claim required by
             Tennessee Code Annotated § 29-26-121

To Howell Allen Clinic A Professional Corporation:

      We are the attorneys representing Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel.

      Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, Nashville, Tennessee, Vaughn A. Allen, M.D., St. Thomas Health, St. Thomas Hospital (St. Thomas West Hospital) and Saint Thomas Network, including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by employees and/or agents of Howell Allen Clinic A Professional Corporation to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

      The full name and date of birth of the patient whose treatment is at issue:

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC

### ——— ATTORNEYS AT LAW ———

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Individually, and as Personal Representative of the Estate of Gokulbhai
Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given
pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA
compliant medical authorization permitting you to obtain complete medical records on
Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's
death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not
accept this authorization for any reason, please contact us and we will arrange to execute an
authorization acceptable to them that will permit you to obtain complete medical records on
Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician
patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor
who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not
communicate with any person other than your attorney about any doctor's care and treatment of
Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated §
29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be
promptly cured.  If we do not hear from you we will assume that you agree the letter complies
with the law.

Very truly yours,

Kimberly A. Dougherty

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, DC | West Virginia

# Janet, Jenner & Suggs, LLC
#### —— ATTORNEYS AT LAW ——

Enclosures

cc:    Pinal Patel (*via first-class mail*)

       Myra Staggs (*via first-class mail*)

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ____ Municipal, Governmental, Fire or Police Records | ____ Inpatient Date | X  X-rays (digital) |
| | ____ Outpatient Date | X  X-ray reports |
| ____ Federal or State Tax information or records | X  Emergency Room records | X  ENTIRE RECORD |
| | ____ Face Sheet | X  Billing Records |
| ____ Wage, income or earning records or reports | | Steroid Injection Information [*e.g.*, |
| | X  History & Physical | X  manufacturer, Lot #] |
| | X  Discharge summary | X  Color copies of any |
| X  Laboratory reports | X  Consultation reports | photographs |
| | | Test Results [*e.g.*, Spinal |
| X  Report and/or records from physician, therapist | X  Surgery & Pathology reports | X  Tap] |
| | ____ MRIs (digital) | |

I understand the requested medical records may include information relating to: alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information. Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____

A photocopy of this authorization is to be considered as valid as the original.

Dated: __8/15/13__            Signature: _____

SSN: __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__          Printed Name: __Pinal Patel__

DOB: __09/01/32__             Address: __315 S Main St__

DOD: 01/22/13                           __Goodlettsville, TN 37072__

                                       Individually, As Personal
                                       Representative of the Estate
                                       of Gokulbhai M. Patel

## SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

### LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate; and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS, Richard R. Rooker, Clerk of Probate Court, at my office, May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this ___14___ day of _____ 20_13_.

Richard R. Rooker, Clerk

_____ D.C.

# STATE OF TENNESSEE
## Office of Vital Records

**TENNESSEE DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix): Gokulbhai Meganbhai Patel

2. SEX: Male

3. DATE OF DEATH (Month, Day, Year): January 22, 2013

4a. TIME OF DEATH: 09:15 AM

4b. AGE-Last Birthday (Years): 80

5. DATE OF BIRTH (Month, Day, Year): September 1, 1932

6. BIRTHPLACE (City and State or Foreign Country): Vitan, India

8a. FACILITY NAME (If not institution, give street and number): Heritage Medical Center

8b. CITY OR TOWN: Shelbyville

8c. COUNTY OF DEATH: Bedford

9. MARITAL STATUS: Widowed

11a. DECEDENT'S USUAL OCCUPATION: Farmer

11b. KIND OF BUSINESS/INDUSTRY: Agriculture

12a. RESIDENCE-STATE OR FOREIGN COUNTRY: Tennessee

12b. COUNTY: Bedford

12c. CITY OR TOWN: Shelbyville

10. SOCIAL SECURITY NUMBER: 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

13a. STREET AND NUMBER: 400 S. Cannon Blvd.

13b. ZIP CODE: 37160

13c. WAS DECEDENT EVER IN US ARMED FORCES: Yes ☐ No ☒

17. DECEDENT'S RACE: White

18. FATHER'S NAME (First, Middle, Last): Maganbhai Motibhai

19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last): Premben Meganbhai

20a. INFORMANT'S NAME: Shashikant Patel

20b. RELATIONSHIP TO DECEDENT: Son

20c. MAILING ADDRESS: 400 S. Cannon Blvd., Shelbyville TN 37160

21a. METHOD OF DISPOSITION: Removal from State

21b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place): Moore Cortner Funeral Home

21c. LOCATION – City or Town and State: Winchester TN

22. NAME AND ADDRESS OF FUNERAL FACILITY: Feldhaus Memorial Chapel 2022 N. Main Street Shelbyville TN 37160

23. NAME OF FUNERAL DIRECTOR: James David Feldhaus

24. REGISTRAR'S SIGNATURE: *Diana E. Key (DR)*

25. DATE FILED: Jan 23 2013

26. PART I: IMMEDIATE CAUSE: COPD

Due to (or as a consequence of):

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I: CAD, IDDM, Fungal Meningitis

37a. SIGNATURE OF CERTIFIER

37b. LICENSE NUMBER: 37844

37c. NAME AND ADDRESS: Mahendel Fesor, MD 2762 HWY 231 North Shelbyville TN 37160

