UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br>This Document Relates To: <br><br>   All Actions | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1:13-md-2419-FDS |

SUPPLEMENTAL ORDER ON PENDING MOTIONS TO DISMISS,
FOR SUMMARY JUDGMENT, AND TO AMEND

**SAYLOR, J.**

As of December 20, 2013, various plaintiffs in this litigation adopted some variation of the standardized short-form complaint that was filed in the master docket on November 5, 2013. The effect of those filings was to amend the original complaints that had been filed by those particular plaintiffs. The amendment of those complaints has rendered it unnecessary for the Court to rule on any pending motion to dismiss, motion for summary judgment, or motion to amend in those actions.

Attached hereto as Exhibit A is a list of 33 cases in which motions to dismiss, motions for summary judgment, or motions to amend are presently pending, and in which the relevant plaintiffs have adopted the short-form complaint after the filing of the motion. Each of those motions is hereby DENIED without prejudice to its renewal.

In addition, defendant Alaunus Pharmaceutical, LLC, filed two motions to dismiss in the docket of *Erkan v. New England Compounding Pharmacy, Inc., et al.*, 12-12052, before the creation of the MDL proceeding.

First, it moved to dismiss the complaint in *Martin, et al. v. New England Compounding Pharmacy, Inc., et al.*, 12-12055, but filed the motion in the docket for *Erkan*. (*Erkan* Dkt. No. 138). Plaintiff Martin has since filed a short-form complaint. The pending motion to dismiss by Alaunus is DENIED without prejudice to its renewal.

Second, it moved to dismiss the complaint in *McDow, et al. v. New England Compounding Pharmacy, Inc., et al.*, 12-12112, but filed the motion in the docket for *Erkan*. (*Erkan*, Dkt. No. 145). Plaintiff McDow has not filed an amended complaint. Defendant Alaunus is directed to refile the motion to dismiss in the docket for *McDow*, and the clerk is directed to terminate the motion in the docket for *Erkan* (no. 145). That motion shall remain pending.

**So Ordered.**

/s/ F. Dennis Saylor  
F. Dennis Saylor IV  
United States District Judge

Dated: December 23, 2013

# APPENDIX A

| Plaintiff Name | Case Number | Docket Nos. |
| --- | --- | --- |
| Trope et al. | 13-10345 | 19 |
| Rhodes | 13-10350 | 16 |
| Keller | 13-10358 | 17 |
| Tacy | 13-10359 | 21 |
| Raeder | 13-10360 | 16 |
| Baer | 13-10361 | 24 |
| Kniffen | 13-10362 | 12 |
| Maloney | 13-10364 | 16 |
| Legg | 13-10365 | 16 |
| Islas | 13-10366 | 16 |
| Ellison | 13-10367 | 12 |
| Jewel | 13-10369 | 12 |
| Rohrer et al. | 13-10372 | 18 |
| Hartman | 13-10374 | 26 |
| Marko et al. | 13-10404 | 31 |
| Pennington | 13-10406 | 34 |
| Hannah | 13-10407 | 36 |
| Leaverton et al. | 13-10408 | 17 |
| Jones | 13-10409 | 19 |
| Ramos | 13-10410 | 19 |
| Rios et al. | 13-10411 | 18 |
| Rivera et al. | 13-10412 | 18 |
| Tolotti et al. | 13-10413 | 17 |
| Tayvinsky et al. | 13-10414 | 18 |
| Zavacki et al. | 13-10441 | 17 |
| Letizia et al. | 13-10442 | 21 |

| Gould et al. | 13-10444 | 25 |
| --- | --- | --- |
| Tisa et al. | 13-10446 | 16 |
| Normand et al. | 13-10447 | 18 |
| Raiff | 13-10508 | 12 |
| Carman | 13-12238 | 5, 44 |
| Barger | 13-12619 | 48 |
| Besaw | 13-12604 | 44 |