UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>　　All Actions | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1:13-md-2419-FDS |

ORDER ON TIMETABLE FOR
DETERMINING "BELLWETHER" CASES

**SAYLOR, J.**

On September 18, 2013, this Court issued MDL Order No. 7, which, among other things, set an initial timetable for selection of so-called "bellwether" cases for trial. For good cause shown, the deadlines in that order as to the selection of bellwether cases are hereby vacated. The Court will set a timetable for identification of potential bellwether cases, further discovery in those cases, and selection of actual cases for trial at a future date.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  December 23, 2013