# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1:13-md-2419-FDS |

## ORDER ON FILING OF EXHIBITS WITH SHORT-FORM COMPLAINT

The Plaintiffs' Steering Committee moved on December 12, 2013, for an order concerning the filing of exhibits with short-form complaints filed by certain Tennessee plaintiffs. For good cause shown, the motion is granted.

Any plaintiff who filed any exhibit with a complaint in order to comply with Tenn. Code Ann. § 29-26-121 and/or Tenn. Code Ann. § 29-26-122, and who subsequently filed a short-form complaint in *In re New England Compounding Pharmacy, Inc., Products Liability Litigation*, MDL No. 1:13-md-2419-FDS, by December 20, 2013, will be deemed to have "filed" those exhibits with the short-form complaint within the meaning of Tenn. Code Ann. § 29-26-121 and/or Tenn. Code Ann. § 29-26-122.

**So Ordered.**

Dated: December 30, 2013

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge