

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-02419 |
| THIS DOCUMENT RELATES TO:<br><br>All Actions. | Hon. F. Dennis Saylor, IV |

**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S <u>MOTION TO QUASH PLAINTIFFS' SUBPOENA</u>**

With the consent of Travelers Property Casualty Company of American ("Travelers"), and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiffs hereby move the Court for an order extending Plaintiffs' time to file its response to Travelers' Motion to Quash Plaintiffs' Subpoena (Dkt. No. 633), from January 1, 2014 to and including January 10, 2014.  Plaintiffs seek this short, stipulated extension to work with Travelers counsel to resolve any outstanding issues and to finalize the response.

WHEREFORE, Plaintiffs respectfully pray for an order extending its time to respond to the motion to January 8, 2014.  A stipulated, proposed order has been submitted.

Respectfully submitted,

/s/ Marc E. Lipton
Marc E. Lipton
LIPTON LAW
18930 West Ten Mile Rd. Ste. 3000
Southfield, MI 48075
(248) 557-1688
(248) 557-6344 *facsimile*
marc@liptonlaw.com

*Counsel for Plaintiffs*

Dated: December 31, 2013

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day of December 31, 2013, I electronically file the foregoing CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S MOTION TO QUASH PLAINTIFFS' SUBPOENA by using the CM/ECF system which will send a notice of electronic filing to all counsel of record and electronic mail on the following:

Brian M. Cullen  
Law Office of Steven B. Stein  
Two Financial Center  
60 South Street, Suite 1000  
Boston, MAW 02111-2759  
(617) 772-2905  
bcullen@travelers.com

    /s/ Marc E. Lipton  
    Marc E. Lipton  
    LIPTON LAW  
    18930 West Ten Mile Rd. Ste. 3000  
    Southfield, MI 48075  
    (248) 557-1688  
    (248) 557-6344 *facsimile*  
    marc@liptonlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-02419 |
| THIS DOCUMENT RELATES TO:<br><br>All Actions. | Hon. F. Dennis Saylor, IV |

### STIPULATED ORDER TO EXTEND TIME FOR PLAINTIFFS' RESPONSE TO TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S MOTION TO QUASH PLAINTIFFS' SUBPOENA

Plaintiffs and Travelers Property Casualty Company of America ("Travelers"), through their respective counsel, having stipulated and agreed to the extension of time for Plaintiffs to respond to Travelers' Motion to Quash Plaintiffs' Subpoena (Dkt. No. 633) until January 10, 2014, and for good cause shown;

IT IS HEREBY ORDERED that the time by which Plaintiffs must respond to Travelers' Motion to Quash Plaintiffs' Subpoena is extended from January 1, 2014 to January 10, 2014.

Dated:  December 31, 2013          /s/ Jennifer C. Boal
                                                      UNITED STATES MAGISTRATE JUDGE

**So Stipulated and Agreed:**

/s/ Marc E. Lipton                                          /s/ Brian M. Cullen
Marc E. Lipton                                               Brian M. Cullen
LIPTON LAW                                                 Law Office of Steven B. Stein
18930 West Ten Mile Rd. Ste. 3000           Two Financial Center
Southfield, MI 48075                                    60 South Street, Suite 1000
(248) 557-1688                                             Boston, MAW 02111-2759
marc@liptonlaw.com                                 (617) 772-2905
                                                                     bcullen@travelers.com
*Counsel for Plaintiffs*

                                                                     *Counsel for Travelers Property Casualty Company of America*