# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**[PROPOSED] ORDER ON JOINT EMERGENCY MOTION OF THE CHAPTER 11 TRUSTEE AND THE PLAINTIFFS' STEERING COMMITTEE TO EXTEND THE DEADLINE FOR FILING OF A MASTER COMPLAINT AS RELATED TO <u>AFFILIATED DEFENDANTS</u>**

Having considered the Joint Emergency Motion of the Chapter 11 Trustee and the Plaintiffs' Steering Committee to Extend the Deadlines for Filing a Master Complaint as Related to Affiliated Defendants; it is hereby ordered as follows:

1. The filing of a Master Complaint and form of Short Form Complaint by the PSC as related to Affiliated Defendants is hereby extended for a period of 60 days until March 10, 2014.

**So Ordered.**

_____
**F. Dennis Saylor IV
United States District Judge**

**Dated:**