# Nicole Dorman

| | |
|---|---|
| **From:** | Nicole Dorman |
| **Sent:** | Thursday, December 19, 2013 5:06 PM |
| **To:** | Marc Lipton (Marc@liptonlaw.com) |
| **Subject:** | Liberty Industries |
| **Attachments:** | NECC_CENTRAL INSURANCE.pdf |

Dear Attorney Lipton,

Attached is a disclaimer of coverage from Central Insurance.  This was accompanied by notice from Liberty's agent that Central Insurance intends to drop Liberty when the current policy expires.  I believe we have yet to receive coverage analyses from Great American and Firemen's Fund.  One Beacon wrote to report it wanted to investigate further before making a final decision.

Since the mediation will address Liberty's liability, in order to prepare a position statement, I will want to access the non-medical document repository maintained by U.S. Legal.  But the $3000 upfront payment is yet another financial burden.  Will the PSC consider exempting Liberty from having to pay this fee?

Nicole Dorman


Nicole D. Dorman, Esq.
**Rose Kallor, LLP**
750 Main Street, Suite 606
Hartford, CT 06103
Telephone (860)748-4660 Ext. 25
Fax (860)241-1547
ndorman@rosekallor.com

This message and any attachments contains confidential information and is intended only for the individual named.  If you are not the named addressee you should not disseminate, distribute or copy ths e-mail.  Please notify the sender immediately by e-mail if you have received thils e-mail by mistake and delte this e-mail from your system.  E-mail transmission cannot be guaranteed to be secure or error-free as information coud be intercepted, corrupted, lost, destroyed, arrive late or incomplete or contain viruses.  The sender therefore does not accept liability for any erros or omissions in the contents of this message, which arise as a result of e-mail transmission.