UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>    All Actions | )<br>)<br>)    MDL No. 1:13-md-2419-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER ON JOINT EMERGENCY MOTION OF THE
CHAPTER 11 TRUSTEE AND THE PLAINTIFFS' STEERING COMMITTEE
TO EXTEND THE DEADLINE FOR FILING OF A MASTER COMPLAINT AS
RELATED TO AFFILIATED DEFENDANTS

**SAYLOR, J.**

The Joint Emergency Motion of the Chapter 11 Trustee and the Plaintiffs' Steering Committee to Extend the Deadlines for Filing a Master Complaint as Related to Affiliated Defendants is GRANTED.

The filing of a Master Complaint and form of Short-Form Complaint by the PSC as to Affiliated Defendants is hereby extended for a period of 60 days until March 10, 2014.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  January 7, 2014