UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                 )
IN RE: NEW ENGLAND                )
COMPOUNDING PHARMACY, INC.   )
PRODUCTS LIABILITY LITIGATION  )      MDL No. 13-2419-FDS
                                               )
This Document Relates To:           )
                                               )
     All Actions                     )
                                             )
_____)

## SCHEDULING ORDER

January 7, 2014

Boal, M.J.

      On December 23, 2013, the District Court issued an Order on Plaintiff Fact Sheets, Authorizations to Release Records, and Protective Orders.  Docket No. 722.  The District Court ordered the parties to confer in an attempt to agree on (1) a standardized court-approved fact sheet to obtain initial discovery from each of the plaintiffs (the "fact sheets"), (2) standard court-approved authorizations for release of medical records (the "releases"), and (3) standardized discovery protective orders.  Id. at 3.  The District Court then referred the matter to the undersigned to determine the precise content of the fact sheets and releases, and to enter appropriate discovery protective orders.  Id. at 3-5.  In order to facilitate the speedy and just resolution of these matters, this Court orders as follows:

    1.    By **January 17, 2014**, the parties will confer in an attempt to agree on the precise content of the fact sheets, releases, and protective orders.

    2.    The parties shall file their proposals no later than **January 24, 2014**.  The Court

strongly encourages the parties to work together to submit joint proposals. If the parties are unable to agree on jointly proposed fact sheets, releases, and protective orders, they may submit separate proposals. The parties may also submit memoranda of law supporting their respective proposals.

3. The parties may file a response to each other's proposals no later than **January 31, 2014**.

4. If necessary, the Court will hear oral argument on the proposals on **February 6, 2014 at 10:00 a.m.** The parties shall comply with the District Court's Order Concerning Attendance and Participation of Counsel by Telephone (Docket No. 86). The Court would prefer that any attorney who intends to address a particular issue appear in person. If that is not possible, the Court requests that the attorney contact the Deputy Clerk, Steve York, at least 48 hours in advance to indicate which issues the attorney intends to argue so that the Court can recognize the attorney at an appropriate time.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge