UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-02419 |
| THIS DOCUMENT RELATES TO:<br><br>All Actions. | Hon. F. Dennis Saylor, IV |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION TO
AMEND ORDER ON CENTRAL ENFORCEMENT OF SUBPOENAS**

NOW COMES the Plaintiffs' Steering Committee and requests that the MDL Court amend its written order dated June 21, 2013 (Dkt. No. 193) relating to the central enforcement of Subpoenas, to clarify that the Court will (1) centrally enforce *all* subpoenas issued out of the MDL, including those served on any insurance companies which have provided coverage for the entities listed on the June 21, 2013 Order during all relevant time periods and any other third parties who maintain information regarding a party's ability to satisfy a judgment; (2) *all* objections or motions to quash subpoenas issued out of the MDL after July 10, 2013 shall be filed directly into the MDL; and (3) any objections to subpoenas issued out of the MDL after July 10, 2013 shall be heard on such date as is convenient for the Court.

A memorandum of support setting forth the reasons and a proposed order are filed herewith.

WHEREFORE, this motion should be granted.

1

Dated: January 7, 2014

/s/ *Kristen Johnson Parker*
Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
75 Arlington St.
Suite 500
Boston, MA 02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*