UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>NEW ENGLAND COMPOUNDING<br>PHARMACY, INC., | Docket No.: 1:13-md-2419-FDS |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Blumberg & Wolk, LLC, 158 Delaware Street, Woodbury, NJ, as attorney(s) for Defendants, Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, and Kimberley Yvette Smith-Martin, M.D., in the above-entitled cause.

Dated: January 7, 2014

**LAW OFFICES OF JAY J. BLUMBERG, ESQ.**
Withdrawing Attorney for Defendants,
Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, and Kimberley Yvette Smith-Martin, M.D.

By: */s/ Jay J. Blumberg*
    Jay J. Blumberg, Esq.
    Atty. No. 029071983

By: */s/ Christopher M. Wolk*
    Christopher M. Wolk, Esq.
    Atty. No. 012832007

**BLUMBERG & WOLK, LLC**
Superseding Attorney(s) for Defendants,
Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, and Kimberley Yvette Smith-Martin, M.D.


By: */s/ Jay J. Blumberg*
    Jay J. Blumberg, Esq.
    Atty. No. 029071983

By: */s/ Christopher M. Wolk*
    Christopher M. Wolk, Esq.
    Atty. No. 012832007

## CERTIFICATION

This will certify that on January 7, 2014, a copy of the foregoing Substitution of Attorney was filed electronically via the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Date: January 7, 2014        /s/ Jay J. Blumberg, Esq
                             Jay J. Blumberg, Esq.