UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | : | MDL No. 2419 |
| | : | Docket No. 1:13-md-2419 (FDS) |
| NEW ENGLAND COMPOUNDING | : | |
| PHARMACY, INC. PRODUCTS | : | |
| LIABILITY LITIGATION | : | Judge F. Dennis Saylor, IV |
| | : | |
| THIS DOCUMENT RELATES TO | : | |
| | : | |
| ALL ACTIONS | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

DEAR SIR OR MADAM CLERK:

Please substitute the appearance of ***Donald J. Walsh, Esquire*** and ***Offit Kurman, P.A.*** as counsel on behalf of nonparty Pain Medicine Specialists, P.A. and replace with the limited appearance of **Gregory K. Kirby, Esquire** and **Pessin Katz Law, P.A.** as counsel on behalf of nonparty Pain Medicine Specialists, P.A. As with prior counsel, this limited appearance is for the sole purpose of contesting or otherwise responding to the subpoena issued to nonparty Pain Medicine Specialists, P.A. by the Plaintiffs' Steering Committee and should not be deemed as otherwise constituting consent to the jurisdiction of this Court.

_____
Donald J. Walsh
OFFIT KURMAN, P.A.
8 Park Center Court, Suite 200
Owings Mills, Maryland 21117
Telephone: (443) 738-1583

_____
Gregory K. Kirby
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
Telephone: (410)769-6143
Attorney for Pain Medicine Specialists, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of October, 2013, a true and accurate copy of the foregoing Notice of Substitution of Counsel was served on all parties hereto by virtue of the Court's electronic filing system (CM/ECF) and paper copies will be sent to those indicated as non-registered participants.

/S/ Gregory K. Kirby
Gregory K. Kirby