UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | MDL No. 2419 |
| | Docket No. 1:13-md-2419 (FDS) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | |
| | Judge F. Dennis Saylor, IV |
| THIS DOCUMENT RELATES TO | |
| ALL ACTIONS | |

## NOTICE OF LIMITED APPEARANCE

Pursuant to the Court's Order of Central Enforcement of Subpoenas, dated June 21, 2013, attorney Gregory K. Kirby (Maryland USDC 28196) hereby enters limited appearance on behalf of nonparty Box Hill Surgery Center, LLC for the purpose of contesting or otherwise responding to the subpoena issued to it by the Plaintiffs' Steering Committee. This Notice is filed solely for the purpose of contesting or otherwise responding to the subpoena and should not be deemed as otherwise constituting consent to the jurisdiction of this Court.

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
(410) 938-8800
**Attorneys for Box Hill Surgery Center, LLC**

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing was served on all parties hereto by virtue of the Court's electronic filing system this 11th day of October, 2013 and paper copies will be sent to those indicated as non-registered participants.

/s/ Gregory K. Kirby
Gregory K. Kirby

705493-1