UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE NEW ENGLAND COMPOUNDING      :
PHARMACY, INC. PRODUCTS            :       MDL No. 2419
LIABILITY LITIGATION               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                           Master Docket No. 1:13-md-2419-FDS
This Document Relates to:          :
    All Actions                    :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

### INSIGHT HEALTH CORP.'S NOTICE OF SUBSTUTION OF COUNSEL

PLEASE TAKE NOTICE that the appearances of Christopher E. Hassell, Esq. and Brian J. Gerling, Esq. should be withdrawn and that Heather S. Deane, Esq. and William H. White Jr., Esq. should be substituted in their stead as counsel of record for Insight Health Corp. in the above-captioned matter. Pleadings, court filings and other communications served on Insight Health Corp. should henceforth be provided to:

| | |
|---|---|
| **Heather S. Deane, Esq.** | **William H. White Jr., Esq.** |
| Virginia Bar No. 41895 | District of Columbia Bar No. 461341 |
| BONNER KIERNAN TREBACH & CROCIATA, LLP | BONNER KIERNAN TREBACH & CROCIATA, LLP |
| 1233 20th Street, NW, 8th Floor | 1233 20th Street, NW, 8th Floor |
| Washington, DC 20036 | Washington, DC 20036 |
| Tel.: 202-712-7000 | Tel.: 202-712-7000 |
| Fax: 202-712-7100 | Fax: 202-712-7100 |
| Email: hdeane@bonnerkiernan.com | Email: wwhite@bonnerkiernan.com |

DATED this 8th day of January 2014.

Respectfully submitted,

| | |
|---|---|
| _____ | _____ |
| Christopher E. Hassell (VSB #30469) | Heather S. Deane (VSB #41895) |
| Brian J. Gerling (VSB #75817) | William H. White Jr. (DC Bar #461341) |
| BONNER KIERNAN TREBACH & CROCIATA, LLP | BONNER KIERNAN TREBACH & CROCIATA, LLP |
| 1233 20th Street, NW, 8th Floor | 1233 20th Street, NW, 8th Floor |
| Washington, DC 20036 | Washington, DC 20036 |
| Tel.: 202-712-7000 | Tel.: 202-712-7000 |
| Fax: 202-712-7100 | Fax: 202-712-7100 |
| Email: chassell@bonnerkiernan.com | Email: hdeane@bonnerkiernan.com |
| Email: bgerling@bonnerkiernan.com | Email: wwhite@bonnerkiernan.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 8, 2014.

Dated: January 8, 2014

_____
William H. White Jr.