```
1                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
2


3


4  IN RE:  NEW ENGLAND           ) MDL NO. 13-02419-FDS
   COMPOUNDING                   )
5  PHARMACY CASES LITIGATION     )
                                 )
6                                )
                                 )
7                                )
                                 )
8
             BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV.
9


10


11
                     STATUS CONFERENCE
12


13


14


15      John Joseph Moakley United States Courthouse
                     Courtroom No. 2
16                  One Courthouse Way
                    Boston, MA 02210
17


18                   October 8, 2013
                        1:30 p.m.
19


20


21
                Valerie A. O'Hara, FCRR, RPR
22                Official Court Reporter
        John Joseph Moakley United States Courthouse
23           One Courthouse Way, Room 3204
                    Boston, MA 02210
24            E-mail: vaohara@gmail.com

25
```

EXHIBIT B

1  had the notion that it would be a terrific result to be
2  able to announce some form of a proposed resolution by
3  October 3rd, which had been the one-year anniversary of
4  the closing of NECC.
5          We didn't make that, however, I think that
6  all the parties are acting in some good faith, and there
7  has been some very substantial progress from my
8  perspective personally since Labor Day.
9          Now, what do I mean when I say that?  Apart
02:16PM 10  from getting into the details, which, of course, I'm not
11  going to get into, so there are insurers that are
12  involved for NECC and a couple of the -- three of the
13  related companies.  There are excess insurers.  There
14  are the companies themselves, not just the primary ones
15  that would come, you know, to the tip of your tongue
16  immediately but some of the other entities behind it,
17  and, of course, NECC and Ameridose and MSM itself, too.
18          So with all of that said, there has been
19  very significant progress, and as you've seen, we've
02:17PM 20  been delaying doing anything formal by way of discovery
21  in the meantime.  A sort of implicit condition of those
22  negotiations has been for everybody to stand down in
23  terms of doing formal discovery, so we've done that
24  today.
25          Now, over the next short period of time,