```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2


 3


 4   IN RE:  NEW ENGLAND            ) MDL NO. 13-02419-FDS
     COMPOUNDING                    )
 5   PHARMACY CASES LITIGATION      )
                                    )
 6                                  )
                                    )
 7                                  )
                                    )
 8
               BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV
 9


10


11
                       STATUS CONFERENCE
12


13


14


15     John Joseph Moakley United States Courthouse
                     Courtroom No. 13
16                  One Courthouse Way
                     Boston, MA 02210
17


18                   November 7, 2013
                        1:30 p.m.
19


20


21
              Valerie A. O'Hara, FCRR, RPR
22               Official Court Reporter
       John Joseph Moakley United States Courthouse
23         One Courthouse Way, Room 3204
                  Boston, MA 02210
24            E-mail: vaohara@gmail.com

25
```

EXHIBIT C

|  |  |
|---|---|
| 1 | may do on or before December 20th and be in a position |
| 2 | to simply file one responsive pleading. |
| 3 | THE COURT: All right. Do you want to |
| 4 | respond to that, Ms. Parker? |
| 5 | MS. PARKER: Excuse me one moment, your |
| 6 | Honor. |
| 7 | THE COURT: All right. |
| 8 | MS. PARKER: Your Honor, we have no -- we |
| 9 | have no objection to that. Let me note, however, that |
| 01:43PM  10 | the hope in asking the Court to extend the deadline to |
| 11 | file a master complaint naming affiliated defendants and |
| 12 | individuals is that in the time before that complaint is |
| 13 | filed, there is a resolution reached with those entities |
| 14 | so there becomes no need for a second master complaint. |
| 15 | If that comes to pass, perhaps that deadline should be |
| 16 | revisited, but we have no objection in principle. |
| 17 | There is one very specific Tennessee issue |
| 18 | though that I think is raised by that proposal. Under |
| 19 | Tennessee law, and my fellow plaintiffs' steering |
| 01:43PM  20 | committee members can get into the specifics of that, |
| 21 | but I understand that under Tennessee law, there's a |
| 22 | finite period of time in which to cure particular |
| 23 | defects that would be asserted in an answer to a |
| 24 | complaint, and there is some concern that we may need to |
| 25 | request relief from the Court to require answers or |