```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


IN RE:  NEW ENGLAND              )  MDL NO. 13-02419-FDS
COMPOUNDING                      )
PHARMACY CASES LITIGATION        )
                                 )
                                 )
                                 )
                                 )

              BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV




                       STATUS CONFERENCE




       John Joseph Moakley United States Courthouse
                      Courtroom No. 2
                     One Courthouse Way
                      Boston, MA 02210


                     December 13, 2013
                         11:04 a.m.





             Valerie A. O'Hara, FCRR, RPR
                  Official Court Reporter
       John Joseph Moakley United States Courthouse
              One Courthouse Way, Room 3204
                      Boston, MA 02210
              E-mail: vaohara@gmail.com
```

EXHIBIT D

|  |  |
|---|---|
|  | 1  representative to address that further, if he wishes. |
|  | 2  MR. GOTTFRIED: So, your Honor, this may be, |
|  | 3  with your permission, a good time to just sort of give |
|  | 4  you, A, some sense of where things stand -- |
|  | 5  THE COURT: I would be delighted with that |
|  | 6  since I don't have a sense where things stand. |
|  | 7  MR. GOTTFRIED: -- and tell you, first of |
|  | 8  all, the trustee supports the PSC's request to extend |
|  | 9  the date to January 8th, and, indeed, would be |
| 11:59AM | 10  supportive of a later date. I would inform the Court |
|  | 11  that we've reached agreement with NECC's primary and |
|  | 12  excess insurers subject to final documentation, which |
|  | 13  will be facilitated by the finalization of settlements |
|  | 14  with the individual defendants. |
|  | 15  We've reached agreement with one of the |
|  | 16  insurers for another affiliated defendant, and we are |
|  | 17  close with yet another affiliated defendant insurers. |
|  | 18  The process with respect to negotiating those individual |
|  | 19  settlements is continuing. The creditors' committee is |
| 12:00PM | 20  engaged in that process. A full meeting of the |
|  | 21  creditors' committee, which includes Attorney Sobol and |
|  | 22  Lipton, who are also on the PSC, is scheduled for next |
|  | 23  week to discuss the various issues regarding the insider |
|  | 24  settlement. |
|  | 25  The trustee is available to participate, as |