```
 1                  UNITED STATES DISTRICT COURT
 2                    DISTRICT OF MASSACHUSETTS
 3
 4
 5   IN RE:  NEW ENGLAND          )  MDL NO. 13-02419-FDS
     COMPOUNDING                  )
 6   PHARMACY CASES LITIGATION    )
                                  )
 7                                )
                                  )
 8                                )
                                  )
 9
10
      BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV
11
12
13
                       STATUS CONFERENCE
14
15
16
         John Joseph Moakley United States Courthouse
17                     Courtroom No. 2
                       One Courthouse Way
18                     Boston, MA 02210
19
                       September 12, 2013
20                        1:30 p.m.
21
22
              Valerie A. O'Hara, FCRR, RPR
23               Official Court Reporter
         John Joseph Moakley United States Courthouse
24            One Courthouse Way, Room 3204
                   Boston, MA 02210
25             E-mail: vaohara@gmail.com
```

EXHIBIT E

```
02:27PM

02:28PM
```

 1  so it knows how to divide up this pie when that day
 2  ultimately arrives.
 3           So, it's my understanding that there's a
 4  little bit of hesitance on the PSC to take the release
 5  what we've negotiated to the next step and actually get
 6  them signed and get a process in place promptly to do
 7  this.  It's not an unwillingness to do it forever.  I
 8  think it's a timing issue, so the defendants believe
 9  this has to happen now, and I'll let the PSC speak to
10  their own position on it.
11           MS. PARKER:  Well, your Honor, this is the
12  first I'm hearing that Ameridose is interested in
13  pursuing the collection of medical records now.  We had
14  a fairly extensive meet and confer about how this case
15  ought to move forward.  We talked about plaintiff fact
16  sheets, which would include medical records, during our
17  meet and confer on Monday, so the PSC wasn't aware that
18  anyone from Ameridose wanted to do this.
19           We'll certainly talk about it.  I will note
20  though that, again, I feel like a broken record, so
21  forgive me, if the affiliated defendants are settling,
22  they have no dog in this fight.  They have no reason
23  that they need plaintiffs' medical records.  As your
24  Honor knows, medical record collection is a necessary
25  part of this case.  It's also an expensive part of this

```
            1   case, and it's something that we think should be done
            2   with great thought and care.
            3            We have no interest in keeping information
            4   from the defendants, but if the affiliated defendants
            5   are going to be out of this case in 30 days, two months,
            6   I'm not saying they are, but if that comes to pass, then
            7   starting this process of collecting medical records and
            8   expending great sums of money, doing that becomes hard
            9   to understand why the affiliated defendants have an
02:28PM    10   interest in pushing that.
           11            THE COURT:  Let me cut this short.  Putting
           12   aside how we got to where we are today, it's hard for me
           13   to see a scenario here, and maybe I'm missing something,
           14   in which these claims ultimately get resolved.  I mean,
           15   you say settling.  I assume you mean settling is
           16   contributing a pot of money.  Someone has to decide how
           17   that money in the pot is split up among claimants.  I
           18   don't see how that process can't occur without the
           19   collection of medical records and product
02:29PM    20   I.D. information at some level.
           21            As I've been saying from the beginning, it
           22   is cumbersome, as you know, you know, chasing down
           23   healthcare providers for records, collecting them,
           24   organizing them, all of that.  I'm not sure I see any
           25   reason why that process ought to be delayed regardless
```