UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**ASSENTED TO MOTION TO EXTEND THE PLAINTIFFS' STEERING COMMITTEE'S DEADLINE FOR RESPONDING TO THE TRUSTEE'S RENEWED MOTION TO TRANSFER**

The Plaintiffs' Steering Committee (the "PSC") hereby moves the Court to extend the deadline for responding to the Chapter 11 Trustee's Renewed and Supplemental Motion to Transfer Additional Personal Injury Tort and Wrongful Death Cases To This Court Pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 ("Motion") for one week, until January 17, 2014, and that oral argument, if any, be set for after January 17, 2014.

Responses to the Motion are currently due January 10, 2014, the same day as the next MDL status conference.

The Trustee has assented to both this brief extension and oral argument, if any, occurring after January 17, 2014. A stipulation and proposed order is filed herewith.

Dated: January 9, 2014                                    Respectfully submitted,

*/s/ Kristen Johnson Parker*
Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003

tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

**CERTIFICATE OF SERVICE**

I, Kristen Johnson Parker, hereby certify that I caused a copy of the above Assented To Motion to Extend Plaintiffs' Steering Committee's Deadline for Responding to the Trustee's Renewed Motion to Transfer to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 9, 2014

*/s/ Kristen Johnson Parker*
Kristen Johnson Parker, BBO # 667261