UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION | MDL No. 2419 <br><br> Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO: <br><br> All Actions | |

**[PROPOSED] ORDER AND STIPULATION EXTENDING THE PLAINTIFFS' STEERING COMMITTEE'S DEADLINE FOR RESPONDING TO THE TRUSTEE'S RENEWED MOTION TO TRANSFER**

WHEREAS, the Plaintiffs' Steering Committee (the "PSC") and Paul D. Moore, the Chapter 11 Trustee for the bankruptcy estate of New England Compounding Pharmacy, Inc. ("Trustee"), hereby stipulate that the PSC's deadline for responding to the Chapter 11 Trustee's Renewed and Supplemental Motion to Transfer Additional Personal Injury Tort and Wrongful Death Cases To This Court Pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 may be extended for one week, until January 17, 2014; and

WHEREAS, the PSC and the Trustee hereby stipulate that oral argument, if any, may occur after January 17, 2014;

IT IS HEREBY ORDERED:

The PSC shall have until January 17, 2014 to respond to the Chapter 11 Trustee's Renewed and Supplemental Motion to Transfer Additional Personal Injury Tort and Wrongful Death Cases To This Court Pursuant to 28 U.S.C. §§ 157(b)(5) and 1334.  Oral argument, if any, shall be heard after January 17, 2014.

SO STIPULATED:

        ***/s/ Kristen Johnson Parker***
Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003

*Plaintiffs' Lead Counsel*


***/s/ Paul D. Moore***
Paul D. Moore
100 High Street
Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200

*Chapter 11 Trustee*

SO ORDERED.


Dated: _____

_____
Hon. F. Dennis Saylor, IV
U.S. District Court Judge