UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**JOINTLY PROPOSED AGENDA**
**FOR THE JANUARY 10, 2014 STATUS CONFERENCE**

The Plaintiffs' Steering Committee, Ameridose LLC, New England Compounding Pharmacy, Inc. (through both the Trustee and counsel), and Official Committee of Unsecured Creditors (through counsel)[1] jointly propose the following agenda for the January 10, 2014, status conference:

1. Update on short form complaints

    a. January 21, 2014, deadline to file responsive pleadings to short form complaints and/or leave to file third-party complaints against affiliated defendants [Dkt. 752]

2. Status of mediation efforts [Mediation Order, Dkt. No. 394]

3. Proposed settlement in principle with NECC principles, related entities, and insurers

4. Master Complaint against Affiliated Defendants and responsive pleadings

    a. Joint Emergency Motion of the Chapter 11 Trustee and PSC to Extend the Deadline for Filing of a Master Complaint Related to Affiliated Defendants [Dkt. 741]

    b. Response to the Trustee and PSC's Joint Emergency Motion to Extend the Deadline for Filing of a Master Complaint Related to Affiliated Defendants by Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, Premier Orthopaedic Associates Surgical Center [Dkt. 751]

5. PSC's Motion to Partially Lift Discovery Stay against Affiliated Defendants [Dkt. 534]

    a. Chapter 11 Trustee's Response [Dkt. 758]

    b. Affiliated Defendants' Opposition [Dkt.757]

---

[1] All defendants whose counsel have filed notices of appearance in the MDL were provided an opportunity to comment on the agenda.

6. Update on subpoenas and objections
    a. PSC's Motion(s) to Compel and for Civil Contempt [forthcoming]
7. Matters referred to Judge Boal
    a. Travelers Motion to Quash [Dkt. 633 and 730]
        i. PSC's Response [forthcoming]
    b. Plaintiff Fact Sheet
    c. Medical Releases
    d. Parties meeting and conferring on all matters referred to Judge Boal
8. PSC Notice of Instructions for Accessing U.S. Legal Repository [Dkt. 739]
9. PSC Motion to Amend Order on Central Enforcement of Subpoenas [Dkt.749]
    a. Order on Central Enforcement of Subpoenas [Dkt. 193]
10. Other Pending motions
    a. Order on motions to dismiss, amend, and summary judgment [Dkt. 720]
        i. Motion to Dismiss *McDow* (12-cv-12112)
    b. Trustee's Renewed and Supplemental Motion to Transfer [Dkt. 732]
        i. PSC's Motion for one week extension to respond and for oral argument, if any, to be held after January 17, 2014 [Dkt. 760]
        ii. Creditor's Committee Response [Dkt. 743]
11. Status of bankruptcy proceedings
12. Status of appeals

Dated: January 9, 2014                        Respectfully submitted,

| | |
|---|---|
| | */s/ Kristen Johnson Parker* |
| Matthew P. Moriarty | Thomas M. Sobol, BBO # 471770 |
| TUCKER ELLIS LLP | Kristen Johnson Parker, BBO# 667261 |
| 950 Main Avenue, Suite 1100 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Cleveland, OH 44113 | 55 Cambridge Parkway, Suite 301 |
| (216) 592-5000 | Cambridge, MA  02142 |
| mmoriarty@tuckerellis.com | (617) 482-3700 |
| | tom@hbsslaw.com |
| *Ameridose's Liaison Counsel* | kristenjp@hbsslaw.com |
| | |
| | *Plaintiffs' Lead Counsel* |
| | |
| Paul D. Moore | Frederick H. Fern |
| DUANE MORRIS LLP | HARRIS BEACH PLLC |
| 100 High Street, Suite 2400 | 100 Wall Street |
| Boston, MA 02110-1724 | New York, NY 10005 |
| (857) 488-4230 | (212) 687-0100 |
| pdmoore@duanemorris.com | hbnecc@harrisbeach.com |
| | |
| *Chapter 11 Trustee for the Estate of New England Compounding Pharmacy, Inc.* | *NECC's Liaison Counsel* |

William R. Baldiga
Rebecca L. Fordon
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200
wbaldiga@brownrudnick.com
rfordon@brownrudnick.com

David J. Molton
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
(212) 209-4800
dmolton@brownrudnick.com

*Counsel for the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I, Kristen Johnson Parker, hereby certify that I caused a copy of the above Jointly Proposed Agenda for the January 10, 2014, Status Conference to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 9, 2014

*/s/ Kristen Johnson Parker*
Kristen Johnson Parker, BBO # 667261