UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-02419 |
| THIS DOCUMENT RELATES TO: All Actions. | Hon. F. Dennis Saylor, IV Magistrate Jennifer C. Boal |

### STIPULATED ORDER TO EXTEND TIME FOR PLAINTIFFS' RESPONSE TO TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S MOTION TO QUASH PLAINTIFFS' SUBPOENA

The Plaintiffs' Steering Committee and Travelers Property Casualty Company of America ("Travelers"), through their respective counsel, having stipulated and agreed to the extension of time for the PSC to respond to Travelers' Motion to Quash Plaintiffs' Subpoena (Dkt. No. 633) until January 17, 2014, and for good cause shown;

IT IS HEREBY ORDERED that the time by which the PSC must respond to Travelers' Motion to Quash Plaintiffs' Subpoena is extended from January 10, 2014 to January 17, 2014.

Dated:  January 9, 2014

/s/ Jennifer C. Boal
UNITED STATES MAGISTRATE JUDGE

**So Stipulated and Agreed:**

/s/ Marc E. Lipton
Marc E. Lipton
LIPTON LAW
18930 West Ten Mile Rd. Ste. 3000
Southfield, MI 48075
(248) 557-1688
marc@liptonlaw.com

*Plaintiffs' Steering Committee*

/s/ Brian M. Cullen
Brian M. Cullen
Law Office of Steven B. Stein
Two Financial Center
60 South Street, Suite 1000
Boston, MA 02111-2759
(617) 772-2905
bcullen@travelers.com

*Counsel for Travelers Property Casualty Company of America*