UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
IN RE:   NEW ENGLAND                      )
COMPOUNDING PHARMACY CASES   )       Master Docket No.
_____ )       13-md-02419-FDS
This Document Relates to:                   )
                                                              )
ALL CASES                                          )
_____ )

### NOTICE OF APPEARANCE FOR THE UNITED STATES

Please enter my appearance as counsel for interested party the United States of America.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

By:  */s/ Christine J. Wichers*
    Christine J. Wichers
    Assistant U.S. Attorney
    One Courthouse Way
    Boston, MA 02210
    (617) 748-3278
    Christine.wichers@usdoj.gov

Dated: January 10, 2014

### Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on January 10, 2014.

    */s/ Christine J. Wichers*
    Christine J. Wichers