EXHIBIT

## I. Suits Alleging Products Liability Claims

Master Complaint

**STOPNC Suits**

Alexander, 1:13-cv-12428
Barger, 1:13-cv-12619
Barnard, 1:13-cv-12738
Bequette, 1:13-cv-12429
Berry, 1:13-cv-12838
Besaw, 1:13-cv-12604
Bland, 1:13-cv-11881
Brinton, 1:13-cv-12612
Brock, 1:13-cv-12731
Bryant, 1:13-cv-12668
Burns, 1:13-cv-12697
Carman, 1:13-cv-12238
Chambers, 1:13-cv-12591
Davis, 1:13-cv-12426
Demps, 1:13-cv-12840
Denson, 1:13-cv-12729
Deol, 1:13-cv-12841
Devine, 1:13-cv-12667
Eggleston, 1:13-cv-12589
Ferguson, 1:13-cv-12571
Gobble, 1:13-cv-12480
Hester, 1:13-cv-12315
Higdon, 1:13-cv-12718
Hill, 1:13-cv-12622
Hurt, 1:13-cv-12605
Johnson, 1:13-cv-12621
Judd, 3:13-cv-1268
Kirby, 1:13-cv-12592
Kirkwood, 1:13-cv-12431
Knight, 1:13-cv-12563
Knihtila, 1:13-cv-12576
Koonce, 1:13-cv-12590
Lemberg, 1:13-cv-12617
Lodowski, 1:13-cv-1257
Lovelace, 1:13-cv-12772
Martin, 1:13-cv-12624
Mathias, 1:13-cv-12574
May, 1:13-cv-12234
McCulloch, 1:13-cv-12610

McElwee, 1:13-cv-12625
McKee, 1:13-cv-12779
McKinney, 1:13-cv-12692
Meeker, 1:13-cv-12616
Miller, 1:13-cv-12570
Minor, 1:13-cv-12836
Morris, 1:13-cv-12736
Neely, 1:13-cv-12842
Noble, 1:13-cv-12606
Norwood, 1:13-cv-12430
O'Brien, 1:13-cv-12759
Osborne, 1:13-cv-12739
Parman, 1:13-cv-12433
Patel, 3:13-cv-01416 (MDTN)
Peay, 1:13-cv-12843
Pellicone, 1:13-cv-12916
Pelters, 1:13-cv-12780
Pierce, 1:13-cv-12733
Potts, 3:14-cv-00025 (MDTN)
Pruitt, 1:13-cv-12573
Ragland, 1:13-cv-12778
Redkevitch, 1:13-cv-12666
Reed, 1:13-cv-12565
Richards, 1:13-cv-12603
Robnett, 1:13-cv-12613
Ruhl, 1:13-cv-12670
Russell, 1:13-cv-12794
Rybinski, 1:13-cv-12818
Sawyers, 3:13-cv-01452 (MDTN)
Schulz, 1:13-cv-12311
Scott, 1:13-cv-12578
Sellers, 1:13-cv-12620
Settle, 1:13-cv-12569
Sharer, 1:13-cv-12577
Siler, 1:13-cv-12489
Skelton, 1:13-cv-12575
Slatton, 1:13-cv-12618
Sullivan, 1:13-cv-12781
Taylor, 1:13-cv-12673
Temple, 1:13-cv-12696

Wanta, 1:13-cv-12623
White, 1:13-cv-12734
Wiley, 1:13-cv-12305
Williams, 1:13-cv-1243
Wray, 1:13-cv-12737
Young, 1:13-cv-12594
Youree, 1:13-cv-12566
Ziegler, 1:13-cv-12588

**SSC Suits**

Bray, 1:13-cv-12596
Bumgarner, 1:13-cv-12679
Carter, 2:13-cv-00129 (MDTN)
Collins, 1:13-cv-12580
Cox, 1:13-cv-12918
Dingess, 1:13-cv-12490
Foster, 1:13-cv-12686
Fuelling, 1:13-cv-12741
Gambaccini, 1:13-cv-12681
Graham, 1:13-cv-12581
Hubbard, 1:13-cv-12922
Jackson, 1:13-cv-12923
Johnson, 1:13-cv-12915
Keyes, 1:13-cv-1299
Lapiska, 1:13-cv-12914
McDavid, 1:13-cv-12742
Nealon, 1:13-cv-12491
Norris, 1:13-cv-12682
Palmer, 1:13-cv-12688
Reed, 1:13-cv-12917
Rhind, 1:13-cv-12740
Savercool, 1:13-cv-12583
Smith, 1:13-cv-12684
Willis, 1:13-cv-12597

