UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:   NEW ENGLAND ) <br> COMPOUNDING PHARMACY CASES   ) <br> _____ ) <br> This Document Relates to:   ) <br> ) <br> ALL CASES   ) <br> _____ ) | Master Docket No. <br> 13-md-02419-FDS |

**WITHDRAWAL OF APPEARANCE**

     Please withdraw my appearance as counsel for interested party the United States of America.  AUSA Christine Wichers, who has entered her appearance, will continue to represent the United States in this matter.

          Respectfully submitted,

          CARMEN M. ORTIZ
          United States Attorney

     By:   */s/ Zachary A. Cunha*
          Zachary A. Cunha
          Assistant U.S. Attorney
          One Courthouse Way
          Boston, MA 02210
          (617) 748-3100
          zachary.cunha@usdoj.gov

Dated: January 10, 2014

**Certificate of Service**

     I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on January 10, 2014.

          */s/ Zachary A. Cunha*
          Zachary A. Cunha