UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )<br>)<br>) |
| _____ | ) |
| | ) |
| This Document Relates to: | ) |
| | ) |
| Suits Identified in Exhibit A to the Tennessee Defendants' Contemporaneously-Filed Motion for Summary Judgment | )<br>)<br>)<br>) |
| _____ | ) |

MDL No. 2419
Dkt. No. 1:13-md-2419-FDS

## NOTICE OF FILING

Saint Thomas Outpatient Neurosurgical Center, LLC ("STOPNC"), Howell Allen Clinic, a Professional Corporation ("Howell Allen"), John Culclasure, M.D. ("Dr. Culclasure"), Debra Schamberg, R.N. ("Ms. Schamberg"), Specialty Surgery Center, Crossville, PLLC ("SSC"), Kenneth R. Lister, M.D. ("Dr. Lister"), and Kenneth Lister, M.D., P.C. ("Dr. Lister's Practice") (collectively "the Tennessee Defendants"), give notice to the Court and all parties that, pursuant to Local Rule § 7.1(b)(1) and Federal Rule of Civil Procedure 56(c)(1)(A), the Affidavit of John W. Culclasure, M.D. is being filed concurrently with the Tennessee Defendants' Motion for Summary Judgment, Memorandum of Law in Support of Defendants' Motion for Summary Judgment, and the Tennessee Defendants' Statement of Undisputed Material Facts.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

 /s/ Chris Tardio
**C.J. Gideon, Jr., #6034**
**Chris J. Tardio, #23924**
**Matt Cline, #31076**
**John-Mark Zini, #31769**
Suite 1100
315 Deaderick Street
Nashville, TN 37238
(615) 254-0400

***Attorneys for the Tennessee***
***Defendants***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 10th day of January, 2014.

 /s/ Chris Tardio
**Chris Tardio**