UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) The cases listed in Exhibit A ) ) _____ ) | MDL No. 2419 Dkt. No 1:13-md-2419 (FDS) |

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH TENNESSEE HEALTH CARE LIABILITY ACT

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and order of this Court,[1] Saint Thomas West Hospital, formerly known as St. Thomas Hospital ("Saint Thomas Hospital"), Saint Thomas Network, and Saint Thomas Health (collectively referred to as the "Saint Thomas Entities") and Ascension Health Alliance and Ascension Health (collectively referred to as the "Ascension Parties") file this Motion to Dismiss the Complaints of various MDL Plaintiffs whose cases are listed in Exhibit A.  Certain Plaintiffs have failed to comply with specific statutory requirements of the Tennessee Health Care Liability Act, TENN. CODE ANN. § 29-26-101, *et. seq.*  Exhibit A identifies the individual cases ("Tennessee Plaintiffs") to which this Motion is applicable and the specific statutory requirements that the Tennessee Plaintiffs failed to meet.

---

[1] Order on Cases Involving Potentially Defective Service of Process or Failure to Provider Pre-suit Notice, entered 12/23/13 (Docket #723).

53289825.1

1

Filed and attached to this Motion is a Memorandum of Law that sets forth the applicable Tennessee law that mandates dismissal of these specific Complaints.

      SAINT THOMAS WEST HOSPITAL, FORMERLY KNOWN AS ST. THOMAS HOSPITAL, SAINT THOMAS NETWORK, SAINT THOMAS HEALTH, ASCENSION HEALTH ALLIANCE AND ASCENSION HEALTH

By its attorneys,

*/s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 439-2000

Dated:  January 10, 2014

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
Marcy Hogan Greer*
Texas State Bar No. 08417650
Eric J. Hoffman*
Texas State Bar No. 24074427

FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

*Appearing *Pro Hac Vice*

53289825.1

2

## CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 10th day of January, 2014

*/s/ Sarah Kelly*
SARAH KELLY
