# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING           )
PHARMACY, INC., PROCUCTS LIABILITY       )
LITIGATION                               )
                                         )
                                         ) MDL No.: 2419
_____  ) Master Docket No.: 1:13-md-2419-FDS
                                         )
THIS DOCUMENT RELATES TO:                )
                                         )
_____All actions._____  )

### DECLARATION OF ELISHA N. HAWK, ESQ. IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR FINDING OF CIVIL CONTEMPT

I, Elisha N. Hawk, state as follows:

1.     I am an attorney representing Plaintiffs in the above-captioned litigation. I have personal knowledge of the following information and am competent to testify to the same.

2.     On July 9, 2013, during a meet and confer with Counsel for Baltimore Pain Management Center ("BPMC") regarding the PSC's subpoena to produce documents in the NECP litigation, I notified Counsel for BPMC that I represent two clients who received contaminated injections from BPMC. Counsel for BPMC acknowledged the existence of the two claimants, as indicated in the true and complete copy of the email from BPMC Counsel attached as Exhibit A to the PSC's Motion.

3.     On August 2, 2013, I provided Counsel for BPMC with the names of the two clients who were injured by services rendered by BPMC and its physicians and agents, and whom I referenced in the July 9, 2013 meet and confer.  A true and complete copy of that email is attached as Exhibit B to the PSC's Motion.

4.    In addition, on September 20, 2013, my office sent a letter to counsel for BPMC specifically giving notice that "this office represents the clients listed below [Ms. Krol and Mr. Serovy] for personal injuries sustained as a result of contaminated injections he/she received from your client, Baltimore Pain Management, in 2012." A true and complete copy of the September 20, 2013 letter is attached as Exhibit C to the PSC's motion.


Dated: January 7, 2014                          Respectfully submitted,

                                                JANET, JENNER & SUGGS, LLC

                                                Elisha N. Hawk, Esq.
                                                Commerce Centre East
                                                1777 Reisterstown Road, Suite 165
                                                Baltimore, MD 21208
                                                Telephone:    (410) 653-3200
                                                Fax:          (410) 653-9030
                                                Email:  ehawk@MyAdvocates.com

                                                *Counsel for the Plaintiff*