# EXHIBIT D

**From:** Marzullo, Michelle J. [mailto:MMarzullo@moodklaw.com]
**Sent:** Friday, August 02, 2013 10:29 AM
**To:** Elisha N. Hawk
**Subject:** RE: Baltimore Pain Plaintiffs

Thank you. I will be back in touch.

> **From:** Elisha N. Hawk [mailto:EHawk@myadvocates.com]
> **Sent:** Friday, August 02, 2013 10:18 AM
> **To:** Marzullo, Michelle J.
> **Subject:** Baltimore Pain Plaintiffs
>
> | |
> |---|
> | Krol, Rose |
> | [redacted] |
> | Serovy, Ian K. |
>
> Elisha N. Hawk
> Attorney
> Janet, Jenner & Suggs, LLC
> 1777 Reisterstown Road, Ste. 165
> Baltimore, Maryland 21208
> 410-653-3200, ext. 1003
> EHawk@myadvocates.com
> www.myadvocates.com

1