# EXHIBIT E



## Janet, Jenner & Suggs, LLC
— ATTORNEYS AT LAW —

Howard A. Janet, P.C.* | Kenneth M. Suggs• | Robert K. Jenner, P.C.*±
Dov Apfel*± | Stephen C. Offutt*±≈ | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.• | Brian D. Ketterer∆

Sharon R. Guzejko* | Kimberly A. Dougherty◊ | Francis M. Hinson, IV• | Hal J. Kleinman∆‡ | Tara J. Posner*±† | Elisha N. Hawk*
Justin A. Browne* | Joyce E. Jones* | Ace McBride* | Jessica H. Meeder*± | Leah K. Barron* | Lindsey M. Craig* | Jason B. Penn* | Seth L. Cardeli §≠
Samuel M. Collings*± | William F. Burnham*

OF COUNSEL
John C. Hensley, Jr.º | Steven J. German§≠± | Joel M. Rubenstein§≠ | Thomas G. Wilson■†♦

BAR MEMBERSHIPS
*Maryland | •South Carolina | ◊Massachusetts | ±District of Columbia | ≈Minnesota | ∆Pennsylvania
‡Illinois | †Florida | ºNorth Carolina | §New York | ≠New Jersey | ■West Virginia | ♦California

September 20, 2013

**VIA Electronic Mail**

Michelle Marzullo, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
Trish Callahan, AIG Property Casualty, Healthcare Malpractice Claims

      In Re:  New England Compounding Pharmacy, Inc., MDL No. 1:13-md-02419
            Your Client: Baltimore Pain Management
            Our Clients: Rose Krol and Ian Serovy
            Injections received in 2012

Dear Counsel:

Please be advised that this office represents the clients listed below for personal injuries sustained as a result of contaminated injections he/she received from your client, Baltimore Pain Management, in 2012.

1. Rose Krol
2. Ian Serovy

Thank you. Please contact our office if you have any questions.

Very truly yours,

Elisha Hawk and Kimberly A. Dougherty

KAD/ENH/ofc

---

MARYLAND OFFICE
Commerce Centre East | 1777 Reisterstown Road, Suite 165 | Baltimore, Maryland 21208
410-653-3200 | Fax 410-653-9030 | 1-877-692-3862 | 1-877-MY-ADVOCATES
info@MyAdvocates.com | MyAdvocates.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C. | West Virginia