UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: NEW ENGLAND | : | NO.: 1:13-md-02419(FDS) |
| COMPOUNDING PHARMACY, INC. | | |
| PRODUCTS LIABILITY LITIGATION | : | January 20, 2014 |

## MOTION TO QUASH

Pursuant to Fed. R. Civ. Proc. 45(d )(3), non-party Liberty Industries, Inc. ("Liberty")

respectfully moves this Court to quash certain portions of the subpoena *duces tecum* served

upon the Travelers Property Casualty of America ("Travelers") in this matter because it seeks

documents that are irrelevant, not reasonably calculated to lead to the discovery of admissible

evidence, beyond the scope of this Court's Order on Mediation Program (Doc. 394), prejudicial

to Liberty's good faith participation in mediation and contradicted by the decisional law of this

case.  See In re New England Compounding Pharmacy, Inc. Products Liability Litigation, 2013

WL 6058483 (D. Mass. Nov. 13, 2013).

A memorandum in support of this motion is submitted herewith.

WHEREFORE, Liberty respectfully moves that certain portions of the subpoena served

upon Travelers be quashed.

LIBERTY INDUSTRIES, INC.


By _____/s/_____
    Nicole D. Dorman [ct07030]
    Rose Kallor, LLP
    750 Main Street, Suite 606
    Hartford, CT  06103
    860-748-4660
    860-241-1547 (fax)
    E-mail:  ndorman@rosekallor.com


**<u>CERTIFICATION</u>**

       This is to certify that on this 20th day of January, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


_____/s/_____
Nicole D. Dorman