UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-02419 |
| THIS DOCUMENT RELATES TO:<br><br>All Actions. | Hon. F. Dennis Saylor, IV |

**NOTICE OF AGREEMENT REGARDING DEFENDANT LIBERTY INDUSTRIES, INC.'s MOTION FOR ORDER TO DISCLOSE (DKT. NO. 744)**

The Plaintiffs' Steering Committee ("PSC") hereby respectfully gives this Court notice that the PSC and Defendant Liberty Industries, Inc. ("Liberty") have agreed to negotiate a process by which Liberty may gain access to certain documents for mediation purposes that are currently within the PSC's document repository. As such, the parties agree that Liberty's Motion for Order to Disclose (Dkt. No. 744) be tabled until such time as the issues presented in the motion have been resolved, or assistance from the Court becomes necessary.

WHEREFORE, in view of the parties' negotiations, the PSC and Liberty request that this Court adjourn without date the requirement that the PSC reply to Liberty's Motion for Order to Disclose. If the parties are unable to reach an accord, Liberty reserves the right to renew its motion upon proper notice to the Court

Dated: January 21, 2014

/s/ Marc E. Lipton
Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344

        marc@liptonlawcenter.com

*Plaintiffs Steering Committee*

 /s/ Nichole D. Dorman
Nichole D. Dorman
Rose Kallor, LLP
750 Main Street, Suite 606
Hartford, CT 06103
Phone: (860) 748-4660
Fax: (860) 241-1547
ndorman@rosekallor.com

*Counsel for Liberty Industries, Inc.*

## CERTIFICATE OF SERVICE

    I, Marc E. Lipton, hereby certify that I caused a copy of the above Notice of Agreement Regarding Defendant Liberty Industries, Inc.'s Motion for Order to Disclose to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 21, 2014          /s/ Marc E. Lipton
                                            Marc E. Lipton