UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE NEW ENGLAND                      :
COMPOUNDING PHARMACY, INC.             :   MDL No. 2419
PRODUCTS LIABILITY LITIGATION          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x   Master Docket No. 1:13-md-2419-FDS
This Document Relates to:              :
      All Actions                      :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Insight Health Corp. in the above-captioned action as counsel for Insight Health Corp.

On September 12, 2013, I filed the *Notice of Limited Appearance* [Doc. No. 422] as counsel of record for Insight Health Corp. in the above-captioned action solely for the purpose of moving to admit Ron E. Meisler *pro hac vice*. On September 12, 2013, I filed the *Motion for Leave to Appear Pro Hac Vice for Admission of Ron E. Meisler* [Doc. No. 423] for the limited purpose of Mr. Meisler's participation in the September 12, 2013 status hearing. On September 13, 2013, this Court granted that motion [Doc. No. 424].

Dated:  January 23, 2014
        Boston, Massachusetts

Respectfully submitted,

/s/ Matthew J. Matule
Matthew J. Matule (BBO # 632075)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
Matthew.Matule@skadden.com

Counsel for Insight Health Corp.

### CERTIFICATE OF SERVICE

I, Matthew J. Matule, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 23, 2014.

Dated: January 23, 2014     /s/ Matthew J. Matule
                            Matthew J. Matule