UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE NEW ENGLAND                          :
COMPOUNDING PHARMACY, INC.                 :   MDL No. 2419
PRODUCTS LIABILITY LITIGATION              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x   Master Docket No. 1:13-md-2419-FDS
This Document Relates to:                  :
      All Actions                          :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**MOTION FOR ADMISSION *PRO HAC VICE*
OF RON E. MEISLER AND ALBERT L. HOGAN, III
<u>AS COUNSEL FOR INSIGHT HEALTH CORP.</u>**

On September 12, 2013, I filed the *Notice of Limited Appearance* [Doc. No. 422] as counsel of record for Insight Health Corp. in the above-captioned action solely for the purpose of moving to admit Ron E. Meisler *pro hac vice*. On September 12, 2013, I filed the *Motion for Leave to Appear Pro Hac Vice for Admission of Ron E. Meisler* [Doc. No. 423] for the limited purpose of Mr. Meisler's participation in the September 12, 2013 status hearing. On September 13, 2013, this Court granted that motion [Doc. No. 424]. On January 23, 2014, I filed a *Notice of Appearance* [Doc. No. 805] in the above-captioned action as counsel for Insight Health Corp.

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, and upon the annexed Certificates and Affidavits of Good Standing of Ron E. Meisler (<u>Exhibit A</u> hereto) and Albert L. Hogan (<u>Exhibit B</u> hereto) certifying, respectively as to each, that (i) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (ii) there are no disciplinary proceedings pending against him as a member of the bar of any jurisdiction; and (iii) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts, I, Matthew J. Matule, a member of

the Bar of this Court, hereby move this Court to admit Ron E. Meisler and Albert L. Hogan, III to practice before this Court as counsel for Insight Health Corp.

Dated: January 23, 2014
      Boston, Massachusetts

Respectfully submitted,

/s/ Matthew J. Matule
Matthew J. Matule (BBO # 632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
Matthew.Matule@skadden.com

Counsel for Insight Health Corp.

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 23, 2014.

Dated: January 23, 2014

/s/ Matthew J. Matule
Matthew J. Matule