**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------x
IN RE NEW ENGLAND               :
COMPOUNDING PHARMACY, INC.      :   MDL No. 2419
PRODUCTS LIABILITY LITIGATION   :
-----------------------------x      Master Docket No. 1:13-md-2419-FDS
This Document Relates to:       :
    All Actions                 :
                                :
-----------------------------x
```

### CERTIFICATE AND AFFIDAVIT
### OF GOOD STANDING OF RON E. MEISLER

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss. |
| COOK COUNTY | ) |

      RON E. MEISLER, being duly sworn, deposes and certifies that he is a member in good standing of the bar of every jurisdiction wherein he has been admitted, including the State of Illinois and the United States District Court for the Northern District of Illinois.

      Affiant further says and certifies that he was previously admitted pro hac vice to this Court for the limited purpose of his participation in the September 12, 2013 status hearing in the above-captioned matter.

      Affiant further says and certifies that there are no disciplinary proceedings pending against him, and that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

*[Remainder of Page Intentionally Left Blank]*


Sworn and subscribed to before me
this 23rd day of January, 2014.

_____
Notary Public

My Commission Expires: 11/8/2015

(seal)

"OFFICIAL SEAL"
DESIREE T. FERREYROS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/8/2015

_____
Ron E. Meisler
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606
(312) 407-0700
Ron.Meisler@skadden.com

2