# EXHIBIT A

IN RE:  NEW ENGLAND COMPOUNDING PHARMACY INC.
PRODUCTS LIABILITY LITIGATION

PLAINTIFF PROFILE FORM

IMPORTANT - DO NOT FILE THIS DOCUMENT WITH THE COURT

Please provide the following information **TO THE BEST OF YOUR ABILITY** for each individual making a claim related to exposure to New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC") products. You will need to submit this Profile Form to the address below by _____ 2014 at 4:00 p.m. (prevailing Eastern Time) or within 60 days of filing your Complaint if you have not already filed it.

_____

_____

- "You" used in this Profile Form means the person who was exposed to NECC Products.

- "Product" means any medication or solution compounded by NECC.

- In filling out any section or sub-section of this Profile Form, please submit additional sheets as necessary to provide complete information.

- If, at a later date, you learn that any of your responses are incomplete or incorrect, please submit the correct information as soon as you become aware of it. In addition, supplemental information and documentation will likely be requested after you submit this initial Profile Form.

In completing this Profile Form, you are considered to have done so under oath. You must provide information that is true and correct to the best of your knowledge, information, and belief. If information is not known, remembered, or available, please indicate that in the appropriate location.

You may and should consult with your attorney when completing this Profile Form. If you are not represented by counsel or otherwise are unable to furnish any of the information requested, <u>PLEASE PROVIDE AS MUCH OF THE INFORMATION AS YOU CAN.</u>

- 1 -

***Please Do Not Contact the Court With Any Questions or for Additional Information***

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## I. CASE INFORMATION

1. Name of person who was injured or died (first, middle name or initial, last), including maiden or other names used:

   _____

   a. Were you (or the person identified above) administered the steroid methylprednisolone acetate from NECC?

      ☐ Yes   ☐ No   ☐ Do Not Know

   b. Were you (or the person identified above) administered another NECC Product?

      ☐ Yes   ☐ No   ☐ Do Not Know

      If yes, please identify the product: _____

2. If the person completing this Profile Form is doing so in a representative capacity (*e.g.*, on behalf of the estate of a deceased person or a minor) ("Representative"), please complete the following:

   a. Name (including maiden name or any other names used) of person completing this form:

      _____

   b. Relationship to person making claim (*e.g.*, spouse, child, guardian, *etc.*):

      _____

   c. Address of the Representative:

      _____

   d. Identify which individual or estate the Representative is representing, and in what capacity the Representative is representing the individual or estate (*e.g.*, guardian, administrator, executor, *etc.*).

      _____

   e. If appointed as Representative by a court, please identify the court and date appointed:

      _____

   f. If the Representative is representing a decedent's estate, please state the date of death, the address where the decedent died, and the cause of death and attach a copy of the death certificate and autopsy report if available:

      _____

3. Please check the injuries sustained as a result of exposure to the NECC Product(s):

    a. ☐ Death

    b. ☐ Fungal Meningitis

    c. ☐ Arachnoiditis (persistent nerve pain)

    d. ☐ Phlegmon (persistent nerve pain at base of spine)

    e. ☐ Osteomyelitis (infection in bone, including vertebral or diskitis)

    f. ☐ Sacroiliitis (pain at base of spine)

    g. ☐ Peripheral Joint Pain (at site of injection)

    h. ☐ Septic Arthritis

    i. ☐ Epidural Abscess

    j. ☐ Stroke or stroke like symptoms (Cerebral Vascular Accident)

    k. ☐ Lumbar Puncture (Spinal Tap), Subsequent Treatment

    l. ☐ Lumbar Puncture (Spinal Tap), No Subsequent Treatment

    m. ☐ Infection of any kind, describe if known:

    n. ☐ Injection only, no symptoms or treatment

    o. ☐ Other (describe): _____

    (Attach additional sheets if necessary to describe.)

