# EXHIBIT 11

## Ben Gastel

| | |
|---|---|
| **From:** | mark@markzamora.com |
| **Sent:** | Tuesday, January 21, 2014 2:11 PM |
| **To:** | Matt H. Cline; Kimberly A. Dougherty; Greer, Marcy; Ben Gastel; Puig, Yvonne K.; Hoffman, Eric; Jay Blumberg; Gerard Stranch |
| **Cc:** | Chris J. Tardio |
| **Subject:** | RE: Meet and Confer Conference/prior PFS redline from MSL in PDF |
| **Attachments:** | NECCDraftPFSdiscussionpurposesMZJan21.docx |

How's that for abbreviations? Basically the same as the PDF without comments

Attached in word

<u>Mailing Address:</u>
PO Box 660216
Atlanta, GA 30366

<u>Street Address:</u>
5 Concourse Parkway, #2600
Atlanta, GA 30328
Tel: 404.451.7781
FAX: 404.506.9223
Licensed in GA & FL
email: mark@markzamora.com

-------- Original Message --------
Subject: RE: Meet and Confer Conference
From: "Matt H. Cline" <matt@gideoncooper.com>
Date: Tue, January 21, 2014 11:54 am
To: "Kimberly A. Dougherty" <KDougherty@myadvocates.com>, "Greer, Marcy" <marcy.greer@nortonrosefulbright.com>, Mark Zamora <mark@markzamora.com>, Ben Gastel <beng@branstetterlaw.com>, "Puig, Yvonne K." <yvonne.puig@nortonrosefulbright.com>, "Hoffman, Eric" <eric.hoffman@nortonrosefulbright.com>, Jay Blumberg <jjblumberg@blumberglawoffices.com>, "Gerard Stranch (gerards@branstetterlaw.com)" <gerards@branstetterlaw.com>
Cc: "Chris J. Tardio" <chris@gideoncooper.com>

All,

Is the call at 11 a.m. CST or 2 p.m. CST today? We have heard conflicting times. And, are we using the same dial-in number?

Thanks.

Matt

Matthew H. Cline
Gideon, Cooper & Essary, PLC
Regions Center, Suite 1100
315 Deaderick Street
Nashville, TN 37238
Phone: (615) 254-0400

1

Fax: (615) 254-0459
matt@gideoncooper.com
-----Original Message-----
From: Kimberly A. Dougherty [mailto:KDougherty@myadvocates.com]
Sent: Thursday, January 16, 2014 12:59 PM
To: Greer, Marcy
Cc: Mark Zamora; Ben Gastel; Chris J. Tardio; Matt H. Cline; Puig, Yvonne K.; Hoffman, Eric
Subject: RE: Meet and Confer Conference

You're welcome. I just forwarded it to Jay.

Best, Kim

Kim Dougherty, Esquire
Janet, Jenner & Suggs, LLC
31 St. James Avenue
Suite 365
Boston, MA 02116
(617) 933-1265
kdougherty@myadvocates.com
www.myadvocates.com
*** PLEASE NOTE OUR NEW ADDRESS


-----Original Message-----
From: Greer, Marcy [mailto:marcy.greer@nortonrosefulbright.com]
Sent: Thursday, January 16, 2014 1:51 PM
To: Kimberly A. Dougherty
Cc: Mark Zamora; Ben Gastel; Chris J. Tardio (chris@gideoncooper.com); Matt H. Cline
(matt@gideoncooper.com); Puig, Yvonne K.; Hoffman, Eric
Subject: Re: Meet and Confer Conference

Thanks for sending. We will review. Please send a copy to Jay Blumberg as well. I think he wants
to be in the loop on these matters. Thanks!

Sent from my iPhone

On Jan 16, 2014, at 11:17 AM, "Kimberly A. Dougherty"
<KDougherty@myadvocates.com><mailto:KDougherty@myadvocates.com>> wrote:

Marcy, et al.,

Attached is the Profile Form I referenced entered by Judge Woodlock in the U.S. D.Mass. in
November 6, 2013.

