# EXHIBIT 13

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: FRESENIUS
GRANUFLO/NATURALYTE DIALYSATE
PRODUCTS LIABILITY LITIGATION

MDL NO. 1:13-MD-2428-DPW

## PLAINTIFF FACT SHEET

In completing this Plaintiff Fact Sheet, you must provide information that is true and correct to the best of your knowledge. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect. You must also supplement your responses in the event that you later learn or receive additional information that is responsive to any of the information requests below. In the event the Plaintiff Fact Sheet does not provide you with enough space for you to complete your responses or answers, please attach additional sheets if necessary. Please identify any documents that you are producing as responsive to a question or request by bates-stamp identifiers.

If you are completing this Plaintiff Fact Sheet in a representative capacity, please respond to the questions on behalf of the person you are representing whom you allege was exposed to, or treated with, GranuFlo and/or NaturaLyte. Whether you are completing this fact sheet for yourself or for someone else, please assume that "you" or "Plaintiff" means the person who was exposed to, or treated with, GranuFlo and/or NaturaLyte.

This Fact Sheet shall be completed in accordance with Case Management Orders 2 and 3. The information provided is confidential and subject to the protective order.

*[Note: In an effort to be forthcoming and to provide non-privileged information, the information provided in this fact sheet is, by necessity, not based solely upon the knowledge of the plaintiff and includes non-privileged information assembled and collected by the parties' attorneys which may not be known to the executing party.]*

### I. CASE INFORMATION

Caption: _____  Date Filed: _____

Docket No. (Including Court): _____

Plaintiff's Attorney and Contact Information, Including Telephone Number:

_____

_____

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Name, Title and Contact Information of Each Person Providing Responses to this Fact Sheet:

_____
_____
_____

## II. PLAINTIFF'S INFORMATION

Full Name of Plaintiff: _____

Last Address: _____

Date of Birth: _____

Plaintiff's FMS Medical Record Number, also known as the Patient Identification Number:

_____

If no FMS Medical Record Number, please provide the following information:

    a.    Plaintiff's Medicare Identification Number: _____

    b.    The last four digits of Plaintiff's Social Security Number: _____

Please provide the following information:

1. Date of Death/Injury: _____
2. Location of Death/Injury (Clinic, Home, Hospital, including name of clinic or hospital, if applicable, and complete address) _____
_____

3. Cause of Death/Injury asserted by Plaintiff as of the date of this Fact Sheet:
   Non-Cardiac Event or Condition
   Cardiac Event or Condition
       Acute Coronary Syndrome
       Arrhythmia
       Bradycardia Arrhythmia
       Cardiomegaly

    Cardiomyopathy
    Congestive Heart Failure
    Coronary Artery Disease
    Coronary Occlusion
    Coronary Thrombosis
    Myocardial Infarction
    Sudden Cardiac Arrest
    Cardiopulmonary Arrest
    Tachycardia Arrhythmia
    Atrial Fibrillation
    Ventricular Fibrillation
    Other (please specify)
    Unknown
   Do not know

    ☐

**4.** Was Autopsy Performed? _____  If So, Date_____

**ATTACH DEATH CERTIFICATE AND AUTOPSY REPORT, IF APPLICABLE.**

**5.** Please provide a list of all treating physicians or healthcare providers who provided medical care to Plaintiff within the twelve (12) months preceding the injury/death, including but not limited to all primary care physicians, cardiologists, nephrologists, and hospitals.

  a. Provider Name: _____

    Provider Address: _____

    Type of Provider: _____

  b. Provider Name: _____

    Provider Address: _____

    Type of Provider: _____

  c. Provider Name: _____

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Provider Address: _____

Type of Provider: _____

ATTACH ADDITIONAL SHEETS AS NECESSARY

## III. REPRESENTATIVE/DEMOGRAPHIC INFORMATION

1. Name of Representative: _____
2. Relationship to Plaintiff (if applicable): _____
3. Address: _____
4. Appointed Position (if applicable): _____
5. Court of Appointment: _____
6. Date of Appointment: _____

## IV. DIALYSIS HISTORY

1. List all dialysis clinics and/or dialysis facilities, including hospital-operated acute and chronic dialysis units, and including home hemodialysis, where the Plaintiff received dialysis treatments.

   a. Dialysis Clinic Name: _____

      Clinic Address: _____

   b. Dialysis Clinic Name: _____

      Clinic Address: _____

   c. Dialysis Clinic Name: _____

      Clinic Address: _____

ATTACH ADDITIONAL SHEETS AS NECESSARY

2. Please provide the date of Plaintiff's last dialysis treatment prior to or at the time of death/injury: _____

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

    a. Please provide the name and address of the dialysis provider: _____

_____

**PLEASE PROVIDE ALL NON-PRIVILEGED, RELEVANT MEDICAL RECORDS, INCLUDING BUT NOT LIMITED TO DIALYSIS TREATMENT RECORDS, IN YOUR POSSESSION, CUSTODY OR CONTROL THAT HAVE NOT ALREADY BEEN PRODUCED PURSUANT TO CASE MANAGEMENT ORDER NO. 3**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## **CERTIFICATION**

I declare that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge and that I have supplied all requested documents to the extent that such documents are in my possession, custody and control (including the custody and control of my lawyers).

_____    _____    _____
Signature                                        Print Name                                       Date

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## AUTHORIZATIONS

**Provide ONE (1) SIGNED ORIGINAL copy of each of the records authorization forms attached as Ex. A.** These authorization forms will authorize the records vendor selected by the parties to obtain those records from the providers identified within this Plaintiff Fact Sheet.

Date: _____          _____
                                        Signature of Plaintiff's Counsel

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER