# EXHIBIT 1

| Name | Claim No. | Date Filed | Claim Amount |
|---|---|---|---|
| **Gentry Locke Plaintiffs** | | | |
| ARTIS,SANDRA FAYE | 3178 | 1/15/2014 | 5,350,000.00 |
| BRADLEY, DANA MARLENE | 2770 | 1/14/2014 | 5,350,000.00 |
| BROWN, JR., RONNIE ALTON | 2771 | 1/14/2014 | 5,350,000.00 |
| COURTNEY, RONALD T. | 2772 | 1/14/2014 | 6,000,000.00 |
| EPPERLY, TRUDY | 2773 | 1/14/2014 | 5,350,000.00 |
| FILSON, BARBARA | 2774 | 1/14/2014 | 10,000,000.00 |
| FOUTZ, ZACHARY LUCAS | 2775 | 1/14/2014 | 5,350,000.00 |
| HARRIS, JR., ROBERT EARL | 2776 | 1/14/2014 | 10,000,000.00 |
| HOLBROOK, JULIAN D. | 2777 | 1/14/2014 | 5,350,000.00 |
| IRACE, JR., DECEASED, RALPH JAMES | 2778 | 1/14/2014 | 5,350,000.00 |
| KALINOSKI, CHESTER T. | 2779 | 1/14/2014 | 5,350,000.00 |
| MCFARLANE, PAULINE R. | 2780 | 1/14/2014 | 5,350,000.00 |
| SHUCK, ODESSA MAE CLAYPOOL | 2781 | 1/14/2014 | 10,000,000.00 |
| SMITH JR.,JAMES WIRT | 3176 | 1/15/2014 | 5,350,000.00 |
| SMITH, RANDOLPH E. | 2782 | 1/14/2014 | 5,350,000.00 |
| SPICER, DECEASED, LOUISE B. | 2783 | 1/14/2014 | 5,350,000.00 |
| WHITE, ROSE M. | 2785 | 1/14/2014 | 2,350,000.00 |
| WHITLOW, RICHARD A. | 2784 | 1/14/2014 | 5,350,000.00 |
| WINGATE, DECEASED, DOUGLAS GRAY | 2786 | 1/14/2014 | 25,350,000.00 |
| **LichtensteinFishwick and Brown & Jennings Intervenors** | | | |
| AUSTIN,GLADYS G. | 995 | 1/8/2014 | 10,000,000.00 |
| BELL,NORA | 955 | 1/8/2014 | 6,000,000.00 |
| BLANKENSHIP,RICHARD D. | 994 | 1/8/2014 | 10,000,000.00 |
| BROGAN,CHERYL | 993 | 1/8/2014 | 3,000,000.00 |
| CHITWOOD,KIMBERLY | 992 | 1/8/2014 | 3,000,000.00 |
| COMPTON,CHRISTOPHER | 991 | 1/8/2014 | 3,000,000.00 |
| DOYLE,SHIRLEY | 999 | 1/8/2014 | 10,000,000.00 |
| DUNCAN,TERRY | 998 | 1/8/2014 | 3,000,000.00 |
| EDEN,ALMA | 954 | 1/8/2014 | 750,000.00 |
| FARISS,RENATE | 997 | 1/8/2014 | 10,000,000.00 |
| GOODFELLOW,NANCY | 996 | 1/8/2014 | 10,000,000.00 |
| GOODWIN,THOMAS | 953 | 1/8/2014 | 750,000.00 |
| GREEN,JIMMY | 952 | 1/8/2014 | 6,000,000.00 |
| HAGA,DEBORAH | 1004 | 1/8/2014 | 3,000,000.00 |
| HALL,LARRY | 1003 | 1/8/2014 | 3,000,000.00 |
| HARANZO, JR.,FRANK | 1002 | 1/8/2014 | 3,000,000.00 |
| HASTINGS,SUSANNE | 1001 | 1/8/2014 | 3,000,000.00 |
| HELM,JACOB | 1000 | 1/8/2014 | 3,000,000.00 |
| HURLEY,NORMA | 1007 | 1/8/2014 | 10,000,000.00 |
| HUTCHERSON,MABEL | 1008 | 1/8/2014 | 10,000,000.00 |
| JENNINGS,PATRICIA | 951 | 1/8/2014 | 500,000.00 |
| KATZ,STUART | 1006 | 1/8/2014 | 3,000,000.00 |
| KINCANON,SUSAN | 950 | 1/8/2014 | 750,000.00 |
| LAKIN,ASHLEE | 949 | 1/8/2014 | 450,000.00 |
| MARSHALL,MELISSA | 1005 | 1/8/2014 | 3,000,000.00 |
| MARSINKO, JOHN | 1023 | 1/8/2014 | 3,000,000.00 |
| MCKEON, JANE | 1022 | 1/8/2014 | 3,000,000.00 |
| MILNE,VIRGINIA | 948 | 1/8/2014 | 6,000,000.00 |
| MOON, ARNOLD | 1021 | 1/8/2014 | 10,000,000.00 |
| MOON, ROSANNE | 1020 | 1/8/2014 | 3,000,000.00 |
| MORRIS, LORI | 947 | 1/8/2014 | 750,000.00 |
| NORMAN, ANGELA | 1018 | 1/8/2014 | 3,000,000.00 |
| OVERSTREET,SHARON | 1017 | 1/8/2014 | 10,000,000.00 |
| RADFORD,MARY | 1016 | 1/8/2014 | 10,000,000.00 |
| RANSOME,AUDREY | 1015 | 1/8/2014 | 3,000,000.00 |
| REID,NOSWORTHY | 1014 | 1/8/2014 | 10,000,000.00 |
| RICE,LARRY | 1013 | 1/8/2014 | 3,000,000.00 |
| ROGERS,DEBORAH | 946 | 1/8/2014 | 375,000.00 |
| ROSE,DAVID | 945 | 1/8/2014 | 6,000,000.00 |
| SMITH,DEANNA | 1012 | 1/8/2014 | 3,000,000.00 |
| SMITH,JOSEPH | 944 | 1/8/2014 | 500,000.00 |
| THOMAS,STEVIE | 1011 | 1/8/2014 | 3,000,000.00 |
| UTHUS,VICKI | 943 | 1/8/2014 | 500,000.00 |
| VARLEY,BRENDA | 1010 | 1/8/2014 | 3,000,000.00 |
| WADDELL,REGINA | 942 | 1/8/2014 | 500,000.00 |

| Name | Claim No. | Date Filed | Claim Amount |
|---|---|---|---|
| WEST,DORIS | 941 | 1/8/2014 | 750,000.00 |
| WHEELER,CHRISTINE | 1009 | 1/8/2014 | 3,000,000.00 |
| WILLIAM L. NEAL, ADMINISTRATOR OF THE ESTATE | 1019 | 1/8/2014 | 15,000,000.00 |
| WILLIAMS,JUDITH | 940 | 1/8/2014 | 750,000.00 |
| **Frith & Ellerman Plaintiffs** | | | |
| BAKER, CHANCE E. | 720 | 1/6/2014 | 5,000,000.00 |
| JOHNSTON, PATRICK OTIS | 718 | 1/6/2014 | 5,000,000.00 |
| WERTZ, FERMAN W. | 719 | 1/6/2014 | 5,000,000.00 |