UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------x
                                            :
IN RE NEW ENGLAND                           :
COMPOUNDING PHARMACY, INC.                  :    MDL No. 2419
PRODUCTS LIABILITY LITIGATION               :
------------------------------------------------------x    Master Docket No. 1:13-md-2419-FDS
                                            :
This Document Relates to:                   :
     All Actions                            :
                                            :
                                            :
------------------------------------------------------x
```

## INSIGHT HEALTH CORP.'S NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the appearances of Heather S. Deane, Esq. and William H. White, Jr., Esq. should be withdrawn and that Stephen D. Busch, Esq., Diane Flannery, Esq., and Samuel T. Towell, Esq., should be substituted in their stead as counsel of record for Insight Health Corp. in the above-captioned matter.  Pleadings, court filings, and other communications served on Insight Health Corp. should henceforth be provided to:

| | | |
|---|---|---|
| **Stephen D. Busch, Esq.** | **Diane Flannery, Esq.** | **Samuel T. Towell, Esq.** |
| Virginia Bar No. 19580 | Virginia Bar No. 85286 | Virginia Bar No. 71512 |
| MCGUIREWOODS LLP | MCGUIREWOODS LLP | MCGUIREWOODS LLP |
| One James Center | One James Center | One James Center |
| 901 E. Cary Street | 901 E. Cary Street | 901 E. Cary Street |
| Richmond, Virginia 23219 | Richmond, Virginia 23219 | Richmond, Virginia 23219 |
| Tel.: 804.775.1000 | Tel.: 804.775.1000 | Tel.: 804.775.1000 |
| Fax: 804.775.1061 | Fax: 804.775.1061 | Fax: 804.775.1061 |
| Email: | Email: | Email: |
| sbusch@mcguirewoods.com | dflannery@mcguirewoods.com | stowell@mcguirewoods.com |

DATED this 27th day of January 2014.

Respectfully submitted,

_____

Heather S. Deane (VSB No. 41895)
William H. White, Jr. (DC Bar No. 461341)
BONNER KIERNAN TREBACH &
CROCIATA, LLP
1233 20th Street, NW, 8th Floor
Washington, D.C. 20036
Tel.: 202.712.7000
Fax: 202.712.7100
Email: hdeane@bonnerkiernan.com
Email: wwhite@bonnerkiernan.com

_____

Stephen D. Busch (VSB No. 19580)
Diane Flannery (VSB No. 85286)
Samuel T. Towell (VSB No. 71512)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219-4030
Tel.: 804.775.1000
Fax: 804.775.1061
Email: sbusch@mcguirewoods.com
Email: dflannery@mcguirewoods.com
Email: stowell@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified in the Notice of Electronic Filing and

paper copies will be sent to those indicated as non-registered participants on January 27, 2014.

Dated: January 27, 2014

_____
/s/ Samuel T. Towell
Samuel T. Towell

53950152_1

Additional signatories:

Stephen D. Busch (VSB No. 19580)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219-4030
Tel.: 804.775.1000
Fax: 804.775.1061
Email: sbusch@mcguirewoods.com

Diane Flannery (VSB No. 85286)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219-4030
Tel.: 804.775.1000
Fax: 804.775.1061
Email: dflannery@mcguirewoods.com