**EXHIBIT A**



VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

SHARON G. WINGATE,  )
EXECUTOR OF THE ESTATE OF  )
DOUGLAS GRAY WINGATE,  )
DECEASED,  )
   )
   Plaintiff,  )
   )
v.  )   Case No: CL12-2547
   )
INSIGHT HEALTH CORP., et al.,  )
   )
   Defendants.  )

## NONSUIT ORDER

ON THIS DAY came the Plaintiff, by counsel, and moved the Court, pursuant to Virginia Code § 8.01-380, to nonsuit this action.

The Defendants have filed cross-claims against one another, however, pursuant to Virginia Code § 8.01-380(D), all the Defendants consent to this nonsuit.

The Plaintiff has not previously suffered a nonsuit to this cause of action or against any party to this proceeding.

It is hereby ORDERED that this action is nonsuited, pursuant to Virginia Code § 8.01-380, and that this action shall be taken off the active docket and placed with the closed cases.

A certified copy of this Order shall be sent to all counsel of record.

ENTER this 27th day of January 2014.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

WE ASK FOR THIS:

_____
J. Scott Sexton, Esq.
Anthony M. Russell, Esq.
Charles H. Smith, III, Esq.
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

*Counsel for Plaintiff Sharon G. Wingate,
Executor of the Estate of Douglas Gray Wingate, deceased*

SEEN AND CONSENTED TO:

_____
John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

*Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.*

2

SEEN AND CONSENTED TO:

*[signature]*

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcquirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902
jneale@mcquirewoods.com

Heather S. Deane, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C. 20036
hdeane@bonnerkiernan.com
cshaw@bonnerkiernan.com

*Counsel for Defendant Insight Health Corp.*

3