**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**PLAINTIFFS' STEERING COMMITTEE'S**
**NOTICE OF FILING OF SUMMARY OF SHORT FORM COMPLAINTS**

At the January 10, 2014 status conference, the Plaintiffs' Steering Committee ("PSC") stated that it would file a census of short form complaints detailing the number of short form complaints filed on or before December 20, 2013. The PSC has not completed its review of the short form complaints and files the following summary.

As of January 14, 2013, there were 330 unique cases pending in this MDL representing claims by approximately 400 individual plaintiffs (excluding plaintiffs with derivative claims such as loss of consortium claims).[1] Of these 330 unique cases, 253 had short form complaints on file as of December 20, 2013. All short form complaints name Unifirst as a party defendant and 11 short form complaints name Liberty Industries, Inc. as a defendant. 149 short form complaints name clinic related defendants.[2] The below chart summarizes the number of short form complaints pending against the clinics performing injections. For convenience, the below chart does not break out every employee or physician named in the short form complaints, but rather summarizes the

---

[1] The discrepancy between unique cases and number of plaintiffs is due to the fact that some cases name multiple plaintiffs. *See Adair v. Ameridose*, 1:13-cv-11609-FDS (34 plaintiffs); *Ferguson v. Ameridose*, 1:13-cv-12571-FDS (3 plaintiffs); *Besaw v. Ameridose*, 1:13-cv-12604 (16 plaintiffs); *Barger v. Ameridose*, 1:13-cv-12619 (13 plaintiffs)

[2] Clinic related defendants are doctors or healthcare professionals who administered the NECC drug and the healthcare facilities where the NECC drug was administered. *See* Corrected Short Form Complaint [Master Dkt. No. 590].

1

number of short form complaints pending against clinics or hospitals that administered NECC products. Many short form complaints also name individual physicians or other employees, and affiliated corporate entities.

| Clinic Name | State | Short Form Complaints Naming Clinic |
|---|---|---|
| Saint Thomas Outpatient Neurosurgical Center, LLC[3] | TN | 87 |
| Specialty Surgery Center, PLLC | TN | 23 |
| Premier Orthopedic Surg. Associates LLC | NJ | 10[4] |
| South Jersey Healthcare | NJ | 9[5] |
| BKC Pain Specialists, LLC | OH | 3 |
| Minnesota Surgery Center (MAPS) | MN | 3 |
| APAC Centers For Pain Management | IL | 2 |
| Michigan Pain Specialist | MI | 2 |
| Neuromuscular & Rehabilitation | MI | 2 |
| Ocean State Pain Management | RI | 2 |
| Ambulatory Care Center, LLC | IN | 1 |
| DBMJ Rehabilitation Services, PLLC | MI | 1 |
| Dr. O'Connell's Pain Care Center | NH | 1 |
| Genesys Hospital | MI | 1 |
| High Point Regional Health | NC | 1 |
| Marion Pain Management Center, Inc. | FL | 1 |
| PCA Pain Care Specialists | TN | 1 |

---

[3] Affiliated entities and individuals named in suits naming Saint Thomas Outpatient Neurosurgical Center, LLC ("STOPNC") are: Howell Allen Clinic, John Culclasure, M.D., Debra Schamberg, R.N., Saint Thomas West Hospital f/k/a Saint Thomas Hospital, Saint Thomas Network, Saint Thomas Health, Ascension Health Alliance, and Ascension Health.  Not all 87 short form complaints naming STOPNC name all of these parties, but all complaints naming STOPNC also name a collection of these affiliated parties.

[4] These 10 SFCs represent all short form complaints that name one or more of the following entities and individuals: Premier Orthopedic and Sports Medicine Associates of Southern New Jersey, LLC d/b/a Premier Orthopedic Associates, Premier Orthopedic Associates Surgical Center, LLC, and/ or Kimberly Yvette Smith, M.D.

[5] These 8 SFCs represent all short form complaints that name one or more of the following entities and individuals: South Jersey Healthcare, South Jersey Hospital, Kimberly Yvette Smith, M.D., and/or Nitesh Bhagat.  One case naming these entities also names Premier Orthopedic Associates and this case has been counted in both columns.

To be clear, this is not a comprehensive list of all clinics named in complaints in the MDL. Some plaintiffs named clinics in their original complaints and elected not to file short form complaints.[6]

Respectfully submitted,

Dated:  January 28, 2014

**/s/ Kristen Johnson Parker**
Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

---

[6] *See, e.g.*, *Mowles v. New England Compounding Pharmacy, Inc.*, 1:13-cv-10558-FDS (March 11, 2013 D. Mass.) (naming Insight Imaging, Inc. a/k/a Insight Health Corp. as a defendant).

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH &
JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, Kristen Johnson Parker, hereby certify that I caused a copy of the above Notice of Filing of Summary of Short Form Complaints to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 28, 2014                     */s/ Kristen Johnson Parker*
                                            Kristen Johnson Parker, BBO # 667261