UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Docket No. 1:13-md-2419-FDS |
| THIS DOCUMENT RELATES TO:<br>1:13-cv-10626-FDS | Honorable F. Dennis Saylor<br><br>**PLAINTIFF VILINDA YORK'S UNOPPOSED MOTION & MEMORANDUM OF LAW FOR LEAVE TO AMEND AMENDED COMPLAINT** |

VILINDA YORK,

      Plaintiff,

v.

NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER (NECC),

      Defendants.
_____/

Pursuant to Fed. R. Civ. P. 15, and L.R. 15.1, Plaintiff Vilinda York, seeks leave to amend her Amended Complaint in order to add defendants. In support thereof, Plaintiff states as follows:

1. Plaintiff's case was initially filed in the 15th Judicial Circuit in and for Marion County, Florida against Defendant New England Compounding Pharmacy, Inc. ("NECC").

2. NECC removed the case from the 15th Judicial Circuit in and for Marion County, to the United States District Court for the Middle District of Florida.

3. After Plaintiff's case was removed to the Middle District, a stay was imposed by Judge Henry J. Boroff in the United States Bankruptcy Court, District of Massachusetts, Eastern Division, case number 12-19882-HJB.

4. After the entry of the bankruptcy stay, Plaintiff's case in the Middle District was transferred to this Court.

5. Plaintiff seeks leave to amend her Amended Complaint to add the following defendants: Ameridose L.L.C., Medical Sales Management Inc., Medical Sales Management SW, Inc. GDC Properties Management, LLC, ARL Bio Pharma Inc., D/B/A Analytical Research Laboratories, Barry J. Cadden, Gregory Conigliaro, Lisa Conigliario Cadden, Douglas Conigliaro, Carla Conigliaro, Glenn Chinn and Liberty Industries, Inc. Ex. A, proposed Second Amended Complaint attached hereto.

6. In her proposed Second Amended Complaint, Plaintiffs have kept NECC as a defendant, having initially named NECC in her Complaint. Plaintiff's motion to lift the stay in the Bankruptcy Court to file and serve the Second Amended Complaint as to NECC was granted. Ex. B, attached hereto.

7. Federal Rule of Civil Procedure 15(a)(2) provides that "The court should freely give leave when justice so requires." Here, justice requires that Plaintiff be permitted to add the listed defendants above to this case that are potentially liable to Plaintiff Vilinda York for her serious personal injuries she sustained from the tainted prednisone as a result of defendants' acts and omissions. Ms. York spent several months in the hospital and suffered severe complications from the fungal meningitis she contracted from the tainted prednisone.

8. Undersigned counsel has conferred with the only defendant currently in the case, NECC, and its counsel has no opposition to the instant motion.

WHEREFORE, Plaintiff requests that the Court enter an order permitting her leave to amend her Amended Complaint, attached hereto, and deem the Second Amended Complaint filed from the date the instant motion is filed.

### **CERTIFICATION PURSUANT TO L.R. 7.1**

Undersigned counsel conferred with counsel for NECC and NECC has no objection to the instant motion.

### **CERTIFICATION PURSUANT TO L.R. 15.1**

Undersigned Counsel has served the motion to amend upon the proposed new parties listed below 14 days in advance of filing the motion, together with a separate document stating the date on which the motion will be filed. The proposed new defendants are: Ameridose L.L.C., Medical Sales Management Inc., Medical Sales Management SW, Inc. GDC Properties Management, LLC, ARL Bio Pharma Inc., D/B/A Analytical Research Laboratories, Barry J. Cadden, Gregory Conigliaro, Lisa Coniglario Cadden, Douglas Conigliaro, Carla Conigliaro, Glenn Chinn and Liberty Industries, Inc.

Dated: January 28, 2014.

>/s/ Ervin A. Gonzalez
>Ervin A. Gonzalez
>Florida Bar No. 500720
>Ervin@colson.con
>Patrick S. Montoya
>Florida Bar No. 524441
>patrick@colson.com
>COLSON HICKS EIDSON COLSON MATTHEWS
>MARTINEZ GONZALEZ KALBAC & KANE
>255 Alhambra Circle, Penthouse
>Coral Gables, FL 33134
>Phone: (305) 476-7400
>Fax: (305) 476-7444
>*Counsel for Plaintiff*

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the date of the electronic filing.

/s/ Ervin A. Gonzalez