# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

```
------------------------------------------------)
In Re:                                          )   CASE NUMBER: 12-19882-HJB
                                                )   Chapter 11
New England Compounding Pharmacy, Inc.          )
                                                )
Debtor                                          )
                                                )
------------------------------------------------)
```

## MOTION FOR LIMITED RELIEF FROM STAY

Now comes the Movant, Vilinda York, and hereby requests that this court modify the stay pursuant to 11. U.S.C. § 362 to permit her to file and serve her claim in MDL 2419 concerning the Debtor, but not take any further action until this Court lifts the stay. As grounds, Movant states as follows:

1. On December 21, 2012, the Debtor, New England Compounding Pharmacy, Inc. ("NECC") filed a Chapter 11 Bankruptcy; an order for relief was entered and proceedings against the debtor and his estate were stayed as provided in 11 U.S.C. § 362.

2. The Movant is the Plaintiff in Vilinda York whose case is pending in MDL 2419, case number 1:13-cv-10626-FDS.

3. Ms. York seeks to recover damages as a result of injuries she sustained due to the improper manufacturing by NECC of certain medication that was administered to her.

4. The Movant has meritorious claims in the MDL action, including strict liability and negligence.

5. The MDL case has been continued generally in accordance with the automatic stay of the Bankruptcy Court.

6. Filing and serving the Movant's action in the MDL court case will not hinder, burden, delay or be inconsistent with this case.

12/23/2013 GRANTED

1