# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

--------------------------------------------------)
In Re:                                            )   CASE NUMBER: 12-19882-HJB
                                                  )   Chapter 11
New England Compounding Pharmacy, Inc.            )
                                                  )
Debtor                                            )
--------------------------------------------------)

## PROPOSED ORDER GRANTING ROSEANN FUSCO AND PAUL FUSCO'S MOTION FOR LIMITED RELIEF FROM STAY

THIS MATTER was considered upon creditor Roseann Fusco and Paul Fusco's Motion for Limited Relief From Stay. The Court, having reviewed the for Limited Relief From Stay, and considered the Debtor's position and having heard argument of counsel, hereby ORDERS and ADJUDGES:

1. Creditors Roseann Fusco and Paul Fusco's Motion is GRANTED.

2. Pursuant to 11 U.S.C. § 362, the stay in this matter is lifted for the limited purpose of permitting Roseann Fusco and Paul Fusco to file and serve a Complaint against Debtor New England Compounding Pharmacy, Inc., in MDL 2419.

DONE and ORDERED this ____ day of December, 2013 in Springfield, Massachusetts.

_____ 12/23/2013
Honorable Henry J. Boroff
UNITED STATES BANKRUPTCY JUDGE