UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To: <br><br> All Cases | ) ) ) ) ) ) ) ) ) ) ) ) |   MDL No. 1:13-md-2419-FDS |

**ORDER ON ADMISSION OF ATTORNEYS**

**SAYLOR, J.**

This order shall govern the admission of attorneys who are not members of the Bar of this Court and who represent parties in cases that are part of *In Re: New England Compounding Pharmacy, Inc., Products Liability Litigation*, MDL No. 1:13-md-2419-FDS (the "MDL").

Local Rule 83.5.3 requires that, in order for a non-member attorney to be admitted to the Bar of this Court *pro hac vice*, a member of the Bar of this Court must file an appearance and move to admit such attorney. The non-member attorney also must submit an affidavit and pay a fee. In the context of the MDL, the requirement that a non-member attorney engage local counsel may create unnecessary difficulties in individual cases transferred from other judicial districts. Accordingly, in such cases, that requirement will be waived, and the Court orders as follows:

Each attorney not a member of the Bar of this Court who is acting as counsel for a plaintiff or defendant herein, who has not already been admitted, and whose case was transferred from another district shall be admitted *pro hac vice* to practice before this Court in connection

with this action upon (1) payment of the appropriate filing fee and (2) submission of an affidavit stating that the attorney is a member of the bar in good standing in every jurisdiction where admitted to practice; there are no disciplinary proceedings pending; and the attorney is familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.[1]

**So Ordered.**

                                               /s/ F. Dennis Saylor
                                               F. Dennis Saylor IV
                                               United States District Judge

Dated: January 30, 2014

---

[1] This Order applies prospectively. MDL Order No. 1 waived the requirements of Local Rule 85.5.3(b) as to any counsel who entered appearances in a transferor District Court prior to the institution of the MDL. (Dkt. No. 4, ¶ 6). All subsequent motions for admission *pro hac vice* have been resolved.