## Debra Schamberg

**From:** John Notarianni [jnotarianni@medicalsalesmgmt.com]
**Sent:** Friday, May 20, 2011 11:57 AM
**To:** Debra Schamberg
**Subject:** RE: NECC Pricing?

Debra

How about $12.00 for the 2 ml of the 80mg/ml methylprednisolone (PF)?

Thank you

John

---

**From:** Debra Schamberg [mailto:dschamberg@howellallen.com]
**Sent:** Tuesday, May 17, 2011 5:52 PM
**To:** John Notarianni
**Subject:** RE: NECC Pricing?

John, if you can get your price under $6.50 for 1ml vial, then we can talk.

Debra

---

**From:** John Notarianni [mailto:jnotarianni@medicalsalesmgmt.com]
**Sent:** Tuesday, May 17, 2011 10:51 AM
**To:** Debra Schamberg
**Subject:** NECC Pricing?

Debra

After our conversations I went back to my manager and he said he really would to earn your business. What price would we need to give you to gain your busi Methylprednisolone(PF) 80mg/ml 1ml and 2ml vials. Can you please let me kr allow us to work together? Thank you for your patience.

John L. Notarianni
Regional Sales Manager
Medical Sales Management
Representing: **NECC**
Cell Phone: (508)454-0779
Fax: (508) 820-9401
jnotarianni@medicalsalesmgmt.com
www.Neccrx.com

**NECC** - *A vital resource for sterile and non-sterile compounding medications.*

6/3/2011

---

Handwritten annotations:

- Call on Monday
- CuraScript $6.66
- Claint $6.49
- 1st order 48-72 hrs
- 500 - 1 ml ) $6.50
- 200 - 2 ml ) $12.00
- John Notarianni
- + Shipping   24/48 hrs
- 500 - 1 ml ) order
- 200 - 2 ml ) one time
- Need 140 names from roster —
- Board of Pharmacy requires
- State of Mass —
- Can submit (last name, Initial)