# EXHIBIT A



WILLIAM R. BALDIGA
direct dial: (212) 209-4942
fax: (617) 289-0420
wbaldiga@brownrudnick.com

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

June 6, 2013

The Plaintiffs' Steering Committee, appointed in
<u>In re New England Compounding Pharmacy</u>
<u>Cases Litigation</u>, MDL No. 2419, Master
    Docket No. 12-cv-12052 (D. Mass)
Thomas Sobol, Esq., Lead Counsel
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

RE:   <u>In re New England Pharmacy, Inc., Case No. 12-19882-HJB (Bankr. D. Mass.) (the "Chapter</u>
      <u>11 Case") and In re New England Compounding Pharmacy Cases Litigation, MDL No. 2419,</u>
      <u>Master Docket No. 12-cv-12052 (D. Mass) (all actions assigned to MDL 2419 collectively</u>
      <u>referred to as the "MDL Cases")</u>

Dear Tom:

    This Letter Agreement memorializes conversations and verbal agreements between the
Official Committee of Unsecured Creditors of New England Compounding Pharmacy, Inc. (the
"<u>Official Committee</u>"), appointed by the United States Bankruptcy Court for the District of
Massachusetts (the "<u>Bankruptcy Court</u>") in the Chapter 11 Case, and the Plaintiffs' Steering
Committee ("<u>PSC</u>" and, together with the Official Committee, the "<u>Parties</u>") appointed by the United
States District Court for the District of Massachusetts (the "<u>MDL Court</u>") in the MDL Cases with
respect to coordination and communication between the PSC and Official Committee between
Official Committee.

    1.    Contemporaneous with the execution of this Agreement, the PSC will send to the
defendants a proposed case management order to govern the MDL Cases, in the form attached hereto
as <u>Exhibit A</u> (in such form, the "<u>Proposed CMO</u>").[1] The PSC and Official Committee each agree to,
in good faith, negotiate with the defendants and seek the MDL Court's approval of the Proposed
CMO (revised to include any changes requested by the defendants that the PS and Official
Committee deem unobjectionable).

---

[1] Capitalized terms not defined herein have the meaning set forth in the Proposed CMO.



June 6, 2013
**Page 2**





June 6, 2013
**Page 3**


June 6, 2013
Page 4

Very truly yours,

**The Official Committee,**
**by its counsel, duly authorized:**

*William R. Baldiga*

William R. Baldiga, Esq.
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111


**Acknowledged and Agreed,**

**The PSC, by Lead Counsel, duly authorized:**


Thomas Sobol, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142


61188934 v1-WorksiteUS-030764/0001

Very truly yours,

**The Official Committee,
by its counsel, duly authorized:**

_____
William R. Baldiga, Esq.
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111

**Acknowledged and Agreed,**

**The PSC, by Lead Counsel, duly authorized:**

_____
Thomas Sobol, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

4

**<u>EXHIBIT A</u>**

DRAFT – For Discussion Purposes

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY CASES LITIGATION | MDL No. 2419<br>Master Docket No. 12-cv-12052 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**[Proposed] MDL Order No. __**
May ___, 2013

## CASE MANAGEMENT ORDER



DRAFT – For Discussion Purposes



DRAFT – For Discussion Purposes

DRAFT – For Discussion Purposes



DRAFT – For Discussion Purposes



DRAFT – For Discussion Purposes



DRAFT – For Discussion Purposes

DRAFT – For Discussion Purposes

DRAFT – For Discussion Purposes

DRAFT – For Discussion Purposes

DRAFT – For Discussion Purposes

DRAFT – For Discussion Purposes

DRAFT – For Discussion Purposes



DRAFT – For Discussion Purposes

DRAFT – For Discussion Purposes

DRAFT – For Discussion Purposes

DRAFT – For Discussion Purposes



**G.     Common Fund Allocation**

The Plaintiffs' Steering Committee will file a motion (the "Common Fund Motion")
requesting a common fund fee in this Court (the "Common Fund").  Common Fund participants
may include members of the Plaintiffs' Steering Committee and any lawyer performing services
for the benefit of multiple tort victims on reasonable terms, including work connected to
resolution pursuant to a chapter 11 plan in the Chapter 11 Case, whose common benefit work is
made available to the Plaintiffs' Steering Committee and the Official Committee.  Common
Fund participants may include member representatives serving on the Official Committee, to the
extent the services they perform are for the common benefit of multiple tort victims.

DRAFT – For Discussion Purposes



DRAFT – For Discussion Purposes

DRAFT – For Discussion Purposes

DRAFT – For Discussion Purposes



IT IS SO ORDERED.

_____

The Honorable F. Dennis Saylor IV
United States District Judge

Dated:   May ___, 2013