UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To: <br><br> *Devilli v. Ameridose, LLC, et al.* <br> Civil Action No. 1:13-11167 | MDL No. 1:13-md-2419-FDS |

## ORDER

AND NOW this ____ day of _____, 2014 upon consideration of the motion of the plaintiffs' steering committee for a case management order providing for an assessment to fund a common benefit account and any responses thereto, it is hereby ORDERED and DECREED that said motion is DENIED.

BY THE COURT:

_____
J.