# EXHIBIT 4

**MINUTE ENTRY**
**FALLON, J.**
**August 9, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | **MDL NO. 1355** |
| **IN RE: PROPULSID** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION "L"** |
| | : | |
| | : | **JUDGE FALLON** |
| ......................................... : | | |

**THIS DOCUMENT RELATES TO ALL CASES:**

A telephone status conference was held on this date. In attendance were Jim Irwin, Chuck Preuss, and Monique Garsaud for the defendants and Russ Hermann and Leonard Davis for the plaintiffs.

In a Minute Entry dated July 24, 2002, this Court ordered State Liaison Counsel Bob Wright to submit "a report indicating which cases originating in the U.S. District Court for the Eastern District of Louisiana will be *ready* for trial" in November and December of 2002. On August 2, 2002 this Court received what appeared to be a list of such cases. The purpose of the status conference was to discuss the number and type of cases among those listed which would be set for trial in November and December of 2002. Counsel for plaintiffs shall report to the Court by Monday, August 12, 2002 designating the cases which shall be set for trial as follows. One case per week shall be set for trial in each of the following weeks: November 12 - 15 and November 18 - 22. Two cases per week shall be set for trial in each of the following weeks: December 2 - 6; December 9 - 13; and December 16 - 20.

The Court informed the parties that the cases selected for trial should be fairly representative of the diverse claims raised in the multidistrict litigation. Counsel for defendants shall advise the Court if they believe the cases selected by counsel for plaintiffs are not fairly representative.

At the status conference the Court also ordered counsel for defendants to detail and provide to plaintiffs by Wednesday, August 14, 2002 the categories of information as to which Dr. Mark Klausner, M.D. may serve as a Rule 30(b)(6) witness.