UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
                                       )
                                       )
IN RE:   NEW ENGLAND                   )   MDL No. 1:13-md-2419-FDS
COMPOUNDING PHARMACY, INC.             )
PRODUCTS LIABILITY LITIGATION          )
                                       )
This Document Relates To:              )
                                       )
All Actions                            )
                                       )
_____ )

### RESPONSE OF INTERESTED PLAINTIFFS' COUNSEL TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR ENTRY OF CASE MANAGEMENT ORDER ESTABLISHING ASSESSMENT PROCEDURES TO FUND COMMON BENEFIT ACCOUNTS

Undersigned counsel respectfully submits this response to the Plaintiffs' Steering Committee's (PSC) motion for entry of a case management order establishing assessment procedures to fund the common benefit account. The PSC has requested a hold-back from every recovery by plaintiffs in MDL No. 2419 and Participating Parties in non-MDL cases in an amount of eight percent.

Undersigned counsel does not object to a preliminary eight percent (8%) hold-back at this time.

The purpose of this filing is to reserve the right to object and/or weigh-in on the final hold-back amount, if it becomes necessary. The eight percent (8%) request may be

fair, or it may not be fair. Ultimately, it will depend upon circumstances and factors currently unknown.

                      Respectfully submitted,

                      /s/ Randall L. Kinnard
                      Randall L. Kinnard
                      Daniel L. Clayton
                      KINNARD, CLAYTON & BEVERIDGE
                      127 Woodmont Boulevard
                      Nashville, Tennessee 37205
                      Telephone:   (615) 297-1007
                      Facsimile:    (615) 297-1505
                      rkinnard@KCBattys.com
                      dclayton@KCBattys.com

                      /s/ William D. Leader, Jr.
                      William D. Leader, Jr.
                      George H. Nolan
                      LEADER, BULSO & NOLAN, PLC
                      414 Union Street
                      Suite 1740
                      Nashville, Tennessee 37219
                      Telephone:    (615) 780-4100
                      Facsimile:     (615) 780-4101
                      bleader@leaderbulso.com
                      gnolan@leaderbulso.com

**CERTIFICATE OF SERVICE**

I, Randall L. Kinnard, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:  January 31, 2014

   /s/ Randall L. Kinnard
Randall L. Kinnard