# EXHIBIT "A"

```
 1                   UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
 2


 3


 4   IN RE:  NEW ENGLAND              )  MDL NO. 13-02419-FDS
     COMPOUNDING                      )
 5   PHARMACY CASES LITIGATION        )
                                      )
 6                                    )
                                      )
 7                                    )
                                      )
 8
                 BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV
 9


10


11
                         STATUS CONFERENCE
12


13


14


15        John Joseph Moakley United States Courthouse
                        Courtroom No. 2
16                     One Courthouse Way
                        Boston, MA 02210
17


18                      January 10, 2014
                           1:30 p.m.
19


20


21


22


23            Valerie A. O'Hara, FCRR, RPR
                   Official Court Reporter
24        John Joseph Moakley United States Courthouse
                 One Courthouse Way, Room 3204
25                    Boston, MA 02210
                E-mail: vaohara@gmail.com
```

```
 1   APPEARANCES:

 2   For The Plaintiffs:

 3       Hagens, Berman, Sobol, Shapiro LLP, by THOMAS M.
     SOBOL, ESQ. and KRISTEN JOHNSON PARKER, ATTORNEY,
 4   55 Cambridge Parkway, Suite 301, Cambridge,
     Massachusetts  02142;
 5
         Janet, Jenner & Suggs, LLC, KIMBERLY A. DOUGHERTY,
 6   ATTORNEY, 75 Arlington Street, Suite 500, Boston,
     Massachusetts  02116;
 7
         Crandall & Katt, by PATRICK THOMAS FENNELL, ESQ.,
 8   366 Elm Avenue, SW, Roanoke, VA 24016;

 9       Branstetter, Stranch & Jennings, PLLC, by BEN GASTEL,
     ESQ., ESQ., 227 Second Avenue North, Nashville,
10   Tennessee 37201-1631;

11       Law Offices of Mark Zamora and Associates,
     MARK ZAMORA, ESQ., 5 Concourse Parkway, Suite 2350
12   Atlanta, Georgia  30328

13
     FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:
14
         Brown Rudnick, by DAVID J. MOLTON, ESQ., Seven Times
15   Square, New York, New York 10036;

16       Brown Rudnick, by KIERSTEN A. TAYLOR, ATTORNEY,
     One Financial Center, Boston, Massachusetts  02111;
17
         Harris Beach PLLC, by FREDERICK H. FERN, ESQ.,
18   100 Wall Street, New York, New York  10005;

19       Tucker & Ellis LLP, by MATTHEW P. MORIARTY, ESQ.,
     1150 Huntington Building, 925 Euclid Avenue, Cleveland,
20   Ohio 44115-1414;

21       Michaels, Ward & Rabinovitz LLP, by DAN RABINOVITZ,
     ESQ., One Beacon Street, Boston, Massachusetts 02108;
22
         Todd & Weld LLP, by CHRISTOPHER R. O'HARA, ESQ. and
23   CORRINA L. HALE, ATTORNEY, 28 State Street, 31st Floor,
     Boston, Massachusetts 02109;
24
         Ulmer & Berne LLP, by JOSHUA A. KLARFELD, ESQ.,
25   1660 West 2nd Street, Suite 1100, Cleveland, OH
     44113-1448;
```

```
 1   For the Defendants(CONTINUED):

 2       Donoghue, Barrett & Singal, P.C., by MICHELLE R.
     PEIRCE, ATTORNEY, ESQ., One Beacon Street, Boston,
 3   Massachusetts  02108-3106;

 4       Donovan & Hatem, LLP, by KRISTEN R. RAGOSTA, ESQ.,
     Two Seaport Lane, Boston, Massachusetts  02210;
 5
         Nutter, McClennen & Fish LLP, by SARAH P. KELLY,
 6   ATTORNEY, World Trade Center West, 155 Seaport
     Boulevard, Boston, Massachusetts  02210-2604;
 7
         Fulbright & Jaworski, LLP, by MARCY H. GREER,
 8   ATTORNEY and YVONNE K. PUIG, ATTORNEY, 98 San Jacinto
     Blvd, Suite 1100, Austin, Texas 78701;
 9
         Law Offices of Jay J. Blumberg, ESQ., by JAY J.
