# Exhibit A

| | **Table Denoting Differences Between Competing Proposed Plaintiff Profile Forms** | | |
|---|---|---|---|
| **Category of Information**[1] | **Information Provided in PSC's Proposal**[2] | **Information Provided in TN Def.'s Proposal**[3] | **Information Provided in STE's Proposal**[4] |
| Length of Profile Form | 10 pages<br>28 questions<br>2 doc. requests | 14 pages[5]<br>50 questions<br>4 doc. requests | 18 pages<br>58 questions<br>9 doc. requests |
| A. Timeframe | 5 year timeframe[6] | 10 year timeframe | 10 year timeframe |
| B. Basic Demographic Information | No information | #s 16-19<br>Disclose:<br>1. Last 4 digits of SSN<br>2. Date and Place of Birth<br>3. Gender<br>4. Driver's License No. and Issuing State | #s 18-21<br>Disclose:<br>1. Full SSN<br>2. Date and Place of Birth<br>3. Gender<br>4. Driver's License No. and Issuing State |
| C. Other Lawsuits | No information | #s 4, 14<br>Identify:<br>1. Other Suits Filed re: NECC Products<br>2. Previous Personal Injury Suits | #s 4, 15<br>Identify:<br>1. Other Suits Filed re: NECC Products<br>2. Previous Personal Injury Suits |

---

[1] Each row is labeled with the corresponding subsection of the Tennessee Defendants' contemporaneously-filed Response addressing the questions at issue.

[2] The numbers following the "#" correspond to the relevant question numbers from the PSC's proposed profile form.

[3] The numbers following the "#" correspond to the relevant question numbers from the Tennessee Defendants' proposed profile form.

[4] The numbers following the "#" correspond to the relevant question numbers from the Saint Thomas Entities' proposed profile form.

[5] The Tennessee Defendants added some spacing to their proposed form to improve formatting which adds at least a page to it. When formatted like the other two proposed profile forms, the Tennessee Defendants' proposed profile form is 14 pages long. *See, e.g.,* pages 6, 13 of the Tennessee Defendants' proposed profile form.

[6] Except for two questions, #s 9, 22.

2

| | | | | |
|---|---|---|---|---|
| D. | Illnesses Allegedly Caused by NECC MPA | No information | #s 31-36<br>Disclose:<br>1. Symptoms Experienced<br>2. Whether Injury was Diagnosed by Physician<br>3. Whether Physician Said NECC MPA Caused Injury<br>4. Aggravation of Preexisting Condition | #s 38-43<br>Disclose:<br>1. Symptoms Experienced<br>2. Whether Injury was Diagnosed by Physician<br>3. Whether Physician Said NECC MPA Caused Injury<br>4. Aggravation of Preexisting Condition |
| E. | Communications re: NECC Products | No Information | # 38, doc. requests 3, 4<br>Describe:<br>1. Conversations re: NECC Product with Health Care Providers<br>Produce:<br>2. Warnings re: NECC Products | # 45, doc. requests 5, 8<br>Describe:<br>1. Conversations re: NECC Product with Health Care Providers<br>Produce:<br>2. Warnings re: NECC Products |
| F. | Loss of Income | # 4<br>Disclose:<br>1. Total Amount of Income Lost | #s 5, 7<br>Disclose:<br>1. Total Amount of Income Lost<br>2. Explanation of Calculation of Total Lost Income<br>3. Current Annual Income<br>4. Annual Income at Time of Injury<br>5. Whether Income Loss is Ongoing | #s 5, 7<br>Disclose:<br>1. Total Amount of Income Lost<br>2. Explanation of Calculation of Total Lost Income<br>3. Current Annual Income<br>4. Annual Income at Time of Injury |
| G. | Loss of Consortium | No information | #s 23, 25<br>Disclose:<br>1. Whether Claiming Loss of Consortium<br>2. Who is Claiming Loss of Consortium<br>3. Spouse's Date of Birth and Occupation | #s 23, 25<br>Disclose:<br>1. Whether Claiming Loss of Consortium<br>2. Who is Claiming Loss of Consortium<br>3. Spouse's Date of Birth and Occupation |

