| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Cases** | **IN THE**<br><br>**UNITED STATES DISTRICT COURT**<br><br>**DISTRICT OF MASSACHUSETTS**<br><br>**CASE NO.: MDL NO. 1:13-md-02419**<br><br>**Hon. F. Dennis Saylor, IV** |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Steering Committee's Motion to Compel Production, for a Finding of Civil Contempt and for an Award of Sanctions (the Motions) and the memorandum of Opposition filed by non-party Respondent Baltimore Pain Management Center, it is on this _____ day of _____ 2014, herby:

ORDERED that the Motions are denied.

_____
Judge
United States District Court

{MD069913.1}