UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates To: ) <br> ) <br>     All Cases ) | MDL No. 1:13-md-02419 <br><br> Hon. F. Dennis Saylor, IV |

### REQUEST FOR ORAL ARGUMENT

COME NOW the Roanoke Virginia, Frith & Ellerman Plaintiffs,[1] by counsel, to enter a special appearance and request to be heard by telephone in opposition to the Trustee's Renewed and Supplemental Motion to Transfer, MDL No. 732, during the Court's upcoming status conference set for February 6, 2014, at 1:30 p.m.

                                        Respectfully submitted,

                                        ROANOKE FRITH & ELLERMAN PLAINTIFFS

                                        /s/ Lauren Ellerman
                                        _____
                                        By Counsel

T. Daniel Frith, III, Esquire (VSB #22065)
Lauren M. Ellerman, Esquire (VSB #68464)
Robert E. Dean, II, Esquire (VSB #80288)
FRITH & ELLERMAN LAW FIRM, PC
P. O. Box 8248
Roanoke, VA 24014
Telephone: (540) 985-0098
Facsimile: (540) 985-9198



    *Counsel for the Roanoke Frith & Ellerman Plaintiffs*

---

[1] Chance Baker, Patrick Johnston, and Ferman Wertz (the "Roanoke Frith & Ellerman Plaintiffs") filed claims against Insight Health Corp., Insight Health Services Corp., Image Guided Pain Management, P.C., John Mathis, M.D., and Robert O'Brien, M.D., in Virginia state court.

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on this 3rd day of February 2014, a true and exact copy of the foregoing was filed with this Court's CM/ECF filing system, thereby providing electronic notice to those counsel of record listed below who are registered users of the system.

The undersigned also certifies that on this 3rd day of February 2014, a true and exact copy of the foregoing was mailed to the following counsel of record:

Michael R. Gottfried, Esq.
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724

   *Counsel for the Chapter 11 Trustee*

Stephen D. Busch, Esq.
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

   *Counsel for Insight Health Corp., Insight Health Services Corp.,
   and Insight Health Services Holding Corp.*

John E. Jessee, Esq.
LECLAIRRYAN, A PROFESSIONAL CORPORATION
1800 Wells Fargo Tower, Drawer 1200
Roanoke, VA 24006

   *Counsel for Robert O'Brien, MD, John M. Mathis, MD,
   and Image Guided Pain Management, PC*





/s/ Lauren Ellerman
_____