| | |
|---|---|
| **From:** | Kristen Johnson Parker <kristenjp@hbsslaw.com> |
| **Sent:** | Monday, January 06, 2014 6:12 PM |
| **To:** | Alex Apostolou; Alyson Oliver; Ann Mandt; Anthony Tarricone; Antje Bourdages; Brent Brown; bshively@riverwalklaw.com; Chris Coffin; Courtney Church; cshadwell@bsbplaw.com; Dan Frith; Dan Gustafson; Daniel Myers; djones@slblawfirm.com; Doug Peters; dpfeifer@pilawyers.com; Edwin Pancake; Elisha Hawk; Evan Baker; Forest Horne; Frank Prokos; Gale Pearson; Geoffrey Fieger; hhodek@ddc-law.com; Ian M. McCallister; Jaime Kendall; Jason Denton; Jeff Travers; Jessica Perez; jnace@paulsonandnace.com; John Griffith; john@alexanderandangelas.com; Karl Cambronne; Keith Moore; Kristi Osterday; Lauren Ellerman; Lisa Ann Thomas; Mark Dancer; Mark Dancer; Matthew Clark; Michael Derrick; Mike Hugo; mike@lawmike.com; miller@starrausten.com; Ned Mulligan; Nicole Kreklau; nrnicely@aol.com; Paula Taylor; Peter Malouf; Phil Bean; rellis@ellisrapacki.com; Rob Briley; Robert Jenner; Robert Pryor; Robert Sanders; Robert Wilson; Ruben Honik; Ryan Quinn; Scott Kaminski; Sean Roth; Sexton, Scott; Sharon Houston; Sheri Peterson; Steve Mullins; Steve Resnick; tcochran@cochranfoley.com; Ted Corvey; Thomas G. Shapiro; Tom Martin; Tracy Wess; trmurphy@trmlaw.net; Will Moody Jr. |
| **Cc:** | Thomas Sobol; Mike Barker; Edward Notargiacomo; 'Kimberly A. Dougherty' (kdougherty@myadvocates.com); T. Fennell Patrick; gerards@branstetterlaw.com; Fredric Ellis; Mark Zamora; Marc Lipton (Marc@liptonlaw.com); Chalos, Mark P. (mchalos@lchb.com) |
| **Subject:** | NECC:  Urgent Information about Deadlines |
| **Attachments:** | Bar date order.pdf; NECC - PITWD Addendum.docx; 09-27-13 Bar Date Claim Form (Clean).pdf; 09-27-13 Bar Date Notice (Clean).pdf |

Plaintiffs' Counsel,

As a reminder, the bar date for submitting proofs of claim in the bankruptcy is **January 15, 2014** at **4:00 PM Eastern**. Copies of the bar date order and notice are attached.

If you do not submit a claim on behalf of your client that is **received** by January 15, 2014 at 4:00 PM Eastern, then it is possible that **your client may never be able to recover** from **any person or entity related in any way to the use of a NECC product**, including but not limited to any claim for mislabeling or malpractice that your client may have against a pain clinic, hospital, doctor, or other medical provider relating to a NECC product.  This is true regardless of whether your client has suffered an illness or side-effect to date.

You must file both **a proof of claim** and a **PITWD addendum** for each claimant.  Copies of each form are attached.

The proof of claim and the PITWD addendum must be submitted to the claims agent, Donlin Recano.  Please do not file claims with the bankruptcy court.

If you are sending the Proof of Claim and PITWD Addendum by mail, send them to:
Donlin, Recano & Company, Inc.
Re: New England Compounding Pharmacy, Inc.
P.O. Box 2053
Murray Hill Station
New York, NY 10156

If you are sending the Proof of Claim and PITWD Addendum by overnight courier or hand delivery, send to:

1                                                **EXHIBIT 1**

Donlin, Recano & Company, Inc.
Re: New England Compounding Pharmacy, Inc.
419 Park Avenue South, Suite 1206
New York, NY 10016

If you need the name of an individual to put down on a Fed Ex/UPS delivery slip, you may list Mr. Rommel Mapa (the director of the "Claims" department at Donlin Recano).

Both the proof of claim form and the PITWD addendum should be signed by the claimant/victim -- not by the lawyer.

Plaintiffs' attorneys should file proofs of claims and addendum's for each claimant. We suggest filing separate forms for a spouse or child making a loss of consortium of other claim.

If you have any questions, please do not hesitate to call or email me (kristenjp@hbsslaw.com), Tom Sobol (tom@hbsslaw.com), or any member of the Plaintiffs' Steering Committee.


**Kristen Johnson Parker** | Partner
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301 - Cambridge, MA  02142
Direct: (617) 475-1961
Email kristenjp@hbsslaw.com | www.hbsslaw.com | HBSS Blog



Named to 2011 **Plaintiff's Hot List** by *The National Law Journal*

