UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

JOINT MOTION FOR ORDER TO SET BRIEFING SCHEDULE AND
REQUEST FOR ORAL ARGUMENT

The Plaintiffs' Steering Committee (the "PSC") and counsel for the following parties: Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, a Professional Corporation, John W. Culclasure, MD, Debra V. Schamberg, RN; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC, Saint Thomas Health, Saint Thomas Hospital West f/k/a Saint Thomas Hospital, Saint Thomas Network, Ascension, and Ascension Health (collectively, the "Tennessee Defendants") met and conferred in order to establish a briefing schedule for the Tennessee Defendant's Rule 12 motions to dismiss and the previously filed Motion For Summary Judgment (Dkt. No. 774).  As a result of that meet and confer, the parties have agreed to the following briefing schedule:

1. The Tennessee Defendants will complete briefing on their global motions to dismiss on **February 7, 2014**.

2. The PSC will file a Rule 56(d) response to Dkt. No. 774 on **February 21, 2014**.

3. The PSC will file its oppositions to the motions to dismiss filed by the Tennessee Defendants no later than **March 28, 2014**.

4. The Tennessee Defendants will file a reply to the motions to dismiss no later than **May 7, 2014** or 40 days after the PSC files its opposition, whichever is

earlier.

The parties respectfully request that the Court enter the attached order to formalize the above-described briefing schedule.

In addition, pursuant to Local Rule 7.1(d), the parties request that the Court reserve a date for oral argument of the above described dispositive motions. Given that several of the subject motions involve important and complex issues of first impression under Tennessee law, the parties agree that oral argument may assist the Court in deciding those motions.

Dated: February 3, 2014  Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcentercom

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

/s/ Sarah P. Kelly_____
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000

*Counsel for Saint Thomas Health, Saint Thomas West Hospital f/k/a Saint Thomas Hospital, and Saint Thomas Network*


/s/ Chris Tardio_____
C.J. Gideon (admitted *pro hac vice*)
Chris Tardio (admitted *pro hac vice*)
Matthew H. Cline
John-Mark Zini
315 Deadrick St., Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

*Counsel for Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, a Professional Corporation, John W. Culclasure, MD, Debra V. Schamberg, RN; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC*

4

**CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 3, 2014

                                          **/s/ J. Gerard Stranch, IV**
                                          J. Gerard Stranch, IV