UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:   NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> This matter relates to: <br><br>    All Actions | ) ) ) ) ) )   MDL No. 1:13-md-2419-FDS ) ) ) ) |

**ORDER**

On February 3, 2014, the Plaintiffs' Steering Committee and counsel for Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, a Professional Corporation, John W. Culclasure, MD, Debra V. Schamberg, RN; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC, Saint Thomas Health, Saint Thomas Hospital West f/k/a Saint Thomas Hospital, Saint Thomas Network, Ascension, and Ascension Health Alliance (collectively, the "Tennessee Defendants") filed a Joint Motion for Order to Set Briefing Schedule And Request for Oral Argument (the "Motion"). The Court finds good cause for the Motion and hereby grants the Motion and orders as follows:

1. The Tennessee Defendants will complete briefing on their global motions to dismiss on February 7, 2014.

2. The PSC will file a Rule 56(d) to Dkt. No. 774 on February 21, 2014.

3. The PSC will file its oppositions to the motions to dismiss filed by the Tennessee Defendants no later than March 28, 2014.

4. The Tennessee Defendants will file a reply to the motions to dismiss no later than May 7, 2014 or 40 days after the PSC files its opposition, whichever is earlier.

5. Oral argument of the subject motions is scheduled for _____.

1

**So Ordered.**

                                                                                                        F. Dennis Saylor IV
                                                                                                        United States District Judge

Dated: _____, 2014