UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND )
COMPOUNDING PHARMACY, INC. ) MDL No. 2419
PRODUCTS LIABILITY LITIGATION ) Dkt. No. 1:13-md-2419-FDS
)
)
This Document Relates to: )
)
All cases )

### AFFIDAVIT OF ALAN S. BEAN IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF TENNESSEE )
)
COUNTY OF DAVIDSON )

After being duly sworn, the affiant, Alan S. Bean, testifies pursuant to the procedures for admission *Pro Hac Vice* set forth in the Court's Order of January 30, 2014, [Dkt. 827]:

1. I am an attorney with the law firm Gideon, Cooper & Essary, PLLC, located at 315 Deaderick Street, Suite 1100, Nashville, TN 37238.

2. I was admitted to the State Bar of Tennessee in 2007.

3. I was admitted to practice before the U.S. District Court of Tennessee for the Middle District.

4. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

5. I represent the following parties in cases currently pending regarding New England Compounding Pharmacy, Inc., Case No. 1:13-md-2419: Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John W. Culclasure, MD; Debra V. Schamberg, RN; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; Kenneth Lister, MD, PC.; and Donald E. Jones, MD.

6. I have accessed the Local Rules for the U.S. District Court for the District of Massachusetts online in an effort to familiarize myself with the rules prior to appearing in relation to this matter.

7. If admitted, I agree to abide by all applicable laws and rules governing the conduct of attorneys in this court.

Further affiant saith not.

*Alan S. Bean*

Sworn and subscribed to before me this 3rd day of February, 2014.

*Notary Public*

My commission expires: My Commission Expires MAY 20, 2014