UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND
COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

MDL No. 1:13-md-2419-FDS

This Document Relates To:

    All Actions

NECC MEDIATION PROGRAM
PARTICIPATION NOTICE AND AGREEMENT

The undersigned hereby give(s) notice that he, she, or it is agreeing to participate in the NECC mediation program as set forth by the Court's Order on Mediation Program of August 15, 2013, entered in *In re New England Compounding Pharmacy, Inc., Products Liability Litigation*, MDL No. 1:13-md-2419-FDS ("the MDL").

By executing and filing this Participation Notice and Agreement in the MDL, the undersigned hereby stipulates, agrees, and covenants to the terms of, and agrees to be bound by, the provisions of the Court's Order on Mediation Program.

IN WITNESS WHEREOF, and intending to be legally bound hereby, the undersigned execute this Participation Notice and Agreement as their voluntary act.

_____
Signature

| | |
|---|---|
| Name: | Frank Prokos, Esq. |
| Title of person signing, if on behalf of an organization: | |
| Contact information:<br>Address:<br>Email:<br>Phone Number: | 11 Vanderbilt Ave., Suite 105<br>Norwood MA 02062<br>FProkos@prokoslaw.com |
| Names of facilities operated or associated with, if applicable: | |
| Name, firm name, address, phone number, and email address of attorney representing participant in mediation: | Frank Prokos, Esq  (508) 404-1101  FProkos@prokoslaw.com<br>Law Office of Frank Prokos, LLC<br>11 Vanderbilt Ave. Ste. 105<br>Norwood MA 02062 |

(Attach additional pages if necessary)

2

## CERTIFICATE OF SERVICE

I, Frank Prokos, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

/s/ Frank Prokos
---

Frank Prokos, Esq.
Law Office of Frank Prokos, LLC
11 Vanderbilt Avenue, Suite 105
Norwood, MA 02062
(508) 404-1101
BBO# 557596

Date: 02/14/14