UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Master Dkt. No. 1:13-md-2419-FDS |
| This Document Relates To:<br>All Cases | |

### NOTICE OF APPEARANCE OF JAMES C. REHNQUIST

Pursuant to Local Rule 83.5.2(a), please enter the appearance of James C. Rehnquist of Goodwin Procter LLP in the above-captioned matter as counsel on behalf of Defendant UniFirst Corporation.

Dated: February 4, 2014

Respectfully submitted,

/s/ James C. Rehnquist
James C. Rehnquist (BBO # 552602)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, Massachusetts 02109-2881
Tel.: 617.570.1000
Fax.: 617.523.1231
jrehnquist@goodwinprocter.com

1

ACTIVE/71279761.1

## **CERTIFICATE OF SERVICE**

      I, James C. Rehnquist, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on February 4, 2014.

      /s/ James C. Rehnquist