UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 <br><br> Master Dkt. No. 1:13-md-2419-FDS |
| This Document Relates To: <br> All Cases |  |

## NOTICE OF APPEARANCE OF DAMIAN W. WILMOT

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Damian W. Wilmot of Goodwin Procter LLP in the above-captioned matter as counsel on behalf of Defendant UniFirst Corporation.

Dated: February 4, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Damian W. Wilmot
　　　　　　　　　　　　　　　　　　　　　James C. Rehnquist (BBO # 552602)
　　　　　　　　　　　　　　　　　　　　　Roberto M. Braceras (BBO # 566816)
　　　　　　　　　　　　　　　　　　　　　Abigail K. Hemani (BBO # 650721)
　　　　　　　　　　　　　　　　　　　　　Damian W. Wilmot (BBO # 648693)
　　　　　　　　　　　　　　　　　　　　　**GOODWIN PROCTER LLP**
　　　　　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02109-2881
　　　　　　　　　　　　　　　　　　　　　Tel.: 617.570.1000
　　　　　　　　　　　　　　　　　　　　　Fax.: 617.523.1231
　　　　　　　　　　　　　　　　　　　　　jrehnquist@goodwinprocter.com
　　　　　　　　　　　　　　　　　　　　　rbraceras@goodwinprocter.com
　　　　　　　　　　　　　　　　　　　　　ahemani@goodwinprocter.com
　　　　　　　　　　　　　　　　　　　　　dwilmot@goodwinprocter.com

## CERTIFICATE OF SERVICE

      I, Damian W. Wilmot, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on February 4, 2014.

                                        /s/ Damian W. Wilmot