# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| This Document Relates To: All Cases | |

MDL No. 2419

Master Dkt. No. 1:13-md-2419-FDS

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT UNIFIRST CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3,

Defendant UniFirst Corporation ("UniFirst"), by and through its attorneys, hereby discloses that:

There is no "parent corporation" to UniFirst, and no "publicly held corporation" owns

10% or more of UniFirst's stock.

Dated: February 4, 2014

Respectfully submitted,

/s/ James C. Rehnquist
James C. Rehnquist (BBO # 552602)
Roberto M. Braceras (BBO # 566816)
Abigail K. Hemani (BBO # 650721)
Damian W. Wilmot (BBO # 648693)
Josh L. Launer (BBO # 673661)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, Massachusetts 02109-2881
Tel.: 617.570.1000
Fax.: 617.523.1231
jrehnquist@goodwinprocter.com
rbraceras@goodwinprocter.com
ahemani@goodwinprocter.com
dwilmot@goodwinprocter.com
jlauner@goodwinprocter.com

*Attorneys for Defendant UniFirst Corporation*

## CERTIFICATE OF SERVICE

I, James C. Rehnquist, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on February 4, 2014.

/s/ James C. Rehnquist_____

ACTIVE/71258073.1