# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
_____ )  MDL No. 2419
) Dkt. No 1:13-md-2419 (FDS)
THIS DOCUMENT RELATES TO: )
)
All Actions )
)

## AFFIDAVIT OF C.J. GIDEON, JR.

STATE OF TENNESSEE
COUNTY OF DAVIDSON

Comes C.J. Gideon, Jr., after first being duly sworn, and states as follows:

1. I am over 18 years of age, have personal knowledge of the facts contained herein, and am competent to testify to same.

2. I am a principal with the law firm of Gideon, Cooper & Essary in Nashville, Tennessee. I am lead counsel for various Tennessee Defendants. I represent the following Tennessee Defendants whose cases have been consolidated before this Honorable Court:

   a. Saint Thomas Outpatient Neurosurgical Center, LLC,

   b. Howell Allen Clinic, a Professional Corporation,

   c. John W. Culclasure, M.D.,

   d. Debra V. Schamberg, R.N.,

   e. Specialty Surgery Center, Crossville, PLLC,

   f. Kenneth R. Lister, M.D.,

   g. Kenneth Lister, M.D., PC., and

   h. Donald E. Jones, M.D.

3. I am currently scheduled to participate as the lead counsel for trials on the following dates:

    a. March 17, 2014 – *Williams vs. Heritage Medical Center* (the trial should take two to three weeks).

    b. May 5, 2014 – *Sandoval vs. Memorial Family Practice Associates, LLC* (the trial should take two weeks).

    c. June 2, 2014 – *Foster vs. Skyridge Medical Center* (the trial should take four weeks).

    d. September 22, 2014 – *Owens vs. Stanley Meers, M.D.* (the trial should take two weeks).

    e. October 6, 2014 – *Jay Raja, M.D. vs. Englewood Community Hospital* (the trial should take three weeks).

    f. November 10, 2014 – *Flickinger v. Jeffrey Gleason, M.D.* (the trial should take one week).

    g. December 1, 2014 – *Dearmon vs. Barry Brown, M.D.* (the trial should take one week).

4. I will actively participate in the discovery process in the NECC MDL.

_____
(Signature of Affiant)

STATE OF TENNESSEE    )
    )
COUNTY OF DAVIDSON    )

Sworn to and subscribed by me on this 5th day of February, 2014.

_____
Cindy R. Alexander
(Notary Public)

My Commission Expires:

MY COMMISSION EXPIRES
November 15, 2016