## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITTY LIGATION<br><br>v.<br><br>This Document Relates to:<br><br>All Cases | MDL No. 13-md-2419-FDS |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Peter G. Hermes, of Hermes Netburn O'Connor & Spearing, P.C. as counsel for the Defendant, Liberty Industries, Inc. in the above-referenced civil action.

                                                                             LIBERTY INDUSTRIES, INC.,
                                                                             By its attorney,

                                                                             */s/ PETER G. HERMES*
                                                                             Peter G. Hermes, BBO No. 231840
                                                                             phermes@hermesnetburn.com
                                                                             HERMES NETBURN O'CONNOR
                                                                               & SPEARING, P.C.
                                                                             265 Franklin Street, 7th Floor
                                                                             Boston, MA 02110
                                                                             (617) 728-0050 (T)
Dated: February 6, 2014                     (617) 728-0052 (F)

2

**CERTIFICATE OF SERVICE**

  Pursuant to Local Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on February 6, 2014.

              */s/ PETER G. HERMES*
              Peter G. Hermes

G:\DOCS\SSS\Great American\NECC\newfolder\Notice of Appearance - PGH.doc