## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

### MOTION OF THE PLAINTIFFS' STEERING COMMITTEE FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION FOR ENTRY OF COMMON BENEFIT ORDER

The Plaintiffs' Steering Committee ("PSC") respectfully move, in accordance with Rule 7.1(b)(3) of the Local Rules of the United States District Court for the District of Massachusetts, for leave to file a Reply to the responses to the PSC's Motion for Entry of Common Benefit Order (Dkt. No. 790).[1]

In light of the arguments advanced in response to the PSC's motion, the PSC respectfully requests the Court grant them leave to file a brief written reply in order to address those arguments that were raised for the first time by the Chapter 11 Trustee, the Official Committee of Unsecured Creditors and others. A copy of the proposed Reply is attached hereto as Exhibit 1.

---

[1] Limited Objections filed by the Chapter 11 Trustee of the New England Compounding Pharmacy, Inc. ("Trustee Br.") (Dkt. No. 834), Limited Objections filed by the Official Committee of Unsecured Creditors ("OCC Br.") (Dkt. No. 833), Response Filed by Certain Members of the Official Committee of Unsecured Creditors ("Members' Br.") (Dkt. No. 830), Opposition Filed by Plaintiffs Dale and Allison Devilli (Dkt. No. 836), and Response of Interested Plaintiffs' Counsel (Dkt. No. 839).

Dated:  February 6, 2014        Respectfully submitted,


By:  /s/ *Thomas M. Sobol*
        Thomas M. Sobol

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcentercom

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue
Suite 365

Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, Thomas Sobol, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 6, 2014.

Dated: February 6, 2014                             */s/ Thomas M. Sobol*
                                                                            Thomas M. Sobol