UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCT ) <br> LIABILITY LITIGATION ) <br> ) <br> _____ ) | MDL No. 2419 <br><br> Dkt. No. 1:13-md-2419 (FDS) |

## SUMMARY OF NOTICE OF VOLUNTARY DISMISSALS WITHOUT PREJUDICE AS TO DEFENDANT NEW ENGLAND COMPOUNDING PHARMACY, INC. PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the following listed Plaintiffs voluntarily dismissed their claims against Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center without prejudice on February 4, 2014. Those notices were filed through the individual case numbers listed below.

1. *William E. Johnson and Sandra J. Johnson v New England Compounding Pharmacy, Inc*.; Individual Case No. 1:13-cv-10818;

2. *Dana Scott Pruitt and Lesa Shadowhawk, Surviving Adult Children of Elizabeth A. Pruitt, v New England Compounding Pharmacy, Inc*.; Individual Case No. 1:13-cv-10941;

3. *Reba M. Skelton and Roy H. Skelton v New England Compounding Pharmacy, Inc*.; Individual Case No. 1:13-cv-11149.

Respectfully submitted,

*/s/* Daniel L. Clayton

Randall L. Kinnard
Daniel L. Clayton
KINNARD, CLAYTON & BEVERDIGE
The Woodlawn
127 Woodmont Boulevard
Nashville, TN  37205

(615) 297-1007
(615) 297-1505 (fax)
rkinnard@kcbattys.com
dclayton@kcbattys.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I, Daniel L. Clayton, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   February 6, 2014

/s/  Daniel L. Clayton
Daniel L. Clayton