UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCT ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> _____ ) | MDL No. 2419 <br> Dkt. No. 1:13-md-2419 (FDS) |

### SUMMARY OF JOINT STIPULATIONS OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NEW ENGLAND COMPOUNDING PHARMACY, INC. PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the following listed plaintiffs and defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC") by and through counsel, stipulated to the dismissal of plaintiffs' claims without prejudice against defendant NECC, with each party to bear its own costs and attorneys' fees. These stipulations were filed under the individual docket numbers listed below on February 4, 2014.

1. *Laura Brinton v New England Compounding Pharmacy, Inc.*; Individual Case No. 1:13-cv-10472;

2. *Kathy J. Chambers v New England Compounding Pharmacy, Inc.*; Individual Case No. 1:13-cv-10452;

3. *Stella M. Miller v New England Compounding Pharmacy, Inc.*; Individual Case No. 1:13-cv-10465;

4. *Becky Ragland, Surviving Spouse of J.W. Ragland, v New England Compounding Pharmacy, Inc.*; Individual Case No. 1:13-cv-10451;

5. *Janet M. Russell and Robert P. Russell v New England Compounding Pharmacy, Inc.*; Individual Case No. 1:13-cv-10473;

6. *Colette Rybinski, Surviving Spouse of Thomas Warren Rybinski, v New England Compounding Pharmacy, Inc.*; Individual Case No. 1:13-cv-10472;

7. *John Jay Slatton and Leann Slatton v New England Compounding Pharmacy, Inc.*; Individual Case No. 1:13-cv-10462;

8. *Anna M. Sullivan and Dale Sullivan, Jr., v New England Compounding Pharmacy, Inc.*; Individual Case No. 1:13-cv-10468.

**Stipulated By:**

*/s/* Daniel L. Clayton

Randall L. Kinnard
Daniel L. Clayton
KINNARD, CLAYTON & BEVERDIGE
The Woodlawn
127 Woodmont Boulevard
Nashville, TN  37205
(615) 297-1007
(615) 297-1505 (fax)

rkinnard@kcbattys.com
dclayton@kcbattys.com

**Attorneys for Plaintiff**


**Stipulated By:**

*/s/* Frederick H. Fern

Frederick H. Fern
HARRIS BEACH, PLLC,
100 Wall Street
New York, NY 10005
Telephone:  (212) 687-0100
Direct Dial (212) 313-5495
Fax:  (212) 687-0659

**Specially Retained Coordinating Defense Counsel to Chapter 11 Trustee**

**CERTIFICATE OF SERVICE**

I, Daniel L. Clayton, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   February 6, 2014

/s/ Daniel L. Clayton
Daniel L. Clayton