UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | )<br>)<br>)<br>) MDL No. 1:13-md-2419-FDS<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Michael R. Gottfried, hereby certify that on February 6, 2014, I caused the following documents, filed through the ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF):

- *Joint Motion by the Chapter 11 Trustee and the Official Committee of Unsecured Creditors for Leave to File a Response to the Roanoke Gentry Locke Plaintiffs' Reply to the Omnibus Reply and Opposition of the Chapter 11 Trustee and the Official Committee of Unsecured Creditors and the Statement of Insight Health Corp.* [Doc. No. 860]; and
- *Joint Response of the Chapter 11 Trustee and the Official Committee of Unsecured Creditors to the Roanoke Gentry Locke Plaintiffs' Reply to the Omnibus Reply and Opposition of the Chapter 11 Trustee and the Official Committee of Unsecured Creditors and the Statement of Insight Health Corp.* [Doc. No. 861].

*/s/ Michael R. Gottfried*
Michael R. Gottfried (BBO #542156)
100 High Street
Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200
Email: mrgottfried@duanemorris.com