**PRINDLE, AMARO, GOETZ,**
**HILLYARD, BARNES & REINHOLTZ LLP**
Jack R. Reinholtz, Esq. (Bar No. 149884)
Cynthia A. Palin, Esq. (Bar No. 143486)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
jreinholtz@prindlelaw.com
cpalin@prindlelaw.com
ADMR 0136

Attorneys for Encino Outpatient Surgery Center

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENTS RELATES TO:<br><br>All Cases | MDL No. 2419<br>Dkt. No. 1:13-md-02419<br><br>Hon. F. Dennis Saylor, IV |

## REQUEST FOR REMOVAL FROM SERVICE LIST

TO THE COURT, ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Encino Outpatient Surgery Center, Inc. requests it be removed from the Court's service list and the proof of service of all parties. Encino Outpatient Surgery Center, Inc. is not a party to this litigation but was served with a subpoena by Plaintiff's Steering Committee. Encino Outpatient Surgery Center, Inc. has complied with the subpoena and should be removed from all service lists.

1

DATED: February ___, 2014

PRINDLE, AMARO, GOETZ,
HILLYARD, BARNES & REINHOLTZ LLP

By: _____
JACK R. REINHOLTZ
CYNTHIA A. PALIN
Attorneys for Encino Outpatient
Surgery Center

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on July ___, 2013 using the CM/EFC system which sent notifications of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

DATED: February ___ 2014                PRINDLE, AMARO, GOETZ,
                                        HILLYARD, BARNES & REINHOLTZ LLP


                                        By:_____
                                            JACK R. REINHOLTZ
                                            CYNTHIA A. PALIN
                                            Attorneys for Encino Outpatient
                                            Surgery Center