UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**JOINT MOTION FOR ORDER TO SET BRIEFING SCHEDULE AND REQUEST FOR ORAL ARGUMENT**

The Plaintiffs' Steering Committee (the "PSC) and counsel for the following parties: Premier Orthpaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Assocaites, Premier Orthopaedic Assocaites Surgical Center, LLC, and Kimberley Yvette Smith, M.D., a/k/a Kimberley Yvette Smith-Martin, M.D. (collectively, the "Premier Defendants"), conferred in order to establish a briefing schedule for the Premier Defendants' Rule 12(b)(6) Motion to Dismiss (Dkt. No. 831). As a result, the parties have agreed to the following briefing schedule:

1. The PSC will file its opposition to the Motion to Dismiss filed by the Premier Defendants no later that **March 7, 2014**;

2. The Premier Defendants will file a reply to the Motion to Dismiss no later than **March 21, 2014**.

The parties respectfully request that the Court enter the attached order to formalize the above-described briefing schedule.

In addition, pursuant to Local Rule 7.1(d), the parties request that the Court reserve a date for oral argument of the above-referenced Motion to Dismiss.

| | |
|---|---|
| **Dated: <u>February 7, 2014</u>** | Respectfully submitted, |

| | |
|---|---|
| <u>/s/ Jay J. Blumberg</u> | <u>/s/ Steven D. Resnick</u> |
| Jay J. Blumberg, Esquire | Steven D. Resnick, Esquire |
| Christopher M. Wolk, Esquire | **GOLOMB & HONIK, P.C.** |
| **BLUMBERG & WOLK, LLC** | 1515 Market Street, Suite 1100 |
| 158 Delaware Street | Philadelphia, PA 19102 |
| P.O. Box 68 | Phone: (215) 985-9177 |
| Woodbury, NJ  08096 | Fax:    (215) 985-4169 |
| Phone: (856) 848-7472 | Email: sresnick@golombhonik.com |
| Fax:    (856) 848-8012 | |
| Email: jblumberg@blumberglawoffices.com | Mary T. Gidaro, Esquire |
|            cwolk@blumberglawoffices.com | **SALTZ MONGELUZZI BARRETT** |
| | **  & BENDESKY, P.C.** |
| *Counsel for Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Assocaites, Premier Orthopaedic Assocaites Surgical Center, LLC, and Kimberley Yvette Smith, M.D., a/k/a Kimberley Yvette Smith-Martin, M.D.* | One Liberty Place, 52nd Floor |
| | 1650 Market Street |
| | Philadelphia, PA 19103 |
| | Phone: (215) 575-2979 |
| | Fax:    (215) 496-0999 |
| | Email: mtgidaro@smbb.com |
| | |
| | *Co-Chairs for New Jersey, as designated by the Plaintiffs' Steering Committee* |
| | |
| | <u>/s/ Mark Zamora</u> |
| | Mark Zamora, Esquire |
| | **ZAMORA FIRM** |
| | 6 Concourse Way, 22nd Floor |
| | Atlanta, GA  30328 |
| | Phone: (404) 451-7781 |
| | Fax:    (404) 506-9223 |
| | Email: marc@markzamora.com |
| | |
| | *Plaintiffs' Steering Committee and New Jersey Liaison* |

Elizabeth J. Cabraser, Esquire
Mark P. Chalos, Esquire
Annika K. Martin, Esquire
**LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP**
150 Fourth Avenue North, Suite 1650
Nashville, TN  37219
Phone: (615) 313-9000
Fax:     (615) 313-9965
Email: ecabraser@lchb.com
       mchalos@lchb.com
       akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton, Esquire
**LIPTON LAW**
18930 W. 10 Mile Road
Southfield, MI  48075
Phone: (248) 557-1688
Fax:     (248) 557-6344
Email: marc@liptonlawcenter.com

Patrick T. Fennell, Esquire
**CRANDALL & KATT**
366 Elm Avenue, S.W.
Roanoke, VA  24016
Phone: (540) 342-2000
Email: pfennel@crandalllaw.com

Thomas M. Sobol, Esquire
Kristen Johnson Parker, Esquire
**HAGENS BERMAN SOBOL
   SHAPIRO, LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Phone: (617) 482-3700
Fax:     (617) 482-3003
Email: tom@hbsslaw.com
       kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Kim Dougherty, Esquire
**JANET, JENNER & SUGGS, LLC**
31 St. James Avenue, Suite 365
Boston, MA  02116
Phone: (617) 933-1265
Email:  kdougherty@myadvocates.com

**SO ORDERED**.

Dated: _____

                        _____
                        **HONORABLE F. DENNIS SAYLOR, IV
                        U.S. DISTRICT COURT JUDGE**

-4-

**CERTIFICATE OF SERVICE**

     I, Steven D. Resnick, hereby certify that I caused a copy of the above Joint Motion for Order to Set Briefing Schedule and Request for Oral Argument to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

**Dated: February 7, 2014**

                                                                 */s/ Steven D. Resnick*
                                                                  Steven D. Resnick, Esquire