UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>    All Actions | )<br>)<br>)   MDL No. 1:13-md-2419-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AMENDED ORDER ON
### CENTRAL ENFORCEMENT OF SUBPOENAS

**SAYLOR, J.**

This order amends the Order on Central Enforcement of Subpoenas (Docket No. 193), issued June 21, 2013.

The Court has previously determined that it has the authority to enforce subpoenas issued out of the MDL and exercised that authority with respect to certain subpoenas. The Court finds that continuing to centrally enforce all subpoenas issued out the MDL will best promote efficiency and the interests of justice.

Accordingly, it is hereby ORDERED as follows:

1. This Court will centrally enforce all subpoenas issued out of the MDL.

2. Any objections or motions to quash subpoenas issued out of the MDL shall be filed directly into the MDL. Attorneys are permitted to make a limited appearance for the purposes of contesting a subpoena without being deemed to otherwise consent to the jurisdiction of this Court.

3. Any objections to subpoenas issued after July 10, 2013, shall be heard on such date as is convenient for the Court.

4. This Order shall not affect this Court's November 13, 2013 Order on Motions to Quash and Objections to Subpoenas as it currently applies.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: February 7, 2014