UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>   All Actions | )<br>)<br>)    MDL No. 1:13-md-2419-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF RECUSAL

**SAYLOR, J.**

Under 28 U.S.C. § 455(a), a United States District Judge must disqualify himself from any proceeding "in which his impartiality might reasonably be questioned."  In this matter, two of the attorneys for defendant Unifirst Corporation a/d/b/a Uniclean Cleanroom Services, James C. Rehnquist and Roberto M. Braceras of Goodwin Procter LLP, are personal friends.  Because my impartiality might reasonably be questioned were I to preside in this matter, I hereby disqualify myself from this proceeding.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  February 7, 2014