# EXHIBIT A

**Exhibit A to Saint Thomas Entities' Global Motion to Dismiss***

| Plaintiff | Case Style | Original Complaint Filed | Amended Short Form Complaint Filed | MDL Case No. | Plaintiff's Counsel |
|---|---|---|---|---|---|
| Adamson, Barbara L., surviving daughter of Margaret B. White, Deceased | Adamson v. Ameridose, LLC, et al | 09/19/13 | 12/19/13 | 1:13-cv-12734 | Kinnard, Clayton & Beveridge |
| Barger, Vickie; Peggy Sumner; Lisa Maddox; Shenia Altom; Wayne McWhorter; John Edward Jones; Claudia Ellis; Virginia Swann; Angela May; Anthony Clay Morris; Gary Wayne Waddey; Samuel Groves; Betty Smiley | Barger, et al v. Ameridose, LLC, et al | 09/17/13 | 12/20/13 | 1:13-cv-12619 | English, Lucas, Priest & Owsley |
| Barnard, Robert | Barnard v. Ameridose, LLC, et al | 09/20/13 | 12/19/13 | 1:13-cv-12738 | Branstetter, Stranch & Jennings |
| Bequette, Ann and Walter L., Jr. | Bequette, et al v. Ameridose, LLC, et al | 09/09/13 | 12/19/13 | 1:13-cv-12429 | Leader, Bulso & Nolan |
| Berry, Fredia | Berry v. Ameridose, LLC, et al | 09/20/13 | 12/19/13 | 1:13-cv-12838 | Branstetter, Stranch & Jennings |
| Besaw, Travis; Donna Branham; Ben Bratcher; Barbara Campbell; Theresa Carroll; Billy Joe Coleman; Danny Evans; Ellen Glatman; Dorris Jordan; Melanie Miller; Dorothy Naseef; Larry Ken Pierce; Melanie Stinson; Blake Taylor; Rondal Turner; Krissy Wilkinson | Besaw, et al v. Ameridose, LLC, et al | 09/17/13 | 12/20/13 | 1:13-cv-12604 | English, Lucas, Priest & Owsley |
| Bland, Carolyn and Leon | Bland, et al v. Ameridose, LLC, et al | 07/17/13 | 12/19/13 | 1:13-cv-11881 | Leader, Bulso & Nolan |
| Brinton, Laura | Brinton v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12612 | Kinnard, Clayton & Beveridge |
| Brock, Denis and Jerry Brandt Brock | Brock, et al v. Ameridose, LLC, et al | 09/19/13 | 12/26/13 | 1:13-CV-12731 | Galligan & Newman |
| Bryant, Bertrum Walker, Jr. individually and as husband and next kin of decendant [sic] Margaret Rhea Bryant | Bryant v. Ameridose, LLC, et al | 09/19/13 | 12/26/13 | 1:13-cv-12668 | Galligan & Newman |
| Burns, Ronda and Larry | Burns, et al v. Ameridose, LLC, et al | 09/19/13 | 12/26/13 | 1:13-cv-12697 | Galligan & Newman |

