# EXHIBIT B

```
 1                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
 2


 3


 4   IN RE:   NEW ENGLAND              )  MDL NO. 13-02419-FDS
     COMPOUNDING                       )
 5   PHARMACY CASES LITIGATION         )
                                       )
 6                                     )
                                       )
 7                                     )
                                       )
 8
              BEFORE:   THE HONORABLE F. DENNIS SAYLOR, IV
 9


10


11
                          STATUS CONFERENCE
12


13


14


15       John Joseph Moakley United States Courthouse
                       Courtroom No. 2
16                    One Courthouse Way
                       Boston, MA 02210
17


18                    December 13, 2013
                         11:04 a.m.
19


20


21


22


23          Valerie A. O'Hara, FCRR, RPR
                 Official Court Reporter
24       John Joseph Moakley United States Courthouse
             One Courthouse Way, Room 3204
25                Boston, MA 02210
             E-mail: vaohara@gmail.com
```

```
 1   APPEARANCES:

 2   For The Plaintiffs:

 3      Hagens, Berman, Sobol, Shapiro, LLP,
     by KRISTEN JOHNSON PARKER, ATTORNEY, 55 Cambridge
 4   Parkway, Suite 301, Cambridge, Massachusetts 02142;

 5      Ellis & Rapacki LLP, by FREDERIC L. ELLIS, ESQ.,
     85 Merrimac Street, Suite 500, Boston, Massachusetts
 6   02114;

 7      Janet, Jenner & Suggs, LLC, KIMBERLY A. DOUGHERTY,
     ATTORNEY, 75 Arlington Street, Suite 500, Boston,
 8   Massachusetts  02116;

 9      Lieff, Cabraser, Heimann & Bernstein, LLP, by MARK P.
     CHALOS, ESQ., One Nashville Place, 150 Fourth Avenue,
10   North, Suite 1650, Nashville, Tennessee 37219-2423;

11      Crandall & Katt, by PATRICK THOMAS FENNELL, ESQ.,
     366 Elm Avenue, SW, Roanoke, VA 24016;
12
        Leader, Bulso & Nolan, PLC, by WILLIAM D. LEADER,
13   JR., ESQ., 414 Union Street, Suite 1740, Nashville,
     Tennessee 37219-1734;
14
        Branstetter, Stranch & Jennings, PLLC, by J. GERARD
15   STRANCH, IV, ESQ., ESQ., 227 Second Avenue North,
     Nashville, Tennessee 37201-1631;
16

17   FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:

18      Brown Rudnick, by KIERSTEN A. TAYLOR, ATTORNEY,
     One Financial Center, Boston, Massachusetts  02111;
19
        Cohen, Placitella & Roth, P.C., by MICHAEL COREN,
20   ESQ., 2 Commerce Square, 2001 Market Street, Suite 2900,
     Philadelphia, Pennsylvania  19103;
21
        Harris Beach PLLC, by FREDERICK H. FERN, ESQ.,
22   100 Wall Street, New York, New York  10005;

23      Hinshaw & Culbertson LLP, by DANIEL E. TRANEN, ESQ.,
     28 State Street, 24th Floor, Boston, Massachusetts
24   02109;

25
```

```
 1   For the Defendants (Continued):

 2      Tucker & Ellis LLP, by MATTHEW P. MORIARTY, ESQ.,
     1150 Huntington Building, 925 Euclid Avenue, Cleveland,
 3   Ohio 44115-1414;

 4      Michaels, Ward & Rabinovitz LLP, by DAN RABINOVITZ,
     ESQ., One Beacon Street, Boston, Massachusetts 02108;
 5
        Todd & Weld LLP, by CORRINA L. HALE, ESQ. and
 6   CHRISTOPHER WELD, JR., ESQ., 28 State Street,
     31st Floor, Boston, Massachusetts 02109;
 7
        Lawson & Weitzen, LLP, by FRANKLIN H. LEVY, ESQ.,
 8   88 Black Falcon Avenue, Boston, Massachusetts  02210;

 9      Ulmer & Berne LLP, by JOSHUA A. KLARFELD, ESQ.,
     1660 West 2nd Street, Suite 1100, Cleveland, OH
10   44113-1448;

11      Donovan & Hatem, LLP, by KRISTEN R. RAGOSTA, ESQ.,
     Two Seaport Lane, Boston, Massachusetts  02210;
12
        Nutter, McClennen & Fish LLP, by SARAH P. KELLY,
13   ATTORNEY, World Trade Center West, 155 Seaport
     Boulevard, Boston, Massachusetts  02210-2604;
14
        Fulbright & Jaworski, LLP, by MARCY H. GREER,
15   ATTORNEY, 98 San Jacinto Blvd, Suite 1100, Austin, Texas
     78701;
16
        Debevoise & Plimpton LLP, by CARI ALMO WINT,
17   ATTORNEY,  919 Third Avenue, New York, New York 10022;

