# EXHIBIT A

**Exhibit A to Ascension Parties' Global Motion to Dismiss***

| Plaintiff | Case Style | Original Complaint Filed | Amended Short Form Complaint Filed | MDL Case No. | Plaintiff's Counsel |
|---|---|---|---|---|---|
| Adamson, Barbara L., surviving daughter of Margaret B. White, Deceased | Adamson v. Ameridose, LLC, et al | 09/19/13 | 12/19/13 | 1:13-cv-12734 | Kinnard, Clayton & Beveridge |
| Brinton, Laura | Brinton v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12612 | Kinnard, Clayton & Beveridge |
| Brock, Denis and Jerry Brandt Brock | Brock, et al v. Ameridose, LLC, et al | 09/19/13 | 12/26/13 | 1:13-CV-12731 | Galligan & Newman |
| Bryant, Bertrum Walker, Jr. individually and as husband and next kin of decendant [sic] Margaret Rhea Bryant | Bryant v. Ameridose, LLC, et al | 09/19/13 | 12/26/13 | 1:13-cv-12668 | Galligan & Newman |
| Burns, Ronda and Larry | Burns, et al v. Ameridose, LLC, et al | 09/19/13 | 12/26/13 | 1:13-cv-12697 | Galligan & Newman |
| Chambers, Kathy J. | Chambers, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12591 | Kinnard, Clayton & Beveridge |
| Demps, Jerry | Demps v. Ameridose, LLC, et al | 09/26/13 | 12/26/13 | 1:13-cv-12840 | Galligan & Newman |
| Eggleston, Sue C. and Richard A. | Eggleston, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12589 | Kinnard, Clayton & Beveridge |
| Hill, Joanne L. and Philliip E., Sr. | Hill, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12622 | Kinnard, Clayton & Beveridge |
| Johnson, William E., Sr. and Sandra J. | Johnson, et al v. Ameridose, LLC, et al | 09/13/13 | 12/19/13 | 1:13-cv-12621 | Kinnard, Clayton & Beveridge |
| Kirby, Kelly A. | Kirby v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12592 | Kinnard, Clayton & Beveridge |
| Knight, Betty L. | Knight v. Ameridose, LLC, et al | 09/13/13 | 12/19/13 | 1:13-cv-12563 | Kinnard, Clayton & Beveridge |
| Koonce, Carole B. and K. Terry | Koonce, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12590 | Kinnard, Clayton & Beveridge |
| Lemberg, Sondra R. and Daniel S. | Lemberg, et al v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12617 | Kinnard, Clayton & Beveridge |
| Lodowski, Patricia S. and Charles A. | Lodowski, et al v. Ameridose, LLC, et al | 09/13/13 | 12/19/13 | 1:13-cv-12572 | Kinnard, Clayton & Beveridge |
| Lovelace, Joyce J. surviving spouse of Eddie C. Lovelace | Lovelace v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12772 | Kinnard, Clayton & Beveridge |
| Mathias, Herman M. | Mathias v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12574 | Kinnard, Clayton & Beveridge |
| McCulloch, Patricia C. and Larry J. | McCulloch, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12610 | Kinnard, Clayton & Beveridge |
| McKee, Mary E. and Fred T. | McKee, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12779 | Kinnard, Clayton & Beveridge |

