# EXHIBIT A

STATE OF OHIO )
) ss:   **AFFIDAVIT OF ADIL KATABAY, M.D.**
COUNTY OF MARION )

Now comes the Affiant, Adil Katabay, M.D., and being first duly sworn according to the law, states the following to be true:

1. My name is Adil Katabay, M.D. and I am over eighteen (18) years of age. I have personal knowledge of the facts contained within this Affidavit, and I am competent to testify to the matters herein. All of the statements contained in this Affidavit are true and accurate and based on my personal knowledge.

2. I am familiar with the action pending in the United States District Court for the District of Massachusetts, captioned *Brandy L. Cooper and Leon D. Cooper, v. Unifirst Corporation, A/D/B/A Uniclean Cleanroom Services, BKC Pain Specialists, LLC and Adil Katabay, M.D.*, Civil Action No. 1:13-cv-12658, MDL No. 2419, Master Docket No. 1:13-md-2419-FDS, in which I have been named as a Defendant.

3. Through the course of my employment with BKC Pain Specialists, LLC, I provided medical care and treatment to Brandy Cooper, beginning on May 9, 2011. To date, I continue to provide medical care and treatment to Brandy Cooper.

4. Through my position as Brandy Cooper's physician, I have reviewed her medical records relative to the care and treatment she received at BKC Pain Specialists, LLC.

5. Based on my review of said records and the dates of treatment for Brandy Cooper, I have determined that Brandy Cooper did not receive any injections from any of the lots of the contaminated lots of preservative-free methylprednisolone acetate recalled by New England Compounding Pharmacy, Inc. in September and/or October 2012.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ADIL KATABAY, M.D.

Sworn to before me and signed in my presence this 27 day of January, 2014.

_____
NOTARY PUBLIC

ANDY APGEAR
Notary Public, State of Ohio
My Comm. Expires 8-21-2017