| MDL Case Number | Patient | Filing Date | Failed to wait 60 days before filing suit | Failed to provide patient's full name | Failed to give notice to all other health care provider defendants (Barry Cadden, NECC, Ameridose, etc.) | Did not provide HIPAA releases for all notice recipients | HIPAA release does not allow notice recipient to obtain complete medical records | HIPAA release does not describe the medical information to be disclosed | HIPAA release does not identify who may disclose the records | HIPAA release does not identify who may receive the records | HIPAA release does not state the purpose of the disclosure | HIPAA release does not contain an expiration date or termination event | HIPAA release does not have an authorizing signature and/or date | HIPAA release does not have statement regarding health care provider's inability to condition treatment on signing release | HIPAA release does not have required statement re the potential for information to be redisclosed without HIPAA protection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:13-cv-12428 (MDL) | Alexander, John | 9/9/13 | | x | x | x | x | | x | | | | | x | |
| 1:13-cv-12619 (MDL) | Altom, Shenia | 9/17/13 | | x | | x | x | | | x | | | | | |
| 1:13-cv-12619 (MDL) | Barger, Vickie | 9/17/13 | x | x | | x | x | | | x | | | | | |
| 1:13-cv-12738 (MDL) | Barnard, Robert | 9/23/13 | 7/19 ok 9/20 not | x | x | x | | | | | | | | | |
| 1:13-cv-12429 (MDL) | Bequette, Ann | 9/9/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12838 (MDL) | Berry, Fredia | 9/23/13 | 7/19 ok 9/20 not | x | x | x | | | | | | | | | |
| 1:13-cv-12604 (MDL) | Besaw, Travis | 9/17/13 | | x | | x | x | | | x | | | x | | |
| 1:13-cv-11881 (MDL) | Bland, Carolyn | 7/17/13 | 4/5 ok 7/26 not | | x | x | | | | | | | | | |
| 1:13-cv-12604 (MDL) | Branham, Donna | 9/17/13 | | x | | x | x | | | x | | | x | | |
| 1:13-cv-12604 (MDL) | Bratcher, Ben | 9/17/13 | | x | | x | x | | | x | | | x | | |
| 1:13-cv-12596 (MDL) | Bray, Elizabeth | 9/13/13 | x | x | x | x | | | | | | | | | |
| 1:13-cv-12612 (MDL) | Brinton, Laura | 9/12/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12731 (MDL) | Brock, Denis | 9/19/13 | | x | x | x | x timeframe | | | | | | | | |
| 1:13-cv-12668 (MDL) | Bryant, Margaret | 9/19/13 | | | x | x | x timeframe | | | | | | | | |
| 1:13-cv-12679 (MDL) | Bumgarner, Peggy | 9/18/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12697 (MDL) | Burns, Ronda | 9/19/13 | | x | x | x | x timeframe | x | | | | | | | |
| 1:13-cv-12604 (MDL) | Campbell, Barbara | 9/17/13 | | x | | x | x | | | x | | | x | | |
| 1:13-cv-12238 (MDL) | Carman, Cindy | 8/21/13 | x | x | x | x | x | | x | | | | | | |
| 1:13-cv-12604 (MDL) | Carroll, Theresa | 9/17/13 | | x | | x | x | | | x | | | x | | |

| MDL Case Number | Patient | Filing Date | Failed to wait 60 days before filing suit | Failed to provide patient's full name | Failed to give notice to all other health care provider defendants (Barry Cadden, NECC, Ameridose, etc.) | Did not provide HIPAA releases for all notice recipients | HIPAA release does not allow notice recipient to obtain complete medical records | HIPAA release does not describe the medical information to be disclosed | HIPAA release does not identify who may disclose the records | HIPAA release does not identify who may receive the records | HIPAA release does not state the purpose of the disclosure | HIPAA release does not contain an expiration date or termination event | HIPAA release does not have an authorizing signature and/or date | HIPAA release does not have statement regarding health care provider's inability to condition treatment on signing release | HIPAA release does not have required statement re the potential for information to be redisclosed without HIPAA protection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:13-cv-12187 | Carter, Wilma | 12/17/13 | | x | x | x | x No HIPAA | x | x | x | x | x | x | x | x |
