UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ <br><br> This Document Relates to: <br><br> Suits Identified in Exhibit A to Memorandum in Support of Motion to Dismiss Plaintiffs' Complaints Against Tennessee Health Care Providers for Failure to Comply with Tenn. Code Ann. § 29-26-121 _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   MDL No. 2419 <br> Dkt. No. 1:13-md-2419-FDS |

## NOTICE OF FILING

Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, a Professional Corporation, John Culclasure, MD, Debra Schamberg, RN, Specialty Surgery Center, Crossville, PLLC, Kenneth R. Lister, MD, and Kenneth Lister, MD, PC (collectively "Tennessee Defendants"), give notice to the Court and all parties that the Affidavit of Chris Tardio is being filed concurrently with the Tennessee Defendants' Memorandum of Law in Support of Motion to Dismiss Plaintiffs' Complaints Against Tennessee Health Care Providers for Failure to Comply with Tenn. Code Ann. § 29-26-121. It is also attached as Exhibit C to the Memorandum of Law.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

  /s/ Chris Tardio
**C.J. Gideon, Jr., #6034**
**Chris J. Tardio, #23924**
**Matt Cline, #31076**
**John-Mark Zini, #31769**
Suite 1100
315 Deaderick Street
Nashville, TN 37238
(615) 254-0400

*Attorneys for the Tennessee Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 7th day of February, 2014.

  /s/ Chris Tardio
**Chris Tardio**