UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-02419 |
| THIS DOCUMENT RELATES TO:<br><br>Brenda Bansale, on behalf of herself and All others similarly situated, and Robert Bansale v. New England Compounding Pharmacy, Inc. | Case No. 1:13-cv-10296-FDS |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to MDL Order No. 1 (entered February 1, 2013 in Master Case No. 1:13-md-02149-FDS), the January 30, 2014 Order granting the admission of Jennifer F. Bean *pro hac vice* (entered in Case No. 1:!3-cv-10296-FDS), and the January 30, 2014 Order on Admission of Attorneys, Jennifer F. Bean hereby gives notice of the entry of her appearance in the above-captioned manner as additional counsel for Plaintiffs Brenda Bansale and Robert Bansale.

Counsel for all parties and the Clerk are requested to note this representation in this file and serve all further pleadings and orders via the CM/ECF system upon counsel at the indicated e-mail address.

Dated: February 10, 2014

                                              Respectfully submitted,

                                          /s/ Jennifer F. Bean
                                        Jennifer F. Bean (P73360)
                                        THE MILLER LAW FIRM, P.C.
                                        *Admitted Pro Hac Vice*
                                        950 West University Drive, Suite 300
                                        Rochester, Michigan 48307
                                        (248) 841-2200
                                        jfb@millerlawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day of February 10, 2014, I electronically filed the foregoing Notice of Appearance by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

       /s/ Jennifer F. Bean