| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Cases** | **IN THE**<br><br>**UNITED STATES DISTRICT COURT**<br><br>**DISTRICT OF MASSACHUSETTS**<br><br>**CASE NO.: MDL NO. 1:13-md-02419** |

### [PROPOSED] ORDER PERMITTING BPMC TO FILE A SUR-REPLY

Upon consideration of BPMC's Motion for Leave to file a Sur-Reply to the reply filed by the Plaintiff's Steering Committee in relation to their Motion to Compel Production, for a Finding of Civil Contempt and for an Award of Sanctions, it is on this _____ day of _____ 2014, herby:

ORDERED that BPMC is granted leave to file a Sur-Reply, and it is further

ORDERED that the Sur-Reply memorandum attached as an exhibit to BPMC's Motion for Leave is marked as filed with no further filing necessary.

_____
Judge
United States District Court

{MD070136.1}