

Thomas M. Sobol
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 CAMBRIDGE PARKWAY, SUITE 301
CAMBRIDGE, MA  02142
www.hbsslaw.com
**Direct (617) 475-1950**
**tom@hbsslaw.com**

February 12, 2014

<u>**VIA ECF**</u>

Hon. Rya W. Zobel
United States District Judge
United States Courthouse
One Courthouse Way
Boston, MA 02210

      RE:   <u>*In Re: New England Compounding Pharmacy, Inc.*</u>
              <u>MDL 2419; C.A. No.: 13-md-2419-FDS; 12-19882 (Chapter 11)</u>

Dear Judge Zobel:

     I write as Court-appointed Lead Counsel and as a member of the Plaintiffs' Steering Committee (PSC) in the above-referenced matter.  Pursuant to the electronic notice of assignment dated February 11, 2014 [Dkt No. 905], this matter has now been assigned to Your Honor.

     As I am sure you can appreciate, this case has a number of moving parts.  In the last year, the PSC has attempted to move the case along as expeditiously as possible given the number of parties and complicated issues involved.

     In an effort to effect a smooth transition, I write on behalf of the PSC to request Your Honor schedule an interim status conference.  The express purpose of such a conference would be to allow the parties to present to Your Honor a brief description of the outstanding issues in the case and to give you an opportunity to seek whatever information you believe you need in order to effectively preside over this matter.

     In addition, the PSC is happy to provide you and/or your clerks any materials that might aid the Court in understanding the structure of the case and the outstanding issues involved – either prior to or following such a status conference.

     As always, I am available to speak to the Court at its convenience.

                                  Respectfully yours,

                                  **/s/ Thomas M. Sobol**
                                  Thomas M. Sobol
                                  Kristen Johnson Parker
                                  Edward Notargiacomo
                                  HAGENS BERMAN SOBOL SHAPIRO LLP

cc:     All Counsel of Record (via ECF)