UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>"All Actions" | )<br>)<br>)   1:13-md-02419-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE FOR JAMES M. CAMPBELL

Please enter my appearance on behalf of Defendants Marion Pain Management Center, Inc. and Mangala J. Shetty, MD, in the above-referenced matter.

        Respectfully Submitted,

        The Defendants,
        MARION PAIN MANAGEMENT
        CENTER, INC. AND MANGALA J.
        SHETTY, MD

        By their Attorneys,

        */s/ James M. Campbell*
        James M. Campbell (BBO#541882)
        David M. Rogers (BBO#542233 )
        Robert L. Boston (BBO#665174)
        Campbell Campbell Edwards & Conroy,
        Professional Corporation
        One Constitution Center
        Boston, MA 02129
        (617) 241-3000
        jmcampbell@campbell-trial-lawyers.com
        drogers@campbell-trial-lawyers.com

Dated: February 12, 2014        rboston@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

I, James M. Campbell, hereby certifies that on this 12th day of February, 2014, a copy of the foregoing document was filed electronically with the United States District Court for the District of Massachusetts, which will send notification of such filing to all counsel of record.

                                                           */s/ James M. Campbell*
                                                           James M. Campbell