UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | Master Dkt. No. 1:13-md-2419- RWZ |
| This Document Relates To: All Cases | |

**[PROPOSED] ORDER**

On February 14, 2014, the counsel for defendant UniFirst Corporation ("UniFirst") filed a motion with the assent of the Plaintiffs' Steering Committee ("PSC"), for an extension of time until February 26, 2014 to respond to the PSC's Motion for Entry of Deposition and ESI Protocols (the "PSC's ESI Motion") (Dkt. # 876). The PSC's ESI Motion was referred to me by the District Court Judge on February 7, 2014. The Court finds good cause for UniFirst's motion and hereby grants the motion and orders that UniFirst shall have until February 26, 2014 to respond to PSC's ESI Motion.

SO ORDERED:

_____          _____
Hon. Jennifer C. Boal,                                      Date
United States Magistrate Court Judge