UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br><br>This Document Relates To:<br>All Cases | MDL No. 2419<br><br>Master Dkt. No. 1:13-md-2419- RWZ |

**[PROPOSED] ORDER**

On February 14, 2014, the counsel for defendant UniFirst Corporation ("UniFirst") filed a motion with the assent of the Plaintiffs' Steering Committee ("PSC"), for an extension of time until March 3, 2014 to respond to the PSC's Motion for Entry of Bellwether Trial and Pre-trial Scheduling Order (the "PSC's Bellwether Motion") (Dkt. # 837). The Court finds good cause for the motion and hereby grants the motion and orders that UniFirst shall have until March 3, 2014 to respond to the PSC's Bellwether Motion.

SO ORDERED:

_____         _____
Hon. Rya W. Zobel,                                         Date
United States District Court Judge