UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br>    *All Actions* ) <br> ) <br> _____ ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**ASSENTED-TO MOTION TO EXTEND DEADLINE FOR
RESPONSE TO MOTION FOR ENTRY OF BELLWETHER TRIAL PROPOSAL
AND PRE-TRIAL SCHEDULING ORDER**

Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health, Ascension Health Alliance, and Ascension Health (collectively, the "Saint Thomas Entities"), with the assent of the Plaintiffs' Steering Committee ("PSC"), move for an extension of the deadline for the Saint Thomas Entities to file their response to the *Plaintiffs' Steering Committee's Motion for Entry of Bellwether Trial and Pre-Trial Scheduling Order* (Docket ##837 & 838) ("Second Bellwether Motion") to March 3, 2014. In support of this motion, the Saint Thomas Entities state as follows:

On January 31, 2014, the PSC filed its Second Bellwether Motion. Yesterday evening, counsel for the Saint Thomas Entities experienced significant computer issues and portions of their responsive briefing were irretrievably lost as a result, necessitating an extension of today's deadline.

Thus, the Saint Thomas Entities respectfully request, with the assent of the PSC, that the Court grant its motion and enter an order extending the date for the Saint Thomas Entities to file their in response to the PSC's Second Bellwether Motion until March 3, 2014.

53037687.1

Saint Thomas West Hospital,
Saint Thomas Network, Saint Thomas
Health, Ascension Health Alliance, and
Ascension Health

By its attorneys,

/s/ Sarah P. Kelly_____
Sarah P. Kelly (BBO #664267)
Nutter McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone:   (617) 439-2000
Facsimile:    (617) 310-9000
skelly@nutter.com


YVONNE K. PUIG
Texas State Bar No. 16385400
ERIC J. HOFFMAN
Texas State Bar No. 24074427
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

ASSENTED TO:


/s/ Benjamin A. Gastel_____
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com


Dated: February 14, 2014

## CERTIFICATE OF SERVICE

      I certify that, on February 14, 2014, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Sarah P. Kelly
      Sarah P. Kelly