# EXHIBIT 1

# GIDEON, COOPER & ESSARY

### A PROFESSIONAL LIMITED LIABILITY COMPANY

315 DEADERICK STREET, SUITE 1100

**NASHVILLE, TENNESSEE 37238**

(615) 254-0400

FAX (615) 254-0459

www.gideoncooper.com

C. J. GIDEON, JR.[1]
DIXIE W. COOPER[2]
BRYAN ESSARY[3]
CHRIS J. TARDIO[4]
CHRISTOPHER A. VRETTOS
ALAN S. BEAN
HEATHER D. PIPER
JAMES C. SPERRING
JOSHUA R. ADKINS
KIM J. KINSLER[5]
RANDA VON KANEL
J. BLAKE CARTER[6]
MARK A. HAMMERVOLD
ANDREW M. FARRELL
MATT H. CLINE
JOHN-MARK ZINI[7]

OF COUNSEL:
LISA YORK BOWMAN[8]

[1]LICENSED IN TENN. AND FLORIDA
[2]LICENSED IN TENN, ALABAMA & TEXAS
[3]LICENSED IN TENN. AND GEORGIA
[4]LICENSED IN TENN. AND KENTUCKY
[5]LICENSED IN TENN. AND WISCONSIN
[6]LICENSED IN TENN. AND FLORIDA
[7]LICENSED IN KANSAS
[8]LICENSED IN TENN, ILLINOIS, UTAH AND GEORGIA

**MATTHEW H. CLINE**
matt@gideoncooper.com

July 12, 2013

Lela Hollabaugh
BRADLEY ARANT BOULT CUMMINGS, LLP
1600 Division Street, Suite 700
Nashville, TN 37203

Re:   *Medical Records from St. Thomas Hospital*

Dear Lela:

We have received notices of intent for potential lawsuits related to the fungal meningitis outbreak naming STOPNC and/or Howell Allen Clinic as well as St. Thomas Hospital for the following 75 individuals:

| Name | DOB | Name | DOB |
|------|-----|------|-----|
| Alexander, John | '53 | Demps, Jerry Ray | /56 |
| Bequette, Ann | /43 | Eggleston, Sue | '62 |
| Besaw, Travis | /32 | Evans, Danny | /64 |
| Bland, Carolyn | 46 | Ferguson, Rosemary | 56 |
| Bratcher, Ben | /78 | Glatman, Ellen | 60 |
| Brinton, Laura | '/63 | Higdon, Shirley | /38 |
| Brock, Denis | /47 | Hill, Joanne | '47 |
| Bryant, Margaret | /38 | Hurt, Glenda | /49 |
| Burns, Ronda | /62 | Johnson, William | /42 |
| Campbell, Barbara | /54 | Jordan, Dorris | 57 |
| Carman, Cindy | /71 | Kinsey, John | '62 |
| Carroll, Theresa | /49 | Kirby, Kelly | 32 |
| Chambers, Kathy | /51 | Kirkwood, Joshua | /89 |
| Coleman, Billy Joe | /59 | Knight, Betty | /36 |
| Davis, Thomas (Randy) | /46 | Koonce, Carol | /39 |

Ms. Hollabaugh
July 12, 2013
Page 2

| | | | |
|---|---|---|---|
| Lankford, Charles | /37 | Ruhl, Annette | l/38 |
| Lemberg, Sondra | /42 | Russell, Janet | /41 |
| Lodowski, Patricia | /45 | Rybinski, Thomas | 7/56 |
| Lovelace, Eddie | l/34 | Sawyers, John | /49 |
| Martin, Mary | /23 | Scott, Jimmy M. | /48 |
| Mathias, Herman | /32 | Settle, Harvell | 34 |
| McCulloch, Patricia | /42 | Sharer, Lewis | )/36 |
| McElwee, Basil | /39 | Skelton, Reba Mae | /46 |
| McKee, Mary | l/40 | Slatton, John (Jay) | /80 |
| McKinney, Joyce | /39 | Stinson, Melanie | /60 |
| Meeker, Mary Lou | /57 | Sullivan, Anna | l/45 |
| Miller, Melanie | 77 | Taylor, Barbara | /49 |
| Miller, Stella | /28 | Taylor, Blake | l/82 |
| Morris, Estalene | /21 | Temple, Reba (2nd request) | 32 |
| Naseef, Dorothy | l/45 | Turner, Rondal | 63 |
| Noble, Janet | /45 | Wanta, Steven R. | 7/56 |
| Pellicone, Joseph | 7/34 | Wiley, Elfreida | 7/58 |
| Pelters, Paul | /45 | Wilkinson, Krissy | 70 |
| Pierce, Ken (Larry) | /60 | Williams, Earline | 40 |
| Pruitt, Elizabeth | /39 | Young, Annette | /46 |
| Ragland, JW | /41 | Youree, Edna | l/34 |
| Richards, Kevin | )/67 | Ziegler, Adam (2nd request) | /80 |
| Robnett, Reba | /46 | | |

I have enclosed authorizations for these patients; please provide us with complete copies of their medical and billing records from St. Thomas Hospital. Also enclosed are affidavits for the custodian of records to complete and execute, certifying each set of records. Please return these to me with the records.

If you need any additional information or documentation in order to provide us with these records, please let me know. Your assistance in this matter is greatly appreciated.

Sincerely,

Matthew H. Cline

MHC/nlw
Encls.

## AUTHORIZATION FOR PRODUCTION OF MEDICAL DOCUMENTATION

Pursuant to TENNESSEE CODE ANNOTATED §29-26-122(a)(2)(E), I, John L. Alexander, Sr., have executed this HIPAA-compliant medical authorization that authorizes the Saint Thomas Outpatient Neurosurgical Center, LLC, and/or the designated legal representative for Saint Thomas Outpatient Neurosurgical Center, LLC, to obtain complete medical records regarding myself, John L. Alexander, Sr., Social Security Number          -9620, and date of birth        1/1953.

The medical documentation which is authorized to be copied and produced to Saint Thomas Outpatient Neurosurgical Center, LLC, and/or the designated legal representative for Saint Thomas Outpatient Neurosurgical Center, LLC, would include, but not be limited to, medical records, medical reports, medical charts, X-ray reports or films, diagnostic studies, psychiatric records, psychological records, pharmacy or prescription medication records, pathology reports or slides, medical billing statements, and/or other documents, writings or tangible things related to the medical care and treatment of John L. Alexander, Sr.. The medical information that is authorized to be produced includes, but is not limited to, protected health information as defined at 45 C.F.R. 164.500, et seq., (The HIPAA Privacy Rule).

I, John L. Alexander, Sr., understand that the information in the health records may include information which is related to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

I, John L. Alexander, Sr., understand that I have the right to revoke this authorization at any time. I, John L. Alexander, Sr., understand that if I revoke this authorization I must do so in writing and present my written revocation to the health information management department and/or employment human resources or personnel department. I, John L. Alexander, Sr., understand that the revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire on the following date, or event or condition: June 28, 2020.

I, John L. Alexander, Sr., understand that authorizing the disclosure of this health information is voluntary and that I can refuse to sign this authorization. I, John L. Alexander, Sr., understand that I may inspect or copy the information to be used or disclosed, as provided by CFR 164.524. I, John L. Alexander, Sr., understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.

I, John L. Alexander, Sr., understand that the medical documentation and health information is being disclosed due to my claims for the severe injuries which I allege were caused when I was injected with contaminated drug products while I was under the care and treatment of Saint Thomas Outpatient Neurosurgical Center, LLC. The contaminated drug products were obtained by Saint Thomas Outpatient Neurosurgical Center, LLC from New England Compounding Pharmacy, LLC.

This health information may be disclosed to and may be used by the following organization:

**Saint Thomas Outpatient Neurosurgical Center, LLC, and/or the designated
legal representative for Saint Thomas Outpatient Neurosurgical Center, LLC
4230 Harding Road, Suite 901
Nashville, TN 37205
Telephone # (615) 341-3425**

Date: 6/28/13

John L. Alexander, Sr.

# LIMITED AUTHORIZATION TO DISCLOSE
# MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

## Information To Be Used Or Disclosed

Patient Name: ___Ann Bequette___   Patient Identifier: DOB: ___-1943_____

Description of Information: Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient. THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

## Persons Or Organizations Authorized To Disclose The Information

Health Care Provider: Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic A Professional Corporation; St. Thomas Hospital; John Weeks Culclasure, M.D.; Debra V. Schamberg, R.N.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization. A photostatic copy of this Authorization is to be considered as effective as the original. I understand that I am not required to sign this Authorization. The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

## Persons or Organizations Authorized to Receive the Information

Howell Allen Clinic A Professional Corporation or any representative, attorney or investigator from said organization, c/o Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste 301, Nashville, TN 37203-2023.

## Purpose of the Requested Use or Disclosure

At the request of the individual

## Expiration and Revocation of This Authorization

Expiration Date or Event: 12/18/13

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

_____

_____

I understand that I may see and copy the Information if I ask for it. I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

Ann Bequette       5/18/13                    _____
Signature (Patient)          Date             Signature (Authorized Representative)   Date

_____                  _____
Signature (Witness)                           Relationship to Patient

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name: *Travis Besaw* | Birth Date: 82 | Social Security No. *(optional):* -9369 |
| Provider's/Health Plan's Name: | Recipient's Name: | |
| Provider's/Health Plan's Address: | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014        Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s) | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill: | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92: | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| ☑ Medication Sheets | | ☑ ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.  YB  (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I may attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

Section B:

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

Section C: Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: *Travis Besaw*       Date: 5/17/13

Print Name of Patient/Plan Member's Representative: *Robert Young*       Relationship to Patient/Plan Member: *Attorney*

Revised 3/2003

## LIMITED AUTHORIZATION TO DISCLOSE
## MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

### Information To Be Used Or Disclosed

*Patient Name*:   Carolyn E. Bland                    Patient Identifier:  DOB:  \_-1946

*Description of Information*:  Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient.  THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

### Persons Or Organizations Authorized To Disclose The Information

*Health Care Provider*:   Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic A Professional Corporation;  John Weeks Culclasure, M.D.;  Debra V. Schamberg, R.N.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization.  A photostatic copy of this Authorization is to be considered as effective as the original.  I understand that I am not required to sign this Authorization.  The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

### Persons or Organizations Authorized to Receive the Information

Saint Thomas Outpatient Neurosurgical Center, LLC or any representative, attorney or investigator from said organization, c/o Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste 301, Nashville, TN 37203-2023 or Floor 9, 4230 Harding Pike, Nashville, TN 37205-2013.

