# EXHIBIT 2



BRADLEY ARANT
BOULT CUMMINGS LLP

Beth Reisch, Paralegal
*Paralegal*
Direct: (615) 252-3553
Fax: (615) 248-3015
breisch@babc.com

July 18, 2013

Matthew Cline
Gideon, Cooper and Essary
Suite 1100, 315 Deaderick Street
Nashville, Tennessee 37238

       Re:    Requests for St. Thomas Hospital West Medical Records of Meningitis Claimants

Dear Mr. Cline:

      Pursuant to your July 12, 2013 request for the St. Thomas Hospital West medical and billing records of 75 claimants, please find attached a listing of 30/75 claimants whose HIPAA releases are deficient. Also enclosed are the releases for each of the 30 claimants.

      Please return them to their respective attorneys for completion and we will provide you with the records you are requesting.

                Sincerely,

                *Beth Reisch*

                Beth Reisch, Paralegal

br
Attachment and enclosures as stated
Cc:    Amy D. Hampton
       Lela Hollabaugh

RECEIVED

JUL 19 2013

7/3172157.1

DEFICIENT RELEASES

|  | CLAIMANT | DEFICIENT |
|---|---|---|
| 1. | ALEXANDER, JOHN | No provider designated |
| 2. | BESAW, TRAVIS | No provider or recipient designated |
| 3. | BRATCHER, BEN | No provider or recipient designated.  Requests psychotherapy records only. |
| 4. | BRYANT, MARGARET | Expired release submitted without certificate of death; type of records not designated |
| 5. | CAMPBELL, BARBARA | No provider or recipient designated.  Requests psychotherapy records only. |
| 6. | CARROLL, THERESA | No provider or recipient designated |
| 7. | CHAMBERS, KATHY | Incorrect provider & recipient |
| 8. | COLEMAN, BILLY JOE | No provider or recipient designated |
| 9. | EVANS, DANNY | No provider or recipient designated |
| 10. | FERGUSON, ROSEMARY | Undated release |
| 11. | GLATMAN, ELLEN | Undated release; no recipient designated |
| 12. | JORDAN, DORRIS | Undated release; no recipient designated |
| 13. | KINSEY, JOHN | Undated release; no recipient designated |
| 14. | LANKFORD, CHARLES | Undated release; no recipient designated |
| 15. | LOVELACE, EDDIE | Release submitted without out certificate of death |
| 16. | MARTIN, MARY NEAL | Release submitted without out certificate of death |
| 17. | MCKINNEY, JOYCE | No provider designated |
| 18. | MILLER, MELANIE | No provider or recipient designated.  Requests psychotherapy records only. |
| 19. | NASEEF, DOROTHY | No provider or recipient designated |
| 20. | PIERCE, KEN | No provider or recipient designated |
| 21. | PRUITT, ELIZABETH | Release submitted without out certificate of death |
| 22. | RAGLAND, J.W. | Release submitted without out certificate of death |
| 23. | RYBINSKI, THOMAS | Release submitted without out certificate of death |
| 24. | SAWYERS, JOHN | No provider designated |
| 25. | STINSON, MELANE | No provider or recipient designated |
| 26. | TAYLOR, BARBARA | No provider designated |
| 27. | TAYLOR, BLAKE | No provider or recipient designated.  Requests psychotherapy records only. |
| 28. | TURNER, RONDAL | No provider or recipient designated |
| 29. | WILKINSON, KRISSY | No provider or recipient designated |
| 30. | WILLIAMS, EARLINE | Release submitted without out certificate of death |

## AUTHORIZATION FOR PRODUCTION OF MEDICAL DOCUMENTATION

Pursuant to TENNESSEE CODE ANNOTATED §29-26-122(a)(2)(E), I, John L. Alexander, Sr., have executed this HIPAA-compliant medical authorization that authorizes the Saint Thomas Outpatient Neurosurgical Center, LLC, and/or the designated legal representative for Saint Thomas Outpatient Neurosurgical Center, LLC, to obtain complete medical records regarding myself, John L. Alexander, Sr., Social Security Number    -9620, and date of birth (    /1953.

The medical documentation which is authorized to be copied and produced to Saint Thomas Outpatient Neurosurgical Center, LLC, and/or the designated legal representative for Saint Thomas Outpatient Neurosurgical Center, LLC, would include, but not be limited to, medical records, medical reports, medical charts, X-ray reports or films, diagnostic studies, psychiatric records, psychological records, pharmacy or prescription medication records, pathology reports or slides, medical billing statements, and/or other documents, writings or tangible things related to the medical care and treatment of John L. Alexander, Sr.. The medical information that is authorized to be produced includes, but is not limited to, protected health information as defined at 45 C.F.R. 164.500, *et seq.*, (The HIPAA Privacy Rule).

