Exhibit A

| No. | Case Style & Law Firm | USDC of TN Docket No. | USDC of MA Docket No. |
|---|---|---|---|
| 1 | *Alexander, et al. v. Ameridose, et al.* (McMahan Law Firm) | 3:13-cv-00902 | 1:13-cv-12428-FDS |
| 2 | *Barger, et al. v. Ameridose, et al.* (English, Lucas, Priest & Owsley) **Other plaintiffs**: Peggy Sumner, Lisa Maddox, Shenia Altom, Wayne McWhorter, Samuel Groves, Claudia Ellis, Virginia Swann, Angela May, Tommy Hollingsworth, Anthony Clay Morris, Gary Wayne Waddey | 3:13-cv-00953 | 1:13-cv-12619-FDS |
| 3 | *Barnard v. Ameridose, et al.* (Branstetter, Stranch & Jennings) | 3:13-cv-01033 | 1:13-cv-12738-FDS |
| 4 | *Bequette, et al. v. Ameridose, et al.* (Leader, Bulso & Nolan) | 3:13-cv-00903 | 1:13-cv-12429-FDS |
| 5 | *Berry v. Ameridose, et al.* (Branstetter, Stranch & Jennings) | 3:13-cv-01032 | 1:13-cv-12838-FDS |
| 6 | *Besaw, Travis, et al. v. Ameridose, et al.* (English, Lucas, Priest & Owsley) **Other plaintiffs:** Donna Branham, Ben Bratcher, Barbara Campbell, Theresa Carroll, Billy Joe Coleman, Danny Evans, Ellen Glatman, Dorris Jordan, Melanie Miller, Dorothy Naseef, Larry Ken Pierce, Melanie Stinson, Blake Taylor, Rondal Turner, Krissy Wilkinson | 3:13-cv-00984 | 1:13-cv-12604-FDS |
| 7 | *Bland, et al. v. Ameridose, et al.* (Leader, Bulso & Nolan) | 3:13-cv-00704 | 1:13-cv-11881-FDS |
| 8 | *Bray v. Ameridose, et al.* (Branstetter, Stranch & Jennings) | 2:13-cv-00072 | 1:13-cv-12596-FDS |
| 9 | *Brock, et al. v. Ameridose, et al.* (Galligan & Newman) | 3:13-cv-01010 | 1:13-cv-12731-FDS |

Updated 1/22/14

Exhibit A

| No. | Case Style & Law Firm | USDC of TN Docket No. | USDC of MA Docket No. |
|---|---|---|---|
| 10 | ***Bryant v. Ameridose, et al.*** (Galligan & Newman) | 3:13-cv-01011 | 1:13-cv-12668-FDS |
| 11 | ***Burns, et al. v. Ameridose, et al.*** (Galligan & Newman) | 3:13-cv-01009 | 1:13-cv-12697-FDS |
| 12 | ***Carman, et al. v. Ameridose, et al.*** (Rochelle, McCulloch & Aulds & Donoho, Taylor & Taylor) | 3:13-cv-00838 | 1:13-cv-12238-FDS |
| 13 | ***Collins v. Ameridose, et al.*** (Branstetter, Stranch & Jennings) | 2:13-cv-00071 | 1:13-cv-12580-FDS |
| 14 | ***Cox, et al. v. Ameridose, et al.*** (McMahan Law Firm) | 2:13-cv-00069 | 1:13-cv-12918-FDS |
| 15 | ***Davis, et a. v. Ameridose, et al.*** (Jason Denton—Rochelle, McCulloch & Aulds) | 3:13-cv-0900 | 1:13-cv-12426-FDS |
| 16 | ***Demps v. Ameridose, et al.*** (Galligan & Newman) | 3:13-cv-1048 | 1:13-cv-12840-FDS |
| 17 | ***Denson v. Ameridose, et al.*** (Lieff, Cabraser, Heimann & Bernstein) | 3:13-cv-01028 | 1:13-cv-12729-FDS |
| 18 | ***Deol, et al. v. Ameridose, et al.*** (Leader, Bulso & Nolan) | 3:13-cv-01062 | 1:13-cv-12841-FDS |
| 19 | ***Devine v. Ameridose, et al.*** (Lieff, Cabraser, Heimann & Bernstein) (Law Office of Blair P. Durham) | 3:13-cv-01027 | 1:13-cv-12667-FDS |
| 20 | ***Dingess v. Ameridose, et al.*** (McMahan Law Firm) | 2:13-cv-00067 | 1:13-cv-12490-FDS |
| 21 | ***Farmer v. Ameridose, et al.*** (McMahan Law Firm) | 2:13-cv-00065 | 1:13-cv-12492-FDS |
| 22 | ***Ferguson, et al. v. Ameridose, et al.*** (English, Lucas, Priest & Owsley) | 3:13-cv-00985 | 1:13-cv-12571-FDS |
| 23 | ***Foster, et al. v. Ameridose, et al.*** (Lieff, Cabraser, Heimann & Bernstein) | 2:13-cv-00093 | 1:13-cv-12686-FDS |
| 24 | ***Garland v. Ameridose, et al.*** (Leader, Bulso & Nolan) | 3:13-cv-00997 | 1:13-cv-12736-FDS |
| 25 | ***Graham v. Ameridose, et al.*** (Branstetter, Stranch & Jennings) | 2:13-cv-00074 | 1:13-cv-12581-FDS |
| 26 | ***Hester, et al. v. Ameridose, et al.*** (Blair Law Firm) | 3:13-cv-00876 | 1:13-cv-12315-FDS |
| 27 | ***Higdon, et al. v. Ameridose, et al.*** (Evans Petree) | 3:13-cv-01019 | 1:13-cv-12718-FDS |
| 28 | ***Hurt, et al. v. Ameridose, et al.*** (Leader, Bulso & Nolan) | 3:13-cv-00986 | 1:13-cv-12605-FDS |
| 29 | ***Judd, et al. v. Ameridose, et al.*** (Leader, Bulso & Nolan) | 3:13-cv-01268 | 1:13-cv-13120-FDS |
| 30 | ***Kirkwood, et al. v. Ameridose, et al.*** (Leader, Bulso & Nolan) | 3:13-cv-00895 | 1:13-cv-12431-FDS |

