# Law Office of Frank Prokos, LLC

11 Vanderbilt Avenue, Suite 105
Norwood, MA 02062

∞

Telephone (508) 404-1101
Fax (508) 404-1191
Email  FProkos@ProkosLaw.com

January 30, 2014

Roberto Braceras, Esq.
Goodwin Proctor, LLP
Exchange Place
53 State Street
Boston, MA 02109

VIA CERTIFIED MAIL
ARTICLE NO. 7012 3460 0002 1066 8642
RETURN RECEIPT REQUESTED

RE:  Hanson, et al v. Unifirst Coprporation,
     a/d/b/a Uniclean Cleanroom Services
     and Ocean State Pain Management
     My file number: 1688
     Civil Action: 1:13-CV-10685-FDS



Dear Mr. Braceras:

Please be advised that I represent the plaintiffs in this matter.

Pursuant to M.D.L. Order 6, it is my understanding that you are the designated representative to accept service of process on behalf of Unifirst Corporation, a/d/b/a Uniclean Cleanroom Services.

Accordingly, enclosed please find a summons and complaint directed at Unifirst Corporation, a/d/b/a Uniclean Cleanroom Services.

Thank you.

Very truly yours,

Frank Prokos
FP/jlc
Enc.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Robert Braceras, Esq.<br>Goodwin Procter LLP<br>Exchange Place<br>53 State St<br>Boston MA 02109 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>   ☑ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7012 3460 0002 1066 8642 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

Stamp: BOSTON MA 02205 FORT POINT FEB -3 2014