**CERTIFICATE OF SERVICE**

I, Frank Prokos, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

/s/ *Frank Prokos*

Frank Prokos, Esq.
Law Office of Frank Prokos, LLC
11 Vanderbilt Avenue, Suite 105
Norwood, MA 02062
(508) 404-1101
BBO# 557596

Date: 02/20/14