UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br>  ) <br> *All Actions* ) <br>  ) <br> _____ ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**ASSENTED-TO MOTION TO EXTEND DEADLINE FOR
RESPONSE TO MOTION FOR ENTRY OF DEPOSITION AND ESI PROTOCOLS**

Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, Saint Thomas Health, Ascension Health Alliance, and Ascension Health (collectively, the "Saint Thomas Entities"), with the assent of the Plaintiffs' Steering Committee ("PSC"), move for an extension of the deadline for the Saint Thomas Entities to file their response to the Motion for Entry of Deposition and ESI Protocols by Plaintiffs' Steering Committee (Docket #876) (the "Motion") to February 26, 2014. In support of this motion, the Saint Thomas Entities state as follows:

1. The Saint Thomas Entities and the PSC have been meeting and conferring regarding the issues raised in the Motion. The most recent conference took place, today, February 20, 2014.

2. A brief extension will help the Saint Thomas Entities tailor their response to the issues that still need to be addressed and present the main areas of dispute in an orderly fashion to the Court.

3. The PSC assents to this short extension.

53037687.1

For these reasons, the Saint Thomas Entities respectfully request, with the assent of the PSC, that the Court grant their motion and enter an order extending the date for the Saint Thomas Entities to file their in response to the Motion until February 26, 2014.

Saint Thomas West Hospital,
Saint Thomas Network, Saint Thomas Health, Ascension Health Alliance, and Ascension Health

By its attorneys,

/s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
Nutter McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone:   (617) 439-2000
Facsimile:    (617) 310-9000
skelly@nutter.com


YVONNE K. PUIG
Texas State Bar No. 16385400
ERIC J. HOFFMAN
Texas State Bar No. 24074427
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Admitted *Pro Hac Vice*

2

                                          ASSENTED TO:

                                          /s/ Mark Zamora
                                          Mark Zamora
                                          PO Box 660216
                                          Atlanta, GA 30366
                                          mark@markzamora.com

Dated: February 20, 2014                      *Counsel for PSC*

## CERTIFICATE OF SERVICE

      I certify that, on February 20, 2014, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          /s/ Sarah P. Kelly
                                          Sarah P. Kelly

2382794.1