UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VERNON LEROY DUFF,

    Plaintiff,

v.

UNIFIRST CORPORATION, A/D/B/A
UNICLEAN CLEANROOM SERVICES,
DBMJ REHABILITATION SERVICES, PLLC,
d/b/a NEUROMUSCULAR AND REHABILITATION
ASSOCIATES OF NORTHERN MICHIGAN, AND
STEPHEN ANDRIESE, M.D.

    Defendants.

MDL No. 2419
Case No. 1:13-cv-12233-RWZ

Honorable: Ryan W. Zobel

_____/

Robert B. Sickels (P29086)
Richard L. Groffsky (P32992)
Matthew G. Curtis (P37999)
Lisa M. Esser-Weidenfeller (P70628)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300

Brett J. Bean (P31152)
HACKNEY GROVER HOOVER & BEAN, PLC
Attorneys for Defendant DBMJ
1715 Abbey Road, Suite A
East Lansing, MI 48823
(517) 333-0306

_____/

### NOTICE OF APPEARANCE OF ROBERT B. SICKELS

    PLEASE ENTER the appearance of Robert B. Sickels (P29086) of Sommers Schwartz, P.C., as counsel for Plaintiff in the within cause of action.

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • SUITE 1700 • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300

Please take notice that the undersigned now requests that the Court add his name to the Service List in Associated Case – No: 1:13-md-02419-RWZ.

        SOMMERS SCHWARTZ, P.C.

        By: /s/ Robert B. Sickels
            Robert B. Sickels (P29086)
            Attorneys for Plaintiff
            One Towne Square, 17th Floor
            Southfield, MI 48076
            (248) 355-0300

Dated: February 21, 2014

### Certificate of Service

I hereby certify that on February 21, 2014, I electronically filed the foregoing Notice of Appearance of Robert B. Sickels with the Clerk of the Court using the EFC system, which will send notification of such filing to all counsel of record.

        /s/ Janice Koehler
        Sommers Schwartz, P.C.
        One Towne Square, 17th Floor
        Southfield, MI 48076
        Phone: (248) 355-0300

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • SUITE 1700 • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300