# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
### (at Boston)

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) Master File No. 1:13-MD-02419-RWZ<br>) MDL Docket No. 2419<br>) This Document Relates To:<br>)<br>) Taylor v. Ameridose, et al.<br>) 1:13-cv-12673 |

## NOTICE OF APPEARANCE OF ROBERT W. BRILEY
## ON BEHALF OF BARBARA TAYLOR AND LANNY TAYLOR

Please enter the appearance of Robert W. Briley of the law firm of Shuttleworth Williams, PLLC, as counsel for the Plaintiffs Barbara Taylor and Lanny Taylor.

Respectfully submitted,

**Shuttleworth Williams, PLLC**

*/s/ Robert W. Briley*
Robert W. Briley, Esq. (TN #018560)
230 Fourth Avenue North, Suite 500
Nashville, TN 37219
Tel: (615) 499-5129/ Fax: (615) 833-3767
E-mail:  rbriley@shuttleworthwilliams.com

Michael G. Derrick, Esq. (TN #014820)
22 N. Front Street, Suite 850
Memphis, TN  38103
Tel: (901) 328-8241/ Fax: (901) 526-5056
E-mail: mderrick@shuttleworthwilliams.com

**Attorneys for Plaintiffs**
**Barbara Taylor and Lanny Taylor**

2

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 20, 2014 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

/s/ Robert W. Briley
Robert W. Briley