UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(at Boston)

_____
| | |
|---|---|
| IN RE:  NEW ENGLAND       : | Master File No. 1:13-MD-02419-RWZ |
| COMPOUNDING PHARMACY,     : | MDL Docket No. 2419 |
| INC. PRODUCTS LIABILITY   : | This Document Relates to: |
| LITIGATION                : | |
| : | Johnson v. Ameridose, et al. |
| : | Case No:  1:13-cv-12915-FDS |
_____

## NOTICE OF APPEARANCE OF
## STEVEN D. RESNICK

Kindly enter the appearance of Steven D. Resnick of the law firm of Golomb & Honik, P.C. as counsel for the plaintiff John Johnson in the captioned action.

                                              Respectfully Submitted,

                                              GOLOMB & HONIK, P.C.

                                              /s/ Steven D. Resnick
                                              1515 Market Street, Suite 1100
                                              Philadelphia, PA 19102
                                              T:  215.985.9177
                                              F:  215.985.4169
                                              sresnick@golombhonik.com
                                              Attoneys for Plaintiff
                                              John Johnson

Dated:  February 21, 2014

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 21, 2014 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

/s/ Steven D. Resnick