UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
IN RE: NEW ENGLAND                            )
COMPOUNDING PHARMACY, INC.      )
PRODUCTS LIABILITY LITIGATION      )
                                                                )   MDL No. 1:13-md-2419-RWZ
v.                                                              )
                                                                )
This Document Relates to:                          )
                                                                )
All Cases                                                    )
_____)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Dianne E. Ricardo, of Hermes, Netburn, O'Connor & Spearing, P.C., as counsel for the Defendant, Liberty Industries, Inc., in the above-referenced civil action.

Respectfully submitted,
LIBERTY INDUSTRIES, INC.,
By its attorney,


*/s/ Dianne E. Ricardo*
Dianne E. Ricardo (BBO No. 675586)
dricardo@hermesnetburn.com
HERMES, NETBURN, O'CONNOR
  & SPEARING, P.C.
265 Franklin Street, 7th Floor
Boston, MA 02110
(617) 728-0050 (T)
(617) 728-0052 (F)

Dated:  February 21, 2014

## **CERTIFICATE OF SERVICE**

      Pursuant to Local Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on February 21, 2014.

                                                  */s/ Dianne E. Ricardo*
                                                  Dianne E. Ricardo

G:\DOCS\DER\Cases\Great American\Liberty Industries\Pleadings\DER - NOA.docx