UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

# REVISED JOINT MOTION FOR ORDER TO SET BRIEFING SCHEDULE AND REQUEST FOR ORAL ARGUMENT

The Plaintiffs' Steering Committee (the "PSC") and counsel for the following parties: BKC Pain Specialists, LLC, Adil Katabay, M.D. and Nikesh Batra, M.D. (collectively, the "BKC Defendants"), conferred in order to establish a revised briefing schedule for the BKC Defendants' Rule 12(b)(6) Motion to Dismiss (Dkt. 896). As a result, the parties have agreed to the following revised briefing schedule:

1. The PSC will file its Opposition to the Motion to Dismiss filed by the BKC Defendants no later than **March 21, 2014**;

2. The BKC Defendants will file a Reply to the PSC's Opposition to the Motion to Dismiss no later than **April 4, 2014**; and

3. If necessary, the PSC may file a sur-reply to the Reply to the PSC's Opposition to the Motion to Dismiss filed by the BKC Defendants no later than **April 18, 2014**.

The parties respectfully request that the Court enter the attached order to formalize the above-described revised briefing schedule.

In addition, pursuant to Local Rule 7.1(d), the parties request that the Court reserve a date for oral argument of the above-referenced Motion to Dismiss.

Dated: February 21, 2014

                        **Respectfully submitted,**

                        **  /s/ Kimberly A. Dougherty**
Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone: (617) 933-1265
kdougherty@myadvocates.com

*Plaintiffs' Steering Committee*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN  37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344
marc@liptonlawcenter.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone: (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone: (404) 451-7781
Facsimile: (404) 506-9223
marc@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

Tory A. Weigand, BBO #548553
Anthony E. Abeln, BBO #669207
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Telephone: (617) 439-7500
tweigand@morrisonmahoney.com
aabeln@morrisonmahoney.com

*Counsel for BKC Pain Specialists, LLC, Adil Katabay, M.D. and Nikesh Batra, M.D.*

**CERTIFICATE OF SERVICE**

I, Kimberly A. Dougherty, hereby certify that I caused a copy of the foregoing *Revised Joint Motion for Order to Set Briefing Schedule and Request for Oral Argument,* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 21, 2014

       **/s/ Kimberly A. Dougherty**
Kimberly A. Dougherty
BBO #658014

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |

# ORDER

On February 21, 2014, the Plaintiffs' Steering Committee and counsel for BKC Pain Specialists, LLC, Adil Katabay, M.D. and Nikesh Batra, M.D. (collectively, the "BKC Defendants") filed a Revised Joint Motion for Order to Set Briefing Schedule and Request for Oral Argument (the "Motion"). The Court finds good cause for the Motion and hereby grants the Motion and orders as follows:

1. The PSC will file its Opposition to the Motion to Dismiss filed by the BKC Defendants no later than **March 21, 2014**;

2. The BKC Defendants will file a Reply to the PSC's Opposition to the Motion to Dismiss no later than **April 4, 2014**;

3. If necessary, the PSC may file a sur-reply to the Reply to the PSC's Opposition to the Motion to Dismiss filed by the BKC Defendants no later than **April 18, 2014**.

4. Oral argument of the subject motions is scheduled for _____.

**So Ordered.**

_____
Rya W. Zobel
United States District Judge

Dated: _____, 2014

5