# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC., ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL NO.: 1:13-md-2419-FDS |
| This Document Relates to: ) | |
| ) | |
| **All Cases.** ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF ARL BIO PHARMA, D/BA/ ANALYTICAL RESEARCH LABORATORIES

Please enter the appearance of Pamela C. Rutkowski of Donovan Hatem LLP as counsel for the defendant, ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories ("ARL"), in connection with the above-entitled matter. Kenneth B. Walton will remain lead counsel for ARL.

ARL Bio Pharma, Inc. d/b/a
Analytical Research Laboratories
By its attorneys,

*/s/ Pamela C. Rutkowski*
_____
Kenneth B. Walton, Esq., BBO #562174
Kristen R. Ragosta, Esq., BBO # 664362
Pamela C. Rutkowski, Esq., BBO #6681618
DONOVAN HATEM LLP
53 State Street, 8th Floor
Boston, MA  02109
(617) 406-4500
kwalton@donovanhatem.com
kragosta@donovanhatem.com
DATED:  February 21, 2014          prutkowski@donovanhatem.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing has been filed with the Clerk of the Court on February 21, 2014 using the ECF system which will send notification of this filing to all ECF— registered counsel of record that are identified on the Notice of Electronic Filing.

/s/ *Pamela Rutkowski*
*Attorney for ARL Bio Pharma, Inc. d/b/a*
*Analytical Research Laboratories*

01584715.DOCX/25326.00039

2