**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:  NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This matter relates to: ) <br> ) <br> All Actions ) <br> ) <br> ) | MDL No. 1:13-md-2419-FDS |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR EXTENSION OF TIME TO FILE RULE 56(d) RESPONSE ORDER**

On January 10, 2014, Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, a Professional Corporation, John W. Culclasure, MD, Debra V. Schamberg, RN; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC, (the "Tennessee Clinic Defendants") filed a Motion for Summary Judgment (Dkt. No. 774, the "Motion").  Per the parties' joint submission on scheduling, on February 7, 2014, the Court entered a scheduling order (Dkt. No. 884) requiring that the Plaintiffs' Steering Committee ("PSC") file a Rule 56(d) response to the Motion on February 21, 2014.  Due to bad storms and power outages in the Nashville, Tennessee area last night, the PSC, with the consent of counsel for the Tennessee Clinic Defendants, respectfully moves this Court for an order extending the time to file a Rule 56(d) response until **February 24, 2014**.

Dated:  February 21, 2014             Respectfully submitted,

                                                                                  **/s/ J. Gerard Stranch, IV**
                                                                                 J. Gerard Stranch, IV
                                                                                 Benjamin A. Gastel
                                                                                 BRANSETTER, STRANCH & JENNINGS PLLC
                                                                                 227 Second Avenue North
                                                                                 Nashville, TN  37201
                                                                                 Telephone:  (615) 254-8801
                                                                                 Facsimile:  (615) 255-5419
                                                                                 gerards@branstetterlaw.com

1

beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*


/s/ Chris J. Tardio _____
Chris J. Tardio
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

*Counsel for Tennessee Defendants*

**CERTIFICATE OF SERVICE**

      I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 21, 2014

                                        **/s/ J. Gerard Stranch, IV**
                                        J. Gerard Stranch, IV