

UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL Docket No. 2419 <br> ) This Document Relates To: <br> ) <br> ) Adair v Ameridose, et al <br> ) <br> ) 2:13-cv-12655 |

## NOTICE OF APPEARANCE OF
## MARC LIPTON

PLEASE ENTER the appearance of Marc Lipton (P43877) of Lipton Law as counsel for Plaintiffs in the within cause of action.

Please take notice that the undersigned now requests that the Court add his name to the Service List in Associated Cases – 1:13-MD-02419-RWZ.

LIPTON LAW

By:     /s/ Marc Lipton
Marc Lipton (P43877)
Attorneys for Plaintiff
18930 W. 10 Mile Road
Southfield, Michigan 48075
(248) 557-1688

Dated: February 24, 2014

### Certificate of Service

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 24, 2014 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system

  /s/ Tania M. Salling
Lipton Law
18930 W. 10 Mile Road
Southfield, Michigan 48075
(248) 557-1688

18930 W Ten Mile Rd
Suite 3000
Southfield, MI 48075

Phone: 248.557.1688
Fax: 248.557.6344

www.liptonlaw.com