UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br>    *All Actions* ) <br> ) <br> _____ ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**ASSENTED-TO MOTION TO EXTEND DEADLINE FOR
RESPONSE TO MOTION FOR ENTRY OF DEPOSITION AND ESI PROTOCOLS**

Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, Saint Thomas Health, Ascension Health Alliance, and Ascension Health (collectively, the "Saint Thomas Entities"), with the assent of the Plaintiffs' Steering Committee ("PSC"), move for an extension of the deadline for the Saint Thomas Entities to file their response to the Motion for Entry of Deposition and ESI Protocols by Plaintiffs' Steering Committee (Docket #876) (the "Motion") to February 28, 2014.  In support of this motion, the Saint Thomas Entities state as follows:

1. The Saint Thomas Entities and the PSC have been continuing to meet and confer regarding the issues raised in the Motion. The parties have a planned conference for tomorrow, February 25, 2014, to discuss deposition and ESI protocols.

2. This brief extension will help the Saint Thomas Entities tailor their response to the issues that still need to be addressed and present the main areas of dispute in an orderly fashion to the Court.

3. The PSC assents to this short extension.

53037687.1

For these reasons, the Saint Thomas Entities respectfully request, with the assent of the PSC, that the Court grant their motion and enter an order extending the date for the Saint Thomas Entities to file their in response to the Motion until February 28, 2014.

    Saint Thomas West Hospital,
    Saint Thomas Network, Saint Thomas
    Health, Ascension Health Alliance, and
    Ascension Health

    By its attorneys,

    /s/ Sarah P. Kelly
    Sarah P. Kelly (BBO #664267)
    Nutter McClennen & Fish, LLP
    Seaport West, 155 Seaport Blvd.
    Boston, Massachusetts 02210
    Telephone:   (617) 439-2000
    Facsimile:    (617) 310-9000
    skelly@nutter.com

    YVONNE K. PUIG
    Texas State Bar No. 16385400
    ERIC J. HOFFMAN
    Texas State Bar No. 24074427
    FULBRIGHT & JAWORSKI L.L.P.
    98 San Jacinto Blvd. Suite 1100
    Austin, Texas 78701
    (512) 536-2450
    (512) 536-4598 (FAX)

    Admitted *Pro Hac Vice*

ASSENTED TO:

/s/ Mark Zamora
Mark Zamora
PO Box 660216
Atlanta, GA 30366
mark@markzamora.com

Dated: February 24, 2014

*Counsel for PSC*

## CERTIFICATE OF SERVICE

I certify that, on February 24, 2014, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Sarah P. Kelly
Sarah P. Kelly

2383364.1