UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>1:13-cv-12682; 1:13-cv-12426; 1:13-cv-12688<br>1:13-cv-12696; 1:13-cv-12738; 1:13-cv-12915<br>1:13-cv-12838; 1:13-cv-12489; 1:13-cv-12733<br>1:13-cv-12480; 1:13-cv-12596; 1:13-cv-12840<br>1:13-cv-12580; 1:13-cv-12836; 1:13-cv-12581<br>1:13-cv-12666; 1:13-cv-12583; 1:13-cv-12734<br>1:13-cv-12597; 1:13-cv-12843; 1:13-cv-12759<br>1:13-cv-12922; 1:13-cv-12428; 1:13-cv-12923<br>1:13-cv-12918; 1:13-cv-12914; 1:13-cv-12490<br>1:13-cv-12311; 1:13-cv-12491; 1:13-cv-12998<br>1:13-cv-12917; 1:13-cv-12619; 1:13-cv-12238 | |

**PLAINTIFFS' STEERING COMMITTEE'S
NOTICE OF FILING OF DECLARATION IN SUPPORT OF RULE 56(d) RESPONSE
TO TENNESSEE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

      The Plaintiffs' Steering Committee gives notice to the Court and all parties that, pursuant to Local Rule 7.1(b)(1) and Federal Rule of Civil Procedure 56(d), the Plaintiffs' Steering Committee is filing the Declaration of Benjamin A. Gastel in support of the contemporaneously filed Plaintiffs' Steering Committees Rule 56(d) Response to the Tennessee Defendants' Motion for Summary Judgment.  Said declaration is attached hereto as Exhibit A.

Dated:  February 24, 2014      Respectfully submitted,

                    **/s/ J. Gerard Stranch, IV**
                    J. Gerard Stranch, IV
                    Benjamin A. Gastel
                    BRANSETTER, STRANCH & JENNINGS PLLC

227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone: 615.313.9000
Facsimile: 615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344
marc@liptonlawcentercom

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com


*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 24, 2014

                                              **/s/ J. Gerard Stranch, IV**
                                              J. Gerard Stranch, IV