# Specialty Surgery Center
# Account Inquiry
11/06/2013 09:06AM

Specialty Surgery Center
116 BROWN AVE
CROSSVILLE, TN 38555
Phone: 931-484-2500

11/06/2013

## ITEMIZED STATEMENT

| Date | Transaction | Amount | Open Amt. |
|---|---|---:|---:|
| 08/06/12 | Charge, Services Pending (DEP00) | .00 | .00 |
| 08/06/12 | Deposit | -53.50 | |
| 08/16/12 | Deposit Reversal, Funds Applied to Actual Charge | 53.50 | |
| 08/06/12 | Injection Diagnostic Or Therapeutic Agent, Paravertebral Facet (zygapophyseal) Joint (or Nerves Innervating That Joint) W/ Image Guidance Flouroscopy, Cervial Or Thoracic: Single Level (64490) | 1,250.00 | .00 |
| 08/16/12 | Insurance Payment | -160.65 | |
| 08/16/12 | CONTRACTUAL ADJUSTMENT | -1,049.19 | |
| 08/16/12 | Insurance Transfer | 40.16 | |
| 08/16/12 | Deposit Applied | -40.16 | |
| 08/06/12 | Injection Diagnostic Or Therapeutic Agent, Paravertebral Facet (zygapophyseal) Joint (or Nerves Innervating That Joint) W/ Image Guidance Flouroscopy, Cervial Or Thoracic: Single Level (64490) | 1,250.00 | .00 |
| 08/16/12 | Insurance Payment | -80.32 | |
| 08/16/12 | CONTRACTUAL ADJUSTMENT | -1,149.60 | |
| 08/16/12 | Insurance Transfer | 20.08 | |
| 08/16/12 | Deposit Applied | -13.34 | |
| 09/06/12 | Self Pay Payment | -6.74 | |
| 08/06/12 | Second Level (list Separately In Addition To Code For Primary Procedure) (64491) | 1,250.00 | .00 |
| 08/16/12 | Insurance Payment | -28.07 | |
| 08/16/12 | CONTRACTUAL ADJUSTMENT | -1,214.91 | |
| 08/16/12 | Insurance Transfer | 7.02 | |
| 09/06/12 | Self Pay Payment | -7.02 | |
| 08/06/12 | Second Level (list Separately In Addition To Code For Primary Procedure) (64491) | 1,250.00 | .00 |
| 08/16/12 | Insurance Payment | -28.07 | |
| 08/16/12 | CONTRACTUAL ADJUSTMENT | -1,214.91 | |

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 08/16/12 | Insurance Transfer | 7.02 | |
| 09/06/12 | Self Pay Payment | -7.02 | |
| 08/06/12 | Third And Any Additional Level (64492) | 1,250.00 | .00 |
| 08/16/12 | Insurance Payment | -28.07 | |
| 08/16/12 | CONTRACTUAL ADJUSTMENT | -1,214.91 | |
| 08/16/12 | Insurance Transfer | 7.02 | |
| 09/06/12 | Self Pay Payment | -7.02 | |
| 08/06/12 | Third And Any Additional Level (64492) | 1,250.00 | .00 |
| 08/16/12 | Insurance Payment | -28.07 | |
| 08/16/12 | CONTRACTUAL ADJUSTMENT | -1,214.91 | |
| 08/16/12 | Insurance Transfer | 7.02 | |
| 09/06/12 | Self Pay Payment | -7.02 | |
| 09/26/12 | Injection Diagnostic Or Therapeutic Agent, Paravertebral Facet (zygapophyseal) Joint (or Nerves Innervating That Joint) W/ Image Guidance Flouroscopy, Cervial Or Thoracic: Single Level (64490) | 1,250.00 | .00 |
| 10/04/12 | Insurance Payment | -160.65 | |
| 10/04/12 | CONTRACTUAL ADJUSTMENT | -1,049.19 | |

**Account Information Report**
Include:All
Show: Unexpanded Details

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 09/21/2012 | 09/14/2012 | TC | 1000F [0.00 x 1] Billable: Standard, Scott C. MD; Rendering: Standard, Scott C. MD Practice Location: BNT Howell Allen Clinic; Service Location: BNT Howell Allen Clinic; Referring: Standard, Scott C. MD [724.4] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 145496 Batch: 8418 Dr. Standard 09-14-2012 | $0.00 | $0.00 |
| 09/21/2012 | 09/14/2012 | TC | 99213 [99.00 x 1] Billable: Standard, Scott C. MD; Rendering: Standard, Scott C. MD Practice Location: BNT Howell Allen Clinic; Service Location: BNT Howell Allen Clinic; Referring: Standard, Scott C. MD [724.4] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 145496; Stmt Recipient: Tobacco use assessed (CAD, CAP, COPD, PV) (DM) NON-CONSULT, OFFICE, EST PATIENT; LVL 3 Batch: 8418 Dr. Standard 09-14-2012 | $99.00 | $13.15 |
| 09/20/2012 | | NM | | $0.00 | |
| 09/19/2012 | | NM | | ($684.88) | |
| 09/19/2012 | | NM | | ($84.10) | |
| 09/18/2012 | 09/17/2012 | CJH | Batch: 8362 BATCH 1901 64483 [790.00 x 1] Billable: Culclasure, John W. MD; Rendering: Culclasure, John W. MD Practice Location: St Thomas Office; Service Location: St Thomas OP Neurosurgical CTR; Referring: Standard, Scott C. MD [722.83 724.4] CoPay: $0.00; Visit Type: Procedure; Visit ID: 145971 Injection, anesthetic agent and/or steroid, transforaminal epidu NOTE: Patient included in system generated statement export file on 9/10/2012 | $790.00 | $21.02 |
| 09/10/2012 09/07/2012 | | AU NM | | $0.00 | |
| 09/07/2012 | | NM | 1384 (ERA) Batch: 8243 BATCH 3 NOTE: Printed Demand Statement (9/6/2012) | $0.00 | |
| 09/06/2012 08/31/2012 | 08/30/2012 | SP CJH | 64483 [790.00 x 1] Billable: Culclasure, John W. MD; Rendering: Culclasure, John W. MD Practice Location: St Thomas Office; Service Location: St Thomas OP Neurosurgical CTR; Referring: Standard, Scott C. MD [722.83 724.4] CoPay: $0.00; Visit Type: Procedure; Visit ID: 142549 Injection, anesthetic agent and/or steroid, transforaminal epidu Contractual Adjustment [684.88] Medicare; Insurance Plan ID: 1412 (ERA) Batch: 8142 BATCH 3001 | | |
| 08/30/2012 | | NM | | ($684.88) | |
| 08/30/2012 | | NM | Insurance Payment [84.10] Medicare; Check; 886373233; Insurance Plan ID: 1412 (ERA) Batch: 8142 BATCH 3001 | ($84.10) | |