UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHYLLIS BRIGGS and WILLIAM
BRIGGS, husband and wife

    Plaintiff,

v.

UNIFIRST CORPORATION, A/D/B/A
UNICLEAN CLEANROOM SERVICES,
DBMJ REHABILITATION SERVICES, PLLC,
d/b/a NEUROMUSCULAR AND REHABILITATION
ASSOCIATES OF NORTHERN MICHIGAN, AND
JAMES MACKENZIE, M.D.

    Defendants.

MDL No. 2419
Case No. 1:13-cv-10484

Honorable: Ryan W. Zobel

_____/

Mark R. Dancer (P47614)
DINGEMAN & DANCER, PLC
Attorneys for Plaintiff
100 Park St
Traverse City, MI
49684

Timothy J. Dardas (P62094)
HACKNEY GROVER HOOVER & BEAN, PLC
Attorneys for Defendant DBMJ
1715 Abbey Road, Suite A
East Lansing, MI  48823
(517) 333-0306

Daniel O. Myers (P549250)
THE LAW OFFICE OF
DANIEL O. MYERS (Of
Counsel)
Attorney for Plaintiff
100 Park St.
Traverse City, MI 49684

_____/

### NOTICE OF APPEARANCE OF
### MARK R. DANCER AND
### DANIEL O. MYERS

    PLEASE ENTER the appearance of Mark R. Dancer (P47614) of Dingeman & Dancer, PLC and Daniel O. Myers (P49250) of The Law Office of Daniel Myers as counsel for Plaintiff in the within cause of action.

Please take notice that the undersigned now requests that the Court add their names to the Service List in Associated Case – No: 1:13-md-02419-RWZ.

                                  DINGEMAN & DANCER, PLC

By:/s/ Mark R. Dancer
   Mark R. Dancer (P47614)
   Attorney for Plaintiff
   Dingeman & Dancer, PLC
   100 Park St. TC MI 49684
Dated: February 25, 2014   (231) 929-0500

By:/s/ Daniel O. Myers
   Daniel O. Myers (P549250)
   The Law Office of Daniel O. Myers
   (Of Counsel)
   100 Park St. T.C., MI
   (231) 929-0500

### Certificate of Service

I hereby certify that on February 25, 2014, I electronically filed the foregoing Notice of Appearance of Mark R. Dancer and Daniel O. Myers with the Clerk of the Court using the EFC system, which will send notification of such filing to all counsel of record.

   /s/ April Sala
   Dingeman & Dancer, PLC
   100 Park St. TC MI 49684
   (231) 929-0500