UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>Jocelyn K. Norris v. New England Compounding Pharmacy, Inc.<br><br>Index no.: 1:13-cv-10942 | | |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have entered an appearance in this matter, to wit, plaintiff Jocelyn K. Norris and defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC") by and through counsel, hereby stipulate to the dismissal of plaintiff's claims without prejudice against defendant NECC, with each party to bear its own costs and attorneys' fees.

Stipulated By:

/s/   Christopher T. Cain
Thomas S. Scott, Jr., BPR# 1086
Christopher T. Cain, BPR# 19997
SCOTT & CAIN
Bank of America Building
550 W. Main Avenue, Suite 601
Knoxville, TN 37902
(865) 525-2150
scott@scottandcain.com
cain@scottandcain.com

**Attorneys for Plaintiffs**

Error! Bookmark not defined.

**Stipulated By:**

/s/ Frederick H. Fern
Frederick H. Fern
HARRIS BEACH, PLLC,
100 Wall Street
New York, NY 10005
Telephone: (212) 687-0100
Direct Dial (212) 313-5495
Fax: (212) 687-0659

**Specially Retained Coordinating Defense Counsel to Chapter 11 Trustee**

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2014, a true and exact copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Christopher T. Cain