UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE NEW ENGLAND                    :
COMPOUNDING PHARMACY, INC.           :  MDL No. 2419
PRODUCTS LIABILITY LITIGATION        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x  Master Docket No. 1:13-md-2419-FDS
This Document Relates to:            :
     All Actions                     :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective March 1, 2014, the address for the undersigned counsel will change to:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 500 Boylston Street
> Boston, Massachusetts  02116

Telephone and facsimile numbers will remain unchanged.  Please update your records accordingly.

Dated: February 28, 2014                  Respectfully submitted,
       Boston, Massachusetts
                                          /s/  Matthew J. Matule
Albert L. Hogan, III                      Matthew J. Matule (BBO #632075)
Ron E. Meisler                            SKADDEN, ARPS, SLATE,
SKADDEN, ARPS, SLATE,                        MEAGHER & FLOM LLP
   MEAGHER & FLOM LLP                     One Beacon Street
155 N. Wacker Drive                       Boston, Massachusetts  02108
Chicago, Illinois  60606                  (617) 573-4800
(312) 407-0700                            Matthew.Matule@skadden.com
Al.Hogan@skadden.com
Ron.Meisler@skadden.com                   Counsel for Insight Health Corp.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 28, 2014.

Dated: February 28, 2014                  /s/ Matthew J. Matule
                                          Matthew J. Matule