# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Master Dkt. No. 1:13-md-2419- RWZ |
| This Document Relates To:<br>All Cases | |

### ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR DEFENDANT UNIFIRST CORPORATION TO RESPOND TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR ENTRY OF DEPOSITION AND ESI PROTOCOLS

Defendant UniFirst Corporation ("UniFirst") hereby moves, with the assent of the Plaintiffs' Steering Committee ("PSC"), for an extension of time until March 7, 2014 to respond to the PSC's Motion for Entry of Deposition and ESI Protocols (the "PSC's Deposition and ESI Motion"). (Dkt. # 876).

In support of this motion, UniFirst states as follows:

1. In the past two weeks UniFirst and the PSC, along with certain other defendants, have on a number of times met and conferred regarding the issues raised in the PSC's Deposition and ESI Motion. Such meetings have been fruitful and nearly all major points of contention have been resolved regarding the PSC's Deposition and ESI Motion.

2. The parties expect that this brief extension of time will result in the filing of either a joint submission or, if needed, a submission from UniFirst that addresses any remaining differences from the PSC's Deposition and ESI Motion for the Court to address.

3.    Accordingly, UniFirst requests a brief extension, until March 7, 2014, to submit any papers in response to the PSC's Deposition and ESI Motion.  The parties do not believe that this extension will result in any undue delay.

4.    Counsel for the parties have conferred and the PSC assents to the requested extension.

WHEREFORE, UniFirst respectfully requests, with the assent of the PSC, that the Court grant its motion and enter an Order extending UniFirst's time to respond to the PSC's Deposition and ESI Motion until March 7, 2014.

    Respectfully submitted,

    DEFENDANT UNIFIST CORPORATION

    By its attorneys,


    */s/ James C. Rehnquist*

    James C. Rehnquist (BBO #552602)
    Roberto M. Braceras (BBO # 566816)
    Abigail K. Hemani (BBO # 650721)
    Damian W. Wilmot (BBO # 648693)
    Josh L. Launer (BBO # 673661)
    **GOODWIN PROCTER LLP**
    Exchange Place
    53 State Street
    Boston, Massachusetts 02109-2881
    Telephone: 617.570.1000
    Facsimile: 617.523.1231
    jrehnquist@goodwinprocter.com
    rbraceras@goodwinprocter.com
    ahemani@goodwinprocter.com
    dwilmot@goodwinprocter.com
    jlauner@goodwinprocter.com

Dated: February 28, 2014

## LOCAL RULE 7.1(A)(2) CERTIFICATION
## AND CERTIFICATE OF SERVICE

I, James C. Rehnquist, hereby certify that counsel for Defendant, UniFirst Corporation, conferred by e-mail with opposing counsel in an effort to resolve or narrow the issues presented in this motion prior to filing, and opposing counsel assents to the relief sought herein.

I further certify that a copy of this document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on February 28, 2014.

*/s/ James C. Rehnquist*