EXHIBIT "C"

```
 1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
 2


 3


 4  IN RE:   NEW ENGLAND              ) MDL NO. 13-02419-FDS
    COMPOUNDING                       )
 5  PHARMACY CASES LITIGATION         )
                                      )
 6                                    )
                                      )
 7                                    )
                                      )
 8
                 BEFORE:   THE HONORABLE F. DENNIS SAYLOR, IV
 9


10


11
                           STATUS CONFERENCE
12


13


14


15       John Joseph Moakley United States Courthouse
                        Courtroom No. 2
16                     One Courthouse Way
                        Boston, MA 02210
17

18                       January 10, 2014
                            1:30 p.m.
19


20


21


22


23         Valerie A. O'Hara, FCRR, RPR
                  Official Court Reporter
24       John Joseph Moakley United States Courthouse
                One Courthouse Way, Room 3204
25                     Boston, MA 02210
                  E-mail: vaohara@gmail.com
```

```
 1   APPEARANCES:

 2   For The Plaintiffs:

 3      Hagens, Berman, Sobol, Shapiro LLP, by THOMAS M.
     SOBOL, ESQ. and KRISTEN JOHNSON PARKER, ATTORNEY,
 4   55 Cambridge Parkway, Suite 301, Cambridge,
     Massachusetts  02142;
 5
        Janet, Jenner & Suggs, LLC, KIMBERLY A. DOUGHERTY,
 6   ATTORNEY, 75 Arlington Street, Suite 500, Boston,
     Massachusetts  02116;
 7
        Crandall & Katt, by PATRICK THOMAS FENNELL, ESQ.,
 8   366 Elm Avenue, SW, Roanoke, VA 24016;

 9      Branstetter, Stranch & Jennings, PLLC, by BEN GASTEL,
     ESQ., ESQ., 227 Second Avenue North, Nashville,
10   Tennessee 37201-1631;

11      Law Offices of Mark Zamora and Associates,
     MARK ZAMORA, ESQ., 5 Concourse Parkway, Suite 2350
12   Atlanta, Georgia  30328

13
     FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:
14
        Brown Rudnick, by DAVID J. MOLTON, ESQ., Seven Times
15   Square, New York, New York 10036;

16      Brown Rudnick, by KIERSTEN A. TAYLOR, ATTORNEY,
     One Financial Center, Boston, Massachusetts  02111;
17
        Harris Beach PLLC, by FREDERICK H. FERN, ESQ.,
18   100 Wall Street, New York, New York  10005;

19      Tucker & Ellis LLP, by MATTHEW P. MORIARTY, ESQ.,
     1150 Huntington Building, 925 Euclid Avenue, Cleveland,
20   Ohio 44115-1414;

21      Michaels, Ward & Rabinovitz LLP, by DAN RABINOVITZ,
     ESQ., One Beacon Street, Boston, Massachusetts 02108;
22
        Todd & Weld LLP, by CHRISTOPHER R. O'HARA, ESQ. and
23   CORRINA L. HALE, ATTORNEY, 28 State Street, 31st Floor,
     Boston, Massachusetts 02109;
24
        Ulmer & Berne LLP, by JOSHUA A. KLARFELD, ESQ.,
25   1660 West 2nd Street, Suite 1100, Cleveland, OH
     44113-1448;
```

```
 1   For the Defendants(CONTINUED):

 2       Donoghue, Barrett & Singal, P.C., by MICHELLE R.
     PEIRCE, ATTORNEY, ESQ., One Beacon Street, Boston,
 3   Massachusetts  02108-3106;

 4       Donovan & Hatem, LLP, by KRISTEN R. RAGOSTA, ESQ.,
     Two Seaport Lane, Boston, Massachusetts  02210;
 5
         Nutter, McClennen & Fish LLP, by SARAH P. KELLY,
 6   ATTORNEY, World Trade Center West, 155 Seaport
     Boulevard, Boston, Massachusetts  02210-2604;
 7
         Fulbright & Jaworski, LLP, by MARCY H. GREER,
 8   ATTORNEY and YVONNE K. PUIG, ATTORNEY, 98 San Jacinto
     Blvd, Suite 1100, Austin, Texas 78701;
 9
         Law Offices of Jay J. Blumberg, ESQ., by JAY J.
