

Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
WWW.DYKEMA.COM

Tel: (313) 568-6800
Fax: (313) 568-6658

**Kathryn J. Humphrey**
Direct Dial: 313-568-6848
Direct Fax: 313-568-6691
Email: KHumphrey@dykema.com

February 26, 2014

Ms. Lisa Urso
Clerk to the Honorable Rya W. Zobel
United States District Court
District of Massachusetts
Moakley US Courthouse
1 Courthouse Way
Boston, MA  02210

Re:   In Re New England Compounding Pharmacy, Inc.
      MDL No. 1:13-md-2419

Dear Ms. Urso:

We write after receiving notice of the March 13, 2014 status conference scheduled for this matter. (Doc. 942). My client is Southeast Michigan Surgical Hospital, a non-party previously involved in the case through a subpoena served by the Plaintiff's Steering Committee.

We, like many others in this multi-party litigation, are located outside of the Commonwealth of Massachusetts. Despite the physical distance, we would like to be able to listen in on status conferences and other court hearings by phone, if the Court will allow us to do so. We have not found any guidelines or standing order issued by Judge Zobel on this subject. Would you let me know whether she permits us to attend by telephone?

Many thanks. We greatly appreciate any accommodation you are willing to provide.

Very truly yours,

**DYKEMA GOSSETT** PLLC

*Kathryn J Humphrey*

Kathryn J. Humphrey

California | Illinois | Michigan | Minnesota | North Carolina | Texas | Washington, D.C.

DET01\1317715.1
ID\SEA - 087124\0014