Civil Action No.: 1:13-CV-10685-FDS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Ocean State Pain Management

was received by me on (date) 2/20/14.

☐ I personally served the summons on the individual at (place) _____ on (date) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Atty. Sean Capplis, who is designated by law to accept service of process on behalf of (name of organization) Ocean State Pain Management on (date) 2/20/14; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's Signature

Sean Capplis
Counsel for
Ocean State
Pain Management
_____
Printed name and title

Capplis & Connolly
18 Tremont St.
Suite 220
Boston, MA
02108
_____
Server's Address

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

I, Frank Prokos, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

/s/ *Frank Prokos*
_____
Frank Prokos, Esq.
Law Office of Frank Prokos, LLC
11 Vanderbilt Avenue, Suite 105
Norwood, MA 02062
(508) 404-1101
BBO# 557596

Date: 03/04/14