UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br>*Marko v. New England Compounding Pharmacy, Inc., et al.*<br>Docket No. 13-cv-10404;<br>*Pennington v. New England Compounding Pharmacy, Inc., et al.*<br>Docket No. 13-cv-10406;<br>*Leaverton v. New England Compounding Pharmacy, Inc., et al.*<br>Docket No. 13-cv-10408;<br>*Tolotti v. New England Compounding Pharmacy, Inc., et al.*<br>Docket No. 13-cv-10413;<br>*Zavacki v. New England Compounding Pharmacy, Inc., et al.*<br>Docket No. 13-cv-10441;<br>*Letizia v. New England Compounding Pharmacy, Inc., et al.*<br>Docket No. 13-cv-10442;<br>*Tisa v. New England Compounding Pharmacy, Inc., et al.*<br>Docket No. 13-cv-10446;<br>*Devilli v. New England Compounding Pharmacy, Inc., et al.*<br>Docket No. 13-cv-11167;<br>*Effendian v. New England Compounding Pharmacy, Inc., et al.*<br>Docket No. 13-cv-11233; and<br>*Guzman v. v. New England Compounding Pharmacy, Inc., et al.*<br>Docket No. 12-cv-12208 | MDL No. 1:13-md-2419-RWZ |

**PLAINTIFFS' STEERING COMMITTEE'S ASSENTED TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN FILING MEMORANDUM OF LAW IN OPPOSITION TO PREMIER DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6).**

Plaintiffs' Steering Committee moves this Honorable Court for leave to allow Plaintiffs' brief in support of its opposition to Premier Defendants' Motion to Dismiss (Dkt.# 831) to exceed the twenty (20) page limit provided by Local Rule 7.1(b)(4).

On January 31, 2014, Premier Defendants filed a similar motion for leave to exceed the page limit prior to filing its Motion to Dismiss (Dkt #828). On January 31, 2014, the Court granted Defendants' motion to for leave to exceed the page limit (Dkt #829). Premier

Defendants then filed a Motion to Dismiss accompanied by a memorandum of law in support thereof which was approximately twenty-eight (28) pages in length.

In order to effectively respond in kind to the various complex legal issues raised in Premier Defendants' Motion to Dismiss, Plaintiffs also requests leave to exceed the page limit set forth in Local Rule 7.1(b)(4). Plaintiff estimates that their brief will not exceed thirty-five (35) pages in total and Counsel for Premier Defendants, Blumberg & Wolk, LLC, have no objection to the requested extension.

For the foregoing reasons, Plaintiffs respectfully request that the Court waive the twenty (20) page limit for Plaintiffs' memorandum of law in support of its opposition to Defendants' Motion to Dismiss.

**Dated: March 4, 2014**                              Respectfully submitted,

                                                      */s/ Steven D. Resnick*
                                                      Steven D. Resnick, Esquire
                                                      **GOLOMB & HONIK, P.C.**
                                                      1515 Market Street, Suite 1100
                                                      Philadelphia, PA 19102
                                                      Phone: (215) 985-9177
                                                      Fax:    (215) 985-4169
                                                      Email: sresnick@golombhonik.com

                                                      Mary T. Gidaro, Esquire
                                                      **SALTZ MONGELUZZI BARRETT
                                                         & BENDESKY, P.C.**
                                                      One Liberty Place, 52nd Floor
                                                      1650 Market Street
                                                      Philadelphia, PA 19103
                                                      Phone: (215) 575-2979
                                                      Fax:    (215) 496-0999
                                                      Email: mtgidaro@smbb.com

                                                      *Co-Chairs for New Jersey, as designated by the Plaintiffs' Steering Committee*

                                                      */s/ Mark Zamora*
                                                      Mark Zamora, Esquire
                                                      **ZAMORA FIRM**

    6 Concourse Way, 22nd Floor  
    Atlanta, GA  30328  
    Phone: (404) 451-7781  
    Fax:     (404) 506-9223  
    Email:  marc@markzamora.com  

    *Plaintiffs' Steering Committee and New Jersey Liaison*

Elizabeth J. Cabraser, Esquire  
Mark P. Chalos, Esquire  
Annika K. Martin, Esquire  
**LIEFF CABRASER HEIMANN**  
   **& BERNSTEIN, LLP**  
150 Fourth Avenue North, Suite 1650  
Nashville, TN  37219  
Phone: (615) 313-9000  
Fax:     (615) 313-9965  
Email:  ecabraser@lchb.com  
       mchalos@lchb.com  
       akmartin@lchb.com  

*Federal/State Liaison*

Marc E. Lipton, Esquire  
**LIPTON LAW**  
18930 W. 10 Mile Road  
Southfield, MI  48075  
Phone: (248) 557-1688  
Fax:     (248) 557-6344  
Email:  marc@liptonlawcenter.com  

Patrick T. Fennell, Esquire  
**CRANDALL & KATT**  
366 Elm Avenue, S.W.  
Roanoke, VA  24016  
Phone: (540) 342-2000  
Email:  pfennel@crandalllaw.com  

Thomas M. Sobol, Esquire  
Kristen Johnson Parker, Esquire  
**HAGENS BERMAN SOBOL**  
   **SHAPIRO, LLP**  
55 Cambridge Parkway, Suite 301  
Cambridge, MA  02142  
Phone: (617) 482-3700  
Fax:     (617) 482-3003  
Email:  tom@hbsslaw.com  
       kristenjp@hbsslaw.com  

*Plaintiffs' Lead Counsel*

Kim Dougherty, Esquire  
**JANET, JENNER & SUGGS, LLC**  
31 St. James Avenue, Suite 365  
Boston, MA  02116  
Phone: (617) 933-1265  
Email:  kdougherty@myadvocates.com  

**SO ORDERED**.

Dated:  _____

                _____  
                **HONORABLE RYA W. ZOBEL**  
                **U.S. DISTRICT COURT JUDGE**

**CERTIFICATE OF SERVICE**

     I, Steven D. Resnick, hereby certify that I caused a copy of the above Assented to Motion for Leave to Exceed Page Limit pursuant to Local Rule 7.1(b)(4) to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

**Dated: March 4, 2014**

                                            */s/ Steven D. Resnick*_____
                                            Steven D. Resnick, Esquire