# EXHIBIT A

## Status of Complaints Transferred to MDL

| Case Name | Docket No. | Originating District |
|---|---|---|
| Adair | 1:13-cv-11609 | E.D. Mich |
| Adams | 1:13-cv-10229 | D. Mass. |
| Adamson | 1:13-cv-12734 | M.D. Tenn. (Nashville Div.) |
| Adkins | 1:13-cv-10421 | E.D. Mich. |
| Alexander | 1:13-cv-12428 | M.D. Tenn. (Nashville Div.) |
| Allen | 1:13-cv-12076 | D. Mass. |
| Alverado | 1:13-cv-10424 | E.D. Mich. |
| Andrews | 1:13-cv-11135 | W.D. Va. (Roanoke Div.) |
| Angst | 1:13-cv-10565 | D. Mass. |
| Armstrong | 1:12-cv-12077 | D. Mass. |
| Baer | 1:13-cv-10361 | N.D. Ind. (South Bend Div.) |
| Bansale | 1:13-cv-10296 | E.D. Mich. |
| Barger | 1:13-cv-12619 | M.D. Tenn. (Nashville Div.) |
| Barley | 1:13-cv-11136 | W.D. Va. (Roanoke Div.) |
| Barnard | 1:13-cv-12738 | M.D. Tenn. (Nashville Div.) |
| Barnes | 1:13-cv-12660 | N.D. Ind. (South Bend Div.) |
| Bequette | 1:13-cv-12429 | M.D. Tenn. (Nashville Div.) |
| Berger | 1:13-cv-11134 | W.D. Va. (Roanoke Div.) |
| Berry | 1:13-cv-12838 | M.D. Tenn. (Nashville Div.) |
| Besaw | 1:13-cv-12604 | M.D. Tenn. (Nashville Div.) |
| Black | 1:13-cv-12663 | N.D. Ind. (South Bend Div.) |
| Blagg | 1:13-cv-11853 | N.D. Tx (Dallas Div.) |
| Blalock | 1:13-cv-12499 | D. Mass. |
| Bland | 1:13-cv-11881 | M.D. Tenn. (Nashville Div.) |
| Boggs | 1:13-cv-10692 | W.D. Va. (Roanoke Div.) |
| Bowling | 1:13-cv-11170 | W.D. Va. (Roanoke Div.) |
| Bradley | 1:13-cv-10499 | W.D. Va. (Roanoke Div.) |
| Brady | 1:14-cv-10284 | S.D. Oh. (Western Div.) |
| Bray | 1:13-cv-12596 | M.D. Tenn. (Northeastern Div.) |
| Brewster | 1:13-cv-11174 | W.D. Va. (Roanoke Div.) |
| Briggs | 1:13-cv-10484 | W.D. Mich. |
| Brinton | 1:13-cv-12612 | M.D. Tenn. (Nashville Div.) |
| Brock | 1:13-cv-12731 | M.D. Tenn. (Nashville Div.) |
| Brown | 1:13-cv-10721 | W.D. Va. (Roanoke Div.) |
| Brumfield | 1:13-cv-11139 | W.D. Va. (Roanoke Div.) |
| Bryant* | 1:13-cv-10471 | M.D. Tenn. (Nashville Div.) |
| Bryant* | 1:13-cv-12668 | M.D. Tenn. (Nashville Div.) |
| Bumgarner | 1:13-cv-12679 | M.D. Tenn. (Northeastern Div.) |
| Burns | 1:13-cv-12697 | M.D. Tenn. (Nashville Div.) |
| Burton | 1:12-cv-12323 | D. Mass. |
| Carman | 1:13-cv-12238 | M.D. Tenn. (Nashville Div.) |
| Carmichael | 1:13-cv-10436 | E.D. Mich. |
| Carter* | 1:13-cv-12187 | D. Mass. |
| Carter* | 1:14-cv-10041 | M.D. Tenn. (Northeastern Div.) |
| Cary | 1:13-cv-10228 | D. Mass. |
| Cavanaugh | 1:13-cv-10486 | N.D. Tex. |

