# EXHIBIT F

| **Non-Affiliated Defendant** | **Trustee Representative** | **Committee Representative** | **PSC Representative** |
|---|---|---|---|
| ARL BioPharma, d/b/a/ Analytical Research Laboratories | Paul D. Moore, Esq.; Michael Gottfried, Esq. | Michael Galligan, Esq. | Fredric Ellis, Esq. |
| Victory Mechanical Services, Inc. / Victory Heating & Air Conditioning Co., Inc. | Paul D. Moore, Esq.; Michael Gottfried, Esq. | Greg Skikos, Esq. | Kim Dougherty, Esq. |
| Liberty Industries, Inc. | Paul D. Moore, Esq.; Michael Gottfried, Esq. | Melvin Wright, Esq. | Marc Lipton, Esq. |
| Orlando Center for Outpatient Surgery, LP | Paul D. Moore, Esq.; Michael Gottfried, Esq. | | Mark Zamora, Esq. |
| Pain Management Center of West Orange | Paul D. Moore, Esq.; Michael Gottfried, Esq. | | Mark Zamora, Esq. |
| Inspira Health Network, Inc. and Inspira Medical Centers, Inc. | Paul D. Moore, Esq.; Michael Gottfried, Esq. | Anne Andrews, Esq. John Thornton, Esq., Michael Coren, Esq. | Mary Gidaro, Esq., Michael Barrett, Esq. |

61604148 v7