# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | : | MDL No. 2419 |
| | : | Docket No. 1:13-md-2419 (RWZ) |
| NEW ENGLAND COMPOUNDING | : | |
| PHARMACY, INC. PRODUCTS | : | |
| LIABILITY LITIGATION | : | Judge Rya W. Zobel |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| ALL ACTIONS | : | |
| | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sunrise Hospital & Medical Center, LLC appears in the case captioned above by its counsel, Maura K. Monaghan of Debevoise & Plimpton LLP.  The undersigned respectfully requests that notice of electronic filing of all papers within the action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address below.

Dated: New York, New York
    March 5, 2014

*/s/ Maura K. Monaghan*
Maura K. Monaghan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022
Tel.:  (212) 909–6000
Fax:  (212) 909–6836
mkmonagh@debevoise.com

*Attorney for Sunrise Hospital & Medical Center, LLC*

CERTIFICATE OF SERVICE


      This is to certify that a true and accurate copy of the foregoing has been filed with the Clerk of the Court on March 5, 2014 using the ECF system which will send notification of this filing to all ECF-registered counsel of record that are identified on the Notice of Electronic Filing.

*/s/ Maura K. Monaghan*

**Attorney for Sunrise Hospital and Medical Center, LLC**