UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>NEW ENGLAND COMPOUNDING PHARMACY, INC.<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>MARYANN BAER AND DARRELL BAER v.<br>NEW ENGLAND COMPOUNDING PHARMACY,<br>INC., et al.<br>Case No. 13-cv-10361 | MDL NO. 1:13-md-02419 |

### NOTICE OF APPEARANCE

    Please enter the appearance of Bradford R. Shively of the law firm Sanders • Pianowski, LLP, as counsel for Maryann Baer and Darrell Baer.

    Dated this 6th day of March, 2014.

| | |
|---|---|
| | /s/ Bradford R. Shively |
| SANDERS • PIANOWSKI, LLP | Bradford R. Shively |
| 300 Riverwalk Drive | Attorney Number 28066-20 |
| Elkhart, IN 46516 | *bshively@riverwalklaw.com* |
| Telephone: (574) 294-1499 | |
| Facsimile: (574) 294-7277 | Attorney for Maryann Baer and Darrell Baer |

### CERTIFICATE OF SERVICE

    I hereby certify that on the 6th day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all ECF registered counsel of record via email generated by the Court's ECF system.

                                                                                       /s/ Bradford R. Shively
                                                                                        Bradford R. Shively