UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>NEW ENGLAND COMPOUNDING PHARMACY, INC.<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1:13-md-02419 |
| This Document Relates to:<br><br>*Maryann Baer and Darrell Baer v.*<br>*New England Compounding Pharmacy, Inc., et al.*<br>Case No. 13-cv-10361 | |

## NOTICE OF APPEARANCE

    Please enter the appearance of Robert T. Sanders III of the law firm Sanders • Pianowski, LLP, as counsel for Maryann Baer and Darrell Baer.

    Dated this 6th day of March, 2014.

|  |  |
|---|---|
| | /s/ Robert T. Sanders III |
| SANDERS • PIANOWSKI, LLP | Robert T. Sanders III |
| 300 Riverwalk Drive | Attorney Number 9-20- |
| Elkhart, IN  46516 | *rsanders@riverwalklaw.com* |
| Telephone: (574) 294-1499 | |
| Facsimile: (574) 294-7277 | Attorney for Maryann Baer and Darrell Baer |

## CERTIFICATE OF SERVICE

    I hereby certify that on the 6th day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all ECF registered counsel of record via email generated by the Court's ECF system.

                                                                                             /s/ Robert T. Sanders III
                                                                                             Robert T. Sanders III