UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>NEW ENGLAND COMPOUNDING PHARMACY, INC.<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Harold W. Hartman and Catherine Hartman v. New England Compounding Pharmacy, Inc., et al.*<br>Case No. 13-cv-10374 | MDL NO. 1:13-md-02419 |

## NOTICE OF APPEARANCE

Please enter the appearance of Bradford R. Shively of the law firm Sanders • Pianowski, LLP, as counsel for Harold W. Hartman and Catherine Hartman.

Dated this 7th day of March, 2014.

| | |
|---|---|
| SANDERS • PIANOWSKI, LLP<br>300 Riverwalk Drive<br>Elkhart, IN  46516<br>Telephone: (574) 294-1499<br>Facsimile: (574) 294-7277 | /s/ Bradford R. Shively<br>Bradford R. Shively<br>Attorney Number 28066-20<br>*bshively@riverwalklaw.com*<br><br>Attorney for Harold W. Hartman and Catherine Hartman |

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all ECF registered counsel of record via email generated by the Court's ECF system.

/s/ Bradford R. Shively
Bradford R. Shively