UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>NEW ENGLAND COMPOUNDING PHARMACY, INC.<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1:13-md-02419 |
| This Document Relates to:<br><br>*Harold W. Hartman and Catherine Hartman v. New England Compounding Pharmacy, Inc., et al.*<br>Case No. 13-cv-10374 | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Robert T. Sanders III of the law firm Sanders • Pianowski, LLP, as counsel for Harold W. Hartman and Catherine Hartman.

Dated this 7th day of March, 2014.

|   |   |
|---|---|
| SANDERS • PIANOWSKI, LLP<br>300 Riverwalk Drive<br>Elkhart, IN  46516<br>Telephone: (574) 294-1499<br>Facsimile: (574) 294-7277 | /s/ Robert T. Sanders III<br>Robert T. Sanders III<br>Attorney Number 9-20-<br>*rsanders@riverwalklaw.com*<br><br>Attorney for Harold W. Hartman and Catherine Hartman |

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all ECF registered counsel of record via email generated by the Court's ECF system.

/s/ Robert T. Sanders III
Robert T. Sanders III