UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: New England Compounding Pharmacy, Inc. Products Liability Litigation (MDL No. 2419) | This Document Relates to: |
| FRANK DALE JENKINS AND BETTY JENKINS<br>　　Plaintiffs, | CIVIL ACTION NO. 1:13-cv-12807-FDS |
| | Honorable Rya W. Zobel |
| UNIFIRST CORPORATION, A/D/B/A UNICLEAN CLEANROOM SERVICES,<br>　　Defendant. | **DEMAND FOR JURY TRIAL** |

## MOTION FOR LEAVE OF COURT TO FILE PLAINTIFFS' AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Frank Dale Jenkins and Betty Jenkins, who hereby move this Court for an Order for leave of court to file Plaintiffs' Amended Short Form Complaint. Permission for leave of court to file Plaintiffs' Amended Short Form Complaint is warranted for the reasons set out in the supporting memorandum.

DATED this 10th day of March, 2014.

**Respectfully Submitted,**

*/s/ Christopher L. Coffin*
Christopher L. Coffin, La. Bar Roll #27902
Jessica A. Perez, La. Bar Roll #34024
PENDLEY, BAUDIN & COFFIN, L.L.P.
1515 Poydras Street, Ste. 1400
New Orleans, LA 70112
Telephone: (504) 355-0086

Facsimile  (504) 523-0699
Email: ccoffin@pbclawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record via electronic filing system.

*/s/ Christopher L. Coffin*
Christopher L. Coffin