UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: New England Compounding Pharmacy, Inc. Products Liability Litigation (MDL No. 2419) | This Document Relates to: |
| **FRANK DALE JENKINS AND BETTY JENKINS**<br>  Plaintiffs, | CIVIL ACTION NO. 1:13-cv-12807-FDS |
| | Honorable Rya W. Zobel |
| **UNIFIRST CORPORATION, A/D/B/A UNICLEAN CLEANROOM SERVICES,**<br>  Defendant. | **DEMAND FOR JURY TRIAL** |

## ORDER

The Court having considered the foregoing Motion for Leave of Court to file Plaintiffs' Amended Short Form Complaint, and finding the Motion to be well taken,

**IT IS ORDERED** that Plaintiffs are given leave of Court to file Plaintiffs' Amended Short Form Complaint and the Motion for Leave of Court to File Plaintiffs' Amended Short Form Complaint is hereby GRANTED.

**IT IS FURTHER ORDERED** that Plaintiffs' Amended Short Form Complaint, be filed herewith, according to law.

_____
**UNITED STATES DISTRICT JUDGE**