UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

**MOTION OF THE PLAINTIFFS' STEERING COMMITTEE FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR BELLWETHER TRIAL PLAN AND PRE-TRIAL SCHEDULING ORDER**

The Plaintiffs' Steering Committee ("PSC") respectfully move, in accordance with Rule 7.1(b)(3) of the Local Rules of the United States District Court for the District of Massachusetts, for leave to file a Reply to the responses[1] to the PSC's Motion for Entry of Bellwether Trial Plan and Pre-Trial Scheduling Order (Dkt. No. 837).

In light of the arguments advanced in response to the PSC's motion, the PSC respectfully requests the Court grant them leave to file a brief written reply in order to address those arguments that were raised for the first time by the responses. A copy of the proposed Reply is attached hereto as Exhibit 1.

---

[1] The defendants filing oppositions are: Unifirst Corp (dkt. no. 965); St. Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, John W. Culclasure, M.D., Debra Schamberg, RN, (collectively "St. Thomas Clinic Defendants"), Specialty Surgery Center, Crossville, PLLC, Kenneth Lister, MD, Kenneth Lister, MD, PC (dkt. no. 858); St. Thomas West Hospital f/k/a St. Thomas Hospital, St. Thomas Network, and St. Thomas Heath (collectively "St. Thomas Hospital Defendants") (dkt. no. 964).

Dated: March 10, 2014

/s/ Thomas M. Sobol
Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
75 Arlington St.
Suite 500
Boston, MA 02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone: (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via the Court's electronic filing system on March 10, 2014.

/s/ *Thomas M. Sobol*
Thomas M. Sobol