UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 1:13-md-02419-FDS |
| This Document Relates To: | ) ) |  |
| JOAN HULSEY AND GUY HULSEY | ) ) |  |
| Plaintiffs. | ) ) |  |
| v. | ) ) | 1:13-cv-12961-FDS |
| MARION PAIN MANAGEMENT CENTER, INC., MANGALA J. SHETTY, MD, | ) ) ) ) |  |
| Defendants. | ) ) ) |  |

**DEFENDANTS, MARION PAIN MANAGEMENT CENTER, INC. AND MANGALA J. SHETTY, M.D.'S ASSENTED TO MOTION TO DISMISS PLAINTIFFS' SHORT FORM COMPLAINT**

Defendants, Marion Pain Management Center, Inc. ("Marion") and Mangala J. Shetty, M.D. ("Dr. Shetty") hereby moves this Honorable Court to dismiss Plaintiffs' Corrected Short Form Complaint against Unaffiliated Defendants (Dkt. #637 on the Master Docket and Dkt. #12 on the Halsey Docket).  On February 12, 2014, Marion and Dr. Shetty filed a Motion for Extension of Time to File an Answer or Other Responsive Pleading with the assent of Plaintiff's counsel (Dkt. #912).  On February 18, 2014, the Honorable Rya W. Zobel granted this Motion giving Marion and Dr. Shetty until March 12, 2014 to file a responsive pleading.  Marion and Dr. Shetty plan to file a Motion to Dismiss the Plaintiffs' Corrected Short Form Complaint and Memorandum of Law in

Support, but anticipate that the Memorandum will exceed the twenty (20) page limit identified in Local Rule 7.1(B)(4).

Marion and Dr. Shetty request leave of Court to exceed the page limit set forth in Local Rule 7.1(B)(4). More than twenty (20) pages will be needed to effectively outline Marion and Dr. Shetty's positions in their Memorandum of Law. Counsel for the Plaintiffs have assented to this Motion.

For the foregoing reasons, Marion and Dr. Shetty respectfully request that the Court waive the twenty (20) page limit for their Memorandum of Law in Support of their Motion to Dismiss.

Dated: March 10, 2014                    Respectfully Submitted,

                                         The Defendants,
                                         MARION PAIN MANAGEMENT
                                         CENTER, INC. and
                                         MANGALA J. SHETTY, M.D.
                                         By their Attorneys


                                         */s/ Robert L. Boston*
                                         James M. Campbell (BBO#541882)
                                         David M. Rogers (BBO#542233)
                                         Robert L. Boston (BBO# 665174)
                                         Campbell Campbell Edwards & Conroy,
                                         Professional Corporation
                                         One Constitution Center
                                         Boston, MA 02129
                                         (617) 241-3000
                                         jmcampbell@campbell-trial-lawyers.com
                                         drogers@campbell-trial-lawyers.com
                                         rboston@campbell-trial-lawyers.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 10th day of March, 2014, a copy of the foregoing document was filed electronically with the United States District Court for the District of Massachusetts, which will send notification of such filing to all counsel of record:

Joshua R. Gale
Wiggins, Childs, Quinn & Pantazis, LLC
101 N. Woodland Blvd., Suite 600
Deland, FL  32720

Craig L. Lowell
*Pro Hac Vice Admission*
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203

                                                    */s/ Robert L. Boston*
                                                    Robert L. Boston