UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND
COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

MDL No. 1:13-md-02419

Hon. Rya Zobel

This Document Relates To:

All Cases

## NOTICE OF APPEARANCE - ATTACHMENT A

| Client Names | File Information |
|---|---|
| Chance Everett Baker (Plaintiff) v. Insight Imaging, et al | Roanoke City Circuit Court Case #13-451 (trial scheduled for August 2014) |
| Ferman Wertz (Plaintiff) v. Insight Imaging, et al | Roanoke City Circuit Court Case #13-452 (trial scheduled December 2014) |
| Patrick Johnston (Plaintiff) v. Insight Imaging, et al | Roanoke City Circuit Court Case #13-453 (trial scheduled February 2015) |

This firm has previously made an appearance on behalf of the above named clients by and through attorney Robert E. Dean who is no longer with our firm.

The Roanoke Frith & Ellerman plaintiffs appear specially, by counsel, to oppose the Trustee's motion to transfer.

Respectfully submitted,
ROANOKE FRITH & ELLERMAN PLAINTIFFS

/s/ Lauren Morgan Ellerman

By Counsel

1

T. Daniel Frith, III, Esquire (VSB #22065)
Lauren M. Ellerman, Esquire (VSB #68464)
FRITH & ELLERMAN LAW FIRM, PC
P. O. Box 8248
Roanoke, VA 24014
Telephone: (540) 985-0098
Facsimile: (540) 985-9198
Email: lellerman@frithlawfirm.com

*Counsel for Roanoke Frith & Ellerman Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of March 2014, a true and exact copy of the foregoing was filed with this Court's CM/ECF filing system, thereby providing electronic notice to those counsel of record listed below who are registered users of the system.