UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No. 1:13-md-02419<br><br>Hon. Rya Zobel |

## REQUEST FOR ORAL ARGUMENT

COME NOW the Roanoke Virginia, Frith & Ellerman Plaintiffs,[1] by counsel, to enter a special appearance and request to be heard by telephone in opposition to the Trustee's Renewed and Supplemental Motion to Transfer, MDL No. 732, during the Court's upcoming status conference set for March 13, 2014, at 1:30 p.m.

Respectfully submitted,
ROANOKE FRITH & ELLERMAN PLAINTIFFS

/s/ Lauren Morgan Ellerman
_____
By Counsel

T. Daniel Frith, III, Esquire (VSB #22065)
Lauren M. Ellerman, Esquire (VSB #68464)
FRITH & ELLERMAN LAW FIRM, PC
P. O. Box 8248
Roanoke, VA 24014
Telephone: (540) 985-0098
Facsimile: (540) 985-9198
lellerman@frithlawfirm.com
  *Counsel for the Roanoke Frith & Ellerman Plaintiffs*

---

[1] Chance Baker, Patrick Johnston, and Ferman Wertz (the "Roanoke Frith & Ellerman Plaintiffs") filed claims against Insight Health Corp., Insight Health Services Corp., Image Guided Pain Management, P.C., John Mathis, M.D., and Robert O'Brien, M.D., in Virginia state court.

1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on this 10th day of March 2014, a true and exact copy of the foregoing was filed with this Court's CM/ECF filing system, thereby providing electronic notice to those counsel of record listed below who are registered users of the system.

                    Respectfully submitted,
                    ROANOKE FRITH & ELLERMAN PLAINTIFFS

/s/ Lauren Morgan Ellerman
_____
By Counsel

T. Daniel Frith, III, Esquire (VSB #22065)
Lauren M. Ellerman, Esquire (VSB #68464)
FRITH & ELLERMAN LAW FIRM, PC
P. O. Box 8248
Roanoke, VA 24014
Telephone: (540) 985-0098
Facsimile: (540) 985-9198
Email: lellerman@frithlawfirm.com

*Counsel for Roanoke Frith & Ellerman Plaintiffs*