UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**PLAINTIFFS' STEERING COMMITTEE'S
ASSENTED TO MOTION FOR ENTRY OF DEPOSITION PROTOCOL**

Pursuant to the Court's Minute Entry of February 6, 2014 (Dkt. No. 862), the Plaintiffs' Steering Committee (the "PSC") previously moved the Court to enter a deposition protocol (Dkt. No. 876). Thereafter, the PSC conducted additional meet and confers with several defendants. As a result of those additional meet and confers, the PSC now revises its previous motion and requests that the Court enter the attached deposition protocol. Defendants Liberty Industries, Inc., ARL Bio Pharma, Inc., and UniFirst Corporation have assented to entry of the attached deposition protocol. Other Tennessee-related defendants have objected to the entry of the attached deposition protocol.[1] The PSC's attempts to meet and confer with all defendants on this deposition protocol is more fully explained in the contemporaneously filed Declaration of Benjamin A. Gastel.

Date: March 10, 2014          Respectfully submitted:

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH &
JENNINGS, PLLC

---

[1] *See* Dkt. Nos. 981 and 983.

1

>227 Second Avenue North
>Nashville, TN 37201
>Telephone:  615/254-8801
>Facsimile:  615/255-5419
>gerards@branstetterlaw.com
>
>*Plaintiffs' Steering Committee and Tennessee State Chair*
>
>Thomas M. Sobol
>Kristen Johnson Parker
>HAGENS BERMAN SOBOL SHAPIRO, LLP
>55 Cambridge Parkway, Suite 301
>Cambridge, MA 02142
>Telephone:  617/482-3700
>Facsimile:  617/482-3003
>tom@hbsslaw.com
>kristenjp@hbsslaw.com
>
>*Plaintiffs' Lead Counsel*
>
>Elizabeth J. Cabraser
>Mark P. Chalos
>LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
>275 Battery Street, 29th Floor
>San Francisco, CA 94111
>Telephone:  415/956-1000
>Facsimile:  415/956-1008
>ecabraser@lchb.com
>mchalos@lchb.com
>
>*Federal/State Liaison*
>
>Marc E. Lipton
>LIPTON LAW
>18930 W. 10 Mile Road
>Southfield, MI 48075
>Telephone:  248/557-1688
>Facsimile:  248/557-6344
>marc@liptonlaw.com
>
>Kimberly A. Dougherty
>JANET, JENNER & SUGGS, LLC
>31 St. James Avenue, Suite 365
>Boston, MA 02116
>Telephone:  617/933-1265

kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

      I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   March 10, 2014

                                                    /s/J. Gerard Stranch, IV
                                                    J. Gerard Stranch, IV