## Beth McCullough

| | |
|---|---|
| **From:** | Kimberly A. Dougherty <KDougherty@myadvocates.com> |
| **Sent:** | Thursday, January 02, 2014 10:09 PM |
| **To:** | Greer, Marcy; Ben Gastel; C.J. Gideon; Chris Tardio; Daniel Clayton; Daniel M. Rabinovitz; Edgar Taylor, III; Elizabeth J. Cabraser (ecabraser@lchb.com); Frederick H. Fern; George Nolan; Gerard Stranch; J. Kyle Roby; Jason Denton; John O. Belcher; Joseph P. Thomas; Kristin Johnson Parker; Kurt W. Maier; Larry Lamont Crain; Marc Lipton; Mark Chalos; Mark Zamora; Matthew P. Moriarty; Melinda L. Thompson; Nathan Hunt; Nicki Samson; Patrick Fennell; Paul J. Krog; Randall Kinnard; Rebecca Blair; Richard A. Dean; Robert H. Gaynor; Ryan A. Ciporkin; Thomas Sobol; Thomas W. Coffey; William Daniel Leader, Jr.; William Hance Lassier, Jr.; Fredric Ellis |
| **Cc:** | Puig, Yvonne K.; Sarah Kelly (SKelly@nutter.com); 'lhollabaugh@babc.com' (lhollabaugh@babc.com); Hoffman, Eric |
| **Subject:** | NECC: further meet and confer re discovery |

All,

Per the Court's order requiring the parties to further meet and confer on discovery related matters transferred to Magistrate Boal, members of the PSC propose a call in advance of next week's hearing to take place on **1/7/14 at 11 EST**. Please suggest an alternative time if this does not work for the majority. Thank you.

As a reminder, the PSC awaits comments and edits on the proposed Deposition and ESI Protocols.

Please add anyone who may have been inadvertently left off of this email. Thank you.

Best, Kim

Kim Dougherty, Esquire
Janet, Jenner & Suggs, LLC
31 St. James Avenue
Suite 365
Boston, MA 02116
(617) 933-1265
kdougherty@myadvocates.com
www.myadvocates.com
*** **PLEASE NOTE OUR NEW ADDRESS**