## Beth McCullough

| | |
|---|---|
| **From:** | Steven A. Stadtmauer <Sstadtmauer@HarrisBeach.com> |
| **Sent:** | Tuesday, December 10, 2013 2:48 PM |
| **To:** | Kristen Johnson Parker |
| **Cc:** | Thomas Sobol; mrgottfried@duanemorris.com; Paul Moore (PDMoore@duanemorris.com) (PDMoore@duanemorris.com); HBNECC; Thomas Sobol; Ben Gastel; Frederick H. Fern |
| **Subject:** | RE: NECC: Recent PSC Proposals |
| **Attachments:** | HBNYC-#666296-v1-NECC_MDL_Joint_Deposition_Protocol_-_Redline_comparison.pdf; AMERIDOSE - Draft Joint Deposition Protocol.docx |

Kristen:

We have shared and discussed the PSC's proposed Deposition Protocol with Mr. Moore. We note that the proposed protocol is significantly different from the draft protocol circulated by counsel for Ameridose after the summer. This draft protocol was shared with the PSC but, to our knowledge, the PSC has not responded. For your reference, we attach the latest Word version available of that proposed protocol as well as a PDF redline comparison with the PSC's most recent proposal.

The Trustee requests that the PSC comment on the earlier proposal, which appears to be practical and comprehensive. Should further discussion be necessary, a meet and confer on the issue should be convened before a protocol is adopted.

Please advise if the PSC has comments to the Ameridose proposal and/or agrees to meet and confer on the issue.

Best regards.


**Steven A. Stadtmauer**
Partner


## HARRIS BEACH PLLC

ATTORNEYS AT LAW
New York City Office
100 Wall Street
New York, NY 10005
212.313.5479  Direct
212.687.0100  Main
212.687.0659  Fax

Newark Office
One Gateway Center, Ste. 2500
Newark, NJ 07102
973.848.1244  Main

Website | Bio | Add to Contacts

p r a c t i c e G R E E N
Save a tree. Read, don't print, emails.

**From:** Kristen Johnson Parker [mailto:kristenjp@hbsslaw.com]
**Sent:** Tuesday, December 10, 2013 7:48 AM
**To:** Frederick H. Fern
**Cc:** Thomas Sobol; mrgottfried@duanemorris.com; Paul Moore (PDMoore@duanemorris.com) (PDMoore@duanemorris.com); HBNECC; Thomas Sobol; Ben Gastel
**Subject:** RE: NECC: Recent PSC Proposals

1

I have not received any comments. When do you expect to send them?

Kristen Johnson Parker | **Hagens Berman Sobol Shapiro LLP** | Direct: (617) 475-1961

**From:** Jessica Glavan [mailto:JGlavan@Harrisbeach.com] **On Behalf Of** Frederick H. Fern
**Sent:** Monday, December 09, 2013 5:29 PM
**To:** Kristen Johnson Parker
**Cc:** Thomas Sobol; mrgottfried@duanemorris.com; Paul Moore (PDMoore@duanemorris.com) (PDMoore@duanemorris.com); HBNECC
**Subject:** NECC: Recent PSC Proposals

Dear Kristen:

We have reviewed and discussed with Trustee Moore the Proposed CMO, deposition protocol, ESI and medical release forwarded in your letter of November 27, 2013. Our red-lined comments will be forthcoming.

**Frederick H. Fern**
**Partner**

## HARRIS BEACH PLLC

ATTORNEYS AT LAW
New York City Office
100 Wall Street
New York, NY 10005
212.313.5402  Direct
212.687.0100  Main
212.687.0659  Fax

Newark Office
One Gateway Center, Ste. 2500
Newark, NJ 07102
973.848.1244  Main

**Website | Bio | Add to Contacts**

p r a c t i c e G R E E N
Save a tree. Read, don't print, emails.

**STATEMENT OF CONFIDENTIALITY**

This electronic message may contain privileged or confidential information. If you are not the intended recipient of this e-mail, please delete it from your system and advise the sender.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.