UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates To:<br><br>KATRINA ELDRETH, individually as surviving parent and heir, and on behalf of the Estate of ARI THOMAS GOMEZ, a minor, deceased,<br>              Plaintiff,<br><br>v.<br><br>SUNRISE HOSPITAL & MEDICAL CENTER, et al.,<br>              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:13-md-02419-RWZ |

**DEFENDANT SUNRISE HOSPITAL & MEDICAL CENTER, LLC's MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

The Defendant, Sunrise Hospital & Medical Center, LLC ("Sunrise"), hereby moves, pursuant to Fed. R. Civ. P. 6(b)(1)(A), for leave to extend the time within which it must file an answer or other responsive pleading to Plaintiff's Complaint (the "Complaint") until March 31, 2014.

As grounds therefore, the Defendant states as follows:

1. Defense counsel requires additional time within which to investigate the allegations of the Plaintiff's Complaint and prepare an appropriate response to the Complaint on Defendant's behalf.

2. Defendant was served with the Complaint on November 18, 2013.  Attached to the Complaint was Case Management Order 6, (dkt. # 209), which Defendant

24076615v01

understood to define the time within which it must file an answer or other responsive pleading.

3. The above captioned case was transferred into this Multidistrict Litigation on February 18, 2014. After the case was transferred, defense counsel learned that the Court had entered Case Management Order 7 (dkt. #438), which set in place a different schedule for filing responsive pleadings.

4. Although defense counsel have made multiple attempts to reach Plaintiffs' counsel, the parties have not yet had an opportunity to confer on a schedule for the response to the Complaint since the transfer was ordered.

5. Out of an abundance of caution, defense counsel thus seek this extension to ensure that defense counsel has sufficient time to analyze thoughtfully and fully the allegations stated in the Complaint and to respond to them appropriately. This brief extension will also allow the parties to meet and confer about a reasonable briefing schedule, if one should be required.

6. On March 10, 2014, Plaintiff's counsel, Karren Schaeffer, of the firm Andrews & Thornton indicated by electronic mail to defense counsel that the Plaintiffs do not oppose this motion.

7. WHEREFORE, the Defendant, Sunrise, respectfully requests that this Court allows Defendant to extend the time within which it must file an answer or other responsive pleading until March 31, 2014.

> Respectfully Submitted,
> Sunrise Hospital and Medical Center, LLC
> By its Attorneys
>
> */s/ Maura K. Monaghan*
> Mark P. Goodman
> Maura K. Monaghan
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, NY 10022
> (212) 909-6000
> (212) 909-6836
> mpgoodman@debevoise.com
> mkmonagha@debevoise.com

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that counsel for the Defendants has discussed this matter with Plaintiff's counsel by email and that the Plaintiff does not object to this Motion.

*/s/ Maura K. Monaghan*
Maura K. Monaghan

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of March, 2014, a copy of the foregoing document was filed electronically with the United States District Court for the District of Massachusetts, which will send notification of such filing to all counsel of record.

*/s/ Maura K. Monaghan*
Maura K. Monaghan

24076615v01