UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Cases | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   MDL No. 2419<br><br>Master Dkt. No. 1:13-md-2419- RWZ |

### DEFENDANT UNIFIRST CORPORATION'S RESPONSE TO THE PSC'S MOTION FOR ENTRY OF DEPOSITION AND ESI PROTOCOLS

On February 6, 2014, the Plaintiff's Steering Committee ("PSC"), filed a Motion for Entry of Deposition and ESI Protocols (the "PSC's Deposition and ESI Motion"). (Dkt. # 876). Since that time, Defendant UniFirst Corporation ("UniFirst"), the Tennessee Defendants[1] and Saint Thomas Entity Defendants,[2] and the PSC (collectively, the "Parties") have engaged in extensive meet and confers to resolve any disagreements they had regarding appropriate deposition and ESI protocols.

The Parties have reached agreement regarding the ESI protocol and filed today a Joint Motion for Entry of ESI Protocol (Dkt. # 993).

---

[1] The Tennessee Defendants are Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John W. Culclasure, MD; Debra V. Schamberg, RN; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC.

[2] The Saint Thomas Entity Defendants are Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health.

UniFirst also assents to version of the deposition protocol attached to the PSC's Motion for Entry of Revised Deposition Protocol (Dkt. # 994), filed on March 10, 2014.  UniFirst understands that the Tennessee Defendants and the Saint Thomas Entity Defendants could not reach agreement with the PSC on all issues pertaining to the Deposition protocol, and that these Defendants have filed their own proposals for a deposition protocol.  (Dkt. # 981 and 983, respectively).  UniFirst also does not object to the deposition protocols proposed by the Tennessee and Saint Thomas Entity Defendants.

Respectfully submitted,

DEFENDANT UNIFIST CORPORATION

By its attorneys,

*/s/ James C. Rehnquist*

James C. Rehnquist (BBO #552602)
Roberto M. Braceras (BBO # 566816)
Abigail K. Hemani (BBO # 650721)
Damian W. Wilmot (BBO # 648693)
Josh L. Launer (BBO # 673661)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, Massachusetts 02109-2881
Telephone: 617.570.1000
Facsimile: 617.523.1231
jrehnquist@goodwinprocter.com
rbraceras@goodwinprocter.com
ahemani@goodwinprocter.com
dwilmot@goodwinprocter.com
jlauner@goodwinprocter.com

Dated: March 10, 2014

## **CERTIFICATE OF SERVICE**

  I, James C. Rehnquist, hereby certify that a copy of this document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on March 10, 2014.

                    */s/ James C. Rehnquist*