

**Doylestown Hospital**
595 West State Street • Doylestown, PA 18901
215-345-2200 • www.dh.org

FILED
IN CLERKS OFFICE

2014 MAR 10 P 1: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

March 4, 2014

Robert M. Farrell, Clerk
United States District Court, District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:   In Re: New England Compounding Pharmacy, Inc.
      Multi-District Litigation, MDL 2419: Lead Case No. 13-md-2419

Dear Mr. Farrell:

By a Notice issued on September 24, 2013, the First Circuit Court of Appeals granted my "Request for Removal from Service List" in regard to the above listed multi-district litigation, which is filed as Case No. 13-2007 by the Circuit Court. Doylestown Hospital never purchased any of the products at issue in this case and has no complaints filed against it.

I continue to receive notices from a variety of participants in this litigation in the District Court litigation. Can I use the filing with the First Circuit to confirm that Doylestown Hospital has been removed as a non-party litigant? Or do I need to make a separate filing with you? I would appreciate your advice on this matter.

If you need additional information, please let me know.

Yours sincerely,

John B. Reiss, Ph.D., J.D.
Vice President and General Counsel.

# United States Court of Appeals
## For the First Circuit

No. 13-2007

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

SANDRA F. ARTIS, ET AL

Plaintiffs - Appellants

v.

ALAUNUS PHARMACEUTICAL, LLC, ET AL

Defendant - Appellee

## NOTICE

Issued: September 24, 2013

The Request for Removal from Service List filed by the following attorneys has been allowed and they will no longer receive notice in this case:

John B. Reiss
Michelle J. Marzullo

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Christine - (617) 748-9026