UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE (Nashville)

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO: | | |
| Shirley Higdon, et al. v. New England Compounding Pharmacy, Inc. | | |
| Index no.: 1:13-cv-10461 | | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have entered an appearance in this matter, to wit, plaintiffs Shirley Higdon and Henry B. Higdon and defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC") by and through counsel, hereby stipulate to the dismissal of plaintiffs' claims without prejudice against defendant NECC, with each party to bear its own costs and attorneys' fees.

**Stipulated By:**

*/s/* James Stephen King
James Stephen King
Evans Petree PC
100 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
Telephone: (901) 474-6117
jking@evanspetree.com

**Attorneys for Plaintiffs**

2

**Stipulated By:**

*/s/* Frederick H. Fern
Frederick H. Fern
HARRIS BEACH PLLC
100 Wall Street
New York, NY 10005
Telephone:  (212) 687-0100
Direct Dial (212) 313-5495
Fax:  (212) 687-0659

**Specially Appointed Counsel to the Chapter 11 Trustee of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center**