# EXHIBIT A



# ANALYTICAL RESEARCH LABORATORIES

840 RESEARCH PARKWAY, SUITE 546
OKLAHOMA CITY, OK 73104
PHONE (405) 271-1144
FAX (405) 271-1174

# Microbiology Report

**CLIENT:**   New England Compounding Center-MA

ARL #:   176896-01
LOT #:   05212012@68
DESCRIPTION:   Methylprednisolone AC (PF) 80 mg/mL Injection
DATE RECEIVED:   05/22/2012
STORAGE:   20°C to 25°C (68°F to 77°F)
CONTAINER:   Two 5 mL amber vials

| ANALYSIS | Limits | Results | Test Method | Date Tested |
|---|---|---|---|---|
| Sterility (*Preliminary*) | Sterile / Not Sterile | Sterile | USP 71 | 05/22/2012 |
| Endotoxin | 6.25 EU/mg | <0.05 EU/mg | USP 85 | 05/23/2012 |

*Sterility - This preliminary report was issued after approximately 72 hours of incubation. In accordance with the USP guidelines, the samples will be incubated for 14 days; if there is any change in the sample a supplemental report will be issued.*

*Fungal - This preliminary report was issued after 4-5 days of incubation. In accordance with the USP guidelines, the samples will be incubated for 14 days; if there is any change in the sample a supplemental report will be issued.*

*Endotoxin - To calculate the endotoxin limit use the following formulae:  EL = K/M where K = tolerance limit (EU/kg) and M = Maximum dose/kg/hour or Maximum dose/kg*
*Parenteral: K is 5 EU/kg for any route of administration/Intrathecal: K is 0.2 EU/kg body weight)*
*Radiopharmaceutical parenteral: K is 175/V or Intrathecal radiopharmaceuticals: K is 14/V, where V is the maximum recommended dose in mL.*
*Dermal Application: K/M, where K = 5 EU/kg and M is the (maximum dose/m2/hour × 1.80 m2)/70 Kg.*

Amar Arafat - Microbiologist

05/25/2012
Date Reported

*ARL Form QUF-078-V4 03/05/2010*

*Results reported above relate only to the sample that was tested.*



# ANALYTICAL RESEARCH LABORATORIES

840 RESEARCH PARKWAY, SUITE 546
OKLAHOMA CITY, OK 73104
PHONE (405) 271-1144
FAX (405) 271-1174

# Certificate Of Analysis

CLIENT:   New England Compounding Center-MA

ARL #:   176896-01
LOT #:   05212012@68
DESCRIPTION:   Methylprednisolone AC (PF) 80 mg/mL Injection
DATE RECEIVED:   05/22/2012
STORAGE:   20°C to 25°C (68°F to 77°F)
CONTAINER:   Two 5 mL amber vials

| Analyte / Specifications | Expected Amount | Units | Results | % Of EXP. | Test Method | Date Tested |
|---|---|---|---|---|---|---|
| Methylprednisolone Acetate Specifications = 90% - 110% | 80 | mg/mL | 83.604 | 104.5% | HPLC | 5/23/2012 |

_____                                    05/24/2012

alex tang - Laboratory Supervisor                            Date Reported                    *ARL Form QUF-078-V4 03/08/2010*

*Results reported above relate only to the sample that was tested.*
Page 1 of 2



# ANALYTICAL RESEARCH LABORATORIES

840 RESEARCH PARKWAY, SUITE 546
OKLAHOMA CITY, OK 73104
PHONE (405) 271-1144
FAX (405) 271-1174

# Microbiology Report

**CLIENT:**   New England Compounding Center-MA

**ARL #:**    180509-01

**LOT #:**    06292012@26

**DESCRIPTION:**    Methylprednisolone AC (PF) 80 mg/mL Injection
**DATE RECEIVED:**    07/03/2012
**STORAGE:**    20°C to 25°C (68°F to 77°F)
**CONTAINER:**    Two 5 mL amber vials

| ANALYSIS | Limits | Results | Test Method | Date Tested |
|---|---|---|---|---|
| Sterility (*Preliminary*) | Sterile / Not Sterile | Sterile | USP 71 | 07/03/2012 |
| Endotoxin | 6.25 EU/mg | <0.05 EU/mg | USP 85 | 07/06/2012 |

*Sterility - This preliminary report was issued after approximately 72 hours of incubation. In accordance with the USP guidelines, the samples will be incubated for 14 days; if there is any change in the sample a supplemental report will be issued.*

*Fungal - This preliminary report was issued after 4-5 days of incubation. In accordance with the USP guidelines, the samples will be incubated for 14 days; if there is any change in the sample a supplemental report will be issued.*

*Endotoxin - To calculate the endotoxin limit use the following formulae: EL = K/M where K = tolerance limit (EU/kg) and M = Maximum dose/kg/hour or Maximum dose/kg*
*Parenteral: K is 5 EU/kg for any route of administration /Intrathecal: K is 0.2 EU/kg body weight)*
*Radiopharmaceutical parenteral: K is 175/V or Intrathecal radiopharmaceuticals: K is 14/V, where V is the maximum recommended dose in mL.*
*Dermal Application: K/M, where K = 5 EU/kg and M is the (maximum dose/m2/hour × 1.80 m2)/70 Kg.*

_____         07/06/2012         *ARL Form QUF-078-V4 03/05/2010*

Amar Arafat - Microbiologist         Date Reported

*Results reported above relate only to the sample that was tested.*



# ANALYTICAL RESEARCH LABORATORIES

840 RESEARCH PARKWAY, SUITE 546
OKLAHOMA CITY, OK 73104
PHONE (405) 271-1144
FAX (405) 271-1174

# Certificate Of Analysis

CLIENT:    New England Compounding Center-MA

ARL #:    180509-01
LOT #:    06292012@26
DESCRIPTION:    Methylprednisolone AC (PF) 80 mg/mL Injection
DATE RECEIVED:  07/03/2012
STORAGE:    20°C to 25°C (68°F to 77°F)
CONTAINER:    Two 5 mL amber vials

| Analyte / Specifications | Expected Amount | Units | Results | % Of EXP. | Test Method | Date Tested |
|---|---|---|---|---|---|---|
| Methylprednisolone Acetate Specifications = 90% - 110% | 80 | mg/mL | 81.451 | 101.8% | HPLC | 7/5/2012 |

_____        07/05/2012
Alex Tang - Laboratory Supervisor        Date Reported        *ARL Form QUF-078-V4 03/05/2010*

*Results reported above relate only to the sample that was tested.*
Page 1 of 2