# EXHIBIT D

**Prescription Order Form**

NECC

697 Waverly Street, Framingham MA 01~
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: _____

NAME OF
FACILITY: MARION PAIN MANAGEMENT      PHONE NUMBER: 352 622 1845 / 1840

ADDRESS: 1737 SE 28TH LOOP      CONTACT NAME: YOLANDA BERRIOS

OCALA FL 3447      We must have Facility name & address to process your prescription order – *Thank you.*      P.O. #:

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
|  | Methyl Prednisone Preservative Free | 80 mg/ml | P/f | 1 ml | 150 |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Physician's Name/Signature: MANGALA SHETTY MD      DEA Number: BS 5878802

| For NECC Use Only | |
|---|---|
| Verification: Institutional Agent: _____ | |
| NECC Agent: _____ | Date: 8/14/12  Time: _____ |

V102309



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2012 | 225768 |

| Bill To |
|---------|
| MARION PAIN MANAGEMENT CENTER<br>1737A SE 28TH LOOP<br>OCALA, FL 34471<br>ATTN: YOLANDA BERRIOS |

| Ship To |
|---------|
| MARION PAIN MANAGEMENT CENTER<br>1737A SE 28TH LOOP<br>OCALA, FL 34471<br>ATTN: YOLANDA BERRIOS |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account# |
|-------------|-------|-----|------|-----|--------|----------|
| | CREDIT CARD | JN-S | 8/15/2012 | FEDEX | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 150 | METHYL 80/1 PF | METHYLPREDNISOLONE ACETATE (PF)   80 MG/ML INJECTABLE, 1 ML | 8.00 | 1,200.00 |
| 1 | Second Day Shipp... | | 15.00 | 15.00 |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| | |
|---|---|
| Total | $1,215.00 |
| Credits | $-1,215.00 |
| **Balance Due** | $0.00 |