**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

**ORDER**

On February 21, 2014, the Plaintiffs' Steering Committee and counsel for BKC Pain Specialists, LLC, Adil Katabay, M.D. and Nikesh Batra, M.D. (collectively, the "BKC Defendants") filed a Revised Joint Motion for Order to Set Briefing Schedule and Request for Oral Argument (#896) (the "Motion"). The Court finds good cause for the Motion and hereby grants the Motion and orders as follows:

1. The PSC will file its Opposition to the Motion to Dismiss filed by the BKC Defendants no later than **March 21, 2014**;

2. The BKC Defendants will file a Reply to the PSC's Opposition to the Motion to Dismiss no later than **April 4, 2014**;

3. If necessary, the PSC may file a sur-reply to the Reply to the PSC's Opposition to the Motion to Dismiss filed by the BKC Defendants no later than **April 18, 2014**.

4. ~~Oral argument of the subject motion is scheduled for~~ Any reply and surreply shall not exceed 5 pages in length

**So Ordered.**

_____
Rya W. Zobel
United States District Judge

Dated: **3/13**, 2014