UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION v.<br><br>This Document Relates to:<br><br>Brady, et al. v. Unifirst Corporation, et al. No: 1:14-cv-10284-RWZ | ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No: 1:13-md-2419-RWZ |

**DEFENDANTS, GURURAU SUDARSHAN, M.D.,
CINCINNATI PAIN MANAGEMENT CONSULTANTS, INC. AND
CINCINNATI PAIN MANAGEMENT CONSULTANTS, LTD'S
<u>MOTION TO DISMISS</u>**

NOW COMES Defendants Gururau Sudarshan, M.D., Cincinnati Pain Management Consultants, Inc. and Cincinnati Pain Management Consultants, Ltd., and, pursuant to Fed.R.Civ.P. 12(b)(6) and Local Rule 7.1, hereby move to dismiss the plaintiffs' claims in <u>Brady, et al. v. Unfirst Corporation, et al.</u>.  As more fully set forth in the accompanying consolidated Memorandum of Law, plaintiffs have failed to state a claim upon which relief can be granted.

The defendant health clinics (Cincinnati Pain Management Consultants, Inc. and Cincinnati Pain Management Consultants, Ltd.) and Dr. Sudarshan bear no legal responsibility for any harm allegedly suffered from the administration of preservative free methylprednisolone acetate ("MPA") manufactured and sold by New England Compounding Pharmacy, Inc. ("NECC").  Defendants had no role or responsibility in NECC's manufacturing and sterility practices or processes or for any deficiencies in its "clean room" which are alleged to have resulted in the fungal contamination of certain

1

lots or vials of MPA. Indeed, the efforts of plaintiffs to impose liability under negligence, agency, product liability and Ohio consumer protection law is without factual and legal support.

WHEREFORE, defendants, Gururau Sudarshan, M.D., Cincinnati Pain Management Consultants, Inc. and Cincinnati Pain Management Consultants, Ltd. respectfully request that their Consolidated Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) and Local Rule 7 be **ALLOWED**.

Respectfully Submitted
The Defendants
Gururau Sudarshan, M.D., Cincinnati Pain Management Consultants, Inc. and Cincinnati Pain Management Consultants, Ltd.
By their attorney

/s/ Tory A. Weigand
_____
Tory A. Weigand, BBO #548553
Anthony E. Abeln, BBO #669207
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500
tweigand@morrisonmahoney.com
aabeln@morrisonmahoney.com

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **March 14, 2014**

/s/ Tory A. Weigand
_____

### LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel for the defendant hereby certifies that he has conferred with counsel in this matter, in a good faith attempt to resolve or narrow the issues of dispute raised in the accompanying motion, in accordance with Local Rule 7.1.

/s/ Tory A. Weigand
_____

1463472v1