EXHIBIT A

1.  This pleading applies to the following Plaintiffs and cases:

| | | | |
|---|---|---|---|
| Norris, Jocelyn* | 1:13-cv-12682 | Davis, Thomas Randy* | 1:13-cv-12426 |
| Palmer, James* | 1:13-cv-12688 | Temple, Reba* | 1:13-cv-12696 |
| Barnard, Robert | 1:13-cv-12738 | Johnson, John | 1:13-cv-12915 |
| Berry, Fredia | 1:13-cv-12838 | Siler, Tracey (nee Privitte) | 1:13-cv-12489 |
| Pierce, Terry* | 1:13-cv-12733 | Gobble, Gayla | 1:13-cv-12480 |
| Bray, Elizabeth* | 1:13-cv-12596 | Demps, Jerry | 1:13-cv-12840 |
| Collins, Judy* | 1:13-cv-12580 | Minor, Michelle* | 1:13-cv-12836 |
| Graham, Danette* | 1:13-cv-12581 | Redkevitch, Ella* | 1:13-cv-12666 |
| Savercool, Shirley* | 1:13-cv-12583 | White, Margaret* | 1:13-cv-12734 |
| Willis, Dale* | 1:13-cv-12597 | Peay, Joan | 1:13-cv-12843 |
| O'Brien, Dennis* | 1:13-cv-12759 | Hubbard, Georgeanne | 1:13-cv-12922 |
| Alexander, John | 1:13-cv-12428 | Jackson, Linda | 1:13-cv-12923 |
| Cox, Wanda | 1:13-cv-12918 | Lapiska, William | 1:13-cv-12914 |
| Dingess, Wanda | 1:13-cv-12490 | Schulz, Martha* | 1:13-cv-12311 |
| Nealon, Dallas | 1:13-cv-12491 | Keyes, Edna | 1:13-cv-12998 |
| Reed, Wanda | 1:13-cv-12917 | Vickie Barger, Lisa Maddox, Wayne McWhorter, Samuel Groves, Betty Smiley, John Edward Jones, Angela May, Gary Wayne Waddey* | 1:13-cv-12619 |
| Carman, Cindy* | 1:13-cv-12238 | | |

*Indicates the Plaintiff filed an Amended Complaint adding a Certificate of Good Faith.