UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ This Document Relates to: Suits Identified in Exhibit A to the Tennessee Defendants' Motion for Summary Judgment [Dkt. 774-1] _____ | ) ) MDL No. 2419 ) Dkt. No. 1:13-md-2419-RWZ ) ) ) ) ) ) ) ) ) |

### Notice of Filing of
### Amended Statement of Undisputed Material Facts

Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John W. Culclasure, MD; Debra V. Schamberg, RN; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC (collectively "the Tennessee Defendants") contemporaneously file an Amended Statement of Undisputed Material Facts to replace their previously-filed Statement of Undisputed Material Facts [Dkt. 776] filed in Support of their Motion for Summary Judgment [Dkt. 774].

The Amended Statement of Undisputed Material Facts reflects the Tennessee Defendants' voluntarily withdrawal of paragraphs six (6) and seven (7) from their Statement of Undisputed Material Facts. The facts previously set forth at paragraphs six (6) and seven (7) are not material to resolution of the Motion for Summary Judgment, as explained in the Tennessee Defendants' contemporaneously-filed Reply to the Plaintiffs' Steering Committee's Fed. R. Civ. P. 56(d) Response to the Tennessee Defendants' Motion for Summary Judgment.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.**[1]
**Chris J. Tardio**[1]
**Alan S. Bean**[2]
**Matthew H. Cline**[1]
**John-Mark Zini**[1]
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 14th day of March, 2014.

/s/ Chris J. Tardio
**Chris J. Tardio**

---

[1] Admitted pursuant to MDL Order No. 1.
[2] Admitted *pro hac vice*.

2