**EXHIBIT 1**

The following is a list of the State Court Actions that the Trustee has moved to transfer to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| **Case** | **Docket No.** | **Filed** | **Court** |
|---|---|---|---|
| 1. *Sharon Wingate, Executor of the Estate of Douglas Gray Wingate, Deceased, v. Insight Health Corp., et al.* | CL12002547 | 12/27/2012 | Roanoke City Circuit Court |
| 2. *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 3. *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 4. *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 5. *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 6. *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 7. *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 8. *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 9. *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 10. *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 11. *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |

| **Case** | **Docket No.** | **Filed** | **Court** |
|---|---|---|---|
| 12. *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |
| 13. *Ronald T. Courtney v. Insight Health Corp., et al.* | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 14. *Chance Everett Baker v. Alaunus Pharmaceutical., LLC, et al.* | CL13000451 | 2/21/2013 | Roanoke City Circuit Court |
| 15. *Ferman W. Wertz v. Alaunus Pharmaceutical., LLC, et al.* | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 16. *Patrick O. Johnston v. Alaunus Pharmaceutical., LLC, et al.* | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 17. *Ronald A. Brown v. Insight Health Corp., et al.* | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 18. *Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al.* | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 19. *Odessa M. Shuck v. Insight Health Corp., et al.* | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 20. *Rose M. White v. Insight Health Corp., et al.* | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 21. *Patricia S. Brown, et al. v. Insight Health Corp., et al.* | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 22. *Sandra F. Artis v. Insight Health Corp., et al.* | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |
| 23. *Nora Bell, et al. v. Insight Health Corp., et al.* | CL14000531 | 3/13/2014 | Roanoke City Circuit Court |
| 24. *Gladys G. Austin, et al. v. Insight Health Corp., et al.* | CL14000532 | 3/13/2014 | Roanoke City Circuit Court |
| 25. *William L. Neal, Administrator of the Estate of Lucy Byrd Neal v. Insight Health Corp., et al.* | CL14000533 | 3/13/2014 | Roanoke City Circuit Court |