UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHSETTS

| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES LITIGATION | MDL No. 2419 |
|---|---|
| | Master Dkt.: 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

### UNOPPOSED MOTION FOR ENTRY OF AGREED ORDER

The Plaintiffs' Steering Committee (PSC) hereby moves the Court for entry of the Agreed Order, attached hereto as Exhibit 1, extending the time for filing responses to The Tennessee Defendants' Motion to Dismiss the Plaintiffs' Complaints for Failure to Comply with Tenn. Code Ann. §29-26-121 (dkt. no. 770) and Motion to Dismiss for Failure to Comply with Tennessee Health Care Liability Act (dkt. no. 779). The Defendants that filed those motions[1] assent to the entry of the Agreed Order, which is consistent with the agreement of the parties announced by the PSC at the March 13, 2014 status hearing.

---

[1] The defendants filing the motions to dismiss are: St. Thomas Outpatient Neurosurgical Clinic, LLC, Howell Allen Clinic, John W. Culclasure, M.D., Debra Schamberg, R.N., Specialty Surgery Center, Crossville, PLLC, Kenneth Lister, M.D., and Kenneth Lister, M.D., P.C. (dkt. no. 770); and Saint Thomas West f/k/a Saint Thomas Hospital, Saint Thomas Network, Saint Thomas Health, Ascension Health Alliance, and Ascension Health (dkt. no. 779).

1165872.1

Respectfully submitted,

**PLAINTIFFS STEERING COMMITTEE**

Dated: March 20, 2014

/s/ *Mark P. Chalos*
Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs Lead Counsel*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
75 Arlington St.
Suite 500
Boston, MA 02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone: (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs Steering Committee*

1165872.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via the Court's electronic filing system on March 20, 2014.

/s/ Mark P. Chalos
Mark P. Chalos