# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

## [PROPOSED] ORDER EXTENDING RESPONSE DEADLINES

The parties[1] agree and the Court hereby orders, for good cause shown, that the deadlines for Plaintiffs to file responses to The Tennessee Defendants' Motion to Dismiss the Plaintiffs' Complaints for Failure to Comply with Tenn. Code Ann. §29-26-121 (dkt. no. 770) and Motion to Dismiss for Failure to Comply with Tennessee Health Care Liability Act (dkt. no. 779), are hereby extended to April 14, 2014.

Prior to April 14, 2014, the parties will confer and will notify the Court of which issues raised in the motions are global or common, if any, and which issues are case-specific. Plaintiffs' deadlines to files responses to the case-specific issues will be extended and will be set by later order of the Court. The deadline for Plaintiffs to file responses on any global Tenn. Code Ann. §29-26-121 issues in motions at docket entry nos. 770 and 779 will remain April 14, 2014. The responses to the global motions at docket entry nos. 771, 893, and 895 remain March 28, 2014.

---

[1] The defendants filing the motions to dismiss are: St. Thomas Outpatient Neurosurgical Clinic, LLC, Howell Allen Clinic, John W. Culclasure, M.D., Debra Schamberg, R.N., Specialty Surgery Center, Crossville, PLLC, Kenneth Lister, M.D., and Kenneth Lister, M.D., P.C. (dkt. no. 770); and Saint Thomas West f/k/a Saint Thomas Hospital, Saint Thomas Network, Saint Thomas Health, Ascension Health Alliance, and Ascension Health (dkt. no. 779).

IT IS SO ORDERED:

_____
The Honorable Rya Zobel
United States District Judge

Approved for entry:

Dated: March 20, 2014

PLAINTIFFS STEERING COMMITTEE

/s/ Mark P. Chalos
Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs Lead Counsel*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
75 Arlington St.
Suite 500
Boston, MA 02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone: (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs Steering Committee*

/s/Chris Tardio
Chris Tardio
GIDEON, COOPER & ESSARY PLC
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Counsel for St. Thomas Outpatient Neurosurgical Clinic, LLC, Howell Allen Clinic, John W. Culclasure, M.D., Debra Schamberg, R.N., Specialty Surgery Center, Crossville, PLLC, Kenneth Lister, M.D., and Kenneth Lister, M.D., P.C.

/s/Yvonne Puig
Yvonne Puig
FULLBRIGHT & JAWORSKI LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
yvonne.puig@nortonrosefulbright.com
Counsel for Saint Thomas West f/k/a Saint Thomas Hospital, Saint Thomas Network, Saint Thomas Health, Ascension Health Alliance, and Ascension Health

/s/Marcy Greer
Marcy Greer
ALEXANDER DUBOSE JEFFERSON
 & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
mgreer@adjtlaw.com
Counsel for Saint Thomas West f/k/a Saint Thomas Hospital, Saint Thomas Network, Saint Thomas Health, Ascension Health Alliance, and Ascension Health

-4-

1165487.2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via the Court's electronic filing system on March 20, 2014.

/s/ Mark P. Chalos
Mark P. Chalos