UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 Master Docket No.: 1:13-md-2419-FDS |
| THIS DOCUMENT RELATES TO: All Actions | Honorable F. Dennis Saylor  DEMAND FOR JURY TRIAL |

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiffs' Steering Committee moves this Honorable Court for leave to file a response to the Tennessee Defendants' Motion to Dismiss Global Claims (Doc. 771 & 772) which exceeds the twenty (20) page limit provided by Local Rule 7.1(b)(4).  As grounds for this motion, the PSC respectfully states as follows:

1.      On January 6, 2014, the Tennessee Defendants filed a similar motion (Doc. 742) asking this Court for permission to file a brief exceeding the twenty (20) page limit. The Tennessee Defendants argued that their planned "global" motion to dismiss would request the dismissal of eight different claims.  The Tennessee Defendants argued that such could be divided into eight (8) separate motions of twenty (20) pages each, and they requested permission to file a "master" brief addressing all issues.

2.      This Court granted permission to the Tennessee Defendants to file a brief exceeding the twenty (20) page limit (Doc. 746).  The Tennessee Defendants then filed an eight (8) page motion (Doc. 771) and a seventy-four (74) page brief (Doc. 772) in support of that motion.

3.      The issues raised in the Tennessee Defendants' seventy-four (74) page brief require thorough response.  It is impossible for the PSC to respond to all of those issues in

twenty (20) pages.  However, the PSC is very mindful of this Court's preference for shorter briefs.

4.      In order to respond effectively to the numerous legal issues raised in the Tennessee Defendants' seventy-four (74) page brief, the PSC requests permission to file a brief not to exceed forty-five (45) pages.

5.      Basic precepts of fundamental fairness require that injured tort victims be afforded the same opportunity to be heard as is afforded the Tennessee Defendants.

6.      The Tennessee Defendants do not oppose this motion.


Date:  March 19, 2014                          Respectfully submitted:


                                               **/s/ J. Gerard Stranch, IV**
                                               J. Gerard Stranch, IV
                                               Benjamin A. Gastel
                                               BRANSTETTER, STRANCH &
                                               JENNINGS, PLLC
                                               227 Second Avenue North
                                               Nashville, TN 37201
                                               Telephone:  615/254-8801
                                               Facsimile:  615/255-5419
                                               gerards@branstetterlaw.com

                                               Plaintiffs' Steering Committee and
                                               Tennessee State Chair

                                               Thomas M. Sobol
                                               Kristen Johnson Parker
                                               HAGENS BERMAN SOBOL SHAPIRO, LLP
                                               55 Cambridge Parkway, Suite 301
                                               Cambridge, MA 02142
                                               Telephone:  617/482-3700
                                               Facsimile:  617/482-3003
                                               tom@hbsslaw.com
                                               kristenjp@hbsslaw.com

                                               Plaintiffs' Lead Counsel

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415/956-1000
Facsimile:  415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

Federal/State Liaison

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

Plaintiffs' Steering Committee

## CERTIFICATE OF SERVICE

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   March 10, 2014

**/s/J. Gerard Stranch, IV**
J. Gerard Stranch, IV