UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) This Document Relates To: ) All Cases ) ) ) ) | MDL No. 2419  Master Dkt. No. 1:13-md-2419- RWZ |

**[PROPOSED] ORDER**

On March 20, 2014, UniFirst Corporation ("UniFirst") filed a motion, with the assent of the Plaintiffs' Steering Committee ("PSC"), for leave to file a memorandum of more than 20 pages in support of its motion to dismiss. The Court finds good cause for the motion and hereby grants the motion and allows UniFirst to file a memorandum of not more than 30 pages.

SO ORDERED:

_____                    _____
Hon. Rya W. Zobel,                                                       Date
United States District Court Judge