UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Docket No. 1:13-md-2419-FDS |
| JOAN HULSEY AND GUY HULSEY<br><br>    Plaintiffs<br><br>v.<br><br>MARION PAIN MANAGEMENT CENTER, INC., MANGALA J. SHETTY, M.D.<br><br>    Defendants. | This Document Relates To:<br>Civil Action No.: 1:13-cv-12961-FDS |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
MARION PAIN MANAGEMENT CENTER, INC.**

Plaintiff Joan Hulsey ("Hulsey"), by and through undersigned counsel, and respectfully gives this Court Notice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that Plaintiff voluntarily dismisses all claims against Defendant Marion Pain Management Center, Inc. without prejudice.

This Notice involves Marion Pain Management Center, Inc. only. All claims against all other remaining Defendants remain. Defendant Marion Pain Management Center, Inc. has no objection to the requested dismissal.

Respectfully Submitted,

JOAN HULSEY,

By Her Attorneys,

/s/*Craig L. Lowell*
Craig L. Lowell (ASB-4232-W86C)
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone: 205-314-0550
Facsimile: 205-254-1500
Email: clowell@wcqp.com

Joshua R. Gale (FL Bar No.: 63282)
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
101 N. Woodland Blvd., Suite 600
DeLand, FL 32720
Telephone: 386-675-6946
Facsimile: 386-675-6947
Email: jgale@wcqp.com

*Attorneys for Plaintiffs*

Date: March 25, 2014

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 24th day of March, 2014, a copy of the foregoing document was filed electronically with the United States District Court for the District of Massachusetts, which will send notification of such filing to all counsel of record.

/s/*Craig L. Lowell*