Case 1:13-md-02419-RWZ   Document 1038-3   Filed 03/27/14   Page 1 of 2

# EXHIBIT C

**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

October 2, 2013

100 WALL STREET
NEW YORK, NY 10005
(212) 687-0100

FREDERICK H. FERN

DIRECT: (212) 313-5402
FAX: (212) 687-0659
FFERN@HARRISBEACH.COM

**Via E-Mail:  mchalos@lchb.com**

Mark Chalos
Lief Cabraser Heimann & Bernstein, LLP
150 Fourth Avenue, North, Suite 1650
Nashville, TN  37219-2423

RE:   NECC:  Document Production Request by Howell Allen Clinic

Dear Mark:

The Trustee has your received your letter of September 24, 2013 forwarding Mr. Tardio's request for access for the NECC documents produced to the PSC pursuant to the informal discovery agreement previously negotiated.  On behalf of the Trustee, we must respectfully decline Mr. Tardio's request tendered through you for the documentary informal discovery previously provided by NECC.  Through the explicit terms of the agreement set forth in Mike Gottfried's letter of April 30, 2013 to Kristen Johnson Parker, the documents must be strictly limited "to PSC, Rick Ellis and the liaison counsel for the defendants after an appropriate protective order has been entered by the Court."  In agreeing to voluntarily produce documents, despite the automatic stay, there was no consideration given to Unaffiliated Defendants, including Mr. Tardio on behalf of Howell Allen Clinic and St. Thomas Outpatient.

Though we understand Mr. Tardio's request for these documents, treating Mr. Tardio and his client separately from the other 92 involved pain clinics, would be inappropriate, as it is the Trustee's intention for consistent treatment of all Unaffiliated Defendants.

Very truly yours,

Frederick H. Fern

FHF:jlg

cc:   Chris Tardio
      Paul Moore
      Michael Gottfried
      Gerald Stranch
      Tom Sobel
      Kristen Johnson Parker
      HBNECC