# EXHIBIT E

**From:** Gottfried, Michael R. [mailto:MRGottfried@duanemorris.com]
**Sent:** Tuesday, February 11, 2014 3:46 PM
**To:** Chris J. Tardio
**Cc:** Moore, Paul D.; ffern@harrisbeach.com
**Subject:** FW: NECC Document Repository

Dear Mr. Tardio

Mr. Moore has forwarded me your letter dated January 28,2014, for a response. Suffice it to say. I told the Court that "We are providing informal discovery to the parties who are participating in mediation". My understanding is that you have not yet agreed to mediation and therefore the Court ordered discovery stay of discovery and other actions against the NECC estate and our confidentiality agreement with the PSC governs your request. Should you join the mediation program, we will promptly address your request and make an appropriate production, as I represented to the Court.

Mike


**Michael R. Gottfried**
Partner

Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
**P:** +1 857 488 4212
**F:** +1 857 401 3030

MRGottfried@duanemorris.com
www.duanemorris.com

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.