UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF PSC'S JOINT MOTION FOR ENTRY OF ESI PROTOCOL AND
ASSENTED TO MOTION ENTRY OF DEPOSITION PROTOCOL**

The Plaintiffs' Steering Committee ("PSC") respectfully move, in accordance with Rule 7.1(b)(3) of the Local Rules of the United States District Court for the District of Massachusetts, for leave to file a Reply to the responses to the PSC's Joint Motion for Entry of ESI Protocol (Dkt. No. 993) and the Assented to Motion for Entry of Revised Deposition Protocol (Dkt. No. 994).

In light of the arguments advanced in opposition to the PSC's Motion for Entry of the Revised Deposition Protocol (Dkt. No 981 and 983), the PSC respectfully requests the Court grant them leave to file a brief written reply in order to address those arguments that were raised in those oppositions.

| | |
|---|---|
| Dated:  April 1, 2014 | Respectfully submitted,<br><br>**/s/ J. Gerard Stranch, IV**<br>J. Gerard Stranch, IV<br>Benjamin A. Gastel<br>BRANSETTER, STRANCH & JENNINGS PLLC<br>227 Second Avenue North<br>Nashville, TN  37201<br>Telephone:  (615) 254-8801<br>Facsimile:  (615) 255-5419<br>gerards@branstetterlaw.com<br>beng@branstetterlaw.com |

*Plaintiffs' Steering Committee and Tennessee State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcentercom

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

## **CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: April 1, 2014

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV