UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br> v. <br><br> This Document Relates to: <br><br> Brady, et al. v. Unifirst Corporation, et al. <br> No: 1:14-cv-10284-RWZ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> MDL No: 1:13-md-2419-RWZ |

**JOINT MOTION FOR ORDER TO REVISE BRIEFING SCHEDULE**

The Plaintiffs' Steering Committee (the "PSC") and counsel or the following parties: Cincinnati Pain Management Consultants, Inc., Cincinnati Pain Management Consultants Ltd. and Gururau Sudarshan, M.D. (collectively "CPM Defendants"), conferred in order to establish a revised briefing schedule for the CPM Defendant's Rule 12(b)(6) Motion to Dismiss (Dkt. 1013). As a result, the parties have agreed to the following revised briefing schedule:

1. CPM Defendants have tentatively agreed to produce documents responsive to the PSC's subpoena on or before **May 9, 2014**. [1]

2. The PSC will file its Opposition to the Motion to Dismiss filed by the CPM Defendants no later than **May 23, 2014**;

3. The CPM Defendants will file a Reply, not to exceed 5 pages, to the PSC's Opposition to the Motion to Dismiss no later than **June 6, 2014**.

4. If necessary, the PSC may file a sur-reply, not to exceed 5 pages, to the Reply to the PSC's Opposition to the Motion to Dismiss filed by the CPM Defendants no later than **June 20, 2014**.

The parties respectfully request that the Court enter the attached order to formalize the

---

[1] The parties agree that further extensions may be necessary depending upon the timing, nature and extent of CPM Defendants production of documents in response to the PSC's Subpoena. If necessary, a joint motion for a revised briefing schedule will be filed with this Court.

1

1459158v1

above-described revised briefing schedule.

In addition, pursuant to Local Rule 7.1(d), the parties request that the Court reserve a date for oral argument of the above-referenced Motion to Dismiss.

        Respectfully Submitted

        /s/ Kimberly A. Dougherty

        Kimberly A. Dougherty
        JANET, JENNER & SUGGS, LLC
        31 St. James Avenue, Suite 365
        Boston, MA  02116
        Telephone: (617) 933-1265
        kdougherty@myadvocates.com

        *Plaintiffs' Steering Committee*

        Thomas M. Sobol
        Kristen Johnson Parker
        HAGENS BERMAN SOBOL SHAPIRO, LLP
        55 Cambridge Parkway, Suite 301
        Cambridge, MA  02142
        Telephone: (617) 482-3700
        Facsimile: (617) 482-3003
        tom@hbsslaw.com
        kristenjp@hbsslaw.com

        *Plaintiffs' Lead Counsel*

        Elizabeth J. Cabraser
        Mark P. Chalos
        Annika K. Martin
        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        150 Fourth Avenue North, Suite 1650
        Nashville, TN  37219
        Telephone: (615) 313-9000
        Facsimile: (615) 313-9965
        ecabraser@lchb.com
        mchalos@lchb.com
        akmartin@lchb.com

        *Federal/State Liaison*

1459158v1

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344
marc@liptonlawcenter.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone: (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone: (404) 451-7781
Facsimile: (404) 506-9223
marc@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

The Defendants,

Cincinnati Pain Management Consultants, Inc.,
Cincinnati Pain Management Consultants Ltd. and
Gururau Sudarshan, M.D.

By their attorney,

/s/ Anthony E. Abeln
_____
Tory A. Weigand, BBO #548553
Anthony E. Abeln, BBO #669207
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500
tweigand@morrisonmahoney.com
aabeln@morrisonmahoney.com

4

## **CERTIFICATE OF SERVICE**

I, Kimberly A. Dougherty, hereby certify that I caused a copy of the foregoing *Joint Motion for Order to Revise Briefing Schedule,* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: April 2, 2014

      **/s/ Kimberly A. Dougherty**
Kimberly A. Dougherty
BBO #658014

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | )  | |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING | ) | |
| PHARMACY, INC. | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| v. | ) | MDL No: 1:13-md-2419-RWZ |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| Brady, et al. v. Unifirst Corporation, et al. | ) | |
| No: 1:14-cv-10284-RWZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER**

On April 2, 2014, the Plaintiffs' Steering Committee and counsel for Cincinnati Pain Management Consultants, Inc., Cincinnati Pain Management Consultants Ltd. and Gururau Sudarshan, M.D. (collectively "CPM Defendants") filed a Joint Motion for Order to Revise Briefing Schedule (the "Motion"). The Court finds good cause for the Motion and hereby grants the Motion and orders as follows:

1. CPM Defendants have tentatively agreed to produce documents responsive to the PSC's subpoena on or before **May 9, 2014**. [1]

2. The PSC will file its Opposition to the Motion to Dismiss filed by the CPM Defendants no later than **May 23, 2014**;

3. The CPM Defendants will file a Reply, not to exceed 5 pages, to the PSC's Opposition to the Motion to Dismiss no later than **June 6, 2014**.

4. If necessary, the PSC may file a sur-reply, not to exceed 5 pages, to the Reply to the PSC's Opposition to the Motion to Dismiss filed by the CPM Defendants no later than **June 20, 2014**.

---

[1] The parties agree that further extensions may be necessary depending upon the timing, nature and extent of CPM Defendants production of documents in response to the PSC's Subpoena. If necessary, a joint motion for a revised briefing schedule will be filed with this Court.

6

1459158v1

**So Ordered.**

                                                                                           _____
                                                                                           Rya W. Zobel
                                                                                          United States District Judge

Dated: _____, 2014

1459158v1