# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

## MOTION FOR ADMISSION OF STEPHEN W. MULLINS PRO HAC VICE

Pursuant to Rule 83.5(b) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned, Kristen Johnson Parker, an attorney licensed to practice law in the Commonwealth of Massachusetts and in the United States District of Massachusetts, and an attorney of record in the above captioned action, respectfully moves that Stephen W. Mullins be admitted to practice before this Honorable Court.

Stephen W. Mullins of Luckey and Mullins, PLLC, P.O. Box 990 (39566), 2016 Bienville Boulevard, Suite 102, Ocean Springs, MS 39564, will appear on behalf of the Consolidated Plaintiffs in the above captioned matter. As set forth in the attached affidavit, Mr. Mullins attests that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, has no disciplinary proceedings pending against him as a member of the bar of any jurisdiction, and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Plaintiffs move for the admission of Stephen W. Mullins *pro hac vice.*

Dated: April 3, 2014                                         Respectfully Submitted,

                                                **/s/ Kristen Johnson Parker**
                                                Kristen Johnson Parker (BBO# 667261)
                                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                                55 Cambridge Parkway, Suite 301

Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
kristenj@hbsslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2014, a copy of the foregoing Motion for Admission of Stephen W. Mullins *Pro Hac Vice* was filed electronically. Notice of this filing will be sent via the Court's CM/ECF filing system and this filing may be accessed through the Court's System.

**/s/ Kristen Johnson Parker**
Kristen Johnson Parker (BBO# 667261)