IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

## AFFIDAVIT OF STEPHEN W. MULLINS
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, I certify that I am in good standing as a member of the bars of Mississippi, Alabama, and Louisiana; there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and I am familiar with the Local Rules of the United States District Court of Massachusetts. Attached hereto as Exhibits A and B are my BBO Registration Statement for *Pro Hac Vice* Attorneys in Massachusetts and Certificate of Good Standing for the Southern District of Mississippi.

Signed under penalties of perjury this the 2nd day of April 2014.

/s/ Stephen W. Mullins
Stephen W. Mullins
Luckey & Mullins, PLLC
P.O. Box 990 (39566)
2016 Bienville Boulevard, Suite 102
Ocean Springs, MS 39564
Tel.: (228) 875-3175
Fax: (228) 872-4719
smullins@luckeyandmullins.com

# EXHIBIT A

Please note that ONLY THIS FORM, FILLED OUT ON THE WEBSITE, WILL BE ACCEPTED. Handwritten, annotated, copied, scanned or modified forms will be returned.

# BOARD OF BAR OVERSEERS

## REGISTRATION STATEMENT FOR *PRO HAC VICE* ATTORNEYS

Attorney name (first MI last, suffix):  Stephen Wright Mullins, Esq.
Email address: smullins@luckeyandmullins.com
Complete Business/Mailing Address:

Stephen Wright Mullins, Esq.
Luckey & Mullins, PLLC
P.O. Box 990 (39566)
2016 Bienville Boulevard
Ocean Springs, MS  39564

Board of Bar Overseers
Administrative Use Only

Date Received: 1/14/2014
Amount Paid: $101.00
Date confirmation mailed: 1/14/2014

Business phone: (228) 875-3175

Court in which pro hac vice admission is sought: United States District Court for the District of Massachusetts

Contact number for court:  (617) 748-9212

Party to be represented: Michael Babington Mullins and Kim Mullins

Docket number of case (if available):

RECEIVED
JAN 14 2014
MASSACHUSETTS BOARD OF BAR OVERSEERS
REGISTRATION DEPARTMENT

Jurisdictions to which you have been admitted:   (Use second page for additional jurisdictions.)

| Type | Jurisdiction | License number |
|---|---|---|
| State | Mississippi | MSB9772 |
| State | Alabama | ASB1338M74S |
| State | Louisiana | LA22124 |

I certify that (check one): (  ) the party I am representing in the case for which I am seeking pro hac vice admission is an indigent client, and I understand that no pro hac vice fee is due, or (✓) I have included the required pro hac vice fee.

Further, I certify, under the pains and penalties of perjury, that I am admitted to practice and in good standing in every jurisdiction where I am admitted, and I acknowledge that I am subject to discipline by the Massachusetts Supreme Judicial Court and the Board of Bar Overseers. I understand I am limited in my legal practice in Massachusetts to the case identified above.

I certify the information I have supplied the Board of Bar Overseers is true and complete.

Signature (Please sign inside box above.)    Date: 1/9/14

Sign, print and mail original form to: Board of Bar Overseers, 99 High Street, 2nd Floor, Boston, MA 02110-2320

PHC-125

# EXHIBIT B

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

## CERTIFICATE OF GOOD STANDING

I, _____ARTHUR JOHNSTON_____, Clerk of this Court,

certify that _____Stephen Wright Mullins_____, Bar # _____9772_____,

was duly admitted to practice in this Court on _____04/28/1994_____, and is in good standing as a member

of the Bar of this Court.

Dated at _____Gulfport, MS_____ on _____02/03/2014_____
            (Location)                                    (Date)

_____ARTHUR JOHNSTON_____
            *CLERK*

_____[signature]_____
            *DEPUTY CLERK*