UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**MEDICAL SALES MANAGEMENT, INC'S JOINDER IN AMERIDOSE, LLC'S AND GDC PROPERTIES MANAGEMENT, LLC'S MOTIONS FOR LEAVE TO REPLY TO THE TENNESSEE CLINIC DEFENDANTS' JOINDER IN THE PSC'S MOTION TO PARTIALLY LIFT THE DISCOVERY STAY**

Medical Sales Management, Inc. ("MSM") hereby joins in and incorporates by reference Ameridose, LLC's ("Ameridose") and GDC Properties Management, LLC's ("GDC") Motions for Leave to Reply to the Tennessee Clinic Defendants' Joinder in the PSC's Motion to Partially Lift the Discovery Stay ("Motions for Leave"). (Dkt. Nos. 1046, 1053.)

Wherefore, MSM requests that this Honorable Court grant MSM the identical relief sought by GDC and Ameridose in their Motions for Leave.

Respectfully submitted,

Medical Sales Management, Inc.
By its attorneys,

/s/ Daniel M. Rabinovitz
Daniel M. Rabinovitz, Esq. (BBO #558419)
Nicki Samson, Esq. (BBO #665730)
Brady J. Hermann, Esq. (BBO #667828)
Michaels, Ward & Rabinovitz, LLP
One Beacon Street, 2nd Floor
Boston, MA 02108
(617) 350-4040 (phone)
(617) 350-4050 (fax)
dmr@michaelsward.com
ns@michaelsward.com
bjh@michaelsward.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 3, 2014, a true copy of the foregoing was filed in accordance with the Court's Electronic Filing Guidelines and will be sent to all counsel of record by operation of the Court's electronic filing system.

                                          /s/ Daniel M. Rabinovitz