UNITED STATES COURT
DISTRICT COURT OF MASSACHSUETTS

IN RE NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS
LIABILITY LITIGATION

MDL No. 2419
Dkt. No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO:

All Actions

**DEFENDANTS, BARRY J. CADDEN, LISA CONIGLIARO CADDEN, CARLA CONIGLIARO, GREGORY CONIGLIARO, DOUGLAS CONIGLIARO AND GLENN A. CHIN'S JOINDER IN AMERIDOSE, LLC'S AND GDC PROPERTIES MANAGEMENT, LLC'S MOTIONS FOR LEAVE TO REPLY TO THE TENNESSEE CLINIC DEFENDANTS' JOINDER IN THE PSC'S MOTION TO PARTIALLY LIFT THE DISCOVERY STAY**

Defendants, Barry J. Cadden, Lisa Conigliaro Cadden, Carla Conigliaro, Gregory Conigliaro, Douglas Conigliaro and Glenn A Chin, ("Individuals") herby join in and incorporate by reference Ameridose, LLC's ("Ameridose") and GDC Properties Management, LLC's ("GDC") Motions for Leave to Reply to the Tennessee Clinic Defendants' Joinder in the PSC's Motion to Partially Lift the Discovery Stay ("Motions for Leave"), (Dkt. Nos. 1046, 1053.)

Wherefore, the "Individuals" request that this Honorable Court grant the individuals the identical relief sought by GDC and Ameridose in their Motions for Leave.

848169.1

Respectfully submitted,

Barry J. Cadden
Lisa Conigliaro Cadden
Carla Conigliaro
Gregory Conigliaro
Douglas Conigliaro
Glenn A. Chin
By Their Attorneys,

/s/ Robert H. Gaynor

Robert H. Gaynor, BBO # 187620
Sloane and Walsh, LLP
Three Center Plaza, Suite 850
Boston, MA 02108
(617) 523-6010
e-mail: RGaynor@sloanewalsh.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2014, a true copy of the foregoing was filed in accordance with the Court's Electronic Filing Guidelines and will be sent to all counsel of records by operation of the Court's Electronic Filing System.

/s/ Robert H. Gaynor

848169.1