UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>1:13-cv-12682; 1:13-cv-12426; 1:13-cv-12688<br>1:13-cv-12696; 1:13-cv-12738; 1:13-cv-12915<br>1:13-cv-12838; 1:13-cv-12489; 1:13-cv-12733<br>1:13-cv-12480; 1:13-cv-12596; 1:13-cv-12840<br>1:13-cv-12580; 1:13-cv-12836; 1:13-cv-12581<br>1:13-cv-12666; 1:13-cv-12583; 1:13-cv-12734<br>1:13-cv-12597; 1:13-cv-12843; 1:13-cv-12759<br>1:13-cv-12922; 1:13-cv-12428; 1:13-cv-12923<br>1:13-cv-12918; 1:13-cv-12914; 1:13-cv-12490<br>1:13-cv-12311; 1:13-cv-12491; 1:13-cv-12998<br>1:13-cv-12917; 1:13-cv-12619; 1:13-cv-12238 | |

**MOTION FOR LEAVE TO FILE**
**REPLY IN SUPPORT OF THE PLAINTIFFS' STEERING COMMITTEE'S**
**RULE 56(d) RESPONSE TO THE TENNESSEE DEFNDANTS'**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

Pursuant to Local Rule 7.1(b)(2), the Plaintiffs' Steering Committee (the "PSC") moves this Court for leave to file a Reply in Support of its Rule 56(d) Response to the Tennessee Defendant's Motion for Summary Judgment (Dkt. No. 948).  On March 14, 2014, Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, a Professional Corporation, John W. Culclasure, MD, Debra V. Schamberg, RN; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC, Saint Thomas Health, Saint Thomas Hospital West f/k/a Saint Thomas Hospital, Saint Thomas Network, Ascension, and Ascension Health (collectively, the "Tennessee Defendants") filed a Reply to the Plaintiffs' Steering Committees' [Rule 56(d)] Response to the Tennessee Defendants' Motion for Summary

1

Judgment (Dkt. No. 1015, the "Tennessee Defendants' Response") and filed an Amended Statement of Undisputed Material Facts (Dkt. No. 1016).  The PSC, respectfully requests the Court grant the PSC leave to file a Reply in Support of its Rule 56(d) Response to address the arguments made in both filings.

A Reply in Support is needed to clarify the record and allow the PSC to address arguments made in the Tennessee Defendants' Response, especially in light of the Tennessee Defendants taking the extraordinary step of filing an Amended Statement of Material Fact filed in support of its Motion for Summary Judgment.  Further, the Tennessee Defendants filed this Amended Statement of Material Fact without conferring with the PSC and did not seek leave to file such a document pursuant to Local Rule 7.1(b)(3).  A Reply in Support is needed to allow the PSC to address whether the Amended Statement of Material Fact is properly before the Court and whether the Amended Statement of Material Fact affects the PSC's Rule 56(d) Response.

Pursuant to Local Rule 7.1(a)(2) the PSC met and conferred with counsel for the Tennessee Defendants requesting that the Tennessee Defendants consent to the PSC filing a Reply in Support.  Counsel for the Tennessee Defendants refused to give consent claiming that the Tennessee Defendants' Response did not substantially change the basis of its Motion for Summary Judgment.

The PSC's proposed reply in support is attached hereto as Exhibit A.

Dated:  April 4, 2014                                   Respectfully submitted,

                                                        **/s/ J. Gerard Stranch, IV**
                                                        J. Gerard Stranch, IV
                                                        Benjamin A. Gastel
                                                        BRANSETTER, STRANCH & JENNINGS PLLC
                                                        227 Second Avenue North

2

Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcentercom

3

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

**CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: April 4, 2014

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV