# EXHIBIT 1

# BKC PAIN SPECIALISTS LLC.
1065 DELAWARE AVE STE. A
MARION, OH. 43302
PHONE: (740) 387-7246
*FAX (740) 387-7244*

## DR. RAO ALI          DR. ADIL KATABAY

| TO: Brian Osborne | FROM: Rhonda |
|---|---|
| FAX #: 818-783-2737 | DATE: 8-21-13 |

TOTAL PAGES INCLUDING COVER SHEET: 11

Per your request

## THANK YOU, HAVE A GREAT DAY! ☺

CONFIDENTIALITY NOTICE:
This message is intended for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that you are expressly prohibited from reading, disseminating, distributing or copying this communication.



RUST|Omni
CONSULTING | BANKRUPTCY

Dear Recipient:

The attached order requires that you provide a list of all persons to whom you or your client administered methylprednisolone acetate that came, or likely came, from one of the following three lots produced by New England Compounding Company, Inc. to Lead Counsel, the Chapter 11 Trustee, and counsel to the Committee of Unsecured Creditors by Friday, August 16, 2013.

You obligation to produce materials to Lead Counsel can be satisfied by producing hard copies to:

NECC Discovery
C/O Eric Schwarz
Rust Consulting Omni Bankruptcy
5955 Desoto Avenue, Suite 100
Woodland Hills, CA 91367

Or, uploading materials electronically at:

www.omnimgt.com/neccvfr<http://www.omnimgt.com/neccvfr>

For security purposes, you will be required to login with a username and password in order to upload documents. This login will not permit you to access any documents, whether produced by you or another entity.

Please contact NECCAccess@omnimgt.com to obtain your Username and Password.

Once you have entered the NECC Virtual File Room, you will be able to upload your documents into a specified folder. The documents will be maintained in a HIPAA secured environment.

We are providing this service at the direction of Thomas Sobol of Hagens, Berman, Sobol Shapiro, LLC, Lead Counsel in In re New England Compounding Products Litigation, MDL No. 2419 (D. Mass).

Producing materials as described above will NOT satisfy your obligation to also produce materials to the Chapter 11 Trustee or counsel to the Committee of Unsecured Creditors.

Please contact me with any questions.

8-21-13

Thanks
Brian Osborne
President
Rust Consulting / Omni Bankruptcy
5955 Desoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

| Name | Address | Phone | Code | Date |
|---|---|---|---|---|
| Adley, Donald | 203 Buckingham St., Mansfield, OH 44903 | 419-989-1819 | L-RF | 6/4/2012 |
| Albert, Paula | 818 W. North St, Kenton, OH, 43326 | 419-675-1193 | C-RF | |
| Aldridge, Lisa | 860 Siver St, Marion, OH | 740-751-49-74 | SIJ | 5/21/2012 |
| Aldridge, William | 226 Gurley Ave. Marion, OH, 43302 | 740-751-6677 | C-ESI | 7/2/2012 |
| Allen, Claude | 3882 Spicer Rd, Caledonia, OH 43314 | 419-845-2719 | T/L ESI | 6/25/2012 |
| Allen, Gary | 801 Richmond Ave., Marion, OH 43302 | 740-262-5454 | SIJ | 5/22/2012 |
| Allen, Susan | 801 Richmond Ave., Marion, OH 43302 | 740-262-5380 | L-RF | 5/30/2012 |
| Anderson, Ellen | 885 Lantern Dr., Marysville, OH 43040 | 937-640-9642 | T/L ESI | 6/27/12, 7/11/12, 7/25/12 |
| Armbruster, Alida | 566 E. Fairgroun St., Marion, OH 43302 | 740-360-9852 | LMBB, Caudal | 6/5/2012 |
| Axe, Janice | 205 Water St., Cardington, OH 43315 | 419-949-4328 | L-RF | 1/6/1900 |
| Baker, Terry | 231 St. James St, Marion, OH 43302 | 740-262-2677 | Caudil | |
| Ball, Dianne | 209 Pearl St, Marion, OH 43302 | 740-751-4211 | T/F ESI | 5/21/2012 |
| Barler, John | 5244 St Rt 288, Galion, OH 44833 | 419-468-6255 | T/L ESI | |
| Barrett, Lisa | 169 Johns St, Marion, OH 43302 | 740-361-9332 | Caudal | |
| Bash, Roy | 9551 Maple Lane, Belle Center, OH 43310 | 740-360-3593 | L-RF | |
| Beck, Gayle | 6900 TWP Rd.91, Mt. Gilead, OH 43338 | 419-948-0768 | T/L ESI | 5/21/2012 |
| Belcher, William | 197 Saint James, Marion, OH 43302 | 740-802-1732 | T/L ESI | |
| Belt, Gloria | 219 S. Seffner St, Marion, OH 43302 | 740-382-9647 | T/L ESI | |
| Bennett, Kathy | 300 Forest Lawn Blvd., Marion, OH 43302 | 740-262-2231 | SIJ | 6/12/2012 |
| Beveridge, Loretta | 2781 Co. Rd 137, Cardington, OH 43315 | 419-864-1017 | SIJ | |
| Biehl, Lisa | P.O. Box 304, Marengo, OH, 43334 | 614-769-6000 | SIJ | 6/4/2012 |
| Bishop, Donita | 6184 Co. Rd. 22, Mt. Gilead, OH 43338 | 740-223-5629 | T/L ESI | 7/30/2012 |
| Blair, Nicole | 3881 Marseilles Galion Rd. W., Morral, OH 43337 | 419-310-1622 | LMBB | |
| Bobo, Katrina | 5600 Twp. Rd. 191, Marengo, OH 43334 | 740-815-8630 | SIJ | |
| Booth, Debra | 587 Cherry St, Marion, Oh 43302 | 740-751-4943 | T/F ESI | |
| Bostic, Shannon | 617 John St, Crestline, OH 44827 | 419-295-9595 | T/F ESI | |
| Bower, Janice | 119 Fairfax Ave., Marion, OH 43302 | 740-360-0215 | SGB | 6/11/2012 |
| Boyd, Tiauna | 1613 Southland Park Apt. C, Marion, OH 43302 | 740-341-1078 | SIJ | |
| Brady, Kevin | 143 Glad St, Marion, OH 43302 | 740-751-6685 | LMBB | |
| Broughton, Floyd | 3068 Marion Waldo Rd, Marion, OH 43302 | 740-389-3473 | L-RF | 7/23/2012 |
| Brown, Nettie | 3174 CR 166, Cardington, OH 43315 | 419-864-3444 | T/L ESI | |
| Brown, Nicole | 354 Hane Ave., Marion, OH 43302 | 740-262-7896 | T/F, R/F | 9/10/2012 |
| Browning, Julia | 537 Grand St., Galion, OH 44833 | 419-468-2888 | L-RF | 7/24/2012 |
| Bullock, Naomi | 366 Jamesway Dr., Marion, OH, 43302 | 740-386-2156 | L-RF | 7/30/2012 |

