# EXHIBIT 2

## BKC PAIN SPECIALISTS LLC.
### COMMUNICATION NOTE

PATIENT NAME: Brandy Cooper          DOB: 5-16-79
PHONE #: 937-209-1736          PHYSICIAN: Katabay

| DATE/TIME | |
|---|---|
| 10-17-12 | This pt. has had a procedure at our facility within the past 3 months. The pt. was notified of the re-call on Methylprednisone. The pt. was notified of the symptoms of fungal meningitis and asked if they have had or if they are experiencing any of these symptoms: worseining HA, stiff neck, blurred vision, fever, stroke SxS (slurred speech, numbness or weakness on one side of the body), or pain at the site of injection. The pt. was notified to seek immediate medical attention at the ER or urgent care if they have or if they develop any of these SxS. Pt. was ⊕ for HA, nausea, stiff neck. Pt. was advised to go to ER to be evaluated for fungal Meningitis. (LA) |
| 10-23-12 | Cl. see if pt went to ER & what pre-lim results were, if pt has not went & having SxS send to ER. (RB) |
| 10-24-12 | pt had LP & is having spinal HA, advised pt to rest & ↑ fluids & caffeine. (RB)  Pt. call her on Monday 10/29/12 to find her status. |

55