# EXHIBIT 3

BKC-00002

AHN  Hd

## Prescription Order Form

**nécc**
advancing pharmacy solutions

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 8-1-12

NAME OF FACILITY: BKC Pain Specialists, LLC.   PHONE NUMBER: (740) 387-7246

ADDRESS: 1005 Delaware Ave. Marion, OH. 43302   CONTACT NAME: Lindsey   P.O. #: _____

We must have Facility name & address to process your prescription order – *Thank you.*

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If *preservative-free*, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| See Attached List | Methyl prednisone Acetate 80mg/mL | | P/F | 5mL | 40 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: Nikesh Batra _____   DEA Number: BBT730953

For NECC Use Only
Verification:  Institutional Agent: _____   NECC Agent: _____   QB: _____   Date: _____   Time: _____
V102309



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/1/2012 | 224249 |

| Bill To | Ship To |
|---------|---------|
| BKC PAIN SPECIALISTS,LLC<br>1065 DELAWARE AVENUE<br>SUITE A<br>MARION, OH 43302<br>ATTN: RHONDA BYERLY | BKC PAIN SPECIALISTS, LLC<br>1065 DELAWARE AVENUE<br>SUITE A<br>MARION, OH 43302<br>ATTN: LINDSEY |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account# |
|-------------|-------|-----|------|-----|--------|----------|
| | Net 30 | JK | 8/1/2012 | FEDEX | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 40 | METHYL 80/5 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML | 20.00 | 800.00 |
| 1 | Shipping Charges | | 20.00 | 20.00 |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| Total | $820.00 |
|-------|---------|
| Credits | $0.00 |
| Balance Due | $820.00 |

BKC-00003



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Packing Slip

| Date | Invoice # |
|------|-----------|
| 8/1/2012 | 224249 |

**Ship To**

BKC PAIN SPECIALISTS, LLC
1065 DELAWARE AVENUE
SUITE A
MARION, OH 43302
ATTN: LINDSEY

| P.O. No. | Ship | Via | FOB | Project |
|----------|------|-----|-----|---------|
| | 8/1/2012 | FEDEX | | |

| Quantity | Item Code | Description |
|----------|-----------|-------------|
| 40 | METHYL 80/5 FF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML |
| 1 | Shipping Charges | |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

BKC-00004

)900904900

P.01/01

# TRANSACTION REPORT

AUG/01/2012/WED 08:18 AM

AX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|------|------|
| | AUG/01 | 08:16AM | 18888200583 | 0:02:42 | 4 | MEMORY | OK | ECM | 8732 |

BKC-00005

**Prescription Order Form**

nECC
extending pharmacy solutions

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 9-12-12

NAME OF FACILITY: BKC Pain Specialists, LLC.  PHONE NUMBER: (740) 387-7246

ADDRESS: 1005 Delaware Ave. Marion, OH. 43302  CONTACT NAME: Lindsey  P.O. #: _____

We must have Facility name & address to process your prescription order – *Thank you.*

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If *preservative-free*, write in p/f | Unit size (mL, gm…) | # of units | Directions |
|---|---|---|---|---|---|---|
| See Attached List | Methylprednisone Acetate 80mg/mL | | P/F | 5mL | 40 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: Nikesh Batra   DEA Number: BB7730953

**For NECC Use Only**

Verification: Institutional Agent: _____ NECC Agent: _____ QB: _____ Date: _____ Time: _____

V102309



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/12/2012 | 228909 |

| Bill To |
|---------|
| BKC PAIN SPECIALISTS, LLC<br>1065 DELAWARE AVENUE<br>SUITE A<br>MARION, OH 43302<br>ATTN: BOBBI JO LINES |

| Ship To |
|---------|
| BKC PAIN SPECIALISTS, LLC<br>1065 DELAWARE AVENUE<br>SUITE A<br>MARION, OH 43302<br>ATTN: LINDSEY |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account# |
|-------------|-------|-----|------|-----|--------|----------|
| | Net 30 | JK | 9/12/2012 | FEDEX | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 40 | METHYL 80/5 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML | 20.00 | 800.00 |
| 1 | Shipping Charges | | 25.00 | 25.00 |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| | |
|---|---|
| Total | $825.00 |
| Credits | $0.00 |
| **Balance Due** | $825.00 |

BKC-00007



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Packing Slip

| Date | Invoice # |
|------|-----------|
| 9/12/2012 | 228909 |

**Ship To**

BKC PAIN SPECIALISTS, LLC
1065 DELAWARE AVENUE
SUITE A
MARION, OH 43302
ATTN: LINDSEY

| P.O. No. | Ship | Via | FOB | Project |
|----------|------|-----|-----|---------|
|  | 9/12/2012 | FEDEX |  |  |

| Quantity | Item Code | Description |
|----------|-----------|-------------|
| 40 | METHYL 80/5 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML |
| 1 | Shipping Charges | |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

BKC-00008

0900904900                                              P.01/01

# TRANSACTION REPORT

SEP/12/2012/WED 08:29 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|------|----------|----------|----------|------|-----------|------|
| | SEP/12 | 08:28AM | 18588200583 | 0:01:04 | 4 | MEMORY OK | SG3 9768 |

