

New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/6/2012 | 204247 |

| Bill To |
|---------|
| BKC PAIN SPECIALISTS,LLC |
| 1065 DELAWARE AVENUE |
| SUITE A |
| MARION, OH 43302 |
| ATTN: RHONDA BYERLY |

| Ship To |
|---------|
| BKC PAIN SPECIALISTS, LLC |
| 1065 DELAWARE AVENUE |
| SUITE A |
| MARION, OH 43302 |
| ATTN: LINDSEY |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Acount# |
|-------------|-------|-----|------|-----|--------|---------|
| | Net 30 | JK | 2/6/2012 | FEDEX | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 40 | METHYL 80/5 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML | 20.00 | 800.00 |
| 1 | Shipping Charges | | 20.00 | 20.00 |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| Total | $820.00 |
|-------|---------|
| Credits | $-820.00 |
| **Balance Due** | $0.00 |

BKC-00030



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Packing Slip

| Date | Invoice # |
|------|-----------|
| 2/6/2012 | 204247 |

| Ship To |
|---------|
| BKC PAIN SPECIALISTS, LLC |
| 1065 DELAWARE AVENUE |
| SUITE A |
| MARION, OH 43302 |
| ATTN: LINDSEY |

| P.O. No. | Ship | Via | FOB | Project |
|----------|------|-----|-----|---------|
|  | 2/6/2012 | FEDEX |  |  |

| Quantity | Item Code | Description |
|----------|-----------|-------------|
| 40 | METHYL 80/5 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML |
| 1 | Shipping Charges |  |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

BKC-00031

**necc** *advancing pharmacy solutions*

## Prescription Order Form

DATE: 2-6-12

697 Wavedy Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

NAME OF
FACILITY: BKC Pain Specialists LLC.          PHONE NUMBER: (740) 387-7246

ADDRESS: 1065 Delaware Ave. Ste. A. Marion OH. 43302 P.O. #: _____

*We must have Facility name & address to process your prescription order – Thank you.*

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Vial size (mls) | # of vials | Sig: |
|---|---|---|---|---|---|---|
| See Attached List | Methylprednisone Acetate | 80mg/mL | P/F | 5mL | 40 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: Nikesh Batra, MD          DEA Number: BB7730953
Verification: Institutional Agent: _____ NECC Agent: _____   Date: 2-6-12 Time: _____
V113006

BKC-00032

0900904900                                              P.01/01

# TRANSACTION REPORT

FEB/06/2012/MON 09:07 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|------|------|
| | FEB/06 | 09:06AM | 18888200583 | 0:00:40 | 1 | MEMORY OK | ECM | 4313 |

BKC-00033

Attn: Lisa

**Prescription Order Form**

DATE: 3-19-12

697 Waverly Street, Framingham, MA 01702
800.994.6322, 508.820.0606.
FAX 888.829.0583 or 508.820.1616

NAME OF
FACILITY: PKC Pain Specialists LLC.

PHONE NUMBER: (740) 387-7246

ADDRESS: 10165 Delaware Ave Ste A Marion OH 43302 P.O. #:

We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Vial size (mls) | # of vials | Sig: |
|---|---|---|---|---|---|---|
| See Attached list | Methylprednisone Acetate | 80mg/ml | P/F | 5ml | 40 | 1 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: Nilesh Bohra
Verification: Institutional Agent ____ NECC Agent
Contact Name: Lindsey

DEA Number: BB7730963
Date: 3-19-12  Time:

V113006

BKC-00034

## PROCEDURE LOG

PHYSICIAN _Batra_

DAT[

| PATIENT NAME | PROCEDURE | STAFF | MRADCM2 |
|---|---|---|---|
| Redacted | Cauda 0 #1 | 4/.5 | |
| Redacted | C-RF #1 | | |
| Redacted | Cmbl #2 | | |
| Redacted | SIJ #3 | | |
| Redacted | Cmbl #1 | | |
| Redacted | SIJ #2 | | |
| Redacted | Cauda() #2 | | |
| Redacted | T/L #3 | | |
| Redacted | T/L #3 | | |

