# EXHIBIT 4

```
03/21/13                          PATIENT FINANCIAL HISTORY BY DT SERVICE                              Page   1
                                            K.L.S. SERVICES (2)
                                     Accounts 78125 - 78125   All Dates


Acct  Date     Dep #  Name              Dr#  Procedure                 Ref Dt     Diag    Units      Amount
==============================================================================================================
78125  COOPER,BRANDY                         Previous Balance :                                        0.00
       05/09/11  0    ■■■■■■■■          ■■■  NP OFC VISIT, DETAIL                 721.0    1.00      147.00
       06/15/11  0    ■■■■■■■■          ■■■  CERVICAL OR THORACIC                 723.4    1.00      926.00
       06/15/11  0    ■■■■■■■■          ■■■  FLUOROSCOPY                          723.4    1.00      179.00
       06/15/11  0    ■■■■■■■■          ■■■  LOW OSMOLAR CONTRAST                 723.4    3.00      450.00
       06/15/11  0    ■■■■■■■■          ■■■  DEPO MED 80MG                        723.4    1.00       40.00
       06/15/11  0    ■■■■■■■■          ■■■  SURGICAL SUPPLIES                    723.4    2.00      200.00
       06/20/11        ■■■■■■■■          ■■■  ■■■■■■■■                  06/20/11                      -56.15
       06/20/11        Adjustment (6)    ■■■  OH Medicaid Adjust         06/20/11                     -90.85
       07/13/11  0    ■■■■■■■■          ■■■  CERVICAL OR THORACIC                 723.4    1.00      926.00
       07/13/11  0    ■■■■■■■■          ■■■  FLUOROSCOPY                          723.4    1.00      179.00
       07/13/11  0    ■■■■■■■■          ■■■  LOW OSMOLAR CONTRAST                 723.4    3.00      450.00
       07/13/11  0    ■■■■■■■■          ■■■  DEPO MED 80MG                        723.4    1.00       40.00
       07/13/11  0    ■■■■■■■■          ■■■  SURGICAL SUPPLIES                    723.4    2.00      200.00
       08/31/11  0    ■■■■■■■■          ■■■  EP OFC VISIT, EXPAND                 723.4    1.00      120.00
       09/06/11        Check Payment     ■■■  ■■■■■■■■                  09/06/11                     -149.83
       09/06/11        Adjustment (6)    ■■■  OH Medicaid Adjust         09/06/11                    -829.56
       09/06/11        Adjustment (6)    ■■■  OH Medicaid Adjust         09/06/11                    -135.27
       09/06/11        Adjustment (6)    ■■■  OH Medicaid Adjust         09/06/11                    -449.37
       09/06/11        Adjustment (6)    ■■■  OH Medicaid Adjust         09/06/11                     -31.41
       09/06/11        Adjustment (6)    ■■■  OH Medicaid Adjust         09/06/11                    -199.56
       09/28/11        Check Payment     ■■■  ■■■■■■■■                  09/28/11                     -149.83
       09/28/11        Adjustment (6)    ■■■  OH Medicaid Adjust         09/28/11                    -829.56
       09/28/11        Adjustment (6)    ■■■  OH Medicaid Adjust         09/28/11                    -135.27
