# EXHIBIT 3

**Peter G. Hermes**
___

**From:** Molton, David J. <DMolton@brownrudnick.com>
**Sent:** Friday, March 07, 2014 9:19 AM
**To:** Peter G. Hermes
**Cc:** Scott S. Spearing; Frederick H. Fern (FFern@HarrisBeach.com); Gottfried, Michael R. (MRGottfried@duanemorris.com)
**Subject:** RE: NECC Joint Status Report


Peter: I would contact Mike Gottfried of the Trustee's counsel and address you inquiry directly with him. I have cc'd Mike as well as Rick Fern, the Trustee's special litigation counsel.

Best,

**David J. Molton**
Counselor at Law

Brown Rudnick LLP
Seven Times Square
New York, New York  10036
Direct Telephone:  212.209.4822
Cell:  646.853.5408
Fax:  212.938.2822
dmolton@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail.

CONFIDENTIALITY NOTICE

The information in this communication is PRIVILEGED AND CONFIDENTIAL and intended only for the use of the individual to whom it is addressed.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  Immediately notify us by return e-mail if you have received this communication in error.  Please delete this communication and any copies thereof.

---

**From:** Peter G. Hermes [mailto:phermes@hermesnetburn.com]
**Sent:** Friday, March 07, 2014 8:00 AM
**To:** Molton, David J.
**Cc:** Scott S. Spearing
**Subject:** NECC Joint Status Report

Mr. Moulton:

I represent Liberty Industries, Inc. ("Liberty"), a creditor of NECC and an unaffiliated defendant in this matter.  Liberty is alleged to have breached certain duties relating to the design, manufacture and installation of certain cleanrooms in which MPA may have been compounded.  NECC presumably has in its possession documents relevant to those claims.

Footnote 11 to the Report served on Wednesday states, in part, "[T]he Trustee . . . has provided informal discovery to the PSC **and the non-affiliated defendants** through sixteen separate productions, encompassing over 5,900 documents and over 42,000 pages" (emphasis added).

1

Because I am new to this matter, I am not aware when, how or in what manner the Trustee has made documents available to the non-affiliated defendants. Would you enlighten me so I may make arrangements to obtain and review those documents?
Peter G. Hermes
Hermes, Netburn, O'Connor & Spearing, P.C.



HERMES NETBURN

265 Franklin Street, 7th Floor | Boston, MA 02110
direct 617.210.7710 | cell 617.584.1297 | main 617.728.0050
phermes@hermesnetburn.com | www.hermesnetburn.com

Note: This electronic mail may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination, copying or use of this electronic mail by or to anyone other than the designated and intended recipient(s) is unauthorized. If you received this message in error, then please delete it from your system and contact the sender immediately. E-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. IRS CIRCULAR DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed therein.

****************************************************************************

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that:

Any U.S. tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing or recommending to another party of any transaction or matter addressed herein.

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

****************************************************************************