UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING       )
PHARMACY, INC. PRODUCTS LIABILITY   )
LITIGATION                          )
_____  )   MDL No. 2419
                                    )   Dkt. No 1:13-md-2419 (RWZ)
THIS DOCUMENT RELATES TO:           )
                                    )
  *May et al. v. Ameridose, LLC et al.*   )
  Docket No. 1:13-cv-12234-FDS      )
  *Wiley et al. v. Ameridose, LLC et al.*   )
  Docket No. 1:13-cv-12305-FDS      )
  *Schulz et al. v. Ameridose, LLC et al.*   )
  Docket No. 1:13-cv-12311-FDS      )
  *Hester et al. v. Ameridose, LLC et al.*   )
  Docket No. 1:13-cv-12315-FDS      )
                                    )
_____  )

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned cases on behalf of Saint Thomas West

Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas

Health.

                          SAINT THOMAS WEST HOSPITAL,
                          FORMERLY KNOWN AS ST.
                          THOMAS HOSPITAL,
                          SAINT THOMAS NETWORK, AND
                          SAINT THOMAS HEALTH


                          By their attorney,

                          /s/ Stephen J. Brake_____
                          Stephen J. Brake (BBO #546972)
                          Nutter McClennen & Fish, LLP
                          Seaport West, 155 Seaport Blvd.
                          Boston, Massachusetts 02210
                          Telephone:   (617) 439-2000
                          Facsimile:   (617) 310-9000
Dated:  April 9, 2014     sbrake@nutter.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on April 9, 2014, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and papers copies will be sent to those indicated as non-registered participants.


/s/ Stephen J. Brake
Stephen J. Brake

2456236.1