UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL No. 1:13-md-2419 (RWZ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ADAM T. SCHRAMEK**

Defendant Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health (collectively referred to as the "Saint Thomas Entities"), by and through Nutter McClennen & Fish LLP, Seaport West, 155 Seaport Boulevard, Boston, Massachusetts, hereby moves that Adam T. Schramek be admitted *pro hac vice* in the above action.  Pursuant to the procedures set forth in the Court's Order on Admission of Attorneys of January 30, 2014 [Dkt. 827], this motion is accompanied by the Affidavit of Adam T. Schramek (attached as Exhibit A).

SAINT THOMAS WEST HOSPITAL,
FORMERLY KNOWN AS ST.
THOMAS HOSPITAL,
SAINT THOMAS NETWORK, AND
SAINT THOMAS HEALTH

By their attorneys,

/s/ Sarah P. Kelly
Stephen J. Brake (BBO #546972)
sbrake@nutter.com
Sarah P. Kelly
skelly@nutter.com (BBO #664267)
Nutter McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone:    (617) 439-2000
Dated:  April 9, 2014                          Facsimile:    (617) 310-9000

1

## CERTIFICATE OF SERVICE

I certify that, on April 9, 2014, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and papers copies will be sent to those indicated as non-registered participants.

/s/ Sarah P. Kelly

2456270.1