Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION                    )
                              )
                              )   MDL No. 1:13-md-2419 (RWZ)
_____)

**AFFIDAVIT OF ADAM T. SCHRAMEK**

I, Adam T. Schramek, state that:

1. I am attorney at the law firm of Fulbright & Jaworski LLP, 98 San Jacinto Boulevard, Suite 1100, Austin, Texas, and I represent Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health (collectively referred to as the "Saint Thomas Entities") in the above-captioned actions.

2. I am a member of the Bar of the State of Texas and admitted to practice in the Texas State Courts.

3. I am a member in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

4. I am familiar with the Local Rules of the United States District for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 9th DAY OF APRIL 2014.

_____
Adam T. Schramek