UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>v.<br><br>This Document Relates to:<br><br>Kennedy, et al. v. Unifirst Corporation, et al.<br>No: 1:13-cv-13227-RWZ<br><br>Musselwhite v. Unifirst Corporation, et al.<br>No: 1:13-cv-13228 -RWZ | MDL No: 1:13-md-2419-RWZ |

## AMENDED JOINT MOTION FOR ORDER TO SET BRIEFING SCHEDULE

The defendants, Advanced Pain & Anesthesia Consultants, PC d/b/a APAC Centers for Pain Management and Randolph Y. Chang, M.D., (hereinafter the "APAC Defendants") and the Plaintiffs' Steering Committee ("PSC") have conferred in order to establish a briefing schedule for the APAC Defendants' Response to Plaintiffs' Complaints in the above referenced dockets. As a result, the parties have agreed to the following briefing schedule:

1. The APAC Defendants will file its Response to the Complaints no later than **April 28, 2014**;

2. The PSC will file its reply to the Response to Complaints filed by the APAC Defendants no later than **May 28, 2014**.

3. The APAC Defendants will file a Reply to the PSC's Response no later than **June 12, 2014**; and (limited to 5 pages)

4. If necessary, the PSC may file a sur-reply to the Reply to the PSC's Opposition to the Motion to Dismiss filed by the APAC Defendants no later than **June 19, 2014**. (limited to 5 pages)

1

The parties respectfully request that the Court enter the attached order to formalize the above-described revised briefing schedule.[1] In addition, pursuant to Local Rule 7.1(d), the parties request that the Court reserve a date for oral argument.

Respectfully Submitted

/s/ Kimberly A. Dougherty
_____
Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone: (617) 933-1265
kdougherty@myadvocates.com

*Plaintiffs' Steering Committee*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN  37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

---

[1] The parties agree that further extensions may be necessary depending upon the timing, nature and extent of Defendants production of documents in response to the PSC's Subpoena. If necessary, a joint motion for a revised briefing schedule will be filed with this Court.

2

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344
marc@liptonlawcenter.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone: (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone: (404) 451-7781
Facsimile: (404) 506-9223
marc@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

1467778v1

The Defendants,

Advanced Pain & Anesthesia Consultants, PC
d/b/a APAC Centers for Pain Management and
Randolph Y. Chang, M.D.

By their attorney,

/s/ Anthony E. Abeln
_____
Tory A. Weigand, BBO #548553
Anthony E. Abeln, BBO #669207
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500
tweigand@morrisonmahoney.com
aabeln@morrisonmahoney.com

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **April 10, 2014**

/s/ Anthony E. Abeln
_____

4

1467778v1