UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 1:13-md-2419-RWZ

IN RE: NEW ENGLAND
COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

This Document Relates To:

King v. Hahnemann University Hospital, et al
1:14-cv-10434-RWZ

NOTICE OF APPEARANCE

      Kindly enter my appearance for the Defendant, Tenet HealthSystem Hahnemann, LLC and Hahnemann University Hospital in the above MDL matter. Tenet HealthSystem Hahnemann, LLC and Hahnemann University Hospital's matter is King v. Hahnemann University Hospital, et al; USDC C.A. No. 1:14-cv-10434-RWZ.

/s/     Barbara Hayes Buell
BARBARA HAYES BUELL, ESQUIRE
BBO #063480
SMITH DUGGAN BUELL & RUFO LLP
Attorneys for Defendant,
     *Tenet HealthSystem Hahnemann,*
     *LLC and Hahnemann University*
     *Hospital*
55 Old Bedford Road
Lincoln, Massachusetts 01773-1125
Telephone: 617-228-4460
Fax: 781-259-1112
Barbara.Buell@SmithDuggan.com

Dated: April 11, 2014

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of the United States District Court for the District of Massachusetts and a copy was electronically served by ECF to all ECF-registered counsel of record.

/s/  Barbara Hayes Buell

Dated: April 11, 2014