**U. S. Department of Justice**

Drug Enforcement Administration

JFK Building, Room E-400
15 New Sudbury Street
Boston, MA 02203

---

www.dea.gov

Ingrid S. Martin
Collora LLP
100 High St., 20th Fl.
Boston, MA 02110-2321

JUL 8 2013

Ms. Ingrid Martin,

I have reviewed the correspondence submitted by you, dated June 21, 2013, to the New England Field Division Office, concerning disposal of expired products being held by Ameridose, LLC (Ameridose) and Alaunus Pharmaceutical, LLC (Alaunus).

The letter outlined the procedures Ameridose and Alaunus will employ to insure the safe and secure destruction of expired products in their possession.

The Drug Enforcement Administration (DEA) will permit Ameridose and Alaunus to dispose of the controlled substances by transferring them to a licensed controlled substance reverse distributor as waste. Upon completion of the transfer, Ameridose and Alaunus will provide the DEA with copies of the official records required documenting the transfer. The records shall include an inventory of the controlled substances that were transferred. The copies can be sent to the DEA at 15 New Sudbury Street, Room E-400, Boston, MA 02203.

If you have any questions or concerns, please do not hesitate to contact Diversion Group Supervisor, Kurt Roth at 617-557-2197.

Sincerely,

Nancy Coffey
Diversion Program Manager
New England Field Division

