# Martin, Ingrid

**From:** Liner, Susan E <Susan.Liner@fda.hhs.gov>
**Sent:** Wednesday, July 10, 2013 8:37 AM
**To:** Martin, Ingrid
**Cc:** Archdeacon, Karen N; Wardwell, Amber
**Subject:** RE: Ameridose & Alaunus: Disposal and Return of Product

Ingrid

The details for the disposition are for DEA regulated products and your firm should proceed as directed in the letter response from DEA.

The question remains disposition for **non DEA Products (not controlled)**.

We will need a description of current inventory and plans for the disposal (Company name, method of destruction, site of destruction and date proposed).

Once the destruction date is established, FDA investigators will examine and confirm the inventory and witness the destruction.

The firm will need to provide a Voluntary Destruction Statement on the firm's letterhead, per the following.

1. Voluntary nature of the action.
2. Name of the product, including applicable code marks.
3. Condition of the lot.
4. Amount.
5. Method of destruction.
6. Signature of responsible individual

Regards,

Susan Liner
NWE-DO Recall Coordinator
Phone: 781-587-7481
Fax: 781-587-7556
Email: susan.liner@fda.hhs.gov
Please send all Recall Correspondence to: newenglandrecalls@fda.hhs.gov

**From:** Martin, Ingrid [mailto:imartin@collorallp.com]
**Sent:** Tuesday, July 09, 2013 4:26 PM
**To:** Liner, Susan E
**Cc:** Cirel, Paul; 'Yeager, Nathaniel (USAMA)'; 'nancy.dolberg@state.ma.us'
**Subject:** Ameridose & Alaunus: Disposal and Return of Product

Dear Ms. Liner:

In late June, I sent you letters outlining proposals by Alaunus and Ameridose for returning and/or disposing of products currently at the facilities. Copies of those letters are attached for your reference. I received a letter from the DEA today stating that they believe the proposed procedures are acceptable. A copy of that letter is attached as well. Please let me know at your earliest convenience if the FDA is of the same view as the DEA.

1

Thank you.

-- Ingrid Martin


Ingrid S. Martin

---

COLLORA...

100 High Street
Boston, MA 02110-2321

617 371 1022 direct
617 371 1000 main
617 371 1037 fax
collorallp.com

STATEMENT OF CONFIDENTIALITY: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify Collora, LLP immediately at either (617) 371-1041 or at info@collorallp.com. Do not copy, distribute or use the contents and destroy all copies of this message and any attachments.

CIRCULAR 230 DISCLOSURE: To ensure compliance with IRS Circular 230, we inform you that any federal tax advice included in this communication (including attachments) is not intended or written to be used, and it cannot be used, for the purpose of (i) avoiding the imposition of federal tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.