# Martin, Ingrid

**From:** Liner, Susan E <Susan.Liner@fda.hhs.gov>
**Sent:** Tuesday, July 16, 2013 8:58 AM
**To:** Martin, Ingrid
**Cc:** Archdeacon, Karen N; Wardwell, Amber; Sands, Margaret M
**Subject:** Ameridose Termination D-054/055-2013

Good Morning Ingrid

I am confirming receipt of the termination and data submitted.

I am interested in obtaining more specifics for the disposal of the non-controlled products identified on the thumb drive provided.

My calculation is that there are 234, 433 **Non-Controlled (NC) units** to be destroyed. Please confirm

[Your previously discussed with DEA the controlled substances and their disposal].

FDA will witness the destruction of the (NC), so I need a few details.

- Where is the product currently stored?
- Have you identified a company to perform the disposal and the method that will be used?
- FDA will perform an audit of the inventory prior to disposal based on the information on the spreadsheet identifying pallet, product, lot number, etc.
- Proposed dates for destruction and time needed for the process

Please respond so we can proceed with termination of the recall.

Regards,


Susan Liner
NWE-DO Recall Coordinator
Phone: 781-587-7481
Fax: 781-587-7556
Email: susan.liner@fda.hhs.gov
Please send all Recall Correspondence to: newenglandrecalls@fda.hhs.gov



1