# Martin, Ingrid

**From:** Martin, Ingrid
**Sent:** Monday, October 21, 2013 2:21 PM
**To:** 'Liner, Susan E'; 'Archdeacon, Karen N'
**Cc:** Cirel, Paul
**Subject:** Ameridose Recall: Product Disposal

Dear Ms. Liner and Ms. Archdeacon:

Thank you for your call this morning. This email is to confirm my understanding that the FDA is satisfied with the disposal procedures outlined in my letters to Ms. Liner on June 21, 2013 and on October 1, 2013. We also discussed that the FDA wishes to come to Ameridose to review the inventory that will be destroyed and that Ameridose will need to provide the date and location of the destruction so that FDA personnel can be present as witnesses.

We also discussed Ameridose's intention to obtain Court permission for its plan to dispose of recalled products. We agreed that Ameridose will not implement any disposal / destruction plan until necessary Court approvals are obtained.

Please let me know if this email does not accurately summarize our conversation from this morning.

Thanks again.

Ingrid Martin
Attorney for Ameridose

