UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING     )
PHARMACY, INC.                                              )
PRODUCTS LIABILITY LITIGATION            )
                                                                          ) MDL No.: 1:13-md-2419-RWZ
                                                                          )
This document relates to all cases               )
                                                                          )

### JOINT MOTION OF UNIFIRST CORPORATION AND THE PLAINTIFFS' STEERING COMMITTEE FOR ORDER TO SET BRIEFING SCHEDULE

Defendant UniFirst Corporation ("UniFirst") and the Plaintiffs' Steering Committee ("PSC") have conferred in order to establish a briefing schedule for the PSC's Response to Defendant's Motion to Dismiss in the above referenced docket, and any Reply by UniFirst. UniFirst' Motion to Dismiss (the "Motion") was filed with this Court on April 1, 2014.

The parties have agreed to the following briefing schedule:

1. The PSC will file its Response to the Motion no later than April 30, 2014;

2. UniFirst will file its reply to the PSC Response no later than May 21, 2014.

The parties respectfully request that the Court enter the attached Order to formalize the above-described briefing schedule. In addition, pursuant to Local Rule 7.1(d), the parties request that the Court reserve a date for oral argument.

Respectfully Submitted

/s/ Thomas M. Sobol
Thomas M. Sobol
Kristen Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com
*Plaintiffs' Lead Counsel*

Mark Zamora
ORLANDO FIRM
315 West Ponce de Leon Ave, #400
Decatur, GA 30030
Telephone: 404-373-1800
mark@markzamora.com

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com
*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344

marc@liptonlawcenter.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: (540) 342-2000
pfennel@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

DEFENDANT UNIFIRST CORPORATION
By its attorneys,
/s/ James C. Rehnquist
James C. Rehnquist (BBO #552602)
Roberto M. Braceras (BBO # 566816)
Abigail K. Hemani (BBO # 650721)
Damian W. Wilmot (BBO # 648693)
Josh L. Launer (BBO # 673661)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109--2881
Telephone: 617.570.1000
Facsimile: 617.523.1231
jrehnquist@goodwinprocter.com
rbraceras@goodwinprocter.com
ahemani@goodwinprocter.com
dwilmot@goodwinprocter.com
jlauner@goodwinprocter.com

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol certify that a copy of this document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on April 14, 2014.

/s/ Thomas M. Sobol
Thomas M. Sobol