UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No.: 1:13-md-2419-RWZ ) |
| This document relates to all cases. | ) ) ) |

## [PROPOSED] ORDER

On April 14, 2014, the Plaintiffs' Steering Committee and counsel for UniFirst Corporation filed a Joint Motion for Order regarding Briefing Schedule (the "Motion").

The Court grants the Motion and orders:

1.  The PSC will file its Response to UniFirst's Motion To Dismiss no later than April 30, 2014;

2.  UniFirst will file its reply to the PSC Response no later than May 21, 2014.

**So Ordered**.

By:  _____
    Hon. Rya W. Zobel
    United States District Court Judge

Dated: _____, 2014