UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION This Document Relates To: All Cases | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 2419 Master Dkt. No. 1:13-md-2419- RWZ |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR DEFENDANT UNIFIRST CORPORATION TO RESPOND TO DEFENDANT AMERIDOSE LLC'S MOTION TO PROCEED WITH FDA-AUTHORIZED DESTRUCTION OF RECALLED INVENTORY**

Defendant UniFirst Corporation ("UniFirst") hereby moves, with the assent of defendant Ameridose LLC ("Ameridose"), for an extension of time until May 9, 2014 to respond to Ameridose's Motion to Proceed with FDA-Authorized Destruction of Recalled Inventory (the "Motion"). (Dkt. # 1090).

In support of this motion, UniFirst states as follows:

1. Ameridose filed its Motion on April 11, 2014, in which it asks the Court to authorize the destruction of various products which were returned to Ameridose in response to its voluntary recall of all products from the market.

2. On April 23, 2014, UniFirst sent Ameridose a letter asking for some preliminary information and documents to assist UniFirst in determining whether, and to what extent, Ameridose's recalled inventory is relevant to UniFirst's defense (or whether examination of that inventory may lead to the discovery of other relevant and admissible evidence).

3. On April 24, 2014, Ameridose provided UniFirst with a subset of the information it requested, and UniFirst is in the process of reviewing that information and meeting and conferring with Ameridose to determine whether it will provide additional information requested.

4. Accordingly, UniFirst requests a brief extension, until May 9, 2014, to submit any papers in response to the Motion. Ameridose assents to this request. Neither party believes that this extension will result in any undue delay.

WHEREFORE, UniFirst respectfully requests, with the assent of Ameridose, that the Court grant its motion and enter an Order extending UniFirst's time to respond to the Motion until May 9, 2014.

Respectfully submitted,

DEFENDANT UNIFIRST CORPORATION

By its attorneys,

*/s/ James C. Rehnquist*

James C. Rehnquist (BBO #552602)
Roberto M. Braceras (BBO # 566816)
Abigail K. Hemani (BBO # 650721)
Damian W. Wilmot (BBO # 648693)
Josh L. Launer (BBO # 673661)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, Massachusetts 02109-2881
Telephone: 617.570.1000
Facsimile: 617.523.1231
jrehnquist@goodwinprocter.com
rbraceras@goodwinprocter.com
ahemani@goodwinprocter.com
dwilmot@goodwinprocter.com
jlauner@goodwinprocter.com

Dated: April 24, 2014

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**
## **AND CERTIFICATE OF SERVICE**

I, James C. Rehnquist, hereby certify that counsel for Defendant, UniFirst Corporation, conferred by e-mail with opposing counsel in an effort to resolve or narrow the issues presented in this motion prior to filing, and opposing counsel assents to the relief sought herein.

I further certify that a copy of this document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on April 24, 2014.

*/s/ James C. Rehnquist*