UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

**ASSENTED-TO MOTION FOR ENTRY OF AGREED ORDER EXTENDING DEADLINES FOR RESPONSES TO CERTAIN MOTIONS TO DISMISS BY TENNESSEE CLINIC DEFENDANTS**

As evidenced by the signatures below, the parties agree and jointly move the Court for entry of the Agreed Order attached hereto as Exhibit 1. The Agreed Order extends the deadline to May 9, 2014, for Plaintiffs to file responses to the Tennessee Clinic Defendants' Motion to Dismiss the Plaintiffs' Complaints for Failure to Comply with Tenn. Code Ann. § 29-26-121 (Dkt. No. 770) and the Saint Thomas Entities' and Ascension Parties' Motion to Dismiss for Failure to Comply with Tennessee Health Care Liability Act (Dkt. No. 779). The Agreed Order also sets the deadline of June 9, 2014, for filing any replies. The Agreed Order also sets forth the issues that the parties agree are "global" for briefing purposes and therefore will be briefed for the Court's decision at this time, with all other case-specific issues to be decided at a later time in accordance with further orders of the Court.

1172072.1

According, the undersigned parties request that the Court enter the Agreed Order attached hereto as Exhibit 1.

Dated:  April 24, 2014       Respectfully submitted:

PLAINTIFFS' STEERING COMMITTEE

/s/ Mark P. Chalos
Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Ave. N, Suite 1650
Nashville, TN 37219
Phone:  (615) 313-9000
Fax: (615) 313-9965
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

/s/ Chris Tardio
Chris Tardio
Matthew H. Cline
GIDEON, COOPER & ESSARY PLC
315 Deaderick Street, Suite 1100
Nashville, TN  37238

*Counsel for St. Thomas Outpatient Neurosurgical Clinic, LLC, Howell Allen Clinic, John W. Culclasure, M.D., Debra Schamberg, R.N., Specialty Surgery Center, Crossville, PLLC, Kenneth Lister, M.D., and Kenneth Lister, M.D., P.C.*


/s/ Yvonne Puig
Yvonne Puig
FULLBRIGHT & JAWORSKI LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
yvonne.puig@nortonrosefulbright.com

*Counsel for Saint Thomas West f/k/a Saint Thomas Hospital, Saint Thomas Network, Saint Thomas Health, Ascension Health Alliance, and Ascension Health*


/s/ Marcy Greer
Marcy Greer
ALEXANDER DUBOSE  JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas  78701-3562
mgreer@adjtlaw.com

*Counsel for Saint Thomas West f/k/a Saint Thomas Hospital, Saint Thomas Network, Saint Thomas Health, Ascension Health Alliance, and Ascension Health*

-5-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing ASSENTED-TO MOTION FOR ENTRY OF AGREED ORDER and the accompanying Exhibit 1 ([PROPOSED] AGREED ORDER EXTENDING DEADLINES FOR RESPONSES TO CERTAIN MOTIONS TO DISMISS BY TENNESSEE CLINIC DEFENDANTS) were served via the Court's electronic filing system on April 24, 2014.

/s/ Mark P. Chalos
Mark P. Chalos