# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

**[PROPOSED] AGREED ORDER EXTENDING DEADLINES FOR RESPONSES TO CERTAIN MOTIONS TO DISMISS BY TENNESSEE CLINIC DEFENDANTS**

The parties agree and the Court hereby orders, for good cause shown, that the deadlines for Plaintiffs to file responses to the Tennessee Clinic Defendants' Motion to Dismiss the Plaintiffs' Complaints for Failure to Comply with Tenn. Code Ann. § 29-26-121 (Dkt. No. 770) and the Saint Thomas Entities' and Ascension Parties' Motion to Dismiss for Failure to Comply with Tennessee Health Care Liability Act (Dkt. No. 779), are hereby extended to May 9, 2014. Any replies must be filed by June 9, 2014.

Moreover, pursuant to the parties' statements at the March 13, 2014, status conference, in the parties' Proposed Agreed Order Extending Response Deadlines dated March 20, 2014 (Dkt. No. 1028), and consistent with the Court's prior directions, the parties have conferred and agreed that the motions at issue present the following "global" issues to which Plaintiffs will respond by May 9, 2014:

(1) Whether plaintiffs were required to (a) identify Barry Cadden, NECC, and other affiliated parties in the notice of intent to the clinic defendants as health care providers that would be named defendants and (b) provide a HIPAA release allowing clinic

1171576.2

defendants to obtain records pre-suit from Barry Cadden, NECC, and other affiliated defendants pursuant to Tenn. Code Ann. § 29-26-121;

(2) Whether the pre-suit requirements set forth in Tenn. Code Ann. § 29-26-121 apply to plaintiffs filing complaints alleging only claims styled as products liability claims and, if so, whether the failure to comply with such pre-suit requirements can be cured by a pleading amendment; and

(3) Whether Tenn. Code Ann. § 29-26-122 requires that a plaintiff filing complaints alleging only claims styled as products liability claims file a certificate of good faith with the original complaint.

All other issues raised by Defendants' motions to dismiss (Dkt Nos. 770 and 779) will be responded to by a date set by further order of the Court at such time as the parties and the Court address case-specific issues. The parties do not intend to waive any rights with respect to the case-specific issues raised by the subject motions or anticipated responses thereto.

**IT IS SO ORDERED:**

_____
The Honorable Rya Zobel
United States District Judge

Approved for entry:

**PLAINTIFFS' STEERING COMMITTEE**

Dated: April 24, 2014

 */s/ Mark P. Chalos*
Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

150 Fourth Ave. N, Suite 1650
Nashville, TN 37219
Phone: (615) 313-9000
Fax: (615) 313-9965
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone: (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

/s/ Chris Tardio
Chris Tardio
Matthew H. Cline
GIDEON, COOPER & ESSARY PLC
315 Deaderick Street, Suite 1100
Nashville, TN  37238

*Counsel for St. Thomas Outpatient Neurosurgical Clinic, LLC, Howell Allen Clinic, John W. Culclasure, M.D., Debra Schamberg, R.N., Specialty Surgery Center, Crossville, PLLC, Kenneth Lister, M.D., and Kenneth Lister, M.D., P.C.*


/s/ Yvonne Puig
Yvonne Puig
FULLBRIGHT & JAWORSKI LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
yvonne.puig@nortonrosefulbright.com

*Counsel for Saint Thomas West f/k/a Saint Thomas Hospital, Saint Thomas Network, Saint Thomas Health, Ascension Health Alliance, and Ascension Health*


/s/ Marcy Greer
Marcy Greer
ALEXANDER DUBOSE JEFFERSON
 & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas  78701-3562
mgreer@adjtlaw.com

*Counsel for Saint Thomas West f/k/a Saint Thomas Hospital, Saint Thomas Network, Saint Thomas Health, Ascension Health Alliance, and Ascension Health*