IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE: NEW ENGLAND COMPUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** | ) ) ) ) | MDL NO.: 1:13-MD-02419 |
| This document relates to the case identified below | ) ) ) ) | |
| NORMA KING, Plaintiff, | ) ) ) ) | No.: 1:14-CV-10434-RWZ |
| v. NEW ENGLAND COMPOUNDING PHARMACY, INC. A/K/A AND/OR D/B/A NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE, LLC., ALAUNUS PHARMACEUTICAL, LLC, HAHNEMANN UNIVERSITY HOSPITAL, TENET HEALTHSYSTEM HAHNEMANN, LLC, and PAIN CARE PROFESSIONALS – PAIN CENTER AT HAHNEMANN. Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## ORDER

**AND NOW,** this _____ day of _____, 2014, upon consideration of Plaintiff's counsel's Motion for Leave to Appear via Telephone at the Next Court Conference, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**. Tucker Law Group, LLC is granted leave to appear on behalf of Plaintiff, Norma King, via telephone at the Court Conference on May 13, 2014.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) This document relates to the case identified below ) ) ) ) NORMA KING,   Plaintiff, ) ) )       v. ) NEW ENGLAND COMPOUNDING PHARMACY, ) INC. A/K/A AND/OR D/B/A NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE, LLC., ALAUNUS PHARMACEUTICAL, LLC, HAHNEMANN UNIVERSITY HOSPITAL, TENET HEALTHSYSTEM HAHNEMANN, LLC, and PAIN CARE PROFESSIONALS – PAIN CENTER AT HAHNEMANN. ) ) ) ) ) ) ) ) ) ) ) )         Defendants. | MDL NO.: 1:13-MD-02419    No.: 1:14-CV-10434-RWZ |

### PLAINTIFF'S COUNSEL'S MOTION FOR LEAVE TO APPEAR VIA TELEHPONE AT THE NEXT COURT STATUS CONFERENCE

Plaintiff's counsel, Tucker Law Group, LLC, hereby moves for leave to appear via telephone at the next Court status conference in this matter, scheduled to occur on May 13, 2014. (MDL Doc. No. 1082.) Tucker Law Group makes this request in order to present and argue the pending Motion to Withdraw as Counsel (Doc. No. 11) in the case of <u>Norma King</u>, No. 1:14-CV-10434-RWZ. (*See* Exhibit A, Motion to Withdraw as Counsel.) Tucker Law Group's currently pending Motion to Withdraw is ripe for disposition by the Court. Notably, Defendants have filed a Response in Opposition to the Motion (Doc. No. 14) and Tucker Law Group filed a Reply to Defendants' Response

(Doc. No. 15).  (*See* Exhibit B, Defendants' Response to Motion to Withdraw as Counsel) (*See* Exhibit C, Plaintiff's Counsel's Reply to Defendants' Response to Motion to Withdraw as Counsel.)

Tucker Law Group's office is located in Philadelphia and its attorneys live and reside in the Philadelphia area. It is therefore infeasible for Tucker Law Group to travel to Boston, Massachusetts to participate in-person at the Court's next status conference.

Plaintiff's counsel has asked Plaintiff's Steering Committee to add the pending Motion to Withdraw to this Court's agenda for the next status conference.

Finally, Tucker Law Group has provided the particulars of this Court's next status conference, set for May 13, 2014 at 2:00 p.m., to Plaintiff so that she may participate in the conference if she so desires.

**WHEREFORE,** Plaintiff's counsel respectfully requests that this Honorable Court grant leave to appear via telephone at the next Court status conference.

Respectfully Submitted,

**TUCKER LAW GROUP, LLC**

Dated: April 30, 2014

By: /s/Kathleen Kirkpatrick
Bernard W. Smalley, Esquire
Kathleen Kirkpatrick, Esquire
One Penn Center at Suburban Station
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19103
(215) 875-0609
**Attorneys for Plaintiff, Norma King**

Case 1:13-md-02419-RWZ   Document 1101   Filed 04/30/14   Page 4 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this motion was served upon all counsel of record via this Court's CM/ECF system. Additionally, this motion was served upon Plaintiff via regular mail and electronic mail at:

Norma King
49 N. 54th Street
Philadelphia PA  19139
norma.king1950@msn.com

　　　　　　　　　　　　　　　　　　 /s/Kathleen Kirkpatrick
　　　　　　　　　　　　　　　　　　Kathleen Kirkpatrick

Date: April 30, 2014