UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | |
| ) | MDL No. 2419 |
| ) | Dkt. No. 1:13-md-2419 (FDS) |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| Carman v. Ameridose, LLC et al. ) | Dkt. No. 1:13-cv-12238-RWZ |
| Davis v. Ameridose, LLC et al. ) | Dkt. No. 1:13-cv-12426-RWZ |
| ) | |

## NOTICE OF APPEARANCE

Now comes Attorney Jason G. Denton and enters his appearance as counsel of record for Plaintiffs, Cindy A. Carman, Billy Carman, Thomas Randy Davis and Naomi Davis, in the above-styled case, as set forth below:

I. Attorney Jason G. Denton enters his appearance as counsel of record for Plaintiff, Cindy A. Carman and Billy Carman in the case of Carman v. Ameridose, LLC et al., Docket. No. 1:13-cv-12238-RWZ

II. Attorney Jason G. Denton enters his appearance as counsel of record for Plaintiff, Thomas Randy Davis and Naomi Davis in the case of Davis v. Ameridose, LLC et al., Docket. No. 1:13-cv-12426-RWZ

Respectfully Submitted,

ROCHELLE, McCULLOCH & AULDS

/s/ Jason G. Denton
JASON G. DENTON, #22759
Attorney for Plaintiffs
109 North Castle Heights Avenue
Lebanon, TN 37087
Phone: (615) 444-1433
Fax: (615) 443-8775
E-mail: jdenton@rma-law.com

*Attorney for Plaintiffs Cindy A. Carman, Billy Carman, Thomas Randy Davis, and Naomi Davis*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be served via electronic mail or regular U.S. mail to those participants identified as unregistered this 6th day of May 2014.

/s/ Jason G. Denton
JASON G. DENTON, #22759