# EXHIBIT A

## [audio CD sent to the Court and served on the parties by US Mail]