# EXHIBIT B

1993 Tennessee Laws Pub. Ch. 457 (S.B. 196)

TENNESSEE 1993 SESSION LAWS
1993 SESSION OF THE 98TH GENERAL ASSEMBLY

Additions and deletions are not identified in this document.

Pub. Ch. 457
S.B. No. 196
PRODUCTS LIABILITY—SILICONE GEL BREAST IMPLANTS—LIMITATIONS

AN ACT To amend Tennessee Code Annotated, Section 29–28–103, relative to limitation of actions.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF TENNESSEE:

SECTION 1. Tennessee Code Annotated, Section 29–28–103(b), is amended by deleting the period at the end of the subsection and adding the following:

<< TN ST § 29–28–103 >>

or to the human implantation of silicone gel breast implants.

SECTION 2. Tennessee Code Annotated, Section 29–28–103, is amended by adding the following language as a new subsection (c):

<< TN ST § 29–28–103 >>

(1) Any action against a manufacturer or seller for injury to a person caused by a silicone gel breast implant must be brought within a period not to exceed twenty-five (25) years from the date such product was implanted. Provided, however, such action must be brought within four (4) years from the date the plaintiff knew or should have known of the injury.

(2) For purposes of this act only, "seller" shall not include a hospital or other medical facility where the procedure took place, nor shall it include the physician or other medical personnel involved in the procedure.

(3) The provisions of this act shall only apply to causes of action not pending or decided on or before the effective date of this act. For the purposes of this act, a pending case shall be defined as a case actually filed by a silicone gel-filled breast implant recipient.

SECTION 3. This act shall take effect upon becoming law, the public welfare requiring it.

Approved this 26th day of May, 1993

TN LEGIS 457 (1993)

---

**End of Document** © 2014 Thomson Reuters. No claim to original U.S. Government Works.