# EXHIBIT 3

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) **U.S. Individual Income Tax Return** | 2013 | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2013, or other tax year beginning _____ , 2013, ending _____ , 20 _____   See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions.     Apt. no.

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Filing Status**
Check only one box.
1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**
6a ☐ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b ☐ **Spouse**

| c Dependents: (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ If child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

Boxes checked on 6a and 6b _____
No. of children on 6c who:
• lived with you _____
• did not live with you due to divorce or separation (see instructions) _____
Dependents on 6c not entered above _____
Add numbers on lines above ▶ _____

d  Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 |  |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a |  |
| b | Tax-exempt interest. **Do not** include on line 8a  | 8b |  |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a |  |
| b | Qualified dividends  | 9b |  |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 |  |
| 11 | Alimony received | 11 |  |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 |  |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |  |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |  |
| 15a | IRA distributions  15a _____   b Taxable amount | 15b |  |
| 16a | Pensions and annuities  16a _____   b Taxable amount | 16b |  |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |  |
| 18 | Farm income or (loss). Attach Schedule F | 18 |  |
| 19 | Unemployment compensation | 19 |  |
| 20a | Social security benefits  20a _____   b Taxable amount | 20b |  |
| 21 | Other income. List type and amount _____ | 21 |  |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 |  |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 |  |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |  |
| 25 | Health savings account deduction. Attach Form 8889 | 25 |  |
| 26 | Moving expenses. Attach Form 3903 | 26 |  |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 |  |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 |  |
| 29 | Self-employed health insurance deduction | 29 |  |
| 30 | Penalty on early withdrawal of savings | 30 |  |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ | 31a |  |
| 32 | IRA deduction | 32 |  |
| 33 | Student loan interest deduction | 33 |  |
| 34 | Tuition and fees. Attach Form 8917 | 34 |  |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 |  |
| 36 | Add lines 23 through 35 | 36 |  |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 |  |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2013)

Form 1040 (2013) Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | |
| | 39a | Check if: ☐ You were born before January 2, 1949, ☐ Blind. ☐ Spouse was born before January 2, 1949, ☐ Blind. } Total boxes checked ▶ 39a | | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | 40 | |
| | 41 | Subtract line 40 from line 38 | 41 | |
| | 42 | **Exemptions.** If line 38 is $150,000 or less, multiply $3,900 by the number on line 6d. Otherwise, see instructions | 42 | |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | |
| | 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ _____ | 44 | |
| • All others: Single or Married filing separately, $6,100 | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . . | 47 | |
| Married filing jointly or Qualifying widow(er), $12,200 | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 19 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| Head of household, $8,950 | 51 | Child tax credit. Attach Schedule 8812, if required . . | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ _____ | 53 | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Taxes from: **a** ☐ Form 8959 **b** ☐ Form 8960 **c** ☐ Instructions; enter code(s) _____ | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | 61 | |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | |
| | 63 | 2013 estimated tax payments and amount applied from 2012 return | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** | 64a | |
| | b | Nontaxable combat pay election   64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | |
| | 67 | Reserved | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ 8885 **d** ☐ | 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | 72 | |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | 73 | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | |
| Direct deposit? See instructions. | ▶ b | Routing number | ▶ c Type: ☐ Checking ☐ Savings | |
| | ▶ d | Account number | | |
| | 75 | Amount of line 73 you want **applied to your 2014 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions) 77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes. Complete below.** ☐ **No** | | | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| | Your signature | Date | Your occupation | Daytime phone number |
| | Spouse's signature. If a joint return, **both must sign.** | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed   PTIN |
| | Firm's name ▶ | | Firm's EIN ▶ | |
| | Firm's address ▶ | | Phone no. | |

Form **1040** (2013)