IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

**PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO AMERIDOSE'S MOTION FOR ORDER TO PROCEED WITH FDA-AUTHORIZED DESTRUCTION OF RECALLED INVENTORY**

The Plaintiffs' Steering Committee ("PSC") hereby responds to Ameridose's Motion for Order to Proceed with FDA-Authorized Destruction of Recalled Inventory, ECF No. 1090.

In response to Ameridose's motion, the PSC asked Ameridose to provide a list of all products that Ameridose wants to destroy. Counsel for Ameridose has not provided the PSC with a list. The PSC understands that Ameridose seeks to destroy only products that were manufactured, compounded, or otherwise made somewhere other than the Waverly Street, Framingham facility ("non-Framingham products").

The PSC canvased the civil actions in the MDL and was unable to identify any action alleging that a non-MPA, non-Framingham product caused a plaintiff's injury.

The PSC also sent emails to its list of all plaintiffs' counsel representing both plaintiffs in the MDL and victims who have not yet filed civil actions in this MDL. The PSC twice informed plaintiffs' counsel about Ameridose's motion and asked that anyone with a case alleging injuries caused by a non-MPA, non-Framingham product inform the PSC. To date, no plaintiff attorney has informed the PSC that he has a claim premised on a non-MPA, non-Framingham product.

The PSC also confirmed that the United States Attorney's office was aware of Ameridose's motion. The U.S. Attorney informed the PSC that it did not object to Ameridose's motion.

In light of the foregoing, and based on the PSC's limited understand of the universe of products Ameridose seeks to destroy, the PSC takes no position on Ameridose's motion. But if Ameridose is seeking to destroy any products that were compounded, manufactured, or otherwise made in the Framingham facility, the PSC objects until such time as the PSC is given access to those products and an ability to preserve evidence.

Dated:  May 12, 2014                                             Respectfully submitted,

**/s/ Kristen A. Johnson**
Thomas M. Sobol
Kristen A. Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcentercom

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 12, 2014

                                                **/s/ Kristen A. Johnson**
                                                Kristen A. Johnson, BBO # 667261