**<u>Exhibit 2</u>**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
|  | ) MDL NO.: 1:13-md-2419-FDS |
| ——————————————— | ) ) |
| *THIS DOCUMENT RELATES TO:* ALL ACTIONS | ) ) ) ) ) |
| ——————————————— | ) ) ) |

## SECOND DECLARATION OF ROMMEL MAPA

I, Rommel Mapa, declare under penalty of perjury that the following is true and correct to the best of my knowledge, pursuant to 28 U.S.C. § 1746:

1.      I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

2.      DRC serves as claims agent for Paul D. Moore, in his capacity as Chapter 11 Trustee of New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center ("NECC").

3.      Pursuant to that certain *Order (I) Establishing Deadline for Submitting Proofs of Claim, (II) Approving Certain Additional Requirements and Procedures for Personal Injury Tort and Wrongful Death Claims and (III) Approving Form and Manner of Notice Thereof* [Bankr. Doc. No. 582] (the "Bar Date Order") entered by the United States Bankruptcy Court for the District of Massachusetts on September 27, 2013, DRC was designated as the recipient for all proofs of claim in the NECC chapter 11

case.

4.    I have reviewed the claims received by DRC on or before the applicable claims bar date (January 15, 2014 at 4:00 p.m. prevailing Eastern Time) and have determined that all but one of the fifty-nine (59) plaintiffs represented by Crandall & Katt who filed actions against Insight Health Corp. on May 6, 2014 (the "Crandall & Katt Plaintiffs"), Eduardo S. Figueredo, have submitted proofs of claim in the NECC chapter 11 case.

5.    Attached hereto as Exhibit A is a chart identifying the name of each individual Crandall & Katt Plaintiff, the date on which each Objector filed its proof of claim, and the number assigned to each respective proof of claim.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  May 12, 2014                    /s/ Rommel Mapa
                                        Rommel Mapa

DM3\2902559.2

# **Exhibit A**

| Name | Claim No. | Date Filed | Claim Amount |
|---|---|---|---|
| AGNEW, LISA A. | 2221 | 1/13/2014 | 3,000,000.00 |
| ALLEN, HILDA C. | 669 | 1/3/2014 | 3,000,000.00 |
| ANDREWS, TOSHA, ADMINSTRATOR OF THE ESTATE OF SARA D. CULP A/K/A/ SARA D. ANDREWS, DECEASED | 670 | 1/3/2014 | 7,000,000.00 |
| BARLEY, JR., DAVID A. | 671 | 1/3/2014 | 3,000,000.00 |
| BERGER, VIRGINA L. | 672 | 1/3/2014 | 3,000,000.00 |
| BISHOP, SHARON W., EXECUTOR OF THE ESTATE OF KATHY W. SINCLAIR, DECEASE | 673 | 1/3/2014 | 7,000,000.00 |
| BOWLING, VIOLA M. | 674 | 1/3/2014 | 3,000,000.00 |
| BOYD, ANNA D. | 704 | 1/3/2014 | 3,000,000.00 |
| BREWSTER, BRENDA G. | 675 | 1/3/2014 | 3,000,000.00 |
| BROOM, VONDA K. | 1493 | 1/10/2014 | 3,000,000.00 |
| BROWN, ANN D. | 2603 | 1/14/2014 | 3,000,000.00 |
| BROWN, SYBIL A. | 1494 | 1/10/2014 | 3,000,000.00 |
| BRUMFIELD, WILMA T. | 676 | 1/3/2014 | 3,000,000.00 |
| BUCHANAN, DEBRA P., EXECUTOR OF THE ESTATE OF JEAN R. PARSONS, DECEASED | 1495 | 1/10/2014 | 7,000,000.00 |
| CLARK, MARVIN J. | 2220 | 1/13/2014 | 3,000,000.00 |
| CLARK, ROBERT E. | 1496 | 1/10/2014 | 3,000,000.00 |
| CLEMONS, MICHAEL D. | 2219 | 1/13/2014 | 3,000,000.00 |
| CLODFELTER, REBECCA T. | 677 | 1/3/2014 | 3,000,000.00 |
| COLLINS, CAROL S. | 678 | 1/3/2014 | 3,000,000.00 |
| COLLINS, SR., JOHN D. | 630 | 1/3/2014 | 3,000,000.00 |
| CONNER, EDWARD L. | 1497 | 1/10/2014 | 3,000,000.00 |
| CRAGGETT, OSCAR J. | 631 | 1/3/2014 | 3,000,000.00 |
| CRAWFORD, SR., DONALD G. | 632 | 1/3/2014 | 3,000,000.00 |
| ENGLISH, HARRY M. | 633 | 1/3/2014 | 3,000,000.00 |
| FIGUEREDO, EDUARDO S. | N/A | N/A | N/A |
| FORRY, GIRARD S. | 634 | 1/3/2014 | 3,000,000.00 |
| FRALIN, CHRISTY A. | 1506 | 1/10/2014 | 3,000,000.00 |
| GALARNEAU, AMANDA J. | 635 | 1/3/2014 | 3,000,000.00 |
| GASKINS, ATLAS L. | 636 | 1/3/2014 | 3,000,000.00 |
| HALL, KENNETH E. | 637 | 1/3/2014 | 3,000,000.00 |
| HANNABASS, ROBIN A. | 638 | 1/3/2014 | 3,000,000.00 |
| JARRETT, ANTHONY J. | 639 | 1/3/2014 | 3,000,000.00 |
| JONES, DENISE B. | 640 | 1/3/2014 | 3,000,000.00 |
| LUGAR, BOBBY STEVEN | 641 | 1/3/2014 | 3,000,000.00 |
| MATTHEWS, JAMES W. | 642 | 1/3/2014 | 3,000,000.00 |

