# GIDEON, COOPER & ESSARY
A PROFESSIONAL LIMITED LIABILITY COMPANY

315 DEADERICK STREET, SUITE 1100
NASHVILLE, TENNESSEE 37238
(615) 254-0400
FAX (615) 254-0459
www.gideoncooper.com

C. J. GIDEON, JR.[1]
DIXIE W. COOPER[2]
BRYAN ESSARY[3]
CHRIS J. TARDIO[4]
CHRISTOPHER A. VRETTOS
ALAN S. BEAN
JAMES C. SPERRING
JOSHUA R. ADKINS
KIM J. KINSLER[5]
RANDA VON KANEL
J. BLAKE CARTER[1]
MARK A. HAMMERVOLD[1]
MATTHEW H. CLINE
SPENCER C. THOMAS[6]

[1]LICENSED IN TN & FL
[2]LICENSED IN TN, AL & TX
[3]LICENSED IN TN & GA
[4]LICENSED IN TN & KY
[5]LICENSED IN TN & WI
[6]LICENSED IN TN & MT

NIKKI L. WILLIAMS
nikki@gideoncooper.com

May 7, 2014

United States District Court
Clerk of Court
John J. Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: *In re: New England Compounding Pharmacy;* MDL 1:13-md-02419-RWZ (D. Mass.)

Dear Sir or Madam:

Please find enclosed one CD plus one copy entitled "Exhibit A-Reply of the Tennessee Clinic Defendants to the PSC's Response to the Tennessee Clinic Defendants' Global Motion to Dismiss [Dkt. 1112]-Legislative History" for filing as Exhibit A to the Reply of the Tennessee Clinic Defendants to the PSC's Response to the Tennessee Clinic Defendants' Global Motion to Dismiss [Dkt. 1112], in the above-referenced litigation. Please time-stamp one of the CDs and return it to me in the enclosed, stamped self-addressed envelope.

Please contact me with any questions or concerns.

Sincerely,

Nikki L. Williams
*Legal Assistant*

/nlw
Encls.

cc: Gerard Stranch, IV
    Ben Gastel