# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

## [PROPOSED] ORDER

On April 30, 2014, the Plaintiffs' Steering Committee and counsel for UniFirst Corporation filed an Amended Joint Motion for Order regarding Briefing Schedule [ECF No. 1102]. The Court grants the Motion and orders:

1. The PSC will file its Response to UniFirst's Motion to Dismiss [ECF No. 1050] no later than June 2, 2014;

2. UniFirst will file its reply to the PSC Response no later than June 23, 2014.

**So Ordered**.

By: _____
Rya W. Zobel
United States District Court Judge

Dated: _____, 2014