AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| BRITTANY HENLEY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:13-MD-2419-RWZ |
| UNIFIRST CORPORATION, ET AL ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRITTANY HENLEY.

Date:  05/14/2014

/s/ James E. Girards
*Attorney's signature*

James E. Girards   TX Bar No. 079870500
*Printed name and bar number*

10,000 N. Central Expressway
Suite 400
Dallas, Texas 75231
*Address*

jim@girardslaw.com
*E-mail address*

(214) 346-9529
*Telephone number*

(214) 346-9532
*FAX number*

## CERTIFICATE OF SERVICE

I, James Girards, hereby certify that a copy of the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants with the Court's filing system, and paper copies will be sent to those indicated as non registered participants.

  /s/James Girards_____
James E. Girards
The Girards Law Firm
Texas State Bar No. 07980500
10,000 N. Central Expressway, Suite 400
Dallas, Texas 75231
Telephone:  214-346-9529
Facsimile: 214-346-9532
jim@girardslaw.com

Dated: May 14, 2014