UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> ) <br> **Artis v. Insight Health Corp.,** *et al.* ) <br> **(Docket No. PENDING)** ) <br> ) <br> **Bender v. Insight Health Corp.,** *et al.* ) <br> **(Docket No. PENDING)** ) <br> ) <br> **Bradley v. Insight Health Corp.,** *et al.* ) <br> **(Docket No. PENDING)** ) <br> ) <br> **Brown v. Insight Health Corp.,** *et al.* ) <br> **(Docket No. PENDING)** ) <br> ) <br> **Brown v. Insight Health Corp.,** *et al.* ) <br> **(Docket No. PENDING)** ) <br> ) <br> **Courtney v. Insight Health Corp.,** *et al.* ) <br> **(Docket No. PENDING)** ) <br> ) <br> **Epperly v. Insight Health Corp.,** *et al.* ) <br> **(Docket No. PENDING)** ) <br> ) <br> **Filson v. Insight Health Corp.,** *et al.* ) <br> **(Docket No. PENDING)** ) <br> ) <br> **Foutz v. Insight Health Corp.,** *et al.* ) <br> **(Docket No. PENDING)** ) <br> ) <br> **Harris v. Insight Health Corp.,** *et al.* ) <br> **(Docket No. PENDING)** ) <br> ) <br> **Holbrook v. Insight Health Corp.,** *et al.* ) <br> **(Docket No. PENDING)** ) <br> ) <br> **Johnston v. Insight Health Corp.,** *et al.* ) <br> **(Docket No. PENDING)** ) <br> ) | **MDL No. 2419** <br> **Dkt. No. 1:13-md-2419 (RWZ)** <br><br> **Judge Rya W. Zobel** |

1

| | |
|---|---|
| **Kalinoski v. Insight Health Corp.,** *et al.* | ) |
| **(Docket No. PENDING)** | ) |
| | ) |
| **McFarlane v. Insight Health Corp.,** *et al.* | ) |
| **(Docket No. PENDING)** | ) |
| | ) |
| **Shuck v. Insight Health Corp.,** *et al.* | ) |
| **(Docket No. PENDING)** | ) |
| | ) |
| **Smith v. Insight Health Corp.,** *et al.* | ) |
| **(Docket No. PENDING)** | ) |
| | ) |
| **Smith v. Insight Health Corp.,** *et al.* | ) |
| **(Docket No. PENDING)** | ) |
| | ) |
| **Wertz v. Insight Health Corp.,** *et al.* | ) |
| **(Docket No. PENDING)** | ) |
| | ) |
| **White v. Insight Health Corp.,** *et al.* | ) |
| **(Docket No. PENDING)** | ) |
| | ) |
| **Whitlow v. Insight Health Corp.,** *et al.* | ) |
| **(Docket No. PENDING)** | ) |
| _____ | ) |

## NOTICE OF APPEARANCES

In response to the Court's Memorandum of Decision dated May 15, 2014, attorneys Stephen D. Busch, Diane Flannery, and Samuel T. Towell of McGuireWoods LLP, 901 East Cary Street, Richmond, VA, 23219-4030 hereby notify the Court and all counsel of their appearance as counsel for Defendant Insight Health Corp. in the above-captioned matters, which have been transferred from the Circuit Court for the City of Roanoke, Virginia.

Respectfully submitted,

INSIGHT HEALTH CORP.

DATE: May 20, 2014

*/s/ Samuel T. Towell*_____
Stephen D. Busch (VSB No. 19580)
Diane Flannery (VSB No. 85286)
Samuel T. Towell (VSB No. 71512)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Tel: (804) 775-1000
Fax: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
stowell@mcguirewoods.com

**CERTIFICATE OF SERVICE**

   I hereby certify that I caused a true and correct copy of the foregoing Notice of Appearances to be filed electronically via CM/ECF this 20th day of May 2014, which will send a Notification of Electronic Filing (NEF) to all counsel of record registered to receive such notice.

            /s/ Samuel T. Towell_____
            Samuel T. Towell (VSB No. 71512)
            McGUIREWOODS LLP
            One James Center
            901 East Cary Street
            Richmond, VA 23219-4030
            Tel.: (804) 775-1000
            Fax: (804) 775-1061
            stowell@mcguirewoods.com

            *Counsel for Insight Health Corp.*

57248602_1