UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND                          )
COMPOUNDING PHARMACY, INC.                  )
PRODUCTS LIABILITY LITIGATION               )
                                            )
This matter relates to:                     )        MDL No. 1:13-md-2419-FDS
                                            )
        All Actions                         )
                                            )

RWZ [PROPOSED] ORDER

On April 11, 2014, Defendant Ameridose, LLC, filed its Motion to Proceed with

FDA-Authorized Destruction of Recalled Inventory (Doc. 1090).     Two parties, "the

Tennessee Clinic Defendants" (Saint Thomas Outpatient Neurosurgical Center, LLC;

Howell Allen Clinic, a Professional Corporation; John W. Culclasure, MD; Debra V.

Schamberg, RN; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD;

and Kenneth Lister, MD, PC) and Unifirst Corporation, requested an opportunity to

extend the response time to Ameridose's motion.

In subsequent discussions, counsel for these two parties and Ameridose, along

with the PSC, reached an agreement with regard to the destruction of Ameridose's

inventory of recalled "controlled substances."     In particular, Ameridose shall be

permitted to destroy, according to the protocols approved by FDA, any "controlled

substance" – drugs and other substances commonly referred to as DEA Schedules II, III,

IV and V, and List One Chemicals, and which are listed in the schedules of controlled

substances set forth in 21 USC § 811-814 and 21 CFR §1308 et seq. – in the recalled

inventory.

On May 2, 2014, the Plaintiffs' Steering Committee filed its response (Doc. 1118) taking no formal position on the motion but reflecting its correct understanding that Ameridose sought to destroy only products made at locations other than 697 Waverly Street in Framingham, Massachusetts. In subsequent discussions between counsel for Ameridose and the PSC this understanding has been confirmed.

Given the reasons advanced, the original motion, the response of the PSC, and the agreement of the Tennessee Clinic Defendants and Unifirst Corporation reflected here, the Court hereby Orders that Ameridose is authorized to destroy any and all controlled substances, as described above, in the recalled inventory, and reserves for later decision the issue of destruction of the remaining recalled inventory.  Nothing in this order shall permit any entity to destroy any recalled products that were produced at 697 Waverly Street in Framingham, Massachusetts.

**IT IS SO ORDERED.**

JUDGE RYA W. ZOBEL

DATE: _May 22_____, 2014