IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LAIBILITY LITIGATION<br><br>This Document Relates to:<br>   All Cases | Master File No. 1:13-MD-2419-FDS<br>MDL Docket No. 2419 |
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This Document Relates to:<br>All Cases | |

**NOTICE OF INTENT TO RESPOND**

COME NOW, Sandra F. Artis; Dana Marlene Bradley; Ronnie A. Brown; Ronald T. Courtney; Trudy R. Epperly; Barbara J. Filson; Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz; Robert Earl Harris, Jr.; Julian D. Holbrook; Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased; Chester T. Kalinoski; Pauline R. McFarlane; Odessa M. Shuck; James Wirt Smith, Jr.; Randolph E. Smith; Patricia S. Brown, John D. Spicer, and Jenae S. Patsell, Executors of the Estate of Louis B. Spicer, Deceased; Rose M. White; and Richard A. Whitlow (the "Roanoke Gentry Locke Plaintiffs"), by counsel, and notify the Court as follows:

1. On May 15, 2014, the Court issued an opinion, ECF No. 1131 in which it directed counsel to inform the Court regarding any steps necessary to effectuate the transfer of cases pursuant to that opinion.

1

2. In accordance with the Court's opinion, the Roanoke Gentry Locke Plaintiffs intend to provide the requested information to the Court in the immediate future. They anticipate filing a response on May 23, 2014.

3. On May 21, 2014, the Trustee filed a Proposed Supplemental Order Granting Chapter 11 Trustee's Motion to Transfer Personal Injury Tort and Wrongful Death Cases to this Court Pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 and Establishing Procedures for Subsequent Removal of Cases, ECF No. 1137.

4. The Roanoke Gentry Locke Plaintiffs ask the Court to defer entry of this or any other order implementing the May 15, 2014, opinion until they have had a chance to provide the transfer information as directed by that opinion and to respond to the Trustee's proposed order

5. The Roanoke Gentry Locke Plaintiffs are promptly preparing responsive materials that will be filed shortly.

WHEREFORE, the Roanoke Gentry Locke Plaintiffs ask the Court to defer entry of an order implementing its May 15th opinion until they have had a chance to respond to it as directed.

ROANOKE GENTRY LOCKE PLAINTIFFS

/s/ J. Scott Sexton
Of Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
H. David Gibson (VSB No. 40641)
James J. O'Keeffe (VSB No. 48620)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400

5002/684/6681852v1

sexton@gentrylocke.com
gibson@gentrylocke.com
okeeffe@gentrylocke.com

*Counsel for Roanoke Gentry Locke Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ J. Scott Sexton