IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>  All Cases | ) Master File No. 1:13-MD-2419-FDS<br>) MDL Docket No. 2419<br>)<br>)<br>)<br>)<br>)<br>) |
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This Document Relates to:<br>All Cases | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ROANOKE GENTRY LOCKE PLAINTIFFS' MOTION TO RECONSIDER AND MOTION TO STAY PENDING APPEAL**

The Roanoke Gentry Locke Plaintiffs ("Plaintiffs"), by counsel, appear specially and respectfully request that this court reconsider all or part of its May 16, 2014 Memorandum of Decision (the "Decision") and that the Court to stay any removal under the Decision until after resolution of the appeal pending in the First Circuit Court of Appeals. The grounds in support of the Plaintiffs Motions are contained in the Memorandum filed herewith and previous memoranda at Case 1:12-cv-12052-FDS, Nos. 210, Case 1:13-md-02419-FDS Nos. 157, 197, 763, 764, and 844. The Plaintiffs also request that the Court reject the proposed order tendered by the Trustee (ECF. No. 1137) for the reasons set forth in the Memorandum filed herewith.

                                                        ROANOKE GENTRY LOCKE PLAINTIFFS

                                                        /s/ J. Scott Sexton
                                                            Of Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III (VSB No. 32891)
H. David Gibson (VSB No. 40641)
Benjamin D. Byrd (VSB No. 76560)
Daniel R. Sullivan (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Roanoke Gentry Locke Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2014, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

                                                        /s/ J. Scott Sexton