UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>v.<br><br>This Document Relates to:<br><br>Kennedy, et al. v. Unifirst Corporation, et al.<br>No: 1:13-cv-13227-RWZ<br><br>Musselwhite v. Unifirst Corporation, et al.<br>No: 1:13-cv-13228 -RWZ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No: 1:13-md-2419-RWZ |

**[PROPOSED] ORDER**

On May 23, 2014, the Plaintiffs' Steering Committee and counsel for Advanced Pain & Anesthesia Consultants, PC d/b/a APAC Centers for Pain Management and Randolph Y. Chang, M.D., filed a Second Amended Joint Motion for Order to Set Briefing Schedule [ECF No. 1143].

The Court grants the Motion and orders:

1. The APAC Defendants shall produce documents in response to the PSC's Subpoena on or before **May 30, 2014**;

2. The PSC will file its Opposition to the APAC Defendants' Motion to Dismiss no later than **June 30, 2014**;

3. The APAC Defendants will file its Reply to the PSC's Response to the Motion, if any, no later than **July 14, 2014**; and (limited to 5 pages)

4. If necessary, the PSC may file a sur-reply to the Reply to the PSC's Response to the Motion, if any, no later than **July 21, 2014**. (limited to 5 pages)

**So Ordered.**

By: _____
Rya W. Zobel
United States District Court Judge

Dated: _____, 2014