UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> v. <br><br> This Document Relates to: <br><br> Brady, et al. v. Unifirst Corporation, et al. No: 1:14-cv-10284-RWZ | MDL No: 1:13-md-2419-RWZ |

## [PROPOSED] ORDER

On May 23, 2014, the Plaintiffs' Steering Committee (the "PSC") and counsel for the following parties: Cincinnati Pain Management Consultants, Inc., Cincinnati Pain Management Consultants Ltd. and Gururau Sudarshan, M.D. (collectively "CPM Defendants"), filed a Joint Motion for Order to Revise Briefing Schedule (ECF No. 1145). The Court finds good cause for the Motion and hereby grants the Motion and orders as follows:

1. CPM Defendants have agreed to produce documents in response to the PSC's Subpoena **in advance of the deadline for the PSC to file an Opposition to the Motion to Dismiss**.

2. The PSC will file its Opposition to the Motion to Dismiss filed by the CPM Defendants no later than **Three weeks after production is made**;

3. The CPM Defendants will file a Reply, if any, not to exceed 5 pages, to the PSC's Opposition to the Motion to Dismiss no later than **Two weeks after the PSC files its Opposition to the Motion to Dismiss**.

4. If necessary, the PSC may file a sur-reply, not to exceed 5 pages, to the Reply to the PSC's Opposition to the Motion to Dismiss filed by the CPM Defendants no later than **Two weeks after CPM Defendants file their Reply**.

1

**So Ordered.**

                                                                                _____
                                                                                Rya W. Zobel
                                                                                United States District Judge

Dated: _____, 2014

1459158v1