UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) All Cases ) ) | MDL No. 2419 Dkt. No. 1:13-md-2419 (RWZ) |

**MOTION FOR ADMISSION PRO HAC VICE OF CHRISTOPHER E. TRIBLE**

Defendant Insight Health Corp. ("Insight"), by counsel, hereby moves that Christopher E. Trible be admitted *pro hac vice* in the above action. Pursuant to the procedures set forth in the Court's Order on Admission of Attorneys of January 30, 2014 [Dkt. 827], this motion is accompanied by the Affidavit of Christopher E. Trible (attached as Exhibit A).

Dated:  May 27, 2014
        Boston, Massachusetts

Respectfully submitted,

/s/ Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
Matthew.Matule@skadden.com

Counsel for Insight Health Corp.

**CERTIFICATE OF SERVICE**

I, Matthew J. Matule, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 27, 2014.

Dated: May 27, 2014

/s/ Matthew J. Matule
Matthew J. Matule