UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING         )
PHARMACY, INC. PRODUCTS LIABILITY     )
LITIGATION                            )
                                      )        MDL No. 2419
                                      )        Dkt. No. 1:13-md-2419 (RWZ)
THIS DOCUMENT RELATES TO:             )
                                      )        Judge Rya W. Zobel
All Cases                             )
                                      )

### AFFIDAVIT OF CHRISTOPHER E. TRIBLE

I, Christopher E. Trible, state that:

1.  I am an attorney at the law firm of McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, Virginia 23219, and I represent Insight Health Corp. in the above-captioned actions.

2.  I am a member of the Virginia State Bar and admitted to practice in the Virginia state courts.

3.  I am a member in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER PENALTIES OF PERJURY THIS 27th DAY OF MAY, 2014.

_____
Christopher E. Trible

1