**Exhibit A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | )<br>)<br>) MDL No. 1:13-md-2419-RWZ<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING EMERGENCY MOTION OF INSIGHT HEALTH CORP. FOR ENTRY OF AN ORDER IN AID OF THIS COURT'S MEMORANDUM OF DECISION TRANSFERRING ADDITIONAL PERSONAL INJURY TORT AND WRONGFUL DEATH CASES TO THIS COURT, DATED MAY 15, 2014 [MDL DOC. NO. 1131] <u>ENJOINING GENTRY LOCKE PLAINTIFFS</u>**

On May 27, 2014, Insight Health Corp. filed an emergency motion for entry of an Order in Aid of Implementation of this Court's Memorandum of Decision Transferring Additional Personal Injury Tort and Wrongful Death Cases to this Court, dated May 15, 2014, (MDL Doc. No. 1131) Enjoining Gentry Locke Plaintiffs (the "**Motion**").  Upon the Motion, the memorandum of law, the Declaration of Christopher E. Trible, and for the reasons set forth at the hearing on the Motion, this Court finds good cause for the Motion and hereby grants the Motion and orders as follows:

1.  The Plaintiffs represented by the law firm of Gentry, Locke, Rakes & Moore, LLP (the "**Gentry Locke Plaintiffs**") and their counsel shall refrain from taking any action in the Circuit Court of the City of Roanoke, Virginia with respect to the State Court Actions, including any action to present orders with respect to the State Court Actions that this Court transferred pursuant to this Court's Memorandum of Decision, dated May 15, 2014 (MDL Doc. No. 1131) (the "**Decision**").

2.     Any actions taken by the Gentry Locke Plaintiffs or their counsel in the Roanoke City Circuit Court after May 13, 2014, the date this Court announced that it would allow the Trustee's Supplemental Transfer Motion (MDL Doc. No. 732), and any orders entered by the Roanoke City Circuit Court entered in the State Court Actions as a result of such actions, shall be null and void.

**So Ordered.**

Dated: _____, 2014

_____
Rya W. Zobel
United States District Judge