UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | ) ) ) ) MDL No. 1:13-md-2419-RWZ ) ) ) ) ) |

**<u>INSIGHT HEALTH CORP.'S NOTICE OF COMPLIANCE</u>**

In compliance with this Court's instructions contained at MDL Docket No. 1151, on May 29, 2014, counsel for Insight Health Corp. provided notice via e-mail of the response deadline and the hearing date and time set regarding the Emergency Motion of Insight Health Corp. for Entry of an Order in Aid of this Court's Memorandum of Decision Transferring Additional Personal Injury Tort and Wrongful Death Cases to this Court, dated May 15, 2014 [MDL Doc. No. 1131] Enjoining Gentry Locke Plaintiffs (MDL Docket No. 1149) (the "<u>Motion</u>") to J. Scott Sexton of Gentry, Locke, Rakes & Moore LLP, Virginia counsel for the Gentry Locke Plaintiffs (as defined in the Motion), and confirmed via telephone that Mr. Sexton received the same.

[*Remainder of Page Intentionally Left Blank*]

Dated: May 29, 2014
      Boston, Massachusetts

Respectfully submitted,

/s/ *Matthew J. Matule*
Matthew J. Matule (BBO # 632075)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
Matthew.Matule@skadden.com

-and-

Albert L. Hogan, III (admitted *pro hac vice*)
Ron E. Meisler (admitted *pro hac vice*)
Carl T. Tullson
155 N. Wacker Drive
Chicago, IL 60606
(312) 407-0700
Al.Hogan@skadden.com
Ron.Meisler@skadden.com
Carl.Tullson@skadden.com

-and-

Stephen D. Busch  (admitted *pro hac vice*)
Christopher E. Trible (admitted *pro hac vice*)
Samuel T. Towell (admitted *pro hac vice*)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
(804) 775-1000
sbusch@mcguirewoods.com
ctrible@mcguirewoods.com
stowell@mcguirewoods.com

Counsel for Insight Health Corp.

---

**CERTIFICATE OF SERVICE**

    I, Matthew J. Matule, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 29, 2014.

Dated: May 29, 2014   /s/ *Matthew J. Matule*
                            Matthew J. Matule