| | |
|---|---|
| **GEROLAMO, McNULTY, DIVIS & LEWBART** <br> **BY: FRANK A. GEROLAMO** <br> **IDENTIFICATION NO: 35234** <br> **121 SOUTH BROAD STREET** <br> **14th FLOOR** <br><br> **PHILADELPHIA, PA  19107** <br> **(215)790-8400** | **Re. MDL** <br> **No. 1:13-md-2419-FDS** *RWZ* <br><br> **United States District Court** <br> **District of Massachusetts** |

RECEIVED
Clerk's Office
USDC, Mass.
Date 5-27-14
By CMK
Deputy Clerk

I, Daniel J. Divis, aver as follows:

1. I have been a member of the Pennsylvania Bar and the New Jersey Bar since 1991.

2. I am a member in good standing.

3. There are no disciplinary proceedings pending against me in either Pennsylvania or New Jersey.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

BY: _____
Daniel J. Divis, Esquire

Sworn to and subscribed before

me this  23rd  day of

_____May_____, 2014

_____
Teresa M. Marcinkiewicz
Notary Public

My commission expires: 10/31/2015

```
NOTARIAL SEAL
TERESA M MARCINKIEWICZ
Notary Public
PHILADELPHIA CITY, PHILADELPHIA CNTY
My Commission Expires Oct 31, 2015
```

| | |
|---|---|
| **GEROLAMO, McNULTY, DIVIS & LEWBART** | Re. MDL |
| BY: FRANK A. GEROLAMO | No. 1:13-md-2419-~~FDS~~ -RWZ |
| IDENTIFICATION NO: 35234 | |
| 121 SOUTH BROAD STREET | United States District Court |
| 14th FLOOR | District of Massachusetts |
| PHILADELPHIA, PA  19107 | |
| (215)790-8400 | |

I, Frank A. Gerolamo, aver as follows:

1. I have been a member of the Pennsylvania Bar since 1981.

2. I am a member in good standing.

3. There are no disciplinary proceedings pending against me.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

BY: _____
Frank A. Gerolamo, Esquire

Sworn to and subscribed before

me this __23rd__ day of

____May____, 2014

_____
Notary Public

My commission expires: 10/31/2015

NOTARIAL SEAL
TERESA M MARCINKIEWICZ
Notary Public
PHILADELPHIA CITY, PHILADELPHIA CNTY
My Commission Expires Oct 31, 2015