

DUPLICATE

Court Name: District Court
Division: 1
Receipt Number: 1BST043808
Cashier ID: tbartlet
Transaction Date: 05/29/2014
Payer Name: GEROLAMO, MCNULTY

PRO HAC VICE
 For: DANIEL DIVIS
 Case/Party: D-MAX-1-14-AT-PROHAC-001
 Amount:     $100.00
PRO HAC VICE
 For: FRANK GEROLAMO
 Case/Party: D-MAX-1-14-AT-PROHAC-001
 Amount:     $100.00

PAPER CHECK CONVERSION
 Remitter: GEROLAMO, MCNULTY
 Check/Money Order Num: 20020
 Amt Tendered:   $200.00

Total Due:       $200.00
Total Tendered:  $200.00
Change Amt:      $0.00

PRO HAC VICE

13MD2419RWZ

GEROLAMO, MCNULTY

FBO DIVIS, GEROLAMO

Only when the bank clears the check
or verifies credit of funds is the
fee or debt officially paid or
discharged. A $53.00 fee will be
charged for returned checks.