

Tucker
Ellis | LLP

950 Main Avenue, Suite 1100 | Cleveland, OH 44113-7213 | TEL 216.592.5000 | FAX 216.592.5009

May 30, 2014

DIRECT DIAL 216.696.2276 | MMoriarty@tuckerellis.com

The Honorable Rya Zobel
United States District Court
Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  Fungal Meningitis MDL  (Your case no. 1:13-MD 02419)

Dear Judge Zobel:

We represent Ameridose LLC. We noticed that the cases list (Attachment A) attached to docket #1137, a proposed order, contains out-of-date information about nine of the Virginia cases. The list attached to this letter reflects the correct status of those nine cases.

Please have your staff contact me if you have any questions. Thank you for your time and consideration.

Respectfully yours,

Matthew P. Moriarty

MPM:llw
Enclosure

cc:     Kristen Johnson  kristenj@hbsslaw.com
        Frederic Fern  ffern@harrisbeach.com
        Michael Gottfried  mrgottfried@duanmorris.com
        Lauren M. Ellerman  lellerman@frithlawfirm.com
        Heather L. Carlton  hcarlton@mcguirewoods.com
        Patrick T. Fennell  pfennell@crandalllaw.com
        John P. Fishwick, Jr.  jpf@vatrials.com
        John Jessee  john.jessee@leclairryan.com
        Rebecca Herbig  Rebecca.herbig@bowmanandbrooke.com
        Joseph P. Thomas  jthomas@ulmer.com
        mcathey@jonesglenn.com
        andy@brownjenningslaw.com

CLEVELAND  COLUMBUS  DENVER  LOS ANGELES  SAN FRANCISCO | tuckerellis.com

013260.000001 2013950.1

**EXHIBIT**

Certain Cases to be Transferred to the United States District Court for the District of Massachusetts

| Case Name | Court | Case No. | Removal | Motion for Remand | JPML Opposition to CTO |
|---|---|---|---|---|---|
| *Agnew, Lisa A., et al. v. Insight Health Corp., et al.* | U.S.D.C., W.D. Va. Roanoke Division | 7:14-cv-00250-MFU | 5/15/14 | N/A | Yes Pending |
| *Andrews, Tosha, Administrator of the Estate of Sara D. Culp a/k/a Sara D. Andrews, Deceased v. Insight Health Corp., et al.* | U.S.D.C., W.D. Va. Roanoke Division | 7:14-cv-00253-MFU | 5/15/14 | N/A | Yes Pending |
| *Austin, Gladys G., et al. v. Insight Health Corp., et al.* | U.S.D.C., W.D. Va. Roanoke Division | 7:14-cv-000166-MFU | 4/11/14 | Yes Pending | Yes Pending |
| *Baker, Chance Everett v. Alanus Pharmaceutical, LLC, et al.* | U.S.D.C., W.D. Va. Roanoke Division | 7:14-cv-00095-MFU | 3/10/14 | Yes Pending | Yes Pending |
| *Bell, Nora v. Insight Health Corp., et al.* | U.S.D.C., W.D. Va. Roanoke Division | 7:14-cv-000164-MFU | 4/11/14 | Yes Pending | Yes Pending |
| *Bishop, Sharon W., Executor of the Estate of Kathy W. Sinclair, Deceased v. Insight Health Corp., et al.* | U.S.D.C., W.D. Va. Roanoke Division | 7:14-cv-00254-MFU | 5/15/14 | N/A | Yes Pending |
| *Buchanan, Debra P., Executor of the Estate of Jean R. Parsons, Deceased v. Insight Health Corp., et al.* | U.S.D.C., W.D. Va. Roanoke Division | 7:14-cv-00251-MFU | 5/15/14 | N/A | Yes Pending |
| *Miller, Tamela M., Executor of the Estate of Sydney M. Creasy, Deceased v. Insight Health Corp., et al.* | U.S.D.C., W.D. Va. Roanoke Division | 7:14-cv-00252-MFU | 5/15/14 | N/A | Yes Pending |
| *Neal, William, Administrator of the Estate of Lucy Byrd Neal v. Insight Health Corp., et al.* | U.S.D.C., W.D. Va. Roanoke Division | 7:14-cv-000165-MFU | 4/11/14 | Yes Pending | Yes Pending |