IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION                                                    Case No. 1:13-md-02419-RWZ

**This document relates to all cases.**

### RESPONSE AND OPPOSITION BY ROANOKE-AREA LICHTENSTEINFISHWICK AND BROWN & JENNINGS INTERVENORS TO THE "EMERGENCY" MOTION BY INSIGHT HEALTH CORPORATION [ECF NO. 1149]

The below-named Roanoke-Area LichtensteinFishwick and Brown & Jennings Intervenors ("Intervenors")[1], by counsel, appear specially to note their opposition to the "emergency motion" (ECF No. 1149) filed by Insight Health Corporation ("Movant"), asking that this Court enjoin the "Roanoke Gentry Locke Plaintiffs" from "taking any action" (*see* ECF No. 1149 at 1) with respect to suits filed by those plaintiffs in the Circuit Court for the City of Roanoke ("State Court").  The subject suits remain pending in the State Court and have not been removed to or otherwise transferred to this Court.  While the emergency motion does not seek to enjoin these Intervenors, it does appear to ask the Court to enjoin counsel for the Roanoke Gentry Locke Plaintiffs from taking any action with respect to cases that were filed in the State Court by these Intervenors.  *See id.* at 1.

These Intervenors have argued in multiple earlier submissions that this Court does not have "related to" jurisdiction and that the exercise of such jurisdiction is contrary to established

---

[1] Previously, *see* ECF Nos. 129, 159, 792 and 1056, these Intervenors have appeared specially for the limited purpose of opposing the Trustee's Renewed Transfer Motion (ECF No. 732), consistent with ¶1(a) of MDL Order No. 5 (ECF No. 87).  Like those earlier submissions, this submission is without waiver of these Intervenors' rights and without consent to the jurisdiction of this Court, generally or specifically, over the suits that these Intervenors filed in the State Court on March 13, 2014.  Those suits were subsequently removed to the U.S. District Court for the Western District of Virginia, and are the subject of motions to remand pending in that court.

principles of federalism. Federalism boundaries will be crossed even further if this Court grants the injunctive relief sought by Movant.

These Intervenors write in support of the Gentry Locke Plaintiffs and ask the Court to deny the emergency motion. As discussed by the Gentry Locke Plaintiffs, use of the "necessary in aid of" jurisdiction exception to the Anti-Injunction Act to enjoin state courts is extremely disfavored and the reach of this exception is construed narrowly. Movant's discussion of the applicable law largely leaves "necessary" out of its analysis; however, that critical term cannot be read out of the statute. As discussed by the Gentry Locke Plaintiffs, and effectively echoed today by the Plaintiffs' Steering Committee, *see* ECF No. 1162, the relief sought by Movant is not "necessary" to aid the jurisdiction this Court has said it will exercise (but which arguably the Court has not yet exercised).

For the reasons set forth above, these Intervenors ask that the Court deny Movant's emergency motion.

[remainder of this page intentionally left blank]

Respectfully submitted,

**ROANOKE-AREA LICHTENSTEINFISHWICK INTERVENORS:**

| | |
|---|---|
| **Gladys G. Austin** | **Larry Hall** |
| **Richard Blankenship** | **Frank Haranzo, Jr.** |
| **Cheryl Brogan** | **Susanne Hastings** |
| **Kimberly Chitwood** | **Jacob Helm** |
| **Christopher Compton** | **Stuart Katz** |
| **Shirley Doyle** | **Melissa Marshall** |
| **Renate Fariss** | **John Marsinko** |
| **Nancy Goodfellow** | **Jane Mckeon** |
| **Norma Hurley** | **William L. Neal, Administrator** |
| **Mabel Hutcherson** | **Angela Norman** |
| **Arnold Moon** | **Larry Rice** |
| **Rosanne Moon** | **Deanna Smith** |
| **Sharon Overstreet** | **Stevie Thomas** |
| **Mary Radford** | **Brenda Varley** |
| **Audrey Ransome** | **Christine Wheeler** |
| **Nosworthy Reid** | |

By:   /s/ Gregory L. Lyons
          Of Counsel

John E. Lichtenstein (VSB #27048)
E-mail:  jel@vatrials.com
John P. Fishwick, Jr. (VSB #23285)
E-mail:  jpf@vatrials.com
Gregory L. Lyons (VSB #24037)
E-mail:  gll@vatrials.com
Monica L. Mroz (VSB #65766)
E-mail: Monica@vatrials.com
Joanna M. Meyer (VSB #86427)
E-mail:  jmm@vatrials.com
LICHTENSTEINFISHWICK PLC
101 South Jefferson St., Suite 400
Roanoke, VA 24011
Ph:    (540) 343-9711
Fax:   (540) 343-9713
   *Counsel for Roanoke-Area LichtensteinFishwick Intervenors*

**BROWN & JENNINGS INTERVENORS:**

**Nora Bell**
**Alma Eden**
**Thomas Goodwin**
**Jimmy Green**
**Patricia Jennings**
**Susan Kincanon**
**Ashlee Lakin**
**Virginia Milne**
**Lori Morris**
**Deborah Rogers**
**David Rose**
**Joseph Smith**
**Vicki Uthus**
**Regina Waddell**
**Doris West**
**Judith Williams**

By:  /s/ Gregory L. Lyons for P. Brent Brown
Of Counsel

P. Brent Brown (VSB # 18760)
E-mail:   brent@brownjenningslaw.com
William A. Jennings (VSB # 24176)
E-mail:   andy@brownjenningslaw.com
BROWN & JENNINGS, PLC
30 Franklin Road, Suite 700
Roanoke, Virginia 24011
Telephone:   (540) 444-4010
Fax:             (540) 444-4011
*Counsel for Brown & Jennings Intervenors*

## CERTIFICATE OF SERVICE

I, Gregory L. Lyons, hereby certify that I filed this document through the CM/ECF system, thereby providing electronic notice of such filing to the registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be provided to those indicated in the NEF as non-registered participants.

  /s/   Gregory L. Lyons
Counsel for Roanoke-Area
LichtensteinFishwick Intervenors
Dated:  June 2, 2014