UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

## SECOND JOINT MOTION OF UNIFIRST CORPORATION AND PLAINTIFFS' STEERING COMMITTEE FOR ORDER TO SET BRIEFING SCHEDULE

Defendant UniFirst Corporation ("UniFirst") and the Plaintiffs' Steering Committee ("PSC") have conferred in order to amend the proposed briefing schedule for the PSC's Response to Defendant's Motion to Dismiss in the above referenced docket, and any Reply by UniFirst. (Master Docket #1114)  As a result, the parties have agreed to the following briefing schedule, as amended:

1. The PSC will file its Response to the Motion no later than July 10, 2014;

2. UniFirst will file its reply to the PSC Response no later than July 30, 2014.

The parties respectfully request that the Court enter the attached Order to formalize the above-described revised briefing schedule.

Date:   June 2, 2014                                  Respectfully Submitted

**/s/ Kristen A. Johnson**
Thomas M. Sobol
Kristen A. Johnson
HAGENS BERMAN SOBOL SHAPIRO
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Mark Zamora
ORLANDO FIRM
315 West Ponce de Leon Ave, #400
Decatur, GA 30030
Telephone: 404-373-1800
mark@markzamora.com
Plaintiffs' Steering Committee

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com
Federal/State Liaison

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344
marc@liptonlawcenter.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: (540) 342-2000
pfennel@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS
PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801

2

Facsimile: (615) 255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

**/s/ Roberto M. Braceras**
James C. Rehnquist (BBO #552602)
Roberto M. Braceras (BBO # 566816)
Abigail K. Hemani (BBO # 650721)
Damian W. Wilmot (BBO # 648693)
Josh L. Launer (BBO # 673661)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109--2881
Telephone: 617.570.1000
Facsimile: 617.523.1231
jrehnquist@goodwinprocter.com
rbraceras@goodwinprocter.com
ahemani@goodwinprocter.com
dwilmot@goodwinprocter.com
jlauner@goodwinprocter.com

*UniFirst Corporation*

## CERTIFICATE OF SERVICE

I, Kristen A. Johnson, hereby certify that I caused a copy of the above *Second Joint Motion of UniFirst Corporation and Plaintiffs' Steering Committee For Order to Set Briefing Schedule* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: June 2, 2014                         */s/ Kristen A. Johnson*
                                            Kristen A. Johnson, BBO # 667261