UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

**THE PLAINTIFFS' STEERING COMMITTEE'S
MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiffs' Steering Committee ("PSC") respectfully requests that the Court allow the Exhibits to the *Declaration of Michael Coren,* appended to Plaintiffs' Surreply to the Premier Defendants' Motion to Dismiss, to be filed under seal.[1]

The Exhibits to the *Coren Declaration* are medical records, prescription records, and billing records containing protected patient-specific information. They include patient names, diagnoses, descriptions of procedures, as well as dates of treatment. Though the *Declaration of Michael Coren* was filed some time ago; the PSC recently became aware that certain exhibits containing protected information are not formally before the Court in unredacted form.

Though this information is properly produced in the context of this litigation, this information is not generally available to the public. For the reasons set forth in Plaintiffs' Surreply, this information is relevant to the issues before the Court. But there is no public interest in making such information generally available. And the PSC believes that privacy interests of the individuals dictate that the documents be sealed.

**WHEREFORE,** the Plaintiffs' Steering Committee respectfully requests that the Court allow the Exhibits to the *Declaration of Michael Coren* be filed under seal.

---

[1] Plaintiffs' Surreply to Premier Defendants' Motion to Dismiss [ECF No. 1097] and the Declaration of Michael Coren [ECF No. 1097-1] were originally filed on April 23, 2014.

1

Dated: June 3, 2014                                  Respectfully Submitted,

*/s/ Kristen A. Johnson*
Thomas M. Sobol (BBO # 471770)
Kristen A. Johnson (BBO # 667261)
**HAGENS BERMAN SOBOL
    SHAPIRO, LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Phone: (617) 482-3700
Fax:    (617) 482-3003
Email: tom@hbsslaw.com
         kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

*/s/ Steven D. Resnick*
Steven D. Resnick, Esquire
**GOLOMB & HONIK, P.C.**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email: sresnick@golombhonik.com

Mary T. Gidaro, Esquire
**SALTZ MONGELUZZI BARRETT
    & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Phone: (215) 575-2979
Fax:    (215) 496-0999
Email: mtgidaro@smbb.com

*Co-Chairs for New Jersey, as designated by
the Plaintiffs' Steering Committee*

*/s/ Mark Zamora*
Mark Zamora, Esquire
**ZAMORA FIRM**
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Phone: (404) 451-7781
Fax:    (404) 506-9223
Email: marc@markzamora.com

2

*Plaintiffs' Steering Committee and New Jersey Liaison*

Elizabeth J. Cabraser, Esquire
Mark P. Chalos, Esquire
Annika K. Martin, Esquire
**LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP**
150 Fourth Avenue North, Suite 1650
Nashville, TN  37219
Phone: (615) 313-9000
Fax:     (615) 313-9965
Email: ecabraser@lchb.com
           mchalos@lchb.com
           akmartin@lchb.com

*Federal/State Liaison*

Kim Dougherty, Esquire
**JANET, JENNER & SUGGS, LLC**
31 St. James Avenue, Suite 365
Boston, MA  02116
Phone: (617) 933-1265
Email: kdougherty@myadvocates.com

Marc E. Lipton, Esquire
**LIPTON LAW**
18930 W. 10 Mile Road
Southfield, MI  48075
Phone: (248) 557-1688
Fax:     (248) 557-6344
Email: marc@liptonlawcenter.com

Patrick T. Fennell, Esquire
**CRANDALL & KATT**
366 Elm Avenue, S.W.
Roanoke, VA  24016
Phone: (540) 342-2000
Email: pfennel@crandalllaw.com

*Plaintiffs' Steering Committee*

3

**CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that I caused a copy of the above *Motion for Leave to File Exhibit Under Seal* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: June 3, 2014  */s/ Kristen A. Johnson*
Kristen A. Johnson, BBO # 667261