UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re:

NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

This Document Relates to:
    All Cases

MDL No. 1:13-md-2419-RWZ

**CERTIFICATE OF COMPLIANCE
WITH BANKRUPTCY COURT DIRECTION
AS TO CREDITOR DARREL CUMMINGS**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the

Chapter 11 case (the "Chapter 11 Case") of New England Compounding Pharmacy, Inc., by

and through its undersigned counsel, hereby gives notice of its compliance with the direction

of the Honorable Henry J. Boroff of the United States Bankruptcy Court for the District of

Massachusetts.

Judge Boroff is presiding over the Chapter 11 Case. During the proceedings held on

May 30, 2014 in the Chapter 11 Case, Judge Boroff directed counsel to the Committee to

provide Mr. Darrel Cummings with the mailing address and telephone number of this Court's

chambers. On June 5, 2014, counsel to the Committee mailed the letter attached hereto as

Exhibit A to Mr. Cummings to provide him with that information.

*[Remainder of page intentionally left blank]*

Dated: June 5, 2014  
      Boston, Massachusetts

Respectfully submitted,

**BROWN RUDNICK LLP**

By: /s/ *William R. Baldiga*  
William R. Baldiga, Esq. (BBO #542125)  
Kiersten A. Taylor, Esq. (BBO #681906)  
One Financial Center  
Boston, Massachusetts 02111  
Telephone: (617) 856-8200  
Facsimile: (617) 856-8201  
wbaldiga@brownrudnick.com  
ktaylor@brownrudnick.com

and

David J. Molton, Esq.  
Seven Times Square  
New York, New York 10036  
Telephone: (212) 209-4800  
Facsimile: (212) 209-4801  
dmolton@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors of New England Compounding Pharmacy, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2014, I caused a copy of the foregoing Certificate of Compliance to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, postage prepaid.


Dated: June 5, 2014
      Boston, Massachusetts          /s/ Carol S. Ennis
                                   Carol S. Ennis

# EXHIBIT A



KIERSTEN A. TAYLOR
direct dial: (617) 856-8306
fax: (617) 289-0798
ktaylor@brownrudnick.com

One
Financial
Center
Boston
Massachusetts
02111
*tel* 617.856.8200
*fax* 617.856.8201

June 05, 2014

Darrel Cummings DC# 088532
South Bay Correctional Facility
P.O. Box 7171
South Bay, FL 33493

**RE:**   **Massachusetts District Court Contact Information**

Dear Mr. Cummings,

As you know, our firm represents the Official Committee of Unsecured Creditors of New England Compounding Center ("NECC"). As per your request and Judge Boroff's direction at the hearing held May 30, 2014, below is the mailing address and telephone number for the chambers of Judge Rya Zobel of the United States District Court for the District of Massachusetts. Judge Zobel is presiding over NECC's multi-district litigation proceedings.

> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, MA 02210
>
> Telephone: (617) 748-9152

Judge Zobel's clerk is Ms. Lisa Urso.

Please do not hesitate to contact me with any questions.

Sincerely,

**BROWN RUDNICK LLP**

*Kiersten A. Taylor /ba*

Kiersten A. Taylor

61667787 v1-WorkSiteUS-030764/0014