UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | ) ) ) ) MDL No. 1:13-md-2419-RWZ ) ) ) ) ) |

**NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR BANKRUPTCY COURT APPROVAL OF SETTLEMENT WITH TENNESSEE BOARD OF PHARMACY AND TENNESSEE DEPARTMENT OF HEALTH**

**PLEASE TAKE NOTICE** that, on May 19, 2014, Paul D. Moore, Chapter 11 Trustee (the "Trustee") of New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center ("NECC") in NECC's Chapter 11 Case No. 12-19882-HJB, filed with the United States Bankruptcy Court for the District of Massachusetts, Eastern Division (the "Bankruptcy Court") his *Chapter 11 Trustee's Motion to Approve Settlement Agreement with the Tennessee Board of Pharmacy and Tennessee Department of Health, and Request to Limit Notice* [Bankr. Dkt. No. 729] (the "Tennessee Settlement Motion"). In accordance with the applicable notice procedures established by the Bankruptcy Court, the Trustee is filing a copy of the Tennessee Settlement Motion and related documents, attached hereto as **Exhibit A**, on the docket of this Court.

Dated: June 6, 2014

                                                  Respectfully submitted,

                                                  DUANE MORRIS LLP

                                                  */s/ Michael R. Gottfried*
                                                  Michael R. Gottfried (BBO #542156)
                                                  100 High Street
                                                  Suite 2400
                                                  Boston, MA 02110-1724
                                                  Phone: (857) 488-4200
                                                  Email: mrgottfried@duanemorris.com

                                                  *Counsel for Paul D. Moore, Chapter 11*
                                                  *Trustee of New England Compounding*
                                                  *Pharmacy, Inc. d/b/a New England*
                                                  *Compounding Center*

DM3\2925865.3

## CERTIFICATE OF SERVICE

I, Michael R. Gottfried, hereby certify that on June 6, 2014, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ *Michael R. Gottfried*
Michael R. Gottfried