UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | )<br>)<br>)<br>) MDL No. 1:13-md-2419-RWZ<br>)<br>)<br>)<br>) |

## NOTICE OF HEARING ON SETTLEMENT
## MOTIONS IN CHAPTER 11 CASE

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the District of

Massachusetts, Eastern Division (the "Bankruptcy Court") has scheduled a hearing on certain

settlement motions, notice of which motions was previously filed in this Court [District Court

Dkt. Nos. 1106 and 1175], and ordered that Paul D. Moore, the chapter 11 trustee for New

England Compounding Pharmacy, Inc., file notice of the hearing on the docket of this Court.  In

accordance with the Bankruptcy Court's order, a copy of the hearing notice is attached hereto as

**Exhibit A**.

Dated: June 6, 2014

Respectfully submitted,

DUANE MORRIS LLP

*/s/ Michael R. Gottfried*
Michael R. Gottfried (BBO #542156)
100 High Street, Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200
Email: mrgottfried@duanemorris.com

*Counsel for Paul D. Moore, Chapter 11*
*Trustee of New England Compounding*
*Pharmacy, Inc. d/b/a New England*
*Compounding Center*

DM3\2926812.4

## **CERTIFICATE OF SERVICE**

I, Michael R. Gottfried, hereby certify that on June 6, 2014, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ *Michael R. Gottfried*
Michael R. Gottfried

DM3\2926812.4