# **Exhibit A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NEW ENGLAND COMPOUNDING<br>PHARMACY, INC.,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 12-19882 (HJB) |

NOTICE OF NONEVIDENTIARY HEARING
ON PROPOSED SETTLEMENTS

**PLEASE TAKE NOTICE** that a **HEARING** will be held on July 14, 2014 at 2:00 p.m. before the Honorable Judge Henry J. Boroff United States Courthouse, 300 State Street, Berkshire Courtroom, Third Floor, Springfield, MA 01105-2924 to consider the following:

1. *Chapter 11 Trustee's Motion to Compromise Controversies and to Approve Plan Support and Funding Agreement, and Related Escrow Agreement, With Certain Insiders and Affiliates of Debtor*;

2. *Chapter 11 Trustee's Motion to Approve Compromise of Controversies and Settlements With Pharmacists Mutual Insurance Company and Maxum Indemnity Company*;

3. *Chapter 11 Trustee's Motion to Approve Compromise of Controversies and Insurance Settlement and Release Agreement With GDC Properties Management, LLC, Its Insurer and Certain of its Insiders*; and

4. *Chapter 11 Trustee's Motion to Approve Settlement Agreement With the Tennessee Board of Pharmacy and Tennessee Department of Health.*

**OBJECTION/RESPONSE DEADLINE:**

Any and all objections/responses must be filed and served by 4:30 p.m. on July 8, 2014.

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2.      Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

NOTICE TO ALL PARTIES SERVED:

1.      **Your rights may be affected.** You should read this notice, the above referenced pleadings and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult with one. **COPIES OF THE ABOVE-REFERENCED MOTIONS ARE AVAILABLE WITHOUT CHARGE FOR DOWNLOAD AT** http://www.donlinrecano.com/necp **OR UPON WRITTEN REQUEST TO THE FOLLOWING:**

>    Kathleen A. Lally
>    Duane Morris LLP
>    100 High Street, Suite 2400
>    Boston, MA  02110-1724
>    Phone:   857-488-4281
>    Fax:     857-488-4201
>    Email:   kalally@duanemorris.com
>
>    Donlin, Recano & Company, Inc.
>    Re: New England Compounding Pharmacy, Inc.
>    Attn: Rommel Mapa
>    P.O. Box 2053
>    Murray Hill Station
>    New York, NY 10156
>    Phone:   212-771-1128
>    Fax:     212-481-1416
>    Email:   rmapa@donlinrecano.com

*PLEASE DO NOT CALL THE COURT OR THE TRUSTEE WITH QUESTIONS ABOUT THIS NOTICE OR FOR LEGAL ADVICE.*

2.      Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071-1.

3.      The above hearing shall be **nonevidentiary.** If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

DATE: June 4, 2014

2