# EXHIBIT 1

**Exhibit 1**

SUITS WHERE THE PLAINTIFF EXPLICITLY ALLEGES EITHER
HEALTH CARE LIABILITY OR ORDINARY NEGLIGENCE
BUT NEVER FILED A CERTIFICATE OF GOOD FAITH.

These suits should be dismissed *with prejudice*. *See* footnote 33 of the Tennessee Clinic Defendants' Reply to the PSC's Response to the Tennessee Clinic Defendants' Motion to Dismiss for Failure to Comply with Tenn. Code Ann. § 29-26-121.

| MDL Case Number | Patient |
| --- | --- |
| 1:13-cv-12428 (RWZ) | Alexander, John |
| 1:13-cv-12738 (RWZ) | Barnard, Robert |
| 1:13-cv-12918 (RWZ) | Cox, Wanda |
| 1:13-cv-12490 (RWZ) | Dingess, Wanda |
| 1:13-cv-12480 (RWZ) | Gobble, Gayla |
| 1:13-cv-12922 (RWZ) | Hubbard, Georgeanne |
| 1:13-cv-12923 (RWZ) | Jackson, Linda |
| 1:13-cv-12998 (RWZ) | Keyes, Edna |
| 1:13-cv-12914 (RWZ) | Lapiska, William |
| 1:13-cv-12491 (RWZ) | Nealon, Dallas |
| 1:13-cv-12843 (RWZ) | Peay, Joan |
| 1:13-cv-12917 (RWZ) | Reed, Wanda |
| 1:13-cv-12489 (RWZ) | Siler, Tracey (nee Privitte) |