# EXHIBIT 2

**Exhibit 2**

<u>SUITS WHERE THE PLAINTIFF PURPORTED TO ALLEGE ONLY PRODUCT LIABILITY BUT ALSO FACTUALLY ALLEGED ORDINARY NEGLIGENCE, AND LATER AMENDED TO EXPLICITLY ADD HCLA CLAIMS AND FILE A CERTIFICATE OF GOOD FAITH</u>

These suits should be dismissed *with prejudice*. *See* footnote 35 of the Tennessee Clinic Defendants' Reply to the PSC's Response to the Tennessee Clinic Defendants' Motion to Dismiss for Failure to Comply with Tenn. Code Ann. § 29-26-121.

| MDL Case Number | Patient |
|---|---|
| 1:13-cv-12619 (RWZ) | Altom, Shenia |
| 1:13-cv-12619 (RWZ) | Barger, Vickie |
| 1:13-cv-12238 (RWZ) | Carman, Cindy |
| 1:13-cv-12426 (RWZ) | Davis, Thomas Randy |
| 1:13-cv-12619 (RWZ) | Ellis, Claudia |
| 1:13-cv-12619 (RWZ) | Groves, Samuel |
| 1:13-cv-12915 (RWZ) | Johnson, John |
| 1:13-cv-12619 (RWZ) | Jones, John Edward |
| 1:13-cv-12619 (RWZ) | Maddox, Lisa |
| 1:13-cv-12619 (RWZ) | May, Angela |
| 1:13-cv-12619 (RWZ) | McWhorter, Wayne |
| 1:13-cv-12619 (RWZ) | Morris, Anthony Clay |
| 1:13-cv-12311 (RWZ) | Schulz, Martha |
| 1:13-cv-12619 (RWZ) | Smiley, Betty |
| 1:13-cv-12619 (RWZ) | Sumner, Peggy Lynn |
| 1:13-cv-12619 (RWZ) | Swann, (Virginia) Gail |
| 1:13-cv-12696 (RWZ) | Temple, Reba |
| 1:13-cv-12619 (RWZ) | Waddey, Gary Wayne |