# EXHIBIT 3

**Exhibit 3**

SUITS WHERE THE PLAINTIFF PURPORTED TO FILE A SUIT ALLEGING ONLY PRODUCT LIABILITY, AND LATER AMENDED TO EXPLICITLY ADD HCLA CLAIMS AND FILE A CERTIFICATE OF GOOD FAITH

These suits should be dismissed *with prejudice*. *See* footnote 41 of the Tennessee Clinic Defendants' Reply to the PSC's Response to the Tennessee Clinic Defendants' Motion to Dismiss for Failure to Comply with Tenn. Code Ann. § 29-26-121.

| MDL Case Number | Patient |
| --- | --- |
| 1:13-cv-12838 (RWZ) | Berry, Fredia |
| 1:13-cv-12596 (RWZ) | Bray, Elizabeth |
| 1:13-cv-12580 (RWZ) | Collins, Judy |
| 1:13-cv-12581 (RWZ) | Graham, Danette |
| 1:13-cv-12836 (RWZ) | Minor, Michelle |
| 1:13-cv-12682 (RWZ) | Norris, Jocelyn |
| 1:13-cv-12688 (RWZ) | Palmer, James |
| 1:13-cv-12733 (RWZ) | Pierce, Terry |
| 1:13-cv-12666 (RWZ) | Redkevitch, Ella |
| 1:13-cv-12583 (RWZ) | Savercool, Shirley |
| 1:13-cv-12734 (RWZ) | White, Margaret |
| 1:13-cv-12597 (RWZ) | Willis, Dale |