# EXHIBIT 4

**Exhibit 4**

SUITS WHERE THE PLAINTIFF FAILED TO IDENTIFY NECC AND THE AFFILIATED DEFENDANTS IN PRESUIT NOTICES SENT TO THE TENNESSEE CLINIC DEFENDANTS

These suits should be dismissed. *See* footnote 63 of the Tennessee Clinic Defendants' Reply to the PSC's Response to the Tennessee Clinic Defendants' Motion to Dismiss for Failure to Comply with Tenn. Code Ann. § 29-26-121.

| MDL Case Number | Patient |
|---|---|
| 1:13-cv-12428 (RWZ) | Alexander, John |
| 1:13-cv-12738 (RWZ) | Barnard, Robert |
| 1:13-cv-12429 (RWZ) | Bequette, Ann |
| 1:13-cv-12838 (RWZ) | Berry, Fredia |
| 1:13-cv-11881 (RWZ) | Bland, Carolyn |
| 1:13-cv-12596 (RWZ) | Bray, Elizabeth |
| 1:13-cv-12612 (RWZ) | Brinton, Laura |
| 1:13-cv-12731 (RWZ) | Brock, Denis |
| 1:13-cv-12668 (RWZ) | Bryant, Margaret |
| 1:13-cv-12679 (RWZ) | Bumgarner, Peggy |
| 1:13-cv-12697 (RWZ) | Burns, Ronda |
| 1:13-cv-12238 (RWZ) | Carman, Cindy |
| 1:14-cv-10041 (RWZ) | Carter, Wilma |
| 1:13-cv-12591 (RWZ) | Chambers, Kathy |
| 1:13-cv-12580 (RWZ) | Collins, Judy |
| 1:13-cv-12918 (RWZ) | Cox, Wanda |
| 1:13-cv-12426 (RWZ) | Davis, Thomas Randy |
| 1:13-cv-12840 (RWZ) | Demps, Jerry |
| 1:13-cv-12729 (RWZ) | Denson, Bobbie |
| 1:13-cv-12841 (RWZ) | Deol, Amarjit |
| 1:13-cv-12667 (RWZ) | Devine, Willia Mae |
| 1:13-cv-12490 (RWZ) | Dingess, Wanda |
| 1:13-cv-12589 (RWZ) | Eggleston, Sue |
| 1:13-cv-12686 (RWZ) | Foster, Bob |
| 1:13-cv-12741 (RWZ) | Fuelling, Dorothy |
| 1:13-cv-12681 (RWZ) | Gambaccini, Patricia |
| 1:13-cv-12480 (RWZ) | Gobble, Gayla |
| 1:13-cv-12581 (RWZ) | Graham, Danette |
| 1:13-cv-12315 (RWZ) | Hester, Marie |
| 1:13-cv-12718 (RWZ) | Higdon, Shirley |
| 1:13-cv-12622 (RWZ) | Hill, Joanne |
| 1:13-cv-12922 (RWZ) | Hubbard, Georgeanne |
| 1:13-cv-12605 (RWZ) | Hurt, Glenda |
| 1:13-cv-12923 (RWZ) | Jackson, Linda |
| 1:13-cv-12915 (RWZ) | Johnson, John |
| 1:13-cv-12621 (RWZ) | Johnson, William |

