UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

## PLAINTIFFS' STEERING COMMITTEE'S
## MOTION FOR ENTRY OF CASE MANAGEMENT ORDER

The Plaintiffs' Steering Committee hereby moves the Court to enter the Case Management Order attached hereto as Exhibit A (1) granting all Virginia plaintiffs unfettered access to all documents and things (including, but not limited to, answers, cross-claims, answers to interrogatories, responses to requests for admission, responses to request for production, and deposition testimony)[1] previously served, prepared, produced, and/or given by, for, or on behalf of defendants Insight Health Corp., Image Guided Pain Management, John Mathis, M.D., and/or Robert O'Brien, M.D., as well as circuit court opinions and orders, in the cases styled *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., et al.* and *Chance E. Baker v. Insight Health Corp., et al.*, (2) incorporating all such documents and things in all other cases in the MDL involving a Virginia plaintiff, and (3) allowing all such documents and things to be used in all other cases in the MDL involving a Virginia plaintiff to the same extent as if served, prepared, produced, given, rendered, and/or entered in each such other case.

All Virginia plaintiffs, and defendants Image Guided Pain Management, John Mathis, M.D., and Robert O'Brien, M.D. support this motion.

---

[1] See Exhibit B to Memorandum in Support for a listing of some such documents and things.

23347/1/6699736v1

A memorandum of support setting forth the factual and legal basis for this motion is filed herewith.

Lead Counsel and the Plaintiffs' Steering Committee request that this matter be placed on the agenda for oral argument during the status conference scheduled to be held on June 19, 2014.

Dated: June 11, 2014

                RESPECTFULLY SUBMITTED,

                <u>/s/ Patrick T. Fennell</u>
                Patrick T. Fennell
                CRANDALL & KATT
                366 Elm Avenue, S.W.
                Roanoke, VA 24016
                Telephone: 540/342-2000
                Facsimile: 540/400-0616
                pfennell@crandalllaw.com

                *Plaintiffs' Steering Committee*


                Thomas M. Sobol
                Kristen Johnson Parker
                HAGENS BERMAN SOBOL SHAPIRO, LLP
                55 Cambridge Parkway, Suite 301
                Cambridge, MA 02142
                Telephone: 617/482-3700
                Facsimile: 617/482-3003
                tom@hbsslaw.com
                kristenjp@hbsslaw.com

                *Plaintiffs' Lead Counsel*

                Elizabeth J. Cabraser
                Mark P. Chalos
                LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
                275 Battery Street, 29th Floor
                San Francisco, CA 94111
                Telephone: 415/956-1000
                Facsimile: 415/956-1008
                ecabraser@lchb.com
                mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH &
JENNINGS, PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

23347/1/6699736v1

## CERTIFICATE OF SERVICE

I, Patrick T. Fennell, hereby certify that I caused a copy of the above *Plaintiffs' Steering Committee's Motion for Entry of Case Management Order* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to those parties by operation of the Court's CM/ECF system.

Dated: June 11, 2014    /s/Patrick T. Fennell
                        Patrick T. Fennell, VSB 40393