IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>Montee v. UniFirst Corporation, et al.<br>No. 1:13-cv-12657-RWZ<br>Cooper, et al. v. UniFirst Corporation, et al.<br>No. 1:13-cv-12658-RWZ<br>Cooper, et al. v. UniFirst Corporation, et al.<br>No. 1:13-cv-12659-RWZ | |

**JOINT MOTION TO CONTINUE HEARING
REGARDING BKC PAIN SPECIALIST, LLC'S MOTION TO DISMISS**

The Plaintiffs' Steering Committee (the "PSC") and counsel for the following parties: BKC Pain Specialist, LLC, Adil Katabay, M.D. and Nikesh Batra, M.D. (collectively, the "BKC Defendants"), hereby jointly move to continue the hearing on the BKC Defendants' Motion to Dismiss [Dkt. 896, 897] and the PSC's Opposition [Dkt. 1062] (the "BKC Matter"), set for June 18, 2014.  Although the BKC Matter is fully briefed, the parties are seeking a continuation on the hearing.

Counsel from the PSC designated to argue the BKC Matter is unavailable on June 18, 2014.  In addition, many of the arguments relevant to the BKC Defendant's motion to dismiss overlap with the arguments made in the Motion to Dismiss by Cincinnati Pain Management Consultants, Inc., Cincinnati Pain Management Consultants Ltd and Gururau Sudarshan, M.D. [Dkt. 1013] (the "CPM Matter").  The parties believe it would be most efficient to hear the BKC Matter together with the CPM Matter.  The parties jointly request these matters be heard during

the same hearing when the CPM Matter is also fully briefed.   The parties expect that a hearing on both motions would be ripe for argument in August 2014.

Dated:  June 11, 2014                        Respectfully submitted

 /s/ Anthony E. Abeln
Tory A. Weigand, BBO #548553
Anthony E. Abeln, BBO #669207
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500
tweigand@morrisonmahoney.com
aabeln@morrisonmahoney.com

*Defendants BKC Pain Specialist, LLC, Adil Katabay, M.D. and Nikesh Batra, M.D.*

/s/ Kristen A. Johnson
Thomas M. Sobol
Kristen A. Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcentercom

2

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: June 11, 2014                                             **/s/ Kristen A. Johnson**
                                                                             Kristen A. Johnson, BBO # 667261