# EXHIBIT 1

# **EXHIBIT 1**

| |
|---|
| *Chance E. Baker v. Alaunus Pharmaceuticals LLC, et al.*, Case No. 7:14-cv-00095-MFU |
| *Nora Bell, et al. v. Insight Health Corp.*, Case No. 7:14-cv-00164-MFU |
| *William L. Neal, Admin. of the Estate of Lucy Byrd Neal v. Insight Health Corp.*, Case No. 7:14-cv-00165-MFU |
| *Gladys G. Austin, et al. v. Insight Health Corp.*, Case No. 7:14-cv-00166-MFU |
| *Lisa A. Agnew, et al. v. Insight Health Corp.*, Case No. 7:14-cv-00250-MFU |
| *Debra P. Buchanan, Executor of the Estate of Jean R. Parsons, Deceased v. Insight Health Corp.*, Case No. 7:14-cv-00251-MFU |
| *Tamela M. Miller, Executor of the Estate of Sydney M. Creasy, Deceased v. Insight Health Corp.*, Case No. 7:14-cv-00252-MFU |
| *Tosha Andrews, Admin. of the Estate of Sara D. Culp a/k/a Sara D. Andrews, Deceased v. Insight Health Corp.*, Case No. 7:14-cv-00253-MFU |
| *Sharon W. Bishop, Executor of the Estate of Kathy W. Sinclair, Deceased v. Insight Health Corp.*, Case No. 7:14-cv-00254-MFU |
| *Patricia A. Mitchell v. Insight Health Corp.*, Case No. 7:14-cv-00278-MFU |