UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE VIRGINIA

| | |
|---|---|
| [PLAINTIFF] )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>INSIGHT HEALTH CORP., et al. )<br>)<br>      Defendants, )<br>_____)<br>)<br>INSIGHT HEALTH CORP., )<br>)<br>      Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>AMERIDOSE LLC, et al. )<br>)<br>      Third-Party Defendants. )<br>_____) | Civil Action No. 7:14-cv-00___-MFU |

**NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)**

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June __, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Western District of Virginia to the clerk of the District of Massachusetts. A copy of the Order is attached as Exhibit A.

Dated: [DATE]

      [LOCATION]