UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br><br>This Document Relates To:<br>All Cases | MDL No. 2419<br><br>Master Dkt. No. 1:13-md-2419- RWZ |

### ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF DAMIAN W. WILMOT

Pursuant to Local Rule 83.5.2 Damian W. Wilmot of Goodwin Procter LLP, respectfully moves this Court for permission to withdraw as counsel for Defendant UniFirst Corporation ("UniFirst"). As reason for this withdrawal, counsel states the following:

1. Because there are motions currently pending, and hearings and conferences scheduled, Local Rule 83.5.2 requires that counsel seek leave of court before withdrawing;

2. James C. Rehnquist, Roberto M. Braceras, Abigail K. Hemani, and Josh L. Launer, of Goodwin Procter LLP shall continue their appearances as counsel of record for UniFirst.

3. UniFirst will be represented by Attorneys Rehnquist, Braceras, Hemani and Launer in the above-captioned matter going forward;

4. Attorneys Rehnquist, Braceras, Hemani and Launer are familiar with the issues in this case and UniFirst will not be prejudiced by withdrawal of counsel at this

   stage;

5. Attorney Hemani has conferred with counsel for the Plaintiff Steering Committee ("PSC") and the PSC assents to this motion.

WHEREFORE, Damian W. Wilmot of Goodwin Procter LLP respectfully requests that the Court enter an order permitting him to withdraw his appearance on behalf of Defendant UniFirst Corporation.

         Respectfully submitted,

         DEFENDANT UNIFIRST CORPORATION

         By its attorneys,

         /s/ Damian W. Wilmot

         James C. Rehnquist (BBO #552602)
         Roberto M. Braceras (BBO # 566816)
         Abigail K. Hemani (BBO # 650721)
         Damian W. Wilmot (BBO # 648693)
         Josh L. Launer (BBO # 673661)
         **GOODWIN PROCTER LLP**
         Exchange Place
         53 State Street
         Boston, Massachusetts 02109-2881
         Telephone: 617.570.1000
         Facsimile: 617.523.1231
         jrehnquist@goodwinprocter.com
         rbraceras@goodwinprocter.com
         ahemani@goodwinprocter.com
         dwilmot@goodwinprocter.com
Dated: June 13, 2014     jlauner@goodwinprocter.com

**LOCAL RULE 7.1(A)(2) CERTIFICATION
AND CERTIFICATE OF SERVICE**

I, Damian W. Wilmot, hereby certify that counsel for Defendant, UniFirst Corporation, conferred by e-mail with opposing counsel in an effort to resolve or narrow the issues presented in this motion prior to filing, and opposing counsel assents to the relief sought herein.

I further certify that a copy of this document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on June 13, 2014.

/s/ Damian W. Wilmot