IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE: NEW ENGLAND COMPUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | MDL NO.: 1:13-MD-02419 |
| This document relates to the case identified below | ) ) ) ) | |
| NORMA KING,<br>            Plaintiff, | ) ) ) ) | No.: 1:14-CV-10434-RWZ |
| v.<br>NEW ENGLAND COMPOUNDING PHARMACY,<br>INC. A/K/A AND/OR D/B/A NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE, LLC., ALAUNUS PHARMACEUTICAL, LLC, HAHNEMANN UNIVERSITY HOSPITAL, TENET HEALTHSYSTEM HAHNEMANN, LLC, and PAIN CARE PROFESSIONALS – PAIN CENTER AT HAHNEMANN.<br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## ORDER

**AND NOW,** this _____ day of _____, 2014, upon consideration of Plaintiff's counsel's Motion for Leave to Appear via Telephone at the Next Court Conference, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**. Tucker Law Group, LLC is granted leave to appear on behalf of Plaintiff, Norma King, via telephone at the Court Conference on June 19, 2014.

BY THE COURT:

_____
J.

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** ) ) ) ) | MDL NO.: 1:13-MD-02419 |
| This document relates to the case identified below ) ) ) ) | |
| NORMA KING, ) Plaintiff, ) ) v. ) NEW ENGLAND COMPOUNDING ) PHARMACY, ) INC. A/K/A AND/OR D/B/A NEW ) ENGLAND COMPOUNDING CENTER, ) AMERIDOSE, LLC., ALAUNUS ) PHARMACEUTICAL, LLC, ) HAHNEMANN UNIVERSITY ) HOSPITAL, TENET HEALTHSYSTEM ) HAHNEMANN, LLC, and PAIN CARE ) PROFESSIONALS – PAIN CENTER AT ) HAHNEMANN. ) ) Defendants. | No.: 1:14-CV-10434-RWZ |

## PLAINTIFF'S COUNSEL'S MOTION FOR LEAVE TO APPEAR VIA TELEHPONE AT THE NEXT COURT STATUS CONFERENCE

Plaintiff's counsel, Tucker Law Group, LLC, hereby moves for leave to appear via telephone at the next Court status conference in this matter, scheduled to occur on June 19, 2014. Tucker Law Group makes this request in order to present and argue the following pending Motions: 1) Motion to Withdraw as Counsel (Doc. No. 11); 2) Motion for Summary Judgment (Doc. No. 16); 3) Motion for Extension of Time to Respond to Motion for Summary Judgment; and 4) Response in Opposition to Summary Judgment (Doc. No. 21, 22 and 22-1) in the case of Norma King, No. 1:14-CV-10434-RWZ. These motions are ripe for disposition by the Court.

Tucker Law Group's office is located in Philadelphia and its attorneys live and reside in the Philadelphia area. It is therefore infeasible for Tucker Law Group to travel to Boston, Massachusetts to participate in-person at the Court's next status conference.

Plaintiff's counsel has asked Plaintiff's Steering Committee to add the pending Motions to this Court's agenda for the next status conference.

Finally, Tucker Law Group has provided the particulars of this Court's next status conference, set for June 19, 2014, to Plaintiff so that she may participate in the conference if she so desires.

**WHEREFORE,** Plaintiff's counsel respectfully requests that this Honorable Court grant leave to appear via telephone at the next Court status conference.

Respectfully Submitted,

**TUCKER LAW GROUP, LLC**

Dated: June 16, 2014            /s/Kathleen Kirkpatrick_____
                         By:    Bernard W. Smalley, Esquire
                                Kathleen Kirkpatrick, Esquire
                                One Penn Center at Suburban Station
                                1617 JFK Blvd., Suite 1700
                                Philadelphia, PA 19103
                                (215) 875-0609
                                **Attorneys for Plaintiff, Norma King**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this motion was served upon all counsel of record via this Court's CM/ECF system. Additionally, this motion was served upon Plaintiff via regular mail and electronic mail at:

Norma King<br>
49 N. 54th Street<br>
Philadelphia PA  19139<br>
norma.king1950@msn.com

                                           /s/Kathleen Kirkpatrick
                                           Kathleen Kirkpatrick

Date: June 16, 2014