# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Cases | MDL No. 2419<br><br>Master Dkt. No. 1:13-md-2419-RWZ |

## NOTICE OF APPEARANCE OF MICHAEL K. MURRAY

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Michael K. Murray of Goodwin Procter LLP in the above-captioned matter as counsel on behalf of Defendant UniFirst Corporation.

Dated: June 17, 2014

Respectfully submitted,

/s/ Michael K. Murray
James C. Rehnquist (BBO # 552602)
Roberto M. Braceras (BBO # 566816)
Abigail K. Hemani (BBO # 650721)
Michael K. Murray (BBO # 563804)
Josh L. Launer (BBO # 673661)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, Massachusetts 02109-2881
Tel.: 617.570.1000
Fax.: 617.523.1231
jrehnquist@goodwinprocter.com
rbraceras@goodwinprocter.com
ahemani@goodwinprocter.com
mmurray@goodwinprocter.com
jlauner@goodwinprocter.com

1

## **CERTIFICATE OF SERVICE**

      I, Michael K. Murray, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on June 17, 2014.

                                            /s/ Michael K. Murray

ACTIVE/73626783.1