UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the following attorney on behalf of plaintiffs and Lead Counsel for the Plaintiffs' Steering Committee in the above captioned matter.

> Jessica R. MacAuley
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 55 Cambridge Parkway, Suite 301
> Cambridge, MA 02142
> P: (617) 482-3700
> F: (617) 482-3003
> jessicam@hbsslaw.com

Dated: June 18, 2014                    Respectfully submitted,

> **/s/ Jessica R. MacAuley**
> Jessica R. MacAuley (BBO # 685983)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 55 Cambridge Parkway, Suite 301
> Cambridge, MA 02142
> P: (617) 482-3700
> F: (617) 482-3003
> jessicam@hbsslaw.com

2

**CERTIFICATE OF SERVICE**

    I, Jessica R. MacAuley hereby certify that I caused a copy of the above Notice of Appearance of Jessica to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: June 18, 2014                                     */s/ Jessica R. MacAuley*
                                                                     Jessica R. MacAuley (BBO # 685983)