# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION                                          Case No. 1:13-md-02419-RWZ

**This document relates to all cases.**

### RESPONSE AND OPPOSITION BY ROANOKE-AREA LICHTENSTEINFISHWICK AND BROWN & JENNINGS PLAINTIFFS TO THE REQUEST BY INSIGHT HEALTH CORPORATION [ECF NO. 1193] FOR A SUPPLEMENTAL ORDER TRANSFERRING ADDITIONAL PERSONAL INJURY TORT AND WRONGFUL DEATH CASES TO THIS COURT

The below-named Roanoke-Area LichtensteinFishwick and Brown & Jennings Plaintiffs

("these Plaintiffs"), by counsel, appear specially to note their opposition to the "request" [ECF

No. 1193] by Insight Health Corporation ("IHC") that this Court enter IHC's proposed order

transferring to this Court certain cases ("Virginia Removed Cases") originally filed in the Circuit

Court for the City of Roanoke, Virginia ("State Court") on March 13, 2014, and removed from

the State Court by Ameridose, LLC, a third-party defendant sued in those cases by IHC.[1]   These

Plaintiffs oppose entry of the proposed order, for the reasons articulated and/or adopted in their

earlier filings [ECF Nos. 129, 159, 792, 1056 and 1164] opposing the existence and exercise by

this Court of "related to" jurisdiction.   Additionally, the proposed order includes an injunction –

" . . .ORDERED that *plaintiffs*, defendants *and their counsel* shall promptly take any and all

actions necessary to effectuate the transfer of the Virginia Federal Court Cases pursuant to this

Order . . ." (italics added).   The contours of such injunction are not defined.   Further, the

proposed order does not identify any irreparable harm that will follow if these Plaintiffs are not

---

[1] Previously, *see* ECF Nos. 129, 159, 792, 1056 and 1164, identifying themselves as "intervenors" in these proceedings, these injured Virginia patients are now plaintiffs in cases that are the subject of the instant "request" by IHC.  As in their referenced earlier submissions, this submission is without waiver of these Plaintiffs' rights and without consent to the jurisdiction of this Court, generally or specifically, over the subject suits filed by these Plaintiffs.

so enjoined, does not otherwise state why these Plaintiffs must be so enjoined, does not identify

in reasonable detail the act or acts restrained or required, and thus does not meet the requirements

of Fed. R. Civ. P. 65(d) for orders granting injunctions.

For the reasons set forth above, these Plaintiffs respectfully request that the Court deny

IHC's request [ECF No. 1193] and decline to enter IHC's proposed Order.

[remainder of this page intentionally left blank]

Respectfully submitted,

**ROANOKE-AREA LICHTENSTEINFISHWICK PLAINTIFFS:**

| | |
|---|---|
| **Gladys G. Austin** | **Larry Hall** |
| **Richard Blankenship** | **Frank Haranzo, Jr.** |
| **Cheryl Brogan** | **Susanne Hastings** |
| **Kimberly Chitwood** | **Jacob Helm** |
| **Christopher Compton** | **Stuart Katz** |
| **Shirley Doyle** | **Melissa Marshall** |
| **Renate Fariss** | **John Marsinko** |
| **Nancy Goodfellow** | **Jane Mckeon** |
| **Norma Hurley** | **William L. Neal, Administrator** |
| **Mabel Hutcherson** | **Angela Norman** |
| **Arnold Moon** | **Larry Rice** |
| **Rosanne Moon** | **Deanna Smith** |
| **Sharon Overstreet** | **Stevie Thomas** |
| **Mary Radford** | **Brenda Varley** |
| **Audrey Ransome** | **Christine Wheeler** |
| **Nosworthy Reid** | |

By:\_\_\_/s/ Gregory L. Lyons_____
        Of Counsel

John E. Lichtenstein (VSB #27048)
E-mail:  jel@vatrials.com
John P. Fishwick, Jr. (VSB #23285)
E-mail:  jpf@vatrials.com
Gregory L. Lyons (VSB #24037)
E-mail:  gll@vatrials.com
Monica L. Mroz (VSB #65766)
E-mail: Monica@vatrials.com
Joanna M. Meyer (VSB #86427)
E-mail:  jmm@vatrials.com
LICHTENSTEINFISHWICK PLC
101 South Jefferson St., Suite 400
Roanoke, VA 24011
Ph:     (540) 343-9711
Fax:    (540) 343-9713
        *Counsel for Roanoke-Area LichtensteinFishwick Plaintiffs*
                **BROWN & JENNINGS PLAINTIFFS:**

**Nora Bell**                    **Deborah Rogers**
**Alma Eden**                    **David Rose**
**Thomas Goodwin**               **Joseph Smith**
**Jimmy Green**                  **Vicki Uthus**
**Patricia Jennings**            **Regina Waddell**
**Susan Kincanon**               **Doris West**
**Ashlee Lakin**                 **Judith Williams**
**Virginia Milne**
**Lori Morris**


By:   /s/ Gregory L. Lyons for P. Brent Brown
Of Counsel

P. Brent Brown (VSB # 18760)
E-mail:   brent@brownjenningslaw.com
William A. Jennings (VSB # 24176)
E-mail:   andy@brownjenningslaw.com
BROWN & JENNINGS, PLC
30 Franklin Road, Suite 700
Roanoke, Virginia 24011
Telephone:     (540) 444-4010
Fax:              (540) 444-4011
*Counsel for Brown & Jennings Plaintiffs*

## CERTIFICATE OF SERVICE

I, Gregory L. Lyons, hereby certify that I filed this document through the CM/ECF system, thereby providing electronic notice of such filing to the registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be provided to those indicated in the NEF as non-registered participants.

   /s/   Gregory L. Lyons
Counsel for Roanoke-Area
LichtensteinFishwick Plaintiffs
Dated: June 19, 2014