# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>v.<br><br>This Document Relates to:<br><br>All Cases |

Case No. 1:13-md-2419-RWZ

## [PROPOSED] FURTHER ORDER ON PRESERVATION OF NECC PROPERTY

Upon consideration of the Chapter 11 Trustee's Notice Regarding Further Relief from Preservation Order (Dkt. No. 1174) seeking relief from this Court's previously entered Further Order Concerning Preservation of NECC Property (Dkt. No. 177) ("Preservation Order"), and Defendant Liberty Industries, Inc.'s Preservation Request ("Request"), it is hereby:

ORDERED that the Chapter 11 Trustee's motion is GRANTED, subject to the following conditions:

1.  Because good cause exists for the reasons stated in the Request to preserve in its current condition, with all now existing fixtures, equipment, supplies and other tangibles present, the Framingham premises leased by NECC at 697 Waverly Street, Framingham, Massachusetts ("Property"), the Trustee may not sell or otherwise dispose of all remaining NECC Property, or vacate in whole or in part, the Property, until thirty (30) days after entry of this Order;

2.  During this thirty (30) day time period, defendant Liberty Industries, Inc. and its agents, attorneys, experts, and representatives may perform an an inspection of the Property with access to the interior space occupied by NECC, as well as the abutting exterior space, to view and record the condition of the Property; and

3.  At the expiration of this thirty (30) day period, the Trustee may proceed with the sale or other disposition of all remaining NECC property.

SO ORDERED.

Dated: _____                                      /s/ Rya W. Zobel, J._____
Boston, Massachusetts                              United States District Court Judge