## CERTIFICATE OF SERVICE

I, Michael F. Barrett, hereby certify that I caused a copy of the above *Brief in Opposition od Dr. Nitesh Bhagat M.D.'s Motion to Dismiss Plaintiff's Complaint with Prejudice against Him for Plaintiff's Failure to Serve a Proper Affidavit of Merit* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Courts' electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

DATED:  June 20, 2014                                          /s/ Michael F. Barrett
                                                               Michael F. Barrett, Esquire