# EXHIBIT C

**United States District Court**

**District of Massachusetts**

## Notice of Electronic Filing

The following transaction was entered on 12/27/2013 at 3:28 PM EST and filed on 12/27/2013
**Case Name:** In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation
**Case Number:** 1:13-md-02419-FDS
**Filer:**
**Document Number:** 728(No document attached)

**Docket Text:**
**Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered. In the case *Rivera et al v. New England Compounding Pharmacy, Inc., et al: 13-cv-10412-FDS,* the plaintiffs' original complaint named Dr. Nitesh Bhagat. The amended short form complaint filed on 12/6/2013 does not name him as a defendant (docket no. 41 in *Rivera*). The [616] Motion for Summary Judgment filed by defendant Nitesh Bhagat is DENIED as moot and without prejudice to its renewal. (Cicolini, Pietro)**

**1:13-md-02419-FDS Notice has been electronically mailed to:**

William R. Baldiga wbaldiga@brownrudnick.com, athalassinos@brownrudnick.com, cennis@brownrudnick.com, jconte@brownrudnick.com, jgarfinkle@brownrudnick.com

Brian M. Cullen bcullen@stpaultravelers.com, mquieto@travelers.com

Robert A. Curley, Jr rac@curleylaw.com

Michael E. Hager mehager175@hotmail.com

Christopher R. O'Hara cohara@toddweld.com, csmith@toddweld.com

Paul Saltzman saltzman@tsd-lawfirm.com, green@tsd-lawfirm.com

Bruce A. Singal bsingal@dbslawfirm.com, jtisi@dbslawfirm.com

Steven Weiss SWeiss@ssfpc.com, alewkowicz@ssfpc.com

Michael R. Gottfried mrgottfried@duanemorris.com, kaangelo@duanemorris.com, kalally@duanemorris.com, lacardente@duanemorris.com, mgMcGonagle@duanemorris.com, smjohnson@duanemorris.com, tparker@duanemorris.com

Tory A. Weigand tweigand@morrisonmahoney.com, alyons@morrisonmahoney.com, llombard@morrisonmahoney.com

Robert H. Gaynor rgaynor@sloanewalsh.com

John P. Ryan jryan@sloanewalsh.com

William R. Baldiga wbaldiga@brownrudnick.com, athalassinos@brownrudnick.com, cennis@brownrudnick.com, jconte@brownrudnick.com, jgarfinkle@brownrudnick.com

Brian M. Cullen bcullen@stpaultravelers.com, mquieto@travelers.com

Robert A. Curley, Jr rac@curleylaw.com

Michael E. Hager mehager175@hotmail.com

Christopher R. O'Hara cohara@toddweld.com, csmith@toddweld.com

Paul Saltzman saltzman@tsd-lawfirm.com, green@tsd-lawfirm.com

Bruce A. Singal bsingal@dbslawfirm.com, jtisi@dbslawfirm.com

Steven Weiss SWeiss@ssfpc.com, alewkowicz@ssfpc.com

Michael R. Gottfried mrgottfried@duanemorris.com, kaangelo@duanemorris.com, kalally@duanemorris.com, lacardente@duanemorris.com, mgMcGonagle@duanemorris.com, smjohnson@duanemorris.com, tparker@duanemorris.com

Tory A. Weigand tweigand@morrisonmahoney.com, alyons@morrisonmahoney.com, llombard@morrisonmahoney.com

Robert H. Gaynor rgaynor@sloanewalsh.com

John P. Ryan jryan@sloanewalsh.com

Timothy P. Wickstrom timothy@wickstrommorse.com

Scott J. Tucker tucker@tsd-lawfirm.com, green@tsd-lawfirm.com

Paul W. Shaw paul.shaw@klgates.com, joanne.healy@klgates.com

Fredric L. Ellis rellis@ellisrapacki.com, jmakalusky@ellisrapacki.com, nmurphy@ellisrapacki.com

Christopher Weld, Jr cweld@toddweld.com, jmcgonagle@toddweld.com

Thomas M. Sobol Tom@hbsslaw.com, Ed@hbsslaw.com, Kristenjp@hbsslaw.com, linarisc@hbsslaw.com, mikeb@hbsslaw.com, steveg@hbsslaw.com

