# EXHIBIT G



## MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Stephen A. Grossman**
Admitted in New Jersey, New York &
Pennsylvania

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220
Tel: 856-488-7700

Direct Dial: 856-488-7767
Fax: 215-731-3849
Email: sgrossman@mmwr.com

January 14, 2014

**Via E-Mail and Regular Mail**

Michael Barrett
Saltz Mongeluzzi Barrett & Bendesky
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103

Mary Gidaro
Saltz Mongeluzzi Barrett & Bendesky
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103

Re:   *In re: New England Compounding Pharmacy, Inc. Products Liability Litigation, Eastern District of Massachusetts, Case No. 13-02419*

Dear Michael and Mary:

As you know, the court issued an order staying discovery while Inspira participates in mediation. A copy of the order is enclosed for convenience. As such, Inspira will not be responding to the Supplemental Interrogatories you sent by letters dated December 18 and 27, 2013 at this time while mediation is ongoing.

Very truly yours,

Stephen A. Grossman

SAG:mj

cc:   Joseph R. Lang, Esquire (via E-Mail and Regular Mail w/enclosure)
Jay J. Blumberg, Esquire (via E-Mail and Regular Mail w/enclosure)