UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All actions. | |

**PLAINTIFFS' STEERING COMMITTEE'S
OPPOSITION TO MOTION FOR LEAVE TO FILE A BRIEF AS TO BELLWETHER
AND DISCOVERY PLAN ISSUES**

On June 18, 2014, the Saint Thomas Entities filed a Motion for Leave to File A Brief As To Bellwether and Discovery Plan Issues (Dkt. No. 1206) seeking leave to file a twenty-five (25) page supplemental brief related to the matter referred to Judge Boal on May 14, 2014 (Dkt. No. 1126). The Plaintiffs' Steering Committee ("PSC") files this opposition requesting that supplemental briefing be limited to a single brief of five (5) pages.

To date, the parties have already provided over 300 pages of motions and briefing on these issues, not including the 367 page affidavit separately submitted by the Saint Thomas Entities in support of their proposal.[1]

The PSC maintains that the briefing on these issues is already extensive and thorough and an additional twenty-five (25) pages of briefing is certainly unnecessary. Nothing substantive has changed in this litigation since the parties submitted this original material, and briefing can and should be limited to updating deadlines that are now unworkable given the passage of time. The PSC maintains that this supplementation can be addressed in three (3) pages, but is willing

---

[1] *See* Dkt. Nos. 593, 595, 596, 598, 617, 837, 838, 858, 964, and 965.

to agree a single brief of up to five (5) pages to accommodate the Saint Thomas Entities' request.

An appropriate order is attached.

Dated:  June 20, 2014	Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcentercom

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

4

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: June 20, 2014

                                                **/s/ J. Gerard Stranch, IV**
                                                J. Gerard Stranch, IV