UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This matter relates to:  ) <br> ) <br> All Actions  ) <br> ) <br> ) | MDL No. 1:13-md-2419-FDS |

**PROPOSED ORDER**

This matter comes before the Court on the Saint Thomas Entities' Motion for Leave to File a Brief as To Bellwether and Discovery Plan Issues (Dkt. No. 1206) seeking leave to file a twenty-five (25) page supplemental brief related to the matters referred to Judge Boal on May 14, 2014 (Dkt. No. 1126).  For the reasons articulated in the Plaintiffs' Steering Committee's Opposition to the Motion, the Court grants in part and denies in part the Motion and orders as follows:

1. All parties are permitted to file a single supplemental brief addressing the issues set for hearing on July 17, 2014;

2. Such supplemental brief shall be limited to five (5) pages and be filed no later than July 10, 2014.

**So Ordered.**

_____
Jennifer C. Boal
United States Magistrate Judge

Dated: _____, 2014

1