# Kim Woods

| | |
|---|---|
| **From:** | Johnson, Steve <SMJohnson@duanemorris.com> |
| **Sent:** | Thursday, June 19, 2014 4:30 PM |
| **To:** | Chris J. Tardio |
| **Cc:** | Gottfried, Michael R.; Matt H. Cline |
| **Subject:** | NECC - Chapter 11 Trustee's Notice of Further Relief from Preservation Order |

Chris,

We are in receipt of your letter concerning the chapter 11 trustee's Notice Regarding Further Relief from Preservation Order, in which the trustee indicated his intention to sell or otherwise dispose of the remaining NECC property. We would like to discuss this matter with you. Please let us know if you are available for a call tomorrow (Friday, June 20th) between 3:00-5:00 p.m. EDT.

**Steve Johnson**
Associate

Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
**P:** +1 857 488 4238
**F:** +1 857 401 3069

SMJohnson@duanemorris.com
www.duanemorris.com

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.