BRANSTETTER, STRANCH & JENNINGS, PLLC

ATTORNEYS AT LAW
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TENNESSEE 37201-1631
TELEPHONE (615) 254-8801 ~ FACSIMILE (615) 250-3937

CECIL D. BRANSTETTER, SR.
C. DEWEY BRANSTETTER, JR.
R. JAN JENNINGS*
JOE P. LENISKI, JR.
DONALD L. SCHOLES
MIKE STEWART
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
MICHAEL J. WALL

ASSOCIATES:
KARLA M. CAMPBELL
BEN GASTEL*
STACEY K. SKILLMAN **

OF COUNSEL:
ROBERT E. RICHARDSON, JR. ***

\* ALSO ADMITTED IN GA
\*\* ALSO ADMITTED IN KY
\*\*\* ONLY ADMITTED IN OH

May 30, 2014

**VIA HAND DELIVERY and ELECTRONIC MAIL**

Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee 37238

    Re:    New England Compounding Center Litigation, MDL No. 2419

Dear Chris:

You have previously requested that the Plaintiffs' Steering Committee produce to you that the "NECC Inspection Report" contemplated by MDL Order No. 6. To be clear, because of the subsequent bankruptcy of NECC, no formal inspection report was ever completed.

Warmest regards,

BENJAMIN A. GASTEL