UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
                                                              )  MDL No.: 1:13-md-2419-RWZ
                                                              )
This Document Relates To:                         )
                                                              )
              All Cases.                                    )

## NOTICE OF SPECIAL APPEARANCE

COMES NOW Patrick T. Fennell, of the firm Crandall & Katt, and enters his special appearance as counsel for the "Virginia Crandall & Katt Plaintiffs", all of whose names are listed on the attached Exhibit A, for the limited purpose of opposing the request of Insight Health Corp. (Doc. 1193) for a supplemental order transferring additional personal injury tort and wrongful death cases to this Court.

Dated:  June 23, 2014

Respectfully submitted,

The Virginia Crandall & Katt Plaintiffs

/s/ Patrick T. Fennell
Patrick T. Fennell, Esq. (VSB 40393)
CRANDALL & KATT
Attorneys & Counselors at Law
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2014, true and complete copies of this document filed through court's CM/ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/ Patrick T. Fennell
Patrick T. Fennell, Esq. (VSB 40393)
CRANDALL & KATT
Attorneys & Counselors at Law
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com