## EXHIBIT A

### VIRGINIA CRANDALL & KATT PLAINTIFFS

1. Agnew, Lisa A.
2. Allen, Hilda C.
3. Andrews, Tosha J., Administrator of the Estate of Culp, Sara D., deceased
4. Barley, David A., Jr.
5. Berger, Virginia L.
6. Bishop, Sharon W., Executor of the Estate of Sinclair, Kathy W., deceased
7. Bowling, Viola M.
8. Boyd, Anna D.
9. Brewster, Brenda G.
10. Broom, Vonda K.
11. Ann D. Brown
12. Brown, Sybil A.
13. Brumfield, Wilma T.
14. Buchanan, Debra P., Executor of the Estate of Parsons, Jean R., deceased
15. Clark, Marvin J.
16. Clark, Robert E.
17. Clemons, Michael D.
18. Clodfelter, Rebecca
19. Collins, Carol S.
20. Collins, John D., Sr.
21. Conner, Edward L.
22. Cragget, Oscar J.
23. Crawford, Donald G., Sr.
24. English, Harry M.
25. Fralin, Christy A.
26. Forry, Girard S.
27. Galarneau, Amanda J.
28. Gaskins, Atlas L.
29. Gaskins, Larry D., Executor of the Estate of Warren, Miriam G., deceased
30. Hall, Kenneth E.
31. Hannabass, Robin A.
32. Jarrett, Anthony J.
33. Jones, Denise B.
34. Lugar, Bobby S.
35. Matthews, James W.
36. Miller, Tamela, Executor of the Estate of Creasy, Sydney, deceased
37. Miller, Virginia C.
38. Mitchell, Patricia A.
39. Muse, Gregory L.
40. Nicely, Danny K.
41. Nicely, John D.
42. Nipper, Sharon G.

43. Perdue, Charles P., Sr.
44. Powell, Michelle H.
45. Phillips, Nancy F.
46. Scott, Vicki G.
47. Sherrill, Christopher L.
48. Shrewsbury, James S.
49. Smith, Lloyd
50. Stevens, Jackie L.
51. Stover, David G.
52. Taylor, Johnny, Sr.
53. Turner, Daniel A.
54. Underwood, David G.
55. Velez, Luz E.
56. West, Donna M.
57. Whittaker, Barbara T.
58. Williams, Cheryl D.
59. Wilson, Raymond E.
60. Wood, Darlene S.
61. Woody, Beverly B.