UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
) MDL No.: 1:13-md-2419-RWZ
)
This Document Relates To: )
)
_____ All Cases. _____)

**OPPOSITION BY THE VIRGINIA CRANDALL & KATT PLAINTIFFS
TO INSIGHT HEALTH CORP.'S REQUEST FOR SUPPLEMENTAL ORDER
TRANSFERRING ADDITIONAL PERSONAL INJURY TORT AND
WRONGFUL DEATH CASES TO THIS COURT**

The Virginia Crandall & Katt Plaintiffs, identified on Exhibit A to this pleading, by counsel, appear specially to record their opposition to the request of Insight Health Corp. ("Insight") that this Court enter Insight's proposed supplemental order transferring certain cases originally filed in Roanoke City Circuit Court, Roanoke, Virginia and removed to the U.S. District Court for the Western District of Virginia by third-party defendant Ameridose, LLC. These plaintiffs adopt for their arguments in opposition those stated by the Roanoke-Area LichtensteinFishwick and Brown & Jennings Plaintiffs in their Response and Opposition (Doc. 1211), as though fully set forth herein. For such reasons the Virginia Crandall & Katt Plaintiffs respectfully request that the Court deny Insight's request and decline to enter the proposed supplemental order.

Dated: June 23, 2014
Respectfully submitted,

The Virginia Crandall & Katt Plaintiffs

/s/ Patrick T. Fennell
Patrick T. Fennell, Esq. (VSB 40393)
CRANDALL & KATT
Attorneys & Counselors at Law
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2014, true and complete copies of this document filed through court's CM/ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/ Patrick T. Fennell
Patrick T. Fennell, Esq. (VSB 40393)
CRANDALL & KATT
Attorneys & Counselors at Law
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com