UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

ORDER

June 23, 2014

ZOBEL, D.J.

On June 5, 2014, this court ordered that 20 cases against Insight Health Corp. ("Insight") then pending in the Circuit Court for the City of Roanoke be transferred to the Multdistrict proceeding, MDL No. 13-02419-RWZ, in this court. Both Insight and the Chapter 11 Trustee in the New England Compounding Pharmacy, Inc. "(NECC"), bankruptcy now request that the court also order the transfer of an additional nine cases that have been removed to the United States District Court for the Western District of Virginia and that are listed on Exhibit 1 attached hereto. Because these cases are already pending before the Judicial Panel on Multidistrict Litigation, which has scheduled consideration of objections to the transfers, this court is without authority to order the transfers the parties request.

The requests are accordingly denied.

June 23, 2014
DATE

/s/ Rya W. Zobel
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

| |
|---|
| *Nora Bell, et al. v. Insight Health Corp.*, Case No. 7:14-cv-00164-MFU |
| *William L. Neal, Admin. of the Estate of Lucy Byrd Neal v. Insight Health Corp.*, Case No. 7:14-cv-00165-MFU |
| *Gladys G. Austin, et al. v. Insight Health Corp.*, Case No. 7:14-cv-00166-MFU |
| *Lisa A. Agnew, et al. v. Insight Health Corp.*, Case No. 7:14-cv-00250-MFU |
| *Debra P. Buchanan, Executor of the Estate of Jean R. Parsons, Deceased v. Insight Health Corp.*, Case No. 7:14-cv-00251-MFU |
| *Tamela M. Miller, Executor of the Estate of Sydney M. Creasy, Deceased v. Insight Health Corp.*, Case No. 7:14-cv-00252-MFU |
| *Tosha Andrews, Admin. of the Estate of Sara D. Culp a/k/a Sara D. Andrews, Deceased v. Insight Health Corp.*, Case No. 7:14-cv-00253-MFU |
| *Sharon W. Bishop, Executor of the Estate of Kathy W. Sinclair, Deceased v. Insight Health Corp.*, Case No. 7:14-cv-00254-MFU |
| *Patricia A. Mitchell v. Insight Health Corp.*, Case No. 7:14-cv-00278-MFU |