UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | )<br>)<br>)<br>)<br>)   MDL No. 1:13-md-2419-RWZ<br>)<br>)<br>) |

### JOINT MOTION OF INSIGHT HEALTH CORP. AND THE PLAINTIFFS' STEERING COMMITTEE FOR EXTENSION OF DEADLINES

Insight Health Corp. ("Insight"), by and through its undersigned counsel, and the Plaintiffs' Steering Committee (the "PSC") (together, "Movants"), hereby move this Court to extend certain deadlines as they relate to PSC's Motion for Entry of Case Management Order No. 8 (MDL Doc. No 1188).

In support of this motion, the Movants respectfully state as follows:

1. On June 11, 2014, the Plaintiffs' Steering Committee filed its Motion for Entry of Case Management Order No. 8 ("Motion").

2. Based on the local rules of the court, Insight's deadline to respond would be June 25, 2014.

3. The Plaintiffs' Steering Committee has agreed to Insight's request for an extension of the deadline to respond to the Motion until July 9, 2014, and Insight agrees with a deadline of July 23, 2014 for the PSC to file its reply.

4. Accordingly, the Movants request: 1) an extension of the deadline for Insight to respond the Plaintiffs' Steering Committee's Motion for Entry of Case Management Order No. 8 to July 9, 2014, and 2) establishment of a deadline of July 23, 2014 for PSC to reply.

**WHEREFORE**, the Movants respectfully request that this Court extend the deadlines requested herein.

Dated: June 25, 2014

By: /s/ Samuel T. Towell
Stephen D. Busch, Esq. (admitted *pro hac vice*)
Christopher E. Trible, Esq. (admitted *pro hac vice*)
Samuel T. Towell, Esq. (admitted *pro hac vice*)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219-4030
804-775-1368
sbusch@mcguirewoods.com
ctrible@mcguirewoods.com
stowell@mcguirewoods.com

*Counsel for Insight Health Corp.*

By: /s/ Kristen Johnson
Thomas M. Sobol, Esq.
Kristen Johnson, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
617-482-3700
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel, for the PSC*

## CERTIFICATE OF SERVICE

      I certify that, on June 25, 2014, this document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                          /s/ Samuel T. Towell_____
                          Samuel T. Towell

58177233_1