UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | )<br>)<br>)<br>) MDL No. 1:13-md-2419-RWZ<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING JOINT MOTION OF INSIGHT HEALTH CORP. AND THE PLAINTIFFS' STEERING COMMITTEE FOR EXTENSION OF DEADLINES

On June 25, 2014, the Defendant Insight Health Corp. and the Plaintiffs Steering Committee submitted a joint motion to extend deadlines for briefing regarding the Plaintiffs' Steering Committee's Motion for Entry of Case Management Order No. 8 (MDL Doc. No. 1188). This Court finds good cause for the Motion and hereby grants the Motion and orders as follows:

1. Insight shall file its opposition to the Motion on or before July 9, 2014;

2. The Plaintiffs' Steering Committee shall file its reply on or before July 23, 2014.

**So Ordered.**

Dated: _____, 2014

_____
Rya W. Zobel
United States District Judge