# EXHIBIT A

## CASES PENDING AGAINST LIBERTY INDUSTRIES, INC.

|  | STATE OF FIRST FILING | NAME | DOCKET NO. | DATE FILED IN MDL |
|---|---|---|---|---|
| 1. | FL | Fusco | 1:13-cv-10603 | 2/12/14 |
| 2. | FL | York | 1:13-cv-10626 | 2/12/14 |
| 3. | IN | Copsey | 1:13-cv-10503 | 12/19/13 |
| 4. | IN | Geisler | 1:13-cv-10357 | 12/19/13 |
| 5. | IN | Ginther | 1:13-cv-10363 | 12/19/13 |
| 6. | IN | Klemm | 1:13-cv-10371 | 12/19/13 |
| 7. | IN | Lambert | 1:13-cv-10351 | 12/19/13 |
| 8. | IN | Oblinger | 1:13-cv-10355 | 12/19/13 |
| 9. | IN | Pavlekovich | 1:13-cv-10373 | 12/19/13 |
| 10. | IN | Schrock | 1:13-cv-10370 | 12/19/13 |
| 11. | IN | Tallman | 1:13-cv-10349 | 12/19/13 |
| 12. | IN | Wyres | 1:13-cv-10356 | 12/19/13 |
| 13. | MA | Alcozar | 1:14-cv-12598 | 6/23/14 |
| 14. | MA | Bostic | 1:14-cv-12371 | 6/4/14 |
| 15. | MA | Craigo | 1:14-cv-12367 | 6/3/14 |
| 16. | MA | Denesha | 1:14-cv-12518 | 6/13/14 |
| 17. | MA | Driscoll | 1:13-cv-13233 | 12/20/13 |
| 18. | MA | Durben | 1:14-cv-12599 | 6/23/14 |
| 19. | MA | Elliott | 1:14-cv-12597 | 6/23/14 |
| 20. | MA | Frick | 1:14-cv-12611 | 6/24/14 |
| 21. | MA | Gibson | 1:14-cv-11856 | 4/15/14 |

## CASES PENDING AGAINST LIBERTY INDUSTRIES, INC.

| 22. | MA | Holden | 1:14-cv-12616 | 6/24/14 |
|---|---|---|---|---|
| 23. | MA | Lenhart | 1:14-cv-12561 | 6/18/14 |
| 24. | MA | Montague | 1:13-cv-13230 | 12/20/13 |
| 25. | MA | Phillips | 1:13-cv-13232 | 12/20/13 |
| 26. | MA | Polk | 1:14-cv-12573 | 6/20/14 |
| 27. | MA | Pringle | 1:14-cv-12574 | 6/20/14 |
| 28. | MA | Smith | 1:14-cv-12531 | 6/16/14 |
| 29. | MA | Wegner | 1:14-cv-12619 | 6/24/14 |
| 30. | MA | Wolfe | 1:14-cv-12622 | 6/24/14 |
| 31. | NJ | Chambers | 1:14-cv-11822 | 4/14/14 |
| 32. | NJ | Snead | 1:14-cv-11821 | 4/14/14 |
| 33. | TX | Cavanaugh | 1:13-cv-10486 | 12/11/13 |

*G:\DOCS\DER\Cases\Great American\Liberty Industries\Memos\List of Cases.docx*