# EXHIBIT 2

**Exhibit 2**

## SUITS WHERE THE PLAINTIFF PURPORTED TO ALLEGE ONLY PRODUCT LIABILITY BUT ALSO FACTUALLY ALLEGED ORDINARY NEGLIGENCE, AND LATER AMENDED TO EXPLICITLY ADD HCLA CLAIMS AND FILE A CERTIFICATE OF GOOD FAITH

These suits should be dismissed *with prejudice*. *See* footnote 35 of the Tennessee Clinic Defendants' Reply to the PSC's Response to the Tennessee Clinic Defendants' Motion to Dismiss for Failure to Comply with Tenn. Code Ann. § 29-26-121.

| MDL Case Number | Patient |
| --- | --- |
| 1:13-cv-12619 (RWZ) | Altom, Shenia |
| 1:13-cv-12738 (RWZ) | Barnard, Robert |
| 1:13-cv-12838 (RWZ) | Berry, Fredia |
| 1:13-cv-12619 (RWZ) | Barger, Vickie |
| 1:13-cv-12238 (RWZ) | Carman, Cindy |
| 1:13-cv-12426 (RWZ) | Davis, Thomas Randy |
| 1:13-cv-12619 (RWZ) | Ellis, Claudia |
| 1:13-cv-12619 (RWZ) | Groves, Samuel |
| 1:13-cv-12915 (RWZ) | Johnson, John |
| 1:13-cv-12619 (RWZ) | Jones, John Edward |
| 1:13-cv-12619 (RWZ) | Maddox, Lisa |
| 1:13-cv-12619 (RWZ) | May, Angela |
| 1:13-cv-12619 (RWZ) | McWhorter, Wayne |
| 1:13-cv-12619 (RWZ) | Morris, Anthony Clay |
| 1:13-cv-12682 (RWZ) | Norris, Jocelyn[1] |
| 1:13-cv-12688 (RWZ) | Palmer, James[2] |
| 1:13-cv-12733 (RWZ) | Pierce, Terry |
| 1:13-cv-12311 (RWZ) | Schulz, Martha |
| 1:13-cv-12619 (RWZ) | Smiley, Betty |
| 1:13-cv-12619 (RWZ) | Sumner, Peggy Lynn |
| 1:13-cv-12619 (RWZ) | Swann, (Virginia) Gail |
| 1:13-cv-12696 (RWZ) | Temple, Reba |
| 1:13-cv-12619 (RWZ) | Waddey, Gary Wayne |

---

[1] Ms. Norris alleged negligence against the Tennessee Clinic Defendants in her first short form complaint without filing a certificate of good faith. First. Am. Compl. ¶ 8. She later filed an amended short form complaint with the required certificate. Second Am. Compl. Ex. 2.

[2] Mr. Palmer alleged negligence against the Tennessee Clinic Defendants in his first short form complaint without filing a certificate of good faith. First. Am. Compl. ¶ 8. He later filed an amended short form complaint with the required certificate. Second Am. Compl. Ex. 7.