**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) )<br><br>This Document Relates to:<br>All Cases ) ) ) ) | ) MDL Docket No. 2419<br>) Dkt. No. 1:13-MD-2419-RWZ |

**NOTICE OF FILING**

Please take notice that, on June 26, 2014, the Roanoke Gentry Locke Plaintiffs filed with the United States Court of Appeals for the First Circuit a Petition for a Writ of Mandamus, attached hereto as **Exhibit A**. In accordance with Federal Rule of Appellate Procedure 21(a)(1), a copy of the Petition was served by first-class mail on every party in this District Court, and likewise provided to District Court Judge Zobel. To assure prompt notice, the Petition is also being filed and served on the parties via ECF.

/s/ J. Scott Sexton
By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
Fax: (540) 983-9400

sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com
*Counsel for the Plaintiffs*

## Certificate of Service

I hereby certify that on the 26th day of June, 2014, the foregoing was filed through the ECF system which will send electronic notification to the registered participants identified on the Notice of Electronic Filing (NEF).

/s/ J. Scott Sexton