UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>v.<br><br>This Document Relates to:<br><br>Kennedy, et al. v. Unifirst Corporation, et al.<br>No: 1:13-cv-13227-RWZ<br><br>Musselwhite v. Unifirst Corporation, et al.<br>No: 1:13-cv-13228 -RWZ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No: 1:13-md-2419-RWZ |

**[PROPOSED] ORDER**

On June 30, 2014, the Plaintiffs' Steering Committee and counsel for Advanced Pain & Anesthesia Consultants, PC d/b/a APAC Centers for Pain Management and Randolph Y. Chang, M.D., filed a Joint Motion for Order to Set Revised Briefing Schedule and Re-Scheduling of Oral Argument [ECF No. XXXX]. The Court grants the Motion and orders:

1. The PSC will file its reply to the Response to the Motion no later than **August 29, 2014**;

2. The APAC Defendants will file its Reply to the PSC's Response to the Motion no later than **September 5, 2014** (limited to 5 pages);

3. If necessary, the PSC may file a sur-reply to the Reply to the PSC's Response to the Motion no later than **September 12, 2014** (limited to 5 pages); and

4. Oral Arguments will be heard on **September 18, 2014**.

**So Ordered.**

By: _____
Rya W. Zobel
United States District Court Judge

Dated: _____, 2014