# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation

District Court Number: 13md2419-RWZ

Fee: Paid? Yes _X_ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes _X_ No ____        Sealed documents   Yes _x_ No ____
*If yes, document #*   (see attached)     *If yes, document #*   (see attached)

*Ex parte* documents   Yes ____ No _X_    Transcripts   Yes _X_ No ____
*If yes, document #*                       *If yes, document #*   (see attached)

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#1173 Order

Other information:

 

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#1173 and #1232

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 1232 filed on June 30, 2014.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 30, 2014.


**ROBERT M. FARRELL**
Clerk of Court


/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

MOTIONS PENDING:

770,771,774,779,790,831,837,893,895,896,940,975,985,997,999,1006,1013,1026,1028,1037, 1039,1041,1044,1050,1053,1055,1058,1060,1061,1074,1075,1088,1096,1098,1099,1100,1101, 1102,1107,1108,1114,1133,1139,1149,1166,1168,1188,1194,1195,1200,1204,1208,1225,1226, 1229,1230

SEALED DOCUMENTS:

1091

TRANSCRIPTS:

52,97,152,199,335,390,436,473,517,575,576,735,802,902,906,1022,1093,1128,1177