## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

DARRELL CUMMINGS,
Inmate # 088532,

    Plaintiff,

v.

                                      Case No. 9:12-cv-81413-WPD

NEW ENGLAND COMPOUNDING
CENTER, CEO BARRY CADEN, GEO
GROUP INC., TOM LEVINS, WARDEN,
MS. N. FINNISSE, MSM, HSA,
DR. J DAUPHIN, D.O., DR. JULES
HELLER, M.D., DR. ROBERT LINS, M.D.,
OFFICER MCINTIRE, CO1,

    Defendants.
_____/

### DEFENDANT NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER'S NOTICE OF <u>STAY BY REASON OF BANKRUPTCY</u>

Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center ("NECC") hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a), all actions against NECC are stayed.

*[Continued on following page]*

Dated: December 28, 2012.        Respectfully submitted,

                   s/Charles D. Bavol
                   Charles D. Bavol
                   Bar Number 776701
                   Melissa D. Krepps
                   Bar Number 595551
                   The Bleakley Bavol Law Firm
                   15170 N. Florida Avenue
                   Tampa, Florida 33613
                   Telephone: 813.221.3759
                   Facsimile: 813.221.3198
                   cbavol@bleakleybavol.com
                   mkrepps@bleakleybavol.com
                   *Attorneys for Defendant*
                   *New England Compounding*
                   *Pharmacy, Inc. d/b/a*
                   *New England Compounding Center*

## CERTIFICATE OF SERVICE

I hereby certify that, on **December 28, 2012,** I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on Plaintiff via U.S. Mail.

s/Charles D. Bavol
Attorney

## SERVICE LIST

Darrell Cummings
Inmate # 088532
South Bay Correctional Facility
600 U.S. Highway 27 South
South Bay, FL 33493

Served via U.S. Mail.