|        |        |
|--------|--------|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **Sent:** | Thursday, February 21, 2013 12:29 PM |
| **To:** | JPMLCMDECF@jpml.uscourts.gov |
| **Subject:** | Activity in Case MDL No. 2419 IN RE: New England Compounding Pharmacy, Inc., Products Liability Litigation |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 2/21/2013 at 12:29 PM EST and filed on 2/21/2013
**Case Name:**     IN RE: New England Compounding Pharmacy, Inc., Products Liability Litigation
**Case Number:**   MDL No. 2419
**Filer:**
**Document Number:** 127(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**NOTICE TO COUNSEL -**
**The Clerk of the Panel has determined the listed action(s) is not appropriate for inclusion in this MDL.** *See* **Rule 7.1(b)(i).**
**-- FLS/9:12-cv-81413**

**Signed by Clerk of the Panel Jeffery N. Luthi, on 2/21/2013.**

**Associated Cases: MDL No. 2419, FLS/9:12-cv-81413 (JG)**

**Case Name:**     Cummnings v. New England Compounding Center et al
**Case Number:**   FLS/9:12-cv-81413
**Filer:**
**Document Number:** 1(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**NOTICE TO COUNSEL -**
**The Clerk of the Panel has determined the listed action(s) is not appropriate for inclusion in this MDL.** *See* **Rule 7.1(b)(i).**
**-- FLS/9:12-cv-81413**

**Signed by Clerk of the Panel Jeffery N. Luthi, on 2/21/2013.**

**Associated Cases: MDL No. 2419, FLS/9:12-cv-81413 (JG)**

**MDL No. 2419 Notice has been electronically mailed to:**

**MDL No. 2419 Notice will not be electronically mailed to:**

**FLS/9:12-cv-81413 Notice has been electronically mailed to:**

**FLS/9:12-cv-81413 Notice will not be electronically mailed to:**

Darrel Cummings
South Bay Correctional Facility
600 U.S. Highway 27 South
South Bay, FL 33493