CASREF,PAW

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CIVIL DOCKET FOR CASE #: 9:12-cv-81413-WPD

| | |
|---|---|
| Cummnings v. New England Compounding Center et al | Date Filed: 12/26/2012 |
| Assigned to: Judge William P. Dimitrouleas | Jury Demand: Defendant |
| Referred to: Magistrate Judge Patrick A. White | Nature of Suit: 550 Prisoner: Civil Rights |
| Cause: 42:1983 State Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Darrel Cummings**                          represented by **Darrel Cummings**
                                                            088532
                                                            South Bay Correctional Facility
                                                            Inmate Mail/Parcels
                                                            600 U.S. Highway 27 South
                                                            South Bay, FL 33493
                                                            PRO SE

V.

**Defendant**

**New England Compounding Center**
*Barry Caden, CEO*

**Defendant**

**Warden Tom Levins**
*GEO Group Inc.*
*TERMINATED: 12/03/2013*

**Defendant**

**Ms. N. Finnisse**                          represented by **Gregory A. Kummerlen**
*MSM, HSA*                                                  Wiederhold, Moses, Kummerlen &
                                                            Waronicki, P.A.
                                                            560 Village Boulevard, Suite 240
                                                            PO Box 3918
                                                            West Palm Beach, FL 33402
                                                            561-615-6775
                                                            Fax: 615-7225
                                                            Email: gkummerlen@wmrfla.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**J. Dauphin, D.O.** represented by **Gregory A. Kummerlen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Jules Heller, M.D.** represented by **Gregory A. Kummerlen**
*Medical Director* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Robert Lins, M.D.**
*Orthopedic Specialist*
*TERMINATED: 12/03/2013*

**Defendant**

**Officer McIntire** represented by **Gregory A. Kummerlen**
*CO1* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. L. King**
*D.O., GEO Group Inc.*

| Date Filed | # | clear | Docket Text |
|---|---|---|---|
| 12/26/2012 | 1 | 6.82MB | Civil Rights COMPLAINT Form For Use In Actions Under 42 U.S.C. 1983 against Dr. J. Duaphin, D.O., N. Finnisse, Dr. Jules Heller, M.D., Tom Levins, Dr. Robert Lins, M.D., McIntire, New England Compounding Center. Filing fee $ 350.00 No fee/No IFP, filed by Darrel Cummnings. (Attachments: # 1 Exhibits A-L)(yar) (Entered: 12/27/2012) |
| 12/26/2012 | 2 | | Judge Assignment to Judge William P. Dimitrouleas (yar) (Entered: 12/27/2012) |
| 12/26/2012 | 3 | | Clerks Notice of Magistrate Judge Assignment to Magistrate Judge Patrick A. White. Pursuant to Administrative Order 2003-19 for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. (yar) (Entered: 12/27/2012) |
| 12/28/2012 | 4 | 85.34KB | ORDER REQUIRING PAYMENT OF FILING FEE OR FILING OF MOTION TO PROCEED IFP WITH DETAILED AFFIDAVIT. Filing Fee due by 1/24/2013. Motions due by 1/24/2012. Signed by Magistrate Judge Patrick A. White on 12/28/2012. (Attachments: # 1 Affidavit IFP) (tw) (Entered: 12/28/2012) |

| | | | |
|---|---|---|---|
| 12/28/2012 | 5 | 13.92KB | ORDER OF INSTRUCTIONS TO PRO SE LITIGANT. Signed by Magistrate Judge Patrick A. White on 12/28/2012. (tw) (Entered: 12/28/2012) |
| 12/28/2012 | 6 | 16.51KB | NOTICE of Stay by Reason of Bankruptcy by New England Compounding Center (Bavol, Charles) Modified text on 12/31/2012 (yha). (Entered: 12/28/2012) |
| 01/11/2013 | 7 | 277.98KB | MOTION for Leave to Proceed in forma pauperis by Darrel Cummings. (tpl) (Entered: 01/11/2013) |
| 01/16/2013 | 8 | 198.52KB | MOTION for Leave to Proceed in forma pauperis by Darrel Cummings. (cbr) (Entered: 01/17/2013) |
| 02/05/2013 | 9 | 10.62KB | ORDER PERMITTING PLAINTIFF TO PROCEED WITHOUT PREPAYMENT OF FILING FEE BUT ESTABLISHING DEBT TO CLERK OF $350.00 and Granting 7 Motion for Leave to Proceed in forma pauperis; granting 8 Motion for Leave to Proceed in forma pauperis. Signed by Magistrate Judge Patrick A. White on 2/5/2013. (tw) (Entered: 02/05/2013) |
| 02/15/2013 | 10 | 10.40KB | ORDER RE SERVICE OF PROCESS REQUIRING PERSONAL SERVICE UPON AN INDIVIDUAL. The United States Marshal shall serve a copy of the complaint and appropriate summons upon:Dr. J. Dauphin, Physician, South Bay Correctional Facility,600 U.S. Highway 27, South Bay, FL 33493 and Dr. Jules HellerMedical DirectorSouth Bay Correctional Facility, 600 U.S. Highway 27South Bay, FL 33493. Signed by Magistrate Judge Patrick A. White on 2/15/2013. (tw) (Entered: 02/15/2013) |
| 02/15/2013 | 11 | 33.81KB | REPORT AND RECOMMENDATIONS on 42 USC 1983 case re 1 Complaint, filed by Darrel Cummings. Recommending 1. Claims for denial of adequate medical treatment continue against Drs. Dauphin and Heller, and against Dr. Heller for retaliation. 2. Claims against Warden Levins, Finnisse, Dr. Lins and Officer McIntire, and the CEO of New England Compounding Center be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii)for failure to state a claim upon which relief may be granted. Objections to R&R due by 3/4/2013 Signed by Magistrate Judge Patrick A. White on 2/15/2013. (tw) (Entered: 02/15/2013) |
| 02/21/2013 | 12 | 75.60KB | Summons Issued as to J. Duaphin, D.O.. (br) (Entered: 02/21/2013) |
| 02/21/2013 | 13 | 76.68KB | Summons Issued as to Jules Heller, M.D.. (br) (Entered: 02/21/2013) |
| 03/01/2013 | 14 | 0.73MB | OBJECTIONS to 11 Report and Recommendations by Darrel Cummings. (cbr) (Entered: 03/01/2013) |
| 03/01/2013 | 15 | 0.62MB | SUPPLEMENTAL Attachments to 14 Objections to Report and Recommendations by Darrel Cummings (cbr) (Entered: 03/01/2013) |
| 03/06/2013 | 16 | 65.10KB | MOTION to Correct Clerical Error re 14 Objections to Report and Recommendations by Darrel Cummings. Responses due by 3/25/2013 (cbr) (Entered: 03/06/2013) |

