UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION
CASE NUMBER:

MAR 20 '14 PM 12:56 USB

In re:

NEW ENGLAND COMPOUNDING
PHARMACY, INC.,

Chapter 11
Case No. 12-19882-HJB

Debtor

**MOTION TO REMOVE AND/OR TRANSFER DEFENDANT(S) CEO, NEW ENGLAND COMPOUNDING CENTER, TO THE MULTI-DISTRICT LITIGATION COURT IN THE DISTRICT OF MASSACHUSETTS**

COMES NOW the, Creditor, Darrel Cummings, pro se, pursuant to 28 U.S.C.S. § 1412, governs the transfer of bankruptcy cases and adversary proceedings ... (A district court may transfer a case or proceeding under title 11 [11 USCS § 100 et. seq.] to a district court for another district, in the interest of justice or for the convenience of the parties. Creditor hereby submits his Motion to Remove and Transfer Defendant's New England Compounding Center to the United States Bankruptcy Court in and for the District of Massachusetts, Eastern Division, from the U.S. District Court, Southern District of Florida and states the following in support:

1. On December 21, 2012, the Creditor submitted his instant litigations pursuant to 42 U.S.C. 1983 Civil Right complaint against in pertinent part, Defendant(s) CEO, New England Compounding Center [NECC], which was filed by this court on December 26, 2012 [DOC 1] to which this court retains jurisdiction [DOC 6, 18].

2. On the same day, Creditor submitted his complaint to the Florida court. On December 21, 2012, Defendant(s) NECC subsequently shutdown its operations and the magnitude

04/02/2014 DENIED. THE MOVANT'S CLAIM IS OR WAS PROPERLY FILED EXCLUSIVELY THROUGH A PROOF OF CLAIM FORM, WHICH THE CLERK'S OFFICE HAS PREVIOUSLY FORWARDED TO HIM.