# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 1:13-md-2419-RWZ |
| This Document Relates To: | ) ) ) |
| WILLIAM LEWIS AND NANCY LEWIS, H/W | ) ) |
| v. | ) ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC.; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; NAZARETH HOSPITAL; MERCY HEALTH SYSTEM; WILLIAM A. ANDERSON, M.D.; and THE ROTHMAN INSTITUTE a/k/a and/or d/b/a THE ROTHMAN INSTITUTE AT NAZARETH HOSPITAL | ) ) ) ) MDL No. 1:14-cv-10433-RWZ ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendants, William A. Anderson, M.D., and Reconstructive Orthopaedic Associates II, P.C. (incorrectly identified as The Rothman Institute a/k/a and/or d/b/a The Rothman Institute at Nazareth Hospital), in the above MDL matter. William A. Anderson, M.D., and Reconstructive Orthopaedic Associates II, P.C. (incorrectly identified as The Rothman Institute a/k/a and/or d/b/a The Rothman Institute at Nazareth Hospital) are defendants in *Lewis v. New England Compounding Pharmacy, Inc., et al.,* 1:14-cv-10433-RWZ.

**O'BRIEN & RYAN, LLP**

Dated: 7/3/14

_/S/ Brook Hastings_
HEATHER HANSEN
BROOK HASTINGS
PA Identification No. 201347
O'BRIEN & RYAN, LLP
Attorney for Defendants,

William A. Anderson, M.D., and
Reconstructive Orthopaedic Associates II, P.C.
(incorrectly identified as The Rothman Institute
a/k/a and/or d/b/a The Rothman Institute at
Nazareth Hospital)
2250 Hickory Road, Suite 300
Plymouth Meeting, PA 19462
Direct: 610-834-6272
Fax: 610-834-1749
bhastings@obrlaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of the United States District Court for the District of Massachusetts and a copy was electronically served by ECF to all ECF-registered counsel of records.

**O'BRIEN & RYAN, LLP**

Dated: 7/3/14

_/S/ Brook Hastings_
BROOK HASTINGS
PA Identification No. 201347
O'BRIEN & RYAN, LLP
Attorney for Defendants,
William A. Anderson, M.D., and
Reconstructive Orthopaedic Associates II, P.C.
(incorrectly identified as The Rothman Institute
a/k/a and/or d/b/a The Rothman Institute at
Nazareth Hospital)
2250 Hickory Road, Suite 300
Plymouth Meeting, PA 19462
Direct: 610-834-6272
Fax: 610-834-1749
bhastings@obrlaw.com