UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(at Boston)

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) Master File No. 1:13-MD-2419-FDS<br>) MDL Docket No. 2419<br>) This Document Relates To:<br>) *All Cases* |

**DEFENDANT GDC PROPERTIES MANAGEMENT, LLC'S JOINDER IN DEFENDANT AMERIDOSE, LLC'S BRIEF IN OPPOSITION TO LIBERTY INDUSTRIES, INC.'S MOTION FOR A LOCAL RULE 16.1 CONFERENCE**

On June 25, 2014, Defendant Liberty Industries, Inc., filed a motion for a Local Rule 16.1 scheduling conference. (MDL Dkt. No. 1226.) Defendant Ameridose LLC filed an opposition to that motion on July 7, 2014. (MDL Dkt. No. 1246.) GDC Properties Management, LLC ("GDC"), hereby joins in and incorporates by reference Ameridose's Opposition. Specifically, CMO No. 6 remains in place, thereby staying all pleadings and discovery against the so-called affiliated defendants, including GDC, and making Liberty's request premature. Accordingly, and as stated more fully in Ameridose's Opposition, GDC respectfully requests that this Court deny Liberty's Motion for a Local Rule 16.1 Scheduling Conference.

Dated: July 7, 2014

Respectfully submitted,

*/s/ Joshua A. Klarfeld*
Joseph P. Thomas (OH #0040379)
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel: (513) 698-5000/Fax: (513) 698-5001
E-mail: jthomas@ulmer.com

Joshua A. Klarfeld (OH #0079833)
Ulmer & Berne LLP
1660 W.2nd Street, Suite 1100
Cleveland, OH 44113
Tel: (216) 583-7000/Fax: (216) 583-7001
E-mail: jklarfeld@ulmer.com

**Attorneys for Defendant
GDC Properties, LLC**

2

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on July 7, 2014 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

*/s/ Joshua A. Klarfeld*