UNITED STATES DISTRICT
COURT DISTRICT OF
MASSACHUSETTS

IN RE: NEW ENGLAND
COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

: MDL No. 1:13-md-2419-FDS

## ENTRY OF APPEARANCE

I, Chad A. Trudeau, enter my appearance Pro Se. Per MDL Order No. 7, Document 438, as I am an unaffiliated defendant. I was named as a Third Party Defendant in Civil Action No. 7:14-cv-00095 filed in the Commonwealth of Virginia which was then removed to the Federal District Court for the Western District of Virginia. I was provided with a stipulation to answer, plead or otherwise respond to the third party action by agreement through July 1, 2014 when the action was referred to the MDL in the District of Massachusetts.

_____  6/30/2014
Chad A. Trudeau, Pro Se – Unaffiliated
Defendant
29 B Bellingham Road
Blackstone, MA 01504

Dated: 6/30/2014