UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION | Master File No.: 1:13-MD-2419-FDS<br>MDL Docket No.: 2419<br>This document relates to: All Cases |

### DEFENDANTS', BARRY J. CADDEN, LISA CONIGLIARO CADDEN, CARLA CONIGLIARO, GREGORY CONIGLIARO, DOUGLAS CONIGLIARO AND GLENN A. CHIN, JOINDER IN DEFENDANT AMERIDOSE, LLC'S BRIEF IN OPPOSITION TO LIBERTY INDUSTRIES, INC.'S MOTION FOR A LOCAL 16.1 CONFERENCE

On June 25, 2014, Defendant, Liberty Industries, Inc. filed a motion for a Local Rule 16.1 Scheduling Conference. (MDL Dkt. No 1226) Defendant, Ameridose LLC, filed an Opposition to that motion on July 7, 2014. (MDL Dkt. No 1246) The Defendants, Barry J. Cadden, Lisa Conigliaro Cadden, Carla Conigliaro, Gregory Conigliaro, Douglas Conigliaro and Glenn A. Chin, hereby join in and incorporate by reference Ameridose's Opposition. Specifically, CMO No. 6 remains in place, thereby staying all pleadings and discovery against the so-called affiliated defendants, including the Defendants, Barry J. Cadden, Lisa Conigliaro Cadden, Carla Conigliaro, Gregory Conigliaro, Douglas Conigliaro and Glenn A. Chin, and making Liberty's request premature. Accordingly, and as stated more fully in Ameridose's opposition, the Defendants, Barry J. Cadden, Lisa Conigliaro Cadden, Carla Conigliaro, Gregory Conigliaro, Douglas Conigliaro and Glenn A. Chin, respectfully request that this Court deny Liberty's Motion for a Local Rule 16.1 Scheduling Conference.

865902.1

Dated: July 8, 2014                    Respectfully submitted,

/s/ Robert H. Gaynor
Robert H. Gaynor
BBO# 187620
Sloane and Walsh, LLP
Three Center Plaza, Suite 850
Boston, MA 02108
Phone:      (617) 523-6010
Fax:        (617) 227-0927
e-mail:     RGaynor@sloanewalsh.com

Attorney for Defendants, Barry J. Cadden, Lisa Conigliaro Cadden, Carla Conigliaro, Douglas Conigliaro, Gregory Conigliaro and Glenn A. Chin.

## CERTIFICIATE OF SERVICE

The undersigned hereby certifies that on July 8, 2014, a true and exact copy of the foregoing was filed with this Panel's CM/ECF filing system, thereby providing electronic notice to those counsel of record listed below who are registered users of the system.

/s/ Robert H. Gaynor
Robert H. Gaynor

865902.1