UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No. 1:13-md-2419-RWZ |

## CHAPTER 11 TRUSTEE'S MOTION FOR ENTRY OF SUPPLEMENTAL ORDER TRANSFERRING ADDITIONAL WRONGFUL DEATH CASE

Paul D. Moore, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor"), respectfully requests that this Court enter a supplemental order transferring an additional wrongful death case in accordance with this Court's memorandum of decision dated May 15, 2014 and order dated June 5, 2014, and in support thereof states as follows:

### BACKGROUND

On December 27, 2013, the Trustee filed the *Chapter 11 Trustee's Renewed and Supplemental Motion to Transfer Additional Personal Injury Tort and Wrongful Death Cases to This Court Pursuant to 28 U.S.C. §§ 157(b)(5) and 1334* [Doc. No. 732] (the "Renewed Transfer Motion"), seeking to transfer to this Court certain personal injury and wrongful death cases pending in Virginia state court.

On May 15, 2014, this Court entered its *Memorandum of Decision* [Doc. No. 1131] (the "Supplemental Transfer Decision") granting the Renewed Transfer Motion.

On June 5, 2014, this Court entered its order directing the transfer of twenty (20) personal injury and wrongful death cases pending in the Roanoke City Circuit Court to this Court [Doc. No. 1173] (the "Roanoke Transfer Order").

Subsequent to the entry of the Roanoke Transfer Order, an additional wrongful death case was commenced in the Roanoke City Circuit Court, where it remains pending.

### RELIEF REQUESTED

In accordance with this Court's Supplemental Transfer Decision and Roanoke Transfer Order, the Trustee seeks entry of a supplemental order transferring to this Court an additional wrongful death action styled *Larry D. Gaskins, Executor of the Estate of Miriam G. Warren, deceased v. Insight Health Corp., et al.* (Case No. CL14-1183) (the "Gaskins Action").

The Trustee submits that transfer of the Gaskins Action is appropriate and consistent with the Supplemental Transfer Decision and the Roanoke Transfer Order, which the Trustee incorporates herein by reference. Specifically, the Gaskins Action is on all fours with the personal injury and wrongful death actions previously transferred from the Roanoke City Circuit Court to this Court pursuant to the Roanoke Transfer Order. The claims alleged in the Gaskins Action are exactly the types of claims for which Insight has asserted a right to indemnity and contribution against NECC in its proof of claim filed in the chapter 11 case. Additionally, Miriam Warren, on whose behalf the Gaskins Action was commenced, filed a proof of claim in the chapter 11 case.[1]

The Trustee wishes to transfer the Gaskins Action to this Court as expeditiously as possible to facilitate the Trustee's efforts to develop a chapter 11 plan that will resolve litigation against NECC and third party defendants that agree to contribute (in sufficient amounts) to a global settlement fund. Entry of a supplemental order, which would essentially serve to broaden

---

[1] Upon information and belief, Ms. Warren passed away in April of 2014, approximately three months after filing a claim in the chapter 11 case. The Gaskins Action was subsequently commenced by Larry D. Gaskins, in his capacity as executor of Ms. Warren's estate.

the scope of the Roanoke Transfer Order to encompass the Gaskins Action, is the most efficient means of transferring the Gaskins Action to this Court.

## CONCLUSION

For the reasons stated herein, the Trustee respectfully requests that this Court enter an order, substantially in the form attached hereto as <u>Exhibit 1</u>, transferring the Gaskins Action to this Court.

Dated: July 8, 2014

Respectfully submitted,

DUANE MORRIS LLP

*/s/ Michael R. Gottfried*
Michael R. Gottfried (BBO# 542156)
100 High Street
Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200
Email: mrgottfried@duanemorris.com

*Counsel for the Chapter 11 Trustee*

**Certificate of Service**

I, Michael R. Gottfried, hereby certify that on July 8, 2014, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service. This document was also served by first class mail upon:

Darrel Cummings, DC# 088532
South Bay Correctional Facility
P.O. Box 7171
South Bay, FL 33493

                                                  /s/ *Michael R. Gottfried*
                                                  Michael R. Gottfried