# EXHIBIT 2

-----Original Message-----
From: Patrick T. Fennell [mailto:PFennell@crandalllaw.com]
Sent: Wednesday, June 11, 2014 1:38 PM
To: Busch, Stephen D.; Neale, James F.
Cc: Carey Hargenrader
Subject: RE: Insight Health Corp. - PSC request for entry of MDL Order No. 8 granting access to documents and things given by defendants in Wingate litigation

Steve:  The list of discovery to be included it attached.

Patrick

-----Original Message-----
From: Busch, Stephen D. [mailto:sbusch@mcguirewoods.com]
Sent: Wednesday, June 11, 2014 12:13 PM
To: Patrick T. Fennell; Neale, James F.
Cc: Carey Hargenrader
Subject: Insight Health Corp. - PSC request for entry of MDL Order No. 8 granting access to documents and things given by defendants in Wingate litigation

Patrick -  Thank you for your letter that I received this morning at 11:05 a.m.  The issue that you have raised is very important as you well know.  We will need to evaluate the request and discuss it with our client.  Jim Neale is out town this week and I am in the middle of another court filing right now.  Also, there apparently is a list of the specific matters that would fall with the scope of the proposed order that is referred to in footnote 1 of the order and which you did not provide to me.  I would ask that you provide that list in order that my client can better evaluate your request.

For all of these reasons I wanted you to advise your right away that we will be unable to respond substantively to your request that we advise you of our client's position by 3:00 p.m. today, less than four (4) hours after your transmitted the request.   However, we will respond as soon as we are able to do so.  Best regards,  Steve

Stephen D. Busch
Partner
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
804.775.4378 (Direct Line)
804.698.2024 (Direct FAX)
sbusch@mcguirewoods.com

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.


-----Original Message-----
From: Patrick T. Fennell [mailto:PFennell@crandalllaw.com]
Sent: Wednesday, June 11, 2014 11:05 AM
To: Busch, Stephen D.; Neale, James F.
Cc: Carey Hargenrader
Subject: Insight Health Corp.

Steve and Jim:   Please see the attached letter.

Thank you.

Patrick