# EXHIBIT 3

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| SHARON G. WINGATE, <br> EXECUTOR OF THE ESTATE OF <br> DOUGLAS GRAY WINGATE, DECEASED, <br><br> *Plaintiff*, <br><br> v. <br><br> INSIGHT HEALTH CORP., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: CL12002547-00 <br> ) <br> ) <br> ) <br> ) |

### CORRECTED THIRD AMENDED AND RESTATED RULE 4:5(B)6 DEPOSITION NOTICE TO INSIGHT HEALTH CORP.

PLEASE TAKE NOTICE that beginning at 9:00 a.m. on 13th day of November, 2013 and continuing through the 14th day of November, 2013 or until completed, at Gentry Locke Rake & Moore, LLP, 10 Franklin Road, S.E., Suite 800, Roanoke, VA 24011, plaintiff, by counsel, will take the video deposition by oral examination of such representatives of Insight Health Corp. ("Insight"), as it shall designate to testify on its behalf on the matters set forth in the **Attachment A** (or amendments thereto). Insight shall provide advance notice to Plaintiff of the person(s) designated to testify as to each of the issues at least 2 weeks prior to the scheduled depositions.

The depositions will be taken in accordance with the Rules of the Supreme Court of Virginia. The depositions will be taken before a court reporter or notary public or some other person authorized by law to administer oaths. The depositions will be used for all purposes permitted under the Rules of the Supreme Court of Virginia, including use at trial.

If for any reason these depositions are not then begun or if begun and not completed, then the taking thereof will be continued through the following day(s), or such time as is necessary for completion of the depositions in an orderly fashion, proceeding from one to the next until

completed. The parties may also agree to have the depositions hereunder apply to multiple cases as shall be mutually agreed upon by the parties.

SHARON G. WINGATE, EXECUTOR OF THE ESTATE OF DOUGLAS GRAY WINGATE, DECEASED


_____
By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased.*

23347/1/6473663v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of November, 2013, the foregoing was served via email and U.S. Mail on:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C. 20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for the defendants Image Guided Pain Management, John Mathis, M.D., and Robert O'Brien, M.D.

_____
By Counsel

3

23347/1/6473663v1