# Exhibit 7

BRANSTETTER, STRANCH & JENNINGS, PLLC

ATTORNEYS AT LAW
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TENNESSEE 37201-1631
TELEPHONE (615) 254-8801 ~ FACSIMILE (615) 250-3937

CECIL D. BRANSTETTER, SR.
C. DEWEY BRANSTETTER, JR.
RANDALL C. FERGUSON
R. JAN JENNINGS*
JOE P. LENISKI, JR.
DONALD L. SCHOLES
MIKE STEWART
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
MICHAEL J. WALL

ASSOCIATES:
KARLA M. CAMPBELL
BEN GASTEL*
STACEY K. SKILLMAN **

OF COUNSEL:
ROBERT E. RICHARDSON, JR. ***

\*      ALSO ADMITTED IN GA
\*\*    ALSO ADMITTED IN KY
\*\*\*  ONLY ADMITTED IN OH

December 20, 2013

Chris J. Tardio
C.J. Gideon
Matt Cline
Gideon Cooper & Essary
315 Deaderick Street, Suite 1100
Nashville, Tennessee 37238

**Via Electronic Mail**

Re:   *New England Compounding Center Litigation*, MDL No. 2419
      **Complaints filed in United States District Court for the
      Middle District of Tennessee**

Dear Gentlemen:

This letter is in response to your correspondence from December 12, 2013 and December 18, 2013.

In your December 18 letter, you mistakenly claim that I mislead the court as to the status of your production. My statement to the Court that you have not produced a single document in response to discovery in this case was completely true. You have not produced those documents. I have asked you to do so multiple times so that there is no dispute as to the authenticity of the documents, and so that they are "produced" in <u>this</u> litigation. You have refused to do, just as you have refused to respond to any discovery.

We view you to be in contempt for failing to meet the production deadline from the subpoenas issued to your clients.

Judge Boal's subpoena order compelled you to respond to the subpoenas, and you refused to do so on the absurd grounds that you are not required to respond twice to discovery propounded on you. This may be true enough, but you are clearly required to respond *at least once*. You have not done so. We will be filing a motion for contempt and to compel with the Court next week unless we get your commitment to respond to the subpoenas and the non-duplicative discovery requests immediately.

*Letter to Gideon, Cooper & Essary*
*October 16, 2013*
*Page 2*

Sincerely,

*[signature]* JGS, IV w/ permission by *[signature BAJ]*

**J. GERARD STRANCH, IV**
**Member of PSC and Tennessee Chair**

GS/bmc