# Exhibit 15

## Conceptual View of Tennessee Clinic Defendants' Discovery/Bellwether Proposal

**Common Discovery**
- Initial Disclosures
- Plaintiff Profile Forms
- Common Written Discovery
- Common Fact Witness Depositions
- Common Expert Depositions

→
- Consider TN-Specific Mediation
- Consider Remand to TN District Court
- Parties Select 16 "Initial Trial Pool Cases"

**Case-Specific Discovery**
- Case-Specific Written Discovery of Initial Trial Pool Cases
- Case-Specific Fact Witness Depositions for Initial Trial Pool Cases
- Case-Specific Expert Depositions for Initial Trial Pool Cases

→
- Select Four (4) Cases as "Initial Trial Pool Cases"
- Set the Order in which the Initial Trial Pool Cases will be Tried

**Bellwether Trials**
- Conduct Trials of Four (4) Trial Pool cases