UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## THE PLAINTIFFS' STEERING COMMITTEE'S JOINDER IN DEFENDANT LIBERTY INDUSTRIES, INC.'S MOTION TO LIFT THE DISCOVERY STAY WITH RESPECT TO THE AFFILIATED DEFENDANTS

On June 27, 2014 Defendant Liberty Industries, Inc. ("Liberty") filed a motion to lift the discovery stay with respect to the affiliated defendants. (MDL Dkt. No. 1229). This Motion was supported by a Memorandum of Law in Support of the Motion. (MDL Dkt. No. 1229-1). The Plaintiffs' Steering Committee ("PSC") hereby joins in and incorporates by reference Liberty's Motion and Memorandum. Because Liberty has withdrawn from the mediation program, there is no reason to further postpone targeted discovery which must eventually occur. The PSC has waited for two years to conduct discovery on behalf of many injured and deceased victims of this tragedy. Without mediation, discovery must occur for purposes of fairness to all parties and judicial efficiency. The PSC respectfully requests that this Court grant Liberty's Motion to Lift the Discovery Stay With Respect to Affiliated Defendants as it will allow this litigation to proceed most efficiently.

Dated: July 11, 2014                                  Respectfully submitted,

**/s/ Kristen A. Johnson**
Thomas M. Sobol
Kristen A. Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone: 615.313.9000
Facsimile: 615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344
marc@liptonlawcentercom

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA 30328
Telephone: (404) 451-7781
Facsimile: (404) 506-9223
marc@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com
*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 11, 2014, a true and exact copy of the foregoing was filed with this the Clerk of the Court using the ECF system that sent a notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

        **/s/ Kristen A. Johnson**
        Thomas M. Sobol
        Kristen A. Johnson
        HAGENS BERMAN SOBOL SHAPIRO LLP
        55 Cambridge Parkway, Suite 301
        Cambridge, MA 02142
        Telephone: (617) 482-3700
        Facsimile: (617) 482-3003
        tom@hbsslaw.com
        kristenjp@hbsslaw.com

        *Plaintiffs' Lead Counsel*