# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Artis, et al. v. New England Compounding Pharmacy, Inc., et al.

District Court Case No.  1:13-md-2419-RWZ          District of Massachusetts

Date Notice of Appeal filed  June 30, 2014          Court of Appeals Case No.  14-1714

Form filed on behalf of  Appellants

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  Status Conference and Motion Hearing on 3/13/14  [ECF 1022]

## TRANSCRIPT ORDER

Name of Court Reporter  Catherine A. Handel

Phone Number of Reporter  617-261-0555

A.  ✓  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) _____ | Status conference on 5/13/14 |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  ✓  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  James J. O'Keeffe, IV          Filer's Signature  /s/ James J. O'Keeffe, IV

Firm/Address  10 FRanklin Road, SE, Suite 800, Roanoke, VA 24011          Filer's Email address  okeeffe@gentrylocke.com

Telephone number  540.983.9459          Date mailed to court reporter  July 14, 2014

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                                                                                                SEE INSTRUCTIONS ON REVERSE