UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | MDL No. 1:13-md-2419-RWZ |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a) of the Local Rules of the United States District Court for the District of Massachusetts, please enter a Notice of Appearance for Nancy D. Adams of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., One Financial Center, Boston, Massachusetts on behalf of Non-Party Objector Pharmacists Mutual Insurance Company in the above-captioned matter.

Dated: July 16, 2014

**PHARMACISTS MUTUAL INSURANCE COMPANY,**

**By its attorney**,

*/s/ Nancy D. Adams*
Nancy D. Adams (BBO #560970)
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
Telephone:  617/542-6000
Fax:  617/542-2241
Email: nadams@mintz.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 16, 2014.

                                      /s/ *Nancy D. Adams*
                                      Nancy D. Adams