| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | FOR COURT USE ONLY |
|---|---|---|
| *Please Read Instructions:* | | DUE DATE: |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Daniel J. Divis, Esquire | (215) 790-8400 | 07/16/2014 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 121 S. Broad Street Suite 1400 | Philadelphia | PA | 19107 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS |  |
|---|---|---|---|
| 1:13-md-2419 | Rya W. Zobel | 10. FROM 05/13/2014 | 11. TO N/A |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| New England Compounding Pharmacy MDL | 13. CITY Boston | 14. STATE MA |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [X] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Status Conference of | |
| [ ] BAIL HEARING | | May 13, 2014 | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [X] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: *Daniel J. Divis*

19. DATE: 07/16/2014

PROCESSED BY:

PHONE NUMBER:

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: | MDL No. 1:13-md-2419-FDS |
| WILLIAM LEWIS and NANCY LEWIS, H/W<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., AMERIDOSE, LLC, ALAUNUS PHARMACEUTICAL, LLC, NAZARETH HOSPITAL, MERCY HEALTH SYSTEM, WILLIAM A. ANDERSON, M.D., and THE ROTHMAN INSTITUTE a/k/a And/or d/b/a THE ROTHMAN INSTITUTE AT NAZARETH HOSPITAL | MDL No. 1:14-cv-10433-RWZ<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I, Daniel J. Divis, Esquire do hereby certify that I caused one (1) copy of the within Answer and Affirmative Defenses to Plaintiffs' Complaint of Defendants Nazareth Hospital and Mercy Health System of Southeastern Pennsylvania, to be served this day by electronic mail or United States First Class Mail, postage prepaid, upon all other counsel of record or unrepresented parties.

GEROLAMO, McNULTY, DIVIS & LEWBART

BY: _Daniel J Divis_

                FRANK A. GEROLAMO,
                DANIEL J. DIVIS
                121 S. Broad Street, Ste. 1400
                Philadelphia, PA 19107
                (215) 790-8400

                Attorneys for Defendants,
                Nazareth Hospital and
                Mercy Health System of Southeastern PA.

Dated: 7/16/14