UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All actions. | |

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF FILING OF COURT APPROVED PLAINTIFF PROFILE FORM AND RELATED AUTHORIZATIONS**

The Plaintiffs' Steering Committee ("PSC") gives notice to the Court and all parties that, pursuant to the Honorable Judge Boal's Order dated February 18, 2014 (Dkt. No. 923), the Plaintiffs' Steering Committee hereby files the approved Plaintiff Profile Form and related authorizations. The Court has yet to set a date for when profile forms must be submitted, but in an effort to aid plaintiff's counsel in completing the form, the PSC hereby files the Court approved form and authorizations, which are attached hereto as Exhibits. Word versions of the attached forms are available by sending a request to Benjamin A. Gastel at beng@branstetterlaw.com.

Dated:  July 16, 2014                                   Respectfully submitted,

                                                      **/s/ Kristen A. Johnson**
                                                      Thomas M. Sobol (BBO# 471770)
                                                      Kristen Johnson Parker (BBO# 667261)
                                                      HAGENS BERMAN SOBOL SHAPIRO LLP
                                                      55 Cambridge Parkway, Suite 301
                                                      Cambridge, MA  02142
                                                      Telephone:  (617) 482-3700
                                                      Facsimile:  (617) 482-3003
                                                      tom@hbsslaw.com
                                                      kristenjp@hbsslaw.com

                                                      *Plaintiffs' Lead Counsel*

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone: 615.313.9000
Facsimile: 615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344
marc@liptonlawcentercom

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: (617) 933-1265
kdougherty@myadvocates.com

2

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: July 16, 2014                    **/s/ Kristen A. Johnson**
                                        Kristen A. Johnson (BBO# 667261)