# AUTHORIZATION FOR RELEASE
# OF INSURANCE RECORDS

TO: _____
      Name

_____
Address

_____
City, State and Zip Code

      This document will authorize you to furnish copies of all forms regarding insurance claims applications and benefits and all medical, health, hospital, physicians, nursing or allied health professional reports, records, notes or invoices and bills, except for any claims and applications related to sexual abuse or assault, which may be in your possession for the following insured: _____ _____ [Name of Insured] whose date of birth is _____ and whose social security number is _____.

      You are authorized to release the above records to the following representatives of defendants in the above-entitled matter, who have agreed to pay reasonable charges made by you to supply copies of such records:

**[INSERT COUNSEL]**

      This authorization does not authorize you to disclose anything other than documents and records to anyone.

      This authorization is not valid unless the record requestor named above has executed the acknowledgement at the bottom of this authorization.

      This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof. It is expressly understood by the undersigned and you are authorized to accept a copy or photocopy of this authorization with the same validity as through the original had been presented to you.

Date: _____     _____
                                             Insured/Personal Representative Signature

Date: _____     _____
                                             Witness Signature