# AUTHORIZATION FOR RELEASE
# OF WORKERS' COMPENSATION RECORDS

TO: _____
Name

_____
Address

_____
City, State and Zip Code

  This document will authorize you to furnish copies of any and all workers' compensation records of any sort, including, but not limited to, statements, applications, disclosures, correspondence, notes, settlements, agreements, contracts or other documents, concerning the following claimant _____ _____ whose date of birth is _____ and whose social security number is _____. This authorization is limited to the release of records for the ten years prior to the date of this authorization.

  You are authorized to release the above records to the following representatives of defendants in the above-entitled matter, who have agreed to pay reasonable charges made by you to supply copies of such records:

**INSERT COUNSEL**

  This authorization does not authorize you to disclose anything other than documents and records to anyone.

  This authorization is not valid unless the record requestor named above has executed the acknowledgement at the bottom of this authorization.

  This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof. It is expressly understood by the undersigned and you are authorized to accept a copy or photocopy of this authorization with the same validity as through the original had been presented to you.

Date: _____    _____
                   Claimant/Personal Representative Signature

Date: _____    _____
                   Witness Signature

53051787.1