# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Cases | MDL No. 2419<br><br>Master Dkt. No. 1:13-md-2419- RWZ |

## DEFENDANT UNIFIRST CORPORATION'S RESPONSE TO DEFENDANT AMERIDOSE LLC'S MOTION TO PROCEED WITH FDA-AUTHORIZED DESTRUCTION OF RECALLED INVENTORY

Defendant UniFirst Corporation ("UniFirst") hereby responds to the Motion to Proceed with FDA-Authorized Destruction of Recalled Inventory filed by defendant Ameridose LLC ("Ameridose's Motion") (Dkt. No. 1090). After discussion with Ameridose's counsel and upon consideration of information provided by Ameridose, UniFirst does not object to Ameridose's Motion, provided that: (1) the products and inventory to be destroyed by Ameridose do not include either any products compounded by the New England Compounding Center or any methylprednisolone acetate; and (2) to the extent that any products or inventory encompassed by Ameridose's Motion are, in fact, maintained and made available to any other party to the MDL for any reason, the same products or inventory also will be made available to UniFirst.

Respectfully submitted,

DEFENDANT UNIFIRST CORPORATION

By its attorneys,

*/s/ James C. Rehnquist*

James C. Rehnquist (BBO #552602)
Roberto M. Braceras (BBO # 566816)
Abigail K. Hemani (BBO # 650721)
Josh L. Launer (BBO # 673661)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, Massachusetts 02109-2881
Telephone: 617.570.1000
Facsimile: 617.523.1231
jrehnquist@goodwinprocter.com
rbraceras@goodwinprocter.com
ahemani@goodwinprocter.com
jlauner@goodwinprocter.com

Dated: July 17, 2014

## **CERTIFICATE OF SERVICE**

      I, James C. Rehnquist, hereby certify that a copy of this document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and the Notice of Electronic Filing (NEF) will be sent to those parties by operation of the CM/ECF system on July 17, 2014.

                                                   /s/ James C. Rehnquist