Case 1:13-md-02419-RWZ   Document 1277-1   Filed 07/18/14   Page 1 of 8
Case 12-19882    Doc 785    Filed 06/05/14    Entered 06/05/14 15:15:43    Desc Main
Case 1:13-md-02419-RWZ   Document 1172   Filed 06/05/14   Page 4 of 5
            Document      Page 12 of 13

# EXHIBIT A

Case 1:13-md-02419-RWZ Document 1277-1 Filed 07/18/14 Page 2 of 8
Case 12-19882 Doc 785 Filed 06/05/14 Entered 06/05/14 15:15:43 Desc Main
Case 1:13-md-02419-RWZ Document 1172 Filed 06/05/14 Page 4 of 5
Document Page 12 of 13

# EXHIBIT A

Case 1:13-md-02419-RWZ   Document 1277-1   Filed 07/18/14   Page 3 of 8
Case 12-19882   Doc 785   Filed 06/05/14   Entered 06/05/14 15:15:43   Desc Main
Case 1:13-md-02419-RWZ   Document 1172   Filed 06/05/14   Page 1 of 5
Document      Page 9 of 13

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>NEW ENGLAND COMPOUNDING<br>PHARMACY, INC. PRODUCTS LIABILITY<br>LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No. 1:13-md-2419-RWZ |

### CERTIFICATE OF COMPLIANCE
### WITH BANKRUPTCY COURT DIRECTION
### AS TO CREDITOR DARREL CUMMINGS

The Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 case (the "Chapter 11 Case") of New England Compounding Pharmacy, Inc., by and through its undersigned counsel, hereby gives notice of its compliance with the direction of the Honorable Henry J. Boroff of the United States Bankruptcy Court for the District of Massachusetts.

Judge Boroff is presiding over the Chapter 11 Case. During the proceedings held on May 30, 2014 in the Chapter 11 Case, Judge Boroff directed counsel to the Committee to provide Mr. Darrel Cummings with the mailing address and telephone number of this Court's chambers. On June 5, 2014, counsel to the Committee mailed the letter attached hereto as Exhibit A to Mr. Cummings to provide him with that information.

*[Remainder of page intentionally left blank]*

Case 1:13-md-02419-RWZ Document 1277-1 Filed 07/18/14 Page 4 of 8
Case 12-19882 Doc 785 Filed 06/05/14 Entered 06/05/14 15:15:43 Desc Main
Case 1:13-md-02419-RWZ Document 1172 Filed 06/05/14 Page 2 of 5
Document Page 10 of 13

Dated: June 5, 2014　　　　　　　　　Respectfully submitted,
Boston, Massachusetts

### BROWN RUDNICK LLP

By: /s/ *William R. Baldiga*
William R. Baldiga, Esq. (BBO #542125)
Kiersten A. Taylor, Esq. (BBO #681906)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
wbaldiga@brownrudnick.com
ktaylor@brownrudnick.com

and

David J. Molton, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors of New England Compounding Pharmacy, Inc.*

Case 1:13-md-02419-RWZ   Document 1277-1   Filed 07/18/14   Page 5 of 8
Case 12-19882    Doc 785    Filed 06/05/14    Entered 06/05/14 15:15:43    Desc Main
Case 1:13-md-02419-RWZ   Document 1172   Filed 06/05/14   Page 3 of 5
                         Document      Page 11 of 13

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2014, I caused a copy of the foregoing Certificate of Compliance to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, postage prepaid.

Dated: June 5, 2014
Boston, Massachusetts           /s/ Carol S. Ennis
                                Carol S. Ennis

**BROWN**RUDNICK

KIERSTEN A. TAYLOR
direct dial: (617) 856-8306
fax: (617) 289-0798
ktaylor@brownrudnick.com

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

June 05, 2014

Darrel Cummings DC# 088532
South Bay Correctional Facility
P.O. Box 7171
South Bay, FL 33493

RE:   **Massachusetts District Court Contact Information**

Dear Mr. Cummings,

As you know, our firm represents the Official Committee of Unsecured Creditors of New England Compounding Center ("NECC"). As per your request and Judge Boroff's direction at the hearing held May 30, 2014, below is the mailing address and telephone number for the chambers of Judge Rya Zobel of the United States District Court for the District of Massachusetts. Judge Zobel is presiding over NECC's multi-district litigation proceedings.

> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, MA 02210
>
> Telephone: (617) 748-9152

Judge Zobel's clerk is Ms. Lisa Urso.

Please do not hesitate to contact me with any questions.

Sincerely,

BROWN RUDNICK LLP

*Kiersten A. Taylor*

Kiersten A. Taylor

61667787 v1-WorkSiteUS-030764/0014

Brown Rudnick LLP    Boston | Dublin | Hartford | London | New York | Orange County | Providence | Washington DC

# EXHIBIT - "B"



**DEPARTMENT OF HEALTH & HUMAN SERVICES**     Public Health Service

Centers for Disease Control
and Prevention

April 8, 2013

Darrel Cummings  088532
South Bay Correctional Facility
600 U.S. HWY 27
South Bay, FL 33493

Dear Mr. Cummings:

Thank you for your inquiry to CDC-Info. We are sorry for the delay in responding to your inquiry. A recent high volume of inquiries has slowed our response time. In response to your request for information on multistate investigation of fungal meningitis among patients who received steroid injections, we are pleased to provide you with the following information.

Please continue to work with the authorities at your correctional facility along with your health department. These are the appropriate points of contact to address your concerns.

Please note that the CDC is a non-regulatory, non-enforcement federal agency related to disease investigation. CDC relies on its public health partners at the local and state level to address and solve health problems and issues in their local area. CDC can only provide assistance to state investigators at the formal request of state health departments. As such, the first level of response for your concerns is to contact your local or state health department.

You may wish to contact your state health department for their information and guidance.
Department of Health
2585 Merchants Row Boulevard
Tallahassee, Florida 32399

Any resource provided to non-Federal organizations are provided solely as a service to our users. These resources do not constitute an endorsement of these organizations or their programs by CDC or the Federal Government, and none should be inferred. The CDC is not responsible for the content given by the individual organizations.

Thank you for contacting CDC-INFO. For more information, please call 1-800-CDC-INFO (800-232-4636) or visit www.cdc.gov/info.

                Sincerely,

                CDC-INFO National Contact Center
                1-800-CDC-INFO (1-800-232-4636)
                Division of Communication Services
                Office of the Associate Director for Communication
                Centers for Disease Control and Prevention

*CDC-INFO is a service of the Centers for Disease Control and Prevention (CDC) and the Agency for Toxic Substances and Disease Registry (ATSDR). This service is provided by Verizon and its subcontractors under the Networx Universal contract to CDC and ATSDR.*