UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>v.<br><br>This Document Relates To:<br><br>LORI CAVANAUGH, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>LIBERTY INDUSTRIES, INC.; AND UNIFIRST CORPORATION, A/D/B/A UNICLEAN CLEANROOM SERVICES,<br>Defendants. | MDL No. 2419<br>Master Docket: 1:13-md-2419-RWZ<br><br><br><br><br><br>Civil Action No. 1:13-CV-10486-RWZ |

**DEFENDANT LIBERTY INDUSTRIES, INC.'S FEDERAL RULE 7.1
<u>DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Liberty Industries, Inc. files the following Disclosure Statement:

1. Liberty Industries, Inc. is a Connecticut corporation with its principal place of business in Connecticut.

2. Liberty Industries, Inc. is not owned by a parent corporation.

3. No public entity owns 10% or more of the stock of Liberty Industries, Inc.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted,

LIBERTY INDUSTRIES, INC.,
By its attorneys,


*/s/ Peter G. Hermes*
Peter G. Hermes, BBO No. 231840
phermes@hermesnetburn.com
Scott S. Spearing, BBO No. 562080
sspearing@hermesnetburn.com
Dianne E. Ricardo, BBO No. 675586
dricardo@hermesnetburn.com
HERMES, NETBURN, O'CONNOR
   & SPEARING, P.C.
265 Franklin Street, 7th Floor
Boston, MA 02110
(617) 728-0050 (T)
(617) 728-0052 (F)

Dated:  July 21, 2014

## CERTIFICATE OF SERVICE

     Pursuant to Local Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on July 21, 2014.

*/s/ Peter G. Hermes*
Peter G. Hermes
