# EXHIBIT A

VIRGINIA

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| DANA MARLENE BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CL12-2576 |
| | ) |
| INSIGHT HEALTH CORP., | ) |
| JOHN MATHIS, M.D., | ) |
| ROBERT F. O'BRIEN, M.D., | ) |
| and | ) |
| IMAGE GUIDED PAIN MANAGEMENT, | ) |
| P.C., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT INSIGHT HEALTH CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

COMES NOW Defendant, Insight Health Corp., (hereinafter referred to as "Insight Health"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby submits their Responses to Plaintiff's Requests for Admissions as follows:

### RESPONSES TO ADMISSIONS

1.    Admit you are a health care provider as defined in Virginia Code § 8.01-581.1. **RESPONSE:**

**Denied.**

2.    Admit you are not a health care provider as defined in Virginia Code § 8.01-581.1. **RESPONSE:**

**Admitted.**

Date:   March 1, 2013

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Christopher E. Hassell, Esquire VSB#30469
Brian J. Gerling, Esquire VSB #75817
Clinton R. Shaw, Jr. VSB#37498
1233 20th Street, NW, 8th Floor
Washington, DC 20036
p(202) 712-7000
f(202) 712-7100
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com

*Counsel for Insight Health Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served the foregoing Responses to Plaintiff's Requests for Admissions via regular mail and email this 1st day of March, 2013 to:

J. Scott Sexton
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
p540.983.9300
f540.983.9400
sexton@gentrylocke.com

and

Rebecca Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA 23219
p804.649.8200
f804. 804.649.1762
rebecca.herbig@bowmandandbrooke.com

and

New England Compounding Center
Its Registered Agent of Process: CT Corporation System
4701 Cox Road
Suite 301
Glen Allen, Virginia, 23060
and

John Jessee
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
p540.510.3018
f540.510.3050
john.jessee@leclairryan.com

Clinton R. Shaw, Jr.

**V I R G I N I A**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| **TRUDY EPPERLY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CL12-2571** |
| | ) | |
| **INSIGHT HEALTH CORP.,** | ) | |
| **JOHN MATHIS, M.D.,** | ) | |
| **ROBERT F. O'BRIEN, M.D.,** | ) | |
| **and** | ) | |
| **IMAGE GUIDED PAIN MANAGEMENT,** | ) | |
| **P.C.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANT INSIGHT HEALTH CORPORATION'S
### RESPONSES TO PLAINTIFF'S **FIRST** REQUEST FOR ADMISSION

COMES NOW Defendant, Insight Health Corp., (hereinafter referred to as "Insight Health"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby submits their Responses to Plaintiff's Requests for Admissions as follows:

### RESPONSES TO ADMISSIONS

1.    Admit you are a health care provider as defined in Virginia Code § 8.01-581.1.

**RESPONSE:  Denied.**


2.    Admit you are not a health care provider as defined in Virginia Code § 8.01-581.1.

**RESPONSE:  Admitted.**

Date:        March 5, 2013

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Christopher E. Hassell, Esquire VSB#30469
Clinton R. Shaw, Jr. VSB#37498
Brian J. Gerling, Esquire VSB #75817
1233 20th Street, NW, 8th Floor
Washington, DC  20036
p(202) 712-7000
f(202) 712-7100
chassell@bonnerkiernan.com
cshaw@bonnerkiernan.com
bgerling@bonnerkiernan.com
*Counsel for Insight Health Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served the foregoing Responses to Plaintiff's Request for Admission via regular mail and email this  5th   day of March, 2013 to:

J. Scott Sexton
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
p540.983.9300
f540.983.9400
sexton@gentrylocke.com

        and

Rebecca Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA 23219
p804.649.8200
f804. 804.649.1762
rebecca.herbig@bowmanandbrooke.com

        and

New England Compounding Center
Its Registered Agent of Process: CT Corporation System
4701 Cox Road
Suite 301
Glen Allen, Virginia, 23060

    and

John Jessee
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
p540.510.3018
f540.510.3050
john.jessee@leclairryan.com

Clinton R. Shaw, Jr.

