# EXHIBIT B

3

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

DANA MARLENE BRADLEY,    )
          )
  *Plaintiff,*      )
          )
**v.**            )  **Case No: CL12002576-00**
          )
INSIGHT HEALTH CORP., *et al.,*  )
          )
  **Defendants.**    )

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this 6ᵗʰ day of June, 2013.

Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, **CLERK**

By _____ **Deputy Clerk**

We ask for this:

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Dana Marlene Bradley

Seen:

*John Jessee by Benjamin Byrd and with permission*

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.

3

3

VIRGINIA:

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

TRUDY R. EPPERLY,                          )
                                           )
    *Plaintiff,*                        )
                                           )
v.                                         )          Case No: CL12002571-00
                                           )
INSIGHT HEALTH CORP., *et al.,*            )
                                           )
    **Defendants.**                    )

### ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this 6th day of June, 2013.

Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

23778/1/6237768v1

We ask for this:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Trudy R. Epperly


Seen:

_John Jessee by Benjamin Byrd and with permission_
John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

2

CC12-2571

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C. 20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.



3

3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

BARBARA J. FILSON,                                     )
      *Plaintiff,*                                        )
                                                         )
v.                                                     )   **Case No: CL12002575-00**
                                                         )
INSIGHT HEALTH CORP., *et al.,*                        )
                                                         )
      *Defendants.*                                      )

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this 6th day of June, 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK
By_____ Deputy Clerk

We ask for this:

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Barbara J. Filson


Seen:

*John Jessee by Benjamin Byrd and with permission*

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.



3

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| ZACHARY LUCAS FOUTZ, A MINOR, BY HIS PARENTS AND NEXT FRIENDS, BENJAMIN T. FOUTZ AND ANDREA L. FOUTZ, | ) ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No: CL13000009-00 |
| INSIGHT HEALTH CORP., *et al.,* | ) ) | |
| Defendants. | ) | |

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this 6th day of June, 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

We ask for this:

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Zachary Lucas Foutz, a Minor, by his Parents and Next Friends,
Benjamin T. Foutz and Andrea L. Foutz

Seen:

*John Jessee by Benjamin Byrd and with permission*

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

2

CL13-4

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.



3

*3*

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| ROBERT EARL HARRIS, JR., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No: CL13000055-00 |
| | ) | |
| INSIGHT HEALTH CORP., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this **20**ᵗʰ day of June 2013.

_____
Honorable Charles N. Dorsey

A COPY, TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

23506/1/6237776v1

We ask for this:

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Robert Earl Harris, Jr.


Seen:

*John Jessee by Benjamin Byrd and with permission*

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.



SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.

23506/1/6237776v1



**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

CHESTER T. KALINOSKI,        )
                                   )
      *Plaintiff,*               )
                                   )
**v.**                                   )     Case No: CL12002574-00
                                   )
INSIGHT HEALTH CORP., *et al.,*   )
                                   )
      Defendants.            )

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this 6th day of June, 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

We ask for this:

_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Chester T. Kalinoski


Seen:

_John Jessee by Benjamin Byrd and with permission_
John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C. 20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.



21013/1/6237809v1

3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

PAULINE R. MCFARLANE,     )
                             )
    *Plaintiff,*              )
                             )
v.                            )    Case No: CL12002573-00
                             )
INSIGHT HEALTH CORP., *et al.,*   )
                             )
    *Defendants.*            )

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this 6th day of June, 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK

By _____ Deputy Clerk

We ask for this:

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Pauline R. McFarlane

Seen:

_John Jessee by Benjamin Byrd and with permission_
John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

23665/1/6237876v1

3

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

JAMES WIRT SMITH, JR., )
)
    *Plaintiff,* )
)
v. )    **Case No: CL12002572-00**
)
INSIGHT HEALTH CORP., *et al.,* )
)
    **Defendants.** )

### ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this 6th day of June 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE: BRENDA S. HAMILTON, CLERK

By _____ Deputy Clerk

21548/1/6237879v1

We ask for this:

_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff James Wirt Smith, Jr.


Seen:

John Jessee by Benjamin Byrd and with permission
_____

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

*CNA*

2

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.



3

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| RANDOLPH E. SMITH, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | )   **Case No: CL13000057-00** |
| | ) |
| INSIGHT HEALTH CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this ___ day of _____ 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

23885/1/6237881v1

We ask for this:

_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Randolph E. Smith


Seen:

_John Jessee by Benjamin Byrd and with permission_
John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.



SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.

3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RICHARD A. WHITLOW,    )
            )
  *Plaintiff,*      )
            )
v.           )  Case No: CL13000054-00
            )
INSIGHT HEALTH CORP., *et al.*,  )
            )
  **Defendants.**     )

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this 6th day of June, 2013.

_____

Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK

By _____ Deputy Clerk

We ask for this:

_[signature]_

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Richard A. Whitlow

Seen:

_John Jessee by Benjamin D. Byrd and with permission_
John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.

26031/1/6237883v1