UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )))) | |
| ) | MDL No. 2419 |
| ) | Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: ) | |
| ) | Judge Rya W. Zobel |
| All Cases )) | |

## MOTION FOR ADMISSION PRO HAC VICE OF JAMES F. NEALE

Defendant Insight Health Corp. ("Insight"), by counsel, hereby moves that James F. Neale be admitted *pro hac vice* in the above action. Pursuant to the procedures set forth in the Court's Order on Admission of Attorneys of January 30, 2014 [Dkt. 827], this motion is accompanied by the Affidavit of James F. Neale (attached as Exhibit A).

Dated: July 21, 2014

Respectfully submitted,

/s/ Matthew J. Matule
Matthew J. Matule (BBO # 632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
Matthew.Matule@skadden.com

Counsel for Insight Health Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically via CM/ECF this 21st day of July 2014, which will send a Notification of Electronic Filing (NEF) to all counsel of record registered to receive such notice.

/s/ Matthew J. Matule
Matthew J. Matule (BBO # 632075)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
Matthew.Matule@skadden.com

*Counsel for Insight Health Corp.*