UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All Cases ) <br> _____ ) | MDL No. 2419 <br> Dkt. No. 1:13-md-2419 (RWZ) <br><br> Judge Rya W. Zobel |

### AFFIDAVIT OF JAMES F. NEALE

I, James F. Neale, state that:

1. I am an attorney at the law firm of McGuireWoods LLP, Court Square Building, 310 Fourth Street, N.E. Suite 300, Charlottesville, Virginia 22902-1288, and I represent Insight Health Corp. in the above-captioned actions.

2. I am a member of the Virginia State Bar and admitted to practice in the Virginia state courts.

3. I am a member in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER PENATIES OF PERJURY THIS 21st DAY OF JULY, 2014.

_/s/ James F. Neale_
James F. Neale

1