# EXHIBIT 1

| | |
|---|---|
| **From:** | Daly, Lauren W. <Daly@gentrylocke.com> |
| **Sent:** | Friday, May 16, 2014 3:52 PM |
| **To:** | Busch, Stephen D. |
| **Cc:** | Sexton, Scott; Viar, Leslie A. |
| **Subject:** | RE: Scheduling Request |

We plan on presenting Orders on all of the Demurrers and Motions to Amend Request for Admission Responses in the remaining cases based on the Court's ruling in Wingate (per Scott Sexton).

Thanks,

Lauren



web │ map

**Lauren W. Daly**
Legal Assistant
Direct Dial:  540.983.9394

This email may contain confidential or privileged information. If you are not the intended recipient, please advise by return email and delete immediately without reading/forwarding to others.

---

**From:** Busch, Stephen D. [mailto:sbusch@mcguirewoods.com]
**Sent:** Friday, May 16, 2014 3:49 PM
**To:** Daly, Lauren W.
**Cc:** Sexton, Scott; Viar, Leslie A.
**Subject:** RE: Scheduling Request

Lauren – what orders?  Thanks Steve Busch

---

**From:** Daly, Lauren W. [mailto:Daly@gentrylocke.com]
**Sent:** Friday, May 16, 2014 3:45 PM
**To:** dosborne@courts.state.va.us
**Cc:** Viar, Leslie A.; Sexton, Scott; john.jessee@leclairryan.com; nancy.reynolds@leclairryan.com; Busch, Stephen D.; Neale, James F.
**Subject:** Scheduling Request

Diane:

We would like to request a hearing in front of Judge Dorsey to present Orders in the following matters:

Dana Marlene Bradley v. Insight Health Corp., *et al.* (CL12-2576)
Trudy R. Epperly v. Insight Health Corp., *et al.* (CL12-2571)
Barbara J. Filson v. Insight Health Corp., *et al.* (CL12-2575)
Zachary Lucas Foutz v. Insight Health Corp., *et al.* (CL13-0009)
Robert Earl Harris v. Insight Health Corp., *et al. (*CL13-55)
Chester T. Kalinoski v. Insight Health Corp., *et al.* (CL12-2574)
Pauline R. McFarlane v. Insight Health Corp., *et al.* (CL 12-2573)
James Wirt Smith, Jr. v. Insight Health Corp., *et al.* (CL12-2572)

1

Randolph E. Smith v. Insight Health Corp., *et al.* (CL13-57)
Richard A. Whitlow v. Insight Health Corp., *et al.* (CL13-54)
Ronald R. Courtney v. Insight Health Corp., *et al.* (CL13-417)
Ronnie A. Brown v. Insight Health Corp., *et al.* (CL13-538)
Sandra F. Artis v. Insight Health Corp., *et al.* (CL13-1105)
Julian D. Holbrook v. Insight Health Corp., *et al.* (CL13-370)
Estate of Ralph Irace v. Insight Health Corp., *et al* (CL13-577)
Odessa M. Shuck v. Insight Health Corp., *et al.* (CL13-584)
Estate of Louise Spicer v. Insight Health Corp., *et al.* (CL13-607)
Rose M. White v. Insight Health Corp., *et al.*  (CL13-606)

Can you please provide us with the Court's available dates and times?  Thank you for your assistance.

Lauren



web │ map
**Lauren W. Daly**
Legal Assistant
Direct Dial:  540.983.9394

This email may contain confidential or privileged information. If you are not the intended recipient, please advise by return email and delete immediately without reading/forwarding to others.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com