# EXHIBIT 3



VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

SHARON G. WINGATE,                )
EXECUTOR OF THE ESTATE OF         )
DOUGLAS GRAY WINGATE,             )
DECEASED,                         )
                                  )
    *Plaintiff,*                   )
                                  )
v.                                )   Case No: CL12-2547
                                  )
INSIGHT HEALTH CORP., *et al.*,   )
                                  )
    **Defendants.**               )

## ORDER

Upon motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all as more particularly set forth in the Court's Letter Opinion of October 31, 2013, the contents of which are incorporated herein, the Court makes the following rulings:

1. Defendant Insight Health Corporation ("IHC")'s demurrers to all Plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2. The demurrers filed by Defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C. (collectively the "IGPM Defendants") to all Plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

3. IHC's and the IGPM Defendants' demurrers to Plaintiff's Fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and Plaintiff is granted leave to amend her complaint within 21 days of entry of this Order;

4. IHC's motions for extension of time to join or bring a third-party complaint against a



23347/1/6468482v1

NECC ~~non-party~~ are DENIED;

5. IHC's Special Pleas are DENIED;

6. IHC's Motion to amend its responses to requests for admissions related to health care provider status as defined under Va. Code §8.01-581.1 is DENIED;

7. Correspondingly, the Plaintiff's Motion for Partial Summary Judgment against IHC seeking a declaration that, for purposes of this case, IHC is not a "health care provider" as defined by Va. Code § 8.01-581.1, is GRANTED; and, accordingly, IHC. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

8. For the purposes of the rulings set forth in the Court's Letter Opinion, to the extent that IGPM's Special Pleas were submitted on the pleadings, such Special Pleas are DENIED, without prejudice to IGPM bringing those Special Pleas by evidentiary hearing.

9. IHC must file an answer to the Plaintiff's Complaint within 21 days of entry of this Order.

The Clerk is requested to certify copies of this Order to all counsel of record.

Entered this 13th day of November, 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

2

23347/1/6468482v1

Seen and Agreed, except as to the Court's ruling as to Plaintiff's Fraud Count:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Sharon G. Wingate,
Executor of the Estate of Douglas Gray Wingate, deceased


Seen and objected to:

_____
John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

3

23347/1/6468482v1

CL12-2547

Seen and objected to:

_____
Christopher E. Hassell, Esq.
Heather S. Dean, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C. 20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.

CND

23347/1/6468482v1