# EXHIBIT 4

# GENTRY LOCKE
## RAKES & MOORE LLP
*Attorneys*

Benjamin D. Byrd

(540) 983-9397

byrd@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia 24022-0013

May 19, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke, Virginia 24011

Re:   Dana Marlene Bradley v. Insight Health Corp., *et al.* (CL12-2576)
Trudy R. Epperly v. Insight Health Corp., *et al.* (CL12-2571)
Barbara J. Filson v. Insight Health Corp., *et al.* (CL12-2575)
Zachary Lucas Foutz v. Insight Health Corp., *et al.* (CL13-0009)
Robert Earl Harris v. Insight Health Corp., *et al.* (CL13-55)
Chester T. Kalinoski v. Insight Health Corp., *et al.* (CL12-2574)
Pauline R. McFarlane v. Insight Health Corp., *et al.* (CL 12-2573)
James Wirt Smith, Jr. v. Insight Health Corp., *et al.* (CL12-2572)
Randolph E. Smith v. Insight Health Corp., *et al.* (CL13-57)
Richard A. Whitlow v. Insight Health Corp., *et al.* (CL13-54)
Ronald R. Courtney v. Insight Health Corp., *et al.* (CL13-417)
Ronnie A. Brown v. Insight Health Corp., *et al.* (CL13-538)
Sandra F. Artis v. Insight Health Corp., *et al.* (CL13-1105)
Julian D. Holbrook v. Insight Health Corp., *et al.* (CL13-370)
Estate of Ralph Irace v. Insight Health Corp., *et al* (CL13-577)
Odessa M. Shuck v. Insight Health Corp., *et al.* (CL13-584)
Estate of Louise Spicer v. Insight Health Corp., *et al.* (CL13-607)
Rose M. White v. Insight Health Corp., *et al.* (CL13-606)

Dear Ms. Hamilton:

Enclosed please find Orders we plan on presenting to the Court on the Demurrers and Motions to Amend Request for Admission Responses based upon the Court's ruling in the case of *Sharon Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., et al.* We have requested by email dates and times that the Court is available to docket these matters.

GENTRY LOCKE
RAKES & MOORE LLP

Brenda S. Hamilton, Clerk
May 19, 2014
Page 2

As always, thank you for your assistance.  Please do not hesitate to contact me should you have
any questions.

Very truly yours,

GENTRY LOCKE RAKES & MOORE, LLP

Benjamin D. Byrd

BDB:lwd
Enclosures
cc:     John Jessee, Esq.  (w/enc.)
        Nancy F. Reynolds, Esq. (w/enc.)
        Stephen D. Busch, Esq. (w/enc.)
        James F. Neale, Esq. (w/enc.)

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ROSE M. WHITE )
)
*Plaintiff,* )
)
v. )   Case No: CL13-606
)
INSIGHT HEALTH CORP., *et al.* )
)
Defendants. )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint within 21 days of entry of this order.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____
                                   Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Rose M. White*

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| ODESSA M. SHUCK | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )     **Case No: CL13-584** |
| | ) |
| INSIGHT HEALTH CORP., *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

    1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

    2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

    3.    Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint within 21 days of entry of this order.

    The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this ____ day of _____, 2014.

_____
Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Odessa M. Shuck*

2

26074/1/6675341v1

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

SANDRA F. ARTIS                                    )
                                                   )
    *Plaintiff,*                )
                                                   )
v.                                                 )          **Case No: CL13-1105**
                                                   )
INSIGHT HEALTH CORP., *et al.*                     )
                                                   )
    **Defendants.**            )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

    1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

    2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

    3.    Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint within 21 days of entry of this order.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.

_____

Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:

_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Sandra F. Artis*

2

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| DANA MARLENE BRADLEY,      ) | |
|       ) | |
|      *Plaintiff,*      ) | |
|       ) | |
| v.      ) | **Case No: CL12-2576** |
|       ) | |
| INSIGHT HEALTH CORP., *et al.,*      ) | |
|       ) | |
|      Defendants.      ) | |

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.,* the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint within 21 days of entry of this order; and

4.     Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____

The Honorable Charles M. Dorsey


SEEN AND OBJECTED TO IN PART:


_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Dana Marlene Bradley*

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*


3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

TRUDY R. EPPERLY,            )

       *Plaintiff,*          )

v.                       )        Case No: CL12-2571

INSIGHT HEALTH CORP., *et al.*,    )

       Defendants.         )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint within 21 days of entry of this order; and

4.      Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this ____ day of _____, 2014.


_____
The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Trudy R. Epperly*

2

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and John Mathis, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

BARBARA J. FILSON,                           )
                                             )
    *Plaintiff*,                             )
                                             )
v.                                           )    Case No: CL12-2575
                                             )
INSIGHT HEALTH CORP., *et al.*               )
                                             )
    Defendants.                            )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

    1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

    2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

    3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint within 21 days of entry of this order; and

4.     Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.

