# EXHIBIT 5

# GENTRY LOCKE
## RAKES & MOORE LLP
### *Attorneys*

**J. Scott Sexton**

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke, Virginia  24011

   Re: Sandra F. Artis v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien,
     M.D. and Image Guided Pain Management, P.C.; CL13-1105

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

     Very truly yours,

     GENTRY LOCKE RAKES & MOORE, LLP

     J. Scott Sexton

JSS:lav
Enclosures
cc: Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
  James F., Neale, Esq. (w/encs.  – via email & U.S. Mail)
  John Jessee, Esq. (w/encs. – via email & U.S. Mail)
  Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
  Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| **SANDRA F. ARTIS** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No: CL13-1105** |
| | ) | |
| **INSIGHT HEALTH CORP.,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF PRESENTMENT OF ORDER

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m. before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West Church Avenue, Roanoke, Virginia 24010, plaintiff, by counsel, will present the Order attached hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.

                                        SANDRA F. ARTIS

                                        By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

22378/1/6683193v1

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Sandra F. Artis.*

## CERTIFICATE OF SERVICE

I hereby certify that on the *23* day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcquirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for the defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

By Counsel

2

22378/1/6683193v1

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| SANDRA F. ARTIS | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No: CL13-1105** |
| | ) | |
| INSIGHT HEALTH CORP., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint within 21 days of entry of this order.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____

Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Sandra F. Artis*

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

# GENTRY LOCKE
## RAKES & MOORE LLP
*Attorneys*

J. Scott Sexton

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke,  Virginia  24011

Re:     Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., deceased v. v.
Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D. and Image
Guided Pain Management, P.C.

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

Very truly yours,

GENTRY LOCKE RAKES & MOORE, LLP

J. Scott Sexton

JSS:lav
Enclosures
cc:     Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
James F., Neale, Esq. (w/encs.  – via email & U.S. Mail)
John Jessee, Esq. (w/encs. – via email & U.S. Mail)
Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

25226/1/6683368v1

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| **ROBERT DANA BENDER , Executor,** | ) | |
| of the Estate of Ralph James Irace, deceased, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No:  CL13000577-00** |
| | ) | |
| **INSIGHT HEALTH CORP.,** *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

### NOTICE OF PRESENTMENT OF ORDER

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m. before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West Church Avenue, Roanoke, Virginia  24010, plaintiff, by counsel, will present the Order attached hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.

ROBERT DANA BENDER, EXECUTOR OF THE ESTATE OF RALPH JAMES IRACE, DECEASED

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400

sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Robert Dana Bender, Executor of the Estate of Ralph James Irace, deceased*

## CERTIFICATE OF SERVICE

I hereby certify that on the *23* day of May, 2014, the foregoing was served via electronic and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for the defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

2

By Counsel

3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

|  |  |  |
|---|---|---|
| **ROBERT DANA BENDER, EXECUTOR** | ) | |
| **OF THE ESTATE OF RALPH JAMES** | ) | |
| **IRACE, JR., DECEASED** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No: CL13-577** |
| | ) | |
| **INSIGHT HEALTH CORP.,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.     Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.     The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.     Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.

_____
Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff  Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr.,
deceased.*

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:

_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

# GENTRY LOCKE
## RAKES & MOORE<sup>LLP</sup>
*Attorneys*

**J. Scott Sexton**

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke, Virginia  24011

     Re:    Dana Marlene Bradley v. Insight Health Corp., *et al.*; CL12002576-00

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

        Very truly yours,

        GENTRY LOCKE RAKES & MOORE, LLP

        J. Scott Sexton

JSS:lav
Enclosures
cc:    Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
      James F., Neale, Esq. (w/encs. – via email & U.S. Mail)
      John Jessee, Esq. (w/encs. – via email & U.S. Mail)
      Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
      Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

24439/1/6683241v1

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| **DANA MARLENE BRADLEY,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No: CL12002576-00** |
| | ) | |
| **INSIGHT HEALTH CORP.,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF PRESENTMENT OF ORDER

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m. before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West Church Avenue, Roanoke, Virginia  24010, plaintiff, by counsel, will present the Order attached hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.

