# EXHIBIT 7

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

CIRCUIT COURT
Received & Filed
9:45 Am
JUN 0 6 2014
By _____
Deputy Clerk
CITY OF ROANOKE

SANDRA F. ARTIS,                          )
                                          )
                    *Plaintiff,*          )
v.                                        )
                                          )        Case No. CL13-1105
INSIGHT HEALTH CORP., *et al.*            )
                                          )
                    *Defendants.*         )

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

From the Circuit Court for the City of Roanoke, Virginia
To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

> J. Scott Sexton, Esq.
> Gentry Locke Rakes & Moore, LLP
> 10 Franklin Road, S.E., Suite 800
> P.O. Box 40013
> Roanoke, Virginia 24022-0013
> Tel: (540) 983-9300
> Fax: (540) 983-9400
> sexton@gentrylocke.com
>
> *Counsel for Plaintiff*
>
> John T. Jessee, Esq.
> LeClair Ryan
> 1800 Wells Fargo Tower, Drawer 1200
> Roanoke, Virginia 24006
> Tel: (540) 510-3018
> Fax: (540) 510-3050
> john.jessee@leclairryan.com
>
> *Counsel for Defendants,*
> Image Guided Pain Management, P.C.;
> Robert F. O'Brien, M.D.; and
> John M. Mathis, M.D.

57677289_1

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MDL NO. 13-02419-RWZ


IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION


ORDER

June 5, 2014


ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.    ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

wrongful death cases identified on Exhibit A attached hereto (the "Pending

Actions") are removed and transferred to this court from the Roanoke City Circuit

Court in which they are currently pending; and it is further

2.     ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §
157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a
copy of this Order shall be filed in the Roanoke City Circuit Court and provided
to all parties-in-interest in each of the Pending Actions; and it is further

3.     ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City
Circuit Court shall thereafter promptly transfer the case file pertaining to each
Pending Action to the clerk of the District Court for the District of Massachusetts;
and it is further

4.     ORDERED that plaintiffs, defendants, and their counsel shall promptly take any
and all actions necessary to effectuate the transfer of the Pending Actions
pursuant to this Order; and it is further

5.     ORDERED that this Order shall not modify or in any way affect the automatic
stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall
remain in full force and effect pending further order of this court or the
bankruptcy court; and it is further

6.     ORDERED that this Order is entered without prejudice to any position that the
Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay
any Pending Action or to render null and void the post-petition filing of any
Pending Action.

| | |
|---|---|
| June 5, 2014 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |

**EXHIBIT B**

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)


[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]


**NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)**

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts. A copy of the Order is attached as Exhibit A.

Dated:        [DATE OF REMOVAL]
              [LOCATION]

                                        Respectfully submitted,


                                        _____

                                        [REMOVING COUNSEL]

                                        Attorneys for [REMOVING DEFENDANT]


3

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts,

pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

| Case | Docket No. | Filed | Court |
|---|---|---|---|
| 12. Ronald T. Courtney v. Insight Health Corp., et al. | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. Ferman W. Wertz v. Alaunus Pharmaceutical., LLC, et al. | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. Patrick O. Johnston v. Alaunus Pharmaceutical., LLC, et al. | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. Ronald A. Brown v. Insight Health Corp., et al. | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al. | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. Odessa M. Shuck v. Insight Health Corp., et al. | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. Rose M. White v. Insight Health Corp., et al. | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. Patricia S. Brown, et al. v. Insight Health Corp., et al. | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. Sandra F. Artis v. Insight Health Corp., et al. | CL13011105 | 5/10/2013 | Roanoke City Circuit Court |

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

CIRCUIT COURT
Received & Filed
9:45 Am
JUN 0 6 2014
By _____
Deputy Clerk
CITY OF ROANOKE

ROBERT DANA BENDER, EXECUTOR OF THE )
ESTATE OF RALPH JAMES IRACE, JR., )
DECEASED )
                                        )
                    *Plaintiff*,        )       Case No. CL13-577
v.                                      )
                                        )
INSIGHT HEALTH CORP., *et al.*          )
                                        )
                    *Defendants*.       )

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.


Dated: June 5, 2014

From the Circuit Court for the City of Roanoke, Virginia
To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

2

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

> J. Scott Sexton, Esq.
> Gentry Locke Rakes & Moore, LLP
> 10 Franklin Road, S.E., Suite 800
> P.O. Box 40013
> Roanoke, Virginia 24022-0013
> Tel: (540) 983-9300
> Fax: (540) 983-9400
> sexton@gentrylocke.com
>
> *Counsel for Plaintiff*
>
> John T. Jessee, Esq.
> LeClair Ryan
> 1800 Wells Fargo Tower, Drawer 1200
> Roanoke, Virginia 24006
> Tel: (540) 510-3018
> Fax: (540) 510-3050
> john.jessee@leclairryan.com
>
> *Counsel for Defendants,*
> Image Guided Pain Management, P.C.;
> Robert F. O'Brien, M.D.; and
> John M. Mathis, M.D.

57678021_1.DOCX

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MDL NO. 13-02419-RWZ


IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION


ORDER

June 5, 2014


ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.      **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

wrongful death cases identified on Exhibit A attached hereto (the "Pending

Actions") are removed and transferred to this court from the Roanoke City Circuit

Court in which they are currently pending; and it is further

2.   **ORDERED** that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §

157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a

copy of this Order shall be filed in the Roanoke City Circuit Court and provided

to all parties-in-interest in each of the Pending Actions; and it is further

3.   **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City

Circuit Court shall thereafter promptly transfer the case file pertaining to each

Pending Action to the clerk of the District Court for the District of Massachusetts;

and it is further

4.   **ORDERED** that plaintiffs, defendants, and their counsel shall promptly take any

and all actions necessary to effectuate the transfer of the Pending Actions

pursuant to this Order; and it is further

5.   **ORDERED** that this Order shall not modify or in any way affect the automatic

stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall

remain in full force and effect pending further order of this court or the

bankruptcy court; and it is further

6.   **ORDERED** that this Order is entered without prejudice to any position that the

Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay

any Pending Action or to render null and void the post-petition filing of any

Pending Action.

| | |
|---|---|
| June 5, 2014 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |

## EXHIBIT B

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)


[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]


### NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.  A copy of the Order is attached as Exhibit A.

Dated:        [DATE OF REMOVAL]
              [LOCATION]

                              Respectfully submitted,


                              _____

                              [REMOVING COUNSEL]

                              Attorneys for [REMOVING DEFENDANT]


3

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 2 of 2

| <u>Case</u> | <u>Docket No.</u> | <u>Filed</u> | <u>Court</u> |
|---|---|---|---|
| 12. *Ronald T. Courtney v. Insight Health Corp., et al.* | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. *Ferman W. Wertz v. Alaunus Pharmaceutical., LLC, et al.* | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. *Patrick O. Johnston v. Alaunus Pharmaceutical., LLC, et al.* | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. *Ronald A. Brown v. Insight Health Corp., et al.* | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. *Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al.* | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. *Odessa M. Shuck v. Insight Health Corp., et al.* | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. *Rose M. White v. Insight Health Corp., et al.* | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. *Patricia S. Brown, et al. v. Insight Health Corp., et al.* | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. *Sandra F. Artis v. Insight Health Corp., et al.* | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

CIRCUIT COURT
Received & Filed
9:45AM
JUN 0 5 2014
By_____
Deputy Clerk
CITY OF ROANOKE

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

DANA MARLENE BRADLEY,                    )
                                         )
                    *Plaintiff,*         )
                                         )
v.                                       )
                                         )       Case No. CL12-2576
INSIGHT HEALTH CORP., *et al.*           )
                                         )
                    *Defendants.*        )

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

From the Circuit Court for the City of Roanoke, Virginia
To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

> J. Scott Sexton, Esq.
> Gentry Locke Rakes & Moore, LLP
> 10 Franklin Road, S.E., Suite 800
> P.O. Box 40013
> Roanoke, Virginia 24022-0013
> Tel: (540) 983-9300
> Fax: (540) 983-9400
> sexton@gentrylocke.com
>
> *Counsel for Plaintiff*
>
> John T. Jessee, Esq.
> LeClair Ryan
> 1800 Wells Fargo Tower, Drawer 1200
> Roanoke, Virginia 24006
> Tel: (540) 510-3018
> Fax: (540) 510-3050
> john.jessee@leclairryan.com
>
> *Counsel for Defendants,*
> Image Guided Pain Management, P.C.;
> Robert F. O'Brien, M.D.; and
> John M. Mathis, M.D.

