# EXHIBIT 8

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Tel 804.775.1000
Fax 804.775.1061
www.mcguirewoods.com

Stephen D. Busch
Direct: 804.775.4378

McGUIREWOODS

sbusch@mcguirewoods.com
Fax: 804.698.2024

June 24, 2014

**VIA TELECOPY (540) 387-6278 AND U.S. MAIL**

Hon. Charles N. Dorsey
Circuit Court of the City of Roanoke
Post Office Box 211
Roanoke, Virginia 24002-0211

Re: *Insight Health Corp. Litigation*
*Plaintiffs Represented by Gentry Locke Rakes & Moore, LLP:*

| | |
|---|---|
| Artis   CL13-1105 | Harris   CL13-55 |
| Bender   CL13-577 | Holbrook   CL13-370 |
| Bradley   CL12-2576 | Kalinoski   CL12-2574 |
| Brown   CL13-607 | McFarlane   CL12-2573 |
| Brown   CL13-538 | Shuck   CL13-584 |
| Courtney   CL13-0417 | Smith   CL12-2572 |
| Epperly   CL12-2571 | Smith   CL13-57 |
| Filson   CL12-2575 | White   CL13-606 |
| Foutz   CL13-09 | Whitlow   CL13-54 |

*Plaintiffs represented by Frith & Ellerman Law Firm, P.C.:*
Johnston   CL13-453
Wertz   CL13-452

Dear Judge Dorsey:

On behalf of Defendant Insight Heath Corp., I am writing in response to the Court's June 20, 2014 letter. As the Court referenced in its letter, counsel participated in a telephone conference with Your Honor last Tuesday, June 17, 2014, and on behalf of Insight Health Corp., we respectfully advised at that time that this Honorable Court does not have jurisdiction to enter orders in these cases based on the entry of the June 5, 2014 Order by Judge Rya W. Zobel of the U.S. District Court for the District of Massachusetts, and the Notices of Removal and Transfer filed on June 6, 2014 in the Circuit Court of the City of Roanoke.

Respectfully submitted,

Stephen D. Busch

Cc: J. Scott Sexton, Esquire and W. David Paxton, Esquire (via email)
T. Daniel Frith, III, Esquire and Lauren M. Ellerman, Esquire (via email)
John T. Jessee, Esquire and Nancy F. Reynolds, Esquire (via email)

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London
Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington