# EXHIBIT 10

6-29
4

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

SANDRA F. ARTIS                              )
                                             )
    *Plaintiff,*                          )
                                             )
v.                                           )         Case No: CL13-1105
                                             )
INSIGHT HEALTH CORP., *et al.*               )
                                             )
    Defendants.                          )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint ~~within 21 days of entry of this order.~~

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 27th day of ___June___, 2014.

_____
Honorable Charles R. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Sandra F. Artis*

A COPY TESTE DRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

2

CL-13-1105

SEEN AND _____ :


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq. (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____ :


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

waived —
pursuant to
notice —
Rule 1:13





VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ROBERT DANA BENDER, EXECUTOR )
OF THE ESTATE OF RALPH JAMES )
IRACE, JR., DECEASED )
           )
       *Plaintiff*, )
           )
v. )      **Case No: CL13-577**
           )
INSIGHT HEALTH CORP., *et al.* )
           )
       Defendants. )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.      Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.      The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.      Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint ~~within 21 days of entry of this order.~~

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 27TH day of June, 2014.

Honorable Charles S. Dorsey

SEEN AND OBJECTED TO IN PART:

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., deceased.*

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

2

25226/1/6675338v1

SEEN AND _____ :


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq. (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____ :


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

waived pursuant
to notice –
Rule 1:13



3



VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

DANA MARLENE BRADLEY,          )
                               )
          *Plaintiff,*         )
                               )
v.                             )          Case No: CL12-2576
                               )
INSIGHT HEALTH CORP., *et al.,*   )
                               )
          Defendants.          )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.     Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.     The demurrers filed by defendants John M. Mathis, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.     Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint ~~within 21 days of entry of this order~~, and



4.    Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this **27ᵀᴴ** day of _____ June _____, 2014.

_____
The Honorable Charles N. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Dana Marlene Bradley*

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

2

CCl2-2596

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and*
*John Mathis, M.D.*

*waived pursuant to notice — Rule 1:13*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*



VIRGINIA:

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RONNIE A. BROWN )
)
    *Plaintiff,* )
)
v. )     Case No: CL13-538
)
INSIGHT HEALTH CORP., *et al.* )
)
    **Defendants.** )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.,* the contents of which are incorporated herein as applicable, the Court makes the following rulings:

    1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

    2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

    3.    Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint ~~within 21 days of entry of this order.~~

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 27th day of June , 2014.

_____
Honorable Charles E. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Ronnie A. Brown*

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____
Deputy Clerk

2

CL13-538

SEEN AND _____ :


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq. (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____ :


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

*waived, pursuant to*
*notice —*
*Rule 1:13*

3



VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

PATRICIA S. BROWN, JOHN D.            )
SPICER, AND JENAE S. PATSELL,         )
EXECUTORS OF THE ESTATE OF            )
LOUISE B. SPICER, DECEASED            )
                                      )
    *Plaintiff*,                        )
                                      )
v.                                    )          Case No: CL13-607
                                      )
INSIGHT HEALTH CORP., *et al.*        )
                                      )
    Defendants.                       )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend their Complaint ~~within 21 days of entry of this order.~~

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 27th day of June, 2014.

_____

Honorable Charles B. Dorsey

SEEN AND OBJECTED TO IN PART:

_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Patricia S. Brown, John D. Spicer, and Janae S. Patsell,*
*Executors of the Estate of Louise B. Spicer, deceased*

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

CL13-607

SEEN AND _____ :


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____ :


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

*waived pursuant to notice –*
*Rule 1:13*

*(NN)*

6-27
4

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RONALD R. COURTNEY                    )
                                      )
        *Plaintiff,*                  )
                                      )
v.                                    )        Case No: CL13-417
                                      )
INSIGHT HEALTH CORP., *et al.*        )
                                      )
        Defendants.                   )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.      Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.      The demurrers filed by defendants John M. Mathis, M.D., M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.      Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint ~~within 21 days of entry of this order.~~

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 27th day of June, 2014.

_____
Honorable Charles M. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Ronald R. Courtney*

A COPY TESTE BRENDA S. HAMILTON, CLERK
By_____ Deputy Clerk

24296/1/6675227v1

*CL13-417*

SEEN AND _____ :


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*

*waived —*
*pursuant to*
*notice —*
*Rule 1:13*

SEEN AND _____ :


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*



24296/1/6675227v1

6·27
4

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

TRUDY R. EPPERLY,                              )
                                               )
        *Plaintiff*,                           )
                                               )
v.                                             )       Case No: CL12-2571
                                               )
INSIGHT HEALTH CORP., *et al.*,                )
                                               )
        Defendants.                            )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.      Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.      The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.      Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint ~~within 21 days of entry of this order~~; and

4.      Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this **27**th day of _____June_____, 2014.

