# EXHIBIT 11

VIRGINIA:

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| DANA MARLENE BRADLEY, | ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No: CL12002576-00 |
| INSIGHT HEALTH CORP., *et al.,* | ) ) | |
| Defendants. | ) ) | |

### ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this 6th day of June, 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK

By _____ Deputy Clerk

We ask for this:

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Dana Marlene Bradley

Seen:

*John Jessee by Benjamin Byrd and with permission*

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.

3

3

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

TRUDY R. EPPERLY,        )
                      )
   *Plaintiff,*          )
                      )
v.                    )    Case No: CL12002571-00
                      )
INSIGHT HEALTH CORP., *et al.*,   )
                      )
   **Defendants.**        )

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this 6th day of June, 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

23778/1/6237768v1

We ask for this:

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Trudy R. Epperly

Seen:

*John Jessee by Benjamin Byrd and with permission*

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

*LND*

CCl2-2571

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C. 20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.



3

3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| BARBARA J. FILSON, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No: CL12002575-00 |
| | ) | |
| INSIGHT HEALTH CORP., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary

Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to

requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown,

granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va.

Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care

provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not

entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of

Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this _6th_ day of _June_, 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE: BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

10014/2/6237773v1

We ask for this:

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Barbara J. Filson

Seen:

*John Jessee by Benjamin Byrd and with permission*

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.



10014/2/6237773v1

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

ZACHARY LUCAS FOUTZ, A MINOR,      )
BY HIS PARENTS AND NEXT FRIENDS,   )
BENJAMIN T. FOUTZ AND ANDREA L.    )
FOUTZ,                             )
                                   )
         *Plaintiff*,              )
                                   )
v.                                 )        Case No: CL13000009-00
                                   )
INSIGHT HEALTH CORP., *et al.*,    )
                                   )
         Defendants.               )

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this 6TH day of June, 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

28673/1/6237775v1

We ask for this:

_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Zachary Lucas Foutz, a Minor, by his Parents and Next Friends,
Benjamin T. Foutz and Andrea L. Foutz

Seen:

John Jessee by Benjamin Byrd and with permission
_____
John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

CL13-9

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.



3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| ROBERT EARL HARRIS, JR., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No: CL13000055-00 |
| | ) | |
| INSIGHT HEALTH CORP., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this **20 ᵗ⁽ᴴ⁾** day of June, 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK

By _____ Deputy Clerk

We ask for this:

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Robert Earl Harris, Jr.


Seen:

*John Jessee by Benjamin Byrd and with permission*

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.



SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.

3



**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

CHESTER T. KALINOSKI,      )
                          )
    *Plaintiff,*          )
                          )
v.                          )      Case No: CL12002574-00
                          )
INSIGHT HEALTH CORP., *et al.,*   )
                          )
    Defendants.         )

### ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this 6th day of June, 2013.

                          Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

21013/1/6237809v1

We ask for this:

_____

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Chester T. Kalinoski

Seen:

*John Jessee by Benjamin Byrd and with permission*

_____

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

2

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.



3

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| PAULINE R. MCFARLANE, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No: CL12002573-00 |
| | ) | |
| INSIGHT HEALTH CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this ___ day of ___ 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK

By _____ Deputy Clerk

We ask for this:

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Pauline R. McFarlane


Seen:

_John Jessee by Benjamin Byrd and with permission_
John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

2

3

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

JAMES WIRT SMITH, JR.,        )
                               )
      *Plaintiff,*            )
                               )      **Case No: CL12002572-00**
v.                               )
                               )
INSIGHT HEALTH CORP., *et al.,*     )
                               )
      **Defendants.**         )

### ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this 6th day of June 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

21548/1/6237879v1

We ask for this:

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff James Wirt Smith, Jr.


Seen:

John Jessee by Benjamin Byrd and with permission

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

21548/1/6237879v1

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.



3

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| RANDOLPH E. SMITH, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No: CL13000057-00 |
| | ) | |
| INSIGHT HEALTH CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this ___ day of _____ 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

We ask for this:

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Randolph E. Smith


Seen:

*John Jessee by Benjamin Byrd and with permission*

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.



CL13-57

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.

3

3

VIRGINIA:

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

RICHARD A. WHITLOW,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　*Plaintiff,*　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　Case No: CL13000054-00
　　　　　　　　　　　　　　　　　　　)
INSIGHT HEALTH CORP., *et al.*,　　　)
　　　　　　　　　　　　　　　　　　　)
　　　**Defendants.**　　　　　　　　　)

### ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This day came the parties to this action on the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15 based on the responses to requests for admissions by defendant, Insight Health Corp., in this matter.

Whereupon the Court heard oral argument from the parties and, for good cause shown, granted the Plaintiff's Motion for Partial Summary Judgment as to Limit of Damages Under Va. Code §8.01-581.15.

It is hereby ORDERED that the defendant, Insight Health Corp., is not a "health care provider" as defined by Va. Code § 8.01-581.1; and, accordingly, Insight Health Corp. is not entitled to the provisions of Chapter 21.1 (Medical Malpractice) of Title 8.01 of the Code of Virginia, including the limitation on damages set forth in Va. Code § 8.01-581.15.

The Clerk is directed to certify copies of this Order to all counsel of record.

Entered this 6th day of June, 2013.

_____
Honorable Charles N. Dorsey

A COPY TESTE BRENDA S. HAMILTON, CLERK

By _____ Deputy Clerk

26031/1/6237883v1

We ask for this:

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

Counsel for Plaintiff Richard A. Whitlow


Seen:

John Jessee by Benjamin D. Byrd and with permission

John Jessee, Esq.
Nancy F. Reynolds, Esq.
Michael P. Gardner, Esq.
1800 Wells Fargo Tower
Drawer 1200, Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com
michael.gardner@leclairryan.com

Counsel for Defendants Image Guided Pain Management,
John Mathis, M.D., and Robert O'Brien, M.D.

2

SEEN AND OBJECTED TO:

Christopher E. Hassell, Esq.
Brian J. Gerling, Esq.
Clinton R. Shaw, Esq.
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street NW
8th Floor
Washington, D.C.  20036
chassell@bonnerkiernan.com
bgerling@bonnerkiernan.com
cshaw@bonnerkiernan.com

Counsel for Defendant Insight Health Corp.

26031/1/6237883v1