# EXHIBIT 13

V I R G I N I A:

    IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

- - - - - - - - - - - - - - - - -
:
SHARON G. WINGATE, Executor :
of the Estate of DOUGLAS :
GRAY WINGATE, Deceased, :
:
    Plaintiff :
:
v. : CASE NO. CL12-2547
:
INSIGHT HEALTH CORP., et al.,:
:
    Defendants :
:
- - - - - - - - - - - - - - - - -

                                          FEBRUARY 27, 2013
                                          2:00 P.M.

                   HEARD BEFORE:

       THE HONORABLE CHARLES N. DORSEY

          CENTRAL VIRGINIA REPORTERS
             P. O. BOX 12628
           ROANOKE, VA  24027
            (540) 380-5017

```
 1   APPEARANCES:

 2

 3         GENTRY LOCKE RAKES & MOORE
           Roanoke, Virginia
 4         By:  J. SCOTT SEXTON, ESQ.
                ANTHONY M. RUSSELL, ESQ.
 5
                 Counsel on behalf of the Plaintiff
 6


 7
           BONNER KIERNAN TREBACH & CROCIATA
 8         Washington, D.C.
           By:  CLINTON R. SHAW, JR., ESQ.
 9
                 Counsel on behalf of Defendant
10               Insight

11


12         LeCLAIRRYAN
           Roanoke, Virginia
13         By:  JOHN T. JESSEE, ESQ.
                NANCY FULLER REYNOLDS, ESQ.
14              MICHAEL P. GARDNER, ESQ.

15               Counsel on behalf of Defendants
                 Mathis, O'Brien and Image Guided Pain
16               Management

17


18


19

20                    *  *  *  *  *

21


22


23


24
```

```
 1              The following cause came on to be heard
 2     on February 27, 2013, before the Honorable Charles N.
 3     Dorsey, Judge of the Circuit Court for the City of
 4     Roanoke, sitting at Roanoke, Virginia, when the
 5     following proceedings were had:
 6
 7              (The court reporter, Shirley S.
 8         Bassett, RPR, was duly sworn.)
 9
10     (2:41 p.m.)
11
12              THE COURT:  We have Wingate versus
13         Insight Health and others, Circuit Court Civil
14         File CL12-2547.  The oath of the court
15         reporter's been entered.
16              I had not met Mr. Shaw and took the
17         liberty of speaking with him earlier when he
18         was here early without discussing anything
19         that has to do with the case, just merely met
20         him.  I know everybody else.
21              And I'm just going to start without
22         regard, I guess -- Mr. Sexton, you're on the
23         plaintiff's side --
24              And I know we confuse everybody, and I
```

1     get confused if I sit in Roanoke County and
2     otherwise.  The old traditional stuff is
3     backwards so I tend to look the wrong way
4     anyway.
5             But in any event, since you're the
6     plaintiff, are you ready?
7             MR. SEXTON:  Yes, Your Honor.
8             THE COURT:  And Mr. Russell, are you
9     ready?
10            MR. RUSSELL:  Yes, Your Honor.
11            THE COURT:  I don't want to overlook
12    you.
13            Mr. Shaw, are you ready?
14            MR. SHAW:  Yes, I am.
15            THE COURT:  Ms. Reynolds?
16            MS. REYNOLDS:  Yes, sir.
17            THE COURT:  Mr. Jessee?
18            MR. JESSEE:  Yes, sir, Judge.
19            THE COURT:  Mr. Gardner?
20            MR. GARDNER:  Yes, Your Honor.
21            THE COURT:  All right.  Very good.
22    I'll let you-all proceed.  I have a brief
23    outline of what I think is involved but it may
24    be easier for you-all to tell me what you

1    think's involved and how you want to handle it
2    and where we're going from here.
3        MS. REYNOLDS: Your Honor, Nancy
4    Reynolds, John Jessee and Mike Gardner here
5    for Image Guided Pain Management and the two
6    doctors.
7        We filed demurrers and pleas in bar.
8    They have not been noticed for today because
9    we just filed our brief and plaintiff needs
10   the two-week period to respond. So ours are
11   not -- we're not going to argue ours today.
12   But we would respectfully request the Court to
13   allow us to argue them at a hearing in the
14   future.
15       And to the extent that anything that is
16   presented to the Court today is dispositive of
17   our demurrers, we would request that the Court
18   not rule on them until we've had the chance
19   also to weigh in after the plaintiff has had
20   the chance to file their brief as well.
21       THE COURT: You don't want me to rule
22   on theirs today before you respond, do you?
23       MR. SEXTON: No, Your Honor.
24       THE COURT: Well, I'm not going to rule

1  on anything that people haven't noticed and
2  don't want me to rule on.
3          MR. SEXTON:  It's not been noticed and
4  we're not asking for a ruling, and they're
5  pretty much completely different issues that
6  have been raised by Ms. Reynolds as opposed to
7  Mr. Shaw.
8          THE COURT:  All right; that's fine.  So
9  we've just got Mr. Shaw's issue.
10         MR. SEXTON:  Correct.
11         MR. SHAW:  Yes, sir.
12         THE COURT:  Mr. Shaw, go right ahead.
13         MR. SHAW:  Thank you, Your Honor.  As a
14 preliminary matter, I want to let everyone
15 know, Ms. Wingate especially, this is a very
16 tragic and horrible case and what you've
17 suffered is horrific.  Ms. Wingate's pain must
18 be unimaginable, and no words could do that
19 justice, and I'm sorry.
20         But we are here today because we do
21 represent one of the defendants in the case,
22 Insight Health Corp.
23         I heard a report on the news as I was
24 coming here this morning saying that Insight

```
 1                 That concludes this matter.  We'll
 2      stand in recess.
 3
 4                 (The proceedings were concluded at 3:34
 5      p.m.)
 6
 7
 8
 9
10                         *  *  *  *  *
11
12
13
14
15                    C E R T I F I C A T E
16     COMMONWEALTH OF VIRGINIA
17     COUNTY OF ROANOKE
18                 I, Shirley S. Bassett, RPR, Notary
19     Public in and for the Commonwealth of Virginia, at
20     Large, do hereby certify that the proceedings were by
21     me reduced to machine shorthand, afterwards
22     transcribed by me by means of computer, and that to
23     the best of my ability the foregoing is a true and
24     correct transcript of the proceedings as aforesaid.
```

```
 1              I further certify that these proceedings
 2   were taken at the time and place specified in the
 3   foregoing caption.
 4              I further certify that I am not a
 5   relative, counsel or attorney for either party, or
 6   otherwise interested in the outcome of this action.
 7              IN WITNESS WHEREOF, I have hereunto set
 8   my hand at Vinton, Virginia, on the 2nd day of
 9   October, 2013.
10
                                   _____
11                                 SHIRLEY S. BASSETT, RPR
                                   NOTARY PUBLIC
12
     My Commission expires April 30, 2016.
13   Notary Registration Number 227362.
14
15
16
17
18
19                        * * * * *
20
21
22
23
24
```