# EXHIBIT 14

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

## DECLARATION OF CLINTON R. SHAW

I, Clinton R. Shaw, declare as follows:

1.     I am over the age of eighteen years and am competent to make this Declaration.

2.     I have personal knowledge of the facts set forth herein.

3.     I have reviewed the declaration of J. Scott Sexton, Esq., executed on May 31, 2014. I was counsel of record for Insight Health Corp. ("Insight") in 2013, and I attended the February 27, 2013 hearing and in-chambers conference with counsel for the parties and the Honorable Judge Charles N. Dorsey, Judge of the Circuit Court of the City of Roanoke. I also attended the April 5, 2013 and July 9, 2013 hearings identified in Mr. Sexton's declaration.

4.     While the parties and Judge Dorsey discussed certain discovery issues at the February 27 conference, Insight did not agree that all substantive rulings issued by the Roanoke Circuit Court in the case styled, *Wingate v. Insight Health Corp., et al.*, Case No. CL12-2547, would subsequently bind the parties in other existing or future cases filed against Insight by the Gentry Locke firm.

5.     As of February 27, 2013, the Gentry Locke firm had filed only 12 cases against Insight in the Circuit Court for the City of Roanoke.

6.     Judge Dorsey ruled on Insight's demurrers (motions to dismiss) in the *Wingate* case on October 31, 2013, and later issued an order dated November 13, 2013. Judge Dorsey overruled Insight's demurrers except as to plaintiff's fraud count. The Order makes no mention of any cases other than *Wingate*.

7.     After Judge Dorsey's ruling, Insight did not agree to entry of orders extending Judge Dorsey's ruling to the 18 cases filed by Gentry Locke, which were then pending in the Roanoke Circuit Court.

I declare under penalty of perjury under the laws of the District of Columbia and the Commonwealth of Massachusetts that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in Washington, D.C. on this 2nd day of June, 2014.

Clinton R. Shaw