UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This matter relates to:<br><br>    All Actions | )<br>)<br>)<br>)<br>)  MDL No. 1:13-md-2419-FDS<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

This matter comes before the Court on the PSC's Motion to Amend Previously Filed Short Form Complaints, filed on July 24, 2014 (Dkt. No. \_\_\_\_), seeking leave to amend short form complaints to add claims that have since become ripe for adjudication since plaintiffs first filed such short form complaints.  For the reasons articulated in the Plaintiffs' Steering Committee's Motion, the Court grants the Motion and orders as follows:

1. All Short Form Complaints on file as of December 20, 2014 shall be deemed amended to include claims referenced in, but not originally asserted by, the short form complaint that have ripened as of the date of this order.

**So Ordered.**

_____
Rya W. Zobel
United States Magistrate Judge

Dated: _____, 2014

1