UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2419 Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: All Cases Naming Saint Thomas Outpatient Neurosurgical Center, LLC. | ) ) ) ) ) | |

**COMPARISON OF PROPOSED DISCOVERY AND BELLWETHER TRIAL PLANS**

As requested by Magistrate Judge Boal during the July 17, 2014, hearing and in the subsequent Electronic Order [Dkt. No. 1276], the Plaintiffs' Steering Committee ("PSC") respectfully submits a chart, attached hereto as Exhibit A, comparing the current discovery and bellwether trial schedules proposed by the PSC and Defendants Saint Thomas West, formerly known as St. Thomas Hospital; Saint Thomas Network; Saint Thomas Health; Ascension Health; Ascension Health Alliance; Saint Thomas Outpatient Neurosurgical Center, LLC; the Howell Allen Clinic, P.C.; John W. Culclasure, M.D.; and Debra V. Schamberg, R.N. (collectively, the "Tennessee Defendants").

After discovery and bellwether trial schedule proposals were submitted by the PSC [Dkt. Nos. 837-1; 1267-1] and the Tennessee Defendants [Dkt. Nos. 858-4; 1249-2], the PSC and the Tennessee Defendants worked through two separate meet-and-confer sessions to narrow the issues in dispute and come to agreements where the parties could. The chart

attached as Exhibit A reflects the results of those agreements, and also indicates where

differences between the parties remain.[1]


Dated:  July 24, 2014                    Respectfully submitted,


_____

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

---

[1] Just before this document was to be filed on July 24, 2014, counsel for Defendants notified the PSC that they "disagree with much of what is contained in the chart" in Exhibit A and that they intend to file a response detailing their objection. However, the sections of the chart outlining Defendants' positions was taken directly from a document (attached as Exhibit B) showing the agreements reached between the PSC and counsel for the Saint Thomas and Ascension Defendants during the meet-and-confer sessions, which agreements were also announced to the court during the July 17, 2014, hearing.

*Plaintiffs' Lead Counsel*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee*

1186252.3

## **CERTIFICATE OF SERVICE**

I, Mark P. Chalos, hereby certify that I caused a copy of the foregoing and its Exhibits A and B to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: July 24, 2014

_Mark Chalos_
_____