UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>"All Actions" | 1:13-md-02419-FDS |

### NOTICE OF WITHDRAWAL FOR DAVID M. ROGERS

Please enter my withdrawal as counsel on behalf of Defendants Marion Pain Management Center, Inc. and Mangala J. Shetty, MD, in the above-referenced matter. Robert L. Boston, Esq. will remain as attorney for Marion Pain Management Center, Inc. and Mangala J. Shetty, MD.

        Respectfully Submitted,

        The Defendants,
        MARION PAIN MANAGEMENT
        CENTER, INC. AND MANGALA J.
        SHETTY, MD

        By their Attorneys,

        */s/ David M. Rogers*
        James M. Campbell (BBO#541882)
        David M. Rogers (BBO#542233 )
        Robert L. Boston (BBO#665174)
        Campbell Campbell Edwards & Conroy,
        Professional Corporation
        One Constitution Center
        Boston, MA 02129
        (617) 241-3000
        jmcampbell@campbell-trial-lawyers.com
        drogers@campbell-trial-lawyers.com

Dated: July 28, 2014         rboston@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

      I, David M. Rogers, hereby certifies that on this 28th day of July, 2014, a copy of the foregoing document was filed electronically with the United States District Court for the District of Massachusetts, which will send notification of such filing to all counsel of record.

                                        */s/ David M. Rogers*
                                        David M. Rogers