**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**IN RE: NEW ENGLAND**
**COMPOUNDING PHARMACY, INC.**
**PRODUCTS LIABILITY**
**LITIGATION**

**This Document Relates To:**          **MDL No. 1:13-md-2419-RWZ**

**All Actions**

_____/

**NOTICE OF WITHDRAWAL FROM THE NECC VOLUNTARY MEDIATION**
**PROGRAM AND REQUEST FOR REMOVAL FROM SERVICE LIST**

Carlos Jassir, M.D., Pain Management Center of West Orange, by and through undersigned counsel, files his Notice of Withdrawal from the NECC Voluntary Mediation Program and Request for Removal from Service List pursuant to the Court's August 15, 2013 Order.  (See Dkt. 394)  In support thereof, Carlos Jassir, M.D., Pain Management Center of West Orange avers:

1.   On September 24, 2013, non-party Carlos Jassir, M.D., Pain Management Center of West Orange filed an NECC Mediation Program Participation Notice and Agreement.  (Dkt. 463)  Dr. Jassir also filed a Proof of Claim as an unaffiliated Non-Debtor Claimant/affiliate in the NECC bankruptcy matter on November 4, 2014.

2.   Since initially consenting to participation in the NECC Mediation Program, Dr. Jassir, Pain Management Center of West Orange, determined it is no longer in his best interests to continue as a participant in the same.  Accordingly, he exercises his right to voluntarily withdraw from the same upon proper notice to interested parties as set forth in the Court's Order.  (See Dkt. 394)

3.     The undersigned further requests to be removed from the service list as counsel for Carlos Jassir, M.D., Pain Management Center of West Orange.  Because the party represented by the undersigned will no longer participate in the NECC Voluntary Mediation Program, the undersigned has no need to be kept apprised of developments and filings in the NECC MDL.

WHEREFORE the undersigned respectfully requests that the Court grant the undersigned's request to be removed from the service list of these proceedings as the party whom he represents is withdrawing from the NECC Voluntary Mediation Program.

Dated: July 28,  2014.


*s/ Richards H. Ford*
Richards H. Ford (*pro hac vice* counsel)
Florida Bar No. 288391
rford@wickersmith.com
WICKER, SMITH, O'HARA, McCOY &
FORD, P.A.
Post Office Box 2753
Orlando, FL  32802
PH:  407-843-3939
Fax: 407-649-8118
Counsel for Carlos Jassir, M.D., Pain
Management Center of West Orange


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.  I FURTHER CERTIFY that I mailed the foregoing document and the notice of electronic filing by U.S Mail and e-mail to:

Paul D. Moore, Esq.
Duane Morris, LLP
Suite 2400
100 High Street
Boston, MA 02110
pdmoore@duanemorris.com

William R. Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
wbaldiga@brownrudnick.com

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
 55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
tom@hbsslaw.com

Carmin C. Reiss, Principal and Mediator
Resolutions, LLC
222 Berkeley Street, Suite 1060
Boston, MA  02116
CReiss@resolutionsllc.com

*s/ Richards H. Ford*_____
Richards H. Ford (*pro hac vice* counsel)
Florida Bar No. 288391
rford@wickersmith.com
WICKER, SMITH, O'HARA, McCOY &
FORD, P.A.
Post Office Box 2753
Orlando, FL  32802
PH:  407-843-3939
Fax: 407-649-8118
Counsel for Carlos Jassir, M.D., Pain
Management Center of West Orange