IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This document relates to:<br><br>1:14-cv-12905-RWZ: Epperly v. Insight Health Corp, *et al.*<br>1:14-cv-12908-RWZ: McFarlane v. Insight Health Corp, *et al.*<br>1:14-cv-12910-RWZ: Smith v. Insight Health Corp, *et al.*<br>1:14-cv-12916-RWZ: Kalinoski v. Insight Health Corp, *et al.*<br>1:14-cv-12917-RWZ: Filson v. Insight Health Corp, *et al.*<br>1:14-cv-12919-RWZ: Bradley v. Insight Health Corp, *et al.*<br>1:14-cv-12924-RWZ: Foutz v. Insight Health Corp, *et al.*<br>1:14-cv-12927-RWZ: Whitlow v. Insight Health Corp, *et al.*<br>1:14-cv-12928-RWZ: Harris v. Insight Health Corp, *et al.*<br>1:14-cv-12929-RWZ: Smith v. Insight Health Corp, *et al.*<br>1:14-cv-12930-RWZ: Holbrook v. Insight Health Corp, *et al.*<br>1:14-cv-12931-RWZ: Courtney v. Insight Health Corp, *et al.*<br>1:14-cv-12938-RWZ: Brown v. Insight Health Corp, *et al.*<br>1:14-cv-12939-RWZ: Shuck v. Insight Health Corp, *et al.*<br>1:14-cv-12940-RWZ: White v. Insight Health Corp, *et al.*<br>1:14-cv-12941-RWZ: Brown v. Insight Health Corp, *et al.*<br>1:14-cv-12942-RWZ: Artis v. Insight Health Corp, *et al.*<br>1:14-cv-12978-RWZ: Bender v. Insight Health Corp, *et al.* | ) ) ) ) MDL: 1:13-MD-2419-RWZ ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## MOTION OF ROANOKE GENTRY LOCKE PLAINTIFFS
## FOR EXTENSION OF BRIEFING SCHEDULE

The Roanoke Gentry Locke Plaintiffs' ("Roanoke Plaintiffs") have conferred with Defendant Insight Health Corp. ("Insight") regarding the briefing deadline for the Roanoke Plaintiffs' Response to Insight's Renewed Motion for Leave to Amend Its Responses to Requests for Admission and to Supplement Insight Health Corp.'s Motion for Reconsideration of Partial Summary Judgment [ECF 1281] and Insight's Motion to Strike Eighteen State Court Orders as Void Ab Initio [ECF 1284]. Both of Insight's Motions were filed on July 21, 2014. The Roanoke Plaintiffs request an extension for the filing of their responsive briefs until August 11, 2014. Insight consents to this requested extension.

The Roanoke Plaintiffs respectfully request that the Court enter the attached Order to formalize the above-described revised briefing schedule.

Date:  August 1, 2014                                      Respectfully Submitted

/s/ J. Scott Sexton
J. Scott Sexton, Esq. (VSB No. 29284)
H. David Gibson (VSB No. 40641)
James J. O'Keeffe (VSB No. 48620)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
gibson@gentrylocke.com
okeeffe@gentrylocke.com

Counsel for Roanoke Gentry Locke Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2014, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ J. Scott Sexton

5002/684/6758125v1