IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | ) ) ) ) MDL: 1:13-MD-2419-RWZ ) |
| This document relates to: | ) ) ) |
| 1:14-cv-12905-RWZ: Epperly v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12908-RWZ: McFarlane v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12910-RWZ: Smith v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12916-RWZ: Kalinoski v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12917-RWZ: Filson v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12919-RWZ: Bradley v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12924-RWZ: Foutz v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12927-RWZ: Whitlow v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12928-RWZ: Harris v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12929-RWZ: Smith v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12930-RWZ: Holbrook v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12931-RWZ: Courtney v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12938-RWZ: Brown v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12939-RWZ: Shuck v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12940-RWZ: White v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12941-RWZ: Brown v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12942-RWZ: Artis v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12978-RWZ: Bender v. Insight Health Corp, *et al.* | ) |

## [PROPOSED] ORDER

On July 21, 2014, Insight Health Corp. filed its Renewed Motion for Leave to Amend Its Responses to Requests for Admission and to Supplement Insight Health Corp.'s Motion for Reconsideration of Partial Summary Judgment [ECF 1281], and its Motion to Strike Eighteen State Court Orders as Void Ab Initio [ECF 1284].

On August 1, 2014, the Roanoke Gentry Locke Plaintiffs filed a Motion for Order to Set Briefing Schedule. Insight consents to the Roanoke Gentry Locke Plaintiffs' Motion. The Court grants the Motion and orders that the Roanoke Gentry Locke Plaintiffs will file their Responses to Insight's [ECF 1281 and ECF 1284] Motions no later than 6:00 p.m. on August 11, 2014.

1

**So Ordered.**

                        By: _____
                                 Rya W. Zobel
                                 United States District Court Judge

Dated: _____, 2014