## CERTIFICATE OF SERVICE

I, Michael F. Barrett, hereby certify that I caused a copy of the above *Response to Dr. Bhagat's Reply Brief in Further Support of Dr. Bhagat's Motion to Dismiss Plaintiffs' Complaint With Prejudice Against Him for Plaintiffs' Failure to Serve A Proper Affidavit of Merit* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.


DATED: August 1, 2014                                       */s/Michael F. Barrett*
                                                                            Michael F. Barrett, Esquire