# Exhibit A

# LENOX, SOCEY, FORMIDONI, GIORDANO, COOLEY, LANG & CASEY

A LIMITED LIABILITY COMPANY
COUNSELLORS AT LAW
3131 PRINCETON PIKE – 1B, SUITE 104
LAWRENCEVILLE, NEW JERSEY 08648

(609) 896-2000

Fax (609) 895-1693

RUDOLPH A. SOCEY, JR., P.C.†ᵠ
ROLAND R. FORMIDONI
ROBERT P. CASEY, P.C.
GREGORY J. GIORDANO†
JEREMY P. COOLEY*†
JOSEPH R. LANG†

*MEMBER OF N.J. AND PA. BAR
**MEMBER OF N.J, PA & N.Y. BAR
***MEMBER OF N.J. & N.Y. BAR
†CERTIFIED AS A CIVIL TRIAL ATTORNEY

MICHAEL J. HERON*
ROBERT F. CASEY, P.C.
PATRICK F. CARRIGG***
MICHAEL A. PATTANITE, JR.
MICHAEL J. MASELLI
AMBIKA SHANI*

SAMUEL D. LENOX
1922-1975

January 17, 2014

Michael F. Barrett, Esq.
Mary T. Gidaro, Esq.
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
8000 Sagemore Drive, Suite 8303
Marlton, NJ  08053

    Re:    Rivera v Bhagat
              MDL No. 1:13-md-2419-FDS

Dear Counsel:

    I am in receipt of plaintiff's request for Dr. Bhagat to provide answers to supplemental interrogatories in the above referenced matter. Kindly be advised that Dr. Bhagat will not be answering any discovery requests in this case. Since you saw fit not to name him as a defendant in the Short Form Complaint, Dr. Bhagat has no obligation to provide any discovery responses made by your firm.

    Please be guided accordingly.

Very truly yours,

Joseph R. Lang
For the Firm

JRL:klm
cc:    Stephen A. Grossman, Esq.

## LENOX, SOCEY, FORMIDONI, GIORDANO, COOLEY, LANG & CASEY
A LIMITED LIABILITY COMPANY
COUNSELLORS AT LAW
3131 PRINCETON PIKE – 1B, SUITE 104
LAWRENCEVILLE, NEW JERSEY 08648

(609) 896-2000

FAX (609) 895-1693

RUDOLPH A. SOCEY, JR., P.C.††
ROLAND R. FORMIDONI
ROBERT P. CASEY, P.C.
GREGORY J. GIORDANO†
JEREMY P. COOLEY*†
JOSEPH R. LANG†

*MEMBER OF N.J. AND PA. BAR
**MEMBER OF N.J. PA & N.Y. BAR
***MEMBER OF N.J. & N.Y. BAR
†CERTIFIED AS A CIVIL TRIAL ATTORNEY

MICHAEL J. HERON*
ROBERT F. CASEY, P.C.
PATRICK F. CARRIGG***
MICHAEL A. PATTANITE, JR.
MICHAEL J. MASELLI
AMBIKA SHANI*

SAMUEL D. LENOX
1922-1975

January 17, 2014

Michael F. Barrett, Esq.
Mary T. Gidaro, Esq.
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053

    Re:    Ramos v Bhagat
             MDL No. 1:13-md-2419-FDS

Dear Counsel:

    I am in receipt of plaintiff's request for Dr. Bhagat to provide answers to supplemental interrogatories in the above referenced matter. Kindly be advised that Dr. Bhagat will not be answering any discovery requests in this case. Since you saw fit not to name him as a defendant in the Short Form Complaint, Dr. Bhagat has no obligation to provide any discovery responses made by your firm.

    Please be guided accordingly.

Very truly yours,

Joseph R. Lang
For the Firm

JRL:klm
cc:    Stephen A. Grossman, Esq.