# Exhibit B

# LENOX, SOCEY, FORMIDONI, GIORDANO, COOLEY, LANG & CASEY

A LIMITED LIABILITY COMPANY
COUNSELLORS AT LAW
3131 PRINCETON PIKE – 1B, SUITE 104
LAWRENCEVILLE, NEW JERSEY 08648

(609) 896-2000

FAX (609) 895-1693

RUDOLPH A. SOCEY, JR., P.C.†⁑
ROLAND R. FORMIDONI
ROBERT P. CASEY, P.C.
GREGORY J. GIORDANO†
JEREMY P. COOLEY*†
JOSEPH R. LANG†

*MEMBER OF N.J. AND PA. BAR
⁑MEMBER OF N.J. PA & N.Y. BAR
***MEMBER OF N.J. & N.Y. BAR
†CERTIFIED AS A CIVIL TRIAL ATTORNEY

MICHAEL J. HERON*
ROBERT F. CASEY, P.C.
PATRICK F. CARRIGG***
MICHAEL A. PATTANITE, JR.
MICHAEL J. MASELLI
AMBIKA SHANI*

SAMUEL D. LENOX
1922-1975

January 17, 2014

Michael F. Barrett, Esq.
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053

Re:   Rivera v Bhagat
      MDL No. 1:13-md-2419-FDS

Dear Mr. Barrett:

Please be advised that I represent the defendant, Dr. Bhagat, in the above referenced matter. Pursuant to court order entered by the Honorable F. Dennis Saylor, IV on December 23, 2013, this defendant requests that the plaintiff complete and execute a standardized court approved fact sheet and serve such fact sheet upon me within sixty (60) days of the date of this request. Thank you for your prompt attention to this matter.

Very truly yours,

Joseph R. Lang
For the Firm

JRL:klm
cc:   Frederick H. Fern, Esq.
      Franklin H. Levy, Esq.
      Walter F. Timpose, Esq.
      Matthew Moriarty, Esq.
      Stephen A. Grossman, Esq.

# LENOX, SOCEY, FORMIDONI, GIORDANO, COOLEY, LANG & CASEY

A LIMITED LIABILITY COMPANY
COUNSELLORS AT LAW
3131 PRINCETON PIKE – 1B, SUITE 104
LAWRENCEVILLE, NEW JERSEY 08648

(609) 896-2000

Fax (609) 895-1693

RUDOLPH A. SOCEY, JR., P.C.†₸
ROLAND R. FORMIDONI
ROBERT P. CASEY, P.C.
GREGORY J. GIORDANO†
JEREMY P. COOLEY*†
JOSEPH R. LANG†

*MEMBER OF N.J. AND PA. BAR
**MEMBER OF N.J, PA & N.Y. BAR
***MEMBER OF N.J. & N.Y. BAR
†CERTIFIED AS A CIVIL TRIAL ATTORNEY

MICHAEL J. HERON*
ROBERT F. CASEY, P.C.
PATRICK F. CARRIGG***
MICHAEL A. PATTANITE, JR.
MICHAEL J. MASELLI
AMBIKA SHANI*

SAMUEL D. LENOX
1922-1975

January 17, 2014

Michael F. Barrett, Esq.
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053

    Re:    Ramos v Bhagat
             MDL No. 1:13-md-2419-FDS

Dear Mr. Barrett:

       Please be advised that I represent the defendant, Dr. Bhagat, in the above referenced matter. Pursuant to court order entered by the Honorable F. Dennis Saylor, IV on December 23, 2013, this defendant requests that the plaintiff complete and execute a standardized court approved fact sheet and serve such fact sheet upon me within sixty (60) days of the date of this request. Thank you for your prompt attention to this matter.

                                  Very truly yours,

                                    Joseph R. Lang
                                    For the Firm

JRL:klm
cc:    Frederick H. Fern, Esq.
       Franklin H. Levy, Esq.
       Walter F. Timpose, Esq.
       Matthew Moriarty, Esq.
       Stephen A. Grossman, Esq.