# Exhibit C



# SALTZ MONGELUZZI
# BARRETT & BENDESKY PC
### TRIAL LAWYERS

| | | |
|---|---|---|
| DELAWARE COUNTY OFFICE | ONE LIBERTY PLACE, 52ND FLOOR | NEW JERSEY OFFICE |
| 20 WEST THIRD STREET | 1650 MARKET STREET | 8000 SAGEMORE DRIVE |
| P.O. BOX 1670 | PHILADELPHIA, PA 19103 | SUITE 8303 |
| MEDIA, PA 19063 | VOICE 215.496.8282 | MARLTON, NJ 08053 |
| VOICE 610.627.9777 | FAX 215.496.0999 | VOICE 856.751.8383 |
| FAX 610.627.9787 | | FAX 856.751.0868 |

MICHAEL F. BARRETT
DIRECT DIAL (215) 575-2986
MFBARRETT@SMBB.COM

MARY T. GIDARO
DIRECT DIAL (215) 575-2979
MTGIDARO@SMBB.COM

MONTGOMERY COUNTY OFFICE
43 EAST MARSHALL STREET
NORRISTOWN, PA 19401
VOICE 610.278.1591
FAX 610.272.2549

January 29, 2014

**<u>REGULAR MAIL</u>**
Joseph R. Lang, Esquire
LENOX SOCEY FORMIDONI
   GIORDANO COOLEY LANG & CASEY
3131 Princeton Pike
1B, Suite 104
Lawrenceville, NJ  08648

>    ***Re:    Rivera, J. v. Bhagat, M.D., et al.***

Dear Mr. Lang:

We are in receipt of your letters, both dated January 17, 2014, in connection with the above-referenced matter, wherein you refuse to answer discovery on the basis that Dr. Bhagat is not a Defendant in this matter, but then request that Plaintiff complete and provide to you the Court approved fact sheet on behalf of Defendant, Dr. Bhagat.

Kindly clarify your position in this regard.  Thank you.

Very truly yours,

SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.

MICHAEL F. BARRETT
MARY T. GIDARO

/bp



# SALTZ MONGELUZZI
# BARRETT & BENDESKY PC
### TRIAL LAWYERS

| | | |
|---|---|---|
| DELAWARE COUNTY OFFICE<br>20 WEST THIRD STREET<br>P.O. BOX 1670<br>MEDIA, PA 19063<br>VOICE 610.627.9777<br>FAX 610.627.9787 | ONE LIBERTY PLACE, 52ND FLOOR<br>1650 MARKET STREET<br>PHILADELPHIA, PA 19103<br>VOICE 215.496.8282<br>FAX 215.496.0999 | NEW JERSEY OFFICE<br>8000 SAGEMORE DRIVE<br>SUITE 8303<br>MARLTON, NJ 08053<br>VOICE 856.751.8383<br>FAX 856.751.0868 |

MICHAEL F. BARRETT
DIRECT DIAL (215) 575-2986
MFBARRETT@SMBB.COM

MARY T. GIDARO
DIRECT DIAL (215) 575-2979
MTGIDARO@SMBB.COM

MONTGOMERY COUNTY OFFICE
43 EAST MARSHALL STREET
NORRISTOWN, PA 19401
VOICE 610.278.1591
FAX 610.272.2549

January 29, 2014

**_REGULAR MAIL_**
Joseph R. Lang, Esquire
LENOX SOCEY FORMIDONI
  GIORDANO COOLEY LANG & CASEY
3131 Princeton Pike
1B, Suite 104
Lawrenceville, NJ  08648

     *Re:    Ramos v. Bhagat, M.D., et al.*

Dear Mr. Lang:

    We are in receipt of your letters, both dated January 17, 2014, in connection with the above-referenced matter, wherein you refuse to answer discovery on the basis that Dr. Bhagat is not a Defendant in this matter, but then request that Plaintiff complete and provide to you the Court approved fact sheet on behalf of Defendant, Dr. Bhagat.

    Kindly clarify your position in this regard.  Thank you.

         Very truly yours,

         SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.

         MICHAEL F. BARRETT
         MARY T. GIDARO

/bp

