# Exhibit D



SALTZ MONGELUZZI
BARRETT & BENDESKY PC
TRIAL LAWYERS

DELAWARE COUNTY OFFICE
20 WEST THIRD STREET
P.O. BOX 1670
MEDIA, PA 19063
VOICE 610.627.9777
FAX 610.627.9787

ONE LIBERTY PLACE, 52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
VOICE 215.496.8282
FAX 215.496.0999

NEW JERSEY OFFICE
8000 SAGEMORE DRIVE
SUITE 8303
MARLTON, NJ 08053
VOICE 856.751.8383
FAX 856.751.0868

MICHAEL F. BARRETT
DIRECT DIAL (215) 575-2986
MFBARRETT@SMBB.COM

MARY T. GIDARO
DIRECT DIAL (215) 575-2979
MTGIDARO@SMBB.COM

MONTGOMERY COUNTY OFFICE
43 EAST MARSHALL STREET
NORRISTOWN, PA 19401
VOICE 610.278.1591
FAX 610.272.2549

July 30, 2014

***CERTIFIED MAIL – RETURN RECEIPT REQUESTED***
***AND REGULAR MAIL***
Joseph R. Lang, Esquire
**LENOX SOCEY FORMIDONI**
**GIORDANO COOLEY LANG & CASEY**
3131 Princeton Pike -1B
Lawrenceville, NJ 08648

***Re:*** ***Ramos v. New England Compounding Center, et al.***
***Rivera v. New England Compounding Center, et al.***

Dear Mr. Lang:

Enclosed, please find the Affidavit of Merit of Lawrence Jay Winikur, M.D., regarding Nitesh Bhagat, M.D. for the above referenced matters.

Thank you for your attention to this matter.

Very truly yours,

SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.

Mary T. Gidaro

MICHAEL F. BARRETT
MARY T. GIDARO

MFB/MTG/sd
Enclosure

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 1:13-cv-10410-FDS**

| | |
|---|---|
| **JOSE A RAMOS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNIFIRST CORPORATION, A/D/B/A UNICLEAN CLEANROOM SERVICES, INSPIRA HEALTH NETWORK, INC. F/K/A SOUTH JERSEY HEALTH SYSTEM, INC., INSPIRA MEDICAL CENTERS, INC. F/K/A SOUTH JERSEY HOSPITAL, INC.,**<br><br>**Defendants.** | **MDL No. 2419**<br>**Master Docket No. 1:13-md-2419-FDS**<br><br>**AFFIDAVIT OF MERIT** |

Lawrence Jay Winikur, M.D., of full age, being duly sworn according to law, upon his oath, deposes and says:

1. I am a physician currently licensed to practice medicine in Virginia.

2. I have been Board Certified in Anesthesiology and Pain Management for at least five years and have devoted the majority of my professional time for the year prior to 7/12/2012 to the active clinical practice of Anesthesiology and Pain Management which continues to the present.

3. In my opinion, there exists a reasonable probability that the care, skill, and knowledge exercised by Nitesh Bhagat, M.D., in the treatment and/or care of Jose A. Ramos fell outside the acceptable professional standards and practices.

4. I have no financial interest in the outcome of this litigation.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

LAWRENCE JAY WINIKUR, M.D.

Sworn to and subscribed before

me this 29 day of July, 2014.

NOTARY PUBLIC
County of Pittsylvania

STATE OF VIRGINIA
NOTARY PUBLIC
Sheryl Lynn Markham

**NOTICE:**

If any defendant contends that this Affidavit of Merit fails to completely satisfy the requirements of the Affidavit of Merit Statute *N.J.S.A.* 2A:53A-26 et seq. and/or The New Jersey Medical Care Access and Responsibility and Patients First Act of 2004, *N J.S.A.* 2A:53A-38 et seq. in any way, demand is hereby made that the defendant immediately notify the plaintiff of any such alleged deficiencies so that same may be corrected if necessary and within the time constraints of *N.J.S.A.* 2A:53A-26 et seq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 1:13-cv-10412-FDS**

**JUANITA M. RIVERA and ANTHONY RIVERA, w/h,**

**Plaintiffs,**

**v.**

**UNIFIRST CORPORATION, A/D/B/A UNICLEAN CLEANROOM SERVICES, PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC A/T/A PREMIER ORTHOPAEDIC, PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC,**

**Defendants.**

**MDL No. 2419**
**Master Docket No. 1:13-md-2419-FDS**

**AFFIDAVIT OF MERIT**

Lawrence Jay Winikur, M.D., of full age, being duly sworn according to law, upon his oath, deposes and says:

1. I am a physician currently licensed to practice medicine in Virginia.

2. I have been Board Certified in Anesthesiology and Pain Management for at least five years and have devoted the majority of my professional time for the year prior to 6/13/2012 to the active clinical practice of Anesthesiology and Pain Management which continues to the present.

3. In my opinion, there exists a reasonable probability that the care, skill, and knowledge exercised by Nitesh Bhagat, M.D., in the treatment and/or care of Juanita M. Rivera fell outside the acceptable professional standards and practices.

4. I have no financial interest in the outcome of this litigation.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

LAWRENCE JAY WINIKUR, M.D.

Sworn to and subscribed before

me this 24 day of July, 2014.

Sheryl L. Markham

NOTARY PUBLIC
County of Pittsylvania

STATE OF VIRGINIA
NOTARY PUBLIC
Sheryl Lynn Markham

**NOTICE:**

If any defendant contends that this Affidavit of Merit fails to completely satisfy the requirements of the Affidavit of Merit Statute *N.J.S.A.* 2A:53A-26 et seq. and/or The New Jersey Medical Care Access and Responsibility and Patients First Act of 2004, *N.J.S.A.* 2A:53A-38 et seq. in any way, demand is hereby made that the defendant immediately notify the plaintiff of any such alleged deficiencies so that same may be corrected if necessary and within the time constraints of *N.J.S.A.* 2A:53A-26 et seq.