DELAWARE COUNTY OFFICE
20 WEST THIRD STREET
P.O. BOX 1670
MEDIA, PA 19063
VOICE 610.627.9777
FAX 610.627.9787

ONE LIBERTY PLACE, 52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
VOICE 215.496.8282
FAX 215.496.0999

NEW JERSEY OFFICE
8000 SAGEMORE DRIVE
SUITE 8303
MARLTON, NJ 08053
VOICE 856.751.8383
FAX 856.751.0868

MICHAEL F. BARRETT
DIRECT DIAL (215) 575-2986
MFBARRETT@SMBB.COM

MARY T. GIDARO
DIRECT DIAL (215) 575-2979
MTGIDARO@SMBB.COM

MONTGOMERY COUNTY OFFICE
43 EAST MARSHALL STREET
NORRISTOWN, PA 19401
VOICE 610.278.1591
FAX 610.272.2549

August 1, 2014

The Honorable Rya W. Zobel, U.S.D.J.
U.S. District Court, for District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

In re New England Compounding Pharmacy, Inc. Products Liability Litigation
Docket No. 1:13-md-2419-RWZ

*Re:* ***Ramos v. New England Compounding Pharmacy, Inc. et al.*, Docket No. 13-cv-10410**
**AND**
***Rivera v. New England Compounding Pharmacy, Inc. et al.*, Docket No. 13-cv-10412**

Dear Judge Zobel:

Plaintiffs, Ramos and Rivera, by and through their attorneys, Saltz, Mongeluzzi, Barrett & Bendesky, submits this letter pursuant to LR, D. Mass. 7.1(b)(3) to respectfully request this Honorable Court to consider the attached 5-page Response to Dr. Bhagat's Reply Brief in Further Support of his Motion to Dismiss Plaintiffs' Complaints. This Response Brief is necessary to clarify important misstatements in Dr. Bhagat's Reply Brief. Namely: (1) Dr. Bhagat incorrectly argues that he was named as a defendant in the Master Complaint; and (2) even assuming, *arguendo*, that Dr. Perkins is a defendant, her Motion to Dismiss is contrary to the spirit of N.J.Stat.Ann. § 2a:53a-27.

For the foregoing reasons, Plaintiffs respectfully request leave to file the attached 5-page Response to Dr. Bhagats's Reply Brief.

Page 2
August 1, 2014

        Very truly yours,

        SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.

        */s/Michael F. Barrett*
        MICHAEL F. BARRETT
        MARY T. GIDARO

cc:    Joseph R. Lang, Esq.
       Stephen A. Grossman, Esq.