UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)   MDL No. 2419<br>)   Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Naming Saint Thomas Outpatient Neurosurgical Center, LLC. | )<br>)<br>)<br>)<br>) |

**UPDATED COMPARISON CHART OF PROPOSED DISCOVERY AND BELLWETHER TRIAL PLANS**

As requested by Magistrate Judge Boal during the July 17, 2014, hearing and in the subsequent Electronic Order [Dkt. No. 1276], the Plaintiffs' Steering Committee ("PSC") submitted on July 24, 2014, a chart [Dkt. No. 1292-1] comparing the discovery and bellwether trial schedules proposed by the PSC and Defendants Saint Thomas West, formerly known as St. Thomas Hospital; Saint Thomas Network; Saint Thomas Health; Ascension Health; Ascension Health Alliance; Saint Thomas Outpatient Neurosurgical Center, LLC; the Howell Allen Clinic, P.C.; John W. Culclasure, M.D.; and Debra V. Schamberg, R.N. (collectively, the "Tennessee Defendants"), and reflecting the discussions and agreements reached among the parties during their meet-and-confer sessions on the proposed schedules.

In the July 24, 2014, chart, the PSC presented the parties' proposals and agreements as the PSC understood them to be at that time. The PSC also offered the Tennessee

Defendants a chance to review the chart before filing, but it was not until the evening on the Court-imposed due date that counsel for Defendants notified the PSC that they disagreed with the PSC's chart and intended to file their objections separately with the Court. Thus the PSC filed their chart, in order to comply with the July 24, 2014, deadline set by the Court, but noted the Defendants' objection in a footnote.

Since then, the parties agreed that providing an updated comparison chart to the Court would be preferable to the Court than making separate filings and the parties worked together to create an updated comparison chart that they agree accurately outlines the parties' positions. That updated comparison chart is attached here as Exhibit A, and replaces and supersedes the previously filed chart.

Dated:  August 1, 2014                                    Respectfully submitted,

/s/ Mark Chalos
_____
Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301

1189035.1

Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA 30328
Telephone: (404) 451-7781
Facsimile: (404) 506-9223
marc@markzamora.com

        J. Gerard Stranch, IV
        Benjamin A. Gastel
        BRANSETTER, STRANCH & JENNINGS PLLC
        227 Second Avenue North
        Nashville, TN  37201
        Telephone:  (615) 254-8801
        Facsimile:  (615) 255-5419
        gerards@branstetterlaw.com
        beng@branstetterlaw.com

        *Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Mark P. Chalos, hereby certify that I caused a copy of the foregoing and its Exhibit A to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: August 1, 2014

/s/ Mark Chalos

1189035.1