UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND
COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

MDL No. 1:13-md-2419-FDS

## ENTRY OF APPEARANCE

I, Andrew Howden, enter my appearance Pro Se. Per MDL Order No. 7, Document 438, I am an unaffiliated defendant. I was named as a Third Party Defendant in Civil Action No. 7:14-cv-00095 filed in the Commonwealth of Virginia which was then removed to the Federal District Court for the Western District of Virginia. I was provided with a stipulation to answer, plead or otherwise respond to the third party action by agreement through July 1, 2014 when the action was referred to the MDL in the District of Massachusetts.

Defendant

Dated: June 30, 2014

Andrew Howden, Pro Se – Unaffiliated

206 Washington st.
Northbridge MA 01534