UNITED STATES DISTRICT
COURT DISTRICT OF
MASSACHUSETTS

IN RE: NEW ENGLAND           :
COMPOUNDING PHARMACY, INC.   :
PRODUCTS LIABILITY LITIGATION :
                             :  MDL No. 1:13-md-2419-FDS
                             :
                             :

### ENTRY OF APPEARANCE

I, Mark Zachem, enter my appearance Pro Se. Per MDL Order No. 7, Document 438, I am an unaffiliated defendant. I was named as a Third Party Defendant in Civil Action No. 7:14-cv-00095

Mark Zachem Pro Se – Unaffiliated Defendant
200 Healey Terrace
Brockton, MA  02301

Dated: July 31, 2014