# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## LEAD COUNSEL'S MOTION TO APPEAR TELEPHONICALLY

Pursuant to MDL Order No. 4 [Dkt. 86], Lead Counsel hereby moves the Court for leave to appear telephonically at the August, 7, 2014 status conference.

The next MDL status conference is set for August 7, 2014. Lead counsel, Thomas M. Sobol, has a family commitment that will keep him out of state that day. Mr. Sobol thus respectfully requests the Court's permission to participate by telephone.

Dated: August 6, 2014

Respectfully submitted,

**/s/ Thomas M. Sobol**
Thomas M. Sobol (BBO # 471770)
Kristen A. Johnson (BBO # 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 6, 2014, a true and exact copy of the foregoing was filed with this the Clerk of the Court using the ECF system that sent a notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

**/s/ Thomas M. Sobol**
Thomas M. Sobol (BBO # 471770)