UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES LITIGATION | ) ) ) MDL No. 2419 |
| THIS DOCUMENT RELATES TO: All Actions | ) Master Dkt.: 1:13-md-02419-RWZ ) ) |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFFS' STEERING COMMITTEE'S
MOTION TO AMEND PREVIOUSLY FILED COMPLAINTS**

Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health (collectively referred to as the "Saint Thomas Entities") and Ascension Health and Ascension Health Alliance ("Ascension Parties") hereby move for an extension of time to respond to the Plaintiffs' Steering Committee ("PSC")'s Motion to Amend Previously Filed Complaints (Docket No. 1291), from August 7, 2014, to September 4, 2014. The PSC assents to this motion. As grounds for this motion, the Saint Thomas Entities and Ascension Parties state that the extension will allow counsel additional time to analyze the issues presented in the motion and respond in an efficient and orderly manner.

WHEREFORE, the Saint Thomas Entities and Ascension Parties move for an extension of time from August 7, 2014 to September 4, 2014, to respond to the PSC's Motion to Amend, Docket No. 1291.

2594659.1

Respectfully submitted,

SAINT THOMAS WEST HOSPITAL, FORMERLY KNOWN AS ST. THOMAS HOSPITAL, SAINT THOMAS NETWORK, SAINT THOMAS HEALTH, ASCENSION HEALTH ALLIANCE AND ASCENSION HEALTH

By its attorneys,

*/s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 439-2000

Dated:  August 6, 2014

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450

Marcy Hogan Greer*
Texas State Bar No. 08417650
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
mgreer@adjtlaw.com
(512) 482-9300
(512) 482-9303 (FAX)

*Appearing *Pro Hac Vice*

2594659.1

-3-

ASSENTED-TO:

*/s/ Benjamin A. Gastel*
Benjamin A. Gastel
Branstetter Stranch & Jennings, PLLC
227 Second Avenue North, Fourth Floor
Nashville, TN 37201-1631
(615) 254-8801
beng@branstetterlaw.com


## CERTIFICATE OF SERVICE

  This certifies that a true and accurate copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 6th day of August, 2014.

              */s/ Sarah P. Kelly*
              SARAH P. KELLY

2594659.1