UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419<br>Judge Rya W. Zobel |
| This document relates to:<br>ALL CASES |  |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney James F. Neale of McGuireWoods LLP, 310 4th St. NE, Ste. 300, P.O. Box 1288, Charlottesville, VA 22902-1288 hereby notifies the Court and all counsel of his appearance as counsel for Defendant Insight Health Corp. in the above-captioned matter.

Respectfully submitted,

INSIGHT HEALTH CORP.

DATE: August 6, 2014

*/s/ James F. Neale*_____
James F. Neale (VA Bar No. 43060)
McGUIREWOODS LLP
310 4th St. NE
Ste. 300, P.O. Box 1288
Tel: (434) 977-2582
Fax: (434) 980-2263
jneale@mcguirewoods.com

1

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and correct copy of the foregoing Notice of Appearance to be filed electronically via CM/ECF this 6th day of August, 2014, which will send a Notification of Electronic Filing (NEF) to all counsel of record registered to receive such notice.

      */s/ James F. Neale*_____
James F. Neale (VA Bar No. 43060)
McGUIREWOODS LLP
310 4th St. NE
Ste. 300, P.O. Box 1288
Tel: (434) 977-2582
Fax: (434) 980-2263
jneale@mcguirewoods.com

*Counsel for Insight Health Corp.*

59050537_1