UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Susan M. Edwards v. Unifirst Corporation, et al. ) <br> Docket No. 13-CV-13209 ) <br> _____) | Master Docket No. 1:13-md-2419-RWZ |

## NOTICE OF APPEARANCE OF COUNSEL

In accordance with Rule 11(a) of the Fed. R. Civ. P., Clare F. Carroll enters her appearance on behalf of Defendants Medical Advanced Pain Specialists, P.A. and David M. Schultz, M.D.

Respectfully submitted,

/s/ Clare F. Carroll
BBO #564140
McCarthy, Bouley & Barry, P.C.
47 Thorndike Street
Cambridge, MA  02141
(617) 225-2211
cfc@mbblaw.com

DATED:  August 7, 2014

I, Clare F. Carroll, hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 7th day of August, 2014.


<u>/s/ Clare F. Carroll</u>
Attorney Clare F. Carroll

2