# EXHIBIT 1

## UniFirst's Proposed Pretrial Schedule

| Event | Deadline |
|---|---|
| **Common Issue Fact Discovery** | |
| Court enters scheduling order | X |
| Common issue initial disclosures under Rule 26 | X + 1 month |
| Service of common issue written discovery | X + 2 months |
| Objections and responses to common issue written discovery | X + 3 months |
| Completion of common issue document production | X + 6 months |
| Filing of motions to compel common issue written discovery | X + 7 months |
| Depositions of fact witnesses regarding common issues | X + 7 months – X + 11 months |
| Close of common issue fact discovery | X + 11 months[1] |
| **Common Issue Expert Discovery** | |
| Plaintiffs to serve expert reports for experts who will testify on common issues | X + 12 months |
| Defendants to serve expert reports for experts who will testify on common issues | X + 14 months |
| Plaintiffs to file any motions for leave to file rebuttal expert reports (attaching proposed reports) | X + 15 months |
| Defendants to serve any surrebuttal expert reports | X + 16 months |
| Depositions of expert witnesses regarding common issues | X + 16 months – X + 18 months |
| Common issue expert discovery complete | X + 18 months |
| **Common Issue Dispositive Motions[2]** | |
| Common issue Rule 56 motions | Motions filed X + 19 months<br>Oppositions by X + 20 months<br>Replies by X + 20.5 months |

---

[1] This deadline assumes that any motions to compel are resolved and any supplemental productions ordered by the Court are made within a timeframe consistent with this proposed schedule.

[2] UniFirst already has filed a motion to dismiss all cases for failure to state a claim. Under the current schedule, the PSC will file its response to UniFirst's Motions to Dismiss by August 25, 2014, and UniFirst will file its reply brief by September 16, 2014.

1

# UniFirst's Proposed Pretrial Schedule

| Event | Deadline |
|---|---|
| **Selection of 20 Bellwether Cases for Full Case-Specific Discovery** | |
| All Plaintiffs in the MDL to serve completed Plaintiff Profile Forms ("PPF") and records releases | X + 1 month |
| Defendants to notify Plaintiffs of any claimed material deficiencies in the PPFs and records releases | X + 4 months |
| Plaintiffs to cure any claimed material deficiencies in the PPFs and records releases | X + 6 months |
| Defendants to collect and review plaintiffs' medical records and to review PPFs for newly-filed cases[3] | X + 6 months – X + 16 months |
| Parties meet and confer concerning appropriate categories/buckets for case-specific discovery | X + 16 months |
| PSC and Defendants each select 20 cases to include in case-specific discovery pool and submit briefs in support of their selections | X + 18 months |
| Court selects 20 of the 40 proposed cases for case-specific discovery | X + 20 months |
| **Case-Specific Schedule** | |
| Amended complaints as to the 20 cases selected for case-specific discovery | X + 21 months |
| Case-specific motions to dismiss (as to any of the 20 cases) | Motions filed X + 22 months<br>Oppositions by X + 23 months<br>Replies by X + 24 months |
| Case-specific fact and expert discovery | X + 24 months – X + 30 months, with interim deadlines to be set at a later date |
| Case-specific Rule 56 motions | Motions filed X + 31 months<br>Oppositions by X + 32 months<br>Replies by X + 33 months |
| PSC and Defendants propose 10 cases each for bellwether trials and submit briefs in support of their selections | Two weeks after the resolution of case-specific motions for summary judgment |
| Court selects 6 of the 20 cases to proceed to trial and sets trial order/dates | Approximately X + 36 months |

---

[3] For any cases filed after entry of this order, plaintiffs shall serve completed PPFs and medical records releases within 2 weeks of filing; defendants shall notify such plaintiffs of any material deficiencies within 2 weeks of receipt of these forms; and such deficiencies shall be cured within 2 weeks of notification.