UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE NEW ENGLAND                           :
COMPOUNDING PHARMACY, INC.                  :    MDL No. 2419
PRODUCTS LIABILITY LITIGATION               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x    Master Docket No. 1:13-md-2419-FDS
This Document Relates to:                   :
     All Actions                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## MOTION FOR LEAVE TO WITHDRAW
## APPEARANCE AS COUNSEL OF RECORD

Pursuant to Local Rule 83.5.2(c), Matthew J. Matule, Albert L. Hogan, III and Ron E. Meisler of Skadden, Arps, Slate, Meagher & Flom LLP, hereby move this Court for leave to withdraw their appearance as counsel of record for Insight Health Corp. in the above-captioned actions. Attorneys Stephen D. Busch, Diane Flannery, James F. Neale, Christopher E. Trible and Samuel T. Towell of McGuireWoods LLP,[1] have appeared for and continue to represent Insight Health Corp. herein.

Dated: August 11, 2014
      Boston, Massachusetts

Respectfully submitted,

/s/ Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
Matthew.Matule@skadden.com

Counsel for Insight Health Corp.

Albert L. Hogan, III (admitted *pro hac vice*)
Ron E. Meisler (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
Al.Hogan@skadden.com
Ron.Meisler@skadden.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 11, 2014.

Dated: August 11, 2014

/s/ Matthew J. Matule
Matthew J. Matule

---

[1] Stephen D. Busch, Diane Flannery, Christopher E. Trible and Samuel T. Towell, McGuireWoods LLP, One James Center, 901 E. Cary Street, Richmond, VA 23219 and James F. Neale, McGuireWoods LLP, Court Square Building, 310 Fourth Street, N.E., Suite 300, Charlottesville, VA 22902.