# Exhibit 1



Follow Us

RadPortal   ResultsByInsight   GO

Home   About Us   Mobile Imaging   Imaging Centers   Center Locations   Newsroom   Contact Us

Home > Press Releases > Center for Diagnostic Imaging (CDI) and Insight Imaging Announce Plans to Merge

### Newsroom

- Press Releases
  Media Clips
  Corporate Filings

## Center for Diagnostic Imaging (CDI) and Insight Imaging Announce Plans to Merge

**Insight Imaging and Center for Diagnostic Imaging Announce Merger, Creating One of the Largest Diagnostic Imaging Companies in the Nation**

Lake Forest, CA – Minneapolis, MN - Insight Imaging, Inc. ("Insight"), based in Lake Forest, CA, and Center for Diagnostic Imaging, Inc. ("CDI"), based in Minneapolis, MN, two of the nation's leading imaging providers, today announced plans to combine. Together, Insight and CDI will form one of the nation's largest medical imaging and related services organizations, with a footprint of 116 fixed centers in 25 states and 90 mobile MRI and PET/CT units. The transaction is expected to close in July.

To facilitate this combination, Black Diamond Capital Management, L.L.C. ("Black Diamond"), through investment funds it manages that collectively own a majority interest in Insight, will lead an investment in Insight that will buy out the owners of CDI, including Onex Corporation, (TSX:OCX), at the completion of the merger. Onex Corporation has owned a controlling interest in CDI for the past seven years.

The combined company will be headquartered at CDI's current offices in Minneapolis, though the management team intends to maintain a presence at Insight's California office for the foreseeable future.

"Bringing Insight and CDI together is the right thing to do for patients and customers across the country," said Robert Baumgartner, who will be Executive Chairman of the Board of the combined organization. "Although our services are provided locally, this merger provides our collective team with the opportunity to share best practices, continue to affect public policy in a positive way for our patients, further develop close payor relationships, expand clinical services, leverage combined financial strength, and improve efficiencies, all necessary elements in today's healthcare environment."

Tom Tomlinson, current Chief Executive Officer (CEO) of CDI, will become the combined company's new CEO. "Tom's extensive experience and proven track record of growth and leadership, both within the imaging business as well as in other industries, will help our organization continue to grow and prosper," said Mr. Baumgartner. Mr. Tomlinson has previously held positions as Chief Financial Officer, Chief Operating Officer, President and Chief Executive Officer at CDI during his ten-year tenure with the organization.

Kip Hallman, CEO of Insight, will stay with the organization through the finalization of the merger in July. "Our Board of Directors thanks Kip and his executive team for their leadership and contributions to the success of both Insight and this merger," said Stephen Deckoff, founder and Managing Principal of Black Diamond. "We are proud to be a part of this transaction. We believe this combination creates the strongest company in the industry and are looking forward to capitalizing on our combined strength to further our growth and enhance the services we provide to our patients and customers."

Mr. Hallman added, "I am proud to have accomplished what we set out to do four years ago, to match Insight's exceptional Patients First care and outstanding service with equally strong financial performance. It has been a privilege to build and lead the great team responsible for making this happen. I couldn't be more excited about Insight joining forces with CDI to form one of the largest and, in my view, clearly the best radiology and imaging services company in the nation."

"We are bringing together two companies dedicated to excellence in clinical quality and patient care," said Mr. Tomlinson of the news. "We share a foundational commitment of bringing to our communities high quality, easily accessible radiology and related services through partnerships with physicians and hospitals. Together, we look forward to continued growth and success."

###

**About Insight Imaging**
Insight Imaging, headquartered in Lake Forest, California, is a provider of fixed-site and mobile diagnostic imaging services. Insight Imaging serves a diverse portfolio of customers, including healthcare providers, such as hospitals and physicians, and payors, such as managed care organizations, Medicare, Medicaid and insurance companies in over 30 states, including the following targeted regional markets: California, Arizona, Texas, New England, the Carolinas, Florida and the Mid-Atlantic states. For more information, please visit www.insighthealth.com.

**About Center for Diagnostic Imaging (CDI)**
Headquartered in Minneapolis, Center for Diagnostic Imaging (CDI) is a leader in high-quality, cost effective outpatient radiology imaging services since 1981. The organization currently owns and operates 60 diagnostic imaging centers in nine states, including Florida, Illinois, Indiana, Ohio, Minnesota, Missouri, South Dakota, Washington and Wisconsin. CDI partners with radiologists, hospitals and health systems to offer physician-led radiology services and the expertise of subspecialized radiologists focused on neurological, spine, musculoskeletal, body, breast and cardiovascular imaging, in addition to advanced diagnostic injections and pain management procedures. For more information, please visit www.CDIradiology.com

**About Black Diamond Capital Management**
Black Diamond is a leading alternative asset management firm with over $11 billion in assets under management across four complementary investment platforms: control distressed/private equity funds, a hedge fund, mezzanine funds and CLO and other structured vehicles. Founded in 1995, Black Diamond has multiple offices including Greenwich, CT, Lake Forest, IL and London, England.



Terms of Use    Privacy Statement    Notice of Privacy Practices    Site Map

Home    About Us    Center Locations    Careers    Contact Us    Make a Payment

© 2013 Insight Imaging. All Rights Reserved