# Exhibit 4

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

BARBARA J. FILSON,             )
                               )
    Plaintiff,                 )
                               )
v.                             )    Case No. CL122575-00
                               )
INSIGHT HEALTH CORP., *et al.*,)
                               )
    Defendants.                )

### PLAINTIFF'S FIRST INTERROGATORIES AND FIRST REQUEST FOR ADMISSION TO THE DEFENDANTS

COMES NOW the plaintiff, by counsel, and serves this her First Interrogatories and First Request for Admission to the Defendants.

### INTERROGATORIES

1. State the name, street address and telephone number of all persons who have any knowledge of facts and/or opinions relevant to the allegations set forth in the plaintiff's Complaint (including, but not limited to, the elements of causation and/or damages) and state a summary of each person's suspected knowledge. Include in this answer the identity of the person who prepared Barbara Filson's billing records.

**ANSWER:**


2. State with specificity all of the information required by Rule 4:1 of the Rules of the Supreme Court of Virginia for any and all persons you expect to call as expert witnesses in this matter.

**ANSWER:**

3. State whether there is any insurance applicable to this claim. If so, state:

    (a) the name of each insurance carrier;
    (b) the limits of coverage applicable to this claim; and
    (c) whether any insurance carrier is defending this claim under a reservation of rights and if so, the identity of each such insurance carrier.

**ANSWER:**

### REQUEST FOR ADMISSION

1. [Applies only to Insight Health Corp.] Admit you are a health care provider as defined in Virginia Code § 8.01-581.1.

**RESPONSE:**

2. [Applies only to Insight Health Corp.] Admit you are not a health care provider as defined in Virginia Code § 8.01-581.1.

**RESPONSE:**

BARBARA J. FILSON,

_____
By Counsel

LAW OFFICES
GENTRY LOCKE
RAKES & MOORE
ROANOKE, VIRGINIA

2

J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Barbara J. Filson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2013, the foregoing was served via electronic and regular mail upon Christopher E. Hassell, Esq. 1233 20th Street, N.W., Suite 800, Washington, D.C. 20036, counsel for Insight Health Corp., and John Jessee, Esq., 1800 Wells Fargo Tower, Drawer 1200, Roanoke, Virginia 24006 counsel for Image Guided Pain Management. P.C., John M. Mathis, M.D. and Robert F. O'Brien, M.D.

By Counsel