# Exhibit 6

VIRGINIA

IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

BARBARA J. FILSON, )
        Plaintiff, )
v. ) Case No. CL12-2575
INSIGHT HEALTH CORP., )
JOHN MATHIS, M.D., )
ROBERT F. O'BRIEN, M.D., )
and )
IMAGE GUIDED PAIN MANAGEMENT, )
P.C., )
        Defendants. )

## DEFENDANT INSIGHT HEALTH CORPORATION'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSION

COMES NOW Defendant, Insight Health Corp., (hereinafter referred to as "Insight Health"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby submits their Responses to Plaintiff's Requests for Admissions as follows:

### RESPONSES TO ADMISSIONS

1. Admit you are a health care provider as defined in Virginia Code § 8.01-581.1.

**RESPONSE:** Denied.

2. Admit you are not a health care provider as defined in Virginia Code § 8.01-581.1.

**RESPONSE:** Admitted.

Date:   March 5, 2013

BONNER KIERNAN TREBACH & CROCIATA, LLP

_____
Christopher E. Hassell, Esquire VSB#30469
Clinton R. Shaw, Jr. VSB#37498
Brian J. Gerling, Esquire VSB #75817
1233 20th Street, NW, 8th Floor
Washington, DC  20036
p(202) 712-7000
f(202) 712-7100
chassell@bonnerkiernan.com
cshaw@bonnerkiernan.com
bgerling@bonnerkiernan.com
*Counsel for Insight Health Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served the foregoing Responses to Plaintiff's Request for Admission via regular mail and email this  5th   day of March, 2013 to:

J. Scott Sexton
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
p540.983.9300
f540.983.9400
sexton@gentrylocke.com

and

Rebecca Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA 23219
p804.649.8200
f804. 804.649.1762
rebecca.herbig@bowmanandbrooke.com

and

New England Compounding Center
Its Registered Agent of Process: CT Corporation System
4701 Cox Road
Suite 301
Glen Allen, Virginia, 23060

    and

John Jessee
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
p540.510.3018
f540.510.3050
john.jessee@leclairryan.com

_____
Clinton R. Shaw, Jr.