# Exhibit 11

**VIRGINIA**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| BARBARA J. FILSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CL12-2575 |
| INSIGHT HEALTH CORP., *et al.*, | ) ) ) |
| Defendants. | ) |

### NOTICE OF HEARING

Defendant Insight Health Corp., by and through counsel, Bonner Kiernan Trebach & Crociata LLP, respectfully requests that the Clerk place this matter on the Docket for Tuesday, July 9, 2013 at for a hearing on the Motion for Leave to Amend Admissions and for Reconsideration of Partial Summary Judgment.

Dated this 26th day of June, 2013.

Respectfully submitted,

BONNER KIERNAN TREBACH & CROCIATA, LLP

_____
Christopher E. Hassell, Esq. (VSB No.30469)
Clinton R. Shaw, Jr., Esq. (VSB No. 37498)
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 712-7000
Fax: (202) 712-7100
chassell@bonnerkiernan.com
cshaw@bonnerkiernan.com
Counsel for Defendant Insight Health Corp.

278818-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I caused the foregoing Notice of Hearing of INSIGHT HEALTH CORP., to be served via regular mail and email on this 26th day of June, 2013 to:

J. Scott Sexton, Esq.
Gentry Locke Rakes & Moore, LLP
10 Franklin Road, S.E., Suite 800
P.O. Box 40013
Roanoke, Virginia 24022-0013
P 540.983.9300
F 540.983.9400
sexton@gentrylocke.com

and

Rebecca Herbig, Esq.
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA 23219
P 804.649.8200
F 804.804.649.1762
rebecca.herbig@bowmandandbrooke.com

and

John Jessee, Esq.
LeClair Ryan
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
P 540.510.3018
F 540.510.3050
john.jessee@leclairryan.com

Clinton R. Shaw Jr.

278818-1