# Exhibit 17

P.O. Box 211
Roanoke, VA 24011-0211
Phone: 853-2437
Fax: 853-1040

**Roanoke City Circuit Court**



| To: | J. Scott Sexton, Esquire | From: | Judge Charles N. Dorsey |
|---|---|---|---|
| Fax: | 983-9400 | Pages: | 2 (Excluding cover page) |
| Phone: | | Date: | 20 June 2014 |
| Re: | Roanoke City Circuit Court Case Numbers: CL12-2571, 12-2572, 12-2573, 12-2574, 12-2575, 12-2576, 13-9, 13-54, 13-55, 13-57, 13-370, 13-417, 13-452, 13-453, 13-538, 13-577, 13-584, 13-606, 13-607 and 13-1105 | CC: | |

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

● Comments:

# TWENTY-THIRD JUDICIAL CIRCUIT
## OF VIRGINIA



CHARLES N. DORSEY, JUDGE
ROANOKE CITY COURTHOUSE
315 CHURCH AVENUE, S.W.
P.O. BOX 211
ROANOKE, VIRGINIA 24002-0211
(540) 853-2437
FAX (540) 853-1040
E-MAIL: CDORSEY@COURTS.STATE.VA.US

CIRCUIT COURT FOR THE COUNTY OF ROANOKE
CIRCUIT COURT FOR THE CITY OF ROANOKE
CIRCUIT COURT FOR THE CITY OF SALEM

COMMONWEALTH OF VIRGINIA
20 June 2014

**VIA FACSIMILE**

J. Scott Sexton, Esquire
GENTRY, LOCKE, RAKES & MOORE, LLP
P.O. Box 40013
Roanoke, VA 24022-0013

Stephen D. Busch, Esquire
MCGUIRE WOODS, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

James F. Neale, Esquire
MCGUIRE WOODS, LLP
Court Square Building
310 Fourth Street, N.E., Suite 300
Charlottesville, VA 22902

John T. Jessee, Esquire
LeClairRyan, PC
Drawer 1200
Roanoke, VA 24006

Nancy F. Reynolds, Esquire
LeClair Ryan, PC
Drawer 1200
Roanoke, VA 24006

T. Daniel Frith, III, Esquire
FRITH & ELLERMAN LAW FIRM
P.O. Box 8248
Roanoke, VA 24014

Re:   Roanoke City Circuit Court Case Numbers: CL12-2571, 12-2572, 12-2573, 12-2574, 12-2575, 12-2576, 13-9, 13-54, 13-55, 13-57, 13-370, 13-417, 13-452, 13-453, 13-538, 13-577, 13-584, 13-606, 13-607 and 13-1105

Dear Counsel,

Thank you for your conference call earlier in the week. You have all been a pleasure to work with and are certainly to be commended for having set these matters for trial and begun having them concluded. As I explained, I am presently in Roanoke City only on Thursdays and Fridays. You pointed out that a notice had been filed in these cases, of which I was unaware.

Having returned to Roanoke City I have reviewed a representative file. Congress has constitutionally enacted a legislative delegation of authority to another trial court of equal dignity. Pursuant to that authority the other court is transferring these files. The United States District Court for the Western District of Virginia previously did the same, pursuant to a separate statute, later returning the files.

These files are presently incomplete due to orders not having been tendered on certain rulings that were previously made. Mr. Neale and Mr. Busch argue that this Court is now without jurisdiction to enter orders, even orders reflecting prior rulings, without which these files are incomplete.

As all of you know these files are numerous and voluminous. As of yesterday I have directed Mr. Lance Greene, Chief Deputy Assistant Clerk of this Court, to begin packing these

As all of you know these files are numerous and voluminous. As of yesterday I have directed Mr. Lance Greene, Chief Deputy Assistant Clerk of this Court, to begin packing these files up for transfer. In light of the previous factors and the other business of the clerk's office, I understand that these files should be sent out no earlier than a week from today.

Noting the objections of Mr. Neale and Mr. Busch, the following is ORDERED:

1). The Clerk of this Court is to promptly transfer these enumerated files to the Clerk of the District of Massachusetts U.S. District Court.

2). All drafts of orders reflecting the prior rulings of this Court are to be submitted by counsel by the close of business, 26 June, 2014. Appropriate orders will be entered on 27 June, 2014 and placed with the files being transferred. The hearing previously scheduled for 27 June, 2014 is removed from the docket of this Court and counsel are not to appear.

3). The judicial assistant is to remove all trial dates, pertaining to the enumerated cases, from the docket of this Court, along with any other dates scheduled on these cases.

Enter this 20th day of June, 2014.

_____
Judge Charles N. Dorsey

CND/dco

c:  Brenda S. Hamilton, Clerk,
    Roanoke City Circuit Court
    Lance Greene, Chief Deputy Asst. Clerk
    Diana C. Osborne, Judicial Assistant
    File