# Exhibit 18



**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | |
|---|---|
| BARBARA J. FILSON, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No: CL12-2575 |
| INSIGHT HEALTH CORP., *et al.* | ) |
| Defendants. | ) |

### ORDER

Upon Motion, argument of counsel, and consideration of the pleadings and arguments before the Court, all of which is more particularly set forth and the Court's letter opinion of October 31, 2013 in the case of *Sharon G. Wingate, Executor of the Estate of Douglas Gray Wingate, deceased v. Insight Health Corp., John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain Management, P.C.*, the contents of which are incorporated herein as applicable, the Court makes the following rulings:

1. Defendant Insight Health Corporation's demurrers to all plaintiff's claims and causes of action except the fraud claim (Count V) are OVERRULED;

2. The demurrers filed by defendants John M. Mathis, M.D., Robert F. O'Brien, M.D., and Image Guided Pain, P.C. (collectively the IGPM defendants) to all plaintiff's claims and causes of action except for the fraud claim (Count V) are OVERRULED;

3. Insight Health Corporation and the IGPM defendants demurrers to plaintiff's fraud claim (Count V) are SUSTAINED on the grounds of specificity set forth in the Court's letter opinion, and plaintiff is granted leave to amend her Complaint ~~within 21 days of entry of this order~~; and

4. Insight Health Corporation's Motion to Amend its Responses to Request for Admissions Related to Health Care Provider Status as defined under Va. Code Section 8.01-581.1 is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 27th day of June, 2014.

_____
The Honorable Charles N. Dorsey

SEEN AND OBJECTED TO IN PART:

_____
J. Scott Sexton, Esq. (VSB No. 29284)
Anthony M. Russell, Esq. (VSB No. 44505)
Charles H. Smith, III, Esq. (VSB No. 32891)
H. David Gibson, Esq. (VSB No. 40641)
Benjamin D. Byrd, Esq. (VSB No. 76560)
Daniel R. Sullivan, Esq. (VSB No. 81550)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
russell@gentrylocke.com
smith@gentrylocke.com
gibson@gentrylocke.com
byrd@gentrylocke.com
sullivan@gentrylocke.com

*Counsel for Plaintiff Barbara J. Filson*

A COPY TESTE: BRENDA S. HAMILTON, CLERK
By _____ Deputy Clerk

SEEN AND _____:

_____

John Jessee, Esq. (VSB No. 18745)
Nancy F. Reynolds, Esq. (VSB No. 38236)
1800 Wells Fargo Tower
Drawer 1200
Roanoke, Virginia 24006
john.jessee@leclairryan.com
nancy.reynolds@leclairryan.com

*Counsel for Defendants Image Guided Pain Management and John Mathis, M.D.*

SEEN AND _____: *waived pursuant to notice — Rule 1:13*

_____

Stephen D. Busch, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
sbusch@mcguirewoods.com

James F. Neale, Esq.
McGuire Woods, LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902
jneale@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

3