UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>1:14-cv-12905-RWZ: Epperly v. Insight Health Corp., *et al.*<br>1:14-cv-12908-RWZ: McFarlane v. Insight Health Corp., *et al.*<br>1:14-cv-12910-RWZ: Smith v. Insight Health Corp., *et al.*<br>1:14-cv-12916-RWZ: Kalinoski v. Insight Health Corp., *et al.*<br>1:14-cv-12917-RWZ: Filson v. Insight Health Corp., *et al.*<br>1:14-cv-12919-RWZ: Bradley v. Insight Health Corp., *et al.*<br>1:14-cv-12924-RWZ: Foutz v. Insight Health Corp., *et al.*<br>1:14-cv-12927-RWZ: Whitlow v. Insight Health Corp., *et al.*<br>1:14-cv-12928-RWZ: Harris v. Insight Health Corp., *et al.*<br>1:14-cv-12929-RWZ: Smith v. Insight Health Corp., *et al.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) MDL No. 1:13-md-2419-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION REGARDING THE EXTENSION OF CERTAIN DEADLINES

Defendant Insight Health Corp. ("Insight"), by counsel, has conferred with counsel for each of the plaintiffs in the ten (10) captioned cases ("Roanoke Gentry Locke Plaintiffs"), as well as with counsel for Image Guided Pain Management, P.C.; Dr. John M. Mathis, M.D.; and Dr. Robert R. O'Brien, M.D. (together, "IGPM") regarding the extension of certain deadlines. Together, these three groups represent all the parties to the above captioned cases.

The parties are in the process of preparing for a mediation currently scheduled for September 22 and 23, 2014. As a result, the Gentry Locke Plaintiffs and IGPM have agreed, in accordance with Case Management Order No. 6 (specifically, paragraph D), that Insight need not file any pleadings or motions (including motions to strike) or otherwise respond to any motions or other papers in the captioned cases until thirty (30) days following the conclusion of the mediation at the earliest.

Insight, the Roanoke Gentry Locke Plaintiffs, and IGPM respectfully request that the

Court enter the attached Order to formalize the above-described extension.

Dated:  August 12, 2014
Richmond, Virginia

Respectfully submitted,

/s/ *Samuel T. Towell*
Stephen D. Busch (admitted *pro hac vice*)
Christopher E. Trible (admitted *pro hac vice*)
Samuel T. Towell (admitted *pro hac vice*)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Tel.: (804) 775-1000
sbusch@mcguirewoods.com
ctrible@mcguirewoods.com
stowell@mcguirewoods.com

James F. Neale (admitted *pro hac vice*)
McGuireWoods LLP
Court Square Building
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288
Tel.: (434) 977-2500
Fax: (434) 980-2222
jneale@mcguirewoods.com

Counsel for Insight Health Corp.

/s/ *J. Scott Sexton*
J. Scott Sexton
H. David Gibson
James J. O'Keeffe
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E.
Suite 800
P.O. Box 40013
Roanoke, VA 24022-0013
Tel.: (540) 983-9300
Fax: (540) 983-9400
sexton@gentrylocke.com
gibson@gentrylocke.com
okeeffe@gentrylocke.com

Counsel for Gentry Locke Plaintiffs

/s/ *John T. Jessee*
John T. Jessee
LECLAIRRYAN LLP
1800 Wells Fargo Tower
Roanoke, Virginia 24006
Tel.: (540) 510-3018
Fax: (540) 510-3050
john.jessee@leclairryan.com

Counsel for Image Guided Pain Management,
P.C; Dr. John M. Mathis, M.D.; and Dr.
Robert F. O'Brien, M.D.

---

**CERTIFICATE OF SERVICE**

I, Samuel T. Towell, hereby certify that this
document filed through the CM/ECF system
will be sent electronically to the registered
participants as identified on the Notice of
Electronic Filing and paper copies will be
sent to those indicated as non-registered
participants on August 13, 2014.

Dated: August 12, 2014 /s/ *Samuel T. Towell*
                          Samuel T. Towell

59225244_1