UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>1:14-cv-12905-RWZ: Epperly v. Insight Health Corp., *et al*.<br>1:14-cv-12908-RWZ: McFarlane v. Insight Health Corp., *et al*.<br>1:14-cv-12910-RWZ: Smith v. Insight Health Corp., *et al*.<br>1:14-cv-12916-RWZ: Kalinoski v. Insight Health Corp., *et al*.<br>1:14-cv-12917-RWZ: Filson v. Insight Health Corp., *et al*.<br>1:14-cv-12919-RWZ: Bradley v. Insight Health Corp., *et al*.<br>1:14-cv-12924-RWZ: Foutz v. Insight Health Corp., *et al*.<br>1:14-cv-12927-RWZ: Whitlow v. Insight Health Corp., *et al*.<br>1:14-cv-12928-RWZ: Harris v. Insight Health Corp., *et al*.<br>1:14-cv-12929-RWZ: Smith v. Insight Health Corp., *et al*. | MDL No. 1:13-md-2419-RWZ |

### **[PROPOSED] ORDER EXTENDING CERTAIN DEADLINES PER STIPULATION**

On August 12, 2014, the Defendant Insight Health Corp. and the Plaintiffs represented by Gentry, Locke, Rakes & Moore P.C., and the Defendants Image Guided Pain Management LLC, Robert F. O'Brien, M.D. and John M. Mathis, M.D. submitted a joint motion to extend deadlines for Insight Health Corp. to file responsive pleadings, motions, and other papers in response to the Amended Complaints filed and any cross claims that may be filed in the captioned cases as a result of pending mediation. This Court finds good cause for the Motion and hereby grants the Motion and orders as follows:

All deadlines that would otherwise be applicable to Insight Health Corp. are stayed until 30 days following the conclusion of mediation currently set to begin in September, or as further ordered by the Court.

1

**So Ordered.**

                                                                                 _____
                                                                                Rya W. Zobel
                                                                                United States District Judge

Dated: _____, 2014