UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>1:14-cv-12905-RWZ: Epperly v. Insight Health Corp., *et al*.<br>1:14-cv-12908-RWZ: McFarlane v. Insight Health Corp., *et al*.<br>1:14-cv-12910-RWZ: Smith v. Insight Health Corp., *et al*.<br>1:14-cv-12916-RWZ: Kalinoski v. Insight Health Corp., *et al*.<br>1:14-cv-12917-RWZ: Filson v. Insight Health Corp., *et al*.<br>1:14-cv-12919-RWZ: Bradley v. Insight Health Corp., *et al*.<br>1:14-cv-12924-RWZ: Foutz v. Insight Health Corp., *et al*.<br>1:14-cv-12927-RWZ: Whitlow v. Insight Health Corp., *et al*.<br>1:14-cv-12928-RWZ: Harris v. Insight Health Corp., *et al*.<br>1:14-cv-12929-RWZ: Smith v. Insight Health Corp., *et al*. | MDL No. 1:13-md-2419-RWZ |

**CORRECTED**
**JOINT STIPULATION REGARDING THE EXTENSION OF CERTAIN DEADLINES**

Defendant Insight Health Corp. ("Insight"), by counsel, has conferred with counsel for each of the plaintiffs in the ten (10) captioned cases ("Roanoke Gentry Locke Plaintiffs"), as well as with counsel for Image Guided Pain Management, P.C.; Dr. John M. Mathis, M.D.; and Dr. Robert R. O'Brien, M.D. (together, "IGPM") regarding the extension of certain deadlines. Together, these three groups represent all the parties to the above captioned cases.

The parties are in the process of preparing for a mediation currently scheduled for September 22 and 23, 2014. As a result, the Gentry Locke Plaintiffs and IGPM have agreed, in accordance with Case Management Order No. 6 (specifically, paragraph D), that Insight need not file any responsive pleadings or motions (including motions to strike) or otherwise respond to the Amended Complaints or any cross claim filed in the above matters until thirty (30) days

1

following the conclusion of the mediation at the earliest, or as further ordered by this Court upon motion.

Insight, the Roanoke Gentry Locke Plaintiffs, and IGPM respectfully request that the Court enter the attached Order to formalize the above-described extension.

Dated: August 12, 2014
Richmond, Virginia

Respectfully submitted,

| /s/ *Samuel T. Towell* | /s/ *J. Scott Sexton* |
|---|---|
| Stephen D. Busch (admitted *pro hac vice*) | J. Scott Sexton |
| Christopher E. Trible (admitted *pro hac vice*) | H. David Gibson |
| Samuel T. Towell (admitted *pro hac vice*) | James J. O'Keeffe |
| McGUIREWOODS LLP | GENTRY LOCKE RAKES & MOORE, LLP |
| One James Center | 10 Franklin Road, S.E. |
| 901 East Cary Street | Suite 800 |
| Richmond, VA 23219 | P.O. Box 40013 |
| Tel.: (804) 775-1000 | Roanoke, VA 24022-0013 |
| sbusch@mcguirewoods.com | Tel.: (540) 983-9300 |
| ctrible@mcguirewoods.com | Fax: (540) 983-9400 |
| stowell@mcguirewoods.com | sexton@gentrylocke.com |
|  | gibson@gentrylocke.com |
| James F. Neale (admitted *pro hac vice*) | okeeffe@gentrylocke.com |
| McGuireWoods LLP |  |
| Court Square Building | Counsel for Gentry Locke Plaintiffs |
| 310 Fourth Street, N.E. |  |
| Suite 300 | /s/ *John T. Jessee* |
| Charlottesville, VA 22902-1288 | John T. Jessee |
| Tel.: (434) 977-2500 | LECLAIRRYAN LLP |
| Fax: (434) 980-2222 | 1800 Wells Fargo Tower |
| jneale@mcguirewoods.com | Roanoke, Virginia 24006 |
|  | Tel.: (540) 510-3018 |
| Counsel for Insight Health Corp. | Fax: (540) 510-3050 |
|  | john.jessee@leclairryan.com |

Counsel for Image Guided Pain Management, P.C; Dr. John M. Mathis, M.D.; and Dr. Robert F. O'Brien, M.D.

### CERTIFICATE OF SERVICE

I, Samuel T. Towell, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 13, 2014.

Dated: August 12, 2014   /s/ *Samuel T. Towell*
                   Samuel T. Towell

59429166_4

3