UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br>  ) <br> THIS DOCUMENT RELATES TO ) <br> SUITS NAMING: ) <br>  ) <br> Specialty Surgery Center, Crossville, PLLC ) <br>  ) <br> OR ) <br>  ) <br> Kenneth Lister, MD, PC ) <br>  ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

### Corporate Disclosure Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendants Specialty Surgery Center, Crossville, PLLC ("SSC") and Kenneth Lister, MD, PC ("Dr. Lister's Practice") file this corporate disclosure statement.

SSC is a non-governmental company. SSC does not have any parent corporations. No publicly-held corporation owns ten percent (10%) or more of SSC's stock.

Dr. Lister's Practice is a non-governmental company. Dr. Lister's Practice does not have any parent corporations. No publicly-held corporation owns ten percent (10%) or more of Dr. Lister's Practice's stock.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

***Attorneys for SSC and Dr. Lister's Practice***

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 13th day of August, 2014.

/s/ Chris J. Tardio
**Chris J. Tardio**