UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO SUITS NAMING:<br><br>Saint Thomas Outpatient Neurosurgical Center, PLLC<br><br>OR<br><br>Howell Allen Clinic, a Professional Corporation | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |

**<u>Corporate Disclosure Statement</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendants Saint Thomas Outpatient Neurosurgical Center, LLC ("STOPNC") and Howell Allen Clinic, a Professional Corporation ("Howell Allen") file this corporate disclosure statement.

STOPNC is a non-governmental company. STOPNC does not have any parent corporations. No publicly-held corporation owns ten percent (10%) or more of STOPNC's stock.

Howell Allen is a non-governmental company. Howell Allen does not have any parent corporations. No publicly-held corporation owns ten percent (10%) or more of Howell Allen's stock.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

***Attorneys for STOPNC and Howell Allen***

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 13th day of August, 2014.

/s/ Chris J. Tardio
**Chris J. Tardio**

2