UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>     All Cases | ) ) ) ) MDL No. 1:13-md-2419-RWZ ) ) ) ) ) |

**CHAPTER 11 TRUSTEE'S NOTICE REGARDING ACCESS TO INSPECT NECC FACILITY IN ACCORDANCE WITH THIS COURT'S AUGUST 12, 2014 ORDER**

On August 12, 2014, this Court entered an Order [Doc. No. 1332] addressing various matters that had been heard at the August 7, 2014 status conference. With respect to the Chapter 11 Trustee's Notice Regarding Further Relief from Preservation Order [Doc. No. 1174] and the Preservation Requests filed in response thereto [Doc. Nos. 1214, 1215, 1219], which concerned the preservation of remaining property of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), this Court ordered, among other things, that "the Trustee shall allow access to the facility for three days during the month of August to any counsel who wish to inspect the place and any items remaining there." Order at 4.

In accordance with this Court's Order, Paul D. Moore, the chapter 11 trustee (the "Trustee") of NECC, will provide interested counsel access to the NECC facility on the following days:

- Wednesday, August 20, 2014;
- Thursday, August 21, 2014; and
- Friday, August 22, 2014.

Any counsel who wish to inspect the facility on these dates should contact counsel to the Trustee as soon as possible to coordinate the date, time and logistics of their inspection. The appropriate contact person for counsel to the Trustee is: Stephen Johnson, Duane Morris LLP,

100 High Street, Suite 2400, Boston, MA 02110; Phone: (857) 488-4238; Email: smjohnson@duanemorris.com.

Dated: August 14, 2014

Respectfully submitted,

DUANE MORRIS LLP

*/s/ Michael R. Gottfried*
Michael R. Gottfried (BBO #542156)
100 High Street
Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200
Email: mrgottfried@duanemorris.com

*Counsel for Paul D. Moore, Chapter 11 Trustee of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center*

**Certificate of Service**

I, Michael R. Gottfried, hereby certify that on August 14, 2014, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.  This document was also served by first class mail, postage prepaid, upon the parties listed on the attached Service List.

/s/ *Michael R. Gottfried*
Michael R. Gottfried

**SERVICE LIST**

Darrel Cummings, DC# 088532
South Bay Correctional Facility
P.O. Box 7171
South Bay, FL 33493

Alan M. Winchester
Harris Beach, PLLC
100 Wall Street
New York, NY 10005

Arthur P. Brock
Spears, Moore, Rebman & Williams, PC
801 Broad Street, 6th Floor
Chattanooga, TN 37402

Brett J. Bean
Hackney, Grover, Hoover & Bean
1715 Abbey Road, Suite A
East Lansing, MI 48823

C. Mark Hoover
Hackney, Grover, Hoover & Bean
1715 Abbey Road, Suite A
East Lansing, MI 48823

Cara E. Weiner
Spears, Moore, Rebman, & Williams, PC
801 Broad Street, 6th Floor
Chattanooga, TN 37402

Chad Trudeau
29 B Bellingham Road
Blackstone, Ma 01504

Christopher M. Wolk
Law Offices of Jay J. Blumberg, ESQ.
P.O. Box 68
Woodbury, NJ 08096

Clinton R. Shaw
Bonner, Kiernan, Trebach & Crociata, LLP
1233 20th St, N.W., Suite 800
Washington, DC 20036

Frank A. Gerolamo
Gerolamo, McNulty, Divis & Lewbart
121 South Broad Street, Suite 1400
Philadelphia, PA 19107

John B. Bennett
Spears, Moore, Rebman & Williams, PC
801 Broad Street, 6th Floor
Chattanooga, TN 37402

John T. Sly
Waranch & Brown, LLC
1301 York Road, Suite 300
Lutherville, MD 21093

Joseph R. Lang
Lenox, Socey, Formidoni, Giordano,
Cooley, Lang & Casey, LLC
3131 Princeton Pike
Building 1B, Suite 104
Lawrenceville, NJ 08648

Mary M. Bers
Office of Attorney General (TN)
P.O. Box 20207
Nashville, TN 37202

Randy J. Hackney
Hackney, Grover, Hoover & Bean
1715 Abbey Road, Suite A
East Lansing, MI 48823

Scott C. Bentivenga
Lewis Brisbois Bisgaard & Smith, LLP
550 West Adams Street, Suite 300
Chicago, IL 60661

Christopher T. Cain, Esq.
Thomas S. Scott, Jr., Esq.
Scott & Cain
Bank of America Building
550 W. Main Avenue, Suite 601
Knoxville, TN 37902