

August 22, 2014

The Honorable Rya W. Zobel
Senior Judge
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

> Re:    MDL No. 1:13-MD-2419-RWZ; In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation; United States District Court, District of Massachusetts
>
> This document related to Henley v. UniFirst Corporation, et al.
> Civil Action No. 14-CV-10373-RWZ

Dear Judge Zobel:

Please be advised that this firm represents Defendants Abby P. Ghermay, M.D. and Dallas Back Pain Management/Momentum Pain Management in the above referenced matter. Currently before Your Honor is Defendants' Motion to Dismiss Plaintiffs Complaint Pursuant to Rule 12(b)(6) [Dkt. 1208 & Brief in Support Dkt. 1209].

This Motion has been opposed [Dkt. 1241] and all briefing on this Motion has been concluded.  No hearing is necessary and the Defendants respectfully request that Your Honor rule on the Motion based upon the briefs.  By copy of this correspondence, I am notifying my adversary and all other counsel of record of this request..

Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to contact me.

Yours very truly,



Elizabeth M. Fraley

KLR:kr

cc:    James E. Girards (Via Facsimile)

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | § § § § § § § § § § § |

MDL No. 2419
Dkt. No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO:

Henley v. UniFirst Corporation, et al.
Civil Action No. 14-CV-10373-RWZ

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2014, I electronically filed the foregoing letter to Judge Zobel with the Clerk of the Court using the ECF System for the U. S. District Court, District of Massachusetts which will send notification of such filing to all registered participants.

/s/ *Elizabeth M. Fraley*
Elizabeth M. Fraley

Via Facsimile
Mr. Jim Girards
Girards Law Firm
10000 N. Central Expy, Suite 400
Dallas, Texas 75231
Attorney for the Plaintiff