# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

### Motion to Withdraw Counsel

The undersigned counsel, files this motion to withdraw as counsel for Plaintiff Maria Leticia Lumbreras.

Plaintiff Maria Leticia Lumbreras agrees and consents to this withdrawal.

Plaintiff Maria Leticia Lumbreras requests that she be provided with notice and service to the following address:

Maria Leticia Lumbreras
1520 Benavides, Apt. C
Laredo, Texas 78040
Ph. 956 ~~795-3482~~ 413-1984
Email: mllumbreras@elisd.org ; letylumbrerasx@gmailcom

Plaintiffs and the undersigned counsel request that the court enter the order allowing withdrawal of the undersigned counsel.

Dated:  August 5, 2014

Respectfully submitted,

/s/ Ronald Rodriguez
Ronald Rodriguez,
LAW OFFICE OF RONALD RODRIGUEZ
915 Victoria Street
Laredo, Texas 78040
956 / 796-1000
956/796-1002

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2014, I electronically filed the foregoing document with the Clerk for the United States District Court for the District of Massachusetts by using the Court's CM/ ECF system, which will automatically send email notification of such filing to all counsel of record and will likewise be available electronically to any attorneys of record who subsequently appear in this matter.

Respectfully submitted,

/s/ Ronald Rodriguez
Ronald Rodriguez

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

### Order on Motion to Withdraw Counsel

After considering The Law Offices of Ronald Rodriguez and Plaintiff Maria Leticia Lumbreras, motion to withdraw counsel the court grants the motion and hereby withdraws Ronald Rodriguez and the Law Offices of Ronald Rodriguez, PC and discharges them from further obligations to represent the Plaintiff Maria Leticia Lumbreras in this matter.

The court further orders that Plaintiff Maria Leticia Lumbreras shall receive notice and service to the following address and the clerk is ordered to make the appropriate entries into the system:

Maria Leticia Lumbreras
1520 Benavides, Apt. C
Laredo, Texas 78040
Ph. 956~~713-2142~~ 413 - 1984
Email: mllumbreras@elisd.org ; letylumberas ø @ gmail. com

Signed on _____.

_____

Judge Presiding

Agreed:

*[signature]*

Maria Leticia Lumbreras