V I R G I N I A:

    IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

- - - - - - - - - - - - - - - -
                             :

SHARON G. WINGATE, Executor  :
of the Estate of DOUGLAS     :
GRAY WINGATE, Deceased,      :
                             :
        Plaintiff        :
                             :
v.                        :   CASE NO. CL12-2547
                             :
INSIGHT HEALTH CORP., et al.,:
                             :
        Defendants      :
                             :
- - - - - - - - - - - - - - - - -


                         FEBRUARY 27, 2013
                         2:00 P.M.


             HEARD BEFORE:

      THE HONORABLE CHARLES N. DORSEY




          CENTRAL VIRGINIA REPORTERS

            P. O. BOX 12628

           ROANOKE, VA  24027

            (540) 380-5017

**EXHIBIT 2**

45

1          MR. RUSSELL:  Should we refer to you

2     now as Father or Judge?

3          MR. SEXTON:  His Eminence.

4          MR. SHAW:  Cardinal.

5          THE COURT:  All right.  Thank you all.

6     Let me read over everything and consider it,

7     and I'll get you an answer just as soon as I

8     can.

9          I have also -- and I noted to

10    Mr. Shaw -- well, I tell you what.  There are

11    some administrative issues about how we need

12    to handle things with the loss of one circuit

13    judge tomorrow and the loss of a second

14    circuit judge a month later.

15         I had talked briefly about some

16    scheduling issues with Mr. Shaw, and it may be

17    helpful if I have that discussion with the

18    rest of you.  There's no sense having it here

19    right now on the record.

20         So if you have a minute, if one

21    representative or all -- I'm happy to see

22    everyone.  I'm not excluding anyone -- but at

23    least one representative of each of the firms

24    involved could see me.

46

1              That concludes this matter.  We'll

2        stand in recess.

3

4              (The proceedings were concluded at 3:34

5        p.m.)

6

7

8

9

10                   *  *  *  *  *

11

12

13

14

15           C E R T I F I C A T E

16   COMMONWEALTH OF VIRGINIA

17   COUNTY OF ROANOKE

18              I, Shirley S. Bassett, RPR, Notary

19   Public in and for the Commonwealth of Virginia, at

20   Large, do hereby certify that the proceedings were by

21   me reduced to machine shorthand, afterwards

22   transcribed by me by means of computer, and that to

23   the best of my ability the foregoing is a true and

24   correct transcript of the proceedings as aforesaid.