UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br> v. <br> This Document Relates to: <br> Kennedy, et al. v. Unifirst Corporation, et al. No: 1:13-cv-13227-RWZ <br> Musselwhite v. Unifirst Corporation, et al. No: 1:13-cv-13228 -RWZ | MDL No: 1:13-md-2419-RWZ |

**FIRST JOINT MOTION FOR ORDER TO SET REVISED BRIEFING SCHEDULE AND RE-SCHEDULING OF ORAL ARGUMENT**

The defendants, Advanced Pain & Anesthesia Consultants, PC d/b/a APAC Centers for Pain Management and Randolph Y. Chang, M.D., (hereinafter the "APAC Defendants") and the Plaintiffs' Steering Committee ("PSC") have conferred in order to establish a briefing schedule for PSC's Response to APAC Defendants' Motion to Dismiss in the above referenced dockets. APAC Defendants' Motion to Dismiss (the "Motion") was filed with this Court on May 7, 2014.

The parties have agreed to the following briefing schedule, with such proposed dates superseding those dates set forth in the Joint Motion For Order To Set Revised Briefing Schedule and Re-Scheduling of Oral Argument filed on June 30, 2014 (Docket #1230):

1. The PSC will file its Opposition to the APAC Defendants' Motion to Dismiss no later than **September 5, 2014**;

2. The APAC Defendants will file its Reply to the PSC's Response to the Motion, if any, no later than **September 12, 2014**; and (limited to 5 pages)

3. If necessary, the PSC may file a sur-reply to the Reply to the PSC's Response to the Motion, if any, no later than **September 17, 2014**. (limited to 5 pages)

1

4. Oral Arguments will be heard on **September 18, 2014**.

The parties respectfully request that the Court enter the attached order to formalize the above-described revised briefing schedule. In addition, pursuant to Local Rule 7.1(d), the parties request that the Court reserve a date for oral argument.

Respectfully Submitted,

/s/ Kimberly A. Dougherty
Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone: (617) 933-1265
kdougherty@myadvocates.com

*Plaintiffs' Steering Committee*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN  37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344
marc@liptonlawcenter.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA 30328
Telephone: (404) 451-7781
Facsimile: (404) 506-9223
marc@markzamora.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: (540) 342-2000
pfennel@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH &
JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

/s/ Anthony E. Abeln
Tory A. Weigand, BBO #548553
Anthony E. Abeln, BBO #669207
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500
tweigand@morrisonmahoney.com
aabeln@morrisonmahoney.com

*Defendants Advanced Pain & Anesthesia Consultants, PC d/b/a APAC Centers for Pain Management and Randolph Y. Chang, M.D.*

**CERTIFICATE OF SERVICE**

I, Kimberly A. Dougherty certify that a copy of this document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on August 29, 2014.

/s/ Kimberly A. Dougherty