# <u>Citations</u>

**Defendants John M. Mathis, M.D., and Robert F. O'Brien, M.D. are radiologists employed by Image Guided Pain Management, PC, a medical practice in Roanoke, Virginia (collectively, the "Image Guided Defendants).**

| Case | Current Compl. | Paragraph No. |
|------|----------------|---------------|
| *Agnew v. Insight Health Corp.* | Complaint | 4, 5 |
| *Andrews v. Insight Health Corp.* | Complaint | 6, 7 |
| *Artis v. Insight Health Corp* | Complaint | 2, 8, 35, 38 |
| *Austin v. Insight Health Corp.* | Complaint | 4, 5 |
| *Baker v. Image Guided Pain Mgt., P.C.* | Amended Complaint | 4, 5, 6 |
| *Bell v. Insight Health Corp.* | Complaint | 4, 5 |
| *Bender v. Insight Health Corp.* | Complaint | 5, 6, 11, 37, 42 |
| *Bishop v. Insight Health Corp.* | Complaint | 6, 7 |
| *Bradley v. Insight Health Corp.* | Amended Complaint | 3 |
| *Brown (Patricia) v. Insight Health Corp.* | Complaint | 7, 8, 13, 40, 43 |
| *Brown (Ronnie) v. Insight Health Corp.* | Complaint | 3, 8, 34, 39 |
| *Buchanan v. Insight Health Corp.* | Complaint | 6, 7 |
| *Courtney v. Insight Health Corp.* | Complaint | 3, 8, 34 |
| *Epperly v. Insight Health Corp.* | Amended Complaint | 3 |
| *Filson v. Insight Health Corp.* | Amended Complaint | 3 |
| *Foutz v. Insight Health Corp.* | Amended Complaint | 4 |
| *Harris v. Insight Health Corp.* | Amended Complaint | 3 |
| *Holbrook v. Insight Health Corp.* | Complaint | 3, 8, 34, 39 |
| *Johnston v. Alaunus Pharmaceutical, LLC* | Complaint | 5, 6, 13, 14 |
| *Kalinoski v. Insight Health Corp.* | Amended Complaint | 3 |
| *McFarlane v. Insight Health Corp.* | Amended Complaint | 3 |
| *Miller v. Insight Health Corp.* | Complaint | 6, 7 |
| *Neal v. Insight Health Corp.* | Complaint | 4, 5 |
| *Shuck v. Insight Health Corp.* | Complaint | 3, 8, 35, 38 |
| *Smith (James) v. Insight Health Corp.* | Amended Complaint | 3 |
| *Smith (Randolph) v. Insight Health Corp.* | Amended Complaint | 3 |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | Complaint | 5, 6, 13, 14 |
| *White v. Insight Health Corp.* | Complaint | 3, 8, 34, 39 |
| *Whitlow v. Insight Health Corp.* | Amended Complaint | 3 |

**Plaintiffs, or their decedents, were treated by Dr. Mathis and Dr. O'Brien in 2012 at Insight Imaging—Roanoke.**

| Case | Current Compl. | Paragraph No. |
|---|---|---|
| *Agnew v. Insight Health Corp.* | Complaint | 18 |
| *Andrews v. Insight Health Corp.* | Complaint | 21 |
| *Artis v. Insight Health Corp* | Complaint | 155 |
| *Austin v. Insight Health Corp.* | Complaint | 9 |
| *Baker v. Image Guided Pain Mgt., P.C.* | Amended Complaint | 33 |
| *Bell v. Insight Health Corp.* | Complaint | 9 |
| *Bender v. Insight Health Corp.* | Complaint | 159 |
| *Bishop v. Insight Health Corp.* | Complaint | 21 |
| *Bradley v. Insight Health Corp.* | Amended Complaint | 179 |
| *Brown (Patricia) v. Insight Health Corp.* | Complaint | 39, 42, 159 |
| *Brown (Ronnie) v. Insight Health Corp.* | Complaint | 152 |
| *Buchanan v. Insight Health Corp.* | Complaint | 21 |
| *Courtney v. Insight Health Corp.* | Complaint | 148 |
| *Epperly v. Insight Health Corp.* | Amended Complaint | 184 |
| *Filson v. Insight Health Corp.* | Amended Complaint | 185 |
| *Foutz v. Insight Health Corp.* | Amended Complaint | 179 |
| *Harris v. Insight Health Corp.* | Amended Complaint | 189 |
| *Holbrook v. Insight Health Corp.* | Complaint | 153 |
| *Johnston v. Alaunus Pharmaceutical, LLC* | Complaint | 31 |
| *Kalinoski v. Insight Health Corp.* | Amended Complaint | 183 |
| *McFarlane v. Insight Health Corp.* | Amended Complaint | 186 |
| *Miller v. Insight Health Corp.* | Complaint | 21 |
| *Neal v. Insight Health Corp.* | Complaint | 9 |
| *Shuck v. Insight Health Corp.* | Complaint | 155 |
| *Smith (James) v. Insight Health Corp.* | Amended Complaint | 183 |
| *Smith (Randolph) v. Insight Health Corp.* | Amended Complaint | 186 |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | Complaint | 31 |
| *White v. Insight Health Corp.* | Complaint | 155 |
| *Whitlow v. Insight Health Corp.* | Amended Complaint | 181 |

