# D. Mass. Cases Against Image Guided Defendants By Causes of Action -- 8/27/2014

## Battery

### Law Offices of Crandall & Katt

| | |
|---|---|
| *Agnew v. Insight Health Corp.* | (Count I) |
| *Andrews v. Insight Health Corp.* | (Count I) |
| *Bishop v. Insight Health Corp.* | (Count I) |
| *Buchanan v. Insight Health Corp.* | (Count I) |
| *Miller v. Insight Health Corp.* | (Count I) |

### LichtensteinFishwick PLC

| | |
|---|---|
| *Austin v. Insight Health Corp.* | (Count I) |
| *Neal v. Insight Health Corp.* | (Count I) |

### Brown & Jennings, PLC

| | |
|---|---|
| *Bell v. Insight Health Corp.* | (Count I) |

## Express Warranty

### Frith & Ellerman Law Firm, PC

| | | |
|---|---|---|
| *Baker v. Image Guided Pain Mgt., P.C.* | 1:14-cv-12421-RWZ | (Count VI) |
| *Johnston v. Alaunus Pharmaceutical, LLC* | 1:14-cv-12937-RWZ | (Count VII) |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | 1:14-cv-12933-RWZ | (Count VI) |

## Fraud

### Frith & Ellerman Law Firm, PC

| | | |
|---|---|---|
| *Baker v. Image Guided Pain Mgt., P.C.* | 1:14-cv-12421-RWZ | (Count IV) |
| *Johnston v. Alaunus Pharmaceutical, LLC* | 1:14-cv-12937-RWZ | (Count IV) |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | 1:14-cv-12933-RWZ | (Count IV) |

### Gentry Locke Rakes & Moore, LLP

| | | |
|---|---|---|
| *Artis v. Insight Health Corp* | 1:14-cv-12942-RWZ | (Count V) |
| *Bender v. Insight Health Corp.* | 1:14-cv-12978-RWZ | (Count V) |
| *Bradley v. Insight Health Corp.* | 1:14-cv-12919-RWZ | (Count V) |
| *Brown (Patricia) v. Insight Health Corp.* | 1:14-cv-12941-RWZ | (Count IX) |
| *Brown (Ronnie) v. Insight Health Corp.* | 1:14-cv-12938-RWZ | (Count V) |
| *Courtney v. Insight Health Corp.* | 1:14-cv-12931-RWZ | (Count V) |

| | | |
|---|---|---|
| *Epperly v. Insight Health Corp.* | 1:14-cv-12905-RWZ | (Count V) |
| *Filson v. Insight Health Corp.* | 1:14-cv-12917-RWZ | (Count V) |
| *Foutz v. Insight Health Corp.* | 1:14-cv-12924-RWZ | (Count V) |
| *Harris v. Insight Health Corp.* | 1:14-cv-12928-RWZ | (Count V) |
| *Holbrook v. Insight Health Corp.* | 1:14-cv-12930-RWZ | (Count V) |
| *Kalinoski v. Insight Health Corp.* | 1:14-cv-12916-RWZ | (Count V) |
| *McFarlane v. Insight Health Corp.* | 1:14-cv-12908-RWZ | (Count V) |
| *Shuck v. Insight Health Corp.* | 1:14-cv-12939-RWZ | (Count V) |
| *Smith (James) v. Insight Health Corp.* | 1:14-cv-12910-RWZ | (Count V) |
| *Smith (Randolph) v. Insight Health Corp.* | 1:14-cv-12929-RWZ | (Count V) |
| *White v. Insight Health Corp.* | 1:14-cv-12940-RWZ | (Count V) |
| *Whitlow v. Insight Health Corp.* | 1:14-cv-12927-RWZ | (Count V) |

