# D. Mass. Cases Against Image Guided Defendants By Cases and Causes of Action -  8/27/2014

## *Agnew v. Insight Health Corp.*

Law Offices of Crandall & Katt            Case No.

- Battery                          (Count I)
- Negligence                       (Count VI)
- Negligence Per Se                (Count V)
- Va. Consumer Protection Act      (Count IV)

## *Andrews v. Insight Health Corp.*

Law Offices of Crandall & Katt            Case No.

- Battery                          (Count I)
- Negligence                       (Count VI)
- Negligence Per Se                (Count V)
- Va. Consumer Protection Act      (Count IV)

## *Artis v. Insight Health Corp*

Gentry Locke Rakes & Moore, LLP           Case No.  1:14-cv-12942-RWZ

- Fraud                            (Count V)
- Gross Negligence                 (Count IV)
- Negligence                       (Count III)
- Negligence Per Se                (Count I)
- Va. Consumer Protection Act      (Count II)

## *Austin v. Insight Health Corp.*

LichtensteinFishwick PLC                  Case No.

- Battery                          (Count I)
- Negligence                       (Count VI)
- Negligence Per Se                (Count V)
- Va. Consumer Protection Act      (Count IV)

## *Baker v. Image Guided Pain Mgt., P.C.*

Frith & Ellerman Law Firm, PC             Case No.  1:14-cv-12421-RWZ

| | |
|---|---|
| Express Warranty | (Count VI) |
| Fraud | (Count IV) |
| Implied Warranty (U.C.C.) | (Count VII) |
| Negligence | (Count II) |
| Negligence Per Se | (Count I) |

### *Bell v. Insight Health Corp.*

Brown & Jennings, PLC                Case No.

| | |
|---|---|
| Battery | (Count I) |
| Negligence | (Count VI) |
| Negligence Per Se | (Count V) |
| Va. Consumer Protection Act | (Count IV) |

### *Bender v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP       Case No.  1:14-cv-12978-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |

### *Bishop v. Insight Health Corp.*

Law Offices of Crandall & Katt        Case No.

| | |
|---|---|
| Battery | (Count I) |
| Negligence | (Count VI) |
| Negligence Per Se | (Count V) |
| Va. Consumer Protection Act | (Count IV) |

### *Bradley v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP       Case No.  1:14-cv-12919-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |

    Va. Consumer Protection Act    (Count II)

## *Brown (Patricia) v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP    Case No.  1:14-cv-12941-RWZ

    Fraud    (Count IX)

    Gross Negligence    (Count VII)

    Negligence    (Count I)

    Negligence Per Se    (Count II)

    Va. Consumer Protection Act    (Count III)

## *Brown (Ronnie) v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP    Case No.  1:14-cv-12938-RWZ

    Fraud    (Count V)

    Gross Negligence    (Count IV)

    Negligence    (Count III)

    Negligence Per Se    (Count I)

    Va. Consumer Protection Act    (Count II)

## *Buchanan v. Insight Health Corp.*

Law Offices of Crandall & Katt    Case No.

    Battery    (Count I)

    Negligence    (Count VI)

    Negligence Per Se    (Count V)

    Va. Consumer Protection Act    (Count IV)

## *Courtney v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP    Case No.  1:14-cv-12931-RWZ

    Fraud    (Count V)

    Gross Negligence    (Count IV)

    Negligence    (Count III)

    Negligence Per Se    (Count I)

    Va. Consumer Protection Act    (Count II)

## *Epperly v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP    Case No.  1:14-cv-12905-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |

*Filson v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP          Case No.  1:14-cv-12917-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |

*Foutz v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP          Case No.  1:14-cv-12924-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |

*Harris v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP          Case No.  1:14-cv-12928-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |

*Holbrook v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP          Case No.  1:14-cv-12930-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |

| | |
|---|---|
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |

### *Johnston v. Alaunus Pharmaceutical, LLC*

Frith & Ellerman Law Firm, PC              Case No.  1:14-cv-12937-RWZ

| | |
|---|---|
| Express Warranty | (Count VII) |
| Fraud | (Count IV) |
| Implied Warranty (U.C.C.) | (Count VIII) |
| Negligence | (Count III) |
| Negligence Per Se | (Count II) |
| Va. Consumer Protection Act | (Count V) |

### *Kalinoski v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP              Case No.  1:14-cv-12916-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |

### *McFarlane v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP              Case No.  1:14-cv-12908-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |

### *Miller v. Insight Health Corp.*

Law Offices of Crandall & Katt              Case No.

| | |
|---|---|
| Battery | (Count I) |
| Negligence | (Count VI) |
| Negligence Per Se | (Count V) |

   Va. Consumer Protection Act   (Count IV)

## *Neal v. Insight Health Corp.*

  LichtensteinFishwick PLC   Case No.

   Battery   (Count I)

   Negligence   (Count V)

   Negligence Per Se   (Count V)

   Va. Consumer Protection Act   (Count IV)

## *Shuck v. Insight Health Corp.*

  Gentry Locke Rakes & Moore, LLP   Case No.  1:14-cv-12939-RWZ

   Fraud   (Count V)

   Gross Negligence   (Count IV)

   Negligence   (Count III)

   Negligence Per Se   (Count I)

   Va. Consumer Protection Act   (Count II)

## *Smith (James) v. Insight Health Corp.*

  Gentry Locke Rakes & Moore, LLP   Case No.  1:14-cv-12910-RWZ

   Fraud   (Count V)

   Gross Negligence   (Count IV)

   Negligence   (Count III)

   Negligence Per Se   (Count I)

   Va. Consumer Protection Act   (Count II)

## *Smith (Randolph) v. Insight Health Corp.*

  Gentry Locke Rakes & Moore, LLP   Case No.  1:14-cv-12929-RWZ

   Fraud   (Count V)

   Gross Negligence   (Count IV)

   Negligence   (Count III)

   Negligence Per Se   (Count I)

   Va. Consumer Protection Act   (Count II)

## *Wertz v. Alaunus Pharmaceuticals, LLC*

  Frith & Ellerman Law Firm, PC   Case No.  1:14-cv-12933-RWZ

| | |
|---|---|
| Express Warranty | (Count VI) |
| Fraud | (Count IV) |
| Implied Warranty (U.C.C.) | (Count VII) |
| Negligence | (Count III) |
| Negligence Per Se | (Count II) |

## *White v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP        Case No.  1:14-cv-12940-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |

## *Whitlow v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP        Case No.  1:14-cv-12927-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |