IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | Master File No: 1:13-MD-2419-RWZ |

This document relates to:

| | |
|---|---|
| CHANCE E. BAKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IMAGE GUIDED PAIN MANAGEMENT, P.C., INSIGHT HEALTH SERVICES CORP., INSIGHT HEALTH CORP., INSIGHT HEALTH SERVICES HOLDINGS CORP., ROBERT F. O'BRIEN, M.D.,<br><br>　　　　Defendants. | No. 1:14-cv-12421-RWZ |

**Motion for Partial Judgment on the Pleadings and Request for Oral Argument**

COME NOW Image Guided Pain Management, P.C., Robert F. O'Brien, M.D. (collectively "IGPM"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(c) and Local Rule 7.1 move for judgment on the pleadings on Count I (Negligence Per Se), Count IV (Fraud), Count VI (Express Warranty), Count VII (Implied Warranty). The arguments and authorities in support of this motion are set forth in Defendants' Consolidated Memorandum in Support of Motion for Partial Judgment on the Pleadings, being filed contemporaneously herewith.

In addition, pursuant to Local Rule 7.1(d), IGPM requests that the Court reserve a date for oral argument of the above-referenced dispositive motion.

                                              IMAGE GUIDED PAIN MANAGEMENT, P.C.,
                                              ROBERT F. O'BRIEN, M.D.

                                              /s/ John T. Jessee
                                                       Of Counsel

John T. Jessee (Va. Bar #18745)
LeClairRyan, A Professional Corporation
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
(540) 510-3037
FAX: (540) 510-3050
john.jessee@leclairryan.com

*Counsel for Image Guided Pain*
   *Management, P.C., Robert F. O'Brien,*
   *M.D.*

### CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing dated August 27, 2014.

                                              /s/    John T. Jessee
                                                  John T. Jessee