# D. Mass. Cases Against Image Guided Defendants By Cases and Causes of Action -- 9/2/2014

## *Agnew v. Insight Health Corp.*
    Law Offices of Crandall & Katt      Case No.    1:14-cv-13505-RWZ

- Battery      (Count I)
- Negligence      (Count VI)
- Negligence Per Se      (Count V)
- Va. Consumer Protection Act      (Count IV)

## *Andrews v. Insight Health Corp.*
    Law Offices of Crandall & Katt      Case No.    1:14-cv-13509-RWZ

- Battery      (Count I)
- Negligence      (Count VI)
- Negligence Per Se      (Count V)
- Va. Consumer Protection Act      (Count IV)

## *Artis v. Insight Health Corp*
    Gentry Locke Rakes & Moore, LLP      Case No.    1:14-cv-12942-RWZ

- Fraud      (Count V)
- Gross Negligence      (Count IV)
- Negligence      (Count III)
- Negligence Per Se      (Count I)
- Va. Consumer Protection Act      (Count II)

## *Austin v. Insight Health Corp.*
    LichtensteinFishwick PLC      Case No.    1:14-cv-13504-RWZ

- Battery      (Count I)
- Negligence      (Count VI)
- Negligence Per Se      (Count V)
- Va. Consumer Protection Act      (Count IV)

## *Baker v. Image Guided Pain Mgt., P.C.*
    Frith & Ellerman Law Firm, PC      Case No.    1:14-cv-12421-RWZ

| | |
|---|---|
| Express Warranty | (Count VI) |
| Fraud | (Count IV) |
| Implied Warranty (U.C.C.) | (Count VII) |
| Negligence | (Count II) |
| Negligence Per Se | (Count I) |

## *Bell v. Insight Health Corp.*

Brown & Jennings, PLC  Case No.   1:14-cv-13511-RWZ

| | |
|---|---|
| Battery | (Count I) |
| Negligence | (Count VI) |
| Negligence Per Se | (Count V) |
| Va. Consumer Protection Act | (Count IV) |

## *Bender v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP  Case No.   1:14-cv-12978-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |

## *Bishop v. Insight Health Corp.*

Law Offices of Crandall & Katt  Case No.   1:14-cv-13510-RWZ

| | |
|---|---|
| Battery | (Count I) |
| Negligence | (Count VI) |
| Negligence Per Se | (Count V) |
| Va. Consumer Protection Act | (Count IV) |

## *Bradley v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP  Case No.   1:14-cv-12919-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |

    Va. Consumer Protection Act    (Count II)

### *Brown (Patricia) v. Insight Health Corp.*

    Gentry Locke Rakes & Moore, LLP    Case No.    1:14-cv-12941-RWZ

- Fraud    (Count IX)
- Gross Negligence    (Count VII)
- Negligence    (Count I)
- Negligence Per Se    (Count II)
- Va. Consumer Protection Act    (Count III)

### *Brown (Ronnie) v. Insight Health Corp.*

    Gentry Locke Rakes & Moore, LLP    Case No.    1:14-cv-12938-RWZ

- Fraud    (Count V)
- Gross Negligence    (Count IV)
- Negligence    (Count III)
- Negligence Per Se    (Count I)
- Va. Consumer Protection Act    (Count II)

### *Buchanan v. Insight Health Corp.*

    Law Offices of Crandall & Katt    Case No.    1:14-cv-13507-RWZ

- Battery    (Count I)
- Negligence    (Count VI)
- Negligence Per Se    (Count V)
- Va. Consumer Protection Act    (Count IV)

### *Courtney v. Insight Health Corp.*

    Gentry Locke Rakes & Moore, LLP    Case No.    1:14-cv-12931-RWZ

- Fraud    (Count V)
- Gross Negligence    (Count IV)
- Negligence    (Count III)
- Negligence Per Se    (Count I)
- Va. Consumer Protection Act    (Count II)

### *Epperly v. Insight Health Corp.*

    Gentry Locke Rakes & Moore, LLP    Case No.    1:14-cv-12905-RWZ

  Fraud              (Count V)
  Gross Negligence         (Count IV)
  Negligence           (Count III)
  Negligence Per Se        (Count I)
  Va. Consumer Protection Act    (Count II)

## *Filson v. Insight Health Corp.*
 Gentry Locke Rakes & Moore, LLP    Case No.  1:14-cv-12917-RWZ

  Fraud              (Count V)
  Gross Negligence         (Count IV)
  Negligence           (Count III)
  Negligence Per Se        (Count I)
  Va. Consumer Protection Act    (Count II)

