# D. Mass. Cases Against Image Guided Defendants
## By Firm and Cause of Action -- 9/2/2014

## Frith & Ellerman Law Firm, PC

### Express Warranty

| | | |
|---|---|---|
| *Baker v. Image Guided Pain Mgt., P.C.* | 1:14-cv-12421-RWZ | (Count VI) |
| *Johnston v. Alaunus Pharmaceutical, LLC* | 1:14-cv-12937-RWZ | (Count VII) |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | 1:14-cv-12933-RWZ | (Count VI) |

### Fraud

| | | |
|---|---|---|
| *Baker v. Image Guided Pain Mgt., P.C.* | 1:14-cv-12421-RWZ | (Count IV) |
| *Johnston v. Alaunus Pharmaceutical, LLC* | 1:14-cv-12937-RWZ | (Count IV) |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | 1:14-cv-12933-RWZ | (Count IV) |

### Implied Warranty (U.C.C.)

| | | |
|---|---|---|
| *Baker v. Image Guided Pain Mgt., P.C.* | 1:14-cv-12421-RWZ | (Count VII) |
| *Johnston v. Alaunus Pharmaceutical, LLC* | 1:14-cv-12937-RWZ | (Count VIII) |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | 1:14-cv-12933-RWZ | (Count VII) |

### Negligence

| | | |
|---|---|---|
| *Baker v. Image Guided Pain Mgt., P.C.* | 1:14-cv-12421-RWZ | (Count II) |
| *Johnston v. Alaunus Pharmaceutical, LLC* | 1:14-cv-12937-RWZ | (Count III) |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | 1:14-cv-12933-RWZ | (Count III) |

### Negligence Per Se

| | | |
|---|---|---|
| *Baker v. Image Guided Pain Mgt., P.C.* | 1:14-cv-12421-RWZ | (Count I) |
| *Johnston v. Alaunus Pharmaceutical, LLC* | 1:14-cv-12937-RWZ | (Count II) |
| *Wertz v. Alaunus Pharmaceuticals, LLC* | 1:14-cv-12933-RWZ | (Count II) |

### Va. Consumer Protection Act

| | | |
|---|---|---|
| *Johnston v. Alaunus Pharmaceutical, LLC* | 1:14-cv-12937-RWZ | (Count V) |

## Law Offices of Crandall & Katt

## Battery

| | | |
|---|---|---|
| *Agnew v. Insight Health Corp.* | 1:14-cv-13505-RWZ | (Count I) |
| *Andrews v. Insight Health Corp.* | 1:14-cv-13509-RWZ | (Count I) |
| *Bishop v. Insight Health Corp.* | 1:14-cv-13510-RWZ | (Count I) |
| *Buchanan v. Insight Health Corp.* | 1:14-cv-13507-RWZ | (Count I) |
| *Gaskins v. Insight* | | (Count I) |
| *Miller v. Insight Health Corp.* | 1:14-cv-13508-RWZ | (Count I) |

## Negligence

| | | |
|---|---|---|
| *Agnew v. Insight Health Corp.* | 1:14-cv-13505-RWZ | (Count VI) |
| *Andrews v. Insight Health Corp.* | 1:14-cv-13509-RWZ | (Count VI) |
| *Bishop v. Insight Health Corp.* | 1:14-cv-13510-RWZ | (Count VI) |
| *Buchanan v. Insight Health Corp.* | 1:14-cv-13507-RWZ | (Count VI) |
| *Gaskins v. Insight* | | (Count VI) |
| *Miller v. Insight Health Corp.* | 1:14-cv-13508-RWZ | (Count VI) |

## Negligence Per Se

| | | |
|---|---|---|
| *Agnew v. Insight Health Corp.* | 1:14-cv-13505-RWZ | (Count V) |
| *Andrews v. Insight Health Corp.* | 1:14-cv-13509-RWZ | (Count V) |
| *Bishop v. Insight Health Corp.* | 1:14-cv-13510-RWZ | (Count V) |
| *Buchanan v. Insight Health Corp.* | 1:14-cv-13507-RWZ | (Count V) |
| *Gaskins v. Insight* | | (Count V) |
| *Miller v. Insight Health Corp.* | 1:14-cv-13508-RWZ | (Count V) |

