UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:   NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-2419-FDS |
| This Document Relates To: | |
| All Actions | |

NECC MEDIATION PROGRAM
PARTICIPATION NOTICE AND AGREEMENT

The undersigned hereby give(s) notice that he, she, or it is agreeing to participate in the NECC mediation program as set forth by the Court's Order on Mediation Program of August 15, 2013, entered in *In re New England Compounding Pharmacy, Inc., Products Liability Litigation,* MDL No. 1:13-md-2419-FDS ("the MDL").

By executing and filing this Participation Notice and Agreement in the MDL, the undersigned hereby stipulates, agrees, and covenants to the terms of, and agrees to be bound by, the provisions of the Court's Order on Mediation Program.

IN WITNESS WHEREOF, and intending to be legally bound hereby, the undersigned execute this Participation Notice and Agreement as their voluntary act.

_____
Signature

| | |
|---|---|
| Name:   Rita Bunch<br>         High Point Regional Health | |
| Title of person signing, if on behalf of an organization:<br><br>   Vice President | |
| Contact information:<br><br>   Address:   601 N. Elm St.<br>              High Point, NC  27261<br><br>   Email:   rbunch@hprhs.com<br><br>   Phone Number:   336-878-6550 | |
| Names of facilities operated or associated with, if applicable:<br><br>   High Point Surgery Center | |
| Name, firm name, address, phone number, and email address of attorney representing participant in mediation:<br>   Terrill J. Harris<br>   Smith Moore Leatherwood, LLP<br>   300 N. Greene Street, Suite 1400<br>   Greensboro, NC  27401<br>   terri.harris@smithmoorelaw.com | |

(Attach additional pages if necessary)

2

Case 1:13-md-02419-RWZ   Document 394-1   Filed 08/15/13   Page 3 of 3

Unaffiliated Non-Debtor Claimant Affiliate Joinder

_____

Signature

| |
|---|
| Name: |
| Title of person signing, if on behalf of an organization: |
| Contact information:<br><br>   Address:<br><br>   Email:<br><br>   Phone Number: |
| Names of facilities operated or associated with, if applicable: |
| Name, firm name, address, phone number, and email address of attorney representing participant in mediation: |

(Attach additional pages if necessary)

3