UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br> v. <br><br> This Document Relates to: <br><br> Kennedy, et al. v. Unifirst Corporation, et al. No: 1:13-cv-13227-RWZ <br><br> Musselwhite v. Unifirst Corporation, et al. No: 1:13-cv-13228 -RWZ | MDL No: 1:13-md-2419-RWZ |

**SECOND JOINT MOTION FOR ORDER TO SET REVISED BRIEFING SCHEDULE**

The defendants, Advanced Pain & Anesthesia Consultants, PC d/b/a APAC Centers for Pain Management and Randolph Y. Chang, M.D., (hereinafter the "APAC Defendants") and the Plaintiffs' Steering Committee ("PSC") have conferred in order to establish a briefing schedule for PSC's Response to APAC Defendants' Motion to Dismiss in the above referenced dockets. APAC Defendants' Motion to Dismiss (the "Motion") was filed with this Court on May 7, 2014.

The parties have agreed to the following briefing schedule, with such proposed dates superseding those dates set forth in the First Joint Motion For Order To Set Revised Briefing Schedule and Re-Scheduling of Oral Argument filed on August 29, 2014 (Docket #1357):

1. The PSC will file its Opposition to the APAC Defendants' Motion to Dismiss no later than **September 26, 2014**;

2. The APAC Defendants will file its Reply to the PSC's Response to the Motion, if any, no later than **October 3, 2014**; and (limited to 5 pages)

3. If necessary, the PSC may file a sur-reply to the Reply to the PSC's Response to the Motion, if any, no later than **October 10, 2014**. (limited to 5 pages)

The parties respectfully request that the Court enter the attached order to formalize the

1

above-described revised briefing schedule.  In addition, pursuant to Local Rule 7.1(d), the parties request that the Court reserve a date for oral argument.

        Respectfully Submitted,

        /s/ Kimberly A. Dougherty
        Kimberly A. Dougherty
        JANET, JENNER & SUGGS, LLC
        31 St. James Avenue, Suite 365
        Boston, MA  02116
        Telephone: (617) 933-1265
        kdougherty@myadvocates.com

        *Plaintiffs' Steering Committee*

        Thomas M. Sobol
        Kristen Johnson Parker
        HAGENS BERMAN SOBOL SHAPIRO, LLP
        55 Cambridge Parkway, Suite 301
        Cambridge, MA  02142
        Telephone: (617) 482-3700
        Facsimile: (617) 482-3003
        tom@hbsslaw.com
        kristenjp@hbsslaw.com

        *Plaintiffs' Lead Counsel*

        Elizabeth J. Cabraser
        Mark P. Chalos
        Annika K. Martin
        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        150 Fourth Avenue North, Suite 1650
        Nashville, TN  37219
        Telephone: (615) 313-9000
        Facsimile: (615) 313-9965
        ecabraser@lchb.com
        mchalos@lchb.com
        akmartin@lchb.com

        *Federal/State Liaison*

| | |
|---|---|
| Marc E. Lipton<br>LIPTON LAW | Patrick T. Fennell<br>CRANDALL & KATT |

| | |
|---|---|
| 18930 W. 10 Mile Road<br>Southfield, MI  48075<br>Telephone: (248) 557-1688<br>Facsimile: (248) 557-6344<br>marc@liptonlawcenter.com<br><br>Mark Zamora<br>ZAMORA FIRM<br>6 Concourse Way, 22nd Floor<br>Atlanta, GA  30328<br>Telephone: (404) 451-7781<br>Facsimile: (404) 506-9223<br>marc@markzamora.com | 366 Elm Avenue, S.W.<br>Roanoke, VA  24016<br>Telephone: (540) 342-2000<br>pfennel@crandalllaw.com<br><br>J. Gerard Stranch, IV<br>Benjamin A. Gastel<br>BRANSETTER, STRANCH &<br>JENNINGS PLLC<br>227 Second Avenue North<br>Nashville, TN 37201<br>Telephone: (615) 254-8801<br>Facsimile: (615) 255-5419<br>gerards@branstetterlaw.com<br><br>*Plaintiffs' Steering Committee* |
| | /s/ Anthony E. Abeln<br>Tory A. Weigand, BBO #548553<br>Anthony E. Abeln, BBO #669207<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA  02210-1181<br>(617) 439-7500<br>tweigand@morrisonmahoney.com<br>aabeln@morrisonmahoney.com<br><br>*Defendants Advanced Pain & Anesthesia Consultants, PC d/b/a APAC Centers for Pain Management and Randolph Y. Chang, M.D.* |

## **CERTIFICATE OF SERVICE**

I, Kimberly A. Dougherty certify that a copy of this document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on September 5, 2014.

/s/ Kimberly A. Dougherty