UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>v.<br><br>This Document Relates to:<br><br>Kennedy, et al. v. Unifirst Corporation, et al.<br>No: 1:13-cv-13227-RWZ<br><br>Musselwhite v. Unifirst Corporation, et al.<br>No: 1:13-cv-13228 -RWZ | MDL No: 1:13-md-2419-RWZ |

# **[PROPOSED] ORDER**

On September 5, 2014, the Plaintiffs' Steering Committee and counsel for Advanced Pain & Anesthesia Consultants, PC d/b/a APAC Centers for Pain Management and Randolph Y. Chang, M.D., filed the Second Joint Motion For Order To Set Revised Briefing Schedule [ECF No. XXXX]. The Court grants the Motion and orders:

1. The PSC will file its Opposition to the APAC Defendants' Motion to Dismiss no later than **September 26, 2014**;

2. The APAC Defendants will file its Reply to the PSC's Response to the Motion, if any, no later than **October 3, 2014**; and (limited to 5 pages)

3. If necessary, the PSC may file a sur-reply to the Reply to the PSC's Response to the Motion, if any, no later than **October 10, 2014**. (limited to 5 pages)

**So Ordered.**

By: _____
Rya W. Zobel
United States District Court Judge

Dated: _____, 2014