| Case No. | Case Name | Injection State | Claims Subject To Motion To Amend | Party Affected |
|---|---|---|---|---|
| 1:12-cv-12066 | Cole v. New England Compounding Pharmacy, Inc. et al | NH | M.G.L.C. 93A | Unifirst |
| 1:12-cv-12208 | Guzman v. New England Compounding Pharmacy, Inc. | NJ | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10227 | Schroder et al v. New England Compounding Pharmacy, Inc. | MI | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10228 | Cary v. New England Compounding Pharmacy, Inc. | MI | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10229 | Adams v. Cadden | MI | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10345 | Trope et al v. New England Compounding Pharmacy Inc. et al | MD | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10350 | Rhodes v. New England Compounding Pharmacy Inc et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10358 | Keller v. New England Compounding Pharmacy Inc et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10359 | Tacy v. New England Compounding Pharmacy Inc et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10360 | Raeder v. New England Compounding Pharmacy Inc et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10361 | Baer et al v. New England Compounding Pharmacy Inc et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10362 | Kniffen v. New England Compounding Pharmacy Inc et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10364 | Maloney v. New England Compounding Pharmacy Inc et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10365 | Legg v. New England Compounding Pharmacy Inc et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10366 | Islas v. New England Compounding Pharmacy Inc et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10367 | Ellison v. New England Compounding Pharmacy Inc et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10369 | Jewel v. New England Compounding Pharmacy Inc et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10372 | Rohrer et al v. New England Compounding Pharmacy Inc et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10374 | Hartman et al v. New England Compounding Pharmacy Inc, etc, et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10440 | Greenlee et al v. New England Compounding Pharmacy, Inc. et al | MI | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10460 | O'Brien et al v. New England Compounding Pharmacy, Inc. et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10481 | Stanley v. New England Compounding Pharmacy, Inc. | MN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10508 | Raiff v. New England Compounding Pharmacy Inc et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10554 | Toner v. New England Compounding Pharmacy, Inc., et al | MI | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10559 | Smith et al v. Ameridose LLC et al | MI | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10567 | Cooley et al v. New England Compounding Pharmacy, Inc. et al | MI | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10607 | Gipson v. New England Compounding Pharmacy et al | MI | M.G.L.C. 93A | Unifirst |

| Case No. | Case Name | Injection State | Claims Subject To Motion To Amend | Party Affected |
|---|---|---|---|---|
| 1:13-cv-10718 | Powell v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10719 | Whittaker v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10720 | Sherrill v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10746 | Clark v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-10943 | Simas et al v. New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center et al | RI | M.G.L.C. 93A | Unifirst |
| 1:13-cv-11134 | Berger v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-11136 | Barley v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-11137 | Smith v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-11138 | West v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-11139 | Brumfield v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-11140 | Phillips v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-11151 | Sinclair v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-11170 | Bowling v. New England Compounding Pharmacy, Inc., et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-11171 | Fralin v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-11172 | English v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-11174 | Brewster v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-11175 | Hannabass v. New England Compounding Pharmacy, Inc. et al | VA | M.G.L.C. 93A | Unifirst |
| 1:13-cv-11881 | Bland et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12061 | Patel v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12076 | Allen v. Ameridose, LLC et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12187 | Carter et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12234 | May et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12238 | Carman et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12305 | Wiley et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12311 | Schulz et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12315 | Hester et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12428 | Alexander et al v. Ameridose, LLC, et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12429 | Bequette et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12430 | Norwood et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12431 | Kirkwood et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12433 | Parman v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12434 | Williams v. Ameridose | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12490 | Dingess v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12491 | Nealon v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12492 | Farmer v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12563 | Knight v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12565 | Reed v. Ameridose, et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12566 | Youree et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12569 | Settle et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12570 | Miller v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12571 | Ferguson et al v. Ameridose, LLC et al (Three Plaintiffs) | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12572 | Lodowski et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |

| Case No. | Case Name | Injection State | Claims Subject To Motion To Amend | Party Affected |
|---|---|---|---|---|
| 1:13-cv-12573 | Pruitt et al v. Ameridose, LLC | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12574 | Mathias v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12575 | Skelton et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12576 | Knihtila v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12577 | Sharer et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12578 | Scott et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12580 | Collins v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12581 | Graham v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12583 | Savercool v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12588 | Ziegler et al v. Ameridose, LLC | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12589 | Eggleston et al v. Ameridose, LLC | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12590 | Koonce et al v. Ameridose, LLC | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12591 | Chambers et al v. Ameridose, LLC, et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12592 | Kirby v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12594 | Young v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12596 | Bray v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12597 | Willis v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12603 | Richards v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12604 | Besaw et al v. Ameridose, LLC et al (16 Plaintiffs) | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12605 | Hurt et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12606 | Noble et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12610 | McCulloch et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12612 | Brinton v. Ameridose, LLC | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12613 | Robnett et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12616 | Meeker et al v. Ameridose, LLC | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12617 | Lemberg, et al. v. Ameridose, LLC, et al. | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12618 | Slatton et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12619 | Barger et al v. Ameridose, LLC et al (13 Plaintiffs) | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12620 | Sellers et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12621 | Johnson, et al v. Ameridose, LLC, et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12622 | Hill et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12623 | Wanta et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12625 | McElwee v. Ameridose, LLC. et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12657 | Montee v. BKC Pain Specialists, LLC et al | OH | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12658 | Cooper et al v. BKC Pain Specialists, LLC et al | OH | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12659 | Cooper et al v. BKC Pain Specialists, LLC et al | OH | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12660 | Barnes v. Ameridose LLC et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12661 | Cherniak v. Ameridose LLC et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12662 | Huxford v. Ameridose LLC et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12664 | Keim v. Ameridose LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12666 | Redkevitch et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |

| Case No. | Case Name | Injection State | Claims Subject To Motion To Amend | Party Affected |
|---|---|---|---|---|
| 1:13-cv-12667 | Devine v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12670 | Ruhl et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12673 | Taylor et al v. Ameridose, LLC | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12679 | Bumgarner et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12681 | Weaver v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12684 | Smith, et al v. Ameridose, LLC, et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12686 | Foster et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12692 | McKinney v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12729 | Denson v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12734 | Adamson v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12736 | Garland v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12737 | Wray, et al v. Ameridose, et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12738 | Barnard v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12739 | Osborne et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12740 | Rhind et al v. Ameridose, LLC, et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12741 | Fuelling et al v. Ameridose, LLC | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12742 | McDavid v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12772 | Lovelace v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12778 | Ragland v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12779 | McKee et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12780 | Pelters et al v. Ameridose, LLC | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12781 | Sullivan et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12794 | Russell et al v. Ameridose, LLC | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12807 | Jenkins et al v. Ameridose, LLC et al | IN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12818 | Rybinski v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12836 | MiNor et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12838 | Berry v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12841 | Deol v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12842 | Neely v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12916 | Pellicone et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12917 | Reed v. Ameridose, LLC | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12918 | Cox v. Ameridose, LLC | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-12923 | Jackson v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-13120 | Judd et al v. Ameridose, LLC et al | TN | M.G.L.C. 93A | Unifirst |
| 1:13-cv-13215 | Brent V. Unifirst Corporation | MI | M.G.L.C. 93A | Unifirst |
| 1:13-cv-13228 | Musselwhite v. Unifirst Corporation et al | IL | M.G.L.C. 93A | Unifirst |