## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br><br>This Document Relates To: | )<br>)<br>) MDL No. 1:13-md-2419-FDS<br>)<br>)<br>)<br>) |
| WILLIAM LEWIS and NANCY LEWIS, H/W<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC.;<br>AMERIDOSE, LLC;<br>ALAUNUS PHARMACEUTICAL, LLC;<br>NAZARETH HOSPITAL;<br>MERCY HEALTH SYSTEM;<br>WILLIAM A. ANDERSON, M.D.; and<br>THE ROTHMAN INSTITUTE a/k/a and/or d/b/a THE ROTHMAN INSTITUTE AT NAZARETH HOSPITAL | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) MDL No. 1:14-cv-10433-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **CERTIFICATE OF SERVICE**

I, Paul E. Peel, Esquire, do hereby certify that I caused one (1) copy of the foregoing Motion for Partial Judgment on the Pleadings of Defendants, William A. Anderson, M.D. and The Rothman Institute a/k/a and/or d/b/a The Rothman Institute at Nazareth Hospital, to be served this day by electronic mail or United States first class mail, postage prepaid, upon all counsel of record or unrepresented parties.

                                              O'BRIEN & RYAN, LLP

                                              _____/s/_____
                                              HEATHER E. HANSEN
                                              PAUL E. PEEL
                                              BROOK M. HASTINGS
                                              Suite 300, Hickory Pointe
                                              2250 Hickory Road
                                              Plymouth Meeting, PA  19462
                                              (610) 834-8800

                                              Attorneys for Defendants,
                                              William A. Anderson, M.D.
                                              and The Rothman Institute a/k/a
                                              and/or d/b/a The Rothman Institute
                                              at Nazareth Hospital

DATED:  September 5, 2014