# Exhibit A-3


Liberty
The Cleanroom People

# JOB COMPLETION SIGN-OFF SHEET

Date: 08/11/06

Job Name: New England Compounding Center  Phone: 800-994-6322
          Ameridose
Address:  697 Waverly Street               Fax:   888-820-0583
          Framingham, MA. 01702

Customer P.O. #: 2005-1128                 Liberty Job # 23875/10

The subject job has been designed and constructed per the latest approved drawings and customer specifications. All work by the appropriate trades has been completed in a satisfactory manner. The undersigned has reviewed the complete job with Liberty Industries and has found it to be satisfactory in all respects, specifically: appearance, function and cleanliness. Unless otherwise noted below, Liberty Industries has fulfilled all requirements of the subject purchase order.

EXCEPTIONS TO THE ABOVE STATEMENT:

1. As built drawings will be delivered by Liberty Industries no later than thirty days from this date.

2. Attached Punch List items to be otherwise resolved. (See attached)

3. O.H. door between ISO 7 + ISO 8 Room to be replaced with Glass sliding door.

Date job completed: _____  Liberty Representative: _____
NECC Authorized Signature: _Gregory A Conigliaro_
Printed Name/ Title _Gregory A. Conigliaro, Manager_

133 Commerce Street, East Berlin, CT 06023

Since 1958                ■ Cleanrooms              Phone:  (860) 828-6361
Designers, Manufacturers  ■ Laminar Flow Devices    FAX:    (860) 828-8879
and Distributors of:      ■ Cleanroom Accessories   E-Mail Address: libind@liberty-ind.com

CONFIDENTIAL PROTECTED 003691

| Ameridose Cleanroom Final Punch List |
|---|
| Liberty Industries |
| The following items are yet to be resolved, and as a matter of practicality, Ameridose is willing to accept them "as is" provided an alternative solution can be agreed upon to offset these items. |
| |
| Circular stain/bleached area on floor in prep room |
| 4 perimeter windows seated/sealed opposite of remaining windows |
| Door into people anteroom: large gaps between door/jamb |
| Glass in doors of people anteroom: caulk seal visibly uneven/"messy" |
| Caulking around sliding door VERY uneven |
| Gap in corner trim at ceiling, SE corner of large room |

CONFIDENTIAL PROTECTED 003692

The CleanRoom People



133 Commerce Street
East Berlin, CT 06023
T: 860-828-6361
F: 860-828-8879

## FAX MEMO

Date: August 18, 2006
To: Greg Conigliaro
Of: NECC Ameridose
Fax Number: 508.820.9760
Number of Pages: 1
From: GAPollick  *GAPollick*
Subject: Sliding Door & Cleanroom Punch List

Thank you for your order for the single sliding door to be supplied and installed by Liberty Industries.

Also, thank you for your sign off of the cleanroom job completion sheet and your offer to resolve the six (6) item punch list attached to the sign-off sheet.

Liberty Industries suggests we reduce the quoted installed price of the sliding door from $8732.00 ($8917.00 -$185.00 w/o remote activation key) to a revised price of $6232.00. With this $2500.00 reduction in selling pricing, we jointly agree to relieve Liberty Industries from any requirement to take action on the six (6) remaining punch list items on the cleanroom purchased on your Purchase Order 2005-1128. *NECC/Ameridose to keep metal door, frame, motor etc. upon removal.* (yes)

Please sign in the signature block below and return a copy of this fax and Liberty will immediately begin to purchase and schedule the sliding door installation.

_____    8/18/06
Signature                          Date

cc: Steve Higgins @ 508.653.6672
    JCB, DGH, RCK

CONFIDENTIAL PROTECTED 003423