# Exhibit A-4

# Cleanroom
# Certification Report

*Prepared for:*

Liberty Industries
133 Commerce Street
East Berlin, CT 06023

*Tested at:*

**Ameridose**
697 Waverly Street
Framingham, MA 01702

*Attention:*

**Jeff Erickson**
**(860) 828-2638**

*Date Tested*
**July 12, 2006**

*Field Service Technician:*
**Charles Kuchinsky / Mike Lombard**



**ENV**
*SERVICES*

**450 West John Street**
**Hicksville, NY  11801**
**(516) 433-3700**
**Fax (516) 433-9262**

CONFIDENTIAL PROTECTED 001653



# CERTIFICATE OF COMPLIANCE

## FOR

### Ameridose
### Framingham, MA 01702

### Clean Room

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____ **6** _____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____ **At Rest** _____ occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005.  The classification is applicable to the

above clean zone designated in the report prepared _____ **August 2006** _____.

Date of Certification: _____ **July 12, 2006** _____

Due for Retest: _____ **July-2007** _____

Certified By: _____ **Charles Kuchinsky / Mike Lombard** _____

Approval: _____ **CENV200608023** _____

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0266.001

CONFIDENTIAL PROTECTED 001654



SERVICES

# CERTIFICATE OF COMPLIANCE

## FOR

### Ameridose
### Framingham, MA 01702

### People's Ante Room

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____6_____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____**At Rest**_____occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005.  The classification is applicable to the

above clean zone designated in the report prepared _____**August 2006**_____.

Date of Certification:_____**July 12, 2006**_____

Due for Retest:_____**July-2007**_____

Certified By:_____**Charles Kuchinsky / Mike Lombard**_____

Approval:_____**CENV200608023**_____

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0209.001

CONFIDENTIAL PROTECTED 001655


**ENV**
SERVICES

# CERTIFICATE OF COMPLIANCE
## FOR

### Ameridose
### Framingham, MA 01702

### Prep Room

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____7_____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____**At Rest**_____ occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005. The classification is applicable to the

above clean zone designated in the report prepared _____**August 2006**_____.


Date of Certification: _____**July 12, 2006**_____

Due for Retest: _____**July 2007**_____

Certified By: _____**Charles Kuchinsky / Mike Lombard**_____

Approval: _____**CENV200608023**_____


2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0286.001

CONFIDENTIAL PROTECTED 001656



# CERTIFICATE OF COMPLIANCE

## FOR

### Ameridose
### Framingham, MA 01702

### Freight Ante Room

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____8_____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____**At Rest**_____ occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005. The classification is applicable to the

above clean zone designated in the report prepared _____**August 2006**_____.

Date of Certification: _____**July 12, 2006**_____

Due for Retest: _____**July-2007**_____

Certified By: _____**Charles Kuchinsky / Mike Lombard**_____

Approval: _____**CENV200608023**_____

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0288.001

CONFIDENTIAL PROTECTED 001657

## Overview

Clean Room



9' Ceiling

| ENV Services, Inc. | Project: Ameridose |
| Service Specialists for Calibration, Certification and Decontamination | Framingham, MA 01702 |
| 450 West John Street (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | July 12, 2006 |
| Technician: CK/ML    Prepared by: RM | Approval: CENV200608023 |

ENV-V-Overview Cleanroom

CONFIDENTIAL PROTECTED 001658

# HEPA Filter Leak Test

Clean Room



OK = No Leakage Detected

(X) = Leakage Detected and Repaired

X = Leakage Detected and Not Repaired

| ENV Services, Inc. | Project: Ameridose |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | July 12, 2006 |
| Technician: CK/ML    Prepared by: RM | Approval: CENV200608023 |

ENV-V-HEPA Leak Cleanroom

CONFIDENTIAL PROTECTED 001659

# Velocities

(Measurements in feet per minute)
Clean Room



152 = No. of Readings
29% = Maximum variance
9% = Relative Std. Deviation
85 = Average velocity

| ENV Services, Inc. | Project: Ameridose |
| --- | --- |
| Service Specialists for Calibration, Certification and Decontamination | Framingham, MA 01702 |
| 450 West John Street          (516) 433-3700 | Test Date: |
| Hicksville, NY  11801 | July 12, 2006 |
| Technician:     CK/ML          Prepared by: RM | Approval: CENV200608023 |

