# Exhibit A-5

Case 1:13-cv-10351-RWZ  Document 30-6  Filed 09/11/14  Page 2 of 2
Case 1:13-md-02419-RWZ  Document 1401-9  Filed 09/11/14  Page 2 of 2

Page 1 of 1

## Jeff Erickson

**From:** gap [gapceng@liberty-ind.com]
**Sent:** Monday, July 10, 2006 10:56 AM
**To:** 'Steven Higgins'; GREG@conigliaro.com
**Cc:** 'Jeff Erickson'; bob.kaiser@liberty-ind.com; 'Doug Hall'
**Subject:** Cleanroom Certification

A cleanroom certification is being scheduled to occur Tuesday and Wednesday, July 11 and 12, 2006.

Liberty Industries is scheduling the certification at your direction. However, we feel that it may be premature for the following reasons.

   1) The HVAC system has not been balanced. Therefore, room pressure values and HEPA filter velocities may not be properly set. We are not certain the air handler is supplying the correct amount of air. We are not certain the return and recirculated air systems are balanced.
   2) Breaks/imperfections in the cleanroom wall, which have not been repaired, may allow for unwanted particles in the air.
   3) Doors between various rooms within the cleanroom complex have not been completely sealed.
   4) A final punch list has not been submitted and/or addressed.

However, in consideration of your need to pass the "audit" of the Department of Pharmacy, we have scheduled the third party certification testing. If the certification tests are passed, we will consider the project certification complete.

If the certification test fails, Liberty Industries will require a change order to the existing order or a new Purchase Order to fund and schedule a second test visit.

Please respond, in writing, your agreement to the above.

7/10/2006

CONFIDENTIAL PROTECTED 004560