# Exhibit A-6

# Cleanroom
# Certification Report

*Service Site:*

## New England Compounding Center
## 697 Waverly Street
## Framingham, MA 01702

*Prepared For:*

## Liberty Industries
## 133 Commerce Street
## East Berlin, CT 06023

*Attention:*

**Jeff Erickson**
**860/828-2653**

*Date Tested*

**October 7, 2005**

*Field Service Technician:*

**Charles Kuchinsky**



**450 West John Street**
**Hicksville, NY 11801**
**(516) 433-3700**
**FAX (516) 433-9262**

CONFIDENTIAL PROTECTED 001281

# Overview

## ANTE ROOM



10'

7' 8"

**Ceiling Height = 7.75'**

| ENV Services, Inc. | | Project: New England Compounding Center Framingham, MA 01702 |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY  11801 | | October 7, 2005 |
| Technician: CK | Prepared by: deg | Approval: CENV200510025 |

ENV-V-Overview-Ante Room

CONFIDENTIAL PROTECTED 001282

ANTE ROOM



OK = **No Leakage Detected**
Ⓧ = **Leakage Detected and Repaired**
X = **Leakage Detected and Not Repaired**

| ENV Services, Inc. | | Project: New England Compounding Center |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | **(516) 433-3700** | Test Date: |
| Hicksville, NY 11801 | | October 7, 2005 |
| Technician: **CK** | Prepared by: **deg** | Approval: CENV200510025 |

ENV-V-HEPA Leak-Ante Room

CONFIDENTIAL PROTECTED 001283

**Velocities**

(Measurements in feet per minute)
ANTE ROOM



```
101

97
```

|  |
|---|
| **2 = No. of Readings** |
| **2% = Maximum variance** |
| **3% = Relative Std. Deviation** |
| **99 = Average velocity** |

| **ENV Services, Inc.** | **Project:** New England Compounding Center |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street | *Test Date:* |
| Hicksville, NY 11801      (516) 433-3700 | October 7, 2005 |
| Technician: **CK**    Prepared by: **deg** | *Approval: CENV200510025* |

ENV-V-Velocities-Ante Room

CONFIDENTIAL PROTECTED 001284

(Measurements in inches water gauge)
ANTE ROOM



.0375"

| ENV Services, Inc. | | Project: New England Compounding Center |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | | October 7, 2005 |
| Technician: CK | Prepared by: deg | Approval: CENV200510025 |

ENV-V-Pressurization-Ante Room

CONFIDENTIAL PROTECTED 001285

# Particle Counts

(Per cubic foot, measured at 0.5 microns and larger)
ANTE ROOM



| | | | | AT .5 MICRONS AND LARGER | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Lgth | Wdth | # of Locations | High Location | | Avg. of Loc. | | 95% UCL | | FS209E Class | ISO Class |
| Dim. | 10 | 7.7 | | ft³ | m³ | ft³ | m³ | ft³* | m³ | | |
| Area(ft²) | 77 | | 5 | 4385 | 154,855 | 2353 | 83,081 | 3439 | 120,888 | 100,000 | 8 |
| Area(m²) | 7.15 | | | | | | | | | | |

ISO Target Class  8

* ISO Class 8 allows a maximum of 3,520,000 particles 0.5 microns and larger per cubic meter as an average count at any location as long as the entire clean area meets the required statistical tests.

-----------------------------------------------------
* For comparison the calculated values are presented in both cubic feet and cubic meters.
* The 95%UCL calculated for cubic feet uses the FS209E UCL Factors.

| ENV Services, Inc. | Project New England Compounding Center |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street  (516) 433-3700 | Test Date: |
| Hicksville, NY  11801 | October 7, 2005 |
| Technician:  CK  Prepared by: deg | Approval: CENV200510025 |

ENV-V-.5 ISO-Ante Room

CONFIDENTIAL PROTECTED 001286

CLEANROOM



Ceiling Height = 7.75'

| ENV Services, Inc. | | Project: New England Compounding Center |
|---|---|---|
| Service Specialists for Calibration, Certification and Decontamination | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | | October 7, 2005 |
| Technician: CK | Prepared by: deg | Approval: CENV200510025 |

CONFIDENTIAL PROTECTED 001287

# HEPA Filter Leak Test

CLEANROOM



OK = No Leakage Detected

(X) = Leakage Detected and Repaired

X = Leakage Detected and Not Repaired

| ENV Services, Inc. | | Project: New England Compounding Center |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | | October 7, 2005 |
| Technician: CK | Prepared by: deg | Approval: CENV200510025 |

