# Exhibit A-7

# Cleanroom Certification Report

*Testing Performed at:*

**Ameridose**
**697 Waverly Street**
**Framingham, MA 01702**
*Attention:*
**Steve Higgins**
**(508) 232-1419**

*Report Prepared for:*

Liberty Industries
133 Commerce Street
East Berlin, CT 06023
*Attention:*
**Jeff Erickson**
**(860) 881-7888**

*Date Tested:*

**March 06, 2008**

*Field Service Technicians:*
**Charlie Kuchinsky / Mike Lombard**



RECEIVED
MAR 18 2008

**450 West John Street**
**Hicksville, NY 11801**
**(516) 433-3700**
**Fax (516) 433-9262**

CONFIDENTIAL PROTECTED 001045

# Table of Contents

| Subject | Page(s) |
|---|---|
| Overview - Freight Ante Room | 3 |
| HEPA Leak - Freight Ante Room | 4 |
| Velocities - Freight Ante Room | 5 |
| Volumes / Air Changes - Freight Ante Room | 6 |
| Pressurization - Freight Ante Room | 7 |
| Particle Counts - Freight Ante Room | 8 |
| Overview - Peoples' Ante Room | 9 |
| HEPA Leak - Peoples' Ante Room | 10 |
| Velocities - Peoples' Ante Room | 11 |
| Volumes / Air Changes - Peoples' Ante Room | 12 |
| Pressurization - Peoples' Ante Room | 13 |
| Particle Counts - Peoples' Ante Room | 14 |
| Overview - Prep Room | 15 |
| HEPA Leak - Prep Room | 16 |
| Velocities - Prep Room | 17 |
| Volumes / Air Changes - Prep Room | 18 |
| Pressurization - Prep Room | 19 |
| Particle Counts - Prep Room | 20 |
| Overview - Cleanroom | 21 |
| HEPA Leak - Cleanroom | 22 |
| Velocities - Cleanroom | 23 |
| Volumes / Air Changes - Cleanroom | 24 |
| Pressurization - Cleanroom | 25 |
| Particle Counts - Cleanroom | 26 |
| Test Equipment | 27 |

| ENV Services, Inc. | Project: Ameridose |
|---|---|
| Service Specialists for Calibration, Certification and Decontamination | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | March 06, 2008 |
| Technician: CK/ML | Prepared by: RM | Approval: CENV200803059 |

ENV-V-TOC

CONFIDENTIAL PROTECTED 001046

# Overview

## Freight Ante Room



9.83'

8.76'

Return

Sliding Door

Sliding Door

HEPA

HEPA

9' Ceiling Height

| ENV Services, Inc. | | | Project:  Ameridose |
|---|---|---|---|
| Service Specialists for Calibration, Certification and Decontamination | | | Framingham, MA 01702 |
| 450 West John Street | | (516) 433-3700 | Test Date: |
| Hicksville, NY  11801 | | | March 06, 2008 |
| Technician:   **CK/ML** | | Prepared by:  RM | Approval:  CENV200803059 |

ENV-V-Overview FAR

CONFIDENTIAL PROTECTED 001047

# HEPA Filter Leak Test

**Freight Ante Room**



**OK** = No Leakage Detected > 0.01%

(X) = Leakage Detected and Repaired

X = Leakage Detected and Not Repaired

| ENV Services, Inc. | | Project: Ameridose |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | *Test Date:* |
| Hicksville, NY  11801 | | March 06, 2008 |
| Technician:  **CK/ML** | *Prepared by:* RM | *Approval: CENV200803059* |

ENV-V-HEPA Leak FAR

CONFIDENTIAL PROTECTED 001048

# Velocities
(Measurements in feet per minute)

**Freight Ante Room**



```
4 = No. of Readings
4% = Maximum variance
3% = Relative Std. Deviation
97 = Average velocity
```

| ENV Services, Inc. | | Project: Ameridose |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | **(516) 433-3700** | Test Date: |
| Hicksville, NY  11801 | | March 06, 2008 |
| Technician: **CK/ML** | Prepared by: RM | Approval: CENV200803059 |

ENV-V-Velocities FAR

CONFIDENTIAL PROTECTED 001049

# Air Supply Volumes & Air Changes Per Hour

(Calculated measurements in cubic feet per minute)

**Freight Ante Room**



**Effective Filter Area = 7.185 sq. ft.**

720 = Room Volume
2 = No. of Readings
1387 = Total Air Supply Volume
116 = Air Changes/Hour

| ENV Services, Inc. | | | Project: Ameridose |
|---|---|---|---|
| Service Specialists for Calibration, Certification and Decontamination | | | Framingham, MA 01702 |
| 450 West John Street | | (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | | | March 06, 2008 |
| Technician: CK/ML | Prepared by: RM | | Approval: CENV200803059 |

ENV-V-VAC FAR

CONFIDENTIAL PROTECTED 001050

# Room Pressurization
(Measurements in inches water gauge)

**Freight Ante Room**



| ENV Services, Inc. | Project: **Ameridose** |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY  11801 | March 06, 2008 |
| Technician: **CK/ML** | Prepared by:  RM | Approval:  CENV200803059 |

