# Exhibit B

000001

# REDACTED

000218

# REDACTED

000219

# REDACTED

000220

# REDACTED

000221

# REDACTED

000222

# REDACTED

000223

# REDACTED

000224

# REDACTED

000225

# REDACTED

000226

# REDACTED

000227

# REDACTED

000228

# REDACTED

000229

# REDACTED

000230

# REDACTED

000231

# REDACTED

# REDACTED

000233

# REDACTED

000234

# REDACTED

000235

# REDACTED

000236

# REDACTED

000237

# REDACTED

000238

# REDACTED

000239

# REDACTED

000240

# REDACTED

000241

# REDACTED

000242

# REDACTED

000243

# REDACTED

000244

# REDACTED

000245

# REDACTED

000246

# REDACTED

000247

# REDACTED