# Exhibit D

# REDACTED

# REDACTED

Confidential - Subject to Protective Order

NECC_MDL000005160

# REDACTED

Confidential - Subject to Protective Order

NECC_MDL000005161

# REDACTED

# REDACTED

Confidential - Subject to Protective Order

NECC_MDL000005167

# REDACTED

Confidential - Subject to Protective Order

NECC_MDL000005168

# REDACTED

Confidential - Subject to Protective Order

# REDACTED

# REDACTED

Confidential - Subject to Protective Order

NECC_MDL000013151