# Exhibit F



PO closed w/ 2 inv

P.O. Box 2592
Plattsburgh, New York 12901
T: 1.800.932.1039  F: 518.563.7331
www.medisca.com

# Invoice

| INVOICE NO | DATE | PAGE |
|---|---|---|
| 382522 | 07/24/12 | 1/1 |

**SOLD TO:**
New England Cmpdng Phcy MA
697 Waverly St
Framingham, MA 01702

**SHIP TO:**
New England Cmpdng Phcy MA
697 Waverly St
Framingham, MA. 01702

| CUSTOMER NO | TERMS | SALES ORDER NO | CUSTOMER P.O NO | CUSTOMER DEA NO |
|---|---|---|---|---|
| NECO01 | CREDIT CARD | 257576 | NECC5116 | BN5927819 |

| SHIPPED VIA | FREIGHT SERVICES | TRACKING NO | BUYING GROUP NO |
|---|---|---|---|
| FEDEX | Next Day | 525371584060 | DIRECT |

| QTY ORD. | | DESCRIPTION | QTY SHIP | SIZE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 5 | 0144 | 0144<br>Methylprednisolone Acetate USP (Micronized)<br>Lot:81113/G    Exp:09/30/16    Qty:1<br>Lot:83950/B    Exp:01/31/17    Qty:4<br>*C of A available at www.medisca.com<br><br>PLEASE PUT EACH INDIVIDUAL BOTTLE INTO A BAG. | 5 | 500 g | 2,475.000 | 12,375.00 |

| SUB TOTAL | OTHER CHARGES | SHIPPING CHARGES | TOTAL AMOUNT |
|---|---|---|---|
| 12,375.00 | 0.00 | 0.00 | 12,375.00 |

WE DO NOT ISSUE STATEMENTS.
We accept MASTERCARD, VISA, AMERICAN EXPRESS and DISCOVER CARD.
For any accounts receivable questions: Toll-Free: 1.866.710.1113 - Fax: 518.5610078 - Email: acctmus@medisca.com

This product(s) is being provided to the recipient pharmacy as an active pharmaceutical ingredient(API(s)). It is the responsibility to the pharmacy to abide by all applicable Federal and State laws, as well as professional guidelines and standards, in the processing, utilization and distribution of the API(s). In particular, the pharmacy is advised of Compliance Policy Guides issued by the FDA in connection with pharmacy compounding, and of its obligation to abide by the rules of the FDA in connection with any such activities.

## THANK YOU

Confidential - Subject to Protective Order

NECC_MDL000029314