# Exhibit G



Centers for Disease Control and Prevention
CDC 24/7: Saving Lives. Protecting People.™

# Multistate Outbreak of Fungal Meningitis and Other Infections – Healthcare Facilities

Although **further updates to the case counts are not anticipated at this time,** patients affected by tainted steroid injections from the New England Compounding Center continue to receive treatment for their infections and clinicians should continue to monitor patient recovery.

CDC will update the relevant clinical materials on this page if there is a significant development in clinical disease management. All relevant materials for patients (/hai/outbreaks/patients/index.html) and clinicians (/hai/outbreaks/clinicians/index.html) concerning the multistate outbreak of fungal meningitis and other infections are located on this page.

## Map of Healthcare Facilities that Received Three Recalled Lots of Methylprednisolone Acetate (MPA) from NECC associated with the Multistate Outbreak of Fungal Meningitis and other Infections

OCTOBER 23, 2013 FURTHER UPDATES TO THE CASE COUNTS ARE NOT ANTICIPATED AT THIS TIME.

See table (#facilities_table) for a complete list of health care facilities.

CDC - HAI - Multistate Meningitis Outbreak: Healthcare Facilities    Page 2 of 5

Case 1:13-cv-10351-RWZ Document 30-14 Filed 09/11/14 Page 3 of 7
Case 1:13-md-02419-RWZ Document 1401-17 Filed 09/11/14 Page 3 of 7



## Recalled Lots of MPA

Lot #05212012@68, BUD 11/17/2012
Lot #06292012@26, BUD 12/26/2012
Lot #08102012@51, BUD 2/6/2013

List of Healthcare Facilities that Received Lots of Methylprednisolone Acetate Recalled from NECC associated with the Multistate Outbreak of Fungal Meningitis and other Infections

| Facility Name | Phone Number | City | State |
|---|---|---|---|
| **California** | | | |
| CYPRESS SURGERY CENTER | 559-740-4094 | VISALIA | CA |
| ENCINO OUTPATIENT SURGICENTER | 818-986-1037 | ENCINO | CA |
| UKIAH VALLEY MEDICAL CENTER | 707-463-7345 | UKIAH | CA |
| UNIVERSAL PAIN MANAGEMENT | 661-267-6876 x166 | PALMDALE | CA |
| **Connecticut** | | | |
| INTERVENTIONAL SPINE AND SPORTS MED | 203-598-7246 | MIDDLEBURY | CT |
| **Florida** | | | |
| FLORIDA PAIN CLINIC | 352-237-5906 | OCALA | FL |
| INTERVENTIONAL REHABILITATION CENTER | 850-484-8800 | PENSACOLA | FL |
| MARION PAIN MANAGEMENT CENTER | 352-622-1845 | OCALA | FL |

Case 1:13-cv-10351-RWZ Document 30-14 Filed 09/11/14 Page 4 of 7
Case 1:13-md-02419-RWZ Document 1401-17 Filed 09/11/14 Page 4 of 7
CDC - HAI - Multistate Meningitis Outbreak: Healthcare Facilities                Page 3 of 5

| | | | |
|---|---|---|---|
| NORTH COUNTY SURGICENTER | 561-626-6446 | PALM BEACH GARDENS | FL |
| ORLANDO CENTER FOR OUTPATIENT SURGERY | 407-426-8331 | ORLANDO | FL |
| PAIN CONSULTANTS OF WEST FLORIDA | 850-494-0000 | PENSACOLA | FL |
| SURGERY CENTER OF OCALA | 352-237-5906 | OCALA | FL |
| SURGICAL PARK CENTER | 305-271-9100 x226 | MIAMI | FL |

## Georgia

| | | | |
|---|---|---|---|
| FORSYTH STREET AMBULATORY SURGURY CENTER | 478-749-1610 | MACON | GA |

## Idaho

| | | | |
|---|---|---|---|
| PAIN SPECIALISTS OF IDAHO | 208-522-7246 | IDAHO FALLS | ID |
| WALTER KNOX MEMORIAL HOSPITAL | 208-365-3561 x3342 | EMMETT | ID |

