UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) Suits Naming the Tennessee Clinic Defendants and the Saint Thomas Entities ) ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

**TENNESSEE CLINIC DEFENDANTS AND SAINT THOMAS ENTITIES' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE ANSWERS**

The Tennessee Clinic Defendants[1] and the Saint Thomas Entities[2] (collectively, "the Defendants") hereby move, with the assent of the Plaintiffs' Steering Committee ("the PSC"), for an extension of time to September 30, 2014, to file their answers.

In support of this motion, the Tennessee Clinic Defendants and the Saint Thomas Entities state as follows:

1. The Tennessee Clinic Defendants and the Saint Thomas Entities, respectively, filed motions to dismiss in lieu of filing answers to the Master Complaint and the dozens of individual complaints filed against them.[3]

2. On August 29, 2014, the Court issued a Memorandum Decision granting in part and denying in part the various motions to dismiss.

---

[1] Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John W. Culclasure, MD; Debra V. Schamberg, RN; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; Kenneth Lister, MD, PC, and Donald E. Jones, MD.
[2] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.
[3] Dkts. 770, 771, 779, 893.

1

3. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), the Tennessee Clinic Defendants and the Saint Thomas Entities must file answers to the dozens of complaints against them by September 12, 2014.

4. The Tennessee Clinic Defendants and the Saint Thomas Entities respectfully request an extension to September 30, 2014, to file their respective answers.

5. The PSC assents to the requested extension.

WHEREFORE, the Tennessee Clinic Defendants and the Saint Thomas Entities respectfully request, with the assent of the PSC, that the Court grant their motion and enter an Order extending the Tennessee Clinic Defendants and the Saint Thomas Entities' time to file answers to September 30, 2014.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

***Attorneys for the Tennessee Clinic Defendants***

*Admitted pursuant to MDL Order No. 1.
**Admitted *pro hac vice*.

**AND**

Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 439-2000
(617) 310-9000 (FAX)

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

FULBRIGHT & JAWORSKI LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas  78701
(512) 482-9300
(512) 428-9303 (FAX)

*Attorneys for the Saint Thomas Entities*

*Admitted *pro hac vice*

**LOCAL RULE 7.1(A)(2) CERTIFICATION**
**AND CERTIFICATE OF SERVICE**

I, Chris J. Tardio, certify that our office conferred by e-mail with opposing counsel in an effort to resolve or narrow the issues presented in this motion prior to filing, and opposing counsel assents to the relief sought herein.

I further certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 11th day of September, 2014.

/s/ Chris J. Tardio
**Chris J. Tardio**