**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

# PLAINTIFFS' STEERING COMMITTEE'S MOTION TO SCHEDULE ORAL ARGUMENT ON CERTAIN DISPOSITIVE MOTIONS

The Plaintiffs' Steering Committee hereby moves the Court to schedule the following dispositive motions for oral argument on September 17, 2014 at 2:00 p.m.:

1. Dallas Back Pain Management/Momentum Pain Management and Abbeselom Ghermay's Motion to Dismiss [Dkt. 1133, 1208 and 1209]

    a. Henley Opposition [Dkt. 1124, 1241]

2. Dr. Nitesh Bhagat's Motion to Dismiss for Failure to Serve a Proper Affidavit of Merit (*Ramos*) [Dkt. 1039] (oral argument requested by Dr. Bhagat)

    a. PSC Opposition [Dkt. 1091]

    b. Dr. Bhagat Reply [Dkt. 1182-1183]

    c. Plaintiffs' Sur-reply [Dkt. 1302-6]

3. Dr. Nitesh Bhagat's Motion to Dismiss (*Pennington*) [*Pennington* Dkt. 59]

    a. Plaintiffs' Opposition [Pennington Dkt. 60]

    b. Dr. Bhagat Reply [Pennington Dkt. 61]

    c. Plaintiffs' Sur-reply [Pennington Dkt. 63-7]

4. Dr. Nitesh Bhagat's Motion to Dismiss for Failure to Serve a Proper Affidavit of Merit (*Rivera*) [MDL Dkt. 1194]

a. Plaintiffs' Opposition to First Motion to Dismiss by Juanita Rivera [Dkt. 1217]

b. Dr. Nitesh Bhagat's Reply in Support of Motion to Dismiss [Dkt. No. 1240]

c. Plaintiffs' Sur-reply [Dkt. 1302-6]

The PSC is unaware of whether Judge Boal will also be in attendance at the oral argument on September 17, 2014. To the extent that Judge Boal will be in attendance, the PSC will supplement this motion and identify the motions it believes are ripe for argument when and if the Court indicates that Judge Boal plans on hearing arguments at the September 17, 2014 hearing.

Dated: September 12, 2014

Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcentercom

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

>Mark Zamora
>ZAMORA FIRM
>6 Concourse Way, 22nd Floor
>Atlanta, GA  30328
>Telephone:  (404) 451-7781
>Facsimile:  (404) 506-9223
>marc@markzamora.com
>
>*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: September 12, 2014

>**/s/ J. Gerard Stranch, IV**
>J. Gerard Stranch, IV