**LENOX, SOCEY, FORMIDONI, GIORDANO, COOLEY, LANG & CASEY, LLC**
**3131 Princeton Pike, Building 1B**
**Trenton, New Jersey 08648**
**(609) 896-2000**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*Ramos v. New England Compounding Pharmacy, Inc. et al.*, Docket No. 13-cv-10410<br>*Rivera v. New England Compounding Pharmacy, Inc. et al.*, Docket No. 13-cv-10412 | **Document Electronically Filed**<br><br>MDL No. 1:13-md-2419-FDS |

**DR. BHAGAT'S RESPONSE TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO SCHEDULE ORAL ARGUMENT ON CERTAIN DISPOSITIVE MOTIONS [Dkt. 1406]**

Dr. Nitesh Bhagat files this response to correct inaccuracies within the Plaintiffs' Steering Committee's (herein after "PSC") motion to schedule oral argument on certain dispositive motions. Dkt. 1406. The PSC has omitted citation to Dr. Bhagat's letter in reply to Plaintiff's sur reply. MDL Dkt. No. 1359. This letter response to Plaintiff's sur reply in both matters is critical to opposition of arguments first raised by Plaintiffs in their respective sur replies. Id. Accordingly, Dr. Bhagat's letter response should be listed as 2(d) and 4(d) respectively.

With the above notation corrected in the docket, these matters are ready for oral argument on the Defendant's motions.

        LENOX, SOCEY, FORMIDONI, GIORDANO,
        COOLEY, LANG & CASEY, LLC
        Attorneys for Defendant, **Nitesh Bhagat, M.D.**

        */s/*_____
        Joseph R. Lang, Esq.

DATED:  **September 15, 2014**