IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This document relates to:<br><br>1:14-cv-12905-RWZ: Epperly v. Insight Health Corp, *et al.*<br>1:14-cv-12908-RWZ: McFarlane v. Insight Health Corp, *et al.*<br>1:14-cv-12910-RWZ: Smith v. Insight Health Corp, *et al.*<br>1:14-cv-12916-RWZ: Kalinoski v. Insight Health Corp, *et al.*<br>1:14-cv-12917-RWZ: Filson v. Insight Health Corp, *et al.*<br>1:14-cv-12919-RWZ: Bradley v. Insight Health Corp, *et al.*<br>1:14-cv-12924-RWZ: Foutz v. Insight Health Corp, *et al.*<br>1:14-cv-12927-RWZ: Whitlow v. Insight Health Corp, *et al.*<br>1:14-cv-12928-RWZ: Harris v. Insight Health Corp, *et al.*<br>1:14-cv-12929-RWZ: Smith v. Insight Health Corp, *et al.*<br>1:14-cv-12930-RWZ: Holbrook v. Insight Health Corp, *et al.*<br>1:14-cv-12931-RWZ: Courtney v. Insight Health Corp, *et al.*<br>1:14-cv-12938-RWZ: Brown v. Insight Health Corp, *et al.*<br>1:14-cv-12939-RWZ: Shuck v. Insight Health Corp, *et al.*<br>1:14-cv-12940-RWZ: White v. Insight Health Corp, *et al.*<br>1:14-cv-12941-RWZ: Brown v. Insight Health Corp, *et al.*<br>1:14-cv-12942-RWZ: Artis v. Insight Health Corp, *et al.*<br>1:14-cv-12978-RWZ: Bender v. Insight Health Corp, *et al.* | )<br>)<br>) MDL: 1:13-MD-2419-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION OF ROANOKE GENTRY LOCKE PLAINTIFFS
## FOR EXTENSION OF BRIEFING SCHEDULE

The Roanoke Gentry Locke Plaintiffs' ("Roanoke Plaintiffs") have conferred with Defendants Image Guided Pain Management, P.C., Robert F. O'Brien, M.D., and John M. Mathis, M.D. (collectively "IGPM") regarding the briefing deadline for the Roanoke Plaintiffs' Response to IGPM's Motion for Partial Judgment on the Pleadings and Request for Oral Argument [ECF Nos. 1364, 1368, 1370, 1371, 1372, 1374, 1375, 1376, 1377, 1378, 1379, 1381, 1382, 1385, 1386, 1387, 1389 and 1390] and Consolidated Memorandum in Support of that Motion [ECF No. 1362]. IGPM filed both documents on September 2, 2014. IGPM does not oppose the extension requested.

The parties are in the process of preparing for a mediation currently scheduled for September 22 and 23, 2014. The Roanoke Gentry Locke Plaintiffs request an extension for the filing of their responsive briefs until thirty (30) days following the conclusion of the mediation.

The Roanoke Gentry Locke Plaintiffs respectfully request that the Court enter the attached Order to formalize the above-described revised briefing schedule.

Date:   September 16, 2014				Respectfully Submitted

/s/ J. Scott Sexton
J. Scott Sexton, Esq. (VSB No. 29284)
H. David Gibson (VSB No. 40641)
James J. O'Keeffe (VSB No. 48620)
GENTRY LOCKE RAKES & MOORE, LLP
10 Franklin Road, S.E., Suite 800
P. O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX (540) 983-9400
sexton@gentrylocke.com
gibson@gentrylocke.com
okeeffe@gentrylocke.com

Counsel for Roanoke Gentry Locke Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2014, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing to all counsel of record.

/s/ J. Scott Sexton