IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | )<br>)<br>) |
| | ) MDL: 1:13-MD-2419-RWZ |
| This document relates to: | )<br>)<br>) |
| 1:14-cv-12905-RWZ: Epperly v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12908-RWZ: McFarlane v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12910-RWZ: Smith v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12916-RWZ: Kalinoski v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12917-RWZ: Filson v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12919-RWZ: Bradley v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12924-RWZ: Foutz v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12927-RWZ: Whitlow v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12928-RWZ: Harris v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12929-RWZ: Smith v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12930-RWZ: Holbrook v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12931-RWZ: Courtney v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12938-RWZ: Brown v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12939-RWZ: Shuck v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12940-RWZ: White v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12941-RWZ: Brown v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12942-RWZ: Artis v. Insight Health Corp, *et al.* | ) |
| 1:14-cv-12978-RWZ: Bender v. Insight Health Corp, *et al.* | ) |

## [PROPOSED] AGREED ORDER

On September 2, 2014, Image Guided Pain Management, P.C., Robert F. O'Brien, M.D., and John M. Mathis, M.D. (collectively "IGPM") filed their Motion for Partial Judgment on the Pleadings and Request for Oral Argument [ECF Nos. 1364, 1368, 1370, 1371, 1372, 1374, 1375, 1376, 1377, 1378, 1379, 1381, 1382, 1385, 1386, 1387, 1389, 1390] and Consolidated Memorandum in Support of that Motion [ECF 1362] in a number of different cases, including the above-captioned ones.

The parties are in the process of preparing for a mediation currently scheduled for September 22 and 23, 2014. The Roanoke Gentry Locke Plaintiffs request an extension for the filing of their responsive briefs until thirty (30) days following the conclusion of the mediation.

1

On September 16, 2014, the Roanoke Gentry Locke Plaintiffs filed a Motion for Order Extending the Briefing Schedule. IGPM consents to the Roanoke Gentry Locke Plaintiffs' Motion.

The Court grants the Motion and orders that the Roanoke Gentry Locke Plaintiffs will file their Responses to IGPM's Motion for Partial Judgment on the Pleadings and Request for Oral Argument [ECF Nos. 1364, 1368, 1370, 1371, 1372, 1374, 1375, 1376, 1377, 1378, 1379, 1381, 1382, 1385, 1386, 1387, 1389, 1390] and Consolidated Memorandum in Support of that Motion [ECF 1362] thirty (30) after the conclusion of the mediation.

**So Ordered**.

By: _____
Rya W. Zobel
United States District Court Judge

Dated: _____, 2014