IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This document relates to:<br><br>1:14-cv-12421-RWZ: Baker v. Insight Health Corp, *et al.*<br>1:14-cv-12933-RWZ: Wertz v. Insight Health Corp, *et al.*<br>1:14-cv-12937-RWZ: Johnston v. Insight Health Corp, *et al.* | MDL: 1:13-MD-2419-RWZ |

## MOTION OF PLAINTIFFS FOR EXTENSION

Counsel for the above listed plaintiffs have conferred with Defendants Image Guided Pain Management, P.C., Robert F. O'Brien, M.D., and John M. Mathis, M.D. (collectively "IGPM") regarding the reply and briefing deadline for the plaintiffs' response to IGPM's Motion for Partial Judgment on the Pleadings and Request for Oral Argument [ECF Nos. 1380, 1388, 1391, 93, 94 (CV12421), 6, 7,8 (CV12937) and 6, 7  (CV12933) ] and Consolidated Memorandum in Support of that Motion [ECF No. 1362].  IGPM filed the above documents on September 2, 2014.  IGPM does not oppose the extension requested and agrees to stay all motions before this Court as the parties are in the process of preparing for a mediation currently scheduled for September 22 and 23, 2014.

Therefore, the above named plaintiffs request an extension for the filing of their responsive pleadings and briefs until thirty (30) days following the conclusion of the mediation to reflect the agreed upon stay by the parties. Further, counsel for the above named plaintiffs respectfully request that the Court enter the attached Order to formalize the above-described revised briefing schedule.

Date:   September 16, 2014

                                          Respectfully submitted,
                                          CHANCE EVERETT BAKER
                                          FERMAN WERTZ
                                          PATRICK JOHNSTON
                                          /s/ Lauren Morgan Ellerman
                                          _____
                                          By counsel

T. Daniel Frith, III, Esquire (VSB #22065)
Lauren M. Ellerman, Esquire (VSB #68464)
FRITH & ELLERMAN LAW FIRM, PC
P. O. Box 8248
Roanoke, VA 24014
Telephone: (540) 985-0098
Facsimile: (540) 985-9198

dfrith@frithlawfirm.com
lellerman@frithlawfirm.com

Counsel for plaintiffs Chance Everett Baker, Ferman Wertz and Patrick Johnston

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on this 16th day of September, 2014, a true and exact copy of the foregoing was filed with this Court's CM/ECF filing system, thereby providing electronic notice to those counsel of record listed below who are registered users of the system.

        Respectfully submitted,
        CHANCE EVERETT BAKER

        /s/ Lauren Morgan Ellerman
        _____
                By Counsel

T. Daniel Frith, III, Esquire (VSB #22065)
Lauren M. Ellerman, Esquire (VSB #68464)
FRITH & ELLERMAN LAW FIRM, PC
P. O. Box 8248
Roanoke, VA 24014
Telephone: (540) 985-0098
Facsimile: (540) 985-9198
Email: lellerman@frithlawfirm.com

*Counsel for Plaintiffs*