IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | )<br>)<br>) MDL: 1:13-MD-2419-RWZ |
| This document relates to: | )<br>) |
| 1:14-cv-12421-RWZ: Baker v. Insight Health Corp, *et al.*<br>1:14-cv-12933-RWZ: Wertz v. Insight Health Corp, *et al.*<br>1:14-cv-12937-RWZ: Johnston v. Insight Health Corp, *et al.* | )<br>)<br>) |

## PROPOSED AGREED ORDER

On September 2, 2014, Image Guided Pain Management, P.C., Robert F. O'Brien, M.D., and John M. Mathis, M.D. (collectively "IGPM") filed their Motion for Partial Judgment on the Pleadings and Request for Oral Argument [ECF Nos. 1380, 1388, 1391, 93, 94 (CV12421), 6, 7,8 (CV12937) and 6, 7 (CV12933) ] and Consolidated Memorandum in Support of that Motion [ECF No. 1362] in a number of different eases, including the above-captioned ones.

The parties are in the process of preparing for a mediation currently scheduled for September 22 and 23, 2014. The above named plaintiffs request an extension for the filing of their responsive briefs until thirty (30) days following the conclusion of the mediation. On September 16, 2014, the Plaintiffs filed a Motion for Extension of Briefing Schedule. IGPM consents to the plaintiffs' Motion.

The Court grants the Motion and orders that the plaintiffs will file their Responses to IGPM's Motion for Partial Judgment on the Pleadings and Request for Oral Argument [ECF Nos. 1380, 1388, 1391, 93, 94 (CV12421), 6, 7,8 (CV12937) and 6, 7 (CV12933) ] and Consolidated Memorandum in Support of that Motion [ECF No. 1362] thirty (30) days after the conclusion of the mediation.

**So Ordered.**

By: _____
Rya W. Zobel
United States District Court Judge

Dated: _____, 2014