IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS )
LIABILITY LITIGATION )
) Case No. 1:13-md-2419-RWZ
**This document relates to:** )
)
1:14-cv-13496-RWZ: Neal v. Insight Health Corp, *et al.* )
1:14-cv-13504-RWZ: Austin, et al. v. Insight Health Corp, *et al.*)

**MOTION OF ROANOKE LICHTENSTEINFISHWICK PLAINTIFFS
FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR
PARTIAL JUDGMENT ON THE PLEADINGS AND REQUEST FOR ORAL ARGUMENT**

The plaintiffs in the referenced actions recently transferred to this MDL ("Roanoke LichtensteinFishwick Plaintiffs"), by counsel, have conferred with Defendants Image Guided Pain Management, P.C., Robert F. O'Brien, M.D., and John M. Mathis, M.D. (collectively "IGPM") regarding an extension of the time for the Roanoke LichtensteinFishwick Plaintiffs to file responses to IGPM's Motions for Partial Judgment on the Pleadings and Request for Oral Argument [ECF Nos. 1365 and 1384], and Consolidated Memorandum in Support of such Motions [ECF No. 1391]. IGPM filed these pleadings on September 2, 2014.  IGPM agrees to the requested extension and has advised undersigned counsel that it agrees that such extension shall apply to all Virginia plaintiff cases in which IGPM has filed such or similar motions.

The parties in these cases (and the other Virginia plaintiffs cases) are in the process of preparing for a mediation currently scheduled for September 22 and 23, 2014. Consistent with their agreement with counsel for IGPM, the Roanoke LichtensteinFishwick Plaintiffs request an extension for the filing of their responsive briefs until thirty (30) days following the conclusion of the mediation.

The Roanoke LichtensteinFishwick Plaintiffs respectfully request that the Court enter the attached Order to formalize the above-described extension.

Date:  September 16, 2014

Respectfully Submitted

By:   /s/ Gregory L. Lyons

John E. Lichtenstein (VSB#27048)
John P. Fishwick (VSB#23285)
Gregory L. Lyons (VSB#24037)
Monica L. Mroz (VSB#65766)
Joanna M. Meyer (VSB#86427)
LICHTENSTEINFISHWICK PLC
Suite 400, Liberty Trust Building
101 S. Jefferson Street (24011)
P.O. Box 601
Roanoke, Virginia  24004-0601
Telephone: (540) 343-9711
Fax:    (540) 343-9713
gll@vatrials.com
   *Counsel for Roanoke*
   *LichtensteinFishwick Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2014:  (i) I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send electronic notification of such filing to those who are registered with the Court to receive such notice; and (ii) copies of the foregoing were mailed to those persons listed on the NEF as non-recipients of electronic notice.

/s/ Gregory L. Lyons
Gregory L. Lyons (VSB#24037)
LICHTENSTEINFISHWICK PLC
Suite 400, Liberty Trust Building
101 S. Jefferson Street (24011)
P.O. Box 601
Roanoke, Virginia  24004-0601
Telephone: (540) 343-9711
Fax:    (540) 343-9713
gll@vatrials.com
   *Counsel for Roanoke*
   *LichtensteinFishwick Plaintiffs*