IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS )
LIABILITY LITIGATION )
) Case No. 1:13-md-2419-RWZ
This document relates to: )
)
1:14-cv-13496-RWZ: Neal v. Insight Health Corp, *et al.* )
1:14-cv-13504-RWZ: Austin, et al. v. Insight Health Corp, *et al.*)

**[PROPOSED] AGREED ORDER**

On September 2, 2014, defendants Image Guided Pain Management, P.C., Robert F. O'Brien, M.D., and John M. Mathis, M.D. (collectively "IGPM") filed their Motions for Partial Judgment on the Pleadings and Request for Oral Argument [ECF Nos. 1365 and 1384] in the particular referenced Virginia plaintiffs cases, and a Consolidated Memorandum [ECF No. 1391] in support of such motions (and applicable as well to other cases and plaintiffs).

The parties in these cases (and the other Virginia plaintiffs' cases) are in the process of preparing for a mediation currently scheduled for September 22 and 23, 2014. The Roanoke LichtensteinFishwick Plaintiffs request an extension for the filing of their responsive briefs until thirty (30) days following the conclusion of the mediation and, in this regard, on September 16, 2014, filed a motion to extend their time to respond to IGPM's motions for judgment on the pleadings. The Court is aware of a similar motion [ECF No. 1414] filed by the "Roanoke Gentry Locke Plaintiffs." The Court is advised that IGPM consents specifically to the specific motions by the LichtensteinFishwick and Gentry Locke plaintiffs, and more generally to an extension for all of the Virginia plaintiffs in whose individual cases IGPM filed its motions for partial judgment on the pleadings.

The Court grants the instant motion by the LichtensteinFishwick Plaintiffs and orders that those Plaintiffs shall file their Responses to IGPM's Motions for Partial Judgment on the Pleadings and Request for Oral Argument [ECF Nos. 1365 and 1384] and Consolidated Memorandum [ECF 1391], thirty (30) days after the conclusion of the above-mentioned mediation.

**It Is So Ordered**.

By:_____
Rya W. Zobel
United States District Court Judge

Dated: _____, 2014