|   | Clinic Defendant[1] | State | Case Count[2] |
|---|---|---|---|
| 1 | St. Thomas | TN | 91 |
| 2 | Insight Imaging, Roanoke --- **MEDIATING** | VA | 39 |
| 3 | Specialty Surgery Center, PLLC | TN | 24 |
| 4 | Premier | NJ | 13 |
| 5 | Inspira --- **MEDIATING** | NJ | 10 |
| 6 | Cincinnati Pain Management Consultants, Inc. | OH | 4 |
| 7 | PCA Pain Care Specialists | TN | 3 |
| 8 | MAPS | MN | 3 |
| 9 | BKC Pain Specialists, LLC | OH | 3 |
| 10 | Sunrise Hospital and Medical | NV | 2 |
| 11 | Ocean State Pain Management | RI | 2 |
| 12 | Neuromuscular & Rehabilitation | MI | 2 |
| 13 | Michigan Pain Specialists | MI | 2 |
| 14 | Encino Outpatient Surgery Center | CA | 2 |
| 15 | Advanced Pain & Anesthesia Consultants, PC | IL | 2 |
| 16 | Sequoia Surgery Center | CA | 1 |
| 17 | Rothman Institute, Nazareth Hospital | PA | 1 |
| 19 | Hahnemann University Hospital | PA | 1 |
| 20 | Genesys Hospital | MI | 1 |
| 21 | Fullerton Orthopaedic Surgery Medical Group | CA | 1 |
| 22 | Dr. O'Connell's Pain Care Centers, Inc. | NH | 1 |
| 23 | DBMJ Rehabilitation Services, PLLC | MI | 1 |
| 24 | Dallas Back Pain Management & Harris Methodist Southlake Center | TX | 1 |
| 25 | Brookwood Medical Center | AL | 1 |
| 26 | Ambulatory Care Center, LLC | IN | 1 |
|   | **TOTAL CASES** |   | **212** |

[1]This list is current through approximately September 1, 2014, and covers through Conditional Transfer 41.
[2] Includes individual unique cases, not individual plaintiffs.