## CERTIFICATE OF SERVICE

I hereby certify that, this 19th day of September, 2014, I have electronically filed a copy of the above with the Court using the ECF system, which sent notification of such filing to counsel of record.

TUCKER LAW GROUP, LLC

Dated: September 19, 2014          /s/ Kathleen Kirkpatrick
                                   _____
                                   Kathleen Kirkpatrick, Esquire