IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** | MDL NO.: 1:13-md-02419-RWZ |
| This document relates to the case identified below | |
| WILLIAM LEWIS and NANCY LEWIS, h/w, <br> Plaintiffs, <br> v. <br> NEW ENGLAND COMPOUNDING PHARMACY, INC. A/K/A AND/OR D/B/A NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE, LLC., ALAUNUS PHARMACEUTICAL, LLC, NAZARETH HOSPITAL, MERCY HEALTH SYSTEM, WILLIAM A. ANDERSON, M.D., and THE ROTHMAN INSTITUTE A/K/A AND/OR D/B/A THE ROTHMAN INSTITUTE AT NAZARETH HOSPITAL <br>              Defendants. | No.: 1:14-CV-10433-RWZ |

## ORDER

AND NOW, this ___ day of _____, 2014, upon consideration of Defendants, William Anderson, M.D. and The Rothman Institute a/k/a and/or d/b/a The Rothman Institute at Nazareth Hospital's, Motion for Judgment on the Pleadings and Plaintiffs' response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is Denied as to punitive damages but Granted as to Counts I and II. As such, Defendants, William A. Anderson, M.D. and The Rothman Institute a/k/a and/or d/b/a The Rothman Institute at Nazareth Hospital are dismissed from Counts I and II only of the Complaint.

BY THE COURT:

_____
Rya W. Zobel, J.