UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) | |
| | ) | MDL No. 2419 |
| | ) | Dkt. No 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| Suits Naming the Tennessee Clinic Defendants and the Saint Thomas Entities | ) ) ) | |

**TENNESSEE CLINIC DEFENDANTS AND SAINT THOMAS ENTITIES'
ASSENTED-TO MOTION TO ALLOW MASTER ANSWERS**

The Tennessee Clinic Defendants[1] and the Saint Thomas Entities[2] (collectively, "the Defendants") hereby move, with the assent of the Plaintiffs' Steering Committee ("the PSC"), to allow them to file master answers in representative cases in lieu of answers in each of the cases in which they have been sued.

In support of this motion, the Tennessee Clinic Defendants and the Saint Thomas Entities state as follows:

1. The Tennessee Clinic Defendants and the Saint Thomas Entities, separately, filed motions to dismiss in lieu of filing answers to the Master Complaint and the dozens of individual complaints filed against them.[3]

2. On August 29, 2014, the Court issued a Memorandum Decision granting

---

[1] Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John W. Culclasure, MD; Debra V. Schamberg, RN; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; Kenneth Lister, MD, PC; and Donald E. Jones, MD.
[2] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.
[3] Dkts. 770, 771, 779, 893.

in part and denying in part the various motions to dismiss.[4]

3.      Pursuant to FED. R. CIV. P. 12(a)(4)(A), the Tennessee Clinic Defendants and the Saint Thomas Entities were required to file answers to the dozens of complaints against them by September 12, 2014.

4.      On September 11, 2014, the Tennessee Clinic Defendants and the Saint Thomas Entities, with the assent of the PSC, filed a motion respectfully requesting an extension to September 30, 2014 to file their respective answers.

5.      The parties have further conferred and agreed  that the Tennessee Clinic Defendants and the Saint Thomas Entities each file separate Master Answers to the Master Complaint as well as one answer to a representative short form complaint as follows

- The Saint Thomas Entities will file an answer to the *Reed* Short Form Complaint, which is Dkt. No. 34 in Individual Case No. 1:13-cv-12565, including all incorporated allegations in the original complaint and attachments thereto (Dkt. No. 1);

- Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, a Professional Corporation, John W. Culclasure, MD, and Debra V. Schamberg, RN will file an answer to the *Reed* Short Form Complaint, which is Dkt. No. 34 in Individual Case No. 1:13-cv-12565, including all incorporated allegations in the original complaint and attachments thereto (Dkt. No. 1);

- Specialty Surgery Center, Crossville, PLLC, Kenneth R. Lister, MD, and

---

[4] Dkt. 1360.

Kenneth Lister, MD, PC, will file an answer to the *Bumgarner* Short Form Complaint, which is Dkt. No. 29 in Individual Case No. 1:13-cv-12679, including all incorporated allegations in the original complaint (Dkt. No 1).

6.      The parties agree to stay the deadline for Donald E. Jones, MD to file answers in the two suits against him.[5]  Accordingly, Dr. Jones will file answers at a time to be agreed upon later.

7.      The Tennessee Clinic Defendants and the Saint Thomas Entities do not waive any defenses to claims or allegations not made in the answered complaints, and reserve the right to file answers to other Short Form Complaints as necessary to address other allegations, claims, and causes of action.

8.      By filing answers in *Reed* and *Bumgarner*, the Tennessee Clinic Defendants and the Saint Thomas Entities do not waive their right to, at a later date, file dispositive motions on case-specific issues in these suits, or any other suits, including failure to comply with Tenn. Code Ann. § 29-26-121 and/or § 29-26-122.

WHEREFORE, the Tennessee Clinic Defendants and the Saint Thomas Entities respectfully request, with the assent of the PSC, that the Court grant their motion and enter an Order modifying their answer requirements as outlined herein.

---

[5]  *Seiber v. Ameridose, LLC, et al.*, Case Nos. 1:13-cv-1868, 1:14-cv-10273; *Daugherty v. Total Healthcare Consultants, et al.*, Case No. 1:14-cv-10430.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

***Attorneys for the Tennessee Clinic
Defendants***

*Admitted pursuant to MDL Order No. 1.
**Admitted *pro hac vice*.

**AND**

/s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9000 (FAX)

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

FULBRIGHT & JAWORSKI LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 428-9303 (FAX)

***Attorneys for the Saint Thomas
Entities***

*Admitted *pro hac vice*

ASSENTED-TO:

Plaintiffs' Steering Committee

/s/ Ben Gastel
Ben Gastel
Branstetter, Stranch & Jennings, PLLC
227 Second Ave. N.
Fourth Floor
Nashville, TN 37061-1631
beng@branstetterlaw.com
(615) 254-8801

## **CERTIFICATE OF SERVICE**

I, Sarah P. Kelly, certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing.

/s/ Sarah P. Kelly
Sarah P. Kelly

2641351.1