# EXHIBIT A

# Affidavit of Process Server

United States District Court, District of Massachusetts, State of MA
(NAME OF COURT)

| Michael R. Kennedy and Barba vs Randolph Y. Chang, M.D., et al. | 1:13-cv-13227 |
|---|---|
| PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT | CASE NUMBER |

I, **Lisa Zychowski**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I Served **inced Pain & Anesthesia Consultants, PC, d/b/a APAC Centers for Pain Manage**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Complaint, Summons**

by leaving with **Christine Scaggs, Offfice Manager, Person Authorized to Accept** At
NAME    RELATIONSHIP

☐ Residence _____
ADDRESS    CITY / STATE

☒ Business **425 Joliet Street, Suite 400  Dyer,, IN**
ADDRESS    CITY / STATE

On **3/11/2014** AT **12:27 PM**
DATE    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY    STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served. Please see Service Attempts information below.

**Service Attempts:**

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

_Lisa Zychowski_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **18** day of **March**, 20**14**, by **Lisa Zychowski**.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Joan C Harenberg_
SIGNATURE OF NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/17

NOTARY PUBLIC for the state of **Illinois**

OL# 1772203

# Affidavit of Process Server

United States District Court, District of Massachusetts, State of MA
(NAME OF COURT)

Leslie G. Musselwhite vs Randolph Y. Chang, et al.  1:13-cv-13228
PLAINTIFF/PETITIONER   DEFENDANT/RESPONDENT   CASE NUMBER

I Lisa Zychowski, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service:   I Served   Advanced Pain & Anathesia Consultants, PC, d/b/a APAC Centers for Pain Management
NAME OF PERSON/ENTITY BEING SERVED

with (list documents) Summons; Amended Short Form Complaint; Exhibits;

by leaving with Stephen Swihart - CFO - Advanced Pain & Anesthesia Consultants, PC, d/b/a APAC Centers for Pain Management   At
NAME   RELATIONSHIP

☐ Residence _____
ADDRESS   CITY / STATE

☒ Business  425 Joliet Street Suite 400 Dyer, IN
ADDRESS   CITY / STATE

On   2/27/2014   AT   1:29 PM
DATE   TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE
from _____
CITY   STATE   ZIP

**Manner of Service:**
☒ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___18___ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served. Please see Service Attempts information below.

Service Attempts:

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this  4  day of  March , 20 14 , by Lisa Zychowski.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Joan C Harenberg
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of  Illinois

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/17

OL# 1772164

001M597165164.tif - 3/4/2014 11:39:43 AM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL R. KENNEDY, ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>UNIFIRST CORPORATION A/D/B/A/ UNICLEAN CLEANROOM SERVICES, ET AL<br><br>DEFENDANT(S) | Case No.<br>1:13-CV-13227-FDS<br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On Feb 24, 2014, at 1:36 PM, I served the above described documents upon RANDOLPH Y. CHANG, M.D. as shown below:

PERSONAL SERVICE was made by delivering a true and correct copy thereof, by then presenting to and leaving the same with, RANDOLPH Y CHANG MD.

Said service was effected at 2450 WOLF RD, WESTCHESTER, IL 60154.

DESCRIPTION: Gender: M   Race: ASIAN   Age: 48   Hgt: 5'8"   Wgt: 170   Hair: BLACK   Glasses: YES

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Kathleen DiNunno, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 25th day of February, 2014

Joan C. Harenberg
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/17

CLIENT NAME:
One Legal LLC*
FILE #: 1772075

ORIGINAL PROOF OF SERVICE

TRACKING #
177640

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE G. MUSSELWHITE<br><br>PLAINTIFF(S)<br><br>vs.<br><br>UNIFIRST CORPORATION A/D/B/A/ UNICLEAN CLEANROOM SERVICES, ET AL<br><br>DEFENDANT(S) | Case No.<br>1:13-CV-13228-FDS<br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On Feb 24, 2014, at 1:36 PM, I served the above described documents upon RANDOLPH Y. CHANG, M.D. as shown below:

PERSONAL SERVICE was made by delivering a true and correct copy thereof, by then presenting to and leaving the same with, RANDOLPH Y CHANG MD.

Said service was effected at 2450 WOLF RD, WESTCHESTER, IL 60154.

DESCRIPTION: Gender: M   Race: ASIAN   Age: 48   Hgt: 5'8"   Wgt: 170   Hair: BLACK   Glasses: YES

I declare under penalties of perjury that the information contained herein is true and correct.

_/s/ Kathleen DiNunno_

Kathleen DiNunno, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 25th day of February, 2014

_Joan C. Harenberg_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/17

CLIENT NAME:
One Legal LLC*
FILE #: 1772076

ORIGINAL PROOF OF SERVICE

TRACKING #
177641