# EXHIBIT B

PATIENT RECEIPT
Phone:(219) 864-3208

Advanced Pain & Anesthesia PC
75 Remittance Drive, Ste. 6232
CHICAGO, IL  60675

Date: 7/9/2013
Patient No:
Phone:
Federal ID: 352062570

Diagnosis:
720.2 - SACROILITIS

Beginning Balance: $0.00

| Date | Code | POS | Description | Prov | Diag | Amount | Balance | Total |
|---|---|---|---|---|---|---|---|---|
| 10/22/2012 | 99214 | 11 | OFFICE VISIT, EST.PT, LEVEL 4 | Chang | 720.2 | $320.00 | $320.00 | $320.00 |
| 11/12/2012 | 5 | PO | PAYMENT - BCBS# C12303E281744 | Chang | | ($62.00) | $258.00 | $258.00 |
| 11/12/2012 | 45 | W1 | WRITEOFF - BCBS | Chang | | ($208.00) | $50.00 | $50.00 |
| 11/12/2012 | DEDUC | PO | APPLIED TO DEDUCTIBLE $50.00 | Chang | | | $50.00 | $50.00 |

Ending Balance: $50.00

| RESP. | Current | 31 - 60 | 61 - 90 | Over 90 | Balance |
|---|---|---|---|---|---|
| Patient | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 |

27-00002

## Anesthesia Consultants,
## Account Inquiry
07/09/2013 09:07AM

### 07/09/2013
ITEMIZED STATEMENT

| Date | Transaction | Amount | Open Amt. |
|---|---|---|---|
| 7/13/2012 | Charge, Services Pending (DEP00) | 0 | 0 |
| 8/6/2012 | Office Visit, Est Pt, Level 4 (99214) | 320 | 0 |
| 8/8/2012 | Insurance Transfer | 50 | |
| 8/8/2012 | Deposit Applied | -50 | |
| 10/17/2012 | Insurance Payment | -62 | |
| 10/17/2012 | W/O INSURANCE WRITE OFF CONTRACT | -208 | |
| 8/6/2012 | Epidral Steroid,thor/cervical (62310) | 1,500.00 | 77.6 |
| 10/17/2012 | Insurance Payment | -310.4 | |
| 10/17/2012 | W/O INSURANCE WRITE OFF CONTRACT | -1,112.00 | |
| 10/17/2012 | CO-INS PT TRANSFER | 77.6 | |
| 8/6/2012 | Epiduragram (72275) | 1,200.00 | 0 |
| 10/17/2012 | Insurance Payment | -54 | |
| 10/17/2012 | W/O INSURANCE WRITE OFF CONTRACT | -1,146.00 | |
| 8/6/2012 | Depo-medrol 80mg (J1040) | 60 | 0 |
| 10/17/2012 | Insurance Payment | -8 | |

| Date | Transaction | Amount | Open Amt. |
|---|---|---|---|
| 10/17/2012 | W/O INSURANCE WRITE OFF CONTRACT | -52 | |
| 8/6/2012 | Marcaine 0.5% (J3490) | 75 | 0 |
| 10/17/2012 | Insurance Payment | -3.49 | |
| 10/17/2012 | W/O INSURANCE WRITE OFF CONTRACT | -71.51 | |
| 8/27/2012 | Office Visit, Est Pt, Level 4 (99214) | 320 | 0 |
| 8/30/2012 | Self Pay Payment | -50 | |
| 9/19/2012 | Insurance Payment | -62 | |
| 9/19/2012 | W/O INSURANCE WRITE OFF CONTRACT | -208 | |
| 9/19/2012 | CO-INS PT TRANSFER | 50 | |
| 8/27/2012 | Epidral Steroid,thor/cervical (62310) | 1,500.00 | 77.6 |
| 9/19/2012 | Insurance Payment | -310.4 | |
| 9/19/2012 | W/O INSURANCE WRITE OFF CONTRACT | -1,112.00 | |
| 9/19/2012 | CO-INS PT TRANSFER | 77.6 | |
| 8/27/2012 | Epiduragram (72275) | 1,200.00 | 0 |
| 9/19/2012 | Insurance Payment | -54 | |
| 9/19/2012 | W/O INSURANCE WRITE OFF CONTRACT | -1,146.00 | |
| 8/27/2012 | Depo-medrol 80mg (J1040) | 60 | 0 |
| 9/19/2012 | Insurance Payment | -8 | |
| 9/19/2012 | W/O INSURANCE WRITE OFF CONTRACT | -52 | |
| 8/27/2012 | Marcaine 0.5% (J3490) | 75 | 0 |

