# SALTZ MONGELUZZI
# BARRETT & BENDESKY PC
### TRIAL LAWYERS

DELAWARE COUNTY OFFICE
20 WEST THIRD STREET
P.O. BOX 1670
MEDIA, PA 19063
VOICE 610.627.9777
FAX 610.627.9787

ONE LIBERTY PLACE, 52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
VOICE 215.496.8282
FAX 215.496.0999

NEW JERSEY OFFICE
8000 SAGEMORE DRIVE
SUITE 8303
MARLTON, NJ 08053
VOICE 856.751.8383
FAX 856.751.0868

MICHAEL F. BARRETT
DIRECT DIAL (215) 575-2986
MFBARRETT@SMBB.COM

MARY T. GIDARO
DIRECT DIAL (215) 575-2979
MTGIDARO@SMBB.COM

MONTGOMERY COUNTY OFFICE
43 EAST MARSHALL STREET
NORRISTOWN, PA 19401
VOICE 610.278.1591
FAX 610.272.2549

September 29, 2014

The Honorable Rya W. Zobel, U.S.D.J.
U.S. District Court, for District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:  **MDL No. 1:13-MD-2419-RWZ; In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation; United States District Court, District of Massachusetts**

Dear Judge Zobel:

This document relates to the following matters wherein Plaintiffs have filed Motions for Leave to Amend Short Form Complaints in each individual case docket, as follows:

**Andre Gould, et al. v. New England Compounding Pharmacy, Inc., et al.**
Case No.: 1:13-cv-10444-FDS  **(Document 56);**
**Christopher Hannah, et al. v. New England Compounding Pharmacy, Inc., et al.**
Case No.: 1:13-cv-10407-FDS  **(Document 64);**
**Meghan R. Jones v. New England Compounding Pharmacy, Inc., et al.**
Case No.: 1:13-cv-10409-FDS  **(Document 50);**
**Katheryn S. Leaverton, et al. v. New England Compounding Pharmacy, Inc., et al.**
Case No. 1:13-cv-10408-FDS  **(Document 45);**
**Jenna S. Letizia, et al. v. New England Compounding Pharmacy, Inc., et al.**
Case No. 1:13-cv-10413-FDS  **(Document 47);**
**Jennifer L. Marko, et al. v. New England Compounding Pharmacy, Inc., et al.**
Case No. 1:13-cv-10404-FDS  **(Document 55);**
**Greta E. Normand, et al. v. New England Compounding Pharmacy, Inc., et al.**
Case No.: 1:13-cv-10447-FDS  **(Document 48);**
**Naquita L. Rios, et al. v. New England Compounding Pharmacy, Inc., et al.**
Case No.: 1:13-cv-10411-FDS  **(Document 48);**



SALTZ MONGELUZZI
BARRETT & BENDESKY PC
TRIAL LAWYERS

**Robert S. Tayvinsky, et al. v. New England Compounding Pharmacy, Inc., et al.**
Case No.: 1:13-cv-10414-FDS  **(Document 50);**
**Diane E. Tisa, et al. v. New England Compounding Pharmacy, Inc., et al.**.
Case No. 1:13-cv-10446-FDS  **(Document 41);**
**Jennifer L. Tolotti v. New England Compounding Pharmacy, Inc., et al.**.
Case No. 1:13-cv-10413-FDS  **(Document 43);** and
**Dawn M. Zavacki, et al. v. New England Compounding Pharmacy, Inc., et al.**
Case No. 1:13-cv-10441-FDS  **(Document 45).**

We have been advised by Chris Wolk, Esquire, counsel for Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, a/t/a Premier Orthopaedic Associates, Kimberley Yvette Smith, M.D. a/k/a Kimberley Yvette Smith-Martin, M.D. and Thomas A. Dwyer, M.D., the parties who Plaintiffs are seeking to add as Defendants, will not be filing opposition to any of the above-referenced Motions. Oral argument is not necessary. Accordingly, we respectfully request that Your Honor enter a ruling on these Motions on or before the next status conference scheduled on October 23, 2014.

We thank Your Honor for consideration of our request.

Respectfully submitted,

SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.

*Mary T. Gidaro*

MICHAEL F. BARRETT
MARY T. GIDARO

MFB/MTG/osl
cc: Christopher M. Wolk, Esquire (via electronic mail)