UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Suits Naming Saint Thomas Outpatient Neurosurgical Center, LLC | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |

**ANSWER OF SAINT THOMAS OUTPATIENT NEUROSURGICAL CENTER, LLC, HOWELL ALLEN CLINIC, A PROFESSIONAL CORPORATION, JOHN W. CULCLASURE, MD, AND DEBRA V. SCHAMBERG, RN TO THE FIRST AMENDMENT TO THE MASTER COMPLAINT**

For their Answer to the First Amendment to the Master Complaint, the Defendants Saint Thomas Outpatient Neurosurgical Center, LLC ("STOPNC") and Howell Allen Clinic, a Professional Corporation ("Howell Allen"), John W. Culclasure, MD ("Dr. Culclasure"), and Debra V. Schamberg, RN ("Ms. Schamberg") (collectively, the "Defendants"), state as follows:

**PREAMBLE**

The Defendants, as part of the agreement on the process for filing answers to the pending complaints against them (memorialized at Dkt. 1447), have contemporaneously answered the Master Complaint. For completeness, the Defendants offer this Answer to the First Amendment to the Master Complaint.

1

## ANSWER

### COUNT XI-A – CIVIL CONSPIRACY

364. No response to this paragraph is necessary. All previously- or contemporaneously-made responses and defenses are incorporated herein by reference.

365. to 387.  The factual averments made in the First Amendment to the Master Complaint are responded to in the Answer to the Master Complaint, and those responses, to the extent necessary, are incorporated as if stated fully herein. The Plaintiffs civil conspiracy claim against the Defendants set forth in the First Amendment to the Master Complaint was dismissed as a matter of law pursuant to the Court's August 29, 2014, memorandum decision at Dkt. 1360. Thus, no response is necessary to the legal averments made in the First Amendment to the Master Complaint. To the extent any claim of civil conspiracy or any factual averment supporting such a claim is made against the Defendants, it is denied, and the August 29, 2014, ruling precludes it.

### INCORPORATION BY REFERENCE

The Defendants hereby adopt and incorporate as if stated fully herein the responsive statements, defenses, affirmative defenses, and motions set forth in their Answer to the Master Complaint, Answer to the *Reed* Short Form Complaint, Answer to the *Reed* Complaint, and answer to any other complaint against them. For brevity's sake, the Defendants will not recount these responses and defenses here. Any previously- or contemporaneously-asserted response or defense is hereby incorporated.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Clinic Defendants*

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 30th day of September, 2014.

/s/ Chris J. Tardio
**Chris J. Tardio**