UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *All Actions* ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

ASSENTED-TO MOTION TO EXTEND TIME TO FILE ANSWER

Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health (collectively referred to as the "Saint Thomas Entities") hereby move for a one-day extension, until October 1, 2014, to file an answer in this action. In support of this motion, the Saint Thomas Entities state as follows:

1. Early in this case, the Saint Thomas Entities filed motions to dismiss in lieu of filing answers to the Master Complaint and the dozens of individual complaints filed against them.

2. On August 29, 2014, the Court issued a Memorandum Decision granting in part and denying in part the various motions to dismiss.

3. On September 11, 2014, the Saint Thomas Entities filed an assented-to motion requesting an extension of time until September 30, 2014, to answer the complaints pending against them. (Docket No. 1403)

4. On September 24, 2014, the Saint Thomas Entities filed an assented-to motion requesting that the Court allow them to file an answer to the Master Complaint in this MDL, as well as one representative answer to an Original and a short-form complaint, in lieu of answering each individual complaint. The representative case was the *Reed* case, Civ. Action No. 13-12565.

(Docket No. 1447)

5.      The Saint Thomas Entities now move for an additional short extension to prepare their Master Answer and their answer in the *Reed* case.

6.      The PSC assents to the requested extension.

WHEREFORE, the Saint Thomas Entities respectfully request that the Court grant their motion an extension until October 1, 2014.

Respectfully submitted,

/s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 439-2000
(617) 310-9000 (FAX)

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

FULBRIGHT & JAWORSKI LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas  78701
(512) 482-9300
(512) 428-9303 (FAX)

*Attorneys for the Saint Thomas Entities*

*Admitted *pro hac vice*

ASSENTED-TO:

/s/ Benjamin A. Gastel
Benjamin A. Gastel
Branstetter Stranch & Jennings, PLLC
227 Second Avenue North, Fourth Floor
Nashville, TN 37201-1631
(615) 254-8801
beng@branstetterlaw.com

## CERTIFICATE OF SERVICE

I, Sarah P. Kelly, certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing on September 30, 2014.

/s/ Sarah P. Kelly
Sarah P. Kelly

2649518.1