# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LISA WEINSTEIN** | : |
| Plaintiff, | : MDL No. 2419 |
| v. | : 1:13-cv-12103-RWZ |
| **UNIFIRST CORPORATION, A/D/B/A UNICLEAN CLEANROOM SERVICES** | : Associated Cases:<br>: 1:13-md-02419-RWZ |
| Defendants. | : |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel on behalf of the plaintiff, Lisa Weinstein, in the above-captioned matter.

Respectfully submitted,

The Plaintiff,
By counsel,

/s/ Susan M. Bourque
Susan M. Bourque, BBO#647195
smb@parkerscheer.com
Parker Scheer LLP
One Constitution Center
Boston, MA 02129
(617) 886-0500

## CERTIFICATE OF SERVICE

I, Susan M. Bourque, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those identified as non-registered participants on this 1st day of October, 2014.

/s/ Susan M. Bourque