UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING : <br> PHARMACY, INC. PRODUCTS         : <br> LIABILITY LITIGATION             : <br> _____: <br>                                  : <br> THIS DOCUMENT RELATES TO:        : <br>                                  : <br> All Actions                      : <br> _____ : | MDL NO.: 2419 <br> DKT. NO.: 1:13-md-2419(FDS) <br><br> Honorable Rya W. Zobel |

### FORSYTH STREET AMBULATORY SURGERY CENTER, LLC's
### REQUEST FOR REMOVAL FROM SERVICE LIST

COME NOW Forsyth Street Ambulatory Surgery Center, LLC, a non-party to this litigation, and its attorneys, Emmitte H. Griggs and Jason D. Lewis, who hereby submit this request to be removed from the service list in this litigation. No lawsuit has been filed against Forsyth Street Ambulatory Surgery Center, LLC arising out of use of NECC compounds, and Forsyth Street Ambulatory Surgery Center, LLC is not a party to any of the multidistrict cases.

Respectfully submitted this 2nd day of October, 2014.

/s/ Emmitte H. Griggs
Emmitte H. Griggs
Ga. Bar No. 312085
3920 Arkwright Road Suite 405
Macon, Georgia 31210
Ph:     478-745-1181
Fax:    478-746-9479
sharden@chrkglaw.com

/s/ Jason D. Lewis
Jason D. Lewis
Ga. Bar No. 197856
3920 Arkwright Road Suite 405
Macon, Georgia 31210
Ph:     478-745-1181
Fax:    478-746-9479
jlewis@chrkglaw.com

1

CERTIFICATE OF SERVICE

    This will certify that a true and correct copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 2nd day of October, 2014.

                                            /s/ Jason D. Lewis
                                            Jason D. Lewis