UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Master File No. 1:13-md-2419-RWZ<br><br>MDL Docket No. 2419 |

**DEFENDANT AMERIDOSE LLC'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANT AMERIDOSE LLC'S MOTION TO PROCEED WITH FDA-AUTHORIZED DESTRUCTION OF RECALLED DRUG PRODUCTS**

Defendant Ameridose LLC, through counsel, moves this Court pursuant to Local Rule 7.1(b)(2) for leave to file its Reply in Support of Defendant Ameridose LLC's Motion to Proceed with FDA-Authorized Destruction of Recalled Drug Products (Motion to Proceed, NECC MDL Doc. 1090; Tennessee Clinic Defendants' Response to Ameridose's Motion to Proceed, NECC MDL Doc. 1449). The Tennessee Clinic Defendants do not oppose Ameridose's request for leave to file its Reply in Support of its Motion to Proceed.[1]

WHEREFORE, Defendant Ameridose LLC requests that this Court enter an Order granting it leave to file its Reply in Support of Defendant Ameridose LLC's Motion to Proceed with FDA-Authorized Destruction of Recalled Drug Products within fourteen (14) days of entry of such Order.

---

[1] On October 2, 2014, counsel for Ameridose contacted counsel for Tennessee Clinic Defendants, who provided their consent to Ameridose's request for leave.

| | |
|---|---|
| Dated: October 3, 2014 | Respectfully submitted,<br><br>TUCKER ELLIS LLP<br><br>*/s/ Matthew P. Moriarty*<br>Matthew P. Moriarty<br>Richard A. Dean<br>TUCKER ELLIS LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH  44113-7213<br>Telephone:     216.592.5000<br>Facsimile:      216.592.5009<br>matthew.moriarty@tuckerellis.com<br>richard.dean@tuckerellis.com<br><br>*Counsel for Defendant Ameridose LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 3, 2014, a true and exact copy of the foregoing was filed with this Court's CM/ECF filing system, thereby providing electronic notice to those counsel of record listed who are registered users of the system and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any.

*/s/ Matthew P. Moriarty*
Matthew P. Moriarty

*One of the Attorneys for Defendant Ameridose LLC*