# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PROCUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br>    All Tennessee Actions against <br>    St. Thomas Entities. | ) ) ) ) ) MDL No.: 2419 ) Master Docket No.: 1:13-md-2419-FDS ) ) ) ) ) |

## PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL PRODUCTION OF INSURANCE AGREEMENTS

The Plaintiffs' Steering Committee ("PSC") hereby moves the Court to enter an order (i) compelling Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital West f/k/a Saint Thomas Hospital (collectively the "Saint Thomas Entities") to produce all insurance agreements related to claims against them in this litigation as required by Rule 26(a)(1)(A)(iv).

A memorandum of support setting forth the reasons and proposed order are filed herewith.

This movant has conferred or attempted to confer with counsel for the Saint Thomas Entities in a good-faith effort to obtain, without court intervention, the documents sought to be compelled by this motion.

Date: October 3, 2014          Respectfully submitted:

                                                **/s/ J. Gerard Stranch, IV**
                                                J. Gerard Stranch, IV
                                                Benjamin A. Gastel
                                                BRANSTETTER, STRANCH &
                                                JENNINGS, PLLC
                                                227 Second Avenue North
                                                Nashville, TN 37201
                                                Telephone: 615/254-8801
                                                Facsimile: 615/255-5419

gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: 617/482-3700
Facsimile: 617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415/956-1000
Facsimile: 415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: 248/557-1688
Facsimile: 248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com

Mark Zamora

ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

CERTIFICATE OF SERVICE

      I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing *Plaintiffs' Steering Committee's Motion to Compel Production, for a Finding of Civil Contempt, and for an Award of Sanctions,* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   August 26, 2014

                                        /s/J. Gerard Stranch, IV
                                        J. Gerard Stranch, IV