**EXHIBIT 2**

# Beth McCullough

| | |
|---|---|
| **From:** | Puig, Yvonne K. <yvonne.puig@nortonrosefulbright.com> |
| **Sent:** | Friday, August 22, 2014 1:55 PM |
| **To:** | Ben Gastel |
| **Cc:** | Schramek, Adam T.; Hoffman, Eric |
| **Subject:** | Letter regarding Insurance--NECC |

Ben:
We received your letter and are conferring with our client regarding your position. We are hopeful we will be able to work this matter out and think we will be able to send you documents electronically on Monday or Tuesday so you don't have to travel to our office. Hope the baby is doing well, Yvonne.


**Yvonne K. Puig** | Head of Life Sciences and Healthcare, United States
Fulbright & Jaworski LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas 78701-4255, United States
Tel +1 512 536 2450 | Fax +1 512 536 4598
yvonne.puig@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz Inc) and Fulbright & Jaworski LLP, each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.