**EXHIBIT 3**

## Beth McCullough

**To:** Ben Gastel
**Subject:** RE: Motion to Compel

**From:** Schramek, Adam T. [mailto:adam.schramek@nortonrosefulbright.com]
**Sent:** Friday, September 26, 2014 2:11 PM
**To:** Ben Gastel
**Cc:** Puig, Yvonne K.; 'mgreer@adjtlaw.com'
**Subject:** RE: Motion to Compel

Ben:

As we discussed when we met in Boston prior to the September status hearing, Saint Thomas is objecting to the production of its self-insurance trust documentation because a trust is not an "insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment" in these cases. Accordingly, it is not subject to disclosure under Rule 26(a)(1)(A)(iv). Per the attached order, a Michigan court of appeals reversed a trial court's order requiring production of the self-insurance trust under the Michigan disclosure rule, which is nearly identical to the federal rule. As the court there explained, a trust is not subject to pre-judgment discovery because it is not relevant to any liability issue. The hospital at issue in the Michigan case was Providence Hospital, which is one of the hospitals that participates in the self-insurance trust with Saint Thomas and other hospitals within the Ascension network.

With respect to the protective order issue, we provide the attached, redacted copies of the certificates for you to use in any filing. Let me know if you would like to further discuss.

Thanks,

**Adam T. Schramek** | Partner
Fulbright & Jaworski LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas 78701-4255, United States
Tel +1 512 536 5232 | Fax +1 512 536 4598
adam.schramek@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

**From:** Ben Gastel [mailto:beng@branstetterlaw.com]
**Sent:** Friday, September 26, 2014 1:28 PM
**To:** Schramek, Adam T.; Puig, Yvonne K.; 'mgreer@adjtlaw.com'
**Subject:** RE: Motion to Compel

Any update on this?

**From:** Ben Gastel
**Sent:** Wednesday, September 24, 2014 10:13 AM
**To:** Adam T. Schramek (adam.schramek@nortonrosefulbright.com) (adam.schramek@nortonrosefulbright.com);
'yvonne.puig@nortonrosefulbright.com'; 'mgreer@adjtlaw.com'

1

**Cc:** Gerard Stranch; Chalos, Mark P. (mchalos@lchb.com) (mchalos@lchb.com); 'gnolan@leaderbulso.com'
**Subject:** Motion to Compel

Counsel,

You produced the Saint Thomas Entities' certificates of insurance under the Third Amended Protective Order and I believe I will need to file that document in support of our motion to compel production of the trust agreement. The protective order mandates that we are to meet and confer about redacting that document before I file it under seal. If you take the position that the entirety of that document is subject to the protective order, then I think we can dispense with the call. If we can discuss a possible redaction to prevent filing under seal, then I am happy to have a call.

I am not intending this proposal as any waiver of the PSC's right to claim that the information in the certificates is not subject to the protective order, but I do not believe it is necessary to address this issue at this time. As a result the PSC reserves its right to challenge this designation at an appropriate time.

Thank you,


Ben Gastel
**Branstetter, Stranch & Jennings, PLLC**
227 Second Ave. N.
Fourth Floor
Nashville, TN 37061-1631
P: 615.254.8801
F: 615.255.5419

IMPORTANT: This communication from the law firm of Branstetter, Stranch & Jennings, PLLC is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and contains information that may be confidential and privileged. Be advised that if you are not the intended recipient(s), any dissemination, distribution or copying of this communication is prohibited. Please notify the undersigned immediately by telephone or return e-mail.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz Inc) and Fulbright & Jaworski LLP, each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.

# CERTIFICATE OF COVERAGE

Issue Date: 8/25/2014
Certificate #: AH 25101

**Producer**
Ascension Risk Services
P.O. Box 46944
11775 Borman Drive, Suite 300
St. Louis, MO 63146
coi-credrequests@ascensionhealth.org

This certificate is issued as a matter of information only and confers no rights upon the certificate holder. This certificate does not amend, extend or alter the coverage afforded below.

