**EXHIBIT 4**

## Company Search Look-up

**NAIC Consumer Information Source (https://eapps.naic.org/cis/)**

**CLOSE**

# COMPANY DEMOGRAPHICS

| | | | | | |
|---|---|---|---|---|---|
| **Company Name:** | ASCENSION HEALTH RISK PURCHASING GROUP | | | **FEIN:** | |
| **State of Incorporation:** | MISSOURI | **Incorporation Date:** | 11/30/2010 | **Issue Date:** | 08/25/2011 |
| **Company #:** | 428067 | **NAIC #:** | | | |
| **NAIC Group #:** | | **NAIC Group Name:** | | | |
| **Domicile Type:** | Domestic | **Company Type:** | Purchasing Group (Ch 375.1080 - 375.1087 RSMo) | | |
| **Status:** | Active | | | | |
| **Effective Date:** | 08/25/2011 | | | | |

Please select by clicking the appropriate link for additional information:

| Company Address | Line of Business | Company Contacts | Company Name Change History | Company Merger History |
|---|---|---|---|---|

# COMPANY ADDRESSES

| | | | |
|---|---|---|---|
| **Mailing Address** | | **Main Administrative** | |
| Address Line 1 | PO BOX 46944 | Address Line 1 | PO BOX 46944 |
| Address Line 2 | | Address Line 2 | |
| Address Line 3 | | Address Line 3 | |
| City, State, Zip | ST LOUIS, MO 63146 | City, State, Zip | ST LOUIS, MO 63146 |
| Phone | 314-733-8702 | Phone | 314-733-8702 |
| Website | | Website | |
| | | Fax | |

# LINE OF BUSINESS (LOB)

| Line Name | Line Type | Effective Date |
|---|---|---|

# COMPANY CONTACTS

| CONTACT TYPE | FULL NAME | TITLE | ADDRESS |
|---|---|---|---|

# COMPANY NAME CHANGE HISTORY

| OLD COMPANY NAME | EFFECTIVE FROM | EFFECTIVE TO | DOMICILE TYPE | COMPANY TYPE |
|---|---|---|---|---|

**No Company Name Changes**

## COMPANY MERGE HISTORY

| MERGER COMPANY NAME | SURVIVING COMPANY NAME | DOMICILE TYPE | EFFECTIVE DATE |
|---|---|---|---|

**No Mergers**