**EXHIBIT 5**

# Beth McCullough

| | |
|---|---|
| **From:** | Schramek, Adam T. <adam.schramek@nortonrosefulbright.com> |
| **Sent:** | Tuesday, September 02, 2014 3:58 PM |
| **To:** | Ben Gastel |
| **Cc:** | Hoffman, Eric; Gerard Stranch; Mark P. Chalos (mchalos@lchb.com); Puig, Yvonne K. |
| **Subject:** | RE: NECC - Certificates of Coverage |

Ben:

We plan to supplement our initial disclosures for the Saint Thomas Entities by providing copies of buffer and excess insurance policies for the years at issue. We will mark these as confidential under the Third Amended Protective Order entered by the court. Please confirm by reply e-mail that you will treat them accordingly.

With respect to the certificates of insurance Yvonne previously sent you, please note that Ascension is self-insured for the amounts below the excess policies. Accordingly, while there is a trust agreement, there is no policy "under which an insurance business may be liable" and thus nothing to produce under Rule 26.

Please confirm you will keep the insurance policies confidential and I will work to get them out to you.

Thanks,

**Adam T. Schramek** | Partner
Fulbright & Jaworski LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas 78701-4255, United States
Tel +1 512 536 5232 | Fax +1 512 536 4598
adam.schramek@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

---

**From:** Ben Gastel [mailto:beng@branstetterlaw.com]
**Sent:** Tuesday, September 02, 2014 2:45 PM
**To:** Puig, Yvonne K.
**Cc:** Schramek, Adam T.; Hoffman, Eric; Gerard Stranch; Mark P. Chalos (mchalos@lchb.com)
**Subject:** RE: NECC - Certificates of Coverage

Yvonne,

Please provide an update on this issue. As I discussed with Adam last Friday, I am prepared to file a motion tomorrow if I need to.

Thank you,

Ben

**From:** Ben Gastel
**Sent:** Thursday, August 28, 2014 4:56 PM
**To:** Puig, Yvonne K.

1

**Cc:** Schramek, Adam T.; Hoffman, Eric; Gerard Stranch; Mark P. Chalos (mchalos@lchb.com)
**Subject:** Re: NECC - Certificates of Coverage

Yvonne,

I was under the impression the full policies would be produced. As I made clear in the letter last week we are going to insist on the full policy(including endorsements) as is clearly indicated by the rule and judge Boal's subpoena order.

Please produce the full policies immediately or we will get this issue before the court at the next status conference. If we do not have the full policies by sept 2, we will file a motion.

On Aug 28, 2014, at 4:15 PM, "Puig, Yvonne K." <yvonne.puig@nortonrosefulbright.com> wrote:

> Ben: Attached please find Certificates of Coverage for the years in question, going back to July 2012. Have a safe labor day weekend, and hope you get some sleep, Yvonne.
>
>
>
> **CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.
>
> Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz Inc) and Fulbright & Jaworski LLP, each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.
>
> <FY15 PGL.pdf>
> <FY14 PGL.pdf>
> <FY13 PGL.pdf>

IMPORTANT: This communication from the law firm of Branstetter, Stranch & Jennings, PLLC is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and contains information that may be confidential and privileged. Be advised that if you are not the intended recipient(s), any dissemination, distribution or copying of this communication is prohibited. Please notify the undersigned immediately by telephone or return e-mail.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.