# Exhibit A-2



# New England Compounding Center
**Customized Pharmacy Services**
697 Waverly Street, Framingham, MA 01702
Tel: 800.994.6322 or 508.820.0606
Fax: 888.820.0583 or 508.820.1616
www.neccrx.com    mail@neccrx.com

DATE:   November 28, 2005

FROM:   Gregory Conigliaro, GM

TO:     George Pollick, Chief Engineer
        Liberty Industries, Inc.
        133 Commerce Street
        East Berlin, CT  06023

RE:     "HSD" ISO 6/7/8 CLEAN ROOM PROJECT PURCHASE ORDER

Dear George,

New England Compounding Center agrees to the terms and costs outlined in your Quote dated November 21, 2005 for the "HSD" ISO 6/7/8 Clean Room Project subject to the changes discussed during our meeting today. The changes include making the Buffer/Prep room larger, making the People Anteroom smaller and making the ISO 6 Clean room larger. Please note - we wish for the main clean room be ISO 6, not ISO 7. It is my understanding that the total cost for this project based on your quote and our verbal revisions today to be $352,630.00

Our Purchase Order for this project shall be: 2005-1128

It is further my understanding that the terms shall be as follows:

    10% With Purchase Order
    30% Upon issue of Approved Drawings
    20% Upon shipment and arrival of Materials
    30% Upon Clean Room Completion and Certification
    10% Net 30 days

Please proceed with the design and manufacture of the clean room.

Sincerely,

NEW ENGLAND COMPOUNDING CENTER

Gregory Conigliaro
General Manager

CONFIDENTIAL PROTECTED 004133

**NEW ENGLAND COMPOUNDING PHARMACY, INC.**
697 WAVERLY STREET
FRAMINGHAM, MA 01702

1622

BANK OF AMERICA
Natick, Massachusetts
5-19/110

11/28/2005

PAY TO THE ORDER OF   Liberty Industries, Inc          $ **35,263.00

Thirty-Five Thousand Two Hundred Sixty-Three and 00/100************************************************* DOLLARS

Liberty Industries, Inc
133 Commerce Street
East Berlin, CT 06023

FOR   Initial 10% downpayment with PO HSD Clean Room

⑆001622⑆ ⑆011000138⑆ 0095103639 0 ⑆

---

NEW ENGLAND COMPOUNDING PHARMACY, INC.

Liberty Industries, Inc       Initial 10% downpayment with PO HSD Clean Room       1622       11/28/2005       35,263.00

Bank of America - Ch   Initial 10% downpayment with PO HSD Clean R       35,263.00

CONFIDENTIAL PROTECTED 004134