# Exhibit A-6

# Cleanroom
# Certification Report

Service Site:

## New England Compounding Center
## 697 Waverly Street
## Framingham, MA 01702

Prepared For:

## Liberty Industries
## 133 Commerce Street
## East Berlin, CT 06023

Attention:

**Jeff Erickson**
**860/828-2653**

Date Tested

**October 7, 2005**

Field Service Technician:

**Charles Kuchinsky**



**450 West John Street**
**Hicksville, NY 11801**
**(516) 433-3700**
**FAX (516) 433-9262**

CONFIDENTIAL PROTECTED 001281

# Overview

## ANTE ROOM



10'

7' 8"

**Ceiling Height = 7.75'**

| ENV Services, Inc. | Project: New England Compounding Center |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street          (516) 433-3700 | Test Date: |
| Hicksville, NY  11801 | October 7, 2005 |
| Technician:      CK          Prepared by: deg | Approval: CENV200510025 |

ENV-V-Overview-Ante Room

CONFIDENTIAL PROTECTED 001282

ANTE ROOM



OK = **No Leakage Detected**
(X) = **Leakage Detected and Repaired**
 X  = **Leakage Detected and Not Repaired**

| ENV Services, Inc. | Project: New England Compounding Center |
| --- | --- |
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street **(516) 433-3700** | Test Date: |
| Hicksville, NY 11801 | October 7, 2005 |
| Technician: **CK**    Prepared by: deg | Approval: CENV200510025 |

ENV-V-HEPA Leak-Ante Room

CONFIDENTIAL PROTECTED 001283

# Velocities

(Measurements in feet per minute)
ANTE ROOM



```
2 = No. of Readings
2% = Maximum variance
3% = Relative Std. Deviation
99 = Average velocity
```

| ENV Services, Inc. | Project: New England Compounding Center |
|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street                                    (516) 433-3700 | Test Date: |
| Hicksville, NY  11801 | October 7, 2005 |
| Technician:    CK          Prepared by:  deg | Approval: CENV200510025 |

ENV-V-Velocities-Ante Room

CONFIDENTIAL PROTECTED 001284

# Room Pressurization
(Measurements in inches water gauge)
ANTE ROOM



.0375"

| ENV Services, Inc. | | Project: New England Compounding Center |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | **(516) 433-3700** | Test Date: |
| Hicksville, NY 11801 | | October 7, 2005 |
| Technician: **CK** | Prepared by: deg | Approval: CENV200510025 |

ENV-V-Pressurization-Ante Room

CONFIDENTIAL PROTECTED 001285

# Particle Counts

(Per cubic foot, measured at 0.5 microns and larger)
ANTE ROOM



| | | Lgth | Wdth | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dim. | 10 | 7.7 | | | | AT .5 MICRONS AND LARGER | | | | | | |
| | Area(ft²) | 77 | | # of | High Location | | Avg. of Loc. | | 95% UCL | | FS209E | ISO |
| | Area(m²) | 7.15 | | Locations | ft³ | m³ | ft³ | m³ | ft³* | m³ | Class | Class |
| | | | | 5 | 4385 | 154,855 | 2353 | 83,081 | 3439 | 120,888 | 100,000 | 8 |
| ISO | | | | | | | | | | | | |
| Target | | | | * ISO Class 8 allows a maximum of 3,520,000 particles 0.5 micron and larger per cubic meter as an average count at any location as long as the entire clean area meets the required statistical tests. | | | | | | | | |
| Class | 8 | | | | | | | | | | | |
| | | | | * For comparison the calculated values are presented in both cubic feet and cubic meters. | | | | | | | | |
| | | | | * The 95%UCL calculated for cubic feet uses the FS209E UCL Factors. | | | | | | | | |

| ENV Services, Inc. | | Project New England Compounding Center |
|---|---|---|
| Service Specialists for Calibration, Certification and Decontamination | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | | October 7, 2005 |
| Technician: CK | Prepared by: deg | Approval: CENV200510025 |

