# Exhibit B

# INVOICE

**Scientific Air Analysis, Inc.**
47 Fatima Drive
Ashland, MA 01721
Usa

Voice:   508-881-7100
Fax:      508-881-7105

000001

| | |
|---|---|
| Invoice Number: | 8410 |
| Invoice Date: | 6/28/12 |
| Page: | 1 |

NEW ENGLAND COMPOUNDING CENTER
ATTEN: ACCOUNTS PAYABLE
697 WAVERLY STREET
FRAMINGHAM, MA  01702

Customer ID:  NECC

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | Net 30 Days | | 7/28/12 |

| Description | Amount |
|---|---|
| TESTING AND CERTIFICATION OF THIRTEEN HOODS, FOUR ISOLATORS AND THE CLEANROOM 1 SUITE. | 2,700.00 |
| WORK COMPLETED ON 6-22-12 FOR ANNETTE ROBINSON. | |

PAID

| | |
|---|---|
| Subtotal | 2,700.00 |
| Sales Tax | |
| Total Invoice Amount | 2,700.00 |
| Payment/Credit Applied | |

Check/Credit Memo No:

000218

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

CLEANROOM 1 CERTIFICATION REPORT:   PARTICLE COUNTS
PRESSURE DIFFERENTIALS
TEMPERATURE & REL. HUMIDITY

| FREIGHT | FT3 / M3 | MIDDLE | FT3 / M3 | PEOPLE  FT3 / M3 |
|---------|----------|--------|----------|------------------|
| 276 / 9,714 | 313 / 11,013 | 126 / 4,440 | 220 / 7,761 | |
| | | | | 149 / 5,224 |
| 243 / 8,538 | 160 / 5,622 | 203 / 7,167 | 562 / 19,788 | 69 / 2,447 |
| | | | | 179 / 6,293 |
| 124 / 4,369 | 224 / 7,871 | 287 / 10,104 | 343 / 12,092 | |
| | | 483 / 17,014 | | 236 / 8,321 |

CLEANROOM 1        CUBIC FEET / CUBIC METERS

| | | | | |
|---|---|---|---|---|
| 105 / 3,706 | 44 / 1,573 | 100 / 3,531 | 99 / 3,469 | 75 / 2,629 |
| 34 / 1,214 | 8 / 280 | 122 / 4,311 | 89 / 3,126 | 96 / 3,368 |
| 209 / 7,377 | 120 / 4,230 | 85 / 2,991 | 126 / 4,428 | 105 / 3,707 |

NEW ENGLAND COMPOUNDING
50 FOUNTAIN STREET
FRAMINGHAM, MA 01702

TESTING DATE:    8-22-12

PARTICLES MEASURED AND RECORDED AT .5 MICRON SIZE IN CUBIC FEET AND CUBIC METERS OF AIR
IN ACCORDANCE WITH ISO 14644-1.
CLASS 6 LIMITS: CUBIC FEET - 1,000 / CUBIC METERS - 35,200
CLEANROOM, FREIGHT, MIDDLE AND PEOPLE ROOMS MEET ISO CLASS 6 DESIGNATION.
ALL TESTING WAS PERFORMED WITH THE ROOMS AT REST.

| PRESSURE DIFFERENTIALS: | CLEANROOM > PEOPLE - | .0010 POS |
|---|---|---|
| | MIDDLE > PEOPLE - | .0013 POS |
| | CLEANROOM > MIDDLE - | .0010 POS |
| | MIDDLE > FREIGHT - | .009 POS |
| | CLEANROOM > FREIGHT - | .041 POS |
| | CLEANROOM > AMBIENT - | .039 POS |
| | PEOPLE > AMBIENT - | .028 POS |

TEMPERATURE:    63.5'      REL. HUMIDITY:    48.7%

TECHNICIAN: _Steve O'Neil_

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000219

```
S
A
A
```

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

CLEANROOM 1 CERTIFICATION REPORT:  SUPPLY CFM
AIR CHANGES PER HOUR

NEW ENGLAND COMPOUNDING
50 FOUNTAIN STREET
FRAMINGHAM, MA 01702

TESTING DATE:   6-22-12

| FREIGHT | AC/HR: 18 | AC/HR: 36 | MIDDLE | AC/HR: 60 | PEOPLE |
|---|---|---|---|---|---|
| | 1 - 428 | 4 - 356 | 1 - 343 | 1 - 371 | |
| | | 5 - 386 | | 2 - 310 | |
| | 2 - 429 | 6 - 382 | 2 - 286 | 3 - 356 | |
| | | 7 - 320 | 3 - 395 | 4 - 397 | |
| | | | | 5 - 315 | |
| | | | | 6 - 307 | |
| AVG: 429 | CFM: 857 | AVG: 353  CFM: 2,648 | | AVG: 343  CFM: 2,056 | |

| CLEANROOM | | | | | |
|---|---|---|---|---|---|
| 1 - 410 | 9 - 377 | 22 - 377 | 31 - 359 | 46 - 380 | 61 - 321 |
| | | 23 - 353 | 32 - 347 | 47 - 353 | 62 - 358 |
| | 10 - 290 | | | | |
| 2 - 362 | | | 33 - 325 | 48 - 381 | 63 - 349 |
| | 11 - 327 | 24 - 332 | 34 - 341 | 49 - 328 | 64 - 412 |
| | 12 - 321 | 25 - 392 | | | |
| 3 - 395 | | | 35 - 378 | 50 - 416 | 65 - 462 |
| | 13 - 362 | | 36 - 362 | 51 - 347 | 66 - 351 |
| 4 - 398 | 14 - 391 | | 37 - 330 | 52 - 369 | 67 - 321 |
| | 15 - 378 | | 38 - 338 | 53 - 372 | 68 - 402 |
| | 16 - 350 | 26 - 227 | 39 - 330 | 54 - 355 | 69 - 332 |
| 5 - 420 | 17 - 408 | 27 - 377 | 40 - 345 | 55 - 350 | 70 - 334 |
| | 18 - 350 | 28 - 352 | 41 - 333 | 56 - 335 | 71 - 323 |
| 6 - 362 | 19 - 295 | 29 - 172 | 42 - 313 | 57 - 302 | 72 - 411 |
| | 20 - 355 | 30 - 400 | 43 - 390 | 58 - 335 | 73 - 351 |
| 7 - 410 | 21 - 388 | | 44 - 289 | 59 - 350 | 74 - 357 |
| 8 - 322 | | | 45 - 298 | 60 - 345 | 75 - 386 |
| AVG CFM: 352 | AC/HR: 75 | | | | |

| | CLEANROOM: | FREIGHT: | MIDDLE: | PEOPLE: |
|---|---|---|---|---|
| SUPPLY CFM : | 26,419 | 857 | 2,468 | 2,056 |
| ROOM VOL. : | 21,161 FT3 | 3,090 FT3 | 4,075 FT3 | 2,065 FT3 |
| AIR CHGS / HR : | 75 | 17 | 36 | 60 |

