# Exhibit E



New England Compounding Center
697 Waverly Street
Framingham, 01702



# URGENT

# VOLUNTARY PRODUCT RECALL

September 26, 2012

Dear Marion Pain Management Center,

Product Description: Methylprednisolone Acetate (PF) 80 mg/mL Injection

Lot Number: 05212012@68
Quantity: 150
Expiration: 11/17/2012
Date Dispensed: 7/5/2012

Lot Number: 06292012@26
Quantity: 150
Expiration: 12/26/2012
Date Dispensed: 8/15/2012

Lot Number: 08102012@51
Quantity: 150
Expiration: 02/06/2012
Date Dispensed: 9/25/2012

The above referenced product is being voluntarily recalled. The voluntary recall has been initiated due to the potential for foreign particulate matter within the vial.

If you have any of the above lot(s) on hand, immediately segregate and quarantine the material. Please annotate on the attached form the current status of these lot(s) in your facility and fax the form to New England Compounding Center at 508-820-1616. Once the form has been returned to New England Compounding Center, we will contact you to arrange for return of all materials.

We thank you for your cooperation, and apologize for any inconvenience. If you have further questions regarding this recall, please contact our Pharmacy Department at 800-994-6322.

Sincerely,

New England Compounding Center

Confidential - Subject to Protective Order

NECC_MDL000005092