# Exhibit J

# REDACTED

# REDACTED

Confidential - Subject to Protective Order

NECC_MDL000005179

# REDACTED

Confidential - Subject to Protective Order

NECC_MDL000005180

# REDACTED

Confidential - Subject to Protective Order

# REDACTED

Confidential - Subject to Protective Order

# REDACTED

# REDACTED

Confidential - Subject to Protective Order  NECC_MDL000005115

# REDACTED

Confidential - Subject to Protective Order

NECC_MDL000005116

# REDACTED

Confidential - Subject to Protective Order

# REDACTED

Confidential - Subject to Protective Order                                       NECC_MDL000005118

# REDACTED

Confidential - Subject to Protective Order				NECC_MDL000005119

# REDACTED

Confidential - Subject to Protective Order

NECC_MDL000005120

# REDACTED

# REDACTED

Confidential - Subject to Protective Order

NECC_MDL000005173

# REDACTED

Confidential - Subject to Protective Order

NECC_MDL000005174

# REDACTED

Confidential - Subject to Protective Order

# REDACTED

Confidential - Subject to Protective Order

NECC_MDL000005176

# REDACTED

Confidential - Subject to Protective Order NECC_MDL000005177

# REDACTED

Confidential - Subject to Protective Order

NECC_MDL000005178