# Exhibit K

# REDACTED

PSC_Inspec_ 000048

# REDACTED

PSC_Inspec_ 000049

# REDACTED

PSC_Inspec_ 000050

# REDACTED

PSC_Inspec_ 000051

# REDACTED

PSC_Inspec_ 000052

# REDACTED

PSC_Inspec_ 000053

# REDACTED

PSC_Inspec_ 000054

# REDACTED

PSC_Inspec_ 000055

# REDACTED

PSC_Inspec_ 000056

# REDACTED

PSC_Inspec_ 000057

# REDACTED

PSC_Inspec_ 000058

# REDACTED

PSC_Inspec_ 000059

# REDACTED

PSC_Inspec_ 000060

# REDACTED

PSC_Inspec_ 000061

# REDACTED

PSC_Inspec_ 000062

# REDACTED

PSC_Inspec_ 000063

# REDACTED

PSC_Inspec_ 000064

# REDACTED

PSC_Inspec_ 000065

# REDACTED

PSC_Inspec_ 000066

# REDACTED

PSC_Inspec_ 000067

# REDACTED

PSC_Inspec_ 000068

# REDACTED

PSC_Inspec_ 000069

# REDACTED

PSC_Inspec_ 000070

# REDACTED

PSC_Inspec_ 000071

# REDACTED

# REDACTED

PSC_Inspec_ 000073

# REDACTED

PSC_Inspec_ 000074

# REDACTED

PSC_Inspec_ 000075

# REDACTED

PSC_Inspec_ 000076

# REDACTED

PSC_Inspec_ 000077

# REDACTED

PSC_Inspec_ 000078

# REDACTED