# APPENDIX I
## CASES AGAINST LIBERTY INDUSTRIES, INC. BROUGHT BY PLAINTIFFS INJECTED IN INDIANA AS OF 10/1/14 [1]

|  | DOCKET NO. | PLAINTIFF NAME | DATE FILED IN MDL / ASSERTED CLAIMS AGAINST LIBERTY | STATE OF INJURY | JURIS. OF FIRST FILING (FEDERAL OR STATE) | COUNT I (NEG. AND GROSS NEG.) | COUNT XIV (PUNITIVE DMG.) | COUNT XIII (LOSS OF CONSRT.) | COUNT XII (WRONGFUL DEATH PUN. DMG.) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 1:13-cv-10349 | Tallman | 12/19/13 | IN | IN | X | X | | |
| 2. | 1:13-cv-10352 | Landon | 9/3/14 | IN | MA | X | X | X | |
| 3. | 1:13-cv-10353 | Shrock | 9/3/14 | IN | MA | X | X | X | |
| 4. | 1:13-cv-10354 | Rethlake | 9/3/14 | IN | MA | X | X | | |
| 5. | 1:13-cv-10355 | Oblinger | 12/19/13 | IN | IN | X | X | X | |
| 6. | 1:13-cv-10356 | Wyres | 12/19/13 | IN | IN | X | X | | |
| 7. | 1:13-cv-10357 | Geisler | 12/19/13 | IN | IN | X | X | X | |
| 8. | 1:13-cv-10363 | Ginther | 12/19/13 | IN | IN | X | X | X | |
| 9. | 1:13-cv-10370 | Schrock | 12/19/13 | IN | IN | X | X | X | |
| 10. | 1:13-cv-10371 | Klemm | 12/19/13 | IN | IN | X | X | | |
| 11. | 1:13-cv-10373 | Pavlekovich | 12/19/13 | IN | IN | X | X | X | |
| 12. | 1:13-cv-10503 | Copsey | 12/19/13 | IN | IN | X | X | | X |

1. This list does not include Case No. 1:13-cv-10351-RWZ, *Lambert*, because Liberty served a summary judgment motion in that matter on Sept. 11, 2014.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13. | 1:13-cv-10507 | Tolbert | 9/3/14 | IN | MA | X | X | | |
| 14. | 1:13-cv-10511 | Huff | 7/31/14 | IN | MA | X | X | | X |
| 15. | 1:14-cv-12367 | Craigo | 6/3/14 | IN | MA | X | X | X | |
| 16. | 1:14-cv-12371 | Bostic | 6/4/14 | IN | MA | X | X | X | |
| 17. | 1:14-cv-12531 | Smith | 6/16/14 | IN | MA | X | X | | |
| 18. | 1:14-cv-12561 | Lenhart | 6/18/14 | IN | MA | X | X | X | |
| 19. | 1:14-cv-12573 | Polk | 6/20/14 | IN | MA | X | X | | |
| 20. | 1:14-cv-12574 | Pringle | 6/20/14 | IN | MA | X | X | | |
| 21. | 1:14-cv-12597 | Elliott | 6/23/14 | IN | MA | X | X | | |
| 22. | 1:14-cv-12598 | Alcozar | 6/23/14 | IN | MA | X | X | X | |
| 23. | 1:14-cv-12599 | Durben | 6/23/14 | IN | MA | X | X | | X |
| 24. | 1:14-cv-12611 | Frick | 6/24/14 | IN | MA | X | X | X | |
| 25. | 1:14-cv-12616 | Holden | 6/24/14 | IN | MA | X | X | X | |
| 26. | 1:14-cv-12619 | Wegner | 6/24/14 | IN | MA | X | X | X | |
| 27. | 1:14-cv-12622 | Wolfe | 6/24/14 | IN | MA | X | X | X | |
| 28. | 1:14-cv-12838 | Glon-Ullery | 7/2/14 | IN | MA | X | X | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 29. | 1:14-cv-12864 | Barnes | 7/7/14 | IN | MA | X | X | | |
| 30. | 1:14-cv-12869 | Briggs | 7/7/4 | IN | MA | X | X | X | |
| 31. | 1:14-cv-12872 | Browning | 7/7/14 | IN | MA | X | X | X | |
| 32. | 1:14-cv-12875 | Hunt | 7/7/14 | IN | MA | X | X | | |
| 33. | 1:14-cv-12909 | Lay | 7/9/14 | IN | MA | X | X | X | |
| 34. | 1:14-cv-12912 | Haas | 7/9/14 | IN | MA | X | X | X | |
| 35. | 1:14-cv-12913 | Konanz | 7/9/14 | IN | MA | X | X | | |
| 36. | 1:14-cv-12914 | McClure | 7/9/14 | IN | MA | X | X | X | |
| 37. | 1:14-cv-13006 | Owen | 7/15/14 | IN | MA | X | X | | |
| 38. | 1:14-cv-13010 | Pinnyei | 7/16/14 | IN | MA | X | X | X | |
| 39. | 1:14-cv-13011 | Robinson | 7/16/14 | IN | MA | X | X | X | |
| 40. | 1:14-cv-13012 | Pedler | 7/16/14 | IN | MA | X | X | X | |
| 41. | 1:14-cv-13014 | Probst | 7/16/14 | IN | MA | X | X | X | |
| 42. | 1:14-cv-13015 | Shafer | 7/16/14 | IN | MA | X | X | | |
| 43. | 1:14-cv-13016 | Pletcher | 7/16/14 | IN | MA | X | X | X | |
| 44. | 1:14-cv-13017 | Soli | 7/17/14 | IN | MA | X | X | X | |

