UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |

**THE PLAINTIFFS' STEERING COMMITTEE'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT LIBERTY INDUSTRIES, INC.'S MOTIONS FOR SUMMARY JUDGMENT**

The Plaintiffs' Steering Committee (the "PSC") hereby move, with the assent of defendant Liberty Industries, Inc. ("Liberty"), for an extension of time to October 31, 2014, to respond to Liberty's Motions for Summary Judgment (the "Motions") (Dkt. Nos. 1401 & 1471-1473).

In support of this motion, the PSC state as follows:

1. Liberty filed a Motion for Summary Judgment on September 11, 2014 (Dkt. # 1401).

2. Liberty filed an Omnibus Motion for Summary Judgment in cases filed by all plaintiffs injected in Indiana on October 6, 2014 (Dkt. # 1471-1473).

3. The parties had previously agreed to extend the deadline on the PSC's response to Liberty's first Motion for Summary Judgment filed on September 11, 2014 (Dkt. # 1401).

4. The parties agreed on October 6, 2014 on a deadline to respond to both Motions for Summary Judgment. The agreed to deadline to file responses for both Motions for Summary Judgment is Friday, October 31, 2014.

5. Accordingly, the PSC respectfully request that the Court extend their response deadline for both Motions for Summary Judgment to October 31, 2014.

1

WHEREFORE, the PSC respectfully requests, with the assent of Liberty Industries, that the Court grant its motion and enter an Order extending the PSC's time to respond to Liberty Industries' Motions to October 31, 2014.

Respectfully submitted,

/s/ Marc E. Lipton
Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344
marc@liptonlawcentercom
*Plaintiffs' Steering Committee*

October 7, 2014

## LOCAL RULE 7.1(A)(2) CERTIFICATION

## AND CERTIFICATE OF SERVICE

I, Marc E. Lipton, certify that our office conferred by email and telephone with opposing counsel in an effort to resolve the issue presented in this motion prior to filing, and opposing counsel assents to the relief sought herein.

I further certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 7th day of October, 2014.

/s/ Marc E. Lipton

Marc E. Lipton