UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2419 ) Dkt. No. 1:13-md-2419-RWZ ) |
| This Document Relates to: All Cases | ) ) ) ) ) |

### Notice of Withdrawal of Counsel

Come now the Tennessee Clinic Defendants and give notice that John-Mark Zini is no longer at Gideon, Cooper & Essary, PLC, and should no longer be listed as counsel for the Tennessee Clinic Defendants or receive ECF notifications.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.**[1]
**Chris J. Tardio**[1]
**Alan S. Bean**[2]
**Matthew H. Cline**[1]
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Clinic Defendants*

---

[1] Admitted pursuant to MDL Order No. 1.
[2] Admitted *pro hac vice*.

1

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 8th day of October, 2014.

             /s/ Chris J. Tardio
             **Chris J. Tardio**