UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND ) | |
| COMPOUNDING PHARMACY, INC. ) | **MDL No. 2419** |
| PRODUCTS LIABILITY LITIGATION ) | **Master Docket No. 1:13-md-2419-FDS** |
| ) | |
| JOAN HULSEY AND GUY HULSEY ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| v. ) | |
| NEW ENGLAND COMPOUNDNG ) | |
| PHARMACY, INC, ARL BIO ) | |
| PHARMA, INC., LIBERTY ) | |
| INDUSTRIES, MARION PAIN ) | |
| MANAGEMENT CENTER, INC, ) | |
| UNIFIRST CORPORATION, A/D/B/A ) | |
| UNICLEAN CLEANROOM SERVICES, ) | |
| | |
| **Defendant.** | |

SHORT FORM COMPLAINT
AGAINST UNAFLLILIATED DEFENDANTS

Plaintiff Joan Hulsey ("Hulsey"), on behalf of herself and as Personal Representative of

the Estate of Guy Hulsey, Jr., complaining against the Defendants, allege(s) as follows:

**FIRST COUNT**

1.      Pursuant to MDL Order No. 7, entered in In Re: New England Compounding

Pharmacy, Inc. Products liability Litigation Master Docket No. 1:13-md-2419-FDS, the

undersigned counsel hereby submit this Short Form Complaint and Jury Demand against the

Defendants, and adopt and incorporate by reference the allegations in the Plaintiffs' Master

Complaint, with attachments, and any all amendments thereto.

2.      Plaintiff is a resident of the State of Florida.

3.      Plaintiff brings this action:

[ X]     On behalf of herself: and

[X]      And as the Personal Representative of the Estate of Guy Hulsey, Jr. (hereinafter

"Decedent"), who died on October 11, 2012.

4.        Plaintiff asserts that the Plaintiff was administered New England Compounding

Pharmacy, Inc. ("NECC") drug methyprednisolone acetate (hereinafter referred to as "NECC

drug"), causing injuries and damages.

5.        The aforesaid administration of the NECC drug occurred on September 4, 2012,

by Dr. Mangala J. Shetty, at Marion Pain Management Center, Inc., located in Ocala, Florida.

6.        **Dr. Manala J. Shetty** and healthcare facility **Marion Pain Management**

**Center, Inc.** are hereinafter collectively referred to as **"Clinic Related Defendants."**

7.        Plaintiff(s) adopt(s) and incorporate(s) by reference the following Causes of

Action asserted against the Defendants in the Master Complaint:

[X]      COUNT II: NEGLIGENCE AND GROSS NEGLIGENCE (Against ARL

BIO PHARMA, INC.)

[X]      COUNT III: NEGLIGENCE AND GROSS NEGLIGENCE (Against

Clinic Related Defendants)

[X]      FAILURE TO WARN (Against Clinic Related Defendants)

[X]      COUNT XII: WRONGFUL DEATH PUNITIVE DAMAGES (Against

ARL BIO PHARMA, INC and Clinic Related Defendants)

[X]      COUNT XIII: LOSS OF CONSORTIUM (Against ARL BIO PHARMA,

INC and Clinic Related Defendants)

[X]      COUNT XIV: PUNITIVE DAMAGES (Against ARL BIO PHARMA,

INC and Clinic Related Defendants)

8.      Plaintiff, Joan Hulsey claims the Decedent, Guy Hulsey, Jr., suffered the following injuries as a result of the administration of NECC's drug: bodily injury; pain and suffering, and death, as a result of contracting fungal meningitis.

9.      Plaintiff, Joan Hulsey claims to have suffered the following damages as a result of the administration of NECC's drug: loss of spousal support, mental anguish, medical expenses, and all other damages entitled to Plaintiff, Joan Hulsey, and Decedent's Heirs.

10.     The additional designated plaintiff(s) has suffered/have suffered/will continue to suffer the following: loss of spousal support, mental anguish, and all other damages entitled to Plaintiff Joan Hulsey and Decedent's Heirs.

WHEREFORE, Plaintiff(s) demand(s) Judgment against the Defendants awarding compensatory damages, attorneys' fees, interest, cost of suit, and such further relief as the Court deems equitable and just.

Plaintiff(s) reserve the right to amend this Complaint to add allegations and claims against individuals or entities currently omitted (in light of the Court's Order permitting a Master Complaint naming defendants affiliated with NECC and currently participating in mediation by December 20) and to add or amend allegations against Defendants named herein based, in part on further discovery.

## JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury.

Respectfully Submitted,

PLAINTIFF(S)

By (Their) Attorneys,

/s/*Craig L. Lowell*
Craig L. Lowell (ASB-4232-W86C)
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone: 205-314-0550
Facsimile: 205-254-1500
Email: clowell@wcqp.com

Joshua R. Gale (FL Bar No.: 63282)
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
101 N. Woodland Blvd., Suite 600
DeLand, FL 32720
Telephone: 386-675-6946
Facsimile: 386-675-6947
Email: jgale@wcqp.com

*Attorneys for Plaintiffs*

Date: October 10, 2014

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of October, 2014, a copy of the

foregoing document was filed electronically with the United States District Court for the District

of Massachusetts, which will send notification of such filing to all counsel of record.


/s/*Craig L. Lowell*