# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>v.<br><br>This Document Relates To:<br><br>All Cases | MDL No. 2419<br>Master Docket: 1:13-md-2419-RWZ |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Dianne E. Ricardo as counsel for Liberty Industries, Inc.

Respectfully submitted,

*/s/ Dianne E. Ricardo*
Dianne E. Ricardo. BBO NO. 675586
HERMES, NETBURN, O'CONNOR
     & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA  02110-3113
T: (617) 728-0050
F: (617) 728-0052

Dated:  October 10, 2014                 dricardo@hermesnetburn.com

## CERTIFICATE OF SERVICE

Pursuant to Local Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on October 10, 2014.

*/s/ Dianne E. Ricardo*
Dianne E. Ricardo

G:\DOCS\DER\Cases\Great American\Liberty Industries\Pleadings & Motions\Withdrawal of Appearance - DER.doc