UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No. 2419<br>) Master Docket No. 1:13-md-2419-FDS<br>)<br>)<br>)<br>**This Document Relates To:** )<br>)<br>)<br>**All Actions** )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF AMENDEMENT OF CAPTION OF**
**SECOND AMENDED COMPLAINT**

Plaintiff Joan Hulsey ("Hulsey"), by and through undersigned counsel, and respectfully gives this Court Notice, that Plaintiff is hereby amending its caption to the above in its Second Amended Short Form Complaint Against Unaffiliated Defendants filed October 10, 2014.

This Notice involves removing New England Compounding, Inc. from the caption only and does not alter any claims in the Second Amended Complaint.

Respectfully Submitted,

JOAN HULSEY,

By Her Attorneys,

/s/*Craig L. Lowell*
Craig L. Lowell (ASB-4232-W86C)
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone: 205-314-0550
Facsimile: 205-254-1500
Email: clowell@wcqp.com

Joshua R. Gale (FL Bar No.: 63282)
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
101 N. Woodland Blvd., Suite 600
DeLand, FL 32720
Telephone: 386-675-6946
Facsimile: 386-675-6947
Email: jgale@wcqp.com

*Attorneys for Plaintiffs*

Date: October 14, 2014

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of October, 2014, a copy of the foregoing document was filed electronically with the United States District Court for the District of Massachusetts, which will send notification of such filing to all counsel of record.

/s/*Craig L. Lowell*