UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC.,<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>    **All Cases.** | MDL NO.: 1:13-md-2419-FDS |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF ARL BIO PHARMA, D/B/A ANALYTICAL RESEARCH LABORATORIES

Please enter the appearance of Courtney A. Longo of Donovan Hatem LLP as counsel for the defendant, ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories ("ARL"), in connection with the above-entitled matter. Kenneth B. Walton will remain lead counsel for ARL.

        **ARL BIO PHARMA, INC. d/b/a**
        **ANALYTICAL RESEARCH LABORATORIES**
        By its attorneys,

        /s/ Courtney A. Longo
        Kenneth B. Walton (BBO No. 562174)
        kwalton@donovanhatem.com
        Kristen R. Ragosta (BBO No. 664362)
        kragosta@donovanhatem.com
        Courtney A. Longo (BBO No. 666466)
        clongo@donovanhatem.com
        **DONOVAN HATEM LLP**
        53 State Street, 8th Floor
        Boston, MA  02109
        (617) 406-4500
Dated:  October 15, 2014        (617) 406-4501 *fax*

**CERTIFICATE OF SERVICE**

      This is to certify that a true and accurate copy of the foregoing has been filed with the Clerk of the Court on October 15, 2014 using the ECF system which will send notification of this filing to all ECF-registered counsel of record that are identified on the Notice of Electronic Filing.

                                                    /s/ Courtney A. Longo

01635044.DOCX // 25326.39