UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

## PLAINTIFFS' STEERING COMMITTEE'S MOTION TO SCHEDULE ORAL ARGUMENT ON CERTAIN MOTIONS

The Plaintiffs' Steering Committee hereby moves the Court to schedule the following motions for oral argument on October 23, 2014 at 2:00 p.m.:

1. Advanced Pain & Anesthesia Consultants, P.C. d/c/a APAC Centers for Pain Management and Randolph Y. Chang, M.D.'s Consolidated Motion to Dismiss [Dkt. 1108 and 1109]

    a. PSC Opposition [Dkt. 1452]

2. BKC Pain Specialists, Adil Katabay, M.D. and Nikesh Batra, M.D.'s Consolidated Motion to Dismiss [Dkt. 896 and 897]

    a. PSC Opposition [Dkt. 1062]

3. PSC Motion for Clarification [Dkt. 1478][1]

4. PSC Motion to Compel Insurance Agreements [Dkts. 1468, 1469, 1470, 1494]

---

[1] There has been no opposition to this motion within the time allotted by the rules.

Date:   October 17, 2014                    Respectfully Submitted

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone:    (615) 254-8801
Facsimile:    (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*TN State Chair, Plaintiffs Steering Committee*

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com


Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: 617/482-3700
Facsimile: 617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika Martin
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415/956-1000
Facsimile: 415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

2

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, Benjamin Gastel, hereby certify that I caused a copy of the above *Plaintiffs' Steering Committee's Motion to Schedule Oral Argument on Certain Motions* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  October 17, 2014                                    */s/ J. Gerard Stranch, IV*
                                                                              J. Gerard Stranch, IV