## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>v.<br><br>This Document Relates To:<br><br>All Cases | MDL No. 2419<br>Master Docket: 1:13-md-2419-RWZ |

## NOTICE OF APPEARANCE

Please enter the appearance of Kara A. Loridas, of Hermes, Netburn, O'Connor & Spearing, P.C., as counsel for the Defendant, Liberty Industries, Inc., in the above-referenced civil action.

Respectfully submitted,

*/s/ Kara A. Loridas*
Kara A. Loridas BBO NO. 681727
HERMES, NETBURN, O'CONNOR
   & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA  02110-3113
T: (617) 728-0050
F: (617) 728-0052
kloridas@hermesnetburn.com

Dated:  October 20, 2014

## CERTIFICATE OF SERVICE

Pursuant to Local Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on October 20, 2014.

*/s/ Kara A. Loridas*
Kara A. Loridas

G:\DOCS\KAL\Liberty Industries\NOA.docx