# EXHIBIT D

# Tucker Ellis | LLP

950 Main Avenue, Suite 1100 | Cleveland, OH 44113-7213 | TEL 216.592.5000 | FAX 216.592.5009

April 24, 2014

DIRECT DIAL 216.696.2276 | MMoriarty@tuckerellis.com

**CONFIDENTIAL**

Chris J. Tardio Esq.  
Gideon, Cooper & Essary  
315 Deaderick Street  
Suite 1100  
Nashville, TN 37238

Damian W. Wilmot, Esq.  
Goodwin Procter LLP  
Exchange Place  
53 State Street  
Boston, MA 02019

Re: Ameridose Recalled Product Inventory

Gentlemen:

Pursuant to the e mail exchanges I had with Chris and his team on April 21st and 22nd and Damian's letter of the 23rd, enclosed is a cd with an Excel spreadsheet. The data, all 37,000 lines of it, pertains to the recalled inventory on hand at AMD.

This is being produced informally to you as part of a meet and confer regarding our client's motion to permit destruction of the inventory. It has not been produced to anyone else, and will only be produced by me to the PSC if they ask for it. You are not authorized to reproduce it or give it to anyone outside your office, and it is subject to the protective order.

Please call if you have any questions.

Sincerely,

Matthew P. Moriarty

MPM:nkg

Enc.

CLEVELAND  COLUMBUS  DENVER  LOS ANGELES  SAN FRANCISCO | tuckerellis.com

013260.000001 1987456.1

# Tucker Ellis | LLP



**Ameridose
Recalled Product Inventory**