# EXHIBIT E

# Tucker Ellis LLP

950 Main Avenue, Suite 1100 | Cleveland, OH 44113-7213 | TEL 216.592.5000 | FAX 216.592.5009

May 15, 2014

DIRECT DIAL 216.696.4454 | kimberly.langelier@tuckerellis.com

**VIA FEDEX**

Ed Notargiacomo, Esq.
Hagens Berman Sobol Shapiro
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

Re: In re: New England Compounding Pharmacy
CD – Ameridose Recalled Product Inventory

Dear Mr. Notargiacomo:

Enclosed please find a CD containing the Ameridose Recalled Product Inventory.

If you have any questions, please do not hesitate to contact me.

Sincerely,

TUCKER ELLIS LLP

Kimberly J. Langelier
Paralegal

KJL:
Enclosure