UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Luna v. Unifirst Corporation, et al.<br>Docket No. 14-cv-12884-RWZ | MDL No. 2419<br>Master Dkt. No. 1:13-md-2419-RWZ<br><br>Honorable Rya W. Zobel |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephanie R. Hanning of Schmid & Voiles as counsel for Defendants Jeffrey B. Glaser, M.D. and Jeffrey B. Glaser, M.D., Medical Corporation dba Glaser Pain Institute (erroneously named and sued as Glaser Pain Institute d/b/a Jeffrey B. Glaser, M.D., Medical Corporation).

                                                              Respectfully submitted,

DATED: October 20, 2014           */s/ Stephanie R. Hanning*_____
                                                    STEPHANIE R. HANNING (CA SBN 251728)
                                                    SCHMID & VOILES
                                                    333 South Hope Street, 8th Floor
                                                    Los Angeles, CA 90071
                                                    Tel: (213) 473-8700/Fax: (213) 473-8777
                                                    *shanning@schmidvoiles.com*

                                                    Attorneys for Defendants,
                                                   JEFFREY B. GLASER, M.D. and JEFFREY B. GLASER, M.D., MEDICAL CORPORATION, DBA GLASER PAIN INSTITUTE (erroneously named and sued as GLASER PAIN INSTITUTE D/B/A JEFFREY B. GLASER, M.D., MEDICAL CORPORATION)

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document, filed through the CM/ECF system, will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on October 20, 2014.

*/s/ Stephanie R. Hanning*_____
STEPHANIE R. HANNING