UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Suits Naming the Tennessee Clinic Defendants and the Saint Thomas Entities | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |

### SAINT THOMAS ENTITIES' RESPONSE TO PSC'S MOTION TO SCHEDULE ORAL ARGUMENT ON CERTAIN MOTIONS

The Saint Thomas Entities[1] oppose holding oral argument on the PSC's motion to compel the Saint Thomas Entities' self-insurance trust documents (the "Motion to Compel," item #4 on the PSC's Motion to Schedule Oral Argument on Certain Motions) during this week's status conference (October 23, 2014). The Motion to Compel is not simply a motion to compel the production of a standard insurance agreement. Instead, it raises complex issues concerning the production of self-insurance trust documents, which numerous courts have found not to be discoverable in similar circumstances. Thus, the Saint Thomas Entities request that the Court schedule oral argument at a time separate from the monthly status conference, as has been done for various motions in the past.[2] This will ensure that the parties and the Court have adequate time to address the complex and important issues raised by the Motion to Compel.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

[2] The Saint Thomas Entities explained their position to the PSC at length before the PSC filed its Motion to Schedule Oral Argument, which lacked a certificate of conference noting the opposition.

WHEREFORE, the Saint Thomas Entities respectfully request that the Court deny in part the PSC's Motion to Schedule Oral Argument and instead schedule a separate hearing at the Court's convenience.

Respectfully submitted,

/s/ Sarah Kelly
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 439-2000
(617) 310-9000 (FAX)

**AND**

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

FULBRIGHT & JAWORSKI LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas  78701
(512) 482-9300
(512) 428-9303 (FAX)

*Attorneys for Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network*

\*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 20th day of October, 2014.

/s/ Sarah Kelly
Sarah P. Kelly

2664719.1