UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS LIABILITY
LITIGATION                                                                    MDL No. 2419

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −50)**

On February 12, 2013, the Panel transferred 4 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 924 F.Supp.2d 1380 (J.P.M.L. 2013). Since that time, 325 additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Rya W Zobel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Zobel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Massachusetts for the reasons stated in the order of February 12, 2013, and, with the consent of that court, assigned to the Honorable Rya W Zobel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 23, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS LIABILITY
LITIGATION

MDL No. 2419

SCHEDULE CTO-50 – TAG-ALONG ACTIONS

**DIST**    **DIV.**    **C.A.NO.**    **CASE CAPTION**

MARYLAND

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| MD | 1 | 14-ap-00732 | Handy v. Ameridose, LLC |
| MD | 1 | 14-ap-00744 | Armetta v. Ameridoes, LLC |
| MD | 1 | 14-ap-00745 | Torbeck, et al. v. Ameridose, LLC |
| MD | 1 | 14-ap-00746 | Kashi v. Ameridose, LLC |
| MD | 1 | 14-ap-00747 | Bowman v. Ameridose, LLC |
| MD | 1 | 14-ap-00748 | Dreisch, et al. v. Ameridose, LLC |
| MD | 1 | 14-ap-00749 | Davis, et al. v. Ameridose, LLC |
| MD | 1 | 14-ap-00750 | Farthing, et al. v. Ameridose, LLC |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 14-05544 | KASE v. AMERIDOSE, LLC et al |
| PAE | 2 | 14-05546 | MAYFIELD et al v. AMERIDOSE, LLC et al |

I hereby certify on 10/24/14 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☒ electronically filed original filed on 10/23/14
☐ original filed in my office on _____

Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk