UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

P 10(e)

IN RE:  NEW ENGLAND              )
COMPOUNDING PHARMACY, INC.       )
PRODUCTS LIABILITY LITIGATION    )
                                 )
This matter relates to:          )   MDL No. 1:13-md-2419-FDS
                                 )
All Actions                      )
                                 )
                                 )

## PROPOSED AGREED ORDER

This matter comes before the Court on the PSC's Motion to Amend Previously Filed Short Form Complaints, filed on July 24, 2014 (Dkt. No. 1291), seeking leave to amend short form complaints to add claims that have become ripe for adjudication since plaintiffs first filed such short form complaints. The Court grants the Motion in part and orders as follows:

1. Plaintiffs are granted leave to amend the short form complaints filed in the cases identified in the attached Exhibit 1 to add claims against Defendant UniFirst Corporation for violation of M.G.L. c. 93A, as alleged in Count VI of the Master Complaint;

2. Plaintiffs' deadline for filing amended short form complaints in accordance with this order is stayed until 30 days prior to the commencement of case-specific fact discovery or the deadline for filing case-specific motions to dismiss, whichever is sooner. Accordingly, no plaintiff in any of the cases identified in Exhibit 1 is required to file an amended short form complaint reflecting the addition of a Chapter 93A claim against UniFirst until such time as the Court either (1) has ordered the commencement of case specific discovery in that particular action, and such discovery is scheduled to commence within 30 days; or (2) has set a deadline for UniFirst to file its case-specific motion to dismiss, and that deadline is within 30 days.

1

3. If any plaintiff in any case identified in Exhibit 1 fails to file an amended short form complaint to add his or her 93A claim against UniFirst within the timeframe described in paragraph 2, then he or she will be required to move the Court for further leave to amend.

4. This order applies only to the cases identified in Exhibit 1, attached hereto. No plaintiff in any other action may amend his or her short form complaint to bring a Chapter 93A claim, or any other claim, against UniFirst without first seeking leave of the Court.

**So Ordered.**

_____
Rya W. Zobel
United States Magistrate Judge

Dated: October 23, 2014