**LAW OFFICES ROSEMARIE ARNOLD**
1386 Palisade Avenue
Fort Lee, New Jersey 07024
(201) 461-1111
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Plaintiff,<br><br>BERNADETTE EFFENDIAN<br><br>vs.<br><br>Defendants,<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES, PREMIER ORTHOPPAEDIC ASSOCIATES SURGICAL CENTER, LLC, KIMBERLEY YVETTE SMITH, M.D. a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D., JOHN DOE(S) CORPORATIONS 1-4 and JOHN DOE(S), M.D. 1-4 | Case No.: 1:13-cv-02568-RMB-JS<br><br>MDL No. 1:13-md-2419-FDS |

## PROPOSED ORDER

This matter comes before the Court on Plaintiff, Bernadette Effendian's Motion to Amend her Second Amended Complaint, filed on December 20, 2013, seeking leave to amend the Second Amended Complaint to add Thomas A. Dwyer, M.D. as a direct Defendant nunc pro tunc as of October 30, 2014. For the reasons articulated in Plaintiff's Motion, the Court grants the Motion:

Plaintiff, Bernadette Effendian, may file a Third Amended Complaint, attached to Plaintiff's Motion as Exhibit A, within twenty (20) days of the date of this Order.

So Ordered.

Dated: October 30, 2014          _____
                                                RYA W. ZOBEL
                                                United States District Judge