UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES. | MDL No. 1:13-md-2419-RWZ |

## CONSENT MOTION TO ENTER STANDING ORDER GOVERNING CERTAIN PROCEDURAL ISSUES

The Plaintiffs' Steering Committee hereby moves the Court to enter a standing order governing certain procedural requests in the MDL proceeding, and in support thereof states the following:

1.  In the status conference held in this Court on September 18, 2014 the Court requested assistance from counsel about establishing a protocol for handling the large volume of "mechanical motions" that are being filed in this case.[1]

2.  The Plaintiffs' Steering Committee has prepared a proposed MDL Order No. 11 addressing certain procedural requests, including the following:

    a.  Motions to extend deadlines for discovery and for briefing;

    b.  Motions for leave to file replies and sur-replies; and

    c.  Motions for leave to exceed page limits.

3.  The proposed order reflects the efforts of the Plaintiffs' Steering Committee to reach out to all defense counsel in the MDL, including opportunities to review several drafts, and a telephone conference available to all interested parties and conducted on October 20, 2014.

---

[1] Transcript of Status Conference, September 18, 2014, p. 42.

Those defendants that raised objections to the original draft have given their consent to the filing of this motion and entry of the attached Order.

WHEREFORE, the Plaintiffs' Steering Committee hereby moves the Court to enter the attached Order.

Dated: October 31, 2014                    RESPECTFULLY SUBMITTED,

/s/ Patrick T. Fennell
Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

Thomas M. Sobol
Kristen Johnson
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: 617/482-3700
Facsimile: 617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415/956-1000
Facsimile: 415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: 248/557-1688
Facsimile: 248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
5 Concourse Parkway, # 2600
Atlanta, GA 30328
Telephone: 404/451-7781
Facsimile: 404/506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH &
JENNINGS, PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: 615/254-8801
Facsimile: 615/255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, Patrick T. Fennell, hereby certify that I caused a copy of the above *Consented to Motion to Enter Standing Order Governing Certain Procedural Issues* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to those parties by operation of the Court's CM/ECF system.

Dated: October 31, 2014                                          /s/Patrick T. Fennell
                                                                                       Patrick T. Fennell, VSB 40393