UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) All Suits Against the Saint Thomas Entities ) ) ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

## SAINT THOMAS ENTITIES' CERTIFICATE OF GOOD FAITH

In accordance with T.C.A. § 29-26-122, counsel for the Saint Thomas Entities[1] file this certification[2] that they have consulted with one (1) or more experts who have provided a signed written statement confirming upon information and belief they:

(a) Are competent under T.C.A. § 29-26-115 to express opinions in this case; and

(a) Believe, based upon the information reviewed concerning the care and treatment of Plaintiffs for the incidents at issue, that there is a good faith basis to allege fault against another consistent with the requirements of T.C.A. § 29-26-115.

None of the Saint Thomas Entities' counsel has been found to be in violation of T.C.A. § 29-26-122.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

[2] This certification is intended to apply to all cases in which the Saint Thomas Entities are named as defendants.

53707166.2

- 1 -

Dated: October 31, 2014

By their attorneys,

/s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

FULBRIGHT & JAWORSKI LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 31st day of October, 2014.

                                                      */s/ Sarah Kelly*
                                                      Sarah P. Kelly

2671415.1