The CleanRoom People



133 Commerce Street
East Berlin, CT 06023
T: 860-828-6361
F: 860-828-8879

# FAX MEMO

Date: November 22, 2005
To: Timothy O'Leary
Of: Porta-King
cc: JCE, RCK
Fax Number: 401.821.2196
Number of Pages: 2
From: GAPollick
Subject: Invoice No. PK 8719



At your request, attached is a punch list of items which cost Liberty Industries time, money, and reputation as we tried to install the Porta-King wall system in the NECC cleanroom project.

I think it is fair to say, especially since I sat across the table from the end user and listened to his comments, that the product you delivered for this project was in many ways reject able. However, as you know, the commitment to get a cleanroom up and running in a given time period sometimes forces us to work with the material delivered.

A result of trying to meet schedule was the need to endure the cost of putting up rejectable material and taking corrective actions to make it acceptable to the end user.

The list shows our estimate of the time and materials for which we think we should receive credit from Porta-King.

Please review Liberty's request and advise how to apply the credit we are due.

CONFIDENTIAL PROTECTED 005085