# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| _____ | ) | |
| | ) | MDL No. 2419 |
| THIS DOCUMENT RELATES TO: | ) | Dkt. No 1:13-md-2419 (RWZ) |
| | ) | |
| The cases listed in Exhibit A to the Ascension Parties' Global Motion to Dismiss | ) ) ) | |
| | ) ) | |

## <u>MOTION REQUESTING FED. R. CIV. P 54(b) CERTIFICATION</u>

Defendants Ascension Health and Ascension Health Alliance (collectively referred to as the "Ascension Parties") respectfully request that the Court certify, pursuant to FED. R. CIV. P. 54(b), that the Court's dismissal of vicarious liability claims against the Ascension Parties in its August 29, 2014 Order represents a final determination on those claims, finding no just reason for delay in rendering such final determination.  The Court's dismissal of vicarious liability claims applies to all cases brought by the Tennessee Plaintiffs against the Ascension Parties, as set forth in Exhibit A to the Ascension Parties' Global Motion to Dismiss (Dkt. No. 895-1), and fully reincorporated herein as Exhibit A to the instant Motion.

Dated: November 3, 2014

ASCENSION HEALTH AND ASCENSION HEALTH ALLIANCE

By their attorneys,

 */s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

FULBRIGHT & JAWORSKI LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

## <u>CERTIFICATE OF CONFERENCE</u>

I, Sarah P. Kelly, hereby certify that I e-mailed counsel concerning the PSC's position on this Motion, but I did not receive a response.

*/s/ Sarah P. Kelly*
Sarah P. Kelly

## <u>REQUEST FOR ORAL ARGUMENT</u>

Counsel for the Ascension Parties hereby requests a hearing to assist the Court in determining the issues raised by this Motion.

*/s/ Sarah P. Kelly*
Sarah P. Kelly

## <u>CERTIFICATE OF SERVICE</u>

This certifies that a true and accurate copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 3rd day of November, 2014

*/s/ Sarah P. Kelly*
Sarah P. Kelly

2670551.1