UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO:  )<br>)<br>All Cases  )<br>) | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ)<br><br>Judge Rya W. Zobel |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that attorney Nicholas R. Kennedy of McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, VA 23219, hereby notifies the Court and all counsel of his appearance as counsel for Defendant Insight Health Corp. in the above-captioned matter.

Respectfully submitted,

INSIGHT HEALTH CORP.

Dated: November 7, 2014   By: */s/ Nicholas R. Kennedy*
Nicholas R. Kennedy (BBO# 682936)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
nkennedy@mcguirewoods.com

*Counsel for Insight Health Corp.*

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing *Notice of Appearance* to be filed electronically via CM/ECF this 7th day of November, 2014, which will send a Notification of Electronic Filing (NEF) to all counsel of record registered to receive such notice.

*/s/ Nicholas R. Kennedy*
Nicholas R. Kennedy (BBO# 682936)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
nkennedy@mcguirewoods.com

*Counsel for Insight Health Corp.*

61995069_1