UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All Cases ) <br> ) | MDL No. 2419 <br> Dkt. No. 1:13-md-2419 (RWZ) <br><br> Judge Rya W. Zobel |

## MOTION FOR ADMISSION PRO HAC VICE OF LEO J.M. BOYD

Defendant Insight Health Corp. ("Insight"), by counsel, hereby moves that Leo J.M. Boyd be admitted *pro hac vice* in the above action. Pursuant to the procedures set forth in the Court's Order on Admission of Attorneys of January 30, 2014 [Dkt. 827], this motion is accompanied by the Affidavit of Leo J.M. Boyd (attached as Exhibit A).

Respectfully submitted,

Dated: November 7, 2014

By: */s/ Nicholas R. Kennedy*
Nicholas R. Kennedy (BBO# 682936)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
nkennedy@mcguirewoods.com

*Counsel for Insight Health Corp.*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Leo J.M. Boyd was filed electronically via CM/ECF this 7th day of November 2014, which will send a Notification of Electronic Filing (NEF) to all counsel of record registered to receive such notice.

*/s/ Nicholas R. Kennedy*
Nicholas R. Kennedy (BBO# 682936)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
nkennedy@mcguirewoods.com

*Counsel for Insight Health Corp.*

61876047_1