# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All Cases ) <br> _____ ) | MDL No. 2419 <br> Dkt. No. 1:13-md-2419 (RWZ) <br><br> Judge Rya W. Zobel |

### AFFIDAVIT OF LEO J.M. BOYD

This day came Leo J.M. Boyd, who, being duly sworn, does depose and state as follows:

1.  I am an attorney at the law firm of McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, Virginia 23219, and I represent Insight Health Corp. in the above-captioned actions.

2.  I am a member of the Virginia State Bar and admitted to practice law in the Virginia state courts, the U.S. District Courts for the Eastern and Western Districts of Virginia, and the U.S. Courts of Appeals for the Fourth and Fifth Circuits.

3.  I am a member in good standing of the bar in every jurisdiction where I am admitted to practice law, and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted to practice law.

4.  I have read the Local Rules of the United States District Court for the District of Massachusetts, and I am familiar with the Local Rules.

Further the affiant saith not.

1

WITNESS the following signatures and seals this 4th day of November, 2014:

_____
Leo J. M. Boyd, Esq. (VSB No. 39998)
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
lboyd@mcguirewoods.com

COMMONWEALTH OF VIRGINIA        :
                                :
CITY OF RICHMOND                :

Subscribed and sworn to by Leo J.M. Boyd before me, a Notary Public in and for the aforesaid jurisdiction, this 4th day of November, 2014.

☑ personally known to me  – OR –    ☐ proved to me on the basis of satisfactory evidence to be Leo J.M. Boyd whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and, that by his signature on the instrument, Leo J.M. Boyd executed the instrument.

Notary Public: _Randi W. Kitchen_

My Commission Expires: 01/31/2015



(Notary seal: RANDI W. KITCHEN, NOTARY PUBLIC, MY COMMISSION NUMBER 276367, COMMONWEALTH OF VIRGINIA)

2