# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA )
)
) ss.
)
EASTERN DISTRICT OF VIRGINIA )

I, FERNANDO GALINDO, Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division,

DO HEREBY CERTIFY that <u>Leo John McDermott Boyd</u>, ID #39998, was duly admitted to practice in said Court on <u>October 20, 1999</u> and is in good standing as a member of the bar of said Court.

FERNANDO GALINDO, CLERK

By: *Laurie Breeden*
Deputy Clerk

Dated at Richmond, Virginia
on <u>December 31, 2014</u>.