UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> This document relates to all cases and: ) <br> Handy (1:14-cv-14019-RWZ) ) <br> Armetta (1:14-cv-14022-RWZ) ) <br> Torbeck (1:14-cv-14023-RWZ) ) <br> Kashi (1:14-cv-14026-RWZ) ) <br> Bowman (1:14-cv-14028-RWZ) ) <br> Dreisch (1:14-cv-14029-RWZ) ) <br> Davis (1:14-cv-14033-RWZ) ) <br> Farthing (1:14-cv-14036-RWZ) ) | MDL No. 02419 <br> Docket No. 1:13-md-2419-RWZ |

## MOTION FOR ADMISSION PRO HAC VICE OF GREGORY K. KIRBY

Defendants Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C. ("Defendants"), by counsel, hereby moves that Gregory K. Kirby be admitted *pro hac vice* in the above action. Pursuant to the procedures set forth in the Court's Order on Admission of Attorneys of January 30, 2014 [Dkt. 827], this motion is accompanied by the Affidavit of Gregory K. Kirby (attached as Exhibit A).

Dated: November 10, 2014

Respectfully submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland  21204
(410) 938-8800
***Attorneys for Box Hill Surgery Center, L.L.C.,
Ritu T. Bhambhani, M.D., and Ritu T.
Bhambhani, M.D., L.L.C.***

2

**CERTIFICATE OF SERVICE**

I, Gregory K. Kirby, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on November 10, 2014.


/s/ Gregory K. Kirby
Gregory K. Kirby

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> This document relates to all cases and: ) <br> Handy (1:14-cv-14019-RWZ) ) <br> Armetta (1:14-cv-14022-RWZ) ) <br> Torbeck (1:14-cv-14023-RWZ) ) <br> Kashi (1:14-cv-14026-RWZ) ) <br> Bowman (1:14-cv-14028-RWZ) ) <br> Dreisch (1:14-cv-14029-RWZ) ) <br> Davis (1:14-cv-14033-RWZ) ) <br> Farthing (1:14-cv-14036-RWZ) ) | MDL No. 02419 <br> Docket No. 1:13-md-2419-RWZ |

### AFFIDAVIT OF GREGORY K. KIRBY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

After being duly sworn, the affiant, Gregory K. Kirby, testifies pursuant to the procedures for admission *Pro Hac Vice* set forth in the Court's Order of January 30, 2014, [Dkt. 827]:

1. I am an attorney with the law firm Pessin Katz Law, P.A., located at 901 Dulaney Valley Road, Suite 400, Towson, MD 21204.

2. I was admitted to the State Bar of Maryland in 2005.

3. I was admitted to practice before the U.S. District Court for the District of Maryland in 2006.

4. I was admitted to the District of Columbia Bar in 2007.

5. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

6. I represent the following parties in cases currently pending regarding New England Compounding Pharmacy, Inc., Case No. 1:13-md-2419: Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., Ritu T. Bhambhani, M.D., L.L.C.

7. My appearance is already entered *pro hac vice* for the limited purpose of addressing subpoena issues against my clients in attempts at pre-suit discovery by the Plaintiffs' Steering Committee, but now I seek an unlimited entry of appearance in the main docket/global action and as to the above listed actions only.

8. I have accessed the Local Rules for the U.S. District Court for the District of Massachusetts online in an effort to familiarize myself with the rules prior to appearing in relation to this matter.

9. If admitted, I agree to abide by all applicable laws and rules governing the conduct of attorneys in this court.

Further affiant saith not.

*/s/ Gregory K. Kirby*
Gregory K. Kirby

STATE OF MARYLAND   )
                    )
COUNTY OF BALTIMORE )

Sworn and subscribed to before me this 10th day of November, 2014.

*/s/ Renie R. Johnson*
Notary Public

My commission expires: 4/11/18

2