UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) This document relates to all cases and: ) Handy (1:14-cv-14019-RWZ) ) Armetta (1:14-cv-14022-RWZ) ) Torbeck (1:14-cv-14023-RWZ) ) Kashi (1:14-cv-14026-RWZ) ) Bowman (1:14-cv-14028-RWZ) ) Dreisch (1:14-cv-14029-RWZ) ) Davis (1:14-cv-14033-RWZ) ) Farthing (1:14-cv-14036-RWZ) ) | MDL No. 02419 Docket No. 1:13-md-2419-RWZ |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS BOX HILL SURGERY CENTER, L.L.C., RITU T. BHAMBHANI, M.D., AND RITU T. BHAMBHANI, M.D., L.L.C.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendants Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C. ("Defendants"), by and through their attorneys, hereby disclose that:

There is no "parent corporation" to any of the Defendants, and there is no "publicly held corporation" that owns 10% or more of Defendants' stock.

Dated: November 10, 2014

Respectfully submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
(410) 938-8800
*Attorneys for Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C.*

2

## CERTIFICATE OF SERVICE

I, Gregory K. Kirby, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on November 10, 2014.

/s/ Gregory K. Kirby
Gregory K. Kirby