UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) MDL. NO. 2419<br>) MASTER DOCKET NO. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO | )<br>) |
| All cases against Dr. O'Connell's Pain Care Centers, Inc., as Defendant | )<br>) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DR. O'CONNELL'S PAIN CARE CENTERS, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Defendant Dr. O'Connell's Pain Care Centers, Inc., by and through its attorneys, hereby discloses that:

There is no "parent corporation" to this Defendant, and there is no "publicly held corporation" that owns 10% or more of Defendants' stock.

Dated: November 12, 2014

Respectfully submitted
By its attorneys,

_____
Sean E. Capplis
Matthew R. Connors
CAPPLIS, CONNORS, & CARROLL, P.C.
18 Tremont Street, Suite 220
Boston, MA 02108
(617) 227-0722
scapplis@capplisandconnors.com
mconnors@capplisandconnors.com

## CERTIFICATE OF SERVICE

I, Sean E. Capplis, hereby certify that a copy of the foregoing document, filed through the CM/EMF system, will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic Filing (NEF) will be sent to these parties by operation of the CM/ECF system on November 12, 2014.

_____
Sean E. Capplis, Esq.