UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

13-md-2419-RWZ

In re:

NEW ENGLAND COMPOUNDING           Chapter 11
PHARMACY, INC.,                              Case No. 12-19882-HJB

            Debtor

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Federal Rule of Appellate Procedures, this Appellant, Darrel Cummings, alerts this **Honorable Court** to the following authority recently discovered that support the relief requested in *Ground 2* of the Creditor's amended motion before the Court:

**AMENDED
CREDITOR'S REPLY TO CHAPTER 11 TRUSTEE'S RESPONSE TO MOTION TO TRANSFER DEFENDANT(S) CEO BARRY CADEN, AND NEW ENGLAND COMPOUNDING CENTER, TO THE MULTI-DISTRICT LITIGATION COURT IN THE DISTRICT OF MASSACHUSETTS**

See attached supplemental authority:
  1). *IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., 2014 US Dist LEXIS 1132002014 U.S. Dist. LEXIS 113200 MDL No. 2419 August 12, 2014*

1

*Accord,* this Creditor respectfully submits this supplemental authority alerting this **Honorable Court** of the heretofore authorities that in supports the claims at bar in the above-styled case number(Case No: 12-19882-HJB). *See*, the annexed Exhibit("A").

### Certificate of service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY** has been furnished via facility and U.S. Mail to: Counsel for Paul D. Moore (Frederick H. Fern, Esq. and Judi Abbott Curry, Esq.) at 100 Wall Street, 23rd Floor, New York, New York 10005 and (Jeffrey D. Sternklar BB0#549561) at 100 High Street, Suite 2400, Boston, MA 02110-1724 on this 27th day of **October**, 2014, by the undersigned.

cc: United States District Court
Southern District of Florida

Darrel Cummings, #088532
South Bay Corr. Facility
Post Office Box 7171
South Bay, Florida 33493

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2014 US Dist LEXIS 1132002014 U.S. Dist. LEXIS 113200