# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *In re: New England Compounding Pharmacy, Inc.* | : | **MDL No. 1:13-md-2419** |
| *Products Liability Litigation* | : | |
| | : | |
| **This Document Relates to: New Jersey Actions** | : | |
| **Only** | : | |

## CERTIFICATE OF SERVICE

I, MICHAEL COREN, Esquire, hereby certify that I caused a copy of the Plaintiff's Letter Response to Motion of Premier Clinic Defendants [Dkt No. 1535] to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: November 12, 2014

MICHAEL COREN, ESQUIRE /s/
Michael Coren, Esquire