# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |
| This document relates to:<br>All Cases and<br><br>Handy (1:14-cv-14019-RWZ)<br>Armetta (1:14-cv-14022-RWZ)<br>Torbeck (1:14-cv-14023-RWZ)<br>Kashi (1:14-cv-14026-RWZ)<br>Bowman (1:14-cv-14028-RWZ)<br>Dreisch (1:14-cv-14029-RWZ)<br>Davis (1:14-cv-14033-RWZ)<br>Farthing (1:14-cv-14036-RWZ) | |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND/OR RESPONSIVE PLEADING

Defendants Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C. ("Defendants"), by undersigned counsel, hereby move for an extension of time until January 13, 2015 for Defendants to file an Answer or responsive pleading in the above cases, with the assent of counsel for the individual Plaintiffs in the above cases[1] and the Plaintiffs' Steering Committee,[2] and pursuant to the procedures set forth in MDL Order No. 11 dated November 4, 2014 [Dkt 1524].

Dated: November 14, 2014

Respectfully submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby

---

[1] Harry Roth, Esquire, and Michael Coren, Esquire in the *Handy* case, and Patricia Kasputys, Esquire and Sharon Houston, Esquire in the rest of the individual cases listed.

[2] Assent was provided by Kimberly Dougherty on behalf of the Plaintiffs' Steering Committee.

                        Pessin Katz Law, P.A.
                        901 Dulaney Valley Road, Suite 400
                        Towson, Maryland  21204
                        (410) 938-8800
                        ***Attorneys for Box Hill Surgery Center, L.L.C.,***
                        ***Ritu T. Bhambhani, M.D., and Ritu T.***
                        ***Bhambhani, M.D., L.L.C.***

## **CERTIFICATE OF SERVICE**

I, Gregory K. Kirby, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the plaintiffs in the above-referenced individual cases who assented to this motion, and will be sent to these parties by operation of the CM/ECF system on November 14, 2014.

/s/ Gregory K. Kirby
Gregory K. Kirby