# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
)           MDL No. 2419
)           Dkt. No. 1:13-md-2419 (RWZ)
THIS DOCUMENT RELATES TO: )
)           Judge Rya W. Zobel
All Cases )
)

## AFFIDAVIT OF LENA L. BUSSCHER

This day came Lena L. Busscher, who, being duly sworn, does depose and state as follows:

1. I am an attorney at the law firm of McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, Virginia 23219, and I represent Insight Health Corp. in the above-captioned actions.

2. I am a member of the Virginia State Bar and admitted to practice law in the Virginia state courts and the U.S. District Court for the Western District of Virginia.

3. I am a member in good standing of the bar in every jurisdiction where I am admitted to practice law, and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted to practice law.

4. I have read the Local Rules of the United States District Court for the District of Massachusetts, and I am familiar with the Local Rules.

Further the affiant saith not.

1

WITNESS the following signatures and seals this 14th day of November, 2014:

*[signature: Lena L. Busscher]*

Lena L. Busscher, Esq. (VSB No. 82353)
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
lbusscher@mcguirewoods.com

COMMONWEALTH OF VIRGINIA       :
                               :
CITY OF RICHMOND               :

Subscribed and sworn to by Lena L. Busscher before me, a Notary Public in and for the aforesaid jurisdiction, this 14th day of November, 2014.

☒ personally known to me   – OR –     ☐ proved to me on the basis of satisfactory evidence to be Lena L. Busscher whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and, that by her signature on the instrument, Lena L. Busscher executed the instrument.

Notary Public: *[signature: Terry Jean Prior]*
296579

My Commission Expires: September 30, 2016.

*[Notary seal: Terry Jean Prior, Notary Public, Reg #296579, My Commission Expires 9/30/2016, Commonwealth of Virginia]*

2