UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:   NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br>                                                      ) <br> This matter relates to:                        ) <br>                                                      ) <br>        All Actions                              ) <br>                                                      ) <br>                                                      ) | MDL No. 1:13-md-2419-RWZ |

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO
DOCKET NO. 1521, MOTION FOR FED. R. CIV. P 54(b) CERTIFICATION

On November 3, 2014, Ascension Health and Ascension Health Alliance, ("Ascension Parties") filed a Motion for Fed. R. Civ. P 54(b) Certification (Dkt. No. 1521, the "Motion").  Per the Court's MDL Order No. 11, dated November 4, 2014 (Dkt. No. 1524), the impacted parties, the Ascension Parties and the Plaintiffs' Steering Committee ("PSC") agreed to extend the time to file a response to the Motion until **December 1, 2014**.

Dated:  November 17, 2014               Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*


/s/ Yvonne K. Puig _____
Yvonne K. Puig
Fulbright & Jaworksi, LLP

1

98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701-4255
Ph: (512) 536 2450
Fax: (512) 536 4598
yvonne.puig@nortonrosefulbright.com

*Counsel for Ascension Health and Ascension Health Alliance*

**CERTIFICATE OF SERVICE**

      I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: November 17, 2014

                                                     **/s/ J. Gerard Stranch, IV**
                                                     J. Gerard Stranch, IV