UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

NEW ENGLAND COMPOUNDING
PHARMACY, INC.,

Chapter 11
Case No. 12-19882-HJB

Debtor

### NOTICE OF INQUIRY

COMES NOW the Plaintiff, Darrel Cummings, pro se, pursuant to Fed. R. Civ. Proc., and files this notice of inquiry and states the following in support:

1. On July 10, 2014, Creditor filed his **Amended Reply to Chapter 11 Trustee's Response to Motion to transfer Defendant(s) CEO Barry Caden, and New England Compounding Center, to the Multi-District Litigation Court in the District of Massachusetts**;

2. The Court has not said anything since that date.

Wherefore, the Creditor ask this Honorable Clerk of Court to forward to him the latest status pertaining to the above case number in this court; and include the Court's telephone number so that a hearing could be scheduled on the above mention matter.

Respectfully submitted,

Darrel Cummings DC# 088532
South Bay Correctional Facility
P. O. Box 7171
South Bay, FL 33493

Dated: November 4th, 2014