IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO ALL ACTIONS | Master Docket No.: 1:13-md-02419-RWZ |

## NOTICE OF WITHDRAW AS ATTORNEY

Pursuant to Local Rule 83.5.2 (c) of the United States District Court for the District of Massachusetts, I, Elisha Hawk, hereby withdraw my appearance as attorney and counsel of record on behalf of Plaintiffs in the above-captioned Multi-district litigation ("MDL").

I first entered my appearance on behalf of Plaintiffs Warren L. Smith and Karen F. Smith, 1:13-cv-10559. Since that time, my firm, Janet, Jenner & Suggs has filed additional cases in the above-captioned MDL. As I am leaving the employment of Janet, Jenner & Suggs on November 21, 2014, I will no longer represent Plaintiffs and my appearance must be withdrawn.

Attorney Kimberly Dougherty of the law firm Janet, Jenner & Suggs, LLC remains counsel of record in the above-captioned MDL on behalf of all Plaintiffs represented by Janet, Jenner & Suggs, and will continue diligently to represent Plaintiffs and to appear as counsel for Plaintiffs.

Dated: November 18, 2014

By: /s/ Elisha N. Hawk
    Elisha N. Hawk, Esq.
    Janet, Jenner & Suggs, LLC
    1777 Reisterstown Road, Ste. 165
    Baltimore, Maryland 21208
    Telephone (410) 653-3200

    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  I, Elisha N. Hawk, certify that a copy of this document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on November 18, 2014.

              By: /s/ Elisha N. Hawk