**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Tennessee Actions Against the St. Thomas Entities. | Judge Rya Zobel |

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF CORRECTED FILING OF DECLARATION IN SUPPORT OF PSC'S MOTION TO COMPEL THE ST. THOMAS ENTITIES TO RESPOND TO CERTAIN INTERROGATORIES**

The Plaintiffs' Steering Committee (the "PSC") gives notice to the Court and all parties that, pursuant to Local Rule 7.1(b)(1) and Federal Rule of Civil Procedure 56(d), the PSC inadvertently filed the Declaration of Benjamin A. Gastel in support of the PSC's Motion to Compel St. Thomas Entities' Insurance Agreements, instead of the Declaration of Benjamin A. Gastel in support of the Plaintiffs' Steering Committees Motion to Compel the St. Thomas Entities to  Respond to Certain Interrogatories. Dkt. Entry No. 1552.  This was due to a clerical error when the PSC filed the document via the Court's ECF system.  The correct Declaration is attached  as Exhibit 1 to this Notice.  Because only the incorrect declaration was filed, not the exhibits to that declaration, the exhibits attached to the previously filed Declaration at DE # 1552 remain applicable.

Dated:  November 24, 2014                                   Respectfully submitted,

                                                                                   **/s/ Benjamin A. Gastel**
                                                                                   J. Gerard Stranch, IV
                                                                                   Benjamin A. Gastel
                                                                                   BRANSETTER, STRANCH & JENNINGS PLLC

227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiff's Steering Committee and TN State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcentercom

2

        Kim Dougherty
        JANET, JENNER & SUGGS, LLC
        31 St. James Avenue, Suite 365
        Boston, MA  02116
        Telephone:  (617) 933-1265
        kdougherty@myadvocates.com

        Patrick T. Fennell
        CRANDALL & KATT
        366 Elm Avenue, S.W.
        Roanoke, VA  24016
        Telephone:  (540) 342-2000
        pfennel@crandalllaw.com

        Mark Zamora
        ZAMORA FIRM
        6 Concourse Way, 22nd Floor
        Atlanta, GA  30328
        Telephone:  (404) 451-7781
        Facsimile:  (404) 506-9223
        marc@markzamora.com


        *Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

      I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: November 24, 2014

                                              **/s/ Benjamin A. Gastel**
                                              Benjamin A. Gastel