IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
MDL 1:13-md-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

**This Document Also Relates to:**
**Pinkstaff, et al, v. Ameridose, LLC, et al., 1:14-cv-13719**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel of record for the plaintiffs, Robert Pinkstaff, Donna Tuley, William Tuley, Randall Forster and Jarrod Whirley.

Respectfully submitted,

/s/ D. Tysen Smith II
D. Tysen Smith II
DOLT, THOMPSON, SHEPHERD & KINNEY, PSC
13800 Lake Point Circle
Louisville, KY 40223
(p)502-244-7772
(f) 502-244-7776
tsmith@kytrial.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      Pursuant to Local Rules 5.2(b)(2) and 5.4, and 56.1 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certified that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on November 25, 2014.

                              /s/ D. Tysen Smith II
                              D. Tysen Smith II