# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) All Cases ) | MDL No.: 2419<br>Dkt No. 1:13-md-2419 (RWZ)<br><br>Judge Rya W. Zobel |

## MOTION FOR PRO HAC VICE OF MEGAN A. CARRICK

Defendant, Specialty Surgery Center, PLLC, by counsel, hereby moves that Megan A. Carrick be admitted *pro hac vice* as counsel for Specialty Surgery Center, PLLC, in the above action. Pursuant to the procedures set forth in the Court's Order on Admission of Attorneys of January 30, 2014 [Dkt. 827], this motion is accompanied by Affidavit of Megan A. Carrick (attached as Exhibit A), and Certificate of Good Standing (attached as Exhibit B).

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

***Attorneys for the Tennessee Clinic Defendants***

---

*Admitted pursuant to MDL Order No. 1
**Admitted *pro hac vice*

1

ST Specialty Sx Ctr Johnson Mtn Pro Hac (MAC) 141120

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be served via electronic mail or regular US mail to those participants identified as unregistered this the 25th day of November, 2014.

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**Chris J. Tardio**