# EXHIBIT B

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **KEITH THROCKMORTON,** Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that **Megan A. Carrick** was duly admitted to practice in said Court on **April 3, 2012,** and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on November 20, 2014.

KEITH THROCKMORTON,  CLERK

By: _Jeanne W. Cox_
Jeanne W. Cox, Deputy Clerk