# EXHIBIT B

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that **Kent Ellis Krause** was duly admitted to practice in said Court on **November 22, 1978,** and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on November 20, 2014.

KEITH THROCKMORTON, CLERK

By: *Jeanne W. Cox*
Jeanne W. Cox, Deputy Clerk