UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES. | MDL No. 1:13-md-2419-RWZ |

ORDER SCHEDULING CERTAIN MOTIONS FOR ORAL ARGUMENT

Pursuant to the motion filed by the Plaintiffs' Steering Committee, oral arguments on the following will be heard at the status conference currently scheduled for December 4, 2014 starting at 2:00 p.m.:[1]

1. PSC's Motion to Compel the St. Thomas Entities to Respond to Certain Interrogatories [Doc. 1549].

   a. PSC's Memorandum in Support [Doc. 1550]

   b. PSC's Notice of Filing of Declaration [Doc. 1551]

   c. PSC's Declaration [Doc. 1552]

   d. PSC's Corrected Declaration [Doc. 1555]

2. Encino Outpatient Surgery Center, Inc. Motion to Dismiss for Lack of Jurisdiction and Insufficient Service of Process [1:14-cv-12884, *Luna-Wynstock* Doc. 22].

   a. Plaintiff's Opposition [*Luna-Wynstock* Doc. 30]

   b. Encino Reply [*Luna-Wynstock* Doc. 33]

---

[1] By separate Order, the Court has already scheduled PSC's Motion to Compel Production of Insurance Agreements for oral argument at a status conference before the Hon. Jennifer C. Boal, United State Magistrate Judge, on December 4, 2014 at 11:30 a.m. See Doc. 1468 (PSC's Motion to Compel Production of Insurance Agreements), Doc. 1469 (PSC's Memorandum in Support), Doc. 1470 (PSC's Declaration), Doc. 1494 (St. Thomas Entities' Response in Opposition), and Doc. 1506 (setting matter for oral argument).

3.      Jeffrey B. Glaser, M.D. and Jeffrey B. Glaser, M.D., Medical Corporation d/b/a Glaser Pain Institute's Motion to Dismiss [*Luna-Wynstock* Doc. 27, 28 and 29].

      a.      Plaintiffs' Opposition [*Luna-Wynstock* Doc. 34]

      b.      Jeffrey B. Glaser, M.D. and Jeffrey B. Glaser, M.D., Medical Corporation d/b/a Glaser Pain Institute's Reply [*Luna-Wynstock* Doc. 36]

      c.      Plaintiffs' Sur-reply [*Luna-Wynstock* Doc. 37]

4.      Motion for Summary Judgment by Hahnemann University Hospital, Pain Care Professionals-Pain Center at Hahnemann, Tenent Healthsystem Hahnemann, LLC [1:14-cv-10434, *King* Doc. 16].

      a.      Plaintiff's Response in Opposition to Motion for Summary Judgment [*King* Doc. 21]

      b.      Letter/request (non-motion) from Plaintiff Norma King for extension of time to secure new counsel [*King* Doc. 26]

IT IS SO ORDERED.

_____
RYA W. ZOBEL, JUDGE

DATE: November _____, 2014.