**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>v.<br><br>This Document Relates To:<br><br>All Cases | MDL No. 2419<br>Master Docket: 1:13-md-2419-RWZ |

**LIBERTY INDUSTRIES, INC.'S OPPOSITION TO PLAINTIFFS' STEERING COMMITTEE'S AMENDED MOTION TO SCHEDULE ORAL ARGUMENT ON CERTAIN MOTIONS FOR STATUS CONFERENCE ON DECEMBER 4, 2014**

Liberty Industries, Inc. ("Liberty") hereby opposes the Plaintiffs' Steering Committee's ("PSC") Amended Motion to Schedule Oral Argument on Certain Motions for Status Conference on December 4, 2014 ("Amended Motion"). In support thereof, Liberty states that no oral argument should be held on the motions set forth in the PSC's Amended Motion unless oral argument is held on all motions that have been fully-briefed by the time of the status conference on December 4, 2014. The PSC should not be permitted to set the timetable for hearings on the various motions by cherry-picking those that it wants to be heard at a particular status conference.

WHEREFORE, Liberty respectfully requests that the Court deny the PSC's Amended Motion to Schedule Oral Argument on Certain Motions for Status Conference on December 4, 2014.

<table>
<tr><td></td><td>Respectfully submitted,<br>LIBERTY INDUSTRIES, INC.,<br>By its attorneys,</td></tr>
<tr><td></td><td>/s/ Peter G. Hermes<br>Peter G. Hermes, BBO No. 231840<br>phermes@hermesnetburn.com<br>Scott S. Spearing, BBO No. 562080<br>sspearing@hermesnetburn.com<br>Kara A. Loridas, BBO No. 681727<br>kloridas@hermesnetburn.com<br>HERMES, NETBURN, O'CONNOR<br>   & SPEARING, P.C.<br>265 Franklin Street, 7th Floor<br>Boston, MA 02110<br>(617) 728-0050 (T)</td></tr>
<tr><td>Dated:  November 26, 2014</td><td>(617) 728-0052 (F)</td></tr>
</table>

**CERTIFICATE OF SERVICE**

      Pursuant to Local Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on November 26, 2014.

                                          /s/ Peter G. Hermes
                                          Peter G. Hermes

G:\DOCS\KAL\Liberty Industries\Pleadings\Oppn. PSC Mot. Oral Argument.docx