# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>v.<br><br>This Document Relates To:<br><br>All Cases | MDL No. 2419<br>Master Docket: 1:13-md-2419-RWZ |

### ORDER SCHEDULING ORAL ARGUMENT

The Court hereby orders that oral argument on following motion will be held at the status conference on December 4, 2014 commencing at 2:00 p.m.:

    1.    Plaintiffs' Steering Committee's ("PSC") Rule 56(d) Response to Liberty's Omnibus Motion for Summary Judgment in Cases Filed by Plaintiffs Injected in Indiana [Dkt. No. 1518].

        a.    PSC's Notice of Filing of Declaration [Dkt. No. 1519].

        b.    Liberty's Opposition [Dkt. No. 1544].

IT IS SO ORDERED.

_____        _____
        DATE                                                              RYA W. ZOBEL
                                                                      UNITED STATES DISTRICT JUDGE