The CleanRoom People



133 Commerce Street
East Berlin, CT 06023
T: 860-828-6361
F: 860-828-8879

## FAX MEMO

Date: May 25, 2007
To: John Blake
Of: American Conveyor
Fax Number: 508.278.3393
Number of Pages: 3
From: GAPollick
Subject: Ameridose Pass Thru



We have built and are shipping to Ameridose a box which is considered by us to be temporary in nature as shown on the attached sketches.

Our plan is to:

1) Add a vertical sliding door to the cleanroom side which will automatically open when it senses product. The sliding door opening space will be the same as the box, 22" w x 19" h.

2) The internal base, item 2, in the box we built is removable. Therefore, a conveyor can be fabricated that would sit on the box base which is shown as item 3.

As you are aware the concept works. The decision as to how and when to proceed belongs to the customer.

Call me at 860.828.2629 with questions.

Phone 508.278.0033

GAPollick



EXHIBIT 17

CONFIDENTIAL PROTECTED 003489



## INDEX:

①  – CONSTRUCTED OF 16 GA. 304 STAINLESS STEEL, 2B FINISH

②  – PASS THRU PAN, CONSTRUCTED OF 16 GA 304 STAINLESS STEEL

③  – PASS THRU BASE, CONSTRUCTED OF 11 GA 304 STAINLESS STEEL

CONFIDENTIAL PROTECTED 003490



CONFIDENTIAL PROTECTED 003491



CONFIDENTIAL PROTECTED 009025



CONFIDENTIAL PROTECTED 003492

