Date:  August 17, 2006
To: GAP, RCK
From: JCE
Re:  NECC #2 – Ameridose / Punch list items

Derrick & Derrick of Gardener Engineering and I where at the facility on August 11th, 2006 to complete the punch list items provided to Liberty Industries by NECC on July 11th, 2006.

To respond best to the punch list, please refer to the Excel spreadsheet attached for the numeric list and descriptions.

1. Completed on Aug 11th.
2. No work to be provided, sealing the door will not be required. Nothing to be corrected. Unable to make corrections, would require door replacement.
3. Completed on Aug 11th.
4. Completed on Aug 11th.
5. To be corrected by NECC.
6. Repair vinyl materials on site with scheduling at the conveyance of NECC. Wallpaper contractor has been selected by NECC
7. Painted wall areas are covering Victory's damages.  This is a tinted primer that is intended to eliminate a white flash coming from white primer and seals the wall spackle from contaminating the cleanroom. The wall will be repaired by vinyl wall paper. Repair vinyl materials on site with scheduling at the conveyance of NECC and there wallpaper hanger.
8. Completed on July 13,2006
9. Completed on July 13, 2006
10. All ceiling tiles are secure.  Completed on July 13, 2006.
11. Four (4) windows were reversed during installation.  Windows cannot be reversed. Without lengthy cleanroom down time for repair.  Needs to be negotiated with NECC.
12. There is an increasing space from bottom to top along the hinged side of the door. This is the way the door was manufactured and no possibility of adjustment. **If** NECC requests a new door, I would not considerate questioning it.  Just order a replacement door.  PortaFab covers the cost of the door and installation.
13. Not LII.  Door has a scratch on the latch set side of the door jamb.  The measurement fits up with the sink that was installed by the plumber.  Extra paint was left with NECC for assorted touch-ups.  Steve Higgins knows that we (Liberty / Gardner) are not responsible.  This should not be on our punch list.
14. The black window seal in the entry door was poorly installed.  It is of my opinion that we received a bad door from PortaFab.  **If** NECC requests a new door, I would not considerate questioning it.  Just order a replacement door.  PortaFab covers the cost of the door and installation.
15. Completed on Aug. 11, 2006
16. Completed on Aug. 11, 2006



EXHIBIT
16
PENGAD 800-631-6989

17. The Stanley Door Company did a below average caulking around their door. There is no way to repair the existing caulking. The only repair is to add more caulking and smooth over the existing area.  If this needs to be done, then Stanley needs to be called back to the site.
18. The color difference in wall studs.  Only correction would be to disassemble the walls and reinsert a new stud.
19. Completed on Aug. 11, 2006
20. Reviewed the shaking motor. All bolts are tight nothing is loose, but the motor is on a flimsy bracket which seems to be structurally undersized (factory issue). LII would have to design and add brackets as required.
21. Completed.
22. Completed.
23. Scratches / marks were found under the phone.  Not an LII item to fix.
24. Mitered joints have been painted to improving and making them less noticeable. Need to negotiate with NECC.
25. There are eight (8) to ten (10) studs that are an off shade in color to the existing remaining studs in the room.  No correction can be made without decommissioning the cleanroom. Need to negotiate with NECC.
26. Not the responsibility of LII / Gardner.
27. Mitered joints have been painted to improving and making them less noticeable. Need to negotiate with NECC.
28. Stanley door company did a below average caulking around there door.  There is no way to repair the existing caulking. The only repair is to add more caulking and smooth over the existing area. If this needs to be done, then Stanley needs to be called back to the site.
29. Completed.

CONFIDENTIAL PROTECTED 009309