UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>     All Cases | )<br>)<br>)<br>) MDL No. 1:13-md-2419-RWZ<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF JOINT NEW ENGLAND
COMPOUNDING CENTER, INC. CHAPTER 11 PLAN**

Paul D. Moore, Chapter 11 Trustee (the "Trustee") of New England Compounding

Center, Inc. ("NECC"), and the Official Committee of Unsecured Creditors of NECC (the

"Committee", and together with the Trustee, the "Plan Proponents"), hereby give notice of the

*Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.* (the "Plan") filed in the

United States Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court") on

December 3, 2014.

For the convenience of parties, copies of the Plan and the related disclosure statement

(the "Disclosure Statement") are attached hereto as Exhibits A and B, respectively.  The Plan and

Disclosure Statement remain subject to further revision, and neither of them have been approved

or reviewed by the Bankrutpcy Court.  Under applicable law, acceptance or rejection of such

Plan cannot be solicited, and is not hereby solicited, by the Plan Proponents, absent prior

approval by the Bankruptcy Court.

Dated:   December 4, 2014

By their attorneys,

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO #542156)
DUANE MORRIS LLP
100 High Street
Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200
Email: mrgottfried@duanemorris.com

*Counsel for Paul D. Moore, Chapter 11 Trustee
of New England Compounding Pharmacy, Inc.
d/b/a New England Compounding Center*

/s/ David J. Molton
David J. Molton, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com

and

Kiersten A. Taylor, Esq.
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
ktaylor@brownrudnick.com

*Counsel to the Official Committee of Unsecured
Creditors of New England Compounding
Pharmacy, Inc.*

2

<u>**Certificate of Service**</u>

I, Michael R. Gottfried, hereby certify that on this day, December 4, 2014, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ *Michael R. Gottfried*
Michael R. Gottfried