UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:14-cv-10434-RWZ

MDL NO. 13-02419-RWZ

NORMA KING

v.

NEW ENGLAND COMPOUNDING PHARMACY, INC. A/K/A AND/OR D/B/A NEW ENGLAND COMPOUNDING CENTER;

AMERIDOSE, LLC;

ALAUNUS PHARMACEUTICAL, LLC;

HAHNEMANN UNIVERSITY HOSPITAL;

TENET HEALTHSYSTEM HAHNEMANN, LLC; and

PAIN CARE PROFESSIONALS-PAIN CENTER AT HAHNEMANN

### JUDGMENT

The Court, upon due notice and consideration, having ALLOWED Defendants Tenet HealthSystem Hahnemann, LLC, Hahnemann University Hospital and Pain Care Professionals-Pain Center At Hahnemann's Motion For Summary Judgment Pursuant to Fed. R. Civ. P. 56, hereby enters FINAL JUDGMENT IN FAVOR OF DEFENDANTS New England Compounding Pharmacy, Inc., Ameridose, LLC, Alaunus Pharmaceutical, LLC, Tenet HealthSystem Hahnemann, LLC, Hahnemann University Hospital, and Pain Care Professionals-Pain Center At Hahnemann as to all Counts of Plaintiff Norma King's complaint.

_December 4, 2014_
DATE

_[signature]_