IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | : : : | Document Electronically Filed<br><br>MDL No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO<br>Garcia v. Inspira Health Network Inc., et al<br>Docket No.:  1:14-cv-14084-RWZ | : : : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

      Kindly enter my appearance on behalf of Plaintiffs, Jocelyn Garcia and Juan Garcia in connection with the above-referenced matters.

                **SOLOFF AND ZERVANOS**

                /s/ Jeffrey P. Fritz
                _____
                BY:   Jeffrey P. Fritz, Esquire

DATED:      December 5, 2014

## CERTIFICATE OF SERVICE

Pursuant to Local Rules 5.2(b) (2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first class mail to those indicated as non-registered participates if any, on December 5, 2014.

**SOLOFF AND ZERVANOS**

*/s/ Jeffrey P. Fritz*

_____

BY:   Jeffrey P. Fritz, Esquire

DATED:   December 5, 2014