# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | : : : | Document Electronically Filed<br><br>MDL No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO<br>Bane v. Inspira Health Network Inc., et al<br>Docket No.:  1:14-cv-13599-RWZ | : : : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter my appearance on behalf of Plaintiffs, James Bane and Joanne Bane, in connection with the above-referenced matters.

**SOLOFF AND ZERVANOS**

/s/ Jeffrey P. Fritz
_____
BY:   Jeffrey P. Fritz, Esquire

DATED:        December 5, 2014

## CERTIFICATE OF SERVICE

      Pursuant to Local Rules 5.2(b) (2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first class mail to those indicated as non-registered participates if any, on December 5, 2014.

                                         **SOLOFF AND ZERVANOS**

                                          */s/ Jeffrey P. Fritz*

                                          BY:    Jeffrey P. Fritz, Esquire

DATED:    December 5, 2014