UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>　　All Cases | )<br>)<br>)<br>) MDL No. 1:13-md-2419-RWZ<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF (I) BANKRUPTCY COURT
HEARING ON JOINT MOTION TO APPROVE THE
DISCLOSURE STATEMENT CONCERNING THE JOINT
CHAPTER 11 PLAN OF NEW ENGLAND COMPOUNDING
CENTER, INC. AND (II) DEADLINE TO OBJECT THERETO**

Paul D. Moore, Chapter 11 Trustee (the "Trustee") of New England Compounding Center, Inc. ("NECC"), and the Official Committee of Unsecured Creditors of NECC (the "Committee", and together with the Trustee, the "Plan Proponents"), hereby give notice of the date of the hearing on, and the objection deadline with respect to, their joint motion (the "Disclosure Statement Motion") for an order approving the disclosure statement (the "Disclosure Statement") concerning the *Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.* (the "Plan").

The Disclosure Statement Motion was filed in the United States Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court") on December 3, 2014. The hearing on the Disclosure Statement Motion will be held on **February 24, 2015 at 10:00 a.m.** before the Honorable Judge Henry J. Boroff United States Courthouse, 300 State Street, Berkshire Courtroom, Third Floor, Springfield, MA 01105-2924. Any and all objections/responses to the Disclosure Statement Motion must be filed by **February 17, 2015.**

For the convenience of parties, a copy of the Bankruptcy Court's notice of the hearing on the Disclosure Statement Motion is attached hereto as Exhibit A. The Plan and Disclosure

Statement are attached as Exhibits A and B, respectively, to Document Number 1573, filed herein on December 4, 2014.

*[Remainder of page intentionally left blank]*

Dated: December 8, 2014  By their attorneys,

*/s/ Michael R. Gottfried*
Michael R. Gottfried (BBO #542156)
DUANE MORRIS LLP
100 High Street
Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200
Email: mrgottfried@duanemorris.com

*Counsel for Paul D. Moore, Chapter 11 Trustee of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center*

*/s/ David J. Molton*
David J. Molton, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com

and

Kiersten A. Taylor, Esq.
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
ktaylor@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors of New England Compounding Pharmacy, Inc.*

## Certificate of Service

I, Michael R. Gottfried, hereby certify that on this day, December 8, 2014, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

                                                                                /s/ *Michael R. Gottfried*
                                                                                Michael R. Gottfried