UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL No. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.,
PRODUCTS LIABILITY LITIGATION

THE VIRGINIA ACTIONS

ORDER

December 9, 2014

ZOBEL, D.J.

In light of the great effort expended in the mediation of these cases by the parties, counsel and the mediators, and in anticipation that a plenary session with the court will achieve settlement, it is ordered that all parties and counsel attend a settlement conference with the court and the mediators at the United States District Court, Boston, Massachusetts, Courtroom 12 on December 19, 2014, at 9:00 a.m.

Every party shall attend by counsel and, if counsel does not have authority to bind the client, an ultimate decision maker who can decide on a real time basis.


   December 9, 2014                                  /s/Rya W. Zobel
          DATE                                        RYA W. ZOBEL
                                                UNITED STATES DISTRICT JUDGE