

T 617.482.3700   F 617.482.3003

Kristen A. Johnson
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 CAMBRIDGE PARKWAY, SUITE 301
CAMBRIDGE, MA  02142
www.hbsslaw.com
**Direct (617) 475-1961**
kristenj@hbsslaw.com

December 9, 2014

**VIA ECF**

The Honorable Jennifer C. Boal
United States Magistrate Judge
District of Massachusetts
John Joseph Moakley Federal Courthouse
1 Courthouse Way, 5th Floor
Boston, MA  02210

  Re: *In re New England Compounding Pharmacy, Inc. Products Liability Litigation,* Master Dkt.: 1:13-md-02419-RWZ; MDL No. 2419

Dear Judge Boal:

  I write on behalf of the Plaintiffs Steering Committee ("PSC") to respectfully withdraw the PSC's earlier request (ECF No. 1574) that Your Honor consider serving as either a special master or as Magistrate hearing appeals from the Settlement Administrator's determinations on victims' claims made in the NECC settlement.

  While we greatly appreciate Your Honor's willingness to explore this possibility, the issues you raised at the December 4, 2014 hearing – and some comments we received afterwards – caused us to reconsider our original request.  Upon such reconsideration, the PSC (with the Trustee's agreement) has opted to eliminate any concerns over your appointment by retaining the services of a private special master to resolve any such appeals.

  Again, the PSC appreciates Your Honor's willingness to consider the original request, and the time and attention you have devoted to the issues attendant to our proposal.

        Sincerely,

        **/s/ Kristen A. Johnson**
        Kristen A. Johnson
        HAGENS BERMAN SOBOL SHAPIRO LLP
        55 Cambridge Parkway, Suite 301
        Cambridge, MA  02142
        (617) 482-3700
        kristenj@hbsslaw.com

KAJ/lf