UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Identified In Dkt. Nos. 1401, 1471, 1472, & 1473 and The PSC's Previous Response Dkt. No. 1518 & 1519. | Judge Rya Zobel |

**THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO SEAL SUPPLEMENTAL RESPONSE TO LIBERTY INDUSTRIES INC.'S OMNIBUS MOTION FOR SUMMARY JUDGMENT IN CASES FILED BY PLAINTIFFS <u>INJECTED IN INDIANA</u>**

Pursuant to the Third Amended Protective Order of Confidentiality [Dkt. No. 814] ("Protective Order"), the Plaintiffs' Steering Committee (the "PSC") hereby moves to file its Supplemental Response to Liberty's Omnibus Motion for Summary Judgment and Exhibits thereto under seal.  In support thereof, the PSC states as follows:

The PSC deposed two Liberty employees on November 18, 2014.  The PSC incorporates testimony from these depositions into its Supplemental Response To Liberty Industries Inc.'s Omnibus Motion For Summary Judgment in Cases Filed by Plaintiffs Injected in Indiana.  Further, the PSC attaches excerpts from a deposition transcript in support.

The time for Liberty's counsel to designate all or portions of those deposition transcripts has not yet run.  Under the Protective Order, the entire text of the deposition, including all testimony therein and exhibits thereto, shall be treated as confidential.  *See* Protective Order, ¶ 4(F).

Out of an abundance of caution, the PSC therefore seeks leave to file its supplemental response and attached deposition excerpts under seal.  A redacted version of the PSC's Supplemental Brief and its exhibits will be filed with the Court via ECF.   Unredacted copies will be submitted by hand to the Court for review.

WHEREFORE, the PSC respectfully requests this Court accept for filing under seal the PSC's Supplemental Brief and its exhibit.

Dated: December 9, 2014                                Respectfully submitted,

**/s/ Kristen A. Johnson**
Thomas M. Sobol (BBO # 471770)
Kristen A. Johnson (BBO # 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone: 615.313.9000
Facsimile: 615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344
marc@liptonlawcentercom

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365

Boston, MA 02116
Telephone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA 30328
Telephone: (404) 451-7781
Facsimile: (404) 506-9223
marc@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com
*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 9, 2014, a true and exact copy of the foregoing was filed with this the Clerk of the Court using the ECF system that sent a notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

/s/ **Kristen A. Johnson**
Kristen A. Johnson (BBO # 667261)