**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | |
| This matter relates to: ) ) | MDL No. 1:13-md-2419-RWZ |
| All Actions ) ) ) | |

**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO DOCKET NO. 1567, MOTION FOR CLARIFICATION REGARDING MOTION FOR SUMMARY JUDGMENT**

On October 6, 2014, Saint Thomas Health, Saint Thomas Hospital West f/k/a Saint Thomas Hospital, Saint Thomas Network, (collectively "St. Thomas Entities") filed a Motion Clarification (Dkt. No. 1567) regarding Liberty Industry, Inc.'s Motion for Summary Judgment (Dkt. No. 1471, the "Motion").  Per the Court's MDL Order No. 11, dated November 4, 2014 (Dkt. No. 1524), the impacted parties and the Plaintiffs' Steering Committee ("PSC") agreed to extend the time to file a response to the Motion until **December 19, 2014**.

Dated:  December 15, 2014           Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

1

/s/ Yvonne K. Puig _____
Yvonne K. Puig
Fulbright & Jaworksi, LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701-4255
Ph: (512) 536 2450
Fax: (512) 536 4598
yvonne.puig@nortonrosefulbright.com

*Counsel for St. Thomas Entities*

**CERTIFICATE OF SERVICE**

      I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: December 15, 2014

                                          **/s/ J. Gerard Stranch, IV**
                                          J. Gerard Stranch, IV