UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

ORDER

December 17, 2014

ZOBEL, D.J.

Plaintiffs' Rule 56(d) response (Docket # 1518) to Liberty Industries, Inc.'s ("Liberty") motion for summary judgment (Docket # 1471) is DENIED. Given the time pressures in this matter, plaintiffs shall file any substantive opposition to Liberty's motion for summary judgment by December 22, 2014.

| December 17, 2014 | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |