UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) |
| _____ | )<br>) |
| THIS DOCUMENT RELATES TO: | ) MDL No. 2419<br>) Dkt. No 1:13-md-2419 (RWZ) |
| All Suits Against the Saint Thomas Entities | )<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION REGARDING REPLY TO PSC'S OPPOSITION TO SAINT THOMAS ENTITIES' MOTION FOR CLARIFICATION REGARDING LIBERTY INDUSTRIES, INC.'S SUMMARY JUDGMENT BRIEFING**

On December 1, 2014, Saint Thomas West Hospital f/k/a St. Thomas Hospital, Saint Thomas Health, and Saint Thomas Network (the "Saint Thomas Entities") moved this Court for clarification to expressly note in its order adjudicating Liberty Industries, Inc.'s Motion for Summary Judgment that such order has no effect on the comparative fault allegations of the Saint Thomas Entities, or in the alternative, to provide the Saint Thomas Entities with an opportunity to participate in briefing after they had been provided an opportunity to obtain further discovery.  *See* Dkt. No. 1567.  On December 19, 2014, the PSC filed its opposition to the Saint Thomas Entities' Motion for Clarification.  *See* Dkt. No. 1604.  The impacted parties, which consist of the PSC and the Saint Thomas Entities, agree to the Saint Thomas Entities' request to file a reply to the PSC's opposition.

- 2 -

Dated: December 22, 2014

Respectfully submitted,

 /s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

FULBRIGHT & JAWORSKI LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

*Counsel for Saint Thomas Entities*

*/s/ Benjamin A. Gastel*
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

- 4 -

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 22nd day of December, 2014.

                      */s/ Sarah Kelly*
                       Sarah P. Kelly