

Roberto M. Braceras
617.570.1895
rbraceras@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

November 17, 2014

**VIA ELECTRONIC MAIL AND FIRST CLASS MAIL**

Peter G. Hermes
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street
7th Floor
Boston, MA  02110

Re:    *In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation,*
       **1:13-md-02419-RWZ**

Dear Peter:

As we have discussed, we do not believe that the three hours that have been scheduled for the depositions of your clients, Jeffrey Erickson and Robert Kaiser of Liberty Industries, will be sufficient for all parties (including our own client, UniFirst Corporation) to conclude their questioning.  Accordingly, you have agreed that Liberty will hold these two depositions open so that UniFirst may question Mr. Erickson and Mr. Kaiser at a later date.

Thank you for your cooperation and flexibility in this regard.

Very truly yours,

Roberto M. Braceras


cc:    James C. Rehnquist, Esq.
       Abigail K. Hemani, Esq.