UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Identified In Dkt. Nos. 1401, 1471, 1472, & 1473 and The PSC's Previous Response Dkt. No. 1518 & 1519. | |

**THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO FILE UNDER SEAL ITS OPPOSITION TO LIBERTY INDUSTRIES, INC.'S OMNIBUS MOTION FOR SUMMARY JUDGMENT IN CASES FILED BY PLAINTIFFS INJECTED IN INDIANA PURSUANT TO THE THIRD AMENDED PROTECTIVE ORDER**

NOW COMES the Plaintiffs' Steering Committee (the "PSC"), pursuant to the Third Amended Protective Order of Confidentiality [Dkt. No. 814] ("Protective Order"), and hereby moves to file certain documents under seal in accordance with the requirements and procedures of the Protective Order. In support thereof, the PSC states as follows:

The PSC deposed two Liberty employees on November 18, 2014. The PSC incorporates confidential documents and testimony regarding those documents into its Opposition To Liberty Industries, Inc.'s Omnibus Motion for Summary Judgment in Cases Filed by Plaintiffs Injected in Indiana. Further, the PSC attaches as support to its Opposition excerpts from a deposition transcript which under the Protective Order could be considered confidential.

Liberty's counsel has not yet responded with designations of confidentiality to the transcripts. Under the Protective Order, the entire text of the deposition, including all testimony therein and exhibits thereto, shall be treated as confidential for thirty days. *See* Protective Order, ¶ 4(F). The Protective Order does not contemplate what the effect is of counsel not providing designations. Accordingly, out of caution, the PSC respectfully seeks leave to file under seal.

A redacted version of the PSC's Opposition will be filed with the Court and unredacted copies will be submitted by hand to the Court for review.

WHEREFORE, the PSC respectfully requests this Court accept for filing under seal the PSC's Opposition and its exhibits.


Dated: December 22, 2014                    Respectfully submitted,

**/s/ Thomas M. Sobol**
Thomas M. Sobol (BBO # 471770)
Kristen A. Johnson (BBO # 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone: 615.313.9000
Facsimile: 615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344
marc@liptonlawcentercom

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA 30328
Telephone: (404) 451-7781
Facsimile: (404) 506-9223
marc@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 22, 2014, a true and exact copy of the foregoing was filed with this the Clerk of the Court using the ECF system that sent a notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

**/s/ Thomas M. Sobol**
Thomas M. Sobol (BBO # 471770)