UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION. <br><br> This Document Relates to All Cases | ) ) ) ) ) ) ) ) MDL No. 1:13-md-249-RWZ |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2015, a true and exact copy of ARL BioPharma, Inc.'s Motion for Entry of an Order Limiting Discovery and Stay in These Proceedings with Respect to Movant and Related Settling Parties (Docket #1620) and Memorandum in Support of ARL Bio Pharma, Inc.'s Motion for Entry of an Order Limiting Discovery and Stay in These Proceedings with Respect to Movant and Related Settling Parties (Docket #1621) were served via U.S. Mail, postage prepaid, to the individuals listed on the attached Exhibit A.

1

Dated: January 5, 2015.

                                      Respectfully submitted,

                                      DONOVAN HATEM LLP

                                      /s/____Courtney A. Longo_____
                                      Kenneth B. Walton (BBO #562174)
                                      Kristen Ragosta (BBO #664362)
                                      Courtney A. Longo (BBO #666466)
                                      Exchange Place
                                      53 State Street, 8th Floor
                                      Boston, MA  02109
                                      617.406.4500 – telephone
                                      617.406.4501 – facsimile
                                      kwalton@donovanhatem.com
                                      kragosta@donovanhatem.com
                                      clongo@donovanhatem.com