Darrel Cummings, DC# 088532
South Bay Correctional Facility
P.O. Box 7171
South Bay, FL 33493

Alan M. Winchester
Harris Beach, PLLC
100 Wall Street
New York, NY 10005

Arthur P. Brock
Spears, Moore, et al.
801 Broad Street, 6th Floor
Chattanooga, TN 37402

Brett J. Bean
Hackney, Grover, Hoover & Bean
1715 Abbey Road, Suite A
East Lansing, MI 48823

Cara E. Weiner
Spears, Moore, et al.
801 Broad Street, 6th Floor
Chattanooga, TN 37402

Chad Trudeau
29 B Bellingham Road
Blackstone, MA 01504

Christopher M. Wolk
Law Offices of Jay J Blumberg
P.O. Box 68
Woodbury, NJ 08096

Frank A. Geralamo
Gerolamo, McNulty, Divis, et al.
121 South Broad Street, Suite 1400
Philadelphia, PA 19107

John B. Bennett
Spears, Moore, et al.
801 Broad Street, 6th Floor
Chattanooga, TN 37402

John T. Sly
Waranch & Brown, LLC
1301 York Road, Suite 300
Lutherville, MD 21093

Joseph R. Lang
Lenox, Socey, et al.
3131 Princeton Pike
Building 1B, Suite 104
Lawrenceville, NJ 08648

Mary M. Bers
Office of Attorney General (TN)
P.O. Box 20207
Nashville, TN 37202

Randy J. Hackney
Hackney, Grover, Hoover & Bean
1715 Abbey Road, Suite A
East Lansing, MI 48823

Scott C. Bentivenga
Lewis Brisbois Bisgaard, et al.
550 West Adams Street, Suite 300
Chicago, IL 60661

Clinton R. Shaw
Bonner, Kiernan, Trebach, et al.
1233 20th St. N.W., Suite 800
Washington, DC 20036

C. Mark Hoover
Hackney, Grover, Hoover & Bean
1715 Abbey Road, Suite A
East Lancing, MI 48823

Christopher T. Cain, Esq.
Scott & Cain
Bank of America Building
550 W. Main Avenue, Suite 601
Knoxville, TN 37902

Alan M. Winchster
Harris Beach, PLLC
100 Wall Street
New York, NY 10005

Jason A. Lee
Brewer, Krause, et al.
611 Commerce St., Suite 2600
Nashville, TN 37203

Joseph Brady
63 Orphanage Road
Fort Mitchell, NY 41017

Kent E. Krause
Brewer, Krause, Brooks, et al.
611 Commerce St., Suite 2600
Nashville, TN 37203

Mary Denise Morell
29 Candlelight Drive
Woodstown, NJ 08098

Megan A. Carrick
Brewer, Krause, et al.
611 Commerce St., Suite 2600
Nashville, TN 37203

Parks T. Chastain
Brewer, Krause, et al.
611 Commerce St., Suite 2600
Nashville, TN 37203

Randy J. Hackney
Hackney, Grover, et al.
1715 Abbey Rd., Ste. A
East Lansing, MI 48823

Rebecca Brady
63 Orphanage Road
Fort Mitchell, KY 41017


EXHIBIT A