UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  NEW ENGLAND              )
COMPUNDING PHARMACY, INC.        )        Docket No:  1:13-md-2419-RWZ
PRODUCTS LIABILITY LITIGATION    )

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Katharine A. Dennis, Esquire of Capplis & Connors, P.C., 18 Tremont Street, Suite 220, Boston, Massachusetts 02118 as attorney for the defendant, Ocean State Pain Management, Inc., in the above captioned action.

/s/ Katharine A. Dennis
KATHARINE A. DENNIS
BBO # 688288
Capplis & Connors, P.C.
18 Tremont Street – Suite 220
Boston, MA  02118
(617) 227-0722
kdennis@ccclaw.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2015, I served the above Notice of Appearance upon the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ Katharine A. Dennis
KATHARINE A. DENNIS
Attorney for Defendant,
Ocean State Pain Management, Inc.