**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All Cases ) | **MDL No.: 2419** <br> **Dkt No. 1:13-md-2419 (RWZ)** <br><br> **Judge Rya W. Zobel** |

**NOTICE OF APPEARANCE**

Now comes Parks T. Chastain with the law firm of Brewer, Krause, Brooks, Chastain & Burrow, PLLC, and enters his appearance as counsel of record for Defendant, Specialty Surgery Center, PLLC, in the above-styled case.

Respectfully submitted,

  /s/ Parks T. Chastain
**PARKS T. CHASTAIN**[i]
Attorney for Defendant, Specialty Surgery
Center, PLLC

**BREWER, KRAUSE, BROOKS,**
**CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN   37202-3890
(615) 630-7717 (PTC)
pchastain@bkblaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be served via electronic mail or regular US mail to those participants identified as unregistered this the 7th day of January, 2015.

  /s/ Parks T. Chastain
**PARKS T. CHASTAIN**

---

[i] Admitted *pro hac vice*

ST Specialty Sx Ctr Johnson NOA (MDL case) (PTC) 150107