UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions; MDL Dkt. No. 1619 | |

**THE PLAINTIFFS' STEERING COMMITTEE'S OPPOSITION TO LIBERTY INDUSTRIES, INC.'S MOTION FOR RECONSIDERATION OF THE COURT'S MEMORANDUM OF DECISION DATED DECEMBER 23, 2014 DENYING LIBERTY INDUSTRIES, INC.'S MOTIONS FOR SUMMARY JUDGMENT**

This Court has gone to great lengths to adjudicate the Motions for Summary Judgment filed by Liberty Industries. Inc. ("Liberty"). Having considered all of the arguments and deciding that genuine questions of material fact are in existence, this Court has determined that summary judgment is not appropriate at this time. Liberty proffers its argument for reconsideration on grounds that the Court should not have considered the PSC's opposition because it was filed after 6pm, that the Court should not have considered the PSC's expert affidavit because of a formality, and that the Court acted too quickly in issuing its decision.[1]

The Court has the discretion and authority to consider the PSC's opposition, the expert declaration attached to it, and to issue an expeditious ruling. The expediency of the Court's action was particularly fitting and foreseeable given that Liberty has argued repeatedly that a decision on these motions is urgent due to insurance coverage lapsing by December 29, 2014 and the imminent threat of bankruptcy. The Court required, "[g]iven the time pressures in this matter,

---

[1] Pleadings in this MDL which have been filed on the due date have been accepted. No objections have been made to pleadings filed after 6pm.

plaintiffs shall file any substantive opposition to Liberty's motion for summary judgment by December 22, 2014."[2] The PSC complied.

Lastly, the PSC objects to an oral argument on Liberty's motion for reconsideration. The Court decided the original motion on the pleadings and can surely do the same with Liberty's latest motion.

Dated: January 7, 2015

Respectfully submitted,

**/s/ Kristen A. Johnson**
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, North, Suite 1650
Nashville, TN  37219
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

---

[2] Dkt. 1601, December 17, 2014 Order Denying the PSC's Rule 56(d) Response.

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Ave., Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

  I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 7, 2015            **/s/ Kristen A. Johnson**
                        Kristen A. Johnson (BBO# 667261)