UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

# PLAINTIFFS' STEERING COMITTEEE'S
# MOTION TO SCHEDULE ORAL ARGUMENT ON CERTAIN MOTIONS

The Plaintiffs' Steering Committee hereby moves the Court to schedule the following motions for oral argument[1] before or after the next MDL status conference on Wednesday January 14, 2015, at 2:00 PM:

1. Ascension Parties' Motion to Certify Dismissal Pursuant to F.R.C.P. 54(b) [Dkts. 1521, 1522]

    a. PSC's Opposition to Ascension's Motion for Fed. R. Civ. P. 54(b) Certification [Dkt. 1568]

2. Plaintiffs' Steering Committee's Objections to Magistrate Judge Boal's Order Denying its Motion to Compel Production of Insurance Agreements [Dkt. 1618] (*Request for oral argument by Plaintiffs' Steering Committee*)

3. Liberty Industries, Inc. Motion for Reconsideration of the Court's Memorandum of Decision Dated December 23, 2014 Denying Liberty Industries Inc.'s Motions for Summary Judgment [Dkt. 1619] (*Request for oral argument by Liberty Industries, Inc.*)

The Plaintiffs' Steering Committee will also identify the Motions in its proposed agenda for the next status conference.

---

[1] All defendants whose counsel have filed notices of appearance in the MDL were provided an opportunity to suggest the scheduling of motions for oral argument.

Dated:  January 8, 2015                              Respectfully submitted,

**/s/ Kristen A. Johnson**
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue, North, Suite 1650
Nashville, TN  37219
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Ave., Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

      I, Kristen A. Johnson, hereby certify that I caused a copy of the above Plaintiffs' Steering Committee's Motion to Schedule Oral Argument on Certain Motions to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 8, 2015                                            */s/ **Kristen A. Johnson***
                                                                                Kristen A. Johnson, BBO # 667261