UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**FIRST AMENDED NOTICE OF TAKING VIDEO DEPOSITION DUCES TECUM**

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Plaintiffs' Steering Committee ("PSC") will take the deposition of Michelle Cassidy on Monday February 16, 2015 beginning 9:00am at the offices of Blumberg and Wolk, PC, 158 Delaware Street, Woodbury, NJ 08096. The deposition will be recorded by stenographical means and by video. See Exhibit A for documents to be produced on the stated date.

Dated: January 12, 2015          Respectfully submitted,

/s/ Mark Zamora
Mark Zamora, Esquire
5 Concourse Parkway #2600
Atlanta, GA 30328
Telephone: 404.373.1800
Facsimile: 404.506.9223
mark@markzamora.com

and

/s/ Kimberly A. Dougherty
Kimberly A. Dougherty, Esquire
Janet, Jenner & Suggs, LLS
31 St. James Ave., Suite 365
T: 617.933.1265
kdougherty@myadvocates.com

*Members of the Plaintiffs Steering Committee*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2015, a true and exact copy of the foregoing was filed with this the Clerk of the Court using the ECF system that sent a notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

/s/ Mark Zamora
Mark Zamora, Esquire
5 Concourse Parkway #2600
Atlanta, GA 30328
Telephone: 404.373.1800
Facsimile: 404.506.9223
mark@markzamora.com