## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>) |

MDL No. 02419
Docket No. 1:13-md-2419-RWZ

This document relates to: )

Handy v. Box Hill Surgery Center, LLC, et al.
No: 1:14-cv-14019-RWZ

Armetta v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14022-RWZ

Torbeck v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14023-RWZ

Kashi v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14026-RWZ

Bowman v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14028-RWZ

Dreisch v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14029-RWZ

Davis v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14033-RWZ

Farthing v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14036-RWZ

## BOX HILL DEFENDANTS' STIPULATION WITH CONSENT OF PLAINTIFFS' COUNSEL TO FILE A MEMORANDUM IN SUPPORT OF BOX HILL DEFEDNANTS' DISPOSITIVE MOTION IN EXCESS OF THIRTY PAGES

NOW COME the Defendants, Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani,

M.D., and Ritu T. Bhambhani, M.D., L.L.C. (hereinafter, collectively "Box Hill Defendants"),

by undersigned counsel, in the above referenced matters and file this stipulation with the consent

of Plaintiffs' counsel[1] in the above actions to permit the Box Hill Defendants up to five (5) additional pages for their consolidated memorandum in support of their motions to dismiss in the eight (8) related actions above, pursuant to MDL Standing Order No. 11. Standing Order No. 11 permits thirty (30) pages for a memorandum in support of a dispositive motion.  It also permits up to an additional five (5) pages by stipulation with consent of opposing counsel.

In light of the complexity and number of the legal claims against the defendants, the requested length of a memorandum related to these eight matters is necessary in order to properly address and apprise the court of the legal arguments pertaining to all claims and as to all parties.  As this Court is aware, this is an extremely complicated matter that, in this instance, involves complicated matters of Maryland law.

As such, the complexity of this case makes it impossible to address the legal issues in just thirty (30) pages.  The defendants estimate that they will require no more than an additional five (5) pages.

WHEREFORE, the Defendants, Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C., respectfully file the above stipulation with the consent of opposing counsel and pursuant to MDL Standing Order No. 11 to permit the Box Hill Defendants an additional five (5) pages for their Memorandum in Support of their Motions to Dismiss.

---

[1] Harry Roth, Esquire, and Michael Coren, Esquire, are Plaintiffs' counsel in the *Handy* case. Patricia Kasputys, Esquire, and Sharon Houston, Esquire, are Plaintiffs' counsel in the rest of the related individual cases.

Respectfully submitted,


/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland  21204
(410) 938-8800
*Attorneys for Box Hill Surgery Center, L.L.C.,
Ritu T. Bhambhani, M.D., and Ritu T.
Bhambhani, M.D., L.L.C.*


## CERTIFICATE OF SERVICE

I, Gregory K. Kirby, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the plaintiffs in the above-referenced individual cases, and will be sent to these parties by operation of the CM/ECF system on January 13, 2015.


/s/  Gregory K. Kirby
Gregory K. Kirby