UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF FILING OF AMENDED DECLARATION OF DR. PHILIP J. AUSTIN, PH.D

The Plaintiffs' Steering Committee hereby gives notice to the Court and all parties, pursuant to Local Rule 7.1(b)(1) and Federal Rule of Civil Procedure 56(d), of the filing of the Amended Declaration of Philip J. Austin, Ph.D.

The amended declaration is unchanged from the original December 22, 2014 Declaration of Philip J. Austin with one exception: the amended declaration bears an updated date and the phrase "signed under the penalty of perjury" above Dr. Austin's signature. This phrase was inadvertently omitted from the original declaration.

The PSC notes that (1) the original declaration included both Dr. Austin's signature and his Curriculum Vitae (describing Dr. Austin's qualifications) and (2) Dr. Austin personally participated in the inspection of the NECC facility (as described in paragraphs 33 – 35 of both the original and amended declaration).

The amended declaration is attached hereto as Exhibit A.

Dated: January 15, 2015                          Respectfully submitted,

                                                 /s/ Kristen A. Johnson
                                                 Thomas M. Sobol
                                                 Kristen A. Johnson
                                                 HAGENS BERMAN SOBOL SHAPIRO LLP
                                                 55 Cambridge Parkway, Suite 301

1

Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcentercom

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com


*Federal/State Liaison*

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 15, 2015

                                                **/s/ Kristen A. Johnson**
                                                Kristen A. Johnson