Dennis K. Ames, Esq., Cal. State Bar# 81460
E-mail: Dames@ljdfa.com
(*Application for Pro Hac Vice pending*)
Robert J. Iacopino, Esq., Cal. State Bar# 279754
E-mail: Riacopino@ljdfa.com
(*Application for Pro Hac Vice pending*)
**LA FOLLETTE, JOHNSON, DE HAAS,**
**FESLER & AMES**
2677 N. Main Street, Suite 901
Santa Ana, CA 92705
Telephone: (714) 558-7008
Facsimile: (714) 972-0379

Attorneys for Defendants
EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., and FULLERTON ORTHOPAEDIC SURGERY MEDICAL GROUP, INC.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>*Jeffries, et al. v. Ameridose, et al.*<br>Docket No. 1:14-cv-12789-RWZ | |

### APPLICATION FOR LEAVE FOR ROBERT J. IACOPINO
### TO PRACTICE *PRO HAC VICE*

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:

Defendants, Eugen D. Williams, M.D., Linda Lui Luong, P.A., and Fullerton Orthopaedic Surgery Medical Group, Inc., hereby apply to this Court and request leave for Defendants' counsel to be admitted to practice *pro hac vice* with regard to the above-referenced matter. Specifically, Defendants request leave for Robert J. Iacopino, Esq., of LaFollette, Johnson, DeHaas, Fesler and Ames, to practice *pro hac vice* before this Court.

This application is based on Local Rule 83.5.3 and the Court's Order on Admission of Attorneys issued in the MDL by Judge Saylor on January 30, 2014 [Dkt 827]. The Application is further supported by the Affidavit of Robert J. Iacopino, Esq., attached hereto as Exhibit A.

Dated: January 15, 2015

        LA FOLLETTE, JOHNSON, DEHAAS, FESLER & AMES

BY: _____
DENNIS K. AMES, ESQ.
ROBERT J. IACOPINO, ESQ.
Attorneys for Defendants
EUGEN D. WILLIAMS, M.D.,
LINDA LUI LUONG, P.A., and
FULLERTON ORTHOPAEDIC
SURGERY MEDICAL GROUP, INC.