Dennis K. Ames, Esq., Cal. State Bar# 81460
E-mail: Dames@ljdfa.com
(*Application for Pro Hac Vice pending*)
Robert J. Iacopino, Esq., Cal. State Bar# 279754
E-mail: Riacopino@ljdfa.com
(*Application for Pro Hac Vice pending*)
**LA FOLLETTE, JOHNSON, DE HAAS,
FESLER & AMES**
2677 N. Main Street, Suite 901
Santa Ana, CA 92705
Telephone:  (714) 558-7008
Facsimile:  (714) 972-0379

Attorneys for Defendants
EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., and FULLERTON ORTHOPAEDIC SURGERY MEDICAL GROUP, INC.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>*Jeffries, et al. v. Ameridose, et al.*<br>Docket No. 1:14-cv-12789-RWZ | |

### NOTICE OF APPEARANCE

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Dennis K. Ames, Esq., of LaFollette, Johnson, DeHaas, Fesler and Ames, located at 2677 N. Main Street, Suite 901, Santa Ana, CA 92705, hereby notifies the Court and all counsel of his appearance as counsel for Defendants, Eugen D. Williams, M.D., Linda Lui Luong, P.A., and Fullerton Orthopaedic Surgery Medical Group, Inc., in the above-captioned matter.

Dated: January 15, 2015

        LA FOLLETTE, JOHNSON, DEHAAS, FESLER & AMES

        BY: _____
            DENNIS K. AMES, ESQ.
            ROBERT J. IACOPINO, ESQ.
            Attorneys for Defendants
            EUGEN D. WILLIAMS, M.D.,
            LINDA LUI LUONG, P.A., and
            FULLERTON ORTHOPAEDIC
            SURGERY MEDICAL GROUP, INC.

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. I am employed with the law offices of La Follette, Johnson, De Haas, Fesler & Ames, 2677 N. Main Street, Suite 901, Santa Ana, California 92705.

On the below date, I electronically served a true and correct copy of the document entitled **NOTICE OF APPEARANCE** on all parties in MDL No. 2419 via CM/ECF.

I declare that I am employed in the office of an attorney admitted to practice before this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 15, 2015, at Santa Ana, California.

*/s/ Monica Salt*
MONICA SALT