Dennis K. Ames, Esq., Cal. State Bar# 81460
E-mail: Dames@ljdfa.com
(*Application for Pro Hac Vice pending*)
Robert J. Iacopino, Esq., Cal. State Bar# 279754
E-mail: Riacopino@ljdfa.com
(*Application for Pro Hac Vice pending*)
**LA FOLLETTE, JOHNSON, DE HAAS,
FESLER & AMES**
2677 N. Main Street, Suite 901
Santa Ana, CA 92705
Telephone: (714) 558-7008
Facsimile: (714) 972-0379

Attorneys for Defendants
EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., and FULLERTON ORTHOPAEDIC SURGERY MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jeffries, et al. v. Ameridose, et al.*<br>Docket No. 1:14-cv-12789-RWZ | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |

### AFFIDAVIT OF DENNIS K. AMES

I, DENNIS K. AMES, ESQ., hereby declare as follows:

1.  I am a Shareholder of La Follette, Johnson, De Haas, Fesler, and Ames, counsel of record for Defendants, EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., and FULLERTON ORTHOPAEDIC SURGERY MEDICAL GROUP, INC. I make this affidavit based upon my personal knowledge, and if called as a witness to testify thereto, would and could competently do so.

///


EXHIBIT "A"

2. I am a member of the State Bar of California and am admitted to practice law in all state courts in California. I am also admitted to practice before the United States District Court for the Central District of California.

3. I am a member in good standing in every jurisdiction in which I am admitted to practice and there are no disciplinary proceedings pending against me in any jurisdiction in which I am admitted to practice law.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 15th day of January, 2015, in Santa Ana, California.

DENNIS K. AMES, ESQ.

## CERTIFICATE OF SERVICE

    I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. I am employed with the law offices of La Follette, Johnson, De Haas, Fesler & Ames, 2677 N. Main Street, Suite 901, Santa Ana, California 92705.

    On the below date, I electronically served a true and correct copy of the document entitled **APPLICATION FOR LEAVE FOR DENNIS K. AMES TO PRACTICE *PRO HAC VICE*** on all parties in MDL No. 2419 via CM/ECF.

    I declare that I am employed in the office of an attorney admitted to practice before this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on January 15, 2015, at Santa Ana, California.

_____
MONICA SALT