UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) ) | MDL No.: 2419<br>Dkt No. 1:13-md-2419 (RWZ)<br><br>Judge Rya W. Zobel |
| THIS DOCUMENT RELATES TO: | |
| All Cases | |

## NOTICE OF APPEARANCE

Now comes Kent E. Krause with the law firm of Brewer, Krause, Brooks, Chastain & Burrow, PLLC, and enters his appearance as counsel of record for Defendant, Kenneth Lister, M.D., in the above-styled case.

Respectfully submitted,

/s/ Kent E. Krause
**KENT E. KRAUSE**[1]
Attorney for Defendant, Kenneth Lister, M.D.

**BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 630-7755 (KEK)
kkrause@bkblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be served via electronic mail or regular US mail to those participants identified as unregistered this the 16th day of January, 2015.

/s/ Kent E. Krause
**KENT E. KRAUSE**

---

[1] Admitted *pro hac vice*

ST Specialty Sx Ctr Johnson NOA (MDL case) Lister (KEK) 150115