```
 1  Dennis K. Ames, Esq., Cal. State Bar# 81460
    E-mail: Dames@ljdfa.com
 2  (Application for Pro Hac Vice pending)
    Robert J. Iacopino, Esq., Cal. State Bar# 279754
 3  E-mail: Riacopino@ljdfa.com
    (Application for Pro Hac Vice pending)
 4  LA FOLLETTE, JOHNSON, DE HAAS,
    FESLER & AMES
 5  2677 N. Main Street, Suite 901
    Santa Ana, CA 92705
 6  Telephone: (714) 558-7008
    Facsimile:  (714) 972-0379
 7
    Attorneys for Defendants
 8  EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., and FULLERTON ORTHOPAEDIC
    SURGERY MEDICAL GROUP, INC.
 9
```

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br>*Jeffries, et al. v. Ameridose, et al.*<br>Docket No. 1:14-cv-12789-RWZ | |

**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS, EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., AND FULLERTON ORTHOPAEDIC SURGERY MEDICAL GROUP, INC., TO RESPOND TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED between Plaintiffs, JOHN EDWARDS JEFFRIES, by and through his SUCCESSOR IN INTEREST CLAY C. JEFFRIES, and CLAY C. JEFFRIES, CYNTHIA A. CARDEY, PARTRICK J. JEFFRIES, WYNEMA K. HYNDMAN, JOHN E. JEFFRIES, JR. and REED JEFFRIES, individually, by and through their counsel of record, and Defendants, EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., and FULLERTON ORTHOPAEDIC SURGERY MEDICAL GROUP, INC., through their counsel of record, that the time in which the foregoing Defendants may respond to the Complaint, either by Answer or otherwise, is hereby extended for a further two weeks. Defendants' response shall be due on or before January 30, 2015.

1  IT IS SO STIPULATED.
2  Dated: January 15, 2015
3          LA FOLLETTE, JOHNSON, DEHAAS, FESLER & AMES
4
5
6        BY: _____
7          DENNIS K. AMES, ESQ.
        ROBERT J. IACOPINO, ESQ.
        Attorneys for Defendants
8          EUGEN D. WILLIAMS, M.D.,
        LINDA LUI LUONG, P.A., and
9          FULLERTON ORTHOPAEDIC
        SURGERY MEDICAL GROUP, INC.
10
11
12  Dated: January 16, 2015
13          JANET, JENER & SUGGS, LLC
14
15        BY: _____
16          ROBERT K. JENNER, ESQ.
        KIMBERLY A. DOUGHERTY, ESQ.
        Attorneys for Plaintiffs,
17          CLAY C. JEFFRIES, individually and as
        successor in interest for John Edward Jeffries,
18          CYNTHIA A. CARDEY, PATRICK J.
        JEFFRIES, WYNEMA K. HYNDMAN, JOHN
        E. JEFFRIES, JR., AND REED JEFFRIES
19
20
21
22
23
24
25
26
27
28

2

**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO THE COMPLAINT**

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. I am employed with the law offices of La Follette, Johnson, De Haas, Fesler & Ames, 2677 N. Main Street, Suite 901, Santa Ana, California 92705.

On the below date, I electronically served a true and correct copy of the document entitled **STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS, EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., AND FULLERTON ORTHOPAEDIC SURGERY MEDICAL GROUP, INC., TO RESPOND TO PLAINTIFFS' COMPLAINT** on all parties in MDL No. 2419 via CM/ECF. I also served a true and correct copy of this document by United States mail on the following parties:

*Attorneys for Plaintiffs John Edward Jeffries, et al.*

Gregory T. Skikos, Esq.
SKIKOS, CRAWFORD, SKIKOS & JOSEPH
One Sansome Street, Suite 2830
San Francisco, California 94104
415-546-7300
415-546-7301 - Facsimile
gskikos@skikoscrawford.com

*Attorneys for Plaintiffs John Edward Jeffries, et al.*
Robert K. Jenner
Kimberly A. Dougherty
JANET, JENER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, Massachusetts 02116
617-933-1265
410-653-9030 - Facsimile
Rjenner@myadvocates.com
Kdougherty@myadvocates.com

I declare that I am employed in the office of an attorney admitted to practice before this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 16, 2015, at Santa Ana, California.

_____
MONICA SALT