UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Tennessee Actions Against The St. Thomas Entities | MDL No. 2419<br>Master Docket No.: 1:13-md-2419-RWZ<br><br>Honorable Rya W. Zobel<br><br><u>DEMAND FOR JURY TRIAL</u> |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL THE ST. THOMAS ENTITIES TO RESPOND TO CERTAIN DOCUMENT REQUESTS**

The Plaintiffs' Steering Committee (the "PSC") moves this Honorable Court, pursuant to Fed. Rule Civ. Pro. 37 and Local Rule 37.1, for an order compelling the St. Thomas Entities to respond to certain document requests. The St. Thomas Entities include St. Thomas Health, St. Thomas Hospital, and St. Thomas Network, and the discovery responses of those entities are attached as Exhibits 1-3 respectively of the contemporaneously filed Declaration of Benjamin A. Gastel.

For the reasons articulated in the accompanying memorandum of law in support of this Motion, the PSC respectfully requests that the Court compel the St. Thomas Entities to produce the following documents:

- Saint Thomas Hospital's Approved Formulary; and
- An index of the hospital's policies and procedures.

January 23 , 2015                                        Respectfully submitted,

    /s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

- 3 -

>Marc E. Lipton
>LIPTON LAW
>18930 W. 10 Mile Road
>Southfield, MI  48075
>Telephone:  (248) 557-1688
>Facsimile:  (248) 557-6344
>marc@liptonlawcenter.com
>
>Kim Dougherty
>JANET, JENNER & SUGGS, LLC
>31 St. James Avenue, Suite 365
>Boston, MA  02116
>Telephone:  (617) 933-1265
>kdougherty@myadvocates.com
>
>Patrick T. Fennell
>CRANDALL & KATT
>366 Elm Avenue, S.W.
>Roanoke, VA  24016
>Telephone:  (540) 342-2000
>pfennel@crandalllaw.com
>
>Mark Zamora
>ZAMORA FIRM
>6 Concourse Way, 22nd Floor
>Atlanta, GA  30328
>Telephone:  (404) 451-7781
>Facsimile:  (404) 506-9223
>marc@markzamora.com
>
>*Plaintiffs' Steering Committee*

## LOCAL RULES 7.1 AND 37.1 STATEMENT

The undersigned hereby certifies that Plaintiffs' counsel have conferred with counsel for the Saint Thomas Entities and have attempted, in good faith, to resolve or narrow the issues raised by this Motion but were unable to do so.  The undersigned further certifies that the PSC followed the provisions of Local Rule 37.1 prior to filing the instant motion as explained in greater detail in the contemporaneously filed memorandum of law in support of this motion.

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV

## CERTIFICATE OF SERVICE

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 23, 2015         /s/ J. Gerard Stranch, IV
                                J. Gerard Stranch, IV