# EXHIBIT 7

| | |
|---|---|
| **Current Status:** *Active* | **PolicyStat ID:** *395273* |



| | |
|---|---|
| **Effective Date:** | *05/1998* |
| **Last Reviewed:** | *03/2013* |
| **Last Revised:** | *02/2013* |
| **Expiration Date:** | *03/2015* |
| **Owner:** | *Figaro, Cynthia: Vice President, Corporate Compliance* |
| **Section/Dept:** | *Corporate Responsibility* |
| **References:** | |
| **Applicability:** | *Saint Thomas Health* |

## Corporate Responsibility Program (CRP), SP-12

### PURPOSE:

The Corporate Responsibility Program (CRP) will focus on business and professional standards of conduct, compliance with federal, state and local laws, promotion of good corporate citizenship, prevention and early detection of misconduct, and identification/ prioritization of high risk areas and communication/ education regarding corporate responsibility.

### POLICY STATEMENT:

Saint Thomas Health is committed to carrying out its healthcare ministry in a manner consistent with the Ascension Health Mission, Vision, and Values. We are dedicated to following a high ethical standard of individual conduct as well as acting responsibly as corporate citizens. In order to ensure that appropriate ethical and legal business standards and practices are maintained and enforced, Saint Thomas Health has established and implemented a policy for an effective Corporate Responsibility Program ("CRP").

### DEFINITION(S):

As used in this document, the following terms are described below:

A. **"Ascension Health"** means Ascension Health, a Missouri nonprofit corporation.

B. **"Ascension Health CRO"** means the Ascension Health Associate who has been designated as Ascension Health's Corporate Responsibility Officer by the Ascension Health Chief Executive Officer.

C. **"Associate"** means an employee of Saint Thomas Health.

D. **"Audit Committee"** means the Audit Committee of Saint Thomas Health.

E. **"Board of Trustees"** means the Board of Trustees of Saint Thomas Health.

F. **"CHAN"** means the Catholic Healthcare Audit Network, LLC, the organization that provides internal audit services at Ascension Health and its Health Ministries.

G. **"Contractor"** means an individual (i) who has an independent contractor agreement with Saint Thomas Health to provide goods or services to Saint Thomas Health, or (ii) who owns, is employed by, or otherwise works for an organization with such a contract,

and who has direct contract with any Saint Thomas Health associate in the performance of the contract.

H. **"Corporate Responsibility Officer" ("CRO")** means that individual assigned responsibility for overseeing the development, implementation and operation of the Saint Thomas Health CRP.

I. **"Corporate Responsibility Program" ("CRP")** means the overall program developed and implemented by Saint Thomas Health to ensure corporate responsibility and legal compliance.

J. **"Corporate Responsibility Committee"** means the committee appointed by the CRO to assist the CRO in the development, implementation, and ongoing operation of the CRP.

K. **"Health Ministry"** means the organization in a regional or local area through which Ascension Health carries out its mission and in which Ascension Health serves as the sole or controlling member.

L. **"Legal Counsel"** means the attorney or law firm designated by the CRO to provide legal advice and assistance in the development, implementation and maintenance of the CRP.

M. **"Participant"** means an individual subject to the CRP. Participants will include all associates; all directors and officers of Saint Thomas Health; and all contractors and professional staff members whom the Saint Thomas Health management determines should be subject to the CRP.

N. **"Professional Staff Member"** means a physician or an allied health practitioner who is a member of the Saint Thomas Health medical staff, but who is not an associate or contractor.

O. **"Saint Thomas Health" or "STHe"** refers to all legal entities that are directly or indirectly controlled by Saint Thomas Health and, as applicable, to STHe Organizations controlled by Saint Thomas Health. An entity is controlled by Saint Thomas Health if Saint Thomas Health has (1) the authority, either directly or indirectly, to act as the controlling member, shareholder or partner of the entity, (2) the authority to appoint, elect or approve at least a majority of the individual members, shareholders, or partners of the entity, or (3) the authority to appoint, elect or approve at least a majority of the governing body of the entity.

