Dennis K. Ames, Esq., Cal. State Bar# 81460
E-mail: DAmes@ljdfa.com
Robert J. Iacopino, Esq., Cal. State Bar# 279754
E-mail: RIacopino@ljdfa.com
**LA FOLLETTE, JOHNSON, DE HAAS,
FESLER & AMES**
2677 N. Main Street, Suite 901
Santa Ana, CA 92705
Telephone:  (714) 558-7008
Facsimile:   (714) 972-0379

Attorneys for Defendants
EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., and FULLERTON ORTHOPAEDIC SURGERY MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>Jeffries, et al. v. Ameridose, et al.<br>Docket No.1:14-cv-12789-RWZ | |

STIPULATION TO STAY THE ACTION BETWEEN THE ARBITRATING PARTIES PENDING BINDING ARBITRATION; [PROPOSED] ORDER

WHEREAS on June 30, 2014, this matter was transferred to this court from the United States District Court, for the Central District of California,

AND WHEREAS 9 USC §§ 3 and 4 provide that matters are referable to arbitration under a written agreement for arbitration and also for a stay of the trial of the action as to the arbitrating parties until arbitration has been completed,

AND WHEREAS plaintiffs' decedent, John Jeffries, and defendants Fullerton Orthopaedic Surgery Medical Group, Inc. (aka Fullerton Ortho. & Associates), Eugen D. Williams, M.D., as a partner of Fullerton Orthopaedic Surgery Medical Group, Inc., and Linda

Lui Luong, P.A. as an employee of Fullerton Orthopaedic Surgery Medical Group, Inc., have previously contracted for binding arbitration of any dispute concerning medical malpractice, and the agreements provide that California law shall apply in the arbitration proceeding, and there being true and correct copies of the two Physician-Patient Arbitration Agreements ("Agreements") are attached as Exhibit "A" and "B,"

IT IS HEREBY STIPULATED by plaintiffs Clay C. Jeffries, individually and as successor in interest for John Edward Jeffries, Cynthia A. Cardey, Patrick J. Jeffries, Wynema K. Hyndman, John E. Jeffries, Jr., and Reed Jeffries, and defendants Eugen D. Williams, M.D., Linda Lui Luong, P.A., and Fullerton Orthopaedic Surgery Medical Group, Inc., and their respective counsel herein, to stay further proceedings in this action between the arbitrating parties, until binding contractual arbitration of the claims and controversies alleged herein has been completed in accordance with the procedures for arbitration as set forth in the contractual agreements between plaintiffs' decedent, John Jeffries, and defendant Fullerton Orthopaedic Surgery Medical Group, Inc.

IT IS FURTHER STIPULATED that this document may be signed in as many specimens as there are signatories to the agreement, and the original of this stipulation will be complete when the separate specimens, collected together as a single document, reflect that all signatories have executed the stipulation. Copies of fax signatures will have the same force and effect as original signatures.

DATED: January 29, 2015

LA FOLLETTE, JOHNSON, DE HAAS,
FESLER & AMES

By_____
DENNIS K. AMES, ESQ.
ROBERT J. IACOPINO, ESQ.
Attorneys for Defendants,
EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., and FULLERTON ORTHOPAEDIC SURGERY MEDICAL GROUP, INC.

