## ORDER

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the trial in the above-entitled action between plaintiffs Clay C. Jeffries, individually and as successor in interest for John Edward Jeffries, Cynthia A. Cardey, Patrick J. Jeffries, Wynema K. Hyndman, John E. Jeffries, Jr., and Reed Jeffries, and defendants Eugen D. Williams, M.D., Linda Lui Luong, P.A., and Fullerton Orthopaedic Surgery Medical Group, Inc., is stayed between the arbitrating parties, pending binding arbitration in accordance with the Agreements between plaintiffs' decedent, John Jeffries, and defendants Fullerton Orthopaedic Surgery Medical Group, Inc.

DATED: _____

_____
HONORABLE RYA W. ZOBEL,
UNITED STATES DISTRICT JUDGE