UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Docket No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## NOTICE OF APPEARANCE OF JOHN K. WELLS

Please enter the appearance of John K. Wells of Michaels, Ward & Rabinovitz, LLP as counsel for Defendant Medical Sales Management, Inc.

Dated:  February 6, 2015

Respectfully submitted,

DEFENDANT MEDICAL SALES
MANAGEMENT, INC.

By its attorney,

/s/ John K. Wells
John K. Wells, Esq. (BBO #671345)
Michaels, Ward & Rabinovitz, LLP
One Beacon Street, 2nd Floor
Boston, MA 02108
(617) 350-4040 (phone)
(617) 350-4050 (fax)
jkw@michaelsward.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 6, 2015, a true copy of the foregoing was filed in accordance with the Court's Electronic Filing Guidelines and will be sent to all counsel of record by operation of the Court's electronic filing system.

                /s/ John K. Wells
                John K. Wells, Esq.