UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Docket No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## NOTICE OF WITHDRAWAL OF BRADY HERMANN

Brady Hermann hereby withdraws as counsel for Defendant Medical Sales Management, Inc.  Dan Rabinovitz, John K. Wells and the firm of Michaels, Ward & Rabinovitz, LLP will continue to represent Medical Sales Management, Inc.

Dated:  February 6, 2015

Respectfully submitted,

DEFENDANT MEDICAL SALES
MANAGEMENT, INC.


By its attorneys,


/s/ Brady Hermann
Brady Hermann, Esq. (BBO #667828)
5 Remsen Ave.
Medfield, MA 02052
(617) 544-7370 (phone)

    -   and   -

/s/ Dan Rabinovitz
Dan Rabinovitz, Esq. (BBO #558419)
John K. Wells, Esq. (BBO #671345)
Michaels, Ward & Rabinovitz, LLP
One Beacon Street, 2nd Floor
Boston, MA 02108
(617) 350-4040 (phone)
(617) 350-4050 (fax)
dmr@michaelsward.com
jkw@michaelsward.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 6, 2015, a true copy of the foregoing was filed in accordance with the Court's Electronic Filing Guidelines and will be sent to all counsel of record by operation of the Court's electronic filing system.

      /s/ Brady Hermann
      Brady Hermann, Esq.