# EXHIBIT "A"

# ST. THOMAS OUTPATIENT NEUROSURGCAL CENTER
# NASHVILLE, TENNESSEE

POLICY TITLE: FORMULARY

PURPOSE:

Establish and maintain a Formulary for St Thomas Outpatient Neurosurgical Center

POLICY:

- Process for drug selection
- Review of formulary
- Additions to the formulary and how they are communicated to staff
- Use of substitutions when formulary drug is not available
- Manage shortages or obtain drugs during a disaster situation

Date written: 10/2000

Date Reviewed:     10/01; 10/02;12/03;6/07

Date Revised: 6/2005 ;6/07



DEFENDANT'S EXHIBIT 4

### ANALGESIC NARCOTICS

Hydrocodone/Lortab 10 mg tablets

Alprazolom/Xanax 0.5 mg tablets

Dilaudid (hydromorphone hydrochloride) 4mg/ml

### NARCOTIC ANTAGONISTS

Naloxone/Narcon  0.4 mg/ ml

### NON -NARCOTIC ANALGESICS

Disalcid/Salsalate  500mg tablets

Bayer/Asprin  325 mg tablets

Acetaminophen 325 mg tablets

### BENZODIAZEPINE RECEPTOR ANTAGONIST

Flumazenil  0.5 mg / 5 ml, 5ml vial

### ANESTHETICS

Propofol/Diprovan 1%  200mg/20 mg 20 ml bottle

Fentanyl/Sublimaze   50mcg/ ml, 100mcg vial

Midazolam Hydrochloride/ Versed  2mg/ 2ml, 2mg single dose vial

### LOCAL ANESHTHETICS

Marcaine 0.5%, 50 mg multidose vial or 10 ml single dose vial/ o.75% 10 ml single dose vial

Xylocaine 2%  5 ml vials

Lidocaine 1%  10 mg/ ml, 50 ml bottle or 5 ml single dose pre-filled syringe/ 2%/ 4% 40 mg /1 ml / 1.5 % 15mg / 1 ml, 20 ml pre-filled syringes

### NEUROMUSCULAR BLOKING AGENT

Vecuronium Bromide 10 mg when reconstituted 1mg/1 ml

### SKELETAL MUSCLE RELAXANT

Robaxin injectable 100mg/1 ml, 10ml single use

### NON STEROIDAL ANTI- INFLAMMATORY

Toradol/Ketorolac 30 mg / 1 ml, 1 ml vial

Motrin/Ibuprofen 400 mg tablets

### ANTIEMETICS

Phenergan/Promethazine 25 mg/ml, 1 ml vial

Zofran /Odanseton 2mg/2 ml, 1 ml vial

Reglan 10mg/2 ml, 1 ml vial

Antivert 25 mg tablets

### ANTIANGINAL AGENTS

Nitroquick/Nitroglycerin 0.4 mg tablet

### ANTIARRYTHMIC AGENT

Adenosine 6mg / 2 ml pre-filled syringe

Digoxin 500 mcg /2 ml amp

Lidocaine 2% 5 ml syringe, 20mg/ml, 1% 10 mg / 1 ml, 50 ml vial

Procainamide Hydrochloride 1gm / 10 ml

Verapamil 2.5 am/1 ml, 2ml single dose vial

Amiodarone HCL 150mg/ 3 ml

Brevialblock Injectable 100 mg/10 ml in 10 ml vial

### ANTIHYPERTENSIVE

Hydralazine Injectable 20 mg / 1 ml, 1 ml vial

Normodyne/Transdate/Labetalol

Labatelol 100 mg/20 ml (5mg / 1 ml)

Catapres/Clonidine 0.1 mg tablets

Metropolol 5 mg / 5ml, pre-filled syringe

Inderal 1mg/ 1 ml, 1 ml vial

Breviblock Injectable 100 mg/10 ml in 10 ml vial

### CARDIAC GLYCOSIDE

Digoxin 500 mcg /2 ml amp

### ANTICONVULSANTS

Dilantin/Phenytoin 100 mg /2 ml

Magnesium Sulfate  5 grams/10 ml, 10ml vial

### ANTISPASMOTIC/GASTROINTESTINAL

Robinul/Glycopyrrolate 0.4 mg / 1 ml, 2ml single dose vial

### ANTIHISTAMINE

Bendryl/Diphenhydramine 50 mg/ 1 ml, 1 ml single dose vial

### BRONCHODILATOR

Ephedrine 50 mg / 1 ml, 1 ml single dose vial

Epinephrine 1/10,000 10 ml pre-filled syringe, 0.1 mg/ml, 1/1000 1 mg/1 ml

Atropine Sulfate 10ml vial, 0.1 mg/ml

Phenylephrine 1% 10mg/ 10 ml

### CORTICOSTEROIDS

Decadron    4mg/ml, 1ml vial

Depomedrol   80mg/ml, 1ml vial

Solumedrol   125mg/ 2ml vial

Celestone Soluspan  30 mg/5ml vial

### DIURETIC

Lasix 20mg/2 ml

### ELECTROLYTE SUPPLEMENT

Calcium Chloride 10% 1gm pre-filled syringe

Sodium Bicarbonate 50 ml, 84mg/ml


### SYMPATHETIC (ADRENERGIC) AGENTS

Isuprel 1/5,000, 1mg/5 ml

Dopamine 200mg/5 ml

Norepinephrine 4mg/ 4 ml

Ephedrine  50 mg / 1 ml, 1 ml single dose vial

Epinephrine 1/10,000 10 ml pre-filled syringe, 0.1 mg/ml, 1/1000 1 mg/1 ml

### ANTOCOAGULANTS

Heparin 1000 usp unit/1 ml, 10 ml vial

### ANTIDOTE, HYPOGLYCEMIA

Dextrose 50%, 0.5 grams/ 1 ml, 50cc Syringe

Dextrose 5% injectable pre-filled syringe 50 ml

### ANTIDOTE, HYPERGLYCEMIA

Insulin-Regular 100 units/ml, 10 ml bottle

### ANTIBIOTICS

Cefazolin/Ancef          1 gram single dose

Clindamycin /Cleocin   600 mg/ 4 ml single dose

Vancomycin /Vancocin  1 gram

Gentamicin Sulfate/Gentamicin 80 mg / 2 ml

### TOPICAL ANTIBIOTICS

Bacitracin     0.9 mg individual packets

### IV SOLUTIONS

D5 ½ NS solution   5% dextrose and .45% sodium chloride

D5 100 ml

Normal Saline 1 liter bag

Sodium Chloride 0.9% 100 ml

### TESTS

Glucometer Strips

Pregnancy Tests

TB Skin Test

IRN/PT test strips

### OTHER

Sterile water 10 ml vial

Normal saline 10 ml vial

Tetnus

Omnipaque 300 mgi/1 ml, 30 or 50 ml bottles