# EXHIBIT "B"

**In the Matter Of:**

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY LITIGATION

---

**EXCERPT**

**VIDEOTAPED DEPOSITION OF DEBRA SCHAMBERG, R.N.**

*February 04, 2015*

---



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

Case 1:13-md-02419-RWZ   Document 1682-2   Filed 02/09/15   Page 3 of 6

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY LITIGATION    EXCERPT
VIDEOTAPED DEPOSITION OF DEBRA SCHAMBERG, R.N. on 02/04/2015                    Page 1

```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2

 3

 4
      IN RE: NEW ENGLAND
 5    COMPOUNDING PHARMACY,
      INC. PRODUCTS LIABILITY     MDL No. 2419
 6    LITIGATION
                                  Master Dkt:
 7                                1:13-md-02419-RWZ
      ~~~~~~~~~~~~~~~~~~~~~
 8    THIS DOCUMENT RELATES
      TO:
 9

10    All Actions

11
      ~~~~~~~~~~~~~~~~~~~~~~~
12

13
                   EXCERPT FROM THE
14             VIDEOTAPED DEPOSITION OF
                DEBRA SCHAMBERG, R.N.
15

16                   9:06 a.m.
                  February 4, 2015
17

18
                    Suite 1100
19              315 Deaderick Street
               Nashville, Tennessee
20

21
          Blanche J. Dugas, RPR, CCR No. B-2290
22

23

24

25
```



1      Q.      Oh, all right.  Then I have 41 written on
2  mine.  So STOPNC_533?

3      A.      Yes.

4      Q.      STOPNC_533, Exhibit 40, I think you earlier
5  said, quote, We're a very small entity, closed quote.
6  Do you remember saying that?

7      A.      Yes.

8      Q.      And that's reflected by the fact that you
9  have a very small formulary; right?

10     A.      Correct.

11             MR. REHNQUIST:  Objection.

12     Q.      (By Mr. Schramek)  Is it fair to say
13 that -- can you tell me what is the relationship, if
14 any, between the STOPNC formulary on Exhibit 40 and,
15 for example, St. Thomas Hospital's formulary.

16             MR. STRANCH:  Objection, foundation.

17             THE WITNESS:  That I couldn't -- you
18        know, I don't think that would even be
19        close, but I can't -- I don't know what's
20        all on St. Thomas's formulary.

21     Q.      (By Mr. Schramek)  Have you ever seen the
22 formulary?

23     A.      No.

24     Q.      In connection with your work in STOPNC, did
25 you ever have any interaction with the formulary?



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1       A.      For St. Thomas Hospital?

 2               MR. STRANCH:  Objection.

 3       Q.      (By Mr. Schramek)  Hospital.

 4       A.      No.

 5       Q.      Do you personally -- do you believe that

 6  the St. Thomas Hospital formulary has anything to do

 7  with STOPNC?

 8               MR. STRANCH:  Objection.

 9               MR. NOLAN:  Objection to the form.

10               THE WITNESS:  No.

11       Q.      (By Mr. Schramek)  And it doesn't appear

12  that your formulary, in fact, changed since 2007; is

13  that right?

14       A.      At that time.

15       Q.      And just so the record's clear, at the

16  bottom of these policies, it says what the date

17  written was, the dates they were reviewed, and then

18  the dates they were revised; correct?

19       A.      Correct.

20       Q.      When you want to determine whether a policy

21  has changed, that's what you look at; right?

22       A.      Yes.

23       Q.      We had some talk about what's referred to

24  as the St. Thomas -- I believe the Medical Plaza.   Is

25  that the right term for it?
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    STATE OF GEORGIA:

2    COUNTY OF FULTON:

3

4              I hereby certify that the foregoing

5         transcript was reported, as stated in the

6         caption, and the questions and answers

7         thereto were reduced to typewriting under

8         my direction; that the foregoing pages

9         represent a true, complete, and correct

10        transcript of the evidence given upon said

11        hearing, and I further certify that I am

12        not of kin or counsel to the parties in the

13        case; am not in the employ of counsel for

14        any of said parties; nor am I in any way

15        interested in the result of said case.

16

17   February 06, 2015.

18

19

20

21             BLANCHE J. DUGAS, CCR-B-2290

22

23

24

25



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com