# EXHIBIT "D"

To view **<u>larger</u>**, click on "**+**" on the toolbar to increase magnification.

F-01b: Saint Thomas Hospital Drug Formulary (Sorted by Generic Description) Approved by PTAC 1/12/10; updated 11/8/11

*Medication guides MUST be dispensed by healthcare professionals the first time a drug is dispensed for administration to a pt in an outpatient setting, including clinics (Outpatient Infusion Center), eye centers, Neuro Diagnostic Testing Center, dialysis centers, and outpatient surgery.

| Description (Generic) | Brand Name | Therapeutic Class | Tier I - "Do not Touch" To be reserved for drugs with clear recs against handling at any time while pregnant | Tier II - "Chemotherapy Agents" Outlined in policy C-32 | Tier III - "Category X Medications" Related to ingestion rather than handling | Controlled Substances (CII - V) | Hazardous (P, U, D) Outlined in policy W-07 | High Risk Outlined in policy M-14 | Look Alike / Sound Alike (See list on LifeNet) | Outpatient Infusion Center (OIC) use only | Prescribing Restrictions per PTAC | Risk Evaluation Mitigation Strategy (REMS) as regulated by the FDA * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

# To view **larger**, click on "**+**" on the toolbar to increase magnification.

F-01b: Saint Thomas Hospital Drug Formulary (Sorted by Generic Description) Approved by PTAC 1/12/10; updated 11/8/11

*Medication guides MUST be dispensed by healthcare professionals the first time a drug is dispensed for administration to a pt in an outpatient setting, including clinics (Outpatient Infusion Center), eye centers, Neuro Diagnostic Testing Center, dialysis centers, and outpatient surgery.

| Description (Generic) | Brand Name | Therapeutic Class | Tier I - "Do not Touch" To be reserved for drugs with clear recs against handling at any time while pregnant | Tier II - "Chemotherapy Agents" Outlined in policy C-32 | Tier III - "Category X Medications" Related to ingestion rather than handling | Controlled Substances (CII - V) | Hazardous (P, U, D) Outlined in policy W-07 | High Risk Outlined in policy M-14 | Look Alike / Sound Alike (See list on LifeNet) | Outpatient Infusion Center (OIC) use only | Prescribing Restrictions per PTAC | Risk Evaluation Mitigation Strategy (REMS) as regulated by the FDA * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| methylPREDNISolone (SOLUmedrol) na succ 1 gm inj | SOLU-MEDROL | steroids, adrenal cortical | | | | | | | | | | |
| methylPREDNISolone (SOLUmedrol) na succ 125 mg inj | SOLU-MEDROL | steroids, adrenal cortical | | | | | | | | | | |
| methylPREDNISolone (SOLUmedrol) na succ 40 mg inj | SOLU-MEDROL | steroids, adrenal cortical | | | | | | | | | | |
| methylPREDNISolone (SOLUmedrol) na succ 500 mg inj | SOLU-MEDROL | steroids, adrenal cortical | | | | | | | | | | |
| methylPREDNISolone 16 mg tab | medrol | steroids, adrenal cortical | | | | | | | | | | |
| methylPREDNISolone 2 mg tab | medrol | steroids, adrenal cortical | | | | | | | | | | |
| methylPREDNISolone 32 mg tab | medrol | steroids, adrenal cortical | | | | | | | | | | |
| methylPREDNISolone 4 mg tab | medrol | steroids, adrenal cortical | | | | | | | | | | |
| methylPREDNISolone 8 mg tab | medrol | steroids, adrenal cortical | | | | | | | | | | |
| methylPREDNISsolone (medrol dosepak) 4 mg tab 21 pack | medrol dosepak | steroids, adrenal cortical | | | | | | | | | | |