UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES. | MDL No. 1:13-md-2419-RWZ |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION TO SCHEDULE ORAL ARGUMENT ON CERTAIN MOTIONS FOR STATUS CONFERENCE ON FEBRUARY 17, 2015**

The Plaintiffs' Steering Committee ("PSC") hereby moves the Court to schedule the following motions for oral argument during the status conference to be held on February 17, 2015:[1]

    A.    Starting at 11:30 a.m. before Judge Boal:

        1.    Plaintiffs' Steering Committee's Motion for Clarification Regarding Plaintiff Profile Form Releases and Responses [Doc. 1671].

           a.    Saint Thomas Entities' Response in Partial Opposition to PSC's Motion for Clarification Regarding Plaintiff Profile Form Releases and Responses [Doc.1683].

        2.    Plaintiffs' Steering Committee's Motion to Compel the St. Thomas Entities to Respond to Certain Document Requests [Doc. 1664].

           a.    Memorandum in Support of PSC's Motion to Compel the St. Thomas Entities to Respond to Certain Document Requests [Doc. 1665].

           b.    Declaration of Benjamin A. Gastel [Doc. 1666].

---

[1] All defendants for which counsel has made an appearance in the MDL have been provided an opportunity to suggest the scheduling of additional motions for oral argument.

      c.      Joint Stipulation for Extension of Time to File Response to PSC's Motion to Compel Responses to Certain Document Requests [Doc. 1681].

      d.      Saint Thomas Entities' Response in Opposition to PSC's Motion to Compel Regarding Certain Document Requests [Doc. 1682].

B.      Starting at 2:00 p.m. before Judge Zobel:

1.      Liberty Industries, Inc.'s Motion to Strike the Amended Declaration of Philip J. Austin, Ph.D. [Doc. 1661.

      a.      Plaintiffs' Steering Committee's Opposition to Liberty Industries, Inc.'s Motion to Strike the Amended Declaration of Philip J. Austin, Ph.D. [Doc. 1669].

      b.      Declaration of Thomas M. Sobol in Support of the Plaintiffs' Steering Committee's Opposition to Liberty Industries, Inc.'s Motion to Strike the Amended Declaration of Philip J. Austin, Ph.D. [Doc. 1670]

The Plaintiffs' Steering Committee will also identify these Motions in its proposed agenda for the Status Conference on February 17, 2015.

Dated: February 10, 2015      RESPECTFULLY SUBMITTED,

**/s/ Patrick T. Fennell**
Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

Thomas M. Sobol
Kristen Johnson
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO, LLP

55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: 617/482-3700
Facsimile: 617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415/956-1000
Facsimile: 415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: 248/557-1688
Facsimile: 248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
5 Concourse Parkway, # 2600
Atlanta, GA 30328
Telephone: 404/451-7781
Facsimile: 404/506-9223
mark@markzamora.com

        J. Gerard Stranch, IV
        Benjamin A. Gastel
        BRANSTETTER, STRANCH &
        JENNINGS, PLLC
        227 Second Avenue North
        Nashville, TN 37201
        Telephone:  615/254-8801
        Facsimile:  615/255-5419
        gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, Patrick T. Fennell, hereby certify that I caused a copy of the above *Plaintiffs' Steering Committee's Motion to Schedule Oral Argument on Certain Motions for Status Conference on February 17, 2015*, to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to those parties by operation of the Court's CM/ECF system.

Dated: February 10, 2015 /s/Patrick T. Fennell
Patrick T. Fennell, VSB 40393