IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No. 2419 ) Case No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO ALL CASES | ) |

## MOTION FOR ADMISSION PRO HAC VICE OF GREGORY L. LYONS

Pursuant to the procedures set forth in the Court's Order on Admission of Attorneys of January 30, 2014 [ECF No. 827], the below-named plaintiffs in Case Nos. 1:14-cv-13496-RWZ and 1:14-cv-13504-RWZ, move that Gregory L. Lyons, an attorney licensed in the Commonwealth of Virginia who is their counsel in such cases that have been transferred to this Court [*see* ECF No. 1328], be admitted *pro hac* vice in MDL No. 2419, including the transferred cases. Consistent with the Order on Admission of Attorneys, this motion is accompanied by the contemporaneously-filed Affidavit of Gregory L. Lyons.

| | | |
|---|---|---|
| **Gladys G. Austin** | **Arnold Moon** | **Stuart Katz** |
| **Richard Blankenship** | **Rosanne Moon** | **Melissa Marshall** |
| **Cheryl Brogan** | **Sharon Overstreet** | **John Marsinko** |
| **Kimberly Chitwood** | **Mary Radford** | **Jane McKeon** |
| **Christopher Compton** | **Audrey Ransome** | **Angela Norman** |
| **Shirley Doyle** | **Nosworthy Reid** | **Larry Rice** |
| **Renate Fariss** | **Larry Hall** | **Deanna Smith** |
| **Nancy Goodfellow** | **Frank Haranzo, Jr.** | **Stevie Thomas** |
| **Norma Hurley** | **Susanne Hastings** | **Brenda Varley** |
| **Mabel Hutcherson** | **Jacob Helm** | **Christine Wheeler** |

*Plaintiffs in Case No. 1:14-cv-13504-RWZ*

**William L. Neal, Administrator of the Estate of Lucy Byrd Neal**
*Plaintiff in Case No. 1:14-13496-RWZ*

Dated: February 11, 2015                    Respectfully Submitted,

By:   /s/ Gregory L. Lyons
John E. Lichtenstein (VSB #27048)
John P. Fishwick, Jr. (VSB #23285)
Gregory L. Lyons (VSB#24037)
LICHTENSTEINFISHWICK PLC
Suite 400, Liberty Trust Building
101 S. Jefferson Street (24011)
P.O. Box 601
Roanoke, Virginia  24004-0601
Tel:    (540) 343-9711
Fax:    (540) 343-9713
gll@vatrials.com
*Counsel for Plaintiffs in Case Nos. 1:14-cv-13496-RWZ and 1:14-cv-13504-RWZ*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2015, I electronically filed the foregoing document via CM/ECF, which will send a Notification of Electronic Filing to all counsel of record registered to receive such notice.

/s/ Gregory L. Lyons
Gregory L. Lyons (VSB#24037)
LICHTENSTEINFISHWICK PLC
Suite 400, Liberty Trust Building
101 S. Jefferson Street (24011)
P.O. Box 601
Roanoke, Virginia  24004-0601
Tel:    (540) 343-9711
Fax:    (540) 343-9713
gll@vatrials.com
*Counsel for Plaintiffs in Case Nos. 1:14-13504-RWZ and 1:14-13496-RWZ*