IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC. )
PRODUCTS LIABILITY LITIGATION ) MDL No. 2419
) Case No. 1:13-md-2419-RWZ
)
THIS DOCUMENT RELATES TO ALL CASES )

### AFFIDAVIT OF GREGORY L. LYONS

Pursuant to Local Rule 83.5.3 of the rules of the United States District Court for the

District of Massachusetts and the procedures set forth in the Court's Order on Admission of

Attorneys of January 30, 2014 [ECF No. 827], I, Gregory L. Lyons, hereby declare:

1.      I am an attorney at law at LICHTENSTEINFISHWICK PLC, and am counsel for plaintiffs

in the following actions transferred to this Court [*see* ECF No. 1328]:   Case Nos. 1:14-cv-

13496 and 1:14-cv-13504. My contact information is:

> Gregory L. Lyons
> LICHTENSTEINFISHWICK PLC
> Liberty Trust Building, Suite 400
> 101 S. Jefferson St., PO Box 601
> Roanoke, VA 24004-0601
> Tel: (540)343-9711
> Fax: (540)343-9713
> gll@vatrials.com

2.      I am a member of the Virginia State Bar and am admitted to practice before the Virginia

Supreme Court and other Virginia state courts; the United States Court of Appeals for the

Fourth Circuit; the United States District Courts for the Eastern District of Virginia and the

Western District of Virginia; and the United States Tax Court.

3.      I am a member of the bar in good standing in every jurisdiction where I am

admitted to practice.

4.      There are no disciplinary proceedings against me pending in any jurisdiction.

5.      I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

6.      I declare under penalty of perjury that the foregoing is true and correct.


Date:   February 10, 2015

Gregory L. Lyons (VSB#24037)
LICHTENSTEINFISHWICK PLC
Suite 400, Liberty Trust Building
101 S. Jefferson Street (24011)
P.O. Box 601
Roanoke, Virginia  24004-0601
Tel:    (540) 343-9711
Fax:    (540) 343-9713
gll@vatrials.com
        *Counsel for Plaintiffs in Civil Action*
        *Nos. 1:14-13504 and 1:14-13496*


**COMMONWEALTH OF VIRGINIA**
**CITY OF ROANOKE**

        Subscribed, sworn to, acknowledged and executed in my presence on February
_10th_ , 2015 by Gregory L. Lyons.

                                        Notary Public

My commission expires:_____10/31/2015_____
Notary Registration Number:_____226160_____