IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 2419 ) Case No. 1:13-md-2419-RWZ ) |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) |

## AFFIDAVIT OF JOHN E. LICHTENSTEIN

Pursuant to Local Rule 83.5.3 of the rules of the United States District Court for the District of Massachusetts and the procedures set forth in the Court's Order on Admission of Attorneys of January 30, 2014 [ECF No. 827], I, John E. Lichtenstein, hereby declare:

1. I am an attorney at law and partner at LICHTENSTEINFISHWICK PLC, and am counsel for plaintiffs in the following actions transferred to this Court [*see* ECF No. 1328]: Case Nos. 1:14-cv-13496 and 1:14-cv-13504. My contact information is:

> John E. Lichtenstein
> LICHTENSTEINFISHWICK, PLC
> Liberty Trust Building, Suite 400
> 101 S. Jefferson St., PO Box 601
> Roanoke, VA 24004-0601
> Tel: (540)343-9711
> Fax: (540)343-9713
> jel@vatrials.com

2. I have been admitted to practice in the following courts: Supreme Court of the United States of America (January 12, 1998); Supreme Court of Virginia (April 20, 1987); United States Court of Appeals for the Fourth Circuit (April 22, 1987); United States District Court for the Eastern District of Virginia (June 9, 1987); United States District Court for the Western District of Virginia (April 29, 1991).

3. I am a member of the bar in good standing in every jurisdiction where I am

admitted to practice.

4.  There are no disciplinary proceedings against me pending in any jurisdiction.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Date: February 10, 2015

John E. Lichtenstein (VSB#27048)
LICHTENSTEINFISHWICK PLC
Suite 400, Liberty Trust Building
101 S. Jefferson Street (24011)
P.O. Box 601
Roanoke, Virginia 24004-0601
Tel: (540) 343-9711
Fax: (540) 343-9713
jel@vatrials.com
*Counsel for Plaintiffs in Civil Action Nos. 1:14-13504 and 1:14-13496*

**COMMONWEALTH OF VIRGINIA**
**CITY OF ROANOKE**

Subscribed, sworn to, acknowledged and executed in my presence on February 10th, 2015 by John E. Lichtenstein.

Notary Public

My commission expires: 10/31/2015
Notary Registration Number: 226160