UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Premier Actions | |

**AMENDED NOTICE OF TAKING VIDEO DEPOSITION DUCES TECUM**
**(POSTPONING FEBRUARY 16, 2015)**

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Plaintiffs' Steering Committee ("PSC") will take the deposition of Michelle Cassidy on March 20, 2015 beginning 9:00am at the offices of Blumberg and Wolk, PC, 158 Delaware Street, Woodbury, NJ 08096. The deposition will be recorded by stenographical means and by video. See Exhibit A for documents to be produced on the stated date.

Dated: February 12, 2015

Respectfully submitted,

**/s/ Benjamin A. Gastel**
Benjamin A. Gastel
J. Gerard Stranch, IV
Branstetter Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201
Telephone: 615-254-8801
Facsimile: 615-250-3937
beng@bsjfirm.com
gerards@bsjfirm.com

Mark Zamora, Esquire
5 Concourse Parkway #2600
Atlanta, GA 30328
Telephone: 404.373.1800
Facsimile: 404.506.9223
mark@markzamora.com

    and

    /s/ Kimberly A. Dougherty
    Kimberly A. Dougherty, Esquire
    Janet, Jenner & Suggs, LLS
    31 St. James Ave., Suite 365
    T: 617.933.1265
    kdougherty@myadvocates.com

    *Members of the Plaintiffs Steering Committee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 12, 2015, a true and exact copy of the foregoing was filed with this the Clerk of the Court using the ECF system that sent a notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

    **/s/ Benjamin A. Gastel**
    Benjamin A. Gastel