## EXHIBIT A

1. Michelle Cassidy's entire custodial file from employment at Premier Orthopaedic and Sports Medicine Associates and/or and Premier Orthopaedic Associates Surgical Center, LLC (collectively hereinafter "Premier").

2. Any and all and documents, including, but not limited to e-mails, marketing and advertising materials, incentives, promotions, prescriptions, purchase orders, prescription order forms, labels, invoices, logs, messages, notes, letters, correspondence, incident reports, complaints and other documents or electronic data related to or referencing to New England Compounding Pharmacy, Inc., its agents, representatives, or employees.

3. Any product order forms prepared by you, signed by you, or otherwise transmitted for you, from Premier, its agents, employees or physicians, to New England Compounding Pharmacy, Inc., its agents, representatives, or employees.

4. Any Methylprednisolone Acetate and Depo Medrol product order forms prepared by you, signed by you, or otherwise transmitted for you from Premier, its agents, employees or physicians, to New England Compounding Pharmacy, Inc., any agents, representatives, or employees.

5. Any and all documents that reference or relate to Methylprednisolone Acetate.

6. Any and all documents that reference or relate to Depo Medrol.

7. Any and all documents related to risks and benefits associated with preservative free compounded products.

8. Any and all documents related to risks associate with epidural injections.

9. Any and all documents between Premier, its agents, employees or physicians, and patients related to epidural injections, preservative free products, compounded products and administration of same.

10. Any and all documents between Premier, its agents, employees or physicians, and patients related to the recall of New England Compounding Pharmacy, Inc.'s products and/or the fungal meningitis outbreak

11. Any and all documents related to the recall of New England Compounding Pharmacy, Inc.'s products and/or the fungal meningitis outbreak, including, but limited to documents between Premier, its agents, employees or physicians, and the New Jersey Department of Public Health the FDA, the CDC and any other governmental entity.

12. Any and all documents related to Premier's internal investigation, evaluation and changes implemented as a result of the recall of New England Compounding Pharmacy, Inc.'s products and/or the fungal meningitis outbreak.

13. Any and all documents related to Premier's billing, billing policies, and billing codes used for billing governmental and private insurers for New England Compounding Pharmacy, Inc.'s Methylprednisolone Acetate, brand Depo Medrol and Generic Depo Medrol.

14. Any and all documents related to Premier's billing, billing policies and billing codes used for billing governmental and private insurers for epidural steroid injection services.

15. Any and all documents related to reimbursement of Premier for Methylprednisolone Acetate, brand Depo Medrol, Generic Depo Medrol and any other injectable steroid from January 1, 2005 to date.

16. Any and all documents related to reimbursement of Premier for epidural steroid injection services from January 1, 2005 to date.

17. Any and all documents related to expenses incurred and profits earned by Premier for its administration of epidural steroids and injection services from January 1, 2005 to date.

18. Any and all of Premier's Policies and Procedures related to outsourcing sterile compounding services, purchasing, billing and administering compounded products.

19. Any and all policies, procedures, guidelines, reports, memorandum or other materials addressing the purchase, billing, administration and/or use of Methylprednisolone Acetate, brand Depo Medrol, Generic Depo Medrol and any other injectable steroids.

20. Any and all documents related to Premier's accreditation.

21. Any and all documents related to Premier's evaluation, investigation and/or selection of compounding pharmacies.

22. Any and all documents related to compounding pharmacies, other than New England Compounding Pharmacy, Inc., utilized by Premier from January 1, 2005 to date.