UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN EDWARDS | : | |
|     PLAINTIFF | : | CIVIL ACTION NO: 1:13-CV-13209-RWZ |
| | : | |
| v. | : | |
| | : | MDL No. 2419 |
| UNIFIRST CORPORATION, A/D/B/A; | : | Master Docket No. 1:13-md-2419-RWZ |
| UNICLEAN CLEANROOM SERVICES; | : | |
| MINNESOTA SURGERY CENTER; | : | Honorable Rya W. Zobel |
| MEDICAL ADVANCED PAIN | : | |
| SPECIALISTS, PA, and | : | |
| DAVID M. SCHULTZ, M.D., | : | |
|     DEFENDANTS | : | |
| | : | |

## NOTICE OF APPEARANCE OF COUNSEL

In accordance with Rule 11(a) of the Fed. R. Civ. P., Robert L. Bouley and Clare F. Carroll enter their appearances on behalf of Defendant, Minnesota Surgery Center.

          MINNESOTA SURGERY CENTER,
          By counsel,


          /s/ Robert L. Bouley, Esquire
          Robert L. Bouley
          B.B.O. #050900
          Clare F. Carroll
          B.B.O. #564140
          McCarthy, Bouley & Barry, P.C.
          47 Thorndike Street
          Cambridge, MA  02141
          (617) 225-2211
          rlb@mbblaw.com, cfc@mbblaw.com

DATED:  February 13, 2015

I, Robert L. Bouley, hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 13th day of February, 2015.


<u>/s/ Robert L. Bouley</u>
Robert L. Bouley, Esquire