UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | )<br>)<br>)<br>)     MDL No. 1:13-md-2419-FDS<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF PLAN SUPPLEMENT TO THE JOINT CHAPTER 11 PLAN OF NEW ENGLAND COMPOUNDING PHARMACY, INC.

**PLEASE TAKE NOTICE** that, on February 13, 2015, Paul D. Moore, the Chapter 11 Trustee (the "Trustee") for the bankruptcy Estate of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor") and the Official Committee of Unsecured Creditors of NECC (the "Official Committee", and together with the Trustee, the "Plan Proponents"), filed the Plan Supplement with the United States Bankruptcy Court, a copy of which is attached hereto as Exhibit A.

Dated: February 13, 2015                                                  Respectfully submitted,

**DUANE MORRIS LLP**                                              **BROWN RUDNICK LLP**

/s/ Paul D. Moore                                                         /s/ David J. Molton
Paul D. Moore, Esq.                                                   William R. Baldiga, Esq.
100 High Street                                                           Kiersten A. Taylor, Esq.
Suite 2400                                                                  One Financial Center
Boston, MA 02110                                                      Boston, MA 02111
Telephone: (857) 488-4200                                        Telephone: (617) 856-8200
Facsimile: (857) 401-3057                                          Facsimile: (617) 856-8201

*Chapter 11 Trustee*                                                    David J. Molton, Esq.
                                                                                   7 Times Square
                                                                                   New York, NY 10036
                                                                                   Telephone: (212) 209-4800
                                                                                   Facsimile: (212) 209-4801

                                                                                   *Counsel to the Official Committee*
                                                                                   *of Unsecured Creditors*

61860194

## **CERTIFICATE OF SERVICE**

      I, Carol S. Ennis, hereby certify that on February 13, 2015, I caused a copy of the foregoing Notice to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, postage prepaid.


Dated: February 13, 2015
       Boston, Massachusetts                            /s/ Carol S. Ennis
                                                                Carol S. Ennis