# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., | Case No. 12-19882-HJB |
| Debtor. | |

**NOTICE OF FILING OF PLAN SUPPLEMENT TO THE JOINT CHAPTER 11 PLAN**
**OF NEW ENGLAND COMPOUNDING PHARMACY, INC.**

**PLEASE TAKE NOTICE** that, on December 3, 2014, Paul D. Moore, as chapter 11 trustee (the "**Chapter 11 Trustee**") of New England Compounding Pharmacy, Inc., a Massachusetts corporation, the above-captioned debtor (the "**Debtor**"), and the Official Committee of Unsecured Creditors (the "**Official Committee**" and together with the Chapter 11 Trustee, the "**Plan Proponents**") filed the *Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.* (as may be amended, modified and/or supplemented from time to time, the "**Plan**").[1]

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Plan, attached hereto as Exhibits 1 through 8 are the following Exhibits to the plan supplement in substantially final form (as may be amended, the "**Plan Supplement**"):[2]

**Exhibit 1:** **Tort Trust Agreement**

**Exhibit A:** **Claims Resolution Facility Procedures**

**Exhibit B:** **Provider Claims Resolution Facility Procedures**

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

[2]   The Plan Proponents expressly reserve their rights, at any time prior to the Effective Date, to supplement, modify or amend this Plan Supplement.

**Exhibit B-1:**   **High Point Claims Resolution Facility Procedures**

**Exhibit B-2:**   **Insight Claims Resolution Facility Procedures**

**Exhibit B-3:**   **Inspira Claims Resolution Facility Procedures**

**Exhibit 2:**   **Ameridose Settlement Agreement**

**Exhibit 3:**   **ARL Settlement Agreement**

**Exhibit 4:**   **High Point Settlement Agreement**

**Exhibit 5:**   **Insight Settlement Agreement**

**Exhibit 6:**   **Inspira Settlement Agreement**

**Exhibit 7:**   **Victory Settlement Agreement**

**Exhibit 8:**   **Shareholder Escrow and Control Agreement**

**PLEASE TAKE FURTHER NOTICE** that any party in interest who would like to receive copies of any of the exhibits contained in this Plan Supplement may receive a copy by (a) accessing the website for the Claims and Noticing Agent at http://www.drcdrx.com/cases/caseinfo/necp; (b) writing to the Claims and Noticing Agent by First Class Mail at P.O. Box 2034, Murray Hill Station, New York, NY 10156-0701, Re: New England Compounding Pharmacy, Inc., Attn: Voting Department; (c) writing to the Claims and Noticing Agent by Hand Delivery or Overnight Mail at 6201 15th Ave, Brooklyn, NY 11219, Re: New England Compounding Pharmacy, Inc., Attn: Voting Department; or (d) calling the Claims and Noticing Agent at (212) 771-1128.  You may also obtain copies of any pleadings filed in the Chapter 11 case for a fee via PACER at: http://www.mab.uscourts.gov.

February 13, 2015

**DUANE MORRIS LLP**

/s/ Paul D. Moore
Paul D. Moore, Esq.
100 High Street
Suite 2400
Boston, MA 02110
Telephone:  (857) 488-4200
Facsimile:  (857) 401-3057

*Chapter 11 Trustee*

**BROWN RUDNICK LLP**

/s/ David J. Molton
William R. Baldiga, Esq.
Kiersten A. Taylor, Esq.
One Financial Center
Boston, MA 02111
Telephone:  (617) 856-8200
Facsimile:  (617) 856-8201


David J. Molton, Esq.
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to the Official Committee
of Unsecured Creditors*