# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## <u>NOTICE OF DEPOSITIONS FOR CERTAIN TENNESSEE DEFENDANTS</u>

The Plaintiffs' Steering Committee hereby gives formal notice of the depositions for the witnesses identified in the attached Notices of Deposition.


Dated: February 18, 2015                Respectfully submitted,

                              **/s/ J. Gerard Stranch, IV**
                              J. Gerard Stranch, IV
                              Benjamin A. Gastel
                              BRANSTETTER, STRANCH & JENNINGS PLLC
                              227 Second Avenue North
                              Nashville, TN  37201
                              Telephone:  (615) 254-8801
                              Facsimile:  (615) 255-5419
                              gerards@branstetterlaw.com
                              beng@branstetterlaw.com

                              *Plaintiffs' Steering Committee and Tennessee State Chair*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 18, 2015, a true and exact copy of the

foregoing was served on all counsel of record via electronic mail.

**<u>/s/ J. Gerard Stranch, IV</u>**
J. Gerard Stranch, IV