UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## DEPOSITION NOTICE

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the deposition of Dr. Kenneth R. Lister, on Monday, March 9, 2015 at 9:00 a.m. at the offices of Gideon, Cooper & Essary, PLC, 315 Deaderick St., #1100, Nashville, TN 37238. The deposition will be recorded by stenographical means and by video.

Dated: February 18, 2015               Respectfully submitted,

                                       **/s/ J. Gerard Stranch, IV**
                                       J. Gerard Stranch, IV
                                       Benjamin A. Gastel
                                       BRANSTETTER, STRANCH & JENNINGS PLLC
                                       227 Second Avenue North
                                       Nashville, TN  37201
                                       Telephone:  (615) 254-8801
                                       Facsimile:  (615) 255-5419
                                       gerards@branstetterlaw.com
                                       beng@branstetterlaw.com

                                       *Plaintiffs' Steering Committee and Tennessee State Chair*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 18, 2015, a true and exact copy of the foregoing was served on all counsel of record via electronic mail.

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV