UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No. 1:13-md-2419-RWZ |

**NOTICE OF FILING OF FIRST AMENDED
JOINT CHAPTER 11 PLAN OF NEW
<u>ENGLAND COMPOUNDING PHARMACY, INC.</u>**

Paul D. Moore, the Chapter 11 Trustee (the "<u>Trustee</u>") for the chapter 11 estate of New England Compounding Pharmacy, Inc. ("<u>NECC</u>" or the "<u>Debtor</u>"), and the Official Committee of Unsecured Creditors of NECC (the "<u>Official Committee</u>," and together with the Trustee, the "<u>Plan Proponents</u>"), hereby give notice of the *First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.* (the "<u>Plan</u>") filed in the United States Bankruptcy Court for the District of Massachusetts (the "<u>Bankruptcy Court</u>") on February 22, 2015.

For the convenience of parties, a copy of the Plan is attached hereto as Exhibit A, and a blackline comparison copy of the Plan against the originally filed version is attached hereto as Exhibit B.  The Plan remains subject to further revision, and has not been approved or reviewed by the Bankruptcy Court. Under applicable law, acceptance or rejection of the Plan cannot be solicited, and is not hereby solicited, by the Plan Proponents, absent prior approval by the Bankruptcy Court.

[*Signature Page Follows*]

Dated: February 22, 2015
Boston, Massachusetts

Respectfully submitted,

**DUANE MORRIS LLP**

By:  /s/ *Michael R. Gottfried*
Michael R. Gottfried (BBO #542156)
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone: (857) 488-4200
Facsimile: (857) 488-4201
mrgottfried@duanemorris.com

Michael R. Lastowski, Esq. (admitted *pro hac vice*)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
mlastowski@duanemorris.com

*Counsel to the Chapter 11 Trustee*

-and-

**BROWN RUDNICK LLP**

By:  /s/ *David J. Molton*
David J. Molton, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com

Kiersten A. Taylor, Esq. (BBO #681906)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
ktaylor@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors of New England Compounding Pharmacy, Inc.*

## Certificate of Service

I, Michael R. Gottfried, hereby certify that on this day, February 22, 2015, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ Michael R. Gottfried
Michael R. Gottfried