## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No. 1:13-md-2419-RWZ |

### NOTICE OF BANKRUPTCY COURT CONFIRMATION HEARING REGARDING THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF NEW ENGLAND COMPOUNDING PHARMACY, INC. AND RELATED DEADLINES FOR VOTING AND OBJECTIONS

Paul D. Moore, the Chapter 11 Trustee (the "Trustee") of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor"), and the Official Committee of Unsecured Creditors of NECC (the "Official Committee," and together with the Trustee, the "Plan Proponents"), hereby give notice of the Bankruptcy Court hearing on **May 19, 2015 at 10:00 a.m. (Eastern Prevailing Time)** with respect to the confirmation of the *First Amended Joint Plan of Reorganization of NECC* (the "Plan"), the **May 5, 2015 deadline** for filing and serving **objections to confirmation** of the Plan and the **May 5, 2015 at 4:00 p.m. (Prevailing Eastern Time) deadline** for the receipt of ballots with respect to **voting** on the Plan.

For the convenience of parties in interest, a copy of the *Notice of Order (I) Approving the Adequacy of the Amended Joint Disclosure Statement; (II) Approving Solicitation and Notice Procedures With Respect to Confirmation of the Plan Proponents' First Amended Joint Plan of Reorganization; (III) Approving the Form of Various Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates With Respect Thereto; and (V) Granting Related Relief* is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: March 3, 2015<br>Boston, Massachusetts | Respectfully submitted,<br><br>**DUANE MORRIS LLP**<br><br>By:  /s/ *Michael R. Gottfried*<br>Michael R. Gottfried (BBO #542156)<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724<br>Telephone: (857) 488-4200<br>Facsimile: (857) 488-4201<br>mrgottfried@duanemorris.com<br><br>Michael R. Lastowski, Esq. (admitted *pro hac vice*)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>mlastowski@duanemorris.com<br><br>*Counsel to the Chapter 11 Trustee*<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br><br>By:  /s/ *David J. Molton*<br>David J. Molton, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>dmolton@brownrudnick.com<br><br>Kiersten A. Taylor, Esq. (BBO #681906)<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>ktaylor@brownrudnick.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of New England Compounding Pharmacy, Inc.* |

**Certificate of Service**

I, Michael R. Gottfried, hereby certify that on this day, March 3, 2015, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ Michael R. Gottfried
Michael R. Gottfried
