UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | MDL No. 2419<br>Master Docket No.: 1:13-md-2419-RWZ<br><br>Honorable Rya W. Zobel |

# PROPOSED MDL ORDER NO 11

This Order is intended to provide a reasonable timetable for ushering the following six cases to trial and supplements and replaces the current schedule outlined in MDL Order No. 9 (Dkt. No. 1425) only as to the following six cases.

The six cases to be tried in a single trial on the date identified below are as follows:

1. *Reed v. Ameridose*, et al, 1:13-cv-12565

2. *Rybinski v. Ameridose*, et al, 1:13-cv-12818

3. *Ziegler v. Ameridose*, et al, 1:13-cv-12588

4. *McElwee v. Ameridose*, et al, 1:13-cv-12625

5. *Wray v. Ameridose*, et al, 1:13-cv-12737

6. *Sullivan v. Ameridose*, et al, 1:13-cv-12781

- 1 -

- 2 -

The proposed schedule, set against the current schedule created by MDL Order No. 9 is as follows:

|  | **MDL Order No. 9 Schedule** | **New Trial Schedule** |
|---|---|---|
| Deadline for Saint Thomas defendants to inform Court of position on *Lexicon* | N/A | May 1, 2015 |
| Close of Fact Discovery | June 15, 2015 | June 15, 2015 |
| Initial Expert Disclosures | July 15, 2015 | July 1, 2015 |
| Rebuttal Expert Disclosures | August 14, 2015 | August 1, 2015 |
| Deadline For Expert Depositions | October 13, 2015 | September 1, 2015 |
| Dispositive Motions and *Daubert* Motions | August 14, 2015 | September 15, 2015 |
| Oppositions to Dispositive Motions and *Daubert* Motions | September 13, 2015 | September 30, 2015 |
| Replies in Support of Dispositive Motions and *Daubert* Motions | October 13, 2015 | October 7, 2015 |
| Hearing on Dispositive Motions and *Daubert* Motions | N/A | Late October 2015 |
| Final Pre-Trial Hearing | N/A | November 15, 2015 |
| Trial | N/A | December 4, 2015 |

This Order shall govern only the cases identified above.  Defendants in those cases shall be permitted to serve case-specific requests as follows:

1. 20 Requests for Admission

2. 10 Interrogatories

3. 20 Requests for Production

All other deadlines and holdings in MDL Order No. 9 remain in full force and effect except as expressly modified for the six trial cases as stated herein.

**So Ordered**

 /s/ Rya W. Zobel
Rya W. Zobel
United States District Court Judge