UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PROCUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) MDL No.: 2419<br>) Master Docket No.: 1:13-md-2419-RWZ<br>) |
| THIS DOCUMENT RELATES TO:<br><br>    All Tennessee Actions Against The<br>    St. Thomas Entities. | )<br>)<br>)<br>)<br>) |

## DECLARATION OF RANDALL KINNARD

Randall Kinnard declares, under penalty of perjury on the date identified below, as follows:

1. I am a named partner at the Nashville, Tennessee law firm of Kinnard, Clayton & Beveridge, and I represent the plaintiffs in the following two suits pending in the above-referenced lawsuit (the "MDL"): *Rybinski v. Ameridose, et al.*, 1:13-cv-12565 and *Sullivan v. Ameridose, et al.*, 1:13-cv-12625. I make this declaration in support of the contemporaneously filed Plaintiffs' Steering Committee's Motion for Entry of Case Management Order Setting an Expedited Trial Date (the "Motion").

2. In the *Rybinski* action, plaintiffs will attempt to show the following: Thomas Rybinski was a 55 year old married male with three children who was a longtime General Motors employee. He is believed to be the second person to have contracted fungal meningitis in Tennessee. He died of complications from fungal meningitis on September 29, 2012 after suffering extensively with excruciating headaches fever, back pain, chills, confusion and altered mental status. He spent twenty-three (23) days at the Vanderbilt University Medical Center

receiving treatment for his injuries prior to his death. He received his injection on July 30, 2012 at Saint Thomas Clinic by Dr. John Culclasure.

3. In the *Sullivan* action, plaintiffs will attempt to show the following: Anna Sullivan is a 69 year old married mother of three. On October 2, 2012, she was diagnosed with fungal meningitis. Following this diagnosis, Ms. Sullivan was hospitalized at Baptist Hospital and St. Thomas Hospital and was in rehabilitation units at an NHC facility as well as Baptist. In all, Ms. Sullivan was either hospitalized or in a rehabilitation center for approximately three (3) months. Ms. Sullivan continues to suffer from chronic pain in the neck, hips, arms, knees, ankles, feet, back and joints; acute pain in sacrum when walking and standing, speech impairment and slurred speech; poor balance and unsteady gait. She either walks with the assistance of a walker or uses a wheelchair. She received her injection at the Saint Thomas Clinic on August 20, 2012.

4. Both plaintiffs in the above-identified lawsuits are prepared to execute *Lexecon* waivers in accordance with *Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998), and allow a trial to proceed in Boston, Massachusetts, if the Court allows the Motion and sets the case for trial in December of 2015.

Executed on this 4th day of March, 2015, in Nashville, Tennessee.

*/s/ Randall L. Kinnard*
_____
Randall L. Kinnard