UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (FDS) |

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE
OF FILING OF SECOND AMENDED MASTER COMPLAINT**

At the Status Conference held on January 14, 2015, the Court noted that there are certain claims in the Master Complaint that should be eliminated in recognition of the Court's rulings on various motions to dismiss.[1] Accordingly, the PSC hereby gives notice of the following:

1. The Second Amended Master Complaint is being filed contemporaneously with this Notice.

2. The Second Amended Master Complaint incorporates (i) the allegations contained in the original Master Complaint filed on November 5, 2013 (Doc. 545), and (ii) the First Amendment to Master Complaint filed on January 31, 2014 (Doc. 832), with amendments to reflect the rulings of the Court on several dispositive motions since the original filing, including MDL 2419 documents numbered 1360, 1556, 1642 and 1643.

3. The amendments include elimination of all claims against Clinic Related Defendants based on allegations of battery, civil conspiracy, and agency between the subject Clinic Related Defendant and NECC (absent a written agency agreement between such parties).

---

[1] Transcript of Status Conference, January 14, 2015, p. 35. *See also*, Transcript of Status Conference, February 17, 2015, p. 13 ("[T]he PSC will amend the master complaint to remove certain counts that this Court has already ruled on."); and proposed Order filed with PSC's Motion to Enter Case Management Order Governing Coordination of Dispositive Motions (Doc. 1711-1), p. 1.

Plaintiffs should review the Second Amended Master Complaint and, in light of such amendments, if necessary to preserve claims based on a set of facts different from those upon which the Court has already ruled, may wish to amend their short form complaints.[2]

4. Although UniFirst and several provider defendants have entered into settlement agreements in connection with the proposed bankruptcy plan in NECC's bankruptcy, and statutes of limitations have been tolled against some of those defendants, allegations concerning those defendants remain in the Second Amended Master Complaint pending final approval of those settlement agreements through confirmation of the bankruptcy plan.

5. The filing of this Second Amended Master Complaint is not intended to waive any right to appeal this Court's rulings on dispositive motions.

Date: March 6, 2015            Respectfully submitted:

**/s/ Patrick T. Fennell**
Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: 617/482-3700

---

[2] For example, any plaintiff who wishes to base a claim on allegations of agency <u>as reflected in a written agency agreement</u> may wish to amend their short form complaint to reflect such allegations. Similarly, claims based on allegations of civil conspiracy have been dismissed by the Court largely due to the failure of plaintiffs to sufficiently allege an underlying tort to support the civil conspiracy allegation. Any plaintiff who can support a civil conspiracy claim with sufficient allegations of an underlying tort, or for whom state law does not require an underlying tort, may wish to amend their short form complaint to reflect such allegations.

Facsimile: 617/482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415/956-1000
Facsimile: 415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: 248/557-1688
Facsimile: 248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone: 404/451-7781
Facsimile: 404/506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH &
JENNINGS, PLLC
227 Second Avenue North

Nashville, TN 37201
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

*Plaintiffs' Steering Committee*

<u>CERTIFICATE OF SERVICE</u>

I, Patrick T. Fennell, hereby certify that I caused a copy of the foregoing *Plaintiffs' Steering Committee's Notice of Filing of Second Amended Master Complaint* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   March 6, 2015

<u>/s/Patrick T. Fennell</u>
Patrick T. Fennell (VSB 40393))
