UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>) | |
| ) | MDL No. 2419 |
| ) | Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| All Actions ) | |
| ) | |

**NOTICE OF *PRO SE* FILING**

The attached "Motion to Intervene with Newly Discovered Evidence under Fed. R. Civ. P. Rule 24(a)2, Rule 24(B)" was filed with the Court on February 11, 2015, by eight unrepresented individuals.

The Court subsequently brought this pleading to the attention of the Plaintiffs' Steering Committee (PSC). Now, in order to ensure the proper service of this filing on all parties in this MDL, the PSC has prepared and filed via ECF this Notice of *Pro Se* Filing and the attached "Motion to Intervene With Newly Discovered Evidence under Fed. R. Civ. P. Rule 24(a)2, Rule 24(B)".

//

//

//

//

//

1221102.1

The PSC is filing this Notice and attached pleading on ECF out of an abundance of caution and in order to ensure proper notification and service of the Motion on all parties in this action. Neither the undersigned nor any member of the PSC represents any of the eight signatories to the attached Motion.

Dated:  March 10, 2015                    Respectfully submitted,

                                                  Annika K. Martin

Thomas M. Sobol
Kristen Johnson
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com
enotargiacomo@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee*

- 4 -

**CERTIFICATE OF SERVICE**

I, Annika K. Martin, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: March 10, 2015

                                                        Annika K. Martin