IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In Re: New England Compounding Pharmacy, Inc
Products Liability Litigation

FILED
IN CLERK'S OFFICE
2015 FEB 11  PM 12 57
U.S. DISTRICT COURT
DISTRICT OF MASS.

MDL No. 13-02419-RWZ

Edward Rothschild, Intervenor
Jimmy James thoLa, Intervenor
Lisa Mckinley Tullis, Intervenor
Georgette Benita Thornton, Intervenor
Jonathan Richie, Intervenor
Lisa Murphy, Intervenor
Taiqura Kendrick, Intervenor
Loretta Marie Maxie, Intervenor

Motion to Intervene with Newly discovered
Evidence under Fed. R. Civ. P. Rule
24(A)2, Rule 24(B)

Comes Now, the intervenors, moves this honorable court to intervene in the New England compounding Pharmacy Inc products Liability Litigation under Federal rule civil procedure - Rule 24(A)2 As a matter of Right. Intervenors Intervene as plaintiffs to support of plaintiffs claims. And moves to intervene as plaintiffs under Rule 24(B) - permissive Intervention. Intervenors have a common vested interest in this Litigation. Intervenors will provide Questions of laws and facts that are common in this Litigation, Intervenors have Documents, exhibits, Financial records related to this Litigation. From 2002 - through 2013 Intervenors had Business Dealings with New England compounding Pharmacy INC and are Financially obligated to this case.
Intervenors respectfully prays this honorable court will grant this motion for relief.

Page 2 In Re: New England Compounding Pharmacy INC
Products Liability Litigation MDL NO. 13-02419-RWZ

Respectfully,

*[signature]* 1-30-15
Jimmy James Hola
518 George Rd
Toms River, NJ 08753

*[signature]* 1-21-15
Edward Rothschild
272 Ward Ave
Apt. 11M
Bordentown, NJ 08505

*[signature]* 1-20-15
Georgette Benita Thornton
#769078
P.O. Box 709
Alto, GA 30510

*[signature]* 1-17-15
Lisa McKinley Tullis
#280307
8966 U.S. Hwy 231 N
Wetumpka, AL 36092

*[signature]* 1-27-15
Lisa Murphy
#760343
302 Corrections Dr
Newport, Ar 72112

*[signature]* 2-1-15
Jonathan Richie
KX9662
301 Institution Dr
Bellefonte, PA 16823

*[signature]* 1-29-15
Loretta Marie Maxie
#1240584
742 FM 712
Marlin, TX 76661

*[signature]* 1-26-15
Taiqura Kendrick
1401 State School Rd
Gatesville, TX 76599