**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) | |
| _____ | ) ) | MDL No. 2419 |
| THIS DOCUMENT RELATES TO: | ) ) | Dkt. No 1:13-md-2419 (RWZ) |
| All Suits Against the Saint Thomas Entities | ) ) ) ) ) ) | |

**SAINT THOMAS ENTITIES' MOTION TO ENFORCE COURT ORDER PERMITTING COMPARATIVE FAULT DISCOVERY AGAINST SETTLING PARTIES**

The Saint Thomas Entities[1] hereby move this Court to enforce its Order, Docket No. 1659, permitting defendants, including the Saint Thomas Entities, to take discovery relevant to certain defenses, such as comparative fault or negligence, and enter an Order compelling ARL BioPharma to fully participate in all comparative fault discovery. In support of this motion, the Saint Thomas Entities refer the Court to the arguments set forth in its accompanying Memorandum of Law, filed herewith.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

Dated: March 10, 2015

By their attorneys,

 /s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

## <u>LOCAL RULE 7.1 CERTIFICATE OF CONFERENCE</u>

I certify that I have conferred with counsel for ARL BioPharma in an attempt to resolve the issues presented in this motion and we have not been able to reach resolution.

*/s/ Sarah Kelly*
Sarah P. Kelly

## <u>REQUEST FOR HEARING</u>

The Saint Thomas Entities hereby request a hearing on the issues presented in this motion.

*/s/ Sarah Kelly*
Sarah P. Kelly

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 10th day of March, 2015.

*/s/ Sarah Kelly*
Sarah P. Kelly

2757841.1