# Exhibit B

| | |
|---|---|
| **From:** | Courtney Longo |
| **To:** | Sarah Kelly |
| **Cc:** | Kenneth Walton |
| **Subject:** | RE: New England Compounding MDL matter-Discovery requests on ARL |
| **Date:** | Tuesday, March 10, 2015 11:02:36 AM |

Sarah:

We respectfully disagree. Please place the issue on the agenda for the next Court status conference in this matter. I believe the next conference is on 3/25 at 2PM.

Thank you and my very best,

Courtney



---------------------------

**DONOVAN | HATEM LLP**

**Courtney Longo**
Donovan Hatem LLP

53 State St, 8th Floor

Boston, MA 02109


617.406.4523 (direct)
617.406.4501 (fax)
clongo@donovanhatem.com
Web Site: www.donovanhatem.com   My Profile

---

Confidentiality Notice: This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

---

---------------------------

**From:** Sarah Kelly [mailto:SKelly@nutter.com]
**Sent:** Tuesday, March 10, 2015 10:43 AM
**To:** Courtney Longo
**Cc:** Kenneth Walton
**Subject:** RE: New England Compounding MDL matter-Discovery requests on ARL

Courtney:
The discovery was sent in connection with the Saint Thomas Entities' comparative fault claims. The ARL order you sent, part (iii), specifically permits discovery "relevant to the prosecution, or defense, of claims against defendants other than ARL," and the discovery served yesterday falls within this

permitted category.  This language in the ARL Order is identical to the language used in the order initially obtained by the NECC insiders, the Insider Settling Parties. (See Paragraph 6 of Order, attached.) In approving that same language, and in response to the St. Thomas Entities' submission on the issue, Judge Zobel stated in her decision (also attached) at page 3:

[The order] does not prohibit defendants from pressing affirmative defenses or claims against individuals or entities other than the Settling Parties, nor does it block discovery relevant to such defenses (including comparative fault or negligence) or claims from the Settling Parties.

The interrogatories, document requests, and requests for admission are all therefore appropriate and are not withdrawn. Please let me know if you disagree so we can address the issue with the Court if necessary.

--Sarah

---

**From:** Courtney Longo [mailto:clongo@donovanhatem.com]
**Sent:** Monday, March 09, 2015 4:48 PM
**To:** Sarah Kelly
**Cc:** Kenneth Walton
**Subject:** New England Compounding MDL matter-Discovery requests on ARL

Sarah:

We are in receipt of your letter dated March 9, 2015 and attached discovery requests to ARL.  Please note that this matter was stayed as to ARL by Judge Zobel in an order dated January 15, 2015 (see attached order).  Accordingly, please confirm your withdrawal of requests for interrogatories, documents and admissions.

Thank you,

Courtney Longo

---------------------------



**Courtney  Longo**
Donovan Hatem LLP

53 State St, 8th Floor

Boston, MA 02109


617.406.4523 (direct)
617.406.4501 (fax)
clongo@donovanhatem.com
Web Site:  www.donovanhatem.com    My Profile

---

Confidentiality Notice: This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

---------------------------

This Electronic Message contains information from the law firm of Nutter, McClennen & Fish, LLP, which may be privileged and confidential.  The information is intended to be for the use of the addressee only.  If you have received this communication in error, do not read it.  Please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.  Thank you.