# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## NOTICE OF DEPOSITIONS FOR CERTAIN TENNESSEE DEFENDANTS

The Plaintiffs' Steering Committee hereby gives formal notice of the depositions for the witnesses identified in the attached Notices of Deposition.

Dated: March 17, 2015

Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 17, 2015, a true and exact copy of the foregoing was served on all counsel of record via electronic mail.

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV