# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## NOTICE OF AMENDED NOTICE OF DEPOSITIONS
## FOR CERTAIN TENNESSEE DEFENDANTS

The Plaintiffs' Steering Committee hereby gives formal notice of the depositions for the witnesses identified in the attached Notices of Deposition.

Dated: March 19, 2015          Respectfully submitted,

                                                 **/s/ J. Gerard Stranch, IV**
                                                 J. Gerard Stranch, IV
                                                 Benjamin A. Gastel
                                                 BRANSTETTER, STRANCH & JENNINGS PLLC
                                                 227 Second Avenue North
                                                 Nashville, TN  37201
                                                 Telephone:  (615) 254-8801
                                                 Facsimile:  (615) 255-5419
                                                 gerards@branstetterlaw.com
                                                 beng@branstetterlaw.com

                                                 *Plaintiffs' Steering Committee and Tennessee State Chair*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 19, 2015, a true and exact copy of the foregoing was served on all counsel of record via electronic mail.

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV