UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ─────────────────────────────────────── ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All Suits Against the Saint Thomas Entities ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**SAINT THOMAS ENTITIES' NOTICE OF AUTOMATIC TEN-DAY EXTENSION**

The Saint Thomas Entities[1] file this notice of an automatic ten-day extension, pursuant to MDL Order No. 11 (Docket No. 1524), to respond to the PSC's Motion for Entry of Case Management Order Setting an Expedited Trial Date (Docket No. 1716) (hereinafter, the "Motion"). Under Local Rule 7.1, the Saint Thomas Entities response to the Motion is due March 20, 2015. This deadline, however, does not give counsel adequate time to fully address the issues raised in the Motion, and the PSC did not agree to a requested extension. Thus, the Saint Thomas file this Notice, as contemplated by MDL Order No. 11, notifying the Court that they are invoking the automatic ten-day extension provision and will file their response to the Motion on March 30, 2015.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

| | |
|---|---|
| Dated: March 20, 2015 | By their attorneys,<br><br> /s/ Sarah P. Kelly<br>Sarah P. Kelly (BBO #664267)<br>skelly@nutter.com<br><br>NUTTER McCLENNEN & FISH LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>(617) 439-2000<br>(617) 310-9461 (FAX) |

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

**CERTIFICATE OF SERVICE**

      I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 20th day of March, 2015.

                                            */s/ Sarah Kelly*
                                             Sarah P. Kelly

2763142.1