UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES. | MDL No. 1:13-md-2419-RWZ |

### PLAINTIFFS' STEERING COMMITTEE'S MOTION TO SCHEDULE ORAL ARGUMENT ON CERTAIN MOTIONS FOR STATUS CONFERENCE ON MARCH 25, 2015

The Plaintiffs' Steering Committee ("PSC") hereby moves the Court to schedule the following motions for oral argument during the status conference to be held on March 25, 2015 starting at 2:00 p.m. before Judge Zobel:[1]

1. Plaintiffs' Steering Committee's Motion to Enter Case Management Order Governing Coordination of Dispositive Motions [Doc. 1711].

    a. Saint Thomas Entities' Response to Plaintiffs' Steering Committee's Motion to Enter Case Management Order Governing Coordination of Dispositive Motions [Doc. 1721].

    b. Tennessee Clinic Defendants' Response to PSC's Motion to Enter Case Management Order Governing Coordination of Dispositive Motions [Doc. 1722].

    c. Box Hill Defendants' Response to PSC's Motion to Enter Case Management Order Governing Coordination of Dispositive Motions [Doc. 1727].

    d. Plaintiffs' Steering Committee's Reply in Support of Motion to Enter Case Management Order Governing Coordination of Dispositive Motions [Doc. 1733].

---

[1] All defendants for which counsel has made an appearance in the MDL have been provided an opportunity to suggest the scheduling of additional motions for oral argument.

2. Plaintiffs' Steering Committee's Motion for Entry of Case Management Order Setting an Expedited Trial Date [Doc. 1716].

    a. Memorandum in Support of Motion for Entry of Case Management Order Setting Selected Cases for Expedited Trial [Doc. 1717].

    b. Tennessee Clinic Defendants' Notice of Automatic Ten-Day Extension to File Response to PSC Motion at Dkt. 1716 [Doc. 1736].

    c. Saint Thomas Entities' Notice of Automatic Ten-Day Extension [Doc. 1739].

    d. Plaintiffs' Steering Committee's Response to Tennessee Clinic Defendants' Notice of Automatic Ten-Day Extension to file Response to PSC Motion at Dkt. 1716 [Doc. 1740].

3. Saint Thomas Entities' Motion to Enforce Court Order Permitting Comparative Fault Discovery Against Settling Parties [Doc. 1724].

    a. Saint Thomas Entities' Memorandum in Support of Motion to Enforce Court Order Permitting Comparative Fault Discovery Against Settling Parties [Doc. 1725].

    b. The Tennessee Clinic Defendants' Notice of Joinder in the Saint Thomas Entities' Motion to Enforce Court Order Permitting Comparative Fault Discovery Against Settling Parties [Doc. 1728].

The Plaintiffs' Steering Committee will also identify these Motions in its proposed agenda for the Status Conference on March 25, 2015.

Dated: March 20, 2015        RESPECTFULLY SUBMITTED,

/s/ Patrick T. Fennell
Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.

Roanoke, VA 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*


Thomas M. Sobol
Kristen Johnson
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: 617/482-3700
Facsimile: 617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415/956-1000
Facsimile: 415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*


Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: 248/557-1688
Facsimile: 248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365

Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
5 Concourse Parkway, # 2600
Atlanta, GA 30328
Telephone: 404/451-7781
Facsimile: 404/506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH &
JENNINGS, PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: 615/254-8801
Facsimile: 615/255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

      I, Patrick T. Fennell, hereby certify that I caused a copy of the above *Plaintiffs' Steering Committee's Motion to Schedule Oral Argument on Certain Motions for Status Conference on March 25, 2015*, to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to those parties by operation of the Court's CM/ECF system.

Dated: March 25, 2015                                                      /s/Patrick T. Fennell
                                                                                      Patrick T. Fennell, VSB 40393