**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION | **MDL No. 2419** |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | **Cause No. 1:13-md-2419** |

### RESPONSE TO PSC'S MOTION TO ENTER CASE MANAGEMENT ORDER

Anonymous Pain Clinic, Anonymous M.D. 1 and Anonymous M.D. 2 ("Anonymous Defendants") oppose the PSC's proposed Case Management Order. After conferring with the PSC and other Defendants in this matter, Anonymous Defendants are concerned that PSC's proposed CMO unnecessarily complicates the issues which the Court requested the parties work together to streamline. After the PSC filed its proposed CMO on February 25, 2015, the St. Thomas Entities, the Tennessee Clinic Defendants, and the Box Hill Defendants all filed responses in opposition.

Rather than reassert the arguments that have already been fully briefed and well stated by those parties, Anonymous Defendants hereby join their opposition responses and incorporate the arguments set forth by the St. Thomas Entities (Dkt. 1721), the Tennessee Clinic Defendants (Dkt. 1722), and the Box Hill Defendants (Dkt. 1727).

Further, the Anonymous Defendants respectfully request that this Court reject PSC's Motion to Enter Case Management Order (Dkt. 1711) and instead enter either the proposed CMO proffered by the St. Thomas Entities (Dkt. 1721) or in the alternative the proposed CMO proffered by the Tennessee Clinic Defendants.

      Respectfully submitted,

      HALL RENDER KILLIAN HEATH & LYMAN

      /s/ Christopher L. Riegler
      Christopher L. Riegler*
      Andrew B. Howk*
      Suite 2000, Box 82064
      One American Square
      Indianapolis, IN  46282
      (317) 633-4884
      CRiegler@HallRender.com

      *Attorney for Defendants: Anonymous Pain Clinic, Anonymous M.D. 1, and Anonymous M.D. 2.*

*Admitted Pursuant to MDL Order No. 1.

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be emailed or mailed via regular U.S. mail to those participants identified as Unregistered this 23rd day of March, 2015.

      /s/ Christopher L. Riegler
      Christopher L. Riegler