UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | |
| ) | **MDL No. 2419** |
| ) | **Dkt. No. 1:13-md-2419 (RWZ)** |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | **Judge Rya W. Zobel** |
| **All Cases** ) ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that attorney Leo J.M. Boyd of McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, VA 23219, hereby notifies the Court and all counsel of his appearance as counsel for Defendant Insight Health Corp. in the above-captioned matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | INSIGHT HEALTH CORP. |
| Dated: March 24, 2015 | By: */s/ Leo J.M. Boyd* |
|  | Leo J.M. Boyd (*pro hac vice*) |
|  | McGuireWoods LLP |
|  | One James Center |
|  | 901 East Cary Street |
|  | Richmond, VA 23219 |
|  | Tel: (804) 775-1000 |
|  | Fax: (804) 775-1061 |
|  | lboyd@mcguirewoods.com |
|  | *Counsel for Insight Health Corp.* |

1

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing *Notice of Appearance* to be filed electronically via CM/ECF this 24th day of March, 2015, which will send a Notification of Electronic Filing (NEF) to all counsel of record registered to receive such notice.

>  */s/ Leo J.M. Boyd*
> Leo J.M. Boyd (*pro hac vice*)
> McGuireWoods LLP
> One James Center
> 901 East Cary Street
> Richmond, VA 23219
> Tel: (804) 775-1000
> Fax: (804) 775-1061
> lboyd@mcguirewoods.com
>
> *Counsel for Insight Health Corp.*

65633660_1