UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| This Document Relates to: | ) ) |
| 1:14-cv-12421-RWZ: Baker v. Insight, et al. | ) |
| 1:14-cv-12905-RWZ: Epperly v. Insight, et al. | ) MDL No. 1:13-md-2419-RWZ |
| 1:14-cv-12908-RWZ: McFarlane v. Insight, et al. | ) |
| 1:14-cv-12910-RWZ: Smith v. Insight, et al. | ) |
| 1:14-cv-12916-RWZ: Kalinoski v. Insight, et al. | ) |
| 1:14-cv-12917-RWZ: Filson v. Insight, et al. | ) |
| 1:14-cv-12919-RWZ: Bradley v. Insight, et al. | ) |
| 1:14-cv-12924-RWZ: Foutz v. Insight, et al. | ) |
| 1:14-cv-12927-RWZ: Whitlow v. Insight, et al. | ) |
| 1:14-cv-12928-RWZ: Harris v. Insight, et al. | ) |
| 1:14-cv-12929-RWZ: Smith v. Insight, et al. | ) |
| 1:14-cv-12930-RWZ: Holbrook v. Insight, et al. | ) |
| 1:14-cv-12931-RWZ: Courtney v. Insight, et al. | ) |
| 1:14-cv-12933-RWZ: Wertz v. Insight, et al. | ) |
| 1:14-cv-12937-RWZ: Johnston v. Insight, et al. | ) |
| 1:14-cv-12938-RWZ: Brown v. Insight, et al. | ) |
| 1:14-cv-12939-RWZ: Shuck v. Insight, et al. | ) |
| 1:14-cv-12940-RWZ: White v. Insight, et al. | ) |
| 1:14-cv-12941-RWZ: Brown v. Insight, et al. | ) |
| 1:14-cv-12942-RWZ: Artis v. Insight, et al. | ) |
| 1:14-cv-12978-RWZ: Bender v. Insight, et al. | ) |
| 1:14-cv-13496-RWZ: Neal v. Insight, et al. | ) |
| 1:14-cv-13504-RWZ: Austin, et al. v. Insight, et al. | ) |
| 1:14-cv-13505-RWZ: Agnew, et al. v. Insight, et al. | ) |
| 1:14-cv-13507-RWZ: Buchanan v. Insight, et al. | ) |
| 1:14-cv-13508-RWZ: Miller v. Insight, et al. | ) |
| 1:14-cv-13509-RWZ: Andrews v. Insight, et al. | ) |
| 1:14-cv-13510-RWZ: Bishop v. Insight, et al. | ) |
| 1:14-cv-13511-RWZ: Bell, et al. v. Insight, et al. | ) |
| 1:14-cv-13578-RWZ: Vineyard v. Insight, et al. | ) |
| 1:14-cv-13580-RWZ: Boggs v. Insight, et al. | ) |
| 1:14-cv-13583-RWZ: Brown v. Insight, et al. | ) |
| 1:14-cv-13584-RWZ: Linthicum v. Insight, et al. | ) |
| 1:14-cv-13586-RWZ: Morris v. Insight, et al. | ) |
| 1:14-cv-13587-RWZ: Stoots v. Insight, et al. | ) |

| | |
|---|---|
| 1:14-cv-13589-RWZ: Taliaferro v. Insight, et al. | ) |
| 1:14-cv-13831-RWZ: Mitchell v. Insight, et al. | ) |
| 1:14-cv-13975-RWZ: Carr v. Insight, et al. | ) |
| 1:14-cv-14525-RWZ: Lester v. Insight, et al. | ) |
| 1:14-cv-14538-RWZ: Clemons v. Insight, et al. | ) |
| 1:14-cv-14542-RWZ: Gaskins v. Insight, et al. | ) |
| 1:14-cv-14552-RWZ : Fidler, et al. v. Insight, et al. | ) |
| 1:14-cv-14698-RWZ: Proffitt v. Insight, et al. | ) |
| 1:14-cv-14700-RWZ : Walker v. Insight, et al. | ) |
| 1:14-cv-14702-RWZ : Huff v. Insight, et al. | ) |
| 1:14-cv-14705-RWZ : Cuddy-Taylor v. Insight, et al. | ) |
| | ) |

## JOINT MOTION FOR ENTRY OF AN ORDER STAYING DISCOVERY AND ALL OTHER PROCEEDINGS RELATING TO CERTAIN VIRGINIA CASES

Come now Insight Health Corp., Insight Health Services Corp., Insight Health Services Holdings, Image Guided Pain Management, P.C., John M. Mathis, M.D., and Robert F. O'Brien, M.D. hereinafter ("Virginia Defendants"), by counsel, and Counsel for the Virginia Plaintiffs in the cases listed above, hereinafter ("Virginia Plaintiffs"), who move this Court for the entry of an order staying discovery and all other litigation activity and proceedings in all cases filed by the Virginia Plaintiffs against the Virginia Defendants and now pending in these MDL proceedings.

In support of this Motion, the Virginia Defendants and the Virginia Plaintiffs advise the Court that they have entered into a settlement conditioned upon the approval of a Chapter 11 plan by Judge Henry Boroff of the United States Bankruptcy District Court of Massachusetts, and that judicial efficiency will be advanced by an order staying discovery and all other litigation activity and proceedings relating to these parties. In further support of this motion, the parties represent that on March 3, 2015, Judge Boroff entered an Order (I) Approving the Adequacy of the Amended Joint Disclosure Statement; (II) Approving Solicitation and Notice Procedures with respect to Confirmation of the Plan Proponents' First Amended Joint Plan of Reorganization; (III) Approving the Form of Various Ballots and Notices in Connection Therewith; (IV)

Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief.  Pursuant to Judge Boroff's Order the Confirmation Hearing is scheduled for May 19, 2015.  A final settlement cannot be reached until the Chapter 11 Plan of NECC is approved in the bankruptcy proceeding, and this process will likely take several months.  Until the resolution of the potential settlement, it is respectfully requested that this Court stay the MDL proceedings as to the Virginia Defendants and the Virginia Plaintiffs.  This stay would not affect any separate cases filed by the Virginia Plaintiffs against parties other than the Virginia Defendants, including cases filed against UniFirst Corporation ("UniFirst").

