UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>1:14-cv-12421-RWZ: Baker v. Insight, et al.<br>1:14-cv-12905-RWZ: Epperly v. Insight, et al.<br>1:14-cv-12908-RWZ: McFarlane v. Insight, et al.<br>1:14-cv-12910-RWZ: Smith v. Insight, et al.<br>1:14-cv-12916-RWZ: Kalinoski v. Insight, et al.<br>1:14-cv-12917-RWZ: Filson v. Insight, et al.<br>1:14-cv-12919-RWZ: Bradley v. Insight, et al.<br>1:14-cv-12924-RWZ: Foutz v. Insight, et al.<br>1:14-cv-12927-RWZ: Whitlow v. Insight, et al.<br>1:14-cv-12928-RWZ: Harris v. Insight, et al.<br>1:14-cv-12929-RWZ: Smith v. Insight, et al.<br>1:14-cv-12930-RWZ: Holbrook v. Insight, et al.<br>1:14-cv-12931-RWZ: Courtney v. Insight, et al.<br>1:14-cv-12933-RWZ: Wertz v. Insight, et al.<br>1:14-cv-12937-RWZ: Johnston v. Insight, et al.<br>1:14-cv-12938-RWZ: Brown v. Insight, et al.<br>1:14-cv-12939-RWZ: Shuck v. Insight, et al.<br>1:14-cv-12940-RWZ: White v. Insight, et al.<br>1:14-cv-12941-RWZ: Brown v. Insight, et al.<br>1:14-cv-12942-RWZ: Artis v. Insight, et al.<br>1:14-cv-12978-RWZ: Bender v. Insight, et al.<br>1:14-cv-13496-RWZ: Neal v. Insight, et al.<br>1:14-cv-13504-RWZ: Austin, et al. v. Insight, et al.<br>1:14-cv-13505-RWZ: Agnew, et al. v. Insight, et al.<br>1:14-cv-13507-RWZ: Buchanan v. Insight, et al.<br>1:14-cv-13508-RWZ: Miller v. Insight, et al.<br>1:14-cv-13509-RWZ: Andrews v. Insight, et al.<br>1:14-cv-13510-RWZ: Bishop v. Insight, et al.<br>1:14-cv-13511-RWZ: Bell, et al. v. Insight, et al.<br>1:14-cv-13578-RWZ: Vineyard v. Insight, et al.<br>1:14-cv-13580-RWZ: Boggs v. Insight, et al.<br>1:14-cv-13583-RWZ: Brown v. Insight, et al.<br>1:14-cv-13584-RWZ: Linthicum v. Insight, et al.<br>1:14-cv-13586-RWZ: Morris v. Insight, et al.<br>1:14-cv-13587-RWZ: Stoots v. Insight, et al. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) MDL No. 1:13-md-2419-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| 1:14-cv-13589-RWZ: Taliaferro v. Insight, et al. | ) |
| 1:14-cv-13831-RWZ: Mitchell v. Insight, et al. | ) |
| 1:14-cv-13975-RWZ: Carr v. Insight, et al. | ) |
| 1:14-cv-14525-RWZ: Lester v. Insight, et al. | ) |
| 1:14-cv-14538-RWZ: Clemons v. Insight, et al. | ) |
| 1:14-cv-14542-RWZ: Gaskins v. Insight, et al. | ) |
| 1:14-cv-14552-RWZ : Fidler, et al. v. Insight, et al. | ) |
| 1:14-cv-14698-RWZ: Proffitt v. Insight, et al. | ) |
| 1:14-cv-14700-RWZ : Walker v. Insight, et al. | ) |
| 1:14-cv-14702-RWZ : Huff v. Insight, et al. | ) |
| 1:14-cv-14705-RWZ : Cuddy-Taylor v. Insight, et al. | ) |
| | ) |

## AN ORDER STAYING DISCOVERY AND ALL OTHER PROCEEDINGS RELATING TO CERTAIN VIRGINIA CASES

The Virginia Defendants[1] and the Virginia Plaintiffs have entered into a settlement conditioned upon the approval of a Chapter 11 plan by Judge Henry Boroff of the United States Bankruptcy District Court of Massachusetts. On March 3, 2015, Judge Boroff entered an Order (I) Approving the Adequacy of the Amended Joint Disclosure Statement; (II) Approving Solicitation and Notice Procedures with respect to Confirmation of the Plan Proponents' First Amended Joint Plan of Reorganization; (III) Approving the Form of Various Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief. Pursuant to Judge Boroff's Order the Confirmation Hearing is scheduled for May 19, 2015.

The Virginia Defendants and Virginia Plaintiffs have filed a Joint Motion for the Entry of An Order Staying Discovery and All Other Proceedings Relating to Certain Virginia Cases. After due deliberation and sufficient cause, this Court has determined that the requested stay of these MDL proceedings and limitation of discovery with respect to all cases filed by the Virginia

---

[1] Insight Health Corp., Insight Health Services Corp., Insight Health Services Holdings, Image Guided Pain Management, P.C., John M. Mathis, M.D., and Robert F. O'Brien, M.D.

2

Plaintiffs against the Virginia Defendants and now pending in these MDL proceedings is warranted.  This stay shall not affect any separate cases filed by the Virginia Plaintiffs against persons or entities other than the Virginia Defendants, including cases filed against UniFirst Corporation ("UniFirst").

Accordingly, it is hereby:

**ORDERED** that the Motion is ALLOWED; and it is further

**ORDERED** that discovery and these MDL proceedings are stayed with respect to all cases filed by the Virginia Plaintiffs against the Virginia Defendants and now pending in these MDL proceedings.

|  |  |
|---|---|
| Date | Rya W. Zobel<br>United Stated District Judge |