# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Master Dkt. No. 1:13-md-2419- RWZ |
| This Document Relates To:<br>All Cases |  |

## NOTICE OF WITHDRAWAL OF JOSH L. LAUNER

Pursuant to Local Rule 83.5.2(c) please withdraw the appearance of Josh L. Launer, formerly of Goodwin Procter LLP, as counsel for Defendant UniFirst Corporation ("UniFirst") in the above-captioned matter. Attorneys James C. Rehnquist, Roberto M. Braceras, Abigail K. Hemani, and Michael K. Murray, of Goodwin Procter LLP shall continue their appearances as counsel of record for UniFirst in this matter.

Respectfully submitted,

DEFENDANT UNIFIRST CORPORATION

By its attorneys,

/s/ Abigail K. Hemani
James C. Rehnquist (BBO #552602)
Roberto M. Braceras (BBO # 566816)
Abigail K. Hemani (BBO # 650721)
Michael K. Murray (BBO # 563804)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, Massachusetts 02109-2881
Telephone: 617.570.1000
Facsimile: 617.523.1231
jrehnquist@goodwinprocter.com
rbraceras@goodwinprocter.com
ahemani@goodwinprocter.com
mmurray@goodwinprocter.com

Dated: March 26, 2015

## **CERTIFICATE OF SERVICE**

  I, Abigail K. Hemani, hereby certify that a copy of this document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF) will be sent to these parties by operation of the CM/ECF system on March 26, 2015.

                /s/ Abigail K. Hemani