# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION  )<br>)<br>)<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO:  )<br>)<br>All Actions  )<br>) | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |

### [PROPOSED] ORDER APPOINTING ANNIKA K. MARTIN AS *PRO SE* LIAISON

Because this MDL litigation and the related bankruptcy proceedings and settlements affect the rights of numerous individuals, including a number without representation, the appointment of a *Pro Se* Liaison to assist with the unrepresented interests is appropriate here. *See, e.g.*, Order appointing *Pro Se* Curator, *In re Chinese Manufactured Drywall Prods. Liab. Litig.*, Dkt. No. 11327, MDL No. 2047 (E.D. La. Nov. 22, 2011). Moreover, the recent increase in pro se submissions to the Court indicates that the time is ripe for the Court to appoint a liaison to officially handle assisting and informing these unrepresented individuals. However, the *Pro Se* Liaison's responsibility will be solely to assist and inform; under no circumstances will the *Pro Se* Liaison be considered to represent the pro se individuals she assists, and this must be made clear in all communications from the *Pro Se* Liaison to unrepresented individuals.

The responsibilities of the *Pro Se* Liaison will include:

(1) Acting as a point of contact for *pro se* litigants and claimants;

(2) Assisting *pro se* litigants and claimants in obtaining information about the MDL and the bankruptcy proceedings and related claims;

(3) Informing *pro se* claimants of the availability and contact information for the Trustee and his claims and noticing agent, Donlin Recano, for information relating to the bankruptcy proceedings and related claims;

(4) Ensuring submissions made by *pro se* litigants are properly filed on the MDL docket via ECF and properly served on all parties;

(5) Making available to *pro se* litigants and claimants important documents, including complaints, Court orders, settlement agreements, notice documents, claim forms, and related information, and assisting with any questions regarding these documents;

(6) Informing *pro se* litigants and claimants that they may retain separate counsel and if appropriate, providing the name and contact information for counsel handling MDL matters in the jurisdiction in which the claimant resides;

(7) Maintaining a log of communications with *pro se* litigants and claimants, including the name and contact information for each individual and the date of communication, and retaining all written information obtained from *pro se* litigants and claimants; and

(8) Submitting quarterly reports to the Court, with copies to the parties, regarding the discharge of her responsibilities as *Pro Se* Liaison.

The PSC solicited nominations for the position of *Pro Se* Liaison, considered all of the candidates put forward, and then by unanimous vote selected Annika K. Martin as the proposed *Pro Se* Liaison to be presented to the Court for this appointment.

On the basis of the PSC's vote and Ms. Martin's qualifications, the Court hereby appoints Annika K. Martin as *Pro Se* Liaison.

- 3 -

**IT IS SO ORDERED:**

                                                     _/s/ Rya Zobel_____
                                                     HON. RYA W. ZOBEL
                                                     UNITED STATES DISTRICT JUDGE

                                                      3/25/15