# EXHIBIT 4

[Diagram of TN Clinic Defendants' proposed timeline]

## Conceptual View of Tennessee Clinic Defendants' Discovery/Bellwether Proposal

**Common Discovery** →

- Initial Disclosures
- Plaintiff Profile Forms
- Collection of Medical Records
- Common Written Discovery
- Common Fact Witness Depositions
- Common Expert Disclosures
- Common Expert Depositions

*Common Fact Discovery done by 8/18/15

*Common Expert Discovery done by 1/18/16

- Consider TN-Specific Mediation
- Consider Remand to TN District Court
- Motions for Summary Judgment on Common Issues

→

**Bellwether Selection (TN Clinic Defendants Basic Proposal)**

1. Parties Select 16 Potential Bellwether Trial Cases (Each side chooses Eight (8))
2. Each Side May Strike Four (4) of the Other Side's Eight (8) Cases
3. Court Chooses Four (4) Cases for Bellwether Trials from Eight (8) Remaining Cases

[Under the Tennessee Clinic Defendants' proposal, a similar process would select three SSC cases for bellwether trials]

*The parties would submit and argue bellwether selection proposals to Judge Boal in June-August 2015. The bellwether selection process, per Judge Boal's ordered protocol, would take place in fall 2015, with the four STOPNC (and three SSC cases) selected for case-specific discovery by the end of 2015.

→

**Case-Specific Discovery**

- Case-Specific Written Discovery of Four (4) Cases Selected for Trial
- Case-Specific Fact Witness Depositions
- Case-Specific Expert Depositions

*Case-specific discovery in the four STOPNC cases and the three SSC cases would proceed over the first nine months of 2016.

→

**Bellwether Trials**

Conduct Trials of Four (4) Bellwether Trial Pool cases beginning in December 2016

[And, under the Tennessee Clinic Defendants' proposal, three SSC cases would be tracked for trial in the same timeframe]