# EXHIBIT 5

[Summaries of each proposed possible bellwether case]

## STOPNC REPRESENTATIVE BELLWETHER CANDIDATES

**Reba Temple:**
- Died at 80 years old
- Brought loss of consortium claim
- No lost income

**Denis Brock:**
- Meningitis, abscess, and stroke/stroke-like symptoms
- 68 years old
- Brought loss of consortium claim
- No lost income
- Pre-existing thyroid disorder and multiple sclerosis[1]

**Joseph Pellicone:**
- Meningitis and abscess
- 81 years old
- Brought loss of consortium claim
- No lost income

**Kelly Kirby:**
- Meningitis
- 52 years old
- No loss of consortium claim
- No lost income
- Pre-existing conditions include fibromyalgia and Irritable Bowel Syndrome

**Mae Parman:**
- Meningitis
- 85 years old
- No loss of consortium claim
- No lost income

**Reba Skelton:**
- Meningitis
- 69 years old
- Brought loss of consortium claim
- No lost income

**Fredia Berry:**
- Infection only (arachnoiditis and abscess)
- 58 years old
- No loss of consortium claim
- $25,000 or less in lost income

---

[1] Twelve STOPNC plaintiffs (10%) had pre-existing autoimmune disorders, ranging from fibromyalgia to HIV. None of the PSC's proposed bellwethers have autoimmune disorders.

1

***Jon Kinsey:***
- No disease
- 52 years old
- No loss of consortium claim
- $25,000 or less lost income

***Terry Pierce:***
- No disease
- 62 years old
- No loss of consortium claim
- $25,000 or less in lost income

## SSC REPRESENTATIVE BELLWETHER CANDIDATES

***Patricia Gambaccini:***
- Died at 80 years old
- Brought loss of consortium claim
- Claim for lost Social Security income

***Wilma Carter:***
- Meningitis and local infection
- 62 years old
- Brought loss of consortium claim
- $25,000 or less in lost income

***Jocelyn Norris:***
- Meningitis
- 70 years old
- No loss of consortium claim
- No lost income

***Wanda Dingess:***
- No disease
- 59 years old
- No loss of consortium claim
- $25,000 or less in lost income

***John Johnson:***
- No disease
- 54 years old
- Brought loss of consortium claim
- No lost income