UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br>  ) <br> Suits Naming the Tennessee Clinic ) <br> Defendants ) <br>  ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

## NOTICE OF SERVICE OF DISCOVERY

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; Vaughan Allen, MD; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; Kenneth Lister, MD, PC; and Donald E. Jones, MD (collectively "Tennessee Clinic Defendants") give notice to the Court and to all parties that they have served written discovery on the following parties:

- Barry Cadden
- Glenn Chin
- Douglas Conigliaro
- Gregory Conigliaro
- Carla Conigliaro
- Lisa Conigliaro Cadden.

The Tennessee Clinic Defendants attach as a collective exhibit to this Notice this written discovery so as to ensure that all parties in the MDL are served with a copy. In order to most efficiently serve this discovery, paper copies (or email copies, where counsel agreed to accept service by email) have been served on the recipients of the

1

discovery and all other parties are hereby served electronically with the discovery via ECF service of this Notice and its attachment.

>
> Respectfully submitted,
>
> **GIDEON, COOPER & ESSARY, PLC**
>
> /s/ Chris J. Tardio
> **C.J. Gideon, Jr.***
> **Chris J. Tardio***
> **Alan S. Bean****
> **Matthew H. Cline***
> 315 Deaderick Street, Suite
> Nashville, TN 37238
> Ph: (615) 254-0400
> Fax: (615) 254-0459
> chris@gideoncooper.com
>
> ***Attorneys for the Tennessee Clinic Defendants***

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 31th day of March, 2015.

>
> /s/ Chris J. Tardio
> **Chris J. Tardio**