## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2419 |
| This Action Relates To: 1:14-cv-13027-RWZ ) ) ) | |
| George Moore and Dawn Moore, ) ) | Case no. 1:13-md-2419(RWZ) |
| Plaintiffs, ) ) | |
| v. ) ) | |
| Anonymous Health Care Provider 1, *et al.* ) ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

Comes now, Joseph C. Klausing, of the law firm of O'Bryan, Brown & Toner, PLLC, and enters his Appearance for defendant, Anonymous Health Care Provider 1 in the above-entitled cause.

Dated this 1st day of April, 2015.

/s/Joseph C. Klausing
Joseph C. Klausing, IN# 25330-10
O'BRYAN, BROWN & TONER, PLLC
1500 Starks Building
455 South Fourth Street
Louisville, Kentucky 40202
Phone:  502-585-4700
Fax:     502-585-4700
Email:  klausingj@obtlaw.com
*Counsel for defendant, Anonymous Health Care Provider 1*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 1st day of April, 2014, the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                     /s/Joseph C. Klausing