# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## AMENDED NOTICE OF DEPOSITION FOR CERTAIN TENNESSEE DEFENDANTS

The Plaintiffs' Steering Committee hereby gives formal notice of resetting the deposition for the witness identified in the attached Notice of Deposition.

Dated: April 7, 2015                              Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 7, 2015, a true and exact copy of the foregoing was served on all counsel of record via electronic mail.

                                              **/s/ J. Gerard Stranch, IV**
                                              J. Gerard Stranch, IV