UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES )<br>)<br>)<br>This Document Relates to: )<br>)<br>ALL CASES )<br>) | Master Docket No.<br>13-md-02419-RWZ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Christine Wichers withdraws her appearance as counsel for the interested party, United States of America.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

Dated: April 7, 2015      By:      /s/ *Christine J. Wichers*
CHRISTINE J. WICHERS (BBO No. 631857)
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617) 748-3278
christine.wichers@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 7, 2015.

/s/ *Christine J. Wichers*
CHRISTINE J. WICHERS
Assistant United States Attorney