# EXHIBIT A

| | |
|---|---|
| **From:** | Kristen Ragosta |
| **To:** | Sarah Kelly |
| **Cc:** | Robert J. Haupt (rhaupt@nationlit.com); Kenneth Walton; Courtney Longo |
| **Subject:** | NECC Litigation, ARL Discovery, DH File: 25326.00039 |
| **Date:** | Thursday, April 02, 2015 4:20:50 PM |

Dear Sarah:

Please allow this email to confirm Judge Zobel's order at the hearing on March 25th concerning St. Thomas' motion to enforce the Court Order relative to comparative fault discovery.  It is our understanding that no discovery shall be served or exchanged until Judge Boal enters an order clarifying Judge Zobel's previous order.  Should your understanding be different, please contact us.

Very truly yours,

Kristen R. Ragosta



---------------------------



**Kristen R. Ragosta**
Donovan Hatem LLP

53 State St, 8th Floor

Boston, MA 02109


617.406.4536 (direct)
617.406.4501 (fax)
kragosta@donovanhatem.com
Web Site: www.donovanhatem.com   My Profile

Confidentiality Notice: This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

---------------------------