# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
### (at Boston)

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | Master File No. 1:13-MD-2419-RWZ<br>MDL Docket No. 2419<br>This Document Relates To:<br>*ALL CASES* |

## GDC PROPERTY MANAGEMENT, LLC'S NOTICE OF SERVICE DISCOVERY OBJECTIONS AND RESPONSES

Defendant GDC Property Management, LLC ("GDC") gives notice to the Court and to all parties that on April 8, 2015, GDC has served written objections, responses, and answers to the discovery requests propounded to it by Saint Thomas Entities.

Respectfully submitted,

*/s/ Joshua A. Klarfeld*
Joseph P. Thomas (OH #0040379)
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel:   (513) 698-5000
Fax:   (513) 698-5001
E-mail:  jthomas@ulmer.com

Joshua A. Klarfeld (OH #0079833)
Ulmer & Berne LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
Tel:   (216) 583-7000
Fax:   (216) 583-7001
E-mail:  jklarfeld@ulmer.com

**Attorneys for Defendant**
**GDC Properties, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on April 8, 2015, using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

*/s/ Joshua A. Klarfeld*
Joshua A. Klarfeld (OH #0079833)