UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: Suits Naming the Tennessee Clinic Defendants _____ | ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

**NOTICE OF FILING OF SUBPOENA
AND DEPOSITION NOTICES**

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN; Vaughan Allen, MD; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; Kenneth Lister, MD, PC; and Donald E. Jones, MD (collectively "Tennessee Clinic Defendants") give notice to the Court and to all parties, pursuant to Federal Rules of Civil Procedure 45(a)(4) and 30, of the issuance and filing of the following:

1. Subpoena to Mario Giamei[1]
2. Notice of Deposition of Mario Giamei[2]
3. Notice of Deposition of Douglas Conigliaro[3]
4. Notice of Deposition of Carla Conigliaro[4]
5. Notice of Deposition of Gregory Conigliaro[5]
6. Notice of Deposition of Lisa Cadden[6]

---

[1] Exhibit 1
[2] Exhibit 2
[3] Exhibit 3
[4] Exhibit 4
[5] Exhibit 5

1

The subpoenas and notices are being emailed and/or mailed to (1) the deponents or their counsel and (2) directly-involved counsel today. This Notice is filed in the main docket to ensure each party has notice of the subpoena.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

***Attorneys for the Tennessee Clinic Defendants***

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 10th day of April, 2015.

/s/ Chris J. Tardio
**Chris J. Tardio**

---

[6] Exhibit 6