UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>) | |
| ) | MDL No. 2419 |
| ) | Dkt. No 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: )<br>) | |
| Suits Naming the Tennessee Clinic Defendants )<br>)<br>) | |

## NOTICE OF POSTPONEMENT OF DEPOSITION

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; Vaughan Allen, MD; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; Kenneth Lister, MD, PC; and Donald E. Jones, MD (collectively "Tennessee Clinic Defendants") give notice to the Court and to all parties of the following:

1.  On March 6, 2015, the Tennessee Clinic Defendants served a subpoena on the Food and Drug Administration ("FDA"), along with a Rule 30(b)(6) notice of deposition and request for documents. The deposition was set for May 4, 2015.

2.  The FDA, through counsel, has objected to production of documents and to production of a witness.

3.  On April 14, 2015, the Tennessee Clinic Defendants filed a motion to compel production of documents and to compel production of a witness pursuant the notice and subpoena.

1

4. On April 15, 2015, the Court set oral argument on the Motion to Compel for May 28, 2015.

5. Given the pending Motion to Compel, the deposition of the FDA scheduled for May 4 must be postponed indefinitely pending resolution of the objections and Motion to Compel.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

***Attorneys for the Tennessee Clinic Defendants***

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 16th day of April, 2015.

This document was also served by electronic mail on:

David Glass
Department of Justice, Civil Division
20 Massachusetts Avenue NW
Room 7200
Washington, DC 20530-0001
david.glass@usdoj.gov
*Counsel for FDA
and for NECC federal prosecutors*

/s/ Chris J. Tardio
**Chris J. Tardio**