# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | MDL No. 2419 |
| IN RE: NEW ENGLAND COMPOUNDING ) | No. 1:13-md-02419-RWZ |
| PHARMACY, INC. PRODUCTS ) |  |
| LIABILITY LITIGATION ) | NOTICE OF APPEARANCE ON |
| ) | BEHALF OF INTERESTED |
| THIS DOCUMENT RELATES TO: ) | PARTY U.S. FOOD AND DRUG |
| ALL ACTIONS ) | ADMINISTRATION |
| ) |  |

Please take notice of the appearance of

David M. Glass, DC Bar 544549
Senior Trial Counsel, Department of Justice, Civil Division
20 Massachusetts Avenue, N.W., Room 7200
Washington, D.C. 20530-0001
Tel: (202) 514-4469/Fax: (202) 616-8470
Email: david.glass@usdoj.gov

as counsel for interested party U.S. Food and Drug Administration (FDA). FDA is the subject of

ECF No. 1775, a motion to compel it to comply with a certain document and deposition

subpoena issued to it as a third-party witness.

                                     Respectfully Submitted,

                                     BENJAMIN C. MIZER
                                     Principal Deputy Assistant Attorney General
                                     CARMEN M. ORTIZ
                                     United States Attorney
                                     TERRY M. HENRY
                                     Ass't Branch Dir., Dep't of Justice, Civ. Div.

                                     s/ *David M. Glass*
                                     DAVID M. GLASS, DC Bar 544549
                                     Sr. Trial Counsel, Dep't of Justice, Civ. Div.
                                     20 Massachusetts Ave., N.W., Room 7200
                                     Washington, D.C. 20530-0001
                                     Tel: (202) 514-4469/Fax: (202) 616-8470
                                     Email: david.glass@usdoj.gov
Dated: April 17, 2015                  Attorneys for U.S. Food and Drug Administration

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2015, I served the within notice of appearance on all counsel of record by filing it with the Court by means of its ECF system.

                                                  s/ *David M. Glass*