UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) All Actions ) ) | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |

**NOTICE OF FILING SUBPOENA TO CUMBERLAND MEDICAL CENTER, INC.**

Plaintiffs' Steering Committee gives notice to the Court and to all parties, pursuant to Federal Rule of Civil Procedure 45(a)(4), of the issuance of a subpoena to Cumberland Medical Center, Inc. The subpoena requires the deposition testimony and commands the production of documents.[1]

Dated: April 20, 2015

Respectfully submitted,

/s/ Mark P. Chalos

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  (615) 313.9000
Facsimile:  (615) 313.9965
ecabraser@lchb.com
mchalos@lchb.com

*Plaintiffs' Steering Committee and Federal/State Liaison*

---

[1] The subpoena to Cumberland Medical Center, Inc. is attached as Exhibit 1 to this Notice.

- 2 -

## CERTIFICATE OF SERVICE

I, Mark P. Chalos, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  April 20, 2015

  /s/ Mark P. Chalos
Mark P. Chalos

- 2 -

1242254.1