UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No. 1:13-md-2419-RWZ |

**NOTICE OF FILING OF THE JOINT MOTION OF THE CHAPTER 11 TRUSTEE
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR AN ORDER APPROVING PLAN SUPPORT AND
SETTLEMENT AGREEMENT WITH LIBERTY INDUSTRIES, INC.**

Paul D. Moore, the Chapter 11 Trustee for the chapter 11 estate of New England Compounding Pharmacy, Inc. ("NECC"), and the Official Committee of Unsecured Creditors of NECC hereby give notice of the Joint Motion of the Chapter 11 Trustee and the Official Committee of Unsecured Creditors for an Order Approving Plan Support and Settlement Agreement with Liberty Industries, Inc. (the "Motion") filed in the United States Bankruptcy Court for the District of Massachusetts on April 20, 2015.

For the convenience of parties, a copy of the Motion is attached hereto as Exhibit A.

[*Signature Page Follows*]

| | |
|---|---|
| Dated: April 20, 2015<br>Boston, Massachusetts | Respectfully submitted,<br><br>**DUANE MORRIS LLP**<br><br>By: /s/ *Michael R. Gottfried*<br>Michael R. Gottfried (BBO #542156)<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724<br>Telephone: (857) 488-4200<br>Facsimile: (857) 488-4201<br>mrgottfried@duanemorris.com<br><br>Michael R. Lastowski, Esq. (admitted *pro hac vice*)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>mlastowski@duanemorris.com<br><br>*Counsel to the Chapter 11 Trustee*<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br><br>By: /s/ *David J. Molton*<br>David J. Molton, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>dmolton@brownrudnick.com<br><br>Kiersten A. Taylor, Esq. (BBO #681906)<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>ktaylor@brownrudnick.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of New England Compounding Pharmacy, Inc.* |