**Certificate of Service**

I, Michael R. Gottfried, hereby certify that on this day, April 20, 2015, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ Michael R. Gottfried
Michael R. Gottfried
