UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No. 1:13-md-2419-RWZ |

**NOTICE OF THE FILING OF THE CHAPTER 11 TRUSTEE'S MOTION FOR AN ORDER (A) LIMITING THE PARTIES UPON WHOM THE TRUSTEE MUST SERVE THE JOINT MOTION OF THE CHAPTER 11 TRUSTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER APPROVING PLAN SUPPORT AND SETTLEMENT AGREEMENT WITH LIBERTY INDUSTRIES, INC.; AND (B) APPROVING THE FORM, MANNER AND SCOPE OF NOTICE OF ANY HEARING ON THE MOTION**

Paul D. Moore, the Chapter 11 Trustee for the chapter 11 estate of New England Compounding Pharmacy, Inc. hereby gives notice of the Motion of the Chapter 11 Trustee for an Order (a) Limiting the Parties Upon Whom the Trustee Must Serve the Joint Motion of the Chapter 11 Trustee and the Official Committee of Unsecured Creditors for an Order Approving Plan Support and Settlement Agreement with Liberty Industries, Inc.; and (b) Approving the Form, Manner and Scope of Notice of Any Hearing On the Motion (the "Motion"), which was filed in the United States Bankruptcy Court for the District of Massachusetts on April 20, 2015.

For the convenience of parties, a copy of the Motion is attached hereto as Exhibit A.

[*Signature Page Follows*]

2

| | |
|---|---|
| Dated: April 20, 2015<br>Boston, Massachusetts | Respectfully submitted,<br><br>**DUANE MORRIS LLP**<br><br>By: /s/ *Michael R. Gottfried*<br>Michael R. Gottfried (BBO #542156)<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724<br>Telephone: (857) 488-4200<br>Facsimile: (857) 488-4201<br>mrgottfried@duanemorris.com<br><br>Michael R. Lastowski, Esq. (admitted *pro hac vice*)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>mlastowski@duanemorris.com<br><br>*Counsel to the Chapter 11 Trustee* |

2