UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 Master Dkt. 1:13-md-02419-RWZ |
|---|---|
| THIS DOCUMENT RELATES TO: All Actions | |

## DEPOSITION NOTICE

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the 30(b)(6) deposition of Calisher & Associates, Inc., on Friday, May 22, 2015 at 9:00 a.m. at the offices of Calisher & Associates, Inc., 555 Corporate Drive, Suite 115, Ladera Ranch, California 92694. The deposition will be recorded by stenographical means and by video.

Dated: April 20, 2015

Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 20, 2015, a true and exact copy of the foregoing was served on all counsel of record via electronic mail.

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV