UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>Gilliam v. Chowdhury, M.D. et al.<br>No. 1:15-cv-11367-RWZ | |

**STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO MOTOIN TO DISMISS**

Pursuant to Section A of MDL Order No. 11, Plaintiff Sarah Gilliam ("Plaintiff") and Defendant Tim I. Chowdhury ("Defendant") in the above referenced matter hereby stipulate as follows:

1. Plaintiff does not oppose Defendant's Motion for Leave to File an Answer or Motion in Response to the Complaint of Plaintiff Sarah Gilliam (Dkt No. 11) and hereby stipulates to the one day extension requested therein;

2. Defendant does not oppose a reasonable extension of the time for Plaintiff to respond to Defendant's Motion To Dismiss or, In the Alternative, Remand the Case to the U.S. District Court for the Southern District of Ohio (Dkt. No. 12) (the "Motion"). The parties have agreed that Plaintiff's response to the Motion shall be filed on or before May 18, 2015.

Dated:  April 21, 2015                                  Respectfully submitted,

                                                        */s/ Kristen A. Johnson*
                                                        Thomas M. Sobol, BBO # 471770
                                                        Kristen A. Johnson, BBO# 667261
                                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                                        55 Cambridge Parkway, Suite 301
                                                        Cambridge, MA  02142
                                                        (617) 482-3700
                                                        tom@hbsslaw.com

kristenj@hbsslaw.com

*Counsel for Sarah Gilliam*

***/s/ Bartholomew T. Freeze***
Mark L. Schumacher (Ohio #0018957)
Bartholomew T. Freeze (Ohio #0086980)
FREUND, FREEZE & ARNOLD
Captial Square Office Building
65 E. State Street, Suite 800
Columbus, OH 43215-4247
(614) 827-7300
mschumacher@ffalaw.com
bfreeze@ffalaw.com

*Counsel for Defendant Tim I. Chowdhury, M.D.*

## **CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that I caused a copy of the above Stipulation for Extension of Time to Respond to Motion to Dismiss to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: April 21, 2015          */s/ **Kristen A. Johnson***
                               Kristen A. Johnson, BBO # 667261