UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No.: 1:13-md-2419-RWZ |

RESPONSE OF PLAINTIFFS' STEERING COMMITTEE TO MSM'S REQUEST TO DEFER OR ABSTAIN FROM IMMEDIATELY RULING ON PENDING DISCOVERY DISPUTE

On March 10, 2015, the St. Thomas Entities moved "to enforce" this Court's January 15, 2015 Order (the "Order"), Document No. 1659, which permitted certain discovery of one of the settling parties, ARL Biopharma, Inc. d/b/a Analytical Research Laboratories ("ARL").  (Docket No. 1724)  The Order provided that the discovery of ARL was permissible if it was "relevant to the prosecution, or defense, of claims against defendants other that ARL" and that the discovery stay "does not…block discovery relevant to certain defenses (including comparative fault or negligence) or claims from ARL[1]."

As the basis for its motion, the St. Thomas Entities alleged that it had served written discovery on ARL (requests for production of documents, interrogatories, and requests for admissions) on March 9, 2015 and, that, on the same day, the discovery

---

[1] The order was identical to the relief granted in a prior order for other settling parties.  See Document No. 1481.

requests were served, ARL's counsel had sent an email refusing to respond to the discovery requests.

On March 23, 2015, ARL filed its response to the St. Thomas Entities' motion, Document No. 1745, arguing that the discovery against it should be limited. Nonetheless, ARL stated that it now was willing to provide to the document repository "all ARL documents relevant to NECC-related claims." (Id. at p. 4.) At the March 25, 2015 status conference, this Court suggested that ARL submit its documents to the document repository and ARL's counsel agreed to do so. The PSC understands that the ARL documents have been produced by ARL to the document repository and that ARL has been given an extension of time until May 9, 2015 to respond to the St. Thomas' written discovery requests. On April 2, 2015, defendant MSM filed a request to defer or abstain on ruling on the St. Thomas motion (Docket No. 1762) and, on April 3, 2015, St. Thomas filed a response to MSM's request (Docket No. 1770).

As the St. Thomas Entities concede, its "motion to enforce only covers ARL, not any other defendant." (St. Thomas Entities Opposition to MSM's Request to Defer or Abstain From Immediately Ruling on Pending Discovery Dispute, Docket No. 1770, p. 3.) Moreover, the St. Thomas Entities' motion only sought an order "compelling ARL Biopharma to fully participate in all comparative fault discovery." (Docket No. 1724.) Now that ARL is making its document production to the repository and has received an extension of time to respond to the St. Thomas' written discovery requests, the PSC does not believe that there is currently any dispute which the Court need resolve. The PSC disagrees with MSM that the Court should put off resolving an active discovery dispute now in favor of resolving all discovery disputes at some undefined future time. Disputes

should be addressed promptly, as they arise.  But this particular dispute appears to be resolved.

Dated:  April 23, 2015

          /s/Fredric L. Ellis
Fredric L. Ellis
Joseph M. Makalusky
ELLIS & RAPACKI LLP
85 Merrimac Street, Suite 500
Boston, MA 02114
Phone: (617) 523-4800
Fax: (617) 523-6901
rellis@ellisrapacki.com
jmakalusky@ellisrapacki.com
*Plaintiffs Steering Committee's Designated Counsel*

Thomas M. Sobol
Kristin Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

3

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
75 Arlington Street
Suite 500
Boston, MA 02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Phone: (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

4

## CERTIFICATE OF SERVICE

I, Fredric L. Ellis, hereby certify that I caused a copy of the above *Response of Plaintiffs' Steering Committee to MSM's Request to Defer or Abstain From Immediately Ruling on Pending Discovery Dispute* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: April 23, 2015

                                                   */s/ Fredric L. Ellis*
                                                   Fredric L. Ellis