UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No. 1:13-md-2419-FDS |

### NOTICE OF FILING OF DECLARATIONS IN SUPPORT OF CONFIRMATION OF THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF NEW ENGLAND COMPOUNDING PHARMACY, INC.

**PLEASE TAKE NOTICE** that, on April 28, 2015, Paul D. Moore, the Chapter 11 Trustee (the "Trustee") for the bankruptcy Estate of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor") and the Official Committee of Unsecured Creditors of NECC (the "Official Committee", and together with the Trustee, the "Plan Proponents"), filed the following documents with the United States Bankruptcy Court, copies of which are attached hereto as indicated:

1. Declaration of Michael F. Barrett, Esq. in Support of Confirmation of First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc. and for Approval of Inspira Settlement, attached hereto as Exhibit A;

2. Declaration of Kimberly A. Dougherty in Support of Confirmation of First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc. and for Approval of the High Point Settlement, attached hereto as Exhibit B;

3. Declaration of Kimberly A. Dougherty in Support of Confirmation of First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc. and for Approval of the Victory Settlement, attached hereto as Exhibit C;

4. Declaration of Frederic L. Ellis in Support of Confirmation of First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc. and for Approval of ARL Settlement, attached hereto as Exhibit D;

5. Declaration of Patrick T. Fennell in Support of Confirmation of First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc. and for Approval of Insight Settlement, attached hereto as Exhibit E;

6. Declaration of J. Scott Sexton in Support of Confirmation of First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc. (Relating to Settlement with Insight Health Corp., and Others - Virginia), attached hereto as <u>Exhibit F</u>;

7. Declaration of Thomas M. Sobol in Support of Approval of the Unifirst Settlement and in Support of Approval of the First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc., attached hereto as <u>Exhibit G</u>;

8. Declaration of Matthew K. Doonan, Esq. in Support of Confirmation of First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc., attached hereto as <u>Exhibit H</u>;

9. Declaration of Henri G. Minette in Support of Confirmation of First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc., attached hereto as <u>Exhibit I</u>;

10. Declaration of Gregory Earl Thomas in Support of Confirmation of First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc., attached hereto as <u>Exhibit J</u>;

11. Declaration of Mark G. Ledwin on Behalf of Preferred Mutual Insurance Company in Support of Confirmation of First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc., attached hereto as <u>Exhibit K</u>;

12. Declaration of Frederic L. Ellis Concerning the National Compensation Program Established by the Proposed Amended Plan of Reorganization, attached hereto as <u>Exhibit L</u>;

13. Plaintiffs' Steering Committee's Declaration in Support of Approval of the First Amended Joint Chapter 11 Plan, attached hereto as <u>Exhibit M</u>; and

14. Joint Declaration of Anne Andrews and Michael Coren, as Representatives of the Co-Chairs of the Official Committee of Unsecured Creditors, in Connection With The Official Committee's Support for Confirmation of the First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc. and Approval of the Settlements Contained Therein, attached hereto as <u>Exhibit N</u>.

Dated: April 28, 2015

Respectfully submitted,

| **DUANE MORRIS LLP** | **BROWN RUDNICK LLP** |
|---|---|
| /s/ Paul D. Moore | /s/ David J. Molton |
| Paul D. Moore, Esq. | David J. Molton, Esq. |
| 100 High Street | 7 Times Square |
| Suite 2400 | New York, NY 10036 |
| Boston, MA 02110 | Telephone: (212) 209-4800 |
| Telephone: (857) 488-4200 | Facsimile: (212) 209-4801 |
| Facsimile: (857) 401-3057 | |
| | William R. Baldiga, Esq. |
| *Chapter 11 Trustee* | Kiersten A. Taylor, Esq. |
| | One Financial Center |
| | Boston, MA 02111 |
| | Telephone: (617) 856-8200 |
| | Facsimile: (617) 856-8201 |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |

61940409

## CERTIFICATE OF SERVICE

I, Carol S. Ennis, hereby certify that on April 28, 2015, I caused a copy of the foregoing Notice to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, postage prepaid.

Dated: April 28, 2015
       Boston, Massachusetts                        /s/ Carol S. Ennis
                                                                        Carol S. Ennis