UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) MDL No. 2419<br>) Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | )<br>)<br>)<br>) |

**NOTICE OF FILING**

Attached hereto is a copy of the April 16, 2015, letter sent by the *Pro Se* Liaison to the purported intervenors in this matter, which is being filed via ECF on the docket in this matter as requested by the Court.

Dated: April 29, 2015

Respectfully submitted,

_____
Annika K. Martin

Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
akmartin@lchb.com

*Pro Se Liaison*

1243549.1

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Thomas M. Sobol
Kristen Johnson
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com
enotargiacomo@hbsslaw.com

*Plaintiffs' Lead Counsel*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

>Patrick T. Fennell
>CRANDALL & KATT
>366 Elm Avenue, S.W.
>Roanoke, VA  24016
>Telephone:  (540) 342-2000
>pfennel@crandalllaw.com
>
>Mark Zamora
>ZAMORA FIRM
>6 Concourse Way, 22nd Floor
>Atlanta, GA  30328
>Telephone:  (404) 451-7781
>Facsimile:  (404) 506-9223
>marc@markzamora.com
>
>J. Gerard Stranch, IV
>Benjamin A. Gastel
>BRANSETTER, STRANCH & JENNINGS PLLC
>227 Second Avenue North
>Nashville, TN  37201
>Telephone:  (615) 254-8801
>Facsimile:  (615) 255-5419
>gerards@branstetterlaw.com
>beng@branstetterlaw.com
>
>*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

    I, Annika K. Martin, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  April 29, 2015

                                                                  Annika K. Martin