UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | )<br>)<br>)<br>)  MDL No. 1:13-md-2419-FDS<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF EXHIBIT A TO PLAN PROPONENTS' PRE-CONFIRMATION HEARING MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF NEW ENGLAND COMPOUNDING PHARMACY, INC.**

**PLEASE TAKE NOTICE** that, on April 29, 2015, Paul D. Moore, the Chapter 11 Trustee (the "Trustee") for the bankruptcy Estate of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor") and the Official Committee of Unsecured Creditors of NECC (the "Official Committee", and together with the Trustee, the "Plan Proponents"), filed the following document with the United States Bankruptcy Court, a copy of which is attached hereto as Exhibit A:

> Exhibit A to the Plan Proponents' Pre-Confirmation Hearing Memorandum of Law in Support of Confirmation of the First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.

*[The remainder of this page is intentionally blank.]*

Dated: April 30, 2015

Respectfully submitted,

| **DUANE MORRIS LLP** | **BROWN RUDNICK LLP** |
|---|---|
| /s/ Paul D. Moore | /s/ David J. Molton |
| Paul D. Moore, Esq. | David J. Molton, Esq. |
| 100 High Street | 7 Times Square |
| Suite 2400 | New York, NY 10036 |
| Boston, MA 02110 | Telephone: (212) 209-4800 |
| Telephone: (857) 488-4200 | Facsimile: (212) 209-4801 |
| Facsimile: (857) 401-3057 | |
| | William R. Baldiga, Esq. |
| *Chapter 11 Trustee* | Kiersten A. Taylor, Esq. |
| | One Financial Center |
| | Boston, MA 02111 |
| | Telephone: (617) 856-8200 |
| | Facsimile: (617) 856-8201 |
| | |
| | *Counsel to the Official Committee* |
| | *of Unsecured Creditors* |

61941587

# CERTIFICATE OF SERVICE

I, Carol S. Ennis, hereby certify that on April 30, 2015, I caused a copy of the foregoing Notice to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, postage prepaid.

Dated: April 30, 2015
     Boston, Massachusetts                                                        /s/ Carol S. Ennis
                                                                                      Carol S. Ennis

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>NEW ENGLAND COMPOUNDING<br>PHARMACY, INC.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 12-19882-HJB |

## NOTICE OF FILING OF EXHIBIT A TO THE PLAN PROPONENTS'
## PRE-CONFIRMATION HEARING MEMORANDUM OF LAW IN SUPPORT OF
## CONFIRMATION OF THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF
## NEW ENGLAND COMPOUNDING PHARMACY, INC.

Paul D. Moore, the Chapter 11 Trustee (the "Trustee") for the chapter 11 estate of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor"), and the Official Committee of Unsecured Creditors of NECC (the "Official Committee," and together with the Trustee, the "Plan Proponents"), hereby file Exhibit A to the *Plan Proponents' Pre-Confirmation Hearing Memorandum of Law in Support of Confirmation of the First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.* [Docket No. 1240], attached hereto as Exhibit A.

| | |
|---|---|
| Dated: April 30, 2015<br>         Boston, Massachusetts | Respectfully submitted,<br><br>**DUANE MORRIS LLP**<br><br>By: /s/ Michael Lastowski<br>Michael R. Lastowski (admitted *pro hac vice*)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>mlastowski@duanemorris.com<br><br>*Counsel to the Chapter 11 Trustee*<br><br>-and- |

61941576

**BROWN RUDNICK LLP**

By:  /s/ William R. Baldiga
William R. Baldiga, Esq. (BBO #542125)
Kiersten A. Taylor, Esq. (BBO #681906)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
wbaldiga@brownrudnick.com
ktaylor@brownrudnick.com

and

David J. Molton, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors of New England Compounding Pharmacy, Inc.*

# EXHIBIT A

# Preliminary Voting Report

| Acct No. | Claim No. | Creditor Name | Authorized Vote Amt | Indicated Amt |
|---|---|---|---|---|
| | | **Totals for Class C** | | |
| | | Aggregate Class C Claim Amount Voted to Accept: | 301,119.80 | 99.67% |
| | | Aggregate Class C Claim Amount Voted to Reject: | 1,000.74 | 0.33% |
| | | Aggregate Class C Claim Amount Voted: | 302,120.54 | |
| | | Aggregate Class C Claim Quantity Voted to Accept: | 20 | 95.24% |
| | | Aggregate Class C Claim Quantity Voted to Reject: | 1 | 4.76% |
| | | Aggregate Class C Claim Quantity Voted: | 21 | |
| | | **Totals for Class D** | | |
| | | Aggregate Class D Claim Amount Voted to Accept: | 52,042.00 | 99.55% |
| | | Aggregate Class D Claim Amount Voted to Reject: | 235.00 | 0.45% |
| | | Aggregate Class D Claim Amount Voted: | 52,277.00 | |
| | | Aggregate Class D Claim Quantity Voted to Accept: | 1,749 | 99.26% |
| | | Aggregate Class D Claim Quantity Voted to Reject: | 13 | 0.74% |
| | | Aggregate Class D Claim Quantity Voted: | 1,762 | |
| | | **Totals for Class E** | | |
| | | Aggregate Class E Claim Amount Voted to Accept: | 772,775,562.00 | 84.66% |
| | | Aggregate Class E Claim Amount Voted to Reject: | 140,000,000.00 | 15.34% |
| | | Aggregate Class E Claim Amount Voted: | 912,775,562.00 | |
| | | Aggregate Class E Claim Quantity Voted to Accept: | 4 | 36.36% |
| | | Aggregate Class E Claim Quantity Voted to Reject: | 7 | 63.64% |
| | | Aggregate Class E Claim Quantity Voted: | 11 | |
| | | Total Claims Voted: | 1,794 | |
| | | Total Amount Voted: | $913,129,959.54 | |
| | | Total Claims Voted to Accept: | 1,773 | 98.83% |
| | | Total Amount Voted to Accept: | $773,128,723.80 | 84.67% |
| | | Total Claims Voted to Reject: | 21 | 1.17% |
| | | Total Amount Voted to Reject: | $140,001,235.74 | 15.33% |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> NEW ENGLAND COMPOUNDING <br> PHARMACY, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 12-19882-HJB |

## CERTIFICATE OF SERVICE

    I, Carol S. Ennis, hereby certify that on the 30th day of April, 2015, I caused a true and accurate copy of the foregoing Notice to be served by electronic service via the Court's ECF service to those parties registered to receive electronic service:

In addition, a true and accurate copy was sent by first class mail to the following parties:

Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

Darrel Cummings
1871 N.W. 8th Street
Pompano Beach, FL  33069

                                                 /s/ Carol S. Ennis
                                                 Carol S. Ennis, Paralegal
                                                 BROWN RUDNICK LLP
                                                 One Financial Center
                                                 Boston, MA  02111
                                                 Tel.: (617) 856-8200

61941109