UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) All Suits Against the Saint Thomas Entities ) ) ) ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

**SAINT THOMAS ENTITIES' NOTICE OF FILING OF DEPOSITION NOTICES**

Defendants the Saint Thomas Entities[1] give notice to the Court and to all parties that is it has issued deposition notices to the following:

1. Victory Heating & Air Conditioning Co., Inc. and Victory mechanical Services, Inc. (corporate representatives) on June 9, 2015 (Exhibit A);

2. Ameridose, LLC (corporate representative) on June 11, 2015 at 9am (Exhibit B).

3. GDC Properties, LLC (corporate representative) on June 12, 2015 (Exhibit C).

4. Unifirst Corporation (corporate representative) on June 18, 2015 at 9am (Exhibit D).

5. Edwin Cardona, Contamination Control Manager on June 18, 2015 at 1pm (Exhibit E).

The notices were separately e-mailed and/or mailed to (1) the deponents or their counsel and (2) directly involved counsel.  The depositions are being taken pursuant to the deposition protocol previously entered by the Court (Exhibit F).  This notice is filed in the main docket to ensure that all parties have notice.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

53987203.1                                                              - 1 -

| | |
|---|---|
| Dated: April 30, 2015 | By their attorneys,<br><br> /s/ Sarah P. Kelly<br>Sarah P. Kelly (BBO #664267)<br>skelly@nutter.com<br><br>NUTTER McCLENNEN & FISH LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>(617) 439-2000<br>(617) 310-9461 (FAX) |

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

- 3 -

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 30th day of April, 2015.

*/s/ Sarah Kelly*
Sarah P. Kelly