# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>All Suits Against the Saint Thomas Entities | )<br>)<br>)<br>)<br>)<br>)<br>) MDL No. 2419<br>) Dkt. No 1:13-md-2419 (RWZ)<br>)<br>)<br>)<br>)<br>)<br>) |

### Notice of Deposition of Edwin Cardona

Defendants, Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network (collectively the "Saint Thomas Entities"), pursuant to Federal Rule of Civil Procedure 30, come now and give notice that the oral and videotaped deposition of Edwin Cardona, Contamination Control Manager for UniFirst Corporation d/b/a UniClean Cleanroom Services ("UniFirst"), will be taken on June 18, 2015, beginning at 1:00 p.m. (EDT) and continuing until completed. The deposition will take place at the offices of Goodwin Proctor LLP, Exchange Place, Boston, Massachusetts 02109. The deposition will be recorded by stenographical means and by video.

1

Respectfully submitted,

 /s/ Adam T. Schramek

Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I certify that unless noted otherwise below, the foregoing was served by electronic mail on the 29th day of April, 2015.

              *Adam T. Schramek*
              Adam T. Schramek

| | |
|---|---|
| Alan M. Winchester<br>Frederick H. Fern<br>Harris Beach, PLLC<br>100 Wall Street<br>New York, NY 10005<br><br>Robert H. Gaynor<br>John P. Ryan<br>William J. Dailey, Jr.<br>Sloane & Walsh LLP<br>Three Center Plaza<br>Boston, MA 02108<br>rgaynor@sloanewalsh.com<br>wdaileyjr@sloanewalsh.com<br>jryan@sloanewalsh.com<br><br>Bruce A. Singal<br>Callan G. Stein<br>Michelle R. Peirce<br>Donoghue, Barrett & Singal, PC<br>Suite 1320<br>One Beacon Street<br>Boston, MA 02108-3113<br>bsingal@dbslawfirm.com<br>mpeirce@dbslawfirm.com<br>cstein@dbslawfirm.com<br><br>*Counsel for the Caddens, Conigliaros and Chin* | J. Gerard Stranch, IV<br>Benjamin A. Gastel<br>Branstetter, Stranch & Jennings PLLC<br>227 Second Avenue North<br>Nashville, TN 37201<br>gerards@bsjfirm.com<br>beng@bsjfirm.com<br><br>Mark Zamora<br>Mark Zamora and Associates<br>5 Concourse Parkway, Suite 2350<br>Atlanta, GA 30328<br>mark@markzamora.com<br><br>Rick Ellis<br>Ellis & Rapacki LLP<br>85 Merrimac Street<br>Suite 500<br>Boston, MA 02114<br>rellis@ellisrapacki.com<br><br>Mark P. Chalos<br>Lieff Cabraser Heimann & Bernstein, LLP<br>150 Fourth Avenue North, Suite 1650<br>Nashville, TN 37219-2417<br>ecabraser@lchb.com<br>mchalos@lchb.com<br><br>*Members of the Plaintiffs' Steering Committee* |

| | |
|---|---|
| C.J. Gideon<br>Chris Tardio<br>Gideon, Cooper & Essary PLC<br>315 Deaderick St., Suite 1100<br>Nashville, TN 37238<br>cj@gideoncooper.com<br>chris@gideoncooper.com<br><br>*Counsel for STOPNC*<br><br><br>Daniel Rabinovitz<br>Nicki Samson<br>Brady Hermann<br>John Wells<br>Michaels, Ward & Rabinovitz, LLP<br>One Beacon Street<br>2nd Floor<br>Boston, MA 02108<br>dmr@michaelsward.com<br>ns@michaelsward.com<br>bjh@michaelsward.com<br>jkw@michaelsward.com<br><br>*Counsel for MSM*<br><br><br>Franklin H. Levy<br>Lawson & Weitzen<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, MA 02210<br>fhlevy@gmail.com<br><br>*Counsel for Alaunus*<br><br><br>Peter Hermes<br>265 Franklin Street, Seventh Floor<br>Boston, MA 02110<br>phermes@hermesnetburn.com<br><br>*Counsel for Liberty* | James Rehnquist<br>Roberto M. Braceras<br>Goodwin Procter, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>jrehnquist@goodwinprocter.com<br>rbraceras@goodwinprocter.com<br><br>*Counsel for UniFirst*<br>*By E-mail and U.S. Mail*<br><br>Joseph P. Thomas<br>Joshua A. Klarfeld<br>Ulmer & Berne LLP<br>600 Vine Street<br>Suite 2800<br>Cincinnati, OH 45202<br>jthomas@ulmer.com<br>jklarfeld@ulmer.com<br><br>Robert A. Curley , Jr.<br>Curley & Curley P.C.<br>Suite 103<br>35 Braintree Hill Office Park<br>Braintree, MA 02184<br>rac@curleylaw.com<br><br>*Counsel for GDC*<br><br>Matthew P. Moriarty<br>Kimberly Langelier<br>Tucker Ellis<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113<br>matthew.moriarty@tuckerellis.com,<br>kimberly.langelier@tuckerellis.com<br><br>*Counsel for Ameridose* |