UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION  _____  THIS DOCUMENT RELATES TO:  Suits Naming the Tennessee Clinic Defendants | ) ) ) ) ) ) ) ) ) ) )    MDL No. 2419  Dkt. No 1:13-md-2419 (RWZ) |

## NOTICE OF POSTPONEMENT OF DEPOSITIONS OF FRANCIS McATEER, MICHAEL COTUGNO, AND STEVE O'NEIL

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; Vaughan Allen, MD; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; Kenneth Lister, MD, PC; and Donald E. Jones, MD (collectively "Tennessee Clinic Defendants") give notice to the Court and to all parties of the following:

1. The Tennessee Clinic Defendants had, in consultation with deponents' counsel, scheduled the depositions of third-party fact witnesses Francis McAteer (May 11), Michael Cotugno (May 12), and Steve O'Neil (May 12). These depositions were noticed pursuant the deposition protocol.

2. At the request of counsel for Mr. McAteer and counsel for Mr. Cotugno, due to scheduling conflicts, the depositions shall be rescheduled. For efficiency, the deposition of Steve O'Neil will also be reset to a date more convenient for all involved.

1

3.  Counsel for the PSC, for the Tennessee Clinic Defendants, and for the deponents have conferred and continue to confer in an effort to reset these depositions as soon as practicable and on dates convenient to all involved. Amended notices of deposition will be filed as soon as these dates are finalized.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Clinic Defendants*

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 1st day of May, 2015.

This document was also served by electronic mail on:

Paul McTague
Doug Robertson
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
pmctague@mmmk.com
DRobertson@mmmk.com

*Counsel for Michael Cotugno*

Arthur Kerr
Vacovec, Mayotte & Singer, LLP
255 Washington Street, Suite 340
Newton, MA 02458
akerr@vacovec.com

*Counsel for Francis McAteer*

Lawrence Desilets
61 Nicholas Road
Framingham, MA  01701
desiletslaw@aol.com

*Counsel for Steve O'Neil*

                                              /s/ Chris J. Tardio
                                              **Chris J. Tardio**