UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>   All Cases | MDL No. 1:13-md-2419-RWZ |

**NOTICE OF THE BANKRUPTCY COURT'S ENTRY OF AN ORDER SCHEDULING A NONEVIDENTIARY HEARING ON THE JOINT MOTION OF THE CHAPTER 11 TRUSTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER APPROVING PLAN SUPPORT AND SETTLEMENT AGREEMENT WITH LIBERTY INDUSTRIES, INC.**

Paul D. Moore, the Chapter 11 Trustee for the chapter 11 estate of New England Compounding Pharmacy, Inc., hereby gives notice that the United States Bankruptcy Court for the District of Massachusetts has entered an Order scheduling a nonevidentiary hearing for May 19, 2015 at 10:00 a.m. regarding the Joint Motion of the Chapter 11 Trustee and the Official Committee of Unsecured Creditors for an Order Approving Plan Support and Settlement Agreement with Liberty Industries, Inc. (the "Motion") filed on April 20, 2015. Any objections to the Motion must be filed on or before May 12, 2015 at 4:30 p.m.

For the convenience of parties, a copy of the Order is attached hereto as Exhibit A.

*[Signature Page Follows]*

Dated: May 1, 2015  
Boston, Massachusetts

Respectfully submitted,

**DUANE MORRIS LLP**

By: /s/ *Michael R. Gottfried*
Michael R. Gottfried, Esq. (BBO #542156)
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone: (857) 488-4200
Facsimile: (857) 488-4201
mrgottfried@duanemorris.com

Michael R. Lastowski, Esq. (admitted *pro hac vice*)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
mlastowski@duanemorris.com

*Counsel to the Chapter 11 Trustee*

DM3\3282520.1

3

## Certificate of Service

I, Michael R. Gottfried, hereby certify that on this day, May 1, 2015, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ Michael R. Gottfried
Michael R. Gottfried