UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE
OF WITHDRAWAL OF MOTION TO ENTER CASE MANAGEMENT ORDER
GOVERNING COORDINATION OF DISPOSITIVE MOTIONS**

On February 25, 2015, the Plaintiffs' Steering Committee ("PSC") filed its Motion to Enter Case Management Order Governing Coordination of Dispositive Motions ("Motion").[1] The Motion was followed by several responses from various defendants,[2] and a reply from the PSC.[3] The Court heard oral argument on March 25, 2015. At the Status Conference on April 29, 2015, the Court indicated that it may not be possible to reach the desired result with the Motion, and will proceed with motions to dismiss as they are filed.[4]

In light of the foregoing the PSC hereby gives notice of its withdrawal of the Motion.

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK.

---

[1] Doc. 1711.
[2] Doc. 1721 (filed by the "Saint Thomas Entities"); Doc. 1722 (filed by the "Tennessee Clinic Defendants"); Doc. 1727 (filed by the "Box Hill Defendants"); and Doc. 1744 (filed by "Anonymous Defendants").
[3] Doc. 1733.
[4] Transcript of Status Conference, April 29, 2015, p. 12.

1

Dated: May 4, 2015

      **/s/ Patrick T. Fennell**

      Patrick T. Fennell
      CRANDALL & KATT
      366 Elm Avenue, S.W.
      Roanoke, VA 24016
      Telephone:  540/342-2000
      Facsimile:  540/400-0616
      pfennell@crandalllaw.com

      *Plaintiffs' Steering Committee*

      Thomas M. Sobol
      Kristen Johnson Parker
      HAGENS BERMAN SOBOL SHAPIRO, LLP
      55 Cambridge Parkway, Suite 301
      Cambridge, MA 02142
      Telephone:  617/482-3700
      Facsimile:  617/482-3003
      tom@hbsslaw.com
      kristenj@hbsslaw.com

      *Plaintiffs' Lead Counsel*

      Elizabeth J. Cabraser
      Mark P. Chalos
      LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
      275 Battery Street, 29th Floor
      San Francisco, CA 94111
      Telephone:  415/956-1000
      Facsimile:  415/956-1008
      ecabraser@lchb.com
      mchalos@lchb.com

      *Federal/State Liaison*

      Marc E. Lipton
      LIPTON LAW
      18930 W. 10 Mile Road
      Southfield, MI 48075
      Telephone:  248/557-1688
      Facsimile:  248/557-6344
      marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

*Plaintiffs' Steering Committee*

CERTIFICATE OF SERVICE

I, Patrick T. Fennell, hereby certify that I caused a copy of the foregoing *Plaintiffs' Steering Committee's Notice of Withdrawal of Motion to Enter Case Management Order Governing Dispositive Motions* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   May 4, 2015

> /s/Patrick T. Fennell
> Patrick T. Fennell (VSB 40393))