UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Docket No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**DEFENDANT CARLA CONIGLIARO'S NOTICE OF SERVICE OF OBJECTIONS, RESPONSES AND ANSWERS TO THE FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION BY BOTH THE SAINT THOMAS ENTITIES AND TENNESSEE CLINIC DEFENDANTS**

Defendant Carla Conigliaro respectfully provides notice to the Court and all parties that on this 4th day of May, 2015, the following documents were served:

- Carla Conigliaro's Objections, Responses And Answers To Saint Thomas Entities' First Set Of Interrogatories, Requests For Production, And Requests For Admission; and

- Carla Conigliaro's Objections, Responses And Answers To Tennessee Clinics' Interrogatories, Requests For Production Of Documents, And Requests For Admission.

Respectfully submitted,

/s/ Christopher R. O'Hara
David E. Meier (BBO# 341710)
Christopher R. O'Hara (BBO# 548611)
Corrina L. Hale (BBO# 670916)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
dmeier@toddweld.com
cohara@toddweld.com
chale@toddweld.com

**Attorneys for Defendant Carla Conigliaro**

## CERTIFICATE OF SERVICE

    I, Christopher R. O'Hara, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                                                       /s/ Christopher R. O'Hara

Dated: May 4, 2015

4835-8018-9475, v. 1