# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2419<br>No. 1:13-md-02419-RWZ<br><br>STIPULATION EXTENDING THE TIME OF THE U.S. FOOD AND DRUG ADMINISTRATION TO FILE ITS RESPONSE TO TENNESSEE CLINIC DEFENDANTS' MOTION TO COMPEL (ECF No. 1775) |

Pursuant to the Standing Order Governing Certain Procedural Issues dated November 4, 2014 (ECF No. 1524), it is hereby stipulated and agreed by and between the undersigned that the time of the U.S. Food and Drug Administration to file its response to Tennessee Clinic Defendants' motion to compel (ECF No. 1775) be, and it hereby is, extended through May 11, 2015.

Dated: May 6, 2015

GIDEON, COOPER & ESSARY, PLC

s/ *Chris J. Tardio* (by email authorization)
C.J. Gideon, Jr.
Chris J. Tardio
Alan S. Bean
Matthew H. Cline
315 Deaderick Street, Suite 1100
Nashville, Tennessee  37238
Tel: (615) 254-0400/Fax: (615) 254-0459
Email: chris@gideoncooper.com
Attorneys for Tennessee Clinic Defendants

Dated: May 6, 2015

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
CARMEN M. ORTIZ
United States Attorney
TERRY M. HENRY
Ass't Branch Dir., Dep't of Justice, Civ. Div.

          s/ *David M. Glass*
          DAVID M. GLASS, DC Bar 544549
          Sr. Trial Counsel, Dep't of Justice, Civ. Div.
          20 Massachusetts Ave., N.W., Room 7200
          Washington, D.C.  20530-0001
          Tel: (202) 514-4469/Fax: (202) 616-8470
          Email: david.glass@usdoj.gov
          Attorneys for U.S. Food and Drug Administration

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2015, I served the within stipulation on all counsel of record by filing it with the Court by means of its ECF system.

          s/ *David M. Glass*

2