IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** | MDL NO.: 1:13-md-02419-RWZ |
| This document relates to the case identified below | |
| WILLIAM LEWIS and NANCY LEWIS, h/w, <br><br> Plaintiffs, <br><br> v. <br><br> NEW ENGLAND COMPOUNDING PHARMACY, INC. A/K/A AND/OR D/B/A NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE, LLC., ALAUNUS PHARMACEUTICAL, LLC, NAARETH HOSPITAL, MERCY HEALTH SYSTEM, WILLIAM A. ANDERSON, M.D., and THE ROTHMAN INSTITUTE A/K/A AND/OR D/B/A THE ROTHMAN INSTITUTE AT NAZARETH HOSPITAL <br>            Defendants. | No.: 1:14-CV-10433-RWZ |

## NOTICE FOR VOLUNTARY DISMISSAL

TO THE PROTHONOTARY,

    Pursuant to Fed.R.C.P. 41(a)(1), kindly mark the above-captioned matter DISMISSED as to all Defendants.

Respectfully submitted,

TUCKER LAW GROUP, LLC

Date: May 6, 2015    By:  /s/Kathleen Kirkpatrick
                                      Bernard W. Smalley, Esquire
                                      Kathleen Kirkpatrick, Esquire

## **CERTIFICATE OF SERVICE**

I hereby certify that, this 6th day of May 2015, I have electronically filed a copy of the above with the Court using the ECF system, which sent notification of such filing to counsel of record.

TUCKER LAW GROUP, LLC

Dated: May 6, 2015  /s/ Kathleen Kirkpatrick
_____
Kathleen Kirkpatrick, Esquire