# EXHIBIT 1

## Outline of the categories of RFAs, ROGs, and RFPs at issue, as they are organized in this brief

# *Organization of Motion to Compel by Category of Discovery Request Defendants Move to Compel Responses To*

1. <u>Requests for Admission ("RFAs")</u>

   a. **The PSC should be compelled to answer all RFAs to which they object by saying that the RFA seeks a legal conclusion.**

   <u>*RFAs in the "Legal Conclusion" Category*</u>
   *4-18, 20, 23-24, 26-28, 29, 31, 74-79, 90-92, 125, 130*

   i. RFAs that seek admissions regarding duty, breach, and causation pertaining to other parties are appropriate requests for an application of law to fact and should be answered.

   <u>*RFAs in this Sub-Category*</u>
   *4-18, 23-24, 26-28, 75-78 – Exhibit 2*

   ii. RFAs that ask about public agencies' duties are appropriate requests for an application of law to fact and should be answered.

   <u>*RFAs in this Sub-Category*</u>
   *31, 74, 79, 90-92 – Exhibit 3*

   iii. The RFA that asks for admission that NECC violated the FDA's compliance guide is proper and should be answered.

   <u>*RFA in this Sub-Category*</u>
   *29 – Exhibit 4*

   iv. RFAs that ask for application of the standard of care, or whether a specific act was reasonably foreseeable based on the case-specific facts are proper and should be answered

   <u>*RFAs in this Sub-Category*</u>
   *20, 125, 130 – Exhibit 5*

1

b. **The PSC should be compelled to respond to all RFAs to which they object based on information being in possession of third parties.**

**RFAs in "Information in the Possession of Third Parties Category"**
*21-22, 34, 42, 45, 47, 49, 51, 53-57, 60-65, 69-72, 80-89, 94, 108, 110, 114-125, 127, 131-140*

   i. RFAs that ask the PSC to admit various events in NECC's regulatory history as documented in readily-available sources are appropriate and should be answered.

   **RFAs in this Sub-Category**
   *47, 49, 51, 53-57, 60-65, 69-72, 81-89 – Exhibit 6*

   ii. RFAs that ask the PSC to admit information readily available in online governmental sources or other sources provided to the PSC are proper and should be answered.

   **RFAs in this Sub-Category**
   *RFAs 21-22, 34, 94, 108, 110, 114-125, 127, 131-140 – Exhibit 7*

   iii. RFAs asking the PSC to admit what information was publicly available prior to the outbreak are appropriate and should be answered.

   **RFAs in this Sub-Category**
   *42, 45, 80 – Exhibit 8*

c. **RFAs that ask the PSC to admit that Teva, Sandoz, and Pfizer manufactured methylprednisolone acetate should be deemed admitted.**

**RFAs in this Category**
*95, 101, 107 – Exhibit 9*

2

2. **("ROGs") and Requests for Production ("RFPs")**

   a. **The PSC should be compelled to identify the factual basis for its denials of RFAs as requested by ROG 1 and RFP 1.**

   *Discovery Requests in this Category*
   *ROG 1; RFP 1; RFAs 1-2, 39, 41, 66, 67, 107, 113 – Exhibit 10*

   b. **The PSC should be compelled to answer ROGs and RFPs asking for information and documents supporting Plaintiffs' claims against settling Defendants.**

   *ROGs / RFPs in this Category*
   *ROGs 4, 10; RFPs 3, 5, 6, 8 – Exhibit 11*

   c. **The PSC's objections to ROGS as "contentious" are improper, and the ROGs should be answered.**

   *ROGs in this Category*
   *2, 3, 8, 11, 13 – Exhibit 12*

   d. **The PSC should be compelled to identify communications with Martin Kelvas.**

   *ROG in this Category*
   *7 – Exhibit 13*

   e. **The PSC should be compelled to identify admissions made by these Defendants**

   *ROG in this Category*
   *5 – Exhibit 14*

3