# EXHIBIT 3

**RFAs that ask about public agencies' duties to the Plaintiffs**

**<u>RFAs in this Sub-Category</u>**
**31, 74, 79, 90-92**

**REQUEST FOR ADMISSION NO. 31:**

Prior to September 18, 2012, the FDA had the authority to inspect, regulate, and, if need be, shut down NECC.

**RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

Plaintiffs object to the extent that this RFA requires Plaintiffs to admit to a legal conclusion which is not a permissible use of Rule 36 RFAs.  *See e.g.*, *Iantosca v. Benistar Admin Servs., Inc.*, Case No. 08-11785, 2012 U.S. Dist. LEXIS 7896 (D. Mass. 2012); *In re Tobkin*, 578 Fed. Appx. 962 (11th Cir. 2014).

**REQUEST FOR ADMISSION NO. 74:**

Prior to September 18, 2012, the FDA had the authority to inspect Analytical Research Laboratories to ensure it was engaged in safe, proper testing of medications.

**RESPONSE TO REQUEST FOR ADMISSION NO. 74:**

Plaintiffs object to the extent that this RFA requires Plaintiffs to admit to a legal conclusion which is not a permissible use of Rule 36 RFAs.  *See e.g.*, *Iantosca v. Benistar Admin Servs., Inc.*, Case No. 08-11785, 2012 U.S. Dist. LEXIS 7896 (D. Mass. 2012); *In re Tobkin*, 578 Fed. Appx. 962 (11th Cir. 2014).

**REQUEST FOR ADMISSION NO. 79:**

Prior to September 18, 2012, the Mass. BoP had the authority to inspect, regulate, and, if need be, summarily close NECC.

**RESPONSE TO REQUEST FOR ADMISSION NO. 79:**

Plaintiffs object to the extent that this RFA requires Plaintiffs to admit to a legal conclusion which is not a permissible use of Rule 36 RFAs.  *See e.g., Iantosca v. Benistar Admin Servs., Inc.*, Case No. 08-11785, 2012 U.S. Dist. LEXIS 7896 (D. Mass. 2012); *In re Tobkin*, 578 Fed. Appx. 962 (11th Cir. 2014).

Plaintiffs further object in that the term "summarily close" is vague.

**REQUEST FOR ADMISSION NO. 90:**

Prior to September 18, 2012, the DEA had the authority to inspect, regulate, and, if need be, revoke NECC's "practitioner" registration.

**RESPONSE TO REQUEST FOR ADMISSION NO. 90:**

Plaintiffs object to the extent that this RFA requires Plaintiffs to admit to a legal conclusion which is not a permissible use of Rule 36 RFAs.  *See e.g.*, *Iantosca v. Benistar Admin Servs., Inc.*, Case No. 08-11785, 2012 U.S. Dist. LEXIS 7896 (D. Mass. 2012); *In re Tobkin*, 578 Fed. Appx. 962 (11th Cir. 2014).

**REQUEST FOR ADMISSION NO. 91:**

Prior to September 18, 2012, the Tennessee Board of Pharmacy had the authority to inspect, regulate, and, if need be, revoke NECC's Tennessee license.

**RESPONSE TO REQUEST FOR ADMISSION NO. 91:**

Plaintiffs object to the extent that this RFA requires Plaintiffs to admit to a legal conclusion which is not a permissible use of Rule 36 RFAs.  *See e.g.*, *Iantosca v. Benistar Admin Servs., Inc.*, Case No. 08-11785, 2012 U.S. Dist. LEXIS 7896 (D. Mass. 2012); *In re Tobkin*, 578 Fed. Appx. 962 (11th Cir. 2014).

**REQUEST FOR ADMISSION NO. 92:**

Prior to September 18, 2012, every state that issued a license to NECC had the authority to inspect, regulate, and, if need be, publicly revoke NECC's license.

**RESPONSE TO REQUEST FOR ADMISSION NO. 92:**

Plaintiffs object to the extent that this RFA requires Plaintiffs to admit to a legal conclusion which is not a permissible use of Rule 36 RFAs.  *See e.g.*, *Iantosca v. Benistar Admin Servs., Inc.*, Case No. 08-11785, 2012 U.S. Dist. LEXIS 7896 (D. Mass. 2012); *In re Tobkin*, 578 Fed. Appx. 962 (11th Cir. 2014).