# EXHIBIT 9

## RFAs that ask the PSC to admit that Teva, Sandoz, and Pfizer manufactured methylprednisolone acetate

### RFAs in this Category
### 95, 101, 107

**REQUEST FOR ADMISSION NO. 95:**

Teva Pharmaceuticals USA, Inc. ("Teva") is an FDA-registered manufacturer that manufactured MPA.

**RESPONSE TO REQUEST FOR ADMISSION NO. 95:**

Admit that an entity listed as "Teva Pharmaceuticals USA, Inc. is listed on the FDA's "Drug Establishments Current Registration Site." After making reasonable inquiry, Plaintiffs' Counsel is without sufficient information to admit or deny any other statement in this Request.

**REQUEST FOR ADMISSION NO. 101:**

Sandoz, Inc. ("Sandoz") is an FDA-registered manufacturer that manufactured MPA.

**RESPONSE TO REQUEST FOR ADMISSION NO. 101:**

Admitted that an entity listed as "Sandoz, Inc." is listed on the FDA's "Drug Establishments Current Registration Site." After making reasonable inquiry, Plaintiffs' Counsel is without sufficient information to admit or deny any other statement in this Request.

---

[51] http://www.fda.gov/Safety/Recalls/EnforcementReports/ucm225223.htm.

**REQUEST FOR ADMISSION NO. 107:**

Pharmacia and Upjohn, a subsidiary of Pfizer, is an FDA-registered manufacturer of MPA.

**RESPONSE TO REQUEST FOR ADMISSION NO. 107:**

Denied as phrased.