UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | )<br>)<br>)<br>)  MDL No. 1:13-md-2419-FDS<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF SUPPLEMENTS TO THE PLAN SUPPLEMENT TO THE JOINT CHAPTER 11 PLAN OF NEW ENGLAND COMPOUNDING PHARMACY, INC.**

**PLEASE TAKE NOTICE** that, on May 7, 2015, Paul D. Moore, the Chapter 11 Trustee (the "Trustee") for the bankruptcy Estate of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor") and the Official Committee of Unsecured Creditors of NECC (the "Official Committee", and together with the Trustee, the "Plan Proponents"), filed the following document with the United States Bankruptcy Court, a copy of which is attached hereto as Exhibit A:

> Notice of Filing of Supplements to the Plan Supplement to the Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.

*[The remainder of this page is intentionally blank.]*

Case 1:13-md-02419-RWZ   Document 1831   Filed 05/08/15   Page 2 of 2

Dated: May 8, 2015

Respectfully submitted,

May 8, 2015

| **DUANE MORRIS LLP** | **BROWN RUDNICK LLP** |
|---|---|
| /s/ Michael R. Lastowski | /s/ David J. Molton |
| Michael R. Lastowski, Esq. | William R. Baldiga, Esq. |
| 222 Delaware Avenue, Suite 1600 | Kiersten A. Taylor, Esq. |
| Wilmington, DE 19801-1659 | One Financial Center |
| Phone: (302) 657-4942 | Boston, MA 02111 |
| Facsimile: (302) 397-2138 | Telephone: (617) 856-8200 |
|  | Facsimile: (617) 856-8201 |
| *Counsel to the Chapter 11 Trustee* |  |
|  | David J. Molton, Esq. |
|  | 7 Times Square |
|  | New York, NY 10036 |
|  | Telephone: (212) 209-4800 |
|  | Facsimile: (212) 209-4801 |
|  | *Counsel to the Official Committee of Unsecured Creditors* |

61947662

## CERTIFICATE OF SERVICE

I, Carol S. Ennis, hereby certify that on May 8, 2015, I caused a copy of the foregoing Notice to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, postage prepaid.

Dated: May 8, 2015
    Boston, Massachusetts                                  /s/ Carol S. Ennis
                                                                     Carol S. Ennis

2