# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All Suits Against the Saint Thomas Entities ) | MDL No. 2419 <br> Dkt. No. 1:13-md-2419 (RWZ) |

## ARL BIOPHARMA, INC'S NOTICE OF SERVICE OF ITS RESPONSES TO SAINT THOMAS ENTITIES' FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION

ARL Biopharma, Inc., d/b/a Analytical Research Laboratories hereby gives notice to the Court and all interested parties that it has served the Saint Thomas Entities with objections and responses to their First Request for Admissions, Interrogatories, and Requests for Production.

                ARL Bio Pharma, Inc. d/b/a
                Analytical Research Laboratories
                By its attorneys,


                */s/ Kenneth B. Walton*
                Kenneth B. Walton, BBO #562174
                kwalton@donovanhatem.com
                Kristen R. Ragosta, BBO #664362
                kragosta@donovanhatem.com
                Courtney A. Longo, BBO #666466
                DONOVAN HATEM LLP
                53 State Street, 8th Floor
                Boston, MA  02109
                P: (617) 406-4500
Dated:  May 8, 2015        F: (617) 406-4501

**CERTIFICATE OF SERVICE**

      I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 8th day of May, 2015.

                                                /s/ Kristen R. Ragosta  
                                                Kristen R. Ragosta