UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) MDL No. 2419<br>) No. 1:13-md-02419-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

## U.S. FOOD AND DRUG ADMINISTRATION'S MOTION FOR PROTECTIVE ORDER

The U.S. Food and Drug Administration (FDA) hereby moves pursuant to Fed. R. Civ. P. 26(c)(1) for a protective order providing that it shall not be required to produce any witness for deposition under the subpoena dated March 5, 2015, from Tennessee Clinic Defendants to FDA until 30 days after the completion of trial in *United States v. Cadden*, No. 1:14-cr-10363-RGS (D. Mass.), or the entry of guilty pleas by all defendants in that action. The grounds for this motion are set forth in the memorandum submitted herewith.

Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
CARMEN M. ORTIZ
United States Attorney
TERRY M. HENRY
Ass't Branch Dir., Dep't of Justice, Civ. Div.

s/ *David M. Glass*
DAVID M. GLASS, DC Bar 544549
Sr. Trial Counsel, Dep't of Justice, Civ. Div.
20 Massachusetts Ave., N.W., Room 7200
Washington, D.C.  20530-0001
Tel: (202) 514-4469/Fax: (202) 616-8470
Email: david.glass@usdoj.gov

Dated: May 11, 2015                    Attorneys for U.S. Food and Drug Administration

## CERTIFICATE OF COMPLIANCE WITH LR 7.1

I hereby certify that on April 27, 2015, I conferred with counsel for Tennessee Clinic Defendants about the relief sought by means of this motion but was advised of his opposition to that relief.

s/ *David M. Glass*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2015, I served the within motion, the memorandum in support of the motion, the exhibits to the motion, and the proposed order on all counsel of record by filing them with the Court by means of its ECF system.

s/ *David M. Glass*