UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2419<br>No. 1:13-md-02419-RWZ |

**[PROPOSED] ORDER**

Upon the motion of Tennessee Clinic Defendants to compel, the motion of U.S. Food and Drug Administration (FDA) for protective order, the materials submitted in support of those motions and in opposition thereto, and good cause having been shown, it is hereby ordered as follows:

1. The aforesaid motion of Tennessee Clinic Defendants is denied.

2. The aforesaid motion of FDA is granted.

3. FDA shall not be required to produce any witness for deposition under the subpoena dated March 5, 2015, from Tennessee Clinic Defendants to FDA until 30 days after the completion of trial in *United States v. Cadden*, No. 1:14-cr-10363-RGS (D. Mass.) or the entry of guilty pleas by all defendants in that action.

Dated: _____

_____
HONORABLE JENNIFER C. BOAL
CHIEF U.S.MAGISTRATE JUDGE