UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO
NECC, INSIDERS, AND AFFILIATED DEFENDANTS'
MOTIONS FOR PROTECTIVE ORDERS [DKT. NOS. 1810, 1823, 1824, 1826]**

The PSC takes no position on the motions for protective orders seeking to prevent depositions of NECC, insiders, and affiliated defendants from going forward.[1] We file this response to make two simple points:

First, these expected discovery disputes should not derail an expedited trial schedule. Our goal remains an expedited trial by the end of this year (as will be addressed in the PSC's submission on bellwether process, to be filed by May 18, 2015, in accordance with Case Management Order No. 9).

Second, if the depositions of NECC, insiders, and affiliated defendants do go forward, the PSC expects that it will need about half the total deposition time for each deponent. We have advised all parties, in advance, about this expectation and will address this with defendants on a deposition-by-deposition basis.

---

[1] Chapter 11 Trustee's Motion Pursuant to Fed. R. Civ. P. 26(c) and 45(c) precluding the Tennessee Clinic Defendants from Conducting a Deposition of New England Compounding Pharmacy, Inc. [Dkt. 1810]; Barry J Cadden, Lisa Conigliaro Cadden, Glenn Chin, Carla Conigliaro, Douglas Conigliaro, Greg Conigliaro's Motion for Protective Order [Dkt. 1823]; Ameridose's Motion for Joinder in Motion for a Protective Order Filed by Certain Individual Defendants [Dkt. 1824]; and GDC's Motion for Joinder in the Motion for Protective Order field by Certain Individual Defendants [Dkt. 1826].

Dated:  May 12, 2015                                        Respectfully submitted,

**/s/ Kristen A. Johnson**
Thomas M. Sobol
Kristen A. Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue, North, Suite 1650
Nashville, TN  37219
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcenter.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Ave., Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.

2

Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

      I, Kristen A. Johnson, hereby certify that I caused a copy of the above to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 12, 2015                                          **/s/ Kristen A. Johnson**
                                                                                 Thomas M. Sobol, BBO # 667261