# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No. 1:13-md-2419-RWZ |

**NOTICE OF THE BANKRUPTCY COURT'S ENTRY OF AN ORDER SCHEDULING A NONEVIDENTIARY HEARING ON JOINT MOTION OF THE CHAPTER 11 TRUSTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF STIPULATIONS AND ORDERS RELATING TO PRESERVATION OF CERTAIN PARTIES' RIGHTS TO SEEK COMPARATIVE FAULT ALLOCATIONS UNDER THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF NEW ENGLAND COMPOUNDING PHARMACY, INC. AND REQUEST FOR EX PARTE OR EXPEDITED DETERMINATION AND LIMITATION OF NOTICE**

Paul D. Moore, the Chapter 11 Trustee for the chapter 11 estate of New England Compounding Pharmacy, Inc. hereby gives notice that the United States Bankruptcy Court for the District of Massachusetts has entered a *Notice of Nonevidentiary Hearing* ("Notice") on May 13, 2015 scheduling a hearing for May 19, 2015 at 10:00 a.m. regarding the *Joint Motion of the Chapter 11 Trustee and the Official Committee of Unsecured Creditors for Approval of Stipulations and Orders Relating to Preservation of Certain Parties' Rights to Seek Comparative Fault Allocations Under the First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc. and Request for Ex Parte or Expedited Determination and Limitation of Notice* (the "Motion") filed on May 8, 2015. A copy of the Notice is attached hereto as Exhibit "A". A copy of the Motion is attached hereto as Exhibit "B".

[*Signature Page Follows*]

| | |
|---|---|
| Dated: May 13, 2015<br>Boston, Massachusetts | Respectfully submitted,<br><br>**DUANE MORRIS LLP**<br><br>By: <u>/s/ *Michael R. Gottfried*</u><br>Michael R. Gottfried, Esq. (BBO #542156)<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724<br>Telephone: (857) 488-4200<br>Facsimile: (857) 488-4201<br>mrgottfried@duanemorris.com<br><br>Michael R. Lastowski, Esq. (admitted *pro hac vice*)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>mlastowski@duanemorris.com<br><br>*Counsel to the Chapter 11 Trustee* |

3

**Certificate of Service**

I, Michael R. Gottfried, hereby certify that on this day, May 13, 2015, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ Michael R. Gottfried
Michael R. Gottfried