UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) MDL No.: 2419 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) C.A. No.: 13-md-10433-RWZ ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of David E. Fialkow as attorney for Objector, The South Bend Clinic, LLP, in the above-captioned matter.

Respectfully submitted,

/s/ David E. Fialkow
David E. Fialkow, BBO# 666192
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Phone: 617-261-3100
Dated: May 13, 2015           Fax: 617-261-3175

## **CERTIFICATE OF SERVICE**

   I, David E. Fialkow, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

May 13, 2015       /s/ David E. Fialkow_____
             David E. Fialkow