**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No. 1:13-md-2419-RWZ |

**NOTICE OF THE BANKRUPTCY COURT'S ENTRY OF AN ORDER SCHEDULING A NONEVIDENTIARY HEARING ON JOINT MOTION OF THE CHAPTER 11 TRUSTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER APPROVING NON-MATERIAL MODIFICATIONS TO THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF NEW ENGLAND COMPOUNDING PHARMACY, INC. AND REQUEST FOR EXPEDITED DETERMINATION AND LIMITATION OF NOTICE**

Paul D. Moore, the Chapter 11 Trustee for the chapter 11 estate of New England Compounding Pharmacy, Inc. hereby gives notice that the United States Bankruptcy Court for the District of Massachusetts has entered a *Notice of Nonevidentiary Hearing* ("Notice") on May 13, 2015 scheduling a hearing for May 19, 2015 at 10:00 a.m. regarding the *Joint Motion of the Chapter 11 Trustee and the Official Committee of Unsecured Creditors for an Order Approving Non-Material Modifications to the First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc. and Request for Expedited Determination and Limitation of Notice* (the "Motion") filed on May 12, 2015.  A copy of the Notice is attached hereto as Exhibit "A".  A copy of the Motion is attached hereto as Exhibit "B".

*[Signature Page Follows]*

Dated: May 13, 2015
       Boston, Massachusetts

Respectfully submitted,

**DUANE MORRIS LLP**

By:  /s/ *Michael R. Gottfried*
Michael R. Gottfried, Esq. (BBO #542156)
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone: (857) 488-4200
Facsimile: (857) 488-4201
mrgottfried@duanemorris.com

Michael R. Lastowski, Esq. (admitted *pro hac vice*)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
mlastowski@duanemorris.com

*Counsel to the Chapter 11 Trustee*

DM3\3295467.1

**<u>Certificate of Service</u>**

I, Michael R. Gottfried, hereby certify that on this day, May 13, 2015, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.


/s/ Michael R. Gottfried
Michael R. Gottfried

DM3\3295467.1