## **EXHIBIT A**

**Notice**

Case 1:13-md-02419-RWZ   Document 1847-1   Filed 05/13/15   Page 2 of 2
Case 12-19882   Doc 1316   Filed 05/13/15   Entered 05/13/15 10:13:33   Desc
Nonevidentiary hearing    Page 1 of 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | New England Compounding Pharmacy, Inc. | Chapter: 11 |
| | | Case No: 12–19882 |
| | Debtor | Judge Henry J. Boroff |

### NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **5/19/15 at 10:00 AM** before the Honorable Judge Henry J. Boroff, United States Courthouse, 300 State Street, Berkshire Courtroom, Third Floor, Springfield, MA 01105–2925 to consider the following:

> [1311] Motion filed by Trustee Paul D. Moore for an Order Approving Non–Material Modifications to the First Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **<u>Your rights may be affected.</u>** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. <u>If this is a hearing under section 362</u>, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date:5/13/15

By the Court,

<u>Paula Fontaine</u>
Deputy Clerk
413–785–6906

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.