## Schramek, Adam T.

| | |
|---|---|
| **From:** | Kristen Ragosta <kragosta@donovanhatem.com> |
| **Sent:** | Friday, May 01, 2015 9:46 AM |
| **To:** | Schramek, Adam T.; 'skelly@nutter.com' |
| **Cc:** | 'Robert J. Haupt (rhaupt@nationlit.com)'; Kenneth Walton |
| **Subject:** | RE: NECC -- ARL deposition, 25326.00039 |

Adam and Sara:

The deponent that will appear on behalf of ARL is expecting a new baby during the first week of June, June 4 to be exact.

Can we agree to conduct his deposition in Oklahoma towards the end of June?

Regards,

Kristen R. Ragosta

---------------------------

**DONOVAN | HATEM LLP**

**Kristen R. Ragosta**
Donovan Hatem LLP
53 State St, 8th Floor
Boston, MA 02109

617.406.4536 (direct)
617.406.4501 (fax)
kragosta@donovanhatem.com
Web Site: www.donovanhatem.com   My Profile

Confidentiality Notice: This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

---------------------------

**From:** Kristen Ragosta
**Sent:** Wednesday, April 29, 2015 10:46 PM
**To:** 'adam.schramek@nortonrosefulbright.com'
**Cc:** Robert J. Haupt (rhaupt@nationlit.com); Kenneth Walton; Courtney Longo; skelly@nutter.com
**Subject:** NECC -- ARL deposition, 25326.00039

Adam:

I have received your email regarding ARL's deposition. We will get back to you shortly with a date that is convenient for ARL. Once we agree on a date, please provide a Subpoena and Notice.

Please note that this deposition will take place in Oklahoma and not in Boston as you have indicated in your prior email.

Regards,

Kristen R. Ragosta