**From:** Barry Cadden
**Sent:** Wednesday, February 29, 2012 3:10 PM
**To:** ccs@uniclean.com
**Subject:** RE: Uniclean

Hi Edwin.....we test our own environment surface + air 2x per month. We happen to test the same day ( Thursday) on 2/23 that your crew cleaned our clean rooms last week. The tests from this day showed more "mold" on 5-6 floor areas than we have ever seen before in any 3 month period?. This concerns me. What exactly are they doing that might cause this problem??? Should we have them alternate cleaning solutions? I don't know how but there must be a direct connection to the cleaning crew.

**From:** ccs@UNICLEAN.COM [mailto:ccs@UNICLEAN.COM]
**Sent:** Wednesday, February 29, 2012 2:51 PM
**To:** Barry Cadden
**Subject:** Uniclean

Barry,

Hello, I am the CCS manager and I am the person you should contact regarding the monthly cleaning. Let me know what I can help you with.

Regards,

Edwin Cardona
Contamination Control Manager
UniClean
Phone - (603) 888-1200
Fax - (603) 888-0668
ccs@uniclean.com
Edwin_Cardona@unifirst.com

**From:** Barry Cadden
**Sent:** Tuesday, July 03, 2012 2:20 PM
**To:** Glenn Chin
**Subject:**

What's going on with the materials (mops..etc) for the Uniclean, cleaning people? How are they being handled?...I ask because we have another fungal bloom on June-28th=day of last cleaning. Are the pharmacists watching these idiots or sleeping? We need to keep an eye on them + make sure that the mops..etc are not contaminated. I am getting the film again so we can check it out......

USA200067868