UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

ORDER

May 14, 2015

ZOBEL, D.J.

There are two motions for the appointment of the trustee of the New England Compounding Center Tort Trust. The Official Committee of Unsecured Creditors advocates the appointment of David J. Molton as trustee, see Docket # 1791, whereas the Plaintiff's Steering Committee opposes that motion and seeks the appointment of Lynne F. Riley. See Docket # 1798.

While both candidates are impressively credentialed and are impeccably qualified, I am motivated by concerns of transparency to appoint Ms. Riley, who is truly independent of all law firms engaged in the active representation of the trust. In the exercise of her judgment she will certainly strongly consider retention of the law firm Brown Rudnick LLP, when appropriate.

Lynne F. Riley is designated as the appointee to the position of Tort Trustee of the New England Compounding Center Tort Trust when that Trust is created upon confirmation of the Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc. Docket # 1791 is DENIED. Docket # 1798 is ALLOWED.

|       May 14, 2015       |       /s/Rya W. Zobel       |
|---|---|
|            DATE            |         RYA W. ZOBEL        |

UNITED STATES DISTRICT JUDGE