UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No: 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>Suits Naming the Premier Defendants | |

## NOTICE OF SERVICE OF DISCOVERY

Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates; Premier Orthopaedic Associates Surgical Center, LLC; Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D.; Thomas Dwyer, M.D.; Richard C. DiVerniero, M.D.; and Richard Strauss, M.D. (collectively, "Premier Defendants") give notice to the Court and to all parties that they have served written discovery on the following parties:

- Barry Cadden
- Glenn Chinn
- Douglas Conigliaro
- Gregory Conigliaro
- Carla Conigliaro
- Lisa Conigliaro Cadden

The Premier Defendants attach as a collective Exhibit to this Notice this written discovery so as to ensure that all parties in the MDL are served with a copy. In order to most efficiently serve this discovery, paper copies (or email copies, where counsel agreed to accept service by email) have been served on the recipients of the discovery and all other parties are

hereby served electronically with the discovery via ECF service of this Notice and its attachment.

Respectfully Submitted,

**BLUMBERG & WOLK, LLC**

/s/ Christopher Wolk
**Jay Blumberg**
**Christopher Wolk**
158 Delaware Street
P.O. Box 68
Woodbury, NJ 08096
(856) 848-7472

*Attorneys for the Premier Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 14th day of May, 2015.

/s/ Christopher Wolk
**Christopher Wolk**

# EXHIBIT

## DISCOVERY REFERENCED IN NOTICE