UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) All Cases ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

### NOTICE OF FILING AMENDED DEPOSITION NOTICES

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN; Vaughan Allen, MD; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; Kenneth Lister, MD, PC; and Donald E. Jones, MD (collectively "Tennessee Clinic Defendants") give notice to the Court and to all parties, pursuant to Federal Rules of Civil Procedure 45(a)(4) and 30, of the issuance and filing of the following:

1. Amended Notice of Deposition of Steve O'Neil[1]

2. Amended Notice of Deposition of Francis McAteer [2]

3. Amended Notice of Deposition of Michael Cotugno [3]

The amended notices are being emailed and/or mailed to (1) the deponents or their counsel and (2) directly-involved counsel today. This Notice is filed in the main docket to ensure each party has notice of the amended deposition notices.

Respectfully submitted,

---

[1] Exhibit 1.
[2] Exhibit 2.
[3] Exhibit 3.

1

                            **GIDEON, COOPER & ESSARY, PLC**

                            /s/ Chris J. Tardio
                            **C.J. Gideon, Jr.***
                            **Chris J. Tardio***
                            **Alan S. Bean****
                            **Matthew H. Cline***
                            315 Deaderick Street, Suite
                            Nashville, TN 37238
                            Ph: (615) 254-0400
                            Fax: (515) 254-0459
                            chris@gideoncooper.com

                            ***Attorneys for the Tennessee Clinic Defendants***

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 14th day of May, 2015.

                            /s/ Chris J. Tardio
                            **Chris J. Tardio**