UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: All Suits Against the Saint Thomas Entities | ) ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

**SAINT THOMAS ENTITIES' NOTICE OF FILING
DISCOVERY SUBPOENAS**

Defendants the Saint Thomas Entities[1] give notice to the Court and to all parties, pursuant to Federal Rule of Civil Procedure 45(a)(4), of issuance of the attached subpoenas to the NECC Chapter 11 Bankruptcy Trustee (documents only), Liberty Industries, Inc. (testimony and documents) and George Pollick (testimony and documents).

---

[1]   Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

54007422.1                                                    - 1 -

| | |
|---|---|
| Dated: May 14, 2015 | By their attorneys,<br><br> /s/ Sarah P. Kelly<br>Sarah P. Kelly (BBO #664267)<br>skelly@nutter.com<br><br>NUTTER McCLENNEN & FISH LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>(617) 439-2000<br>(617) 310-9461 (FAX) |

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 14th day of May, 2015.

                                             */s/ Sarah Kelly*
                                               Sarah P. Kelly