UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No. 1:13-md-2419-RWZ |

**NOTICE OF FILING OF DECLARATION OF CHAPTER 11 TRUSTEE IN SUPPORT OF CONFIRMATION OF THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF NEW ENGLAND COMPOUNDING PHARMACY, INC.**

Paul D. Moore, the Chapter 11 Trustee (the "Trustee") for the chapter 11 estate of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor"), hereby gives notice that on May 13, 2015, the *Declaration of Chapter 11 Trustee in Support of Confirmation of Second Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.* (the "Trustee's Declaration") was filed in the United States Bankruptcy Court for the District of Massachusetts Eastern Division. A copy of the Trustee's Declaration is attached hereto as Exhibit "A".

[*Signature Page Follows*]

DM3\3297271.1

| | |
|---|---|
| Dated: May 14, 2015<br>Boston, Massachusetts | Respectfully submitted,<br><br>**DUANE MORRIS LLP**<br><br>By: /s/ *Michael R. Gottfried*<br>Michael R. Gottfried, Esq. (BBO #542156)<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724<br>Telephone: (857) 488-4200<br>Facsimile: (857) 488-4201<br>mrgottfried@duanemorris.com<br><br>Michael R. Lastowski, Esq. (admitted *pro hac vice*)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>mlastowski@duanemorris.com<br><br>*Counsel to the Chapter 11 Trustee* |

**Certificate of Service**

I, Michael R. Gottfried, hereby certify that on this day, May 14, 2015, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ Michael R. Gottfried
Michael R. Gottfried

DM3\3297271.1