# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No. 1:13-md-2419-RWZ |

### NOTICE OF FILING OF PLAN PROPONENTS' LIST OF EXHIBITS AND DECLARATIONS TO BE OFFERED IN LIEU OF DIRECT TESTIMONY IN CONNECTION WITH THE HEARING SCHEDULED FOR TUESDAY, MAY 19, 2015 ON CONFIRMATION OF THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF NEW ENGLAND COMPOUNDING PHARMACY, INC.

Paul D. Moore, the Chapter 11 Trustee (the "Trustee") for the chapter 11 estate of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor"), and the Official Committee of Unsecured Creditors of NECC (the "Official Committee" and together with the Trustee, the "Plan Proponents"), hereby give notice that on May 14, 2015, the *Notice of Plan Proponents' List of Exhibits and Declarations to be Offered in Lieu of Direct Testimony in Connection with the Hearing Scheduled for Tuesday, May 19, 2015 on Confirmation of the Second Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.* ("Notice") was filed in the United States Bankruptcy Court for the District of Massachusetts Eastern Division. Copies of the Notice and the exhibits attached thereto are attached hereto as Exhibit "A".

[*Signature Page Follows*]

DM3\3296811.1

2

| | |
|---|---|
| Dated: May 14, 2015<br>Boston, Massachusetts | Respectfully submitted,<br><br>**DUANE MORRIS LLP**<br><br>By: /s/ *Michael R. Gottfried*<br>Michael R. Gottfried, Esq. (BBO #542156)<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724<br>Telephone: (857) 488-4200<br>Facsimile: (857) 488-4201<br>mrgottfried@duanemorris.com<br><br>Michael R. Lastowski, Esq. (admitted *pro hac vice*)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>mlastowski@duanemorris.com<br><br>*Counsel to the Chapter 11 Trustee* |

2

DM3\3296811.1

**Certificate of Service**

I, Michael R. Gottfried, hereby certify that on this day, May 14, 2015, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ Michael R. Gottfried
Michael R. Gottfried