**Blumberg & Wolk, LLC**
158 Delaware Street
P. O. Box 68
Woodbury, New Jersey 08096
(856) 848-7472
Attorneys for Defendants, Premier Orthopaedic and Sports
Medicine Associates of Southern New Jersey, LLC, trading as
Premier Orthopaedic Associates, Premier Orthopaedic
Associates Surgical Center, LLC, and Kimberley Yvette
Smith, M.D., a/k/a Kimberley Yvette Smith-Martin, M.D.,
Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., Richard
Strauss, M.D., *et al*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br> This document relates to: All New Jersey Cases | Docket No. 1:13-md-2419-RWZ<br>MDL No. 02419 |

Premier's Notice of Filing of Deposition Notices

The Defendant, Premier Orthopaedic and Sports Medicine

Associates of Southern New Jersey, LLC, trading as Premier

Orthopaedic Associates, Premier Orthopaedic Associates

Surgical Center, LLC, and Kimberley Yvette Smith, M.D.,

a/k/a Kimberley Yvette Smith-Martin, M.D., Thomas Dwyer,

M.D., Richard C. DiVerniero, M.D., Richard Strauss, M.D.,

*et al* give notice to the Court and to all parties that it
has issued deposition notices to the following:

1. **Inspira Health Network (formerly South Jersey HealthCare) 30(b)(6) on June 22, 2015**

2. **Joseph Alessandrini, R.Ph on June 209, 2015**

The notices were separately emailed and/or mailed to (1)
the deponents or their counsel and (2) directly involved
counsel.   The depositions are being taken pursuant to the
deposition protocol previously entered by the Court and
attached hereto.   This notice is to ensure that all
parties have notice.

Dated: May 15, 2015          Respectfully submitted,

                             Blumberg & Wolk, LLC

                             Attorneys for: Premier Orthopaedic
                             and Sports Medicine Associates of
                             Southern New Jersey, LLC, trading
                             as Premier Orthopaedic Associates,
                             Premier Orthopaedic Associates
                             Surgical Center, LLC, and
                             Kimberley Yvette Smith, M.D.,
                             a/k/a Kimberley Yvette Smith-
                             Martin, M.D., *et al*

                             /s/Christopher M. Wolk, Esq.
                             _____
                             Christopher M. Wolk, Esq.
                             Blumberg & Wolk, LLC

158 Delaware Street
Woodbury New Jersey 08096
(856)848-7472 p
(856)848-8012 f

### CERTIFICATE OF SERVICE

The undersigned hereby certified that on May 15, 2015, a true and exact copy of the foregoing was filed with this the Clerk of the Court using the ECF system that sent a notification of this filing to all ECF registered counsel of record via email generated by the Court's ECF system.

Respectfully submitted,

Blumberg & Wolk, LLC

Attorneys for: Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, and Kimberley Yvette Smith, M.D., a/k/a Kimberley Yvette Smith-Martin, M.D., *et al*

/s/Christopher M. Wolk, Esq

Christopher M. Wolk, Esq
Blumberg & Wolk, LLC
158 Delaware Street
Woodbury New Jersey 08096
(856)848-7472 p
(856)848-8012 f