**Blumberg & Wolk, LLC**
158 Delaware Street
P. O. Box 68
Woodbury, New Jersey 08096
(856) 848-7472
Attorneys for Defendants, Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, and Kimberley Yvette Smith, M.D., a/k/a Kimberley Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., Richard Strauss, M.D., *et al*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: All New Jersey Cases | Docket No. 1:13-md-2419-RWZ<br>MDL No. 02419 |
|---|---|

**NOTICE TO TAKE THE VIDEO DEPOSITION**

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the "Premier Defendants" will take the deposition of Joseph Alessandrini, R.Ph on Monday, June 29, 2015, and beginning at 10:00 a.m. at the offices of Blumberg & Wolk, LLC located at 158 Delaware Street Woodbury, New Jersey, 08096. The deposition will be recorded

1

by stenographical means and by video. See the Deposition Protocol attached.

Dated: May 15, 2015

Respectfully submitted,

Blumberg & Wolk, LLC

Attorneys for: Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, and Kimberley Yvette Smith, M.D., a/k/a Kimberley Yvette Smith-Martin, M.D., *et al*

/s/Christopher M. Wolk, Esq.
_____
Christopher M. Wolk, Esq.
Blumberg & Wolk, LLC
158 Delaware Street
Woodbury New Jersey 08096
(856)848-7472 p
(856)848-8012 f

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that on May 15, 2015, a true and exact copy of the foregoing was filed with this the Clerk of the Court using the ECF system that sent a notification of this filing to all ECF registered counsel of record via email generated by the Court's ECF system.

>Respectfully submitted,
>
>Blumberg & Wolk, LLC
>
>Attorneys for: Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, and Kimberley Yvette Smith, M.D., a/k/a Kimberley Yvette Smith-Martin, M.D., *et al*
>
>/s/Christopher M. Wolk, Esq
>
>Christopher M. Wolk, Esq
>Blumberg & Wolk, LLC
>158 Delaware Street
>Woodbury New Jersey 08096
>(856)848-7472 p
>(856)848-8012 f