UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No. 1:13-md-2419-RWZ |

**NOTICE OF FILING OF PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONFIRMING THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF NEW ENGLAND COMPOUNDING PHARMACY, INC.**

Paul D. Moore, the Chapter 11 Trustee (the "Trustee") for the chapter 11 estate of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor"), hereby gives notice that on May 15, 2015, the *Notice of Proposed Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.* (the "Proposed Confirmation Order") was filed in the United States Bankruptcy Court for the District of Massachusetts Eastern Division. A copy of the Proposed Confirmation Order is attached hereto as Exhibit "A".

[*Signature Page Follows*]

| | |
|---|---|
| Dated: May 15, 2015<br>Boston, Massachusetts | Respectfully submitted,<br><br>**DUANE MORRIS LLP**<br><br>By:  /s/ *Michael R. Gottfried*<br>Michael R. Gottfried, Esq. (BBO #542156)<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724<br>Telephone: (857) 488-4200<br>Facsimile: (857) 488-4201<br>mrgottfried@duanemorris.com<br><br>Michael R. Lastowski, Esq. (admitted *pro hac vice*)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>mlastowski@duanemorris.com<br><br>*Counsel to the Chapter 11 Trustee* |

**Certificate of Service**

I, Michael R. Gottfried, hereby certify that on this day, May 15, 2015, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ Michael R. Gottfried
Michael R. Gottfried