**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**THE PLAINTIFFS' STEERING COMMITTEE'S**
**CROSS MOTION TO AMEND MDL ORDER NO. 9**

The Plaintiffs' Steering Committee ("PSC") hereby opposes Premier Orthopedics Associates Surgical Center, LLC, Premier Orthopaedic and Sports Medicine Associates of South Jersey, LLC, d/b/a Premier Orthopaedic and Sports Medicine Associates, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., John Catalano, M.D., and Jeffrey Strauss, M.D.'s (collectively "Premier" or "Premier Defendants") Motion to Extend the Fact Discovery Deadline to December 15, 2015 [Dkt. 1852]. Additionally, the PSC moves this honorable Court to amend MDL Order No. 9 ("CMO 9").

On September 18, 2014, Chief Magistrate Judge Boal entered CMO 9, setting forth a timetable for discovery on common issues in this matter. Currently, discovery in many of the cases are on track to be concluded by the date set forth in CMO 9. However, despite the parties' best efforts, discovery in the following cases will not be completed by the mid-June deadline: Premier Defendants; Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC (collectively "Box Hill" or "Box Hill Defendants"); and Clinic Related

Defendants with 5 or less cases currently pending against them in the MDL ("Small Clinic Defendants").

The PSC has met and conferred with the Premier and Box Hill Defendants to determine the appropriate modification to the discovery schedules for those cases. Although all parties agree that the schedule deadlines enumerated in CMO 9 need to be extended, the parties have not agreed on the appropriate length of the extension.

The PSC's proposal will allow the settling defendants and third parties to maintain the current deadline for completing discovery in compliance with CMO 9; allow the bellwether trials against St. Thomas Defendants[1] and Specialty Surgery[2] defendants to proceed on schedule; and set reasonable, phased discovery schedules for Premier and Box Hill Defendants, culminating in a Premier trial in the Spring or Summer of 2016 and a Box Hill trial in Fall of 2016. It would also stay the discovery and briefing deadlines of cases pending against the Small Clinic Defendants until December 31, 2015 (as described in the memorandum and proposed order filed herewith).

The PSC proposes that the following pretrial schedules apply, respectively, to the Premier Defendants and Box Hill Defendants:

| Date | Premier Defendants | Box Hill Defendants |
| --- | --- | --- |
| 06/15/2015 | *All Defs:* Close of Common Fact Discovery as to settling defendants | *All Defs:* Close of Common Fact Discovery as to settling defendants |

---

[1] Saint Thomas Outpatient Nerosurgical Center, Dr. John Culclasure, Debra Schamberg, R.N., Saint Thomas Health, Saint Thomas Network, and Saint Thomas Hospital West f/k/a Saint Thomas Hospital (collectively "St. Thomas Defendants").

[2] Specialty Surgery Center, PLLC and Dr. Kenneth R. Lister (collectively "Specialty Surgery").

| Date | Premier Defendants | Box Hill Defendants |
|---|---|---|
| 11/15/2015 | *Premier:* Close of common fact discovery; meet and confer on potential bellwether process | |
| 1/15/2016 | *Premier:* Close of case specific bellwether case discovery | |
| 1/22/2016 | | *Box Hill:* Close of common issue and case specific fact discovery |
| 1/31/2016 | *Premier:* Initial expert disclosures and proffer of deposition | |
| 2/22/2016 | | *Box Hill:* initial expert disclosures and proffer of deposition dates |
| 3/23/2016 | | *Box Hill:* rebuttal expert disclosures and proffer of deposition dates |
| 4/4/2016 | *Premier:* Rebuttal expert disclosures and proffer of deposition dates | |
| 4/23/2016 | *Premier:* Deadline for expert depositions | |
| 5/21/2016 | *Premier:* Dispositive motions and Daubert motions filed | |
| 5/23/2016 | | *Box Hill:* Deadline for expert depositions |
| 6/5/2016 | *Premier:* Oppositions to dispositive motions and Daubert motions | |
| 6/19/2016 | *Premier:* Replies in support of dispositive motions and Daubert motions | |

| Date | Premier Defendants | Box Hill Defendants |
|---|---|---|
| 6/22/2016 | | *Box Hill:* Dispositive motions and Daubert motions filed |
| To be set by separate order | *Premier:* Hearing on dispositive motions and Daubert motions | |
| 7/7/2016 | | *Box Hill:* Oppositions to dispositive motions and Daubert motions filed |
| 7/22/2016 | | *Box Hill:* Replies in Support of Dispositive Motions and Daubert Motions |
| 7/25/2016 | *Premier:* Final pretrial hearing | |
| 8/1/2016 | *Premier:* Trial (or trial ready) | |
| To be set by separate order | | *Box Hill:* Hearing on dispositive motions and Daubert motions |
| 9/7/2016 | | *Box Hill:* Final pretrial hearing |
| 10/3/2016 | | *Box Hill:* Trial (or trial ready) |

The PSC respectfully moves the Court to amend MDL Order 9 by (i) as to the Premier and Box Hill related defendants, extending the deadlines to complete common discovery and establishing proposed pretrial schedules in accordance with the PSC's proposed pretrial schedule (above), and (ii) temporarily staying the deadlines for completing common discovery against those clinic and doctor defendants with five or fewer filed actions currently pending against them in the MDL (but not the deadline for completing discovery from the settling defendants).

| | |
|---|---|
| Dated:  May 18, 2015 | Respectfully submitted,<br><br>**/s/ Thomas M. Sobol**<br>Thomas M. Sobol<br>Kristen A. Johnson<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA  02142<br>Telephone:  (617) 482-3700<br>Facsimile:  (617) 482-3003<br>tom@hbsslaw.com<br>kristenj@hbsslaw.com<br><br>*Plaintiffs' Lead Counsel*<br><br>Elizabeth J. Cabraser<br>Mark P. Chalos<br>Annika K. Martin<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>150 Fourth Avenue, North, Suite 1650<br>Nashville, TN  37219<br>Telephone:  (615) 313-9000<br>Facsimile:  (615) 313-9965<br>ecabraser@lchb.com<br>mchalos@lchb.com<br>akmartin@lchb.com<br><br>Marc E. Lipton<br>LIPTON LAW<br>18930 W. 10 Mile Road<br>Southfield, MI  48075<br>Telephone:  (248) 557-1688<br>Facsimile:  (248) 557-6344<br>marc@liptonlawcenter.com<br><br>Kimberly A. Dougherty<br>JANET, JENNER & SUGGS, LLC<br>31 St. James Ave., Suite 365<br>Boston, MA  02116<br>Telephone:  (617) 933-1265<br>kdougherty@myadvocates.com<br><br>Patrick T. Fennell<br>CRANDALL & KATT<br>366 Elm Avenue, S.W. |

Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

  I, Thomas M. Sobol, hereby certify that I caused a copy of the above to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 18, 2015             **/s/ Thomas M. Sobol**
                   Thomas M. Sobol