# EXHIBIT A

# EXHIBIT A

I.  Complaint filed; no service as to Saint Thomas Entities:[1] [2]

   a. **Temple**, John L. Administrator of Estate of Reba Chessor Temple, et al., No. 1:13-cv-12696-FDS

   b. **O'Brien,** Dennis, No. 1:13-cv-10460-FDS

   c. **Peay**, Joan M., No. 1:13-cv-12843-FDS

   d. **Patel**, Pinal, No. MDTN 3:13-cv-01416 (CTO-26)

   e. **Sawyers**, John, No. MDTN 3:13-cv-01452

   f. **Potts**, Karen and William, No. MDTN 3:14-cv-00025

II. Non-Compliance with TENN. CODE ANN. § 29-26-121 as to Saint Thomas Entities:

   a. **Davis**, Thomas Randy and Naomi, No. 1:13-cv-12426-FDS

      i. Original Complaint filed in violation of TENN. CODE ANN. §§ 29-26-121(a)(4) and (b)

   b. **Norwood**, Marjorie, No. 1:13-cv-12430-FDS

      i. Failed to serve notice of intent on STH and STN as required by TENN. CODE ANN. § 29-26-121(a)(3)

   c. **Ziegler**, Adam C. and Sarah D., No. 1:13-cv-12588-FDS

      i. Failed to serve notice of intent on STH and STN as required by TENN. CODE ANN. § 29-26-121(a)(3)

   d. **Knihtila**, James R., No. 1:13-cv-12576-FDS

      i. Failed to serve notice of intent on STH and STN as required by TENN. CODE ANN. § 29-26-121(a)(3)

   e. **Sellers**, Harold G. and Patricia S., No. 1:13-cv-12620-FDS

      i. Failed to serve notice of intent on STH and STN as required by TENN. CODE ANN. § 29-26-121(a)(3)

---

[1] The Saint Thomas Entities are defined as Saint Thomas West Hospital f/k/a St. Thomas Hospital ("STH"), Saint Thomas Health ("STHe") and Saint Thomas Network ("STN").

[2] The Saint Thomas Entities do not waive service by filing this Motion to Dismiss.

53289852.2

1

 f. **Besaw**, Travis, et al., No. 1:13-cv-12604-FDS

  i. Failed to provide HIPAA-compliant authorization[3]

 g. **Ferguson**, Rosemary, et al., No. 1:13-cv-12571-FDS

  i. Failed to provide HIPAA-compliant authorization[4]

 h. **Barger**, Vickie, et al., No. 1:13-cv-12619-FDS

  i. Failed to provide HIPAA-compliant authorization[5]

  ii. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121(a)(1)

  iii. Original Complaint filed in violation of TENN. CODE ANN. §§ 29-26-121(a)(4) and (b)

 i. **Redkevitch**, Ella M. and Neil Z., No. 1:13-cv-12666-FDS

  i. Original Complaint filed in violation of TENN. CODE ANN. §§ 29-26-121(a)(4) and (b)

 j. **Adamson**, Barbara L., Surviving Daughter of Margaret B. White, No. 1:13-cv-12734-FDS

  i. Original Complaint filed in violation of TENN. CODE ANN. §§ 29-26-121(a)(4) and (b)

 k. **Brock**, Denis and Jerry Brandt, No. 1:13-cv-12731-FDS

  i. Complaint filed in violation of TENN. CODE ANN. § 29-26-121 in its entirety as to STHe and STN

 l. **Bryant**, Bertram Walker, Jr., et al., No. 1:13-cv-12668-FDS

  i. Complaint filed in violation of TENN. CODE ANN. § 29-26-121 in its entirety as to STHe and STN

  ii. Failed to provide HIPAA-compliant authorization

---

[3] This defect applies to all Plaintiffs listed in this lawsuit.

[4] This defect applies to all Plaintiffs listed in this lawsuit.

[5] This defect applies to all Plaintiffs listed in this lawsuit.

m. **Burns**, Rhonda and Larry, No. 1:13-cv-12697-FDS

   i. Complaint filed in violation of TENN. CODE ANN. § 29-26-121 in its entirety as to STHe and STN

n. **Higdon**, Shirley and Henry B., No. 1:13-cv-12718-FDS

   i. Failed to provide HIPAA-compliant authorization

o. **Barnard**, Robert, No. 1:13-cv-12738-FDS

   i. Original Complaint filed in violation of TENN. CODE ANN. §§ 29-26-121(a)(4) and (b)

p. **Berry**, Fredia, No. 1:13-cv-12838-FDS

   i. Original Complaint filed in violation of TENN. CODE ANN. §§ 29-26-121(a)(4) and (b)

q. **Denson**, Bobbie, No. 1:13-cv-12729-FDS

   i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121(a)(1)

   ii. Original Complaint filed in violation of TENN. CODE ANN. §§ 29-26-121(a)(4) and (b)

