# EXHIBIT 2

# Conceptual View of Tennessee Clinic Defendants' Discovery/Bellwether Proposal

| **Common Discovery** | | **Bellwether Selection** | **Case-Specific Discovery** | **Bellwether Trials** |
|---|---|---|---|---|
| Initial Disclosures<br><br>Plaintiff Profile Forms<br><br>Collection of Medical Records<br><br>Common Written Discovery<br><br>Common Fact Witness Depositions<br><br>Common Expert Disclosures<br><br>Common Expert Depositions | Consider TN-Specific Mediation<br><br>Consider Remand to TN District Court<br><br>Motions for Summary Judgment on Common Issues | 1. Parties Select 16 Potential Bellwether Trial Cases (Each side chooses Eight (8))<br><br>2. Each Side May Strike Four (4) of the Other Side's Eight (8) Cases<br><br>3. Court Chooses Four (4) Cases for Bellwether Trials from Eight (8) Remaining Cases | Case-Specific Written Discovery of Four (4) Cases Selected for Trial<br><br>Case-Specific Fact Witness Depositions<br><br>Case-Specific Expert Depositions | Conduct Trials of Four (4) Bellwether Trial Pool cases beginning in December 2016 |