UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-02419 |
| THIS DOCUMENT RELATES TO:<br><br>All Actions. | Hon. F. Dennis Saylor, IV<br>Magistrate Jennifer C. Boal |

**JOINT STIPULATION AGREEING TO EXTEND TIME TO REPLY TO TENNESSEE CLINIC DEFENDANT'S MOTION TO COMPEL**

The Plaintiffs' Steering Committee (the "PSC"), and Saint Thomas West Hospital, formerly known as Saint Thomas Hospital, Saint Thomas Network, and Saint Thomas Health (collectively, the "Saint Thomas Entities"), Saint Thomas Outpatient Neurosurgical Center, LLC ("STOPNC"), Howell Allen clinic, P. C. ("Howell Allen"), John W. Culclasure, M.D. ("Dr. Culclasure"), Debra V. Schamberg, R. N. ("Nurse Schamberg"), Specialty Surgery Center, Crossville, PLLC ("SSC"), Kenneth R. Lister, M. D. ("Dr. Lister") (collectively "Tennessee Clinic Defendants"), hereby jointly stipulate that the deadline to reply to the Tennessee Clinic Defendants' Motion to Compel [Dkt. 1830] currently due Thursday, May 21, 2015 shall be extended to Tuesday, May 26, 2016.

Dated: May 19, 2015                             Respectfully submitted,

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

1

*Plaintiffs' Steering Committee and Tennessee State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com
*Federal/State Liaison*

Kim Dougherty
JANET, JENNER & SUGGS, LLC
75 Arlington St.
Suite 500
Boston, MA 02116
Phone: (617) 933-1265
kdougherty@myadvocates.com

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Patrick T. Fennell
CRANDALL & KATT

>366 Elm Avenue, S.W.
>Roanoke, Virginia 24016
>Phone:  (540) 342-2000
>pfennell@crandalllaw.com
>
>Mark Zamora
>ZAMORA FIRM
>6 Concourse Parkway, 22nd Floor
>Atlanta, GA 30328
>Phone: (404) 451-7781
>Fax: (404) 506-9223
>mark@markzamora.com
>
>*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the above Joint Stipulation to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 19, 2015                                              ***/s/ J. Gerard Stranch, IV***

3