UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

MDL Order No. \_\_\_
ORDER REGARDING COMMON ISSUE DISCOVERY

May\_\_\_, 2015

This Amended Order Regarding Common Issue Discovery is intended to amend and supplement the Court's previous MDL Order Nos. 9 and 9B ("Order No. 9") and to provide a reasonable timetable for discovery on Common Issues as it relates to those defendants who currently have cases pending in the MDL and are not subject to a proposed settlement pending in the bankruptcy court.  This Order is entered in response to the parties' various motions regarding a discovery schedule, and after careful consideration of the arguments made by all parties.

This Order amends Order No. 9 by extending the deadline for Common Issue discovery as to the Premier Defendants Given the submissions by the PSC and the Premier Defendants and the current status of discovery concerning cases involving the Premier Defendants,

1

the Court believes an extension of discovery dates originally set forth in CMO 9 is warranted.  Accordingly, the Court sets the following schedule related to all pre-trial matters in claims against Premier Defendants pending in the MDL:

| Event | Deadlines |
|---|---|
| Close of Common Fact Discovery | 12/15/15 |
| Bellwether proposal submitted to Court | 11/15/15 |
| Responses to Bellwether Protocols | 12/01/15 |
| Close of Case Specific Bellwether Discovery | 2/15/16 |
| Plaintiff's Initial Expert Disclosures and Proffer of Deposition Dates | 3/15/16 |
| Defense Expert Disclosures and Proffer of Deposition Dates | 5/1/16 |
| Deadline For Expert Depositions | 9/01/16 |
| Dispositive Motions and *Daubert* Motions filed | 10/15/16 |
| Oppositions to Dispositive Motions and *Daubert* Motions filed | 11/01/16 |
| Replies in Support of Dispositive Motions and *Daubert* Motions filed | 11/15/16 |
| Hearing on Dispositive Motions and *Daubert* Motions | December 2016 |
| Final Pre-Trial Hearing | January 2017 |
| Cases are Trial Ready | February 2017 |

**So Ordered.**

_____
JENNIFER C. BOAL
UNITED STATES DISTRICT
COURT MAGISTRATE JUDGE