UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION v. | ) ) ) ) ) ) | MDL No: 1:13-md-2419-FDS |
| This Document Relates to: Gilliam v. Chowdhury, et al. No: 1:15-cv-11367-RWZ | ) ) ) ) ) ) ) ) |  |

## NOTICE OF APPEARANCE

Please enter the appearance of Tory A. Weigand, of Morrison Mahoney LLP, on behalf of the defendants, Nikesh Batra, M.D., Adil Katabay, M.D., Saud Siddiqui, M.D., Meena Chadha, and Lori Sheets, LPN.

                                            Respectfully Submitted
                                            The Defendants
                                            NIKESH BATRA, M.D., ADIL KATABY, M.D.,
                                            SAUD SIDDIQUI, M.D., MEENA CHADHA
                                            and LORI SHEETS, LPN
                                            By their attorney,

                                            /s/ Tory A. Weigand
                                            _____
                                            Tory A. Weigand, BBO #548553
                                            Morrison Mahoney LLP
                                            250 Summer Street
                                            Boston, MA  02210-1181
                                            (617) 439-7500
                                            tweigand@morrisonmahoney.com

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **May 22, 2015**

/s/ Tory A. Weigand
_____

1531182v1