UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>v.<br><br>This Document Relates to:<br><br>Gilliam v. Chowdhury, et al.<br>No: 1:15-cv-11367-RWZ | ) ) ) ) ) ) ) ) ) ) ) ) )  MDL No: 1:13-md-2419-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Anthony E. Abeln, of Morrison Mahoney LLP, on behalf of the defendants, Nikesh Batra, M.D., Adil Katabay, M.D., Saud Siddiqui, M.D., Meena Chadha, and Lori Sheets, LPN.

Respectfully Submitted
The Defendants
NIKESH BATRA, M.D., ADIL KATABY, M.D.,
SAUD SIDDIQUI, M.D., MEENA CHADHA
and LORI SHEETS, LPN
By their attorney,

/s/ Anthony E. Abeln

_____
Anthony E. Abeln, BBO #669207
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500
aabeln@morrisonmahoney.com

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing  (NEF) and paper copies will be sent to those indicated as non registered participants on **May 22, 2015**

/s/ Anthony E. Abeln
_____

1531184v1