UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC. PRODUCTS LIABILITY ) | |
| LITIGATION ) | |
| _____ ) | MDL No. 2419 |
| ) | Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| ALL CASES ) | |

**BARRY J. CADDEN, LISA CONIGLIARO-CADDEN,
GREGORY CONIGLIARO, CARL CONIGLIARO, DOUGLAS CONIGLIARO
AND GLENN A. CHIN'S MOTION FOR LEAVE TO FILE REPLY IN RESPONSE
TO THE SAINT THOMAS ENTITIES' OPPOSITION TO THE
INVOKING DEFENDANTS' MOTIONS FOR PROTECTIVE ORDERS
AND TO QUASH DEPOSITION NOTICES**

Pursuant to Local Rule 7.1(b)(2), Barry J. Cadden, Lisa Conigliaro-Cadden, Gregory Conigliaro, Carla Conigliaro, Douglas Conigliaro and Glenn A. Chin (Collectively, the "Invoking Defendants") move for leave to file a Reply in Support of their Motion For A Protective Order and Motion to Quash Deposition Notices to the Invoking Defendants [Docket #1823]. On May 18, 2015, The Saint Thomas Entities' filed an Opposition to the Invoking Defendants' Motions for Protective Order and To Quash Depositions Notices [Docket #1869].[1]

A brief Reply is needed to respond to the Saint Thomas Entities' arguments in this matter which has important ramifications to Invoking Defendants' constitutional rights.

---

[1]  This motion for leave is joined by Medical Sales Management, Inc., Medical Sales Management SW, Inc., Ameridose, LLC, and GDC Properties Management, LLC.

Pursuant to Local Rule 7.1(a)(2), the Invoking Defendants conferred with counsel for the Saint Thomas Entities about this Motion for Leave via email on May 21, 2015, but had received no response as of the time this was filed.

Respectfully submitted,

/s/ Robert H. Gaynor
William J. Dailey, Jr. (BBO#112200)
Robert H. Gaynor (BBO# 187620)
Sloane & Walsh, LLP
3 Center Plaza, 8th Floor
Boston, MA 02108
(617) 523-6010
wdaileyjr@sloanewalsh.com
rgaynor@sloanewalsh.com

*Counsel for Individual Defendants Barry J.*
*Cadden, Lisa Conigliaro-Cadden, Carla*
*Conigliaro, Douglas Conigliaro, Gregory*
*Conigliaro, and Glenn A. Chin*

/s/ Michelle R. Peirce
Bruce A. Singal (BBO# 464420)
Michelle R. Peirce (BBO# 557316)
Callan G. Stein (BBO# 670569)
Donoghue, Barrett & Singal, PC
One Beacon Street, Suite 1320
Boston, MA 02108
(617) 720-5090
bsingal@dbslawfirm.com
mpeirce@dbslawfirm.com
cstein@dbslawfirm.com

*Counsel for Defendants Barry J. Cadden*
*and Lisa Conigliaro-Cadden*

/s/ Dan Rabinovitz
Dan Rabinovitz (BBO# 558419)
Michaels, Ward & Rabinovitz, LLP
One Beacon Street
Boston, MA 02108
(617) 350-4040
dmr@michaelsward.com

*Counsel for Defendant Gregory Conigliaro*

/s/ Christopher R. O'Hara
David E. Meier (BBO# 341710)
Christopher R. O'Hara (BBO# 548611)
Corrina L. Hale (BBO# 670916)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
dmeier@toddweld.com
cohara@toddweld.com
chale@toddweld.com

*Counsel for Defendants Carla Conigliaro*
*and Douglas Conigliaro*

/s/ Dan Rabinovitz
Dan Rabinovitz (BBO# 558419)
Michaels, Ward & Rabinovitz, LLP
One Beacon Street
Boston, MA 02108
(617) 350-4040
dmr@michaelsward.com

*Counsel for Defendants Medical Sales*
*Management, Inc. and Medical Sales*
*Management SW, Inc.*

/s/ Joshua A. Klarfeld
Joshua A. Klarfeld (OH# 0079833)
Ulmer & Berne LLP
1660 W 2nd Street, Suite 1100
Cleveland, OH  44113
(216) 583-7000
jkarfeld@ulmer.com

Joseph P. Thomas (OH# 0040379)
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
(513) 698-5000
jthomas@ulmer.com

*Counsel for Defendant GDC Properties,*
*Management, LLC*

/s/ Matthew P. Moriarty
Matthew P. Moriarty (0028389)
Richard A. Dean (0013165)
Tucker Ellis LLP
950 Main Street
Suite 110
Cleveland, OH  44113-7213
(216) 592-5000
matthew.moriarty@tuckerellis.com
Richard.dean@tuckerellis.com

*Counsel for Ameridose LLC*

Dated:  May 22, 2015

## **CERTIFICATE OF SERVICE**

I, Michelle R. Peirce, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Michelle R. Peirce_____
Michelle R. Peirce

Dated:  May 22, 2015