IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>    All Cases | MDL NO. 1:13-MD-2419-FDS<br><br>JUDGE RYA W. ZOBEL |

### DEFENDANT AMERIDOSE LLC'S MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH THE DEPOSITION NOTICE TO AMERIDOSE LLC

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Ameridose LLC moves for entry of an Order quashing the deposition notice served on Ameridose LLC (NECC MDL Doc. 1809) and forbidding The Saint Thomas Entities from taking the deposition of Ameridose LLC. The grounds for this Motion are set forth in more detail in the contemporaneously filed memorandum in support.

    Respectfully submitted,

    /s/ Matthew P. Moriarty
    Matthew P. Moriarty (0028389)
    Richard A. Dean (0013165)
    TUCKER ELLIS LLP
    950 Main Avenue
    Suite 1100
    Cleveland, OH 44113-7213
    Telephone:   216.592.5000
    Facsimile:   216.592.5009
    E-mail:   richard.dean@tuckerellis.com
               MMoriarty@tuckerellis.com

    *Attorneys for Ameridose LLC*

2330340.1

- 2 -

## CERTIFICATE OF SERVICE

I certify that on May 22, 2015, a copy of the foregoing **Ameridose LLC's Motion for Protective Order and Motion to Quash the Deposition Notice to Ameridose LLC** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ Matthew P. Moriarty
Matthew P. Moriarty (0028389)
Richard A. Dean (0013165)
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113-7213
Tel:      216.592.5000
Fax:     216.592.5009
E-mail:   richard.dean@tuckerellis.com
              MMoriarty@tuckerellis.com

*Attorneys for Ameridose LLC*