UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| ——————————————— | ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| All Suits Against the Saint Thomas Entities | ) ) ) ) ) ) |

MDL No. 2419
Dkt. No 1:13-md-2419 (RWZ)

**SAINT THOMAS ENTITIES' NOTICE OF POSTPONEMENT OF DEPOSITION OF LIBERTY INDUSTRIES, INC.'S 30(b)(6) REPRESENTATIVE**

The Saint Thomas Entities[1] give notice to the Court and to all parties that the deposition of Liberty Industries, Inc.'s 30(b)(6) Representative previously scheduled to take place on May 21, 2015 has been postponed. The parties are working to select a mutually agreeable time, date, and place, and the Saint Thomas Entities will provide notice once the details for the deposition have been finalized.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

54021554.1                                     - 1 -

| | |
|---|---|
| Dated: May 26, 2015 | By their attorneys, |
| | /s/ Sarah P. Kelly |
| | Sarah P. Kelly (BBO #664267) |
| | skelly@nutter.com |
| | |
| | NUTTER McCLENNEN & FISH LLP |
| | Seaport West |
| | 155 Seaport Boulevard |
| | Boston, Massachusetts 02210 |
| | (617) 439-2000 |
| | (617) 310-9461 (FAX) |

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 26th day of May, 2015.

                                             */s/ Sarah Kelly*
                                             Sarah P. Kelly