UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) All Cases ) | MDL No.: 2419<br>Dkt No. 1:13-md-2419 (RWZ)<br><br>Judge Rya W. Zobel |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Jason A. Lee with the law firm of Brewer, Krause, Brooks, Chastain & Burrow, PLLC, as attorney for Defendant, Specialty Surgery Center, PLLC, in the above-styled case.

Respectfully submitted,

/s/ Jason A. Lee
**JASON A. LEE**[1]
Attorney for Defendant, Specialty Surgery
Center, PLLC

**BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN   37202-3890
(615) 630-7757 (JAL)
jlee@bkblaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be served via electronic mail or regular US mail to those participants identified as unregistered this the 26th day of May, 2015.

/s/ Jason A. Lee
**JASON A. LEE**

---

[1] Admitted *pro hac vice*

1

ST Specialty Sx Ctr Johnson Ntc of Withdrawal JAL (MDL case) SSC 150526.docx