# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |
| This document relates to: ) ) | |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No: 1:14-cv-14019-RWZ ) ) ) | |
| Armetta v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ ) ) ) | |
| Torbeck v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14023-RWZ ) ) ) | |
| Kashi v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ ) ) ) | |
| Bowman v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ ) ) ) | |
| Dreisch v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ ) ) ) | |
| Davis v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ ) ) ) | |
| Farthing v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ ) ) | |

MDL Order No.\_\_\_\_\_
ORDER REGARDING COMMON ISSUE DISCOVERY
RELATED DEFENDANTS WITH FIVE OR FEWER CASES

May \_\_\_\_\_, 2015

This Amended Order Regarding Common Issue Discovery is intended to amend and supplement the Court's previous MDL Order Nos. 9 and 9B ("Order NO. 9") and to provide a reasonable timetable for discovery on Common Issues as it relates to those defendants who currently have cases pending in the MDL and are not subject to a proposed settlement pending in the bankruptcy court. This Order is entered in response to the parties' various motions regarding a discovery schedule, and after careful consideration of the arguments made by all parties.

This Order amends Order No. 9 by subjecting Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D. and Ritu T. Bhambhani, M.D., L.L.C. to the same stay as applies to the other clinic related Defendants with five or fewer cases as identified in Plaintiff Steering Committee's Motion to Amend Case Management Oder No. 9.

**So Ordered.**

> JENNIFER C. BOAL
> UNITED STATES DISTRICT
> COURT MAGISTRATE JUDGE