## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### MDL NO. 13-02419-RWZ

### IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
### PRODUCTS LIABILITY LITIGATION

### ORDER

May 28, 2015

ZOBEL, D.J.

Many motions are now pending in the original actions that make up this multi-

district case. In the court's view, orders in the MDL docket likely resolve some of them.

Counsel who filed the following motions shall advise the Plaintiffs' Steering Committee

("PSC") of their motions' status by June 15, 2015 (e.g., moot, resolved by orders in the

MDL, still pending and requires individual attention, etc.).[1] The PSC shall then report

the motions' status to the court in a single filing on or before June 22, 2015.

| Case Number | Docket Number(s) |
|-------------|------------------|
| 1:13-cv-10351-RWZ | 29 |
| 1:13-cv-10406-RWZ | 64 |
| 1:13-cv-12657-RWZ | 37 |
| 1:13-cv-12696-RWZ | 48 |
| 1:13-cv-12961-RWZ | 15, 23, 24 |
| 1:14-cv-10163-RWZ | 14 |
| 1:14-cv-10373-RWZ | 4, 17 |

---

[1] Status shall be, at most, a short sentence. The court is not inviting additional argument on any of these motions.

| Case Number | Docket Number(s) |
|---|---|
| 1:14-cv-10433-RWZ | 19, 20 |
| 1:14-cv-12421-RWZ | 88, 89, 90, 92, 93 |
| 1:14-cv-12884-RWZ | 20, 22, 27, 31, 40 |
| 1:14-cv-12905-RWZ | 13 |
| 1:14-cv-12908-RWZ | 9 |
| 1:14-cv-12910-RWZ | 9 |
| 1:14-cv-12916-RWZ | 9 |
| 1:14-cv-12917-RWZ | 9 |
| 1:14-cv-12919-RWZ | 9 |
| 1:14-cv-12924-RWZ | 9 |
| 1:14-cv-12927-RWZ | 9 |
| 1:14-cv-12928-RWZ | 9 |
| 1:14-cv-12929-RWZ | 9 |
| 1:14-cv-12930-RWZ | 7 |
| 1:14-cv-12931-RWZ | 7 |
| 1:14-cv-12933-RWZ | 6 |
| 1:14-cv-12937-RWZ | 6 |
| 1:14-cv-12938-RWZ | 7 |
| 1:14-cv-12939-RWZ | 7 |
| 1:14-cv-12940-RWZ | 7 |
| 1:14-cv-12941-RWZ | 7 |
| 1:14-cv-12942-RWZ | 7 |
| 1:14-cv-12978-RWZ | 7 |
| 1:14-cv-13027-RWZ | 10, 12 |
| 1:14-cv-13496-RWZ | 57, 59 |
| 1:14-cv-13504-RWZ | 59, 61 |
| 1:14-cv-13505-RWZ | 29 |

| Case Number | Docket Number(s) |
| --- | --- |
| 1:14-cv-13507-RWZ | 28 |
| 1:14-cv-13508-RWZ | 28 |
| 1:14-cv-13509-RWZ | 23 |
| 1:14-cv-13510-RWZ | 14, 16, 23 |
| 1:14-cv-13511-RWZ | 60, 62 |
| 1:14-cv-13558-RWZ | 8, 13 |
| 1:14-cv-13578-RWZ | 6 |
| 1:14-cv-13580-RWZ | 6 |
| 1:14-cv-13583-RWZ | 6 |
| 1:14-cv-13584-RWZ | 6 |
| 1:14-cv-13586-RWZ | 6 |
| 1:14-cv-13587-RWZ | 6 |
| 1:14-cv-13589-RWZ | 6 |
| 1:14-cv-13739-RWZ | 14, 17 |
| 1:14-cv-13831-RWZ | 19 |
| 1:14-cv-13975-RWZ | 8 |
| 1:14-cv-14019-RWZ | 4 |
| 1:14-cv-14022-RWZ | 5 |
| 1:14-cv-14023-RWZ | 5 |
| 1:14-cv-14026-RWZ | 5 |
| 1:14-cv-14028-RWZ | 5 |
| 1:14-cv-14029-RWZ | 5 |
| 1:14-cv-14033-RWZ | 5 |
| 1:14-cv-14036-RWZ | 5 |
| 1:14-cv-14525-RWZ | 4 |
| 1:14-cv-14538-RWZ | 4 |
| 1:14-cv-14552-RWZ | 4 |

| Case Number | Docket Number(s) |
|---|---|
| 1:14-cv-14698-RWZ | 4 |
| 1:14-cv-14700-RWZ | 4 |
| 1:14-cv-14702-RWZ | 4 |
| 1:14-cv-14705-RWZ | 4 |
| 1:15-cv-11367-RWZ | 11, 12 |

May 28, 2015
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE