# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>Plaintiffs, ) | ) MDL No. 2419<br>)<br>) Docket No. 1:13-md-2419 (RWZ)<br>) |
| This document relates to: ) | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ ) | **CONSENT MOTION FOR EXTENSION OF TIME** |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ ) | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ ) | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ ) | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ ) | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ ) | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ ) | |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ ) | |

By consent of the parties, the Plaintiffs in the above-captioned cases and Defendants Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC, by and through their undersigned counsel, move for modification of an Order of Court dated April 17, 2015, Document 1780 (copy attached as Exhibit A) for good cause.

In light of the passing of a family member of one of the Plaintiffs' attorneys, the parties request the Court to extend the time for filing an Opposition to Defendants' Motions to Dismiss as to claims for Strict Liability, violations of Maryland's Consumer Protection Statutes, violations of Massachusetts' Consumer Protection Statutes and claims for Punitive damages from June 1, 2015 to June 5, 2015.

Respectfully submitted,

/s/ Patricia J. Kasputys
Patricia J. Kasputys
Sharon L. Houston
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street
22nd Floor
Baltimore, MD  21201
410-649-2000
Pkasputys@lawpga.com
Shouston@lawpga.com
*Attorneys for Plaintiffs*


/s/ Michael Coren
COHEN, PLACITELLA & ROTH, P.C.
Harry M. Roth
Michael Coren
Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
215-567-3500
*Attorneys for Plaintiffs*

- 3 -

<u>/s/ Gregory K. Kirby</u>
Gregory K. Kirby
Pessin Katz Law P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland  21204
(410) 938-8800
*Attorneys for Defendants*

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

I, Patricia J. Kasputys, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the defendants in the above-referenced individual cases, and will be sent to these parties by operation of the CM/ECF system on May 29, 2015.

/s/ Patricia J. Kasputys
Patricia J. Kasputys