# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2419 |
| Plaintiffs, ) ) | Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: ) ) | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ ) ) ) ) | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ ) ) ) ) | **ORDER REGARDING CONSENT MOTION FOR EXTENSION OF TIME** |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ ) ) ) ) | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ ) ) ) ) | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ ) ) ) ) | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ ) ) ) ) | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14023-RWZ ) ) ) ) | |
| Handy v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ ) ) | |

UPON CONSIDERATION of a Consent Motion filed by Plaintiffs and Defendants Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC's it is this _____ day of _____, 2015, hereby ORDERED that:

The Order of Court entered on April 17, 2015 is modified to permit Plaintiffs to file their opposition to Defendants' Motions to Dismiss as to claims for Strict Liability, violations of Maryland's Consumer Protection Statutes, and Claims for Punitive Damages on or before June 5, 2015.

_____
The Honorable Rya Zobel
U.S. District Court, District of Massachusetts

cc:  Patricia Kasputys
     Sharon Houston
     Michael Coren
     Gregory K. Kirby

2