UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Docket No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that Dan Rabinovitz and John K. Wells are now employed by the law firm of Greenberg Traurig LLP, and that the firm of Greenberg Traurig LLP should be substituted for Michaels, Ward & Rabinovitz, LLP. Please also note that attorneys Rabinovitz's and Wells' new contact information is as follows:

Dan Rabinovitz, Esq.
John K. Wells, Esq.
Greenberg Traurig LLP
One International Place
Boston, MA 02110
(617) 310-6000 – phone
(617) 310-6001 – fax
rabinovitzd@gtlaw.com
wellsj@gtlaw.com

Dated:  June 1, 2015

Respectfully submitted,

DEFENDANT MEDICAL SALES
MANAGEMENT, INC.


By its attorneys,


/s/ Dan Rabinovitz
Dan Rabinovitz, Esq. (BBO #558419)
John K. Wells, Esq. (BBO #671345)
Greenberg Traurig LLP
One International Place
Boston, MA 02110
(617) 310-6000 – phone
(617) 310-6001 – fax
rabinovitzd@gtlaw.com
wellsj@gtlaw.com


**CERTIFICATE OF SERVICE**

     I certify that on June 1, 2015, a true copy of the above *Notice of Substitution of Counsel* was filed in accordance with the Court's Electronic Filing Guidelines and will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Dan Rabinovitz