UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: All Cases | MDL No. 2419 Dkt. No 1:13-md-2419 |

**NOTICE OF SUBPOENA *DUCES TECUM***

Please take notice that the Custodian of Records for New York-Presbyterian Hospital, 525 East 68th Street, Box 88, New York, New York 10065, has been subpoenaed for deposition on the 29th day of June, 2015, at 5:00 p.m., at the office of Gideon, Cooper & Essary, PLC, 315 Deaderick Street, Suite 1100, Nashville, TN 37238, for production of the documents identified on Exhibit A to the attached subpoena.

The witness has been instructed to mail the requested documents in lieu of appearing for deposition. If the witness declines to produce the documents by the date specified in the subpoena, the Tennessee Clinic Defendants will file a separate notice of deposition in the main MDL docket.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

***Attorneys for the Tennessee Clinic Defendants***

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2015, a true and accurate copy of the foregoing was filed via the Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ Chris J. Tardio
**Chris J. Tardio**