## Exhibit A to Subpoena to New York-Presbyterian Hospital

Produce (in electronic format) documents or summaries with the following information:

1. The date(s) of New York-Presbyterian Hospital's inspection(s) of NECC in 2010, 2011, and 2012.

2. All documents related to New York-Presbyterian Hospital's inspection(s) of NECC in 2010, 2011, and 2012.

3. A list of New York-Presbyterian Hospital's employees and/or agents who inspected NECC in 2010, 2011, and 2012.

4. A list of NECC's employees and/or agents present for New York-Presbyterian Hospital's inspection(s) of NECC in 2010, 2011, and 2012.

5. Any reports, memoranda, correspondence, handwritten notes, *etc.* documenting observations made by New York-Presbyterian Hospital's employees and/or agents during inspection(s) of NECC in 2010, 2011, and 2012.

6. All invoices for New York-Presbyterian Hospital's purchases from NECC in 2010, 2011, and 2012.

7. All correspondence between New York-Presbyterian Hospital and NECC in 2010, 2011, and 2012.

8. All of New York-Presbyterian Hospital's policies and procedures applicable in 2010, 2011, and 2012 concerning or relating to compounding pharmacies, the purchase of medication from compounding pharmacies, and site visits or inspections of compounding pharmacies.