JAY J. BLUMBERG *
jjblumberg@blumberglawoffices.com
*CERTIFIED CIVIL TRIAL ATTORNEY*

CHRISTOPHER M. WOLK *
cwolk@blumberglawoffices.com

KIRA FEENY SPAMAN*
kspaman@blumberglawoffices.com

JEFFREY P. CATALANO+
jcatalano@blumberglawoffices.com

OF COUNSEL
JEAN S. CHETNEY*
jchetney@blumberglawoffices.com

*MEMBERS OF P.A and N.J. BAR
+MEMBERS OF N.Y. and NJ BAR



# Blumberg & Wolk LLC
## Trial Lawyers

June 2, 2015

**VIA E-FILING ONLY**
The Honorable Jennifer C. Boal
United States District Court - District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, Massachusetts 02210

    RE:   In Re New England Compounding
             Docket No. 1:13-md-02419-RWZ; MDL No. 2419

Dear Judge Boal:

I am writing on behalf of the defendants Premier Orthopedic and Sports Medicine Associates of Southern New Jersey, LLC, Premier Orthopedic Associates Surgical Center, LLC, and Kimberly Yvette Smith, M.D. (Hereinafter "The Premier Defendants") to address the upcoming issue of choice of law in this MDL.

There are over fifty cases filed against the Premier Defendants in association with this MDL, and the Premier Defendants anticipate being impacted by the choice of law. Accordingly, I respectfully notify this Court that the Premier Defendants intend to engage in the upcoming motion practice regarding the choice of law for this MDL, by filing any required and supporting papers necessary. The Premier Defendants intend to advocate for New Jersey law to control.

Thank you.

                              Respectfully,

                              BLUMBERG & WOLK, LLC

                              ***/s/ Christopher M. Wolk***

                              Christopher M. Wolk, Esq.

CMW/dm

June 2, 2015
Page 2

## CERTIFICATE OF SERVICE

     I, Christopher M. Wolk, Esq., hereby certify that I caused a copy of the foregoing letter to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: June 2, 2015                                            */s/ Christopher M. Wolk, Esq.*
                                                                                     Christopher M. Wolk, Esq.