# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| Tory A. Weigand<br>Direct Dial: 617-737-8827<br>Direct Fax: 617-342-4947<br>tweigand@morrisonmahoney.com<br><br>Anthony E. Abeln<br>Direct Dial: 617-737-8885<br>Direct Fax: 617-342-4802<br>aabeln@morrisonmahoney.com | 250 SUMMER STREET<br>BOSTON, MASSACHUSETTS 02210-1181<br>617-439-7500 | MASSACHUSETTS<br>BOSTON<br>FALL RIVER<br>SPRINGFIELD<br>WORCESTER<br><br>CONNECTICUT<br>HARTFORD<br><br>ENGLAND<br>LONDON | NEW HAMPSHIRE<br>MANCHESTER<br><br>NEW JERSEY<br>PARSIPPANY<br><br>NEW YORK<br>NEW YORK<br><br>RHODE ISLAND<br>PROVIDENCE |

June 4, 2015

VIA E-FILING ONLY

The Honorable Jennifer C. Boal
United States District Court - District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, Massachusetts 02210

**RE:** In Re New England Compounding
Docket No.: 1:13-md-02419-RWZ   MDL No. 2419

Dear Judge Boal:

We write pursuant to the recent order and on behalf of certain Ohio and Illinois based defendants (i.e. BKC Pain Specialists, Inc.; Nikesh Batra, M.D., Adil Katabay, M.D.; Cincinnati Pain Management Consultants, Ltd., Gururau Sudarshan M.D., Ann Tuttle, M.D., James Molnar, M.D., APAC Centers for Pain Management; Randolph Chang, M.D., Saud Siddiqui, M.D., Lori Sheets, and Meena Chadha)(hereinafter the "Ohio and Illinois Clinic/Medical Defendants") to address the upcoming issue of choice of law in this MDL.

There are approximately three Illinois Clinic/Medical defendant cases and seven Ohio Clinic/Medical defendant cases in this MDL involving the above named defendants and in this MDL and which may be impacted by the choice of law. As such, we respectfully notify this Court that the Ohio and Illinois Clinic/Medical Defendants reserve the right and intention to engage in the upcoming motion practice regarding the choice of law applicable to these cases by filing any requested or required and supporting papers necessary.

**MORRISON MAHONEY LLP**

The Honorable Jennifer C. Boal
United States District Court - District of Massachusetts
June 4, 2015
Page 2


   The Ohio Clinic/Medical Defendants intend to advocate for Ohio law to apply in their cases while the Illinois Clinic/Medical Defendants intend to advocate for Illinois law to apply in their cases.

             Very truly yours,

             /s/ Tory A. Weigand

             Tory A. Weigand
             Anthony E. Abeln

TAW/ll


I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **June 4, 2015**


/s/ Tory A. Weigand
_____