

901 DULANEY VALLEY ROAD
SUITE 500
BALTIMORE, MD 21204

BALTIMORE | COLUMBIA | BEL AIR

TELEPHONE 410-938-8800
FAX 410-832-5600
PKLAW.COM

**Gregory K. Kirby**
410-769-6143
gkirby@pklaw.com

June 4, 2015

VIA E-FILING ONLY

The Honorable Jennifer C. Boal
United States District Court – District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, Massachusetts 02210

    *In RE: **New England Compounding Pharmacy, Inc.***
    *Civil Action No. MDL 1:13-md-02419-RWZ*

Dear Judge Boal:

    We write on behalf of certain Maryland based defendants, Box Hill Surgery Center, LLC, Ritu Bhambhani, M.D. and Ritu T. Bhambhani, M.D., LLC ("Box Hill Defendants"), with regards to the upcoming issue of choice of law in this MDL.

    There are currently eight cases against the above Maryland defendants in this MDL. Upon information and belief, there may also be other cases in this MDL against Maryland defendants. These cases against the above Maryland Defendants may be impacted by the choice of law argument that the Court intends to address. As such, we respectfully notify this Court that these Maryland Defendants reserve the right and intend to engage in the upcoming motions practice regarding the choice of law applicable to these cases by filing any requested or required briefs and/or supporting papers.

    The Box Hill Defendants intend to advocate for Maryland law to apply to their cases.

                         Sincerely,

                         /s/

                         Gregory K. Kirby

GKK

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 4, 2015.

/s/ Gregory K. Kirby
_____