UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(at Boston)

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) Master File No. 1:13-MD-2419-RWZ<br>) MDL Docket No. 2419<br>) This Document Relates To:<br>) *ALL CASES*<br>)<br>) |

**DEFENDANT GDC PROPERTIES MANAGEMENT, LLC, AND STEVEN HIGGINS'S JOINT STATEMENT REGARDING CHOICE OF LAW**

On May 28, 2015, this Court instructed all parties that wished to brief the issues of what law should apply to trials of the Tennessee and New Jersey Actions to file such motions by June 15, 2015. (*See* Dkt. No. 1905.) The Court also requested that the parties who had pending discovery motions state their position with respect to whether the Court's choice of law decision is relevant to the Court's decision on those pending motions.

In accordance with this Court's instruction, GDC Properties, LLC ("GDC") and non-party Steven Higgins, hereby jointly file this statement regarding their position as to the implications of the Court's choice of law decision on their pending discovery motions. While neither GDC nor Mr. Higgins takes a position on which law ought to apply to the actions relating to the New Jersey and Tennessee defendants, they hereby notify this Court that, in their view (as in the Trustee's view [per Doc. No. 1925] as the issue relates to the Trustee), any decision determining which law should apply to those actions could be relevant to this Court's decision on GDC's and Mr. Higgins's pending motions for protective order and/or to quash [Doc. Nos. 1862, 1836, 1837]. Specifically, a determination on which law will apply to those proceedings may affect the relevance of the information sought by the parties from GDC and Mr. Higgins and the propriety of taking their depositions, particularly as to matters relating to "comparative fault" under the applicable law.

Dated: June 4, 2015    Respectfully submitted,

*/s/ Joshua A. Klarfeld*
Joseph P. Thomas (OH #0040379)
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel: (513) 698-5000/Fax: (513) 698-5001
E-mail:  jthomas@ulmer.com

Joshua A. Klarfeld (OH #0079833)
Ulmer & Berne LLP
1660 W.2nd Street, Suite 1100
Cleveland, OH 44113
Tel: (216) 583-7000/Fax: (216) 583-7001
E-mail:  jklarfeld@ulmer.com

**Attorneys for Defendant**
**GDC Properties, LLC**

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on June 4, 2015, using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

                                              */s/ Joshua A. Klarfeld*