UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) | MDL No. 1:13-md-2419-FDS |
| This Document Relates to: All Cases | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF WILLIAM R. BALDIGA**

Please withdraw the appearance in the above-captioned matter of the following counsel for the Official Committee of Unsecured Creditors in the chapter 11 case of New England Compounding Pharmacy, Inc.:

William R. Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8200
Fax: (617) 856-8201
Email: wbaldiga@brownrudnick.com

Dated: June 5, 2015
Boston, Massachusetts

Respectfully submitted,

By: /s/ William R. Baldiga

William R. Baldiga, Esq. (BBO #542125)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

*Counsel to the Official Committee of Unsecured Creditors in the Chapter 11 Case of New England Compounding Pharmacy, Inc.*

**CERTIFICATE OF SERVICE**

I, Carol S. Ennis, hereby certify that on June 5, 2015, I caused a copy of the foregoing Notice of Withdrawal of Appearance to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, postage prepaid.

Dated: June 5, 2015
Boston, Massachusetts

/s/ *Carol S. Ennis*
Carol S. Ennis, Paralegal
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

61356917