EXHIBIT 1

**Cases in Which GDC Properties Management, LLC Is Named as a Defendant Currently Pending in 1:13-MD-2419-RWZ**

| Case Name | Case Number |
|---|---|
| *Erkan v. New England Compounding Pharmacy, Inc., et al.* | 1:12-cv-12052 |
| *Shaffer v. Cadden, et al.* | 1:13-cv-10226 |
| *Schroder v. New England Compounding Pharmacy, Inc., et al.* | 1:13-cv-10227 |
| *Adams v. Cadden, et al.* | 1:13-cv-10229 |
| *Smith v. Ameridose LLC, et al.* | 1:13-cv-10559 |
| *Angst v. Cadden, et al.* | 1:13-cv-10565 |
| *Fusco v. New England Compounding Pharmacy, Inc., et al.* | 1:13-cv-10603 |
| *York v. New England Compounding Pharmacy, Inc., et al.* | 1:13-cv-10626 |
| *Adair v. Ameridose, LLC, et al.* | 1:13-cv-11609 |
| *Seiber v. Ameridose, LLC, et al.* | 1:13-cv-11868 |
| *Bland v. Ameridose, LLC, et al.* | 1:13-cv-11881 |
| *Patel v. Ameridose, LLC, et al.* | 1:13-cv-12061 |
| *Allen v. Ameridose, LLC, et al.* | 1:13-cv-12076 |
| *Carter v. Ameridose, LLC, et al.* | 1:13-cv-12187 |
| *May v. Ameridose, LLC, et al.* | 1:13-cv-12234 |
| *Carman v. Ameridose, LLC, et al.* | 1:13-cv-12238 |
| *Wiley v. Ameridose, LLC, et al.* | 1:13-cv-12305 |
| *Schulz v. Ameridose, LLC, et al.* | 1:13-cv-12311 |
| *Hester v. Ameridose, LLC, et al.* | 1:13-cv-12315 |
| *Davis v. Ameridose, LLC, et al.* | 1:13-cv-12426 |
| *Alexander v. Ameridose, LLC, et al.* | 1:13-cv-12428 |
| *Bequette v. Ameridose, LLC, et al.* | 1:13-cv-12429 |
| *Norwood v. Ameridose, LLC, et al.* | 1:13-cv-12430 |
| *Kirkwood v. Ameridose, LLC, et al.* | 1:13-cv-12431 |
| *Parman v. Ameridose, LLC, et al.* | 1:13-cv-12433 |
| *Williams v. Ameridose, LLC, et al.* | 1:13-cv-12434 |

EXHIBIT 1

| Case Name | Case Number |
|---|---|
| *Phillip Tyree v. Ameridose, LLC, et al.* | **1:13-cv-12479** |
| *Gobble v. Ameridose LLC, et al.* | **1:13-cv-12480** |
| *Siler v. Ameridose, LLC, et al.* | **1:13-cv-12489** |
| *Dingess v. Ameridose, LLC, et al.* | **1:13-cv-12490** |
| *Nealon v. Ameridose, LLC, et al.* | **1:13-cv-12491** |
| *Farmer v. Ameridose, LLC, et al.* | **1:13-cv-12492** |
| *Sanders v. Ameridose LLC, et al.* | **1:13-cv-12496** |
| *Blalock v. Ameridose LLC, et al.* | **1:13-cv-12499** |
| *Knight v. Ameridose, LLC, et al.* | **1:13-cv-12563** |
| *Reed v. Ameridose, LLC, et al.* | **1:13-cv-12565** |
| *Youree v. Ameridose, LLC, et al.* | **1:13-cv-12566** |
| *Settle v. Ameridose, LLC, et al.* | **1:13-cv-12569** |
| *Miller v. Ameridose, LLC, et al.* | **1:13-cv-12570** |
| *Ferguson v. Ameridose, LLC, et al.* | **1:13-cv-12571** |
| *Lodowski v. Ameridose, LLC, et al.* | **1:13-cv-12572** |
| *Pruitt v. Ameridose, LLC, et al.* | **1:13-cv-12573** |
| *Mathias v. Ameridose, LLC, et al.* | **1:13-cv-12574** |
| *Skelton v. Ameridose, LLC, et al.* | **1:13-cv-12575** |
| *Knihtila v. Ameridose, LLC, et al.* | **1:13-cv-12576** |
| *Sharer v. Ameridose, LLC, et al.* | **1:13-cv-12577** |
| *Scott v. Ameridose, LLC, et al.* | **1:13-cv-12578** |
| *Collins v. Ameridose, LLC, et al.* | **1:13-cv-12580** |
| *Graham v. Ameridose, LLC, et al.* | **1:13-cv-12581** |
| *Savercool v. Ameridose, LLC, et al.* | **1:13-cv-12583** |
| *Ziegler v. Ameridose, LLC, et al.* | **1:13-cv-12588** |
| *Eggleston v. Ameridose, LLC, et al.* | **1:13-cv-12589** |
| *Koonce v. Ameridose, LLC, et al.* | **1:13-cv-12590** |
| *Chambers v. Ameridose, LLC, et al.* | **1:13-cv-12591** |
| *Kirby v. Ameridose, LLC, et al.* | **1:13-cv-12592** |
| *Young v. Ameridose, LLC, et al.* | **1:13-cv-12594** |

