# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) ) *Reed v. Ameridose, el. al.*, ) No. 1:13-cv-12565 ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

## JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF WAYNE REED'S MOTION TO SET CASE FOR TRIAL

On May 22, 2015, Plaintiff Wayne Reed moved this Court for an order setting his case, *Reed v. Ameridose, el. al.*, No. 1:13-cv-12565, for trial. *See* MDL Dkt. No. 1882 ("Motion"). Pursuant to the Court's MDL Order No. 11 (MDL Dkt. No. 1524), the impacted parties, which consist of the Plaintiff Wayne Reed ("Reed"), the Plaintiffs' Steering Committee ("PSC"), and Saint Thomas West Hospital f/k/a St. Thomas Hospital, Saint Thomas Health, and Saint Thomas Network ("Saint Thomas Entities"), Mr. Reed, the PSC, and the Saint Thomas Entities agree to extend the time for the Saint Thomas Entities to respond to Mr. Reed's Motion to June 15, 2015.

Dated: June 5, 2015

Respectfully submitted,

/s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

*Counsel for Saint Thomas Entities*

*/s/ George Nolan*
George Nolan
LEADER, BULSO & NOLAN, PLC
414 Union Street, Suite 1740
Nashville, Tennessee  37219

*Counsel for Wayne Reed*

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

- 4 -

## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be served electronically to the registered participants identified on the Notice of Electronic Filing this 5th day of June, 2015.

                                          */s/ Sarah Kelly*
                                            Sarah P. Kelly