UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>1:14-cv-12941-RWZ: Brown v. Insight Health Corp., *et al.*<br>1:14-cv-12978-RWZ: Bender v. Insight Health Corp., *et al.*<br>1:14-cv-13496-RWZ: Neal v. Insight Health Corp., *et al.*<br>1:14-cv-13507-RWZ: Buchanan v. Insight Health Corp., *et al.*<br>1:14-cv-13508-RWZ: Miller v. Insight Health Corp., *et al.*<br>1:14-cv-13509-RWZ: Andrews v. Insight Health Corp., *et al.*<br>1:14-cv-13510-RWZ: Bishop v. Insight Health Corp., *et al.*<br>1:14-cv-14542-RWZ: Gaskins v. Insight Health Corp., *et al.* | MDL No. 1:13-md-2419-RWZ |

**JOINT MOTION FOR HEARING TO APPROVE VIRGINIA
WRONGFUL DEATH SETTLEMENTS PURSUANT TO VA. CODE § 8.01-55**

Come now the Virginia Plaintiffs in the above-listed cases ("Virginia Wrongful Death Plaintiffs"), Insight Health Corp., Insight Health Services Corp., Insight Health Services Holdings, Image Guided Pain Management, P.C., John M. Mathis, M.D., and Robert F. O'Brien, M.D. ("Virginia Defendants"), by their undersigned counsel, and, respectfully and jointly, move this Court to schedule and conduct a hearing pursuant to Va. Code § 8.01-55 to approve the settlement of each of the above-styled wrongful death actions, according to and consistent with the provisions of the "Settlement and Release Agreement" ("Agreement") of February 12, 2015 and the incorporated "First Amended Insight Claims Resolution Facility Procedures" ("Procedures"). Such Agreement and incorporated Procedures have been approved and confirmed by Judge Boroff of the U.S. Bankruptcy Court for the District of Massachusetts in an order entered May 20, 2015 that confirmed the bankruptcy plan of New England Compounding

Pharmacy, Inc.  The Virginia Wrongful Death Plaintiffs and the Virginia Defendants respectfully request a single, one-hour hearing on June 24, 2015 or June 25, 2015, subject to the Court's availability. The parties intend to file appropriate motions and proposed agreed orders as to each settlement in advance of the requested hearing.

Date: June 5, 2015                                                  Respectfully Submitted

By: /s/ Leo J.M. Boyd
Stephen D. Busch, Esq. (*pro hac vice*)
James F. Neale (*pro hac vice*)
Christopher E. Trible, Esq. (*pro hac vice*)
Leo J.M. Boyd, Esq. (*pro hac vice*)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219-4030
T: (804) 775-1000
F: (804) 775-1061
sbusch@mcguirewoods.com
jneale@mcguirewoods.com
ctrible@mcguirewoods.com
lboyd@mcguirewoods.com

*Counsel for Defendants Insight Health Corp., Insight Health Services Corp., and Insight Health Services Holdings*

By: /s/ J. Scott Sexton
J. Scott Sexton (*pro hac vice*)
Gentry Locke Rakes & Moore
PO BOX 40013
ROANOKE, VA 24022-0013
T: (540) 983-9379
F: (540) 983-9468
sexton@gentrylocke.com

*Counsel for Plaintiffs Robert D. Bender (for Estate of Ralph James Irace, Jr.); and Patricia S. Brown, et al. (for Estate of Louise B. Spicer)*

By: /s/ John T. Jessee
John T. Jessee, Esq.
Nancy Reynolds, Esq.
LeClairRyan, PC
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
T: (540) 510-3018
F: (540) 510-3050
John.jessee@leclairryan.com

*Counsel for Defendants Robert O'Brien, MD, John M. Mathis, MD, and Image Guided Pain Management PC*

By: /s/ Patrick T. Fennell
Patrick T. Fennell, Esq. (*pro hac vice*)
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
T: (540) 342-2000
F: (540) 556-0469
pfennell@crandalllaw.com

*Counsel for Plaintiffs Tosha Andrews, (for Estate of Sarah D. Culp a/k/a Sarah D. Andrews); Sharon W. Bishop (for Estate of Kathy W. Sinclair); Debra P. Buchanan (for Estate of Jean R. Parsons); Larry D. Gaskins (for Estate of Miriam G. Warren); and Tamela M. Miller (for Estate of Sydney M. Creasy)*

By: /s/ John E. Lichtenstein
John E. Lichtenstein, Esq.
John P. Fishwick, Jr., Esq.
Gregory L. Lyons, Esq.
LichtensteinFishwick PLC
101 South Jefferson Street, Suite 400 (24011)
P.O. Box 601
Roanoke, Virginia 24004-0601
T: (540) 343-9711
F: (540) 343-9713
jel@vatrials.com
jpf@vatrials.com
gll@vatrials.com

*Counsel for Plaintiff William L. Neal (for Estate of Lucy Byrd Neal)*

## CERTIFICATE OF SERVICE

I certify that, on June 5, 2015, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Leo J.M. Boyd
Leo J.M. Boyd