UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br> _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> *Reed v. Ameridose, et al.* <br> Dkt. No. 1:13-cv-12565 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**Notice of Stipulation
of Extension of Time for Tennessee Clinic Defendants' Response to Plaintiff
Wayne Reed's *Motion to Set Case for Trial* [Dkt. 1882].**

Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John W. Culclasure, MD; and Debra V. Schamberg, RN, CNOR (collectively "the Tennessee Clinic Defendants") hereby give notice to this honorable Court and all parties that, consistent with MDL Order 11 [Dkt. 1524], the Tennessee Clinic Defendants and counsel for Wayne Reed have agreed that the Tennessee Clinic Defendants shall have through June 15, 2015, to file a response to Plaintiff Wayne Reed's *Motion to Set Case For Trial*, filed May 22, 2015 [Dkt. 1882].[1] This is the first extension for response to this motion.

[Signature on Following Page]

_____

[1] The Plaintiff filed an identical motion in the individual case docket on May 22, 2015. *See* Case 1:13-cv-12565, Dkt. 45.

1

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

***Attorneys for the Tennessee Clinic
Defendants***

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 5th day of June, 2015.

/s/ Chris J. Tardio
**Chris J. Tardio**

2