UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| _____ ____ | ) ) |
| This Document Relates to All Suits Against Tennessee Clinic Defendants | ) ) ) |

MDL Docket No.:  2419
Dkt No.:  1:13-md-2419-RWZ

**NOTICE OF SERVICE OF DEFENDANT, GLENN CHIN'S RESPONSES TO PREMIER DEFENDANTS FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION**

The Defendant, Glenn Chin gives notice to the Court and to all parties that he has served his responses to Premier Defendants' First Set of Interrogatories, Requests for Production of Documents and Requests for Admission written discovery.

The Defendant, Glenn Chin attaches as a collective exhibit to this Notice his Responses to the discovery so as to ensure that all parties in the MDL are served.

Respectfully submitted,
The Defendant,
Glenn A. Chin
By His Attorney,


/s/ Robert H. Gaynor
Robert H. Gaynor
BBO# 187620
Sloane and Walsh, LLP
Three Center Plaza
Boston, MA 02108
Phone:  (617) 523-6010
e-mail:  RGaynor@sloanewalsh.com

939876.1

## CERTIFICATE OF SERVICE

I,  Robert H. Gaynor , hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copiers will be sent to those indicated as non registered participants on June 5, 2015

/s/  Robert  H. Gaynor

_____

Robert H. Gaynor

939876.1