38. DATE SIGNED: 1/22/13

---

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
STATE REGISTRAR

*Diana E. Key (DR)*
**Deputy Registrar**
Bedford County

Date Issued: Jan 23, 2013

## CERTIFICATION OF VITAL RECORD

# EXHIBIT 13



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.*″ | Kenneth M. Suggs* | Robert K. Jenner, P.C.*± 
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV≈ | Hal J. Kleinman*△‡ | Tara J. Posner*±† | Elisha N. Hawk*± ≈
Justin A. Browne″ | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*±° | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.◊ | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson†◦

BAR MEMBERSHIPS
*Maryland | ◦South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | △Pennsylvania
‡Illinois | †Florida | ″North Carolina | §New York | ≈New Jersey | •West Virginia | ◦California

December 11, 2013

CERTIFICATE OF MAILING

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

   Re: Gokulbhai Maganbhai Patel
     Notice of health care liability claim required by
     Tennessee Code Annotated § 29-26-121

To Saint Thomas Outpatient Neurosurgical Center, LLC:

   Enclosed please find an amended Notice of Claim pursuant to Tennessee Code Annotated § 29-26-121. The list of names and addresses of all providers sent a Notice of Claim is amended to now include Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital. Please note that providing this amended Notice of Claim is not an admission of any deficiency in the Notice of Claim previously sent, as Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital are still subject to the Tolling Agreement waiving any notice requirements.

       Very truly yours,

       Kimberly A. Dougherty

KAD

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



# Janet, Jenner & Suggs, LLC
## ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs° | Robert K. Jenner, P.C.*±
Dov Apfel*±⊺ | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.° | Brian D. Ketterer△

Sharon R. Guzejko° | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman△‡ | Tara J. Posner*±⊺ | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron° | Lindsey M. Craig* | Jason B. Penn* ±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

### OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson≈⊺◆

### BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | △Pennsylvania
‡Illinois | ⊺Florida | °North Carolina | §New York | ≈New Jersey | ≈West Virginia | ◆California

December 11, 2013

## CERTIFICATE OF MAILING

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

> Re:  Gokulbhai Maganbhai Patel
> Notice of health care liability claim required by
> Tennessee Code Annotated § 29-26-121

To Saint Thomas Outpatient Neurosurgical Center, LLC:

We are the attorneys representing Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel.

Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, Nashville, Tennessee, Vaughn A. Allen, M.D., St. Thomas Health, St. Thomas Hospital (St. Thomas West Hospital) and Saint Thomas Network, including their agents, employees, physicians, nurses and pharmacists.   This potential claim arises out of care,

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

## Janet, Jenner & Suggs, LLC
### ——— ATTORNEYS AT LAW ———

medicines and services provided by employees and/or agents of Saint Thomas Outpatient Neurosurgical Center, LLC to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel.  We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be promptly cured.  If we do not hear from you we will assume that you agree the letter complies with the law.

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**Janet, Jenner & Suggs, LLC**
—— ATTORNEYS AT LAW ——

Very truly yours,

Kimberly A. Dougherty

Enclosures
cc:      Pinal Patel (*via first-class mail*)
         Myra Staggs (*via first-class mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO:

_____

_____

_____

_____

    I HEREBY AUTHORIZE _____ to release the
information specified below for the date(s): _____ through _____

    THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO
BE RELEASED TO:

## INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Date | X X-rays (digital) |
| ___ Federal or State Tax information or records | X Outpatient Date | X X-ray reports |
| | X Emergency Room records | X ENTIRE RECORD |
| ___ Wage, income or earning records or reports | X Face Sheet | X Billing Records |
| | X History & Physical | X Steroid Injection Information [e.g., manufacturer, Lot #] |
| X Laboratory reports | X Discharge summary | X Color copies of any photographs |
| | X Consultation reports | |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | X Test Results [e.g., Spinal Tap] |
| | ___ MRIs (digital) | |

    I understand the requested medical records may include information relating to: **alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information.** Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

     I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

     I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

     THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____.

     A photocopy of this authorization is to be considered as valid as the original.

Dated: __8/15/13__

SSN: __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__

DOB: __09/01/32__

DOD: 01/22/13

Signature: _____

Printed Name: _Pinul Patel_

Address: _315 S Main St_

_Goodlettsville, TN 37072_

Individually, As Personal Representative of the Estate of Gokulbhai M. Patel

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS Richard R. Rooker, Clerk of Probate Court, at my office this May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this 14 day of _____ 20 13 .

Richard R. Rooker, Clerk

_____ D.C.

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix): Gokulbhai Maganbhai Patel
2. SEX: Male
3. DATE OF DEATH (Month, Day, Year): January 22, 2013
4. TIME OF DEATH: 09:15 AM
5a. AGE-Last Birthday (Years): 80
6. DATE OF BIRTH (Month, Day, Year): September 1, 1932
7. BIRTHPLACE (City and State or Foreign Country): Vihar, India

8b. PLACE OF DEATH (Check only one)
IF DEATH OCCURRED IN A HOSPITAL / IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL

9a. FACILITY NAME (If not institution, give street and number): Heritage Medical Center
9b. CITY OR TOWN: Shelbyville
9c. COUNTY OF DEATH: Bedford

10. MARITAL STATUS: Widowed
11a. DECEDENT'S USUAL OCCUPATION: Farmer
11b. KIND OF BUSINESS/INDUSTRY: Agriculture

12. SOCIAL SECURITY NUMBER: 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
13a. RESIDENCE-STATE OR FOREIGN COUNTRY: Tennessee
13b. COUNTY: Bedford
13c. CITY OR TOWN: Shelbyville