EXHIBIT

## II. Suits Alleging Tennessee Consumer Protection Act Claims

Master Complaint

**STOPNC Suits**

Alexander, 1:13-cv-12428
Brock, 1:13-cv-12731
Bryant, 1:13-cv-12668
Burns, 1:13-cv-12697
Demps, 1:13-cv-12840
Higdon, 1:13-cv-12718
Patel, 3:13-cv-01416 (MDTN)
Schulz, 1:13-cv-12311

**SSC Suits**

Carter, 2:13-cv-00129 (MDTN)
Cox, 1:13-cv-12918
Dingess, 1:13-cv-12490
Johnson, 1:13-cv-12915
Keyes, 1:13-cv-1299
Reed, 1:13-cv-12917

## III. Suits Alleging Battery

Master Complaint

**STOPNC Suits**

Brock, 1:13-cv-12731
Bryant, 1:13-cv-12668
Burns, 1:13-cv-12697
Demps, 1:13-cv-12840
Higdon, 1:13-cv-12718
Patel, 3:13-cv-01416 (MDTN)
Schulz, 1:13-cv-12311

**SSC Suits**

Carter, 2:13-cv-00129 (MDTN)
Johnson, 1:13-cv-12915

EXHIBIT

## IV. Suits Alleging Failure to Warn

Master Complaint

**STOPNC Suits**

Alexander, 1:13-cv-12428
Barger, 1:13-cv-12619
Barnard, 1:13-cv-12738
Bequette, 1:13-cv-12429
Berry, 1:13-cv-12838
Besaw, 1:13-cv-12604
Bland, 1:13-cv-11881
Brinton, 1:13-cv-12612
Brock, 1:13-cv-12731
Bryant, 1:13-cv-12668
Burns, 1:13-cv-12697
Carman, 1:13-cv-12238
Chambers, 1:13-cv-12591
Davis, 1:13-cv-12426
Demps, 1:13-cv-12840
Denson, 1:13-cv-12729
Deol, 1:13-cv-12841
Devine, 1:13-cv-12667
Eggleston, 1:13-cv-12589
Ferguson, 1:13-cv-12571
Garland, 1:13-cv-12736
Hester, 1:13-cv-12315
Higdon, 1:13-cv-12718
Hill, 1:13-cv-12622
Hurt, 1:13-cv-12605
Johnson, 1:13-cv-12621
Judd, 1:13-cv-13120
Kirby, 1:13-cv-12592
Kirkwood, 1:13-cv-12431
Knight, 1:13-cv-12563
Knihtila, 1:13-cv-12576
Koonce, 1:13-cv-12590
Lemberg, 1:13-cv-12617
Lodowski, 1:13-cv-1257
Lovelace, 1:13-cv-12772
Martin, 1:13-cv-12624
Mathias, 1:13-cv-12574
May, 1:13-cv-12234
McCulloch, 1:13-cv-12610
McElwee, 1:13-cv-12625
McKee, 1:13-cv-12779
McKinney, 1:13-cv-12692
Meeker, 1:13-cv-12616
Miller, 1:13-cv-12570
Minor, 1:13-cv-12836
Neely, 1:13-cv-12842
Noble, 1:13-cv-12606
Norwood, 1:13-cv-12430
O'Brien, 1:13-cv-12759
Osborne, 1:13-cv-12739
Parman, 1:13-cv-12433
Patel, 3:13-cv-01416 (MDTN)
Peay, 1:13-cv-12843
Pellicone, 1:13-cv-12916
Pelters, 1:13-cv-12780
Pierce, 1:13-cv-12733
Pruitt, 1:13-cv-12573
Ragland, 1:13-cv-12778
Redkevitch, 1:13-cv-12666
Reed, 1:13-cv-12565
Richards, 1:13-cv-12603
Robnett, 1:13-cv-12613
Ruhl, 1:13-cv-12670
Russell, 1:13-cv-12794
Rybinski, 1:13-cv-12818
Schulz, 1:13-cv-12311
Scott, 1:13-cv-12578
Sellers, 1:13-cv-12620
Settle, 1:13-cv-12569
Sharer, 1:13-cv-12577
Skelton, 1:13-cv-12575
Slatton, 1:13-cv-12618
Sullivan, 1:13-cv-12781
Taylor, 1:13-cv-12673
Wanta, 1:13-cv-12623
White, 1:13-cv-12734
Wiley, 1:13-cv-12305
Williams, 1:13-cv-1243
Wray, 1:13-cv-12737
Young, 1:13-cv-12594
Youree, 1:13-cv-12566
Ziegler, 1:13-cv-12588