4. Did you or anyone on the injured person's behalf initiate any lawsuit or civil action based on the exposure to an NECC Product? ☐ Yes ☐ No

    If Yes, please state:

    a. Case Caption: _____

    b. Court and Docket Number: _____

    c. For the Attorney Representing You:

        Attorney Name: _____

        Firm Name: _____

        Address: _____

        City, State, Zip Code: _____

        Telephone Number: _____

        Email Address: _____

***The Rest of This Form Requests Information About The Person Exposed to the Product***

## II. EMPLOYMENT INFORMATION

5. Are you claiming to have lost money in the past (*e.g.*, past lost wages) or will in the future (*e.g.*, lost earning capacity) (other than for payments for medical care) because of your injuries?

    ☐ Yes  ☐ No

6. If you answered "Yes" to Question 5 or you are not sure, then list the following for each employer you have had since January 1, 2004:

| Name | Address | Dates of Employment | Occupation/Title |
|------|---------|---------------------|------------------|
|      |         |                     |                  |
|      |         |                     |                  |
|      |         |                     |                  |

7. If you claim to have lost more than $25,000 in your response to Question 5, please provide:

    a. Your annual income at the time of the injury/injuries alleged above to have been caused by your exposure to the NECC Product: _____

    b. Your annual income presently: _____

    c. The total amount of gross income you claim to have lost as a result of injuries you associate with your exposure to the NECC Product: _____.

    d. An explanation as to how you calculated the amount you claim to have lost.
    _____
    _____

    e. Do you claim that you continue to lose income due to the claimed injury?
    _____

8. Have you ever served in the military, including the military reserve or national guard?

    ☐ Yes  ☐ No

    a. If so, when and what branch? _____

    b. If you were ever discharged for anything other than honorable discharge, please explain as best you can the reason for your discharge:
    _____
    _____

## III. INSURANCE/DISABILITY

9. Have you ever received a social security disability (SSI or SSD) award for a permanent disability? ☐ Yes ☐ No

   If so, to the best of your knowledge please state:

   Year claim was filed: _____

   Nature of disability: _____

   Approximate period of disability: _____

10. In the last ten years, have you received short-term disability benefits for a period of more than 60 days or applied for long-term social security disability (SSI or SSD) benefits? ☐ Yes ☐ No

    If so, to the best of your knowledge please state:

    Year claim was filed: _____
    _____

    Nature of disability: _____

    Approximate period of disability: _____

11. Have you filed a disability claim with any local/state/federal agency? ☐ Yes ☐ No

    If Yes, when? _____

12. Have you filed a disability claim with any private insurance company? ☐ Yes ☐ No

    If Yes, when? _____

13. Have you ever filed a worker's compensation claim? ☐ Yes ☐ No  If so, to the best of your knowledge please state:

    Year claim was filed: _____
    _____

    Nature of claim: _____

    Approximate period of disability: _____

14. Other than this lawsuit, have you (1) ever filed any other lawsuits for any reason or (2) in the last ten years settled or made a written demand for payment relating to a claim for bodily injury?

    ☐ Yes ☐ No

    If so, state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description of the claims asserted.
    _____
    _____
    _____
    _____

- 5 -

- 6 -

15. Did you have medical insurance for treatment you received as a result of your exposure to any NECC recalled product?

☐ Yes ☐ No

    a. If Yes, please provide the following information for each insurance company. If more than one, please provide information for all:

Name of Health Insurance and/or coordinator of benefits:

_____

Policy Number: _____

Name of Subscriber: _____

    b. If you have Medicare or Medicaid coverage, please state your ID number, unless it contains your Social Security Number, in which case you should replace your Social Security number with "Xs" (*e.g.*, B4-XXX-XX-XXXX-A5):

_____

    c. Has any insurance company asserted a lien on your recovery?