Best, Kim

Kim Dougherty, Esquire
Janet, Jenner & Suggs, LLC
31 St. James Avenue
Suite 365
Boston, MA 02116
(617) 933-1265
kdougherty@myadvocates.com<mailto:kdougherty@myadvocates.com>
www.myadvocates.com<http://www.myadvocates.com/>
*** PLEASE NOTE OUR NEW ADDRESS

From: Greer, Marcy [mailto:marcy.greer@nortonrosefulbright.com]

Sent: Wednesday, January 15, 2014 9:20 PM
To: Mark Zamora; Kimberly A. Dougherty; 'Ben Gastel'
Cc: Chris J. Tardio (chris@gideoncooper.com<mailto:chris@gideoncooper.com>); Matt H. Cline
(matt@gideoncooper.com<mailto:matt@gideoncooper.com>); Puig, Yvonne K.; Hoffman, Eric
Subject: RE: Meet and Confer Conference

Dear Mark, Kim, and Ben-attached is a combined response from the Saint Thomas Entities and
the STOPNC defendants for your proposal for the fact/profile sheet in redline against our prior
proposal. We should be circulating the depo protocol tomorrow morning, and each of us will
submit a response to the ESI protocol. We understood from the status conference and our
meeting afterward that you were working on a draft of the discovery plan that Judge Saylor has
requested. When do you think you will have a draft to circulate?

Thanks and have a lovely evening!

Marcy

Marcy Hogan Greer | Partner
Fulbright & Jaworski LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas 78701-4255, United States Tel +1 512 536
4581 | Fax +1 512 536 4598
marcy.greer@nortonrosefulbright.com<mailto:marcy.greer@nortonrosefulbright.com>

NORTON ROSE FULBRIGHT

Law around the world
nortonrosefulbright.com<http://nortonrosefulbright.com/>

Our website and email addresses have changed-please update your records accordingly.


From: Ben Gastel [mailto:beng@branstetterlaw.com]
Sent: Wednesday, January 15, 2014 10:18 AM
To: Kristen Johnson Parker; Alan Winchester; Brady Hermann; Daniel M. Rabinovitz; Daniel
Tranen; Frederick H. Fern; Geoffrey M. Coan; Heidi A. Nadel; Jeffrey Sternklar; Jessica Saunders
Eichel; Joseph P. Thomas; Joshua A. Klarfeld; Judi Abbott Curry; Matthew E. Mantalos; Matthew
P. Moriarty; Melinda L. Thompson; Michael Gottfried; Nicki Samson; Paul Moore; Paul Saltzman;
Richard A. Dean; Robert A. Curley , Jr.; Ryan Ciporkin; Scott H. Kremer; Scott J. Tucker; Thomas
W. Coffey; Adriana Suarez Desmond; Amy Mione; Anne Andrews; David Molton; Greg Skikos;
Harry Roth; Honor Heath; Jessica Conte; Jim Stoll; John Thornton; Karen Schaeffer; Marc Lipton;
Margaret Kitchen; Melvin Wright; Michael Coren; Michael Galligan; Rebecca Fordon; Steffani
Chocron; Susan Marttala; Terry Dawes; Thomas Sobol; William Baldiga; Alan J. Bozer; Alan
Winchester; Allen Neely; Brady Hermann; Brett J. Bean; C. Houston Foppiano; Clinton R. Shaw;
Cynthia A. Palin; Daniel M. Rabinovitz; Daniel Tranen; David E. Fialkow; David H. Batten;
Emmittee H. Griggs; Hoffman, Eric; Frederick H. Fern; G. Adam Moyers; Geoffrey M. Coan; Halley
M. Stephens; Heidi A. Nadel; Jack R. Reinholtz; Jason D. Lewis; Jay Blumberg; Jessica Saunders
Eichel; Joanna J. Chen; John M. Lovely; Joseph P. Thomas; Joseph R. Lang; Joshua A. Klarfeld;
Judi Abbott Curry; Kenneth B. Walton; Kristen R. Ragosta; Greer, Marcy; Mark E. Anderson;
Martin Hyman; Mary-Rose Watson; Matthew Daly; Matthew E. Mantalos; Matthew P. Moriarty;
Melinda L. Thompson; Michael Gardner; Nicki Samson; Paul Saltzman; Richard A. Dean; Robert A.
Curley , Jr.; Ryan Ciporkin; Scott H. Kremer; Scott J. Tucker; Sean E. Capplis; Stephen A.
Grossman; Theresa A. Domenico; Thomas Althauser; Thomas W. Coffey; Timothy J. Dardas;
William E. Christie; Puig, Yvonne K.; Chris J. Tardio
(chris@gideoncooper.com<mailto:chris@gideoncooper.com>); Puig, Yvonne K.; Sarah Kelly
(SKelly@nutter.com<mailto:SKelly@nutter.com>);
'lhollabaugh@babc.com<mailto:lhollabaugh@babc.com>'
(lhollabaugh@babc.com<mailto:lhollabaugh@babc.com>); Hoffman, Eric; Greer, Marcy; C.J.