10   BLUMBERG, ESQ., 158 Delaware Street, P.O. Box 68,
     Woodbury, New Jersey  08096;
11
         Curley & Curley, P.C., by LISABETH RYAN KUNDERT,
12   ATTORNEY, 27 School Street, Boston, Massachusetts
     02108;
13
         Sloane and Walsh, ROBERT A. GAYNOR, ESQ.,
14   Three Center Plaza, Boston, Massachusetts
     02108;
15
     FOR PAUL D. MOORE, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE
16   OF NECP, INC.:

17       Duane Morris LLP by MICHAEL R. GOTTFRIED,
     ESQ., 100 High Street, Suite 2400, Boston, Massachusetts
18   02110-1724;

19
     VIA PHONE FOR THE PLAINTIFFS:
20
     Melvin B. Wright
21   David Gibson
     John Fishwick
22   Greg Lyons
     James Stephen King
23   Mary Gidaro
     Matthew Barsenas
24   Frank Federico
     Michael Coren
25   Harry Roth
     Will Riley
```

```
 1    VIA PHONE FOR THE PLAINTIFFS (CONTINUED):

 2    Terry Dawes
      Robert Briley
 3    Edward (Ned) Mulligan
      Karren Schaeffer
 4    Deborah Gresco-Blackburn
      Chris Cain
 5    Laura Pittner
      Jonathan Griffith
 6    Sharon Houston
      Leslie Muse
 7    Jonathan Krohnfeldt
      Sean Roth
 8    Mark Dancer
      Dan Myers
 9    Ann Mandt
      Steven Resnick
10    Alex Apostolou
      Patrick Montoya
11    Frederick (Rick) Ellis
      Nolan Nicely
12    S. James Boumil
      Robert Randall
13    Brent Brown
      Amanda Williams
14    George Nolan
      Evan Baker
15    Lauren Ellerman
      Nicole Kreklau
16    Daniel Clayton
      Lisa Esser-Weidenfeller
17    Scott Kaminski
      Kristi Osterday
18    Douglas Mulvaney`
      Ed Jazlowiecki
19    Stephen W. Mullins
      Bill Leader
20    Daniel Frith
      Bryan Bleichner
21    Rebbecca Blair
      Elliot Olsen
22    Mark Abramowitz
      Stephanie Arndt
23    Robert Young
      Bridget Stratton
24    J. Kyle Roby
      Mark Chalos
25    Ted Corvey
      Nolan Nicely
```

```
 1   VIA PHONE FOR THE PLAINTIFFS (CONTINUED):

 2   Steffani Cochran
     Rick Morgan
 3   Anthony Agudelo
     Steffani Cochran
 4
     VIA PHONE FOR THE DEFENDANTS:
 5
     Stephen A. Grossman
 6   Nichole Dorman
     Jason D Lewis
 7   Joseph R. Lang
     Chris J. Tardio
 8   Matthew Cline

 9   ALSO APPEARING VIA TELEPHONE:

10   Jacqueline Palank, Wall Street Journal

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
         1  some clarification as to whether you're going to be
         2  handling that because we're hearing a lot about meet and
         3  confer.  We are working on protocols, we are exchanging
         4  them, but they're kind of in no man's land right now.
         5             THE COURT:  Why don't I do this.  Certainly
         6  as to the St. Thomas entities that you represent, I'm
         7  going to direct the parties to meet and confer on the
         8  discovery plan.  I may spin some of this off to
         9  Magistrate Judge Boal, I may keep it, I don't know, but
02:27PM 10  certainly it makes sense for you all to get together and
        11  talk about what you think makes sense to see if you can
        12  agree, and we'll handle it that way.  Okay.