| H. Personal Medical History | # 23 Disclose: <ol><li>Myocardial infarction (MI) or heart attack,</li><li>Hypertension</li><li>Stroke</li><li>Diabetes</li><li>Cirrhosis</li><li>Congestive heart failure</li><li>Hepatitis</li><li>Chronic obstructive pulmonary disease (COPD)</li><li>Arteriosclerosis</li><li>Kidney Failure-Acute Renal Failure, ESRD</li></ol> | # 44 Disclose: <ol><li>High cholesterol</li><li>Hypertension/high blood pressure</li><li>Diabetes</li><li>Neuropathy</li><li>Thyroid disorder</li><li>Arthritis/joint pain</li><li>Chronic pain</li><li>Autoimmune disease (including HIV, AIDS, or Crohn's disease)</li><li>Myocardial infarction (MI), heart attack, or other heart disease</li><li>Stroke or transient ischemic attacks (TIAs)</li><li>Chronic obstructive pulmonary disease (COPD) or other respiratory disease</li><li>Liver disease or jaundice</li><li>Metabolic syndrome</li><li>Enlarged prostate</li><li>Arteriosclerosis (hardening of the arteries) or other vascular disease</li><li>Osteomyelitis</li><li>Spinal abscess</li><li>Cirrhosis</li><li>Hepatitis</li><li>Kidney failure (end stage renal failure, dialysis)</li><li>Depression</li></ol> | # 52 Disclose: <ol><li>High cholesterol</li><li>Hypertension/high blood pressure</li><li>Diabetes</li><li>Neuropathy</li><li>Thyroid disorder</li><li>Arthritis/joint pain</li><li>Chronic pain</li><li>Autoimmune disease (including HIV, AIDS, or Crohn's disease)</li><li>Congestive Heart Failure</li><li>Myocardial infarction (MI), heart attack, or other heart disease</li><li>Stroke or transient ischemic attacks (TIAs)</li><li>Chronic obstructive pulmonary disease (COPD) or other respiratory disease</li><li>Liver disease or jaundice</li><li>Metabolic syndrome</li><li>Enlarged prostate</li><li>Arteriosclerosis (hardening of the arteries) or other vascular disease</li><li>Osteomyelitis</li><li>Spinal abscess</li><li>Cirrhosis</li><li>Hepatitis</li><li>Kidney failure (end stage renal failure, dialysis)</li><li>Depression</li></ol> |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| I. | Family Medical History | No information | # 26<br>Disclose:<br>1. Illness[7] | #s 29, 30<br>Disclose:<br>1. Illness[8]<br>2. Family Member<br>3. Date of Death<br>4. Cause of Death |
| J. | Substance Abuse | No information | #s 42, 43<br>Disclose:<br>1. Only Periods of Regular Drug Use<br>2. Only Periods of Alcohol Use Exceeding 10 Drinks per Week | #s 49, 50<br>Disclose:<br>1. Any Alcohol Use<br>2. Any Drug Use |
| K. | Identification of Treating Health Care Providers | # 26<br>Identify:<br>1. Physicians Only<br>2. Address<br>3. Dates of Treatment | # 47<br>Identify:<br>1. All Health Care Providers<br>2. Address<br>3. Dates of Treatment<br>4. Diagnosis & Treatment | #s 55, 57<br>Identify:<br>1. All Health Care Providers<br>2. Address<br>3. Dates of Treatment |
| L. | Medication Use | No information | # 23<br>Medications used:<br>1. Pain Relievers<br>2. Disease-Modifying Agents/Fungal Medications<br>3. Steroids<br>4. Injectable Medications | # 53<br>Medications used:<br>1. Pain Relievers<br>2. Insulin or Glucose-Lowering Agents<br>3. Lipid-Lowering Agents<br>4. Disease-Modifying Agents/Fungal Medications<br>5. Steroids<br>6. Injectable Medications |
| M. | Disability and Workers' Comp. | #s 5, 6<br>Disclose:<br>1. Disability/WC Benefits Received<br>2. Year<br>3. Nature of Disability | #s 9-13<br>Disclose:<br>1. Disability/WC Benefits Received<br>2. Year<br>3. Nature of Disability<br>4. Length of Disability | #s 9-13<br>Disclose:<br>1. Disability/WC Benefits Received<br>2. Year<br>3. Nature of Disability<br>4. Length of Disability |

---

[7] The illnesses that must be disclosed are the same as those listed in Row H immediately above.

[8] The illnesses that must be disclosed are immune disorders (e.g., HIV, AIDS,), autoimmune disorders (Crohn's disease, lupus, etc.), arthritis/joint pain, chronic pain, diabetes, heart attack, cardiac disease, high cholesterol, high blood pressure, blood clots, coronary artery disease, congestive heart failure, deep vein thrombosis, vascular disease, transient ischemic attack, or stroke.

4

| N. Lienholders | # 7<br>Disclose:<br>1. Name of Lienholder | # 15<br>Disclose:<br>1. Name of Lienholder<br>2. Address of Lienholder | # 16<br>Disclose:<br>1. Name of Lienholder<br>2. Address of Lienholder |
|---|---|---|---|
| O. Mental Health Treatment | #s 18, 19<br>Disclose:<br>1. Name of Treatment Provider<br>2. Condition | # 37<br>Disclose:<br>1. Name of Treatment Provider<br>2. Dates of Treatment<br>3. Address<br>4. Diagnosis and Treatment | # 44<br>Disclose:<br>1. Name of Treatment Provider<br>2. Dates of Treatment<br>3. Address<br>4. Diagnosis and Treatment |
| P. Autopsy Report | Not Required | Doc. request # 2 | Not Required |