1

**Exhibit A to Saint Thomas Entities' Global Motion to Dismiss***

| Plaintiff | Case Style | Original Complaint Filed | Amended Short Form Complaint Filed | MDL Case No. | Plaintiff's Counsel |
|---|---|---|---|---|---|
| Carman, Cindy A. and Billy | Carman, et al v. Ameridose, LLC, et al | 08/21/13 | 12/19/13 | 1:13-cv-12238 | Donoho, Taylor & Taylor |
| Chambers, Kathy J. | Chambers, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12591 | Kinnard, Clayton & Beveridge |
| Davis, Thomas Randy and Naomi | Davis, et al v. Ameridose, LLC, et al | 09/06/13 | 12/19/13 | 1:13-cv-12426 | Rochelle, McCulloch & Aulds |
| Demps, Jerry | Demps v. Ameridose, LLC, et al | 09/26/13 | 12/26/13 | 1:13-cv-12840 | Galligan & Newman |
| Denson, Bobbie | Denson v. Ameridose, LLC, et al | 09/20/13 | 12/18/13 | 1:13-cv-12729 | Lieff, Cabraser, Heimann & Bernstein |
| Deol, Amarjit K. and Satnam | Deol, et al v. Ameridose, LLC, et al | 09/30/13 | 12/19/13 | 1:13-cv-12841 | Leader, Bulso & Nolan |
| Devine, Willie May Toney | Devine v. Ameridose, LLC, et al | 09/20/13 | 12/18/13 | 1:13-cv-12667 | Law Office of Blair P. Durham/Lieff Cabraser Heimann & Bernstein |
| Eggleston, Sue C. and Richard A. | Eggleston, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12589 | Kinnard, Clayton & Beveridge |
| Ferguson, Rosemary; Jon Kinsey; Charles Lankford | Ferguson, et al v. Ameridose, LLC, et al | 09/17/13 | 12/20/13 | 1:13-cv-12571 | English, Lucas, Priest & Owsley |
| Garland, Virginia, individually and as daughter and next of kin of Effie Estalene C. Morris | Garland v. Ameridose, LLC, et al | 09/18/13 | 12/19/13 | 1:13-cv-12736 | Leader, Bulso & Nolan |
| Gobble, Gayla and Robert | Gobble v. Ameridose, LLC, et al | 10/04/13 | 12/24/13 | 1:13-cv-12480 | Law Office of Jon M. Adler |
| Hester, Robert Scott, administrator of the estate of Helen Marie Prince Hester, deceased; Robert Scott Hester, Jerry Ray Hester, Michael Prince Hester, Helen Louise Burchett, Dianna Marie Thomas, Melba Jo Scott, as surviving children of Helen Marie Prince Hester | Hester, et al v. Ameridose, LLC, et al | 08/30/13 | 12/19/13 | 1:13-cv-12315 | The Blair Law Firm |
| Higdon, Shirley and Henry B. | Higdon, et al v. Ameridose, LLC, et al | 09/20/13 | 12/20/13 | 1:13-cv-12718 | Kramer Crone/Evans Petree |
| Hill, Joanne L. and Philliip E., Sr. | Hill, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12622 | Kinnard, Clayton & Beveridge |

**Exhibit A to Saint Thomas Entities' Global Motion to Dismiss***

| Plaintiff | Case Style | Original Complaint Filed | Amended Short Form Complaint Filed | MDL Case No. | Plaintiff's Counsel |
|---|---|---|---|---|---|
| Hurt, Glenda J. and Robert J. | Hurt, et al v. Ameridose, LLC, et al | 09/17/13 | 12/19/13 | 1:13-cv-12605 | Leader, Bulso & Nolan |
| Johnson, William E., Sr. and Sandra J. | Johnson, et al v. Ameridose, LLC, et al | 09/13/13 | 12/19/13 | 1:13-cv-12621 | Kinnard, Clayton & Beveridge |
| Judd, Kenneth and Judy | Judd, et al v. Ameridose, LLC, et al | 11/14/13 | 12/19/13 | 1:13-CV-13120 | Leader, Bulso & Nolan |
| Kirby, Kelly A. | Kirby v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12592 | Kinnard, Clayton & Beveridge |
| Kirkwood, Joshua and Vanessa | Kirkwood, et al v. Ameridose LLC, et al | 09/05/13 | 12/19/13 | 1:13-cv-12431 | Leader, Bulso & Nolan |
| Knight, Betty L. | Knight v. Ameridose, LLC, et al | 09/13/13 | 12/19/13 | 1:13-cv-12563 | Kinnard, Clayton & Beveridge |
| Knihtila, James R. | Knihtila v. Ameridose, LLC, et al | 09/13/13 | 12/18/13 | 1:13-cv-12576 | Law Office of Blair P. Durham/Lieff Cabraser Heimann & Bernstein |
| Koonce, Carole B. and K. Terry | Koonce, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12590 | Kinnard, Clayton & Beveridge |
| Lemberg, Sondra R. and Daniel S. | Lemberg, et al v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12617 | Kinnard, Clayton & Beveridge |
| Lodowski, Patricia S. and Charles A. | Lodowski, et al v. Ameridose, LLC, et al | 09/13/13 | 12/19/13 | 1:13-cv-12572 | Kinnard, Clayton & Beveridge |
| Lovelace, Joyce J. surviving spouse of Eddie C. Lovelace | Lovelace v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12772 | Kinnard, Clayton & Beveridge |
| Martin, Patricia and Lary Martin, individually and as children and next kin of Mary Neal Martin, deceased | Martin v. Ameridose, LLC, et al | 09/11/13 | 12/19/13 | 1:13-cv-12624 | Leader, Bulso & Nolan |
| Mathias, Herman M. | Mathias v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12574 | Kinnard, Clayton & Beveridge |
| May, Frederick and Loduska | May, et al v. Ameridose, LLC, et al | 08/21/13 | 12/19/13 | 1:13-cv-12234 | Leader, Bulso & Nolan |
| McCulloch, Patricia C. and Larry J. | McCulloch, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12610 | Kinnard, Clayton & Beveridge |
| McElwee, Basil J. and Carla | McElwee, et al v. Ameridose, LLC, et al | 09/13/13 | 12/19/13 | 1:13-cv-12625 | Leader, Bulso & Nolan |
| McKee, Mary E. and Fred T. | McKee, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12779 | Kinnard, Clayton & Beveridge |