18      Law Offices of Jay J. Blumberg, ESQ., by JAY J.
     BLUMBERG, ESQ., 158 Delaware Street, P.O. Box 68,
19   Woodbury, New Jersey  08096;

20      Curley & Curley, P.C., by LISABETH RYAN KUNDERT,
     ATTORNEY, 27 School Street, Boston, Massachusetts
21   02108;

22      Morrison, Mahoney, & Miller, LLP, by ANTHONY E.
     ABELN, ESQ., 250 Summer Street, Boston, MA 02210-1181;
23
        Sloane and Walsh, ROBERT A. GAYNOR, ESQ.,
24   Three Center Plaza, Boston, Massachusetts
     02108;
25
```

```
 1   For the Defendants (Continued):

 2       Tucker, Saltzman & Dyer, LLP, by SCOTT J. TUCKER,
     ESQ., 100 Franklin Street, Suite 801,
 3   Boston, MA 02110;

 4
     FOR PAUL D. MOORE, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE
 5   OF NECP, INC.:

 6       Duane Morris LLP by MICHAEL R. GOTTFRIED,
     ESQ., 100 High Street, Suite 2400, Boston, Massachusetts
 7   02110-1724;

 8
     VIA PHONE FOR THE PLAINTIFFS:
 9
     George Nolan
10   Bill Leader
     Jason Eyberg
11   Frank Federico
     Ben Gastel
12   Benjamin Perry
     Susan Bourque
13   Laura Pittner
     James P. Smith, Jr.
14   Scott Kaminski
     Laurie Fitzgerald
15   Rob Briley
     John E. Lyons, Jr.
16   Nolan Nicely
     Kristine A. Osterday
17   Sharon L. Houston
     Ted Corvey
18   David Rashid
     Daniel L. Clayton
19   Jeff J. Keiser
     Deb Gresco-Blackburn
20   Mark Dancer
     Mel Wright
21   Michael G. Derrick
     Jonathan B. Nace
22   Forest Horne
     Nicole Kreklau
23   Terry Cochran
     Evan D. Baker
24   Amanda Williams
     Mitchell A. Toups
25   Harry Roth
     Mike Corren
```

```
 1   VIA PHONE FOR THE PLAINTIFFS (CONTINUED):

 2   George Nolan
     Lauren Ellerman
 3   Rob Randall
     Kristine A. Osterday
 4   Tom Martin
     Christopher T. Cain
 5   Ann Mandt
     Steven D. Resnick
 6   Mary T. Gidaro
     Alyson Oliver
 7   Timothy A. Housholder
     Will Riley
 8   Rebecca Blair
     Terry  Cochran
 9   Bryan L. Bleichner
     J. Stephen King
10   Michael J. Fay
     Elliot Olsen
11   John Thornton
     Anne Andrews
12   Anthony V. Agudelo

13
     VIA PHONE FOR THE DEFENDANTS:
14
     Stephen A. Grossman
15   Nichole Dorman
     Jason D Lewis
16   Joseph R. Lang
     Chris J. Tardio
17

18

19

20

21

22

23

24

25
```

```
         1    are going to go into a discovery pool, and that's going
         2    to be --
         3              THE COURT:  We're not going to wait for a
         4    selection of cases, I want this done upfront.
         5              MR. STRANCH:  Okay.  Well, your Honor, I
         6    mean, we're talking --
         7              THE COURT:  12(b)(6), again, we're going to
         8    basically follow the Rules of Civil Procedure.  Right
         9    upfront, if you're a defendant, you have a right to file
11:34AM  10    a motion that says this does not state a claim upon
        11    relief can be granted.  I may deny them all, I don't
        12    know what I'm going to do, but you have that right, and
        13    I'm going to give them right.
        14              MR. STRANCH:  Your Honor, the short form
        15    Tennessee complaints are going to be filed next week,
        16    and it's my understanding that every lawyer is going to
        17    be filing those short form complaints, and it's my
        18    understanding also that those short form complaints are
        19    going to be very uniform as it relates to allegations
11:34AM 20    against the big St. Thomas entities, and what we've
        21    proposed, and we can move the timing around, is that
        22    they file any global motions that they belief they have
        23    against that, and we can designate one case.
        24              We propose that it be those that go into the
        25    discovery pool, but we can designate a case earlier and
```

```
 1                    C E R T I F I C A T E
 2
 3   UNITED STATES DISTRICT COURT )
 4   DISTRICT OF MASSACHUSETTS ) ss.
 5   CITY OF BOSTON )
 6
 7          I do hereby certify that the foregoing
 8   transcript, Pages 1 through 110 inclusive, was recorded
 9   by me stenographically at the time and place aforesaid
10   in MDL NO. 13-02419-FDS, IN RE:  NEW ENGLAND COMPOUNDING
11   PHARMACY CASES LITIGATION and thereafter by me reduced
12   to typewriting and is a true and accurate record of the
13   proceedings.
14          Dated this December 30, 2013.
15                        s/s Valerie A. O'Hara
16                        _____
17                        VALERIE A. O'HARA
18                        OFFICIAL COURT REPORTER
19
20
21
22
23
24
25
```