**Exhibit A to Ascension Parties' Global Motion to Dismiss***

| Plaintiff | Case Style | Original Complaint Filed | Amended Short Form Complaint Filed | MDL Case No. | Plaintiff's Counsel |
|---|---|---|---|---|---|
| McKinney, Joyce | McKinney v. Ameridose, LLC, et al | 09/20/13 | 12/20/13 | 1:13-cv-12692 | Butler Vines & Babb |
| Meeker, Mary L. and John O. | Meeker, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12616 | Kinnard, Clayton & Beveridge |
| Miller, Stella M. | Miller v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12570 | Kinnard, Clayton & Beveridge |
| Minor, Michelle R. and Billy J., Jr. | Minor, et al v. Ameridose, LLC, et al | 09/27/13 | 12/19/13 | 1:13-cv-12836 | Kinnard, Clayton & Beveridge |
| Noble, Janet M. and Charles E. | Noble, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12606 | Kinnard, Clayton & Beveridge |
| Petlers, Paul H. and Judith | Pelters, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12780 | Kinnard, Clayton & Beveridge |
| Pruitt, Dana Scott, Lesa C. Shadowhawk, surviving children of Elizabeth A. Pruitt, deceased | Pruitt, et al v. Ameridose, LLC, et al | 09/17/13 | 12/19/13 | 1:13-cv-12573 | Kinnard, Clayton & Beveridge |
| Ragland, Becky W. (surviving spouse of J.W. Ragland) | Ragland v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12778 | Kinnard, Clayton & Beveridge |
| Redkevitch, Ella M. and Neil Z. | Redkevitch, et al v. Ameridose, LLC, et al | 09/18/13 | 12/19/13 | 1:13-cv-12666 | Kinnard, Clayton & Beveridge |
| Robnett, Reba June and Troy L. | Robnett, et al v. Ameridose, LLC, et al | 09/13/13 | 12/19/13 | 1:13-cv-12613 | Kinnard, Clayton & Beveridge |
| Ruhl, Annette S. and William F. | Ruhl, et al v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12670 | Kinnard, Clayton & Beveridge |
| Russell, Janet M. and Robert P. | Russell, et al v. Ameridose, LLC, et al | 09/17/13 | 12/19/13 | 1:13-cv-12794 | Kinnard, Clayton & Beveridge |
| Rybinski, S. Colette (surviving spouse of Thomas W. Rybinski) | Rybinski v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12818 | Kinnard, Clayton & Beveridge |
| Scott, Jimmy M. and Gwendolyn S. | Scott, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12578 | Kinnard, Clayton & Beveridge |
| Settle, Harvell A. and Glenda W. | Settle, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12569 | Kinnard, Clayton & Beveridge |
| Sharer, Lewis Ray and Barbara J. | Sharer, et al v. Ameridose, LLC, et al | 09/13/13 | 12/19/13 | 1:13-cv-12577 | Kinnard, Clayton & Beveridge |
| Skelton, Reba M. and Roy H. | Skelton, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12575 | Kinnard, Clayton & Beveridge |
| Slatton, John Jay and Leann | Slatton, et al v. Ameridose, LLC, et al | 09/12/13 | 12/19/13 | 1:13-cv-12618 | Kinnard, Clayton & Beveridge |

**Exhibit A to Ascension Parties' Global Motion to Dismiss***

| Plaintiff | Case Style | Original Complaint Filed | Amended Short Form Complaint Filed | MDL Case No. | Plaintiff's Counsel |
|---|---|---|---|---|---|
| Sullivan, Anna M. and C. Dale | Sullivan, et al v. Ameridose, LLC, et al | 09/17/13 | 12/19/13 | 1:13-cv-12781 | Kinnard, Clayton & Beveridge |
| Wanta, Steven R. and Kelley S. | Wanta, et al v. Ameridose, LLC, et al | 09/17/13 | 12/19/13 | 1:13-cv-12623 | Kinnard, Clayton & Beveridge |
| Young, Annette G. | Young v. Ameridose, LLC, et al | 09/17/13 | 12/19/13 | 1:13-cv-12594 | Kinnard, Clayton & Beveridge |
| Youree, Edna and Ralph | Youree, et al v. Ameridose, LLC, et al | 09/16/13 | 12/19/13 | 1:13-cv-12566 | Kinnard, Clayton & Beveridge |

* There may be additional cases that raise the same vicarious liability/agency claims against these defendants that are not included in this list because they are: (i) in the process of being transferred to the MDL; (ii) duplicative or misfiled cases; (iii) have not yet been served on these defendants; or (iv) were inadvertently left off due to logistical issues.  The Ascension Parties intend their Global Motions to Dismiss to cover all pending cases asserting claims against them stemming from steroids compounded by NECC and reserve the right to amend these lists.