| 1:13-cv-12591 (MDL) | Chambers, Kathy | 9/16/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12604 (MDL) | Coleman, Billy Joe | 9/17/13 | | | | x | x | | | | x | | x | | |
| 1:13-cv-12580 (MDL) | Collins, Judy | 9/13/13 | x | x | x | x | | | | | | | | | |
| 1:13-cv-12918 (MDL) | Cox, Wanda | 9/9/13 | | | x | x | x No HIPAA | x | x | x | x | x | x | x | x |
| 1:13-cv-12426 (MDL) | Davis, Thomas Randy | 9/6/13 | 7/3 ok 8/6 not | | x | x | x | | | | x | | | | |
| 1:13-cv-12840 (MDL) | Demps, Jerry | 9/26/13 | | x | x | x | x timeframe | | | | | | | | |
| 1:13-cv-12729 (MDL) | Denson, Bobbie | 9/20/13 | x (current counsel did not provide 60 day notice) | | x | x | | | | | | | | | |
| 1:13-cv-12841 (MDL) | Deol, Amarjit | 9/30/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12667 (MDL) | Devine, Willia Mae | 9/23/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12490 (MDL) | Dingess, Wanda | 9/9/13 | | | x | x | x No HIPAA | x | x | x | x | x | x | x | x |
| 1:13-cv-12589 (MDL) | Eggleston, Sue | 9/16/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12619 (MDL) | Ellis, Claudia | 9/17/13 | x | | | x | x | | | | x | | | | |
| 1:13-cv-12604 (MDL) | Evans, Danny | 9/17/13 | | x | | x | x | | | | x | | x | | |
| 1:13-cv-12571 (MDL) | Ferguson, Rosemary | 9/17/13 | | x | | x | x | | | | x | | x | | |

| MDL Case Number | Patient | Filing Date | Failed to wait 60 days before filing suit | Failed to provide patient's full name | Failed to give notice to all other health care provider defendants (Barry Cadden, NECC, Ameridose, etc.) | Did not provide HIPAA releases for all notice recipients | HIPAA release does not allow notice recipient to obtain complete medical records | HIPAA release does not describe the medical information to be disclosed | HIPAA release does not identify who may disclose the records | HIPAA release does not identify who may receive the records | HIPAA release does not state the purpose of the disclosure | HIPAA release does not contain an expiration date or termination event | HIPAA release does not have an authorizing signature and/or date | HIPAA release does not have statement regarding health care provider's inability to condition treatment on signing release | HIPAA release does not have required statement re the potential for information to be redisclosed without HIPAA protection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:13-cv-12686 (MDL) | Foster, Bob | 9/24/13 | | x | x | x | x No HIPAA no NOI for current law firm | x | x | x | x | x | x | x | x |
| 1:13-cv-12741 (MDL) | Fuelling, Dorothy | 9/18/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12681 (MDL) | Gambaccini, Patricia | 9/18/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12604 (MDL) | Glatman, Ellen | 9/17/13 | | x | | x | x | | | x | | | x | | |
| 1:13-cv-12480 (MDL) | Gobble, Gayla | 10/7/13 | 12/28/12 ok 10/3 not | x | x | x | x No HIPAA | x | x | x | x | x | x | x | x |
| 1:13-cv-12581 (MDL) | Graham, Danette | 9/13/13 | x | x | x | x | | | | | | | | | |
| 1:13-cv-12619 (MDL) | Groves, Samuel | 9/17/13 | x | x | | x | x | | | x | | | | | |
| 1:13-cv-12315 (MDL) | Hester, Marie | 8/30/13 | | | x | x | x | | | | | | | | |
| 1:13-cv-12718 (MDL) | Higdon, Shirley | 9/20/13 | | x | x | x | x | | | | | | | x | |
| 1:13-cv-12622 (MDL) | Hill, Joanne | 9/16/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12619 (MDL) | Hollingsworth, Tommy | 9/17/13 | x | x | | x | x | | | x | | | | | |
| 1:13-cv-12922 (MDL) | Hubbard, Georgeanne | 9/27/13 | x | x | x | x | x No NOI | x | x | x | x | x | x | x | x |