### Purpose of the Requested Use or Disclosure

Legal

### Expiration and Revocation of This Authorization

Expiration Date or Event:  10 - 3 - 2013

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation.  Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

I understand that I may see and copy the Information if I ask for it.  I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

Carolyn E Bland                    04-03-13
Signature (Patient)                     Date                    Signature (Authorized Representative)   Date

_____                    _____
Signature (Witness)                                    Relationship to Patient

| Section A: This section must be completed for all Authorizations |
|---|

| Patient/Plan Member Name: Ben Bratchel | Birth Date: .78 | Social Security No. (optional): -954() |
|---|---|---|

| Provider's/Health Plan's Name: | Recipient's Name: |
|---|---|

| Provider's/Health Plan's Address: | Address 1: F |
|---|---|
| | Address 2: |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014    Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☑ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s) | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill: | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92: | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☐ Other: all diagnostic | |
| ☐ Medication Sheets | | ☐ ER Information | | films, x-rays, MRIs, CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. BG B (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

| Section C: Signatures |
|---|

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: Benjamin G. Bratch | Date: 5-20-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative: Robert Young | Relationship to Patient/Plan Member: Attorney |

Revised 3/2003

C - 4

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | | |
|---|---|---|---|
| Patient/Plan Member Name:   Laura Brinton | Birth Date: | 63 | Social Security No.:   1-2028 |

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14            Event:

Purpose of disclosure:      COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? □ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below.  □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | □ Labor/delivery sum.<br>□ OB nursing assess<br>□ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>    films, x-rays, MRIs,<br>    CAT scans, etc.<br>□ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. LB     (Initial) If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

Section B:

      THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.  You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

Section C: Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Laura Brinton* | Date:<br><br>3/25/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Laura Brinton | Relationship to Patient/Plan Member:<br><br>Self |

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: **Denis Brock**    DOB: __ . 1947    Social Security Number: __ -7255

1.  I authorize  Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S. Kelyas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services, and/or Scott C. Standard, M.D. to Disclose my health information to : Patricia Beckham, pharmacist, John Culclasure, M.D., Howell Allen Clinic, Martin S. Kelyas, pharmacist, Michael O'Neal, pharmacist, Rachel Rome, M.D., Saint Thomas Outpatient Neurosurgical Center, Debra Schamberg, R.N., St. Thomas Hospital, Saint Thomas Health Services, and/or Scott C. Standard, M.D. _____ The purpose(s) for the use or disclosure is as follows: litigation _____ .

2.  The type and amount of information to be used or disclosed is as follows:
    Health information covering treatment from  June 1, 2012   to  present  _____ .
    ☐ Abstract (includes H&P, Progress Notes,         ☐ Summary
       Procedure Notes, Procedure Reports, etc.)      ☐ Discharge Summary (DS)
    ☐ Copy of Medical Records only                    ☐ Operative/Procedure Report(OP)
    ☒ Copy of Complete Records (Medical & Financial)  ☐ Pathology Report
    ☐ History and Physical (H&P)                      ☐ Laboratory Report
    ☐ Consultation
    Other:_____

3.  I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.  I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department. I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____ . If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to re-disclosure by the recipient and may no longer be protected by certain federal privacy regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| *Denis S. Brock* | 7-25-13 |
| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: |
| *Denis S. Brock* | Self |

## AUTHORIZATION FOR USE OR DISCLOSURE OF

## PROTECTED HEALTH INFORMATION

Patient Name:   Margaret Rhea Bryant                    Social Security Number:        ̱-7413

Date of Birth:              ̱ 1938                           Phone Number:            931.668.4722

1.      I authorize Saint Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, St. Thomas Hospitalist Group, St. Thomas Neurology Group, PLC to disclose my health information to:

Galligan & Newman, 309 W. Main Street, McMinnville, TN 37110, Christina S. Sadlow, M.D., Damon M. Abaray, M.D., E. Berry Holt, III, Gregory B. Lanford, M.D., Heritage Medical Associates, P.C., Howell Allen Clinic, John R. Voigt, Esq., Joseph R. Zenisek, M.D., Steven A. Embry, M.D., Subir Prasad, M.D., Vanderbilt University Medical Center

The purpose(s) for the use or disclose is as follows:  Litigation.

2.      The type and amount of information to be used or disclosed is as follows:
        Health information covering treatment from July 1, 2012 to September 18, 2012.

☐ Abstract (includes H&P, Progress Notes,         ☐ Summary
   Procedure Notes, Procedure Reports, etc.)       ☐ Discharge Summary (DS)
☐ Copy of Medical Records only                    ☐ Operative/Procedure Report(OP)
☐ Copy of Complete Records (Medical & Financial)  ☐ Pathology Report
☐ History and Physical (H&P)                       ☐ Laboratory Report
☐ Consultation
Other:

3.   I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.   I understand that I have a right to revoke this authorization at any time.  I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department.  I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization.  I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself.  Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____
     If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.   I understand that authorizing the disclosure of this health information is voluntary.  I can refuse to sign this authorization.  The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization.  I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations.  If I have any questions about disclosure of my health information I can contact the provider listed above.

_Berta W. Bryant_                              _Oct. 5, 2012_
Signature of Patient or Legal Representative        Date

_____
If signed by Legal Representative, Relationship to Patient

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name: Ronda Burns     Social Security Number: xxx-xx-5327
Date of Birth: -62     Phone Number: 615-452-1383

I authorize:
    John W. Culclasure, M.D.
    Timothy Schoettle, M.D.
    Saint Thomas Outpatient Neurosurgical Center, LLC
    St. Thomas Hospital
    Saint Thomas Health Services

to disclose my information to:     Howell Allen Clinic

The purpose(s) for the use or disclose is as follows:     Litigation

The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from     August 1, 2012 to August 1, 2013

☐ Abstract (includes H&P, Progress Notes, Procedure Notes, Procedure Reports, etc.)
☐ Copy of Medical Records only
☑ Copy of Complete Records (Medical & Financial)
☐ History and Physical (H&P)
☐ Consultation
Other:

☐ Summary
☐ Discharge Summary (DS)
☐ Operative/Procedure Report(OP)
☐ Pathology Report
☐ Laboratory Report

I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

I understand that I have a right to revoke this authorization at any time.  I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department.  I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization.  I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____.  If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

I understand that authorizing the disclosure of this health information is voluntary.  I can refuse to sign this authorization. The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization.  I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations.  If I have any questions about disclosure of my health information I can contact the provider listed above.

_Ronda Burns_              4·16·13
Signature of Patient or Legal Representative         Date

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION FORM

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name: *Barbara Campbell* | Birth Date: /54 | Social Security No. *(optional)*: -3280 |
| Provider's/Health Plan's Name: | Recipient's Name: | |
| Provider's/Health Plan's Address: | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following (Fill in the Date or the Event but not both.)
Date:  April 1, 2014            Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☑ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill: | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92: | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☐ Other: all diagnostic | |
| ☐ Medication Sheets | | ☐ ER Information | | films, x-rays, MRIs, CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. *B.C.* (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

| Section C: Signatures |
|---|

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: *Barbara Campbell* | Date: 5/19/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative: *Barbara Campbell*    *Robert Young* | Relationship to Patient/Plan Member: *Attorney* |

Revised 3/2003

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A:** This section must be completed for all Authorizations.

| Patient/Plan Member Name: **CINDY A. CARMAN** | Birth Date: 1971 | Social Security No. (*optional*): 2889 |
|---|---|---|

| Provider's/Health Plan's Name: **ST. THOMAS HOSPITAL** | Recipient's Name: **SAINT THOMAS OUTPATIENT NEUROSURGICAL CENTER LLC** **Through Principal Place of Business** |
|---|---|

| Provider's/Health Plan's Address: E. Berry Holt, III Ste 800 102 Woodmont Blvd., Nashville, TN 37205-2221 | Address 1: **FL9** |
|---|---|
| | Address 2: **4230 HARDING PIKE** |
| | City: **NASHVILLE** / State: **TN** / Zip: **37205-2013** |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)

Date: _____ Event: **DISMISSAL OF LITIGATION**

Purpose of Disclosure: Legal

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: ALL | Date(s): | Description: | Date(s): | Description: | Date(s): |
|---|---|---|---|---|---|
| ☒ ALL PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm strips | | ☒ Itemized bill: | |
| ☐ Intake/outtake | | ☐ Nursing information | | ☐ UB-92: | |
| ☐ Clinical test | | ☐ Transfer forms | | ☐ Other: | |
| ☐ Medication sheets | | ☐ ER information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I may see and obtain a copy of the information described on this form, for a reasonable copy fee, if I ask for it.
6. I get a copy of this form after I sign it.

**Section B:** Is the request of PHI for the purpose of marketing? If yes, the health plan or health care provider must completed Section B, otherwise, skip to Section C.

Will the recipient receive financial or in-kind compensation for using or disclosing this information? ☐ Yes ☒ No
If yes, describe:

**Section C:** Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: *Cindy A. Carmen*     Date: X 7-2-13

Print Name of Patient/Plan Member's Representative: **CINDY A. CARMAN**     Relationship to Patient/Plan Member:

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name: *Theresa Carroll* | Birth Date: *149* | Social Security No. *(optional)*: *-9568* |
| Provider's/Health Plan's Name: | Recipient's Name: | |
| Provider's/Health Plan's Address: | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014                    Event:

Purpose of disclosure:     COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☑ Physician orders | | ☐ Rhythm Strips | | ☑ Itemized bill: | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☐ UB-92: | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic | |
| ☑ Medication Sheets | | ☐ ER Information | | films, x-rays, MRIs, CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. *TC* (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|
| The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization. |

| Section C: Signatures | |
|---|---|
| I have read the above and authorize the disclosure of the protected health information as stated. | |
| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: *Theresa Carroll* | Date: 5/19/13 |
| Print Name of Patient/Plan Member's Representative: *Theresa Ann Carroll Robert Young* | Relationship to Patient/Plan Member: *Attorney* |

Revised 3/2003

C - 4

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A:** This section must be completed for all Authorizations

| Patient/Plan Member Name:   Kathy J. Chambers | Birth Date:   05/16/51 | Social Security No.: 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 |
|---|---|---|
| *Kathy Chambers* | ~5 | ~ 9081 |

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| Howell Allen Clinic a Professional Corporation | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14          Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-12