I, John L. Alexander, Sr., understand that the information in the health records may include information which is related to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

I, John L. Alexander, Sr., understand that I have the right to revoke this authorization at any time. I, John L. Alexander, Sr., understand that if I revoke this authorization I must do so in writing and present my written revocation to the health information management department and/or employment human resources or personnel department. I, John L. Alexander, Sr., understand that the revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire on the following date, or event or condition: June 28, 2020.

I, John L. Alexander, Sr., understand that authorizing the disclosure of this health information is voluntary and that I can refuse to sign this authorization. I, John L. Alexander, Sr., understand that I may inspect or copy the information to be used or disclosed, as provided by CFR 164.524. I, John L. Alexander, Sr., understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.

I, John L. Alexander, Sr., understand that the medical documentation and health information is being disclosed due to my claims for the severe injuries which I allege were caused when I was injected with contaminated drug products while I was under the care and treatment of Saint Thomas Outpatient Neurosurgical Center, LLC. The contaminated drug products were obtained by Saint Thomas Outpatient Neurosurgical Center, LLC from New England Compounding Pharmacy, LLC.

This health information may be disclosed to and may be used by the following organization:

**Saint Thomas Outpatient Neurosurgical Center, LLC, and/or the designated**
**legal representative for Saint Thomas Outpatient Neurosurgical Center, LLC**
**4230 Harding Road, Suite 901**
**Nashville, TN 37205**
**Telephone # (615) 341-3425**

_____          Date: _6/28/13_
John L. Alexander, Sr.

AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations |
|---|

| Patient/Plan Member Name: Travis Besaw | Birth Date: /82 | Social Security No. *(optional)*: 9369 |
|---|---|---|

| Provider's/Health Plan's Name: | Recipient's Name: |
|---|---|

| Provider's/Health Plan's Address: | Address 1: |
|---|---|
| | Address 2: |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014          Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill: | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92: | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic | |
| ☑ Medication Sheets | | ☑ ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.  YB  (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

| Section C: Signatures |
|---|

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: 5/17/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative: Robert Young | Relationship to Patient/Plan Member: Attorney |

Revised 3/2003

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:<br><br>Ben Bratcher | Birth Date:<br><br>/78 | Social Security No. (optional):<br><br>-9540 |
| Provider's/Health Plan's Name: | Recipient's Name: | |
| Provider's/Health Plan's Address: | Address 1: ~<br>F | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  April 1, 2014     Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☑ Yes, then this is the only item you may request on this authorization.  You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record<br>☐ Admission form<br>☐ Dictation reports<br>☐ Physician orders<br>☐ Intake/outtake<br>☐ Clinical Test<br>☐ Medication Sheets | | ☐ Operative Information<br>☐ Cath lab<br>☐ Special test/therapy<br>☐ Rhythm Strips<br>☐ Nursing Information<br>☐ Transfer forms<br>☐ ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>☐ Itemized bill:<br>☐ UB-92:<br>☐ Other: all diagnostic<br>   films, x-rays, MRIs,<br>   CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.  BG B  (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation.  Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.  You may furnish this law firm records that are requested by this office.  All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

| Section C: Signatures |
|---|

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>Benjamin G Bratch | Date:<br><br>5-20-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br><br>Robert Young | Relationship to Patient/Plan Member:<br><br>Attorney |

Revised 3/2003

## AUTHORIZATION FOR USE OR DISCLOSURE OF

## PROTECTED HEALTH INFORMATION

Patient Name:   Margaret Rhea Bryant

Social Security Number:   -7413

Date of Birth:   , 1938

Phone Number:   931.668.4722

1.      I authorize Saint Thomas Health Services, Saint Thomas Outpatient Neurosurgical Center, LLC, St. Thomas Hospital, St. Thomas Hospitalist Group, St. Thomas Neurology Group, PLC to disclose my health information to:
Galligan & Newman, 309 W. Main Street, McMinnville, TN 37110, Christina S. Sadlow, M.D., Damon M. Abaray, M.D., E. Berry Holt, III, Gregory B. Lanford, M.D., Heritage Medical Associates, P.C., Howell Allen Clinic, John R. Voigt, Esq., Joseph R. Zenisek, M.D., Steven A. Embry, M.D., Subir Prasad, M.D., Vanderbilt University Medical Center
The purpose(s) for the use or disclose is as follows:  Litigation.

2.      The type and amount of information to be used or disclosed is as follows:
Health information covering treatment from July 1, 2012 to September 18, 2012.