Updated 1/22/14

Exhibit A

| No. | Case Style & Law Firm | USDC of TN Docket No. | USDC of MA Docket No. |
|---|---|---|---|
| 31 | *Knihtila v. Ameridose, et al.* (Lieff, Cabraser, Heimann & Bernstein) (Law Office of Blair P. Durham) | 3:13-cv-00951 | 1:13-cv-12576-FDS |
| 32 | *Martin, et al. v. Ameridose, et al.* (Leader, Bulso & Nolan) | 3:13-cv-00919 | 1:13-cv-12624-FDS |
| 33 | *May, et al. v. Ameridose, et al.* (Leader, Bulso & Nolan) | 3:13-cv-00836 | 1:13-cv-12234-FDS |
| 34 | *McDavid v. Ameridose, et al.* (Lieff, Cabraser, Heimann & Bernstein) | 2:13-cv-00086 | 1:13-cv-12742-FDS |
| 35 | *McElwee, et al. v. Ameridose, et al.* (Leader, Bulso & Nolan) | 3:13-cv-00938 | 1:13-cv-12625-FDS |
| 36 | *McKinney v. Ameridose, et al.* (Butler, Vines & Babb) | 3:13-cv-01035 | 1:13-cv-12692-FDS |
| 37 | *Nealon, et al. v. Ameridose, et al.* (McMahan Law Firm) | 2:13-cv-00066 | 1:13-cv-12491-FDS |
| 38 | *Norwood, et al. v. Ameridose, et al.* (Lieff, Cabraser, Heimann & Bernstein) (Law Office of Blair P. Durham) | 3:13-cv-00913 | 1:13-cv-12430-FDS |
| 39 | *Osborne, et al. v. Ameridose, et al.* (Leader, Bulso & Nolan) | 3:13-cv-1039 | 1:13-cv-12739-FDS |
| 40 | *Parman, et al. v. Ameridose, et al.* (Leader, Bulso & Nolan) | 3:13-cv-00899 | 1:13-cv-12433-FDS |
| 41 | *Pellicone, et al. v. Ameridose, et al.* (Leader, Bulso & Nolan) | 3:13-cv-01061 | 1:13-cv-12916-FDS |
| 42 | *Pierce v. Ameridose, et al.* (Branstetter, Stranch & Jennings) | 3:13-cv-01034 | 1:13-cv-12733-FDS |
| 43 | *Wanda L. Reed, et al. v. Ameridose, et al.* (McMahan Law Firm) | 2:13-cv-00068 | 1:13-cv-12917-FDS |
| 44 | *Wayne A. Reed, et al. v. Ameridose, et al.* (Leader, Bulso & Nolan) | 3:13-cv-00923 | 1:13-cv-12565-FDS |
| 45 | *Richards v. Ameridose, et al.* (Leader, Bulso & Nolan) | 3:13-cv-00975 | 1:13-cv-12603-FDS |
| 46 | *Savercool v. Ameridose, et al.* (Branstetter, Stranch & Jennings) | 2:13-cv-00075 | 1:13-cv-12583-FDS |
| 47 | *Sellers, et al. v. Ameridose, et al.* (Lieff, Cabraser, Heimann & Bernstein) (Law Office of Blair P. Durham) | 3:13-cv-00952 | 1:13-cv-12620-FDS |
| 48 | *Taylor, et al. v. Ameridose, et al.* (Shuttleworth Williams) | 3:13-cv-01013 | 1:13-cv-12673-FDS |
| 49 | *Temple, et al. v. Ameridose, et al.* (Griffith & Roberts) | 3:13-cv-01005 | 1:13-cv-12696-FDS |
| 50 | *Wiley, et al. v. Ameridose, et al.* (Leader, Bulso & Nolan) | 3:13-cv-00891 | 1:13-cv-12305-FDS |
| 51 | *Williams v. Ameridose, et al.* (Leader, Bulso & Nolan) | 3:13-cv-00908 | 1:13-cv-12434-FDS |

Updated 1/22/14

Exhibit A

| No. | Case Style & Law Firm | USDC of TN Docket No. | USDC of MA Docket No. |
|---|---|---|---|
| 52 | ***Willis v. Ameridose, et al.*** (Branstetter, Stranch & Jennings) | 2:13-cv-00073 | 1:13-cv-12597-FDS |
| 53 | ***Wray, et al. v. Ameridose, et al.*** (Lieff, Cabraser, Heimann & Bernstein) | 3:13-cv-01029 | 1:13-cv-12737-FDS |
| 54 | ***Ziegler, et al. v. Ameridose, et al.*** (Lieff, Cabraser, Heimann & Bernstein) (Patton & Pittman) | 3:13-cv-00918 | 1:13-cv-12588-FDS |
| 55 | ***O'Brien, et al. v. New England Compounding Pharmacy, Inc., et al.*** (Branstetter, Stranch & Jennings) | 3:13-cv-00936 | 1:13-cv-10460-FDS |

Updated 1/22/14