10   BLUMBERG, ESQ., 158 Delaware Street, P.O. Box 68,
     Woodbury, New Jersey  08096;
11
         Curley & Curley, P.C., by LISABETH RYAN KUNDERT,
12   ATTORNEY, 27 School Street, Boston, Massachusetts
     02108;
13
         Sloane and Walsh, ROBERT A. GAYNOR, ESQ.,
14   Three Center Plaza, Boston, Massachusetts
     02108;
15
     FOR PAUL D. MOORE, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE
16   OF NECP, INC.:

17       Duane Morris LLP by MICHAEL R. GOTTFRIED,
     ESQ., 100 High Street, Suite 2400, Boston, Massachusetts
18   02110-1724;

19
     VIA PHONE FOR THE PLAINTIFFS:
20
     Melvin B. Wright
21   David Gibson
     John Fishwick
22   Greg Lyons
     James Stephen King
23   Mary Gidaro
     Matthew Barsenas
24   Frank Federico
     Michael Coren
25   Harry Roth
     Will Riley
```

```
 1   VIA PHONE FOR THE PLAINTIFFS (CONTINUED):

 2   Terry Dawes
     Robert Briley
 3   Edward (Ned) Mulligan
     Karren Schaeffer
 4   Deborah Gresco-Blackburn
     Chris Cain
 5   Laura Pittner
     Jonathan Griffith
 6   Sharon Houston
     Leslie Muse
 7   Jonathan Krohnfeldt
     Sean Roth
 8   Mark Dancer
     Dan Myers
 9   Ann Mandt
     Steven Resnick
10   Alex Apostolou
     Patrick Montoya
11   Frederick (Rick) Ellis
     Nolan Nicely
12   S. James Boumil
     Robert Randall
13   Brent Brown
     Amanda Williams
14   George Nolan
     Evan Baker
15   Lauren Ellerman
     Nicole Kreklau
16   Daniel Clayton
     Lisa Esser-Weidenfeller
17   Scott Kaminski
     Kristi Osterday
18   Douglas Mulvaney`
     Ed Jazlowiecki
19   Stephen W. Mullins
     Bill Leader
20   Daniel Frith
     Bryan Bleichner
21   Rebbecca Blair
     Elliot Olsen
22   Mark Abramowitz
     Stephanie Arndt
23   Robert Young
     Bridget Stratton
24   J. Kyle Roby
     Mark Chalos
25   Ted Corvey
     Nolan Nicely
```

```
 1   VIA PHONE FOR THE PLAINTIFFS (CONTINUED):

 2   Steffani Cochran
     Rick Morgan
 3   Anthony Agudelo
     Steffani Cochran
 4
     VIA PHONE FOR THE DEFENDANTS:
 5
     Stephen A. Grossman
 6   Nichole Dorman
     Jason D Lewis
 7   Joseph R. Lang
     Chris J. Tardio
 8   Matthew Cline

 9   ALSO APPEARING VIA TELEPHONE:

10   Jacqueline Palank, Wall Street Journal

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

                1            My assumption from day one has been that
                2   when cases are ready for trial, they get spun out to the
                3   individual home districts where they first arose.
                4   Again, this seems to me putting aside the so-called
                5   national defendants that if what the case is is against
                6   a pain clinic and a doctor, that probably those cases
                7   ought to be spun out for trial to where they originated.
                8            I have not done any sophisticated thinking
                9   on that topic, and it obviously depends on what the
    02:25PM    10   cases look like and so on, but that's going to affect
               11   what cases are selected as bellwethers.  All this by way
               12   of saying, this is not a typical case where, you know,
               13   you have pharmaceutical product X, and the question is
               14   did it cause injury Y, and was appropriate testing done
               15   and so forth.
               16            I think that's not going to be the central
               17   issue in these cases, so it's not clear to me what this
               18   is going to look like, where these cases are going to be
               19   tried, and what the stage in the process we need to
    02:25PM    20   begin talking about that, but certainly it was too soon
               21   to be thinking about it a month ago, at least when we
               22   were issuing orders, and it's one more thing.  I think
               23   we ought to formulate a step at a time.  It depends very
               24   much what these cases look like, who the defendants are
               25   and what happens from there.

```
 1                    C E R T I F I C A T E
 2
 3  UNITED STATES DISTRICT COURT )
 4  DISTRICT OF MASSACHUSETTS ) ss.
 5  CITY OF BOSTON )
 6
 7         I do hereby certify that the foregoing
 8  transcript, Pages 1 through 70 inclusive, was recorded
 9  by me stenographically at the time and place aforesaid
10  in MDL NO. 13-02419-FDS, IN RE:  NEW ENGLAND COMPOUNDING
11  PHARMACY CASES LITIGATION and thereafter by me reduced
12  to typewriting and is a true and accurate record of the
13  proceedings.
14         Dated this January 22, 2014.
15                        s/s Valerie A. O'Hara
16                        _____
17                        VALERIE A. O'HARA
18                        OFFICIAL COURT REPORTER
19
20
21
22
23
24
25
```