**Status of Complaints Transferred to MDL**

| Case Name | Docket No. | Originating District |
|---|---|---|
| Chambers | 1:13-cv-12591 | M.D. Tenn. (Nashville Div.) |
| Chapman | 4:13-cv-40128 | D. Mass. |
| Chatas | 1:13-cv-10545 | E.D. Mich. |
| Cherniak | 1:13-cv-12661 | N.D. Ind. (South Bend Div.) |
| Clark, Marvin | 1:13-cv-10428 | W.D. Va. (Roanoke Div.) |
| Clark, Nora | 1:13-cv-10746 | E.D. Mich. |
| Cole | 1:12-cv-12066 | D. Mass. |
| Collins | 1:13-cv-12580 | M.D. Tenn. (Northeastern Div.) |
| Cooley | 1:13-cv-10567 | D. Mass. |
| Cooper, Brandy | 1:13-cv-12658 | N.D. Oh. (Western Div.) |
| Cooper, Pamela | 1:13-cv-12659 | N.D. Oh. (Western Div.) |
| Copass | 1:13-cv-10392 | S.D. Ind. (Indianapolis Div.) |
| Copsey | 1:13-cv-10503 | N.D. Ind. (South Bend Div.) |
| Cox | 1:13-cv-12918 | M.D. Tenn. (Northeastern Div.) |
| Darragh | 1:13-cv-10556 | E.D. Mich. |
| Daugherty | 1:14-cv-10430 | E.D. Tenn. |
| Davis | 1:13-cv-10543 | E.D. Mich. |
| Davis | 1:13-cv-12426 | M.D. Tenn. (Nashville Div.) |
| Demps | 1:13-cv-12840 | M.D. Tenn. (Nashville Div.) |
| Denson | 1:13-cv-12729 | M.D. Tenn. (Nashville Div.) |
| Deol | 1:13-cv-12841 | M.D. Tenn. (Nashville Div.) |
| Devilli | 1:13-cv-11167 | D. NJ. |
| Devine | 1:13-cv-12667 | M.D. Tenn. (Nashville Div.) |
| Dingess | 1:13-cv-12490 | M.D. Tenn. (Northeastern Div.) |
| Doe | 1:12-cv-12057 | D. Mass. |
| Doyon | 1:13-cv-10418 | E.D. Mich. |
| Drew | 1:13-cv-10426 | E.D. Mich. |
| Driscoll | 1:13-cv-13233 | D. Mass. |
| Duff | 1:13-cv-12233 | W.D. Mich. |
| Edwards | 1:13-cv-10292 | D. Minn. |
| Edwards, Susan | 1:13-md-02419 | D. Mass. |
| Effendian | 1:13-cv-11233 | D. NJ. |
| Eggleston | 1:13-cv-12589 | M.D. Tenn. (Nashville Div.) |
| Eldreth | 1:14-cv-10362 | D. Nev. |
| Ellison | 1:13-cv-10367 | N.D. Ind. (South Bend Div.) |
| English | 1:13-cv-11172 | W.D. Va. (Roanoke Div.) |
| Erkan | 1:12-cv-12052 | D. Mass. |
| Farmer | 1:13-cv-12492 | M.D. Tenn. (Northeastern Div.) |
| Ferguson | 1:13-cv-12571 | M.D. Tenn. (Nashville Div.) |
| Fidler | 1:13-cv-11150 | W.D. Va. (Roanoke Div.) |
| Filson | 1:13-cv-10501 | W.D. Va. (Roanoke Div.) |
| Floeckher | 1:12-cv-12322 | D. Mass. |
| Foster | 1:13-cv-12686 | M.D. Tenn. (Northeastern Div.) |
| Fralin | 1:13-cv-11171 | W.D. Va. (Roanoke Div.) |
| Freeman | 1:13-cv-10546 | E.D. Mich. |
| Fuelling | 1:13-cv-12741 | M.D. Tenn. (Northeastern Div.) |