| Name | Address | Phone | Type | Date |
|---|---|---|---|---|
| Buroker, Stacy | 801 S. Main St, Kenton, OH 43326 | 567-674-4426 | Caudal | |
| Bush, Tim | 9 N. East St, Versailles, OH 45380 | 419-675-0073 | T/F ESI | 7/16/2012 |
| Carmen, Brenda | 785 Merkle St, Marion, OH 43302 | 740-360-2635 | SIJ | |
| Carmon, Linda | 3068 Marion Waldo Rd, Lot 13, Marion, OH 43302 | 740-396-7205 | SIJ | 7/17/2012 |
| Carr, Naomi | 1401 Wellness Dr, Apr 135, Marion, Oh 43302 | 740-386-5109 | L-RF | |
| Castleberry, Magilene | 3157 CoRd 24, Cardington, OH 43315 | 419-718-4012 | SIJ | |
| Cavender, Mathew | 1865 Beaker Dr. Apt. N, Marion, OH 43302 | 740-802-3658 | ESI | 7/16/2012 |
| Chapman, Amber | 1505 Windsor Rd., Mansfield, OH, 44905 | 567-303-5036 | ESI | 5/21/2012 |
| Chalfant, Diana | 366 Elmcrest Dr, Mt Gilead, OH 43338 | 614-716-8352 | L-RF | |
| Chase, Dianne | 905 Leetonia Rd, Marion, OH 43302 | 740-387-8188 | Caudal | |
| Chick, James | 233 Columbia St, Marion, OH 43302 | 740-223-0275 | SIJ | |
| Cleaves, Karin | 700 Baker St E3, Mt. Gilead, OH 43338 | 419-946-1360 | L-RF | |
| Coffey, Kimberly | 7394 St Rt 97 Lot 45, Mansfield OH 44903 | 419-961-5687 | Caudal | |
| Combs, Robin | 571 Rochelle Dr., Marion, OH 43302 | 740-361-9524 | T/L ESI | 5/23/2012 |
| Cooper, Brandy | 1673 Prospect-Upper Sandusky Rd. Marion, OH, 43302 | 937-209-1736 | T/L ESI | 5/30/2012 |
| Cooper, Pamela | 86 Village Gate blvd #86, Delaware, OH 43015-8931 | 740-815-1846 | C-RF | |
| Costamire, Cathy | 3800 Monnett Chapel Rd, Bucyrus, OH 44820 | 419-617-8088 | L-RF | |
| Crawford, Stephanie | 308 S. Garrett St., Nevada, OH, 44849 | 740-341-8582 | C-ESI | 6/4/2012 |
| Culatsu, Aurelia | | | Caudal, T/L | 7-19,8-16-12 |
| Dailey, Jeffrey | P.O. Box 165, Greencamp, OH, 43322 | 740-225-8481 | Caudal | 5/22/2012 |
| Darling, Carol | 760 Robinson Ave., Marion, OH 43302 | 740-341-5216 | SIJ | 9/17/2012 |
| Dauchenbaugh, Trista | 236 Third Ave., Galion, OH, 44833 | 419-462-0124 | T-ESI | 6/12/2012 |
| Deel, Teresa | 6845 Co Rd 19, Marengo, OH 43334 | 419-768-5031 | L-RF | |
| Dick, Starla | 161 Kenmore Ave, Marion, OH 43302 | 740-341-5345 | T/L ESI | |
| Dillon, Shelly | 529 Mayfield Dr, Marion, Oh 43302 | 740-725-9385 | T/L ESI | |
| Donnelly, Tina | 408 W. Columbia St, Marion, OH 43302 | 740-360-9996 | SIJ | 6/25/2012 |
| Douglas, Pamela | 6605 Marion Agosta Rd #45, Marion, Oh 43302 | 740-499-2314 | T/L ESI | |
| Dowler, Vincent | 232 Reed Ave, Marion, OH 43302 | 740-341-1787 | SIJ | |
| Drake, Alisa | 457 E. Fairground St. Apt. C, Marion, OH, 43302 | 740-382-0290 | L-RF | 5/21/2012 |
| Driver, Connie | 200 Warren St. #M, Bucyrus, OH 44820 | 419-562-6213 | L-RF | 6/4/2012 |
| Dunn, Larry | 948 N. State St, Marion, OH 43302 | 740-382-0202 | L-RF | |
| Dyer, Lori | 210 E. Wagner St, Apt 112, Alger, OH 45812 | 419-757-0019 | L-RF | |
| Eiseman, Michael | 225 Owens St., Marion, OH, 43302 | 740-383-4135 | C-ESI | |
| Eichenberger, Gary | 2015 Matheny, Marion, OH 43302 | 740-361-5722 | T/F ESI | 6/11/2012 |