( )

( )

BKC-00009

AMN ~J4 :k

**Prescription Order Form**

697 Waverly Street, Framingham MA 01702
800.994.6222, 508.820.0606.
FAX 888.820.0533 or 508.820.1616

**NAME OF FACILITY:** BKC Pain Specialists LLC

**DATE:** 7-19-11

**PHONE NUMBER:** (440) 367-7446

**ADDRESS:** 10165 Delaware Ave. Ste. A Marlon OH 4330 2

**P.O. #:** _____

We **must** have Facility name & address to process your prescription order – *Thank you.*

| Name of Patient | Name of medication to be compounded | Strength (%, mg/mL, u/mL) | If preservative-free, write in p/f | Vial size (mls) | # of vials | Sig: |
|---|---|---|---|---|---|---|
| | Methylprednisone Acetate | 80mg/mL | P/F | 5mL | 40 | |
| | Betamethasone Phosphate 18mg/mL | P/F | 5mL | 10 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Physician's Name/Signature:** _____

**Verification: Institutional Agent:** _____ **NECC Agent** _____

**DEA Number:** BC7780205

**Date:** _____   **Time:** _____

V113006

# PROCEDURE LOG

PHYSICIAN_____                                    DATE:_____

| PATIENT NAME | PROCEDURE | STAFF | MRADCM2 | FLUORO TIME |
|---|---|---|---|---|
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1. Dr. Batra
2. Dr. Katabay
3. Dr. Chowdhury
4. Lindsey Lovett
5. Kellie Jo Bell

6. Jennifer Landon
7. Rhonda Byerly
8. Tim Thacker, CRNA
9. _____
10. _____

## PROCEDURE LOG

PHYSICIAN_____                    DATE:_____

| PATIENT NAME | PROCEDURE | STAFF | MRADCM2 | FLUORO TIME |
|---|---|---|---|---|
| ~~redacted~~ | redacted | | | |
| ~~redacted~~ | redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |
| ~~redacted~~ | Redacted | | | |

1. Dr. Batra
2. Dr. Katabay
3. Dr. Chowdhury
4. Lindsey Lovett
5. Kellie Jo Bell

6. Jennifer Landon
7. Rhonda Byerly
8. Tim Thacker, CRNA
9. _____
10. _____

BKC-00016

0900904900

P.01/01

# TRANSACTION REPORT

JUL/22/2011/FRI 12:44 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|-----|------|
| 1 | JUL/22 | 12:43PM | 18888200583 | 0:00:58 | 4 | MEMORY | OK | SG3 | 0074 |

BKC-00017

New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

07/26/2011

Total:     $1,050.00

SALE

Mastercard          REDACTED
Exp. Date:          xx / xx
Name:               BKC PAIN SPECIALISTS,LLC

Auth. Code:         016240          QuickBooks Trans. No:
Trans. ID:          MC0074302950    Merchant No.:          5247710000930545

Thank you for your business

CUSTOMER COPY

M EIP
BESSIE

BKC-00018



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Packing Slip

| Date | Invoice # |
|------|-----------|
| 7/26/2011 | 184816 |

**Ship To**

BKC PAIN SPECIALISTS, LLC
1065 DELAWARE AVENUE
SUITE A
MARION, OH 43302
ATTN: LINDSEY

| P.O. No. | Ship | Via | FOB | Project |
|----------|------|-----|-----|---------|
|          | 7/26/2011 | FEDEX |     |         |

| Quantity | Item Code | Description |
|----------|-----------|-------------|
| 40 | METHYL 80/5 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML |
| 10 | BETAS.P. 6/5 PF | BETAMETHASONE SOD. PHOS. (PF) 6MG/ML 5ML |
| 1 | Shipping Charges | |

!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

BKC-00019



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/26/2011 | 184816 |

**Bill To**

BKC PAIN SPECIALISTS,LLC
1065 DELAWARE AVENUE
SUITE A
MARION, OH 43302
ATTN: RHONDA BYERLY

**Ship To**

BKC PAIN SPECIALISTS, LLC
1065 DELAWARE AVENUE
SUITE A
MARION, OH 43302
ATTN: LINDSEY

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account# |
|-------------|-------|-----|------|-----|--------|----------|
| | Net 30 | JK | 7/26/2011 | FEDEX | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 40 | METHYL 80/5 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML | 20.00 | 800.00 |
| 10 | BETAS.P. 6/5 PF | BETAMETHASONE SOD. PHOS. (PF) 6MG/ML 5ML | 23.00 | 230.00 |
| 1 | Shipping Charges | | 20.00 | 20.00 |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| | |
|---|---|
| **Total** | $1,050.00 |
| **Credits** | $-1,050.00 |
| **Balance Due** | $0.00 |