## PROCEDURE LOG

PHYSICIAN *Katabay*                                    DATE:_____

| PATIENT NAME | PROCEDURE | STAFF | MRADCM2 | F |
|---|---|---|---|---|
| Redacted | T/L #1 | 4,5 | | |
| Redacted | SiJ #2 | | | |
| Redacted | C-SiJ #1 | | | |
| Redacted | SiJ #1 | | | |
| Redacted | T/L #2 | | | |
| Redacted | SiS #1 | | | |
| Redacted | T/L #1 | | | |
| Redacted | SiJ #1 | | | |
| Redacted | Lmbb #2 | | | |
| Redacted | C-FST #3 | | | |
| Redacted | Lmbb #2 | | | |
| Pamela Cooper | | | | |
| Redacted | Cmbb #1 | | | |
| Redacted | L-RF #2 | | | |
| Redacted | T/L #2 | | | |
| Redacted | SiJ #1 | | | |
| Redacted | T/L #2 | | | |
| Redacted | T/L #2 | | | |
| Redacted | CRF #2 | | | |
| Redacted | SiJ #1 | | | |
| Redacted | Cmbb #2 | | | |
| Redacted | Lmbb #2 | | | |
| Redacted | | | | |
| Redacted | Lmbb #2 | | | |
| Redacted | L-RF #2 | | | |
| Redacted | Lmbb #1 | | | |
| Redacted | T/L #2 | | | |
| Redacted | Cmbb #1 | | | |
| Redacted | Cmbb #2 | | | |
| Redacted | LSB #1 | | | |
| Redacted | SiJ #3 | | | |
| Redacted | C-FST #2 | | | |

1. Dr. Batra
2. Dr. Katabay
3. Dr. Chowdhury
4. Lindsey Lovett
5. Kellie Jo Bell
6. Jennifer Landon
7. Rhonda Byerly
8. Tim Thacker, CRNA
9. _____
10. _____

BKC-00036

0900904900                                                          P.01/01

# TRANSACTION REPORT

MAR/19/2012/MON 01:30 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|-----|------|
| | MAR/19 | 01:29PM | 18888200583 | 0:00:58 | 3 | MEMORY | OK | ECM | 5376 |

BKC-00037

New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

03/19/2012

Total:       $820.00

SALE

Mastercard         REDACTED
Exp. Date:         xx / xx
Name:              BKC PAIN SPECIALISTS,LLC

Auth. Code:        519101                QuickBooks Trans. No:
Trans. ID:         MC0088269765          Merchant No.:       5247710000930545

Thank you for your business

CUSTOMER COPY



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/19/2012 | 209133 |

| Bill To | Ship To |
|---------|---------|
| BKC PAIN SPECIALISTS,LLC<br>1065 DELAWARE AVENUE<br>SUITE A<br>MARION, OH 43302<br>ATTN: RHONDA BYERLY | BKC PAIN SPECIALISTS, LLC<br>1065 DELAWARE AVENUE<br>SUITE A<br>MARION, OH 43302<br>ATTN: LINDSEY |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account# |
|-------------|-------|-----|------|-----|--------|----------|
|  | Net 30 | JK | 3/19/2012 | FEDEX |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 40 | METHYL 80/5 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML | 20.00 | 800.00 |
| 1 | Shipping Charges |  | 20.00 | 20.00 |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| Total | $820.00 |
|-------|---------|
| Credits | $-820.00 |
| **Balance Due** | $0.00 |

BKC-00039



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Packing Slip

| Date | Invoice # |
|------|-----------|
| 3/19/2012 | 209133 |

Ship To

BKC PAIN SPECIALISTS, LLC
1065 DELAWARE AVENUE
SUITE A
MARION, OH 43302
ATTN: LINDSEY

| P.O. No. | Ship | Via | FOB | Project |
|----------|------|-----|-----|---------|
| | 3/19/2012 | FEDEX | | |

| Quantity | Item Code | Description |
|----------|-----------|-------------|
| 40 | METHYL 80/5 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML |
| 1 | Shipping Charges | |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