       09/28/11        Adjustment (6)    ■■■  OH Medicaid Adjust         09/28/11                    -449.37
       09/28/11        Adjustment (6)    ■■■  OH Medicaid Adjust         09/28/11                     -31.41
       09/28/11        Adjustment (6)    ■■■  OH Medicaid Adjust         09/28/11                    -199.56
       10/19/11        Check Payment     ■■■  ■■■■■■■■                  10/19/11                      -33.92
       10/19/11        Adjustment (6)    ■■■  OH Medicaid Adjust         10/19/11                     -86.08
       10/26/11  0    ■■■■■■■■          ■■■  EP OFC VISIT, EXPAND                 721.0    1.00      120.00
       11/16/11  0    ■■■■■■■■          ■■■  C-FACET INJ                          721.0    1.00     1488.00
       11/16/11  0    ■■■■■■■■          ■■■  C-FACET INJ, 2ND LEV                 721.0    1.00     1142.00
       11/16/11  0    ■■■■■■■■          ■■■  C-FACET INJ, 3RD LEV                 721.0    1.00     1142.00
       11/16/11  0    ■■■■■■■■          ■■■  LOW OSMOLAR CONTRAST                 721.0    3.00      450.00
       11/16/11  0    ■■■■■■■■          ■■■  SEDATION,MODERATE, 1                 721.0    1.00      100.00
       11/16/11  0    ■■■■■■■■          ■■■  VERSED, PER 1MG                      721.0    5.00       17.50
       11/16/11  0    ■■■■■■■■          ■■■  SURGICAL SUPPLIES                    721.0    2.00      200.00
       01/11/12  0    ■■■■■■■■          ■■■  C-FACET INJ                          721.0    1.00     1488.00
       01/11/12  0    ■■■■■■■■          ■■■  C-FACET INJ, 2ND LEV                 721.0    1.00     1142.00
       01/11/12  0    ■■■■■■■■          ■■■  C-FACET INJ, 3RD LEV                 721.0    1.00     1142.00
       01/11/12  0    ■■■■■■■■          ■■■  LOW OSMOLAR CONTRAST                 721.0    3.00      450.00
       01/11/12  0    ■■■■■■■■          ■■■  SURGICAL SUPPLIES                    721.0    2.00      200.00
       01/26/12        Check Payment     ■■■  ■■■■■■■■                  01/26/12                       -0.86
       01/26/12        Adjustment (6)    ■■■  OH Medicaid Adjust         01/26/12                    -449.49
       01/26/12        Adjustment (6)    ■■■  OH Medicaid Adjust         01/26/12                     -17.15
       02/01/12  0    COOPER,BRANDY     ■■■  EP OFC VISIT, EXPAND                 721.0    1.00      120.00
       02/27/12        Check Payment     ■■■  ■■■■■■■■                  02/27/12                       -0.44
       02/27/12        Adjustment (6)    ■■■  OH Medicaid Adjust         02/27/12                    -199.56
       03/15/12        Check Payment     ■■■  ■■■■■■■■                  03/15/12                       -0.95
       03/15/12        Adjustment (6)    ■■■  OH Medicaid Adjust         03/15/12                    -449.49
       03/15/12        Adjustment (6)    ■■■  OH Medicaid Adjust         03/15/12                    -199.56
       03/21/12  0    ■■■■■■■■          ■■■  CERVICAL OR THORACIC                 723.4    1.00      926.00