| Name | Claim No. | Date Filed | Claim Amount |
|------|-----------|------------|--------------|
| MILLER, TAMELA M., EXECUTOR OF THE ESTATE OF SYDNEY M. CREASY, DECEASED | 1500 | 1/10/2014 | 7,000,000.00 |
| MILLER, VIRGINIA C. | 1501 | 1/10/2014 | 3,000,000.00 |
| MUSE, GREGORY L. | 1503 | 1/10/2014 | 3,000,000.00 |
| NICELY, DANNY K. | 1507 | 1/10/2014 | 3,000,000.00 |
| NICELY, JOHN D. | 643 | 1/3/2014 | 3,000,000.00 |
| NIPPER, SHARON G. | 644 | 1/3/2014 | 3,000,000.00 |
| PERDUE, SR., CHARLES P. | 645 | 1/3/2014 | 3,000,000.00 |
| PHILLIPS, NANCY F. | 647 | 1/3/2014 | 3,000,000.00 |
| POWELL, MICHELLE H. | 646 | 1/3/2014 | 5,000,000.00 |
| SCOTT, VICKI G. | 648 | 1/3/2014 | 3,000,000.00 |
| SHERRILL, CHRISTOPHER L. | 649 | 1/3/2014 | 5,000,000.00 |
| SHREWSBURY, JAMES S. | 650 | 1/3/2014 | 3,000,000.00 |
| SMITH, LLOYD | 651 | 1/3/2014 | 3,000,000.00 |
| STEVENS, JACKIE L. | 1504 | 1/10/2014 | 3,000,000.00 |
| STOVER, DAVID G. | 1508 | 1/10/2014 | 3,000,000.00 |
| TAYLOR, SR., JOHNNY | 652 | 1/3/2014 | 3,000,000.00 |
| TURNER, DANIEL A. | 653 | 1/3/2014 | 3,000,000.00 |
| UNDERWOOD, DAVID G. | 654 | 1/3/2014 | 3,000,000.00 |
| VELEZ, LUZ E. | 705 | 1/3/2014 | 3,000,000.00 |
| WEST, DONNA M. | 707 | 1/3/2014 | 3,000,000.00 |
| WHITTAKER, BARBARA D. | 708 | 1/3/2014 | 3,000,000.00 |
| WILLIAMS, CHERYL D. | 709 | 1/3/2014 | 3,000,000.00 |
| WOOD, DARLENE S. | 710 | 1/3/2014 | 3,000,000.00 |
| WOODY, BEVERLY B. | 1492 | 1/10/2014 | 3,000,000.00 |