# **Exhibit 4**

| | |
|---|---|
| 1:13-cv-13120 (RWZ) | Judd, Kenneth |
| 1:13-cv-12998 (RWZ) | Keyes, Edna |
| 1:13-cv-12592 (RWZ) | Kirby, Kelly |
| 1:13-cv-12431 (RWZ) | Kirkwood, Joshua |
| 1:13-cv-12563 (RWZ) | Knight, Betty |
| 1:13-cv-12576 (RWZ) | Knihtila, James |
| 1:13-cv-12590 (RWZ) | Koonce, Carol |
| 1:13-cv-12914 (RWZ) | Lapiska, William |
| 1:13-cv-12617 (RWZ) | Lemberg, Sondra |
| 1:13-cv-12572 (RWZ) | Lodowski, Patricia |
| 1:13-cv-12772 (RWZ) | Lovelace, Eddie |
| 1:13-cv-12624 (RWZ) | Martin, Mary |
| 1:13-cv-12574 (RWZ) | Mathias, Herman |
| 1:13-cv-12234 (RWZ) | May, Frederick |
| 1:13-cv-12610 (RWZ) | McCulloch, Patricia |
| 1:13-cv-12742 (RWZ) | McDavid, Donald |
| 1:13-cv-12625 (RWZ) | McElwee, Basil |
| 1:13-cv-12779 (RWZ) | McKee, Mary |
| 1:13-cv-12692 (RWZ) | McKinney, Joyce |
| 1:13-cv-12616 (RWZ) | Meeker, Mary Lou |
| 1:13-cv-12570 (RWZ) | Miller, Stella |
| 1:13-cv-12836 (RWZ) | Minor, Michelle |
| 1:13-cv-12736 (RWZ) | Morris, Estalene |
| 1:13-cv-12491 (RWZ) | Nealon, Dallas |
| 1:13-cv-12842 (RWZ) | Neely, Virginia |
| 1:13-cv-12606 (RWZ) | Noble, Janet |
| 1:13-cv-12682 (RWZ) | Norris, Jocelyn |
| 1:13-cv-12430 (RWZ) | Norwood, Marjorie |
| 1:13-cv-12759 (RWZ) | O'Brien, Dennis |
| 1:13-cv-12739 (RWZ) | Osborne, Clark |
| 1:13-cv-12688 (RWZ) | Palmer, James |
| 1:13-cv-12433 (RWZ) | Parman, Mae |
| 1:14-cv-10163 (RWZ) | Patel, Gokulbhai Maganbhai |
| 1:13-cv-12843 (RWZ) | Peay, Joan |
| 1:13-cv-12916 (RWZ) | Pellicone, Joseph |
| 1:13-cv-12780 (RWZ) | Pelters, Paul |
| 1:13-cv-12733 (RWZ) | Pierce, Terry |
| 1:14-cv-10250 (RWZ) | Potts, Karen |
| 1:13-cv-12573 (RWZ) | Pruitt, Elizabeth |
| 1:13-cv-12778 (RWZ) | Ragland, JW |
| 1:13-cv-12666 (RWZ) | Redkevitch, Ella |
| 1:13-cv-12565 (RWZ) | Reed, Diana |
| 1:13-cv-12917 (RWZ) | Reed, Wanda |
| 1:13-cv-12740 (RWZ) | Rhind, Janice |
| 1:13-cv-12603 (RWZ) | Richards, Kevin |

**Exhibit 4**

| | |
|---|---|
| 1:13-cv-12613 (RWZ) | Robnett, Reba |
| 1:13-cv-12670 (RWZ) | Ruhl, Annette |
| 1:13-cv-12794 (RWZ) | Russell, Janet |
| 1:13-cv-12818 (RWZ) | Rybinski, Thomas |
| 1:13-cv-12583 (RWZ) | Savercool, Shirley |
| 1:13-cv-12311 (RWZ) | Schulz, Martha |
| 1:13-cv-12578 (RWZ) | Scott, Jimmy M. |
| 1:13-cv-12620 (RWZ) | Sellers, Harold |
| 1:13-cv-12569 (RWZ) | Settle, Harvell |
| 1:13-cv-12577 (RWZ) | Sharer, Lewis |
| 1:13-cv-12489 (RWZ) | Siler, Tracey (nee Privett) |
| 1:13-cv-12575 (RWZ) | Skelton, Reba Mae |
| 1:13-cv-12618 (RWZ) | Slatton, John (Jay) |
| 1:13-cv-12684 (RWZ) | Smith, Paula K. |
| 1:13-cv-12781 (RWZ) | Sullivan, Anna |
| 1:13-cv-12696 (RWZ) | Temple, Reba |
| 1:13-cv-12479 (RWZ) | Tyree, Phillip |
| 1:13-cv-12623 (RWZ) | Wanta, Steven R. |
| 1:13-cv-12734 (RWZ) | White, Margaret |
| 1:13-cv-12305 (RWZ) | Wiley, Elfreida |
| 1:13-cv-12434 (RWZ) | Williams, Earline |
| 1:13-cv-12597 (RWZ) | Willis, Dale |
| 1:13-cv-12737 (RWZ) | Wray, Jane |
| 1:13-cv-12594 (RWZ) | Young, Annette |
| 1:13-cv-12566 (RWZ) | Youree, Edna |
| 1:13-cv-12588 (RWZ) | Ziegler, Adam |