Thomas J. Schlesinger tschlesinger@lbbslaw.com

John M. Lovely jlovely@cashmanlovely.com

Michelle R. Peirce mpeirce@dbslawfirm.com, jtisi@dbslawfirm.com

S. James Boumil sjboumil@boumil-law.com

Michael J. Pineault mpineault@clementspineault.com, lmartin@clementspineault.com

William J. Dailey, Jr wdaileyjr@sloanewalsh.com

Kenneth B. Walton kwalton@donovanhatem.com

Michael P. Sams mpsams@KandSlegal.com, caperla@KandSlegal.com

Mark D Smith smith@laredosmith.com, doyle@laredosmith.com, findlen@laredosmith.com, yau@laredosmith.com

Scott H. Kremer kremer@tsd-lawfirm.com

Matthew J. Matule matthew.matule@skadden.com, mlcbos@skadden.com, tholden@skadden.com

Sean E. Capplis scapplis@ficksmanconley.com

Daniel M. Rabinovitz dmr@michaelsward.com, bjh@michaelsward.com, kjl@michaelsward.com, ns@michaelsward.com

Geoffrey M. Coan gcoan@hinshawlaw.com, dguerrero@hinshawlaw.com

Franklin H. Levy fhlevy@gmail.com, ktaylor@lawson-weitzen.com

William E. Christie wchristie@shaheengordon.com, concord@shaheengordon.com, jbellemore@shaheengordon.com, rburke@shaheengordon.com

Elizabeth J. Cabraser ecabraser@lchb.com

Robert James Durant rdurant@eapdlaw.com

Melinda L. Thompson mthompson@toddweld.com, mgeorgakopoulos@toddweld.com

Kimberly A. Dougherty kdougherty@myadvocates.com, aknapp@myadvocates.com, jbergeron@cohenandmalad.com, jbrowne@myadvocates.com, ocolonero@myadvocates.com

Elliot L. Olsen elliot@pritzkerlaw.com, sue@pritzkerlaw.com

Sarah P. Kelly skelly@nutter.com, epleadings@nutter.com, jedwards@nutter.com

Kip J. Adams kip.adams@lewisbrisbois.com

Nicki Samson ns@michaelsward.com

Rebecca L. Fordon rfordon@brownrudnick.com, cennis@brownrudnick.com, dmolton@brownrudnick.com, ktaylor@brownrudnick.com, wbaldiga@brownrudnick.com, wlancaster@brownrudnick.com

David E. Fialkow david.fialkow@nelsonmullins.com, gerri.robillard@nelsonmullins.com

Ryan A. Ciporkin rciporkin@lawson-weitzen.com, ktaylor@lawson-weitzen.com, kvanblarcom@lawson-weitzen.com, scapone@lawson-weitzen.com

Brady J. Hermann bjh@michaelsward.com

J. Gerard Stranch, IV gerards@branstetterlaw.com, beng@branstetterlaw.com, bethm@branstetterlaw.com, calebb@branstetterlaw.com, jeromem@branstetterlaw.com, jims@branstetterlaw.com, joeyl@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com

Anthony E. Abeln aabeln@morrisonmahoney.com, rnesselle@morrisonmahoney.com

Matthew E. Mantalos mantalos@tsd-lawfirm.com

Zachary A. Cunha zachary.cunha@usdoj.gov, susanne.husted@usdoj.gov

Maura K. Monaghan mkmonagh@debevoise.com, cawint@debevoise.com, mao-ecf@debevoise.com

Kristen R. Ragosta kragosta@donovanhatem.com

Thomas B.K. Ringe, III tbkringe@duanemorris.com

Daniel E. Tranen dtranen@hinshawlaw.com, dguerrero@hinshawlaw.com, glee@hinshawlaw.com

Christopher L. Coffin ccoffin@pbclawfirm.com, lporto@pbclawfirm.com, sdupont@pbclawfirm.com