| | | | | |
|---|---|---|---|---|
| 03/11/2013 | 17 | ☐ 0.52MB | | MOTION for Preliminary Injunction by Darrel Cummings. (cbr) (Entered: 03/12/2013) |
| 03/13/2013 | 18 | ☐ 170.17KB | | ORDER ADOPTING IN PART REPORT AND RECOMMENDATIONS and SUSTAINING IN PART OBJECTIONS; re 11 Report and Recommendations ; Granting 16 Motion to Amend/Correct clerical errors. ORDER REFERRING this matter to Judge Patrick A. White for further proceedings as appropriate, including the Pending Request for an injunction : 17 MOTION for Preliminary Injunction filed by Darrel Cummings. Signed by Judge William P. Dimitrouleas on 3/12/2013. (gp) (Entered: 03/13/2013) |
| 03/15/2013 | 19 | ☐ 10.30KB | | ORDER that the United States Marshal shall serve a copy of the complaint and appropriate summons upon:Ms. N. Finnisse, MSM, Health Service Administrator, South Bay Correctional Facility, 600 U.S. Highway 27 South, South Bay, FL 33493. Signed by Magistrate Judge Patrick A. White on 3/15/2013. (tw) (Entered: 03/15/2013) |
| 03/18/2013 | 20 | ☐ 77.04KB | | Summons Issued as to N. Finnisse. (br) (Entered: 03/18/2013) |
| 03/25/2013 | 21 | ☐ 1.93MB | | AMENDED COMPLAINT against All Defendants, filed by Darrel Cummings.(cbr) (Entered: 03/26/2013) |
| 04/01/2013 | 22 | ☐ 1.24MB | | MOTION for Preliminary Injunction and Restraining Order ( Responses due by 4/18/2013) by Darrel Cummings. (cbr) (Entered: 04/02/2013) |
| 04/01/2013 | 23 | ☐ 87.84KB | | Summons (Affidavit) Returned Unexecuted as to J. Duaphin, D.O.. (cbr) (Entered: 04/02/2013) |
| 04/01/2013 | 24 | ☐ 88.37KB | | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/answer filing deadline Jules Heller, M.D. served on 3/21/2013, answer due 4/11/2013. (cbr) (Entered: 04/02/2013) |
| 04/05/2013 | 25 | ☐ 19.74KB | | SUPPLEMENTAL REPORT AND RECOMMENDATIONS on 42 USC 1983 case re 21 Amended Complaint filed by Darrel Cummings. Recommending 1. It is therefore recommended that the amended complaint shall be admitted solely as to permit the claim of denial of adequate medical care to continue against Officer McIntire. (DE#21)2. She will be served by separate order. Objections to R&R due by 4/22/2013 Signed by Magistrate Judge Patrick A. White on 4/5/2013. (tw) (Entered: 04/05/2013) |
| 04/05/2013 | 26 | ☐ 18.42KB | | REPORT AND RECOMMENDATIONS. Dismissing without prejudice as premature 17 MOTION for Preliminary Injunction filed by Darrel Cummings and denying 22 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order filed by Darrel Cummings. Objections to R&R due by 4/22/2013 Signed by Magistrate Judge Patrick A. White on 4/5/2013. (tw) (Entered: 04/05/2013) |
| 04/11/2013 | 27 | ☐ 79.24KB | | ANSWER and Affirmative Defenses to Complaint with Jury Demand by Jules Heller, M.D..(Kummerlen, Gregory) (Entered: 04/11/2013) |