VIRGINIA

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| BARBARA J. FILSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. CL12-2575 |
| | ) | |
| INSIGHT HEALTH CORP., | ) | |
| JOHN MATHIS, M.D., | ) | |
| ROBERT F. O'BRIEN, M.D., | ) | |
| and | ) | |
| IMAGE GUIDED PAIN MANAGEMENT, | ) | |
| P.C., | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT INSIGHT HEALTH CORPORATION'S
## RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSION

COMES NOW Defendant, Insight Health Corp., (hereinafter referred to as "Insight Health"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby submits their Responses to Plaintiff's Requests for Admissions as follows:

## RESPONSES TO ADMISSIONS

1.    Admit you are a health care provider as defined in Virginia Code § 8.01-581.1.

**RESPONSE:  Denied.**


2.    Admit you are not a health care provider as defined in Virginia Code § 8.01-581.1.

**RESPONSE:  Admitted.**

Date:        March 5, 2013

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Christopher E. Hassell, Esquire VSB#30469
Clinton R. Shaw, Jr. VSB#37498
Brian J. Gerling, Esquire VSB #75817
1233 20th Street, NW, 8th Floor
Washington, DC  20036
p(202) 712-7000
f(202) 712-7100
chassell@bonnerkiernan.com
cshaw@bonnerkiernan.com
bgerling@bonnerkiernan.com
*Counsel for Insight Health Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served the foregoing Responses to Plaintiff's Request for Admission via regular mail and email this  5th  day of March, 2013 to:

J. Scott Sexton
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
p540.983.9300
f540.983.9400
sexton@gentrylocke.com

        and

Rebecca Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA 23219
p804.649.8200
f804. 804.649.1762
rebecca.herbig@bowmanandbrooke.com

        and

New England Compounding Center
Its Registered Agent of Process: CT Corporation System
4701 Cox Road
Suite 301
Glen Allen, Virginia, 23060

    and

John Jessee
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
p540.510.3018
f540.510.3050
john.jessee@leclairryan.com

Clinton R. Shaw, Jr.

**VIRGINIA**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| ZACHARY LUCAS FOUTZ, A MINOR, )<br>BY HIS PARENTS AND NEXT FRIENDS, )<br>BENJAMIN T. FOUTZ AND ANDREA L. )<br>FOUTZ )<br>        **Plaintiff,** )<br>)<br>**v.** )<br>)<br>INSIGHT HEALTH CORP., )<br>JOHN MATHIS, M.D., )<br>ROBERT F. O'BRIEN, M.D., )<br>and )<br>IMAGE GUIDED PAIN MANAGEMENT, )<br>P.C., )<br>)<br>        **Defendants.** ) | **Case No. CL13-0009** |

### DEFENDANT INSIGHT HEALTH CORPORATION'S
### RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSION

COMES NOW Defendant, Insight Health Corp., (hereinafter referred to as "Insight Health"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby submits their Responses to Plaintiff's Requests for Admissions as follows:

### RESPONSES TO ADMISSIONS

1.    Admit you are a health care provider as defined in Virginia Code § 8.01-581.1.

**RESPONSE: Denied.**


2.    Admit you are not a health care provider as defined in Virginia Code § 8.01-581.1.

**RESPONSE: Admitted.**

Date:        March 5, 2013

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Christopher E. Hassell, Esquire VSB#30469
Clinton R. Shaw, Jr. VSB#37498
Brian J. Gerling, Esquire VSB #75817
1233 20th Street, NW, 8th Floor
Washington, DC  20036
p(202) 712-7000
f(202) 712-7100
chassell@bonnerkiernan.com
cshaw@bonnerkiernan.com
bgerling@bonnerkiernan.com
*Counsel for Insight Health Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served the foregoing Responses to Plaintiff's Request for Admission via regular mail and email this  5th   day of March, 2013 to:

J. Scott Sexton
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
p540.983.9300
f540.983.9400
sexton@gentrylocke.com

        and

Rebecca Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA 23219
p804.649.8200
f804. 804.649.1762
rebecca.herbig@bowmanandbrooke.com

        and

New England Compounding Center
Its Registered Agent of Process: CT Corporation System
4701 Cox Road
Suite 301
Glen Allen, Virginia, 23060

    and

John Jessee
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
p540.510.3018
f540.510.3050
john.jessee@leclairryan.com