_____

The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Barbara J. Filson*

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and John Mathis, M.D.*


SEEN AND _____:


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

PAULINE R. MCFARLANE,                    )
                                         )
    *Plaintiff,*                          )
                                         )
v.                                       )          **Case No: CL12-2573**
                                         )
INSIGHT HEALTH CORP., *et al.*           )
                                         )
    **Defendants.**                      )

## ORDER

    Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

    1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

    2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

    3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint within 21 days of entry of this order; and

4.    Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____
The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Pauline R. McFarlane*

2

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ROBERT DANA BENDER, EXECUTOR )
OF THE ESTATE OF RALPH JAMES )
IRACE, JR., DECEASED )
 )
  *Plaintiff,* )
 )
v. )  **Case No: CL13-577**
 )
INSIGHT HEALTH CORP., *et al.* )
 )
  Defendants. )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1. Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2. The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3. Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.

_____
Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., deceased.*

25226/1/6675338v1

SEEN AND _____ :


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____ :


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

3

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

JULIAN D. HOLBROOK )
)
    *Plaintiff,* )
)
v. )    **Case No: CL13-370**
)
INSIGHT HEALTH CORP., *et al.* )
)
    Defendants. )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.,* the contents of which are incorporated herein as applicable, the Court makes the following rulings:

    1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

    2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

    3.    Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order.

    The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.

_____
Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Julian D. Holbrook*

2

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RONNIE A. BROWN                                  )
                                                 )
    *Plaintiff,*                                )
                                                 )
v.                                               )          Case No: CL13-538
                                                 )
INSIGHT HEALTH CORP., *et al.*                   )
                                                 )
    Defendants.                              )

## <u>ORDER</u>

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

    1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

    2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

    3.    Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.

_____
Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Ronnie A. Brown*

2

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RONALD R. COURTNEY )
)
*Plaintiff,* )
)
v. )   Case No: CL13-417
)
INSIGHT HEALTH CORP., *et al.* )
)
Defendants. )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.     Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.     The demurrers filed by defendants John M. Mathis, M.D., M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.     Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.

_____
Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Ronald R. Courtney*

2

24296/1/6675227v1

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

24296/1/6675227v1

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

PATRICIA S. BROWN, JOHN D.     )
SPICER, AND JENAE S. PATSELL,   )
EXECUTORS OF THE ESTATE OF   )
LOUISE B. SPICER, DECEASED    )
                               )
     *Plaintiff,*           )
                               )
v.                           )     Case No: CL13-607
                               )
INSIGHT HEALTH CORP., *et al.*    )
                               )
     Defendants.         )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.     Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.     The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.     Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend their Complaint within 21 days of entry of this order.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this ____ day of _____, 2014.

_____
Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Patricia S. Brown, John D. Spicer, and Janae S. Patsell,
Executors of the Estate of Louise B. Spicer, deceased*

SEEN AND _____ :


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____ :


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

3

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RICHARD A. WHITLOW     )
             )
   *Plaintiff,*       )
             )
v.             )  **Case No: CL13-54**
             )
INSIGHT HEALTH CORP., *et al.*  )
             )
   Defendants.      )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.,* the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1. Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2. The demurrers filed by defendants John M. Mathis, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3. Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order; and

4.     Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____
                          The Honorable Charles M. Dorsey


SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Richard A. Whitlow*

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and John Mathis, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RANDOLPH E. SMITH          )
                               )
       *Plaintiff,*            )
                               )
v.                               )        Case No: CL13-57
                               )
INSIGHT HEALTH CORP., *et al.*     )
                               )
       Defendants.          )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.     Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.     The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.     Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order; and

4.      Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____
The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Randolph E. Smith*

23885/1/6675068v1

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

JAMES WIRT SMITH, JR.,       )
                       )
      *Plaintiff,*        )
                       )
v.                     )    Case No: CL12-2572
                       )
INSIGHT HEALTH CORP., *et al.*  )
                       )
      Defendants.      )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order; and

4.     Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this ____ day of _____, 2014.


_____
The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff James Wirt Smith, Jr.*

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq. (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

3

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

CHESTER T. KALINOSKI,        )
                                   )
        *Plaintiff,*        )
                                   )
v.                               )      Case No: CL12-2574
                                   )
INSIGHT HEALTH CORP., *et al.*    )
                                 )
        Defendants.        )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

    1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

    2.    The demurrers filed by defendants John M. Mathis, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

    3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order; and

    4.     Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

    The Clerk is directed to send certified copies of this Order to all counsel of record.

    Entered this ____ day of _____, 2014.


_____

The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Chester T. Kalinoski*

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*


3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ROBERT EARL HARRIS, JR.,    )
    )
    *Plaintiff,*    )
    )
v.    )    **Case No: CL13-55**
    )
INSIGHT HEALTH CORP., *et al.*    )
    )
    Defendants.    )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order; and

4.     Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____
The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Robert Earl Harris*

23506/1/6675045v1

SEEN AND _____:

_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*

SEEN AND _____:

_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

3

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ZACHARY LUCAS FOUTZ, A MINOR, )
BY HIS PARENTS AND NEXT FRIENDS, )
BENJAMIN T. FOUTZ AND ANDREA L. )
FOUTZ, )
 )
  *Plaintiff*, )
 )
v. ) Case No: CL13-0009
 )
INSIGHT HEALTH CORP., *et al.* )
 )
  Defendants. )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1. Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2. The demurrers filed by defendants John M. Mathis, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3. Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend their Complaint within 21 days of entry of this order; and

4.    Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____

The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Zachary Lucas Foutz, a minor, by his parents and next friends, Benjamin T. Foutz and Andrea L. Foutz*

28673/1/6675042v1

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

28673/1/6675042v1