DANA MARLENE BRADLEY

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

   *Counsel for Dana Marlene Bradley*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 23rd day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

   Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

   Counsel for the defendants Image Guided Pain Management,
   John Mathis, M.D., and Robert O'Brien, M.D.

                                          By Counsel

2

24439/1/6683520v1

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| DANA MARLENE BRADLEY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: CL12-2576 |
| | ) | |
| INSIGHT HEALTH CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.      Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.      The demurrers filed by defendants John M. Mathis, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.      Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint within 21 days of entry of this order; and

4.     Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____
The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:



_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Dana Marlene Bradley*

2

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and*
*John Mathis, M.D.*


SEEN AND _____:


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

24439/1/6674997v1

# GENTRY LOCKE
## RAKES & MOORE LLP
### *Attorneys*

**J. Scott Sexton**

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke,  Virginia  24011

    Re:    Patricia S. Brown, John D. Spicer, and Jenae S. Patsell, Executors of the Estate of
           Louise B. Spicer, Deceased v. Insight Health Corp., John M. Mathis, M.D.,
           Robert F. O'Brien, M.D. and Image Guided Pain Management, P.C.;
           CL13000607-00

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the
above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have
any questions.

                    Very truly yours,

                    GENTRY LOCKE RAKES & MOORE, LLP

                    J. Scott Sexton

JSS:lav
Enclosures
cc:    Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
       James F., Neale, Esq. (w/encs. – via email & U.S. Mail)
       John Jessee, Esq. (w/encs. – via email & U.S. Mail)
       Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
       Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

26408/1/6683395v1

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| PATRICIA S. BROWN, JOHN D. SPICER, ) | |
| AND JENAE S. PATSELL, EXECUTORS ) | |
| OF THE ESTATE OF LOUISE B. SPICER, ) | |
| DECEASED, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CL13000607-00 |
| ) | |
| INSIGHT HEALTH CORP., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF PRESENTMENT OF ORDER

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m.

before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West

Church Avenue, Roanoke, Virginia 24010, plaintiff, by counsel, will present the Order attached

hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.

PATRICIA S. BROWN, JOHN D. SPICER, AND
JENAE S. PATSELL, EXECUTORS OF THE
ESTATE OF LOUISE B. SPICER, DECEASED

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013

26408/1/6683429v1

Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Patricia S. Brown, John D. Spicer*
*and Jenae S. Patsell, Executors of the Estate of Louise B. Spicer, Deceased*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23 day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcquirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for the defendants Image Guided Pain Management,

2

John Mathis, M.D., and Robert O'Brien, M.D.

By Counsel

26408/1/6683429v1

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| PATRICIA S. BROWN, JOHN D.<br>SPICER, AND JENAE S. PATSELL,<br>EXECUTORS OF THE ESTATE OF<br>LOUISE B. SPICER, DECEASED<br><br>*Plaintiff,*<br><br>v.<br><br>INSIGHT HEALTH CORP., *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No: CL13-607<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.      Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.      The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.      Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend their Complaint within 21 days of entry of this order.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.

_____
Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Patricia S. Brown, John D. Spicer, and Janae S. Patsell,
Executors of the Estate of Louise B. Spicer, deceased*

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

26408/1/6675345v1

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE**

| | | |
|---|---|---|
| **RONNIE A. BROWN,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | **Case No: CL13000538-00** |
| | ) | |
| **INSIGHT HEALTH CORP.,** *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

**NOTICE OF PRESENTMENT OF ORDER**

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m. before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West Church Avenue, Roanoke, Virginia 24010, plaintiff, by counsel, will present the Order attached hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.

RONNIE A. BROWN

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

29662/1/6683491v1

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Ronnie A. Brown*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23~d~ day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

          Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

          Counsel for the defendants Image Guided Pain Management,
          John Mathis, M.D., and Robert O'Brien, M.D.