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MDL NO. 13-02419-RWZ


IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION


ORDER

June 5, 2014


ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.      **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

wrongful death cases identified on Exhibit A attached hereto (the "Pending

Actions") are removed and transferred to this court from the Roanoke City Circuit

Court in which they are currently pending; and it is further

2.     ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §

157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a

copy of this Order shall be filed in the Roanoke City Circuit Court and provided

to all parties-in-interest in each of the Pending Actions; and it is further

3.     ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City

Circuit Court shall thereafter promptly transfer the case file pertaining to each

Pending Action to the clerk of the District Court for the District of Massachusetts;

and it is further

4.     ORDERED that plaintiffs, defendants, and their counsel shall promptly take any

and all actions necessary to effectuate the transfer of the Pending Actions

pursuant to this Order; and it is further

5.     ORDERED that this Order shall not modify or in any way affect the automatic

stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall

remain in full force and effect pending further order of this court or the

bankruptcy court; and it is further

6.     ORDERED that this Order is entered without prejudice to any position that the

Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay

any Pending Action or to render null and void the post-petition filing of any

Pending Action.


_____June 5, 2014_____                    _____/s/Rya W. Zobel_____
DATE                                           RYA W. ZOBEL
                                      UNITED STATES DISTRICT JUDGE

2

**EXHIBIT B**

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)

[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]

**NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)**

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts. A copy of the Order is attached as Exhibit A.

Dated:          [DATE OF REMOVAL]
                [LOCATION]

                                    Respectfully submitted,


                                    _____
                                    [REMOVING COUNSEL]

                                    Attorneys for [REMOVING DEFENDANT]

3

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

1

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 2 of 2

| Case | Docket No. | Filed | Court |
|------|-----------|-------|-------|
| 12. Ronald T. Courtney v. Insight Health Corp., et al. | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. Ferman W. Wertz v. Alaunus Pharmaceutical, LLC, et al. | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. Patrick O. Johnston v. Alaunus Pharmaceutical, LLC, et al. | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. Ronald A. Brown v. Insight Health Corp., et al. | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. Robert Dana Bender, Executor of the Estate of Ralph James Trace, Jr., Deceased v. Insight Health Corp., et al. | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. Odessa M. Shuck v. Insight Health Corp., et al. | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. Rose M. White v. Insight Health Corp., et al. | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. Patricia S. Brown, et al. v. Insight Health Corp., et al. | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. Sandra F. Artis v. Insight Health Corp., et al. | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

PATRICIA S. BROWN, JOHN D. SPICER, AND )
JENAE S. PATSELL, EXECUTORS OF THE )
ESTATE OF LOUISE B. SPICER, DECEASED, )
                   )
             *Plaintiffs,*    )
v.                        )
                   )
INSIGHT HEALTH CORP., *et al.*     )
                   )
             *Defendants.*   )

Case No. CL13-607

**CIRCUIT COURT**
Received & Filed
*9:45 Am*
JUN 0 6 2014
By _____
Deputy Clerk
**CITY OF ROANOKE**

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

       In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

       Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

       From the Circuit Court for the City of Roanoke, Virginia
       To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

_____

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to 28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic mail on this 5th day of June, 2014:

J. Scott Sexton, Esq.
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tel: (540) 983-9300
Fax: (540) 983-9400
sexton@gentrylocke.com

*Counsel for Plaintiff*

John T. Jessee, Esq.
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
Tel: (540) 510-3018
Fax: (540) 510-3050
john.jessee@leclairryan.com

*Counsel for Defendants,*
Image Guided Pain Management, P.C.;
Robert F. O'Brien, M.D.; and
John M. Mathis, M.D.

57677835_1.DOCX

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MDL NO. 13-02419-RWZ


IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION


ORDER

June 5, 2014


ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.      ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

wrongful death cases identified on Exhibit A attached hereto (the "Pending

Actions") are removed and transferred to this court from the Roanoke City Circuit

Court in which they are currently pending; and it is further

2.   ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §
157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a
copy of this Order shall be filed in the Roanoke City Circuit Court and provided
to all parties-in-interest in each of the Pending Actions; and it is further

3.   ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City
Circuit Court shall thereafter promptly transfer the case file pertaining to each
Pending Action to the clerk of the District Court for the District of Massachusetts;
and it is further

4.   ORDERED that plaintiffs, defendants, and their counsel shall promptly take any
and all actions necessary to effectuate the transfer of the Pending Actions
pursuant to this Order; and it is further

5.   ORDERED that this Order shall not modify or in any way affect the automatic
stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall
remain in full force and effect pending further order of this court or the
bankruptcy court; and it is further

6.   ORDERED that this Order is entered without prejudice to any position that the
Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay
any Pending Action or to render null and void the post-petition filing of any
Pending Action.


_____June 5, 2014_____                    _____/s/Rya W. Zobel_____
DATE                                                      RYA W. ZOBEL
                                                  UNITED STATES DISTRICT JUDGE

**EXHIBIT B**

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)

[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]

**NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)**

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.  A copy of the Order is attached as Exhibit A.

Dated:          [DATE OF REMOVAL]
                    [LOCATION]

                                        Respectfully submitted,

                                        _____

                                        [REMOVING COUNSEL]

                                        Attorneys for [REMOVING DEFENDANT]

3

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

| Case | Docket No. | Filed | Court |
|---|---|---|---|
| 12. *Ronald T. Courtney v. Insight Health Corp., et al.* | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. *Ferman W. Wertz v. Alaunus Pharmaceutical., LLC, et al.* | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. *Patrick O. Johnston v. Alaunus Pharmaceutical., LLC, et al.* | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. *Ronald A. Brown v. Insight Health Corp., et al.* | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. *Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al.* | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. *Odessa M. Shuck v. Insight Health Corp., et al.* | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. *Rose M. White v. Insight Health Corp., et al.* | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. *Patricia S. Brown, et al. v. Insight Health Corp., et al.* | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. *Sandra F. Artis v. Insight Health Corp., et al.* | CL13011105 | 5/10/2013 | Roanoke City Circuit Court |

2

CIRCUIT COURT
Received & Filed
9:45 pm
JUN 0 6 2014
By *Connie P Lynskey*
Deputy Clerk
CITY OF ROANOKE

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RONNIE A. BROWN              )
                                         )
                    *Plaintiff,*   )
v.                          )
                                         )      Case No. CL13-538
INSIGHT HEALTH CORP.        )
                                         )
JOHN M. MATHIS, MD          )
                                         )
ROBERT F. O'BRIEN, MD      )
                                         )
AND                           )
                                         )
IMAGE GUIDED PAIN MANAGEMENT, P.C. )
                                         )
                  *Defendants.*  )

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

        From the Circuit Court for the City of Roanoke, Virginia
        To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to 28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic mail on this 5th day of June, 2014:

J. Scott Sexton, Esq.
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tel: (540) 983-9300
Fax: (540) 983-9400
sexton@gentrylocke.com

*Counsel for Plaintiff*

John T. Jessee, Esq.
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
Tel: (540) 510-3018
Fax: (540) 510-3050
john.jessee@leclairryan.com

*Counsel for Defendants*,
Image Guided Pain Management, P.C.;
Robert F. O'Brien, M.D.; and
John M. Mathis, M.D.

57680218_1

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

ORDER

June 5, 2014

ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.      **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

wrongful death cases identified on Exhibit A attached hereto (the "Pending

Actions") are removed and transferred to this court from the Roanoke City Circuit

Court in which they are currently pending; and it is further

2.     ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §

157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a

copy of this Order shall be filed in the Roanoke City Circuit Court and provided

to all parties-in-interest in each of the Pending Actions; and it is further

3.     ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City

Circuit Court shall thereafter promptly transfer the case file pertaining to each

Pending Action to the clerk of the District Court for the District of Massachusetts;

and it is further

4.     ORDERED that plaintiffs, defendants, and their counsel shall promptly take any

and all actions necessary to effectuate the transfer of the Pending Actions

pursuant to this Order; and it is further

5.     ORDERED that this Order shall not modify or in any way affect the automatic

stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall

remain in full force and effect pending further order of this court or the

bankruptcy court; and it is further

6.     ORDERED that this Order is entered without prejudice to any position that the

Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay

any Pending Action or to render null and void the post-petition filing of any

Pending Action.


| June 5, 2014 | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |

2

## EXHIBIT B

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)


[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]


## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.  A copy of the Order is attached as Exhibit A.