_____
The Honorable Charles N. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Trudy R. Epperly*

A COPY TESTE BRENDA S. HAMILTON, CLERK

By _____ Deputy Clerk

SEEN AND _____ :


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____ :


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

*waived pursuant to notice – Rule 1:13*



**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

BARBARA J. FILSON,                                )
                                                  )
    *Plaintiff,*                                  )
                                                  )
v.                                                )      Case No: CL12-2575
                                                  )
INSIGHT HEALTH CORP., *et al.*                    )
                                                  )
    Defendants.                                   )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint ~~within 21 days of entry of this order;~~ and

4.      Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this *27th* day of ⟍ June ⟍, 2014.

_____

The Honorable Charles ⟍ Dorsey

SEEN AND OBJECTED TO IN PART:

_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Barbara J. Filson*

A COPY TESTE BRENDA B. HAMILTON, CLERK
By _____ Deputy Clerk

*(CL/2-2543)*

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq. (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and John Mathis, M.D.*


SEEN AND _____:

*waived pursuant to notice –*

*Rule 1:13*

_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

*JN*



VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ZACHARY LUCAS FOUTZ, A MINOR, )
BY HIS PARENTS AND NEXT FRIENDS, )
BENJAMIN T. FOUTZ AND ANDREA L. )
FOUTZ, )
 )
  *Plaintiff,* )
 )
v. ) **Case No: CL13-0009**
 )
INSIGHT HEALTH CORP., *et al.* )
 )
  **Defendants.** )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1. Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2. The demurrers filed by defendants John M. Mathis, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3. Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend their Complaint ~~within 21 days of entry of this order~~; and

4. Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 27TH day of ⟨June⟩, 2014.

_____
The Honorable Charles L. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Zachary Lucas Foutz, a minor, by his parents and next friends, Benjamin T. Foutz and Andrea L. Foutz*

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

28673/1/6675042v1

(*213-9*

SEEN AND _____:

_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*

SEEN AND _____:

*waived pursuant to
notice - Rule 1:13*

_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

6·21
4

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ROBERT EARL HARRIS, JR.,      )
       *Plaintiff*,      )
             )
v.      )      Case No: CL13-55
             )
INSIGHT HEALTH CORP., *et al.*      )
             )
       Defendants.      )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.     Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.     The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.     Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint ~~within 21 days of entry of this order~~; and



4.    Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 27ᵀᴴ day of _June_ , 2014.

_____
The Honorable Charles N. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

_Counsel for Plaintiff Robert Earl Harris_

A COPY TESTE BRENDA K. HAMILTON, CLERK
By _____ Deputy Clerk

23506/1/6675045v1

*CC13-55*

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*

SEEN AND _____:                    *waived pursuant
                                                     to notice –
                                                     Rule 1:13*


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

23506/1/6675045v1

6-27
4

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

JULIAN D. HOLBROOK    )
    )
    *Plaintiff,*    )
    )
v.    )    Case No: CL13-370
    )
INSIGHT HEALTH CORP., *et al.*    )
    )
    Defendants.    )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint ~~within 21 days of entry of this order.~~

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this **27th** day of _June_, 2014.

_____
Honorable Charles B. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

_Counsel for Plaintiff Julian D. Holbrook_

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

22676/1/6675334v1

*CC13-37B*

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____:


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

*waived pursuant to notice — Rule 1:13*

3

6·27
4

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

CHESTER T. KALINOSKI,                )
                                     )
    *Plaintiff*,                       )
                                     )
v.                                   )      Case No: CL12-2574
                                     )
INSIGHT HEALTH CORP., *et al.*       )
                                     )
    Defendants.                      )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

    1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

    2.    The demurrers filed by defendants John M. Mathis, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

    3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint ~~within 21 days of entry of this order,~~ and

*CNL*

4.    Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this **27**th day of _____, 2014.

_____
The Honorable Charles [...] Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Chester T. Kalinoski*

A COPY TESTE BREXTON S. HAMILTON, CLERK
By _____ Deputy Clerk

21013/1/6675047v1

*CL12-2574*

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

*waived pursuant to
notice –
Rule 1:13*

*2ND*

3



VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

PAULINE R. MCFARLANE,               )
                                    )
    *Plaintiff*,                   )
                                    )
v.                                  )    Case No: CL12-2573
                                    )
INSIGHT HEALTH CORP., *et al.*      )
                                    )
    Defendants.                    )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

    1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

    2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

    3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint ~~within 21 days of entry of this order~~; and

4.      Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this **27**ᵗʰ day of __June__, 2014.