**In particular, Dr. Mathis and Dr. O'Brien performed image-guided injection of the steroid methylprednisolone acetate ("MPA").**

| Case | Current Compl. | Paragraph No. |
|---|---|---|
| *Agnew v. Insight Health Corp.* | Complaint | 18, 19 |
| *Andrews v. Insight Health Corp.* | Complaint | 21, 22, 23 |
| *Artis v. Insight Health Corp* | Complaint | 52, 155, 156, 157 |

| Case | Complaint Type | Paragraph No. |
|------|------|------|
| *Austin v. Insight Health Corp.* | Complaint | 9, 10, 11 |
| *Baker v. Image Guided Pain Mgt., P.C.* | Amended Complaint | 33, 34 |
| *Bell v. Insight Health Corp.* | Complaint | 9, 10, 11 |
| *Bender v. Insight Health Corp.* | Complaint | 56, 159, 160, 161 |
| *Bishop v. Insight Health Corp.* | Complaint | 21, 22, 23 |
| *Bradley v. Insight Health Corp.* | Amended Complaint | 61, 62, 179 |
| *Brown (Patricia) v. Insight Health Corp.* | Complaint | 39, 42, 159, 160, 161 |
| *Brown (Ronnie) v. Insight Health Corp.* | Complaint | 53, 152 |
| *Buchanan v. Insight Health Corp.* | Complaint | 21, 22, 23 |
| *Courtney v. Insight Health Corp.* | Complaint | 49, 148 |
| *Epperly v. Insight Health Corp.* | Amended Complaint | 67, 68, 184 |
| *Filson v. Insight Health Corp.* | Amended Complaint | 67, 68, 185 |
| *Foutz v. Insight Health Corp.* | Amended Complaint | 64, 65, 179 |
| *Harris v. Insight Health Corp.* | Amended Complaint | 67, 68, 189 |
| *Holbrook v. Insight Health Corp.* | Complaint | 53, 153 |
| *Johnston v. Alaunus Pharmaceutical, LLC* | Complaint | 31, 32, 33 |
| *Kalinoski v. Insight Health Corp.* | Amended Complaint | 61, 62, 183 |
| *McFarlane v. Insight Health Corp.* | Amended Complaint | 67, 68, 186 |
| *Miller v. Insight Health Corp.* | Complaint | 21, 22, 23 |
| *Neal v. Insight Health Corp.* | Complaint | 9, 10, 11 |
| *Shuck v. Insight Health Corp.* | Complaint | 52, 155, 156, 157 |
| *Smith (James) v. Insight Health Corp.* | Amended Complaint | 67, 68, 183 |
| *Smith (Randolph) v. Insight Health Corp.* | Amended Complaint | 67, 68, 186 |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | Complaint | 31, 32 |
| *White v. Insight Health Corp.* | Complaint | 53, 155 |
| *Whitlow v. Insight Health Corp.* | Amended Complaint | 63, 64, 181 |

**The MPA that the Image Guided Defendants used was provided to them by Defendant Insight Health Corp. ("Insight").**

| Case | Current Compl. | Paragraph No. |
|------|------|------|
| *Agnew v. Insight Health Corp.* | Complaint | 20, 35 |
| *Andrews v. Insight Health Corp.* | Complaint | 23, 38 |
| *Artis v. Insight Health Corp* | Complaint | 9, 22, 118,119, 120 |
| *Austin v. Insight Health Corp.* | Complaint | 11, 26 |
| *Baker v. Image Guided Pain Mgt., P.C.* | Amended Complaint | |
| *Bell v. Insight Health Corp.* | Complaint | 11, 26 |
| *Bender v. Insight Health Corp.* | Complaint | 12, 25, 122, 123, 124 |

| | | |
|---|---|---|
| *Bishop v. Insight Health Corp.* | Complaint | 23, 38 |
| *Bradley v. Insight Health Corp.* | Amended Complaint | 11, 17, 18, 19, 36, 61, 70, 144 |
| *Brown (Patricia) v. Insight Health Corp.* | Complaint | 14, 27, 123, 124, 125 |
| *Brown (Ronnie) v. Insight Health Corp.* | Complaint | 9, 22, 119, 120, |
| *Buchanan v. Insight Health Corp.* | Complaint | 23, 38 |
| *Courtney v. Insight Health Corp.* | Complaint | 9, 22, 115, 116, |
| *Epperly v. Insight Health Corp.* | Amended Complaint | 11, 17, 18, 19, 36, 61, 67, 151 |
| *Filson v. Insight Health Corp.* | Amended Complaint | 11, 17, 18, 19, 36, 61, 67, 151 |
| *Foutz v. Insight Health Corp.* | Amended Complaint | 12, 18, 19, 37, 58, 64, 148 |
| *Harris v. Insight Health Corp.* | Amended Complaint | 11, 17, 18, 19, 36, 61, 67, 151 |
| *Holbrook v. Insight Health Corp.* | Complaint | 9, 22, 119, 120, |
| *Johnston v. Alaunus Pharmaceutical, LLC* | Complaint | 19 |
| *Kalinoski v. Insight Health Corp.* | Amended Complaint | 11, 17, 18, 19, 36, 55, 61, 144 |
| *McFarlane v. Insight Health Corp.* | Amended Complaint | 11, 17, 18, 19, 36, 60, 67, 151 |
| *Miller v. Insight Health Corp.* | Complaint | 23, 38 |
| *Neal v. Insight Health Corp.* | Complaint | 11, 27 |
| *Shuck v. Insight Health Corp.* | Complaint | 9, 22, 118, 119, |
| *Smith (James) v. Insight Health Corp.* | Amended Complaint | 11, 17, 18, 19, 36, 61, 67, 151 |
| *Smith (Randolph) v. Insight Health Corp.* | Amended Complaint | 11, 17, 18, 19, 36, 61, 67, 151 |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | Complaint | 19 |
| *White v. Insight Health Corp.* | Complaint | 9, 22, 119, 120, |
| *Whitlow v. Insight Health Corp.* | Amended Complaint | 11, 17, 18, 19, 57, 63, 145 |