# Gross Negligence

## Gentry Locke Rakes & Moore, LLP

| | | |
|---|---|---|
| *Artis v. Insight Health Corp* | 1:14-cv-12942-RWZ | (Count IV) |
| *Bender v. Insight Health Corp.* | 1:14-cv-12978-RWZ | (Count IV) |
| *Bradley v. Insight Health Corp.* | 1:14-cv-12919-RWZ | (Count IV) |
| *Brown (Patricia) v. Insight Health Corp.* | 1:14-cv-12941-RWZ | (Count VII) |
| *Brown (Ronnie) v. Insight Health Corp.* | 1:14-cv-12938-RWZ | (Count IV) |
| *Courtney v. Insight Health Corp.* | 1:14-cv-12931-RWZ | (Count IV) |
| *Epperly v. Insight Health Corp.* | 1:14-cv-12905-RWZ | (Count IV) |
| *Filson v. Insight Health Corp.* | 1:14-cv-12917-RWZ | (Count IV) |
| *Foutz v. Insight Health Corp.* | 1:14-cv-12924-RWZ | (Count IV) |
| *Harris v. Insight Health Corp.* | 1:14-cv-12928-RWZ | (Count IV) |
| *Holbrook v. Insight Health Corp.* | 1:14-cv-12930-RWZ | (Count IV) |
| *Kalinoski v. Insight Health Corp.* | 1:14-cv-12916-RWZ | (Count IV) |
| *McFarlane v. Insight Health Corp.* | 1:14-cv-12908-RWZ | (Count IV) |
| *Shuck v. Insight Health Corp.* | 1:14-cv-12939-RWZ | (Count IV) |
| *Smith (James) v. Insight Health Corp.* | 1:14-cv-12910-RWZ | (Count IV) |
| *Smith (Randolph) v. Insight Health Corp.* | 1:14-cv-12929-RWZ | (Count IV) |
| *White v. Insight Health Corp.* | 1:14-cv-12940-RWZ | (Count IV) |
| *Whitlow v. Insight Health Corp.* | 1:14-cv-12927-RWZ | (Count IV) |

# Implied Warranty (U.C.C.)

## Frith & Ellerman Law Firm, PC

| | | |
|---|---|---|
| *Baker v. Image Guided Pain Mgt., P.C.* | 1:14-cv-12421-RWZ | (Count VII) |
| *Johnston v. Alaunus Pharmaceutical, LLC* | 1:14-cv-12937-RWZ | (Count VIII) |

| | | |
|---|---|---|
| *Wertz v. Alaunus Pharmaceuticals, LLC* | 1:14-cv-12933-RWZ | (Count VII) |

## Negligence

### Frith & Ellerman Law Firm, PC

| | | |
|---|---|---|
| *Baker v. Image Guided Pain Mgt., P.C.* | 1:14-cv-12421-RWZ | (Count II) |
| *Johnston v. Alaunus Pharmaceutical, LLC* | 1:14-cv-12937-RWZ | (Count III) |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | 1:14-cv-12933-RWZ | (Count III) |

### Law Offices of Crandall & Katt

| | | |
|---|---|---|
| *Agnew v. Insight Health Corp.* | | (Count VI) |
| *Andrews v. Insight Health Corp.* | | (Count VI) |
| *Bishop v. Insight Health Corp.* | | (Count VI) |
| *Buchanan v. Insight Health Corp.* | | (Count VI) |
| *Miller v. Insight Health Corp.* | | (Count VI) |