## *Foutz v. Insight Health Corp.*
 Gentry Locke Rakes & Moore, LLP    Case No.  1:14-cv-12924-RWZ

  Fraud              (Count V)
  Gross Negligence         (Count IV)
  Negligence           (Count III)
  Negligence Per Se        (Count I)
  Va. Consumer Protection Act    (Count II)

## *Gaskins v. Insight*
 Law Offices of Crandall & Katt      Case No.

  Battery             (Count I)
  Negligence           (Count VI)
  Negligence Per Se        (Count V)
  Va. Consumer Protection Act    (Count IV)

## *Harris v. Insight Health Corp.*
 Gentry Locke Rakes & Moore, LLP    Case No.  1:14-cv-12928-RWZ

  Fraud              (Count V)
  Gross Negligence         (Count IV)
  Negligence           (Count III)


| | |
|---|---|
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |

### *Holbrook v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP       Case No.   1:14-cv-12930-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |

### *Johnston v. Alaunus Pharmaceutical, LLC*

Frith & Ellerman Law Firm, PC       Case No.   1:14-cv-12937-RWZ

| | |
|---|---|
| Express Warranty | (Count VII) |
| Fraud | (Count IV) |
| Implied Warranty (U.C.C.) | (Count VIII) |
| Negligence | (Count III) |
| Negligence Per Se | (Count II) |
| Va. Consumer Protection Act | (Count V) |

### *Kalinoski v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP       Case No.   1:14-cv-12916-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |

### *McFarlane v. Insight Health Corp.*

Gentry Locke Rakes & Moore, LLP       Case No.   1:14-cv-12908-RWZ

| | |
|---|---|
| Fraud | (Count V) |
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |

    Va. Consumer Protection Act    (Count II)

## *Miller v. Insight Health Corp.*
    Law Offices of Crandall & Katt    Case No.    1:14-cv-13508-RWZ

    Battery    (Count I)
    Negligence    (Count VI)
    Negligence Per Se    (Count V)
    Va. Consumer Protection Act    (Count IV)

## *Neal v. Insight Health Corp.*
    LichtensteinFishwick PLC    Case No.    1:14-cv-13496-RWZ

    Battery    (Count I)
    Negligence    (Count V)
    Negligence Per Se    (Count V)
    Va. Consumer Protection Act    (Count IV)

## *Shuck v. Insight Health Corp.*
    Gentry Locke Rakes & Moore, LLP    Case No.    1:14-cv-12939-RWZ

    Fraud    (Count V)
    Gross Negligence    (Count IV)
    Negligence    (Count III)
    Negligence Per Se    (Count I)
    Va. Consumer Protection Act    (Count II)

## *Smith (James) v. Insight Health Corp.*
    Gentry Locke Rakes & Moore, LLP    Case No.    1:14-cv-12910-RWZ

    Fraud    (Count V)
    Gross Negligence    (Count IV)
    Negligence    (Count III)
    Negligence Per Se    (Count I)
    Va. Consumer Protection Act    (Count II)

## *Smith (Randolph) v. Insight Health Corp.*
    Gentry Locke Rakes & Moore, LLP    Case No.    1:14-cv-12929-RWZ

    Fraud    (Count V)

| | |
|---|---|
| Gross Negligence | (Count IV) |
| Negligence | (Count III) |
| Negligence Per Se | (Count I) |
| Va. Consumer Protection Act | (Count II) |

## *Wertz v. Alaunus Pharmaceuticals, LLC*

| | | | |
|---|---|---|---|
| Frith & Ellerman Law Firm, PC | | Case No. | 1:14-cv-12933-RWZ |
| Express Warranty | (Count VI) | | |
| Fraud | (Count IV) | | |
| Implied Warranty (U.C.C.) | (Count VII) | | |
| Negligence | (Count III) | | |
| Negligence Per Se | (Count II) | | |

## *White v. Insight Health Corp.*

| | | | |
|---|---|---|---|
| Gentry Locke Rakes & Moore, LLP | | Case No. | 1:14-cv-12940-RWZ |
| Fraud | (Count V) | | |
| Gross Negligence | (Count IV) | | |
| Negligence | (Count III) | | |
| Negligence Per Se | (Count I) | | |
| Va. Consumer Protection Act | (Count II) | | |

## *Whitlow v. Insight Health Corp.*

| | | | |
|---|---|---|---|
| Gentry Locke Rakes & Moore, LLP | | Case No. | 1:14-cv-12927-RWZ |
| Fraud | (Count V) | | |
| Gross Negligence | (Count IV) | | |
| Negligence | (Count III) | | |
| Negligence Per Se | (Count I) | | |
| Va. Consumer Protection Act | (Count II) | | |