## Va. Consumer Protection Act

| | | |
|---|---|---|
| *Agnew v. Insight Health Corp.* | 1:14-cv-13505-RWZ | (Count IV) |
| *Andrews v. Insight Health Corp.* | 1:14-cv-13509-RWZ | (Count IV) |
| *Bishop v. Insight Health Corp.* | 1:14-cv-13510-RWZ | (Count IV) |
| *Buchanan v. Insight Health Corp.* | 1:14-cv-13507-RWZ | (Count IV) |
| *Gaskins v. Insight* | | (Count IV) |
| *Miller v. Insight Health Corp.* | 1:14-cv-13508-RWZ | (Count IV) |

# Gentry Locke Rakes & Moore, LLP

## Fraud

| | | |
|---|---|---|
| *Artis v. Insight Health Corp* | 1:14-cv-12942-RWZ | (Count V) |

| | | |
|---|---|---|
| *Bender v. Insight Health Corp.* | 1:14-cv-12978-RWZ | (Count V) |
| *Bradley v. Insight Health Corp.* | 1:14-cv-12919-RWZ | (Count V) |
| *Brown (Patricia) v. Insight Health Corp.* | 1:14-cv-12941-RWZ | (Count IX) |
| *Brown (Ronnie) v. Insight Health Corp.* | 1:14-cv-12938-RWZ | (Count V) |
| *Courtney v. Insight Health Corp.* | 1:14-cv-12931-RWZ | (Count V) |
| *Epperly v. Insight Health Corp.* | 1:14-cv-12905-RWZ | (Count V) |
| *Filson v. Insight Health Corp.* | 1:14-cv-12917-RWZ | (Count V) |
| *Foutz v. Insight Health Corp.* | 1:14-cv-12924-RWZ | (Count V) |
| *Harris v. Insight Health Corp.* | 1:14-cv-12928-RWZ | (Count V) |
| *Holbrook v. Insight Health Corp.* | 1:14-cv-12930-RWZ | (Count V) |
| *Kalinoski v. Insight Health Corp.* | 1:14-cv-12916-RWZ | (Count V) |
| *McFarlane v. Insight Health Corp.* | 1:14-cv-12908-RWZ | (Count V) |
| *Shuck v. Insight Health Corp.* | 1:14-cv-12939-RWZ | (Count V) |
| *Smith (James) v. Insight Health Corp.* | 1:14-cv-12910-RWZ | (Count V) |
| *Smith (Randolph) v. Insight Health Corp.* | 1:14-cv-12929-RWZ | (Count V) |
| *White v. Insight Health Corp.* | 1:14-cv-12940-RWZ | (Count V) |
| *Whitlow v. Insight Health Corp.* | 1:14-cv-12927-RWZ | (Count V) |

## Gross Negligence

| | | |
|---|---|---|
| *Artis v. Insight Health Corp* | 1:14-cv-12942-RWZ | (Count IV) |
| *Bender v. Insight Health Corp.* | 1:14-cv-12978-RWZ | (Count IV) |
| *Bradley v. Insight Health Corp.* | 1:14-cv-12919-RWZ | (Count IV) |
| *Brown (Patricia) v. Insight Health Corp.* | 1:14-cv-12941-RWZ | (Count VII) |
| *Brown (Ronnie) v. Insight Health Corp.* | 1:14-cv-12938-RWZ | (Count IV) |
| *Courtney v. Insight Health Corp.* | 1:14-cv-12931-RWZ | (Count IV) |
| *Epperly v. Insight Health Corp.* | 1:14-cv-12905-RWZ | (Count IV) |
| *Filson v. Insight Health Corp.* | 1:14-cv-12917-RWZ | (Count IV) |
| *Foutz v. Insight Health Corp.* | 1:14-cv-12924-RWZ | (Count IV) |
| *Harris v. Insight Health Corp.* | 1:14-cv-12928-RWZ | (Count IV) |
| *Holbrook v. Insight Health Corp.* | 1:14-cv-12930-RWZ | (Count IV) |
| *Kalinoski v. Insight Health Corp.* | 1:14-cv-12916-RWZ | (Count IV) |
| *McFarlane v. Insight Health Corp.* | 1:14-cv-12908-RWZ | (Count IV) |
| *Shuck v. Insight Health Corp.* | 1:14-cv-12939-RWZ | (Count IV) |
| *Smith (James) v. Insight Health Corp.* | 1:14-cv-12910-RWZ | (Count IV) |
| *Smith (Randolph) v. Insight Health Corp.* | 1:14-cv-12929-RWZ | (Count IV) |
| *White v. Insight Health Corp.* | 1:14-cv-12940-RWZ | (Count IV) |
| *Whitlow v. Insight Health Corp.* | 1:14-cv-12927-RWZ | (Count IV) |