ENV-V-Vel Cleanroom

CONFIDENTIAL PROTECTED 001660

# Air Supply Volumes & Air Changes Per Hour

### (Measurements in cubic feet per minute)
### Clean Room



|  |  |  |
|---|---|---|
| 22,500 | = | Room Volume |
| 76 | = | No. of Readings |
| 45,567 | = | Total Air Supply Volume |
| 122 | = | Air Changes/Hour |

| ENV Services, Inc. | | Project: Ameridose |
|---|---|---|
| Service Specialists for Calibration, Certification and Decontamination | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | | July 12, 2006 |
| Technician: CK/ML | Prepared by: RM | Approval: CENV200608023 |

ENV-V-VAC Cleanroom

CONFIDENTIAL PROTECTED 001661

## Particle Counts

(Per cubic foot, measured at 0.5 microns and larger)

### Clean Room

| 122 | 24 | 29 | 28 | 11 |
| 117 | 8 | 43 | 13 | 12 |
| 13 | 37 | 56 | 16 | 7 |
| 9 | 7 | 117 | 118 | 70 |
| 107 | 104 | 115 | 114 | 89 |

Ret
Ret
Ret
Ret

|  | Lgth | Wdth |
| --- | --- | --- |
| Dim. | 50 | 50 |
| Area(ft²) | 2500 | |
| Area(m²) | 232.26 | |

| ISO Target Class | 6 |

### AT .5 MICRONS AND LARGER

| # of Locations | High Location | | Avg. of Loc. | | 95% UCL | | FS209E Class | ISO Class |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ft³ | m³ | ft³ | m³ | ft³* | m³ | | |
| 25 | 122 | 4,308 | 55 | 1,958 | N/A | N/A | 1,000 | 6 |

* ISO Class 6 allows a maximum of 35,200 particles 0.5 microns and larger per cubic meter as an average count at any location as long as the entire clean area meets the required statistical tests.

* For comparison the calculated values are presented in both cubic feet and cubic meters.

* The 95%UCL calculated for cubic feet uses the FS209E UCL Factors

| **ENV Services, Inc.** | | Project:  Ameridose |
| --- | --- | --- |
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY  11801 | | July 12, 2006 |
| Technician:  **CK/ML** | Prepared by:  RM | Approval: CENV200608023 |

ENV-V-.5 ISO Cleanroom

CONFIDENTIAL PROTECTED 001662

## Overview

People's
Ante Room



9' Ceiling

| ENV Services, Inc. | | Project: Ameridose |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | | July 12, 2006 |
| Technician: CK/ML | Prepared by: RM | Approval: CENV200608023 |

ENV-V-Overview Peep

CONFIDENTIAL PROTECTED 001663

# HEPA Filter Leak Test

People's
Ante Room



OK = No Leakage Detected

(X) = Leakage Detected and Repaired

X = Leakage Detected and Not Repaired

| ENV Services, Inc. | | Project: Ameridose |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY  11801 | | July 12, 2006 |
| Technician:    CK/ML | Prepared by:  RM | Approval: CENV200608023 |

ENV-V-HEPA Leak Peep

CONFIDENTIAL PROTECTED 001664

# Velocities

(Measurements in feet per minute)
People's
Ante Room



| | 107 | | 97 | | 95 | 101 | | 97 | 109 |
| | 97 | | 97 | | 89 | 114 | | 104 | 95 |

---

12 = No. of Readings
14% = Maximum variance
7% = Relative Std. Deviation
100 = Average velocity

---

| ENV Services, Inc. | Project: **Ameridose** |
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street | Test Date: |
| Hicksville, NY 11801 (516) 433-3700 | July 12, 2006 |
| Technician: **CK/ML** Prepared by: RM | Approval: CENV200608023 |