ENV-V-HEPA Leak-Cleanroom

CONFIDENTIAL PROTECTED 001288

(Measurements in feet per minute)
CLEANROOM



14 = No. of Readings
10% = Maximum variance
5% = Relative Std. Deviation
97 = Average velocity

| ENV Services, Inc. | Project: New England Compounding Center |
| --- | --- |
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street (516) 433-3700 | *Test Date:* |
| Hicksville, NY 11801 | October 7, 2005 |
| Technician: **CK** Prepared by: deg | *Approval: CENV200510025* |

ENV-V-Velocities-Cleanroom

CONFIDENTIAL PROTECTED 001289

# Room Pressurization
(Measurements in inches water gauge)
CLEANROOM



.0456"

.1197"

| ENV Services, Inc. | | Project: New England Compounding Center |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | *Test Date:* |
| Hicksville, NY 11801 | | October 7, 2005 |
| Technician: CK | Prepared by: deg | Approval: CENV200510025 |

ENV-V-Pressurization-Cleanroom

CONFIDENTIAL PROTECTED 001290

(Per cubic foot, measured at 0.5 microns and larger)
CLEANROOM



| | | | AT .5 MICRONS AND LARGER | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Area(ft²) | 478.8 | # of Locations | High Location | | Avg. of Loc. | | 95% UCL | | FS209E | ISO |
| Area(m²) | 44.48 | | ft³ | m³ | ft³ | m³ | ft³* | m³ | Class | Class |
| | | 14 | 1726 | 60,953 | 739 | 26,085 | N/A | N/A | 10,000 | 7 |

ISO Target Class: 7

* ISO Class 7 allows a maximum of 352,000 particles 0.5 microns and larger per cubic meter as an average count at any location as long as the entire clean area meets the required statistical tests.

\* For comparison the calculated values are presented in both cubic feet and cubic meters.

* The 95%UCL calculated for cubic feet uses the FS209E UCL Factors.

| **ENV Services, Inc.** | Project: New England Compounding Center |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street | Test Date: |
| Hicksville, NY 11801  (516) 433-3700 | October 7, 2005 |
| Technician: **CK**    Prepared by: deg | Approval: CENV200510025 |

ENV-V-.5 ISO-Cleanroom

CONFIDENTIAL PROTECTED 001291

## Primary Tests

### Photometer

| | |
|---|---|
| Manufacturer: | ATI |
| Model No. | TDA-2G |
| Serial No. | 11883 |
| Calibration Date: | 3/22/2005 |

### Particle Counter

| | |
|---|---|
| Manufacturer: | MET ONE |
| Model No. | A2400 |
| Serial No. | 040501029 |
| Calibration Date: | 5/17/2005 |

### AirData Multimeter

| | |
|---|---|
| Manufacturer: | Shortridge |
| Model No. | ADM-870 |
| Serial No. | M90364 |
| Calibration Date: | 6/14/2005 |

---

**ENV Services, Inc.**
*Service Specialists for Calibration, Certification and Decontamination*
450 West John Street
Hicksville, NY 11801          (516) 433-3700

Project: New England Compounding Center
Framingham, MA 01702
Test Date:
October 7, 2005