CONFIDENTIAL PROTECTED 001051

# Particle Counts

(Per cubic foot, measured at 0.5 microns and larger)

**Freight Ante Room**



| | | **AT .5 MICRONS AND LARGER** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Area(ft²) | 80 | **# of** | **High Location** | | **Avg. of Loc.** | | **95% UCL** | **ISO** |
| Area(m²) | 7.43 | **Locations** | ft³ | m³ | ft³ | m³ | ft³* | m³ | **Class** |
| | | 8 | 249 | 8,793 | 171 | 6,052 | 202 | 7,139 | 7 |

**ISO Target Class 7**

* ISO Class 7 allows a maximum of 352,000 particles 0.5 microns and larger per cubic meter as an average count at any location as long as the entire clean area meets the required statistical tests.

* For comparison the calculated values are presented in both cubic feet and cubic meters.

* The 95%UCL calculated for cubic feet uses the FS209E UCL Factors.

| **ENV Services, Inc.** | **Project:** Ameridose |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street | **(516) 433-3700** Test Date: |
| Hicksville, NY 11801 | March 06, 2008 |
| Technician: **CK/ML** Prepared by: RM | Approval: CENV200803059 |

ENV-V-.5 FAR

CONFIDENTIAL PROTECTED 001052

# Overview

## Peoples' Ante Room



**9' Ceiling Height**

| ENV Services, Inc. | Project: Ameridose |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street **(516) 433-3700** | Test Date: |
| Hicksville, NY 11801 | March 06, 2008 |
| Technician: **CK/ML** Prepared by: RM | Approval: CENV200803059 |

ENV-V-Overview PAR

CONFIDENTIAL PROTECTED 001053

# HEPA Filter Leak Test

**Peoples' Ante Room**



OK = No Leakage Detected > 0.01%

(X) = Leakage Detected and Repaired

X = Leakage Detected and Not Repaired

| ENV Services, Inc. | | Project: **Ameridose** |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | **Framingham, MA 01702** |
| **450 West John Street** **Hicksville, NY 11801** | **(516) 433-3700** | Test Date: **March 06, 2008** |
| Technician: **CK/ML** | Prepared by: **RM** | Approval: *CENV200803059* |

ENV-V-HEPA Leak PAR

CONFIDENTIAL PROTECTED 001054

# Velocities
(Measurements in feet per minute)
**Peoples' Ante Room**



| | |
|---|---|
| Return | |

87

95

88

89

```
4 = No. of Readings
90 = Average velocity
```

| ENV Services, Inc. | Project: **Ameridose** |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | **Framingham, MA 01702** |
| 450 West John Street          **(516) 433-3700** | Test Date: |
| Hicksville, NY  11801 | March 06, 2008 |
| Technician:  **CK/ML**          Prepared by: RM | Approval:  CENV200803059 |

ENV-V-Velocities PAR

CONFIDENTIAL PROTECTED 001055

# Air Supply Volumes & Air Changes Per Hour
(Calculated measurements in cubic feet per minute)

**Peoples' Ante Room**



**Effective Filter Area = 7.185 sq. ft.**

```
576 = Room Volume
  2 = No. of Readings
1,290 = Total Air Supply Volume
 134 = Air Changes/Hour
```

| ENV Services, Inc. | Project: **Ameridose** |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | **Framingham, MA 01702** |
| 450 West John Street | Test Date: |
| Hicksville, NY 11801 | March 06, 2008 |
| Technician: **CK/ML** | Prepared by: **RM** |
| | Approval: CENV200803059 |

(516) 433-3700

ENV-V-VAC PAR

CONFIDENTIAL PROTECTED 001056

# Room Pressurization
(Measurements in inches water gauge)

**Peoples' Ante Room**



| | |
|---|---|
| ENV Services, Inc. | Project: **Ameridose** |
| *Service Specialists for Calibration, Certification and Decontamination* | **Framingham, MA 01702** |
| 450 West John Street | Test Date: |
| **(516) 433-3700** | |
| Hicksville, NY  11801 | **March 06, 2008** |
| Technician:  **CK/ML**    Prepared by:  RM | Approval:  CENV200803059 |

ENV-V-Press PAR

CONFIDENTIAL PROTECTED 001057

# Particle Counts

(Per cubic foot, measured at 0.5 microns and larger)

**Peoples' Ante Room**



| Area(ft²) | 64 | | AT .5 MICRONS AND LARGER | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Area(m²) | 5.95 | # of | High Location | | Avg. of Loc. | | 95% UCL | | ISO | |
| | | Locations | ft³ | m³ | ft³ | m³ | ft³ | m³ | Class | |
| ISO Target Class | 7 | 8 | 93 | 3,284 | 47 | 1,673 | 64 | 2,285 | 7 | |

* ISO Class 7 allows a maximum of 352,000 particles 0.5 micron and larger per cubic meter as an average count at any location as long as the entire clean area meets the required statistical tests.