## Illinois

| | | | |
|---|---|---|---|
| APAC CENTERS FOR PAIN MANAGEMENT | 708-483-7007 | WESTCHESTER | IL |
| APAC CENTERS FOR PAIN MANAGEMENT | 773-935-2760 | CHICAGO | IL |
| THOREK MEMORIAL HOSPITAL | 773-975-6734 | CHICAGO | IL |

## Indiana

| | | | |
|---|---|---|---|
| AMBULATORY CARE CENTER LLC | 812-475-1800 | EVANSVILLE | IN |
| FORT WAYNE PHYSICAL MEDICINE | 260-436-9337 | FORT WAYNE | IN |
| OSMC OUTPATIENT SURGERY CENTER | 574-266-4173 | ELKHART | IN |
| SOUTH BEND CLINIC | 574-237-9372 | SOUTH BEND | IN |
| UNION HOSPITAL | 812-238-4964 | TERRE HAUTE | IN |
| WELLSPRING | 812-376-0700 | COLUMBUS | IN |

## Maryland

| | | | |
|---|---|---|---|
| BALTIMORE PAIN MANAGEMENT | 410-682-5040 | BALTIMORE | MD |
| BERLIN INTERVENTIONAL PAIN MANAGEMENT | 410-641-3759 | BERLIN | MD |
| BOX HILL SURGERY CENTER | 410-877-8141 | ABINGDON | MD |
| GREENSPRING SURGERY CENTER | 410-653-0077 | BALTIMORE | MD |
| HARFORD COUNTY ASC, LLC | 410-538-7000 | EDGEWOOD | MD |
| PAIN MEDICINE SPECIALISTS | 410-825-6945 | TOWSON | MD |
| SURGCENTER OF BEL AIR | 410-638-5523 | BEL AIR | MD |

## Michigan

| | | | |
|---|---|---|---|
| MICHIGAN NEUROSURGICAL INSTITUTE | 810-606-7112 | GRAND BLANC | MI |
| MICHIGAN PAIN SPECIALISTS | 734-995-7246 | BRIGHTON | MI |
| NEUROMUSCULAR & REHABILITATION | 231-935-0860 | TRAVERSE CITY | MI |
| SOUTHEAST MICHIGAN SURGICAL HOSPITAL | 586-427-1000 | WARREN | MI |