| Date | Description | Amount | |
|---|---|---|---|
| 9/19/2012 | Insurance Payment | -3.49 | |
| 9/19/2012 | W/O INSURANCE WRITE OFF CONTRACT | -71.51 | |
| 9/17/2012 | Office Visit, Est Pt, Level 4 (99214) | 320 | 0 |
| 9/19/2012 | Self Pay Payment | -50 | |
| 9/27/2012 | Insurance Payment | -62 | |
| 9/27/2012 | W/O INSURANCE WRITE OFF CONTRACT | -208 | |
| 9/27/2012 | CO-INS PT TRANSFER | 50 | |

Balance: 432.8

27-00004

## Advanced Pain and Anesthesia Consultants, PC
## Account Inquiry
### 06/10/2013 08:39AM

Advanced Pain and Anesthesia Consultants, PC
11456 BROADWAY
CROWN POINT, IN 46307
Phone: 219-864-3208

06/10/2013

### ITEMIZED STATEMENT

| Date | Transaction | Amount | Open Amt. |
|---|---|---:|---:|
| 06/20/12 | Office Visit, New Pt, Level 4 (99204) | 320.00 | .00 |
| 07/06/12 | Insurance Payment | -138.72 | |
| 07/06/12 | W/O INSURANCE WRITE OFF CONTRACT | -144.85 | |
| 07/06/12 | W/O MEDICARE PENALTY | -1.75 | |
| 07/06/12 | Insurance Transfer | 34.68 | |
| 08/10/12 | Insurance Payment | .00 | |
| 08/10/12 | W/O INSURANCE WRITE OFF CONTRACT | -34.68 | |
| 06/28/12 | Epidral Steroid,thor/cervical (62310) | 1,500.00 | .00 |
| 07/19/12 | Insurance Payment | -208.75 | |
| 07/19/12 | W/O INSURANCE WRITE OFF CONTRACT | -1,236.42 | |
| 07/19/12 | W/O MEDICARE PENALTY | -2.64 | |
| 07/19/12 | Insurance Transfer | 52.19 | |
| 08/13/12 | Insurance Payment | .00 | |
| 08/13/12 | W/O INSURANCE WRITE OFF CONTRACT | -52.19 | |
| 06/28/12 | Epiduragram (72275) | 1,200.00 | .00 |
| 07/19/12 | Insurance Payment | -32.70 | |
| 07/19/12 | W/O INSURANCE WRITE OFF CONTRACT | -1,158.72 | |
| 07/19/12 | W/O MEDICARE PENALTY | -.41 | |
| 07/19/12 | Insurance Transfer | 8.17 | |
| 08/13/12 | Insurance Payment | -8.17 | |
| 06/28/12 | Depo-medrol 80mg (J1040) | 60.00 | .00 |
| 07/19/12 | Insurance Payment | -5.19 | |
| 07/19/12 | W/O INSURANCE WRITE OFF CONTRACT | -53.51 | |
| 07/19/12 | Insurance Transfer | 1.30 | |
| 08/13/12 | Insurance Payment | -1.30 | |
| 06/28/12 | Marcaine 0.5% (J3490) | 75.00 | .00 |
| 07/19/12 | Insurance Payment | .00 | |

| Date | Description | Amount | |
|---|---|---:|---:|
| 07/19/12 | W/O INSURANCE BUNDLED | -75.00 | |
| 08/09/12 | Office Visit, Est Pt, Level 4 (99214) | 320.00 | .00 |
| 09/07/12 | Insurance Payment | -88.62 | |
| 09/07/12 | W/O INSURANCE WRITE OFF CONTRACT | -208.11 | |
| 09/07/12 | W/O MEDICARE PENALTY | -1.12 | |
| 09/07/12 | Insurance Transfer | 22.15 | |
| 10/04/12 | Insurance Payment | .00 | |
| 10/04/12 | W/O INSURANCE WRITE OFF CONTRACT | -22.15 | |
| 08/09/12 | Epidral Steroid,thor/cervical (62310) | 1,500.00 | .00 |