**Trust Plan Letter**   A   Ascension Health Alliance Self-Insurance Trust Account

**Covered Entity**
Ascension Health Alliance

11775 Borman Drive
St. Louis, MO 63146

## COVERAGES

This is to certify that the coverage listed below has been issued to the Covered Entity named above for the period indicated. Notwithstanding any requirement, term or condition of any contract or other document with respect to which this certificate may be issued or may pertain, the coverage afforded as described herein is subject to all the terms, exclusions and conditions of such coverage. Limits shown are minimum liability limits required and may have been reduced by defense costs and paid claims.

| TRUST PLAN LTR | TYPE OF COVERAGE | TRUST PLAN | EFFECTIVE DATE | EXPIRATION DATE | MINIMUM LIABILITY LIMITS | |
|---|---|---|---|---|---|---|
| A | General Liability<br>[ ] Occurrence<br>[X] Claims-Made | ■■■■ | 07/01/2012 | 07/01/2013 | General Aggregate<br>Products-Comp/Op Agg<br>Personal/Advertising Injury<br>Each Occurrence<br>Med Exp (Any One Person) | ■<br>■<br>■<br>■<br>■ |
| A | Professional Liability<br>[ ] Occurrence<br>[X] Claims-Made | ■■■■ | 07/01/2012 | 07/01/2013 | $10,000,000 Each Medical Incident<br>Unlimited Aggregate | |
| | Professional Excess Liability<br>(Claims-Made Coverage) | | | | Each Medical Incident | |
| | Extended Reporting (Tail): | | Effective Date:<br>Retro Date: | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / SPECIAL ITEMS:**

Evidence of general and professional liabilty for the following locations: Ascension Health Alliance, Ascension Health, Saint Thomas Health, Saint Thomas Network, Saint Thomas Hospital.

Limits are not pyramiding or stacking if more than one coverage applies to the same claim.
Except where otherwise required by law, all insureds share the limits of liability.

| Certificate Holder | Cancellation Clause |
|---|---|
| Ascension Health Alliance<br>11775 Borman Drive<br>St. Louis, MO 63146 | Should any of the above described policies be cancelled before the expiration date thereof, notice will be delivered in accordance with the policy provisions.<br><br>**Authorized Representative**  *SB* |

| | CERTIFICATE OF COVERAGE | | | | Issue Date: 8/26/2014<br>Certificate #: AH 25109 |
|---|---|---|---|---|---|
| Producer<br>Ascension Risk Services<br>P.O. Box 46944<br>11775 Borman Drive, Suite 300<br>St. Louis, MO 63146<br>coi-credrequests@ascensionhealth.org | | |  | | This certificate is issued as a matter of information only and confers no rights upon the certificate holder. This certificate does not amend, extend or alter the coverage afforded below. |
| | | | Trust Plan Letter  A  Ascension Health Alliance Self-Insurance Trust Account | | |
| Covered Entity<br>Ascension Health Alliance<br><br>11775 Borman Drive<br>St. Louis, MO 63146 | | | | | |

## COVERAGES

This is to certify that the coverage listed below has been issued to the Covered Entity named above for the period indicated. Notwithstanding any requirement, term or condition of any contract or other document with respect to which this certificate may be issued or may pertain, the coverage afforded as described herein is subject to all the terms, exclusions and conditions of such coverage. Limits shown are minimum liability limits required and may have been reduced by defense costs and paid claims.

| TRUST PLAN LTR | TYPE OF COVERAGE | TRUST PLAN | EFFECTIVE DATE | EXPIRATION DATE | MINIMUM LIABILITY LIMITS | |
|---|---|---|---|---|---|---|
| A | General Liability<br>[ ] Occurrence<br>[X] Claims-Made | | 07/01/2013 | 07/01/2014 | General Aggregate<br>Products-Comp/Op Agg<br>Personal/Advertising Injury<br>Each Occurrence<br>Med Exp (Any One Person) | |
| A | Professional Liability<br>[ ] Occurrence<br>[X] Claims-Made | | 07/01/2013 | 07/01/2014 | Each Medical Incident<br>Aggregate | |
| | Professional Excess Liability<br>(Claims-Made Coverage) | | | | Each Medical Incident | |
| | Extended Reporting (Tail): | | Effective Date:<br>Retro Date: | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / SPECIAL ITEMS:

Evidence of general and professional liabilty for the following locations: Ascension Health Alliance, Ascension Health, Saint Thomas Health, Saint Thomas Network, Saint Thomas West Hospital f/k/a Saint Thomas Hospital.