ENV-V-.5 ISO-Ante Room

CONFIDENTIAL PROTECTED 001286

# Overview

## CLEANROOM



Ceiling Height = 7.75'

| ENV Services, Inc. | Project: New England Compounding Center |
| --- | --- |
| *Service Specialists for Calibration, Certification and Decontamination* | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | *Test Date:* |
| Hicksville, NY 11801 | | October 7, 2005 |
| Technician: CK | Prepared by: deg | Approval: CENV200510025 |

ENV-V-Overview-Cleanroom

CONFIDENTIAL PROTECTED 001287

# HEPA Filter Leak Test

CLEANROOM



OK = No Leakage Detected

(X) = Leakage Detected and Repaired

X = Leakage Detected and Not Repaired

| ENV Services, Inc. | | Project: New England Compounding Center |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | | October 7, 2005 |
| Technician: CK | Prepared by: deg | Approval: CENV200510025 |

ENV-V-HEPA Leak-Cleanroom

CONFIDENTIAL PROTECTED 001288

**Velocities**
(Measurements in feet per minute)
CLEANROOM



14 = No. of Readings
10% = Maximum variance
5% = Relative Std. Deviation
97 = Average velocity

| ENV Services, Inc. | | Project:  New England Compounding Center |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA  01702 |
| 450 West John Street | (516) 433-3700 | *Test Date:* |
| Hicksville, NY  11801 | | October 7, 2005 |
| *Technician:*   **CK** | *Prepared by:* deg | *Approval: CENV200510025* |

ENV-V-Velocities-Cleanroom

CONFIDENTIAL PROTECTED 001289

# Room Pressurization
(Measurements in inches water gauge)
CLEANROOM



| ENV Services, Inc. | | Project:  New England Compounding Center |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA  01702 |
| 450 West John Street | (516) 433-3700 | *Test Date:* |
| Hicksville, NY  11801 | | October 7, 2005 |
| Technician:    **CK** | Prepared by:  deg | *Approval: CENV200510025* |

ENV-V-Pressurization-Cleanroom

CONFIDENTIAL PROTECTED 001290

**Particle Counts**
(Per cubic foot, measured at 0.5 microns and larger)
CLEANROOM



| | | AT .5 MICRONS AND LARGER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | # of Locations | High Location | | Avg. of Loc. | | 95% UCL | | FS209E Class | ISO Class |
| Area(ft²) | 478.8 | | ft³ | m³ | ft³ | m³ | ft³* | m³ | | |
| Area(m²) | 44.48 | 14 | 1726 | 60,953 | 739 | 26,085 | N/A | N/A | 10,000 | 7 |
| ISO Target Class | 7 | * ISO Class 7 allows a maximum of 352,000 particles 0.5 microns and larger per cubic meter as an average count at any location as long as the entire clean area meets the required statistical tests. | | | | | | | | |
| | | * For comparison the calculated values are presented in both cubic feet and cubic meters. | | | | | | | | |
| | | * The 95%UCL calculated for cubic feet uses the FS209E UCL Factors. | | | | | | | | |

**ENV Services, Inc.**
*Service Specialists for Calibration, Certification and Decontamination*
450 West John Street
Hicksville, NY 11801                                    (516) 433-3700

Project: New England Compounding Center
            Framingham, MA 01702
Test Date:
October 7, 2005

Technician: **CK**          Prepared by: deg          Approval: CENV200510025

ENV-V-.5 ISO-Cleanroom

CONFIDENTIAL PROTECTED 001291

# Test Equipment

## Primary Tests

### Photometer

| | |
|---|---|
| Manufacturer: | ATI |
| Model No. | TDA-2G |
| Serial No. | 11883 |
| Calibration Date: | 3/22/2005 |