TECHNICIAN:  *Steve O'Neil* (signature)

000220

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

ISOTECH DESIGN MICROSPHERE MICROENVIRONMENT CERTIFICATION REPORT :
PARTICLE COUNT RECORDINGS

FILTER HOUSING :   DESIGN FILTRATION INC. - SELF CONTAINED FAN POWERED HEPA UNITS
MODEL # :          DA4-1H      DA3-1H
SERIAL # :         820         822

| #1 | #2 | |
|----|----|----|
| 0 | 0 | 0 |
| 0 | 0 | 0 |

NEW ENGLAND COMPOUNDING
697 WAVERLY STREET
FRAMINGHAM, MA. 01702

TESTING DATE :   6-22-12

TEST # :         20272

PARTICLES MEASURED AT .5 MICRON SIZE AND RECORDED IN CUBIC
METERS OF AIR IN ACCORDANCE WITH ISO STANDARD 14644-1.

BOTH CHAMBERS HAVE BEEN CERTIFIED AS ISO CLASS 4.

TECHNICIAN : *Stu O'leilf*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000221

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

ISOTECH DESIGN MICROSPHERE MICROENVIRONMENT CERTIFICATION REPORT :
AIRFLOW PROFILES / FILTER INTEGRITY TEST

FILTER HOUSING :  DESIGN FILTRATION INC. - SELF CONTAINED FAN POWERED HEPA UNITS
MODEL # :        DA4-1H      DA3-1H
SERIAL # :       820         822

| #1 | | #2 | | | |
|----|----|----|----|----|----|
| 81 | 80 | 82 | 91 | 93 | 91 |
| 79 | 85 | | | | |
| | | 86 | 80 | 82 | 90 |
| 85 | 92 | | | | |
| 86 | 80 | 79 | 85 | 95 | 92 |

AVG LFM :          84          87
BLOWER SPEED :     20%         20%

```
NEW ENGLAND COMPOUNDING
697 WAVERLY STREET
FRAMINGHAM, MA. 01702
```

TESTING DATE :   6-22-12

TEST # :         20272

AIRFLOW RANGE : 72-108 LFM AVERAGE

FILTER INTEGRITY LEAK TEST : NO PENETRATION OF GREATER THAN .01%

FILTER # :    PENETRATION % :   PASS / FAIL :

#1 -          .0018%            PASS

#2 -          .0020%            PASS

CHANGE PREFILTERS (16" X 20" X 2") AT LEAST ANNUALLY.

TECHNICIAN :   _Stu O'Neil_

000222

## Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

ISOTECH DESIGN MICROSPHERE MICROENVIRONMENT CERTIFICATION REPORT :
PARTICLE COUNT RECORDINGS

FILTER HOUSING : DESIGN FILTRATION INC. - SELF CONTAINED FAN POWERED HEPA UNITS

| MODEL # : | 41103 DF | 41103 DF | 41103 DF | 41103 DF | 41103 DF |
| SERIAL # : | 102928 | 102927 | 102929 | 102933 | 102897 |
| --- | --- | --- | --- | --- | --- |
| | #1 | #2 | #3 | #4 | #5 |
| | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 |

NEW ENGLAND COMPOUNDING
697 WAVERLY STREET
FRAMINGHAM, MA. 01702

TESTING DATE : 6-22-12

TEST #: 20158

PARTICLES MEASURED AT .5 MICRON SIZE AND RECORDED IN CUBIC METERS OF AIR
IN ACCORDANCE WITH ISO STANDARD 14644-1.

THIS AREA, CONSISTING OF FIVE FILTERS, HAS BEEN CERTIFIED AS MEETING ISO CLASS 4.

TECHNICIAN : _Stw O'Neill_

000223

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

ISOTECH DESIGN MICROSPHERE MICROENVIRONMENT CERTIFICATION REPORT :
AIRFLOW PROFILES / FILTER INTEGRITY TEST

FILTER HOUSING :  DESIGN FILTRATION INC. - SELF CONTAINED FAN POWERED HEPA UNITS
MODEL # :   41103 DF   41103 DF   41103 DF   41103 DF   41103 DF
SERIAL # :   102928     102927     102929     102933     102897

| #1 | | #2 | | #3 | | #4 | | #5 | |
|----|----|----|----|----|----|----|----|----|----|
| 52 | 53 | 51 | 56 | 52 | 53 | 53 | 56 | 51 | 53 |
| 50 | 56 | 54 | 51 | 52 | 51 | 54 | 61 | 52 | 58 |
| 52 | 58 | 53 | 57 | 58 | 52 | 53 | 58 | 57 | 54 |
| 51 | 55 | 50 | 54 | 54 | 56 | 58 | 60 | 50 | 52 |

AVG LFM :        53          53          54          57          53

BLOWER SPEED :   10%         10%         20%         15%         15%

NEW ENGLAND COMPOUNDING
697 WAVERLY STREET
FRAMINGHAM, MA. 01702

TESTING DATE :   6-22-12

TEST # :         20158

AIRFLOW RANGE : 50-60 LFM AVERAGE

FILTER INTEGRITY LEAK TEST : NO PENETRATION OF GREATER THAN .01%

| FILTER # : | PENETRATION % : | PASS / FAIL : |
|------------|-----------------|---------------|
| #1 - | .0013% | PASS |
| #2 - | .0012% | PASS |
| #3 - | .0004% | PASS |
| #4 - | .0006% | PASS |
| #5 - | .0011% | PASS |