| #   | Case No.      | Name      | Date    | From | To | | | |   |
|-----|---------------|-----------|---------|------|----|---|---|---|---|
| 45. | 1:14-cv-13018 | Koziatek  | 7/16/14 | IN   | MA | X | X | X |   |
| 46. | 1:14-cv-13021 | Jones     | 7/17/14 | IN   | MA | X | X |   |   |
| 47. | 1:14-cv-13025 | McQueen   | 7/17/14 | IN   | MA | X | X |   |   |
| 48. | 1:14-cv-13081 | Cookson   | 7/23/14 | IN   | MA | X | X | X |   |
| 49. | 1:14-cv-13082 | Allen     | 7/23/14 | IN   | MA | X | X |   |   |
| 50. | 1:14-cv-13083 | Garl      | 7/23/14 | IN   | MA | X | X | X |   |
| 51. | 1:14-cv-13084 | Copp      | 7/23/14 | IN   | MA | X | X | X |   |
| 52. | 1:14-cv-13157 | Pritchard | 7/29/14 | IN   | MA | X | X | X |   |
| 53. | 1:14-cv-13158 | Lawson    | 7/29/14 | IN   | MA | X | X | X |   |
| 54. | 1:14-cv-13200 | Cobb      | 8/4/14  | IN   | MA | X | X | X |   |
| 55. | 1:14-cv-13202 | Greenwood | 8/4/14  | IN   | MA | X | X | X |   |
| 56. | 1:14-cv-13204 | Grice     | 8/4/14  | IN   | MA | X | X |   |   |
| 57. | 1:14-cv-13206 | Holt      | 8/4/14  | IN   | MA | X | X | X |   |
| 58. | 1:14-cv-13207 | Hurst     | 8/4/14  | IN   | MA | X | X |   |   |
| 59. | 1:14-cv-13209 | Ivory     | 8/4/14  | IN   | MA | X | X |   |   |
| 60. | 1:14-cv-13212 | Sims      | 8/4/14  | IN   | MA | X | X | X |   |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 61. | 1:14-cv-13213 | Sinn | 8/4/14 | IN | MA | X | X | X | |
| 62. | 1:14-cv-13217 | Stokes | 8/5/14 | IN | MA | X | X | | |
| 63. | 1:14-cv-13218 | VanSchoiack | 8/5/14 | IN | MA | X | X | | |
| 64. | 1:14-cv-13220 | Dillon | 8/5/14 | IN | MA | X | X | | X |
| 65. | 1:14-cv-13257 | Rice | 8/7/14 | IN | MA | X | X | X | |
| 66. | 1:14-cv-13262 | Lock | 8/7/14 | IN | MA | X | X | | |
| 67. | 1:14-cv-13265 | Reed | 8/7/14 | IN | MA | X | X | | |
| 68. | 1:14-cv-13267 | Wilfing | 8/8/14 | IN | MA | X | X | X | |
| 69. | 1:14-cv-13268 | Yoe | 8/8/14 | IN | MA | X | X | | |
| 70. | 1:14-cv-13294 | Vitou | 8/11/14 | IN | MA | X | X | X | |