P. **"Standards of Conduct"** means the principles of associate behavior that promote corporate responsibility.

## PROCEDURE / GUIDELINES:

1. **Key Characteristics of the Corporate Responsibility Program**
   The Corporate Responsibility Program will:
   
   A. Require proactive guidance, self-review, monitoring, auditing, and reporting;
   
   B. Require good faith effort to comply with law and regulations;
   
   C. Require commitment of high level personnel;

D. Heighten awareness and sensitivity to high risk areas through education and communication;

E. Ensure commitment to implement appropriate corrective action in response to identified compliance issues on a timely basis; and

F. Be complementary, not duplicative, of existing policies, standards, and guidelines.

Attachment A describes the role of federal and state laws in preventing and detecting fraud, waste and abuse in federal healthcare programs.

2. **Elements of the Corporate Responsibility Program**

   A. **Oversight of Governance and Management**

      1. The Board of Trustees and/or its Audit Committee will:
         - Approve the Corporate Responsibility Program.
         - Review periodic reports regarding the status of the CRP.

      2. The Saint Thomas Health CEO will assign the responsibility of overseeing the implementation and operation of the CRP to an associate who will be designated as the Corporate Responsibility Officer (CRO).

      3. The CRO will have direct access to the CEO, Board of Trustees, Audit Committee, senior management and Legal Counsel. The CRO will report directly to the Saint Thomas Health Chief Operating Officer in this role with a dotted line to the Saint Thomas Health Chief Executive Officer.

      4. The CRO will:
         - Implement and manage the CRP.
         - Make regular reports to the Board of Trustees, Audit Committee and other management concerning the status of the CRP and any significant compliance issues affecting Saint Thomas Health.
         - Maintain appropriate documentation related to the CRP.
         - Participate in System-wide activities and programs as requested by the Ascension Health CRO.

      5. The CRO will establish a CRP Committee to assist with the maintenance of the CRP. The CRP Committee will be responsible for advising the CRO with respect to the following:
         - Ongoing operation of the CRP
         - Policies and procedures
         - Training and education
         - Risk assessment
         - Open lines of communication
         - CRP investigations
         - Auditing and monitoring
         - Response to detected deficiencies

- Enforcement of disciplinary actions
- Compliance with new laws and regulations

6. The CRO will have certain reporting requirements to the Ascension Health CRO which include:
    - Annual report on the achievement of requirements in the CRP effectiveness assessment
    - Periodic reports on the status of significant compliance issues

B. **Policies and Procedures**
   1. The CRP will include a CRP Standards of Conduct for associates and other Participants. Attachment B is the CRP Standards of Conduct.
   2. The CRO will establish written policies and procedures to address the elements of the CRP and other general compliance issues. Policies and procedures that pertain to general compliance issues will be made available to associates.

C. **Training and Education**
   1. The CRP will include training and education programs for Participants. Such education and training will be part of initial orientation programs and occur annually for each Participant. Certain Participants may have additional education and training requirements depending on their title, position, or responsibilities. A mechanism for tracking the completion of required training will be maintained.
   2. Training and education programs will include:
        - Purpose and operation of the CRP
        - Identity and role of the CRO
        - Identity and role of the Privacy Officer
        - Standards of Conduct
        - Reporting practices and non-retaliation approach
        - Consequences of failure to comply with rules and regulations
        - Administrative policies and procedures related to the CRP
        - Role of Associates in corporate responsibility
        - Other subjects determined by the CRO
   3. Saint Thomas Health will offer corporate responsibility training and education programs to Professional Staff Members.
   4. All Associates will sign a statement acknowledging their awareness of the CRP, their responsibility to report illegal or questionable activity, and their agreement to abide by the Standards of Conduct.