| | | |
|---|---|---|
| 1 | DATED: January 28, 2015 | **DEFENDANT** |
| 2 | | |
| 3 | | By _/s/ Eugene Williams_<br>EUGEN D. WILLIAMS, M.D. |
| 4 | DATED: January ___, 2015 | **DEFENDANT** |
| 5 | | |
| 6 | | By _____ |
| 7 | | LINDA LUI LUONG, P.A. |
| 8 | | |
| 9 | DATED: January ___, 2015 | **DEFENDANT** |
| 10 | | |
| 11 | | By _____<br>MICHAEL RUBENSTEIN, M.D., President |
| 12 | | and authorized agent of FULLERTON ORTHOPAEDIC SURGERY |
| 13 | | MEDICAL GROUP, INC. |
| 14 | DATED: January ___, 2015 | **JANET, JENER & SUGGS, LLC** |
| 15 | | |
| 16 | | By _____ |
| 17 | | ROBERT K. JENNER, ESQ.<br>KIMBERLY DOUGHERTY, ESQ. |
| 18 | | Attorneys for Plaintiffs,<br>CLAY C. JEFFRIES, individually and as |
| 19 | | successor in interest for John Edward Jeffries, |
| 20 | | CYNTHIA A. CARDEY, PATRICK J.<br>JEFFRIES, WYNEMA K. HYNDMAN, JOHN |
| 21 | | E. JEFFRIES, JR., AND REED JEFFRIES |
| 22 | DATED: January ___, 2015 | **SKIKOS, CRAWFORD, SKIKOS & JOSEPH** |
| 23 | | |
| 24 | | By _____<br>GREGORY T. SKIKOS, ESQ. |
| 25 | | Attorneys for Plaintiffs,<br>CLAY C. JEFFRIES, individually and as |
| 26 | | successor in interest for John Edward Jeffries, |
| 27 | | CYNTHIA A. CARDEY, PATRICK J.<br>JEFFRIES, WYNEMA K. HYNDMAN, JOHN |
| 28 | | E. JEFFRIES, JR., AND REED JEFFRIES |

```
 1   DATED: January ___, 2015            DEFENDANT
 2
 3                                       By_____
                                           EUGEN D. WILLIAMS, M.D.
 4
     DATED: January 28, 2015             DEFENDANT
 5
 6
                                         By_____
 7                                         LINDA LUI LUONG, P.A.
                                                   LIU
 8
     DATED: January ___, 2015            DEFENDANT
 9
10
                                         By_____
11                                         MICHAEL RUBENSTEIN, M.D., President
                                           and authorized agent of FULLERTON
12                                         ORTHOPAEDIC SURGERY
                                           MEDICAL GROUP, INC.
13
14   DATED: January ___, 2015            JANET, JENER & SUGGS, LLC
15
16                                       By_____
                                           ROBERT K. JENNER, ESQ.
17                                         KIMBERLY DOUGHERTY, ESQ.
                                           Attorneys for Plaintiffs,
18                                         CLAY C. JEFFRIES, individually and as
                                           successor in interest for John Edward Jeffries,
19                                         CYNTHIA A. CARDEY, PATRICK J.
20                                         JEFFRIES, WYNEMA K. HYNDMAN, JOHN
                                           E. JEFFRIES, JR., AND REED JEFFRIES
21
22   DATED: January ___, 2015            SKIKOS, CRAWFORD, SKIKOS & JOSEPH
23
24                                       By_____
                                           GREGORY T. SKIKOS, ESQ.
25                                         Attorneys for Plaintiffs,
                                           CLAY C. JEFFRIES, individually and as
26                                         successor in interest for John Edward Jeffries,
                                           CYNTHIA A. CARDEY, PATRICK J.
27                                         JEFFRIES, WYNEMA K. HYNDMAN, JOHN
                                           E. JEFFRIES, JR., AND REED JEFFRIES
28
                                         3
                              ARBITRATION STIPULATION
```

| | | |
|---|---|---|
| 1 | DATED: January ___, 2015 | **DEFENDANT** |
| 2 | | |
| 3 | | By_____ |
| | | EUGEN D. WILLIAMS, M.D. |
| 4 | DATED: January ___, 2015 | **DEFENDANT** |
| 5 | | |
| 6 | | |
| 7 | | By_____ |
| | | LINDA LUI LUONG, P.A. |
| 8 | DATED: January 28, 2015 | **DEFENDANT** |
| 9 | | |
| 10 | | By /s/ Michael Rubenstein |
| 11 | | MICHAEL RUBENSTEIN, M.D., President |
| 12 | | and authorized agent of FULLERTON ORTHOPAEDIC SURGERY |
| 13 | | MEDICAL GROUP, INC. |
| 14 | DATED: January ___, 2015 | **JANET, JENER & SUGGS, LLC** |
| 15 | | |
| 16 | | By_____ |
| 17 | | ROBERT K. JENNER, ESQ. |
| | | KIMBERLY DOUGHERTY, ESQ. |
| 18 | | Attorneys for Plaintiffs, |
| | | CLAY C. JEFFRIES, individually and as |
| 19 | | successor in interest for John Edward Jeffries, |
| | | CYNTHIA A. CARDEY, PATRICK J. |
| 20 | | JEFFRIES, WYNEMA K. HYNDMAN, JOHN |
| 21 | | E. JEFFRIES, JR., AND REED JEFFRIES |
| 22 | DATED: January ___, 2015 | **SKIKOS, CRAWFORD, SKIKOS & JOSEPH** |
| 23 | | |
| 24 | | By_____ |
| | | GREGORY T. SKIKOS, ESQ. |
| 25 | | Attorneys for Plaintiffs, |
| | | CLAY C. JEFFRIES, individually and as |
| 26 | | successor in interest for John Edward Jeffries, |
| | | CYNTHIA A. CARDEY, PATRICK J. |
| 27 | | JEFFRIES, WYNEMA K. HYNDMAN, JOHN |
| 28 | | E. JEFFRIES, JR., AND REED JEFFRIES |