      The requested relief by the Virginia Defendants and Virginia Plaintiffs will preserve the benefits of the settlements without impeding the progress of the remaining actions in the MDL that have not settled, thereby obviating the need for further litigation between the Virginia Defendants and Virginia Plaintiffs in these MDL proceedings and relieving these parties of the related burden and expense.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

Accordingly, for the reasons stated herein the Virginia Defendants and Virginia Plaintiffs jointly request that this Court (I) grant the Motion and (II) enter an Order staying discovery and all other litigation activity and proceedings in all cases filed by the Virginia Plaintiffs against the Virginia Defendants and now pending in these MDL proceedings.

Date: March 24, 2015                                      Respectfully Submitted

By: /s/ Leo J.M. Boyd                                     By: /s/ J. Scott Sexton
Stephen D. Busch, Esq. (*pro hac vice*)                   J. Scott Sexton (*pro hac vice*)
James F. Neale (*pro hac vice*)                           Gentry Locke Rakes & Moore
Christopher E. Trible, Esq. (*pro hac vice*)              PO BOX 40013
Leo J.M. Boyd, Esq. (*pro hac vice*)                      ROANOKE, VA 24022-0013
MCGUIREWOODS LLP                                          T: (540) 983-9379
One James Center                                          F: (540) 983-9468
901 E. Cary Street                                        sexton@gentrylocke.com
Richmond, Virginia 23219-4030
T: (804) 775-1000                                                  *Counsel for Plaintiffs*
F: (804) 775-1061
sbusch@mcguirewoods.com
jneale@mcguirewoods.com
ctrible@mcguirewoods.com
lboyd@mcguirewoods.com

    *Counsel for Insight Health Corp.,*
    *Insight Health Services Corp., and*
    *Insight Health Services Holdings*


By: /s/ John T. Jessee                                    By: /s/ T. Daniel Frith III
John T. Jessee, Esq.                                      T. Daniel Frith III, Esq.
Nancy Reynolds, Esq.                                      Lauren M. Ellerman, Esq.
LeClairRyan, PC                                           Frith & Ellerman Law Firm, PC
1800 Wells Fargo Tower, Drawer 1200                       Post Office Box 8248
Roanoke, Virginia 24006                                   Roanoke, Virginia 24014
T: (540) 510-3018                                         T: (540) 985-0098
F: (540) 510-3050                                         lellerman@frithlawfirm.com
John.jessee@leclairryan.com

    *Counsel for Defendants Robert*                    *Counsel for Plaintiffs*
    *O'Brien, MD, John M. Mathis, MD,*
    *and Image Guided Pain Management*
    *PC*

4

By: /s/ H. Keith Moore
H. Keith Moore, Esq.
Cranwell & Moore, PLC
P.O. Box 11804
Roanoke, VA 24022-1804
T: (540) 342-1000
F: (540) 344-7073
keith@cranwellmoorelaw.com

*Counsel for Plaintiffs*

By: /s/ P. Brent Brown
P. Brent Brown, Esq.
Brown & Jennings, PLC
30 Franklin Road, Suite 700
Roanoke, Virginia 24011
T: (540) 444-4010
F: (540) 444-4011
brent@brownjenningslaw.com

*Counsel for Plaintiffs*

By: /s/ John E. Lichtenstein
John E. Lichtenstein, Esq.
LichtensteinFishwick, PLC
101 South Jefferson Street, Suite 400 (24011)
P.O. Box 601
Roanoke, Virginia 24004-060111
T: (540) 343-9711
F: (540) 343-9713
jel@vatrials.com

*Counsel for Plaintiffs*

By: /s/ Patrick T. Fennell
Patrick T. Fennell, Esq. (*pro hac vice*)
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
T: (540) 342-2000
F: (540) 556-0469
pfennell@crandalllaw.com

*Counsel for Plaintiff*

By: /s/ Jeffrey A. Travers
Jeffrey A. Travers, Esq.
Peter A. Miller, Esq.
Michael J. Miller, Esq.
The Sherman Building
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
T: (540) 672-4224
F: (540) 672-3055
jtravers@millerfirmllc.com
mmiller@millerfirmllc.com

*Counsel for Plaintiffs*

By: /s/ Jennifer K. M. Crawford
Russell W. Updike, Esq.
Nolan R. Nicely, Jr., Esq.
Jennifer K. M. Crawford, Esq.
WILSON, UPDIKE & NICELY
228 North Maple Avenue
P.O. Drawer 590
Covington, Virginia 24426
Covington, VA 24426
T: (540) 962-4968
F: (540) 962-8423
j.crawford@wunlawfirm.com

*Counsel for Plaintiffs*

By: <u>/s/ Samantha K. Sledd</u>
Robert T. Hall, Esq.
Samantha K. Sledd, Esq.
Hall & Sethi, PLC
12120 Sunset Hills Road
Suite 150
Reston, VA 20190
T: (703) 925-9500
F: (703) 925-9166
rthall@hallandsethi.com
sksledd@hallandsethi.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I certify that, on March 24, 2015, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              /s/ Leo J.M. Boyd
                                              Leo J.M. Boyd