   iii. Failed to serve notice of intent on STH and STN as required by TENN. CODE ANN. § 29-26-121(a)(3)

r. **Pierce**, Terry, No. 1:13-cv-12733-FDS

   i. Original Complaint filed in violation of TENN. CODE ANN. §§ 29-26-121(a)(4) and (b)

s. **Wray**, Jane R., et al., No. 1:13-cv-12737-FDS

   i. Failed to serve notice of intent on STH and STN as required by TENN. CODE ANN. § 29-26-121(a)(3)

t. **Devine**, Willie May Toney, No. 1:13-cv-12667-FDS

   i. Failed to serve notice of intent on STH and STN as required by TENN. CODE ANN. § 29-26-121(a)(3)

u. **Demps**, Jerry, No. 1:13-cv-12840-FDS

   i. Complaint filed in violation of TENN. CODE ANN. § 29-26-121 in its entirety as to STHe and STN

    v. **Minor**, Michele R. and Billy J., No. 1:13-cv-12836-FDS

        i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121(a)(1)

        ii. Original Complaint filed in violation of TENN. CODE ANN. §§ 29-26-121(a)(4) and (b)

    w. **Neely**, Virginia, No. 1:13-cv-12842-FDS

        i. Failed to provide HIPAA-compliant authorization

    x. **Schulz**, Martha F., No. 1:13-cv-12311-FDS

        i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121(a)(1)

        ii. Original Complaint filed in violation of TENN. CODE ANN. §§ 29-26-121(a)(4) and (b)

        iii. Failed to provide HIPAA-compliant authorization

    y. **Judd**, Kenneth, No. 1:13-cv-13120-FDS

        i. Failed to provide HIPAA-compliant authorization

III. Failure to Comply with TENN. CODE ANN. § 29-26-122 as to Saint Thomas Entities:

    a. **Davis**, Thomas Randy and Naomi, No. 1:13-cv-12426-FDS

    b. **Barger**, Vickie, et al., No. 1:13cv-12619-FDS

    c. **Redkevitch**, Ella M. and Neil Z., No. 1:13-cv-12666-FDS

    d. **Adamson**, Barbara L., Surviving Daughter of Margaret B. White, No. 1:13-cv-12734-FDS

    e. **Barnard**, Robert, No. 1:13-cv-12738-FDS

    f. **Berry**, Fredia, No. 1:13-cv-12838-FDS

    g. **Denson**, Bobbie, No. 1:13-cv-12729-FDS

    h. **Pierce**, Terry, No. 1:13-cv-12733-FDS

    i. **Minor**, Michele R. and Billy J., No. 1:13-cv-12836-FDS

    j. **Schulz**, Martha F., No. 1:13-cv-12311-FDS

IV. Non-Compliance with TENN. CODE ANN. § 29-26-121 as to the Ascension Parties:[6]

    a. **Adamson**, Barbara L., Surviving Daughter of Margaret B. White, No. 1:13-cv-12734-FDS

        i. Original Complaint filed in violation of TENN. CODE ANN. §§ 29-26-121(b) and (c)

    b. **Brock**, Denis and Jerry Brandt, No. 1:13-cv-12731-FDS

        i. Complaint filed in violation of TENN. CODE ANN. § 29-26-121 in its entirety

    c. **Bryant**, Bertram Walker, Jr., et al., No. 1:13-cv-12668-FDS

        i. Complaint filed in violation of TENN. CODE ANN. § 29-26-121 in its entirety

    d. **Burns**, Rhonda and Larry, No. 1:13-cv-12697-FDS

        i. Complaint filed in violation of TENN. CODE ANN. § 29-26-121 in its entirety

    e. **Demps**, Jerry, No. 1:13-cv-12840-FDS

        i. Complaint filed in violation of TENN. CODE ANN. § 29-26-121 in its entirety

    f. **Minor**, Michele R. and Billy J., No. 1:13-cv-12836-FDS

        i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121(a)(1)

        ii. Original Complaint filed in violation of TENN. CODE ANN. §§ 29-26-121(b) and (c)

    g. **Redkevitch**, Ella M. and Neil Z., No. 1:13-cv-12666-FDS

        i. Original Complaint filed in violation of T.C.A. § 29-26-121 (b) and (c)

---

[6] The Ascension Parties are defined as Ascension Health Alliance and Ascension Health.

53289852.2

5

V.  Failure to Comply with TENN. CODE ANN. § 29-26-122 as to Ascension Parties:

   a. **Adamson**, Barbara L., Surviving Daughter of Margaret B. White, No. 1:13-cv-12734-FDS

   b. **Minor**, Michele R. and Billy J., No. 1:13-cv-12836-FDS

   c. **Redkevitch**, Ella M. and Neil Z., No. 1:13-cv-12666-FDS