EXHIBIT 1

| Case Name | Case Number |
|---|---|
| *Bray v. Ameridose, LLC, et al.* | **1:13-cv-12596** |
| *Willis v. Ameridose, LLC, et al.* | **1:13-cv-12597** |
| *Richards v. Ameridose, LLC, et al.* | **1:13-cv-12603** |
| *Besaw v. Ameridose, LLC, et al.* | **1:13-cv-12604** |
| *Hurt v. Ameridose, LLC, et al.* | **1:13-cv-12605** |
| *Noble v. Ameridose, LLC, et al.* | **1:13-cv-12606** |
| *McCulloch v. Ameridose, LLC, et al.* | **1:13-cv-12610** |
| *Brinton v. Ameridose, LLC, et al.* | **1:13-cv-12612** |
| *Robnett v. Ameridose, LLC, et al.* | **1:13-cv-12613** |
| *Meeker v. Ameridose, LLC, et al.* | **1:13-cv-12616** |
| *Lemberg v. Ameridose, LLC, et al.* | **1:13-cv-12617** |
| *Slatton v. Ameridose, LLC, et al.* | **1:13-cv-12618** |
| *Barger v. Ameridose, LLC, et al.* | **1:13-cv-12619** |
| *Sellers v. Ameridose, LLC, et al.* | **1:13-cv-12620** |
| *Johnson v. Ameridose, LLC, et al.* | **1:13-cv-12621** |
| *Hill v. Ameridose, LLC, et al.* | **1:13-cv-12622** |
| *Wanta v. Ameridose, LLC, et al.* | **1:13-cv-12623** |
| *Martin v. Ameridose, LLC, et al.* | **1:13-cv-12624** |
| *McElwee v. Ameridose, LLC, et al.* | **1:13-cv-12625** |
| *Montee v. BKC Pain Specialists, LLC, et al.* | **1:13-cv-12657** |
| *Cooper v. BKC Pain Specialists, LLC, et al.* | **1:13-cv-12658** |
| *Cooper v. BKC Pain Specialists, LLC, et al.* | **1:13-cv-12659** |
| *Redkevitch v. Ameridose, LLC, et al.* | **1:13-cv-12666** |
| *Devine v. Ameridose, LLC, et al.* | **1:13-cv-12667** |
| *Bryant v. Ameridose, LLC, et al.* | **1:13-cv-12668** |
| *Ruhl v. Ameridose, LLC, et al.* | **1:13-cv-12670** |
| *Taylor v. Ameridose, LLC, et al.* | **1:13-cv-12673** |
| *Bumgarner v. Ameridose, LLC, et al.* | **1:13-cv-12679** |
| *Weaver v. Ameridose, LLC, et al.* | **1:13-cv-12681** |
| *Norris v. Ameridose, LLC, et al.* | **1:13-cv-12682** |