13d. STREET AND NUMBER: 400 S. Cannon Blvd.
14. WAS DECEDENT EVER IN US ARMED FORCES? No

15. DECEDENT'S EDUCATION: 8th grade or less
16. DECEDENT OF HISPANIC ORIGIN? No, not Spanish/Hispanic/Latino
17. DECEDENT'S RACE: Asian Indian

18. FATHER'S NAME (First, Middle, Last): Maganbhai Motibhai
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last): Premben Maganbhai

20a. INFORMANT'S NAME: Shashikant Patel
20b. RELATIONSHIP TO DECEDENT: Son
20c. MAILING ADDRESS: 400 S. Cannon Blvd., Shelbyville TN 37160

21. METHOD OF DISPOSITION: Cremation
22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place): Moore Corner Funeral Home
23. LOCATION - City or Town and State: Winchester TN

24a. SIGNATURE OF FUNERAL DIRECTOR: James David Feldhaus
24b. LICENSE NUMBER: 4805
24c. SIGNATURE OF EMBALMER: N/A

25a. NAME AND ADDRESS OF FUNERAL HOME: Feldhaus Memorial Chapel 2022 N. Main Street  Shelbyville TN 37160
25b. LICENSE NUMBER OF FUNERAL HOME: 1044

24. REGISTRAR'S SIGNATURE: Diana E. Clay (DR)
25. DATE FILED (Month, Day, Year): Jan 23 2013

26. CERTIFIER (Check only one):
26a. PHYSICIAN - To the best of my knowledge, death occurred at the time, date, place and due to the cause(s) and manner stated.

27a. SIGNATURE OF CERTIFIER
27b. LICENSE NUMBER: 37544
27c. DATE SIGNED (Month, Day, Year): 1/22/13
27d. NAME AND ADDRESS: Mohamed Faour, MD 2762 HWY 231 North  Shelbyville TN 37160

28. PART I. Enter the chain of events (diseases, injuries, or complications) that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line.

IMMEDIATE CAUSE (Final disease or condition resulting in death): COPD

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
CAD, IDDM, Fungal meningitis

30. MANNER OF DEATH: Natural

PART I. I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
STATE REGISTRAR

Diana E. Clay (DR)
Deputy Registrar
Bedford County

Date Issued: Jan 23 2013

**CERTIFICATION OF VITAL RECORD**



## Janet, Jenner & Suggs, LLC
### ——— ATTORNEYS AT LAW ———

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*± | Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hineon, IV≈ | Hal J. Kleinman*∆‡ | Tara J. Posner*±† | Elisha N. Hawk*± ≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.* | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson≈†•

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ± District of Columbia | ≈ Minnesota | ∆ Pennsylvania
‡ Illinois | † Florida | ≈ North Carolina | § New York | ≈ New Jersey | ▪ West Virginia | • California

December 11, 2013

CERTIFICATE OF MAILING

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

   Re: Gokulbhai Maganbhai Patel
      Notice of health care liability claim required by
      Tennessee Code Annotated § 29-26-121

To Saint Thomas Outpatient Neurosurgical Center, LLC:

   Enclosed please find an amended Notice of Claim pursuant to Tennessee Code Annotated § 29-26-121. The list of names and addresses of all providers sent a Notice of Claim is amended to now include Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital. Please note that providing this amended Notice of Claim is not an admission of any deficiency in the Notice of Claim previously sent, as Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital are still subject to the Tolling Agreement waiving any notice requirements.

      Very truly yours,

      Kimberly A. Dougherty

KAD

Enclosure

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



**Janet, Jenner & Suggs, LLC**
ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs♦ | Robert K. Jenner, P.C.*±

Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer△

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV* | Hal J. Kleinman△‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig" | Jason B. Penn*±
Seth L. Cardeli§≠ | Samuel M. Collings*± | William F. Burnham▾

OF COUNSEL
John C. Hensley, Jr.◊ | Steven J. German§≠± | Joel M. Rubenstein§≠ | Thomas G. Wilson≠†♦

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | △Pennsylvania
‡Illinois | †Florida | ♪North Carolina | §New York | ≠New Jersey | ▪West Virginia | ▾California

December 11, 2013

CERTIFICATE OF MAILING

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

     Re:    Gokulbhai Maganbhai Patel
            Notice of health care liability claim required by
            Tennessee Code Annotated § 29-26-121

To Saint Thomas Outpatient Neurosurgical Center, LLC:

     We are the attorneys representing Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel.

     Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, Nashville, Tennessee, Vaughn A. Allen, M.D., St. Thomas Health, St. Thomas Hospital (St. Thomas West Hospital) and Saint Thomas Network, including their agents, employees, physicians, nurses and pharmacists.   This potential claim arises out of care,

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
#### ATTORNEYS AT LAW

medicines and services provided by employees and/or agents of Saint Thomas Outpatient Neurosurgical Center, LLC to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

Gokulbhai Maganbhai Patel
Date of Birth: September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA compliant medical authorization permitting you to obtain complete medical records on Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor who provided medical services for Gokulbhai Maganbhai Patel. We expect that you will not communicate with any person other than your attorney about any doctor's care and treatment of Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you we will assume that you agree the letter complies with the law.