**SSC Suits**

Bray, 1:13-cv-12596
Bumgarner, 1:13-cv-12679
Carter, 2:13-cv-00129 (MDTN)
Collins, 1:13-cv-12580
Cox, 1:13-cv-12918
Dingess, 1:13-cv-12490
Foster, 1:13-cv-12686
Fuelling, 1:13-cv-12741
Gambaccini, 1:13-cv-12681
Graham, 1:13-cv-12581
Hubbard, 1:13-cv-12922
Jackson, 1:13-cv-12923
Johnson, 1:13-cv-12915
Lapiska, 1:13-cv-12914
McDavid, 1:13-cv-12742
Nealon, 1:13-cv-12491
Norris, 1:13-cv-12682
Palmer, 1:13-cv-12688
Reed, 1:13-cv-12917
Rhind, 1:13-cv-12740
Savercool, 1:13-cv-12583
Smith, 1:13-cv-12684
Willis, 1:13-cv-12597

EXHIBIT

## V. Suits Alleging Ordinary Negligence

Master Complaint

**STOPNC Suits**

Alexander, 1:13-cv-12428
Barger, 1:13-cv-12619
Barnard, 1:13-cv-12738
Bequette, 1:13-cv-12429
Berry, 1:13-cv-12838
Besaw, 1:13-cv-12604
Bland, 1:13-cv-11881
Brinton, 1:13-cv-12612
Brock, 1:13-cv-12731
Bryant, 1:13-cv-12668
Burns, 1:13-cv-12697
Carman, 1:13-cv-12238
Chambers, 1:13-cv-12591
Davis, 1:13-cv-12426
Demps, 1:13-cv-12840
Denson, 1:13-cv-12729
Deol, 1:13-cv-12841
Devine, 1:13-cv-12667
Eggleston, 1:13-cv-12589
Ferguson, 1:13-cv-12571
Garland, 1:13-cv-12736
Hester, 1:13-cv-12315
Higdon, 1:13-cv-12718
Hill, 1:13-cv-12622
Hurt, 1:13-cv-12605
Johnson, 1:13-cv-12621
Judd, 1:13-cv-13120
Kirby, 1:13-cv-12592
Kirkwood, 1:13-cv-12431
Knight, 1:13-cv-12563
Knihtila, 1:13-cv-12576
Koonce, 1:13-cv-12590
Lemberg, 1:13-cv-12617
Lodowski, 1:13-cv-1257
Lovelace, 1:13-cv-12772
Martin, 1:13-cv-12624
Mathias, 1:13-cv-12574
May, 1:13-cv-12234
McCulloch, 1:13-cv-12610
McElwee, 1:13-cv-12625

McKee, 1:13-cv-12779
McKinney, 1:13-cv-12692
Meeker, 1:13-cv-12616
Miller, 1:13-cv-12570
Minor, 1:13-cv-12836
Neely, 1:13-cv-12842
Noble, 1:13-cv-12606
Norwood, 1:13-cv-12430
O'Brien, 1:13-cv-12759
Osborne, 1:13-cv-12739
Parman, 1:13-cv-12433
Patel, 3:13-cv-01416 (MDTN)
Peay, 1:13-cv-12843
Pellicone, 1:13-cv-12916
Pelters, 1:13-cv-12780
Pierce, 1:13-cv-12733
Potts, 3:14-cv-00025 (MDTN)
Pruitt, 1:13-cv-12573
Ragland, 1:13-cv-12778
Redkevitch, 1:13-cv-12666
Reed, 1:13-cv-12565
Richards, 1:13-cv-12603
Robnett, 1:13-cv-12613
Ruhl, 1:13-cv-12670
Russell, 1:13-cv-12794
Rybinski, 1:13-cv-12818
Sawyers, 3:13-cv-01452
Schulz, 1:13-cv-12311
Scott, 1:13-cv-12578
Sellers, 1:13-cv-12620
Settle, 1:13-cv-12569
Sharer, 1:13-cv-12577
Skelton, 1:13-cv-12575
Slatton, 1:13-cv-12618
Sullivan, 1:13-cv-12781
Taylor, 1:13-cv-12673
Temple, 1:13-cv-12696
Wanta, 1:13-cv-12623
White, 1:13-cv-12734
Wiley, 1:13-cv-12305
Williams, 1:13-cv-1243
Wray, 1:13-cv-12737