☐ Yes ☐ No ☐ Don't know

If Yes, please provide the name and address of the entity asserting the lien: _____

_____

## IV. BACKGROUND AND FAMILY INFORMATION

16. Social Security Number (*Last 4 digits ONLY*): XXX-XX-_____

17. Date and Place of Birth: _____

18. Sex: ☐ Male  ☐ Female

19. Driver's License Number and State of License: _____

20. Identify your current address and each address at which you have resided since January 1, 2004, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
|   |   |
|   |   |
|   |   |
|   |   |

21. Describe your educational history using the chart below, including the institution attended (even if not completed) (*e.g.*, name of high school, name of college, name of technical school, *etc.*), the dates attended, your courses of study, and diplomas, degrees, or certifications awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

22. As an adult, have you ever been convicted of or plead guilty to a felony or a crime of fraud, dishonesty, or moral turpitude? ☐ Yes  ☐ No

    If so, describe where, when and the felony and/or crime. _____
    _____
    _____

23. Are you married? ☐ Yes  ☐ No.

    If so, please state:

    Name of spouse: _____

    Spouse's date of birth: _____

    Spouse's current employer/occupation: _____

    Date of marriage: _____

24. Do you have children?

    If so, please state their names and ages: _____

25. Has your spouse or any other family member filed or made a claim for loss of consortium in this action?

    ☐ Yes  ☐ No

    If so, state the name of your spouse or family member(s) filing the loss of consortium claim and their relationship to you. _____
    _____
    _____

26. To the best of your knowledge, did any child, parent, sibling, or grandparent of yours suffer from any of the following:

|   |   | Yes | No | Don't Recall |
|---|---|---|---|---|
| a. | High cholesterol | ___ | ___ | ___ |
| b. | Hypertension/high blood pressure | ___ | ___ | ___ |
| c. | Diabetes | ___ | ___ | ___ |
| d. | Neuropathy | ___ | ___ | ___ |
| e. | Thyroid disorder | ___ | ___ | ___ |
| f. | Arthritis/joint pain | ___ | ___ | ___ |
| g. | Chronic pain | ___ | ___ | ___ |
| h. | Autoimmune disease (including HIV, AIDS, or Crohn's disease) | ___ | ___ | ___ |
| i. | Myocardial infarction (MI), heart attack, or other heart disease | ___ | ___ | ___ |
| j. | Stroke or transient ischemic attacks (TIAs) | ___ | ___ | ___ |
| k. | Chronic obstructive pulmonary disease (COPD) or other respiratory disease | ___ | ___ | ___ |
| l. | Liver disease or jaundice | ___ | ___ | ___ |
| m. | Metabolic syndrome | ___ | ___ | ___ |
| n. | Enlarged prostate | ___ | ___ | ___ |
| o. | Arteriosclerosis (hardening of the arteries) or other vascular disease | ___ | ___ | ___ |
| p. | Osteomyelitis | ___ | ___ | ___ |
| q. | Spinal abscess | ___ | ___ | ___ |
| r. | Cirrhosis | ___ | ___ | ___ |
| s. | Hepatitis | ___ | ___ | ___ |
| t. | Kidney failure (end stage renal failure, dialysis) | ___ | ___ | ___ |
| u. | Depression | ___ | ___ | ___ |

## V. MEDICAL INFORMATION

27. Date(s) you were administered or used an NECC Product:
    _____

28. Name of hospital or clinic or physician's office where you were administered the NECC Product:
    _____

29. Name of the individual health care provider(s) who administered NECC Product:
    _____

30. For what medical condition(s) did you receive the NECC Product (*e.g.*, osteoarthritis, back injury, *etc.*)? _____

31. If you claim to have experienced symptoms or injuries from the administration of the NECC Product, (1) when did you first experience symptoms and (2) what symptoms did you have?
    _____
    _____

32. Have you been tested for meningitis or fungal infection? ☐ Yes  ☐ No

    a. If Yes, provide:

        1. Name, city, and state of hospital or clinic where tested:
           _____
           _____

        2. Date(s) of test(s): _____

        3. Type of test(s): _____

        4. Result(s): _____

33. Are any of the conditions you describe in response to Question 3 still affecting you? ☐ Yes  ☐ No

    If so, please describe how they are still affecting you: _____
    _____
    _____

34. If you are claiming that you suffered injury due to exposure to an NECC Product or may in the future, please state:

    a. Has anyone diagnosed you with a condition caused by an NECC Product? ☐ Yes  ☐ No

    b. If so, what is the name and address of the health care provider who diagnosed you?
       _____

    c. What did they tell you or your representative? _____
       _____
       _____

    d.    Did you suffer from this injury at any point prior to the exposure to NECC Product?