Gideon; Chris Tardio; Daniel Clayton; Daniel M. Rabinovitz; Edgar Taylor, III; Elizabeth Cabraser; Frederick H. Fern; George Nolan; Gerard Stranch; J. Kyle Roby; Jason Denton; John O. Belcher; Joseph P. Thomas; Kurt W. Maier; Larry Lamont Crain; Marc Lipton; Mark Chalos; Mark Zamora; Matthew P. Moriarty; Melinda L. Thompson; Nathan Hunt; Nicki Samson; Patrick Fennell; Paul J. Krog; Randall Kinnard; Rebecca Blair; Richard A. Dean; Robert H. Gaynor; Thomas Sobol; Thomas W. Coffey; William Daniel Leader, Jr.; William Hance Lassier, Jr.; Fredric Ellis; jjblumberg@blumberglawoffices.com<mailto:jjblumberg@blumberglawoffices.com>, cshorts@blumberglawoffices.com<mailto:cshorts@blumberglawoffices.com>, cwolk@blumberglawoffices.com<mailto:cwolk@blumberglawoffices.com>
Cc: Gerard Stranch; Kim Dougherty; Marc E. Lipton; Mark P. Chalos; Mark Zamora; Patrick T. Fennell; Fredric Ellis; Thomas Sobol
Subject: Meet and Confer Conference

All,

We will hold an additional meet and confer on Thursday January 16, 2014 at 12 est/11 cst to address the issues raised by Judge Boal's order of January 7, 2014 and the issues raised by Judge Saylor at last Friday's status conference. Once again we recirculate the proposed deposition, ESI protocols, and a working draft (with comments) of the PSC's proposed profile form for your comment and review. This call is open to all defense counsel who have appeared in the MDL Court. We encourage anyone interested in providing input on the any of these forms to be used in this litigation to participate.

To the extent that you wish to make edits, please do so in a redline and send to Kim Doughtery, Mark Zamora, and me before the call.

The dial in for the call is:

866-528-2256
Code: 4421223

Warmest Regards,

Ben Gastel
Branstetter, Stranch & Jennings, PLLC
227 Second Ave. N.
Fourth Floor
Nashville, TN 37061-1631
P: 615.254.8801
F: 615.255.5419

IMPORTANT: This communication from the law firm of Branstetter, Stranch & Jennings, PLLC is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and contains information that may be confidential and privileged. Be advised that if you are not the intended recipient(s), any dissemination, distribution or copying of this communication is prohibited. Please notify the undersigned immediately by telephone or return e-mail.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please

delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz Inc) and Fulbright & Jaworski LLP, each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com<http://nortonrosefulbright.com>. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.

<Granuflo filed PFS (word).docx>

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE:  NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 1:13-md-02419

THIS DOCUMENT RELATES TO:

Hon. F. Dennis Saylor, IV

Plaintiff: _____

## PLAINTIFF'S PROFILE FORM

Plaintiff, through counsel, files the following Profile Form:

## CASE INFORMATION

Name of person on whose behalf a claim is being made (first, middle name or initial, last), including maiden or other names used:

Were you (or the person identified above) administered the steroid methylprednisolone acetate?