        13             MS. GREER:  Okay.
        14             THE COURT:  Does that work?
        15             MS. GREER:  Does that go for the deposition
        16  protocol and my protocol are kind of --
        17             THE COURT:  I was thinking of discovery
        18  protocol, which, in other words, discovery from
        19  plaintiffs are going to be dealt with in the short term,
02:27PM 20  the fact sheets and so forth.  Discovery from your
        21  client's perspective, I want you to meet and confer and
        22  talk about a possible plan.  I don't know what the ESI
        23  issues are, I don't know what the volume of documents
        24  are.  I don't have any idea what the issues are, and
        25  step 1 is for you to confer with one another, and as
```

1  Mr. Sobol suggested, if you can agree on a plan, that's
2  great, if you can't, let's tee it up, I may decide it, I
3  may refer it to Magistrate Judge Boal, and we'll go from
4  there.
5              MS. GREER:  Our thinking, right or wrong,
6  was that the discovery plan we talked about in sequence,
7  you had talked about having written discovery first and
8  then depositions, et cetera.
9              THE COURT:  That's usually the way it works.
10             MS. GREER:  Usually in my experience, and
11 then separate from that would be an ESI protocol that
12 just deals with the ESI issue which would be cumbersome
13 documents and just deals with the separate protocol, and
14 we have been working on drafts of those, so I just
15 wanted to make sure that you understood how this is
16 playing out kind of in the real world, and we're okay
17 with that.
18             THE COURT:  All right.  That's fine.  Again,
19 from my perspective, what I want is I want there to be
20 some degree of planning, I want it to be fair, I want
21 this to be as organized as it can be under the
22 circumstances.  Obviously, I'm doing a lot of this kind
23 of ad hoc, but as in any case before you take discovery
24 from the other side, there needs to be some kind of plan
25 in place or order that directs and sets deadlines and so

02:28PM (line 10)
02:29PM (line 20)

```
              1   on, so why don't we get working on that.
              2              If your client is in the cross-hairs and it
              3   looks like it is, you need to meet and confer with the
              4   plaintiffs' counsel and try to come up with either a
              5   joint plan or a pair of proposals that I can choose
              6   between.
              7              MS. GREER:  Will do.
              8              THE COURT:  If you want intelligent
              9   commentary on any ESI protocol, you may have to find
  02:29PM   10   another Judge.  I'm not sure I'm the right person for
             11   that.
             12              Item 9, notice of instructions for accessing
             13   repository.
             14              MS. PARKER:  Yes, your Honor, the
             15   plaintiffs' steering committee sent a letter to all
             16   defendants in the MDL, both unaffiliated and affiliated,
             17   sharing information about the document repositories and
             18   also providing some instructions for how access to those
             19   repositories can be gained.  Out of an abundance of
  02:30PM   20   caution, we also took the liberty of ECFing a notice of
             21   those instructions to make sure that every participant
             22   in the MDL understood how those repositories could be
             23   accessed.
             24              THE COURT:  Okay.  Anything else on that?
             25              (No response)
```

```
 1                    C E R T I F I C A T E

 2

 3   UNITED STATES DISTRICT COURT )

 4   DISTRICT OF MASSACHUSETTS ) ss.

 5   CITY OF BOSTON )

 6

 7        I do hereby certify that the foregoing

 8   transcript, Pages 1 through 70 inclusive, was recorded

 9   by me stenographically at the time and place aforesaid

10   in MDL NO. 13-02419-FDS, IN RE:  NEW ENGLAND COMPOUNDING

11   PHARMACY CASES LITIGATION and thereafter by me reduced

12   to typewriting and is a true and accurate record of the

13   proceedings.

14             Dated this January 22, 2014.

15                       s/s Valerie A. O'Hara

16                       _____

17                       VALERIE A. O'HARA

18                       OFFICIAL COURT REPORTER
```