3

**Exhibit A to Saint Thomas Entities' Global Motion to Dismiss***

| Plaintiff | Case Style | Original Complaint Filed | Amended Short Form Complaint Filed | MDL Case No. | Plaintiff's Counsel |
|---|---|---|---|---|---|
| McKinney, Joyce | McKinney v. Ameridose, LLC, et al | 09/20/13 | 12/20/13 | 1:13-cv-12692 | Butler Vines & Babb |
| Meeker, Mary L. and John O. | Meeker, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12616 | Kinnard, Clayton & Beveridge |
| Miller, Stella M. | Miller v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12570 | Kinnard, Clayton & Beveridge |
| Minor, Michelle R. and Billy J., Jr. | Minor, et al v. Ameridose, LLC, et al | 09/27/13 | 12/19/13 | 1:13-cv-12836 | Kinnard, Clayton & Beveridge |
| Neely, Virginia Lois | Neely v. Ameridose, LLC, et al | 10/03/13 | 12/20/13 | 1:13-cv-12842 | Schulman, LeRoy & Bennett |
| Noble, Janet M. and Charles E. | Noble, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12606 | Kinnard, Clayton & Beveridge |
| Norwood, Marjorie and Jerry C. | Norwood, et al v. Ameridose, LLC, et al | 09/10/13 | 12/18/13 | 1:13-cv-12430 | Law Office of Blair P. Durham/Lieff Cabraser Heimann & Bernstein |
| O'Brien, Dennis | O'Brien v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al | 09/12/13 | 12/20/13 | 1:13-cv-12759 | Branstetter, Stranch & Jennings |
| Osborne, Clark Kenneth and Sherry | Osborne, et al v. Ameridose, LLC, et al | 09/24/13 | 12/19/13 | 1:13-cv-12739 | Leader, Bulso & Nolan |
| Parman, Mae L. | Parman v. Ameridose, LLC, et al | 09/06/13 | 12/19/13 | 1:13-cv-12433 | Leader, Bulso & Nolan |
| Patel, Pinal individually, as personal representative of the estate of Gokulbhai Maganbhai Patel, deceased, and on behalf of the beneficiaries of the estate | Patel v. Ameridose, LLC, et al | 08/26/13 | 12/20/13 | 1:13-cv-12061 | Janet Jenner & Suggs LLC |
| Peay, Joan M. | Peay v. Ameridose, LLC, et al | 09/27/13 | 12/20/13 | 1:13-cv-12843 | Gilreath & Associates |
| Pellicone, Joseph M. and Patricia C. | Pellicone, et al v. Ameridose, LLC, et al | 09/30/13 | 12/19/13 | 1:13-cv-12916 | Leader, Bulso & Nolan |
| Petlers, Paul H. and Judith | Pelters, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12780 | Kinnard, Clayton & Beveridge |
| Pierce, Terry | Pierce v. Ameridose, LLC, et al | 09/20/13 | 12/19/13 | 1:13-cv-12733 | Branstetter, Stranch & Jennings |
| Pruitt, Dana Scott, Lesa C. Shadowhawk, surviving children of Elizabeth A. Pruitt, deceased | Pruitt, et al v. Ameridose, LLC, et al | 09/17/13 | 12/19/13 | 1:13-cv-12573 | Kinnard, Clayton & Beveridge |