| 1:13-cv-12605 (MDL) | Hurt, Glenda | 9/17/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12923 (MDL) | Jackson, Linda | 9/27/13 | | x | x | x | | | | | | | | | |

| MDL Case Number | Patient | Filing Date | Failed to wait 60 days before filing suit | Failed to provide patient's full name | Failed to give notice to all other health care provider defendants (Barry Cadden, NECC, Ameridose, etc.) | Did not provide HIPAA releases for all notice recipients | HIPAA release does not allow notice recipient to obtain complete medical records | HIPAA release does not describe the medical information to be disclosed | HIPAA release does not identify who may disclose the records | HIPAA release does not identify who may receive the records | HIPAA release does not state the purpose of the disclosure | HIPAA release does not contain an expiration date or termination event | HIPAA release does not have an authorizing signature and/or date | HIPAA release does not have statement regarding health care provider's inability to condition treatment on signing release | HIPAA release does not have required statement re the potential for information to be redisclosed without HIPAA protection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:13-cv-12915 (MDL) | Johnson, John | 9/30/13 | x | x | x | x | x can only disclose to Plaintiff's law firm no NOI for current law firm | | | | | | | | |
| 1:13-cv-12621 (MDL) | Johnson, William | 9/13/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12619 (MDL) | Jones, John | 9/17/13 | x | x | | x | x | | | x | | | | | |
| 1:13-cv-12604 (MDL) | Jordan, Dorris | 9/17/13 | | | x | x | | | | x | | | x | | |
| 1:13-cv-13120 (MDL) | Judd, Kenneth | 11/14/13 | | x | x | x | x | x | | | | | | | |
| 1:13-cv-12998 (MDL) | Keyes, Edna | 10/21/13 | x | x | x | x | x No NOI | x | x | x | x | x | x | x | x |
| 1:13-cv-12571 (MDL) | Kinsey, Jon | 9/17/13 | 7/1 ok 8/14 not | x | | x | x | | | x | | | x | | |
| 1:13-cv-12592 (MDL) | Kirby, Kelly | 9/16/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12431 (MDL) | Kirkwood, Joshua | 9/5/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12563 (MDL) | Knight, Betty | 9/13/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12576 (MDL) | Knihtila, James | 9/13/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12590 (MDL) | Koonce, Carol | 9/16/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12571 (MDL) | Lankford, Charles | 9/17/13 | | x | | x | x | | | x | | | x | | |
| 1:13-cv-12914 (MDL) | Lapiska, William | 9/27/13 | x | x | x | x | x | | | | | | | x | x |
| 1:13-cv-12617 (MDL) | Lemberg, Sondra | 9/12/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12572 (MDL) | Lodowski, Patricia | 9/13/13 | | x | x | x | x | | | | | | | | |

| MDL Case Number | Patient | Filing Date | Failed to wait 60 days before filing suit | Failed to provide patient's full name | Failed to give notice to all other health care provider defendants (Barry Cadden, NECC, Ameridose, etc.) | Did not provide HIPAA releases for all notice recipients | HIPAA release does not allow notice recipient to obtain complete medical records | HIPAA release does not describe the medical information to be disclosed | HIPAA release does not identify who may disclose the records | HIPAA release does not identify who may receive the records | HIPAA release does not state the purpose of the disclosure | HIPAA release does not contain an expiration date or termination event | HIPAA release does not have an authorizing signature and/or date | HIPAA release does not have statement regarding health care provider's inability to condition treatment on signing release | HIPAA release does not have required statement re the potential for information to be redisclosed without HIPAA protection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:13-cv-12772 (MDL) | Lovelace, Eddie | 9/12/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12619 (MDL) | Maddox, Lisa | 9/17/13 | x | x | | x | x | | | x | | | | | |