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record | | X Operative Information | | ☐ Labor/delivery sum. | |
| X Admission form | | X Cath lab | | ☐ OB nursing assess | |
| X Dictation reports | | X Special test/therapy | | ☐ Postpartum flow sheet | |
| X Physician orders | | X Rhythm Strips | | X Itemized bill: | |
| X Intake/outtake | | X Nursing Information | | X UB-92: | |
| X Clinical Test | | X Transfer forms | | X Other: all diagnostic | |
| X Medication Sheets | | X ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.   K C   (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| *Kathy Chambers* | 2013 5-23- |

| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: |
|---|---|
| Kathy J. Chambers   *Kathy Chambers* | Self |

SAMPLE HIPAA FORM

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations. | | |
|---|---|---|
| Patient/Plan Member Name: *Billy Joe Coleman* | Birth Date: *154* | Social Security No. (optional): *:3273* |
| Provider's/Health Plan's Name: | Recipient's Name: | |
| Provider's/Health Plan's Address: | Address 1: | |
| | Address 2: | |
| | City: | State: Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014          Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☒ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☒ All PHI in medical record | | ☒ Operative Information | | ☒ Labor/delivery sum. | |
| ☒ Admission form | | ☒ Cath lab | | ☒ OB nursing assess | |
| ☒ Dictation reports | | ☒ Special test/therapy | | ☒ Postpartum flow sheet | |
| ☒ Physician orders | | ☒ Rhythm Strips | | ☒ Itemized bill | |
| ☒ Intake/outtake | | ☒ Nursing Information | | ☒ UB-92 | |
| ☒ Clinical Test | | ☒ Transfer forms | | ☒ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| ☒ Medication Sheets | | ☒ ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. *BJC* (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

Section B:

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

Section C: Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: *Billy Joe Coleman* | Date: *5/20/13* |
|---|---|
| Print Name of Patient/Plan Member's Representative: *Robert Young* | Relationship to Patient/Plan Member: *Attorney* |

Revised 3/2003

C - 4

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A:** This section must be completed for all Authorizations.

| Patient/Plan Member Name:<br><br>**Thomas Randy Davis** | Birth Date:<br><br>, 1946 | Social Security No.<br><br>-2523 |
|---|---|---|
| Provider's/Health Plan's Name:<br>**ST. THOMAS HOSPITAL**<br><br><br>Provider's/Health Plan's Address:<br>**E. Berry Holt, III<br>STE 800<br>102 Woodmont Blvd<br>Nashville, TN 37205-2221** |  | Recipient's Name:<br>SAINT THOMAS OUTPATIENT NEUROSURGICAL CENTER, LLC<br>**Through: Principal Place of Business Address**<br>FL 9<br>4230 Harding Pike<br>Nashville, TN 37205-2013 |

This authorization will expire on the following: **(Fill in the Date or the Event but not both.)**

Date:      **Event:**    **DISMISSAL OF LITIGATION**

| Purpose of Disclosure: | Legal |
|---|---|

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐   Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description:   **ALL** | Date(s): | Description: | Date(s): | Description: | Date(s): |
|---|---|---|---|---|---|
| ☑ ALL PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm strips | | ☑ Itemized bill: | |
| ☐ Intake/outtake | | ☐ Nursing information | | ☐ UB-92: | |
| ☐ Clinical test | | ☐ Transfer forms | | ☐ Other: | |
| ☐ Medication sheets | | ☐ ER information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ **(Initial)** If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I may see and obtain a copy of the information described on this form, for a reasonable copy fee, if I ask for it.
6. I get a copy of this form after I sign it.

**Section B:** Is the request of PHI for the purpose of marketing?
If yes, the health plan or health care provider must completed Section B; otherwise, skip to Section C.

| Will the recipient receive financial or in-kind compensation for using or disclosing this information? | ☐ Yes | ☑ No |
|---|---|---|
| If yes, describe: | | |

**Section C:** Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Thomas R. Davis* | Date:<br><br>2-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>**Thomas Randy Davis** | Relationship to Patient/Plan Member: |

## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

Patient Name:      Jerry Demps                Social Security Number:   xxx-xx-1190
Date of Birth:     -56                        Phone Number:            931-510-9225

I authorize:       John W. Culclasure, M.D.
                   Scott Standard, M.D.
                   Howell Allen Clinic, A Professional Corporation
                   St. Thomas Hospital
                   Saint Thomas Health Services

to disclose my information to:  Saint Thomas Outpatient Neurosurgical Center, LLC

The purpose(s) for the use or disclose is as follows:      Litigation

The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from      June 1, 2012 to June 1, 2013
        □ Abstract (includes H&P, Progress Notes,           □ Summary
          Procedure Notes, Procedure Reports, etc.)          □ Discharge Summary (DS)
        ☑ Copy of Medical Records only                       □ Operative/Procedure Report(OP)
        ☑ Copy of Complete Records (Medical & Financial)     □ Pathology Report
        □ History and Physical (H&P)                         □ Laboratory Report
        □ Consultation
        Other:

I understand that my health information may include information relating to sexually transmitted disease, acquired
immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about
behavioral or mental health services, and treatment for drug and alcohol abuse.

I understand that I have a right to revoke this authorization at any time. I understand that, if I revoke this authorization, I
must do so in writing and present my written revocation to the Health Information Management department. I understand
that my revocation will not apply to the extent that the above named provider has taken action in reliance on this
authorization. I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining
insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself.
Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____. If I fail to
specify an expiration date, event, or condition, this authorization will expire in six months.

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization.
The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my
signing this authorization. I understand that if I authorize the above named provider to disclose my health information, the
health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy
regulations. If I have any questions about disclosure of my health information I can contact the provider listed above.

                                                            4-15-13
                                                            _____
                                                            Date

_____
Signature of Patient or Personal Representative

May. 22. 2013 10:46AM                                                                                    No. 1944   P. 9

## AUTHORIZATION FOR RECEIVE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name:  Sue Eggleston | Birth Date:          1/62 | Social Security No.: ·       -0343 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14                    Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes? □ Yes, then this is the only item you may request on this authorization.  You must submit another authorization for other items below. □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | □ Labor/delivery sum.<br>□ OB nursing assess<br>□ Postpartum flow sheet<br>X Itemized bill<br>X UB-92<br>X Other: all diagnostic<br>    films, x-rays, MRIs,<br>CAT scans, etc.<br>□ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.   SE   (Initial)  If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.  Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.  You may furnish this law firm records that are requested by this office.  All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L, Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Sue Eggleston* | Date:<br><br>3-25-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Sue Eggleston | Relationship to Patient/Plan Member:<br><br>Self |

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name: DAMY EVANS | Birth Date: /64 | Social Security No. (optional): -1823 |
| Provider's/Health Plan's Name: | Recipient's Name: | |
| Provider's/Health Plan's Address: | Address 1 | |
| | Address 2: | |
| | City: | State: / Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014          Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill: | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92: | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| ☑ Medication Sheets | | ☑ ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. DE (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

Section B:

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

Section C: Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:     Date: 5/22/13

Print Name of Patient/Plan Member's Representative: Robert Young     Relationship to Patient/Plan Member: Attorney

Revised 3/2003

C - 4

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:<br><br>Rosemary C. Ferguson | Birth Date:<br><br>/1956 | Social Security No. (*optional*): |
| Provider's/Health Plan's Name:<br>St. Thomas Hospital | Recipient's Name: | |
| Provider's/Health Plan's Address:<br><br>4220 Harding Road<br>Nashville, TN 37205 | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  April 1, 2014                          Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☒ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☒ All PHI in medical record | | ☒ Operative Information | | ☒ Labor/delivery sum. | |
| ☒ Admission form | | ☒ Cath lab | | ☒ OB nursing assess | |
| ☒ Dictation reports | | ☒ Special test/therapy | | ☒ Postpartum flow sheet | |
| ☒ Physician orders | | ☒ Rhythm Strips | | ☒ Itemized bill | |
| ☒ Intake/outtake | | ☒ Nursing Information | | ☒ UB-92 | |
| ☒ Clinical Test | | ☒ Transfer forms | | ☒ Other: all diagnostic | |
| ☒ Medication Sheets | | ☒ ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|
| The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization. |

| Section C: Signatures | |
|---|---|
| I have read the above and authorize the disclosure of the protected health information as stated. | |
| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Rosemary C. Ferguson* | Date: |
| Print Name of Patient/Plan Member's Representative:   *Robert Young* | Relationship to Patient/Plan Member:  *Attorney* |

Revised 3/2003

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:<br><br>Ellen Glatman | Birth Date:<br><br>1960 | Social Security No. (*optional*): |
| Provider's/Health Plan's Name:<br>St. Thomas Hospital | Recipient's Name: | |
| Provider's/Health Plan's Address:<br><br>4220 Harding Road<br>Nashville, TN 37205 | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014  Event:

Purpose of disclosure:  COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92 | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic | |
| ☑ Medication Sheets | | ☑ ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|
| The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization. |

| Section C: Signatures |
|---|
| I have read the above and authorize the disclosure of the protected health information as stated. |

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| Print Name of Patient/Plan Member's Representative: Robert Young | Relationship to Patient/Plan Member: Attorney |

Revised 3/2003

## LIMITED AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

The purpose of this Authorization is to comply with the requirements of T.C.A. 29-26-121, and allows persons or entities listed in a T.C.A 29-26-121 Notice Letter to obtain copies of _Shirley Higdon's_ (hereinafter referred to as "Patient") medical records.

This Authorization allows you to provide a copy of Patient's medical records to the persons or entities listed in the attached Notice letter. Patient further requests that you provide a copy of those same records to Patient's attorneys, Evans Petree PC at the time you provide copies of the record pursuant to this Authorization.

THIS AUTHORIZATION DOES NOT ALLOW YOU TO DISCUSS PATIENT, OR PATIENT'S MEDICAL RECORDS WITH ANY OTHER HEALTH CARE PROVIDER, OR ATTORNEY.

PATIENT SPECIFICALLY MAINTAINS THE RIGHTS OF CONFIDENTIALITY PROVIDED BY ALL APPLICABLE STATE AND FEDERAL LAW.

Revocation: This Authorization may be revoked in writing, at any time, except where it has already been used and relied on it to make a use or disclosure. Written revocation will become effective once it is processed and received. Consequences of Signing this Form: Please be aware that re-disclosure may lead to the loss of protected status.