- □ Abstract (includes H&P, Progress Notes, Procedure Notes, Procedure Reports, etc.)
- □ Copy of Medical Records only
- □ Copy of Complete Records (Medical & Financial)
- □ History and Physical (H&P)
- □ Consultation
- Other:

- □ Summary
- □ Discharge Summary (DS)
- □ Operative/Procedure Report(OP)
- □ Pathology Report
- □ Laboratory Report

3.      I understand that my health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for drug and alcohol abuse.

4.      I understand that I have a right to revoke this authorization at any time.  I understand that, if I revoke this authorization, I must do so in writing and present my written revocation to the Health Information Management department.  I understand that my revocation will not apply to the extent that the above named provider has taken action in reliance on this authorization.  I understand that my revocation will not apply if this authorization was obtained as a condition of obtaining insurance coverage and the law provides my insurer with the right to contest a claim under my policy or the policy itself.  Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____
If I fail to specify an expiration date, event, or condition, this authorization will expire in six months.

5.      I understand that authorizing the disclosure of this health information is voluntary.  I can refuse to sign this authorization.  The doctor or hospital may not condition treatment, payment, enrollment in its health plan, or eligibility for benefits on my signing this authorization.  I understand that if I authorize the above named provider to disclose my health information, the health information may be subject to redisclosure by the recipient and may no longer be protected by certain federal privacy regulations.  If I have any questions about disclosure of my health information I can contact the provider listed above.

_Bertha W. Bryant_
Signature of Patient or Legal Representative

_Oct. 5, 2012_
Date

_____
If signed by Legal Representative, Relationship to Patient

| Section A: This section must be completed for all Authorizations | | | |
|---|---|---|---|
| Patient/Plan Member Name: Barbara Campbell | Birth Date: /54 | | Social Security No. (optional): -3280 |
| Provider's/Health Plan's Name: | Recipient's Name: | | |
| Provider's/Health Plan's Address: | Address 1: | | |
| | Address 2: | | |
| | City: | State: | Zip: |

This authorization will expire on the following (Fill in the Date or the Event but not both.)
Date: April 1, 2014    Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☒ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s) | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92 | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☐ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| ☐ Medication Sheets | | ☐ ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _BC_ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

### Section B:

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

### Section C: Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: Barbara Campbell | Date: 5/19/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative: Barbara Campbell    Robert Young | Relationship to Patient/Plan Member: Attorney |

Revised 3/2003

C - 4

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: Theresa Carroll | Birth Date: '49 | Social Security No. (optional): __-9568 |
|---|---|---|

| Provider's/Health Plan's Name: | Recipient's Name: | |
|---|---|---|

| Provider's/Health Plan's Address: | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  April 1, 2014          Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization.  You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): . | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill: | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92: | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic | |
| ☑ Medication Sheets | | ☑ ER Information | | films, x-rays, MRIs, CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. ___TC___ (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation.  Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.  You may furnish this law firm records that are requested by this office.  All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: Theresa Carroll | Date: 5/19/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative: Theresa Ann Carroll Robert Young | Relationship to Patient/Plan Member: Attorney |

Revised 3/2003

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: Kathy J. Chambers | Birth Date: 05/16/51 | Social Security No.: 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 |
|---|---|---|

*Kathy Chambers* — *9081*

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| Howell Allen Clinic a Professional Corporation | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14                      Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-12

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record | | X Operative Information | | ☐ Labor/delivery sum. | |
| X Admission form | | X Cath lab | | ☐ OB nursing assess | |
| X Dictation reports | | X Special test/therapy | | ☐ Postpartum flow sheet | |
| X Physician orders | | X Rhythm Strips | | X Itemized bill: | |
| X Intake/outtake | | X Nursing Information | | X UB-92: | |
| X Clinical Test | | X Transfer forms | | X Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| X Medication Sheets | | X ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. *K* (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.  You may furnish this law firm records that are requested by this office.  All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L, Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: *Kathy Chambers* | Date: 2013 *5-22-* |
|---|---|
| Print Name of Patient/Plan Member's Representative: Kathy J. Chambers *Kathy Chambers* | Relationship to Patient/Plan Member: Self |

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name: _Billy Joe Coleman_ | Birth Da __159__ | Social Security No. (optional): __3273__ |
| Provider's/Health Plan's Name: | Recipient's Name: | |
| Provider's/Health Plan's Address: | Address 1: | |
| | Address 2: | |
| | City: | State: Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  April 1, 2014                    Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill: | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92: | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other; all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| ☑ Medication Sheets | | ☑ ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _BJC_ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|
| The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization.  THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office.  All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization. |

| Section C: Signature |
|---|
| I have read the above and authorize the disclosure of the protected health information as stated. |

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: _Billy Joe Coleman_ | Date: 5/20/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative: _Robert Young_ | Relationship to Patient/Plan Member: Attorney |

Revised 3/2003

C - 4

**Section A:** This section must be completed for all Authorizations

| Patient/Plan Member Name: Damy Evans | Birth Date: '64 | Social Security No. (optional): -1823 |
|---|---|---|

| Provider's/Health Plan's Name: | Recipient's Name: | |
|---|---|---|

| Provider's/Health Plan's Address: | Address 1 | |
|---|---|---|
| | Address 2 | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014          Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization.  You must submit another authorization for other items below.  ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill: | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92: | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic | |
| ☑ Medication Sheets | | ☑ ER Information | | films, x-rays, MRIs, CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. __DJE__ (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation.  Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization.  THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.  You may furnish this law firm records that are requested by this office.  All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: 5/22/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative: Robert Young | Relationship to Patient/Plan Member: Attorney |