**Status of Complaints Transferred to MDL**

| Case Name | Docket No. | Originating District |
|---|---|---|
| Fusco | 1:13-cv-10603 | M.D. Fla. (Ocala Div.) |
| Garland | 1:13-cv-12736 | M.D. Tenn. (Nashville Div.) |
| Geisler | 1:13-cv-10357 | N.D. Ind. (South Bend Div.) |
| Ginther | 1:13-cv-10363 | N.D. Ind. (South Bend Div.) |
| Gipson | 1:13-cv-10607 | E.D. Mich. |
| Gobble | 1:13-cv-12480 | D. Mass. |
| Gould, Andre | 1:13-cv-10444 | D. NJ. |
| Gould, Linda | 1:13-cv-10555 | E.D. Mich. |
| Graham | 1:13-cv-12581 | M.D. Tenn. (Northeastern Div.) |
| Green | 1:12-cv-12121 | D. Mass. |
| Greenlee | 1:13-cv-10440 | E.D. Mich. |
| Guzman | 1:12-cv-12208 | D. Mass. |
| Hall | 1:13-cv-10437 | E.D. Mich. |
| Hannabass | 1:13-cv-11175 | W.D. Va. (Roanoke Div.) |
| Hannah | 1:13-cv-10407 | D. NJ. |
| Hanson | 1:13-cv-10685 | D. Mass. |
| Harrison | 1:12-cv-12078 | D. Mass. |
| Hartman | 1:13-cv-10374 | N.D. Ind. (South Bend Div.) |
| Henley | 1:14-cv-10373 | N.D. Tex. |
| Herson | 1:13-cv-10402 | E.D. Tex. |
| Hester | 1:13-cv-12315 | M.D. Tenn. (Nashville Div.) |
| Higdon* | 1:13-cv-10461 | M.D. Tenn. (Nashville Div.) |
| Higdon* | 1:13-cv-12718 | M.D. Tenn. (Nashville Div.) |
| Hill | 1:13-cv12622 | M.D. Tenn. (Nashville Div.) |
| Hubbard | 1:13-cv-12922 | M.D. Tenn. (Northeastern Div.) |
| Huff | 1:13-cv-10511 | N.D. Ind. (South Bend Div.) |
| Huggett | 1:13-cv-10434 | E.D. Mich. |
| Hulsey | 1:13-cv-12961 | M.D. Fla. (Ocala Div.) |
| Hurt | 1:13-cv-12605 | M.D. Tenn. (Nashville Div.) |
| Huxford | 1:13-cv-12662 | N.D. Ind. (South Bend Div.) |
| Islas | 1:13-cv-10366 | N.D. Ind. (South Bend Div.) |
| Jackson | 1:13-cv-12923 | M.D. Tenn. (Northeastern Div.) |
| Jenkins, Frank | 1:12-cv-12276 | D. Mass. |
| Jenkins, Tawain | 1:13-cv-12807 | D. Mass. |
| Jewel | 1:13-cv-10369 | N.D. Ind. (South Bend Div.) |
| Johnson, Celon | 1:13-cv-10547 | E.D. Mich. |
| Johnson, John | 1:13-cv-12621 | M.D. Tenn. (Nashville Div.) |
| Johnson, William | 1:13-cv-12915 | M.D. Tenn. (Nashville Div.) |
| Jones | 1:13-cv-10409 | D. NJ. |
| Judd | 1:13-cv-13120 | M.D. Tenn. (Nashville Div.) |
| Kalinoski | 1:13-cv-10513 | W.D. Va. (Roanoke Div.) |
| Keim | 1:13-cv-12664 | N.D. Ind. (South Bend Div.) |
| Keller | 1:13-cv-10358 | N.D. Ind. (South Bend Div.) |
| Keyes | 1:13-cv-12998 | M.D. Tenn. (Nashville Div.) |
| King | 1:14-cv-10434 | E.D. Pa. (Philadelphia Div.) |