| Name | Address | Phone | Procedure | Date |
|---|---|---|---|---|
| Elswick, Phillip | 2557 Lee Rd, Marion, OH 43302 | 740-360-1690 | ESI | |
| Elwood, Tammy | 746 N Main St, Lot 48, Ada OH 45810 | 567-674-2399 | Ganglion Impar Block | |
| Emory, Julia | 1035 E. Southern Ave., Bucyrus, OH, 44820 | 419-562-6077 | SIJ | 5/22/2012 |
| Faggs, Charmion | 144 Heritage Circle, Bucyrus, OH 44820 | 740-251-1043 | T/L ESI | 5/30/2012 |
| Fausnaugh, Earl | 718 N Prospect St, Apt B, Marion, Oh 43302 | 740-360-6422 | Caudal | |
| Feathers, Charlotte | 175 N. Grand Ave, Marion, Oh 43302 | 740-251-3114 | L-RF | |
| Ferriman, James | 161 Chicago Ave, Marion, Oh 43302 | 740-387-1420 | Caudal | |
| Fields, Atheline | 2873 TWP Rd. 182, Fredericktown, OH 43019 | 419-768-3639 | Caudal | 6/19/2012 |
| Fields, Michael | PO Box 285, LaRue, OH 43332 | 813-310-0233 | T/L ESI | |
| Finley, Candy | 225 S Franklin St, Richwood, Oh 43344 | 740-943-3163 | C-ESI | |
| Fleming, Tracye | 202 B Fairfax Rd, Marion, Oh 43302 | 740-751-9682 | T/L ESI | |
| Foster, Lonnie | 974 Oak Grove Ave, Marion, OH 43302 | 740-383-4829 | Caudal | |
| Foust, Phyllis | 379 Thompson St, Marion, OH 43302 | 740-278-2205 | ESI | |
| Freeman, Barbara | 1748 Smeltzer Rd, Marion, OH 43302 | 740-387-9539 | ESI | |
| Friend, Bryan | 192 Farming St., Marion, OH 43302 | 740-692-1501 | ESI | 9/19/2012 |
| Friley, Kenneth | 555 Silver St,. Marion, OH 43302 | 740-387-6802 | T/L ESI | 5/22/2012 |
| Frizzell, Forest | 3540 Linn Hipsher Rd, Marion, OH 43302 | 740-505-1268 | LMBB | |
| Frye, John | 435 Price Rd, LaRue, OH, 43332 | 740-360-7130 | T/L ESI | 7/2/2012 |
| Fultz, Peggy | 370 Cherry St, Marion, OH 43302 | 740-751-4448 | LMBB | |
| Garey, Wanda | 1888 Zwayer Dr, Apt D, Marion, OH 43302 | 740-382-0824 | SIJ | |
| Geary, Gean | 201 W. Main St., Lexington, OH, 44875 | 567-241-5766 | C-RF | 9/17/2012 |
| Gibbons, Shawna | 11407 Blackhawk Path, Lakeview, OH, 43331 | 937-935-5274 | T/L ESI | 6/4/2012 |
| Gibson, Tiffany | 811 W North St, Kenton, OH 43326 | 567-674-1079 | T/L ESI | |
| Gilbert, Carlos | 984 Amherst Dr, Marion, OH, 43302 | 740-361-8721 | T/L ESI | 6/12/2012 |
| Gilbert, Richard | 815 Morningside Dr, Kenton, OH 43326 | 937-407-1795 | T/L ESI | |
| Gilliam, Harold | 305 Powhattan St, Marion, OH, 43302 | 740-383-2740 | Caudal | 5/22/2012 |
| Goddard, Charles | 9730 Huber Hazen Rd, Prospect, OH 43342 | 740-341-8374 | T/L ESI | |
| Gould, Nancy | 309 W Fairground, Marion, OH 43302 | 740-382-8201 | SIJ | 7/17/2012 |
| Gould, Pamela | 2696 Albright Rd., Bucyrus, OH, 44820 | 419-689-9521 | SIJ | 6/4/2012 |
| Birdsong Grace | 729 Fountain St., Marion, OH, 43302 | 740-387-4540 | Caudal | 5/22/2012 |
| Graham, Christina | 11337 Campbell Rd, Mt. Vernon, OH 43050 | 740-358-1828 | SIJ | 5/30/2012 |
| Green, Tammy | 710 N. Prospect St. Apt. D, Maion, OH 43302 | 740-751-3291 | ESI | 5/21/2012 |
| Greenawalt, Marla | 216 S. Main St. Apt. A, Cardington, OH 43315 | 740-501-5354 | ESI | 5/21/2012 |
| Guerney, Katrina | 177 Broadway, Shelby, OH 44875 | 419-961-4103 | Piriformis | |