BKC-00020

ATTN: ____

**Prescription Order Form**

697 Waverly Street, Framingham, MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 11-14-11

NAME OF
FACILITY: BKC Pain Specialists LLC.    PHONE NUMBER: (740) 387-7244

ADDRESS: 1045 Delaware Ave. Se. A Marietta. 45302 P.O. #: ____

We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/mL, u/ml) | If preservative-free, write u p/f | Vial size (mls) | # of vials | Sig: |
|---|---|---|---|---|---|---|
| See Attached list | Methylprednisone Acetate | 80mg/mL | P/F | 5mL | 40 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: Nikesh Batra, MD    DEA Number: BB7730953
Verification: Institutional Agent ____ NECC Agent: ____    Date: ____ Time: ____

V113696

BKC-00021

# PROCEDURE LOG

PHYSICIAN_____     DATE:_____

| PATIENT NAME | PROCEDURE | STAFF | MRADCM2 | FLUORO TIME |
|---|---|---|---|---|
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |
| [redacted] | Redacted | | | |

1.  Dr. Batra
2.  Dr. Katabay
3.  Dr. Chowdhury
4.  Lindsey Lovett
5.  Kellie Jo Bell

6.  Jennifer Landon
7.  Rhonda Byerly
8.  Tim Thacker, CRNA
9.  _____
10. _____

## PROCEDURE LOG

PHYSICIAN_____                        DATE:_____

| PATIENT NAME | PROCEDURE | STAFF | MRADCM2 | FLUORO TIME |
|---|---|---|---|---|
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |
| ~~Redacted~~ | Redacted | | | |

1. Dr. Batra
2. Dr. Katabay
3. Dr. Chowdhury
4. Lindsey Lovett
5. Kellie Jo Bell

6. Jennifer Landon
7. Rhonda Byerly
8. Tim Thacker, CRNA
9. _____
10. _____

**New England Compounding Center, Inc.**
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

11/15/2011

SALE                                      Total:      $820.00

Mastercard           REDACTED
Exp. Date:           xx / xx
Name:                BKC PAIN SPECIALISTS,LLC

Auth. Code:          415193          QuickBooks Trans. No:
Trans. ID:           MA0112611180    Merchant No.:        5247710000930546

Thank you for your business

ORIGINAL                         CUSTOMER COPY



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/15/2011 | 195732 |

| Bill To | Ship To |
|---------|---------|
| BKC PAIN SPECIALISTS,LLC<br>1065 DELAWARE AVENUE<br>SUITE A<br>MARION, OH 43302<br>ATTN: RHONDA BYERLY | BKC PAIN SPECIALISTS, LLC<br>1065 DELAWARE AVENUE<br>SUITE A<br>MARION, OH 43302<br>ATTN: LINDSEY |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account# |
|-------------|-------|-----|------|-----|--------|----------|
| | Net 30 | JK | 11/15/2011 | FEDEX | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 40 | METHYL 80/5 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML | 20.00 | 800.00 |
| 1 | Shipping Charges | | 20.00 | 20.00 |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| Total | $820.00 |
|-------|---------|
| Credits | $-820.00 |
| **Balance Due** | $0.00 |

ORIGINAL

BKC-00025



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Packing Slip

| Date | Invoice # |
|------|-----------|
| 11/15/2011 | 195732 |

**Ship To**

BKC PAIN SPECIALISTS, LLC
1065 DELAWARE AVENUE
SUITE A
MARION, OH 43302
ATTN: LINDSEY

| P.O. No. | Ship | Via | FOB | Project |
|----------|------|-----|-----|---------|
|  | 11/15/2011 | FEDEX |  |  |

| Quantity | Item Code | Description |
|----------|-----------|-------------|
| 40 | METHYL 80/5 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML |
| 1 | Shipping Charges |  |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

BKC-00026

**necc**

**Prescription Order Form**

**DATE:** _11-14-11_

697 Waverly Street, Framingham, MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

NAME OF
FACILITY: _BKC Pain Specialists LLC._         PHONE NUMBER: _(740) 387-7246_

ADDRESS: _1005 Delaware Ave. Ste. A Marion, OH. 43302_ P.O. #: _____

We **must** have Facility name & address to process your prescription order – *Thank you.*

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If *preservative-free*, write in p/f | Vial size (mls) | # of vials | Sig: |
|---|---|---|---|---|---|---|
| See Attached List | Methylprednisone Acetate | 80mg/mL | P/F | 5mL | 40 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: _Nikesh Batra, MD_         DEA Number: _BB7730953_
Verification: Institutional Agent: _____ NECC Agent: _____ Date: _____ Time: _____
V113006

BKC-00027

New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

02/06/2012

Total:     $820.00

SALE

Mastercard           REDACTED
Exp. Date:           xx / xx
Name:                BKC PAIN SPECIALISTS,LLC

Auth. Code:     616012          QuickBooks Trans. No:
Trans. ID:      ME0093034911    Merchant No.:      5247710000930545

Thank you for your business

CUSTOMER COPY

0900904900                                                        P.01/01

# TRANSACTION REPORT

FEB/06/2012/MON 09:07 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|------|------|
| | FEB/06 | 09:06AM | 18888200583 | 0:00:40 | 1 | MEMORY OK | ECM | 4313 |

( )

( )

BKC-00029