BKC-00040

HMN ~ ''wsk

**Prescription Order Form**

697 Waverly Street, Framingham, MA 01702
800.994.6222, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

**DATE:** 4-25-12

**NAME OR FACILITY:** BKC Pain Specialists LLC

**ADDRESS:** 1065 Delaware Ave Ste A HiNON OH 43302 P.O. #:

We **must** have Facility name & address to process your prescription order — *Thank you.*

**PHONE NUMBER:** (740) 387-7246

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Vial size (mls) | # of vials | Sig: |
|---|---|---|---|---|---|---|
| See Attached List | Methylprednisone Acetate 80mg/ml | | P/F | 5mL | 40 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Physician's Name/Signature:** Nivesh Batra

**Verification:** Institutional Agent _____ NECC Agent _____

**DEA Number:** BB 7730953

**Date:** 4-25-12 **Time:** 9:16am

V13306

BKC-00041

## PROCEDURE LOG

PHYSICIAN _Batra_                                              DATI

| PATIENT NAME | PROCEDURE | STAFF | MRADCM2 |
|---|---|---|---|
| Redacted | (auida)#1 | 4.5 | |
| Redacted | C-RF-#1 | | |
| Redacted | Cmbb-#2 | | |
| Redacted | Si-J-#3 | | |
| Redacted | Cmbb-#2 | | |
| Redacted | Si-J-#3 | | |
| Redacted | (Cmedb)#2 | | |
| Redacted | T/L-#3 | | |
| Redacted | T/L-#3 | | |

## PROCEDURE LOG

PHYSICIAN _Katabay_

DATE:_____

| PATIENT NAME | PROCEDURE | STAFF | MRADCM2 | |
|---|---|---|---|---|
| Redacted | T/L #1 | 4,5 | | |
| Redacted | SIJ #2 | | | |
| Redacted | SIJ #3 | | | |
| Redacted | SIJ # | | | |
| Redacted | T/F #2 | | | |
| Redacted | SIJ #2 | | | |
| Redacted | T/L #2 | | | |
| Redacted | SIJ #1 | | | |
| Redacted | Lmbb# | | | |
| Redacted | C-FSI #3 | | | |
| Redacted | Lmbb #2 | | | |
| Pamela Cooper | | | | |
| Redacted | Cmbb#1 | | | |
| Redacted | L-RF #2 | | | |
| Redacted | T/L #2 | | | |
| Redacted | SIJ #1 | | | |
| Redacted | T/L #2 | | | |
| Redacted | T/L #2 | | | |
| Redacted | CRF #2 | | | |
| Redacted | SIJ #1 | | | |
| Redacted | Cmbb #2 | | | |
| Redacted | Lmbb #2 | | | |
| Redacted | | | | |
| Redacted | Cmbb #2 | | | |
| Redacted | L-RF #2 | | | |
| Redacted | Lmbb #1 | | | |
| Redacted | T/L #2 | | | |
| Redacted | Cmbb #1 | | | |
| Redacted | Cmbb #2 | | | |
| Redacted | LSB #1 | | | |
| Redacted | SIJ #3 | | | |
| Redacted | C-FSI #2 | | | |
| | | | | |

1. Dr. Batra
2. Dr. Katabay
3. Dr. Chowdhury
4. Lindsey Lovett
5. Kellie Jo Bell
6. Jennifer Landon
7. Rhonda Byerly
8. Tim Thacker, CRNA
9. _____
10. _____

BKC-00043

0900904900                                              P.01/01

# TRANSACTION REPORT

APR/25/2012/WED 08:15 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
|   | APR/25 | 08:14AM | 18888200583 | 0:01:04 | 3 | MEMORY | OK | ECM 6274 |

( )

( )

BKC-00044



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Packing Slip

| Date | Invoice # |
|------|-----------|
| 4/25/2012 | 213287 |

Ship To

BKC PAIN SPECIALISTS, LLC
1065 DELAWARE AVENUE
SUITE A
MARION, OH 43302
ATTN: LINDSEY

| P.O. No. | Ship | Via | FOB | Project |
|----------|------|-----|-----|---------|
|  | 4/25/2012 | FEDEX |  |  |

| Quantity | Item Code | Description |
|----------|-----------|-------------|
| 40 | METHYL 80/5 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML |
| 1 | Shipping Charges | |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