       03/21/12  0    ■■■■■■■■          ■■■  FLUOROSCOPY                          723.4    1.00      179.00
       03/21/12  0    ■■■■■■■■          ■■■  LOW OSMOLAR CONTRAST                 723.4    3.00      450.00
       03/21/12  0    ■■■■■■■■          ■■■  SEDATION,MODERATE, 1                 723.4    1.00      100.00
       03/21/12  0    ■■■■■■■■          ■■■  DEPO MED 80MG                        723.4    1.00       40.00
       03/21/12  0    ■■■■■■■■          ■■■  VERSED, PER 1MG                      723.4    1.00        3.50
       05/09/12  0    ■■■■■■■■          ■■■  EP OFC VISIT, EXPAND                 724.4    1.00      120.00
       05/17/12        Check Payment     ■■■  ■■■■■■■■                  05/17/12                     -148.04
       05/17/12        Adjustment (6)    ■■■  OH Medicaid Adjust         05/17/12                    -829.56
```

28-00002

```
03/21/13                         PATIENT FINANCIAL HISTORY BY DT SERVICE                              Page    2
                                         K.L.S. SERVICES (2)
```

| Acct | Date | Dep # | Name | Dr# | Procedure | Ref Dt | Diag | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | 05/17/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/17/12 | | | -135.27 |
| | 05/17/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/17/12 | | | -449.46 |
| | 05/17/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/17/12 | | | -100.00 |
| | 05/17/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/17/12 | | | -32.74 |
| | 05/17/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/17/12 | | | -3.43 |
| | 05/22/12 | | Check Payment | | | | 05/22/12 | | | -205.93 |
| | 05/22/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/22/12 | | | -1392.88 |
| | 05/22/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/22/12 | | | -1087.07 |
| | 05/22/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/22/12 | | | -1086.17 |
| | 05/22/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/22/12 | | | 0.03 |
| | 05/22/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/22/12 | | | 0.02 |
| | 05/22/12 | | Check Payment | | | | 05/22/12 | | | -42.40 |
| | 05/22/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/22/12 | | | -77.60 |
| | 05/22/12 | | Check Payment | | | | 05/22/12 | | | -205.91 |
| | 05/22/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/22/12 | | | -1392.88 |
| | 05/22/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/22/12 | | | -1087.07 |
| | 05/22/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/22/12 | | | -1086.17 |
| | 05/22/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/22/12 | | | 0.03 |
| | 05/22/12 | | Check Payment | | | | 05/22/12 | | | -42.40 |
| | 05/22/12 | | Adjustment (6) | | | OH Medicaid Adjust | 05/22/12 | | | -77.60 |
| | 05/30/12 | 0 | | | CAUDAL ESI | | 724.4 | 1.00 | 841.00 |
| | 05/30/12 | 0 | | | FLUOROSCOPY | | 724.4 | 1.00 | 179.00 |
| | 05/30/12 | 0 | | | LOW OSMOLAR CONTRAST | | 724.4 | 3.00 | 450.00 |
| | 05/30/12 | 0 | | | DEPO MED 80MG | | 724.4 | 1.00 | 40.00 |