Kristen Johnson Parker kristenjp@hbsslaw.com, mikeb@hbsslaw.com

Frederick H. Fern (Terminated) hbnecc@harrisbeach.com

Michael Coren mcoren@cprlaw.com, QGallagher@cprlaw.com

Robert Homes Hood, Jr bobbyjr.hood@hoodlaw.com

Callan G. Stein cstein@dbslawfirm.com, jtisi@dbslawfirm.com

Elisha N. Hawk ehawk@myadvocates.com

Jennifer Mikels jlmikels@duanemorris.com, mkatkins@duanemorris.com

Matthew P. Moriarty matthew.moriarty@tuckerellis.com

O. Mark Zamora t.humphries@markzamora.com

John C. Thornton, III jct@andrewsthornton.com, ldavis@andrewsthornton.com, marco@andrewsthornton.com

David J. Molton dmolton@brownrudnick.com

Alyson L. Oliver notifications@oliverlg.com

Marc E. Lipton marc@liptonlaw.com

Richard A. Dean richard.dean@tuckerellis.com, kimberly.langelier@tuckerellis.com, lynna.wasyluk@tuckerellis.com

William N Riley wriley@price-law.com, eamos@price-law.com, mllewellyn@price-law.com

Jamie R Kendall jkendall@price-law.com, eamos@price-law.com, mllewellyn@price-law.com

Joshua A. Klarfeld jklarfeld@ulmer.com

Joseph P. Thomas jthomas@ulmer.com

Michael Frank Barrett mbarrett@smbb.com

Jay J. Blumberg jjblumberg@blumberglawoffices.com, cshorts@blumberglawoffices.com, cwolk@blumberglawoffices.com, dmcintyre@blumberglawoffices.com

LOUIS R. MOFFA, JR lmoffa@mmwr.com

Stephen A. Grossman sgrossman@mmwr.com

Randall Loftin Kinnard rkinnard@KCBattys.com

Daniel L. Clayton dclayton@KCBattys.com, smeador@KCBattys.com

Susan N. Marttala smarttala@gallignannewmanlaw.com

J. Scott Sexton sexton@gentrylocke.com, gibson@gentrylocke.com, viar@gentrylocke.com

Christopher E. Hassell chassell@bonnerkiernan.com

Mark P. Chalos mchalos@lchb.com, korsland@lchb.com, lrohling@lchb.com

Gregory Lee Lyons gll@vatrials.com

Michael Preston Gardner michael.gardner@leclairryan.com

Patrick Thomas Fennell pfennell@crandalllaw.com, chargenrader@crandalllaw.com, pmacpherson@crandalllaw.com

Jessica Saunders Eichel jeichel@harrisbeach.com, jeichel@harrisbeach.com

Thomas B. Martin cherling@feldmanshepherd.com, martinlaw1@aol.com

Evan D. Baker ebaker@rosemariearnold.com

Thomas W. Coffey thomas.coffey@tuckerellis.com

Annika K. Martin akmartin@lchb.com

C. J. Gideon, Jr cj@gideoncooper.com, cj@gideoncooper.com

Chris J. Tardio chris@gideoncooper.com, chris@gideoncooper.com

Matthew H. Cline matt@gideoncooper.com, matt@gideoncooper.com

John-Mark Zini john-mark@gideoncooper.com, john-mark@gideoncooper.com

Nicole D. Dorman ndorman@rosekallor.com, asmith@rosekallor.com

Kathryn J. Humphrey khumphrey@dykema.com, sasam@dykema.com

Alan J Bozer abozer@phillipslytle.com, dgessner@phillipslytle.com

Terrill J. Harris terri.harris@smithmoorelaw.com

Carrie A. Hanger carrie.hanger@smithmoorelaw.com

Michelle J. Marzullo mmarzullo@moodklaw.com

Mark E. Anderson manderson@mcguirewoods.com

Yvonne K. Puig yvonne.puig@nortonrosefulbright.com

Marcy H. Greer marcy.greer@nortonrosefulbright.com, stacey.jett@nortonrosefulbright.com

Eric J. Hoffman eric.hoffman@nortonrosefulbright.com, eric.hoffman@nortonrosefulbright.com