| Date | Doc # | Size | Description |
|---|---|---|---|
| 04/22/2013 | 28 | 267.43KB | OBJECTIONS to 25 , 26 Report and Recommendations by Darrel Cummings. (cbr) (Entered: 04/23/2013) |
| 04/25/2013 | 29 | 125.45KB | OBJECTIONS to Magistrate 25 , 26 Report and Recommendations, Attachment Process Receipt and Return United States Marshall Service by Darrel Cummings. (ral) (Entered: 04/26/2013) |
| 05/02/2013 | 30 | 80.07KB | ANSWER and Affirmative Defenses to Complaint with Jury Demand by N. Finnisse.(Kummerlen, Gregory) (Entered: 05/02/2013) |
| 05/09/2013 | 31 | 1.03MB | RENEWED MOTION for Preliminary Injunction by Darrel Cummings. (asl) (Entered: 05/09/2013) |
| 05/09/2013 | 32 | 87.98KB | SUMMONS (Affidavit) Returned Executed on 21 Amended Complaint with a 14 day response/answer filing deadline pursuant to Fed. R. Civ. P. 15 N. Finnisse served on 4/26/2013, answer due 5/10/2013. (asl) (Entered: 05/09/2013) |
| 05/10/2013 | 33 | 140.23KB | OMNIBUS ORDER Adopting and Approving Reports of Magistrate Judge and Overruling Objections; denying 17 Motion for Preliminary Injunction; denying 22 Motion for Preliminary Injunction; denying 22 Motion for Temporary Restraining Order; adopting 25 Report and Recommendations; adopting Report and Recommendations re 26 Report and Recommendations. Certificate of Appealability: No Ruling. Referring 31 to Magistrate Judge White. Signed by Judge William P. Dimitrouleas on 5/10/2013. (asl) (Entered: 05/10/2013) |
| 05/10/2013 | 34 | 0.53MB | RENEWED MOTION for Preliminary Injunction by Darrel Cummings. (asl) (Entered: 05/10/2013) |
| 06/03/2013 | 35 | 89.71KB | Summons (Affidavit) Returned Unexecuted as to J. Duaphin, D.O. (asl) (Entered: 06/04/2013) |
| 06/06/2013 | 36 | 71.42KB | MOTION to Furnish Defendant's Update Addresses ( Responses due by 6/24/2013) by Darrel Cummings. (asl) (Entered: 06/06/2013) |
| 06/17/2013 | 37 | 86.99KB | SECOND MOTION to Furnish Defendant's Updated Addresses by Darrel Cummings. (Address Updated) (yar) (Entered: 06/17/2013) |
| 06/25/2013 | 38 | | ORDER granting 36 Motion ; granting 36 Motion to Appoint Special Process Server, granting motion to furnish defendants address, service will be ordered by separate order ; denying 37 Motion to update address, a former attorney and former employer are not proper persons to accept service. Signed by Magistrate Judge Patrick A. White on 6/25/2013. (cz) (Entered: 06/25/2013) |
| 06/25/2013 | 39 | 16.70KB | REPORT AND RECOMMENDATIONS on 42 USC 1983 case re 34 MOTION for Preliminary Injunction filed by Darrel Cummings, 31 MOTION for Preliminary Injunction filed by Darrel Cummings. Recommending that the motions for preliminary injunction be dismissed without prejudice as premature(DE#31 & 34). Objections to R&R due by 7/12/2013 Signed by Magistrate Judge Patrick A. White on 6/25/2013. (tw) (Entered: 06/25/2013) |

| Date | Doc # | Size | Description |
|---|---|---|---|
| 06/25/2013 | 40 | 0.58MB | RENEWED MOTION for Preliminary Injunction by Darrel Cummings. (yar) (Entered: 06/25/2013) |
| 06/26/2013 | 41 | | ORDER denying 40 Motion for Preliminary Injunction, this motion was filed on June 25, 2013, and a Report and Recommendation on the plaintiff's motions for TRO was entered on June 25, 2013. Signed by Magistrate Judge Patrick A. White on 6/26/2013. (cz) (Entered: 06/26/2013) |
| 06/28/2013 | 42 | 10.36KB | (VACATED by DE# 46.)ORDER that the United States Marshal shall serve a copy of the complaint and appropriate summons upon:Dr. Jean R. Dauphin, 512 West Oakland Park Boulevard, Fort Lauderdale, FL 33311 and Officer McIntire, Correctional Officer, South Bay Correctional Facility, 600 U.S. Highway 27, South Bay, FL 33493. Signed by Magistrate Judge Patrick A. White on 6/28/2013. (tw) Modified to reflect "vacated" on 7/16/2013 (wc). (Entered: 06/28/2013) |
| 07/03/2013 | 43 | 76.63KB | Summons Issued as to J. Duaphin, D.O.. (br) (Entered: 07/03/2013) |
| 07/03/2013 | 44 | 77.96KB | Summons Issued as to McIntire. (br) (Entered: 07/03/2013) |
| 07/11/2013 | 45 | 1.31MB | OBJECTION to the Magistrate's 39 Report and Recommendations by Darrel Cummings. (yar) (Main Document 45 replaced with complete image on 8/1/2013) (ail). (Entered: 07/11/2013) |
| 07/15/2013 | 46 | | *Endorsed OrderReview of the Court's docket reveals that service upon Dr. Jean Dauphin wasreturned to the Court as unexecuted, and the Marshal noted that this defendant never worked at that address provided. tHE PLAINTIFF MUST PROVIDE THE COURT WITH AN UPDATED CURRENT ADDRESS FOR THIS DEFENDANT OR DEFENDANT DAUPHIN WILL BE DISMISSED FROM THIS CASE.ORDER DE42 REQUIRING THE MARSHAL TO FILE A RETURN FOR THIS DEFENDANT IS VACATED. Signed by Magistrate Judge Patrick A. White on 7/15/2013. (cz) (Entered: 07/15/2013) |
| 07/18/2013 | 47 | 196.92KB | Summons (Affidavit) Returned Unexecuted as to Dr. J. Dauphin, D.O.. (yar) (Entered: 07/18/2013) |
| 07/19/2013 | 48 | 2.01MB | MOTION for Leave to File an Amended Complaint by Darrel Cummings. (Attachments: # 1 Exhibit - Second Amended Civil Rights Complaint)(yar) (Entered: 07/19/2013) |
| 08/01/2013 | 49 | 185.50KB | MOTION to Extend the Time For Service of Process by Darrel Cummings. Responses due by 8/19/2013 (yar) (Entered: 08/01/2013) |
| 08/05/2013 | 50 | | ORDER granting 49 Motion for Extension of Time TO FIND PROPER ADDRESS FOR DEFENDANT DAUPHIN FOR 60 DAYS. NO FURTHER EXTENSIONS WILL BE GRANTE.D Signed by Magistrate Judge Patrick A. White on 8/5/2013. (cz) (Entered: 08/05/2013) |
| 08/21/2013 | 51 | 92.72KB | OMNIBUS ORDER ADOPTING AND APPROVING REPORT OF MAGISTRATE JUDGE AND OVERRULING OBJECTIONS; denying 34 |