_____
Clinton R. Shaw, Jr.

**V I R G I N I A**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| **ROBERT EARL HARRIS, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. CL13-0055** |
| ) | |
| **INSIGHT HEALTH CORP.,** ) | |
| **JOHN MATHIS, M.D.,** ) | |
| **ROBERT F. O'BRIEN, M.D.,** ) | |
| **and** ) | |
| **IMAGE GUIDED PAIN MANAGEMENT,** ) | |
| **P.C.,** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANT INSIGHT HEALTH CORPORATION'S
### <u>RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSION</u>

COMES NOW Defendant, Insight Health Corp., (hereinafter referred to as "Insight Health"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby submits their Responses to Plaintiff's Requests for Admissions as follows:

### <u>RESPONSES TO ADMISSIONS</u>

1.     Admit you are a health care provider as defined in Virginia Code § 8.01-581.1.

<u>**RESPONSE**</u>:  **Denied.**


2.     Admit you are not a health care provider as defined in Virginia Code § 8.01-581.1.

<u>**RESPONSE**</u>:  **Admitted.**

Date:        March 5, 2013

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Christopher E. Hassell, Esquire VSB#30469
Clinton R. Shaw, Jr. VSB#37498
Brian J. Gerling, Esquire VSB #75817
1233 20th Street, NW, 8th Floor
Washington, DC  20036
p(202) 712-7000
f(202) 712-7100
chassell@bonnerkiernan.com
cshaw@bonnerkiernan.com
bgerling@bonnerkiernan.com
*Counsel for Insight Health Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served the foregoing Responses to Plaintiff's

Request for Admission via regular mail and email this  5th   day of March, 2013 to:

J. Scott Sexton
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
p540.983.9300
f540.983.9400
sexton@gentrylocke.com

        and

Rebecca Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA 23219
p804.649.8200
f804. 804.649.1762
rebecca.herbig@bowmanandbrooke.com

        and

New England Compounding Center
Its Registered Agent of Process: CT Corporation System
4701 Cox Road
Suite 301
Glen Allen, Virginia, 23060

     and

John Jessee
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
p540.510.3018
f540.510.3050
john.jessee@leclairryan.com

_____
Clinton R. Shaw, Jr.

**V I R G I N I A**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| CHESTER T. KALINOSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CL12-2574 |
| | ) | |
| INSIGHT HEALTH CORP., | ) | |
| JOHN MATHIS, M.D., | ) | |
| ROBERT F. O'BRIEN, M.D., | ) | |
| and | ) | |
| IMAGE GUIDED PAIN MANAGEMENT, | ) | |
| P.C., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT INSIGHT HEALTH CORPORATION'S
## <u>RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSION</u>

COMES NOW Defendant, Insight Health Corp., (hereinafter referred to as "Insight Health"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby submits their Responses to Plaintiff's Requests for Admissions as follows:

### <u>RESPONSES TO ADMISSIONS</u>

1.    Admit you are a health care provider as defined in Virginia Code § 8.01-581.1.

**<u>RESPONSE</u>:  Denied.**


2.    Admit you are not a health care provider as defined in Virginia Code § 8.01-581.1.

**<u>RESPONSE</u>:  Admitted.**

Date:          March 5, 2013

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Christopher E. Hassell, Esquire VSB#30469
Clinton R. Shaw, Jr. VSB#37498
Brian J. Gerling, Esquire VSB #75817
1233 20th Street, NW, 8th Floor
Washington, DC  20036
p(202) 712-7000
f(202) 712-7100
chassell@bonnerkiernan.com
cshaw@bonnerkiernan.com
bgerling@bonnerkiernan.com
*Counsel for Insight Health Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served the foregoing Responses to Plaintiff's Request for Admission via regular mail and email this  5th   day of March, 2013 to:

J. Scott Sexton
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
p540.983.9300
f540.983.9400
sexton@gentrylocke.com

and

Rebecca Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA 23219
p804.649.8200
f804. 804.649.1762
rebecca.herbig@bowmanandbrooke.com

and

New England Compounding Center
Its Registered Agent of Process: CT Corporation System
4701 Cox Road
Suite 301
Glen Allen, Virginia, 23060

    and

John Jessee
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
p540.510.3018
f540.510.3050
john.jessee@leclairryan.com


Clinton R. Shaw, Jr.