By Counsel

2

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| **RONNIE A. BROWN** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No: CL13-538** |
| | ) | |
| **INSIGHT HEALTH CORP.,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.      Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.      The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.      Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.

_____

Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:

_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Ronnie A. Brown*

29662/1/6675182v1

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

3

# GENTRY LOCKE
## RAKES & MOORE LLP
### *Attorneys*

**J. Scott Sexton**

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke,  Virginia  24011

      Re:    Ronnie A. Brown v. Insight Health Corp., John M. Mathis, M.D., Robert F.
              O'Brien and Image Guided Pain Management, P.C.

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

              Very truly yours,

              GENTRY LOCKE RAKES & MOORE, LLP

              J. Scott Sexton

JSS:lav
Enclosures
cc:     Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
        James F., Neale, Esq. (w/encs.  – via email & U.S. Mail)
        John Jessee, Esq. (w/encs. – via email & U.S. Mail)
        Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
        Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

# GENTRY LOCKE
## RAKES & MOORE LLP
### *Attorneys*

**J. Scott Sexton**

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke, Virginia  24011

Re:   Ronald T. Courtney v. Insight Health Corp., John M. Mathis, M.D. and Image
Guided Pain Management, P.C.

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

Very truly yours,

GENTRY LOCKE RAKES & MOORE, LLP

J. Scott Sexton

JSS:lav
Enclosures
cc:   Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
James F., Neale, Esq. (w/encs. – via email & U.S. Mail)
John Jessee, Esq. (w/encs. – via email & U.S. Mail)
Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

24296/1/6683259v1

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| **RONALD T. COURTNEY,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No: CL13000417-00** |
| | ) | |
| **INSIGHT HEALTH CORP.,** *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

### NOTICE OF PRESENTMENT OF ORDER

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m.

before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West

Church Avenue, Roanoke, Virginia 24010, plaintiff, by counsel, will present the Order attached

hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.

RONALD T. COURTNEY

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

24296/1/6683488v1

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Ronald T. Courtney*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23 day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

     *Counsel for Defendant Insight Health Corp.*

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

     *Counsel for the defendants Image Guided Pain Management,*
     *John Mathis, M.D., and Robert O'Brien, M.D.*

                                        By Counsel

                                        2

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RONALD R. COURTNEY                    )
    *Plaintiff,*                          )
                                          )
v.                                    )     **Case No: CL13-417**
                                          )
INSIGHT HEALTH CORP., *et al.*        )
                                          )
    *Defendants.*                         )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

    1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

    2.    The demurrers filed by defendants John M. Mathis, M.D., M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

    3.    Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____

Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Ronald R. Courtney*

2

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

24296/1/6675227v1

# GENTRY LOCKE
## RAKES & MOORE LLP
### *Attorneys*

**J. Scott Sexton**

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540·983·9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke, Virginia  24011

> Re:   Trudy R. Epperly v. Insight Health Corp., John M. Mathis, M.D., Robert F.
>        O'Brien, M.D. and Image Guided Pain Management, P.C.

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

Very truly yours,

GENTRY LOCKE RAKES & MOORE, LLP

J. Scott Sexton

JSS:lav
Enclosures
cc:   Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
      James F., Neale, Esq. (w/encs. – via email & U.S. Mail)
      John Jessee, Esq. (w/encs. – via email & U.S. Mail)
      Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
      Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| **TRUDY R. EPPERLY,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| **v.** ) | **Case No:  CL12002571-00** |
| ) | |
| **INSIGHT HEALTH CORP.,** *et al.,* ) | |
| ) | |
| *Defendants.* ) | |

<u>**NOTICE OF PRESENTMENT OF ORDER**</u>

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m. before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West Church Avenue, Roanoke, Virginia  24010, plaintiff, by counsel, will present the Order attached hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.

TRUDY R. EPPERLY

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

   *Counsel for Trudy R. Epperly*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23 day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcquirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

   Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

   Counsel for the defendants Image Guided Pain Management,
   John Mathis, M.D., and Robert O'Brien, M.D.