Dated:      [DATE OF REMOVAL]
             [LOCATION]


                                  Respectfully submitted,



                                  _____

                                  [REMOVING COUNSEL]

                                  Attorneys for [REMOVING DEFENDANT]

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

| Case | Docket No. | Filed | Court |
|---|---|---|---|
| 12. *Ronald T. Courtney v. Insight Health Corp., et al.* | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. *Ferman W. Wertz v. Alaunus Pharmaceutical, LLC, et al.* | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. *Patrick O. Johnston v. Alaunus Pharmaceutical, LLC, et al.* | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. *Ronald A. Brown v. Insight Health Corp., et al.* | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. *Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al.* | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. *Odessa M. Shuck v. Insight Health Corp., et al.* | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. *Rose M. White v. Insight Health Corp., et al.* | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. *Patricia S. Brown, et al. v. Insight Health Corp., et al.* | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. *Sandra F. Artis v. Insight Health Corp., et al.* | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RONALD T. COURTNEY,                          )
                                             )
            *Plaintiff,*                      )
v.                                           )
                                             )        Case No. CL13-0417
INSIGHT HEALTH CORP., *et al.*               )
                                             )
            *Defendants.*                     )

CIRCUIT COURT
Received & Filed
9:45 AM
JUN 0 6 2014
By _Anne P. Lunsford_
Deputy Clerk
CITY OF ROANOKE

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts. A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

        From the Circuit Court for the City of Roanoke, Virginia
        To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

J. Scott Sexton, Esq.
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tel: (540) 983-9300
Fax: (540) 983-9400
sexton@gentrylocke.com

*Counsel for Plaintiff*

John T. Jessee, Esq.
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
Tel: (540) 510-3018
Fax: (540) 510-3050
john.jessee@leclairryan.com

*Counsel for Defendants,*
Image Guided Pain Management, P.C.;
Robert F. O'Brien, M.D.; and
John M. Mathis, M.D.

57679251_1.DOCX

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

ORDER

June 5, 2014

ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.      **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

wrongful death cases identified on Exhibit A attached hereto (the "Pending

Actions") are removed and transferred to this court from the Roanoke City Circuit

Court in which they are currently pending; and it is further

2.    ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §
157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a
copy of this Order shall be filed in the Roanoke City Circuit Court and provided
to all parties-in-interest in each of the Pending Actions; and it is further

3.    ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City
Circuit Court shall thereafter promptly transfer the case file pertaining to each
Pending Action to the clerk of the District Court for the District of Massachusetts;
and it is further

4.    ORDERED that plaintiffs, defendants, and their counsel shall promptly take any
and all actions necessary to effectuate the transfer of the Pending Actions
pursuant to this Order; and it is further

5.    ORDERED that this Order shall not modify or in any way affect the automatic
stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall
remain in full force and effect pending further order of this court or the
bankruptcy court; and it is further

6.    ORDERED that this Order is entered without prejudice to any position that the
Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay
any Pending Action or to render null and void the post-petition filing of any
Pending Action.


        June 5, 2014                              /s/Rya W. Zobel
           DATE                                  RYA W. ZOBEL
                                         UNITED STATES DISTRICT JUDGE

**EXHIBIT B**

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)

[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]

**NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)**

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.  A copy of the Order is attached as Exhibit A.

Dated:          [DATE OF REMOVAL]
                [LOCATION]

                          Respectfully submitted,

                          _____

                          [REMOVING COUNSEL]

                          Attorneys for [REMOVING DEFENDANT]

3

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 2 of 2

| Case | Docket No. | Filed | Court |
|---|---|---|---|
| 12. Ronald T. Courtney v. Insight Health Corp., et al. | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. Ferman W. Wertz v. Alaunus Pharmaceutical, LLC, et al. | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. Patrick O. Johnston v. Alaunus Pharmaceutical, LLC; et al. | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. Ronald A. Brown v. Insight Health Corp., et al. | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al. | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. Odessa M. Shuck v. Insight Health Corp., et al. | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. Rose M. White v. Insight Health Corp., et al. | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. Patricia S. Brown, et al. v. Insight Health Corp., et al. | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. Sandra F. Artis v. Insight Health Corp., et al. | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

CIRCUIT COURT
Received & Filed
9:45 Am

JUN 0 6 2014

By _____
Deputy Clerk
CITY OF ROANOKE

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

TRUDY R. EPPERLY,                        )
                                         )
                    *Plaintiff,*         )
v.                                       )
                                         )        Case No. CL12-2571
INSIGHT HEALTH CORP., *et al.*           )
                                         )
                    *Defendants.*        )

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

        From the Circuit Court for the City of Roanoke, Virginia
        To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

> J. Scott Sexton, Esq.
> Gentry Locke Rakes & Moore, LLP
> 10 Franklin Road, S.E., Suite 800
> P.O. Box 40013
> Roanoke, Virginia 24022-0013
> Tel: (540) 983-9300
> Fax: (540) 983-9400
> sexton@gentrylocke.com
>
> *Counsel for Plaintiff*
>
> John T. Jessee, Esq.
> LeClair Ryan
> 1800 Wells Fargo Tower, Drawer 1200
> Roanoke, Virginia 24006
> Tel: (540) 510-3018
> Fax: (540) 510-3050
> john.jessee@leclairryan.com
>
> *Counsel for Defendants,*
> Image Guided Pain Management, P.C.;
> Robert F. O'Brien, M.D.; and
> John M. Mathis, M.D.

57677763_1.DOCX

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MDL NO. 13-02419-RWZ


IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION


<u>ORDER</u>

June 5, 2014


ZOBEL, D.J.

 Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

 Accordingly, it is hereby

1. **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

 wrongful death cases identified on Exhibit A attached hereto (the "Pending

 Actions") are removed and transferred to this court from the Roanoke City Circuit

 Court in which they are currently pending; and it is further

2.    ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §

157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a

copy of this Order shall be filed in the Roanoke City Circuit Court and provided

to all parties-in-interest in each of the Pending Actions; and it is further

3.    ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City

Circuit Court shall thereafter promptly transfer the case file pertaining to each

Pending Action to the clerk of the District Court for the District of Massachusetts;

and it is further

4.    ORDERED that plaintiffs, defendants, and their counsel shall promptly take any

and all actions necessary to effectuate the transfer of the Pending Actions

pursuant to this Order; and it is further

5.    ORDERED that this Order shall not modify or in any way affect the automatic

stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall

remain in full force and effect pending further order of this court or the

bankruptcy court; and it is further

6.    ORDERED that this Order is entered without prejudice to any position that the

Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay

any Pending Action or to render null and void the post-petition filing of any

Pending Action.


     June 5, 2014                              /s/Rya W. Zobel
       DATE                                RYA W. ZOBEL
                                 UNITED STATES DISTRICT JUDGE

2

**EXHIBIT B**

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)

[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]

**NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)**

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts. A copy of the Order is attached as Exhibit A.

Dated:       [DATE OF REMOVAL]
             [LOCATION]

Respectfully submitted,

_____

[REMOVING COUNSEL]

Attorneys for [REMOVING DEFENDANT]

3

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts,

pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

1

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 2 of 2

| <u>Case</u> | <u>Docket No.</u> | <u>Filed</u> | <u>Court</u> |
|---|---|---|---|
| 12. *Ronald T. Courtney v. Insight Health Corp., et al.* | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. *Ferman W. Wertz v. Alaunus Pharmaceutical., LLC, et al.* | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. *Patrick O. Johnston v. Alaunus Pharmaceutical., LLC, et al.* | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. *Ronald A. Brown v. Insight Health Corp., et al.* | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. *Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al.* | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. *Odessa M. Shuck v. Insight Health Corp., et al.* | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. *Rose M. White v. Insight Health Corp., et al.* | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. *Patricia S. Brown, et al. v. Insight Health Corp., et al.* | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. *Sandra F. Artis v. Insight Health Corp., et al.* | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

CIRCUIT COURT
Received & Filed
9:45 AM
JUN 0 6 2014
By _____
Deputy Clerk
CITY OF ROANOKE

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

BARBARA J. FILSON                          )
                                           )
                    *Plaintiff,*           )
v.                                         )
                                           )    Case No. CL12-2575
INSIGHT HEALTH CORP., *et al.*             )
                                           )
                    *Defendants.*          )

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

From the Circuit Court for the City of Roanoke, Virginia
To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

J. Scott Sexton, Esq.
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tel: (540) 983-9300
Fax: (540) 983-9400
sexton@gentrylocke.com

*Counsel for Plaintiff*

John T. Jessee, Esq.
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
Tel: (540) 510-3018
Fax: (540) 510-3050
john.jessee@leclairryan.com

*Counsel for Defendants*,
Image Guided Pain Management, P.C.;
Robert F. O'Brien, M.D.; and
John M. Mathis, M.D.