_____
The Honorable Charles N. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Pauline R. McFarlane*

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

2

*CL12-2593*

SEEN AND _____:


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq. (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____:


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

*waived pursuant to notice – Rule 1:13*

*[handwritten: JND]*

3

6-29
4

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ODESSA M. SHUCK )
)
  *Plaintiff,* )
)
v. )     Case No: CL13-584
)
INSIGHT HEALTH CORP., *et al.* )
)
  Defendants. )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.,* the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.     Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.     The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.     Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint ~~within 21 days of entry of this order.~~

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 27TH day of _June_ , 2014.

_____
Honorable Charles _____ Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

_Counsel for Plaintiff Odessa M. Shuck_

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

2

26074/1/6675341v1

CL13-584

SEEN AND _____ :


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____ :


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

*waived pursuant to notice - Rule 1:13*

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*



VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

JAMES WIRT SMITH, JR.,      )
                  )
     *Plaintiff,*       )
                  )
v.                  )     Case No: CL12-2572
                  )
INSIGHT HEALTH CORP., *et al.*   )
                  )
     Defendants.      )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint ~~within 21 days of entry of~~ ~~this order~~; and

*END*

4.     Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this **27** day of _____, 2014.

_____
The Honorable Charles R. Dorsey

SEEN AND OBJECTED TO IN PART:


_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff James Wirt Smith, Jr.*

A COPY TESTE BRENDA S. HAMILTON, CLERK
By_____ Deputy Clerk

2

21548/1/6675063v1

CC12-25792

SEEN AND _____ :


_____
John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*


SEEN AND _____ :


_____
Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

*waived pursuant to notice —*

*Rule 1:13*

*INS*



W-27
4

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RANDOLPH E. SMITH                    )
                                     )
    *Plaintiff,*                )
                                     )
v.                                   )     Case No: CL13-57
                                     )
INSIGHT HEALTH CORP., *et al.*       )
                                     )
    **Defendants.**              )

## ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint ~~within 21 days of entry of this order~~ and

4.      Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 27ᵗʰ day of _June_, 2014.

_____
The Honorable Charles N. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

_Counsel for Plaintiff Randolph E. Smith_

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

23885/1/6675068v1

*CC13-57*

SEEN AND _____ :


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and*
*John Mathis, M.D.*


SEEN AND _____ :

*waived pursuant to*
*notice –*
*Rule 1:13*


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

6-29
4

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ROSE M. WHITE                                    )
                                                 )
    *Plaintiff*,                          )
                                                 )
v.                                               )    Case No: CL13-606
                                                 )
INSIGHT HEALTH CORP., *et al.*                   )
                                                 )
    Defendants.                            )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

    1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

    2.    The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGP defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

    3.    Insight Health Corporation's and the IGPM defendants' demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint ~~within 21 days of entry of this order.~~

The Clerk is directed to send certified copies of this Order to all counsel of record.

24123/1/6675350v1

Entered this 27th day of ____June____, 2014.

_____
Honorable Charles R. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Rose M. White*

A COPY TESTE: GREGORY S. HAMILTON, CLERK
By _____ Deputy Clerk

2

24123/1/6675350v1

*CL13-606*

SEEN AND _____ :


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
*Counsel for Defendants Image Guided Pain Management,*
*John Mathis, M.D. and Robert F. O'Brien, M.D.*


SEEN AND _____ :

_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com
*Counsel for Defendant Insight Health Corp.*

*waived pursuant to
notice -
Rule 1:13*



6·27
4

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RICHARD A. WHITLOW                    )
                                      )
    *Plaintiff,*                      )
                                      )
v.                                    )          **Case No: CL13-54**
                                      )
INSIGHT HEALTH CORP., *et al.*        )
                                      )
    **Defendants.**                   )

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1.    Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2.    The demurrers filed by defendants John M. Mathis, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3.    Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend his Complaint ~~within 21 days of entry of this order~~; and

*[signature]*

4.      Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 27th day of June, 2014.

_____
The Honorable Charles N. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Richard A. Whitlow*

A COPY-TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

26031/1/6675072v1

*CL13-54*

SEEN AND _____:


_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq.  (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and
John Mathis, M.D.*

SEEN AND _____:


_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA  22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

*waived pursuant to
notice —
Rule 1:13*