**Insight, in turn, obtained the MPA from the New England Compounding Pharmacy, Inc. ("NECC"), a compounding pharmacy in Massachusetts.**

| Case | Current Compl. | Paragraph No. |
|---|---|---|
| *Agnew v. Insight Health Corp.* | Complaint | 20, 22, 24 |
| *Andrews v. Insight Health Corp.* | Complaint | 23, 25, 27 |
| *Artis v. Insight Health Corp* | Complaint | 9, 61, 82 |
| *Austin v. Insight Health Corp.* | Complaint | 11, 13, 15 |

| | | |
|---|---|---|
| *Baker v. Image Guided Pain Mgt., P.C.* | Amended Complaint | |
| *Bell v. Insight Health Corp.* | Complaint | 11, 13, 15 |
| *Bender v. Insight Health Corp.* | Complaint | 12, 25, 56,65, 86, 112, 119, 122, 123, 124, 140, |
| *Bishop v. Insight Health Corp.* | Complaint | 23, 25, 27 |
| *Bradley v. Insight Health Corp.* | Amended Complaint | 70, 75 |
| *Brown (Patricia) v. Insight Health Corp.* | Complaint | 14, 66, 87 |
| *Brown (Ronnie) v. Insight Health Corp.* | Complaint | 9, 53, 62, 83 |
| *Buchanan v. Insight Health Corp.* | Complaint | 23, 25, 27 |
| *Courtney v. Insight Health Corp.* | Complaint | 9, 58, 79 |
| *Epperly v. Insight Health Corp.* | Amended Complaint | 76, 81 |
| *Filson v. Insight Health Corp.* | Amended Complaint | 76, 81 |
| *Foutz v. Insight Health Corp.* | Amended Complaint | 73, 78 |
| *Harris v. Insight Health Corp.* | Amended Complaint | 76, 81 |
| *Holbrook v. Insight Health Corp.* | Complaint | 9, 62, 83 |
| *Johnston v. Alaunus Pharmaceutical, LLC* | Complaint | 2, 19 |
| *Kalinoski v. Insight Health Corp.* | Amended Complaint | 70, 75 |
| *McFarlane v. Insight Health Corp.* | Amended Complaint | 76, 81 |
| *Miller v. Insight Health Corp.* | Complaint | 23, 25, 27 |
| *Neal v. Insight Health Corp.* | Complaint | 11, 13, 15 |
| *Shuck v. Insight Health Corp.* | Complaint | 9, 61, 82 |
| *Smith (James) v. Insight Health Corp.* | Amended Complaint | 76, 81 |
| *Smith (Randolph) v. Insight Health Corp.* | Amended Complaint | 76, 81 |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | Complaint | 2, 19 |
| *White v. Insight Health Corp.* | Complaint | 9, 62, 83 |
| *Whitlow v. Insight Health Corp.* | Amended Complaint | 72, 77 |

**Because NECC is a compounding pharmacy, the MPA that it produced was not regulated by the FDA.**

| *Case* | *Current Compl.* | *Paragraph No.* |
|---|---|---|
| *Agnew v. Insight Health Corp.* | Complaint | 10, 20, 27, 56 |
| *Andrews v. Insight Health Corp.* | Complaint | 12, 23, 30, 59 |
| *Artis v. Insight Health Corp* | Complaint | 61, 62, 63, 64 |
| *Austin v. Insight Health Corp.* | Complaint | 11, 20, 47 |
| *Baker v. Image Guided Pain Mgt., P.C.* | Amended Complaint | 2, 3, 78 |
| *Bell v. Insight Health Corp.* | Complaint | 11, 20, 47 |
| *Bender v. Insight Health Corp.* | Complaint | 65, 66, 67, 68 |
| *Bishop v. Insight Health Corp.* | Complaint | 12, 23, 30, 59 |