### Gentry Locke Rakes & Moore, LLP

| | | |
|---|---|---|
| *Artis v. Insight Health Corp* | 1:14-cv-12942-RWZ | (Count III) |
| *Bender v. Insight Health Corp.* | 1:14-cv-12978-RWZ | (Count III) |
| *Bradley v. Insight Health Corp.* | 1:14-cv-12919-RWZ | (Count III) |
| *Brown (Patricia) v. Insight Health Corp.* | 1:14-cv-12941-RWZ | (Count I) |
| *Brown (Ronnie) v. Insight Health Corp.* | 1:14-cv-12938-RWZ | (Count III) |
| *Courtney v. Insight Health Corp.* | 1:14-cv-12931-RWZ | (Count III) |
| *Epperly v. Insight Health Corp.* | 1:14-cv-12905-RWZ | (Count III) |
| *Filson v. Insight Health Corp.* | 1:14-cv-12917-RWZ | (Count III) |
| *Foutz v. Insight Health Corp.* | 1:14-cv-12924-RWZ | (Count III) |
| *Harris v. Insight Health Corp.* | 1:14-cv-12928-RWZ | (Count III) |
| *Holbrook v. Insight Health Corp.* | 1:14-cv-12930-RWZ | (Count III) |
| *Kalinoski v. Insight Health Corp.* | 1:14-cv-12916-RWZ | (Count III) |
| *McFarlane v. Insight Health Corp.* | 1:14-cv-12908-RWZ | (Count III) |
| *Shuck v. Insight Health Corp.* | 1:14-cv-12939-RWZ | (Count III) |
| *Smith (James) v. Insight Health Corp.* | 1:14-cv-12910-RWZ | (Count III) |
| *Smith (Randolph) v. Insight Health Corp.* | 1:14-cv-12929-RWZ | (Count III) |
| *White v. Insight Health Corp.* | 1:14-cv-12940-RWZ | (Count III) |
| *Whitlow v. Insight Health Corp.* | 1:14-cv-12927-RWZ | (Count III) |

### LichtensteinFishwick PLC

| | | |
|---|---|---|
| *Austin v. Insight Health Corp.* | | (Count VI) |
| *Neal v. Insight Health Corp.* | | (Count V) |

### Brown & Jennings, PLC

| | | |
|---|---|---|
| *Bell v. Insight Health Corp.* | | (Count VI) |

# Negligence Per Se

### Frith & Ellerman Law Firm, PC

| | | |
|---|---|---|
| *Baker v. Image Guided Pain Mgt., P.C.* | 1:14-cv-12421-RWZ | (Count I) |
| *Johnston v. Alaunus Pharmaceutical, LLC* | 1:14-cv-12937-RWZ | (Count II) |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | 1:14-cv-12933-RWZ | (Count II) |

### Law Offices of Crandall & Katt

| | |
|---|---|
| *Agnew v. Insight Health Corp.* | (Count V) |
| *Andrews v. Insight Health Corp.* | (Count V) |
| *Bishop v. Insight Health Corp.* | (Count V) |
| *Buchanan v. Insight Health Corp.* | (Count V) |
| *Miller v. Insight Health Corp.* | (Count V) |

### Gentry Locke Rakes & Moore, LLP

| | | |
|---|---|---|
| *Artis v. Insight Health Corp* | 1:14-cv-12942-RWZ | (Count I) |
| *Bender v. Insight Health Corp.* | 1:14-cv-12978-RWZ | (Count I) |
| *Bradley v. Insight Health Corp.* | 1:14-cv-12919-RWZ | (Count I) |
| *Brown (Patricia) v. Insight Health Corp.* | 1:14-cv-12941-RWZ | (Count II) |
| *Brown (Ronnie) v. Insight Health Corp.* | 1:14-cv-12938-RWZ | (Count I) |
| *Courtney v. Insight Health Corp.* | 1:14-cv-12931-RWZ | (Count I) |
| *Epperly v. Insight Health Corp.* | 1:14-cv-12905-RWZ | (Count I) |
| *Filson v. Insight Health Corp.* | 1:14-cv-12917-RWZ | (Count I) |
| *Foutz v. Insight Health Corp.* | 1:14-cv-12924-RWZ | (Count I) |
| *Harris v. Insight Health Corp.* | 1:14-cv-12928-RWZ | (Count I) |
| *Holbrook v. Insight Health Corp.* | 1:14-cv-12930-RWZ | (Count I) |
| *Kalinoski v. Insight Health Corp.* | 1:14-cv-12916-RWZ | (Count I) |
| *McFarlane v. Insight Health Corp.* | 1:14-cv-12908-RWZ | (Count I) |
| *Shuck v. Insight Health Corp.* | 1:14-cv-12939-RWZ | (Count I) |
| *Smith (James) v. Insight Health Corp.* | 1:14-cv-12910-RWZ | (Count I) |
| *Smith (Randolph) v. Insight Health Corp.* | 1:14-cv-12929-RWZ | (Count I) |
| *White v. Insight Health Corp.* | 1:14-cv-12940-RWZ | (Count I) |
| *Whitlow v. Insight Health Corp.* | 1:14-cv-12927-RWZ | (Count I) |