## Negligence

| | | |
|---|---|---|
| *Artis v. Insight Health Corp* | 1:14-cv-12942-RWZ | (Count III) |
| *Bender v. Insight Health Corp.* | 1:14-cv-12978-RWZ | (Count III) |
| *Bradley v. Insight Health Corp.* | 1:14-cv-12919-RWZ | (Count III) |
| *Brown (Patricia) v. Insight Health Corp.* | 1:14-cv-12941-RWZ | (Count I) |
| *Brown (Ronnie) v. Insight Health Corp.* | 1:14-cv-12938-RWZ | (Count III) |
| *Courtney v. Insight Health Corp.* | 1:14-cv-12931-RWZ | (Count III) |
| *Epperly v. Insight Health Corp.* | 1:14-cv-12905-RWZ | (Count III) |
| *Filson v. Insight Health Corp.* | 1:14-cv-12917-RWZ | (Count III) |
| *Foutz v. Insight Health Corp.* | 1:14-cv-12924-RWZ | (Count III) |
| *Harris v. Insight Health Corp.* | 1:14-cv-12928-RWZ | (Count III) |
| *Holbrook v. Insight Health Corp.* | 1:14-cv-12930-RWZ | (Count III) |
| *Kalinoski v. Insight Health Corp.* | 1:14-cv-12916-RWZ | (Count III) |
| *McFarlane v. Insight Health Corp.* | 1:14-cv-12908-RWZ | (Count III) |
| *Shuck v. Insight Health Corp.* | 1:14-cv-12939-RWZ | (Count III) |
| *Smith (James) v. Insight Health Corp.* | 1:14-cv-12910-RWZ | (Count III) |
| *Smith (Randolph) v. Insight Health Corp.* | 1:14-cv-12929-RWZ | (Count III) |
| *White v. Insight Health Corp.* | 1:14-cv-12940-RWZ | (Count III) |
| *Whitlow v. Insight Health Corp.* | 1:14-cv-12927-RWZ | (Count III) |

## Negligence Per Se

| | | |
|---|---|---|
| *Artis v. Insight Health Corp* | 1:14-cv-12942-RWZ | (Count I) |
| *Bender v. Insight Health Corp.* | 1:14-cv-12978-RWZ | (Count I) |
| *Bradley v. Insight Health Corp.* | 1:14-cv-12919-RWZ | (Count I) |
| *Brown (Patricia) v. Insight Health Corp.* | 1:14-cv-12941-RWZ | (Count II) |
| *Brown (Ronnie) v. Insight Health Corp.* | 1:14-cv-12938-RWZ | (Count I) |
| *Courtney v. Insight Health Corp.* | 1:14-cv-12931-RWZ | (Count I) |
| *Epperly v. Insight Health Corp.* | 1:14-cv-12905-RWZ | (Count I) |
| *Filson v. Insight Health Corp.* | 1:14-cv-12917-RWZ | (Count I) |
| *Foutz v. Insight Health Corp.* | 1:14-cv-12924-RWZ | (Count I) |
| *Harris v. Insight Health Corp.* | 1:14-cv-12928-RWZ | (Count I) |
| *Holbrook v. Insight Health Corp.* | 1:14-cv-12930-RWZ | (Count I) |
| *Kalinoski v. Insight Health Corp.* | 1:14-cv-12916-RWZ | (Count I) |
| *McFarlane v. Insight Health Corp.* | 1:14-cv-12908-RWZ | (Count I) |
| *Shuck v. Insight Health Corp.* | 1:14-cv-12939-RWZ | (Count I) |
| *Smith (James) v. Insight Health Corp.* | 1:14-cv-12910-RWZ | (Count I) |

| | | |
|---|---|---|
| *Smith (Randolph) v. Insight Health Corp.* | 1:14-cv-12929-RWZ | (Count I) |
| *White v. Insight Health Corp.* | 1:14-cv-12940-RWZ | (Count I) |
| *Whitlow v. Insight Health Corp.* | 1:14-cv-12927-RWZ | (Count I) |