ENV-V-Vel Peep

CONFIDENTIAL PROTECTED 001665

# Air Supply Volumes & Air Changes Per Hour

(Measurements in cubic feet per minute)

People's
Ante Room



```
2052 = Room Volume
   6 = No. of Readings
4219 = Total Air Supply Volume
 123 = Air Changes/Hour
```

| ENV Services, Inc. | | Project: Ameridose |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | *Test Date:* |
| Hicksville, NY 11801 | | July 12, 2006 |
| *Technician:* **CK/ML** | *Prepared by:* RM | *Approval: CENV200608023* |

ENV-V-VAC Peep

CONFIDENTIAL PROTECTED 001666

# Particle Counts
(Per cubic foot, measured at 0.5 microns and larger)
**People's**
**Ante Room**

|  |  |  |  |
|---|---|---|---|
| 19 | 15 | 19 | 51 |
| 19 | 57 | 31 | 11 |

|  | Lgth | Wdth |
|---|---|---|
| Dim. | 24 | 9.5 |
| Area(ft²) | 228 | |
| Area(m²) | 21.18 | |

| ISO | | |
| Target | 6 | |
| Class | | |

**AT .5 MICRONS AND LARGER**

| # of Locations | High Location | | Avg. of Loc. | | 95% UCL | | FS209E Class | ISO Class |
|---|---|---|---|---|---|---|---|---|
| | ft³ | m³ | ft³ | m³ | ft³* | m³ | | |
| 8 | 57 | 2,013 | 28 | 980 | 39 | 1,388 | 1,000 | 6 |

* ISO Class 6 allows a maximum of 35,200 particles 0.5 microns and larger per cubic meter as an average count at any location as long as the entire clean area meets the required statistical tests.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

* For comparison the calculated values are presented in both cubic feet and cubic meters.

* The 95%UCL calculated for cubic feet uses the FS209E UCL Factors

| **ENV Services, Inc.** | | *Project:* **Ameridose** |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | *Test Date:* |
| Hicksville, NY 11801 | | July 12, 2006 |
| Technician: **CK/ML** | Prepared by: **RM** | *Approval: CENV200608023* |

ENV-V-.5 ISO Peep

CONFIDENTIAL PROTECTED 001667

# Overview

Prep Room



Freight
Ante Room

Pass
Thru

Ret

Pass
Thru

20'

Clean
Room

Hand
Dryer

Sink

People's
Ante
Room

Ret

Pass
Thru

24'

9' Ceiling

| ENV Services, Inc. | | Project:  Ameridose |
| Service Specialists for Calibration, Certification and Decontamination | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY  11801 | | July 12, 2006 |
| Technician:    CK/ML | Prepared by:  RM | Approval: CENV200608023 |

ENV-V-Overview Prep

CONFIDENTIAL PROTECTED 001668

# HEPA Filter Leak Test

Prep Room



OK = No Leakage Detected
(X) = Leakage Detected and Repaired
X = Leakage Detected and Not Repaired

| ENV Services, Inc. | Project: Ameridose |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | July 12, 2006 |
| Technician: CK/ML  Prepared by: RM | Approval: CENV200608023 |

ENV-V-HEPA Leak Prep

CONFIDENTIAL PROTECTED 001669

# Velocities

(Measurements in feet per minute)
Prep Room



14 = No. of Readings
16% = Maximum variance
8% = Relative Std. Deviation
91 = Average velocity

| ENV Services, Inc. | Project: Ameridose |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street            (516) 433-3700 | *Test Date:* |
| Hicksville, NY  11801 | July 12, 2006 |
| Technician:    CK/ML         Prepared by: RM | *Approval: CENV200608023* |

ENV-V-Vel Prep

CONFIDENTIAL PROTECTED 001670

# Air Supply Volumes & Air Changes Per Hour
(Measurements in cubic feet per minute)
### Prep Room



```
688     579     625     607


    621     706     621
```

```
4320 = Room Volume
   7 = No. of Readings
4447 = Total Air Supply Volume
  62 = Air Changes/Hour
```

| ENV Services, Inc. | | Project: Ameridose |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY  11801 | | July 12, 2006 |
| Technician:  CK/ML | Prepared by: RM | Approval: CENV200608023 |