| Technician: CK | Prepared by: deg | Approval: CENV200510025 |
|---|---|---|

ENV-V-Test Equipment

CONFIDENTIAL PROTECTED 001292



# TEC Services, Inc.

90 Aileron Court, Suite 9
Westminster, Maryland 21157
Phone: 410-871-0573
Fax: 410-871-0574

*Controlled Environment Products*
*Calibration & Services*

## EQUIPMENT CALIBRATION REPORT

Date Received: _3/22/05_          Date Returned: _3/22/05_

Customer: _ENV Services Inc._          Contact: _Aurora_

Address: _450 West John Street_          Phone #: _516-433-3700_

_Hicksville, NY 11801_          Customer PO #: _2575_

Manufacturer: _Air Techniques_          Model #: _TDA-2G_

Instrument Type: _Aerosol Photometer_          Serial #: _11883_

### INSTRUMENT DATA

| | | As Found | Final | Mfg. Tolerances | | | As Found | Final | Mfg. Tolerances |
|---|---|---|---|---|---|---|---|---|---|
| Straylight | (3) | .0011% | .0009% | Not Applicable | U4-3 | (1) | -11.98 | -11.98 | -12V ± .5V |
| Sample Flow | (1) | 29.0 | 29.0 | 28.3 ± 2.8 SLPM | U8-1 | (1) | 12.04 | 12.04 | +12V ± .5V |
| 0.001% | (1) | $.80 \times 10^{-10}$ | $.80 \times 10^{-10}$ | $.80 \pm .04 \times 10^{-10} *$ | U12-6 | (1) | 5.00 | 5.00 | +5V ± 20mV |
| 0.01% | (1) | $.80 \times 10^{-9}$ | $.80 \times 10^{-9}$ | $.60 \pm .04 \times 10^{-9} *$ | U13-1 | (1) | 9.72 | 9.72 | +10V +.1V/ -.4V |
| 0.1% | (1) | $.80 \times 10^{-8}$ | $.80 \times 10^{-8}$ | $.80 \pm .04 \times 10^{-8} *$ | J6-Wh | (1) | 295 | 295 | > 220 mV / Def |
| 1.0% | (1) | $.80 \times 10^{-7}$ | $.80 \times 10^{-7}$ | $.80 \pm .04 \times 10^{-7} *$ | J9-1 | (1) | 5.07 | 5.07 | +5V ± .1V |
| 10% | (1) | $.80 \times 10^{-6}$ | $.80 \times 10^{-6}$ | $.80 \pm .04 \times 10^{-6} *$ | J9-5 | (1) | 14.99 | 14.99 | +15V ± .45V |
| 100% | (1) | $.80 \times 10^{-5}$ | $.80 \times 10^{-5}$ | $.80 \pm .04 \times 10^{-5} *$ | J9-6 | (1) | -14.97 | -14.97 | -15V ± .45V |

(1) In Tolerance    (2) Out of Tolerance    (3) No effect on instrument operation    (N/A) Not Applicable    * Amperes

**Received in Tolerance:** ☒ Yes    ☐ No    ☐ Not Operable    ☐ Tolerance Not Applicable

### MAINTENANCE PERFORMED

☒ Clean / Rebuild Chamber       ☐ Replace Cell Lamp          ☒ Leak Test Sampling System
☒ Flush Hoses & Pump            ☐ Test Scanning Probe        ☒ Perform Voltage Check
☒ Check Wiring & Hardware       ☐ Replace Gaskets            ☒ Realign Optics
☐                                                             ☒ Performance Test

Calibrated for: ☒ PAO    ☒ DOP          Temperature: _22.0_ °C          Relative Humidity: _36.0_ %

Notes: _Installed 2 bumper feet. Received without probe, cord, and 1 side panel._

### NIST TRACEABLE EQUIPMENT USED

| Description | Model | Serial # | Certificate # | Cal Date | Due Date |
|---|---|---|---|---|---|
| Picoampere Source | Keithley 261 | 72255 | 5-6801 | 05 APR 04 | 05 APR 05 |
| Digital Multimeter | Fluke 87-3 | 78950234 | 1000233119 | 07 FEB 05 | 07 FEB 06 |
| Thermohygrometer | Oakton WD-35700-00 | N/A | 1000233120 | 04 FEB 05 | 04 FEB 06 |
| Flowmeter | Dwyer VFB-69-BV | N/A | 1000233121 | 09 FEB 05 | 09 FEB 06 |

Calibrated per Procedure: ☒ TEC001  ☒ TEC002  ☐ TEC003  ☐ TEC004  ☐ TEC005  ☒ TEC006
                          ☒ TEC007  ☒ TEC008  ☒ TEC009  ☐ TEC010  ☐        ☐

CALIBRATION BY: _____    DATE: _3/22/05_    DUE DATE: _3/22/06_

FINAL TEST & APPROVAL BY: _T.C._

CONFIDENTIAL PROTECTED 001293



| Certificate No. : | 62911 | | Control No. : | 62911 |
| Procedure No. : | SCP-76.1 | | Page 1 of 1 | |

**UNIT UNDER TEST**

| Manufacturer | : MET ONE |
| Model No. | : A2400 |
| Serial No. | : 040501029 |
| Cust. Ref. No. | : |
| Description | : PARTICLE COUNTER |
| Date Rec'd | : 05/13/2005 |
| Condition Rec'd | : Good |

**SUBMITTED BY**

Customer: ENV SERVICES, INC.(N.E.)

450 W JOHN STREET

HICKSVILLE, NY 11801

P.O.#: 033813

Precal: OUT OF SPEC    Final : IN SPEC

## CALIBRATION CERTIFICATE

All calibrations are performed by qualified personnel using instrumentation, procedures and methods which guarantee specifications claimed are reliable. When specified, all calibrations are performed in accordance with ISO/IEC 17025, ANSI/NCSL Z-540-1-1994, MIL-STD-45662A, 10CFR21 and Protronics/Pro-Lab Quality Manual (Per current revision). Standards used are traceable to The National Institute of Standards and Technology (NIST). Expanded uncertainties are calculated using methods described in the Guide to the Expression of Uncertainty of Measurement (GUM) utilizing a coverage factor of K=2 (95% confidence) and kept on file at Pro-Lab. At a minimum, standards are selected with an uncertainty of 25% or better, where possible. This certificate and/or data shall not be reproduced except in full, without the written permission of Pro-Lab management.