* For comparison the calculated values are presented in both cubic feet and cubic meters.

* The 95%UCL calculated for cubic feet uses the FS209E UCL Factors.

---

**ENV Services, Inc.**

*Service Specialists for Calibration, Certification and Decontamination*

450 West John Street
Hicksville, NY 11801

(516) 433-3700

Project: **Ameridose**
Framingham, MA 01702

Test Date:
**March 06, 2008**

| Technician: | **CK/ML** | Prepared by: RM | Approval: CENV200803059 |
|---|---|---|---|

ENV-V-.5 PAR

CONFIDENTIAL PROTECTED 001058

# Overview

### Prep Room



Sliding Door

Return

HEPA

HEPA

HEPA

HEPA

Return

14.44'

Sliding Door

4.05'

1.42'

9.82'

### 9' Ceiling Height

| ENV Services, Inc. | Project: **Ameridose** |
| --- | --- |
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street | Test Date: |
| (516) 433-3700 | |
| Hicksville, NY  11801 | March 06, 2008 |
| Technician:  **CK/ML**   Prepared by: RM | Approval: CENV200803059 |

ENV-V-Overview Prep

CONFIDENTIAL PROTECTED 001059

# HEPA Filter Leak Test

### Prep Room



OK = No Leakage Detected > 0.01%

(X) = Leakage Detected and Repaired

X = Leakage Detected and Not Repaired

| ENV Services, Inc. | Project: Ameridose |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street **(516) 433-3700** | Test Date: |
| Hicksville, NY 11801 | March 06, 2008 |
| Technician: **CK/ML** Prepared by: RM | Approval: CENV200803059 |

ENV-V-HEPA Leak Prep

CONFIDENTIAL PROTECTED 001060

# Velocities
(Measurements in feet per minute)
### Prep Room



```
8 = No. of Readings
87 = Average velocity
```

| ENV Services, Inc. | | Project: Ameridose |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | | March 06, 2008 |
| Technician: **CK/ML** | Prepared by: RM | Approval: CENV200803059 |

ENV-V-Velocities Prep

CONFIDENTIAL PROTECTED 001061

# Air Supply Volumes & Air Changes Per Hour
(Calculated measurements in cubic feet per minute)

### Prep Room



**Effective Filter Area = 7.185 sq. ft.**

1,125 = Room Volume
4 = No. of Readings
2497 = Total Air Supply Volume
133 = Air Changes/Hour

| | |
|---|---|
| **ENV Services, Inc.** | Project: **Ameridose** |
| *Service Specialists for Calibration, Certification and Decontamination* | **Framingham, MA 01702** |
| 450 West John Street **(516) 433-3700** | Test Date: |
| Hicksville, NY 11801 | **March 06, 2008** |
| Technician: **CK/ML** Prepared by: **RM** | Approval: **CENV200803059** |

ENV-V-VAC Prep

CONFIDENTIAL PROTECTED 001062

# Room Pressurization

(Measurements in inches water gauge)

Prep Room



| ENV Services, Inc. | | Project: **Ameridose** |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | **Framingham, MA 01702** |
| 450 West John Street | **(516) 433-3700** | Test Date: |
| Hicksville, NY 11801 | | March 06, 2008 |
| Technician: **CK/ML** | Prepared by: **RM** | Approval: CENV200803059 |

ENV-V-Press Prep

CONFIDENTIAL PROTECTED 001063

# Particle Counts

(Per cubic foot, measured at 0.5 microns and larger)

### Prep Room



| Area(ft²) | 125 | | AT .5 MICRONS AND LARGER | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Area(m²) | 11.61 | # of | High Location | | Avg. of Loc. | | 95% UCL | | ISO | |
| | | Locations | ft³ | m³ | ft³ | m³ | ft³* | m³ | Class | |
| ISO | | 8 | 361 | 12,749 | 277 | 9,765 | 313 | 11,047 | 6 | |
| Target | 6 | * ISO Class 6 allows a maximum of 35,200 particles 0.5 microns and larger per cubic meter as an average count at any location as long as the entire clean area meets the required statistical tests. | | | | | | | | |
| Class | | * For comparison the calculated values are presented in both cubic feet and cubic meters. | | | | | | | | |
| | | * The 95%UCL calculated for cubic feet uses the FS209E UCL Factors. | | | | | | | | |

| ENV Services, Inc. | Project: Ameridose |
|---|---|
| Service Specialists for Calibration, Certification and Decontamination | Framingham, MA 01702 |
| 450 West John Street        (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | March 06, 2008 |
| Technician: CK/ML        Prepared by: RM | Approval: CENV200803059 |

ENV-V-.5 Prep

CONFIDENTIAL PROTECTED 001064

# Overview

## Main Cleanroom



8' Ceiling Height (Above line) HEPA's:  1-17
9' Ceiling Height (Below line) HEPA's:  18-35

| ENV Services, Inc. | Project: **Ameridose** |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | **Framingham, MA 01702** |
| 450 West John Street | Test Date: |
| Hicksville, NY  11801 | (516) 433-3700 | **March 06, 2008** |
| Technician:  **CK/ML** | Prepared by:  RM | Approval:  CENV200803059 |