## Minnesota

| | | | |
|---|---|---|---|
| MAPS-EDINA MEDICAL PAIN CLINIC | 763-537-6000 | MINNEAPOLIS | MN |

| MAPS-MEDICAL ADVANCED PAIN | 763-537-6000 | FRIDLEY | MN |
|---|---|---|---|
| MEDICAL ADVANCED PAIN SPECIALISTS | 763-537-6000 x238 | SHAKOPEE | MN |
| MEDICAL ADVANCED PAIN SPECIALISTS. | 763-537-6000 | MAPLE GROVE | MN |
| MINNESOTA SURGERY CENTER | 763-767-7139 | EDINA | MN |
| MINNESOTA SURGERY CENTER- | 763-537-6000 | MAPLE GROVE | MN |
| **North Carolina** | | | |
| HIGH POINT SURGERY | 336-878-6048 | HIGH POINT | NC |
| NORTH CAROLINA ORTHOPAEDIC CLINIC | 919-403-5148 | DURHAM | NC |
| SURGERY CENTER OF WILSON | 252-237-5649 | WILSON | NC |
| **New Hampshire** | | | |
| DR. O'CONNELL'S PAIN CARE CENTER | 603-335-5070 | MERRIMACK | NH |
| DR. O'CONNELL'S PAIN CARE CENTERS, INC | 603-692-3166 | SOMERSWORTH | NH |
| **New Jersey** | | | |
| CENTRAL JERSEY ORTHOPEDICS SPECIALISTS PC | 908-561-2122 | SOUTH PLAINFIELD | NJ |
| EDISON SURGICAL CENTER | 732-452-0123 | EDISON | NJ |
| IF PAIN ASSOCIATES / ISAIAH FLORENCE | 201-287-1100 | TEANECK | NJ |
| PREMIER ORTHOPEDICS SURG. ASSOC., LLC | 856-690-1750 | VINELAND | NJ |
| COMPREHENSIVE PAIN MANAGEMENT | 973-796-5216 | SPARTA | NJ |
| SOUTH JERSEY HEALTH CARE | 856-363-1558 | ELMER | NJ |
| SOUTH JERSEY HEALTHCARE | 856-641-7557 | VINELAND | NJ |
| **Nevada**\*\* | | | |
| SAHARA SURGERY CENTER | 702-362-7874 | LAS VEGAS | NV |
| **New York** | | | |
| BUTANI, SUNIL H., PHYSICIAN PC | 516-747-5042 | MINEOLA | NY |
| OBOSA MEDICAL SERVICES | 914-530-2323 | MOUNT VERNON | NY |
| ROCHESTER BRAIN AND SPINE | 585-334-5560 | ROCHESTER | NY |
| **Ohio** | | | |
| BKC PAIN SPECIALISTS, LLC | 740-387-7246 | MARION | OH |
| CINCINNATI PAIN MANAGEMENT | 513-891-0022 | CINCINNATI | OH |
| MARION PAIN CLINIC | 740-375-0200 | MARION | OH |
| ORTHO-SPINE REHABILITATION CENTER, INC. | 614-793-8817 | DUBLIN | OH |
| **Pennsylvania** | | | |
| ALLEGHENY PAIN MANAGEMENT | 814-940-2000 | ALTOONA | PA |
| SOUTH HILLS PAIN & REHAB ASSOCIATES | 412-469-7722 | JEFFERSON HILLS | PA |
| **Rhode Island** | | | |
| NEW ENGLAND ANESTHESIOLOGY (NEA) | 401-490-7530 | WARWICK | RI |
| OCEAN STATE PAIN MANAGEMENT | 401-766-7700 | WOONSOCKET | RI |

| | | | |
|---|---|---|---|
| OCEAN STATE PAIN MANAGEMENT | 401-884-6070 | EAST GREENWICH | RI |
| **South Carolina** | | | |
| INTERVENE MD | 843-216-4844 | MOUNT PLEASANT | SC |
| **Tennessee** | | | |
| PCA PAIN CARE CENTER | 865-835-5196 | OAK RIDGE | TN |
| SPECIALTY SURGERY CENTER | 931-484-2500 x125 | CROSSVILLE | TN |
| ST. THOMAS OUTPATIENT NEUROSURGICAL | 615-341-3425 | NASHVILLE | TN |
| **Texas** | | | |
| DALLAS BACK PAIN MANAGEMENT | 214-445-5077 | DALLAS | TX |
| HARRIS METHODIST SOUTHLAKE CENTER | 817-748-8778 | SOUTHLAKE | TX |
| **Virginia** | | | |
| INSIGHT IMAGING-ROANOKE | 540-581-0882 | ROANOKE | VA |
| NEW RIVER VALLEY SURGERY CENTER | 540-639-5888 | CHRISTIANSBURG | VA |
| **West Virginia** | | | |
| PARS INTERVENTIONAL PAIN | 304-865-7277 | PARKERSBURG | WV |

** All vials of methylprednisolone acetate that were sent to Nevada were recalled prior to use.

---

Page last reviewed: October 23, 2013
Page last updated: October 23, 2013
Content source: Centers for Disease Control and Prevention
National Center for Emerging and Zoonotic Infectious Diseases (NCEZID)
Division of Healthcare Quality Promotion (DHQP)

---

Centers for Disease Control and Prevention   1600 Clifton Rd. Atlanta, GA 30333, USA
800-CDC-INFO (800-232-4636) TTY: (888) 232-6348 - Contact CDC–INFO