From:Northwest Billing          2198642570          06/10/2013 08:56          #862 P.005/006
Case 1:13-md-02419-RWZ   Document 1452-2   Filed 09/26/14   Page 7 of 8

Page 3 of 4

## ITEMIZED STATEMENT (Continued)

| Date | Transaction | Amount | Open Amt. |
|---|---|---|---|
| 09/07/12 | Insurance Payment | -208.75 | |
| 09/07/12 | W/O INSURANCE WRITE OFF CONTRACT | -1,236.42 | |
| 09/07/12 | W/O MEDICARE PENALTY | -2.64 | |
| 09/07/12 | Insurance Transfer | 52.19 | |
| 10/04/12 | Insurance Payment | .00 | |
| 10/04/12 | W/O INSURANCE WRITE OFF CONTRACT | -52.19 | |
| 08/09/12 | Epiduragram (72275) | 1,200.00 | .00 |
| 09/07/12 | Insurance Payment | -32.70 | |
| 09/07/12 | W/O INSURANCE WRITE OFF CONTRACT | -1,158.72 | |
| 09/07/12 | W/O MEDICARE PENALTY | -.41 | |
| 09/07/12 | Insurance Transfer | 8.17 | |
| 10/04/12 | Insurance Payment | -8.17 | |
| 08/09/12 | Depo-medrol 80mg (J1040) | 60.00 | .00 |
| 09/07/12 | Insurance Payment | -5.06 | |
| 09/07/12 | W/O INSURANCE WRITE OFF CONTRACT | -53.67 | |
| 09/07/12 | Insurance Transfer | 1.27 | |
| 10/04/12 | Insurance Payment | -1.27 | |
| 08/09/12 | Marcaine 0.5% (J3490) | 75.00 | .00 |
| 09/07/12 | Insurance Payment | .00 | |
| 09/07/12 | W/O INSURANCE BUNDLED | -75.00 | |
| 09/07/12 | Office Visit, Est Pt, Level 4 (99214) | 320.00 | .00 |
| 10/05/12 | Insurance Payment | -88.62 | |
| 10/05/12 | W/O INSURANCE WRITE OFF CONTRACT | -208.11 | |
| 10/05/12 | W/O MEDICARE PENALTY | -1.12 | |
| 10/05/12 | Insurance Transfer | 22.15 | |
| 11/07/12 | Insurance Payment | .00 | |
| 11/07/12 | W/O INSURANCE WRITE OFF CONTRACT | -22.15 | |
| 09/07/12 | Epidral Steroid,thor/cervical (62310) | 1,500.00 | .00 |
| 10/05/12 | Insurance Payment | -208.75 | |
| 10/05/12 | W/O INSURANCE WRITE OFF CONTRACT | -1,236.42 | |
| 10/05/12 | W/O MEDICARE PENALTY | -2.64 | |
| 10/05/12 | Insurance Transfer | 52.19 | |
| 11/07/12 | Insurance Payment | .00 | |
| 11/07/12 | W/O INSURANCE WRITE OFF CONTRACT | -52.19 | |
| 09/07/12 | Epiduragram (72275) | 1,200.00 | .00 |
| 10/05/12 | Insurance Payment | -32.70 | |
| 10/05/12 | W/O INSURANCE WRITE OFF CONTRACT | -1,158.72 | |
| 10/05/12 | W/O MEDICARE PENALTY | -.41 | |

## ITEMIZED STATEMENT (Continued)

| Date | Transaction | Amount | Open Amt. |
|---|---|---:|---:|
| 10/05/12 | Insurance Transfer | 8.17 | |
| 11/07/12 | Insurance Payment | -8.17 | |
| 09/07/12 | Depo-medrol 80mg (J1040) | 60.00 | .00 |
| 10/05/12 | Insurance Payment | -5.06 | |
| 10/05/12 | W/O INSURANCE WRITE OFF CONTRACT | -53.67 | |
| 10/05/12 | Insurance Transfer | 1.27 | |
| 11/07/12 | Insurance Payment | -1.27 | |
| 11/07/12 | W/O BILLING ADJ | -1.27 | |
| 02/11/13 | Refund | 1.27 | |
| 09/07/12 | Marcaine 0.5% (J3490) | 75.00 | .00 |
| 10/05/12 | Insurance Payment | .00 | |
| 10/05/12 | W/O INSURANCE BUNDLED | -75.00 | |

Balance:    .00