Limits are not pyramiding or stacking if more than one coverage applies to the same claim.
Except where otherwise required by law, all insureds share the limits of liability.

| Certificate Holder | Cancellation Clause |
|---|---|
| Ascension Health Alliance<br>11775 Borman Drive<br>St. Louis, MO 63146 | Should any of the above described policies be cancelled before the expiration date thereof, notice will be delivered in accordance with the policy provisions. |
| | Authorized Representative  *[signature]* |

| | CERTIFICATE OF COVERAGE | | | | Issue Date: 8/26/2014<br>Certificate #: AH 25110 | |
|---|---|---|---|---|---|---|
| Producer<br>Ascension Risk Services<br>P.O. Box 46944<br>11775 Borman Drive, Suite 300<br>St. Louis, MO 63146<br>coi-credrequests@ascensionhealth.org | | | colspan="4" | This certificate is issued as a matter of information only and confers no rights upon the certificate holder. This certificate does not amend, extend or alter the coverage afforded below. | |
| | | | Trust Plan Letter   A   Ascension Health Alliance Self-Insurance Trust Account | | | |
| Covered Entity<br>Ascension Health Alliance<br><br>11775 Borman Drive<br>St. Louis, MO 63146 | | | | | | |

## COVERAGES

This is to certify that the coverage listed below has been issued to the Covered Entity named above for the period indicated. Notwithstanding any requirement, term or condition of any contract or other document with respect to which this certificate may be issued or may pertain, the coverage afforded as described herein is subject to all the terms, exclusions and conditions of such coverage. Limits shown are minimum liability limits required and may have been reduced by defense costs and paid claims.

| TRUST PLAN LTR | TYPE OF COVERAGE | TRUST PLAN | EFFECTIVE DATE | EXPIRATION DATE | MINIMUM LIABILITY LIMITS | |
|---|---|---|---|---|---|---|
| A | **General Liability**<br>☐ Occurrence<br>☒ Claims-Made | ▇▇▇▇ | 07/01/2014 | 07/01/2015 | General Aggregate<br>Products-Comp/Op Agg<br>Personal/Advertising Injury<br>Each Occurrence<br>Med Exp (Any One Person) | ▇▇<br>▇▇<br>▇▇<br>▇▇<br>▇▇ |
| A | **Professional Liability**<br>☐ Occurrence<br>☒ Claims-Made | ▇▇▇▇ | 07/01/2014 | 07/01/2015 | ▇▇ Each Medical Incident<br>▇▇ Aggregate | |
| | **Professional Excess Liability**<br>(Claims-Made Coverage) | | | | Each Medical Incident | |
| | **Extended Reporting (Tail):** | | Effective Date:<br>Retro Date: | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / SPECIAL ITEMS:**

Evidence of general and professional liabilty for the following locations: Ascension Health Alliance, Ascension Health, Saint Thomas Health, Saint Thomas Network, Saint Thomas West Hospital f/k/a Saint Thomas Hospital.

Limits are not pyramiding or stacking if more than one coverage applies to the same claim.
Except where otherwise required by law, all insureds share the limits of liability.

| Certificate Holder | Cancellation Clause |
|---|---|
| Ascension Health Alliance<br>11775 Borman Drive<br>St. Louis, MO 63146 | Should any of the above described policies be cancelled before the expiration date thereof, notice will be delivered in accordance with the policy provisions. |
| | **Authorized Representative**  *[signature]* |