### Particle Counter

| | |
|---|---|
| Manufacturer: | MET ONE |
| Model No. | A2400 |
| Serial No. | 040501029 |
| Calibration Date: | 5/17/2005 |

### AirData Multimeter

| | |
|---|---|
| Manufacturer: | Shortridge |
| Model No. | ADM-870 |
| Serial No. | M90364 |
| Calibration Date: | 6/14/2005 |

| **ENV Services, Inc.** | | Project: New England Compounding Center |
|---|---|---|
| *Service Specialists for Calibration, Certification and Decontamination* | | Framingham, MA 01702 |
| 450 West John Street | (516) 433-3700 | Test Date: |
| Hicksville, NY 11801 | | October 7, 2005 |
| Technician: CK | Prepared by: deg | Approval: CENV200510025 |

ENV-V-Test Equipment

CONFIDENTIAL PROTECTED 001292



# TEC Services, Inc.

90 Aileron Court, Suite 9
Westminster, Maryland 21157
Phone: 410-871-0573
Fax: 410-871-0574

*Controlled Environment Products*
*Calibration & Services*

## EQUIPMENT CALIBRATION REPORT

| | |
|---|---|
| Date Received: | *3/22/05* |
| Customer: | *ENV Services Inc.* |
| Address: | *450 West John Street* |
| | *Hicksville, NY  11801* |
| Manufacturer: | *Air Techniques* |
| Instrument Type: | *Aerosol Photometer* |

| | |
|---|---|
| Date Returned: | *3/22/05* |
| Contact: | *Aurora* |
| Phone #: | *516-433-3700* |
| Customer PO #: | *2575* |
| Model #: | *TDA-2G* |
| Serial #: | *11883* |

### INSTRUMENT DATA

| | | As Found | Final | Mfg. Tolerances | | | | As Found | Final | Mfg. Tolerances |
|---|---|---|---|---|---|---|---|---|---|---|
| Straylight | (3) | .0011% | .0009% | Not Applicable | | U4-3 | (1) | -11.98 | -11.98 | -12V ± .5V |
| Sample Flow | (1) | 29.0 | 29.0 | 28.3 ± 2.8 SLPM | | U8-1 | (1) | 12.04 | 12.04 | +12V ± .5V |
| 0.001% | (1) | $.80 \times 10^{-10}$ | $.80 \times 10^{-10}$ | $.80 \pm .04 \times 10^{-10}$ * | | U12-6 | (1) | 5.00 | 5.00 | +5V ± 20mV |
| 0.01% | (1) | $.80 \times 10^{-9}$ | $.80 \times 10^{-9}$ | $.80 \pm .04 \times 10^{-9}$ * | | U13-1 | (1) | 9.72 | 9.72 | +10V +.1V/ -.4V |
| 0.1% | (1) | $.80 \times 10^{-8}$ | $.80 \times 10^{-8}$ | $.80 \pm .04 \times 10^{-8}$ * | | J6-Wh | (1) | 295 | 295 | > 220 mV / Def |
| 1.0% | (1) | $.80 \times 10^{-7}$ | $.80 \times 10^{-7}$ | $.80 \pm .04 \times 10^{-7}$ * | | J9-1 | (1) | 5.07 | 5.07 | +5V ± .1V |
| 10% | (1) | $.80 \times 10^{-6}$ | $.80 \times 10^{-6}$ | $.80 \pm .04 \times 10^{-6}$ * | | J9-5 | (1) | 14.99 | 14.99 | +15V ± .45V |
| 100% | (1) | $.80 \times 10^{-5}$ | $.80 \times 10^{-5}$ | $.80 \pm .04 \times 10^{-5}$ * | | J9-6 | (1) | -14.97 | -14.97 | -15V ± .45V |

(1) In Tolerance   (2) Out of Tolerance   (3) No effect on instrument operation   (N/A) Not Applicable   * Amperes

Received in Tolerance:   ☒ Yes   ☐ No   ☐ Not Operable   ☐ Tolerance Not Applicable