MAIN CHAMBER PRESSURE:  .10 POS

TECHNICIAN :  *Steve O'Neill*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000224

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

ISOTECH DESIGN MICROSPHERE MICROENVIRONMENT CERTIFICATION REPORT :
PARTICLE COUNT RECORDINGS

FILTER HOUSING :  DESIGN FILTRATION INC. - SELF CONTAINED FAN POWERED HEPA UNITS
MODEL # :    41103 DF    41103 DF    41103 DF    41103 DF    41103 DF
SERIAL # :    102911    102931    102912    102915    102926

| #1 | #2 | #3 | #4 | #5 |
|----|----|----|----|----|
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |

NEW ENGLAND COMPOUNDING
697 WAVERLY STREET
FRAMINGHAM, MA. 01702

TESTING DATE :   6-22-12

TEST # :       20268

PARTICLES MEASURED AT .5 MICRON SIZE AND RECORDED IN CUBIC METERS OF AIR
IN ACCORDANCE WITH ISO STANDARD 14644-1.

THIS AREA, CONSISTING OF FIVE FILTERS, HAS BEEN CERTIFIED AS MEETING ISO CLASS 4.

TECHNICIAN :   _Steve O'Neil_

000225

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

ISOTECH DESIGN MICROSPHERE MICROENVIRONMENT CERTIFICATION REPORT :
AIRFLOW PROFILES / FILTER INTEGRITY TEST

FILTER HOUSING :   DESIGN FILTRATION INC. - SELF CONTAINED FAN POWERED HEPA UNITS
MODEL # :        41103 DF      41103 DF      41103 DF      41103 DF      41103 DF
SERIAL # :        102911       102931        102912        102915        102926

| #1 | | #2 | | #3 | | #4 | | #5 | |
|----|----|----|----|----|----|----|----|----|----|
| 57 | 62 | 57 | 50 | 63 | 61 | 62 | 52 | 57 | 54 |
| 58 | 61 | 53 | 48 | 53 | 58 | 60 | 51 | 51 | 58 |
| 54 | 50 | 51 | 50 | 59 | 57 | 53 | 55 | 50 | 56 |
| 56 | 51 | 58 | 50 | 56 | 52 | 52 | 60 | 54 | 56 |

AVG LFM :        58           50            61            53            53

BLOWER SPEED :    5%          10%           10%           10%           10%

NEW ENGLAND COMPOUNDING
697 WAVERLY STREET
FRAMINGHAM, MA. 01702

TESTING DATE :  6-22-12

TEST #:        20268

AIRFLOW RANGE : 50-60 LFM AVERAGE

FILTER INTEGRITY LEAK TEST : NO PENETRATION OF GREATER THAN .01%

FILTER # :     PENETRATION % :   PASS / FAIL :

#1 -         .0013%          PASS

#2 -         .0014%          PASS

#3 -         .0008%          PASS

#4 -         .0005%          PASS

#5 -         .0010%          PASS

MAIN CHAMBER PRESSURE: .140 POS.

TECHNICIAN : _[signature]_

000226

| | |
|---|---|
| S | |
| A | |
| A | |

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

ISOTECH DESIGN MICROSPHERE MICROENVIRONMENT CERTIFICATION REPORT :
PARTICLE COUNT RECORDINGS

FILTER HOUSING :   DESIGN FILTRATION INC. - SELF CONTAINED FAN POWERED HEPA UNITS
MODEL # :   MICROSPHERE
SERIAL # :   03-5G08P02

| #1 | #2 | #3 | #4 | #5 |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |

NEW ENGLAND COMPOUNDING
697 WAVERLY STREET
FRAMINGHAM, MA. 01702

TESTING DATE :   6-22-12

TEST # :   19672

PARTICLES MEASURED AT .5 MICRON SIZE AND RECORDED IN CUBIC METERS OF AIR
IN ACCORDANCE WITH ISO STANDARD 14644-1.

THIS AREA, CONSISTING OF FIVE FILTERS, HAS BEEN CERTIFIED AS MEETING ISO CLASS 4.

TECHNICIAN :   _Steve O'Lui_

000227

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

ISOTECH DESIGN MICROSPHERE MICROENVIRONMENT CERTIFICATION REPORT :
AIRFLOW PROFILES / FILTER INTEGRITY TEST

FILTER HOUSING :   DESIGN FILTRATION INC. - SELF CONTAINED FAN POWERED HEPA UNITS
MODEL # :          MICROSPHERE
SERIAL # :         03-5G08P02

| | #1 | | #2 | | #3 | | #4 | | #5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 61 | 60 | 67 | 63 | 61 | 54 | 58 | 61 | 58 | 53 |
| | 62 | 58 | 61 | 58 | 67 | 57 | 64 | 62 | 66 | 54 |
| | 54 | 61 | 62 | 64 | 58 | 53 | 61 | 63 | 59 | 61 |
| | 59 | 65 | 61 | 61 | 58 | 59 | 61 | 67 | 64 | 65 |
| AVG LFM : | 60 | | 62 | | 58 | | 62 | | 60 | |
| BLOWER SPEED : | 15% | | 15% | | 15% | | 15% | | 15% | |

NEW ENGLAND COMPOUNDING
697 WAVERLY STREET
FRAMINGHAM, MA. 01702

TESTING DATE :  6-22-12

TEST #:         19672

AIRFLOW RANGE : 50-70 LFM AVERAGE

FILTER INTEGRITY LEAK TEST : NO PENETRATION OF GREATER THAN .01%

| FILTER # : | PENETRATION % : | PASS / FAIL : |
|---|---|---|
| #1 - | .0012% | PASS |
| #2 - | .0013% | PASS |
| #3 - | .0017% | PASS |
| #4 - | .0009% | PASS |
| #5 - | .0015% | PASS |

MAIN CHAMBER PRESSURE: .215 POS.

PREFILTERS ARE CLEAN. CLEAN OR REPLACE PREFILTERS AT LEAST ANNUALLY.