| 71. | 1:14-cv-13296 | Tirotta | 8/11/14 | IN | MA | X | X | X | |
| 72. | 1:14-cv-13304 | Smith, J. | 8/11/14 | IN | MA | X | X | X | |
| 73. | 1:14-cv-13307 | Robinson, M. | 8/11/14 | IN | MA | X | X | | |
| 74. | 1:14-cv-13322 | Kaser | 8/13/14 | IN | MA | X | X | X | |
| 75. | 1:14-cv-13323 | Hinkle | 8/13/14 | IN | MA | X | X | X | |
| 76. | 1:14-cv-13324 | Miller | 8/13/14 | IN | MA | X | X | X | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 77. | 1:14-cv-13325 | Kubiszewski | 8/13/14 | IN | MA | X | X | | |
| 78. | 1:14-cv-13327 | Jackson | 8/13/14 | IN | MA | X | X | | |
| 79. | 1:14-cv-13329 | Roark | 8/13/14 | IN | MA | X | X | | |
| 80. | 1:14-cv-13332 | Romano | 8/13/14 | IN | MA | X | X | | |
| 81. | 1:14-cv-13335 | Walter | 8/13/14 | IN | MA | X | X | X | |
| 82. | 1:14-cv-13411 | Rulli | 8/20/14 | IN | MA | X | X | X | |
| 83. | 1:14-cv-13412 | Behrens | 8/20/14 | IN | MA | X | X | X | |
| 84. | 1:14-cv-13413 | Tuff | 8/20/14 | IN | MA | X | X | | X |
| 85. | 1:14-cv-13414 | Frain | 8/20/14 | IN | MA | X | X | X | |
| 86. | 1:14-cv-13415 | Fortier | 8/20/14 | IN | MA | X | X | | |
| 87. | 1:14-cv-13483 | Mohr | 8/26/14 | IN | MA | X | X | X | |
| 88. | 1:14-cv-13484 | Sieczko | 8/26/14 | IN | MA | X | X | | |
| 89. | 1:14-cv-13486 | Surowiec | 8/26/14 | IN | MA | X | X | | |
| 90. | 1:14-cv-13488 | Troxel | 8/26/14 | IN | MA | X | X | X | |
| 91. | 1:14-cv-13489 | Trost | 8/26/14 | IN | MA | X | X | | |
| 92. | 1:14-cv-13493 | Redman | 8/27/14 | IN | MA | X | X | X | |

| 93. | 1:14-cv-13494 | Ross | 8/27/14 | IN | MA | X | X | | |
|---|---|---|---|---|---|---|---|---|---|
| 94. | 1:14-cv-13495 | Reinhardt | 8/27/14 | IN | MA | X | X | X | |
| 95. | 1:14-cv-13661 | Jackson, S. | 9/22/14 | IN | MA | X | X | | |
| 96. | 1:14-cv-13719 | Pinkstaff | 8/28/14 | IN | IN | X (Count VII) | X (Count IX) | X (Count VIII) | |
| 97. | 1:14-cv-13734 | Calvo-Nelson | 9/30/14 | IN | MA | X | X | | |

*G:\DOCS\DER\Cases\Great American\Liberty Industries\MSJ\Appendix I. Indiana.docx*

7