D. **Risk Assessment**

1. The CRO will perform a Saint Thomas Health risk assessment based on the current healthcare business and regulatory environment. This assessment will be prepared at least annually.
2. The CRO will review the operations of the Saint Thomas Health in these risk areas to determine where exposure may exist and how each risk area will be addressed (e.g., policies and procedures; training and education; and auditing).

E. **Open Lines of Communication**
   1. CRP issues can be identified by various reporting sources including direct reporting by Associates; auditing and monitoring activities; and external governmental agency inquiries and investigations.
   2. The Saint Thomas Health reporting system includes a confidential process by which any Associate should feel comfortable in seeking guidance and disclosing information about potential violations without feeling any threat of retribution.
   3. The Associate CRP reporting system will include the following:
      - Direct access to the associate's supervisor, management staff and Human Resource staff
      - Direct access to the CRO
      - An anonymous reporting system
   4. Saint Thomas Health will make available to its associates the CRP Values Line. The CRP Values Line provides a means by which any Associate can report a potential corporate responsibility issue in an anonymous and confidential manner. The Values Line is provided by an outside vendor and has confidential phone and email reporting available 24 hours a day and 7 days a week.
   5. The CRO or his/her designee is responsible for ensuring that Values Line calls are appropriately investigated and that a response is provided to the caller on a timely basis.

F. **CRP Investigations**
   1. The CRO or his/her designee will thoroughly investigate (or coordinate/supervise the investigation of) each report on a timely basis.
      - A thorough investigation includes, but is not limited to, gathering and reviewing relevant documents and identifying and interviewing those associates, former associates and others who may be able to provide pertinent information.
      - Each investigation will be carefully documented in a systematic manner.
      - The CRO or his/her designee will respond to the reporting party, as appropriate, regarding the status of the investigation and any corrective action taken.

- It may be necessary for individuals other than the CRO to become involved. This determination will be made on a case-by-case basis. The CRO may choose to involve other individuals or committees as necessary.

- When a potential violation is identified, the CRO, and Legal Counsel if necessary, will attempt to determine whether a violation has occurred and will assist in determining the need for and the terms of any repayment or voluntary disclosure.

- Depending on the nature of the potential violation, Saint Thomas Health may seek legal guidance regarding the steps necessary to investigate and remedy, if necessary, the potential violation. In such cases, the CRO will coordinate with Legal Counsel regarding the appropriate approach and steps to take in conducting the investigation. The attorney-client privilege is used when Legal Counsel is conducting an investigation for the purpose of providing legal advice regarding the subject matter of the investigation. It may be appropriate to have Legal Counsel engage any outside experts involved in the investigation so that reports issued to Legal Counsel can be protected by the attorney-client privilege. Refer to Ascension Health Procedure OL-8 *Attorney-Client Privilege/Work Product Doctrine* for additional information.

2. The CRO will provide periodic reports to the Ascension Health CRO on significant compliance issues as defined by the Ascension Health CRO.

G. **Response to Detected Deficiencies**

1. Reasonable steps will be taken to appropriately respond to any CRP issue detected or reported.

2. Appropriate corrective actions will be taken that address the specific CRP issue and that helps similar issues from occurring in the future. Corrective actions include:

    - Taking reasonable steps to modify practices and procedures
    - Refunding inappropriately paid claims and reporting corrective actions to the government contractor, on a voluntary disclosure basis, when appropriate
    - Developing and/or amending existing policies and educating and training associates, as applicable
    - Providing feedback to any party reporting violations, in good faith, whenever possible
    - Thoroughly documenting the corrective actions taken for each issue
    - Following up on corrective actions, and re-auditing if applicable, in a timely fashion to ensure they have been implemented.