3
ARBITRATION STIPULATION

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January ___, 2015 | **LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES** |
| 3 | | |
| 4 | | |
| 5 | | By_____<br>DENNIS K. AMES, ESQ.<br>ROBERT J. IACOPINO, ESQ.<br>Attorneys for Defendants,<br>EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., and FULLERTON ORTHOPAEDIC SURGERY MEDICAL GROUP, INC. |
| 10 | DATED: January ___, 2015 | **DEFENDANT** |
| 12 | | By_____<br>EUGEN D. WILLIAMS, M.D. |
| 14 | DATED: January ___, 2015 | **DEFENDANT** |
| 16 | | By_____<br>LINDA LUI LUONG, P.A. |
| 18 | DATED: January ___, 2015 | **DEFENDANT** |
| 20 | | By_____<br>MICHAEL RUBENSTEIN, M.D., President and authorized agent of FULLERTON ORTHOPAEDIC SURGERY MEDICAL GROUP, INC. |
| 23 | DATED: January 29, 2015 | **JANET, JENER & SUGGS, LLC** |
| 25 | | By _/s/_____<br>ROBERT K. JENNER, ESQ.<br>KIMBERLY DOUGHERTY, ESQ.<br>Attorneys for Plaintiffs,<br>CLAY C. JEFFRIES, individually and as successor in interest for John Edward Jeffries, |

3

ARBITRATION STIPULATION

|   |   |
|---|---|
| 1 | |
| 2 | CYNTHIA A. CARDEY, PATRICK J. JEFFRIES, WYNEMA K. HYNDMAN, JOHN E. JEFFRIES, JR., AND REED JEFFRIES |
| 3 DATED: January 28, 2015 | **SKIKOS, CRAWFORD, SKIKOS & JOSEPH** |
| 4 | |
| 5 | By _/s/ Gregory Skikos_ |
| 6 | GREGORY T. SKIKOS, ESQ.<br>Attorneys for Plaintiffs, |
| 7 | CLAY C. JEFFRIES, individually and as successor in interest for John Edward Jeffries, |
| 8 | CYNTHIA A. CARDEY, PATRICK J. JEFFRIES, WYNEMA K. HYNDMAN, JOHN |
| 9 | E. JEFFRIES, JR., AND REED JEFFRIES |
| 10 | |
| 11 DATED: January 27, 2015 | **PLAINTIFF** |
| 12 | |
| 13 | By _/s/ Clay C. Jeffries_<br>CLAY C. JEFFRIES, individually and as successor in interest for John Edward Jeffries |
| 14 | |
| 15 DATED: January 27, 2015 | **PLAINTIFF** |
| 16 | |
| 17 | |
| 18 | By _/s/ Patrick J. Jeffries_<br>PATRICK J. JEFFRIES |
| 19 | |
| 20 DATED: January 26, 2015 | **PLAINTIFF** |
| 21 | |
| 22 | |
| 23 | By _/s/ John E. Jeffries Jr._<br>JOHN E. JEFFRIES, JR. |
| 24 | |
| 25 DATED: January 26, 2015 | **PLAINTIFF** |
| 26 | |
| 27 | By _/s/ Reed E. Jeffries_ |
| 28 | REED JEFFRIES |

4

**ARBITRATION STIPULATION**

DATED: January 27, 2015            **PLAINTIFF**

By _____
CYNTHIA A. CARDEY

DATED: January 27, 2015            **PLAINTIFF**

By _____
WYNEMA K. HYNDMAN

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. I am employed with the law offices of La Follette, Johnson, De Haas, Fesler & Ames, 2677 N. Main Street, Suite 901, Santa Ana, California 92705.

On the below date, I electronically served a true and correct copy of the document entitled **STIPULATION TO STAY THE ACTION BETWEEN THE ARBITRATING PARTIES PENDING BINDING ARBITRATION; [PROPOSED] ORDER** on all parties in MDL No. 2419 via CM/ECF.

I declare that I am employed in the office of an attorney admitted to practice before this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 29, 2015, at Santa Ana, California.

_____
MONICA SALT