EXHIBIT 1

| Case Name | Case Number |
|---|---|
| *Smith v. Ameridose, LLC, et al.* | **1:13-cv-12684** |
| *Foster v. Ameridose, LLC, et al.* | **1:13-cv-12686** |
| *Palmer v. Ameridose, LLC, et al.* | **1:13-cv-12688** |
| *McKinney v. Ameridose, LLC, et al.* | **1:13-cv-12692** |
| *Temple v. Ameridose, LLC, et al.* | **1:13-cv-12696** |
| *Burns v. Ameridose, LLC, et al.* | **1:13-cv-12697** |
| *Higdon v. Ameridose, LLC, et al.* | **1:13-cv-12718** |
| *Denson v. Ameridose, LLC, et al.* | **1:13-cv-12729** |
| *Brock v. Ameridose, LLC, et al.* | **1:13-cv-12731** |
| *Pierce v. Ameridose, LLC, et al.* | **1:13-cv-12733** |
| *Adamson v. Ameridose, LLC, et al.* | **1:13-cv-12734** |
| *Garland v. Ameridose, LLC, et al.* | **1:13-cv-12736** |
| *Wray v. Ameridose, et al.* | **1:13-cv-12737** |
| *Barnard v. Ameridose, LLC, et al.* | **1:13-cv-12738** |
| *Osborne v. Ameridose, LLC, et al.* | **1:13-cv-12739** |
| *Rhind v. Ameridose, LLC, et al.* | **1:13-cv-12740** |
| *Fuelling v. Ameridose, LLC, et al.* | **1:13-cv-12741** |
| *McDavid v. Ameridose, LLC, et al.* | **1:13-cv-12742** |
| *Lovelace v. Ameridose, LLC, et al.* | **1:13-cv-12772** |
| *Ragland v. Ameridose, LLC, et al.* | **1:13-cv-12778** |
| *McKee v. Ameridose, LLC, et al.* | **1:13-cv-12779** |
| *Pelters v. Ameridose, LLC, et al.* | **1:13-cv-12780** |
| *Sullivan v. Ameridose, LLC, et al.* | **1:13-cv-12781** |
| *Russell v. Ameridose, LLC, et al.* | **1:13-cv-12794** |
| *Jenkins v. Ameridose, LLC, et al.* | **1:13-cv-12807** |
| *Rybinski v. Ameridose, LLC, et al.* | **1:13-cv-12818** |
| *Minor v. Ameridose, LLC, et al.* | **1:13-cv-12836** |
| *Berry v. Ameridose, LLC, et al.* | **1:13-cv-12838** |
| *Demps v. Ameridose, LLC, et al.* | **1:13-cv-12840** |
| *Deol v. Ameridose, LLC, et al.* | **1:13-cv-12841** |

EXHIBIT 1

| Case Name | Case Number |
|---|---|
| *Neely v. Ameridose, LLC, et al.* | **1:13-cv-12842** |
| *Peay v. Ameridose, LLC, et al.* | **1:13-cv-12843** |
| *Lapiska v. Ameridose, et al.* | **1:13-cv-12914** |
| *Johnson v. Ameridose, LLC, et al.* | **1:13-cv-12915** |
| *Pellicone v. Ameridose, LLC, et al.* | **1:13-cv-12916** |
| *Reed v. Ameridose, LLC, et al.* | **1:13-cv-12917** |
| *Cox v. Ameridose, LLC, et al.* | **1:13-cv-12918** |
| *Hubbard v. Ameridose, et al.* | **1:13-cv-12922** |
| *Jackson v. Ameridose, et al.* | **1:13-cv-12923** |
| *Hulsey v. New England Compounding Pharmacy, Inc., et al.* | **1:13-cv-12961** |
| *Martin v. Ameridose, LLC, et al.* | **1:13-cv-12973** |
| *Keys v. New England Compounding Pharmacy, Inc., et al.* | **1:13-cv-12998** |
| *Rennells v. New England Compounding Pharmacy, Inc., et al.* | **1:13-cv-13080** |
| *Judd v. Ameridose, LLC, et al.* | **1:13-cv-13120** |
| *Montague v. Ameridose, LLC, et al.* | **1:13-cv-13230** |
| *Phillips v. Ameridose, LLC, et al.* | **1:13-cv-13232** |
| *Driscoll v. Ameridose, LLC, et al.* | **1:13-cv-13233** |
| *Shaw v. Ameridose, LLC, et al.* | **4:13-cv-40079** |
| *Chapman v. Ameridose, LLC, et al.* | **4:13-cv-40128** |
| *Carter v. Ameridose, LLC, et al.* | **1:14-cv-10041** |
| *Patel v. Ameridose, LLC, et al.* | **1:14-cv-10163** |
| *Sawyers v. Ameridose, LLC, et al.* | **1:14-cv-10211** |
| *Potts v. Ameridose, LLC, et al.* | **1:14-cv-10250** |
| *Seiber v. Ameridose, LLC, et al.* | **1:14-cv-10273** |
| *Brady v. Cincinnati Pain Management Consultants, Ltd, et al.* | **1:14-cv-10284** |
| *Marshall v. Cadden, et al.* | **1:14-cv-10285** |
| *Sucharzewski v. Sunrise Hospital and Medical Center, LLC, et al.* | **1:14-cv-10361** |