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
## ──── ATTORNEYS AT LAW ────

Very truly yours,

Kimberly A. Dougherty

Enclosures

cc:     Pinal Patel (*via first-class mail*)
        Myra Staggs (*via first-class mail*)

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com
Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

## HIPAA RELEASE GENERAL AUTHORIZATION

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR LITIGATION PURPOSES AND IS TO BE RELEASED TO:

### INFORMATION TO BE RELEASED

| | | |
|---|---|---|
| ___ Municipal, Governmental, Fire or Police Records | ___ Inpatient Date _____ | X X-rays (digital) |
| ___ Federal or State Tax information or records | ___ Outpatient Date _____ | X X-ray reports |
| | X Emergency Room records | X ENTIRE RECORD |
| | ___ Face Sheet | X Billing Records |
| ___ Wage, income or earning records or reports | | ___ Steroid Injection Information [e.g., manufacturer, Lot #] |
| | X History & Physical | X |
| X Laboratory reports | X Discharge summary | X Color copies of any photographs |
| | X Consultation reports | |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | ___ Test Results [e.g., Spinal Tap] |
| | ___ MRIs (digital) | X |

I understand the requested medical records may include information relating to: alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information. Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____.

A photocopy of this authorization is to be considered as valid as the original.

Dated: __8/15/13__          Signature: _____

SSN: __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__        Printed Name: _Pinol Patel_

DOB: __09/01/32__           Address: _315 S. Main St_

DOD: 01/22/13                        _Goodlettsville, TN 37072_

                            Individually, As Personal
                            Representative of the Estate
                            of Gokulbhai M. Patel

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

    It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

    THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

    WITNESS, Richard R. Rooker, Clerk of Probate Court, at my office May 14, 2013

                        Richard R. Rooker, Clerk

                        _____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

    I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

    WITNESS my hand and official seal, this __14__ day of _____, 20_13_.

                        Richard R. Rooker, Clerk

                        _____ D.C.

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) | Gokulbhai Maganbhai Patel |
| 2. SEX | Male |
| 3. DATE OF DEATH (Month, Day, Year) | January 22, 2013 |
| 4. TIME OF DEATH | 09:15 AM |
| 5a. AGE-Last Birthday (Years) | 80 |
| 6. DATE OF BIRTH (Month, Day, Year) | September 1, 1932 |
| 7. BIRTHPLACE (City and State or Foreign Country) | Vihan, India |

IF DEATH OCCURRED IN A HOSPITAL

8a. FACILITY NAME: Heritage Medical Center
8b. CITY OR TOWN: Shelbyville
IN COUNTY OF DEATH: Bedford

9. MARITAL STATUS: Widowed
11a. DECEDENT'S USUAL OCCUPATION: Farmer
11b. KIND OF BUSINESS/INDUSTRY: Agriculture

12. SOCIAL SECURITY NUMBER: 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
13a. RESIDENCE-STATE OR FOREIGN COUNTRY: Tennessee
13b. COUNTY: Bedford
13c. CITY OR TOWN: Shelbyville

14. STREET AND NUMBER: 400 S. Cannon Blvd.
ZIP CODE: 37160

15. DECEDENT'S EDUCATION: 8th grade or less
16. DECEDENT OF HISPANIC ORIGIN: No
17. DECEDENT'S RACE: Asian Indian

18. FATHER'S NAME (First, Middle, Last): Maganbhai Motibhai
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last): Premben Maganbhai

20a. NAME OF INFORMANT: Shashikant Patel
20b. RELATIONSHIP TO DECEDENT: Son
20c. MAILING ADDRESS: 400 S. Cannon Blvd., Shelbyville TN 37160

21a. METHOD OF DISPOSITION: Cremation
21b. PLACE OF DISPOSITION: Moore Cortner Funeral Home
21c. LOCATION-City or Town and State: Winchester TN

22a. SIGNATURE OF FUNERAL DIRECTOR: James David Feldhaus
22b. LICENSE NUMBER: 4605

23a. NAME AND ADDRESS OF FUNERAL HOME: Feldhaus Memorial Chapel 2022 N. Main Street Shelbyville TN 37160
23b. LICENSE NUMBER OF FUNERAL HOME: 1044

24. REGISTRAR'S SIGNATURE: _Diana E. Clay (DR)_
25. DATE FILED (Month, Day, Year): Jan 23 2013

26. CERTIFIER:
26b. MEDICAL EXAMINER - On the basis of examination, and/or investigation, in my opinion, death occurred at the date, and place, and due to the cause(s) and manner stated.

27a. SIGNATURE OF CERTIFIER: _____
27b. LICENSE NUMBER: 37844
27c. DATE SIGNED: 1/22/13
27d. NAME AND ADDRESS: Mahendel Faour, MD 2762 HWY 231 North Shelbyville TN 37160

28. PART I. Enter the chain of events...

IMMEDIATE CAUSE (First disease or condition resulting in death): COPD

Due to (or as a consequence of):
UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST:

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:
CAD, IDDM, Fungal Meningitis

30. MANNER OF DEATH: Natural

31. DID TOBACCO USE CONTRIBUTE TO DEATH?

33. TRANSPORTATION INJURY, SPECIFY

PH-1688 (Rev. 10/2011)

---

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

_S. Hendricks_
Teresa S. Hendricks
**STATE REGISTRAR**

_Diana E. Clay (DR)_
**Deputy Registrar**
Bedford County

Date Issued _Jan 23, 2013_

**CERTIFICATION OF VITAL RECORD**

# EXHIBIT 14



# Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≡ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆

Sharon R. Guzejko*∇ | Kimberly A. Dougherty◊ | Francis M. Hinson, IV≈ | Hal J. Kleinman*∆‡ | Taro J. Posner*±† | Elisha N. Hawk*±▫
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

#### OF COUNSEL
John C. Hensley, Jr.* | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson≡†◊

#### BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≡Minnesota | ∆Pennsylvania
‡Illinois | †Florida | ≈North Carolina | §New York | ∇New Jersey | ▫West Virginia | ◊California

December 11, 2013

CERTIFICATE OF MAILING

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

> Re:   Gokulbhai Maganbhai Patel
>       Notice of health care liability claim required by
>       Tennessee Code Annotated § 29-26-121

To Vaughn A. Allen, M.D:

Enclosed please find an amended Notice of Claim pursuant to Tennessee Code Annotated § 29-26-121. The list of names and addresses of all providers sent a Notice of Claim is amended to now include Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital. Please note that providing this amended Notice of Claim is not an admission of any deficiency in the Notice of Claim previously sent, as Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital are still subject to the Tolling Agreement waiving any notice requirements.

Very truly yours,

Kimberly A. Dougherty

KAD

Enclosure

---

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia



## Janet, Jenner & Suggs, LLC
### ATTORNEYS AT LAW

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±
Dov Apfel*±ˈ | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.*ˈ | Gerald D. Jowers, Jr.• | Brian D. KettererΔ

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV•ˈ | Hal J. KleinmanΔ‡ | Tara J. Posner*±† | Elisha N. Hawk*±≈
Justin A. Browne* | Joyce E. Jones* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn*±
Seth L. Cardeli §≈ | Samuel M. Collings*± | William F. Burnham*

### OF COUNSEL
John C. Hensley, Jr.º | Steven J. German§≈± | Joel M. Rubenstein§≈ | Thomas G. Wilson≈†•

### BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ΔPennsylvania
‡Illinois | †Florida | ºNorth Carolina | §New York | ≈New Jersey | ≈West Virginia | •California

December 11, 2013

CERTIFICATE OF MAILING

Vaughan A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

     Re:    Gokulbhai Maganbhai Patel
             Notice of health care liability claim required by
             Tennessee Code Annotated § 29-26-121

To Vaughan A. Allen:

     We are the attorneys representing Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel.

     Through his attorneys, Pinal Patel, individually, and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel, is asserting a claim for health care liability against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic A Professional Corporation, Nashville, Tennessee, Vaughn A. Allen, M.D., St. Thomas Health, St. Thomas Hospital (St. Thomas West Hospital) and Saint Thomas Network, including their agents, employees, physicians, nurses and pharmacists. This potential claim arises out of care, medicines and services provided by you, your employees and/or agents to Gokulbhai Maganbhai Patel from August 2012 through September 2012.

     The full name and date of birth of the patient whose treatment is at issue:

     Gokulbhai Maganbhai Patel

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**Janet, Jenner & Suggs, LLC**
—— ATTORNEYS AT LAW ——

Date of Birth:  September 1, 1932

The name and address of the claimant authorizing this notice:

Pinal Patel, Individually, and as Personal Representative of the Estate of Gokulbhai
Maganbhai Patel
315 S. Main Street
Goodlettsville, TN 37072

The name and address of the attorney sending this notice:

Kimberly A. Dougherty
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

Attached hereto is a list of all healthcare providers to whom notice is being given
pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(E), I also enclose a HIPPA
compliant medical authorization permitting you to obtain complete medical records on
Gokulbhai Maganbhai Patel from each provider being sent a notice. Also enclosed is Mr. Patel's
death certificate and the Letter of Administration for Pinal Patel. If any of those providers do not
accept this authorization for any reason, please contact us and we will arrange to execute an
authorization acceptable to them that will permit you to obtain complete medical records on
Gokulbhai Maganbhai Patel.

Neither this notice nor the medical authorization waives the common law physician
patient privilege concerning that care and treatment of Gokulbhai Maganbhai Patel by any doctor
who provided medical services for Gokulbhai Maganbhai Patel. We expect that you will not
communicate with any person other than your attorney about any doctor's care and treatment of
Gokulbhai Maganbhai Patel.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated §
29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be
promptly cured.  If we do not hear from you we will assume that you agree the letter complies
with the law.

Very truly yours,

Kimberly A. Dougherty

Enclosures

MASSACHUSETTS OFFICE
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
Info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

# Janet, Jenner & Suggs, LLC
#### ──── ATTORNEYS AT LAW ────

cc:     Pinal Patel (*via first-class mail*)
        Myra Staggs (*via first-class mail*)

**MASSACHUSETTS OFFICE**
Kimberly A. Dougherty, Managing Attorney

31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116
617-933-1265 | Fax 410-653-6903 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia

**The following is a list of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121 (a)(2)(D):**

Saint Thomas Outpatient Neurosurgical Center, LLC
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Saint Thomas Outpatient Neurosurgical Center, LLC
Floor 9
4230 Harding Pike
Nashville, TN 37203-2013

Howell Allen Clinic A Professional Corporation
Gregory B. Lanford, M.D., Registered Agent for Service of Process
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

Vaughn A. Allen, M.D
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

St. Thomas Health
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

St. Thomas Hospital (St. Thomas West Hospital)
4220 Harding Road
Nashville, TN 37205