Young, 1:13-cv-12594
Youree, 1:13-cv-12566
Ziegler, 1:13-cv-12588

**SSC Suits**

Bray, 1:13-cv-12596
Bumgarner, 1:13-cv-12679
Carter, 2:13-cv-00129 (MDTN)
Collins, 1:13-cv-12580
Cox, 1:13-cv-12918
Dingess, 1:13-cv-12490
Foster, 1:13-cv-12686
Fuelling, 1:13-cv-12741
Gambaccini, 1:13-cv-12681
Graham, 1:13-cv-12581
Hubbard, 1:13-cv-12922
Jackson, 1:13-cv-12923
Johnson, 1:13-cv-12915
Keyes, 1:13-cv-1299
Lapiska, 1:13-cv-12914
McDavid, 1:13-cv-12742
Nealon, 1:13-cv-12491
Norris, 1:13-cv-12682
Palmer, 1:13-cv-12688
Reed, 1:13-cv-12917
Rhind, 1:13-cv-12740
Savercool, 1:13-cv-12583
Smith, 1:13-cv-12684
Willis, 1:13-cv-12597

EXHIBIT

## VI. Suits Alleging a Duty to Prevent Foreseeable Harm

**STOPNC Suits**

Barger, 1:13-cv-12619
Barnard, 1:13-cv-12738
Bequette, 1:13-cv-12429
Berry, 1:13-cv-12838
Besaw, 1:13-cv-12604
Bland, 1:13-cv-11881
Brinton, 1:13-cv-12612
Brock, 1:13-cv-12731
Bryant, 1:13-cv-12668
Burns, 1:13-cv-12697
Carman, 1:13-cv-12238
Chambers, 1:13-cv-12591
Davis, 1:13-cv-12426
Demps, 1:13-cv-12840
Deol, 1:13-cv-12841
Eggleston, 1:13-cv-12589
Ferguson, 1:13-cv-12571
Garland, 1:13-cv-12736
Hester, 1:13-cv-12315
Higdon, 1:13-cv-12718
Hill, 1:13-cv-12622
Hurt, 1:13-cv-12605
Johnson, 1:13-cv-12621
Judd, 1:13-cv-13120
Kirby, 1:13-cv-12592
Knight, 1:13-cv-12563
Koonce, 1:13-cv-12590
Lemberg, 1:13-cv-12617
Lodowski, 1:13-cv-1257
Lovelace, 1:13-cv-12772
Mathias, 1:13-cv-12574
McCulloch, 1:13-cv-12610
McElwee, 1:13-cv-12625
McKee, 1:13-cv-12779
McKinney, 1:13-cv-12692
Meeker, 1:13-cv-12616
Miller, 1:13-cv-12570
Minor, 1:13-cv-12836
Noble, 1:13-cv-12606
O'Brien, 1:13-cv-12759
Osborne, 1:13-cv-12739
Parman, 1:13-cv-12433
Patel, 3:13-cv-01416 (MDTN)
Pellicone, 1:13-cv-12916
Pelters, 1:13-cv-12780
Pierce, 1:13-cv-12733
Pruitt, 1:13-cv-12573
Ragland, 1:13-cv-12778
Redkevitch, 1:13-cv-12666
Reed, 1:13-cv-12565
Richards, 1:13-cv-12603
Robnett, 1:13-cv-12613
Ruhl, 1:13-cv-12670
Russell, 1:13-cv-12794
Rybinski, 1:13-cv-12818
Scott, 1:13-cv-12578
Settle, 1:13-cv-12569
Sharer, 1:13-cv-12577
Skelton, 1:13-cv-12575
Slatton, 1:13-cv-12618
Sullivan, 1:13-cv-12781
Taylor, 1:13-cv-12673
Wanta, 1:13-cv-12623
White, 1:13-cv-12734
Williams, 1:13-cv-1243
Young, 1:13-cv-12594
Youree, 1:13-cv-12566