          ☐ Yes ☐ No

          If so, please describe, including when and who diagnosed you in the past with this same injury or condition.

          _____

          _____

35.    Has any health care provider told you, your agents, representatives or anyone acting on your behalf, orally or in writing, that any of the injuries, damages or conditions that you identified in response to Question 3 are due to exposure to an NECC Product? ☐ Yes ☐

    a.    If so, who? _____

    b.    What did they tell you or your representative? _____

_____

36.    Do you claim that your exposure to an NECC Product made a condition(s) that you already had or had in the past worse? ☐ Yes ☐ No

    If so, please explain how you allege the NECC Product made the injury or condition worse:

_____

_____

_____

_____

37.    Are you claiming mental and/or emotional damages because of exposure to the NECC Product? ☐ Yes ☐ No

    a.    Did you receive treatment? ☐ Yes ☐ No

    b.    If so, please complete the table below regarding this treatment.

| Name of Treatment Provider | Address | Date(s) | Diagnosis and Treatment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VI. COMMUNICATIONS WITH HEALTH CARE PROVIDERS

38. Do you remember any communication that you have had with a health care provider or a health care provider's employee or representative related to the NECC Product?

    ☐ Yes  ☐ No

    If so, please describe, to the best of your ability, each communication with a health care provider employee(s) or representative(s) related to the NECC Product, including (but not limited to) with whom you communicated and when the communication occurred:

    _____
    _____
    _____
    _____
    _____
    _____
    _____

## VII. MEDICAL BACKGROUND

39. What is your height?  _____

40. What is your weight?  _____

41. <u>Smoking/Tobacco Use History</u>:  In the past ten years, have you ever been a regular smoker?
    ☐ Yes  ☐ No  If so, please complete the table below:

    | Time Period | Packs per Day |
    |---|---|
    |  |  |
    |  |  |
    |  |  |

42. <u>Alcohol Use</u>:  Has there been a time in the past ten years when you consumed an average of 10 or more drinks per week? ☐ Yes  ☐ No

    If so, please complete the table below:

    | Time Period | Drinks per Week |
    |---|---|
    |  |  |
    |  |  |
    |  |  |

43. <u>Illicit Drugs</u>: In the past ten years, have you regularly used illicit drugs ☐ Yes ☐ No

    If so, please complete the table below:

    | Time Period | Describe your drug use |
    |---|---|
    |  |  |
    |  |  |

44. Have you been diagnosed with any form of immune disorder (including HIV/AIDS) or auto-immune disorder (including, but not limited to, lupus, Inflammatory Bowel Syndrome, Crohn's disease, ulcerative colitis, mixed connective tissue disease)? ☐ Yes ☐ No

    If so, please provide the following information:

    | Condition | Date Diagnosed | Diagnosing Physician |
    |---|---|---|
    |  |  |  |
    |  |  |  |
    |  |  |  |

45. To the best of your knowledge, since January 1, 2004, have you ever been diagnosed by a doctor or other health care provider as suffering from:

    |  | Yes | No | Don't Recall |
    |---|---|---|---|
    | a. High cholesterol | ___ | ___ | ___ |
    | b. Hypertension/high blood pressure | ___ | ___ | ___ |
    | c. Diabetes | ___ | ___ | ___ |
    | d. Neuropathy | ___ | ___ | ___ |
    | e. Thyroid disorder | ___ | ___ | ___ |
    | f. Arthritis/joint pain | ___ | ___ | ___ |
    | g. Chronic pain | ___ | ___ | ___ |
    | h. Autoimmune disease (including HIV, AIDS, or Crohn's disease) | ___ | ___ | ___ |
    | i. Myocardial infarction (MI), heart attack, or other heart disease | ___ | ___ | ___ |
    | j. Stroke or transient ischemic attacks (TIAs) | ___ | ___ | ___ |
    | k. Chronic obstructive pulmonary disease (COPD) or other respiratory disease | ___ | ___ | ___ |
    | l. Liver disease or jaundice | ___ | ___ | ___ |
    | m. Metabolic syndrome | ___ | ___ | ___ |
    | n. Enlarged prostate | ___ | ___ | ___ |
    | o. Arteriosclerosis (hardening of the arteries) or other vascular disease | ___ | ___ | ___ |
    | p. Osteomyelitis | ___ | ___ | ___ |
    | q. Spinal abscess | ___ | ___ | ___ |
    | r. Cirrhosis | ___ | ___ | ___ |
    | s. Hepatitis | ___ | ___ | ___ |
    | t. Kidney failure (end stage renal failure, dialysis) | ___ | ___ | ___ |

|     |            | Yes | No | Don't Recall |
|-----|------------|-----|----|--------------|
| u.  | Depression | ___ | ___ | ___ |

46. To the best of your recollection, have you taken any of the following medications since January 1, 2004:

|     |                                                                                | Yes | No | Don't Recall |
|-----|--------------------------------------------------------------------------------|-----|----|--------------|
| a.  | Narcotic pain relievers                                                        | ___ | ___ | ___ |
| b.  | Analgesics                                                                     | ___ | ___ | ___ |
| c.  | Non-steroid anti-inflammatory agents                                           | ___ | ___ | ___ |
| d.  | Muscle relaxers                                                                | ___ | ___ | ___ |
| e.  | Over-the-counter (non-prescribed) pain relievers                               | ___ | ___ | ___ |
| f.  | Disease-modifying agents (*e.g.*, monoclonal antibodies, such as Enbrel)       | ___ | ___ | ___ |
| g.  | Steroids of any kind (including gluco-cortico steroids)                        | ___ | ___ | ___ |
| h.  | Fungal medications (*e.g.*, methotrexate)                                      | ___ | ___ | ___ |
| i.  | Injectable products of any kind: Please specify:                               | ___ | ___ | ___ |

- 13 -

## VIII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

List the name and address of each of the following:

47.  As best you can, for all health care providers (*e.g.*, doctors, nurse practitioners, therapists, psychiatrists, *etc.*) who treated you since January 1, 2004 (including treatment or therapy for mental or emotional health), please provide the following:

| Name | Address | Approximate Treatment Dates | Diagnosis and Treatment (*e.g.*, knee surgery for torn ACL; primary care for high blood pressure; child delivery) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

48.  For each hospital, clinic, or health care facility where you received treatment (inpatient or outpatient) since January 1, 2004, please provide the following:

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

49.  For each pharmacy that dispensed medication to you since January 1, 2004, please provide the following:

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |

50.  Are there any health care providers who have provided care or treatment to you since January 1, 2004, that you have not yet identified in this Plaintiff Profile Form? If so, please do so now:

| Name | Address | Dates of Treatment |
|---|---|---|
|  |  |  |
|  |  |  |

- 14 -

## IX. DOCUMENTS

Please produce any of the following documents and things that are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers. Please attach all non-privileged documents and things to your responses to this Profile Form.

1. Death certificate, if applicable, as requested above.

2. Autopsy report, if applicable, as requested above.

3. All documents constituting, concerning or relating to product warnings or other materials provided to the individual exposed to the NECC Product or his or her agents, representatives or anyone acting on his or her behalf (other than those provided by your attorneys) in connection with the exposure to the NECC Product.

4. All documents relating to exposure or any alleged health risks or hazards related to exposure to the NECC Product in your possession at or before the time of the injury alleged in your Complaint (other than those provided by your attorneys).

## VERIFICATION

I declare under penalty of perjury that the information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in this Plaintiff Profile Form, as required above.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respect incomplete or incorrect.

Signature: _____

Printed Name: _____

Date: _____