☐ Yes  ☐ No  ☐ Do Not Know

Were you (or the person identified above) administered another NECC Product?

☐ Yes  ☐ No  ☐ Do Not Know

If yes, please identify: _____

Name of person signing this form, if different from above:

_____

Relationship of signer to party on behalf of whom claim is being made (such as spouse, parent, family member, adult child, guardian):

If the person completing this Fact Sheet is completing this questionnaire in a representative capacity (*e.g.*, on behalf of the estate of a deceased person or a minor) ("Representative"), please complete the following:

Representative's Social Security Number (***Last 4 digits ONLY***):

XXX-XX-_____.

Maiden or other names used or by which Representative has been known:

_____

Address:

_____
_____

State which individual or estate the Representative is representing, and in what capacity the Representative is representing the individual or estate (guardian, administrator, executor, etc.)?

_____

If appointed as a Representative by a court, please identify the court:

_____

Date of Appointment: _____

What is the familial or other relationship between the Representative and the deceased or represented person, or person claimed to be injured? _____
_____

If the Representative is representing a decedent's estate, please state the date of death, the address where the decedent died, and the cause of death and attach a copy of the death certificate if available: _____

_____
_____
_____

Please check the injuries you sustained as a result of exposure to the NECC Product(s):

☐ Death

☐ Fungal Meningitis

☐ Arachnoiditis (persistent nerve pain)

☐ Phlegmon (persistent nerve pain at base of spine)

☐ Osteomyelitis (infection in bone, including vertebral or diskitis)

☐ Sacroiliitis (pain at base of spine)

☐ Peripheral Joint Pain (at site of injection)

☐ Septic Arthritis

☐ Epidural Abscess

☐ Stroke or stroke like symptoms (Cerebral Vascular Accident)

☐ Lumbar Puncture (Spinal Tap), Subsequent Treatment

☐ Lumbar Puncture (Spinal Tap), No Subsequent Treatment

☐ Infection of any kind, describe if known: _____

☐ Injection only, no symptoms or treatment

☐ Other (describe): _____

      (Attach additional sheets if necessary to describe.)

Identify each address at which you have resided since January 1, 2009 , and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| | |
| | |
| | |
| | |
| | |

## EMPLOYMENT INFORMATION

Are you making a claim for  lost wages or lost earning capacity: ☐ Yes ☐ No

If you answered "Yes," please provide:

The total amount of  income you claim to have lost as a result of injuries you associate with your exposure to the NECC Product: _____ if ongoing, please so state.

Current employer and all prior employers, from 1/1/2008 to the present:

| Name | Address | Dates of Employment | Occupation/Job Title |
|---|---|---|---|
| | | | |

## INSURANCE/DISABILITY

Have you been awarded Social Security Disability benefits? If so, state the year of the award and the nature of the disability: _____

Have you received a worker's compensation award since January 1, 2004? ☐ Yes ☐ No. If you answered "Yes," to the best of your knowledge please state:

Year claim was awarded: _____, Nature of the claim: _____

(Add Para #)…

Did you have medical insurance for treatment rendered? [ ] Yes        [ ]   No

a.  If yes, please provide the following information for each insurance company. If more than one, please provide information for all:
Name of Health Insurance: _____

Policy No.: _____

Name of Subscriber: _____

b.  If you have Medicare or Medicaid coverage, please state your ID number: _____

c.  Has any insurance company asserted a lien on your recovery? [ ] Yes  [ ] No

If yes, please provide the name of the lienholder: _____

## BACKGROUND AND FAMILY INFORMATION

Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance and diplomas or degrees awarded:

| Institution | Dates Attended | Date of Graduation | Diplomas or Degrees |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

53044693.2                                                - 4 -

As an adult, have you been convicted or plead guilty to a felony or a crime of fraud, dishonesty, or moral turpitude in the past ten years? ☐ Yes  ☐ No  If you answered "Yes," describe where, when and the felony and/or crime. _____