4

**Exhibit A to Saint Thomas Entities' Global Motion to Dismiss***

| Plaintiff | Case Style | Original Complaint Filed | Amended Short Form Complaint Filed | MDL Case No. | Plaintiff's Counsel |
|---|---|---|---|---|---|
| Ragland, Becky W. (surviving spouse of J.W. Ragland) | Ragland v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12778 | Kinnard, Clayton & Beveridge |
| Redkevitch, Ella M. and Neil Z. | Redkevitch, et al v. Ameridose, LLC, et al | 09/18/13 | 12/19/13 | 1:13-cv-12666 | Kinnard, Clayton & Beveridge |
| Reed, Wayne A. individually as husband and next kin of descendant [sic] Diana E. Reed | Reed v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12565 | Leader, Bulso & Nolan |
| Richards, Kevin R. | Richards v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12603 | Leader, Bulso & Nolan |
| Robnett, Reba June and Troy L. | Robnett, et al v. Ameridose, LLC, et al | 09/13/13 | 12/19/13 | 1:13-cv-12613 | Kinnard, Clayton & Beveridge |
| Ruhl, Annette S. and William F. | Ruhl, et al v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12670 | Kinnard, Clayton & Beveridge |
| Russell, Janet M. and Robert P. | Russell, et al v. Ameridose, LLC, et al | 09/17/13 | 12/19/13 | 1:13-cv-12794 | Kinnard, Clayton & Beveridge |
| Rybinski, S. Colette (surviving spouse of Thomas W. Rybinski) | Rybinski v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12818 | Kinnard, Clayton & Beveridge |
| Schulz, Martha F. and Stuart P. | Schulz, et al v. Ameridose, LLC, et al | 09/19/13 | 12/20/13 | 1:13-cv-12311 | Hagens, Berman, Sobol, Shapiro LLP |
| Scott, Jimmy M. and Gwendolyn S. | Scott, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12578 | Kinnard, Clayton & Beveridge |
| Sellers, Harold G. and Patricia S. | Sellers, et al v. Ameridose, LLC, et al | 09/13/13 | 12/18/13 | 1:13-cv-12620 | Law Office of Blair P. Durham/Lieff Cabraser Heimann & Bernstein |
| Settle, Harvell A. and Glenda W. | Settle, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12569 | Kinnard, Clayton & Beveridge |
| Sharer, Lewis Ray and Barbara J. | Sharer, et al v. Ameridose, LLC, et al | 09/13/13 | 12/19/13 | 1:13-cv-12577 | Kinnard, Clayton & Beveridge |
| Skelton, Reba M. and Roy H. | Skelton, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12575 | Kinnard, Clayton & Beveridge |
| Slatton, John Jay and Leann | Slatton, et al v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12618 | Kinnard, Clayton & Beveridge |
| Sullivan, Anna M. and C. Dale | Sullivan, et al v. Ameridose, LLC, et al | 09/17/13 | 12/19/13 | 1:13-cv-12781 | Kinnard, Clayton & Beveridge |
| Taylor, Barbara and Lanny | Taylor, et al v. Ameridose, LLC, et al | 09/19/13 | 12/20/13 | 1:13-cv-12673 | Shuttleworth Williams, PLLC |

**Exhibit A to Saint Thomas Entities' Global Motion to Dismiss***

| Plaintiff | Case Style | Original Complaint Filed | Amended Short Form Complaint Filed | MDL Case No. | Plaintiff's Counsel |
|---|---|---|---|---|---|
| Temple, John L., administrator of the Estate of Reba Chessor Temple, deceased and as surviving child of Reba Chessor Temple, deceased | Temple v. Ameridose, LLC, et al | 09/18/13 | Short Form Complaint Not Filed | 1:13-cv-12696 | Griffith & Roberts PLLC |
| Wanta, Steven R. and Kelley S. | Wanta, et al v. Ameridose, LLC, et al | 09/17/13 | 12/19/13 | 1:13-cv-12623 | Kinnard, Clayton & Beveridge |
| Williams, Matthew, individually and as son and next kin of Earline T. Williams, deceased | Williams v. Ameridose, LLC, et al | 09/10/13 | 12/19/13 | 1:13-cv-12434 | Leader, Bulso & Nolan |
| Wray, Jane R. (a/k/a Beverly Jane Wray) and Gerald W. | Wray, et al v. Ameridose, LLC, et al | 09/20/13 | 12/18/13 | 1:13-cv-12737 | Lieff, Cabraser, Heimann & Bernstein |
| Wylie, Elfreida Hunt and Elton Lee | Wylie, et al v. Ameridose, LLC, et al | 09/04/13 | 12/19/13 | 1:13-cv-12305 | Leader, Bulso & Nolan |
| Young, Annette G. | Young v. Ameridose, LLC, et al | 09/17/13 | 12/19/13 | 1:13-cv-12594 | Kinnard, Clayton & Beveridge |
| Youree, Edna and Ralph | Youree, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12566 | Kinnard, Clayton & Beveridge |
| Ziegler, Adam C. and Sarah D. | Ziegler, et al v. Ameridose, LLC, et al | 09/11/13 | 12/18/13 | 1:13-cv-12588 | Patton & Pittman/Lieff Cabraser Heimann & Bernstein |

* There may be additional cases that raise the same vicarious liability/agency claims against these defendants that are not included in this list because they are: (i) in the process of being transferred to the MDL; (ii) duplicative or misfiled cases; (iii) have not yet been served on these defendants; or (iv) were inadvertently left off due to logistical issues. The Saint Thomas Entities intend their Global Motions to Dismiss to cover all pending cases asserting claims against them stemming from steroids compounded by NECC and reserve the right to amend these lists.