| 1:13-cv-12624 (MDL) | Martin, Mary | 9/11/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12574 (MDL) | Mathias, Herman | 9/16/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12619 (MDL) | May, Angela Marie | 9/17/13 | | | | x | x | | | x | | | x | | |
| 1:13-cv-12234 (MDL) | May, Frederick | 8/21/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12610 (MDL) | McCulloch, Patricia | 9/16/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12742 (MDL) | McDavid, Donald | 9/20/13 | | | x | x | x | x | x | | | | | | |
| 1:13-cv-12625 (MDL) | McElwee, Basil | 9/13/13 | | x | x | x | | | | | | | | | |
| 1:13-cv-12779 (MDL) | McKee, Mary | 9/16/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12692 (MDL) | McKinney, Joyce | 9/20/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12619 (MDL) | McWhorter, Orvil Wayne | 9/17/13 | x | | | x | x | | | x | | | | | |
| 1:13-cv-12616 (MDL) | Meeker, Mary Lou | 9/16/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12604 (MDL) | Miller, Melanie | 9/17/13 | | x | | x | x | | | x | | | x | | |
| 1:13-cv-12570 (MDL) | Miller, Stella | 9/16/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12836 (MDL) | Minor, Michelle | 9/27/13 | x | x | x | x | x | | | | | | | | |
| 1:13-cv-12619 (MDL) | Morris, Anthony Clay | 9/17/13 | x | | | x | x | | | x | | | | | |
| 1:13-cv-12736 (MDL) | Morris, Estalene | 9/18/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12604 (MDL) | Naseef, Dorothy | 9/17/13 | | x | | x | x | | | x | | | x | | |

| MDL Case Number | Patient | Filing Date | Failed to wait 60 days before filing suit | Failed to provide patient's full name | Failed to give notice to all other health care provider defendants (Barry Cadden, NECC, Ameridose, etc.) | Did not provide HIPAA releases for all notice recipients | HIPAA release does not allow notice recipient to obtain complete medical records | HIPAA release does not describe the medical information to be disclosed | HIPAA release does not identify who may disclose the records | HIPAA release does not identify who may receive the records | HIPAA release does not state the purpose of the disclosure | HIPAA release does not contain an expiration date or termination event | HIPAA release does not have an authorizing signature and/or date | HIPAA release does not have statement regarding health care provider's inability to condition treatment on signing release | HIPAA release does not have required statement re the potential for information to be redisclosed without HIPAA protection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:13-cv-12491 (MDL) | Nealon, Dallas | 9/9/13 | x | | x | x | x | | x | | | | | x | |
| 1:13-cv-12842 (MDL) | Neely, Virginia | 10/3/13 | | | x | x | x | | | | | | | | |
| 1:13-cv-12606 (MDL) | Noble, Janet | 9/16/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12682 (MDL) | Norris, Jocelyn | 9/23/13 | x | x | x | x | x No NOI | x | x | x | x | x | x | x | x |
| 1:13-cv-12430 (MDL) | Norwood, Marjorie | 9/10/13 | x | x | x | x | x No NOI | x | x | x | x | x | x | x | x |
| 1:13-cv-12759 (MDL) | O'Brien, Dennis | 9/12/13 | x | | x | x | | | | | | | | | |
| 1:13-cv-12739 (MDL) | Osborne, Clark | 9/24/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12688 (MDL) | Palmer, James | 9/23/13 | | x | x | x | | | | | | | | | |
| 1:13-cv-12433 (MDL) | Parman, Mae | 9/6/13 | | | x | x | | | | | | | | | |
| 3:13-cv-01416 (MDTN) | Patel, Gokulbhai Maganbhai | 12/17/13 | | | x | x | x Can only disclose to Plaintiff's law firm | | x | x | | | | x | |