PATIENT'S FULL NAME:   Shirley Higdon

ADDRESS: 931 Jeanette Holladay Road, Parsons, Tennessee 38363
DOB:   /1938   SSN:   5655

I authorize the **persons listed on the attached notice provider list** to use and disclose to THE PERSONS NAMED IN THE ATTACHED PROVIDER NOTICE LETTER the complete medical record of the patient identified above. The purpose or need for the information is to comply with T.C.A. 29-26-121. Patient further requests that you provide an exact copy of the same records to Plaintiff's Attorneys, Evans Petree PC at the time you provide copies of the record pursuant to this Authorization.

Expiration: This Authorization expires on the date you specify below or six months from the date signed, whichever is earlier. Once this Authorization expires, we will no longer use and disclose your health information for the described purposes unless you sign a new Authorization Form.

This Authorization expires: _____ X _____ in six (6) months; or on the following date: _____

_Shirley Higdon_                                    Shirley Higdon
Signature of Patient or Personal Representative      Printed Name of Patient

Date: _2/18/2013_

*If Personal Representative, the Patient is unable to sign because of :_____ Minor; _____ Incompetent; _____ Deceased; _____ Other (Explain: _____ )

RMSinglFORMS HIPMedical Authorizalon.docx

Feb. 25. 2013  8:01AM


No. 0124 (P. 42/21/13

# EVANS | PETREE PC

### ATTORNEYS AT LAW

J. STEPHEN KING
JKING@EVANSPETREE.COM

DIRECT FAX 901.374.7348

February 15, 2013

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

St. Thomas Outpatient Neurosurgical Center
Debra Schamberg
4230 Harding Road, Suite 901
Nashville, TN 37205

> RE:   Notice of Claim for Medical Malpractice
>        Shirley R. Higdon
>        DOB:     i/1938
>        MRN#: SC24325

Gentlemen:

Please be advised that this office represents Shirley R. Higdon whose date of birth is 1938. Mrs. Higdon is the patient whose treatment is the subject of this notice and claim.

I am the attorney representing Shirley R. Higdon. My name and address are:

**J. Stephen King**
**Evans | Petree PC**
**1000 Ridgeway Loop Road, Suite 200**
**Memphis, Tennessee 38120**

The name and address of all healthcare providers against whom this claim is being made and to whom notice is being provided are as follows:

| Name | Current Business Address | Dept. of Health website address |
|---|---|---|
| St. Thomas Outpatient Neurosurgical Center | 4230 Harding Road, Suite 901 Nashville, TN 37205 | Debra Schamberg 4230 Harding Road, Suite 901 Nashville, TN 37205 |
| Howell Allen Clinic | 2011 Murphy Avenue Suite 301 Nashville, TN 37203 | |

Feb. 25. 2013  8:01AM                                                No. 0124    P. 5

E|P

Page 2

| | Attn: Gregory B. Lunford, M.D., Registered Agent | |
|---|---|---|
| Saint Thomas Network | 4220 Harding Pike<br>Nashville, TN<br>Attn: Dawn Rudolph | 102 Woodmont Blvd.<br>Suite 800<br>Nashville, TN 37205<br>Attn: E. Berry Holt III |
| Saint Thomas Health | 102 Woodmont Blvd.<br>Suite 800<br>Nashville, TN 37205<br>Attn: E. Berry Holt III | |
| Saint Thomas Hospital | 4220 Harding Pike<br>Nashville, TN<br>Attn: Dawn Rudolph | 102 Woodmont Blvd.<br>Suite 800<br>Nashville, TN 37205<br>Attn: Dawn Rudolph |

Enclosed is a HIPAA client medical authorization signed by Mrs. Higdon permitting you to obtain complete medical records from each healthcare provider being sent this notice.

Sincerely,

James Stephen King

JSK/lrs
Enclosure
cc:   Mrs. Shirley R. Higdon

Gregory B. Lunford. M.D.
2011 Murphy Avenue
Suite 301
Nashville, TN 37203-2023

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

Patient/Plan Member Name:   Joanne L. Hill   Birth Date:   3/47   Social Security No.:   -3908

Persons or Organizations Authorized to Disclose the Information:

St. Thomas Hospital
Saint Thomas Network
Saint Thomas Health
Saint Thomas Medical Clinic

Persons or Organizations Authorized to Receive the Information:

Saint Thomas Outpatient Neurosurgical Center, LLC

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14        Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description | Date(s) | Description | Date(s) | Description | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record | | X Operative Information | | ☐ Labor/delivery sum. | |
| X Admission form | | X Cath lab | | ☐ OB nursing assess | |
| X Dictation reports | | X Special test/therapy | | ☐ Postpartum flow sheet | |
| X Physician orders | | X Rhythm Strips | | X Itemized bill: | |
| X Intake/outtake | | X Nursing Information | | X UB-92: | |
| X Clinical Test | | X Transfer forms | | X Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| X Medication Sheets | | X ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L, Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:   *Joanne L Hill*   Date: *Aug 1, 2013*

Print Name of Patient/Plan Member's Representative:   Joanne L. Hill   Relationship to Patient/Plan Member:   Self

## LIMITED AUTHORIZATION TO DISCLOSE
## MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

### Information To Be Used Or Disclosed

Patient Name: ___Glenda J. Hurt___   Patient Identifier: DOB: ___-1949___

Description of Information: Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient. THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

### Persons Or Organizations Authorized To Disclose The Information

Health Care Provider: Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic A Professional Corporation; St. Thomas Hospital; John Weeks Culclasure, M.D.; Debra V. Schamberg, R.N.; Saint Thomas Network; Saint Thomas Health; Patricia G. Beckham

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization. A photostatic copy of this Authorization is to be considered as effective as the original. I understand that I am not required to sign this Authorization. The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

### Persons or Organizations Authorized to Receive the Information

Howell Allen Clinic A Professional Corporation or any representative, attorney or investigator from said organization, c/o Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste 301, Nashville, TN 37203-2023.

### Purpose of the Requested Use or Disclosure

_At the request of the individual_

### Expiration and Revocation of This Authorization

Expiration Date or Event: _6/14/14_

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

_____

_____

I understand that I may see and copy the Information if I ask for it. I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

_Glenda J. Hurt_ _____ _6/14/13_
Signature (Patient)          Date

_Stephanie Pillig_ _____
Signature (Witness)

_____   _____
Signature (Authorized Representative)   Date

_Friend_
Relationship to Patient

{00061251.DOC / ver; }

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

Section A: This section must be completed for all authorizations.

| Patient/Plan Member Name:    William E. Johnson, Sr. | Birth Date:    /42 | Social Security No.:    -0664 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14                    Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s): |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information WEJ    (Initial) If not applicable, check here. ☐

I understand that:
1.  I may refuse to sign this authorization and that it is strictly voluntary.
2.  If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3.  I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4.  If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5.  I understand that I my attorney will receive copies of all records received through this authorization.
6.  I, through my attorney, will get a copy of this form after I sign it.
7.  A photostatic copy of this Authorization is to be considered as effective as the original.

Section B:

**THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L, Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

Section C: Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*William E. Johnson, Sr.* | Date:<br><br>3-21-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>William E. Johnson, Sr. | Relationship to Patient/Plan Member:<br><br>Self |

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:<br><br>Dorris Jordan | Birth Date:<br><br>/1957 | Social Security No. *(optional)* |
| Provider's/Health Plan's Name:<br>St. Thomas Hospital | Recipient's Name: | |
| Provider's/Health Plan's Address:<br><br>4220 Harding Road<br>Nashville, TN 37205 | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014                    Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record<br>☑ Admission form<br>☐ Dictation reports<br>☑ Physician orders<br>☑ Intake/outtake<br>☑ Clinical Test<br>☑ Medication Sheets | | ☑ Operative Information<br>☑ Cath lab<br>☑ Special test/therapy<br>☑ Rhythm Strips<br>☑ Nursing Information<br>☑ Transfer forms<br>☑ ER Information | | ☑ Labor/delivery sum.<br>☑ OB nursing assess<br>☑ Postpartum flow sheet<br>☑ Itemized bill<br>☑ UB-92<br>☑ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization.  **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.**  You may furnish this law firm records that are requested by this office.  All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

| Section C: Signatures |
|---|

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Dorris Jordan* | Date: |
|---|---|
| Print Name of Patient/Plan Member's Representative:  *Robert Young* | Relationship to Patient/Plan Member:  *Attorney* |

Revised 3/2003

C - 4

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations. | | |
|---|---|---|
| Patient/Plan Member Name:<br>John Kinsey | Birth Date:<br>/1962 | Social Security No. *(optional)*: |
| Provider's/Health Plan's Name:<br>St. Thomas Hospital | Recipient's Name: | |
| Provider's/Health Plan's Address:<br><br>4220 Harding Road<br>Nashville, TN 37205 | Address 1:<br><br>Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014          Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s): |
|---|---|---|---|---|---|
| ☑ All PHI in medical record<br>☑ Admission form<br>☑ Dictation reports<br>☑ Physician orders<br>☑ Intake/outtake<br>☑ Clinical Test<br>☑ Medication Sheets | | ☑ Operative Information<br>☑ Cath lab<br>☑ Special test/therapy<br>☑ Rhythm Strips<br>☑ Nursing Information<br>☑ Transfer forms<br>☑ ER Information | | ☑ Labor/delivery sum.<br>☑ OB nursing assess<br>☑ Postpartum flow sheet<br>☑ Itemized bill<br>☑ UB-92<br>☑ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:          Date:

Print Name of Patient/Plan Member's Representative:   *Robert Young*          Relationship to Patient/Plan Member:   *Attorney*

Revised 3/2003

C - 4

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:  Kelly A. Kirby | Birth Date:  52 | Social Security No.:  -1159 |

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14          Event:

Purpose of disclosure:  **COMPLIANCE WITH T.C.A. § 29-26-121**

### Description of information to be used or disclosed

Is this request for psychotherapy notes? □ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | □ Labor/delivery sum.<br>□ OB nursing assess<br>□ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>films, x-rays, MRIs,<br>CAT scans, etc.<br>□ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _KK_ (Initial)  If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

| Section B: |
|---|
| **THIS AUTHORIZATION DOES _NOT_ PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization. |

Section C: Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date:<br>4-29-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br>Kelly A. Kirby | Relationship to Patient/Plan Member:<br>Self |

## LIMITED AUTHORIZATION TO DISCLOSE
## MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

### Information To Be Used Or Disclosed

*Patient Name:* **Joshua Luke Kirkwood** Patient Identifier:  DOB:_____ /1989

*Description of Information:*  Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient.  THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

### Persons Or Organizations Authorized To Disclose The Information

Health Care Provider(s):
Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, a Professional Corporation, Saint Thomas Network Saint Thomas Health,  St. Thomas Hospital, John Spooner, M.D., John Weeks Culclasure, M.D., Debra V. Schamberg, R.N.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization.  A photostatic copy of this Authorization is to be considered as effective as the original.  I understand that I am not required to sign this Authorization.  The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

### Persons or Organizations Authorized to Receive the Information

Saint Thomas Outpatient Neurosurgical Center, LLC or any representative, attorney or investigator from said organization, c/o Gregory B. Lanford, M.D., registered agent for service of process, 2011 Murphy Avenue, Suite 301, Nashville, TN 37203-2023 or Suite 901, 4230 Harding Pike, Nashville, TN 37205-2013

### Purpose of the Requested Use or Disclosure

Health care liability claim.