Revised 3/2003

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:<br><br>Rosemary C. Ferguson | Birth Date:<br><br>1956 | Social Security No. (*optional*): |
| Provider's/Health Plan's Name:<br>St. Thomas Hospital | Recipient's Name: | |
| Provider's/Health Plan's Address:<br><br>4220 Harding Road<br>Nashville, TN 37205 | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

| This authorization will expire on the following: (Fill in the Date or the Event but not both.) |
|---|
| Date: April 1, 2014                    Event: |

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record<br>☑ Admission form<br>☑ Dictation reports<br>☑ Physician orders<br>☑ Intake/outtake<br>☑ Clinical Test<br>☑ Medication Sheets | | ☑ Operative Information<br>☑ Cath lab<br>☑ Special test/therapy<br>☑ Rhythm Strips<br>☑ Nursing Information<br>☑ Transfer forms<br>☑ ER Information | | ☑ Labor/delivery sum.<br>☑ OB nursing assess<br>☑ Postpartum flow sheet<br>☑ Itemized bill<br>☑ UB-92<br>☑ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|
| The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization. |

| Section C: Signatures |
|---|
| I have read the above and authorize the disclosure of the protected health information as stated. |

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Rosemary C. Ferguson* | Date: |
|---|---|
| Print Name of Patient/Plan Member's Representative: *Robert Young* | Relationship to Patient/Plan Member: *Attorney* |

Revised 3/2003

Case 3:13-md-02419-RWZ   Document 2342-2   Filed 10/16/14   Page 14 of 33

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| **Patient/Plan Member Name:** Ellen Glatman | **Birth Date:** 1960 | **Social Security No.** *(optional):* |
| **Provider's/Health Plan's Name:** St. Thomas Hospital | **Recipient's Name:** | |
| **Provider's/Health Plan's Address:** 4220 Harding Road Nashville, TN 37205 | Address 1: | |
| | Address 2: | |
| | City: | State: Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014          Event:

Purpose of disclosure:     COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92 | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic | |
| ☑ Medication Sheets | | ☑ ER Information | | films, x-rays, MRIs, CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it,

| Section B: |
|---|

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

| Section C: Signatures |
|---|

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| Print Name of Patient/Plan Member's Representative: Robert Young | Relationship to Patient/Plan Member: Attorney |

Revised 3/2003

C - 4

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:<br><br>Dorris Jordan | Birth Date:<br><br>/1957 | Social Security No. *(optional)*: |
| Provider's/Health Plan's Name:<br>St. Thomas Hospital | Recipient's Name: | |
| Provider's/Health Plan's Address:<br><br>4220 Harding Road<br>Nashville, TN 37205 | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014   Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s) | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath Lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92 | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic | |
| ☑ Medication Sheets | | ☑ ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|
| The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization. |

| Section C: Signatures |
|---|
| I have read the above and authorize the disclosure of the protected health information as stated. |

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Dorris Jordan*<br><br>Print Name of Patient/Plan Member's Representative: *Robert Young* | Date: |
|---|---|
| | Relationship to Patient/Plan Member:<br>*Attorney* |

Revised 3/2003

SAMPLE HIPAA FORM
AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:<br><br>John Kinsey | Birth Date:<br><br>/1962 | Social Security No. *(optional)*: |

| Provider's/Health Plan's Name:<br>St. Thomas Hospital | Recipient's Name: | | |
|---|---|---|---|
| Provider's/Health Plan's Address:<br><br>4220 Harding Road<br>Nashville, TN 37205 | Address 1: | | |
| | Address 2: | | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  April 1, 2014                 Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☒ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☒ All PHI in medical record | | ☒ Operative Information | | ☒ Labor/delivery sum. | |
| ☒ Admission form | | ☒ Cath lab | | ☒ OB nursing assess | |
| ☒ Dictation reports | | ☒ Special test/therapy | | ☒ Postpartum flow sheet | |
| ☒ Physician orders | | ☒ Rhythm Strips | | ☒ Itemized bill | |
| ☒ Intake/outtake | | ☒ Nursing Information | | ☒ UB-92 | |
| ☒ Clinical Test | | ☒ Transfer forms | | ☒ Other: all diagnostic | |
| ☒ Medication Sheets | | ☒ ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it,

| Section B: |
|---|
| The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization. |

| Section C: Signatures | |
|---|---|
| I have read the above and authorize the disclosure of the protected health information as stated. | |
| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*[signature]* | Date: |
| Print Name of Patient/Plan Member's Representative:  *Robert Young* | Relationship to Patient/Plan Member:<br>*Attorney* |