**Status of Complaints Transferred to MDL**

| Case Name | Docket No. | Originating District |
|---|---|---|
| Kirby | 1:13-cv-12592 | M.D. Tenn. (Nashville Div.) |
| Kirkwood | 1:13-cv-12431 | M.D. Tenn. (Nashville Div.) |
| Klaserner | 1:13-cv-10419 | E.D. Mich. |
| Klemm | 1:13-cv-10371 | N.D. Ind. (South Bend Div.) |
| Kniffen | 1:13-cv-10362 | N.D. Ind. (South Bend Div.) |
| Knight | 1:13-cv-12563 | M.D. Tenn. (Nashville Div.) |
| Knihtila | 1:13-cv-12576 | M.D. Tenn. (Nashville Div.) |
| Koonce | 1:13-cv-12590 | M.D. Tenn. (Nashville Div.) |
| Kopp | 1:13-cv-12232 | W.D. Mich. |
| Krueger | 1:13-cv-10433 | E.D. Mich. |
| Lambert | 1:13-cv-10351 | N.D. Ind. (South Bend Div.) |
| Landon | 1:13-cv-10352 | N.D. Ind. (South Bend Div.) |
| Laperriere | 1:13-cv-10295 | E.D. Mich. (Detroit Div.) |
| Lapiska | 1:13-cv-12914 | M.D. Tenn. (Northeastern Div.) |
| Leaverton | 1:13-cv-10408 | D. NJ. |
| Legg | 1:13-cv-10365 | N.D. Ind. (South Bend Div.) |
| Lemberg | 1:13-cv-12617 | M.D. Tenn. (Nashville Div.) |
| Letizia | 1:13-cv-10442 | D. NJ. |
| Lewis, Majorie | 1:13-cv-10459 | M.D. Tenn. (Northeastern Div.) |
| Lewis, William | 1:14-cv-10433 | E.D. Pa. (Philadelphia Div.) |
| Linthicum | 1:13-cv-10745 | W.D. Va. (Roanoke Div.) |
| Litogot | 1:13-cv-10548 | E.D. Mich. |
| Lodowski | 1:13-cv-12572 | M.D. Tenn. (Nashville Div.) |
| Lovelace | 1:13-cv-12772 | M.D. Tenn. (Nashville Div.) |
| Lumbreras | 1:13-md-02419 | D. Mass. |
| Maloney | 1:13-cv-10364 | N.D. Ind. (South Bend Div.) |
| Marko | 1:13-cv-10404 | D. NJ. |
| Maroudis | 1:13-cv-10541 | E.D. Mich. |
| Marshall | 1:14-cv-10285 | N.D. Oh. (Western Div.) |
| Martin, Lance | 1:12-cv-12055 | D. Mass. |
| Martin, Patricia | 1:13-cv-12624 | M.D. Tenn. (Nashville Div.) |
| Martin, Reese | 1:13-cv-12973 | E.D. Tenn. |
| Mathias | 1:13-cv-12574 | M.D. Tenn. (Nashville Div.) |
| Matthews | 1:13-cv-10544 | E.D. Mich. |
| Mattila | 1:13-cv-10430 | E.D. Mich. |
| May | 1:13-cv-12234 | M.D. Tenn. (Nashville Div.) |
| Mazure | 1:13-cv-10435 | E.D. Mich. |
| McCulloch | 1:13-cv-12610 | M.D. Tenn. (Nashville Div.) |
| McDavid | 1:13-cv-12742 | M.D. Tenn. (Northeastern Div.) |
| McDow | 1:12-cv-12112 | D. Mass. |
| McElwee* | 1:13-cv-10467 | M.D. Tenn. (Nashville Div.) |
| McElwee* | 1:13-cv-12625 | M.D. Tenn. (Nashville Div.) |
| McFarlane | 1:13-cv-10502 | W.D. Va. (Roanoke Div.) |
| McKee | 1:13-cv-12779 | M.D. Tenn. (Nashville Div.) |
| McKinney | 1:13-cv-12692 | M.D. Tenn. (Nashville Div.) |
| Meeker | 1:13-cv-12616 | M.D. Tenn. (Nashville Div.) |