| Name | Address | Phone | Type | Date |
|---|---|---|---|---|
| Hall, Janet | 407 Scott St., Crestline, OH, 44827 | 419-566-3909 | ESI | 5/21/2012 |
| Hamm, Sharon | 209 E. Main St., Leesburg, OH, 45135 | 937-661-7544 | C-ESI | 6/25/2012 |
| Harris, Barbara | 391 Chartwell ST, Mt. Gilead, OH 43338 | 419-751-7020 | SIJ | |
| Harrison, Melinda | 787 Catalina, Marion, OH 43302 | 419-569-4264 | Caudal | |
| Hart, James | 101 State St, Edison, Oh 43320 | 419-946-1434 | T/L ESI | 7/9/2012 |
| Hatfield, Karen | 4094 C.R. 132, Cardington, OH, 43315 | 419-864-3441 | T/F ESI | 6/5/2012 |
| Haughn (Hamblin) Stephanie | 878 Davids St, Marion, OH 43302 | 740-361-3618 | CMBB | |
| Hawkins, Mary | PO Box 44, Green Camp, OH 43322 | 740-528-6014 | SGB | |
| Hedgecock, Kandie | 187 Carhart St, Marion, OH 43302 | 740-751-4097 | SIJ | |
| Heenan, Carol | 668 Uncapher Ave, Marion, OH 43302 | 740-387-4761 | T/L ESI | |
| Henderson, Tammy | 1333 Trachsel Ave, Marion, Oh 43302 | 740-360-4616 | T/L ESI | |
| Hendricks, Carolyn | 1145 1/2 E Church St, Marion, OH 43302 | 740-389-5541 | Piriformis | |
| Hively, Timothy | 360 Girard Ave., Marion, OH, 43302 | 740-223-6024 | E-Esi | 7/16/2012 |
| Hornsby, Emma | 684 Florence St, Marion, OH 43302 | 740-382-4695 | SIJ | |
| Howard, Tammy | 965 Henry St, Marion, OH 43302 | 740-244-5073 | SIJ | |
| Hrbac, Melody | PO Box 611, Green Camp, OH 43322 | 740-251-3896 | T/L ESI | |
| Hughes, Debra | 883 Somerlot Hoffman Rd. W., Marion, OH 43302 | 740-262-2668 | L-RF | 6/5/2012 |
| Hullinger, Phyllis | 630 Hollywood Dr, Galion, OH 44833 | 419-545-2331 | T/L ESI | |
| Humpreys, Sharen | 948 N State St, Marion, OH 43302 | 740-382-0202 | SIJ | |
| Hursey, Mary | 254 W. High St., Ashley, OH, 43003 | 740-747-2932 | ESI | 5/22/2012 |
| Immel, Melvin | 31 Hyatts Rd., Delaware, OH 43015 | 740-513-5320 | ESI | 5/21/2012 |
| Jackson, Kimberly | 158 Portland Way S, Galion, OH 44833-2308 | 419-566-5856 | T/L ESI | |
| Jimenez, Loretta | 56 e. Whitney Ave., Shelby, OH, 44875 | 419-342-0048 | L-RF | 5/21/2012 |
| Johnson, Serena | 397 Rosewood Dr, Marion, OH 43302 | 740-387-0222 | ESI | |
| Johnson, Wilma | 356 Chester St., Marion, OH 43302 | 740-223-3261 | SIJ | 5/21/2012 |
| Jones, Annie | 121 Wallace St, Marion, OH 43302 | 740-387-3890 | L-RF | |
| Keckler, Chrissy | 3319 Co Rd 150, Cardington, OH 43315 | 937-594-2376 | LMBB | |
| Keen, Douglas | 11418 CR 95, Kenton, OH 43326 | 419-235-2539 | SIJ | |
| Ketteman, Tami | 411 Kensington Pl, Marion, OH 43302 | 740-244-5358 | ESI | |
| Kielmeyer, Susan | 300 Summit St, Marion, OH 43302 | 740-802-8439 | T/L ESI | |
| Kight, William | 677 Florence St, Marion, OH 43302 | 740-751-9202 | SIJ | |
| Kincade, Linda | 585 Galion Arms Apt 3G, Galion, OH 44833 | 419-408-4620 | L-RF | |
| King, Bobbie | 561 Roberts Ave., Marion, OH, 43302 | 740-382-3911 | L-RF | 6/19/12, 7/17/12 |
| King, Claudia | 5564 Harding Hwy E, Caledonia, OH 43314 | 740-360-8207 | SIJ | |