BKC-00045

Prescription Order Form

DATE: 5-29-12

697 Waverly Street, Framingham MA 01702;
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

NAME OF
FACILITY: BKC Pain Specialists LLC.          PHONE NUMBER: (740) 387-1246

ADDRESS: 1065 Delaware Ave. Ste A Marion, OH 43302      P.O. #:

We **must** have Facility name & address to process your prescription order — *Thank you.*

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Vial size (mls) | # of vials | Sig: |
|---|---|---|---|---|---|---|
| See Attached list | Methylprednisone Acetate 80mg/ml | P/F | 5mL | 40 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: Vikesh Batra

Verification: Institutional Agent _____ NECC Agent: _____

DEA Number: BB1730953
Date: 5-29-12  Time: 10:45am

Contact Name: Lindsay

V113006

ATTN: Sarah

PHYSICIAN *Katabay*

**PROCED**

| PATIENT NAME | PROCEDURE | S |
|---|---|---|
| Redacted | SIJ #1 | |
| Redacted | SIJ #3 | |
| Redacted | T/L #3 | |
| Redacted | L-RF#1 | |
| Redacted | SIJ #2 | |
| Redacted | LSB# 6 | |
| Redacted | SIJ 3 | |
| Redacted | SIJ #3 | |
| Redacted | L-RF#2 | |
| Redacted | T/L #3 | |
| Redacted | SIJ #2 | |
| Redacted | SIJ #3 | |
| Redacted | Piriformis #3 | |
| Redacted | SIJ #1 | |
| Redacted | LUBB#1 | |
| Redacted | Caudal #3 | |
| Redacted | L-RF #1 | |
| Redacted | C-ESI #1 | |
| Redacted | T/L #3 | |
| Redacted | T/L #3 | |
| Redacted | CRF #2 | |
| Redacted | SIJ #2 | |
| Redacted | SIJ #3 | |
| Redacted | T/L #2 | |
| Redacted | LUBB#1 | |
| Redacted | CRF # 2 | |
| Redacted | LUBB#1 | |
| Redacted | T/L #1 | |
| Redacted | SIJ #1 | |
| Redacted | T/F #3 | |
| Redacted | LUBB# 1 | |
| Redacted | T/F #2 | |
| Redacted | T/L #3 | |

1. Dr. Batra          6
2. Dr. Katabay        7
3. Dr. Chowdhury      8
4. Lindsey Lovett     9
5. Kellie Jo Bell    10

BKC-00047

PROCED

PHYSICIAN Batra

| PATIENT NAME | PROCEDURE |
|---|---|
| Redacted | SGB #3 |
| Redacted | Caudal #3 |
| Redacted | SIJ #1 |
| Redacted | SIJ #3 |
| Redacted | SIJ #3 TFE |
| Redacted | SIJ #1 |
| Redacted | SIJ #3 |
| Redacted | Caudal #3 |
| Redacted | SIJ #1 |
| Redacted | SIJ #2 |
| Redacted | SIJ #2 |
| Redacted | SIJ #2 |
| Redacted | SIJ #2 |
| Redacted | T/F #1 |
| Redacted | SIJ #2 |
| Redacted | L-RF #1 |
| Redacted | SIJ #1 |
| Redacted | L mbb #1 |
| Redacted | Ls Cmbb #2 |
| Redacted | SIJ #2 |
| Redacted | L SB #1 |
| Redacted | L RF #1 |
| Redacted | Caudal #1 |
| Redacted | L mbb #2 |
| Redacted | Caudal #1 |
| Redacted | SIJ #2 |
| Redacted | Cmbb #2 |
| Redacted | T/L #2 |
| Redacted | Cmbb #2 |
| Redacted | SIJ #2 |
| Redacted | C-ESI #1 |
| Redacted | T/L #3 |
| Redacted | Caudal #1 |
| Redacted | T/L #1 |