| | 05/30/12 | 0 | | | SURGICAL SUPPLIES | | 724.4 | 2.00 | 200.00 |
| | 06/01/12 | | Check Payment | | | | 06/05/12 | | | -42.40 |
| | 06/01/12 | | Adjustment (6) | | | OH Medicaid Adjust | 06/05/12 | | | -77.60 |
| | 06/18/12 | 0 | | | CAUDAL ESI | | 724.4 | 1.00 | 841.00 |
| | 06/18/12 | 0 | | | SEDATION,MODERATE, 1 | | 724.4 | 1.00 | 100.00 |
| | 06/18/12 | 0 | | | IV PUSH, SINGLE OR I | | 724.4 | 1.00 | 80.00 |
| | 06/18/12 | 0 | | | LOW OSMOLAR CONTRAST | | 724.4 | 3.00 | 450.00 |
| | 06/18/12 | 0 | | | FLUOROSCOPY | | 724.4 | 1.00 | 179.00 |
| | 06/18/12 | 0 | | | DEPO MED 80MG | | 724.4 | 1.00 | 40.00 |
| | 06/18/12 | 0 | | | SURGICAL SUPPLIES | | 724.4 | 2.00 | 200.00 |
| | 06/18/12 | 0 | | | PROPOFOL,PER 10MG | | 724.4 | 5.00 | 75.00 |
| | 07/02/12 | | Check Payment | | | | 07/02/12 | | | -132.27 |
| | 07/02/12 | | Adjustment (6) | | | OH Medicaid Adjust | 07/02/12 | | | -760.70 |
| | 07/02/12 | | Adjustment (6) | | | OH Medicaid Adjust | 07/02/12 | | | -135.27 |
| | 07/02/12 | | Adjustment (6) | | | OH Medicaid Adjust | 07/02/12 | | | -449.46 |
| | 07/02/12 | | Adjustment (6) | | | OH Medicaid Adjust | 07/02/12 | | | -32.74 |
| | 07/02/12 | | Adjustment (6) | | | OH Medicaid Adjust | 07/02/12 | | | -199.56 |
| | 07/03/12 | | Check Payment | | | | 07/03/12 | | | -131.83 |
| | 07/03/12 | | Adjustment (6) | | | OH Medicaid Adjust | 07/03/12 | | | -760.70 |
| | 07/03/12 | | Adjustment (6) | | | OH Medicaid Adjust | 07/03/12 | | | -100.00 |
| | 07/03/12 | | Adjustment (6) | | | OH Medicaid Adjust | 07/03/12 | | | -80.00 |
| | 07/03/12 | | Adjustment (6) | | | OH Medicaid Adjust | 07/03/12 | | | -449.46 |
| | 07/03/12 | | Adjustment (6) | | | OH Medicaid Adjust | 07/03/12 | | | -135.27 |
| | 07/03/12 | | Adjustment (6) | | | OH Medicaid Adjust | 07/03/12 | | | -32.74 |
| | 07/11/12 | 0 | | | EP OFC VISIT, EXPAND | | 724.4 | 1.00 | 120.00 |
| | 07/25/12 | | Adjustment (6) | | | OH Medicaid Adjust | 07/25/12 | | | -75.00 |
| | 07/25/12 | | Check Payment | | | | 07/25/12 | | | -0.44 |
| | 07/25/12 | | Adjustment (6) | | | OH Medicaid Adjust | 07/25/12 | | | -199.56 |
| | 08/07/12 | | Check Payment | | | | 08/07/12 | | | -42.40 |
| | 08/07/12 | | Adjustment (6) | | | OH Medicaid Adjust | 08/07/12 | | | -77.60 |
| | 08/09/12 | | Adjustment (6) | | | OH Medicaid Adjust | 08/09/12 | | | -100.00 |
| | 09/26/12 | 0 | | | EP OFC VISIT, EXPAND | | 721.0 | 1.00 | 120.00 |
| | 10/16/12 | | Check Payment | | | | 10/16/12 | | | -42.40 |
| | 10/16/12 | | Adjustment (6) | | | OH Medicaid Adjust | 10/16/12 | | | -77.60 |
| | 01/02/13 | 0 | | | EP OFC VISIT, EXPAND | | 721.3 | 1.00 | 120.00 |
| | 01/23/13 | | Other Payment | | | Patient | 01/23/13 | | | -45.00 |

28-00003

```
04/24/12   0   MONTEE,DONNA       32  J2250   VERSED, PER 1MG         720.2   2.00     7.00
04/24/12   0   MONTEE,DONNA       28  01992   ANESTHESIA FOR NERVE    720.2   1.00   460.00
12/01/13                       PATIENT FINANCIAL HISTORY BY DT SERVICE                Page  2
                                       K.L.S. SERVICES (2)
```