C. Houston Foppiano hfoppiano@battenlee.com, chughes@battenlee.com

David H. Batten dbatten@battenlee.com

Emmittee H. Griggs sharden@chrkglaw.com

Jason D Lewis jlewis@chrkglaw.com

Timothy J. Dardas tdardas@hghblaw.com

G. Adam Moyers amoyers@battenlee.com

Joanna J. Chen jchen@phillipslytle.com

Halley M. Stephens hstephens@fmhslaw.com

Theresa A. Domenico tdomenico@mccumberdaniels.com

Allen P. Neely apneely@mqblaw.com

Cynthia A. Palin ggodana@prindlelaw.com

Thomas J. Althauser althauser@ewmd.com

Martin S. Hyman mhyman@golenbock.com

Matthew C. Daly mdaly@golenbock.com

Ronald Rodriguez ronlaw@bizlaredo.rr.com, ronlaw@bizlaredo.rr.com

William Daniel Leader, Jr bleader@leaderbulso.com, mhoward@leaderbulso.com, mmoore@leaderbulso.com, snourse@leaderbulso.com

Paul M. Corson pcorson@lawbrandmeyer.com

Donald J. Walsh dwalsh@offitkurman.com

Edward B. Mulligan, V nmulligan@cohenandmalad.com, jbergeron@cohenandmalad.com

Joseph Ahillen joe.ahillen@ag.tn.gov

Brian J. Gerling wwhite@bonnerkiernan.com, rgaskins@bonnerkiernan.com

Benjamin T. Siracusa Hillman bsiracusahillman@shaheengordon.com, bstevens@shaheengordon.com

Richards H. Ford rford@wickersmith.com

Michael B. Hayes mhayes@mmwr.com

Kristin Muir Mykulak kmykulak@mmwr.com

Steven A. Fabbro fabbrolaw2001@yahoo.com

David W. Stewart marcia@getstewart.com

Michael J. Sobieray mike@getstewart.com

David M. Thomas dthomas@rmrtt.com

Joshua R. Gale jgale@wcqp.com, jscheurich@wcqp.com

**1:13-md-02419-FDS Notice will not be electronically mailed to:**

Alan M. Winchester
Harris Beach, PLLC
100 Wall Street
New York, NY 10005

Anne Andrews
Andrews & Thornton
2 Corporate Park
Suite 110
Irvine, CA 92606

Arthur P. Brock
Spears, Moore, Rebman & Williams, PC
801 Broad Street
6th Floor
Chattanooga, TN 37402

Brett J. Bean
Hackney, Grover, Hoover & Bean
1715 Abbey Rd
Suite A
East Lansing, MI 48823

C. Mark Hoover
Hackney, Grover, Hoover & Bean
1715 Abbey Road
Suite A
East Lansing, MI 48823

Cara E. Weiner
Spears, Moore, Rebman, & Williams, PC
801 Broad Street
6th Floor
Chattanooga, TN 37402

Cari A. Wint
Debevoise & Plimpton, LLP
919 Third Ave
New York, NY 10022

Christopher M. Wolk
Law Offices of Jay J. Blumberg, ESQ.
158 Delaware St.
P.O. Box 68
Woodbury, NJ 08096

Clinton R. Shaw
Bonner, Kiernan, Trebach & Crociata, LLP
1233 20th St, N.W.
Suite 800
Washington, DC 20036

John B. Bennett
Spears, Moore, Rebman & Williams, PC
801 Broad Street
6th Floor
Chattanooga, TN 37402

John B. Reiss
Doylestown Hospital
595 West State St
Doylestown, PA 18901

John T. Sly
Waranch & Brown, LLC
1301 York Rd.
Suite 300

Lutherville, MD 21093

Jonathan Barry Nace
Paulson and Nace PLLC
1615 New Hampshire Ave NW
Washington, DC 20009

Joseph R. Lang
Lenox, Socey, Formidoni, Giordano, Cooley, Lang & Casey, LLC
3131 Princeton Pike
Building 1B
Suite 104
Lawrenceville, NJ 08648

Judi Abbott Curry
Harris Beach, PLLC
100 Wall St
New York, NY 10005

Mark P. Goodman
Debevoise & Plimpton, LLP
919 Third Ave
New York, NY 10022

Mary M. Bers
Office of Attorney General (TN)
P.O. Box 20207
Nashville, TN 37202

Randy J. Hackney
Hackney, Grover, Hoover & Bean
1715 Abbey Road
Suite A
East Lansing, MI 48823

Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr
Chicago, IL 60606

Scott C. Bentivenga
Lewis Brisbois Bisgaard & Smith, LLP
550 West Adams St
Suite 300
Chicago, IL 60661