| | | | | |
|---|---|---|---|---|
| | | | | Motion for Preliminary Injunction; Adopting And Approving 39 Report and Recommendations. Certificate of Appealability: No Ruling; denying 31 Motion for Preliminary Injunction. Plaintiff's Objection [DE 45] is hereby OVERRULED. Signed by Judge William P. Dimitrouleas on 08/20/2013. (yar) (Entered: 08/21/2013) |
| 08/26/2013 | 52 | 231.20KB | | MOTION to Direct the U.S. Marshal to Effectuate Service Upon Defendant Dauphin by Darrel Cummings. Responses due by 9/12/2013 (yar) (Entered: 08/26/2013) |
| 09/04/2013 | 53 | 51.50KB | | NOTICE of Inquiry by Darrel Cummings (yar) (Entered: 09/04/2013) |
| 09/04/2013 | 54 | 93.40KB | | SUMMONS (Affidavit) Returned Executed on 21 Amended Complaint with a 14 day response/answer filing deadline pursuant to Fed. R. Civ. P. 15 McIntire served on 9/3/2013, answer due 9/17/2013. (yar) (Entered: 09/04/2013) |
| 09/11/2013 | 55 | 364.10KB | | MOTION for Reconsideration re 51 Order Adopting Report and Recommendations,, Order on Motion for Preliminary Injunction,,,,, by Darrel Cummings. (yar) (Entered: 09/11/2013) |
| 09/11/2013 | 56 | 150.11KB | | MOTION to certify an interlocutory appeal pursuant to 28 U.S.C. 1292(a)(b) re 51 Order Adopting Report and Recommendations,, Order on Motion for Preliminary Injunction,,,,, by Darrel Cummings. (hh) (Entered: 09/12/2013) |
| 09/16/2013 | 57 | 85.41KB | | ANSWER and Affirmative Defenses to Amended Complaint with Jury Demand by McIntire. Attorney Gregory A. Kummerlen added to party McIntire(pty:dft). (Kummerlen, Gregory) (Entered: 09/16/2013) |
| 09/16/2013 | 58 | 160.78KB | | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND MOTION TO CERTIFY INTOLOCUTORY APPEAL; denying 55 Motion for Reconsideration ; denying 56 Motion to Certify an Inteterlocutory Appeal Pursuant to 28 U.S.C.1292(a)(b). Signed by Judge William P. Dimitrouleas on 09/16/2013. (yar) (Entered: 09/17/2013) |
| 09/19/2013 | 59 | 264.82KB | | Plaintiff's Third MOTION to Furnish Defendant's Updated Addresses by Darrel Cummings. (yar) (Entered: 09/19/2013) |
| 09/20/2013 | 60 | | | ORDER granting 52 Motion to Appoint Special Process Server. ; granting 59 Motion to furnish defendantsw updated address in par, Defendant McIntire has been successfully served. Service will be ordered upon Dr. Dauphin at the updated address by separate order. Signed by Magistrate Judge Patrick A. White on 9/20/2013. (cz) (Entered: 09/20/2013) |
| 09/23/2013 | 61 | 128.90KB | | Discovery and Request For Production of Documents by Darrel Cummings. (yar) (Entered: 09/23/2013) |
| 09/24/2013 | 62 | 10.32KB | | ORDER that the United States Marshal shall serve a copy of the complaint and appropriate summons upon:Dr. Jean Dauphin, Dade County Jail, 1321 N.W. 13th Street, Miami, FL 33125. Signed by Magistrate Judge Patrick A. White on 9/24/2013. (tw) (Entered: 09/24/2013) |