VIRGINIA

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

PAULINE MCFARLANE,       )
                                     )
       Plaintiff,              )
                                     )
       v.                   )  Case No. CL122573-00
                                     )
INSIGHT HEALTH CORP.,      )
JOHN MATHIS, M.D.,         )
ROBERT F. O'BRIEN, M.D.,    )
And                               )
IMAGE GUIDED PAIN MANAGEMENT,  )
P.C.                             )
                                     )
       Defendants.           )

## DEFENDANT INSIGHT HEALTH CORP.'S
## RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSION

COMES NOW Defendant, Insight Health Corp. ("Defendant"), by and through its

attorneys, BONNER KIERNAN TREBACH & CROCIATA, LLP, and hereby submits the

following responses to Plaintiff's Request for Admission:

## RESPONSES TO REQUESTS FOR ADMISSION

1.  Admit you are a health care provider as defined in Virginia Code Section 8.01-

    581.1.

RESPONSE:  Denied.

2.  Admit you are not a health care provider as defined in Virginia Code Section 8.01-

    581.1.

RESPONSE:  Admitted.

Date: <u>March 4, 2013</u>

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Christopher E. Hassell, Esquire VSB#30469
Brian J. Gerling, Esquire VSB #75817
Clinton R. Shaw, Jr. VSB#37498
1233 20th Street, NW, 8th Floor
Washington, DC  20036
p(202) 712-7000
f(202) 712-7100
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

*Counsel for Insight Health Corp.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served the foregoing Defendant Insight

Health Corp.'s Responses to Plaintiff's Request for Admissions via regular mail and email

this 4th day of March, 2013 to:


J. Scott Sexton, Esq.
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
P 540.983.9300
F 540.983.9400
sexton@gentrylocke.com

        and

Rebecca Herbig, Esq.
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA 23219

P 804.649.8200
F 804.804.649.1762
rebecca.herbig@bowmandandbrooke.com

     and

John Jessee, Esq.
Nancy F. Reynolds, Esq.
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
P 540.510.3018
F 540.510.3050
john.jessee@leclairryan.com

Clinton R. Shaw, Jr.

VIRGINIA

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

JAMES WIRT SMITH, JR.,         )
                                 )

     Plaintiff,           )
                                 )

v.                             )       Case No. CL12-2572
                                 )

INSIGHT HEALTH CORP.,        )
JOHN MATHIS, M.D.,           )
ROBERT F. O'BRIEN, M.D.,    )
and                           )
IMAGE GUIDED PAIN MANAGEMENT,  )
P.C.,                       )
                                 )

     Defendants.          )

## DEFENDANT INSIGHT HEALTH CORPORATION'S
## RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSION

COMES NOW Defendant, Insight Health Corp., (hereinafter referred to as "Insight Health"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby submits their Responses to Plaintiff's Requests for Admissions as follows:

## RESPONSES TO ADMISSIONS

1.    Admit you are a health care provider as defined in Virginia Code § 8.01-581.1.

**RESPONSE:  Denied.**


2.    Admit you are not a health care provider as defined in Virginia Code § 8.01-581.1.

**RESPONSE:  Admitted.**

Date:        March 5, 2013

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____

Christopher E. Hassell, Esquire VSB#30469
Clinton R. Shaw, Jr. VSB#37498
Brian J. Gerling, Esquire VSB #75817
1233 20th Street, NW, 8th Floor
Washington, DC  20036
p(202) 712-7000
f(202) 712-7100
chassell@bonnerkiernan.com
cshaw@bonnerkiernan.com
bgerling@bonnerkiernan.com
*Counsel for Insight Health Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused to be served the foregoing Responses to Plaintiff's Request for Admission via regular mail and email this _5th_ day of March, 2013 to:

J. Scott Sexton
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
p540.983.9300
f540.983.9400
sexton@gentrylocke.com

and

Rebecca Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA 23219
p804.649.8200
f804. 804.649.1762
rebecca.herbig@bowmanandbrooke.com

and

New England Compounding Center
Its Registered Agent of Process: CT Corporation System
4701 Cox Road
Suite 301
Glen Allen, Virginia, 23060

    and

John Jessee
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
p540.510.3018
f540.510.3050
john.jessee@leclairryan.com

Clinton R. Shaw, Jr.