By Counsel

2

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

TRUDY R. EPPERLY,            )
                                   )
    *Plaintiff,*               )
                                   )
v.                               )     **Case No: CL12-2571**
                                   )
INSIGHT HEALTH CORP., *et al.*,   )
                                   )
    Defendants.           )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

    1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

    2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

    3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint within 21 days of entry of this order; and

4.    Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____
The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Trudy R. Epperly*

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

3

# GENTRY LOCKE
## RAKES & MOORE LLP
### *Attorneys*

J. Scott Sexton

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia 24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke, Virginia 24011

Re:   Barbara J. Filson v. Insight Health Corp., John M. Mathis, M.D., Robert F.
O'Brien, M.D. and Image Guided Pain Management, P.C.

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

Very truly yours,

GENTRY LOCKE RAKES & MOORE, LLP

J. Scott Sexton

JSS:lav
Enclosures
cc:   Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
James F., Neale, Esq. (w/encs. – via email & U.S. Mail)
John Jessee, Esq. (w/encs. – via email & U.S. Mail)
Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
Michael P. Gardner, Esq. (w/encs. -- via email & U.S. Mail)

10014/2/6683295v1

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| **BARBARA J. FILSON,** | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| **v.** | )   **Case No:  CL12002575-00** |
| | ) |
| **INSIGHT HEALTH CORP.,** *et al.,* | ) |
| | ) |
| *Defendants.* | ) |

### <u>NOTICE OF PRESENTMENT OF ORDER</u>

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m. before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West Church Avenue, Roanoke, Virginia  24010, plaintiff, by counsel, will present the Order attached hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.

BARBARA J. FILSON

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

10014/2/6683480v1

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Barbara J. Filson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23 day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcquirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

        Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

        Counsel for the defendants Image Guided Pain Management,
        John Mathis, M.D., and Robert O'Brien, M.D.

By Counsel

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| **BARBARA J. FILSON,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No: CL12-2575** |
| | ) | |
| **INSIGHT HEALTH CORP.,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.　　Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.　　The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.　　Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint within 21 days of entry of this order; and

4.      Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____
The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:



_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Barbara J. Filson*

2

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

# GENTRY LOCKE
## RAKES & MOORE LLP
### *Attorneys*

J. Scott Sexton

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke, Virginia  24011

Re:   Zachary Lucas Foutz, a minor, by his Parents and Next Friends, Benjamin T.
Foutz and Andrea L. Foutz v. Insight Health Corp., *et al.*; CL13000009-00

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

Very truly yours,

GENTRY LOCKE RAKES & MOORE, LLP

J. Scott Sexton

JSS:lav
Enclosures
cc:    Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
James F., Neale, Esq. (w/encs.  – via email & U.S. Mail)
John Jessee, Esq. (w/encs. – via email & U.S. Mail)
Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

28673/1/6683327v1

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| **ZACHARY LUCAS FOUTZ, A MINOR,** ) | |
| **BY HIS PARENTS AND NEXT FRIENDS,** ) | |
| **BENJAMIN T. FOUTZ AND ANDREA L.** ) | |
| **FOUTZ,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| **v.** ) | **Case No: C13000009-00** |
| ) | |
| **INSIGHT HEALTH CORP.,** *et al.* ) | |
| ) | |
| *Defendants*. ) | |

### NOTICE OF PRESENTMENT OF ORDER

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m.

before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West

Church Avenue, Roanoke, Virginia  24010, plaintiff, by counsel, will present the Order attached

hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.