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MDL NO. 13-02419-RWZ


IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION


ORDER

June 5, 2014


ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.      **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

wrongful death cases identified on Exhibit A attached hereto (the "Pending

Actions") are removed and transferred to this court from the Roanoke City Circuit

Court in which they are currently pending; and it is further

2.     ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §
       157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a
       copy of this Order shall be filed in the Roanoke City Circuit Court and provided
       to all parties-in-interest in each of the Pending Actions; and it is further

3.     ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City
       Circuit Court shall thereafter promptly transfer the case file pertaining to each
       Pending Action to the clerk of the District Court for the District of Massachusetts;
       and it is further

4.     ORDERED that plaintiffs, defendants, and their counsel shall promptly take any
       and all actions necessary to effectuate the transfer of the Pending Actions
       pursuant to this Order; and it is further

5.     ORDERED that this Order shall not modify or in any way affect the automatic
       stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall
       remain in full force and effect pending further order of this court or the
       bankruptcy court; and it is further

6.     ORDERED that this Order is entered without prejudice to any position that the
       Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay
       any Pending Action or to render null and void the post-petition filing of any
       Pending Action.


___June 5, 2014___                          ___/s/Rya W. Zobel___
       DATE                                     RYA W. ZOBEL
                                         UNITED STATES DISTRICT JUDGE

2

**EXHIBIT B**

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)


[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]


**NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)**

In accordance with the Memorandum of Decision entered on May 15, 2014, and

the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States

District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this

action shall be transferred from the Roanoke City Circuit Court to the clerk of the

District of Massachusetts.  A copy of the Order is attached as Exhibit A.


Dated:          [DATE OF REMOVAL]
                [LOCATION]

                              Respectfully submitted,


                              _____

                              [REMOVING COUNSEL]

                              Attorneys for [REMOVING DEFENDANT]


3

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 1 of 2

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 2 of 2

| Case | Docket No. | Filed | Court |
|---|---|---|---|
| 12. *Ronald T. Courtney v. Insight Health Corp., et al.* | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. *Ferman W. Wertz v. Alaunus Pharmaceutical, LLC, et al.* | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. *Patrick O. Johnston v. Alaunus Pharmaceutical, LLC, et al.* | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. *Ronald A. Brown v. Insight Health Corp., et al.* | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. *Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al.* | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. *Odessa M. Shuck v. Insight Health Corp., et al.* | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. *Rose M. White v. Insight Health Corp., et al.* | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. *Patricia S. Brown, et al. v. Insight Health Corp., et al.* | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. *Sandra F. Artis v. Insight Health Corp., et al.* | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

2

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ZACHARY LUCAS FOUTZ, A MINOR, BY HIS )
PARENTS AND NEXT FRIENDS, BENJAMIN T. )
FOUTZ AND ANDREA L. FOUTZ, )
)
          *Plaintiffs*, )
)
v. )
)
INSIGHT HEALTH CORP., *et al.* )
)
          *Defendants*. )

**CIRCUIT COURT**
Received & Filed
9:45 am
JUN 0 6 2014
By _____
Deputy Clerk
CITY OF ROANOKE

Case No. CL13-09

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

      In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

      Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

      From the Circuit Court for the City of Roanoke, Virginia
      To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

J. Scott Sexton, Esq.
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tel: (540) 983-9300
Fax: (540) 983-9400
sexton@gentrylocke.com

*Counsel for Plaintiff*

John T. Jessee, Esq.
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
Tel: (540) 510-3018
Fax: (540) 510-3050
john.jessee@leclairryan.com

*Counsel for Defendants,*
Image Guided Pain Management, P.C.;
Robert F. O'Brien, M.D.; and
John M. Mathis, M.D.

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MDL NO. 13-02419-RWZ


IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION


<u>ORDER</u>

June 5, 2014


ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.     **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

wrongful death cases identified on Exhibit A attached hereto (the "Pending

Actions") are removed and transferred to this court from the Roanoke City Circuit

Court in which they are currently pending; and it is further

2. ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. § 157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a copy of this Order shall be filed in the Roanoke City Circuit Court and provided to all parties-in-interest in each of the Pending Actions; and it is further

3. ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City Circuit Court shall thereafter promptly transfer the case file pertaining to each Pending Action to the clerk of the District Court for the District of Massachusetts; and it is further

4. ORDERED that plaintiffs, defendants, and their counsel shall promptly take any and all actions necessary to effectuate the transfer of the Pending Actions pursuant to this Order; and it is further

5. ORDERED that this Order shall not modify or in any way affect the automatic stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall remain in full force and effect pending further order of this court or the bankruptcy court; and it is further

6. ORDERED that this Order is entered without prejudice to any position that the Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay any Pending Action or to render null and void the post-petition filing of any Pending Action.

| June 5, 2014 | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |

2

EXHIBIT B

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)

[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts. A copy of the Order is attached as Exhibit A.

Dated:         [DATE OF REMOVAL]
               [LOCATION]

                              Respectfully submitted,


                              _____

                              [REMOVING COUNSEL]

                              Attorneys for [REMOVING DEFENDANT]


3

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 1 of 2

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

1

| Case | Docket No. | Filed | Court |
|---|---|---|---|
| 12. *Ronald T. Courtney v. Insight Health Corp., et al.* | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. *Ferman W. Wertz v. Alaunus Pharmaceutical, LLC, et al.* | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. *Patrick O. Johnston v. Alaunus Pharmaceutical, LLC, et al.* | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. *Ronald A. Brown v. Insight Health Corp., et al.* | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. *Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al.* | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. *Odessa M. Shuck v. Insight Health Corp., et al.* | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. *Rose M. White v. Insight Health Corp., et al.* | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. *Patricia S. Brown, et al. v. Insight Health Corp., et al.* | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. *Sandra F. Artis v. Insight Health Corp., et al.* | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

2

CIRCUIT COURT
Received & Filed
9:45 A.M.
JUN 0 6 2014
By _____
Deputy Clerk
CITY OF ROANOKE

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ROBERT EARL HARRIS, JR.,                     )
                                             )
          *Plaintiff,*                       )
                                             )
v.                                           )
                                             )          Case No. CL13-55
INSIGHT HEALTH CORP., *et al.*               )
                                             )
          *Defendants.*                      )

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

          From the Circuit Court for the City of Roanoke, Virginia
          To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

J. Scott Sexton, Esq.
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tel: (540) 983-9300
Fax: (540) 983-9400
sexton@gentrylocke.com

*Counsel for Plaintiff*

John T. Jessee, Esq.
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
Tel: (540) 510-3018
Fax: (540) 510-3050
john.jessee@leclairryan.com

*Counsel for Defendants,*
Image Guided Pain Management, P.C.;
Robert F. O'Brien, M.D.; and
John M. Mathis, M.D.

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

ORDER

June 5, 2014

ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.      **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

wrongful death cases identified on Exhibit A attached hereto (the "Pending

Actions") are removed and transferred to this court from the Roanoke City Circuit

Court in which they are currently pending; and it is further

2.    ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §

157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a

copy of this Order shall be filed in the Roanoke City Circuit Court and provided

to all parties-in-interest in each of the Pending Actions; and it is further

3.    ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City

Circuit Court shall thereafter promptly transfer the case file pertaining to each

Pending Action to the clerk of the District Court for the District of Massachusetts;

and it is further

4.    ORDERED that plaintiffs, defendants, and their counsel shall promptly take any

and all actions necessary to effectuate the transfer of the Pending Actions

pursuant to this Order; and it is further

5.    ORDERED that this Order shall not modify or in any way affect the automatic

stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall

remain in full force and effect pending further order of this court or the

bankruptcy court; and it is further

6.    ORDERED that this Order is entered without prejudice to any position that the

Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay

any Pending Action or to render null and void the post-petition filing of any

Pending Action.