| | | |
|---|---|---|
| *Bradley v. Insight Health Corp.* | Amended Complaint | 70, 72 |
| *Brown (Patricia) v. Insight Health Corp.* | Complaint | 66, 67, 68, 69 |
| *Brown (Ronnie) v. Insight Health Corp.* | Complaint | 62,63, 64, 65 |
| *Buchanan v. Insight Health Corp.* | Complaint | 12, 23, 30, 59 |
| *Courtney v. Insight Health Corp.* | Complaint | 58, 59, 60, 61 |
| *Epperly v. Insight Health Corp.* | Amended Complaint | 76, 78 |
| *Filson v. Insight Health Corp.* | Amended Complaint | 76, 78 |
| *Foutz v. Insight Health Corp.* | Amended Complaint | 73, 75 |
| *Harris v. Insight Health Corp.* | Amended Complaint | 76, 78 |
| *Holbrook v. Insight Health Corp.* | Complaint | 62, 63, 64, 65 |
| *Johnston v. Alaunus Pharmaceutical, LLC* | Complaint | 2, 3, 17, 73, 80 |
| *Kalinoski v. Insight Health Corp.* | Amended Complaint | 70, 72 |
| *McFarlane v. Insight Health Corp.* | Amended Complaint | 76, 78 |
| *Miller v. Insight Health Corp.* | Complaint | 12, 23, 30, 59 |
| *Neal v. Insight Health Corp.* | Complaint | 11, 20, 48 |
| *Shuck v. Insight Health Corp.* | Complaint | 61, 62, 63, 64 |
| *Smith (James) v. Insight Health Corp.* | Amended Complaint | 76, 78 |
| *Smith (Randolph) v. Insight Health Corp.* | Amended Complaint | 76, 78 |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | Complaint | 2, 3, 17, 73, 79, 80 |
| *White v. Insight Health Corp.* | Complaint | 62, 63, 64, 65 |
| *Whitlow v. Insight Health Corp.* | Amended Complaint | 72, 74 |

**In 2012, there were several well publicized adverse events resulting from fungal contamination of medications prepared by NECC.**

| *Case* | *Current Compl.* | *Paragraph No.* |
|---|---|---|
| *Agnew v. Insight Health Corp.* | Complaint | 104, 105 |
| *Andrews v. Insight Health Corp.* | Complaint | 107, 108 |
| *Artis v. Insight Health Corp* | Complaint | |
| *Austin v. Insight Health Corp.* | Complaint | 95, 96 |
| *Baker v. Image Guided Pain Mgt., P.C.* | Amended Complaint | 23, 24, 28 |
| *Bell v. Insight Health Corp.* | Complaint | 95, 96 |
| *Bender v. Insight Health Corp.* | Complaint | |
| *Bishop v. Insight Health Corp.* | Complaint | 108 ,109 |
| *Bradley v. Insight Health Corp.* | Amended Complaint | 133 |
| *Brown (Patricia) v. Insight Health Corp.* | Complaint | |
| *Brown (Ronnie) v. Insight Health Corp.* | Complaint | |
| *Buchanan v. Insight Health Corp.* | Complaint | 108, 109 |
| *Courtney v. Insight Health Corp.* | Complaint | |
| *Epperly v. Insight Health Corp.* | Amended Complaint | 140 |

| | | |
|---|---|---|
| *Filson v. Insight Health Corp.* | Amended Complaint | 140 |
| *Foutz v. Insight Health Corp.* | Amended Complaint | 137 |
| *Harris v. Insight Health Corp.* | Amended Complaint | 140 |
| *Holbrook v. Insight Health Corp.* | Complaint | |
| *Johnston v. Alaunus Pharmaceutical, LLC* | Complaint | 22, 23, 27, 28 |
| *Kalinoski v. Insight Health Corp.* | Amended Complaint | 133 |
| *McFarlane v. Insight Health Corp.* | Amended Complaint | 140 |
| *Miller v. Insight Health Corp.* | Complaint | 107, 108 |
| *Neal v. Insight Health Corp.* | Complaint | 99, 100 |
| *Shuck v. Insight Health Corp.* | Complaint | |
| *Smith (James) v. Insight Health Corp.* | Amended Complaint | 140 |
| *Smith (Randolph) v. Insight Health Corp.* | Amended Complaint | 140 |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | Complaint | 22, 23 |
| *White v. Insight Health Corp.* | Complaint | |
| *Whitlow v. Insight Health Corp.* | Amended Complaint | 134 |

**The MPA that Insight purchased—and that the Image Guided Defendants used during the procedures at issue—was among the contaminated batches.**

| *Case* | *Current Compl.* | *Paragraph No.* |
|---|---|---|
| *Agnew v. Insight Health Corp.* | Complaint | 104, 105, 106, 107 |
| *Andrews v. Insight Health Corp.* | Complaint | 107, 108, 109, 110 |
| *Artis v. Insight Health Corp* | Complaint | 149 |
| *Austin v. Insight Health Corp.* | Complaint | 95, 96, 97, 98 |
| *Baker v. Image Guided Pain Mgt., P.C.* | Amended Complaint | 23, 24, 26, 34 |
| *Bell v. Insight Health Corp.* | Complaint | 95, 96, 97, 98 |
| *Bender v. Insight Health Corp.* | Complaint | 151 |
| *Bishop v. Insight Health Corp.* | Complaint | 107, 108, 109 |
| *Bradley v. Insight Health Corp.* | Amended Complaint | 175 |
| *Brown (Patricia) v. Insight Health Corp.* | Complaint | 154 |
| *Brown (Ronnie) v. Insight Health Corp.* | Complaint | 148 |
| *Buchanan v. Insight Health Corp.* | Complaint | 107, 108, 109, 110 |
| *Courtney v. Insight Health Corp.* | Complaint | 144 |
| *Epperly v. Insight Health Corp.* | Amended Complaint | 134, 189, 190 |
| *Filson v. Insight Health Corp.* | Amended Complaint | 134, 188 |
| *Foutz v. Insight Health Corp.* | Amended Complaint | 176 |
| *Harris v. Insight Health Corp.* | Amended Complaint | 134, 195, 207 |
| *Holbrook v. Insight Health Corp.* | Complaint | 148 |
| *Johnston v. Alaunus Pharmaceutical, LLC* | Complaint | 40 |
| *Kalinoski v. Insight Health Corp.* | Amended Complaint | 175 |