### LichtensteinFishwick PLC

| | |
|---|---|
| *Austin v. Insight Health Corp.* | (Count V) |
| *Neal v. Insight Health Corp.* | (Count V) |

### Brown & Jennings, PLC

| | |
|---|---|
| *Bell v. Insight Health Corp.* | (Count V) |

# Va. Consumer Protection Act

### Frith & Ellerman Law Firm, PC

| | | |
|---|---|---|
| *Johnston v. Alaunus Pharmaceutical, LLC* | 1:14-cv-12937-RWZ | (Count V) |

### Law Offices of Crandall & Katt

| | |
|---|---|
| *Agnew v. Insight Health Corp.* | (Count IV) |
| *Andrews v. Insight Health Corp.* | (Count IV) |
| *Bishop v. Insight Health Corp.* | (Count IV) |
| *Buchanan v. Insight Health Corp.* | (Count IV) |
| *Miller v. Insight Health Corp.* | (Count IV) |

### Gentry Locke Rakes & Moore, LLP

| | | |
|---|---|---|
| *Artis v. Insight Health Corp* | 1:14-cv-12942-RWZ | (Count II) |
| *Bender v. Insight Health Corp.* | 1:14-cv-12978-RWZ | (Count II) |
| *Bradley v. Insight Health Corp.* | 1:14-cv-12919-RWZ | (Count II) |
| *Brown (Patricia) v. Insight Health Corp.* | 1:14-cv-12941-RWZ | (Count III) |
| *Brown (Ronnie) v. Insight Health Corp.* | 1:14-cv-12938-RWZ | (Count II) |
| *Courtney v. Insight Health Corp.* | 1:14-cv-12931-RWZ | (Count II) |
| *Epperly v. Insight Health Corp.* | 1:14-cv-12905-RWZ | (Count II) |
| *Filson v. Insight Health Corp.* | 1:14-cv-12917-RWZ | (Count II) |
| *Foutz v. Insight Health Corp.* | 1:14-cv-12924-RWZ | (Count II) |
| *Harris v. Insight Health Corp.* | 1:14-cv-12928-RWZ | (Count II) |
| *Holbrook v. Insight Health Corp.* | 1:14-cv-12930-RWZ | (Count II) |
| *Kalinoski v. Insight Health Corp.* | 1:14-cv-12916-RWZ | (Count II) |
| *McFarlane v. Insight Health Corp.* | 1:14-cv-12908-RWZ | (Count II) |
| *Shuck v. Insight Health Corp.* | 1:14-cv-12939-RWZ | (Count II) |
| *Smith (James) v. Insight Health Corp.* | 1:14-cv-12910-RWZ | (Count II) |
| *Smith (Randolph) v. Insight Health Corp.* | 1:14-cv-12929-RWZ | (Count II) |
| *White v. Insight Health Corp.* | 1:14-cv-12940-RWZ | (Count II) |
| *Whitlow v. Insight Health Corp.* | 1:14-cv-12927-RWZ | (Count II) |

### LichtensteinFishwick PLC

| | |
|---|---|
| *Austin v. Insight Health Corp.* | (Count IV) |
| *Neal v. Insight Health Corp.* | (Count IV) |

### Brown & Jennings, PLC

| | |
|---|---|
| *Bell v. Insight Health Corp.* | (Count IV) |