## Va. Consumer Protection Act

| | | |
|---|---|---|
| *Artis v. Insight Health Corp* | 1:14-cv-12942-RWZ | (Count II) |
| *Bender v. Insight Health Corp.* | 1:14-cv-12978-RWZ | (Count II) |
| *Bradley v. Insight Health Corp.* | 1:14-cv-12919-RWZ | (Count II) |
| *Brown (Patricia) v. Insight Health Corp.* | 1:14-cv-12941-RWZ | (Count III) |
| *Brown (Ronnie) v. Insight Health Corp.* | 1:14-cv-12938-RWZ | (Count II) |
| *Courtney v. Insight Health Corp.* | 1:14-cv-12931-RWZ | (Count II) |
| *Epperly v. Insight Health Corp.* | 1:14-cv-12905-RWZ | (Count II) |
| *Filson v. Insight Health Corp.* | 1:14-cv-12917-RWZ | (Count II) |
| *Foutz v. Insight Health Corp.* | 1:14-cv-12924-RWZ | (Count II) |
| *Harris v. Insight Health Corp.* | 1:14-cv-12928-RWZ | (Count II) |
| *Holbrook v. Insight Health Corp.* | 1:14-cv-12930-RWZ | (Count II) |
| *Kalinoski v. Insight Health Corp.* | 1:14-cv-12916-RWZ | (Count II) |
| *McFarlane v. Insight Health Corp.* | 1:14-cv-12908-RWZ | (Count II) |
| *Shuck v. Insight Health Corp.* | 1:14-cv-12939-RWZ | (Count II) |
| *Smith (James) v. Insight Health Corp.* | 1:14-cv-12910-RWZ | (Count II) |
| *Smith (Randolph) v. Insight Health Corp.* | 1:14-cv-12929-RWZ | (Count II) |
| *White v. Insight Health Corp.* | 1:14-cv-12940-RWZ | (Count II) |
| *Whitlow v. Insight Health Corp.* | 1:14-cv-12927-RWZ | (Count II) |

# LichtensteinFishwick PLC

## Battery

| | | |
|---|---|---|
| *Austin v. Insight Health Corp.* | 1:14-cv-13504-RWZ | (Count I) |
| *Neal v. Insight Health Corp.* | 1:14-cv-13496-RWZ | (Count I) |

## Negligence

| | | |
|---|---|---|
| *Austin v. Insight Health Corp.* | 1:14-cv-13504-RWZ | (Count VI) |
| *Neal v. Insight Health Corp.* | 1:14-cv-13496-RWZ | (Count V) |

## Negligence Per Se

| | | |
|---|---|---|
| *Austin v. Insight Health Corp.* | 1:14-cv-13504-RWZ | (Count V) |
| *Neal v. Insight Health Corp.* | 1:14-cv-13496-RWZ | (Count V) |

## Va. Consumer Protection Act

*Austin v. Insight Health Corp.*      1:14-cv-13504-RWZ   (Count IV)
*Neal v. Insight Health Corp.*      1:14-cv-13496-RWZ   (Count IV)

# <u>Brown & Jennings, PLC</u>

## Battery

*Bell v. Insight Health Corp.*      1:14-cv-13511-RWZ   (Count I)

## Negligence

*Bell v. Insight Health Corp.*      1:14-cv-13511-RWZ   (Count VI)

## Negligence Per Se

*Bell v. Insight Health Corp.*      1:14-cv-13511-RWZ   (Count V)

## Va. Consumer Protection Act

*Bell v. Insight Health Corp.*      1:14-cv-13511-RWZ   (Count IV)