ENV-V-VAC Prep

CONFIDENTIAL PROTECTED 001671

# Particle Counts
(Per cubic foot, measured at 0.5 microns and larger)
Prep Room

| 26 | 25 | 33 | 19 | 20 |
|----|----|----|----|----|
| 28 | 29 | 34 | 38 | 36 |
| 43 | 44 | 54 | 43 | 55 |

|  | Lgth | Wdth | | AT .5 MICRONS AND LARGER | | | | | | | |
|--|------|------|--|--|--|--|--|--|--|--|--|
| Dim. | 24 | 20 | | # of | High Location | | Avg. of Loc. | | 95% UCL | | FS209E | ISO |
| Area(ft²) | 480 | | Locations | ft³ | m³ | ft³ | m³ | ft³* | m³ | Class | Class |
| Area(m²) | 44.59 | | | 15 | 55 | 1,942 | 35 | 1,241 | N/A | N/A | 10,000 | 7 |

* ISO Class 7 allows a maximum of 352,000 particles 0.5 microns and larger per cubic meter as an average count at any location as long as the entire clean area meets the required statistical tests.

ISO Target Class: **7**

* For comparison the calculated values are presented in both cubic feet and cubic meters.
* The 95%UCL calculated for cubic feet uses the FS209E UCL Factors.

| ENV Services, Inc. | Project: Ameridose |
|--|--|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street | Test Date: |
| Hicksville, NY 11801 | (516) 433-3700 | July 12, 2006 |
| Technician: **CK/ML** | Prepared by: RM | Approval: CENV200608023 |

ENV-V-.5 ISO Prep

CONFIDENTIAL PROTECTED 001672

# Overview

Freight
Ante Room



9' Ceiling

| ENV Services, Inc. | Project: Ameridose |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | July 12, 2006 |
| Technician: CK/ML Prepared by: RM | Approval: CENV200608023 |

ENV-V-Overview Freight

CONFIDENTIAL PROTECTED 001673

# HEPA Filter Leak Test

Freight
Ante Room



OK = No Leakage Detected

(X) = Leakage Detected and Repaired

X = Leakage Detected and Not Repaired

| ENV Services, Inc. | Project: Ameridose |
|---|---|
| Service Specialists for Calibration, Certification and Decontamination | Framingham, MA 01702 |
| 450 West John Street (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | July 12, 2006 |
| Technician: CK/ML    Prepared by: RM | Approval: CENV200608023 |

ENV-V-HEPA Leak Freight

CONFIDENTIAL PROTECTED 001674

# Velocities

(Measurements in feet per minute)
Freight
Ante Room



```
4 = No. of Readings
6% = Maximum variance
4% = Relative Std. Deviation
103 = Average velocity
```

| ENV Services, Inc. | | Project: Ameridose |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | | July 12, 2006 |
| Technician: CK/ML | Prepared by: RM | Approval: CENV200608023 |

ENV-V-Vel Freight

CONFIDENTIAL PROTECTED 001675

# Air Supply Volumes & Air Changes Per Hour

(Measurements in cubic feet per minute)

**Freight**
**Ante Room**



```
4320 = Room Volume
   2 = No. of Readings
1446 = Total Air Supply Volume
  20 = Air Changes/Hour
```

| ENV Services, Inc. | Project: Ameridose |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street                              (516) 433-3700 | Test Date: |
| Hicksville, NY  11801 | July 12, 2006 |
| Technician:       CK/ML          Prepared by:  RM | Approval: CENV200608023 |

ENV-V-VAC Freight

CONFIDENTIAL PROTECTED 001676

# Particle Counts

(Per cubic foot, measured at 0.5 microns and larger)