Standards Used

| Asset# | Description | Certificate Number | Measurement Function | Measurement Uncertainty | Date Due |
|--------|-------------|--------------------|--------------------|------------------------|----------|
| 132 | TIMER, TRANSFER STANDARD | 58333 | | | 11/4/2005 |
| 170 | PARTICLE COUNTER | 59311 | | | 11/24/2005 |
| 173 | MASS FLOWMETER - 2SCFM | 56310 | | | 6/28/2005 |

| Temperature : | 24.0 °C |
| Humidity : | 35.0 % RH |

Approved By: Michael Parante, Jr.

Laboratory Manager

| Date Tested : | 05/17/2005 |
| Date Due : | 05/17/2006 |

Calibrated By    Mike Blahut

Calibration Technician

--- AN ENV COMPANY ---

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-992-9108 - (FAX) 215-822-6522

DM-0265  11/04

CONFIDENTIAL PROTECTED 001294



Certificate No. : 63016
Procedure No. : MFGR

Control No. : 63016
Page 1 of 1

**UNIT UNDER TEST**

| | |
|---|---|
| Manufacturer | : SHORTRIDGE |
| Model No. | : ADM-870 |
| Serial No. | : M90364 |
| Cust. Ref. No. | : |
| Description | : AIR DATA MULTIMETER |
| Date Rec'd | : 05/19/2005 |
| Condition Rec'd | : Fair |

**SUBMITTED BY**
Customer: ENV SERVICES, INC.(N.E.)
450 W JOHN STREET

HICKSVILLE, NY 11801

P.O.# :

Precal: IN SPEC          Final : IN SPEC

## CALIBRATION CERTIFICATE

All calibrations are performed by qualified personnel using instrumentation, procedures and methods which guarantee specifications claimed are reliable. When specified, all calibrations are performed in accordance with ISO/IEC 17025, ANSI/NCSL Z-540-1-1994, MIL-STD-45662A, 10CFR21 and Protronics/Pro-Lab Quality Manual (Per current revision). Standards used are traceable to The National Institute of Standards and Technology (NIST). Expanded uncertainties are calculated using methods described in the Guide to the Expression of Uncertainty of Measurement (GUM) utilizing a coverage factor of K=2 (95% confidence) and kept on file at Pro-Lab. At a minimum, standards are selected with an uncertainty of 25% or better, where possible. This certificate and/or data shall not be reproduced except in full, without the written permission of Pro-Lab management.

Standards Used

| ət# | Description | Certificate Number | Measurement Function | Measurement Uncertainty | Date Due |
|---|---|---|---|---|---|
| 167 | DEAD WEIGHT TESTER | 51884 | | | 10/22/2005 |

| | | | |
|---|---|---|---|
| Temperature : | 23.0 °C | Date Tested : | 06/14/2005 |
| Humidity : | 46.0 % RH | Date Due : | 06/14/2006 |

Approved By: Michael Parente, Jr.

Laboratory Manager

Calibrated By    Keith R. Murray Sr.

Calibration Technician

— AN ENV COMPANY —
2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-992-9108 - (FAX) 215-822-6522

-ADM-0266   11/04

CONFIDENTIAL PROTECTED 001295



# CERTIFICATE OF COMPLIANCE

## FOR

## New England Compounding Center
## Framingham, MA 01702

## Ante Room

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____**8**_____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____**At Rest**_____occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999 and 14644-2:2000. The classification is applicable to the

above clean zone designated in the report prepared _____**October-2005**_____.

Date of Certification:_____**October 7, 2005**_____

Due for Retest:_____**April-2006**_____

Certified By:_____**Charles Kuchinsky**_____

Approval:_____**CENV200510025**_____

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0266.001

CONFIDENTIAL PROTECTED 001296



# CERTIFICATE OF COMPLIANCE
## FOR

## New England Compounding Center
## Framingham, MA 01702

## Cleanroom

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class ____7____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____**At Rest**_____occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999 and 14644-2:2000. The classification is applicable to the

above clean zone designated in the report prepared _____**October-2005**_____.


Date of Certification:_____**October 7, 2005**_____

Due for Retest:_____**April-2006**_____

Certified By:_____**Charles Kuchinsky**_____

Approval:_____**CENV200510025**_____

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0288.001

CONFIDENTIAL PROTECTED 001297