ENV-V-Overview CR

CONFIDENTIAL PROTECTED 001065

# HEPA Filter Leak Test

## Main Cleanroom



**Note:** Two HEPA filters found damage and repaired.

OK = No Leakage Detected > 0.01%

Ⓧ = Leakage Detected and Repaired

X = Leakage Detected and Not Repaired

| ENV Services, Inc. | Project: Ameridose |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street | Test Date: |
| Hicksville, NY  11801     **(516) 433-3700** | March 06, 2008 |
| Technician: **CK/ML**     Prepared by: RM | Approval: CENV200803059 |

ENV-V-HEPA Leak CR

CONFIDENTIAL PROTECTED 001066

# Velocities

(Measurements in feet per minute)

**Main Cleanroom**



| HEPA | Velocities | |
|---|---|---|
| 1 | 57 | 59 |
| 2 | 50 | 49 |
| 3 | 97 | 81 |
| 4 | 72 | 74 |
| 5 | 79 | 76 |
| 6 | 79 | 80 |
| 7 | 104 | 96 |
| 8 | 76 | 80 |
| 9 | 44 | 45 |

| HEPA | Velocities | |
|---|---|---|
| 10 | 85 | 80 |
| 11 | 88 | 74 |
| 12 | 82 | 84 |
| 13 | 79 | 83 |
| 14 | 74 | 77 |
| 15 | 65 | 74 |
| 16 | 57 | 52 |
| 17 | 88 | 79 |
| 18 | 100 | 87 |

| HEPA | Velocities | |
|---|---|---|
| 19 | 94 | 99 |
| 20 | 90 | 84 |
| 21 | 94 | 94 |
| 22 | 93 | 94 |
| 23 | 78 | 82 |
| 24 | 83 | 91 |
| 25 | 82 | 88 |
| 26 | 90 | 94 |
| 27 | 74 | 78 |

| HEPA | Velocities | |
|---|---|---|
| 28 | 93 | 99 |
| 29 | 84 | 84 |
| 30 | 91 | 89 |
| 31 | 128 | 134 |
| 32 | 81 | 79 |
| 33 | 90 | 101 |
| 34 | 90 | 83 |
| 35 | 90 | 94 |

**70 = No. of Readings**
**83 = Average velocity**

| ENV Services, Inc. | Project: Ameridose |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street **(516) 433-3700** Hicksville, NY 11801 | Test Date: March 06, 2008 |
| Technician: **CK/ML** Prepared by: RM | Approval: CENV200803059 |

ENV-V-Velocities CR

CONFIDENTIAL PROTECTED 001067

# Air Supply Volumes & Air Changes Per Hour
(Calculated measurements in cubic feet per minute)

**Main Cleanroom**



| HEPA | Vol. |
|------|------|
| 1 | 417 |
| 2 | 356 |
| 3 | 639 |
| 4 | 525 |
| 5 | 557 |
| 6 | 571 |
| 7 | 719 |
| 8 | 560 |
| 9 | 320 |

| HEPA | Vol. |
|------|------|
| 10 | 593 |
| 11 | 582 |
| 12 | 596 |
| 13 | 582 |
| 14 | 542 |
| 15 | 499 |
| 16 | 392 |
| 17 | 600 |
| 18 | 672 |

| HEPA | Vol. |
|------|------|
| 19 | 693 |
| 20 | 625 |
| 21 | 675 |
| 22 | 672 |
| 23 | 575 |
| 24 | 625 |
| 25 | 611 |
| 26 | 661 |
| 27 | 546 |

| HEPA | Vol. |
|------|------|
| 28 | 690 |
| 29 | 604 |
| 30 | 647 |
| 31 | 941 |
| 32 | 575 |
| 33 | 686 |
| 34 | 622 |
| 35 | 661 |

**Effective Filter Area = 7.185 sq. ft.**

8,472 = Room Volume
78 = No. of Readings
21459 = Total Air Supply Volume
152 = Air Changes/Hour

| ENV Services, Inc. | | Project: **Ameridose** |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | | Test Date: |
| Hicksville, NY 11801 | **(516) 433-3700** | March 06, 2008 |
| Technician: **CK/ML** | Prepared by: RM | Approval: CENV200803059 |

ENV-V-VAC CR

CONFIDENTIAL PROTECTED 001068

# Room Pressurization

(Measurements in inches water gauge)

**Main Cleanroom**



| ENV Services, Inc. | | Project: **Ameridose** |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | **Framingham, MA 01702** |
| 450 West John Street | **(516) 433-3700** | *Test Date:* |
| Hicksville, NY 11801 | | March 06, 2008 |
| *Technician:* **CK/ML** | *Prepared by:* RM | *Approval:* CENV200803059 |

ENV-V-Press CR

CONFIDENTIAL PROTECTED 001069

# Particle Counts
(Per cubic foot, measured at 0.5 microns and larger)

**Main Cleanroom**



| | # of Locations | High Location ft³ | High Location m³ | Avg. of Loc. ft³ | Avg. of Loc. m³ | 95% UCL ft³* | 95% UCL m³ | ISO Class |
|---|---|---|---|---|---|---|---|---|
| AT .5 MICRONS AND LARGER | 28 | 15 | 530 | 5 | 178 | N/A | N/A | 5 |

Area(ft²) 998
Area(m²) 92.72

ISO Target Class 5

* ISO Class 5 allows a maximum of 3,520 particles 0.5 microns and larger per cubic meter as an average count at any location as long as the entire clean area meets the required statistical tests.