### MAINTENANCE PERFORMED

☒ Clean / Rebuild Chamber
☒ Flush Hoses & Pump
☒ Check Wiring & Hardware
☐

☐ Replace Cell Lamp
☐ Test Scanning Probe
☐ Replace Gaskets
☐

☒ Leak Test Sampling System
☒ Perform Voltage Check
☒ Realign Optics
☒ Performance Test

Calibrated for:  ☒ PAO   ☒ DOP          Temperature: _22.0_ °C     Relative Humidity: _36.0_ %

Notes: *Installed 2 bumper feet. Received without probe, cord, and 1 side panel.*

### NIST TRACEABLE EQUIPMENT USED

| Description | Model | Serial # | Certificate # | Cal Date | Due Date |
|---|---|---|---|---|---|
| Picoampere Source | Keithley 261 | 72255 | 5-6801 | 05 APR 04 | 05 APR 05 |
| Digital Multimeter | Fluke 87-3 | 78950234 | 1000233119 | 07 FEB 05 | 07 FEB 06 |
| Thermohygrometer | Oakton WD-35700-00 | N/A | 1000233120 | 04 FEB 05 | 04 FEB 06 |
| Flowmeter | Dwyer VFB-69-BV | N/A | 1000233121 | 09 FEB 05 | 09 FEB 06 |

Calibrated per Procedure:   ☒ TEC001  ☒ TEC002  ☐ TEC003  ☐ TEC004  ☐ TEC005  ☒ TEC006
                            ☒ TEC007  ☒ TEC008  ☒ TEC009  ☐ TEC010  ☐        ☐

CALIBRATION BY: _____     DATE: _3/22/05_   DUE DATE: _3/22/06_
FINAL TEST & APPROVAL BY: _T.C._

CONFIDENTIAL PROTECTED 001293



| Certificate No. : | 62911 | | Control No. : | 62911 |
|---|---|---|---|---|
| Procedure No. : | SCP-76.1 | | Page 1 of 1 | |

**UNIT UNDER TEST**

| | | | **SUBMITTED BY** |
|---|---|---|---|
| Manufacturer | : MET ONE | | Customer: ENV SERVICES, INC.(N.E.) |
| Model No. | : A2400 | | 450 W JOHN STREET |
| Serial No. | : 040501029 | | |
| Cust. Ref. No. | : | | HICKSVILLE, NY 11801 |
| Description | : PARTICLE COUNTER | | P.O.#: 033813 |
| Date Rec'd | : 05/13/2005 | | Precal: OUT OF SPEC    Final : IN SPEC |
| Condition Rec'd | : Good | | |

## CALIBRATION CERTIFICATE

All calibrations are performed by qualified personnel using instrumentation, procedures and methods which guarantee specifications claimed are reliable. When specified, all calibrations are performed in accordance with ISO/IEC 17025, ANSI/NCSL Z-540-1-1994,  MIL-STD-45662A, 10CFR21 and Protronics/Pro-Lab Quality Manual (Per current revision). Standards used are traceable to The National Institute of Standards and Technology (NIST). Expanded uncertainties are calculated using methods described in the Guide to the Expression of Uncertainty of Measurement (GUM) utilizing a coverage factor of K=2 (95% confidence) and kept on file at Pro-Lab. At a minimum, standards are selected with an uncertainty of 25% or better, where possible. This certificate and/or data shall not be reproduced except in full, without the written permission of Pro-Lab management.

Standards Used

| Asset# | Description | Certificate Number | Measurement Function | Measurement Uncertainty | Date Due |
|---|---|---|---|---|---|
| 132 | TIMER, TRANSFER STANDARD | 58333 | | | 11/4/2005 |
| 170 | PARTICLE COUNTER | 59311 | | | 11/24/2005 |
| 173 | MASS FLOWMETER - 2SCFM | 56310 | | | 6/28/2005 |

| | | | | |
|---|---|---|---|---|
| Temperature : | 24.0  °C | | Date Tested : | 05/17/2005 |
| Humidity    : | 35.0  % RH | | Date Due   : | 05/17/2006 |

Approved By: Michael Parente, Jr.