TECHNICIAN :   Stev O'Neill

000228

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.
47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NeCC*                          TEST # : *18663*

ADDRESS :                                ID # :

CITY, STATE :                            MODEL # : *FS 10300*

CONTACT :                                SERIAL # : *1LN-11-02*

TEL # :                                  LOCATION : *CleanRoom 1*

TEST DATE : *6-22-12*                    NEW/USED : *USED*

RECALL DATE : *12-31-12*                 PASS/FAIL : *PASSED*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE : *60 - 90*         FPM

R1: *68  74  72  81  76*

R2: *81  73  70  67  68*          *8" x 32" = 1.78*

R3: *64  71  68  73  69*

L: *64*    H: *81*    AVG FPM: *72 - 128 CFm*

AIRFLOW GAUGE : *NA*    IOW:    MOTOR SPEED: *40* %

### TEST RESULTS

**AIRFLOW VELOCITY:**  PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :**    PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE  PATTERNS :**  PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :**    IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| AVM430-A, AVM431139001 | 9-20-11 | 822/249620 | A3 |
| AXD620, AXD62114001 | 9-27-11 | 822/272103 | A4 : |
| ATI TDA-2G, 11119 | 11-08-11 | 822/272103 | A5 |

**COMMENTS :**
[ / ] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[  ] HOOD FAILED; ACTION REQUIRED.
[  ] PREFILTER(S) WITHIN TOLERANCE.    [ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.
[  ] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.

**CERTIFIER :**

*Steve O'Leen*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000229

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT: *NeCC*                          TEST #: *1866 1*

ADDRESS:                                ID #:

CITY, STATE:                            MODEL #: *FS L6300*

CONTACT:                                SERIAL #: *11-N-11-01*

TEL #:                                  LOCATION: *CLEANROOM 1*

TEST DATE: *6-22-12*                    NEW/USED: *USED*

RECALL DATE: *12-31-12*                 PASS/FAIL: *PASSED*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE: *60 - 90*    FPM

R1: *71  66  81  91  77*

R2: *73  81  88  78  62*          *8" x 32" = 1.78 Ft-2*

R3: *76  77  75  63  90*

L: *62*   H: *91*   AVG FPM: *77  — 136 CFM*

AIRFLOW GAUGE: *N/A*   IOW:   MOTOR SPEED: *50* %

### TEST RESULTS

**AIRFLOW VELOCITY:** PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST:** PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS:** PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS:** IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST #: | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1: |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2: |
| AVM430-A, AVM431139001 | 9-20-11 | 822/249620 | A3: |
| AXD620, AXD62114001 | 9-27-11 | 822/272103 | A4: |
| ATI TDA-2G, 11119 | 11-08-11 | 822/272103 | A5: |

**COMMENTS:**
[ / ] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[ ] PREFILTER(S) WITHIN TOLERANCE.   [ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.
[ ] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.

CERTIFIER:

*Steve O'Kew*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000230

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *Nell*                          TEST # : *1 8662*

ADDRESS :                                ID # :

CITY, STATE :                            MODEL # : *FS 10300*

CONTACT :                                SERIAL # : *04-515-01*

TEL # :                                  LOCATION : *CleanRoom 1*

TEST DATE : *6-22-12*                    NEW/USED : *Used*

RECALL DATE : *12-31-12*                 PASS/FAIL : *PASSED*

### AIRFLOW VELOCITY

ACCEPTANCE  RANGE : *60 -90*        FPM

R1: *94  82  68  61   73*

R2: *78  71  67  82  84*          *8"x32" = 1.78 FT2*

R3: *90  81  71  66  64*

L : *61*    H : *94*    AVG FPM : *76 — 134 CFm*

AIRFLOW GAUGE : *NA*    IOW:    MOTOR SPEED : *50*    %

### TEST RESULTS

**AIRFLOW  VELOCITY:**   PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :**    PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE  PATTERNS :** PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE  STANDARDS :**    IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| AVM430-A, AVM431139001 | 9-20-11 | 822/249620 | A3 : |
| AXD620, AXD62114001 | 9-27-11 | 822/272103 | A4 : |
| ATI TDA-2G, 11119 | 11-08-11 | 822/272103 | A5 : |

COMMENTS :
[ ] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[ ] PREFILTER(S) WITHIN TOLERANCE.   [ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.
[ ] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.

CERTIFIER :

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000231

**S**
**A**
**A**

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NECC*                          TEST # : *19031*

ADDRESS :                                ID # :

CITY, STATE :                            MODEL # : *FS10300M*

CONTACT :                                SERIAL # : *05-M-17-15*

TEL # :                                  LOCATION : *CLN RM. 1*

TEST DATE : *6-22-12*                    NEW/USED : *USED*

RECALL DATE : *12-30-12*                 PASS/FAIL : *PASS*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE : *60-90*   FPM   *A0: 8" x 32" = 1.78*

R1:

*4"*   R2: *78 92 81 77 94 88*          *CFM = 167*

R3:

L: *77*   H: *94*   AVG FPM : *85*

AIRFLOW GAUGE :   IOW:   MOTOR SPEED : *45* %
*N/A*

### TEST RESULTS

**AIRFLOW VELOCITY:** PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST ;** PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS :** PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :**   IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| AVM430-A, AVM431139001 | 9-20-11 | 822/249620 | A3 : |
| AXD620, AXD62114001 | 9-27-11 | 822/272103 | A4 : |
| ATI TDA-2G, 11119 | 11-08-11 | 822/272103 | A5 : |

**COMMENTS :**
[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[ ] PREFILTER(S) WITHIN TOLERANCE.   [ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.
[ ] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.

**CERTIFIER :**

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000232

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT: *NECC*

ADDRESS:

CITY, STATE:

CONTACT:

TEL #:

TEST DATE: *6-22-12*

RECALL DATE: *12-31-12*

TEST #: *20269*

ID #: *HoR2 - 2C*

MODEL #: *EG 8252*

SERIAL #: *91437*

LOCATION: *CLN Rm. 1*

NEW/USED: *USED*

PASS/FAIL: *PASS*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE: *90 - 110* FPM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R1: | 93 | 96 | 98 | 99 | 90 106 95 98 |
| R2: | 87 89 | 95 | 106 | 87 92 99 96 |
| R3: | 97 | 103 | 105 | 98 | 96 107 104 110 |

L: *87*   H: *110*   AVG FPM: *98*

AIRFLOW GAUGE: *N/A*   IOW:   MOTOR SPEED *20/20%*

### TEST RESULTS

**AIRFLOW VELOCITY:**   PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :**   PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS :** PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :**   IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST #: | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1: |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2: |
| AVM430-A, AVM431139001 | 9-20-11 | 822/249620 | A3: |
| AXD620, AXD62114001 | 9-27-11 | 822/272103 | A4: |
| ATI TDA-2G, 11119 | 11-08-11 | 822/272103 | A5: |

COMMENTS :
[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[X] PREFILTER(S) WITHIN TOLERANCE.   [ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.
[ ] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.