H. **Auditing and Monitoring System**

1. The CRO will ensure that periodic audits are conducted for those CRP risk areas determined by the Ascension Health CRO.
2. The CRO may conduct periodic audits for Saint Thomas Health specific CRP areas identified in the Saint Thomas Health risk assessment.
3. The CRO will ensure that audits are conducted in conjunction with internal or external investigations of specific CRP issues.
4. Depending on the nature of the audits, it may be appropriate to engage CHAN, outside consultants and/or perform self-audits of high-risk compliance areas. In some cases, Legal Counsel may engage CHAN or outside consultants under the attorney-client privilege to conduct audits of high-risk compliance areas to assist Legal Counsel in providing legal advice related to the subject matter of the audit.
5. The CRO will ensure that monitoring systems are implemented to address high-risk CRP issues. Monitoring systems may include the automated review and analysis of data for potential errors or anomalies; observation of systems and processes; and reviews of small samples of claims.
6. The CRO will ensure that issues identified through the auditing and monitoring process are followed up on a timely basis and that corrective actions are properly implemented.

I. **Enforcement of Disciplinary Standards**

1. The CRO, along with Human Resources and other applicable associates at the Health Ministry, will ensure that consistent disciplinary actions are taken and documented in response to violations of compliance policies.
2. The CRO will ensure that no Health Ministry associates, medical staff members and vendors are excluded from participation in the Medicare and Medicaid programs.

J. **Review of Corporate Responsibility Program**

1. On a periodic basis, the CRO and CRP Committee will review the CRP Program to ensure that it is updated to address organizational changes and other changing requirements of the Saint Thomas Health.

## REFERENCES:

- Tenn. Code Ann. §§ 4-18-101, et. seq.
- Tenn. Code Ann. §§ 71-5-181, et. seq.
- Tenn. Code Ann. § 71-5-2601
- 31 U.S.C. §§ 3801-3812
- 31 U.S.C. §§ 3729-3733
- Deficit Reduction Act of 2005, Sections 6031, 6032

## KEY WORDS:

## ATTACHMENT(S) / RELATED DOCUMENT(S):

- Attachment A – Federal False Claims Act
- Attachment B – Saint Thomas Health Standards of Conduct

| All revision dates: | | 02/2013, 11/2012, 11/2008, 12/2006, 12/2005, 12/2003 | |
|---|---|---|---|
| Attachments: | | A: Federal False Claims Act<br>Attachment B – Saint Thomas Health Standards of Conduct.doc | |
| | **Committee** | **Approver** | **Date** |
| | | Cynthia Figaro: Vice President, Corporate Compliance | 02/2013 |
| | | Cynthia Figaro: Vice President, Corporate Compliance | 03/2013 |



Retrieved 05/13/2013. Official copy at http://sth-sths.policystat.com/policy/395273/. Copyright © 2013 Saint Thomas Health

ATTACHMENT A

## Federal False Claims Act

The objective of the federal False Claims Act (FCA) is to protect the funds and property of the federal government from fraudulent claims. A violation of the FCA occurs, with respect to Medicare, Medicaid, or other federally funded health care programs, when an individual or organization knowingly submits a false claim for payment or knowingly makes or uses a false record or statement to get a false claim paid. "Knowingly" includes having actual knowledge that a claim is false, or acting in "deliberate ignorance" or "reckless disregard" as to whether a claim is false.

The FCA provides civil penalties of $5,500 to $11,000 for each false claim, plus up to three times the amount of each false claim. The federal government receives these amounts. In addition, an individual or organization that violates the FCA is subject to exclusion from participation in federally funded health care programs.

The FCA contains provisions that allow individuals with original information (i.e., information not already the subject of legal proceedings or activities that have already been publicly disclosed) concerning fraud involving government programs to file a lawsuit on behalf of the government and, if the lawsuit is successful, to receive a portion of recoveries received by the government.

The FCA protects employees from being fired, demoted, threatened or harassed by his or her employer for filing an FCA lawsuit or providing information in good faith relative to an FCA investigation or lawsuit.