EXHIBIT 1

| Case Name | Case Number |
|---|---|
| *Eldreth v. Sunrise Hospital and Medical Center, LLC, et al.* | 1:14-cv-10362 |
| *Daugherty v. Total Healthcare Consultants, PLLC, et al.* | 1:14-cv-10430 |
| *Witt v. Cincinnati Pain Management Consultants, Inc., et al.* | 1:14-cv-10432 |
| *Pettit v. Cincinnati Pain Management Consultants, Inc., et al.* | 1:14-cv-11224 |
| *Baker v. Alaunus Pharmaceutical, LLC, et al.* | 1:14-cv-12421 |
| *Denesha v. Alaunus Pharmaceutical, LLC, et al.* | 1:14-cv-12518 |
| *John Edward Jeffries v. Ameridose LLC, et al.* | 1:14-cv-12789 |
| *Selwyn Wynstock v. Ameridose LLC, et al.* | 1:14-cv-12884 |
| *Bazikos v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | 1:14-cv-13163 |
| *Dersch v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | 1:14-cv-13164 |
| *West v. Inspira Health Network, Inc., et al.* | 1:14-cv-13165 |
| *Scheibal v. New England Compounding Pharmacy, Inc., et al.* | 1:14-cv-13174 |
| *Shanon v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | 1:14-cv-13555 |
| *Bane v. Inspira Health Network, Inc., et al.* | 1:14-cv-13599 |
| *Fisher v. Inspira Health Network, Inc., et al.* | 1:14-cv-13601 |
| *Musselwhite v. Advanced Pain & Anesthesia Consultants, P.C., d/b/a Apac Centers For Pain Management, et al.* | 1:14-cv-13676 |
| *Kennedy v. Advanced Pain & Anesthesia Consultants, P.C., et al.* | 1:14-cv-13689 |
| *McInnis v. Alaunus Pharmaceutical, LLC, et al.* | 1:14-cv-13699 |
| *LaChance v. Alaunus Pharmaceutical, LLC, et al.* | 1:14-cv-13700 |
| *Houston v. Alaunus Pharmaceutical, LLC, et al.* | 1:14-cv-13701 |
| *Distler v. Alaunus Pharmaceutical, LLC, et al.* | 1:14-cv-13707 |
| *Mitchell v. Alaunus Pharmaceutical, LLC, et al.* | 1:14-cv-13709 |
| *Pinkstaff v. Ameridose, LLC, et al.* | 1:14-cv-13719 |

EXHIBIT 1

| Case Name | Case Number |
|---|---|
| *Overstreet v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13760** |
| *Bolton v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13904** |
| *Askins v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13905** |
| *Jones v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13907** |
| *Warfile v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13908** |
| *Campbell v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13909** |
| *Akers v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13910** |
| *McCoy v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13911** |
| *Goff v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13913** |
| *Schwab v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13914** |
| *Roagers v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13915** |
| *Campbell v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13916** |
| *Rivera v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13943** |
| *Hermens v. Inspira Health Network, Inc., et al.* | **1:14-cv-13945** |
| *Baird v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13946** |
| *Gonzalez v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13949** |
| *Hollywood v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13951** |
| *Stech v. Inspira Health Network, Inc., et al.* | **1:14-cv-13952** |
| *Styles v. Inspira Health Network, Inc., et al.* | **1:14-cv-13953** |
| *Trout v. Inspira Health Network, Inc., et al.* | **1:14-cv-13954** |

EXHIBIT 1

| Case Name | Case Number |
|---|---|
| *Howerton v. Inspira Health Network, Inc., et al.* | **1:14-cv-13955** |
| *Frederico v. Inspira Health Network, Inc., et al.* | **1:14-cv-13956** |
| *Ramos v. Inspira Health Network, Inc., et al.* | **1:14-cv-13957** |
| *Burrell v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13958** |
| *Santiago v. Inspira Health Network, Inc., et al.* | **1:14-cv-13959** |
| *Kirby v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13960** |
| *Morell v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13961** |
| *Bacigalupo v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-13962** |
| *Handy v. Ameridose, LLC, et al.* | **1:14-cv-14019** |
| *Kase v. Ameridose, LLC, et al.* | **1:14-cv-14052** |
| *Garcia v. Inspira Health Network, Inc., et al.* | **1:14-cv-14084** |
| *Esposti v. Cadden, et al.* | **1:14-cv-14086** |
| *McBride v. Premier Orthopaedic Associates Surgical Center, LLC, et al.* | **1:14-cv-14152** |
| *Mayfield v. Ameridose, LLC, et al.* | **1:14-cv-14177** |
| *Gilliam v. Chowdhury, M.D., et al.* | **1:15-cv-11367** |