Saint Thomas Network
c/o Registered Agent, E. Berry Holt, III
102 Woodmont Blvd., Suite 800
Nashville, TN  37205-2221

Saint Thomas Network
4220 Harding Pike
Nashville, TN 37205

**HIPAA RELEASE GENERAL AUTHORIZATION**

REQUEST TO: _____

_____

_____

_____

I HEREBY AUTHORIZE _____ to release the information specified below for the date(s): _____ through _____

THE INFORMATION REQUESTED IS FOR **LITIGATION PURPOSES** AND IS TO BE RELEASED TO:

**INFORMATION TO BE RELEASED**

| | | |
|---|---|---|
| _____ Municipal, Governmental, Fire or Police Records | _____ Inpatient Date_____ | X X-rays (digital) |
| _____ Federal or State Tax information or records | _____ Outpatient Date | X X-ray reports |
| | X Emergency Room records | X ENTIRE RECORD |
| | X Face Sheet | X Billing Records |
| _____ Wage, income or earning records or reports | | Steroid Injection Information [e.g., |
| | X History & Physical | X manufacturer; Lot #] |
| X Laboratory reports | X Discharge summary | X Color copies of any photographs |
| | X Consultation reports | Test Results [e.g., Spinal |
| X Report and/or records from physician, therapist | X Surgery & Pathology reports | X Tap] |
| | _____ MRIs (digital) | |

I understand the requested medical records may include information relating to: alcohol and/or drug abuse, psychiatric treatment, HIV/Aids testing or treatment, sexually transmitted disease, and/or communicable or noncommunicable disease information. Such information is covered by Federal Confidentiality Regulation [42CFR, Part 2] and can't be

disclosed without my written consent. I also expressly acknowledge note of this under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Regulation [45 CFR, § 164.512(e)(l)(ii)]. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law. My signature on this form authorizes the release of this information as well as all other requested information in the records.

I understand that I may refuse to sign this authorization and refusal to sign will not affect my ability to obtain treatment, enroll in any health plan or payment/benefit eligibility.

I understand that I may revoke this authorization in writing at any time except for information which may have been disclosed by the above named provider prior to the receipt of such revocation. This authorization is valid for three (3) years. The above named provider should respond to this request, or subsequent requests for information from _____ _____ or their representatives, at any time unless the above named health care provider receives a written revocation from me.

THIS AUTHORIZATION does allow the named healthcare provider to discuss my health information, history of care or condition with, or be interviewed by, members of _____ _____.

A photocopy of this authorization is to be considered as valid as the original.

Dated: __8/15/13__        Signature: _____

SSN: __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__      Printed Name: _Pinul Patel_

DOB: __09/01/32__         Address: _315 S Main St_

DOD: 01/22/13                      _Goodlettsville, TN 37072_

                          Individually, As Personal
                          Representative of the Estate
                          of Gokulbhai M. Patel

SEVENTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

LETTERS OF ADMINISTRATION

13P832

TO PINAL PATEL :

It appearing to the Court, that GOKULBHAI MAGANBHAI PATEL, has died, and leaving no will, and the Court being satisfied as to your claim to the Administration , and you having given bond pursuant to Order, if required, and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you:

THESE ARE THEREFORE to authorize and empower you to take into your possession and control all the goods, chattels, claims, and papers of the said estate, and return a true and perfect inventory thereof to this Court; to collect and pay all debts, and to do and transact all the duties in relation to said estate, to deliver the residue thereof to those who are by law entitled.

WITNESS, Richard R. Rooker, Clerk of Probate Court, at my office this May 14, 2013

Richard R. Rooker, Clerk

_____ D.C.

STATE OF TENNESSEE
DAVIDSON COUNTY

I, Richard R. Rooker, Clerk of the Probate Court, do hereby certify that the foregoing is a full, true and perfect copy of Letters of Administration, issued to PINAL PATEL, as Administrator of the estate of GOKULBHAI MAGANBHAI PATEL, deceased, and I do further certify that PINAL PATEL is still acting as Administrator of the estate, and all acts as such are entitled to full faith and credit, as it appears from the records filed in my office at Nashville, Tennessee.

WITNESS my hand and official seal, this __14__ day of _____, 20 13 .

Richard R. Rooker, Clerk

_____ D.C.

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix): Gokulbhai Maganbhai Patel

2. SEX: Male

3. DATE OF DEATH (Month, Day, Year): January 22, 2013

4. TIME OF DEATH: 09:15 AM

5. AGE: 80

6. DATE OF BIRTH (Month, Day, Year): September 1, 1932

7. BIRTHPLACE (City and State or Foreign Country): Vitan, India

8. PLACE OF DEATH

DEATH OCCURRED IN A HOSPITAL: ☒ Inpatient

FACILITY NAME: Heritage Medical Center

CITY OR TOWN: Shelbyville

COUNTY OF DEATH: Bedford

MARITAL STATUS: ☒ Married, but not separated

DECEDENT'S USUAL OCCUPATION: Farmer

KIND OF BUSINESS/INDUSTRY: Agriculture

SOCIAL SECURITY NUMBER: 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

RESIDENCE-STATE OR FOREIGN COUNTRY: Tennessee

COUNTY: Bedford

CITY OR TOWN: Shelbyville

STREET AND NUMBER: 400 S. Cannon Blvd.