**SSC Suits**

Carter, 2:13-cv-00129 (MDTN)

EXHIBIT

## VII.    Suits Alleging Civil Conspiracy

Master Complaint

**STOPNC Suits**

Alexander, 1:13-cv-12428
Barger, 1:13-cv-12619
Barnard, 1:13-cv-12738
Bequette, 1:13-cv-12429
Berry, 1:13-cv-12838
Besaw, 1:13-cv-12604
Bland, 1:13-cv-11881
Brinton, 1:13-cv-12612
Brock, 1:13-cv-12731
Bryant, 1:13-cv-12668
Burns, 1:13-cv-12697
Carman, 1:13-cv-12238
Chambers, 1:13-cv-12591
Davis, 1:13-cv-12426
Demps, 1:13-cv-12840
Denson, 1:13-cv-12729
Deol, 1:13-cv-12841
Devine, 1:13-cv-12667
Eggleston, 1:13-cv-12589
Ferguson, 1:13-cv-12571
Garland, 1:13-cv-12736
Gobble, 1:13-cv-12480
Hester, 1:13-cv-12315
Higdon, 1:13-cv-12718
Hill, 1:13-cv-12622
Hurt, 1:13-cv-12605
Johnson, 1:13-cv-12621
Judd, 1:13-cv-13120
Kirby, 1:13-cv-12592
Kirkwood, 1:13-cv-12431
Knight, 1:13-cv-12563
Knihtila, 1:13-cv-12576
Koonce, 1:13-cv-12590
Lemberg, 1:13-cv-12617
Lodowski, 1:13-cv-1257
Lovelace, 1:13-cv-12772
Martin, 1:13-cv-12624
Mathias, 1:13-cv-12574
May, 1:13-cv-12234
McCulloch, 1:13-cv-12610

McElwee, 1:13-cv-12625
McKee, 1:13-cv-12779
McKinney, 1:13-cv-12692
Meeker, 1:13-cv-12616
Miller, 1:13-cv-12570
Minor, 1:13-cv-12836
Neely, 1:13-cv-12842
Noble, 1:13-cv-12606
Norwood, 1:13-cv-12430
O'Brien, 1:13-cv-12759
Osborne, 1:13-cv-12739
Parman, 1:13-cv-12433
Patel, 3:13-cv-01416 (MDTN)
Peay, 1:13-cv-12843
Pellicone, 1:13-cv-12916
Pelters, 1:13-cv-12780
Pierce, 1:13-cv-12733
Potts, 3:14-cv-00025 (MDTN)
Pruitt, 1:13-cv-12573
Ragland, 1:13-cv-12778
Redkevitch, 1:13-cv-12666
Reed, 1:13-cv-12565
Richards, 1:13-cv-12603
Robnett, 1:13-cv-12613
Ruhl, 1:13-cv-12670
Russell, 1:13-cv-12794
Rybinski, 1:13-cv-12818
Schulz, 1:13-cv-12311
Scott, 1:13-cv-12578
Sellers, 1:13-cv-12620
Settle, 1:13-cv-12569
Sharer, 1:13-cv-12577
Siler, 1:13-cv-12489
Skelton, 1:13-cv-12575
Slatton, 1:13-cv-12618
Sullivan, 1:13-cv-12781
Taylor, 1:13-cv-12673
Wanta, 1:13-cv-12623
White, 1:13-cv-12734
Wiley, 1:13-cv-12305
Williams, 1:13-cv-1243
Ziegler, 1:13-cv-12588

Wray, 1:13-cv-12737
Young, 1:13-cv-12594
Youree, 1:13-cv-125

**SSC Suits**

Bray, 1:13-cv-12596
Carter, 2:13-cv-00129 (MDTN)
Collins, 1:13-cv-12580
Cox, 1:13-cv-12918
Dingess, 1:13-cv-12490
Foster, 1:13-cv-12686
Graham, 1:13-cv-12581
Johnson, 1:13-cv-12915
McDavid, 1:13-cv-12742
Nealon, 1:13-cv-12491
Reed, 1:13-cv-12917
Savercool, 1:13-cv-12583
Willis, 1:13-cv-12597