_____

_____

Are you married?  ☐ Yes  ☐ No

List  the name of your spouse; and the date of marriage:

_____

_____

_____

If applicable, for each of your children, list his/her name and age :

_____

_____

_____

_____

_____

1.      Have you ever served in the military, including the military reserve or national guard?

        ☐ Yes  ☐ No

        If you answered "Yes," answer the following question: Were you ever dishonorably discharged from military service? ☐ Yes  ☐ No

## MEDICAL INFORMATION

Date(s) you were administered or used an NECC Product:

_____

Hospital/clinic/physician's office where you were administered the NECC Product:

        Name:_____

        Full Address:

        _____

        _____

        _____

Physician(s) who administered the NECC Product:

        Name: _____

Full Address:

_____

_____

_____

What medical condition(s) did you have for which you were treated with the NECC Product (for example, osteoarthritis, back injury, etc.)?

_____

Identify your treating physician for the condition(s) in the preceding question if that physician is different from the one who administered the NECC Product:

Name: _____

Full Address: _____

_____

Are you claiming mental and/or emotional damages as a consequence of exposure to the NECC Product?

☐ Yes ☐ No  If you answered "Yes to # ___," and if you received any type of medical care for such condition, list any provider (such as a primary care physician, psychiatrist, psychologist, counselor, or therapist) from whom you have sought treatment for any emotional condition, from 2012 until the present: _____

The condition(s) for which you were treated: _____

_____

If you are making a claim for emotional damages, and you received medical care prior to having received any NECC recalled product, state the condition and the medical provider(s):

## MEDICAL BACKGROUND

What is your height? _____; What is your weight____

Smoking/Tobacco Use History:  Do you currently use tobacco products? ___ Yes __No. If yes, for how long: _____.

Have you been diagnosed with HIV/AIDS, Lupus, Inflammatory Bowel Syndrome, Crohn's disease, and/or ulcerative colitisat any time from January 1, 2004 to the present?   ☐ Yes ☐ No ___ Don't know. If you answered "Yes," provide the following information:

| Condition | Date Diagnosed | Diagnosing Physician | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

To the best of your knowledge, during the past five years, have you been diagnosed with:

|   |   | Yes | No | Don't Know |
|---|---|---|---|---|
| a. | Myocardial infarction (MI) or heart attack, | ___ | ___ | ___ |
| b. | Hypertension | ___ | ___ | ___ |
| c. | Stroke | ___ | ___ | ___ |
| d. | Diabetes | ___ | ___ | ___ |
| e. | Cirrhosis | ___ | ___ | ___ |
| f. | Congestive heart failure | ___ | ___ | ___ |
| g. | Hepatitis | ___ | ___ | ___ |
| h. | Chronic obstructive pulmonary disease (COPD) | ___ | ___ | ___ |
| i. | Arteriosclerosis | ___ | ___ | ___ |
| j. | Kidney Failure-Acute Renal Failure, ESRD | | | |

Please list each hospitalization you have had since January 1, 2009 (if any):

| Date | Name of Hospital | Reason for Hospitalization |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## LIST OF MEDICAL PROVIDERS AND OTHER SOURCES
## OF INFORMATION

List the name and address of each of the following:

To the best of your ability, identify each primary care physician as well as any doctor you have been treated by since January 1, 2009:

| Name | Address | Approximate Treatment Dates |
|------|---------|------------------------------|
|      |         |                              |
|      |         |                              |
|      |         |                              |

List each hospital, clinic, health care facility, or health care provider where you have received outpatient treatment (including treatment in an emergency room) since January 1, 2009:

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

List each pharmacy that has dispensed medication to you since your exposure to the recalled product(s):

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |

53044693.2

- 8 -

## DOCUMENTS

Please produce any of the following documents and things that are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers.  Please attach all non-privileged documents and things to your responses to this Fact Sheet.

If this Profile Form was completed by a Representative, any court paper that authorizes  the
       stated Representative to act on behalf of the person claiming injury.
Death certificate, if applicable, as requested above.

## VERIFICATION

Signature:

_____

Print or Type Name:

_____