| 1:13-cv-12843 (MDL) | Peay, Joan | 9/27/13 | x | x | x | x | x | | | | | | | x | x |
| 1:13-cv-12916 (MDL) | Pellicone, Joseph | 9/30/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12780 (MDL) | Pelters, Paul | 9/16/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12604 (MDL) | Pierce, Ken (Larry) | 9/17/13 | | x | | x | x | | | | x | | | x | |
| 1:13-cv-12733 (MDL) | Pierce, Terry | 9/20/13 | 7/19 ok 9/20 not | x | x | x | | | | | | | | | |
| 3:14-cv-00025 (MDTN) | Potts, Karen | 1/8/14 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12573 (MDL) | Pruitt, Elizabeth | 9/17/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12778 (MDL) | Ragland, JW | 9/12/13 | | x | x | x | x | | | | | | | | |

| MDL Case Number | Patient | Filing Date | Failed to wait 60 days before filing suit | Failed to provide patient's full name | Failed to give notice to all other health care provider defendants (Barry Cadden, NECC, Ameridose, etc.) | Did not provide HIPAA releases for all notice recipients | HIPAA release does not allow notice recipient to obtain complete medical records | HIPAA release does not describe the medical information to be disclosed | HIPAA release does not identify who may disclose the records | HIPAA release does not identify who may receive the records | HIPAA release does not state the purpose of the disclosure | HIPAA release does not contain an expiration date or termination event | HIPAA release does not have an authorizing signature and/or date | HIPAA release does not have statement regarding health care provider's inability to condition treatment on signing release | HIPAA release does not have required statement re the potential for information to be redisclosed without HIPAA protection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:13-cv-12666 (MDL) | Redkevitch, Ella | 9/18/13 | x | x | x | x | x | | | | | | | | |
| 1:13-cv-12565 (MDL) | Reed, Diana | 9/12/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12917 (MDL) | Reed, Wanda | 9/9/13 | | x | x | x | x No HIPAA | x | x | x | x | x | x | x | x |
| 1:13-cv-12740 (MDL) | Rhind, Janice | 9/18/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12603 (MDL) | Richards, Kevin | 9/16/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12613 (MDL) | Robnett, Reba | 9/13/13 | | | x | x | x | | | | | | | | |
| 1:13-cv-12670 (MDL) | Ruhl, Annette | 9/12/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12794 (MDL) | Russell, Janet | 9/17/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12818 (MDL) | Rybinski, Thomas | 9/12/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12583 (MDL) | Savercool, Shirley | 9/13/13 | x | x | x | x | | | | | | | | | |
| 3:13-cv-01452 (MDTN) | Sawyers, John | 12/26/13 | | | x | x | | | x | | | | | | |
| 1:13-cv-12311 (MDL) | Schulz, Martha | 9/20/13 | x | | x | x | x | | | | | | | x | |
| 1:13-cv-12578 (MDL) | Scott, Jimmy M. | 9/16/13 | | x | x | x | x | | | | | | | | |
| 3:13-cv-00706-CLC-CCS (EDTN) | Seiber, Tessa | 12/2/13 | | | x | x | x No HIPAA | x | x | x | x | x | x | x | x |
| 1:13-cv-12620 (MDL) | Sellers, Harold | 9/13/13 | | | x | x | x | | | | | | | | |
| 1:13-cv-12569 (MDL) | Settle, Harvell | 9/16/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12577 (MDL) | Sharer, Lewis | 9/13/13 | | | x | x | x | | | | | | | | |
| 1:13-cv-12489 (MDL) | Siler, Tracey (nee Privett) | 10/7/13 | x | | x | x | x | | | x | x | x | | | |
| 1:13-cv-12575 (MDL) | Skelton, Reba Mae | 9/16/13 | | x | x | x | x | | | | | | | | |