### Expiration and Revocation of This Authorization

Expiration Date or Event:  Conclusion of litigation.

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation.  Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:
_____
_____

I understand that I may see and copy the Information if I ask for it.  I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

| | | | |
|---|---|---|---|
| *[signature]* | 3/12/13 | | |
| Signature (Patient) | Date | Signature (Authorized Representative)   Date | |
| | | | |
| Signature (Witness) | | Relationship to Patient | |

## AUTHORIZATION FOR RECEIVE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A - This section must be completed for all Authorizations**

| Patient/Plan Member Name: Betty L. Knight | | Birth Date:   5/36 | Social Security No.:   1-1585 |
|---|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14                    Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes?  □ Yes, then this is the only item you may request on this authorization.  You must submit another authorization for other items below.  □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | □ Labor/delivery sum.<br>□ OB nursing assess<br>□ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>    films, x-rays, MRIs,<br>    CAT scans, etc.<br>□ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.  _BK_  (Initial)  If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.  Further details may be found in the Notice of Privacy Practices.
4. If the requestor or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.  You may furnish this law firm records that are requested by this office.  All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard, KINNARD, CLAYTON & BEVERIDGE, 127 Woodmont Boulevard, Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>X _Betty L. Knight_ | Date:<br>_4/1/13_ |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Betty L. Knight   _Betty L. Knight_ | Relationship to Patient/Plan Member:<br><br>Self |

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations |
|---|

| Patient/Plan Member Name:    Carole B. Koonce | Birth Date:    /39 | Social Security No.:    -9922 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14                    Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>   films, x-rays, MRIs,<br>CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _CBC_ (Initial) If not applicable, check here. ☐

I understand that:
1.  I may refuse to sign this authorization and that it is strictly voluntary.
2.  If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3.  I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4.  If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5.  I understand that my attorney will receive copies of all records received through this authorization.
6.  I, through my attorney, will get a copy of this form after I sign it.
7.  A photostatic copy of this Authorization is to be considered as effective as the original.

| Section B: |
|---|

**THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

| Section C: Signatures |
|---|

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Carole B Koonce* | Date:<br><br>3/22/2013 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Carole B. Koonce | Relationship to Patient/Plan Member:<br><br>Self |

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:<br><br>Charles Lankford | Birth Date:<br><br>1937 | Social Security No. (optional): |
| Provider's/Health Plan's Name:<br>St. Thomas Hospital | Recipient's Name: | |
| Provider's/Health Plan's Address:<br><br>4220 Harding Road<br>Nashville, TN 37205 | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014    Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92 | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic | |
| ☑ Medication Sheets | | ☑ ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Charles Lankford* | Date: |
|---|---|
| Print Name of Patient/Plan Member's Representative: *Robert Young* | Relationship to Patient/Plan Member:<br>*Attorney* |

Revised 3/2003

C - 4

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: Sondra R. Lemberg | Birth Date: i/42 | Social Security No.: -1607 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: 04/20/14    Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>   films, x-rays, MRIs,<br>   CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _SRL_ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

**THIS AUTHORIZATION DOES _NOT_ PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br>_Sondra R. Lemberg_ | Date:<br>2/21/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br>Sondra R. Lemberg | Relationship to Patient/Plan Member:<br>Self |

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:   Patricia S. Lodowski | Birth Date:   /45 | Social Security No.:   -9883 |

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)

Date:   04/20/14          Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>   films, x-rays, MRIs,<br>   CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _PSL_ (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

| Section B: |
|---|

**THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

| Section C: Signatures |
|---|

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Patricia S Lodowski* | Date:<br><br>3/28/2013 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Patricia S. Lodowski | Relationship to Patient/Plan Member:<br><br>Self |

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations.**

| Patient/Plan Member Name: Eddie C. Lovelace | Birth Date: /34 | Social Security No.: -4889 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: 04/20/14     Event:

Purpose of disclosure:     **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing information<br>X Transfer forms<br>X ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92;<br>X Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _JJL_ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

**THIS AUTHORIZATION DOES _NOT_ PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures.**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>_Joyce J. Lovelace_ | Date:<br><br>03/21/2013 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Joyce J. Lovelace | Relationship to Patient/Plan Member:<br><br>Wife |

## LIMITED AUTHORIZATION TO DISCLOSE
## MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

### Information To Be Used Or Disclosed

*Patient Name:*   Mary Neal Martin          Patient Identifier: DOB:   1923

*Description of Information:*  Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient.  THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

### Persons Or Organizations Authorized To Disclose The Information

*Health Care Provider:*   Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic A Professional Corporation; St. Thomas Hospital; John Weeks Culclasure, M.D.; Debra V. Schamberg, R.N.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization.  A photostatic copy of this Authorization is to be considered as effective as the original.  I understand that I am not required to sign this Authorization.  The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

### Persons or Organizations Authorized to Receive the Information

Howell Allen Clinic A Professional Corporation or any representative, attorney or investigator from said organization, c/o Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste 301, Nashville, TN 37203-2023.

### Purpose of the Requested Use or Disclosure

At the request of the undersigned

### Expiration and Revocation of This Authorization

Expiration Date or Event: 10/30/2013

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation.  Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

I understand that I may see and copy the Information if I ask for it.  I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

_____        _____        Patricia N Martin   4/30/2013
Signature (Patient)                    Date            Signature (Authorized Representative)   Date

                                                              Daughter
_____        _____        Relationship to Patient
Signature (Witness)

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name:   Herman M. Mathias | Birth Date:   3/36 | Social Security No.:   -2243 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14          Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br> films, x-rays, MRIs,<br>CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. *HMM* (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L, Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Herman M. Mathias* | Date: 4-12-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Herman M. Mathias | Relationship to Patient/Plan Member:<br><br>Self |

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: Patricia C. McCulloch | Birth Date:    3/42 | Social Security No.:   5-0297 |
|---|---|---|

Persons or Organizations Authorized to Disclose the Information:

St. Thomas Hospital
Saint Thomas Network
Saint Thomas Health
Saint Thomas Medical Clinic

Persons or Organizations Authorized to Receive the Information:

Saint Thomas Outpatient Neurosurgical Center, LLC

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14                    Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes?  ☐ Yes, then this is the only item you may request on this authorization. You must submit another
authorization for other items below.  ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record | | X Operative Information | | ☐ Labor/delivery sum. | |
| X Admission form | | X Cath lab | | ☐ OB nursing assess | |
| X Dictation reports | | X Special test/therapy | | ☐ Postpartum flow sheet | |
| X Physician orders | | X Rhythm Strips | | X Itemized bill: | |
| X Intake/outtake | | X Nursing Information | | X UB-92: | |
| X Clinical Test | | X Transfer forms | | X Other: all diagnostic | |
| X Medication Sheets | | X ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV
results or AIDS information. *PCM* (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the
revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal
privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

**THIS AUTHORIZATION DOES _NOT_ PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES
OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are
requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and
a Bates-numbered copy shall be furnished to my counsel Randall L, Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont
Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| *Patricia C. McCulloch* | 3/21/13 |

| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: |
|---|---|
| Patricia C. McCulloch | Self |

# LIMITED AUTHORIZATION TO DISCLOSE
# MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

### Information To Be Used Or Disclosed

*Patient Name:* **Basil McElwee, Jr.**                    Patient Identifier: DOB: ( /1939

*Description of Information:* Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, laboratory data and records, pathological reports, slides and specimens, insurance records, bills or statements of account, incident reports, and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient.

THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL(S) or ORGANIZATION(S).

### Persons or Organizations Authorized to Disclose the Information

Health Care Provider(s):    Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, a Professional Corporation, Saint Thomas Network, Saint Thomas Health, St. Thomas Hospital, Scott C. Standard, M.D., Rachel C. Rome, M.D., John Weeks Culclasure, M.D., Debra V. Schamberg, R.N.

**I authorize the Health Care Provider(s) and its employees and agents to disclose the information as provided in this Authorization. A photostatic copy of this Authorization is to be considered as effective as the original. I understand that I am not required to sign this Authorization. The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.**

### Persons or Organizations Authorized to Receive the Information

John Weeks Culclasure, M.D., or his representative, attorney or investigator, Howell Allen Clinic, 2011 Murphy Ave, Ste. 301, Nashville, TN 37203 or Saint Thomas Outpatient Neurosurgical Center, Suite 901 4230 Harding Pike, Nashville, TN 37205-2013

### Purpose of the Requested Use or Disclosure

Healthcare liability claim.

### Expiration and Revocation of This Authorization

Expiration Date or Event:    Conclusion of litigation.