Revised 3/2003

SAMPLE HIPAA FORM

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)   Case 3:11-cv-00048 Document 32-4 Filed 03/08/14 Page 17 of 33

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:<br><br>Charles Lankford | Birth Date:<br><br>/1937 | Social Security No. *(optional):* |
| Provider's/Health Plan's Name:<br>St. Thomas Hospital | Recipient's Name: | |
| Provider's/Health Plan's Address:<br><br>4220 Harding Road<br>Nashville, TN 37205 | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014                    Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☒ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☒ All PHI in medical record<br>☐ Admission form<br>☐ Dictation reports<br>☒ Physician orders<br>☒ Intake/outtake<br>☒ Clinical Test<br>☒ Medication Sheets | | ☒ Operative Information<br>☒ Cath lab<br>☒ Special test/therapy<br>☒ Rhythm Strips<br>☒ Nursing Information<br>☒ Transfer forms<br>☒ ER Information | | ☒ Labor/delivery sum.<br>☒ OB nursing assess<br>☒ Postpartum flow sheet<br>☒ Itemized bill<br>☒ UB-92:<br>☒ Other: all diagnostic<br>   films, x-rays, MRIs,<br>   CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Charles A. Lankford* | Date: |
|---|---|
| Print Name of Patient/Plan Member's Representative:  *Robert Young* | Relationship to Patient/Plan Member:  *Attorney* |

Revised 3/2003

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: | Eddie C. Lovelace | Birth Date: | 9/34 | Social Security No.: | 2-4889 |

Persons or Organizations Authorized to Disclose the Information:

St. Thomas Hospital
Saint Thomas Network
Saint Thomas Health
Saint Thomas Medical Clinic

Persons or Organizations Authorized to Receive the Information:

Saint Thomas Outpatient Neurosurgical Center, LLC

This authorization will expire on the following: (Fill in the Date or the Event, but not both.)
Date:  04/20/14       Event:

Purpose of disclosure:  **COMPLIANCE WITH T.C.A. § 29-26-121**

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s): | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record | | X Operative Information | | ☐ Labor/delivery sum. | |
| X Admission form | | X Cath lab | | ☐ OB nursing assess | |
| X Dictation reports | | X Special test/therapy | | ☐ Postpartum flow sheet | |
| X Physician orders | | X Rhythm Strips | | X Itemized bill: | |
| X Intake/outtake | | X Nursing Information | | X UB-92; | |
| X Clinical Test | | X Transfer forms | | X Other; all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| X Medication Sheets | | X ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

**THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:

*Joyce J. Lovelace*

Date:  03/21/2013

Print Name of Patient/Plan Member's Representative:

Joyce J. Lovelace

Relationship to Patient/Plan Member:

Wife

## LIMITED AUTHORIZATION TO DISCLOSE
## MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

### Information To Be Used Or Disclosed

*Patient Name:*  __Mary Neal Martin__          Patient Identifier:  __DOB__:  __1923__

*Description of Information:*  Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient.  THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

### Persons Or Organizations Authorized To Disclose The Information

*Health Care Provider:*  __Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic A Professional Corporation; St. Thomas Hospital; John Weeks Culclasure, M.D.; Debra V. Schamberg, R.N.__

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization.  A photostatic copy of this Authorization is to be considered as effective as the original.  I understand that I am not required to sign this Authorization.  The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

### Persons or Organizations Authorized to Receive the Information

__Howell Allen Clinic A Professional Corporation__ or any representative, attorney or investigator from said organization, c/o Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste 301, Nashville, TN 37203-2023.

### Purpose of the Requested Use or Disclosure

__At the request of the undersigned__

### Expiration and Revocation of This Authorization

Expiration Date or Event:  __10 / 30 / 2013__

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation.  Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

I understand that I may see and copy the Information if I ask for it.  I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

_____          *Patricia M Martin*      *4/30/2013*
Signature (Patient)                      Date          Signature (Authorized Representative)   Date

                                                        *Daughter*
_____          _____
Signature (Witness)                                    Relationship to Patient

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: Joyce P. McKinney | Birth Date: -1939 | Social Security No. 1-6954 |
|---|---|---|

Provider's/Health Plan's Name & Address:

See Attached

| Recipient's Name: | Dr. John W. Culclasure |
|---|---|
| Address 1: | Saint Thomas Outpatient Neurosurgical Center |
| Address 2: | 4230 Harding Road, Ste. 901 Nashville, TN 37205 |
| City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:                              Event: Conclusion of Litigation