**Status of Complaints Transferred to MDL**

| Case Name | Docket No. | Originating District |
|---|---|---|
| Miller | 1:13-cv-12570 | M.D. Tenn. (Nashville Div.) |
| Minor | 1:13-cv-12836 | M.D. Tenn. (Nashville Div.) |
| Montague | 1:13-cv-13230 | D. Mass. |
| Montalvo | 1:13-cv-10549 | E.D. Mich. |
| Montee | 1:13-cv-10816 | D. Mass. |
| Montee | 1:13-cv-12657 | N.D. Oh. (Western Div.) |
| Mowles | 1:13-cv-10558 | W.D. Va. (Roanoke Div.) |
| Mullins | 1:13-md-02419 | D. Mass. |
| Musselwhite | 1:13-md-02419 | D. Mass. |
| Nealon | 1:13-cv-12491 | M.D. Tenn. (Northeastern Div.) |
| Neely* | 1:13-cv-10696 | M.D. Tenn. (Nashville Div.) |
| Neely* | 1:13-cv-12842 | M.D. Tenn. (Nashville Div.) |
| Nelson | 1:13-cv-10425 | E.D. Mich. |
| Noble | 1:13-cv-12606 | M.D. Tenn. (Nashville Div.) |
| Normand | 1:13-cv-10447 | D. NJ. |
| Norris | 1:13-cv-12682 | M.D. Tenn. (Northeastern Div.) |
| Norwood | 1:13-cv-12430 | M.D. Tenn. (Nashville Div.) |
| Oblinger | 1:13-cv-10355 | N.D. Ind. (South Bend Div.) |
| O'Brien | 1:13-cv-10460 | M.D. Tenn. (Nashville Div.) |
| Osborne | 1:13-cv-12739 | M.D. Tenn. (Nashville Div.) |
| Otto | 1:13-cv-10420 | E.D. Mich. |
| Palmer | 1:13-cv-12688 | M.D. Tenn. (Northeastern Div.) |
| Parker | 1:12-cv-12388 | D. Mass. |
| Parman | 1:13-cv-12433 | M.D. Tenn. (Nashville Div.) |
| Patel* | 1:13-cv-12061 | D. Mass. |
| Patel* | 1:14-cv-10163 | M.D. Tenn. (Nashville Div.) |
| Pavlekovich | 1:13-cv-10373 | N.D. Ind. (South Bend Div.) |
| Peay | 1:13-cv-10456 | N.D. Ind. (South Bend Div.) |
| Peay | 1:13-cv-12843 | M.D. Tenn. (Nashville Div.) |
| Pellicone | 1:13-cv-12916 | M.D. Tenn. (Nashville Div.) |
| Pelters | 1:13-cv-12780 | M.D. Tenn. (Nashville Div.) |
| Pennington | 1:13-cv-10406 | M.D. Tenn. (Nashville Div.) |
| Peters | 1:13-cv-10431 | E.D. Mich. |
| Peterson | 1:13-cv-10480 | D. Minn. |
| Phillips, Irene | 1:13-cv-11140 | D. Mass. |
| Phillips, Nancy | 1:13-cv-13232 | W.D. Va. (Roanoke Div.) |
| Pierce | 1:13-cv-12733 | M.D. Tenn. (Nashville Div.) |
| Potts | 1:14-cv-10250 | M.D. Tenn. (Nashville Div.) |
| Powell | 1:13-cv-10718 | W.D. Va. (Roanoke Div.) |
| Proffitt | 1:13-cv-11377 | W.D. Va. (Roanoke Div.) |
| Pruitt | 1:13-cv-12573 | M.D. Tenn. (Nashville Div.) |
| Puro | 1:13-cv-10291 | D. Minn. |
| Raab | 1:13-cv-10427 | E.D. Mich. |
| Radford | 1:13-cv-10688 | W.D. Va. (Roanoke Div.) |
| Raeder | 1:13-cv-10360 | N.D. Ind. (South Bend Div.) |
| Ragland | 1:13-cv-12778 | M.D. Tenn. (Nashville Div.) |