| Name | | Address | Phone | Code | Date |
|---|---|---|---|---|---|
| Kinney, Karla | | 549 Lee St. Apt. C, Mt. Gilead, OH 43338 | 614-315-7063 | L-RF | 7/16/2012 |
| Knight, Cora | | 371 South Delaware St., Mt. Gilead, OH 43338 | 419-751-7176 | ESI | 6/18/2012 |
| Knight, Eursel | | 1401 Wellness Dr, Apt 146, Marion, OH 43302 | 740-389-1440 | SIJ | |
| Kratowicz, Patrick | | 180 E. Ottawa Richwood, OH 43344 | 740-360-8861 | T/L ESI | 6/25/2012 |
| Krauter, James | | 191 Carhart St., Marion, OH, 43302 | 740-802-1824 | T/L ESI | 5/30/2012 |
| Krohmer, Anita | | 134 Uhler Ave, Marion, OH, 43302 | 740-361-0922 | T/L ESI | 6/19/2012 |
| Krouse, Jason | | 338 Clinton St, Marion, OH 43302 | 740-375-4346 | C-Rf | 7/2/2012 |
| Krouse, Sherry | | 584 Oak St, Marion OH 43302 | 740-382-6125 | ESI | |
| Landon, Jennifer | | 505 N state St, Marion, OH 43302 | 740-361 6373 | TPI | |
| Lane, Rick | | 1064 Klingel Rd, Prospect, OH 43342 | 740-294-7656 | LMBB | |
| Large, Katrina | | 709 Henry St, Marion, OH, 43302 | 740-396-2084 | Caudal | 6/26/2012 |
| Layne, Tracey | | 190 Fairfax Rd, Apt C, Marion, OH 43302 | 740-387-5157 | T/L ESI | |
| Lemasters, Bobbie | | 2420 Owens Rd. W., Prospect, OH, 43342 | 740-528-2272 | SIJ | 5/30/2012 |
| Lemasters, Edith | | 400 Delaware Ave. Apt. 1011, Marion, OH 43302 | 740-382-8093 | L-RF | 7/10/2012 |
| Lemasters, Walter | | 1002 E. Center St, Marion, OH 43302 | 740-802-0102 | T/L ESI | |
| Lewis, Laurie | | 29 Locust St, Crestline, OH, 44827 | 419-683-3696 | L-RF | 6/11/2012 |
| Lines, Donna | | 309 1/2 Ottawa St., Richwood, OH, 43344 | 740-262-1659 | ESI | 6/26/2012 |
| Lytle, Anna | | 8747 Winnetka Ct., Powell, OH, 43065 | 614-467-9414 | SIJ | 6/5/2012 |
| Manis, Terrel | | 156 Harcourt Place, Marion, OH, 43302 | 740-341-3976 | T/F ESI | 5/21/2012 |
| Mariacle, Sabrina | | 2780 East St, Marion, OH 43302 | 740-802-8640 | T/L ESI | |
| Marshall, Troy | | 851 Richmond Ave. Marion, Oh 43302 | 740-225-3995 | T/F ESI | 6/11/2012 |
| Martin, Deborah | | 1521 Greenscape Blvd., Westerville, OH 43081 | 614-270-3887 | Caudal | 7/17/2012 |
| Martin, Delia | | 6858 Gilette Rd, Prospect, OH 43342 | 740-726-2744 | L-RF | |
| McIntyre, Katina | | 1113 E. Southern Ave, Bucyrus, OH 44820 | 419-310-1243 | T/F ESI | 5/30/2012 |
| McKee, Dale | | 975 Owens Rd E, Mario, OH 43302 | 740-389-5220 | Caudal | |
| McKinney, Tina | | 328 Timbersmith Dr, Delaware, OH 43015 | 740-833-6179 | T/L ESI | |
| Mess, Jennifer | | 4821 Co Rd 29, Galion, OH 44833 | 419-560-8619 | L-Rf | |
| Messenger, Russell | | 782 Norris St, Marion, OH 43302 | 740-382-9313 | LMBB | |
| Miller, Brett | | 1331 Crescnt Hts. Rd,, Marion, OH 43302 | 740-244-4667 | T/L ESI | 5/22/2012 |
| Miller, Dawn | | 1199 Salem Rd, Caledonia, OH 43314 | 740-223-8157 | SIJ | |
| Miller, Jennifer | | 4391 Twp Rd 118, Mt. Gilead, OH 43338 | 576-830-9220 | CMBB | |
| Miller, Joan | | 1301 SR. 523 Lot 34, Fremont, OH 43420 | 419-559-5782 | SIJ | 5/21/2012 |
| Miller, John SR | | 801 Windsor St. Apt. 1, Marion, OH 43302 | 740-244-3337 | L-RF | 6/25/2012 |
| Miller, Trudy | | 130 Marseilles Galion Rd, Marion, OH 43302 | 740-361-8002 | T/L ESI | |