1. Dr. Batra
2. Dr. Katabay
3. Dr. Chowdhury
4. Lindsey Lovett
5. Kellie Jo Bell

BKC-00048

*PROCED*

PHYSICIAN Katabay



| PATIENT NAME | PROCEDURE |
|---|---|
| Redacted | L-RF #2 |
| Redacted | SIJ #2 |
| Redacted | TL #2 |
| Redacted | Lmbb #1 |
| Redacted | CRF #2 |
| Pamela Cooper | TL #1 |
| Redacted | L-RF #2 |
| Redacted | TL #2 |
| Redacted | SIJ #2 |
| Redacted | TL #1 |
| Redacted | Cmbb #1 |
| Redacted | Lmbb #2 |
| Redacted | C-RF #1 |
| Redacted | SIJ #2 |
| Redacted | TL #2 |
| Redacted | SIJ #2 |
| Redacted | SIJ #2 |
| Redacted | SIJ #2 |
| Redacted | RF #2 |
| Redacted | Lmbb #2 |
| Redacted | (R) Knee |
| Redacted | TL #2 |
| Redacted | TL #2 |
| Redacted | SIJ #2 |
| Redacted | Lmbb #2 |
| Redacted | SIJ #3 |
| Redacted | Lmbb #2 |
| Redacted | TL #1 |
| Redacted | mbb #2 |
| Redacted | L-RF #1 |
| Redacted | TL #1 |
| Redacted | L-RF |
| Redacted | |

1. Dr. Batra
2. Dr. Katabay
3. Dr. Chowdhury
4. Lindsey Lovett
5. Kellie Jo Bell

0900904900

P.01/01

## TRANSACTION REPORT

MAY/29/2012/TUE 11:00 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | CON.TIME | PAGE | TYPE/NOTE | FILE |
|---|------|----------|----------|----------|------|-----------|------|
| 1 | MAY/29 | 10:58AM | 18888200383 | 0:00:57 | 4 | MEMORY    OK | 863 | 7055 |

BKC-00050



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/29/2012 | 216980 |

**Bill To**

BKC PAIN SPECIALISTS,LLC
1065 DELAWARE AVENUE
SUITE A
MARION, OH 43302
ATTN: RHONDA BYERLY

**Ship To**

BKC PAIN SPECIALISTS, LLC
1065 DELAWARE AVENUE
SUITE A
MARION, OH 43302
ATTN: LINDSEY

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account# |
|-------------|-------|-----|------|-----|--------|----------|
| | Net 30 | JK | 5/29/2012 | FEDEX | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 40 | METHYL 80/5 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML | 20.00 | 800.00 |
| 1 | Shipping Charges | | 20.00 | 20.00 |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| Total | $820.00 |
|-------|---------|
| Credits | $0.00 |
| **Balance Due** | $820.00 |



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Packing Slip

| Date | Invoice # |
|------|-----------|
| 5/29/2012 | 216980 |

| Ship To |
|---------|
| BKC PAIN SPECIALISTS, LLC |
| 1065 DELAWARE AVENUE |
| SUITE A |
| MARION, OH 43302 |
| ATTN: LINDSEY |

| P.O. No. | Ship | Via | FOB | Project |
|----------|------|-----|-----|---------|
|  | 5/29/2012 | FEDEX |  |  |

| Quantity | Item Code | Description |
|----------|-----------|-------------|
| 40 | MBTHYL 80/5 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 5ML |
| 1 | Shipping Charges | |

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

BKC-00052



advancing pharmacy solutions

**necc**

To: *Lindsey*

From:   Julia Kinkel

Subject:   NECC Custom and Backordered Medications

Date:   *June 6, 2012*

*Plr. complete & fax back*
*to 888-800-0593.*

*Thank you.*

Julia Kinkel
Regional Account Manager
NECC (New England Compounding Center)
Toll Free Phone: (800) 994-6322 x 2670
Cell Phone: (508) 454-0914
Fax: (508) 820-0583
jkinkel@medicalsalasmgmt.com

697 Waverly Street, Framingham, MA 01702   |   Phone: 800-994-6322   |   Fax: 888-820-0583   |   www.neccrx.com

BKC-00053

0900904900                                                        P.01/01

## TRANSACTION REPORT

JUN/06/2012/WED 10:23 AM

FAX(RX)

| # | DATE | START T. | SENDER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|--------|----------|------|-----------|----|------|
|   | JUN/06 | 10:22AM | BCM | 0:01:01 | 2 | OK | BCM | 7322 |

( )

BKC-00054