| Acct Date | Dep # | Name | Dr# | Procedure | Ref Dt | Diag | Units | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/24/12 | 0 | | | IV PUSH, SINGLE OR I | | 720.2 | 1.00 | 80.00 |
| 05/02/12 | | Check Payment | | | 05/02/12 | | | -42.40 |
| 05/02/12 | | Adjustment (6) | | OH Medicaid Adjust | 05/02/12 | | | -77.60 |
| 05/22/12 | 0 | | | INJ PROC FOR SACROIL | | 720.2 | 1.00 | 1900.00 |
| 05/22/12 | 0 | | | FLUOROSCOPY | | 720.2 | 1.00 | 179.00 |
| 05/22/12 | 0 | | | LOW OSMOLAR CONTRAST | | 720.2 | 2.00 | 300.00 |
| 05/22/12 | 0 | | | DEPOMED, 40MG | | 720.2 | 1.00 | 21.00 |
| 05/22/12 | 0 | | | VERSED, PER 1MG | | 720.2 | 1.00 | 3.50 |
| 05/22/12 | | Check Payment | | | 05/22/12 | | | -2.92 |
| 05/22/12 | | Adjustment (6) | | OH Medicaid Adjust | 05/22/12 | | | -299.64 |
| 05/22/12 | | Adjustment (6) | | OH Medicaid Adjust | 05/22/12 | | | -18.44 |
| 05/30/12 | | Check Payment | | | 05/30/12 | | | -3.07 |
| 05/30/12 | | Adjustment (6) | | OH Medicaid Adjust | 05/30/12 | | | -299.64 |
| 05/30/12 | | Adjustment (6) | | OH Medicaid Adjust | 05/30/12 | | | -18.44 |
| 05/30/12 | | Adjustment (6) | | OH Medicaid Adjust | 05/30/12 | | | -6.85 |
| 05/30/12 | | Adjustment (6) | | OH Medicaid Adjust | 05/30/12 | | | -179.00 |
| 06/21/12 | 0 | | | INJECTION,TRIGGER PO | | 729.1 | 1.00 | 155.00 |
| 06/21/12 | 0 | | | EP OFC VISIT, EXPAND | | 729.1 | 1.00 | 120.00 |
| 07/02/12 | | Adjustment (6) | | OH Medicaid Adjust | 07/02/12 | | | -179.00 |
| 07/02/12 | | Check Payment | | | 07/02/12 | | | -2.99 |
| 07/02/12 | | Adjustment (6) | | OH Medicaid Adjust | 07/02/12 | | | -299.64 |
| 07/02/12 | | Adjustment (6) | | OH Medicaid Adjust | 07/02/12 | | | -18.44 |
| 07/02/12 | | Adjustment (6) | | OH Medicaid Adjust | 07/02/12 | | | -3.43 |
| 08/09/12 | | Check Payment | | | 08/09/12 | | | -44.18 |
| 08/09/12 | | Adjustment (6) | | OH Medicaid Adjust | 08/09/12 | | | -114.82 |
| 08/09/12 | | Adjustment (6) | | OH Medicaid Adjust | 08/09/12 | | | -120.00 |
| 08/16/12 | 0 | | | EP OFC VISIT, EXPAND | | 724.4 | 1.00 | 120.00 |
| 08/16/12 | | Adjustment (6) | | OH Medicaid Adjust | 08/16/12 | | | -80.00 |
| 08/16/12 | | Check Payment | | | 08/16/12 | | | -88.92 |
| 08/16/12 | | Adjustment (6) | | OH Medicaid Adjust | 08/16/12 | | | -391.08 |
| 08/16/12 | | Adjustment (6) | | OH Medicaid Adjust | 08/16/12 | | | -80.00 |
| 08/16/12 | | Check Payment | | | 08/16/12 | | | -88.92 |
| 08/16/12 | | Adjustment (6) | | OH Medicaid Adjust | 08/16/12 | | | -391.08 |
| 09/04/12 | 0 | | | CAUDAL ESI | | 724.4 | 1.00 | 841.00 |
| 09/04/12 | 0 | | | FLUOROSCOPY | | 724.4 | 1.00 | 179.00 |
| 09/04/12 | 0 | | | LOW OSMOLAR CONTRAST | | 724.4 | 1.00 | 150.00 |
| 09/04/12 | 0 | | | DEPO MED 80MG | | 724.4 | 1.00 | 40.00 |
| 09/04/12 | 0 | | | VERSED, PER 1MG | | 724.4 | 2.00 | 7.00 |
| 09/04/12 | 0 | | | ANESTHESIA FOR NERVE | | 724.4 | 2.00 | 560.00 |
| 09/04/12 | 0 | | | IV PUSH, SINGLE OR I | | 724.4 | 1.00 | 80.00 |
| 09/12/12 | | Check Payment | | | 09/12/12 | | | -42.40 |
| 09/12/12 | | Adjustment (6) | | OH Medicaid Adjust | 09/12/12 | | | -77.60 |