| | | | |
|---|---|---|---|
| 09/25/2013 | 63 | ☐ 51.18KB | Summons Issued as to J. Dauphin, D.O.. (yar) (Entered: 09/25/2013) |
| 09/26/2013 | 64 | ☐ 20.92KB | REPORT AND RECOMMENDATIONS on 42 USC 1983 case re 48 MOTION for Leave to File filed by Darrel Cummings, 61 MOTION to Produce filed by Darrel Cummings. Recommending 1. It is therefore recommended that the motion to file a second amended complaint (DE#48) be granted, and a claim of denial of medical treatment continue against Dr. L.King. 2. She will be served by separate order, upon the notification to the Court of her current address. 3. The motion for the address of Dr. King (DE#61) should be denied. Objections to R&R due by 10/15/2013 Signed by Magistrate Judge Patrick A. White on 9/26/2013. (tw) (Entered: 09/26/2013) |
| 10/24/2013 | 65 | ☐ 167.98KB | MOTION Requesting Limited Discovery by Darrel Cummings. Responses due by 11/12/2013.(yar) (Entered: 10/24/2013) |
| 10/28/2013 | 66 | | ORDER denying 65 Motion for Discovery. Signed by Magistrate Judge Patrick A. White on 10/28/2013. (cz) (Entered: 10/28/2013) |
| 10/31/2013 | 67 | ☐ 89.09KB | ORDER ADOPTING REPORT OF MAGISTRATE JUDGE; granting 48 Motion for Leave to File ; denying 61 Motion to Produce; Adopting and Approving 64 Report and Recommendations. Certificate of Appealability: No Ruling.The Plaintiff shall separately file the amended complaint [DE 48-1] on the docket. Signed by Judge William P. Dimitrouleas on 10/30/2013. (yar) (Entered: 10/31/2013) |
| 11/12/2013 | 68 | ☐ 159.64KB | MOTION for Reconsideration of Magistrate Judge's Report re 64 REPORT AND RECOMMENDATIONS on 42 USC 1983 case by Darrel Cummings. (yar) Modified text/docket entry relationship on 11/12/2013 (yar). (Entered: 11/12/2013) |
| 11/25/2013 | 69 | ☐ 51.15KB | NOTICE of Inquiry by Darrel Cummings (Docket Sheet Mailed) (yar) (Entered: 11/25/2013) |
| 12/03/2013 | 70 | ☐ 62.55KB | NOTICE of Compliance by Darrel Cummings re 67 Order Adopting Report and Recommendations, Order on Motion for Leave to File, Order on Motion to Produce (asl) (Entered: 12/03/2013) |
| 12/03/2013 | 71 | ☐ 1.68MB | SECOND AMENDED COMPLAINT against J. Dauphin, D.O., N. Finnisse, Jules Heller, M.D., McIntire, New England Compounding Center, L. King filed in response to Order Granting Motion for Leave, filed by Darrel Cummings.(asl) (Entered: 12/03/2013) |
| 12/05/2013 | 72 | ☐ 91.57KB | MOTION to Furnish Defendant Dr. Loretha King's Updated Address by Darrel Cummings. (yar) (Entered: 12/05/2013) |
| 12/09/2013 | 73 | | ORDER granting 72 Motion to attempt service at the address provided for defendant King.. Signed by Magistrate Judge Patrick A. White on 12/9/2013. (cz) (Entered: 12/09/2013) |
| 12/12/2013 | 74 | ☐ 10.29KB | ORDER that the United States Marshal shall serve a copy of the complaint and appropriate summons upon:Dr. Loretha King, GEO Care Corporate, 1583 |

| | | | | |
|---|---|---|---|---|
| | | | | Common Street, #213, New Braunfels, TX 78130. Signed by Magistrate Judge Patrick A. White on 12/11/2013. (tw) (Entered: 12/12/2013) |
| 12/12/2013 | 75 | ☐ 76.55KB | | Summons Issued as to L. King. (br) (Entered: 12/12/2013) |
| 12/18/2013 | 76 | ☐ 170.67KB | | ANSWER and Affirmative Defenses to Amended Complaint with Jury Demand by J. Dauphin, D.O., N. Finnisse, Jules Heller, M.D., McIntire. Attorney Gregory A. Kummerlen added to party J. Dauphin, D.O.(pty:dft). (Kummerlen, Gregory) (Entered: 12/18/2013) |
| 12/18/2013 | 77 | ☐ 108.34KB | | SUMMONS (Affidavit) Returned Executed on 71 Amended Complaint with a 14 day response/answer filing deadline pursuant to Fed. R. Civ. P. 15 served on 12/17/2013, answer due 12/31/2013. (gp) (Entered: 12/19/2013) |
| 02/11/2014 | 78 | ☐ 7.97KB | | ORDER SECOND AMENDED COMPLAINT. 1. The second amended complaint is now the operative complaint. 2. No further amendments shall be permitted. 3. A Separate pre-trial statement shall be entered. Signed by Magistrate Judge Patrick A. White on 2/11/2014. (tw) (Entered: 02/11/2014) |
| 02/18/2014 | 79 | ☐ 10.97KB | | SCHEDULING ORDER: Amended Pleadings due by 6/18/2014. Discovery due by 6/4/2014. Joinder of Parties due by 6/18/2014. Motions due by 7/8/2014. Signed by Magistrate Judge Patrick A. White on 2/14/2014. (tw) (Entered: 02/18/2014) |
| 02/28/2014 | 80 | ☐ 55.54KB | | NOTICE of Inquiry directed to the U.S. Marshal Service regarding service of process as to defendant Dr. Loretha King by Darrel Cummings (ls) (Entered: 03/03/2014) |
| 03/11/2014 | 81 | ☐ 308.25KB | | Plaintiff's First Request For Production of Documents by Darrel Cummings. (yar) (Entered: 03/12/2014) |
| 03/12/2014 | 82 | ☐ 93.65KB | | Summons (Affidavit) Returned Unexecuted as to Dr. L. King. (yar) (Entered: 03/13/2014) |
| 03/13/2014 | 83 | | | ORDER denying 81 Motion to Produce. All discovery requests should be sent directly to the defendants. Signed by Magistrate Judge Patrick A. White on 3/13/2014. (cz) (Entered: 03/13/2014) |
| 03/20/2014 | 84 | ☐ 301.20KB | | NOTICE of Filing Discovery: Plaintiff's First Request For Interrogatories And Production of Documents From Defendant Dauphin by Darrel Cummings.(yar) (Entered: 03/20/2014) |
| 03/20/2014 | 85 | ☐ 336.89KB | | NOTICE of Filing Discovery: Plaintiff's First Request For Interrogatories and Production of Documents From Defendant Finisse by Darrel Cummings.(yar) (Entered: 03/20/2014) |
| 03/20/2014 | 86 | ☐ 299.24KB | | NOTICE of Filing Discovery: Plaintiff's First Request For Interrogatories and Production of Documents From Defendant McIntire by Darrel Cummings.(yar) (Entered: 03/20/2014) |
| 03/20/2014 | 87 | ☐ 342.32KB | | NOTICE of Filing Discovery: Plaintiff's First Request For Interrogatories and Production of Documents From Defendant Heller by Darrel Cummings.(yar) |