**V I R G I N I A**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| RANDOLPH E. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. CL13-0057** |
| | ) | |
| INSIGHT HEALTH CORP., | ) | |
| JOHN MATHIS, M.D., | ) | |
| ROBERT F. O'BRIEN, M.D., | ) | |
| and | ) | |
| IMAGE GUIDED PAIN MANAGEMENT, | ) | |
| P.C., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT INSIGHT HEALTH CORPORATION'S
## <u>RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSION</u>

COMES NOW Defendant, Insight Health Corp., (hereinafter referred to as "Insight Health"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby submits their Responses to Plaintiff's Requests for Admissions as follows:

## <u>RESPONSES TO ADMISSIONS</u>

1.      Admit you are a health care provider as defined in Virginia Code § 8.01-581.1.

**<u>RESPONSE</u>:  Denied.**


2.      Admit you are not a health care provider as defined in Virginia Code § 8.01-581.1.

**<u>RESPONSE</u>:  Admitted.**

Date:        March 5, 2013

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Christopher E. Hassell, Esquire VSB#30469
Clinton R. Shaw, Jr. VSB#37498
Brian J. Gerling, Esquire VSB #75817
1233 20th Street, NW, 8th Floor
Washington, DC  20036
p(202) 712-7000
f(202) 712-7100
chassell@bonnerkiernan.com
cshaw@bonnerkiernan.com
bgerling@bonnerkiernan.com
*Counsel for Insight Health Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served the foregoing Responses to Plaintiff's Request for Admission via regular mail and email this  5th   day of March, 2013 to:

J. Scott Sexton
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
p540.983.9300
f540.983.9400
sexton@gentrylocke.com

and

Rebecca Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA 23219
p804.649.8200
f804. 804.649.1762
rebecca.herbig@bowmanandbrooke.com

and

New England Compounding Center
Its Registered Agent of Process: CT Corporation System
4701 Cox Road
Suite 301
Glen Allen, Virginia, 23060

     and

John Jessee
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
p540.510.3018
f540.510.3050
john.jessee@leclairryan.com

_____
Clinton R. Shaw, Jr.

**V I R G I N I A**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| RICHARD A. WHITLOW, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **Case No. CL13-0054** |
| | ) |
| INSIGHT HEALTH CORP., | ) |
| JOHN MATHIS, M.D., | ) |
| ROBERT F. O'BRIEN, M.D., | ) |
| and | ) |
| IMAGE GUIDED PAIN MANAGEMENT, | ) |
| P.C., | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT INSIGHT HEALTH CORPORATION'S
## RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSION

COMES NOW Defendant, Insight Health Corp., (hereinafter referred to as "Insight Health"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby submits their Responses to Plaintiff's Requests for Admissions as follows:

### RESPONSES TO ADMISSIONS

1.    Admit you are a health care provider as defined in Virginia Code § 8.01-581.1.

**RESPONSE:  Denied.**

2.    Admit you are not a health care provider as defined in Virginia Code § 8.01-581.1.

**RESPONSE:  Admitted.**

Date:        March 5, 2013

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Christopher E. Hassell, Esquire VSB#30469
Clinton R. Shaw, Jr. VSB#37498
Brian J. Gerling, Esquire VSB #75817
1233 20th Street, NW, 8th Floor
Washington, DC  20036
p(202) 712-7000
f(202) 712-7100
chassell@bonnerkiernan.com
cshaw@bonnerkiernan.com
bgerling@bonnerkiernan.com
*Counsel for Insight Health Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served the foregoing Responses to Plaintiff's
Request for Admission via regular mail and email this  5th  day of March, 2013 to:

J. Scott Sexton
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
p540.983.9300
f540.983.9400
sexton@gentrylocke.com

        and

Rebecca Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA 23219
p804.649.8200
f804. 804.649.1762
rebecca.herbig@bowmanandbrooke.com

        and

New England Compounding Center
Its Registered Agent of Process: CT Corporation System
4701 Cox Road
Suite 301
Glen Allen, Virginia, 23060

    and

John Jessee
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
p540.510.3018
f540.510.3050
john.jessee@leclairryan.com

_____
Clinton R. Shaw, Jr.