> ZACHARY LUCAS FOUTZ, A MINOR, BY HIS
> PARENTS AND NEXT FRIENDS, BENJAMIN T.
> FOUTZ AND ANDREA L. FOUTZ
>
> By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013

(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Zachary Lucas Foutz, a minor, by his parents and next friends, Benjamin T. Foutz and Andrea L. Foutz*

## CERTIFICATE OF SERVICE

I hereby certify that on the *23* day of May, 2014, the foregoing was served via electronic and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for the defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

By Counsel

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE**

| | |
|---|---|
| ZACHARY LUCAS FOUTZ, A MINOR,<br>BY HIS PARENTS AND NEXT FRIENDS,<br>BENJAMIN T. FOUTZ AND ANDREA L.<br>FOUTZ, | )<br>)<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | )   Case No: CL13-0009 |
| INSIGHT HEALTH CORP., *et al.* | )<br>) |
| Defendants. | )<br>) |

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend their Complaint within 21 days of entry of this order; and

4.     Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____

The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Zachary Lucas Foutz, a minor, by his parents and next friends, Benjamin T. Foutz and Andrea L. Foutz*

28673/1/6675042v1

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and*
*John Mathis, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

28673/1/6675042v1

# GENTRY LOCKE
## RAKES & MOORE LLP
### *Attorneys*

**J. Scott Sexton**

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke,  Virginia  24010-2610

     Re:    Robert Earl Harris, Jr. v. Insight Health Corp., *et al.*; CL13000055-00

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

        Very truly yours,

        GENTRY LOCKE RAKES & MOORE, LLP

        J. Scott Sexton

JSS:lav
Enclosure
cc:    Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
       James F., Neale, Esq. (w/encs.  – via email & U.S. Mail)
       John Jessee, Esq. (w/encs. – via email & U.S. Mail)
       Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
       Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| **ROBERT EARL HARRIS, JR.,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| **v.** ) | Case No:  C13000055-00 |
| ) | |
| **INSIGHT HEALTH CORP.,** *et al.* ) | |
| ) | |
| *Defendants.* ) | |

### NOTICE OF PRESENTMENT OF ORDER

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m. before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West Church Avenue, Roanoke, Virginia  24010, plaintiff, by counsel, will present the Order attached hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.

ROBERT EARL HARRIS, JR.

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

23506/1/6683471v1

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

     *Counsel for Robert Earl Harris, Jr.*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 23 day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcquirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

     Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

     Counsel for the defendants Image Guided Pain Management,
     John Mathis, M.D., and Robert O'Brien, M.D.

                                        By Counsel

2

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| **ROBERT EARL HARRIS, JR.,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | **Case No: CL13-55** |
| ) | |
| **INSIGHT HEALTH CORP.,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.     Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.     The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.     Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order; and

4.    Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____
                                              The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Robert Earl Harris*

23506/1/6675045v1

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

3

# GENTRY LOCKE
## RAKES & MOORE LLP
### *Attorneys*

J. Scott Sexton

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke, Virginia  24011

Re:   Julian Delano Holbrook v. Insight Health Corp., John M. Mathis, M.D.,
Robert F. O'Brien and Image Guided Pain Management, P.C.

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

Very truly yours,

GENTRY LOCKE RAKES & MOORE, LLP

J. Scott Sexton

JSS:lav
Enclosures
cc:   Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
James F., Neale, Esq. (w/encs. – via email & U.S. Mail)
John Jessee, Esq. (w/encs. – via email & U.S. Mail)
Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

22676/1/6683362v1

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| **JULIAN D. HOLBROOK,** | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )   Case No:  CL13000370-00 |
| | ) |
| **INSIGHT HEALTH CORP.**, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

### <u>NOTICE OF PRESENTMENT OF ORDER</u>

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m.

before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West

Church Avenue, Roanoke, Virginia  24010, plaintiff, by counsel, will present the Order attached

hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.


JULIAN D. HOLBROOK

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
<u>sexton@gentrylocke.com</u>
<u>russell@gentrylocke.com</u>
<u>smith@gentrylocke.com</u>

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Julian D. Holbrook*

## CERTIFICATE OF SERVICE

I hereby certify that on the *23* day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for the defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

By Counsel

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| **JULIAN D. HOLBROOK** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No: CL13-370** |
| | ) | |
| **INSIGHT HEALTH CORP.,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.      Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.      The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.      Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.