_____June 5, 2014_____                    _____/s/Rya W. Zobel_____
         DATE                                          RYA W. ZOBEL
                                            UNITED STATES DISTRICT JUDGE

## EXHIBIT B

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)

[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]

### NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts. A copy of the Order is attached as Exhibit A.

Dated:          [DATE OF REMOVAL]
                [LOCATION]

                              Respectfully submitted,

                              _____
                              [REMOVING COUNSEL]

                              Attorneys for [REMOVING DEFENDANT]

3

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 2 of 2

| Case | Docket No. | Filed | Court |
|---|---|---|---|
| 12. Ronald T. Courtney v. Insight Health Corp., et al. | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. Ferman W. Wertz v. Alaunus Pharmaceutical, LLC, et al. | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. Patrick O. Johnston v. Alaunus Pharmaceutical, LLC, et al. | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. Ronald A. Brown v. Insight Health Corp., et al. | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al. | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. Odessa M. Shuck v. Insight Health Corp., et al. | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. Rose M. White v. Insight Health Corp., et al. | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. Patricia S. Brown, et al. v. Insight Health Corp., et al. | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. Sandra F. Artis v. Insight Health Corp., et al. | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

CIRCUIT COURT
Received & Filed
9:45 am
JUN 06 2014
By _____
Deputy Clerk
CITY OF ROANOKE

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

JULIAN D. HOLBROOK,                    )
                                        )
            *Plaintiff,*                )
                                        )
v.                                      )
                                        )       Case No. CL13-370
INSIGHT HEALTH CORP., *et al.*          )
                                        )
            *Defendants.*               )

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

            From the Circuit Court for the City of Roanoke, Virginia
            To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

_____
Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

J. Scott Sexton, Esq.
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tel: (540) 983-9300
Fax: (540) 983-9400
sexton@gentrylocke.com

*Counsel for Plaintiff*

John T. Jessee, Esq.
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
Tel: (540) 510-3018
Fax: (540) 510-3050
john.jessee@leclairryan.com

*Counsel for Defendants,*
Image Guided Pain Management, P.C.;
Robert F. O'Brien, M.D.; and
John M. Mathis, M.D.

57679554_1.DOCX

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

<u>ORDER</u>

June 5, 2014

ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.      **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

wrongful death cases identified on Exhibit A attached hereto (the "Pending

Actions") are removed and transferred to this court from the Roanoke City Circuit

Court in which they are currently pending; and it is further

2.      ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §

157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a

copy of this Order shall be filed in the Roanoke City Circuit Court and provided

to all parties-in-interest in each of the Pending Actions; and it is further

3.      ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City

Circuit Court shall thereafter promptly transfer the case file pertaining to each

Pending Action to the clerk of the District Court for the District of Massachusetts;

and it is further

4.      ORDERED that plaintiffs, defendants, and their counsel shall promptly take any

and all actions necessary to effectuate the transfer of the Pending Actions

pursuant to this Order; and it is further

5.      ORDERED that this Order shall not modify or in any way affect the automatic

stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall

remain in full force and effect pending further order of this court or the

bankruptcy court; and it is further

6.      ORDERED that this Order is entered without prejudice to any position that the

Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay

any Pending Action or to render null and void the post-petition filing of any

Pending Action.


_____June 5, 2014_____                    _____/s/Rya W. Zobel_____
          DATE                                              RYA W. ZOBEL
                                               UNITED STATES DISTRICT JUDGE

## EXHIBIT B

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)


[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]


## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and

the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States

District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this

action shall be transferred from the Roanoke City Circuit Court to the clerk of the

District of Massachusetts.  A copy of the Order is attached as Exhibit A.


Dated:        [DATE OF REMOVAL]
              [LOCATION]

                              Respectfully submitted,


                              _____

                              [REMOVING COUNSEL]

                              Attorneys for [REMOVING DEFENDANT]


3

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

1

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 2 of 2

| Case | Docket No. | Filed | Court |
|---|---|---|---|
| 12. Ronald T. Courtney v. Insight Health Corp., et al. | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. Ferman W. Wertz v. Alaunus Pharmaceutical, LLC, et al. | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. Patrick O. Johnston v. Alaunus Pharmaceutical, LLC, et al. | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. Ronald A. Brown v. Insight Health Corp., et al. | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al. | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. Odessa M. Shuck v. Insight Health Corp., et al. | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. Rose M. White v. Insight Health Corp., et al. | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. Patricia S. Brown, et al. v. Insight Health Corp., et al. | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. Sandra F. Artis v. Insight Health Corp., et al. | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

2

CIRCUIT COURT
Received & Filed
9:45 Am
JUN 0 6 2014
By *Connie P. Dynakey*
Deputy Clerk
CITY OF ROANOKE

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

CHESTER T. KALINOSKI,                          )
                                               )
                  *Plaintiff,*                 )
v.                                             )
                                               )          Case No. CL12-2574
INSIGHT HEALTH CORP., *et al.*                 )
                                               )
                  *Defendants.*                )

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

        From the Circuit Court for the City of Roanoke, Virginia
        To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com


James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

> J. Scott Sexton, Esq.
> Gentry Locke Rakes & Moore, LLP
> 10 Franklin Road, S.E., Suite 800
> P.O. Box 40013
> Roanoke, Virginia 24022-0013
> Tel: (540) 983-9300
> Fax: (540) 983-9400
> sexton@gentrylocke.com
>
> *Counsel for Plaintiff*
>
> John T. Jessee, Esq.
> LeClair Ryan
> 1800 Wells Fargo Tower, Drawer 1200
> Roanoke, Virginia 24006
> Tel: (540) 510-3018
> Fax: (540) 510-3050
> john.jessee@leclairryan.com
>
> *Counsel for Defendants,*
> Image Guided Pain Management, P.C.;
> Robert F. O'Brien, M.D.; and
> John M. Mathis, M.D.

57678497_1.DOCX

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MDL NO. 13-02419-RWZ


IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION


<u>ORDER</u>

June 5, 2014


ZOBEL, D.J.

 Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

 Accordingly, it is hereby

1. ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

  wrongful death cases identified on Exhibit A attached hereto (the "Pending

  Actions") are removed and transferred to this court from the Roanoke City Circuit

  Court in which they are currently pending; and it is further

2.   ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §
     157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a
     copy of this Order shall be filed in the Roanoke City Circuit Court and provided
     to all parties-in-interest in each of the Pending Actions; and it is further

3.   ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City
     Circuit Court shall thereafter promptly transfer the case file pertaining to each
     Pending Action to the clerk of the District Court for the District of Massachusetts;
     and it is further

4.   ORDERED that plaintiffs, defendants, and their counsel shall promptly take any
     and all actions necessary to effectuate the transfer of the Pending Actions
     pursuant to this Order; and it is further

5.   ORDERED that this Order shall not modify or in any way affect the automatic
     stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall
     remain in full force and effect pending further order of this court or the
     bankruptcy court; and it is further

6.   ORDERED that this Order is entered without prejudice to any position that the
     Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay
     any Pending Action or to render null and void the post-petition filing of any
     Pending Action.


_____June 5, 2014_____            _____/s/Rya W. Zobel_____
         DATE                              RYA W. ZOBEL
                                    UNITED STATES DISTRICT JUDGE

2

**EXHIBIT B**

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)

[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]

**NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)**

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.  A copy of the Order is attached as Exhibit A.

Dated:          [DATE OF REMOVAL]
                [LOCATION]

                                    Respectfully submitted,


                                    _____
                                    [REMOVING COUNSEL]

                                    Attorneys for [REMOVING DEFENDANT]

3

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 1 of 2

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

1

| Case | Docket No. | Filed | Court |
|---|---|---|---|
| 12. Ronald T. Courtney v. Insight Health Corp., et al. | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. Ferman W. Wertz v. Alaunus Pharmaceutical, LLC, et al. | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. Patrick O. Johnston v. Alaunus Pharmaceutical, LLC, et al. | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. Ronald A. Brown v. Insight Health Corp., et al. | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al. | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. Odessa M. Shack v. Insight Health Corp., et al. | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. Rose M. White v. Insight Health Corp., et al. | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. Patricia S. Brown, et al. v. Insight Health Corp., et al. | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. Sandra F. Artis v. Insight Health Corp., et al. | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

CIRCUIT COURT
Received & Filed
9:45 Am
JUN 0 6 2014
By *Connie Rumsey*
Deputy Clerk
CITY OF ROANOKE

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

PAULINE R. MCFARLANE,            )
                                 )
            *Plaintiff,*         )
                                 )
v.                               )
                                 )     Case No. CL12-2573
INSIGHT HEALTH CORP., *et al.*   )
                                 )
            *Defendants.*        )

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

From the Circuit Court for the City of Roanoke, Virginia
To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

_____
Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

> J. Scott Sexton, Esq.
> Gentry Locke Rakes & Moore, LLP
> 10 Franklin Road, S.E., Suite 800
> P.O. Box 40013
> Roanoke, Virginia 24022-0013
> Tel: (540) 983-9300
> Fax: (540) 983-9400
> sexton@gentrylocke.com
>
> *Counsel for Plaintiff*
>
> John T. Jessee, Esq.
> LeClair Ryan
> 1800 Wells Fargo Tower, Drawer 1200
> Roanoke, Virginia 24006
> Tel: (540) 510-3018
> Fax: (540) 510-3050
> john.jessee@leclairryan.com
>
> *Counsel for Defendants,*
> Image Guided Pain Management, P.C.;
> Robert F. O'Brien, M.D.; and
> John M. Mathis, M.D.