| | | |
|---|---|---|
| *McFarlane v. Insight Health Corp.* | Amended Complaint | 140, 193 |
| *Miller v. Insight Health Corp.* | Complaint | 107, 108, 109, 110 |
| *Neal v. Insight Health Corp.* | Complaint | 98, 99, 100, 101, 102 |
| *Shuck v. Insight Health Corp.* | Complaint | 149 |
| *Smith (James) v. Insight Health Corp.* | Amended Complaint | 140, 191 |
| *Smith (Randolph) v. Insight Health Corp.* | Amended Complaint | 140, 186, 192 |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | Complaint | 39 |
| *White v. Insight Health Corp.* | Complaint | 148 |
| *Whitlow v. Insight Health Corp.* | Amended Complaint | 175 |

**Plaintiffs assert that, as a consequence, they (or their decedents) suffered serious injury.**

| Case | Current Compl. | Paragraph No. |
|---|---|---|
| *Agnew v. Insight Health Corp.* | Complaint | 123 |
| *Andrews v. Insight Health Corp.* | Complaint | 127 |
| *Artis v. Insight Health Corp* | Complaint | 168 |
| *Austin v. Insight Health Corp.* | Complaint | 113 |
| *Baker v. Image Guided Pain Mgt., P.C.* | Amended Complaint | 95 |
| *Bell v. Insight Health Corp.* | Complaint | 113 |
| *Bender v. Insight Health Corp.* | Complaint | 170 |
| *Bishop v. Insight Health Corp.* | Complaint | 127 |
| *Bradley v. Insight Health Corp.* | Amended Complaint | 182 |
| *Brown (Patricia) v. Insight Health Corp.* | Complaint | 177 |
| *Brown (Ronnie) v. Insight Health Corp.* | Complaint | 159 |
| *Buchanan v. Insight Health Corp.* | Complaint | 127 |
| *Courtney v. Insight Health Corp.* | Complaint | 168 |
| *Epperly v. Insight Health Corp.* | Amended Complaint | 190 |
| *Filson v. Insight Health Corp.* | Amended Complaint | 193 |
| *Foutz v. Insight Health Corp.* | Amended Complaint | 192 |
| *Harris v. Insight Health Corp.* | Amended Complaint | 207 |
| *Holbrook v. Insight Health Corp.* | Complaint | 162 |
| *Johnston v. Alaunus Pharmaceutical, LLC* | Complaint | 45, 46 |
| *Kalinoski v. Insight Health Corp.* | Amended Complaint | 195 |
| *McFarlane v. Insight Health Corp.* | Amended Complaint | 193 |
| *Miller v. Insight Health Corp.* | Complaint | 127 |
| *Neal v. Insight Health Corp.* | Complaint | 117 |
| *Shuck v. Insight Health Corp.* | Complaint | 181 |
| *Smith (James) v. Insight Health Corp.* | Amended Complaint | 191 |

| | | |
|---|---|---|
| *Smith (Randolph) v. Insight Health Corp.* | Amended Complaint | 192 |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | Complaint | 45, 46 |
| *White v. Insight Health Corp.* | Complaint | 164 |
| *Whitlow v. Insight Health Corp.* | Amended Complaint | 189 |

**Plaintiffs allege that the Image Guided Defendants and Insight either concealed or misrepresented the source of the MPA that they used during the procedures.**

| *Case* | *Current Compl.* | *Paragraph No.* |
|---|---|---|
| *Agnew v. Insight Health Corp.* | Complaint | 21, 23, 25, 26, 37, 43, 44, 45, 46, 47, 49, 50, 51, 52, 57, 60, 74 |
| *Andrews v. Insight Health Corp.* | Complaint | 24, 26, 28, 29, 47, 48, 50, 52, 53, 54, 60, 63, 77 |
| *Artis v. Insight Health Corp* | Complaint | 126, 127, 128, 130, 132, 135, 136, 140, 147, 181, 190, 220, 221, 226, 227, |
| *Austin v. Insight Health Corp.* | Complaint | 12, 14, 16, 17, 28, 34, 35, 36, 38, 40, 41, 42, 48, 51, 65 |
| *Baker v. Image Guided Pain Mgt., P.C.* | Amended Complaint | 37, 38, 40, 58, 83, 87 |
| *Bell v. Insight Health Corp.* | Complaint | 12, 14, 16, 17, 28, 34, 35, 36, 37, 38, 40, 41, 42, 51, 65 |
| *Bender v. Insight Health Corp.* | Complaint | 130, 131, 132, 134, 136, 139, 140, 144,  184, 193, 223, 224, 229, 231, 244 |
| *Bishop v. Insight Health Corp.* | Complaint | 24, 26, 28, 29, 40, 47, 48, 50, 52, 53, 54, 60, 63, 77 |
| *Bradley v. Insight Health Corp.* | Amended Complaint | 147, 148, 150, 151, 154, 155, 159, 162, 163, 169, 210, 241, 244, 248, 249, |