### Freight
### Ante Room

|  |  |  |  |
|---|---|---|---|
| 85 | 72 | 61 | 91 |
| 175 | 159 | 122 | 89 |
| 90 | 99 | 91 | 201 |

|  | Lgth | Wdth | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dim. | 24 | 20 | | **AT .5 MICRONS AND LARGER** | | | | | | | |
| Area(ft²) | 480 | | # of | High Location | | Avg. of Loc. | | 95% UCL | | FS209E | ISO |
| Area(m²) | 44.59 | | Locations | ft³ | m³ | ft³ | m³ | ft³* | m³ | Class | Class |
| | | | 12 | 201 | 7,098 | 111 | 3,929 | N/A | N/A | 100,000 | 8 |

* ISO Class 8 allows a maximum of 3,520,000 particles 0.5 microns and larger per cubic meter as an average count at any location as long as the entire clean area meets the required statistical tests.

* For comparison the calculated values are presented in both cubic feet and cubic meters.

* The 95%UCL calculated for cubic feet uses the FS209E UCL Factors

| ISO | | |
|---|---|---|
| Target | | |
| Class | 8 | |

| **ENV Services, Inc.** | Project: **AmerIdose** |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | July 12, 2006 |
| Technician: **CK/ML** Prepared by: RM | Approval: CENV200608023 |

ENV-V-.5 ISO Freight

CONFIDENTIAL PROTECTED 001677

# Room Pressurization
(Measurements in inches water gauge)
Freight
Ante Room



| ENV Services, Inc. | | Project: Ameridose |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY  11801 | | July 12, 2006 |
| Technician:  **CK/ML** | Prepared by:  RM | Approval: CENV200608023 |

ENV-V-Pressurization

CONFIDENTIAL PROTECTED 001678

# Test Equipment

## Primary Tests

### Photometer

| | |
|---|---|
| Manufacturer: | ATI |
| Model No. | TDA-2G |
| Serial No. | 10671 |
| Calibration Date: | 2/28/2006 |

### Particle Counter

| | |
|---|---|
| Manufacturer: | Met One |
| Model No. | A2400 |
| Serial No. | 040501029 |
| Calibration Date: | 6/7/2006 |

### Electronic Manometer

| | |
|---|---|
| Manufacturer: | Shortridge |
| Model No. | ADM-870/KIT |
| Serial No. | M88559 |
| Calibration Date: | 4/10/2006 |

### Pressure Meter

| | |
|---|---|
| Manufacturer: | TSI |
| Model No. | 8705 |
| Serial No. | 98060015 |
| Calibration Date: | 12/16/2005 |

| ENV Services, inc. | Project: Ameridose |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street    (516) 433-3700 | Test Date: |
| Hicksville, NY   11801 | July 12, 2006 |
| Technician:  CK/ML     Prepared by: RM | Approval: CENV200608023 |

ENV-V-Test Equipment

CONFIDENTIAL PROTECTED 001679



Certificate No. :  68682
ocedure No.    MANF.

In Association with ENV Services, Inc.

Control No. :  68682
Page 1 of 1

**UNIT UNDER TEST**

| | |
|---|---|
| Manufacturer | : AIR TECHNIQUES |
| Model No. | : TDA-2G |
| Serial No. | : 10671 |
| Cust. Ref. No. | : |
| Description | : PHOTOMETER |
| Date Rec'd | : 02/15/2006 |
| Condition Rec'd | : Good |

**SUBMITTED BY**

Customer: ENV SERVICES, INC.(N.E.)
450 W JOHN STREET

HICKSVILLE, NY 11801

P O # : N.E./900

Precal: IN SPEC        Final : IN SPEC

## CALIBRATION CERTIFICATE

All calibrations are performed by qualified personnel using instrumentation, procedures and methods which guarantee specifications claimed are reliable. When specified, all calibrations are performed in accordance with ISO/IEC 17025, ANSI/NCSL Z-540-1-1994, MIL-STD-45662A, 10CFR21 and ENV/Pro-Lab Quality Manual Rev0-Date 11/17/04. Standards used are traceable to The National Institute of Standards and Technology (NIST). Expanded uncertainties are calculated using methods described in the Guide to the Expression of Uncertainty of Measurement (GUM) utilizing a coverage factor of K=2 (95% confidence) and kept on file at Pro-Lab. At a minimum, standards are selected with an uncertainty of 25% or better, where possible. This certificate and/or data shall not be reproduced except in full, without the written permission of Pro-Lab management.