* For comparison the calculated values are presented in both cubic feet and cubic meters.

* The 95%UCL calculated for cubic feet uses the FS209E UCL Factors.

| ENV Services, Inc. | Project: **Ameridose** |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | **Framingham, MA 01702** |
| 450 West John Street  (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | **March 06, 2008** |
| Technician: **CK/ML**   Prepared by: RM | Approval: CENV200803059 |

ENV-V-.5 CR

CONFIDENTIAL PROTECTED 001070

# Test Equipment

## Primary Tests

### Photometers

| | | | | |
|---|---|---|---|---|
| Manufacturer: | ATI | | Manufacturer: | ATI |
| Model No. | TDA-2G | | Model No. | TDA-2G |
| Serial No. | 11387 | | Serial No. | 15546 |
| Calibration Date: | 03/30/2007 | | Calibration Date: | 09/25/2007 |
| Calibration Due: | 03/30/2008 | | Calibration Due: | 09/25/2008 |

### Particle Counters

| | | | | |
|---|---|---|---|---|
| Manufacturer: | Met One | | Manufacturer: | Met One |
| Model No. | A2400 | | Model No. | 206L-1-115 |
| Serial No. | 050901029 | | Serial No. | 89039702 |
| Calibration Date: | 09/20/2007 | | Calibration Date: | 10/24/2007 |
| Calibration Due: | 09/20/2008 | | Calibration Due: | 10/24/2008 |

### Electronic Manometer

| | |
|---|---|
| Manufacturer: | Shortridge |
| Model No. | ADM-870/KIT |
| Serial No. | M86066 |
| Calibration Date: | 01/29/2008 |
| Calibration Due: | 01/29/2009 |

---

| ENV Services, Inc. | Project: Ameridose |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street **(516) 433-3700** | Test Date: |
| Hicksville, NY 11801 | March 06, 2008 |
| Technician: **CK/ML**  Prepared by: **RM** | Approval: CENV200803059 |

ENV-V-Test Equipment

CONFIDENTIAL PROTECTED 001071



# TEC Services, Inc.

75 Aileron Court, Suite 7
Westminster, Maryland 21157
Phone: 410-871-0573
Fax: 410-871-0574
www.tecservicesinc.biz

*Controlled Environment Products*
*Calibration & Services*

## EQUIPMENT CALIBRATION REPORT

| | | | | |
|---|---|---|---|---|
| Date Received: | *3/29/07* | Date Returned: | *3/30/07* | |
| Customer: | *ENV Services INC* | Contact: | *Bonnie Fischer* | |
| Address: | *2880 Bergey Road Suite 7* | Phone #: | *215-997-5080* | |
| | *Hatfield PA 19440-1764* | Customer PO #: | *9030-00* | |
| Manufacturer: | *Air Techniques* | Model #: | *TDA-2G* | |
| Instrument Type: | *Aerosol Photometer* | Serial #: | *11387* | |

### INSTRUMENT DATA

| | | As Found | Final | Mfg. Tolerances | | | As Found | Final | Mfg. Tolerances |
|---|---|---|---|---|---|---|---|---|---|
| Straylight | (3) | .0016% | .0013% | Not Applicable | U4-3 | (1) | -11.94 | -11.94 | -12V ± .5V |
| Sample Flow | (1) | 28.0 | 28.0 | 28.3 ± 2.8 SLPM | U8-1 | (1) | 12.05 | 12.05 | +12V ± .5V |
| 0.001% | (1) | $.80 \times 10^{-10}$ | $.80 \times 10^{-10}$ | $.80 \pm .04 \times 10^{-10}$ * | U12-6 | (1) | 5.00 | 5.00 | +5V ± 20mV |
| 0.01% | (1) | $.80 \times 10^{-9}$ | $.80 \times 10^{-9}$ | $.80 \pm .04 \times 10^{-9}$ * | U13-1 | (1) | 9.96 | 9.96 | +10V +.1V/ -.4V |
| 0.1% | (1) | $.80 \times 10^{-8}$ | $.80 \times 10^{-8}$ | $.80 \pm .04 \times 10^{-8}$ * | J6-Wh | (1) | 305 | 305 | > 220 mV / Def |
| 1.0% | (1) | $.80 \times 10^{-7}$ | $.80 \times 10^{-7}$ | $.80 \pm .04 \times 10^{-7}$ * | J9-1 | (1) | 5.08 | 5.08 | +5V ± .1V |
| 10% | (1) | $.80 \times 10^{-6}$ | $.80 \times 10^{-6}$ | $.80 \pm .04 \times 10^{-6}$ * | J9-5 | (1) | 14.99 | 14.99 | +15V ± .45V |
| 100% | (1) | $.80 \times 10^{-5}$ | $.80 \times 10^{-5}$ | $.80 \pm .04 \times 10^{-5}$ * | J9-6 | (1) | -14.94 | -14.94 | -15V ± .45V |