_(signature)_

Laboratory Manager

Calibrated By    Mike Blahut

_(signature)_

Calibration Technician

— AN ENV COMPANY —
2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-992-9108 - (FAX) 215-822-6522

DM-0265   11/04

CONFIDENTIAL PROTECTED 001294



Certificate No. : 63016
Procedure No. : MFGR

Control No. : 63016
Page 1 of 1

---

**UNIT UNDER TEST**

Manufacturer : SHORTRIDGE
Model No. : ADM-870
Serial No. : M90364
Cust. Ref. No. :
Description : AIR DATA MULTIMETER
Date Rec'd : 05/19/2005
Condition Rec'd : Fair

**SUBMITTED BY**

Customer: ENV SERVICES, INC.(N.E.)
450 W JOHN STREET

HICKSVILLE, NY 11801

P.O.# :

Precal: IN SPEC          Final : IN SPEC

---

## CALIBRATION CERTIFICATE

All calibrations are performed by qualified personnel using instrumentation, procedures and methods which guarantee specifications claimed are reliable. When specified, all calibrations are performed in accordance with ISO/IEC 17025, ANSI/NCSL Z-540-1-1994, MIL-STD-45662A, 10CFR21 and Protronics/Pro-Lab Quality Manual (Per current revision). Standards used are traceable to The National Institute of Standards and Technology (NIST). Expanded uncertainties are calculated using methods described in the Guide to the Expression of Uncertainty of Measurement (GUM) utilizing a coverage factor of K=2 (95% confidence) and kept on file at Pro-Lab. At a minimum, standards are selected with an uncertainty of 25% or better, where possible. This certificate and/or data shall not be reproduced except in full, without the written permission of Pro-Lab management.

Standards Used

| Cat# | Description | Certificate Number | Measurement Function | Measurement Uncertainty | Date Due |
|------|-------------|--------------------|--------------------|------------------------|----------|
| 167 | DEAD WEIGHT TESTER | 51884 | | | 10/22/2005 |

Temperature : 23.0 °C
Humidity : 46.0 % RH

Date Tested : 06/14/2005
Date Due : 06/14/2006

Approved By: Michael Parente, Jr.

Laboratory Manager

Calibrated By    Keith R. Murray Sr.

Calibration Technician

---

— AN ENV COMPANY —
2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-992-9108 - (FAX) 215-822-6522

ADM-0266    11/04

CONFIDENTIAL PROTECTED 001295



**ENV SERVICES**

# CERTIFICATE OF COMPLIANCE

## FOR

## New England Compounding Center
## Framingham, MA 01702

### Ante Room

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____**8**_____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____**At Rest**_____occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999 and 14644-2:2000.  The classification is applicable to the

above clean zone designated in the report prepared _____**October-2005**_____.

Date of Certification:_____**October 7, 2005**_____

Due for Retest:_____**April-2006**_____

Certified By:_____**Charles Kuchinsky**_____

Approval:_____**CENV200510025**_____

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0266.001

CONFIDENTIAL PROTECTED 001296



# CERTIFICATE OF COMPLIANCE

## FOR

## New England Compounding Center
## Framingham, MA 01702

## Cleanroom

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____7_____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____**At Rest**_____occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999 and 14644-2:2000. The classification is applicable to the

above clean zone designated in the report prepared _____**October-2005**_____.


Date of Certification:_____**October 7, 2005**_____

Due for Retest:_____**April-2006**_____

Certified By:_____**Charles Kuchinsky**_____

Approval:_____**CENV200510025**_____

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0268.001

CONFIDENTIAL PROTECTED 001297