CERTIFIER :

*Paul O'Neil*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000233

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE
### PARTICLE COUNT RECORDINGS

CLIENT : *NECC*

ID # : *HORZ 2C*

MODEL # : *EG 8252*

SERIAL # : *91437*

LOCATION : *CLN RM. 1*

TEST # : *20269*

TEST DATE : *6-22-12*

RECALL DATE : *12-31-12*

NEW/USED : *USED*

PASS/FAIL : *PASS*

### WORK SURFACE AREA

B .5 :

F .5 :

PARTICLES PER CUBIC METERS          PARTICLES PER CUBIC FEET

### TEST RESULTS

(PASS / FAIL) :  THIS HOOD IS CERTIFIED AS MEETING ISO CLASS 5 IN ACCORDANCE
WITH ISO STANDARD 14644-1. THE MAXIMUM PARTICLE LIMIT FOR
COMPLIANCE TO ISO CLASS 5 AT .5 MICRON SIZE IS 3520 PARTICLES
PER CUBIC METER AND 100 PARTICLES PER CUBIC FOOT.

THE SAMPLING RATE IS 1 CFM. THE LOCATIONS SAMPLED WERE APPROXIMATELY
SIX INCHES FROM THE FRONT AND BACK OF THE UNIT AND SPACED EVENLY FROM
SIDE TO SIDE.

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| LWS PARTICLE COUNTER HH 3013, 111160001 | 11-08-11 | 822/272103 | A1 : |
| MET-ONE PARTICLE COUNTER 3313-LLD-SS, 050601026 | 10-04-11 | 822/271458 | A2 : |

CERTIFIER :   *Paul O'Neill*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000234

```
+---+
| S |
+---+
| A |
+---+
| A |
+---+
```

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NECC*

TEST # : *20270*

ADDRESS :

ID # : *HORZ 2B*

CITY, STATE :

MODEL # : *EG 8252*

CONTACT :

SERIAL # : *91436*

TEL # :

LOCATION : *CLN RM. 1*

TEST DATE : *6-22-12*

NEW/USED : *USED*

RECALL DATE : *12-31-12*

PASS/FAIL : *PASS*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE : *90 - 110*  FPM

R1: *91  88  97  102    98  95  108  94*
R2: *106  92  94  99    97  106  99  95*
R3: *96  94  108  97    106  102  98  108*

L: *88*  H: *108*  AVG FPM : *99*

AIRFLOW GAUGE :  *N/A*  IOW:  MOTOR SPEED: *25/25* %

### TEST RESULTS

**AIRFLOW VELOCITY :**   PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :**   PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS :**  PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :**    IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST #: | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| AVM430-A, AVM431139001 | 9-20-11 | 822/249620 | A3 : |
| AXD620, AXD62114001 | 9-27-11 | 822/272103 | A4 : |
| ATI TDA-2G, 11119 | 11-08-11 | 822/272103 | A5 : |

**COMMENTS :**
[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[X] PREFILTER(S) WITHIN TOLERANCE.   [ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.
[ ] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.

CERTIFIER : *Paul O'Neill*

000235

| S |
| A |
| A |

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE
### PARTICLE COUNT RECORDINGS

CLIENT : *NECC*                     TEST # : *20270*

ID # : *HORZ - 2B*                 TEST DATE : *6-22-12*

MODEL # : *EG 8252*               RECALL DATE : *12-31-12*

SERIAL # : *91436*                 NEW/USED : *USED*

LOCATION : *CLN RM. 1*             PASS/FAIL : *PASS*

### WORK SURFACE AREA

B .5 :

F .5 :

PARTICLES PER CUBIC METERS          PARTICLES PER CUBIC FEET

### TEST RESULTS

**PASS / FAIL :**  THIS HOOD IS CERTIFIED AS MEETING ISO CLASS 5 IN ACCORDANCE
WITH ISO STANDARD 14644-1. THE MAXIMUM PARTICLE LIMIT FOR
COMPLIANCE TO ISO CLASS 5 AT .5 MICRON SIZE IS 3520 PARTICLES
PER CUBIC METER AND 100 PARTICLES PER CUBIC FOOT.

THE SAMPLING RATE IS 1 CFM. THE LOCATIONS SAMPLED WERE APPROXIMATELY
SIX INCHES FROM THE FRONT AND BACK OF THE UNIT AND SPACED EVENLY FROM
SIDE TO SIDE.

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| LWS PARTICLE COUNTER HH 3013, 111160001 | 11-08-11 | 822/272103 | A1 : |
| MET-ONE PARTICLE COUNTER 3313-LLD-SS, 050601026 | 10-04-11 | 822/271458 | A2 : |

CERTIFIER :   *Paul O'Neill*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000236

## Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

### UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NECC*

ADDRESS :

CITY, STATE :

CONTACT :

TEL # :

TEST DATE : *6-22-12*

RECALL DATE : *12-31-12*

TEST # : *20275*

ID # : *HORZ - 2A*

MODEL # : *EG 8252*

SERIAL # : *91435*

LOCATION : *CLN RM. 1*

NEW/USED : *USED*

PASS/FAIL : *PASS*

### AIRFLOW VELOCITY

ACCEPTANCE  RANGE : *90 - 110*  FPM

| R1: | *81 98 93 99* | *94 100 96 99* |
| R2: | *99 98 107 96* | *98 103 95 105* |
| R3: | *104 97 106 106* | *97 109 107 102* |

L : *87*   H : *109*   AVG FPM : *100*

AIRFLOW GAUGE :   *N/A*   IOW:   MOTOR SPEED *25/25* %

### TEST RESULTS

**AIRFLOW VELOCITY :**   PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :**   PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE  PATTERNS :**  PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :**    IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| AVM430-A, AVM431139001 | 9-20-11 | 822/249620 | A3 : |
| AXD620, AXD62114001 | 9-27-11 | 822/272103 | A4 : |
| ATI TDA-2G, 11119 | 11-08-11 | 822/272103 | A5 : |

**COMMENTS :**
[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[X] PREFILTER(S) WITHIN TOLERANCE.   [ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.
[ ] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.