Among other prohibited activities, it is illegal under Tennessee's Medicaid false claims statute for a person to knowingly submit a false claim, or knowingly use a false record or statement, for purposes of obtaining, or attempting to obtain, Medicaid reimbursement. Violations of the statute are punishable by fines between $5,000 and $25,000 per false claim, plus an amount equal to three (3) times the payment wrongfully obtained by the false claim. Violators must also pay for the costs incurred in investigating and litigating a false claim. The State of Tennessee may file a lawsuit for a violation of the false claims statute. In addition, a private citizen may commence a qui tam action, on behalf of the citizen and the State, for a violation of the statute. The State may opt to assume responsibility for a qui tam action commenced by the private citizen, but the citizen has the right to continue as a party to the action. If the State assumes responsibility for the qui tam action, the private citizen will generally receive between 15% and 25% of the proceeds of any judgment or settlement depending upon the extent to which the citizen

substantially contributed to the qui tam action. However, the private citizen will receive no more than 10% of any judgment or settlement if the court finds that the qui tam action was based primarily on publicly available information. The citizen will also receive reimbursement for reasonable expenses and reasonable attorney fees incurred in the course of pursuing the qui tam action. If the State does not assume responsibility for the qui tam action, the private citizen bringing the action will receive between 25% and 30% of the proceeds of any judgment or settlement, plus reimbursement for reasonable expenses and attorney fees. The statute prohibits an employer from retaliating against an employee because of the employee's role in investigating or prosecuting a violation of the Medicaid false claims statute. Remedies available under the statute include reinstatement with the same seniority status, two (2) times the amount of back pay, and compensation for any special damages sustained as a result of the retaliation, including reasonable litigation costs and reasonable attorneys' fees. An action under the statute must be filed within six years after the violation of the statute occurred, or three years after the violation was discovered, whichever is later (but in no event more than ten years after the violation occurred). *See Tenn. Code Ann. § 71-5-181 et seq.*

ATTACHMENT B

# Saint Thomas Health
## Standards of Conduct

Saint Thomas Health carries out its healthcare ministry in a manner consistent with the Ascension Health Mission, Vision and Values. We are dedicated to following a high ethical standard of individual conduct as well as acting as responsible corporate citizens. In support of these commitments, Saint Thomas Health has formally established a Corporate Responsibility Program to promote good corporate citizenship; identify high-risk areas; prevent and detect ethical violations; and comply with Federal, State and Local laws. The Standards of Conduct describe the behavior and conduct expected of Saint Thomas Health associates, medical staff, Board Committee members and contractors to promote and protect the integrity of the Health Ministry.

***Follow Ethical and Religious Directives:*** The Ethical and Religious Directives for Catholic Health Care Services (Ethical and Religious Directives or ERDs) express the Catholic Church's teaching on the dignity of the human person and the common good. They are made up of principles that guide our response to ethical issues in health care.

***Deliver Clinically Excellent and Safe Patient Care:*** We deliver spiritually centered care to our patients that supports the physical, mental, emotional, social and spiritual needs of the person. Clinically excellent and safe care requires an organization that is highly reliable and dependent on each associate and medical staff member's participation in a culture of High Reliability. A High Reliability Organization is one that delivers on what it intends to do, putting in place systems, processes and behavior to build strong teams that will prevent errors and improve all areas of safety and experience for patients and associates.

***Law and Regulations:*** Our policy is to comply with all applicable laws and regulations. These laws and regulations apply to many areas throughout the Health Ministry.

***Model Community:*** Associates are at the core of our service as a Catholic health ministry. Model Community is our mutual commitment: Ascension Health's organizational commitment to Associates for their full-flourishing – personally and professionally – and associates' personal commitment to the Ministry and one another, all in service of our Mission.

***Be Honest and Fair in our Business Conduct:*** We are committed to ethical business conduct and integrity. We act in the best interest of the Health Ministry, protect the confidentiality of information and represent the Health Ministry honestly and accurately.