ZIP CODE: 37160

DECEDENT'S EDUCATION

DECEDENT OF HISPANIC ORIGIN: ☒ No, not Spanish/Hispanic/Latino

DECEDENT'S RACE: ☒ White

FATHER'S NAME (First, Middle, Last): Maganbhai Moibhai

MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last): Premben Maganbhai

NAME OF INFORMANT: Shashikant Patel

RELATIONSHIP TO DECEDENT: Son

MAILING ADDRESS: 400 S. Cannon Blvd. Shelbyville TN 37160

METHOD OF DISPOSITION: ☒ Cremation

PLACE OF DISPOSITION: Moore Corner Funeral Home

LOCATION - City or Town and State: Winchester TN

SIGNATURE OF FUNERAL DIRECTOR: ► James David Feldhaus

LICENSE NUMBER: 4505

NAME AND ADDRESS OF FUNERAL HOME: Feldheus Memorial Chapel 2022 N. Main Street Shelbyville TN 37160

LICENSE NUMBER OF FUNERAL HOME: 1044

REGISTRAR'S SIGNATURE: Diana E. Kay (OR)

DATE FILED (Month, Day, Year): Jan 23 2013

PHYSICIAN - To the best of my knowledge, death occurred at the time and place, and due to the cause(s) and manner stated.

SIGNATURE OF CERTIFIER: MD

LICENSE NUMBER: 37844

NAME AND ADDRESS: Mahamed Fesur, MD 2762 HWY 231 North Shelbyville TN 37160

DATE SIGNED (Month, Day, Year): 1/22/13

PART I.

IMMEDIATE CAUSE (First disease or condition resulting in death): a. COPD

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.:

CAD, IDDM, Fungal Meningitis

---

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

5699318

Teresa S. Hendricks
STATE REGISTRAR

Diana E. Kay (OR)
Deputy Registrar
Bedford County

Date Issued: Jan 23, 2013

**CERTIFICATION OF VITAL RECORD**

# EXHIBIT 15



**UNITED STATES POSTAL SERVICE®**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

**Janet, Jenner & Suggs, LLC**
ATTORNEYS AT LAW
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

PS Form 3817, April 2007   PSN 7530-02-000-9065

From:

To:
St. Thomas Hospital (St. Thomas West Hospital)
ch Registered Agent, E Berry Holt, III
102 Woodmont Blvd, Ste 800
Nashville, TN 37205-2231

U.S. POSTAGE PAID
BOSTON, MA
02116
DEC. 11. 13
AMOUNT
$1.20
0000685111-08
1000

From:
To:
St. Thomas Hospital (St. Thomas West Hospital)
2400 Harding Rd.
Nashville, TN 37205

U.S. POSTAGE PAID
BOSTON, MA
02116
DEC. 11. 13
AMOUNT
$1.20
0000685111-08
1000

From:
To:
St. Thomas Network
Registered Agent, E Berry Holt, III
102 Woodmont Blvd, Ste 800
Nashville, TN 37205-2231

U.S. POSTAGE PAID
BOSTON, MA
02116
DEC. 11. 13
AMOUNT
$1.20
0000685111-08
1000

From:
To:
St. Thomas Network
2400 Harding Pike
Nashville, TN 37205

U.S. POSTAGE PAID
BOSTON, MA
02116
DEC. 11. 13
AMOUNT
$1.20
0000685111-08
1000



UNITED STATES
POSTAL SERVICE ®

Certificate Of Mail

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mai
This form may be used for domestic and international mail.

From:
Janet, Jenner & Suggs, LLC
ATTORNEYS AT LAW
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

To:
St. Thomas Health
c/o Registered Agent : E. Berry H.H, III
188 Westmont Blvd. Ste 800
Nashville, TN

PS Form 3817, April 2007 PSN 7530-02-000-9065

0000685511-08
$1.20

U.S. POSTAGE
PAID
BOSTON, MA
07116
DEC. 11. 13
AMOUNT

0001

**UNITED STATES POSTAL SERVICE ®** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m
This form may be used for domestic and international mail.

From:

**J&S Janet, Jenner & Suggs, LLC**
ATTORNEYS AT LAW

31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

To: St. Thomas Outpatient Neurosurgical Ctr, LLC
c/o Gregory B. Lanford, Registered Agent
2011 Murphy Ave, Ste 301
Nashville, TN 37203-2023

U.S. POSTAGE PAID BOSTON, MA DEC 11, '13 AMOUNT $1.20 00068511-08

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE ®** — Certificate Of Maili

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mai
This form may be used for domestic and international mail.

From:

**J&S Janet, Jenner & Suggs, LLC**
ATTORNEYS AT LAW

31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

To: Howell Allen Clinic A Professional Corporation
c/o Gregory B. Lanford, M.D. Registered Agent
2011 Murphy Ave., Ste 301
Nashville, TN 37203-2023

U.S. POSTAGE PAID BOSTON, MA DEC 11, '13 AMOUNT $1.20 00068511-08

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE ®** — Certificate Of Ma

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m
This form may be used for domestic and international mail.

From:

**J&S Janet, Jenner & Suggs, LLC**
ATTORNEYS AT LAW

31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

To: St. Thomas Outpatient Neurosurgical Ctr, LLC
Floor 9,
4330 Harding Pike
Nashville, TN 37203-2013

U.S. POSTAGE PAID BOSTON, MA DEC 11, '13 AMOUNT $1.20 00068511-08

PS Form **3817**, April 2007 PSN 7530-02-000-9065

or

---

**UNITED STATES POSTAL SERVICE ®** — Certificate Of Mai

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m
This form may be used for domestic and international mail.