EXHIBIT

**VIII. Suits Alleging an Agency Relationship with NECC**

Master Complaint

**STOPNC Suits**

Alexander, 1:13-cv-12428
Barger, 1:13-cv-12619
Barnard, 1:13-cv-12738
Bequette, 1:13-cv-12429
Berry, 1:13-cv-12838
Besaw, 1:13-cv-12604
Bland, 1:13-cv-11881
Brinton, 1:13-cv-12612
Brock, 1:13-cv-12731
Bryant, 1:13-cv-12668
Burns, 1:13-cv-12697
Carman, 1:13-cv-12238
Chambers, 1:13-cv-12591
Davis, 1:13-cv-12426
Demps, 1:13-cv-12840
Denson, 1:13-cv-12729
Deol, 1:13-cv-12841
Devine, 1:13-cv-12667
Eggleston, 1:13-cv-12589
Ferguson, 1:13-cv-12571
Garland, 1:13-cv-12736
Gobble, 1:13-cv-12480
Hester, 1:13-cv-12315
Higdon, 1:13-cv-12718
Hill, 1:13-cv-12622
Hurt, 1:13-cv-12605
Johnson, 1:13-cv-12621
Judd, 1:13-cv-13120
Kirby, 1:13-cv-12592
Kirkwood, 1:13-cv-12431
Knight, 1:13-cv-12563
Knihtila, 1:13-cv-12576
Koonce, 1:13-cv-12590
Lemberg, 1:13-cv-12617
Lodowski, 1:13-cv-1257
Lovelace, 1:13-cv-12772
Martin, 1:13-cv-12624
Mathias, 1:13-cv-12574
May, 1:13-cv-12234
McCulloch, 1:13-cv-12610
McElwee, 1:13-cv-12625
McKee, 1:13-cv-12779
McKinney, 1:13-cv-12692
Meeker, 1:13-cv-12616
Miller, 1:13-cv-12570
Minor, 1:13-cv-12836
Neely, 1:13-cv-12842
Noble, 1:13-cv-12606
Norwood, 1:13-cv-12430
O'Brien, 1:13-cv-12759
Osborne, 1:13-cv-12739
Parman, 1:13-cv-12433
Patel, 3:13-cv-01416 (MDTN)
Peay, 1:13-cv-12843
Pellicone, 1:13-cv-12916
Pelters, 1:13-cv-12780
Pierce, 1:13-cv-12733
Pruitt, 1:13-cv-12573
Ragland, 1:13-cv-12778
Redkevitch, 1:13-cv-12666
Reed, 1:13-cv-12565
Richards, 1:13-cv-12603
Robnett, 1:13-cv-12613
Ruhl, 1:13-cv-12670
Russell, 1:13-cv-12794
Rybinski, 1:13-cv-12818
Schulz, 1:13-cv-12311
Scott, 1:13-cv-12578
Sellers, 1:13-cv-12620
Settle, 1:13-cv-12569
Sharer, 1:13-cv-12577
Siler, 1:13-cv-12489
Skelton, 1:13-cv-12575
Slatton, 1:13-cv-12618
Sullivan, 1:13-cv-12781
Taylor, 1:13-cv-12673
Wanta, 1:13-cv-12623
White, 1:13-cv-12734
Wiley, 1:13-cv-12305
Williams, 1:13-cv-1243
Wray, 1:13-cv-12737
Young, 1:13-cv-12594
Youree, 1:13-cv-12566
Ziegler, 1:13-cv-12588

**SSC Suits**

Bray, 1:13-cv-12596
Bumgarner, 1:13-cv-12679
Carter, 2:13-cv-00129 (MDTN)
Collins, 1:13-cv-12580
Cox, 1:13-cv-12918
Dingess, 1:13-cv-12490
Foster, 1:13-cv-12686
Fuelling, 1:13-cv-12741
Gambaccini, 1:13-cv-12681
Graham, 1:13-cv-12581
Johnson, 1:13-cv-12915
McDavid, 1:13-cv-12742
Nealon, 1:13-cv-12491
Reed, 1:13-cv-12917
Rhind, 1:13-cv-12740
Savercool, 1:13-cv-12583
Smith, 1:13-cv-12684
Willis, 1:13-cv-12597