| MDL Case Number | Patient | Filing Date | Failed to wait 60 days before filing suit | Failed to provide patient's full name | Failed to give notice to all other health care provider defendants (Barry Cadden, NECC, Ameridose, etc.) | Did not provide HIPAA releases for all notice recipients | HIPAA release does not allow notice recipient to obtain complete medical records | HIPAA release does not describe the medical information to be disclosed | HIPAA release does not identify who may disclose the records | HIPAA release does not identify who may receive the records | HIPAA release does not state the purpose of the disclosure | HIPAA release does not contain an expiration date or termination event | HIPAA release does not have an authorizing signature and/or date | HIPAA release does not have statement regarding health care provider's inability to condition treatment on signing release | HIPAA release does not have required statement re the potential for information to be redisclosed without HIPAA protection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:13-cv-12618 (MDL) | Slatton, John (Jay) | 9/12/13 | | | x | x | x | | | | | | | | |
| 1:13-cv-12619 (MDL) | Smiley, Betty Ann | 9/17/13 | x | | | x | x | | | x | | | | | |
| 1:13-cv-12684 (MDL) | Smith, Paula K. | 9/18/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12604 (MDL) | Stinson, Melanie | 9/17/13 | | x | | x | x | | | x | | | x | | |
| 1:13-cv-12781 (MDL) | Sullivan, Anna | 9/17/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12619 (MDL) | Sumner, Peggy Lynn | 9/17/13 | x | | | x | x | | | x | | | | | |
| 1:13-cv-12619 (MDL) | Swann, (Virginia) Gail | 9/17/13 | x | | | x | x | | | x | | | | | |
| 1:13-cv-12604 (MDL) | Taylor, Blake | 9/17/13 | | x | | x | x | | | x | | | x | | |
| 1:13-cv-12696 (MDL) | Temple, Reba | 9/18/13 | 3/6 ok 9/11 not | | x | x | x | | x | | | | | | |
| 1:13-cv-12604 (MDL) | Turner, Rondal | 9/17/13 | | x | | x | x | | | x | | | x | | |
| 1:13-cv-12479 (MDL) | Tyree, Phillip | 10/3/13 | | x | x | x | x | | | x | x | x | | | |
| 1:13-cv-12619 (MDL) | Waddey, Gary | 9/17/13 | x | | | x | x | | | x | | | x | | |
| 1:13-cv-12623 (MDL) | Wanta, Steven R. | 9/17/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12734 (MDL) | White, Margaret | 9/19/13 | x | x | x | x | x | | | | | | | | |
| 1:13-cv-12305 (MDL) | Wiley, Elfreida | 9/4/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12604 (MDL) | Wilkinson, Krissy | 9/17/13 | | x | | x | x | | | x | | | x | | |
| 1:13-cv-12434 (MDL) | Williams, Earline | 9/10/13 | | | x | x | | | | | | | | | |
| 1:13-cv-12597 (MDL) | Willis, Dale | 9/13/13 | x | x | x | x | | | | | | | | | |
| 1:13-cv-12737 (MDL) | Wray, Jane | 9/20/13 | x | x | x | x | x No NOI | x | x | x | x | x | x | x | x |

| MDL Case Number | Patient | Filing Date | Failed to wait 60 days before filing suit | Failed to provide patient's full name | Failed to give notice to all other health care provider defendants (Barry Cadden, NECC, Ameridose, etc.) | Did not provide HIPAA releases for all notice recipients | HIPAA release does not allow notice recipient to obtain complete medical records | HIPAA release does not describe the medical information to be disclosed | HIPAA release does not identify who may disclose the records | HIPAA release does not identify who may receive the records | HIPAA release does not state the purpose of the disclosure | HIPAA release does not contain an expiration date or termination event | HIPAA release does not have an authorizing signature and/or date | HIPAA release does not have statement regarding health care provider's inability to condition treatment on signing release | HIPAA release does not have required statement re the potential for information to be redisclosed without HIPAA protection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:13-cv-12594 (MDL) | Young, Annette | 9/17/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12566 (MDL) | Youree, Edna | 9/16/13 | | x | x | x | x | | | | | | | | |
| 1:13-cv-12588 (MDL) | Ziegler, Adam | 9/11/13 | | | x | x | | | | | | | | | |