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

I understand that I may see and copy the Information if I ask for it. I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

_Basil McElwee_                 4/9/13
Signature (Patient)                    Date

_Billie Gaye Harwood_           4/9/13
Signature (Witness)

Signature (Authorized Representative)    Date

Relationship to Patient

{00059188.DOC / ver: }

Apr. 25. 2013  8:42AM                                                              No. 1890  P. 9

## AUTHORIZATION FOR RECEIVE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations |
|---|

| Patient/Plan Member Name:   Mary E. McKee | Birth Date:   2/40 | Social Security No.:   -4688 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14                    Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization.  You must submit another authorization for other items below.  ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>   films, x-rays, MRIs,<br>CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. *mem*  (Initial)  If not applicable, check here. ☐

I understand that:
1.  I may refuse to sign this authorization and that it is strictly voluntary.
2.  If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3.  I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.  Further details may be found in the Notice of Privacy Practices.
4.  If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5.  I understand that I my attorney will receive copies of all records received through this authorization.
6.  I, through my attorney, will get a copy of this form after I sign it.
7.  A photostatic copy of this Authorization is to be considered as effective as the original.

| Section B: |
|---|

**THIS AUTHORIZATION DOES** *NOT* **PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.**  You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by this office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

| Section C: Signatures |
|---|

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Mary E. McKee* | Date:<br><br>3/25/2013 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Mary E. McKee | Relationship to Patient/Plan Member:<br><br>Self |

Jun. 14. 2013  7:42AM

## HIPAA
## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:<br>Joyce P. McKinney | Birth Date:<br>-1939 | Social Security No.<br>-6954 |
| Provider's/Health Plan's Name & Address:<br><br>See Attached | Recipient's Name:<br><br>Address 1:<br><br>Address 2:<br><br>City: | Dr. John W. Culclasure<br>Saint Thomas Outpatient Neurosurgical Center<br>4230 Harding Road, Ste. 901<br>Nashville, TN 37205<br><br>State:        Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:                    Event: Conclusion of Litigation

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? __ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. X No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | X Labor/delivery sum.<br>X OB nursing assess<br>X Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>  films, x-rays, MRIs,<br>  CAT scans, etc.<br>X Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by the above named recipient for which I am granting my authorization. THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above named recipient shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel William D. Vines, III, Butler, Vines & Babb, PLLC, 2701 Kingston Pike, Knoxville, TN 37919, within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated:

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br>Joyce P. McKinney | Date:<br>6-12-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: |

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name:  Mary L. Meeker | Birth Date:  /57 | Social Security No.:  -9595 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14          Event:

Purpose of disclosure:    **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below.  ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s): | Description: | Date(s): |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>    films, x-rays, MRIs,<br>CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _/NA_ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

**THIS AUTHORIZATION DOES _NOT_ PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date:  4-12-2013 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Mary L. Meeker | Relationship to Patient/Plan Member:<br><br>Self |

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations.**

| Patient/Plan Member Name: Melanie Miller | Birth Date: /77 | Social Security No. (optional): 1-2284 |
|---|---|---|

| Provider's/Health Plan's Name: | Recipient's Name: | |
|---|---|---|

| Provider's/Health Plan's Address: | Address 1: | |
|---|---|---|
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: **April 1, 2014**     Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☑ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s): | Description: | Date(s): |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill: | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92: | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☐ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| ☐ Medication Sheets | | ☐ ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. ⟨ ⟩ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requestor or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signature**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: *Melanie Miller* | Date: 5/23/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative: Robert Young | Relationship to Patient/Plan Member: attorney |

Revised 3/2003

C - 4

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

Patient/Plan Member Name:  Stella M. Miller      Birth Date:  /28      Social Security No.:  0296

Persons or Organizations Authorized to Disclose the Information:

St. Thomas Hospital
Saint Thomas Network
Saint Thomas Health
Saint Thomas Medical Clinic

Persons or Organizations Authorized to Receive the Information:

Saint Thomas Outpatient Neurosurgical Center, LLC

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14       Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes? □ Yes, then this is the only item you may request on this authorization.  You must submit another authorization for other items below.  □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record | | X Operative Information | | □ Labor/delivery sum. | |
| X Admission form | | X Cath lab | | □ OB nursing assess | |
| X Dictation reports | | X Special test/therapy | | □ Postpartum flow sheet | |
| X Physician orders | | X Rhythm Strips | | X Itemized bill: | |
| X Intake/outtake | | X Nursing Information | | X UB-92: | |
| X Clinical Test | | X Transfer forms | | X Other: all diagnostic | |
| X Medication Sheets | | X ER Information | | films, x-rays, MRIs, CAT scans, etc. | |
| | | | | □ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _S M_ (Initial) If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.  Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

**THIS AUTHORIZATION DOES _NOT_ PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.**  You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:   _Stella M. Miller_        Date:  3-22-13

Print Name of Patient/Plan Member's Representative:   Stella M. Miller        Relationship to Patient/Plan Member:  Self

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| | | |
|---|---|---|
| Patient/Plan Member Name: Dorothy Naserf | Birth Date: /45 | Social Security No. (optional): -0080 |
| Provider's/Health Plan's Name: | Recipient's Name: | |
| Provider's/Health Plan's Address: | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014          Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative information | | ☐ Labor/delivery rm. | |
| ☑ Admission form | | ☑ Path lab | | ☑ OB nursing assess. | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☐ UB-92: | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic | |
| ☑ Medication Sheets | | ☑ ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. ___ (initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any action taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization [medical care provider] shall be copied by their office and on Bates-number ed copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| | |
|---|---|
| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: _Dorothy Naser_ | Date: 5/20/13 |
| Print Name of Patient/Plan Member's Representative: Robert Young | Relationship to Patient/Plan Member: Attorney |

Revised 3/2003

C - 4

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name:   Janet M. Noble | Birth Date:   45 | Social Security No.:   i419 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14      Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

### Description of information to be used or disclosed

Is this request for psychotherapy notes? □ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | □ Labor/delivery sum.<br>□ OB nursing assess<br>□ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>□ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial)  If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

**THIS AUTHORIZATION DOES _NOT_ PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:   *Janet M. Noble* | Date:   *March 27, 2013* |
|---|---|
| Print Name of Patient/Plan Member's Representative:   Janet M. Noble | Relationship to Patient/Plan Member:   Self |

# LIMITED AUTHORIZATION TO DISCLOSE
# MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

## Information To Be Used Or Disclosed

*Patient Name*:   Joseph M. Pellicone                    *Patient Identifier*:  DOB:      1934

*Description of Information*:  Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient.  THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

## Persons Or Organizations Authorized To Disclose The Information

*Health Care Provider*:   Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic A Professional Corporation;  John Weeks Culclasure, M.D.;  Debra V. Schamberg, R.N.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization.  A photostatic copy of this Authorization is to be considered as effective as the original.  I understand that I am not required to sign this Authorization.  The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

## Persons or Organizations Authorized to Receive the Information

Howell Allen Clinic A Professional Corporation or any representative, attorney or investigator from said organization, c/o Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste 301, Nashville, TN 37203-2023.

## Purpose of the Requested Use or Disclosure

Legal

## Expiration and Revocation of This Authorization

Expiration Date or Event:  9/27/13

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation.  Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

I understand that I may see and copy the Information if I ask for it.  I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

Joseph M Pellicone          3/27/13
Signature (Patient)                        Date                         Signature (Authorized Representative)   Date

_____          _____
Signature (Witness)                                              Relationship to Patient

{00059223.DOC / ver: }

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: | Paul H. Pelters | Birth Date: | 15 | Social Security No.: | 5028 |
|---|---|---|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14          Event:

Purpose of disclosure:     **COMPLIANCE WITH T.C.A. § 29-26-121**

### Description of information to be used or disclosed

Is this request for psychotherapy notes? □ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | □ Labor/delivery sum.<br>□ OB nursing assess<br>□ Postpartum flow sheet<br>X Itemized bill;<br>□ UB-92;<br>X Other: all diagnostic<br>   films, x-rays, MRIs,<br>CAT scans, etc.<br>□ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.  _PHP_  (Initial)  If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

**THIS AUTHORIZATION DOES _NOT_ PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>_Paul H Pelters_ | Date:<br><br>3-15-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Paul H. Pelters | Relationship to Patient/Plan Member:<br><br>Self |

SAMPLE HIPAA FORM

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: *Ken Pierce* | Birth Date: *60* | Social Security No. *(optional):* *-3398* |
|---|---|---|

| Provider's/Health Plan's Name: | Recipient's Name: | |
|---|---|---|

| Provider's/Health Plan's Address: | Address 1: | |
|---|---|---|
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014      Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☐ Rhythm Strips | | ☑ Itemized bill | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92 | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| ☑ Medication Sheets | | ☑ ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:      Date: 5/23/13

Print Name of Patient/Plan Member's Representative: Larry K. (Ken) Pierce Jr.   Robert Hays   Relationship to Patient/Plan Member: Attorney

Revised 3/2003

C - 4

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: Elizabeth A. Pruitt | Birth Date: 59 | Social Security No.: 5519 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14          Event:

Purpose of disclosure:    **COMPLIANCE WITH T.C.A. § 29-26-121**

### Description of information to be used or disclosed

Is this request for psychotherapy notes?  □ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below.  ☒ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | □ Labor/delivery sum.<br>□ OB nursing assess<br>□ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>□ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _LCS_ (Initial) If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a three-numbered copy shall be furnished to my counsel Randall L. Kinnard: KINNARD, CLAYTON & BEVERIDGE, 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| _Lose C. Shadowhawk_ | 3.21.13 |

| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: |
|---|---|
| Lose C. Shadowhawk | Daughter |

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name:   J.W. Ragland | Birth Date:   /41 | Social Security No.:   ·8512 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14                           Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>   films, x-rays, MRIs,<br>CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. BR____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Becky Ragland* | Date:<br><br>3-27-2013 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Becky Ragland | Relationship to Patient/Plan Member:<br><br>Wife |

## LIMITED AUTHORIZATION TO DISCLOSE
## MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

### Information To Be Used Or Disclosed

*Patient Name*:  Kevin R. Richards                    Patient Identifier:  DOB:  -1967

*Description of Information*:  Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient.  THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

### Persons Or Organizations Authorized To Disclose The Information

*Health Care Provider*:  Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic A Professional Corporation; St. Thomas Hospital; John Weeks Culclasure, M.D.; Debra V. Schamberg, R.N.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization.  A photostatic copy of this Authorization is to be considered as effective as the original.  I understand that I am not required to sign this Authorization.  The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

### Persons or Organizations Authorized to Receive the Information

Saint Thomas Outpatient Neurosurgical Center, LLC or any representative, attorney or investigator from said organization, c/o Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste 301, Nashville, TN 37203-2023 or Floor 9, 4230 Harding Pike, Nashville, TN 37205-2013.