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ___ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. X No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record | | X Operative Information | | X Labor/delivery sum. | |
| X Admission form | | X Cath lab | | X OB nursing assess | |
| X Dictation reports | | X Special test/therapy | | X Postpartum flow sheet | |
| X Physician orders | | X Rhythm Strips | | X Itemized bill: | |
| X Intake/outtake | | X Nursing Information | | X UB-92: | |
| X Clinical Test | | X Transfer forms | | X Other: all diagnostic | |
| X Medication Sheets | | X ER Information | | films, x-rays, MRIs, CAT scans, etc. | |
| | | | | X Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by the above named recipient for which I am granting my authorization. THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above named recipient shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel William D. Vines, III, Butler, Vines & Babb, PLLC, 2701 Kingston Pike, Knoxville, TN 37919, within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: Joyce P. McKinney | Date: 6-12-13 |
|---|---|
| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: |

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: | Birth Date: | Social Security No. (optional): |
|---|---|---|
| Melanie Miller | /77 | -2284 |

| Provider's/Health Plan's Name: | Recipient's Name: | |
|---|---|---|
| Provider's/Health Plan's Address: | Address 1: | |
| | Address 2: | |
| | City: | State: / Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  April 1, 2014                    Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☑ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description | Date(s) | Description | Date(s) | Description | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92: | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☐ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| ☐ Medication Sheets | | ☐ ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requestor or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: 5/23/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative: Robert Young | Relationship to Patient/Plan Member: Attorney |

Revised 3/2003

C - 4

P 003/003

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: _Dorothy Naseef_ | Birth Date: _5/45_ | Social Security No. (optional): _1-0080_ |
|---|---|---|
| Provider's/Health Plan's Name: | Recipient's Name: | |
| Provider's/Health Plan's Address: | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014        Event

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☒ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s): |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative information | | ☐ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☐ OB nursing notes | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☐ Itemized bill | |
| ☑ Intake/outtake | | ☑ Nursing information | | ☐ UB-52: | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☐ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| ☑ Medication Sheets | | ☑ ER information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _M_ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES _NOT_ PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by their office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and an Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: _Dorothy Naseef_ | Date: _5/20/13_ |
|---|---|
| Print Name of Patient/Plan Member's Representative: _Robert Yirion_ | Relationship to Patient/Plan Member: _Attorney_ |

Revised 3/2003

C - 4

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member's Name: *Ken Pierce* | Birth Date: /60 | Social Security No. *(optional)*: 1-3398 |
| Provider's/Health Plan's Name: | Recipient's Name: | |
| Provider's/Health Plan's Address: | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014          Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☒ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☒ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92 | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| ☑ Medication Sheets | | ☑ ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|
| The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization.  **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.**  You may furnish this law firm records that are requested by this office.  All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization. |

| Section C: Signatures |
|---|
| I have read the above and authorize the disclosure of the protected health information as stated. |

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: 5/23/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative: *Larry K. (Ken) Pierce Jr.*   *Robert (Ham)* | Relationship to Patient/Plan Member: *Attorney* |

Revised 3/2003

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name:    Elizabeth A. Pruitt | Birth Date:    8/39 | Social Security No.:    -5519 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:  04/20/14                  Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _LCS_ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a three-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| _Lose C. Shadowhawk_ | _8-21-13_ |
| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: |
| Lose C. Shadowhawk | Daughter |

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name:   J.W. Ragland | Birth Date:   7/41 | Social Security No.:   .8512 |
|---|---|---|

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14                    Event:

Purpose of disclosure:   **COMPLIANCE WITH T.C.A. § 29-26-121**

### Description of information to be used or disclosed

Is this request for psychotherapy notes? □ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. □ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | □ Labor/delivery sum.<br>□ OB nursing assess<br>□ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic<br>   films, x-rays, MRIs,<br>CAT scans, etc.<br>□ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _BR___ (Initial) If not applicable, check here. □

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

**Section B:**

THIS AUTHORIZATION DOES _NOT_ PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L, Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>*Becky Ragland* | Date:<br><br>3-27-2013 |
|---|---|
| Print Name of Patient/Plan Member's Representative:<br>Becky Ragland | Relationship to Patient/Plan Member:<br><br>Wife |

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

Section 1: This section must be completed for all Authorizations.

| Patient/Plan Member Name:   Thomas W. Rybinski | Birth Date:   7/56 | Social Security No.:   8468 |

| Persons or Organizations Authorized to Disclose the Information: | Persons or Organizations Authorized to Receive the Information: |
|---|---|
| St. Thomas Hospital<br>Saint Thomas Network<br>Saint Thomas Health<br>Saint Thomas Medical Clinic | Saint Thomas Outpatient Neurosurgical Center, LLC |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:   04/20/14          Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ▢ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ▢ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| X All PHI in medical record<br>X Admission form<br>X Dictation reports<br>X Physician orders<br>X Intake/outtake<br>X Clinical Test<br>X Medication Sheets | | X Operative Information<br>X Cath lab<br>X Special test/therapy<br>X Rhythm Strips<br>X Nursing Information<br>X Transfer forms<br>X ER Information | | ▢ Labor/delivery sum.<br>▢ OB nursing assess .<br>▢ Postpartum flow sheet<br>X Itemized bill:<br>X UB-92:<br>X Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>▢ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.  _SCR_  (Initial) If not applicable, check here. ▢

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I may authorize will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.
7. A photostatic copy of this Authorization is to be considered as effective as the original.

THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH THE ABOVE-LISTED ENTITIES OR THEIR REPRESENTATIVES OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by the above-listed entities shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel Randall L. Kinnard; KINNARD, CLAYTON & BEVERIDGE; 127 Woodmont Boulevard; Nashville, TN 37205 within five (5) days after the records are obtained through the use of this authorization.

Section 2:

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br><br>_Silvia Colette Rybinski_ | Date:<br><br>3/20/13 |
| Print Name of Patient/Plan Member's Representative:<br><br>Colette Rybinski | Relationship to Patient/Plan Member:<br><br>Wife |

## *AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION*
## *PURSUANT TO HIPAA C.F.R. 164.512*

I authorize the use/disclosure of health information as described below.

1.  Person(s) or class of persons, medical provider or other entity or person authorized to disclose the information: _____
    _____

2.  Person(s) or class of persons or provider, company or entity to whom the information may be disclosed:  <u>ST. THOMAS OUTPATIENT NEUROSURGICAL CENTER, LLC</u>

3.  I understand that this may include information relating to acquired immunodeficiency syndrome (AIDS) or infection with HIV (Human Immunodeficiency Virus), psychiatric care, treatment for alcohol and/or drug abuse, and/or genetic testing.

4.  Description of information to be disclosed:  Medical records and reports, patient information and history forms, x-rays, x-ray report, pathology, pathology reports, insurance records, health care providers' reports and consultations, prescriptions, off-work slips, therapy records, lab reports, notes, tests and billing records and statements.

5.  The information will be used/disclosed for the following purposes:  For medical providers and any other person or entity to obtain medical records for the purpose of determining what happened to John Charles Sawyers and what persons, manufacturers, distributors, purchasers or entities are responsible for causing injury to Mr. Sawyers and for any other lawful purpose.

6.  I understand that the health information described above may be redisclosed and no longer protected by federal and state privacy regulations.

7.  I understand that my healthcare or payment for healthcare will not be affected if I refuse to sign this authorization.

8.  In consideration of the release of information by _____
    _____, in accordance with this request, I hereby release
    _____, its agents, servants, and employees
    from any and all claims, demands, or liability of any kind, which might  ·  ·  arise of or
    from the release of such information and the effects thereof.

I understand that I have the right to revoke this authorization in writing at any time by sending written notice of revocation to the person(s), class of persons or provider, company or entity at the above address.  I understand my revocation of this authorization will not be effective as to uses and/or disclosures of any information that the person(s) and/or organization have previously provided.  A copy of this signed release shall be deemed as effective as if it were the original.

This authorization shall expire two years from the date of its execution.

_____
JOHN CHARLES SAWYERS

_John Charles Sawyers_

DATE: _6-10-13_

DOB:        1949
S.S. NO:    ⁙-3457

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

Section A: This section must be completed for all Authorizations.

| Patient/Plan Member Name: _Melanie Stinson_ | Birth Date:, _/60_ | Social Security No. *(optional):* _-1882_ |

Provider's/Health Plan's Name:                    Recipient's Name:

Provider's/Health Plan's Address:                 Address 1:

Address 2:

City:            State:            Zip:

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014                     Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill: | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92: | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic | |
| ☑ Medication Sheets | | ☑ ER Information | | films, x-rays, MRIs, CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _MS_ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

Section B:

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

Section C: Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: _Melanie Stinson_ | Date: _5/17/13_ |

| Print Name of Patient/Plan Member's Representative: _Robert Young_ | Relationship to Patient/Plan Member: _Attorney_ |

Revised 3/2003

### AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

Patient Name  Barbara A. Taylor

Date of Birth __    :-1949                                    Social Security Number ___         : 148

1.    I authorize the use or disclosure of the above named individual's health information as described below:

2.    The following individual or organization is authorized to make the disclosure:  all medical sources, healthcare providers and treaters.

      Address:

3.    The type and amount of information to be used or disclosed is as follows: (include dates where appropriate)
      ___ physician/nurse assessment      ___ medication list         ___ history and physical
      ___ discharge summary               ___ laboratory results      ___ x-ray and imaging\ reports
      ___ consultation reports            _x_ entire record           ___ patient information sheet
      ___ other:_____

4.    I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).  It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5.    This information may be disclosed to and used by the following individual or organization: all medical sources, healthcare providers and treaters, and their representatives,

      for the purpose of litigation and to comply with Tenn. Code Ann. § 29-26-121.