## Status of Complaints Transferred to MDL

| Case Name | Docket No. | Originating District |
|---|---|---|
| Raiff | 1:13-cv-10508 | N.D. Ind. (South Bend Div.) |
| Ramos | 1:13-cv-10410 | D. NJ. |
| Redkevitch | 1:13-cv-12666 | M.D. Tenn. (Nashville Div.) |
| Reed, Wanda | 1:13-cv-12565 | M.D. Tenn. (Northeastern Div.) |
| Reed, Wayne | 1:13-cv-12917 | M.D. Tenn. (Nashville Div.) |
| Rennells | 1:13-cv-13080 | E.D. Mich. |
| Rethlake | 1:13-cv-10354 | N.D. Ind. (South Bend Div.) |
| Rhind | 1:13-cv-12740 | M.D. Tenn. (Northeastern Div.) |
| Rhodes, Sandra | 1:13-cv-10350 | W.D. Va. (Roanoke Div.) |
| Rhodes, Constance | 1:13-cv-10504 | N.D. Ind. (South Bend Div.) |
| Richards | 1:13-cv-12603 | M.D. Tenn. (Nashville Div.) |
| Rios | 1:13-cv-10411 | D. NJ. |
| Rivera | 1:13-cv-10412 | D. NJ. |
| Robinson | 1:13-cv-10557 | E.D. Mich. |
| Robnett | 1:13-cv-12613 | M.D. Tenn. (Nashville Div.) |
| Rohrer | 1:13-cv-10372 | N.D. Ind. (South Bend Div.) |
| Ross | 1:13-cv-10479 | D. Minn. |
| Ruhl | 1:13-cv-12670 | M.D. Tenn. (Nashville Div.) |
| Russell | 1:13-cv-12794 | M.D. Tenn. (Nashville Div.) |
| Ruttman | 1:13-cv-10439 | E.D. Mich. |
| Rybinski | 1:13-cv-12818 | M.D. Tenn. (Nashville Div.) |
| Rye | 1:13-cv-10422 | E.D. Mich. |
| Sanders | 1:13-cv-12496 | D. Mass. |
| Savercool | 1:13-cv-12583 | M.D. Tenn. (Northeastern Div.) |
| Sawyers | 1:14-cv-10211 | M.D. Tenn. (Nashville Div.) |
| Schrock | 1:13-cv-10370 | N.D. Ind. (South Bend Div.) |
| Schroder | 1:13-cv-10227 | D. Mass. |
| Schulz | 1:13-cv-12311 | D. Mass. |
| Scott | 1:13-cv-12578 | M.D. Tenn. (Nashville Div.) |
| Seiber* | 1:13-cv-11868 | D. Mass. |
| Seiber* | 1:14-cv-10273 | E.D. Tenn. |
| Sellers | 1:13-cv-12620 | M.D. Tenn. (Nashville Div.) |
| Settle | 1:13-cv-12569 | M.D. Tenn. (Nashville Div.) |
| Shaffer | 1:13-cv-10226 | D. Mass. |
| Sharer | 1:13-cv-12577 | M.D. Tenn. (Nashville Div.) |
| Shaw | 4:13-cv-40079 | D. Mass. |
| Sherrill | 1:13-cv-10720 | W.D. Va. (Roanoke Div.) |
| Shoop | 1:13-cv-10429 | E.D. Mich. |
| Shrock | 1:13-cv-10353 | N.D. Ind. (South Bend Div.) |
| Siler | 1:13-cv-12493 | D. Mass. |
| Simas | 1:13-cv-10943 | D. Mass. |
| Sinclair | 1:13-cv-11151 | W.D. Va. (Roanoke Div.) |
| Skelton | 1:13-cv-12575 | M.D. Tenn. (Nashville Div.) |
| Skone | 1:13-cv-10542 | E.D. Mich. |
| Slatton* | 1:13-cv-10462 | M.D. Tenn. (Nashville Div.) |