| Name | | Address | Phone | Code | Date |
|---|---|---|---|---|---|
| Milum, James | L | 17306 Co Hwy 113, Harpster, OH 43323 | 740-496-3175 | ESI | |
| Minnich, Michael | L | 125 W. Farming St., Marion, OH 43302 | 740-382-3542 | C-RF | 6/4/2012 |
| Mofford, Jennifer | L | 322 1/2 Rennselaer St, Bucyrus, OH 44820 | 419-562-2232 | SIJ | |
| Mollette, Shaunda | B | 5470 Tittlebaugh Rd, Marion, OH 43302 | 740-751-3276 | T/L ESI | |
| Montanez, Reinaldo | K | 560 Tyler St., Marion, OH 43302 | 740-387-6271 | SIJ | 6/4/2012 |
| Montee, Donna | B | 305 Olney Ave, Marion, OH 43302 | 740-244-2786 | T/L ESI | |
| Moore, Debra | B | 384 Foreslawn Blvd., Marion, OH, 43302 | 740-262-5186 | SIJ | 6/5/2012 |
| Moore, Lorie | B | 265 Silver St, Marion, Oh 43302 | 740-408-1675 | SIJ | |
| Morely, Debra | B | | | SIJ | 6/5/2012 |
| Muchow, Edward | B | 756 Windsor St., Marion, OH, 43302 | 740-360-1572 | Caudal | 8/21/12, 9/4/12, 9/18/12 |
| Mullins, Thomas | B | 1111 1/2 E. Center St, Marion, OH 43302 | 740-383-4304 | Caudal | |
| Mullins, Clarence | K | 205 Glad St, Marion, OH 43302 | 419-673-8287 | L-RF | |
| Murrell, Patricia | K | 625 N Greenwood St, Marion, OH 43302 | 740-396-2181 | SIJ | |
| Mustard, Julie | B | 875 Savannah Dr., Marion, OH, 43302 | 740-341-7226 | SIJ | 5/22/2012 |
| Nadeau, Stephanie | L | 6844 TWP Rd. 95, Huntsville, OH, 43324 | 218-779-3795 | SIJ | 5/30/2012 |
| Neal, Garry | B | 3969 Goodnow Rd, Morral, OH 43337 | 740-361-9617 | LMBB | |
| Neiderhouser, John | L | 257 Somerlot Hoffman Rd. W., Marion, OH 43302 | 740-251-7663 | L-RF | 8/22/2012 |
| Nelson, Elizabeth | B | 6478 Emahiser Rd, Caledonia, OH 43314 | 740-341-3876 | L-RF | |
| Newman, Kristin | B | 190 Elm St, Marion, OH 43302 | 740-262-9601 | SIJ | |
| Nichols, Amy | B | 470 Smucker Lane Apt C, Plain City, OH 43064 | 614-873-7084 | L-RF | |
| Oliver, Jonathan | B | 523 Henry St, Marion, OH 43302 | 740-382-2371 | LMBB | |
| O'Meara, Delores | L | 5273 Twp Rd 121, Mt. Gilead, Oh 43338 | 419-631-3596 | SIJ | |
| Oney, Denise | L | 213 Blaine Ave, Marion, OH 43302 | 419-310-1253 | C-RF | |
| Osborne, Donna | B | 7030 Prospect Marysville Rd., Prospect, OH 43342 | 740-751-3721 | | |
| Owens, Breeze | B | 165 dix Ave, Marion, Oh 43302 | 740-244-7331 | CMBB | |
| Parish, Beverly | B | 2574 Owens Green Camp Rd, Marion, Oh 43302 | 740-361-0241 | L-RF | |
| Parker, Christy | L | 764 Fairfield St, Marion, Oh 43302 | 740-751-4831 | C-RF | |
| Parker, Patricia | L | 134 S. Fourth St., Cardington, OH, 43315 | 740-802-1166 | L-RF | 5/30/2012 |
| Parks, Pauline | B | 248 Helen Ave, Mansfiled, OH 44903 | 419-524-2952 | T/L ESI | |
| Perkins, Krisite | L | 311 E Second St, Mansfield, OH 44902 | 419-709-1957 | SIJ | 8/20/2012 |
| Phillips, Barbara | L | 18762 Pottersburg Rd., Marysville, OH, 43040 | 937-578-8445 | L-Rf | 6/25/2012 |
| Phipps, Micelle | L | 344 N Main St, Mt. Victory, OH 43340 | 567-674-2220 | L-RF | |
| Poland, Phyllis | L | 265 E. Hale St., Ridgeway, OH 43345 | 937-363-2160 | C-RF | 6/25/2012 |
| Powell, Patricia | B | 845 Arrowhead Dr, Bucyrus, OH 44820 | 419-562-0581 | L-RF | |