| 09/18/12 | 0 | | | CAUDAL ESI | | 724.4 | 1.00 | 841.00 |
| 09/18/12 | 0 | | | FLUOROSCOPY | | 724.4 | 1.00 | 179.00 |
| 09/18/12 | 0 | | | LOW OSMOLAR CONTRAST | | 724.4 | 1.00 | 150.00 |
| 09/18/12 | 0 | | | DEPO MED 80MG | | 724.4 | 1.00 | 40.00 |
| 10/02/12 | 0 | | | CAUDAL ESI | | 724.4 | 1.00 | 841.00 |
| 10/02/12 | 0 | | | FLUOROSCOPY | | 724.4 | 1.00 | 179.00 |
| 10/02/12 | 0 | | | LOW OSMOLAR CONTRAST | | 724.4 | 1.00 | 150.00 |
| 10/02/12 | 0 | | | DEPO MED 80MG | | 724.4 | 1.00 | 40.00 |
| 10/03/12 | | Check Payment | | | 10/03/12 | | | -131.62 |
| 10/03/12 | | Adjustment (6) | | OH Medicaid Adjust | 10/03/12 | | | -760.70 |
| 10/03/12 | | Adjustment (6) | | OH Medicaid Adjust | 10/03/12 | | | -135.27 |
| 10/03/12 | | Adjustment (6) | | OH Medicaid Adjust | 10/03/12 | | | -149.92 |
| 10/03/12 | | Adjustment (6) | | OH Medicaid Adjust | 10/03/12 | | | -32.74 |
| 10/03/12 | | Adjustment (6) | | OH Medicaid Adjust | 10/03/12 | | | -6.85 |
| 10/03/12 | | Adjustment (5) | | OH Medicaid Adjust | 10/03/12 | | | -80.00 |
| 10/03/12 | | Check Payment | | | 10/03/12 | | | -88.92 |
| 10/03/12 | | Adjustment (6) | | OH Medicaid Adjust | 10/03/12 | | | -471.08 |

```
09/17/13                          PATIENT FINANCIAL HISTORY BY DT SERVICE                          Page   2
                                         K.L.S. SERVICES (Z)
```

| Acct Date | Dep # | Name | Drf# | Procedure | Ref Dt | Diag | Units | Amount |
|---|---|---|---|---|---|---|---|---|
| 02/22/12 | 0 | ▓▓▓ | ▓▓▓ | LOW OSMOLAR CONTRAST | | 721.0 | 3.00 | 450.00 |
| 03/07/12 | 0 | ▓▓▓ | ▓▓▓ | C-FACET INJ | | 721.0 | 1.00 | 1488.00 |
| 03/07/12 | 0 | ▓▓▓ | ▓▓▓ | C-FACET INJ, 2ND LEV | | 721.0 | 1.00 | 1142.00 |
| 03/07/12 | 0 | ▓▓▓ | ▓▓▓ | C-FACET INJ, 3RD LEV | | 721.0 | 1.00 | 1142.00 |
| 03/07/12 | 0 | ▓▓▓ | ▓▓▓ | LOW OSMOLAR CONTRAST | | 721.0 | 3.00 | 450.00 |
| 03/07/12 | 0 | ▓▓▓ | ▓▓▓ | VERSED, PER 1MG | | 721.0 | 2.00 | 7.00 |
| 03/07/12 | 0 | ▓▓▓ | ▓▓▓ | SEDATION, MODERATE, 1 | | 721.0 | 1.00 | 100.00 |
| 03/15/12 | | Check Payment | ▓▓▓ | ▓▓▓ | 03/15/12 | | | -312.09 |
| 03/15/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 03/15/12 | | | -1199.37 |
| 03/15/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 03/15/12 | | | -995.13 |
| 03/15/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 03/15/12 | | | -993.48 |
| 03/15/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 03/15/12 | | | -448.92 |
| 04/09/12 | | Check Payment | ▓▓▓ | ▓▓▓ | 04/09/12 | | | -635.53 |
| 04/09/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 04/09/12 | | | -1193.97 |
| 04/09/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 04/09/12 | | | -997.71 |
| 04/09/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 04/09/12 | | | -996.75 |
| 04/09/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 04/09/12 | | | -449.52 |
| 04/09/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 04/09/12 | | | -6.72 |
| 04/09/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 04/09/12 | | | -48.80 |
| 04/11/12 | 0 | ▓▓▓ | ▓▓▓ | EP OFC VISIT, EXPAND | | 721.0 | 1.00 | 120.00 |