| | | | | |
|---|---|---|---|---|
| | | | | (Entered: 03/20/2014) |
| 03/20/2014 | 88 | ☐ 283.50KB | | MOTION to Remove And/Or Transfer Defendant(s) CEO, New England Compunding Center to the Multi-District Litigation Court in the District of Massachusetts by Darrel Cummings. (yar) (Entered: 03/20/2014) |
| 03/20/2014 | 89 | ☐ 341.38KB | | NOTICE of Filing Discovery: Plaintiff's First Request For Interrogatories and Productions of Documents From Defendant King by Darrel Cummings.(yar) (Entered: 03/20/2014) |
| 03/27/2014 | 90 | ☐ 0.99MB | | MOTION for Preliminary Injunction, MOTION for Temporary Restraining Order ( Responses due by 4/14/2014) by Darrel Cummings. (yar) (Entered: 03/27/2014) |
| 04/01/2014 | 91 | ☐ 273.57KB | | MOTION to Strike 87 Notice of Filing Discovery *Interrogatories* by Jules Heller, M.D.. Responses due by 4/18/2014 (Attachments: # 1 Exhibit A - )Plaintiff's Interrogatories)(Kummerlen, Gregory) (Entered: 04/01/2014) |
| 04/01/2014 | 92 | | | ORDER respectfully deferring ruling on 88 Motion to transfer case to another court to United States District Judge. Signed by Magistrate Judge Patrick A. White on 4/1/2014. (cz) (Entered: 04/01/2014) |
| 04/03/2014 | 93 | | | ORDER denying 91 Motion to Strike plaintiff's interrogatories. The plaintiff is not permitted to take depositions and therefore a little leeway is permitted for discovery requests. Signed by Magistrate Judge Patrick A. White on 4/3/2014. (cz) (Entered: 04/03/2014) |
| 04/03/2014 | 94 | ☐ 72.02KB | | ORDER denying as moot 68 Motion for Reconsideration re 64 REPORT AND RECOMMENDATIONS on 42 USC 1983 case re 48 MOTION for Leave to File filed by Darrel Cummings, 61 MOTION to Produce filed by Darrel Cummings. Signed by Judge William P. Dimitrouleas on 4/3/2014. (ls) (Entered: 04/03/2014) |
| 04/07/2014 | 95 | ☐ 46.38KB | | MOTION for Extension of Time to File Response/Reply *to Plaintiff's First Request for Production of Documents* by J. Dauphin, D.O., N. Finnisse, Jules Heller, M.D., McIntire. (Kummerlen, Gregory) (Entered: 04/07/2014) |
| 04/07/2014 | 96 | ☐ 19.77KB | | REPORT AND RECOMMENDATIONS re 90 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order filed by Darrel Cummings. Recommending denying. Objections to R&R due by 4/24/2014 Signed by Magistrate Judge Patrick A. White on 4/7/2014. (tw) (Entered: 04/07/2014) |
| 04/08/2014 | 97 | | | ORDER granting 95 Motion for Extension of Time to File Response/Reply re 95 MOTION for Extension of Time to File Response/Reply *to Plaintiff's First Request for Production of Documents*. Responses due by 4/17/2014 Re: 95 MOTION for Extension of Time to File Response/Reply *to Plaintiff's First Request for Production of Documents*. Signed by Magistrate Judge Patrick A. White on 4/8/2014. (cz) (Entered: 04/08/2014) |
| 04/10/2014 | 98 | ☐ 137.45KB | | RESPONSE in Opposition re 91 MOTION to Strike 87 Notice of Filing Discovery *Interrogatories* filed by Darrel Cummings. (cbr) (Entered: |