_____
Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Julian D. Holbrook*

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq. (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

3

# GENTRY LOCKE
## RAKES & MOORE LLP
### *Attorneys*

**J. Scott Sexton**

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke, Virginia  24011

  Re: Chester T. Kalinoski v. Insight Health Corp., *et al.*; CL12002574-00

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

    Very truly yours,

    GENTRY LOCKE RAKES & MOORE, LLP

    J. Scott Sexton

JSS:lav
Enclosures
cc: Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
  James F., Neale, Esq. (w/encs. – via email & U.S. Mail)
  John Jessee, Esq. (w/encs. – via email & U.S. Mail)
  Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
  Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| **CHESTER T. KALINOSKI,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No: CL12002574-00** |
| | ) | |
| **INSIGHT HEALTH CORP.,** *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

### NOTICE OF PRESENTMENT OF ORDER

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m. before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West Church Avenue, Roanoke, Virginia 24010, plaintiff, by counsel, will present the Order attached hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.

CHESTER T. KALINOSKI

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

21013/1/6683457v1

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Chester T. Kalinoski*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the *23* day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for the defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

By Counsel

2

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

CHESTER T. KALINOSKI,            )
                                 )
    *Plaintiff*,               )
                                 )
v.                               )       Case No: CL12-2574
                                 )
INSIGHT HEALTH CORP., *et al.*   )
                                 )
    Defendants.               )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

    1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

    2.    The demurrers filed by defendants John M. Mathis, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

    3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order; and

4.     Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____
The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Chester T. Kalinoski*

2

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

3

# GENTRY LOCKE
## RAKES & MOORE LLP
### *Attorneys*

**J. Scott Sexton**

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke,  Virginia  24011

     Re:    Pauline R. McFarlane v. Insight Health Corp., *et al.*; CL12002573-00

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

        Very truly yours,

        GENTRY LOCKE RAKES & MOORE, LLP

        J. Scott Sexton

JSS:lav
Enclosures
cc:    Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
      James F., Neale, Esq. (w/encs. – via email & U.S. Mail)
      John Jessee, Esq. (w/encs. – via email & U.S. Mail)
      Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
      Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| **PAULINE R. MCFARLANE,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| **v.** | )   **Case No:  CL12002573-00** |
| | ) |
| **INSIGHT HEALTH CORP.,** *et al.,* | ) |
| | ) |
| *Defendants.* | ) |

### NOTICE OF PRESENTMENT OF ORDER

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m. before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West Church Avenue, Roanoke, Virginia  24010, plaintiff, by counsel, will present the Order attached hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.

PAULINE R. MCFARLANE

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

23665/1/6683455v1

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Pauline R. McFarlane

## CERTIFICATE OF SERVICE

I hereby certify that on the 23 day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
jneale@mcguirewoods.com

Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for the defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

By Counsel

2

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| PAULINE R. MCFARLANE, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | **Case No: CL12-2573** |
| ) | |
| INSIGHT HEALTH CORP., *et al.* ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint within 21 days of entry of this order; and

4.      Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____
The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:



_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Pauline R. McFarlane*

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

3

# GENTRY LOCKE
## RAKES & MOORE LLP
*Attorneys*

J. Scott Sexton

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke,  Virginia  24011

Re:   Odessa M. Shuck v. Insight Health Corp., John M. Mathis, M.D., Robert F.
O'Brien, M.D. and Image Guided Pain Management, P.C.; CL13000584-00

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

Very truly yours,

GENTRY LOCKE RAKES & MOORE, LLP

J. Scott Sexton

JSS:lav
Enclosures
cc:    Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
       James F., Neale, Esq. (w/encs.  – via email & U.S. Mail)
       John Jessee, Esq. (w/encs. – via email & U.S. Mail)
       Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
       Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

26074/1/6683380v1

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

|  |  |  |
|---|---|---|
| **ODESSA M. SHUCK,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No: CL13000584-00** |
| | ) | |
| **INSIGHT HEALTH CORP.,** *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

### NOTICE OF PRESENTMENT OF ORDER

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m.

before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West

Church Avenue, Roanoke, Virginia 24010, plaintiff, by counsel, will present the Order attached

hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.