57678244_1.DOCX

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MDL NO. 13-02419-RWZ


IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION


ORDER

June 5, 2014


ZOBEL, D.J.

     Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

     Accordingly, it is hereby

1.     **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

     wrongful death cases identified on Exhibit A attached hereto (the "Pending

     Actions") are removed and transferred to this court from the Roanoke City Circuit

     Court in which they are currently pending; and it is further

2.   ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §

157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a

copy of this Order shall be filed in the Roanoke City Circuit Court and provided

to all parties-in-interest in each of the Pending Actions; and it is further

3.   ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City

Circuit Court shall thereafter promptly transfer the case file pertaining to each

Pending Action to the clerk of the District Court for the District of Massachusetts;

and it is further

4.   ORDERED that plaintiffs, defendants, and their counsel shall promptly take any

and all actions necessary to effectuate the transfer of the Pending Actions

pursuant to this Order; and it is further

5.   ORDERED that this Order shall not modify or in any way affect the automatic

stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall

remain in full force and effect pending further order of this court or the

bankruptcy court; and it is further

6.   ORDERED that this Order is entered without prejudice to any position that the

Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay

any Pending Action or to render null and void the post-petition filing of any

Pending Action.


_____June 5, 2014_____                    _____/s/Rya W. Zobel_____
          DATE                                              RYA W. ZOBEL
                                              UNITED STATES DISTRICT JUDGE

2

## EXHIBIT B

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)

[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.  A copy of the Order is attached as Exhibit A.

Dated:        [DATE OF REMOVAL]
              [LOCATION]

                        Respectfully submitted,


                        _____
                        [REMOVING COUNSEL]

                        Attorneys for [REMOVING DEFENDANT]

3

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 1 of 2

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts,

pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

1

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 2 of 2

| Case | Docket No. | Filed | Court |
|------|-----------|-------|-------|
| 12. *Ronald T. Courtney v. Insight Health Corp., et al.* | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. *Ferman W. Wertz v. Alaunus Pharmaceutical, LLC, et al.* | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. *Patrick O. Johnston v. Alaunus Pharmaceutical, LLC, et al.* | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. *Ronald A. Brown v. Insight Health Corp., et al.* | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. *Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al.* | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. *Odessa M. Shuck v. Insight Health Corp., et al.* | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. *Rose M. White v. Insight Health Corp., et al.* | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. *Patricia S. Brown, et al. v. Insight Health Corp., et al.* | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. *Sandra F. Artis v. Insight Health Corp., et al.* | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

2

CIRCUIT COURT
Received & Filed
9:45 Am
JUN 0 6 2014
By _____
Deputy Clerk
CITY OF ROANOKE

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ODESSA M. SHUCK,                      )
                                      )
              *Plaintiff,*            )
v.                                    )
                                      )        Case No. CL13-584
INSIGHT HEALTH CORP., *et al.*        )
                                      )
              *Defendants.*           )

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

From the Circuit Court for the City of Roanoke, Virginia
To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

J. Scott Sexton, Esq.
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tel: (540) 983-9300
Fax: (540) 983-9400
sexton@gentrylocke.com

*Counsel for Plaintiff*

John T. Jessee, Esq.
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
Tel: (540) 510-3018
Fax: (540) 510-3050
john.jessee@leclairryan.com

*Counsel for Defendants,*
Image Guided Pain Management, P.C.;
Robert F. O'Brien, M.D.; and
John M. Mathis, M.D.

57679356_1

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

ORDER

June 5, 2014

ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental motion (the "Motion") to transfer to this court additional personal injury tort and wrongful death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the memorandum in support thereof, the court found that notice of the Motion is proper and the relief requested in the Motion is in the best interests of the debtor, its estate, creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient cause appearing thereof, and for the reasons set forth in this court's memorandum of decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.    **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and wrongful death cases identified on Exhibit A attached hereto (the "Pending Actions") are removed and transferred to this court from the Roanoke City Circuit Court in which they are currently pending; and it is further

2.    ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §

157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a

copy of this Order shall be filed in the Roanoke City Circuit Court and provided

to all parties-in-interest in each of the Pending Actions; and it is further

3.    ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City

Circuit Court shall thereafter promptly transfer the case file pertaining to each

Pending Action to the clerk of the District Court for the District of Massachusetts;

and it is further

4.    ORDERED that plaintiffs, defendants, and their counsel shall promptly take any

and all actions necessary to effectuate the transfer of the Pending Actions

pursuant to this Order; and it is further

5.    ORDERED that this Order shall not modify or in any way affect the automatic

stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall

remain in full force and effect pending further order of this court or the

bankruptcy court; and it is further

6.    ORDERED that this Order is entered without prejudice to any position that the

Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay

any Pending Action or to render null and void the post-petition filing of any

Pending Action.


_____June 5, 2014_____                    _____/s/Rya W. Zobel_____
DATE                                       RYA W. ZOBEL
                                  UNITED STATES DISTRICT JUDGE

**EXHIBIT B**

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)

[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]

**NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)**

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.  A copy of the Order is attached as Exhibit A.

Dated:        [DATE OF REMOVAL]
              [LOCATION]

                                    Respectfully submitted,


                                    _____
                                    [REMOVING COUNSEL]

                                    Attorneys for [REMOVING DEFENDANT]

3

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 1 of 2

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

1

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 2 of 2

| Case | Docket No. | Filed | Court |
|---|---|---|---|
| 12. Ronald T. Courtney v. Insight Health Corp., et al. | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. Ferman W. Wertz v. Alaunus Pharmaceutical, LLC, et al. | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. Patrick O. Johnston v. Alaunus Pharmaceutical, LLC, et al. | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. Ronald A. Brown v. Insight Health Corp., et al. | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al. | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. Odessa M. Shuck v. Insight Health Corp., et al. | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. Rose M. White v. Insight Health Corp., et al. | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. Patricia S. Brown, et al. v. Insight Health Corp., et al. | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. Sandra F. Artis v. Insight Health Corp., et al. | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

CIRCUIT COURT
Received & Filed
9:45 Am
JUN 0 6 2014
By _____
Deputy Clerk
CITY OF ROANOKE

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

JAMES WIRT SMITH, JR.,                    )
                                          )
                  *Plaintiff,*            )
v.                                        )
                                          )        Case No. CL12-2572
INSIGHT HEALTH CORP., *et al.*            )
                                          )
                  *Defendants.*           )

### NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.


Dated: June 5, 2014

        From the Circuit Court for the City of Roanoke, Virginia
        To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

J. Scott Sexton, Esq.
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tel: (540) 983-9300
Fax: (540) 983-9400
sexton@gentrylocke.com

*Counsel for Plaintiff*

John T. Jessee, Esq.
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
Tel: (540) 510-3018
Fax: (540) 510-3050
john.jessee@leclairryan.com

*Counsel for Defendants,*
Image Guided Pain Management, P.C.;
Robert F. O'Brien, M.D.; and
John M. Mathis, M.D.

57678021_1.DOCX

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MDL NO. 13-02419-RWZ


IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION


<u>ORDER</u>

June 5, 2014


ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.      **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

wrongful death cases identified on Exhibit A attached hereto (the "Pending

Actions") are removed and transferred to this court from the Roanoke City Circuit

Court in which they are currently pending; and it is further

2.     ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §
157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a
copy of this Order shall be filed in the Roanoke City Circuit Court and provided
to all parties-in-interest in each of the Pending Actions; and it is further

3.     ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City
Circuit Court shall thereafter promptly transfer the case file pertaining to each
Pending Action to the clerk of the District Court for the District of Massachusetts;
and it is further

4.     ORDERED that plaintiffs, defendants, and their counsel shall promptly take any
and all actions necessary to effectuate the transfer of the Pending Actions
pursuant to this Order; and it is further

5.     ORDERED that this Order shall not modify or in any way affect the automatic
stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall
remain in full force and effect pending further order of this court or the
bankruptcy court; and it is further

6.     ORDERED that this Order is entered without prejudice to any position that the
Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay
any Pending Action or to render null and void the post-petition filing of any
Pending Action.