| | | |
|---|---|---|
| *Brown (Patricia) v. Insight Health Corp.* | Complaint | 131, 132, 133, 135, 137, 140, 141, 145, 152, 193, 204, 241, 242, 247, 248, |
| *Brown (Ronnie) v. Insight Health Corp.* | Complaint | 127, 128, 129, 131, 133, 136, 137, 141, 145, 146, 172, 181, 207, 211, 212, 215, 217, 219, |
| *Buchanan v. Insight Health Corp.* | Complaint | 24, 26, 28, 29, 47, 48, 50, 52, 53, 54, 60, 63, 77 |
| *Courtney v. Insight Health Corp.* | Complaint | 123, 124, 125, 129, 132, 133, 137, 138, 142, |
| *Epperly v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 174, 176, 214, 253, |
| *Filson v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 174, 176, 250, 257, 258, 261, 262, |
| *Foutz v. Insight Health Corp.* | Amended Complaint | 151, 152, 153, 154, 156, 160, 163, 164, 168, 170, 213, 244, 246, 247, 251, |
| *Harris v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 170, 174, 176, 265, 269, 270, 273, |
| *Holbrook v. Insight Health Corp.* | Complaint | 127, 128, 131, 133, 136, 137, 141, 146, 184, 210, 214, 215, 217, 218, 219, |
| *Johnston v. Alaunus Pharmaceutical, LLC* | Complaint | 37, 39, 76, 87, 89 |

| | | |
|---|---|---|
| *Kalinoski v. Insight Health Corp.* | Amended Complaint | 147, 148, 150, 154, 155, 156, 159, 162, 163, 167, 169, 218, 252, 256, 257, |
| *McFarlane v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 170, 174, 176, 217, 251, 255, 256, |
| *Miller v. Insight Health Corp.* | Complaint | 24, 26, 28, 29, 47, 48, 50, 52, 53, 54, 60, 63, 77 |
| *Neal v. Insight Health Corp.* | Complaint | 12, 14, 16, 17, 29, 35, 36, 36, 37, 38, 39, 41, 42, 52, 67 |
| *Shuck v. Insight Health Corp.* | Complaint | 126, 127, 128, 130, 132, 135, 136, 140, 147, 180, 189, 219, 220, 223, 224, |
| *Smith (James) v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 170, 174, 176, 215, 249, 253, 254, |
| *Smith (Randolph) v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 170, 174, 176, 217, 251, 255, 256, |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | Complaint | 36, 38, 76, 88 |
| *White v. Insight Health Corp.* | Complaint | 127, 128, 129, 131, 133, 136, 137, 141, 146, 177, 186, 216, 217, 222, 223, |
| *Whitlow v. Insight Health Corp.* | Amended Complaint | 148, 149, 150, 151, 154, 155, 156, 159, 162, 163, 167, 169, 212, 246, 250, |

**They allege that the Image Guided Defendants concealed from their patients the fact that the MPA used in the procedures was compounded MPA, not commercially available MPA.**

| Case | Current Compl. | Paragraph No. |
|---|---|---|
| Agnew v. Insight Health Corp. | Complaint | 21, 23, 25, 26, 37, 43, 44, 45, 46, 47, 49, 50, 51, 57, 74 |
| Andrews v. Insight Health Corp. | Complaint | 24, 26, 28, 29, 47, 48, 50, 52, 53, 54, 60, 77 |
| Artis v. Insight Health Corp | Complaint | 126, 127, 128, 130, 132, 135, 136, 140, 147, 181, 220, 221, 226, 227, 228, 241 |
| Austin v. Insight Health Corp. | Complaint | 12, 14, 16, 17, 28, 34, 35, 36, 38, 40, 41, 42, 48, 65 |
| Baker v. Image Guided Pain Mgt., P.C. | Amended Complaint | 37, 38, 40, 83, 87 |
| Bell v. Insight Health Corp. | Complaint | 12, 14, 16, 17, 28, 34, 35, 36, 37, 38, 40, 41, 42, 65 |
| Bender v. Insight Health Corp. | Complaint | 130, 131, 132, 134, 136, 139, 140, 144, 184, 223, 224, 229, |
| Bishop v. Insight Health Corp. | Complaint | 24, 26, 28, 29, 40, 47, 48, 50, 52, 53, 54, 60, 77 |
| Bradley v. Insight Health Corp. | Amended Complaint | 147, 148, 150, 151, 154, 155, 159, 162, 163, 169, 241, 248, |
| Brown (Patricia) v. Insight Health Corp. | Complaint | 131, 132, 133, 135, 137, 140, 141, 145, 152, 193, 204, 241, 242, 247, 248, |
| Brown (Ronnie) v. Insight Health Corp. | Complaint | 127, 128, 129, 131, 133, 136, 137, 141, 145, 146, 172, 207, 211, 212, 217, |