Standards Used

| set# | Description | Certificate Number | Measurement Function | Measurement Uncertainty | Date Due |
|---|---|---|---|---|---|
| 1204 | PICOAMPERE SOURCE | | | | 8/18/2006 |

| | | | |
|---|---|---|---|
| Temperature | 23.0  °C | Date Tested | 02/28/2006 |
| Humidity | 31.0  % RH | Date Due | 02/28/2007 |

Approved By: Michael I Parente, Jr

Laboratory Manager

Calibrated By:    Michael I Parente Jr

Calibration Technician

-- AN ENV COMPANY --

CONFIDENTIAL PROTECTED 001680



| Certificate No. : | 70822 | | Control No. : | 70822 |
|---|---|---|---|---|
| Procedure No. : | Scp-76 1 | | | Page 1 of 1 |

**UNIT UNDER TEST**

| | | | |
|---|---|---|---|
| Manufacturer | : MET ONE | | **SUBMITTED BY** |
| Model No. | : A2400 | | Customer: ENV SERVICES, INC.(N.E.) |
| Serial No. | : 040501029 | | 450 W JOHN STREET |
| Cust. Ref. No. | : | | |
| Description | : PARTICLE COUNTER | | HICKSVILLE, NY 11801 |
| Date Rec'd | : 05/17/2006 | | P.O.# : N.E./900 |
| Condition Rec'd | : Good | | Precal: IN SPEC     Final : IN SPEC |

## *CALIBRATION CERTIFICATE*

All calibrations are performed by qualified personnel using instrumentation, procedures and methods which guarantee specifications claimed are reliable. When specified, all calibrations are performed in accordance with ISO/IEC 17025, ANSI/NCSL Z-540-1-1994, MIL-STD-45662A, 10CFR21 and ENV/Pro-Lab Quality Manual Rev0-Date 11/17/04. Standards used are traceable to The National Institute of Standards and Technology (NIST). Expanded uncertainties are calculated using methods described in the Guide to the Expression of Uncertainty of Measurement (GUM) utilizing a coverage factor of K=2 (95% confidence) and kept on file at Pro-Lab. At a minimum, standards are selected with an uncertainty of 25% or better, where possible. This certificate and/or data shall not be reproduced except in full, without the written permission of Pro-Lab management.

Standards Used

| Asset# | Description | Certificate Number | Measurement Function | Measurement Uncertainty | Date Due |
|---|---|---|---|---|---|
| 132 | TIMER, TRANSFER STANDARD | 66576 | | | 11/15/2006 |
| 170 | PARTICLE COUNTER | 67008 | | | 12/2/2006 |
| 173 | MASS FLOWMETER - 2SCFM | 63910 | | | 9/13/2006 |

| | | | |
|---|---|---|---|
| Temperature : | 22.0 °C | Date Tested : | 06/07/2006 |
| Humidity : | 36 0 % RH | Date Due : | 06/07/2007 |

Approved By: Michael L Parente, Jr.

Laboratory Manager

Calibrated By     Ian Niles

Calibration Technician

— AN ENV COMPANY —
2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-992-9108 - (FAX) 215-822-6522

RC-ADM-0266  11/04

CONFIDENTIAL PROTECTED 001681



Certificate No    69758
Procedure No    Manuf

Control No    69758
Page 1 of 1

| UNIT UNDER TEST | | SUBMITTED BY | |
|---|---|---|---|
| Manufacturer | SHORTRIDGE | Customer ENV SERVICES, INC (N E ) | |
| Model No | ADM-870/KIT | 450 W JOHN STREET | |
| Serial No | M88559 | | |
| Cust Ref No | | HICKSVILLE, NY 11801 | |
| Description | ELECTRONIC MANOMETER | P O # N.E /600 | |
| Date Rec'd | 04/05/2006 | Precal IN SPEC | Final IN SPEC |
| Condition Rec'd | Good | | |