(1) In Tolerance   (2) Out of Tolerance   (3) No effect on instrument operation   (N/A) Not Applicable   * Amperes

**Received in Tolerance:** ☒ Yes   ☐ No   ☐ Not Operable   ☐ Tolerance Not Applicable

### MAINTENANCE PERFORMED

| | | |
|---|---|---|
| ☒ Clean / Rebuild Chamber | ☐ Replace Cell Lamp | ☒ Leak Test Sampling System |
| ☐ Flush Hoses & Pump | ☒ Test Scanning Probe | ☒ Perform Voltage Check |
| ☒ Check Wiring & Hardware | ☐ Replace Gaskets | ☒ Realign Optics |
| ☐ | ☐ | ☒ Performance Test |

Calibrated for: ☒ PAO   ☒ DOP          Temperature: *19.2* °C     Relative Humidity: *25.0* %

Notes: _____

### NIST TRACEABLE EQUIPMENT USED

| Description | Model | Serial # | Certificate # | Cal Date | Due Date |
|---|---|---|---|---|---|
| Picoampere Source | Keithley 261 | 32109A | 5-8080 | 17 MAR 07 | 17 MAR 08 |
| Digital Multimeter | Fluke 87-3 | 78950234 | 441648 | 02 JAN 07 | 02 JAN 08 |
| Thermohygrometer | Oakton WD-35700-00 | N/A | 442513 | 02 JAN 07 | 02 JAN 08 |
| Flowmeter | Dwyer VFB-69 | N/A | 444929 | 04 JAN 07 | 04 JAN 08 |

Calibrated per Procedure:   ☒ TEC001  ☒ TEC002  ☐ TEC003  ☐ TEC004  ☐ TEC005  ☒ TEC006
☒ TEC007  ☒ TEC008  ☒ TEC009  ☐ TEC010  ☐          ☐

CALIBRATION BY: *Philys Bea*          DATE: *3/30/07*   DUE DATE: *3/30/08*
FINAL TEST & APPROVAL BY: *T.C.*

CONFIDENTIAL PROTECTED 001072



| Certificate No. : | 81755 | Control No. : | 81755 |
| Procedure No. : | CP0051 | Page 1 of 1 | |

## UNIT UNDER TEST

| | | SUBMITTED BY | |
| Manufacturer | : AIR TECHNIQUES | Customer: ENV SERVICES, INC.(N.E.) | |
| Model No. | : TDA-2G | 450 W JOHN STREET | |
| Serial No. | : 15545 | | |
| Cust. Ref. No. | : | HICKSVILLE, NY 11801 | |
| Description | : PHOTOMETER | P.O.#: NE/900 | |
| Date Rec'd | : 09/21/2007 | Precal: IN SPEC  Final : IN SPEC | |
| Condition Rec'd | : Good | | |

## CALIBRATION CERTIFICATE

All calibrations are performed by qualified personnel using instrumentation, procedures and methods which guarantee specifications claimed are reliable.  When specified, all calibrations are performed in accordance with ISO/IEC 17025, ANSI/NCSL Z-540-1-1994, MIL-STD-45662A, 10CFR21 and ENV/Pro-Lab Quality Manual Rev2-Date 5/22/06. Standards used are traceable to The National Institute of Standards and Technology (NIST).  Expanded uncertainties are calculated using methods described in the Guide to the Expression of Uncertainty of Measurement (GUM) utilizing a coverage factor of K=2 (95% confidence) and kept on file at Pro-Lab.  At a minimum, standards are selected with an uncertainty of 25% or better, where possible.  This certificate and/or data shall not be reproduced except in full, without the written permission of Pro-Lab management.

### Standards Used

| Asset# | Description | Certificate Number | Measurement Function | Measurement Uncertainty | Date Due |
|---|---|---|---|---|---|
| 157 | PRTD - 385 | 46785 | | | |
| 173 | MASS FLOWMETER - 2SCFM | 73506 | | | 9/30/2007 |
| 1204 | PICOAMPERE SOURCE | 81501 | | | 9/19/2008 |

| Temperature : | 22.0 °C | Date Tested | : 09/25/2007 |
| Humidity : | 35.0 % RH | Date Due | : 09/25/2008 |

Approved By: Keith R. Murray Sr

Laboratory Manager

Calibrated By  WILLIAM LEAS

Calibration Technician

— AN ENV COMPANY —
2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-992-9108 - (FAX) 215-822-6522