CERTIFIER :

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000237

S
A
A

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE
### PARTICLE COUNT RECORDINGS

CLIENT : *NECC*

ID # : *HORZ - 2A*

MODEL # : *EG 8252*

SERIAL # : *91435*

LOCATION : *CLN RM. 1*

TEST # : *20275*

TEST DATE : *6-22-12*

RECALL DATE : *12-31-12*

NEW/USED : *USED*

PASS/FAIL : *PASS*

### WORK SURFACE AREA

B .5 : ○ ○ ○ ○     ○ ○ ○ ○
F .5 : ○ ○ ○ ○     ○ ○ ○ ○

PARTICLES PER CUBIC METERS     PARTICLES PER CUBIC FEET

### TEST RESULTS

(PASS)/FAIL : THIS HOOD IS CERTIFIED AS MEETING ISO CLASS 5 IN ACCORDANCE
WITH ISO STANDARD 14644-1. THE MAXIMUM PARTICLE LIMIT FOR
COMPLIANCE TO ISO CLASS 5 AT .5 MICRON SIZE IS 3520 PARTICLES
PER CUBIC METER AND 100 PARTICLES PER CUBIC FOOT.

THE SAMPLING RATE IS 1 CFM. THE LOCATIONS SAMPLED WERE APPROXIMATELY
SIX INCHES FROM THE FRONT AND BACK OF THE UNIT AND SPACED EVENLY FROM
SIDE TO SIDE.

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| LWS PARTICLE COUNTER HH 3013, 111160001 | 11-08-11 | 822/272103 | A1 : |
| MET-ONE PARTICLE COUNTER 3313-LLD-SS, 050601026 | 10-04-11 | 822/271458 | A2 : |

CERTIFIER : *Paul O'Neill*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000238

S
A
A

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NECC*                          TEST # : *20505*

ADDRESS :                                ID # : *HORZ-1*

CITY, STATE :                            MODEL # : *EG 8252*

CONTACT :                                SERIAL # : *95032*

TEL # :                                  LOCATION : *CLN RM.1*

TEST DATE : *6-22-12*                    NEW/USED : *USED*

RECALL DATE : *12-30-12*                 PASS/FAIL : *PASS*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE : *90-110* FPM

| R1: | *100* | *95* | *102* | *96* | *96* | *103* | *99* | *102* |
|-----|-------|------|-------|------|------|-------|------|-------|
| R2: | *91* | *86* | *98* | *95* | *94* | *90* | *94* | *88* |
| R3: | *98* | *105* | *106* | *99* | *103* | *110* | *99* | *107* |

L : *86*    H: *110*    AVG FPM: *98*

AIRFLOW GAUGE : *N/A*    IOW:    MOTOR SPEED *40/40* %

### TEST RESULTS

**AIRFLOW VELOCITY:** PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :** PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS :** PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :** IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| AVM430-A, AVM431139001 | 9-20-11 | 822/249620 | A3 : |
| AXD620, AXD62114001 | 9-27-11 | 822/272103 | A4 : |
| ATI TDA-2G, 11119 | 11-08-11 | 822/272103 | A5 : |

COMMENTS :
[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[X] PREFILTER(S) WITHIN TOLERANCE.   [ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.
[ ] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.

CERTIFIER : *Paul O'Neil*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000239

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE
### PARTICLE COUNT RECORDINGS

CLIENT : *NECC*                    TEST # : *20505*

ID # : *HORZ-1*                    TEST DATE : *6-22-12*

MODEL # : *EG 5252*              RECALL DATE : *12-31-12*

SERIAL # : *95032*               NEW/USED : *USED*

LOCATION : *CLN Rm. 1*          PASS/FAIL : *PASS*

### WORK SURFACE AREA

B.5 :  ⭕ ⭕ ⭕ ⭕          ⭕ ⭕ ⭕ ⭕

F.5 :  ⭕ ⭕ ⭕ ⭕          ⭕ ⭕ ⭕ ⭕

PARTICLES PER CUBIC METERS          PARTICLES PER CUBIC FEET

### TEST RESULTS

**PASS**/FAIL :  THIS HOOD IS CERTIFIED AS MEETING ISO CLASS 5 IN ACCORDANCE
WITH ISO STANDARD 14644-1. THE MAXIMUM PARTICLE LIMIT FOR
COMPLIANCE TO ISO CLASS 5 AT .5 MICRON SIZE IS 3520 PARTICLES
PER CUBIC METER AND 100 PARTICLES PER CUBIC FOOT.

THE SAMPLING RATE IS 1 CFM. THE LOCATIONS SAMPLED WERE APPROXIMATELY
SIX INCHES FROM THE FRONT AND BACK OF THE UNIT AND SPACED EVENLY FROM
SIDE TO SIDE.

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| LWS PARTICLE COUNTER<br>HH 3013, 111160001 | 11-08-11 | 822/272103 | A1 : |
| MET-ONE PARTICLE COUNTER<br>3313-LLD-SS, 050601026 | 10-04-11 | 822/271458 | A2 : |

CERTIFIER :  *Paul O'Neill*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000240

**S**
**A**
**A**

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## BIOLOGICAL SAFETY CABINET SERVICE REPORT

CLIENT : *NECC*

TEST # : *20504*     TEST DATE : *6-22-12*  RECALL DATE : *12-31-12*

ID # : *HOOD - 5*  MODEL # : *SG 603A-4E*  SERIAL # : *97602*

LOCATION : *CLN RM. 1*  NEW/USED : *USED*   PASS/FAIL : *PASS*

### SUPPLY AIRFLOWS

| RANGE: | | AVG FPM : | PASS/FAIL: |
|---|---|---|---|
| *(47-57)* | SR: *50 53 53 51 49 55 53* | *52* | *P* |
| *(47-57)* | SC: *49 52 49 51 54 50 54* | *51* | *P* |
| *(40-50)* | SF: *44 44 47 43 48 45 42* | *45* | *P* |