From:

**J&S Janet, Jenner & Suggs, LLC**
ATTORNEYS AT LAW

31 St. James Avenue, Suite 365
Boston, Massachusetts 02116

To: Vaughan A. Allen, M.D.
2011 Murphy Ave. Ste 301
Nashville, TN 37203-2023

U.S. POSTAGE PAID BOSTON, MA DEC 11, '13 AMOUNT $1.20 00068511-08

PS Form **3817**, April 2007 PSN 7530-02-000-9065

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

PINAL PATEL, Individually, As Personal )
Representative of the Estate of GOKULBHAI )
MAGANBHAI PATEL, Deceased, and on )
Behalf of the Beneficiaries of the Estate, )
                                         )
        Plaintiffs,                      )    Case No.
                                         )    JURY DEMAND
v.                                       )
                                         )
AMERIDOSE, LLC, MEDICAL SALES            )
MANAGEMENT, INC., MEDICAL SALES          )
MANAGEMENT SW, INC., GDC                 )
PROPERTIES MANAGEMENT, LLC, ARL          )
BIO PHARMA, INC. D/B/A ANALYTICAL        )
RESEARCH LABORATORIES, BARRY J.          )
CADDEN, GREGORY CONIGLIARO, LISA         )
CONIGLIARO CADDEN, DOUGLAS               )
CONIGLIARO, CARLA CONIGLIARO,            )
GLENN A. CHIN, SAINT THOMAS              )
OUTPATIENT NEUROSURGICAL CENTER,         )
LLC, HOWELL ALLEN CLINIC A               )
PROFESSIONAL CORPORATION, VAUGHN         )
A. ALLEN, M.D.,                          )
                                         )
        Defendants.

## CERTIFICATE OF GOOD FAITH

### Medical Malpractice Case

### PLAINTIFF'S FORM

A.      In accordance with T.C.A. § 29-26-122, I hereby state the following: (Check item 1 or 2 below and sign your name beneath the item you have checked, verifying the information you have checked. Failure to check item 1 or 2 and/or not signing item 1 or 2 will make this case subject to dismissal with prejudice.)

☐      1.      The Plaintiff or Plaintiff's counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

                (A)     Are competent under § 29-26-115 to express an opinion or opinions in the case; and

1

(B)     Believe, based on the information available from the medical records concerning the care and treatment of the Plaintiff for the incident or incidents at issue, that there is a good faith basis to maintain the action consistent with the requirements of § 29-26-115.


_____
Signature of Plaintiff if not represented, or
Signature of Plaintiff's Counsel

Or

☒     2.     The Plaintiff or Plaintiff's counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

(A)     Are competent under § 29-26-115 to express an opinion or opinions in the case; and

(B)     Believe, based on the information available from the medical records reviewed concerning the care and treatment of the Plaintiff for the incident or incidents at issue and, as appropriate, information from the Plaintiff or others with knowledge of the incident or incidents at issue, that they are facts material to the resolution of the case that cannot be reasonably ascertained from the medical records or information reasonably available to the Plaintiff or Plaintiff's counsel; and that, despite the absence of this information, there is a good faith basis for maintaining the action as to each Defendant consistent with the requirements of § 29-26-115. Refusal of the defendant to release the medical records in a timely fashion or where it is impossible for the Plaintiff to obtain the medical records shall waive the requirement that the expert review the medical records prior to expert certification.


_____
Signature of Plaintiff if not represented, or
Signature of Plaintiff's Counsel

B.     You MUST complete the information below and sign:

I have been found in violation of T.C.A. § 29-26-122 __0__ prior times. (Insert number of prior violations by you.)

2

_____
Signature of Person Executing This Document

_____
Date     12/2/2013

3

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
PINAL PATEL, Individually, and as Personal Representative of the Estate of GOKULBHAI MAGANBHAI PATEL, Deceased, and on behalf of the Beneficiaries of the Estate

**(b)** County of Residence of First Listed Plaintiff   Davidson County, TN
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
See Attached Sheet

## DEFENDANTS
AMERIDOSE LLC, MEDICAL SALES MANAGEMENT INC., GDC PROPERTIES MANAGEMENT, LLC, BARRY J. CADDEN, LISA CONIGLIARO CADDEN, GLENN A. CHIN, et al.

County of Residence of First Listed Defendant   Davidson County, TN
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:     IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☒ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excl. Veterans) | ☐ 345 Marine Product | Liability | | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Med. Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate | Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | Sentence | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | ☐ 530 General | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | |
| | Other | ☐ 560 Civil Detainee - | (Prisoner Petition) | | |
| | ☐ 448 Education | Conditions of | ☐ 465 Other Immigration | | |
| | | Confinement | Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district *(specify)*
- ☐ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C.A. § 1332
Brief description of cause:
Defective Medical Product

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** 5,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE   F. Dennis Saylor

DOCKET NUMBER 1:13-md-02419-FDS

DATE
12/17/2013

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675029546
Cashier ID: ehawkins
Transaction Date: 12/17/2013
Payer Name: RAYMOND THROCKMORTON
----------------------------------
CIVIL FILING FEE
 For: RAYMOND THROCKMORTON
 Case/Party: D-TNM-3-13-CV-001416-001
 Amount:      $400.00
----------------------------------
CREDIT CARD
 Amt Tendered:  $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00
```