### Purpose of the Requested Use or Disclosure

At the request of the individual

### Expiration and Revocation of This Authorization

Expiration Date or Event:  10/21/13

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation.  Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

I understand that I may see and copy the Information if I ask for it.  I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

| | | | |
|---|---|---|---|
| Signature (Patient) | Date | Signature (Authorized Representative)   Date | |
| Signature (Witness) | | Relationship to Patient | |

Date: 4/21/13

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| | |
|---|---|
| Patient/Plan Member Name:   Reba June Robnett | Birth Date:   /46 |  Social Security No.:   -1817 |

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14          Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

**Description of information to be used or disclosed**

Is this request for psychotherapy notes?  □ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below.  □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record | | X Operative Information | | □ Labor/delivery sum. | |
| X Admission form | | X Cath lab | | □ OB nursing assess | |
| X Dictation reports | | X Special test/therapy | | □ Postpartum flow sheet | |
| X Physician orders | | X Rhythm Strips | | X Itemized bill: | |
| X Intake/outtake | | X Nursing Information | | X UB-92 | |
| X Clinical Test | | X Transfer forms | | X Other: all diagnostic | |
| X Medication Sheets | | X ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | □ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. ___(Initial)  If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requestor or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.  You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signature:**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date:   3-22-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:   Reba June Robnett | Relationship to Patient/Plan Member:   Self |

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:    Annette S. Ruhl | Birth Date:         /38 | Social Security No.:         i951 |

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14                    Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes? □ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | □ Labor/delivery sum.<br>□ OB nursing assess<br>□ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>   films, x-rays, MRIs,<br>CAT scans, etc.<br>□ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. Q. S.R.    (Initial) If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

| Section B: |
|---|

**THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

| Section C: Signatures |
|---|

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Annette S. Ruhl* | Date:<br><br>3-21-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Annette S. Ruhl | Relationship to Patient/Plan Member:<br><br>Self |

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations |
|---|

| Patient/Plan Member Name:  Janet M. Russell | Birth Date:  /41 | Social Security No.:  -  /629 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14          Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>films, x-rays, MRIs,<br>CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information _JMR_ (Initial) If not applicable, check here. ☐
_4-12-13_

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

| Section B: |
|---|

**THIS AUTHORIZATION DOES _NOT_ PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

| Section C: Signatures |
|---|

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| _Janet M. Russell_ | _4-12-13_ |

| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: |
|---|---|
| Janet M. Russell | Self |

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

Section A: This section must be completed for all authorizations.

| Patient/Plan Member Name:    Thomas W. Rybinski | Birth Date:    /56 | Social Security No.:    -8468 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14                    Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record | | X Operative Information | | ☐ Labor/delivery sum. | |
| X Admission form | | X Cath lab | | ☐ OB nursing assess | |
| X Dictation reports | | X Special test/therapy | | ☐ Postpartum flow sheet | |
| X Physician orders | | X Rhythm Strips | | X Itemized bill: | |
| X Intake/outtake | | X Nursing Information | | X UB-92: | |
| X Clinical Test | | X Transfer forms | | X Other: all diagnostic | |
| X Medication Sheets | | X ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.  _SCR_  (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Silva Colette Rybinski* | Date:<br><br>3/20/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Colette Rybinski | Relationship to Patient/Plan Member:<br><br>Wife |

### AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION
### PURSUANT TO HIPAA C.F.R. 164.512

I authorize the use/disclosure of health information as described below.

1.     Person(s) or class of persons, medical provider or other entity or person authorized to disclose the information: _____

2.     Person(s) or class of persons or provider, company or entity to whom the information may be disclosed: ST. THOMAS OUTPATIENT NEUROSURGICAL CENTER, LLC

3.     I understand that this may include information relating to acquired immunodeficiency syndrome (AIDS) or infection with HIV (Human Immunodeficiency Virus), psychiatric care, treatment for alcohol and/or drug abuse, and/or genetic testing.

4.     Description of information to be disclosed: Medical records and reports, patient information and history forms, x-rays, x-ray report, pathology, pathology reports, insurance records, health care providers' reports and consultations, prescriptions, off-work slips, therapy records, lab reports, notes, tests and billing records and statements.

5.     The information will be used/disclosed for the following purposes: For medical providers and any other person or entity to obtain medical records for the purpose of determining what happened to John Charles Sawyers and what persons, manufacturers, distributors, purchasers or entities are responsible for causing injury to Mr. Sawyers and for any other lawful purpose.

6.     I understand that the health information described above may be redisclosed and no longer protected by federal and state privacy regulations.

7.     I understand that my healthcare or payment for healthcare will not be affected if I refuse to sign this authorization.

8.     In consideration of the release of information by _____ _____, in accordance with this request, I hereby release _____, its agents, servants, and employees from any and all claims, demands, or liability of any kind, which might     arise of or from the release of such information and the effects thereof.

I understand that I have the right to revoke this authorization in writing at any time by sending written notice of revocation to the person(s), class of persons or provider, company or entity at the above address. I understand my revocation of this authorization will not be effective as to uses and/or disclosures of any information that the person(s) and/or organization have previously provided. A copy of this signed release shall be deemed as effective as if it were the original.

This authorization shall expire two years from the date of its execution.

_____      DOB: /1949
JOHN CHARLES SAWYERS      S.S. NO: -3457

_John Charles Sawyers_

DATE: 6-10-13

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:   Jimmy M. Scott | Birth Date:      1/48 | Social Security No.:      -6887 |

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14                    Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes? □ Yes, then this is the only item you may request on this authorization.  You must submit another authorization for other items below. □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | □ Labor/delivery sum.<br>□ OB nursing assess<br>□ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>   films, x-rays, MRIs,<br>CAT scans, etc.<br>□ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information *JMS*     (Initial)  If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that if my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

Section B:

**THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L, Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

Section C: Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Jimmy M Scott* | Date:<br><br>3-23-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br>Jimmy M. Scott     *Jimmy M Scott* | Relationship to Patient/Plan Member:<br>Self |

Mar. 26. 2013 11:26AM                                                    No. 1860    P. 5

## Authorization for Release of Medical Records and
## Protected Health Information

**TO:**

I, **Harold Sellers**, in compliance with the newly instituted requirements of HIPAA, hereby authorize and request **Saint Thomas Outpatient Neurosurgical Center, LLC, Saint Thomas Network, Saint Thomas Health, St. Thomas Hospital, and Howell Allen Clinic A Professional Organization** to release or disclose to bearer, or permit bearer to view, and/or to furnish bearer with copies of all billing and medical records or other information pertaining to drug prescriptions, hospitalizations, and/or outpatient care related to the treatment of **Harold Sellers**.

I further authorize you to photocopy and mail all documents, records, laboratory results, prescription records, or other medical information to:

**Saint Thomas Outpatient Neurosurgical Center, LLC**
**c/o Gregory B. Lanford M.D.**
**2011 Murphy Avenue**
**Suite 301**
**Nashville, TN 37203-2023**

This authorization will expire one year from the date it was signed, unless revoked sooner. I understand that I may revoke this authorization in writing at any time, to the extent that disclosure has not already occurred prior to my request for revocation. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I understand that treatment or payment cannot be conditioned on my signing this authorization.

This information will be used for legal investigation purposes. I understand that information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the rule.

I agree that a photocopy of this authorization be accepted with the same authority as the original.

Dated: _3 - 18 - 13_

Signed: _Harold Sellers_

Printed:   Harold Sellers

DOB: _____

1086478.1

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorization**

| Patient/Plan Member Name:   Harvell A. Settle | Birth Date:   /34 | Social Security No.:   .4862 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14          Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>  films, x-rays, MRIs,<br>CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _HAS_   (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signature**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date:<br>3-24-13 |
|---|---|
| _Harvell A. Settle_ | |
| Print Name of Patient/Plan Member's Representative:<br><br>Harvell A. Settle | Relationship to Patient/Plan Member:<br><br>Self |

May. 10. 2013  9:52AM                                                    No. 1931   P. 29

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:   Lewis R. Sharer | Birth Date:    /36 | Social Security No.:    -6008 |

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14          Event:

Purpose of disclosure:     **COMPLIANCE WITH T.C.A. § 29-26-121**

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ▢ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ▢ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | ▢ Labor/delivery sum.<br>▢ OB nursing assess<br>▢ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>  films, x-rays, MRIs,<br>CAT scans, etc.<br>▢ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ▢

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

| Section B: |
|---|

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

| Section C: Signatures |
|---|

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Lewis R. Sharer* | Date:<br><br>3/20/2013 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Lewis R Sharer   *LEWIS R SHARER* | Relationship to Patient/Plan Member:<br><br>Self |

May. 13. 2013  9:54AM                                                No. 1934   P. 8

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name:   Reba M. Skelton | Birth Date:   /46 | Social Security No.:   -9734 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14                     Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes?  □ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below.  □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | □ Labor/delivery sum.<br>□ OB nursing assess<br>□ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>   films, x-rays, MRIs,<br>CAT scans, etc.<br>□ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _RS_ (Initial)  If not applicable, check here. □

I understand that:
1.  I may refuse to sign this authorization and that it is strictly voluntary.
2.  If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3.  I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4.  If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5.  I understand that I my attorney will receive copies of all records received through this authorization.
6.  I, through my attorney, will get a copy of this form after I sign it.
7.  A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Reba M. Skelton* | Date:<br><br>3-24-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Reba M. Skelton | Relationship to Patient/Plan Member:<br><br>Self |

May. 17. 2013  8:12AM                                                          No. 1938  P. 19

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all authorizations.**

| Patient/Plan Member Name:   John Jay Slatton | Birth Date:      /80 | Social Security No.:      5212 |
|---|---|---|

Persons or Organizations Authorized to Disclose the Information:

St. Thomas Hospital
Saint Thomas Network
Saint Thomas Health
Saint Thomas Medical Clinic

Persons or Organizations Authorized to Receive the Information:

Saint Thomas Outpatient Neurosurgical Center, LLC

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14          Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

### Description of information to be used or disclosed

Is this request for psychotherapy notes? □ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | □ Labor/delivery sum.<br>□ OB nursing assess<br>□ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>□ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. ___JJS___ (Initial) If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:         Date:  3-21-13

Print Name of Patient/Plan Member's Representative:     Relationship to Patient/Plan Member:

John Jay Slatton                                         Self

## Section A: This section must be completed for all Authorizations

| | | |
|---|---|---|
| Patient/Plan Member Name: _Melanie Stinson_ | Birth Date: _[60]_ | Social Security No. (optional): _-1882_ |
| Provider's/Health Plan's Name: | Recipient's Name: | |
| Provider's/Health Plan's Address: | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014          Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s): | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92 | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic | |
| ☑ Medication Sheets | | ☑ ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _MS_ (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

## Section B:

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

## Section C: Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: _Melanie Stinson_ | Date: 5/17/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative: _Robert Young_ | Relationship to Patient/Plan Member: _Attorney_ |

Revised 3/2003

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name:  Anna M. Sullivan | Birth Date:   4/45 | Social Security No.:   8928 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14          Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes? □ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | □ Labor/delivery sum.<br>□ OB nursing assess<br>□ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>   films, x-rays, MRIs,<br>   CAT scans, etc.<br>□ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _A.M.S_ (Initial) If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

**THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Anna M. Sullivan* | Date:<br><br>3-22-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Anna M. Sullivan | Relationship to Patient/Plan Member:<br><br>Self |

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

Patient Name   Barbara A. Taylor

Date of Birth _____ -1949 _____   Social Security Number ___ ·9448 _____

1.   I authorize the use or disclosure of the above named individual's health information as described below:

2.   The following individual or organization is authorized to make the disclosure:  all medical sources,
     healthcare providers and treaters.