6.    I understand I have the right to revoke this authorization at any time.  I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department and requesting party.  I understand the revocation will not apply to information that has already been released in response to this authorization.  I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.  If I fail to specify an expiration date, event or condition, this authorization will expire in one (1) year.  I further authorize the above referenced provider to accept a copy of this Authorization instead of the original of this document, said copy to have full force and effect as though it were the original.

7.    I understand that authorizing the disclosure of this health information is voluntary.  I can refuse to sign this authorization.  I need not sign this form in order to assure treatment.  I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524.  I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.


_Barbara A. Taylor_                          6-20-13
Signature of Patient or Legal Representative          Date


_____
If Signed by Legal Representative, Relationship to Patient

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| | | |
|---|---|---|
| Patient/Plan Member Name: **Blake Taylor** | Birth Date: **'82** | Social Security No. *(optional):* **-0293** |

| Provider's/Health Plan's Name: | Recipient's Name: |
|---|---|
| Provider's/Health Plan's Address: | Address 1: |
| | Address 2: |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: **April 1, 2014**   Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☒ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below.  ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92 | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☐ Other: all diagnostic | |
| ☐ Medication Sheets | | ☐ ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. **RY** (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: **5/23/13** |
|---|---|
| Print Name of Patient/Plan Member's Representative: **Robert Young** | Relationship to Patient/Plan Member: **Attorney** |

Revised 3/2003

C - 4

SAMPLE HIPAA FORM

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A:** This section must be completed for all Authorizations

| Patient/Plan Member Name: | Birth Date: | S___ ___ ___ ___ (optional): |
|---|---|---|
| Kindal Turner | __/63 | __-1107 |

| Provider's/Health Plan's Name: | Recipient's Name: | |
|---|---|---|
| Provider's/Health Plan's Address: | Address 1: | |
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following. (Fill in the Date or the Event but not both.)
Date: **April 1, 2014**   Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☒ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s): | Description: | Date(s): |
|---|---|---|---|---|---|
| ☒ All PHI in medical record | | ☒ Operative Information | | ☒ Labor/delivery sum. | |
| ☒ Admission form | | ☒ Lab | | ☒ OB nursing assess | |
| ☒ Dictation reports | | ☒ Special test/therapy | | ☒ Postpartum flow sheet | |
| ☒ Physician orders | | ☒ Rhythm Strips | | ☒ Itemized bill | |
| ☒ Intake/outtake | | ☒ Nursing Information | | ☒ UB-92 | |
| ☒ Clinical Test | | ☒ Transfer forms | | ☒ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| ☒ Medication Sheets | | ☒ ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulation, and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: 5/23/13 |
|---|---|
| Print Name of Patient/Plan Member's Representative: Robert Young | Relationship to Patient/Plan Member: Attorney |

Revised 3/2003

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: _Krissy Wilkinson_ | Birth Date: _/70_ | Social Security No. *(optional)*: _-0313_ |
|---|---|---|

| Provider's/Health Plan's Name: | Recipient's Name: | |
|---|---|---|

| Provider's/Health Plan's Address: | Address 1: | |
|---|---|---|
| | Address 2: | |
| | City: | State: | Zip: |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date: April 1, 2014          Event:

Purpose of disclosure:     COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☑ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill: | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92: | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: all diagnostic | |
| ☑ Medication Sheets | | ☑ ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _MW_ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: _Kristin Wilkinson_ | Date: _5/23/13_ |
|---|---|
| Print Name of Patient/Plan Member's Representative: _Robert Grun_ | Relationship to Patient/Plan Member: _Attorney_ |

Revised 3/2003

## LIMITED AUTHORIZATION TO DISCLOSE
## MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

### Information To Be Used Or Disclosed

*Patient Name*:   Earline T. Williams                Patient Identifier:  DOB:      1940

*Description of Information*:  Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient.  THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

### Persons Or Organizations Authorized To Disclose The Information

*Health Care Provider*:   Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic A Professional Corporation; St. Thomas Hospital; John Weeks Culclasure, M.D.; Debra V. Schamberg, R.N.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization. A photostatic copy of this Authorization is to be considered as effective as the original. I understand that I am not required to sign this Authorization. The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

### Persons or Organizations Authorized to Receive the Information

Saint Thomas Outpatient Neurosurgical Center, LLC or any representative, attorney or investigator from said organization, c/o Gregory B. Lanford, M.D., 2011 Murphy Ave, Ste 301, Nashville, TN 37203-2023 or Floor 9, 4230 Harding Pike, Nashville, TN 37205-2013.

### Purpose of the Requested Use or Disclosure

Legal

### Expiration and Revocation of This Authorization

Expiration Date or Event:   10 / 11 / 13

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

I understand that I may see and copy the Information if I ask for it. I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

_____          _____          *Matthew Williams*          4/11/13
Signature (Patient)                Date             Signature (Authorized Representative)   Date

                                                     Son
_____                             _____
Signature (Witness)                                  Relationship to Patient