**Status of Complaints Transferred to MDL**

| Case Name | Docket No. | Originating District |
|---|---|---|
| Slatton* | 1:13-cv-12618 | M.D. Tenn. (Nashville Div.) |
| Smith, James | 1:13-cv-10438 | W.D. Va. (Roanoke Div.) |
| Smith, Lloyd | 1:13-cv-10500 | W.D. Va. (Roanoke Div.) |
| Smith, Paula | 1:13-cv-11137 | M.D. Tenn. (Northeastern Div.) |
| Smith, Sally | 1:13-cv-12684 | E.D. Mich. |
| Smith, Warren | 3:13-cv-10559 | D. Mass. |
| Smoot | 1:13-cv-10485 | W.D. Mich. |
| Snopkowski | 1:13-cv-11007 | D. Mass. |
| Stanley | 1:13-cv-10481 | D. Minn. |
| Stewart | 1:13-cv-12163 | N.D. Al. |
| Sucharzewski | 1:14-cv-10361 | D. Nev. |
| Sullivan | 1:13-cv-12781 | M.D. Tenn. (Nashville Div.) |
| Tacy | 1:13-cv-10359 | N.D. Ind. (South Bend Div.) |
| Taliaferro | 1:13-cv-10723 | W.D. Va. (Roanoke Div.) |
| Tallman | 1:13-cv-10349 | N.D. Ind. (South Bend Div.) |
| Taylor | 1:13-cv-12673 | M.D. Tenn. (Nashville Div.) |
| Tayvinsky | 1:13-cv-10414 | D. NJ. |
| Temple | 1:13-cv-12696 | M.D. Tenn. (Nashville Div.) |
| Thompson | 1:12-cv-12074 | D. Mass. |
| Tisa | 1:13-cv-10446 | D. NJ. |
| Todd | 1:13-cv-11258 | E.D. Mich. |
| Tolbert | 1:13-cv-10507 | N.D. Ind. (South Bend Div.) |
| Tolotti | 1:13-cv-10413 | D. NJ. |
| Toner | 1:13-cv-10554 | E.D. Mich. |
| Trope | 1:13-cv-10345 | D. Md. |
| Tyree | 1:13-cv-12479 | D. Mass. |
| Vargo | 1:13-cv-10432 | E.D. Mich. |
| Walker | 1:13-cv-11404 | W.D. Va. (Roanoke Div.) |
| Wanta | 1:13-cv-12623 | M.D. Tenn. (Nashville Div.) |
| Weaver | 1:13-cv-12681 | M.D. Tenn. (Northeastern Div.) |
| Weinstein | 1:12-cv-12103 | D. Mass. |
| West | 1:13-cv-11138 | W.D. Va. (Roanoke Div.) |
| Whittaker | 1:13-cv-10719 | W.D. Va. (Roanoke Div.) |
| Wiley | 1:13-cv-12305 | M.D. Tenn. (Nashville Div.) |
| Williams | 1:13-cv-12434 | M.D. Tenn. (Nashville Div.) |
| Willis | 1:13-cv-12597 | M.D. Tenn. (Northeastern Div.) |
| Wingate | 1:13-cv-10498 | W.D. Va. (Roanoke Div.) |
| Witt | 1:14-cv-10432 | S.D. Oh. (Western Div.) |
| Wray* | 1:13-cv-10450 | M.D. Tenn. (Nashville Div.) |
| Wray* | 1:13-cv-12737 | M.D. Tenn. (Nashville Div.) |
| Wyres | 1:13-cv-10356 | N.D. Ind. (South Bend Div.) |
| York | 1:13-cv-10626 | M.D. Fla. (Ocala Div.) |
| Younani | 1:13-cv-12015 | C.D. Ca. (Western Div.) |
| Young | 1:13-ccv-12594 | M.D. Tenn. (Nashville Div.) |
| Youree | 1:13-cv-12566 | M.D. Tenn. (Nashville Div.) |
| Zavacki | 1:13-cv-10441 | D. NJ. |

**Status of Complaints Transferred to MDL**

| Case Name | Docket No. | Originating District |
|---|---|---|
| Ziegler | 1:13-cv-12588 | M.D. Tenn. (Nashville Div.) |

\* Note- First complaint names NECC only and the second names affiliated defendants and healthcare providers