| Name | | Address | Phone | Type | Date |
|---|---|---|---|---|---|
| Prater II, James | | 396 Commercial, Marion, OH 43302 | 740-382-0434 | T/F ESI | 5/21/2012 |
| Price, Michael | | 100 Heritage Circle, Bucyrus, OH 44820 | 419-617-6596 | T/L ESI | |
| Profit, Evelyn | | 400 Delaware Ave. # 801, Marion, OH 43302 | 740-387-4745 | T/L ESI | 5/30/2012 |
| Rai, Vimla | | 8331 Amberleigh Way, Dublin, OH 43317 | 614-791-8783 | T/F ESI | |
| Raimo, Carla | | 356 Waterloo St, Marion, OH 43302 | 740-751-3395 | T/L ESI | |
| Ramsy, Rodney | | 5997 Twp. Rd. 86, Mt. Gilead, OH, 43338 | 419-786-1528 | L-RF | 7/17/12, 7/31/12 |
| Ramsey, Shawn | | 370 W. National Dr., Newark, OH 43055 | 740-975-0915 | L-RF | 7/16/2012 |
| Randall, Carol | | 353 S. Seffner St., Marion, OH 43302 | 740-387-7787 | RF | 6/11/2012 |
| Ratcliff, Tammy | | 228 Lincoln Ct, Cardington, OH 43315 | 419-718-4052 | SIJ | |
| Ray, Wanda | | 7983 Linn Hipsher Rd., Caledonia, OH 43314 | 740-341-6916 | C-RF | |
| Reams, Marcella | | 4703 TWP Rd. #147, Zanesfield, OH 43360 | 937-441-7876 | SIJ | 5/22/2012 |
| Reed, Wynter | | 1140 D N, Market St, Galion, OH 44833 | 419-617-9990 | SIJ | |
| Rhodes, Rebecca | | 6556 Castlewood Dr., Carroll, OH 43112 | 740-756-7525 | T/L ESI | 7/17/2012 |
| Ricker, Bill | | 5420 St Rt 288, Galion, OH 44833 | 419-777-7148 | SIJ | |
| Riegel, Jessica | | 5908 Marion-Waldo Rd, Marion,. OH 43302 | 614-726-5244 | L-RF | |
| Riggs, Wendy | | 4920 Co. Rd. 39, Huntsville, OH 43344 | 937-844-6300 | T/L ESI | 5/22/2012 |
| Risner, Amy | | 460 Park St., Marion, OH 43302 | 740-361-2020 | T/F ESI | 7/2/2012 |
| Rizo, Kelly | | 105 Marion Melmore Rd., Bucyrus, OH 44820 | 419-482-2048 | L-Rf | 5/21/2012 |
| Robinson, Lindsay | | 248 Libby Lane, Marion, OH 43302 | 740-361-2725 | L-RF | |
| Robinson, Lisa | | 413 Waterloo St, Marion, OH 43302 | 740-382-6302 | L-RF | |
| Rolince, Bonnie | | 502 Smith St., Marion, OH 43302 | 740-387-8404 | C-ESI | 5/30/2012 |
| Rollison, Paulette | | 353 Mary St, Marion, OH 43302 | 740-341-8338 | SIJ | |
| Ross, Kayla | | 1609 Southland Pwy, Apt B, Marion, OH 43302 | 740-244-5093 | SIJ | |
| Royse, Heather | | 24 Bucyrus, OH 44820 | 419-562-0232 | L-RF | |
| Rummell, Robert SR | | 550 Linden St., Marysville, OH 43040 | 937-352-5019 | Caudal | 6/5/2012 |
| Rutledge, Helen | | 3040 TR 124, Cardington, OH 43315 | 419-210-0370 | SIJ | 6/26/2012 |
| Ryland, Jeaness | | 951 W Southern, Bucyrus, OH 44820 | 419-562-2849 | T/L ESI | |
| Sanders, Juanita | | 692 Villa Dr, Mansfield, OH 44906 | 740-396-0888 | Caudal | |
| Schirtzinger, Tabitha | | 28 Estelle St., Delaware, OH 43015 | 740-417-4844 | C-RF | 7/2/2012 |
| Schultz, Robert | | 788 Bethlehem Rd w, Prospect, OH 43342 | 740-726-2339 | Caudal | |
| Schwaderer, Carol | | 621 Columbus Sand. Rd. S., Marion, OH 43302 | 740-389-1098 | L-Rf | 7/23/2012 |
| Seavolt, Jamie | | 1461 Vernonview Dr, Mt. Vernon, OH 43050 | 740-358-7442 | T/F ESI | |
| Sellers, Debora | | 586 Universal Ave, Marion, OH 43302 | 740-586-7579 | Caudal | |
| Severt, Dwayne | | 1173 Bennett St., Marion, OH 43302 | 740-396-2219 | SIJ | 5/22/2012 |