| 04/16/12 | | Check Payment | ▓▓▓ | Patient | 04/11/12 | | | -10.00 |
| 04/19/12 | | Check Payment | ▓▓▓ | Patient | 04/19/12 | | | -36.00 |
| 07/03/12 | | Check Payment | ▓▓▓ | Patient | 07/03/12 | | | -73.01 |
| 07/09/12 | | Check Payment | ▓▓▓ | Ins #131 | 07/09/12 | | | -66.00 |
| 07/09/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 07/09/12 | | | -54.00 |
| 07/11/12 | 0 | ▓▓▓ | ▓▓▓ | EP OFC VISIT, EXPAND | | 721.0 | 1.00 | 120.00 |
| 07/18/12 | | Check Payment | ▓▓▓ | Patient | 07/18/12 | | | -10.00 |
| 08/06/12 | | Check Payment | ▓▓▓ | ▓▓▓ | 08/06/12 | | | -28.99 |
| 08/06/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 08/06/12 | | | -61.01 |
| 08/15/12 | | Check Payment | ▓▓▓ | Patient | 08/15/12 | | | -50.00 |
| 09/13/12 | | Check Payment | ▓▓▓ | Patient | 09/13/12 | | | -40.00 |
| 09/24/12 | 0 | ▓▓▓ | ▓▓▓ | C-FACET, SINGLE LEVE | | 721.0 | 1.00 | 1055.00 |
| 09/24/12 | 0 | ▓▓▓ | ▓▓▓ | C-FACET, EACH ADD'L | | 721.0 | 2.00 | 1286.00 |
| 09/24/12 | 0 | ▓▓▓ | ▓▓▓ | FLUOROSCOPY | | 721.0 | 1.00 | 179.00 |
| 09/24/12 | 0 | ▓▓▓ | ▓▓▓ | DEPOMED, 40MG | | 721.0 | 1.00 | 21.00 |
| 09/24/12 | 0 | ▓▓▓ | ▓▓▓ | VERSED, PER 1MG | | 721.0 | 3.00 | 10.50 |
| 09/24/12 | 0 | ▓▓▓ | ▓▓▓ | SEDATION, MODERATE, 1 | | 721.0 | 1.00 | 100.00 |
| 09/24/12 | 0 | ▓▓▓ | ▓▓▓ | IV PUSH, SINGLE OR I | | 721.0 | 1.00 | 80.00 |
| 10/01/12 | 0 | ▓▓▓ | ▓▓▓ | C-FACET, SINGLE LEVE | | 721.0 | 1.00 | 1055.00 |
| 10/01/12 | 0 | ▓▓▓ | ▓▓▓ | C-FACET, EACH ADD'L | | 721.0 | 2.00 | 1286.00 |
| 10/01/12 | 0 | ▓▓▓ | ▓▓▓ | FLUOROSCOPY | | 721.0 | 1.00 | 179.00 |
| 10/01/12 | 0 | ▓▓▓ | ▓▓▓ | DEPOMED, 40MG | | 721.0 | 1.00 | 21.00 |
| 10/01/12 | 0 | ▓▓▓ | ▓▓▓ | VERSED, PER 1MG | | 721.0 | 4.00 | 14.00 |
| 10/01/12 | 0 | ▓▓▓ | ▓▓▓ | ANESTHESIA FOR NERVE | | 721.0 | 3.00 | 640.00 |
| 10/01/12 | 0 | ▓▓▓ | ▓▓▓ | IV PUSH, SINGLE OR I | | 721.0 | 1.00 | 80.00 |
| 10/11/12 | | Check Payment | ▓▓▓ | ▓▓▓ | 10/11/12 | | | -19.86 |
| 10/11/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 10/11/12 | | | -30.14 |
| 10/25/12 | | Check Payment | ▓▓▓ | Ins #131 | 10/25/12 | | | -339.86 |
| 10/25/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 10/25/12 | | | -320.00 |
| 10/25/12 | | Adjustment (10) | ▓▓▓ | Cigna Adjust | 10/25/12 | | | -30.14 |
| 10/30/12 | | Adjustment (10) | | Cigna Adjust | 10/30/12 | | | -179.00 |
| 10/30/12 | | Check Payment | | ▓▓▓ | 10/30/12 | | | -49.09 |
| 10/30/12 | | Adjustment (10) | | Cigna Adjust | 10/30/12 | | | -17.50 |
| 10/30/12 | | Adjustment (10) | | Cigna Adjust | 10/30/12 | | | -10.14 |
| 10/30/12 | | Adjustment (10) | | Cigna Adjust | 10/30/12 | | | -54.81 |
| 11/14/12 | 0 | ▓▓▓ | 31 99213 | EP OFC VISIT, EXPAND | | 729.1 | 1.00 | 120.00 |
| 11/29/12 | | Check Payment | 5439 | Patient | 11/29/12 | | | -10.00 |
| 01/07/13 | | Check Payment | | ▓▓▓ | 01/07/13 | | | -31.62 |
| 01/07/13 | | Adjustment (10) | | Cigna Adjust | 01/07/13 | | | -58.38 |
| 02/13/13 | 0 | ▓▓▓ | 31 99213 | EP OFC VISIT, EXPAND | | 721.3 | 1.00 | 120.00 |
| 02/27/13 | | Check Payment | 5477 | Patient | 02/27/13 | | | -30.00 |

26-00007