| | | | |
|---|---|---|---|
| | | | 04/10/2014) |
| 04/10/2014 | 99 | ☐ 51.12KB | MOTION for Extension of Time to Complete Discovery by J. Dauphin, D.O., N. Finnisse, Jules Heller, M.D., McIntire. (Kummerlen, Gregory) (Entered: 04/10/2014) |
| 04/15/2014 | 100 | ☐ 101.49KB | NOTICE of INQUIRY by Darrel Cummings (gp) (Entered: 04/15/2014) |
| 04/15/2014 | 101 | ☐ 46.92KB | Second MOTION for Extension of Time to Complete Discovery *First Request for Production* by J. Dauphin, D.O., N. Finnisse, Jules Heller, M.D., McIntire. (Kummerlen, Gregory) (Entered: 04/15/2014) |
| 04/15/2014 | 102 | ☐ 51.42KB | Second MOTION for Extension of Time to Complete Discovery *Plaintiff's First Request for Interrogatories and Production of Documents* by J. Dauphin, D.O., N. Finnisse, Jules Heller, M.D., McIntire. (Kummerlen, Gregory) (Entered: 04/15/2014) |
| 04/22/2014 | 106 | ☐ 109.77KB | MOTION/REQUEST for Volunteer Counsel by Darrel Cummings. Responses due by 5/12/2014 (gp) -Modified file date on 4/23/2014 (gp)-. (Entered: 04/23/2014) |
| 04/22/2014 | 107 | ☐ 337.50KB | OBJECTIONS to 96 Report and Recommendations re 90 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order by Darrel Cummings. (gp) (Entered: 04/23/2014) |
| 04/22/2014 | 108 | ☐ 337.50KB | DUPLICATE OBJECTIONS to 96 Report and Recommendations by Darrel Cummings. (ail) (Duplicate of 107) on 4/23/2014 (ail). (Entered: 04/23/2014) |
| 04/23/2014 | 103 | | ORDER granting 99 Motion for Extension of Time to Complete Discovery. The defendants shall file on or before April 25, 2014, their response and/or objections to the Plaintiff's First Request for Interrogatories and Production of Documents. Signed by Magistrate Judge Patrick A. White on 4/23/2014. (dc) (Entered: 04/23/2014) |
| 04/23/2014 | 104 | | ORDER denying as moot 101 Motion for Extension of Time to Complete Discovery. The motion has been granted. See DE# 103. Signed by Magistrate Judge Patrick A. White on 4/23/2014. (dc) (Entered: 04/23/2014) |
| 04/23/2014 | 105 | | ORDER denying as moot 102 Motion for Extension of Time to Complete Discovery. The motion has been granted. See DE# 103. Signed by Magistrate Judge Patrick A. White on 4/23/2014. (dc) (Entered: 04/23/2014) |
| 04/24/2014 | 109 | ☐ 117.21KB | ORDER Adopting Report of Magistrate Judge; denying 90 Motion for Preliminary Injunction; denying 90 Motion for Temporary Restraining Order; adopting 96 Report and Recommendations. Certificate of Appealability: No Ruling. Signed by Judge William P. Dimitrouleas on 4/24/2014. (asl) (Entered: 04/24/2014) |
| 04/28/2014 | 110 | ☐ 10.35KB | ORDER denying 106 Motion to Appoint Counsel. Signed by Magistrate Judge Patrick A. White on 4/28/2014. (tw) (Entered: 04/28/2014) |

| Date | Doc # | Size | Description |
|---|---|---|---|
| 04/29/2014 | 111 | 111.41KB | MOTION to Effectuate Service on Defendant King at New Address Disclosed to the U.S. Marshal Service by Darrel Cummings. Responses due by 5/16/2014 (ail) (Entered: 04/30/2014) |
| 04/29/2014 | 112 | 45.17KB | Clerks Notice to Filer re: Summons cannot be issued. The party on the summons does not match the initiating documents. (ail) Notice Attached and mailed to Plaintiff 4/30/2014 (ail). (Entered: 04/30/2014) |
| 05/05/2014 | 113 | 8.99KB | ORDER granting 111 Motion to Appoint Special Process Server. Signed by Magistrate Judge Patrick A. White on 5/5/2014. (tw) (Entered: 05/05/2014) |
| 05/09/2014 | 114 | 80.62KB | Summons Issued as to Dr. L. King. (yar) (Entered: 05/12/2014) |
| 05/12/2014 | 115 | 297.93KB | MOTION to Strike Defendant Finisse's Interrogatories Dated April 25,2014 by Darrel Cummings. Responses due by 5/30/2014 (yar) (Entered: 05/13/2014) |
| 05/13/2014 | 116 | 126.22KB | Plaintiff's MOTION to Dismiss Defendant Dauphin's Objections to Interrogatories and Production of Documents by Darrel Cummings. (yar) (Entered: 05/14/2014) |
| 05/19/2014 | 117 | 22.94KB | ORDER granting 115 Motion to Strike ; deferring ruling on 116 Motion to Compel. Signed by Magistrate Judge Patrick A. White on 5/16/2014. (tw) (Entered: 05/19/2014) |
| 05/21/2014 | 118 | 337.37KB | Defendant's MOTION to Strike *Subpoenas Directed to Correctional Sergeant Scott* by N. Finnisse, Jules Heller, M.D., McIntire. Responses due by 6/9/2014 (Attachments: # 1 Exhibit A - Subpoenas and Written Deposition Questions and Production of Documents)(Kummerlen, Gregory) (Entered: 05/21/2014) |
| 05/22/2014 | 119 | | PAPERLESS ORDER granting 118 Defendant's Motion to Strike Plaintiff's Subpoenas directed to Correctional Sergeant Scott. Plaintiff is hereby granted leave to correct the deficiency by serving a copy of the subpoenas upon counsel for the Defendants after which Sergeant Scott shall timely respond to the subpoenas. Signed by Magistrate Judge Patrick A. White on 5/22/2014. (dc) (Entered: 05/22/2014) |
| 05/30/2014 | 120 | 0.58MB | MOTION to Strike *Plaintiff's Subpoena Directed to Dr. Lins* by N. Finnisse, Jules Heller, M.D., McIntire. Responses due by 6/16/2014 (Attachments: # 1 Exhibit Subpoena)(Kummerlen, Gregory) (Entered: 05/30/2014) |
| 06/02/2014 | 121 | | ORDER granting 120 Defendants' Motion to Strike Plaintiff's Subpoenas Directed to Dr. Robert Lins to the extent that the Plaintiff is denied leave to depose Witness Dr. Lins for the same reasons expressed in this Court's earlier order entered on May 16, 2014, at paragraph 3 (DE# 117). Signed by Magistrate Judge Patrick A. White on 6/2/2014. (dc) (Entered: 06/02/2014) |
| 06/04/2014 | 122 | 27.66KB | NOTICE of Compliance by J. Dauphin, D.O. re 117 Order on Motion to Strike, Order on Motion for Miscellaneous Relief (Kummerlen, Gregory) (Entered: 06/04/2014) |