ODESSA M. SHUCK

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Odessa M. Shuck*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23 day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcquirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

      Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

      Counsel for the defendants Image Guided Pain Management,
      John Mathis, M.D., and Robert O'Brien, M.D.

                              By Counsel

2

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| **ODESSA M. SHUCK** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| **v.** ) | **Case No: CL13-584** |
| ) | |
| **INSIGHT HEALTH CORP.,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.      Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.      The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.      Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint within 21 days of entry of this order.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____
Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Odessa M. Shuck*

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

# GENTRY LOCKE
## RAKES & MOORE LLP
*Attorneys*

J. Scott Sexton

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke, Virginia  24011

     Re:    James Wirt Smith, Jr. v. Insight Health Corp., John M. Mathis, M.D., Robert F.
            O'Brien, M.D. and Image Guided Pain Management, P.C.

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the
above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have
any questions.

          Very truly yours,

          GENTRY LOCKE RAKES & MOORE, LLP

          J. Scott Sexton

JSS:lav
Enclosures
cc:    Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
       James F., Neale, Esq. (w/encs.  – via email & U.S. Mail)
       John Jessee, Esq. (w/encs. – via email & U.S. Mail)
       Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
       Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| **JAMES WIRT SMITH, JR.,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No:  CL12002572-00** |
| | ) | |
| **INSIGHT HEALTH CORP.,** *et al.* | ) | |
| | ) | |
| *Defendants.* | ) | |

### NOTICE OF PRESENTMENT OF ORDER

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m. before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West Church Avenue, Roanoke, Virginia  24010, plaintiff, by counsel, will present the Order attached hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.

JAMES WIRT SMITH, JR.

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for James Wirt Smith, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on the *23* day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for the defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

By Counsel

2

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| JAMES WIRT SMITH, JR., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No: CL12-2572** |
| | ) | |
| INSIGHT HEALTH CORP., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

 1. Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

 2. The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

 3. Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order; and

4.     Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____
The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff James Wirt Smith, Jr.*

2

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq. (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*


3

# GENTRY LOCKE
### RAKES & MOORE LLP
*Attorneys*

J. Scott Sexton

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540·983·9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke,  Virginia  24011

Re:    Randolph Edward Smith v. John M. Mathis, M.D., Robert F. O'Brien, M.D.,
          Insight Health Corp. and Image Guided Pain Management, P.C.

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

Very truly yours,

GENTRY LOCKE RAKES & MOORE, LLP

J. Scott Sexton

JSS:lav
Enclosures
cc:    Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
         James F., Neale, Esq. (w/encs.  – via email & U.S. Mail)
         John Jessee, Esq. (w/encs. – via email & U.S. Mail)
         Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
         Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| **RANDOLPH E. SMITH,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| **v.** ) | **Case No: CL13000057-00** |
| ) | |
| **INSIGHT HEALTH CORP.,** *et al.* ) | |
| ) | |
| *Defendants.* ) | |

### NOTICE OF PRESENTMENT OF ORDER

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m.

before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West

Church Avenue, Roanoke, Virginia  24010, plaintiff, by counsel, will present the Order attached

hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.


RANDOLPH E. SMITH

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

23885/1/6683435v1

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Randolph E. Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23 day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for the defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

By Counsel

2

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| RANDOLPH E. SMITH        ) | |
|                 ) | |
|     *Plaintiff,*        ) | |
|                 ) | |
| v.                         ) | Case No: CL13-57 |
|                 ) | |
| INSIGHT HEALTH CORP., *et al.*    ) | |
|                 ) | |
|     *Defendants.*        ) | |

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.      Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.      The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.      Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order; and

4.     Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.

_____
The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Randolph E. Smith*

2

SEEN AND _____:

_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*

SEEN AND _____:

_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

3

# GENTRY LOCKE
## RAKES & MOORE LLP
*Attorneys*

J. Scott Sexton

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540·983·9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke,  Virginia  24011

Re:   Rose M. White v. John M. Mathis, M.D., Robert F. O'Brien, M.D., Insight Health
Corp. and Image Guided Pain Management, P.C.

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the
above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have
any questions.

Very truly yours,

GENTRY LOCKE RAKES & MOORE, LLP

J. Scott Sexton

JSS:lav
Enclosures
cc:   Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
James F., Neale, Esq. (w/encs.  – via email & U.S. Mail)
John Jessee, Esq. (w/encs. – via email & U.S. Mail)
Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| **ROSE M. WHITE,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No: CL13000606-00** |
| | ) | |
| **INSIGHT HEALTH CORP.,** *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

### NOTICE OF PRESENTMENT OF ORDER

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m.

before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West

Church Avenue, Roanoke, Virginia  24010, plaintiff, by counsel, will present the Order attached

hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.


ROSE M. WHITE

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

24123/1/6683421v1

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Rose M. White*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23 day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for the defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

By Counsel

2

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ROSE M. WHITE                                    )
                                                 )
    *Plaintiff,*                             )
                                                 )
v.                                               )          **Case No: CL13-606**
                                                 )
INSIGHT HEALTH CORP., *et al.*                   )
                                                 )
    Defendants.                              )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint within 21 days of entry of this order.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2014.


_____

Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Rose M. White*

2

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| **RICHARD A. WHITLOW** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No: CL13-54** |
| | ) | |
| **INSIGHT HEALTH CORP.,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF PRESENTMENT OF ORDER

PLEASE TAKE NOTICE that on the 27th day of June, 2014, beginning at 2:30 p.m.

before the Honorable Charles N. Dorsey, Roanoke City Circuit Court, Courthouse, 315 West

Church Avenue, Roanoke, Virginia 24010, plaintiff, by counsel, will present the Order attached

hereto to Judge Dorsey and request entry of same.

You must be present if you wish to be heard.

RICHARD A. WHITLOW

By Counsel

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com

gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Richard R. Whitlow*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23 day of May, 2014, the foregoing was served via electronic

and regular mail upon:

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F., Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902-1288
jneale@mcguirewoods.com

Counsel for Defendant Insight Health Corp.

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for the defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

By Counsel

2

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RICHARD A. WHITLOW                )
                                  )
    *Plaintiff,*                 )
                                  )
v.                                )          Case No: CL13-54
                                  )
INSIGHT HEALTH CORP., *et al.*    )
                                  )
    Defendants.                   )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint within 21 days of entry of this order; and

4.      Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this ____ day of _____, 2014.


_____

The Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:


_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Richard A. Whitlow*

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

26031/1/6675072v1

# GENTRY LOCKE
## RAKES & MOORE LLP
*Attorneys*

**J. Scott Sexton**

(540) 983-9379

sexton@gentrylocke.com

Facsimile 540-983-9400

Post Office Box 40013

Roanoke, Virginia  24022-0013

May 23, 2014

Brenda S. Hamilton, Clerk
Roanoke City Circuit Court
315 West Church Avenue
Roanoke,  Virginia  24011

Re:    Richard A. Whitlow v. Insight Health Corp., *et al.*; CL13000054-00

Dear Ms. Hamilton:

Enclosed is a Notice of Presentment of Order and Plaintiff's Status Report for filing in the above-styled matter.

As always, thank you for your assistance.  Please do not hesitate to contact me should you have any questions.

Very truly yours,

GENTRY LOCKE RAKES & MOORE, LLP

J. Scott Sexton

JSS:lav
Enclosures
cc:    Stephen D. Busch, Esq. (w/encs. – via email & U.S. Mail)
       James F., Neale, Esq. (w/encs.  – via email & U.S. Mail)
       John Jessee, Esq. (w/encs. – via email & U.S. Mail)
       Nancy F. Reynolds, Esq. (w/enc. – via email & U.S. Mail)
       Michael P. Gardner, Esq. (w/encs. – via email & U.S. Mail)