_____June 5, 2014_____                    _____/s/Rya W. Zobel_____
DATE                                                      RYA W. ZOBEL
                                           UNITED STATES DISTRICT JUDGE

2

## EXHIBIT B

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)

[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]

### NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.  A copy of the Order is attached as Exhibit A.

Dated:          [DATE OF REMOVAL]
                [LOCATION]

                                    Respectfully submitted,


                                    _____
                                    [REMOVING COUNSEL]

                                    Attorneys for [REMOVING DEFENDANT]

3

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts,

pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoska v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 2 of 2

| Case | Docket No. | Filed | Court |
|---|---|---|---|
| 12. Ronald T. Courtney v. Insight Health Corp., et al. | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. Ferman W. Wertz v. Alaunus Pharmaceutical, LLC, et al. | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. Patrick O. Johnston v. Alaunus Pharmaceutical, LLC, et al. | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. Ronald A. Brown v. Insight Health Corp., et al. | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al. | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. Odessa M. Shuck v. Insight Health Corp., et al. | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. Rose M. White v. Insight Health Corp., et al. | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. Patricia S. Brown, et al. v. Insight Health Corp., et al. | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. Sandra F. Artis v. Insight Health Corp., et al. | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

2

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RANDOLPH E. SMITH,                    )
                                      )
                 *Plaintiff,*          )
                                      )
v.                                    )
                                      )         Case No. CL13-57
INSIGHT HEALTH CORP., *et al.*         )
                                      )
                 *Defendants.*         )

CIRCUIT COURT
Received & Filed
9:45 Am
JUN 0 6 2014
By *Connie P. Lynaker*
Deputy Clerk
CITY OF ROANOKE

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts. A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

      From the Circuit Court for the City of Roanoke, Virginia
      To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

J. Scott Sexton, Esq.
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tel: (540) 983-9300
Fax: (540) 983-9400
sexton@gentrylocke.com

*Counsel for Plaintiff*

John T. Jessee, Esq.
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
Tel: (540) 510-3018
Fax: (540) 510-3050
john.jessee@leclairryan.com

*Counsel for Defendants*,
Image Guided Pain Management, P.C.;
Robert F. O'Brien, M.D.; and
John M. Mathis, M.D.

57679712_1.DOCX

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

<u>ORDER</u>

June 5, 2014

ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.      ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

wrongful death cases identified on Exhibit A attached hereto (the "Pending

Actions") are removed and transferred to this court from the Roanoke City Circuit

Court in which they are currently pending; and it is further

2.    ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §

157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a

copy of this Order shall be filed in the Roanoke City Circuit Court and provided

to all parties-in-interest in each of the Pending Actions; and it is further

3.    ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City

Circuit Court shall thereafter promptly transfer the case file pertaining to each

Pending Action to the clerk of the District Court for the District of Massachusetts;

and it is further

4.    ORDERED that plaintiffs, defendants, and their counsel shall promptly take any

and all actions necessary to effectuate the transfer of the Pending Actions

pursuant to this Order; and it is further

5.    ORDERED that this Order shall not modify or in any way affect the automatic

stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall

remain in full force and effect pending further order of this court or the

bankruptcy court; and it is further

6.    ORDERED that this Order is entered without prejudice to any position that the

Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay

any Pending Action or to render null and void the post-petition filing of any

Pending Action.


_____June 5, 2014_____                    _____/s/Rya W. Zobel_____
          DATE                                          RYA W. ZOBEL
                                              UNITED STATES DISTRICT JUDGE

## EXHIBIT B

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)


[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]


## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.  A copy of the Order is attached as Exhibit A.


Dated:          [DATE OF REMOVAL]
                [LOCATION]

                              Respectfully submitted,


                              _____
                              [REMOVING COUNSEL]

                              Attorneys for [REMOVING DEFENDANT]

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 1 of 2

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

1

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 2 of 2

| Case | Docket No. | Filed | Court |
|------|-----------|-------|-------|
| 12. *Ronald T. Courtney v. Insight Health Corp., et al.* | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. *Ferman W. Wertz v. Alaunus Pharmaceutical, LLC, et al.* | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. *Patrick O. Johnston v. Alaunus Pharmaceutical, LLC, et al.* | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. *Ronald A. Brown v. Insight Health Corp., et al.* | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. *Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al.* | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. *Odessa M. Shuck v. Insight Health Corp., et al.* | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. *Rose M. White v. Insight Health Corp., et al.* | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. *Patricia S. Brown, et al. v. Insight Health Corp., et al.* | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. *Sandra F. Artis v. Insight Health Corp., et al.* | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ROSE M. WHITE,                                    )
                                                  )
                            *Plaintiff,*          )
v.                                                )
                                                  )         Case No. CL13-606
INSIGHT HEALTH CORP., *et al.*                    )
                                                  )
                            *Defendants.*         )

**CIRCUIT COURT**
Received & Filed
9:45 Am
JUN 0 6 2014
By _____
Deputy Clerk
**CITY OF ROANOKE**

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.

Dated: June 5, 2014

    From the Circuit Court for the City of Roanoke, Virginia
    To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to

28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic

mail on this 5th day of June, 2014:

J. Scott Sexton, Esq.
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tel: (540) 983-9300
Fax: (540) 983-9400
sexton@gentrylocke.com

*Counsel for Plaintiff*

John T. Jessee, Esq.
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
Tel: (540) 510-3018
Fax: (540) 510-3050
john.jessee@leclairryan.com

*Counsel for Defendants,*
Image Guided Pain Management, P.C.;
Robert F. O'Brien, M.D.; and
John M. Mathis, M.D.

57679060_1

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MDL NO. 13-02419-RWZ


IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION


ORDER

June 5, 2014


ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.    **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

wrongful death cases identified on Exhibit A attached hereto (the "Pending

Actions") are removed and transferred to this court from the Roanoke City Circuit

Court in which they are currently pending; and it is further

2.    ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. §

157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a

copy of this Order shall be filed in the Roanoke City Circuit Court and provided

to all parties-in-interest in each of the Pending Actions; and it is further

3.    ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City

Circuit Court shall thereafter promptly transfer the case file pertaining to each

Pending Action to the clerk of the District Court for the District of Massachusetts;

and it is further

4.    ORDERED that plaintiffs, defendants, and their counsel shall promptly take any

and all actions necessary to effectuate the transfer of the Pending Actions

pursuant to this Order; and it is further

5.    ORDERED that this Order shall not modify or in any way affect the automatic

stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall

remain in full force and effect pending further order of this court or the

bankruptcy court; and it is further

6.    ORDERED that this Order is entered without prejudice to any position that the

Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay

any Pending Action or to render null and void the post-petition filing of any

Pending Action.

|  |  |
|---|---|
| June 5, 2014 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |

## EXHIBIT B

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)


[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]


## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.  A copy of the Order is attached as Exhibit A.


Dated:          [DATE OF REMOVAL]
                [LOCATION]

                                        Respectfully submitted,


                                        _____
                                        [REMOVING COUNSEL]

                                        Attorneys for [REMOVING DEFENDANT]


3

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

1

Case 1:13-md-02419-RWZ Document 1173-1 Filed 06/05/14 Page 2 of 2

| Case | Docket No. | Filed | Court |
|---|---|---|---|
| 12. Ronald T. Courtney v. Insight Health Corp., et al. | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. Ferman W. Wertz v. Alaunus Pharmaceutical, LLC, et al. | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. Patrick O. Johnston v. Alaunus Pharmaceutical, LLC, et al. | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. Ronald A. Brown v. Insight Health Corp., et al. | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al. | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. Odessa M. Shuck v. Insight Health Corp., et al. | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. Rose M. White v. Insight Health Corp., et al. | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. Patricia S. Brown, et al. v. Insight Health Corp., et al. | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. Sandra F. Artis v. Insight Health Corp., et al. | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

CIRCUIT COURT
Received & Filed
9 : 45 Am
JUN 0 6 2014
By_____
Deputy Clerk
CITY OF ROANOKE

RICHARD A. WHITLOW,                    )
                                       )
            *Plaintiff,*                )
                                       )
v.                                     )
                                       )    Case No. CL13-54
INSIGHT HEALTH CORP., *et al.*          )
                                       )
            *Defendants.*               )

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the

Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for

the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall

be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts.

A copy of the Order is attached as Exhibit A.


Dated: June 5, 2014

        From the Circuit Court for the City of Roanoke, Virginia
        To the United States District Court for the District of Massachusetts

Respectfully submitted,

INSIGHT HEALTH CORP.

BY COUNSEL

Stephen D. Busch, Esq. (VSB No. 19580)
Robert F. Redmond, Jr. Esq. (VSB No. 32292)
Diane Flannery, Esq. (VSB No. 85286)
Christopher E. Trible, Esq. (VSB No. 48847)
Clement D. Carter, Esq. (VSB No. 46038)
Samuel T. Towell, Esq. (VSB No. 71512)
S. Virginia Bondurant, Esq. (VSB No. 76516)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sbusch@mcguirewoods.com
dflannery@mcguirewoods.com
rredmond@mcguirewoods.com
ctrible@mcguirewoods.com
ccarter@mcguirewoods.com
stowell@mcguirewoods.com
vbondurant@mcguirewoods.com

James F. Neale, Esq. (VSB No. 43060)
Heather L. Carlton, Esq. (VSB No. 84752)
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com
hcarlton@mcguirewoods.com

*Attorneys for Defendant* Insight Health Corp.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal and Transfer Pursuant to 28 U.S.C. § 157(b)(5) was served on the following via First Class U.S. Mail and via electronic mail on this 5th day of June, 2014:

> J. Scott Sexton, Esq.
> Gentry Locke Rakes & Moore, LLP
> 10 Franklin Road, S.E., Suite 800
> P.O. Box 40013
> Roanoke, Virginia 24022-0013
> Tel: (540) 983-9300
> Fax: (540) 983-9400
> sexton@gentrylocke.com
>
> *Counsel for Plaintiff*
>
> John T. Jessee, Esq.
> LeClair Ryan
> 1800 Wells Fargo Tower, Drawer 1200
> Roanoke, Virginia 24006
> Tel: (540) 510-3018
> Fax: (540) 510-3050
> john.jessee@leclairryan.com
>
> *Counsel for Defendants,*
> Image Guided Pain Management, P.C.;
> Robert F. O'Brien, M.D.; and
> John M. Mathis, M.D.

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MDL NO. 13-02419-RWZ


IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION


ORDER

June 5, 2014


ZOBEL, D.J.

Upon consideration of the Chapter 11 Trustee's renewed and supplemental

motion (the "Motion") to transfer to this court additional personal injury tort and wrongful

death cases pursuant to 28 U.S.C. §§ 157(b)(5) and 1334 (Docket # 732), and the

memorandum in support thereof, the court found that notice of the Motion is proper and

the relief requested in the Motion is in the best interests of the debtor, its estate,

creditors, claimants, and other parties-in-interest.  After due deliberation and sufficient

cause appearing thereof, and for the reasons set forth in this court's memorandum of

decision (Docket # 1131) dated May 15, 2014, the court allowed the Motion.

Accordingly, it is hereby

1.    **ORDERED** that, pursuant to 28 U.S.C. § 157(b)(5), the personal injury and

wrongful death cases identified on Exhibit A attached hereto (the "Pending

Actions") are removed and transferred to this court from the Roanoke City Circuit

Court in which they are currently pending; and it is further

2.   ORDERED that a Notice of Removal and Transfer, pursuant to 28 U.S.C. § 157(b)(5), of each of the Pending Actions, in the form of Exhibit B hereto, and a copy of this Order shall be filed in the Roanoke City Circuit Court and provided to all parties-in-interest in each of the Pending Actions; and it is further

3.   ORDERED that, pursuant to 28 U.S.C. § 157(b)(5), the clerk of the Roanoke City Circuit Court shall thereafter promptly transfer the case file pertaining to each Pending Action to the clerk of the District Court for the District of Massachusetts; and it is further

4.   ORDERED that plaintiffs, defendants, and their counsel shall promptly take any and all actions necessary to effectuate the transfer of the Pending Actions pursuant to this Order; and it is further

5.   ORDERED that this Order shall not modify or in any way affect the automatic stay that applies to the Pending Actions under 11 U.S.C. § 362 and which shall remain in full force and effect pending further order of this court or the bankruptcy court; and it is further

6.   ORDERED that this Order is entered without prejudice to any position that the Trustee may take regarding whether 11 U.S.C. §§ 105 and 362 operate to stay any Pending Action or to render null and void the post-petition filing of any Pending Action.

| | |
|---|---|
| _____June 5, 2014_____ | _____/s/Rya W. Zobel_____ |
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |

## EXHIBIT B

(Form of Notice of Removal and Transfer to be filed in the Roanoke City Circuit Court)

[APPROPRIATE CAPTION WITH PARTIES' NAMES AND CASE NUMBER]

## NOTICE OF REMOVAL AND TRANSFER PURSUANT TO 28 U.S.C. § 157(b)(5)

In accordance with the Memorandum of Decision entered on May 15, 2014, and the Order entered on June 5, 2014, by the Honorable Rya W. Zobel, United States District Court for the District of Massachusetts, notice is hereby given as follows:

Pursuant to 28 U.S.C. § 157(b)(5), the entire court case file pertaining to this action shall be transferred from the Roanoke City Circuit Court to the clerk of the District of Massachusetts. A copy of the Order is attached as Exhibit A.

Dated:        [DATE OF REMOVAL]
              [LOCATION]

                              Respectfully submitted,


                              _____
                              [REMOVING COUNSEL]

                              Attorneys for [REMOVING DEFENDANT]

3

Case 1:13-md-02419-RWZ   Document 1173-1   Filed 06/05/14   Page 1 of 2

## EXHIBIT A

The following is a list of the Pending Actions transferred to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 157(b)(5):

| | Case | Docket No. | Filed | Court |
|---|---|---|---|---|
| 1. | *Trudy R. Epperly v. Insight Health Corp., et al.* | CL12002571 | 12/28/2012 | Roanoke City Circuit Court |
| 2. | *James Wirt Smith v. Insight Health Corp., et al.* | CL12002572 | 12/28/2012 | Roanoke City Circuit Court |
| 3. | *Pauline R. McFarlane v. Insight Health Corp., et al.* | CL12002573 | 12/28/2012 | Roanoke City Circuit Court |
| 4. | *Chester T. Kalinoski v. Insight Health Corp., et al.* | CL12002574 | 12/28/2012 | Roanoke City Circuit Court |
| 5. | *Barbara J. Filson v. Insight Health Corp., et al.* | CL12002575 | 12/28/2012 | Roanoke City Circuit Court |
| 6. | *Dana Marlene Bradley v. Insight Health Corp., et al.* | CL12002576 | 12/28/2012 | Roanoke City Circuit Court |
| 7. | *Zachary Lucas Foutz, a Minor, by His Parents and Next Friends, Benjamin T. Foutz and Andrea L. Foutz v. Insight Health Corp., et al.* | CL13000009 | 1/2/2013 | Roanoke City Circuit Court |
| 8. | *Richard A. Whitlow v. Insight Health Corp., et al.* | CL13000054 | 1/7/2013 | Roanoke City Circuit Court |
| 9. | *Robert Earl Harris, Jr. v. Insight Health Corp., et al.* | CL13000055 | 1/7/2013 | Roanoke City Circuit Court |
| 10. | *Randolph E. Smith v. Insight Health Corp., et al.* | CL13000057 | 1/8/2013 | Roanoke City Circuit Court |
| 11. | *Julian Delano Holbrook v. Insight Health Corp., et al.* | CL13000370 | 2/11/2013 | Roanoke City Circuit Court |

| Case | Docket No. | Filed | Court |
|---|---|---|---|
| 12. Ronald T. Courtney v. Insight Health Corp., et al. | CL13000417 | 2/15/2013 | Roanoke City Circuit Court |
| 13. Ferman W. Wertz v. Alaunus Pharmaceutical., LLC, et al. | CL13000452 | 2/21/2013 | Roanoke City Circuit Court |
| 14. Patrick O. Johnston v. Alaunus Pharmaceutical, LLC, et al. | CL13000453 | 2/21/2013 | Roanoke City Circuit Court |
| 15. Ronald A. Brown v. Insight Health Corp., et al. | CL13000538 | 3/1/2013 | Roanoke City Circuit Court |
| 16. Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., Deceased v. Insight Health Corp., et al. | CL13000577 | 3/6/2013 | Roanoke City Circuit Court |
| 17. Odessa M. Shuck v. Insight Health Corp., et al. | CL13000584 | 3/7/2013 | Roanoke City Circuit Court |
| 18. Rose M. White v. Insight Health Corp., et al. | CL13000606 | 3/8/2013 | Roanoke City Circuit Court |
| 19. Patricia S. Brown, et al. v. Insight Health Corp., et al. | CL13000607 | 3/8/2013 | Roanoke City Circuit Court |
| 20. Sandra F. Artis v. Insight Health Corp., et al. | CL13001105 | 5/10/2013 | Roanoke City Circuit Court |