| | | |
|---|---|---|
| *Buchanan v. Insight Health Corp.* | Complaint | 24, 26, 28, 29, 47, 48, 50, 52, 53, 54, 60, 77 |
| *Courtney v. Insight Health Corp.* | Complaint | 123, 124, 125, 129, 132, 133, 137, 142, 214, 227 |
| *Epperly v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 174, 176, 245, 252, 253, 255, 256, |
| *Filson v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 174, 176, 250, 257, 258, 261, 262, |
| *Foutz v. Insight Health Corp.* | Amended Complaint | 151, 152, 153, 156, 160, 163, 164, 168, 170, 251, 254, 255, |
| *Harris v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 170, 174, 176, 269, |
| *Holbrook v. Insight Health Corp.* | Complaint | 127, 128, 131, 133, 136, 137, 141, 146, 214, 215, 219, 220, |
| *Johnston v. Alaunus Pharmaceutical, LLC* | Complaint | 37, 39, 76, 89 |
| *Kalinoski v. Insight Health Corp.* | Amended Complaint | 147, 148, 150, 154, 155, 156, 159, 162, 163, 167, 169, 256, 257, 260, 261, |
| *McFarlane v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 170, 174, 176, 255, 256, 259, 260, |
| *Miller v. Insight Health Corp.* | Complaint | 24, 26, 28, 29, 47, 48, 49, 50, 52, 53, 54, 60, 63, 77 |
| *Neal v. Insight Health Corp.* | Complaint | 12, 14, 16, 17, 29, 35, 36, 37, 38, 39, 41, 42, 67 |

| | | |
|---|---|---|
| *Shuck v. Insight Health Corp.* | Complaint | 126, 127, 128, 130, 132, 135, 136, 140, 147, 180, 219, 220, 224, 225, 227, |
| *Smith (James) v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 170, 174, 176, 253, 254, 257, 258, |
| *Smith (Randolph) v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 170, 174, 176, 255, 256, 259, 260, |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | Complaint | 36, 38, 76, 88 |
| *White v. Insight Health Corp.* | Complaint | 127, 128, 129, 131, 133, 136, 137, 141, 146, 177, 216, 217, 222, 223, 224, |
| *Whitlow v. Insight Health Corp.* | Amended Complaint | 148, 149, 150, 151, 154, 155, 156, 159, 162, 163, 167, 169, 250, 251, 254, |

**They allege that the Image Guided Defendants and Insight referred to "Depo-Medrol"—Pfizer's brand-name for its commercially available MPA product—in various pieces of their literature or when discussing the procedure with patients.**

| *Case* | *Current Compl.* | *Paragraph No.* |
|---|---|---|
| *Agnew v. Insight Health Corp.* | Complaint | 26, 37, 43, 44, 45, 46, 47, 49, 50, 51, 74 |
| *Andrews v. Insight Health Corp.* | Complaint | 29, 47, 48, 50, 52, 53, 54, 77 |
| *Artis v. Insight Health Corp* | Complaint | 127, 128, 130, 132, 140, 147, 181,  220, 221, 226, 227, 228, 241 |
| *Austin v. Insight Health Corp.* | Complaint | 17, 28, 34, 35, 36, 37, 38, 40, 41, 65 |
| *Baker v. Image Guided Pain Mgt., P.C.* | Amended Complaint | 37, 38, 40, 83, 87 |

| | | |
|---|---|---|
| *Bell v. Insight Health Corp.* | Complaint | 17, 28, 34, 35, 36, 37, 38, 40, 41, 42, 65 |
| *Bender v. Insight Health Corp.* | Complaint | 130, 131, 132, 134, 136, 139, 140, 144, 184, 223, 224, 229, |
| *Bishop v. Insight Health Corp.* | Complaint | 29, 40, 47, 48, 50, 52, 53, 54, 60, 77 |
| *Bradley v. Insight Health Corp.* | Amended Complaint | 147, 148, 150, 151, 154, 155, 159, 162, 163, 169, 248, 249, |
| *Brown (Patricia) v. Insight Health Corp.* | Complaint | 131, 132, 133, 135, 137, 140, 141, 145, 152, 193, 241, 242, |
| *Brown (Ronnie) v. Insight Health Corp.* | Complaint | 127, 128, 129, 131, 133, 136, 137, 141, 145, 146, 172, 211, 212, 217, 219, 232 |
| *Buchanan v. Insight Health Corp.* | Complaint | 29, 47, 48, 49, 50, 52, 53, 54, 77 |
| *Courtney v. Insight Health Corp.* | Complaint | 123, 124, 125, 129, 132, 133, 137, 142, 214, 227 |
| *Epperly v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 174, 176, 252, 253, 255, 256, 257, |
| *Filson v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 174, 176, 257, 258, |
| *Foutz v. Insight Health Corp.* | Amended Complaint | 151, 152, 153, 156, 160, 163, 164, 168, 170, 251, 254, 255, |
| *Harris v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 170, 174, 176, 269, |

| | | |
|---|---|---|
| *Holbrook v. Insight Health Corp.* | Complaint | 127, 128, 131, 133, 136, 137, 141, 146, 214, 215, 219, 220, |
| *Johnston v. Alaunus Pharmaceutical, LLC* | Complaint | 37, 39, 76, 89 |
| *Kalinoski v. Insight Health Corp.* | Amended Complaint | 147, 148, 150, 154, 155, 156, 159, 162, 163, 167, 169, 256, 257, 260, 261, |
| *McFarlane v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 170, 174, 176, 255, 256, 259, 260, |
| *Miller v. Insight Health Corp.* | Complaint | 29, 47, 48, 49, 50, 52, 53, 54, 77 |
| *Neal v. Insight Health Corp.* | Complaint | 17, 29, 35, 36, 37, 38, 39, 41, 42, 67 |
| *Shuck v. Insight Health Corp.* | Complaint | 126, 127, 128, 130, 132, 135, 136, 140, 147, 180, 219, 220, 224, 225, 227, |
| *Smith (James) v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 170, 174, 176, 253, 254, 257, 258, |
| *Smith (Randolph) v. Insight Health Corp.* | Amended Complaint | 154, 155, 157, 161, 162, 163, 166, 169, 170, 174, 176, 255, 256, 259, 260, |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | Complaint | 36, 38, 76, 88 |
| *White v. Insight Health Corp.* | Complaint | 127, 128, 129, 131, 133, 136, 137, 141, 146, 177, 216, 217, 222, 223, 224, |
| *Whitlow v. Insight Health Corp.* | Amended Complaint | 148, 149, 150, 151, 154, 155, 156, 159, 162, 163, 167, 169, 250, 251, 254, |

**And they allege that the Image Guided Defendants' procedure notes, and Insight's invoices and insurance claims incorrectly reference commercially prepared MPA, rather than compounded MPA.**

| Case | Current Compl. | Paragraph No. |
| --- | --- | --- |
| *Agnew v. Insight Health Corp.* | Complaint | 26, 44, 45, 46, 47, 50 |
| *Andrews v. Insight Health Corp.* | Complaint | 29, 47, 48, 50, 53 |
| *Artis v. Insight Health Corp* | Complaint | 127, 128, 132, 140, 226, 227, 228 |
| *Austin v. Insight Health Corp.* | Complaint | 17, 35, 36, 37, 38, 41 |
| *Baker v. Image Guided Pain Mgt., P.C.* | Amended Complaint | 38, 40, 83 |
| *Bell v. Insight Health Corp.* | Complaint | 17, 34, 35, 36, 37, 38, 41 |
| *Bender v. Insight Health Corp.* | Complaint | 131, 132, 136, 139, 140, 144, |
| *Bishop v. Insight Health Corp.* | Complaint | 29, 47, 48, 50, 53 |
| *Bradley v. Insight Health Corp.* | Amended Complaint | 150, 154, 155, 159, 162, 163, 169, 249, 253 |
| *Brown (Patricia) v. Insight Health Corp.* | Complaint | 131, 132, 133, 137, 140, 141, 145, 152, 193, 242, 247, 248, 249 |
| *Brown (Ronnie) v. Insight Health Corp.* | Complaint | 128, 129, 133, 136, 137, 141, |
| *Buchanan v. Insight Health Corp.* | Complaint | 29, 47, 48, 49, 50, 52, 53 |
| *Courtney v. Insight Health Corp.* | Complaint | 124, 125, 129, 132, 137, 214 |
| *Epperly v. Insight Health Corp.* | Amended Complaint | 157, 161, 162, 163, 166, 169, 176, 256, 257, 258 |
| *Filson v. Insight Health Corp.* | Amended Complaint | 157, 161, 162, 163, 166, 169, 176, 261, 262 |
| *Foutz v. Insight Health Corp.* | Amended Complaint | 153, 156, 160, 163, 170, 255, 256 |
| *Harris v. Insight Health Corp.* | Amended Complaint | 157, 161, 162, 163, 166, 169, 170, 176, 270 |

| | | |
|---|---|---|
| *Holbrook v. Insight Health Corp.* | Complaint | 128, 133, 136, 141, 222 |
| *Johnston v. Alaunus Pharmaceutical, LLC* | Complaint | 37, 39, 76, 89 |
| *Kalinoski v. Insight Health Corp.* | Amended Complaint | 154, 155, 156, 159, 169, 257, 261 |
| *McFarlane v. Insight Health Corp.* | Amended Complaint | 161, 162, 163, 166, 169, 170, 174, 176, 256, |
| *Miller v. Insight Health Corp.* | Complaint | 29, 47, 48, 49, 50, 52, 53 |
| *Neal v. Insight Health Corp.* | Complaint | 17, 37, 38, 39, 41, 42 |
| *Shuck v. Insight Health Corp.* | Complaint | 127, 128, 132, 135, 136, 140, 225, 227, 228 |
| *Smith (James) v. Insight Health Corp.* | Amended Complaint | 162, 163, 166, 169, 170, 257, 258 |
| *Smith (Randolph) v. Insight Health Corp.* | Amended Complaint | 161, 162, 166, 169, 170, 176, 256, 260, 261 |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | Complaint | 36, 38, 76 |
| *White v. Insight Health Corp.* | Complaint | 127, 128, 129, 131, 133, 136, 137, 141, 216, |
| *Whitlow v. Insight Health Corp.* | Amended Complaint | 148, 149, 150, 154, 155, 156, 159, 162, 163, |