## CALIBRATION CERTIFICATE

All calibrations are performed by qualified personnel using instrumentation, procedures and methods which guarantee specifications claimed are reliable When specified, all calibrations are performed in accordance with ISO/IEC 17025, ANSI/NCSL Z-540-1-1994, MIL-STD-45662A, 10CFR21 and ENV/Pro-Lab Quality Manual Rev0-Date 11/17/04 Standards used are traceable to The National Institute of Standards and Technology (NIST) Expanded uncertainties are calculated using methods described in the Guide to the Expression of Uncertainty of Measurement (GUM) utilizing a coverage factor of K=2 (95% confidence) and kept on file at Pro-Lab At a minimum, standards are selected with an uncertainty of 25% or better, where possible This certificate and/or data shall not be reproduced except in full, without the written permission of Pro-Lab management

Standards Used

| Asset# | Description | Certificate Number | Measurement Function | Measurement Uncertainty | Date Due |
|---|---|---|---|---|---|
| 112 | INTELLIGENT RTD | 66818 | Kaye Irtd | ±0 025°C | 11/23/2006 |
| 126 | DIGITAL ANEMOMETER | 63448 | | | 6/24/2006 |
| 167 | DEAD WEIGHT TESTER | 66338 | RANGE 0 025 TO 2 0 001"H2O+0 6R RANGE 2 TO 64"H 0 02%RDG+0 6R | | 12/6/2007 |

Temperature    23 0 °C
Humidity    36 0 % RH

Date Tested    04/10/2006
Date Due    04/10/2007

Approved By Michael L Parente Jr

Calibrated By    Shawn T Lutus

Laboratory Manager

Calibration Technician

— AN ENV COMPANY —
2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 · 800-992-9108 · (FAX) 215-822-6522

C-4FM 0266   11-04

CONFIDENTIAL PROTECTED 001682



| Certificate No | 67174 | | Control No | 67174 |
| Procedure No | 33K643141 | | Page 1 of 1 | |

### UNIT UNDER TEST

Manufacturer    TSI
Model No.    8705
Serial No.    98060015
Cust. Ref. No.
Description    DP CALIBRATOR
Date Rec'd    12/05/2005
Condition Rec'd    Good

### SUBMITTED BY

Customer ENV SERVICES, INC.(N E )
450 W JOHN STREET

HICKSVILLE, NY 11801

P.O.# :

Precal: IN SPEC          Final . IN SPEC

## CALIBRATION CERTIFICATE

All calibrations are performed by qualified personnel using instrumentation, procedures and methods which guarantee specifications claimed are reliable.  When specified, all calibrations are performed in accordance with ISO/IEC 17025, ANSI/NCSL Z-540-1-1994,  MIL-STD-45662A, 10CFR21 and ENV/Pro-Lab Quality Manual Rev0-Date 11/17/04. Standards used are traceable to The National Institute of Standards and Technology (NIST).  Expanded uncertainties are calculated using methods described in the Guide to the Expression of Uncertainty of Measurement (GUM) utilizing a coverage factor of K=2 (95% confidence) and kept on file at Pro-Lab.  At a minimum, standards are selected with an uncertainty of 25% or better, where possible.  This certificate and/or data shall not be reproduced except in full, without the written permission of Pro-Lab management.

Standards Used

| sset# | Description | Certificate Number | Measurement Function | Measurement Uncertainty | Date Due |
|---|---|---|---|---|---|
| 167 | DEAD WEIGHT TESTER | 66338 | | | 12/6/2007 |
| 1179 | CHART RECORDER | 65806 | | | 10/24/2006 |

Temperature    23 0  °C
Humidity    36 0  % RH

Approved By  Michael I Parente, Jr

Laboratory Manager

Date Tested    12/16/2005
Date Due    12/16/2006

Calibrated By    Shawn T Lucas

Calibration Technician

— AN ENV COMPANY —
2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-992-9108 - (FAX) 215-822-6522

QC ADM 026b   11/04

CONFIDENTIAL PROTECTED 001683