RC-ADM-0266   11/04

CONFIDENTIAL PROTECTED 001073



Certificate No. : 81623
Procedure No. : Scp-76.1

Control No. : 81623
Page 1 of 1

## UNIT UNDER TEST

| | | SUBMITTED BY |
|---|---|---|
| Manufacturer | : MET ONE | Customer:ENV SERVICES, INC.(N.E.) |
| Model No. | : A2400 | 450 W JOHN STREET |
| Serial No. | : 050901029 | |
| Cust. Ref. No. | : | HICKSVILLE, NY 11801 |
| Description | : PARTICLE COUNTER | P.O.# :NE/910 |
| Date Rec'd | : 09/14/2007 | Precal: IN SPEC        Final : IN SPEC |
| Condition Rec'd | : Good | |

## CALIBRATION CERTIFICATE

All calibrations are performed by qualified personnel using instrumentation, procedures and methods which guarantee specifications claimed are reliable. When specified, all calibrations are performed in accordance with ISO/IEC 17025, ANSI/NCSL Z-540-1-1994, MIL-STD-45662A, 10CFR21 and ENV/Pro-Lab Quality Manual Rev2-Date 05/22/06. Standards used are traceable to The National Institute of Standards and Technology (NIST). Expanded uncertainties are calculated using methods described in the Guide to the Expression of Uncertainty of Measurement (GUM) utilizing a coverage factor of K=2 (95% confidence) and kept on file at Pro-Lab. At a minimum, standards are selected with an uncertainty of 25% or better, where possible. This certificate and/or data shall not be reproduced except in full, without the written permission of Pro-Lab management.

Standards Used

| Asset# | Description | Certificate Number | Measurement Function | Measurement Uncertainty | Date Due |
|---|---|---|---|---|---|
| 170 | PARTICLE COUNTER | 75888 | | | 1/9/2008 |
| 173 | MASS FLOWMETER - 2SCFM | 73506 | | | 9/30/2007 |
| 177 | CLEAN AIR BENCH | 80978 | | | 8/10/2008 |

| | | |
|---|---|---|
| Temperature   22.0 °C | Date Tested : 09/20/2007 | |
| Humidity       45.0 % RH | Date Due    : 09/20/2008 | |

Approved By: Keith R. Murray Sr.

Calibrated By :   Ian Niles

Laboratory Manager

Calibration Technician

— AN ENV COMPANY —
2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-992-9108 - (FAX) 215-822-6522

RC-ADM-0255   11/04

CONFIDENTIAL PROTECTED 001074



| Certificate No. : | 82086 | | | | Control No. : | 82086 |
| Procedure No. : | scp-76.1 | | | | | Page 1 of 1 |

**UNIT UNDER TEST**

| | | **SUBMITTED BY** |
|---|---|---|
| Manufacturer | : MET ONE | Customer: ENV SERVICES, INC.(N.E.) |
| Model No. | : 206L-1-115 | 450 W JOHN STREET |
| Serial No. | : 89039702 | |
| Cust. Ref. No. | : | HICKSVILLE, NY 11801 |
| Description | : PARTICLE COUNTER | P.O.#: NE/900 |
| Date Rec'd | : 10/09/2007 | Precal: IN SPEC     Final : IN SPEC |
| Condition Rec'd | : Good | |

# CALIBRATION CERTIFICATE

All calibrations are performed by qualified personnel using instrumentation, procedures and methods which guarantee specifications claimed are reliable. When specified, all calibrations are performed in accordance with ISO/IEC 17025, ANSI/NCSL Z-540-1-1994, MIL-STD-45662A, 10CFR21 and ENV/Pro-Lab Quality Manual Rev2-Date 05/22/06. Standards used are traceable to The National Institute of Standards and Technology (NIST). Expanded uncertainties are calculated using methods described in the Guide to the Expression of Uncertainty of Measurement (GUM) utilizing a coverage factor of K=2 (95% confidence) and kept on file at Pro-Lab. At a minimum, standards are selected with an uncertainty of 25% or better, where possible. This certificate and/or data shall not be reproduced except in full, without the written permission of Pro-Lab management.

Standards Used

| Asset# | Description | Certificate Number | Measurement Function | Measurement Uncertainty | Date Due |
|---|---|---|---|---|---|
| 170 | PARTICLE COUNTER | 75888 | | | 1/9/2008 |
| 173 | MASS FLOWMETER - 2SCFM | 81949 | | | 10/16/2008 |
| 177 | CLEAN AIR BENCH | 80978 | | | 6/10/2008 |
| 2234 | TIMER/STOPWATCH | 78545 | | | 4/23/2008 |

| Temperature | : | 22.0 °C | | Date Tested | : | 10/24/2007 |
| Humidity | : | 45.0 % RH | | Date Due | : | 10/24/2008 |

Approved By: Keith R. Murray Sr.

Laboratory Manager

Calibrated By    Ian Niles

Calibration Technician

— AN ENV COMPANY —

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-992-9108 - (FAX) 215-822-6522

RC-ADM-0266  11/04

CONFIDENTIAL PROTECTED 001075



| Certificate No. : | 84184 | | Control No. : | 84184 |
| Procedure No. : | 33K641796 | | Page 1 of 1 | |

**UNIT UNDER TEST**

| | | |
|---|---|---|
| Manufacturer | : SHORTRIDGE | |
| Model No. | : ADM-870/KIT | |
| Serial No. | : M86066 | |
| Cust. Ref. No. | : | |
| Description | : ELECTRONIC MANOMETER | |
| Date Rec'd | : 01/14/2008 | |
| Condition Rec'd | : Good | |

**SUBMITTED BY**

Customer: ENV SERVICES, INC.(N.E.)
450 W JOHN STREET

HICKSVILLE, NY 11801

P.O.# : NE/900

Precal: IN SPEC    Final :

## CALIBRATION CERTIFICATE

All calibrations are performed by qualified personnel using instrumentation, procedures and methods which guarantee specifications claimed are reliable. When specified, all calibrations are performed in accordance with ISO/IEC 17025, ANSI/NCSL Z-540-1-1994, MIL-STD-45662A, 10CFR21 and ENV/Pro-Lab Quality Manual Rev2-Date 05/22/06. Standards used are traceable to The National Institute of Standards and Technology (NIST). Expanded uncertainties are calculated using methods described in the Guide to the Expression of Uncertainty of Measurement (GUM) utilizing a coverage factor of K=2 (95% confidence) and kept on file at Pro-Lab. At a minimum, standards are selected with an uncertainty of 25% or better, where possible. This certificate and/or data shall not be reproduced except in full, without the written permission of Pro-Lab management.

Standards Used

| Asset# | Description | Certificate Number | Measurement Function | Measurement Uncertainty | Date Due |
|---|---|---|---|---|---|
| 115 | DEAD WEIGHT TESTER | 67905 | PRESSURE | 0.018%RDG+0.6 | 1/30/2008 |
| 186 | DIGITAL ANEMOMETER | 79972 | | | 6/19/2008 |
| 1190 | TEMPERATURE INDICATOR | 81937 | RESISTANCE RTD | ±0.008% RDG 0.02@200°C | 10/4/2008 |
| 2121 | PRESSURE MODULE | 81897 | | | 5/1/2008 |
| 2255 | PRESSURE MODULE | 80567 | | | 2/2/2008 |
| 2343 | METER | 82767 | | | 11/20/2008 |

| | | | |
|---|---|---|---|
| Temperature : | 29.0 °C | Date Tested : | 01/29/2008 |
| Humidity : | 10.0 % RH | Date Due : | 01/29/2009 |

Approved By: Keith R. Murray Sr.

Laboratory Manager

Calibrated By    Jeremy Vaughn

Calibration Technician

— AN ENV COMPANY —
2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-992-9108 - (FAX) 215-822-6522

RC-ADM-0256   11/04

CONFIDENTIAL PROTECTED 001076



**ENV**
*SERVICES*

# CERTIFICATE OF COMPLIANCE

## FOR

## Ameridose
## Framingham, MA 01702

### Freight Ante Room

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____ 7 _____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____ **As Built** _____ occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005. The classification is applicable to the

above clean zone designated in the report prepared _____ **March 2008** _____

Date of Certification:_____ **March 06, 2008** _____

Due for Retest:_____ **September-2008**

Certified By:_____ **Charlie Kuchinsky / Mike Lombard**

Approval:_____ **CENV200803059**

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0206.001

CONFIDENTIAL PROTECTED 001077



# CERTIFICATE OF COMPLIANCE

## FOR

## Ameridose
## Framingham, MA 01702

## Peoples' Ante Room

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____ **7** _____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____ **As Built** _____ occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005. The classification is applicable to the

above clean zone designated in the report prepared _____ **March 2008** _____.

Date of Certification: _____ **March 06, 2008** _____

Due for Retest: _____ **September-2008** _____

Certified By: _____ **Charlie Kuchinsky / Mike Lombard** _____

Approval: _____ **CENV200803059** _____

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0288.001

CONFIDENTIAL PROTECTED 001078



# CERTIFICATE OF COMPLIANCE

## FOR

## Ameridose
## Framingham, MA 01702

## Prep Room

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____ **6** _____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____ **As Built** _____ occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005. The classification is applicable to the

above clean zone designated in the report prepared _____ **March 2008** _____

Date of Certification: _____ **March 06, 2008** _____

Due for Retest: _____ **September-2008** _____

Certified By: _____ **Charlie Kuchinsky / Mike Lombard** _____

Approval: _____ **CENV200803059** _____

RC-ADM-0286.001                2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

CONFIDENTIAL PROTECTED 001079



# CERTIFICATE OF COMPLIANCE

## FOR

## Ameridose
## Framingham, MA 01702

## Cleanroom

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____**5**_____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____**As Built**_____ occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005. The classification is applicable to the

above clean zone designated in the report prepared _____**March 2008**_____

Date of Certification:_____**March 06, 2008**_____

Due for Retest:_____**September-2008**_____

Certified By:_____**Charlie Kuchinsky / Mike Lombard**_____

Approval:_____**CENV200803059**_____

RC-ADM-0266.001   2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

CONFIDENTIAL PROTECTED 001080