### EXHAUST AIRFLOWS

EXHAUST RANGE: *258 - 285* FPM     DUCTED : *NO*

CF : *3 LFM*

| R1: | *264* | *264* | *273* |
|---|---|---|---|
| R2: | *278* | *272* | *280* |
| R3: | *270* | *259* | *261* |
| R4: | *283* | *266* | *270* |

EXH OP : *1.46* FT2

ACC OP : *3.89* FT2

MOTOR SPEED : *35* %

EXH AVG FPM : *270*    EXH CFM : *394*   FACE VELOCITY : *104*
AIRFLOW GAUGE : *.28*

### TEST RESULTS

**FACE VELOCITY**   PASSED, AVG FPM OF : *104*   IS WITHIN ACCEPTANCE
RANGES OF : *100 - / 10* FPM.

**AIRFLOW SMOKE PATTERNS**  PASSED, NO SMOKE ESCAPED FROM THE CABINET, THERE
ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.

**FILTER LEAK TEST**   PASSED, PENETRATION DOES NOT EXCEED 0.01 % AT ANY POINT.

**REFERENCE STANDARD**   NATIONAL SANITATION FOUNDATION #49-2010

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1: |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2: |
| AVM430-A, AVM431139001 | 9-20-11 | 822/272103 | A3: |
| AXD620, AXD621140001 | 9-27-11 | 822/272103 | A4: |
| ATI TDA-2G, 11119 | 11-08-11 | 822/272103 | A5: |
| HH 3013, 111160001 | 11-08-11 | 822/272103 | A6: |
| 3313LL, 050601026 | 10-04-11 | 822/272103 | A7: |

**COMMENTS :**

[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.  [ ] HOOD FAILED.
[ ] EXHAUST OPERATING PROPERLY.     [X] ALARM OPERATING PROPERLY.
[X] ADJUSTED / ZEROED GAUGE.
[ ] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.

**CERTIFIER :**   *Paul O'Neil*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000241

**S**
**A**
**A**

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## BIOLOGICAL SAFETY CABINET
### PARTICLE COUNT RECORDINGS

CLIENT: *NECC*                   TEST #: *20504*

ID #: *HooD - 5*               TEST DATE: *6-22-12*

MODEL #: *SG-603A - HE*        RECALL DATE: *12-31-12*

SERIAL #: *97602*              NEW/USED: *USED*

LOCATION: *CLn Rm. 1*          PASS/FAIL: *PASS*

### WORK SURFACE AREA

B .5:     ◯  ◯  ◯          ◯  ◯  ◯
F .5:     ◯  ◯  ◯          ◯  ◯  ◯

PARTICLES PER CUBIC METERS        PARTICLES PER CUBIC FEET

### TEST RESULTS

(PASS)/FAIL :   THIS HOOD IS CERTIFIED AS MEETING ISO CLASS 5 IN ACCORDANCE
WITH ISO STANDARD 14644-1. THE MAXIMUM PARTICLE LIMIT FOR
COMPLIANCE TO ISO CLASS 5 AT .5 MICRON SIZE IS 3520 PARTICLES
PER CUBIC METER AND 100 PARTICLES PER CUBIC FOOT.

THE SAMPLING RATE IS 1 CFM. THE LOCATIONS SAMPLED WERE APPROXIMATELY
SIX INCHES FROM THE FRONT AND BACK OF THE UNIT AND SPACED EVENLY FROM
SIDE TO SIDE.

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| LWS PARTICLE COUNTER HH 3013, 111160001 | 11-08-11 | 822/272103 | A1 : |
| MET-ONE PARTICLE COUNTER 3313-LLD-SS, 050601026 | 10-04-11 | 822/271458 | A2 : |

CERTIFIER :   *[signature]*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000242

**S A A**

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## BIOLOGICAL SAFETY CABINET SERVICE REPORT

CLIENT : *NECC*

TEST # : *2051λ*   TEST DATE : *6-22-12*   RECALL DATE : *12-31-12*

ID # : *Chemo - 5*   MODEL # : ~~SG~~ *603 A*   SERIAL # : *88020*

LOCATION : *Cln Rm. 1*   NEW/USED : *Used*   PASS/FAIL : *PASS*

### SUPPLY AIRFLOWS

RANGE:                                                        AVG FPM :   PASS/FAIL:

(*50-60*)  SR : *49 54 57 57 56 54  58*                          *53*         *P*

(*50-60*)  SC : *53 56 52 50 54 50 56*                          *53*         *P*

(*47-57*)  SF : *51 54 58 52 55 52 54*                          *54*         *P*

### EXHAUST AIRFLOWS

EXHAUST RANGE: *253 - 280* FPM      DUCTED : *YES*

CF : *5 CFM*

R1 : *275*    *276*   *262*        EXH OP : *1.46* FT2

R2 : *266*    *262*   *257*        ACC OP : *3.59* FT2

R3 : *276*    *270*   *257*        MOTOR SPEED : *45* %

R4 : *253*    *268*   *269*

EXH AVG FPM : *267*   EXH CFM : *390*   FACE VELOCITY : *105*
AIRFLOW GAUGE : *.28*

### TEST RESULTS

**FACE VELOCITY**   PASSED, AVG FPM OF : *105*   IS WITHIN ACCEPTANCE
RANGES OF : *100-110* FPM.

**AIRFLOW SMOKE PATTERNS**  PASSED, NO SMOKE ESCAPED FROM THE CABINET, THERE
ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.

**FILTER LEAK TEST**   PASSED, PENETRATION DOES NOT EXCEED 0.01 % AT ANY POINT.

**REFERENCE STANDARD**   NATIONAL SANITATION FOUNDATION #49-2010

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1: |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2: |
| AVM430-A, AVM431139001 | 9-20-11 | 822/272103 | A3: |
| AXD620, AXD621140001 | 9-27-11 | 822/272103 | A4: |
| ATI TDA-2G, 11119 | 11-08-11 | 822/272103 | A5: |
| HH 3013, 111160001 | 11-08-11 | 822/272103 | A6: |
| 3313LL, 050601026 | 10-04-11 | 822/272103 | A7: |

**COMMENTS :**

[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.   [ ] HOOD FAILED.

[X] EXHAUST OPERATING PROPERLY.   [X] ALARM OPERATING PROPERLY.

[X] ADJUSTED / ZEROED GAUGE.

[ ] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.

**CERTIFIER :**   *Paul O'Neill*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000243

**S**
**A**
**A**

# Scientific Air Analysis, Inc.
47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## BIOLOGICAL SAFETY CABINET
### PARTICLE COUNT RECORDINGS

CLIENT :  *NECC*

ID # :  *CHemo - 8*

MODEL # :  *SG 603A*

SERIAL # :  *88020*

LOCATION :  *CLN RM. 1*

TEST # :  *20572*

TEST DATE :  *6-22-12*

RECALL DATE :  *12-31-12*

NEW/USED :  *USED*

PASS/FAIL :  *PASS*

### WORK SURFACE AREA

B .5 :

F .5 :

PARTICLES PER CUBIC METERS

PARTICLES PER CUBIC FEET

### TEST RESULTS

PASS / FAIL :  THIS HOOD IS CERTIFIED AS MEETING ISO CLASS 5 IN ACCORDANCE
WITH ISO STANDARD 14644-1. THE MAXIMUM PARTICLE LIMIT FOR
COMPLIANCE TO ISO CLASS 5 AT .5 MICRON SIZE IS 3520 PARTICLES
PER CUBIC METER AND 100 PARTICLES PER CUBIC FOOT.

THE SAMPLING RATE IS 1 CFM. THE LOCATIONS SAMPLED WERE APPROXIMATELY
SIX INCHES FROM THE FRONT AND BACK OF THE UNIT AND SPACED EVENLY FROM
SIDE TO SIDE.

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| LWS PARTICLE COUNTER HH 3013, 111160001 | 11-08-11 | 822/272103 | A1 : |
| MET-ONE PARTICLE COUNTER 3313-LLD-SS, 050601026 | 10-04-11 | 822/271458 | A2 : |

CERTIFIER :  *Paul O'Neill*

000244

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.
47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NECC*

ADDRESS :

CITY, STATE :

CONTACT :

TEL # :

TEST DATE : *6-22-12*

RECALL DATE : *12-31-12*

TEST # : *18850*

ID # :

MODEL # : *FS 10200*

SERIAL # : *05-S-13-06*

LOCATION : *QA LAB*

NEW/USED : *Used*

PASS/FAIL : *PASS*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE : *60-90* FPM

*AO: 8"x20"=1.11 $^{FT^2}$*

R1: *84  79  83  80*

R2: *86  82  85  81*

R3:

*CFM = 92*

L: *79*   H: *86*   AVG FPM : *83*

AIRFLOW GAUGE : *N/A*   IOW:   MOTOR SPEED : *40* %

### TEST RESULTS

**AIRFLOW VELOCITY:**  PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :**  PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS :**  PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :**   IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| AVM430-A, AVM431139001 | 9-20-11 | 822/249620 | A3 : |
| AXD620, AXD62114001 | 9-27-11 | 822/272103 | A4 : |
| ATI TDA-2G, 11119 | 11-08-11 | 822/272103 | A5 : |

**COMMENTS :**
[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[ ] PREFILTER(S) WITHIN TOLERANCE.   [ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.
[ ] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.

**CERTIFIER :**  *Paul O'Neil*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000245

000246

S
A
A

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NECC*                           TEST # : *18837*

ADDRESS :                                ID # :

CITY, STATE :                            MODEL # : *FS 10200*

CONTACT :                                SERIAL # : *05-S-13-07*

TEL # :                                  LOCATION : *QA LAB*

TEST DATE : *6-22-12*                    NEW/USED : *USED*

RECALL DATE : *12-31-12*                 PASS/FAIL : *PASS*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE : *60 - 90*   FPM   *AO: 8" x 20" = 1.11 FT²*

R1: *78  85  90  86*

R2: *81  73  77  81*                     *CFM = 90*

R3:

L: *73*   H: *90*   AVG FPM : *81*

AIRFLOW GAUGE :       IOW:      MOTOR SPEED : *40* %
          *N/A*

### TEST RESULTS

**AIRFLOW VELOCITY:**   PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :**   PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS :**  PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :**   IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| AVM430-A, AVM431139001 | 9-20-11 | 822/249620 | A3 : |
| AXD620, AXD62114001 | 9-27-11 | 822/272103 | A4 : |
| ATI TDA-2G, 11119 | 11-08-11 | 822/272103 | A5 : |

**COMMENTS :**
[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[ ] PREFILTER(S) WITHIN TOLERANCE.   [ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.
[ ] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.

CERTIFIER :   *Paul O'Neill*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

000247

S
A
A

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT: *NeCC*

ADDRESS:

CITY, STATE:

CONTACT:

TEL#:

TEST DATE: *6-22-12*

RECALL DATE: *12-31-12*

TEST#: *18664*

ID#:

MODEL#: *FS 10400*

SERIAL#: *05-S-13-08*

LOCATION: *QA LAB*

NEW/USED: *USED*

PASS/FAIL: *PASSED*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE: *60 - 90* FPM

R1: *88  90  84  83  79*

R2: *85  86  84  87  95*

R3: *90  88  84  79  83*

*8" x 44" = 2.44 FT²*

L: *83*   H: *95*   AVG FPM: *86 - 209 CFM*

AIRFLOW GAUGE: *N/A*   IOW:   MOTOR SPEED: *5* %

### TEST RESULTS

**AIRFLOW VELOCITY:** PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST:** PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS:** PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS:**   IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST#: | ID# USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1: |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2: |
| AVM430-A, AVM431139001 | 9-20-11 | 822/249620 | A3: |
| AXD620, AXD62114001 | 9-27-11 | 822/272103 | A4: |
| ATI TDA-2G, 11119 | 11-08-11 | 822/272103 | A5: |

**COMMENTS:**
[ ] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[ ] PREFILTER(S) WITHIN TOLERANCE.   [ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.
[L] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.

**CERTIFIER:**

*Steve O'Neil*

Certification and Repair of Clean Rooms and Laminar Flow Equipment