     Address:   _____

                _____

3.   The type and amount of information to be used or disclosed is as follows: (include dates where
     appropriate)
     ____ physician/nurse assessment     ____ medication list        ____ history and physical
     ____ discharge summary              ____ laboratory results     ____ x-ray and imaging\ reports
     ____ consultation reports            x   entire record          ____ patient information sheet
     ____ other:_____

4.   I understand that the information in my health record may include information relating to sexually
     transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus
     (HIV).  It may also include information about behavioral or mental health services, and treatment for
     alcohol and drug abuse.

5.   This information may be disclosed to and used by the following individual or organization: all medical
     sources, healthcare providers and treaters, and their representatives,

     for the purpose of litigation and to comply with Tenn. Code Ann. § 29-26-121.

6.   I understand I have the right to revoke this authorization at any time.  I understand if I revoke this
     authorization I must do so in writing and present my written revocation to the health information
     management department and requesting party.  I understand the revocation will not apply to information
     that has already been released in response to this authorization.  I understand the revocation will not
     apply to my insurance company when the law provides my insurer with the right to contest a claim under
     my policy.  If I fail to specify an expiration date, event or condition, this authorization will expire in one (1)
     year.  I further authorize the above referenced provider to accept a copy of this Authorization instead of
     the original of this document, said copy to have full force and effect as though it were the original.

7.   I understand that authorizing the disclosure of this health information is voluntary.  I can refuse to sign this
     authorization.  I need not sign this form in order to assure treatment.  I understand I may inspect or copy
     the information to be used or disclosed, as provided in CFR 164.524.  I understand any disclosure of
     information carries with it the potential for an unauthorized re-disclosure and the information may not be
     protected by federal confidentiality rules.


_Barbara A. Taylor_                        _6-20-13_
Signature of Patient or Legal Representative          Date


_____
If Signed by Legal Representative, Relationship to Patient

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: *Blake Taylor* | Birth Date: *182* | Social Security No. *(optional)*: *-0293* |
|---|---|---|

Provider's/Health Plan's Name:  
Recipient's Name:

Provider's/Health Plan's Address:  
Address 1:  
Address 2:  
City:    State:    Zip:

This authorization will expire on the following: (Fill in the Date or the Event but not both.)  
Date: *April 1, 2014*    Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☑ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s): | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92 | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☐ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| ☐ Medication Sheets | | ☐ ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. *BT* (initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: *Blake Taylor*    Date: *5/23/13*

Print Name of Patient/Plan Member's Representative: *Robert Young*    Relationship to Patient/Plan Member: *Attorney*

Revised 3/2003

C - 4

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name: Kendal Turner | Birth Date: /63 | Social Security No. (optional): -1107 |
| Provider's/Health Plan's Name: | Recipient's Name: | |
| Provider's/Health Plan's Address: | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014                    Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill: | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92: | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic | |
| ☑ Medication Sheets | | ☑ ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|
| The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization. |

| Section C: Signatures |
|---|
| I have read the above and authorize the disclosure of the protected health information as stated. |
| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: 5/23/13 |
| Print Name of Patient/Plan Member's Representative: Robert Young | Relationship to Patient/Plan Member: Attorney |

Revised 3/2003

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations.**

| Patient/Plan Member Name:   Steven R. Wanta | Birth Date:   7/56 | Social Security No.:   2770 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14                Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

### Description of information to be used or disclosed

Is this request for psychotherapy notes? □ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. □ No, then you may check as many items below as you need.

| Description: | Dates(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | □ Labor/delivery sum.<br>□ OB nursing assess<br>□ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>□ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

**THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br>*Steven R. Wanta* | Date:<br>3-20-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br>Steven R. Wanta | Relationship to Patient/Plan Member:<br>Self |

# LIMITED AUTHORIZATION TO DISCLOSE
# MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

### Information To Be Used Or Disclosed

*Patient Name:* **Elfreida H. Wiley**          Patient Identifier: DOB:____ /1958_____

*Description of Information*:  Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient.  THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

### Persons Or Organizations Authorized To Disclose The Information

Health Care Provider(s):

Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, a Professional Corporation, Saint Thomas Network Saint Thomas Health,  St. Thomas Hospital, Timothy P. Schoettle, M.D., John Weeks Culclasure, M.D., Debra V. Schamberg, R.N.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization.  A photostatic copy of this Authorization is to be considered as effective as the original.  I understand that I am not required to sign this Authorization.  The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

### Persons or Organizations Authorized to Receive the Information

Howell Allen Clinic, a Professional Corporation, or any representative, attorney or investigator from said organization c/o Gregory B. Lanford, M.D., registered agent for service of process, 2011 Murphy Avenue, Suite 301, Nashville, TN 37203-2023

### Purpose of the Requested Use or Disclosure

Healthcare liability claim.

### Expiration and Revocation of This Authorization

Expiration Date or Event:  Conclusion of litigation

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation.  Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address: _____

_____

I understand that I may see and copy the Information if I ask for it.  I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

| | | | |
|---|---|---|---|
| Elfreida Wiley | 05/01/2013 | | |
| Signature (Patient) | Date | Signature (Authorized Representative) | Date |
| | | | |
| Signature (Witness) | | Relationship to Patient | |

SAMPLE ONLY FORM
AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations |
|---|

| Patient/Plan Member Name:<br>*Krissy Wilkinson* | Birth Date:<br>/70 | Social Security No. *(optional)*:<br>0313 |
|---|---|---|

| Provider's/Health Plan's Name: | Recipient's Name: | |
|---|---|---|

| Provider's/Health Plan's Address: | Address 1: | |
|---|---|---|
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014          Event:

Purpose of disclosure:     COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92 | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic | |
| ☑ Medication Sheets | | ☑ ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _KW_ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

| Section C: Signatures |
|---|

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br>*Kristin Wilkinson* | Date:<br>5/23/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br>*Robert Viren* | Relationship to Patient/Plan Member:<br>*Attorney* |

Revised 3/2003

# LIMITED AUTHORIZATION TO DISCLOSE
# MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

### Information To Be Used Or Disclosed

Patient Name:  Earline T. Williams          Patient Identifier: DOB:  1940

Description of Information: Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient. THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

### Persons Or Organizations Authorized To Disclose The Information

Health Care Provider:     Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic A Professional Corporation; St. Thomas Hospital; John Weeks Culclasure, M.D.; Debra V. Schamberg, R.N.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization. A photostatic copy of this Authorization is to be considered as effective as the original. I understand that I am not required to sign this Authorization. The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

### Persons or Organizations Authorized to Receive the Information

Saint Thomas Outpatient Neurosurgical Center, LLC or any representative, attorney or investigator from said organization, c/o Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste 301, Nashville, TN 37203-2023 or Floor 9, 4230 Harding Pike, Nashville, TN 37205-2013.

### Purpose of the Requested Use or Disclosure

Legal

### Expiration and Revocation of This Authorization

Expiration Date or Event: __10/11/13__

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

I understand that I may see and copy the Information if I ask for it. I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

_____     _____     _Matthew Weldin_____  _4/11/13_
Signature (Patient)                Date        Signature (Authorized Representative)    Date

                                                        Son
_____                     _____
Signature (Witness)                          Relationship to Patient

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A:** This section must be completed for all Authorizations

| Patient/Plan Member Name:    Annette G. Young | Birth Date:    /45 | Social Security No ·    -6657 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both).
Date:  04/20/14          Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization  You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record·<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>X Itemized bill·<br>X UB-92.<br>X Other: all diagnostic<br> films, x-rays, MRIs,<br> CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. ___MY___ (initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to sign authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C:** Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:    *Annette Young* | Date:    3-21-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:    Annette G. Young | Relationship to Patient/Plan Member:    Self |

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Patient/Plan Member Name:   Edna Youree | Birth Date:    56 | Social Security No.:    1440 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14        Event:

Purpose of disclosure:     COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? □ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record | | X Operative information | | □ Labor/delivery sum. | |
| X Admission form | | X Cath lab | | □ OB nursing assess | |
| X Dictation reports | | X Special test/therapy | | □ Postpartum flow sheet | |
| X Physician orders | | X Rhythm Strips | | X Itemized bill | |
| X Intake/outtake | | X Nursing information | | X UB-92: | |
| X Clinical Test | | X Transfer forms | | X Other: all diagnostic | |
| X Medication Sheets | | X ER information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | □ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _Ey_ (Initial) If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

I have read the above and authorize the disclosure of the protected health information as stated.

Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:

_Edna Youree_

Date:  3-26-2013

Print Name of Patient/Plan Member's Representative:
Edna Youree    _Edna Youree_

Relationship to Patient/Plan Member:
Self

Mar. 26. 2013 11:27AM                                                    No. 1860   P. 9

## Authorization for Release of Medical Records and
## Protected Health Information

TO:

I, Adam Ziegler, in compliance with the newly instituted requirements of HIPAA, hereby authorize and request **Saint Thomas Outpatient Neurosurgical Center, LLC, Saint Thomas Network, Saint Thomas Health, St. Thomas Hospital, and Howell Allen Clinic A Professional Organization** to release or disclose to bearer, or permit bearer to view, and/or to furnish bearer with copies of all billing and medical records or other information pertaining to drug prescriptions, hospitalizations, and/or outpatient care related to the treatment of Adam Ziegler.

I further authorize you to photocopy and mail all documents, records, laboratory results, prescription records, or other medical information to:

**Saint Thomas Outpatient Neurosurgical Center, LLC**
**c/o Gregory B. Lanford M.D.**
**2011 Murphy Avenue**
**Suite 301**
**Nashville, TN 37203-2023**

This authorization will expire one year from the date it was signed, unless revoked sooner. I understand that I may revoke this authorization in writing at any time, to the extent that disclosure has not already occurred prior to my request for revocation. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I understand that treatment or payment cannot be conditioned on my signing this authorization.

This information will be used for legal investigation purposes. I understand that information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the rule.

I agree that a photocopy of this authorization be accepted with the same authority as the original.

Dated: _____ *19 MARCH 2013*

Signed: _____ *Adam C Ziegler*

Printed: Adam Ziegler

DOB: _____ *-1980*

1086347.1