| Name | | Address | Phone | Procedure | Date |
|---|---|---|---|---|---|
| Shadley, Patricia | B | 114 John St., P.O. Box 452, Caledonia, OH 43314 | 419-845-4015 | T/F ESI | 6/5/2012 |
| Shaw Jr, Edmund | | 466 Lee ST, Apt 20B, Mt. Gilead, OH 43338 | 419-566-6830 | T/L ESI | |
| Sheppard, James | | 826 Central Dr, Marion, OH 43302 | 740-361-4663 | ESI | |
| Shields, Shawna | | 133 Baker St., Marion, OH 43302 | 740-244-3642 | T/L ESI | 5/30/2012 |
| Shilling, Mark | | 4896 Zeigler Rd, Bucyrus, OH 44820 | 419-562-2293 | LSB | |
| Shope, Ruby | B | 1609 Southland Pwy, Marion, OH 43302 | 740-725-4387 | SIJ | 7/17/2012 |
| Simpkins, Elanna | | 330 Waterloo Sr., Marion, OH 43302 | 740-244-2816 | L-RF | 5/21/2012 |
| Sims, Monica | B | 603 Grant St., Marion, OH 43302 | 740-382-0235 | SIJ | 5/22/2012 |
| Smith, Cynthia | | 6567 Main St. Meeker, Marion OH 43302 | 740-499-2870 | SIJ | 5/30/2012 |
| Smith, Kristin | | 505 Uncapher Ave, Marion, OH 43302 | 740-223-5291 | T/L ESI | |
| Snyder, Cheryl | | 412 Salem Rd., Caledonia, OH 43314 | 419-617-9042 | SIJ | 5/30/2012 |
| Snyder, Lisa | | 145 Superior St., Marion, OH 43302 | 207-502-0660 | SIJ | 5/30/2012 |
| Spears, Linda | B | 233 Ballentine Ave, Marion, OH 43302 | 740-383-3732 | SIJ | 7/17/2012 |
| | | | | | |
| Sprill, Sheryl | | 425 Brightwood Dr, Marion, OH 43302 | 740-347153 | SIJ | |
| Stansbery, Barbara | | 20129 St. HWY 67, Upper Sandusky, OH 43351 | 740-499-4657 | SIJ | 5/30/2012 |
| Steinhilber, Pamela | B | 3030 Knauss Rd, Bucyrus, OH 44820 | 419-562-5802 | SIJ | |
| Stock, Cynthia | | 2413 Victory Rd, Marion, OH 43302 | 740-360-9997 | SIJ | |
| Stone, Betty | | 880 Linn Hipsher Rd, Marion, OH 43302 | 419-560-6747 | T/L ESI | |
| Suiter, Michelle | B | 602 Kells Lane, Richwood, OH 43344 | 740-361-4269 | T/L ESI | |
| Swain, Denise | B | 1263 Bermuda Dr, Marion, OH 43302 | 740-383-2110 | C-RF | |
| Tackett, Pamela | | 642 N State St, Marion, OH 43302 | 740-375-5241 | L-RF | |
| Tackett, Terry | B | 5695 Harding Hwy E, Caledonia, OH 43314 | 740-361-7850 | Caudal | |
| Tanney, Tyler | B | 393 Commercial St., Marion, OH 43302 | 740-262-1647 | T/L ESI | 6/5/2012 |
| Tennar, Michael | | 215 Carey St., New Bloomington, OH 43302 | 740-499-2878 | C-ESI | 5/30/2012 |
| Thatcher, Richard | B | 681 E. Church ST, Marion, OH 43302 | 740-387-3908 | Caudal | |
| Thomas, Rebecca | | 226 E. Main St, Cardington, OH 43315 | 419-864-3376 | Piriformis | 5/21/2012 |
| Tippie, Heidi | | 486 Lee St. Apt. B, Mt. Gilead, OH 43338 | 419-751-7062 | ESI | 5/30/2012 |
| Titus, Brittany | B | 565 David St, Marion, OH 43302 | 740-244-5042 | Caudal | 7/17/2012 |
| Townsend, Sherri | B | 209 S. Main St, Cardington, OH 43315 | 740-802-0310 | L-RF | |
| Vance, Douglas | | 890 E. Center ST, Marion, OH 43302 | 740-382-0995 | SIJ | |
| Vance, Wilma | | 386 Mayfield Dr, Marion, OH 43302 | 740-389-6747 | L-RF | |
| Vandebrake, Tina | B | 10 ames St., Mt. Vernon, OH 43050 | 740-398-1104 | T/F ESI | 6/12/2012 |
| Walker, Dawn | | 5671 Harding Hwy. E., Caledonia, OH 43314 | 740-360-4147 | T/L ESI | 5/21/2012 |

| Name | Address | Phone | Type | Date |
|---|---|---|---|---|
| Ward, Donald | 1958 Cty Hwy 44, Nevada, OH 44849 | 419-750-0000 | T/L ESI | 7/9/2012 |
| Weaver, Deborah | 200 Fies Ave., Marion, OH 43302 | 740-751-4099 | SIJ | 7/9/2012 |
| Wehr, Robert | 136 S. 3rd St., Cardington, OH 43315 | 419-718-4010 | ESI | 5/22/2012 |
| Welch, Brenda | 1587 Eustic Ave. Marion, OH 43302 | 740-341-1393 | L-RF | 7/2/2012 |
| Welch, Cairl | 15420 Patterson Rd., Richwood, OH 43344 | 740-360-9144 | L-RF | 5/30/2012 |
| Welch, Glenn | 927 Earl St., Bucyrus, OH 44820 | 419-617-7641 | C-RF | 7/16/2012 |
| Williams, Kelly | 819 Underwood Ave S, Marion, OH 43302 | 740-387-6280 | SIJ | |
| Wilson, Stacey | 215 S. Seffner, Marion, OH 43302 | 740-360-5664 | SIJ | |
| Winkles, Tiffany (Spriggs) A246 | 247 Thew Ave, Marion, OH 43302 | 740-751-6491 | SIJ | |
| Witten, Franklin | 1066 Fiarwood Ave., Marion, OH 43302 | 940-383-5637 | L-RF | 6/4/2012 |
| Workman, Jackson | 1738 Marion Rd, apt E, Bucyrus, OH 44820 | 419-689-9715 | LMBB | |
| Wright, Crista | 805 Woodrow Ave., Marion, OH 43302 | 740-244-3596 | ESI | 5/30/2012 |
| York, David | 74 S Mill St, Lexington, OH 44904 | 419-884-7338 | C-RF | |
| Young, shellie | 342 E. George St, Marion, OH 43302 | 740-751-7962 | SIJ | |
| Zornes, Lewis | 311 N Garrett St, Nevada, OH 44849 | 419-561-0660 | Caudal | |