| | | | | |
|---|---|---|---|---|
| 06/04/2014 | 123 | ☐ 27.60KB | | NOTICE of Compliance by N. Finnisse re 117 Order on Motion to Strike, Order on Motion for Miscellaneous Relief (Kummerlen, Gregory) (Entered: 06/04/2014) |
| 06/05/2014 | 124 | | | PAPERLESS ORDER denying as moot 116 Plaintiff's Motion to Dismiss Defendant Dauphin's Objections to Interrogatories and Production of Documents. Defendant Dr. Dauphin has now served his Answers to Plaintiff's Interrogatories. See DE# 122. Signed by Magistrate Judge Patrick A. White on 6/5/2014. (dc) (Entered: 06/05/2014) |
| 06/05/2014 | 125 | | | ORDER dismissing 88 Motion remove or transfer CEO New England Coumpuding Center to Multi Disrict Litigation Court in the District Of Mass., without prejudice to refile if necessaary. Signed by Magistrate Judge Patrick A. White on 6/5/2014. (cz) (Entered: 06/05/2014) |
| 06/13/2014 | 126 | ☐ 4.05MB | | MOTION to Compel *to Provide Better Answers to Interrogatories and Produce Documents* by Darrel Cummings. Responses due by 6/30/2014 (ail) (Entered: 06/16/2014) |
| 06/17/2014 | 127 | ☐ 1.89MB | | MOTION to Modify Procedure to Allow Deponents to Provide Written Answers to the Written Deposition Questions by Darrel Cummings. (yar) (Entered: 06/19/2014) |
| 06/20/2014 | 128 | ☐ 99.31KB | | Summons (Affidavit) Returned Unexecuted as to Dr. L. King. (yar) (Entered: 06/23/2014) |
| 06/26/2014 | 129 | ☐ 107.29KB | | MOTION for Extension of Time to Effectuate Service on Defendant King at New Address Disclosed to the U.S. Marshal Service by Darrel Cummings. Responses due by 7/14/2014 (ls) (Entered: 06/26/2014) |
| 06/27/2014 | 130 | ☐ 117.18KB | | MOTION for Extension of Time to Join Additional Parties and Amend the Pleadings by Darrel Cummings. Responses due by 7/14/2014 (jua) (Entered: 06/27/2014) |
| 06/30/2014 | 131 | | | ORDER deferring ruling on 126 Motion to Compel until this Court has had an opportunity to review a response from the defendants. The defendants shall file their response on or before July 14, 2014, to plaintiff's motion. Signed by Magistrate Judge Patrick A. White on 6/30/2014. (dc) (Entered: 06/30/2014) |
| 06/30/2014 | 132 | | | ORDER deferring ruling on 127 Plaintiff's Motion to Modify Procedure to Allow Deponents to Provide Written Answers to Written Deposition Questions until this Court has had an opportunity to review a response from the defendants. The defendants shall file their response on or before July 14, 2014, to plaintiff's motion. Signed by Magistrate Judge Patrick A. White on 6/30/2014. (dc) (Entered: 06/30/2014) |
| 06/30/2014 | 133 | | | ORDER deferring ruling on 130 Plaintiff's Motion for Extension of Time to Join Additional Parties and Amend the Pleadings until this Court has had an opportunity to review a response from the defendants. The defendants shall file their response on or before July 14, 2014, to plaintiff's motion. Signed by Magistrate Judge Patrick A. White on 6/30/2014. (dc) (Entered: 06/30/2014) |

| | | | |
|---|---|---|---|
| 06/30/2014 | 134 | ☐ 0.53MB | RESPONSE to Motion re 130 MOTION for Extension of Time to Join Additional Parties and Amend the Pleadings filed by J. Dauphin, D.O., N. Finnisse, Jules Heller, M.D., McIntire. Replies due by 7/10/2014. (Kummerlen, Gregory) (Entered: 06/30/2014) |
| 06/30/2014 | | | Reset Deadlines as to 126 MOTION to Compel *to Provide Better Answers to Interrogatories and Produce Documents*. Responses due by 7/14/2014 (ls)(per DE #131) (Entered: 07/01/2014) |
| 07/01/2014 | 135 | | PAPERLESS ORDER granting 130 Plaintiff's Motion for Extension of Time to join additional parties and amend the pleadings solely to the extent that the Plaintiff may on or before July 15, 2014, file a motion for leave to file an Amended Complaint, attaching the proposed Amended Complaint. After reivew of any proposed pleading, the dates listed in the pretrial scheduling order will be extended, if necessary. Amended Pleadings due by 7/15/2014. Signed by Magistrate Judge Patrick A. White on 7/1/2014. (dc) (Entered: 07/01/2014) |
| 07/02/2014 | 136 | ☐ 52.43KB | MOTION for Extension of Time to File Motion for Summary Judgment by J. Dauphin, D.O., N. Finnisse, Jules Heller, M.D., McIntire. Responses due by 7/21/2014 (Kummerlen, Gregory) (Entered: 07/02/2014) |
| 07/02/2014 | 137 | | PAPARLESS ORDER granting 136 Defendants' Motion for Extension of Time to file their Motion for Summary Judgment. The defendants' motion for summary judgment shall be filed on or before July 18, 2014. Dispositive Motions due by 7/18/2014. Signed by Magistrate Judge Patrick A. White on 7/2/2014. (dc) (Entered: 07/02/2014) |

[View Selected]

or

[Download Selected]

Total filesize of selected documents (MB):
Maximum filesize allowed (MB): 10

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/02/2014 12:12:42 | | | |
| **PACER Login:** | hb2112 | **Client Code:** | 263361 |
| **Description:** | Docket Report | **Search Criteria:** | 9:12-cv-81413-WPD |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |