# EXHIBIT 1



# CERTIFICATE OF COMPLIANCE
## FOR

## Ameridose
## Framingham, MA 01702

## Clean Room

The above referenced clean zone has successfully passed the minimum requirements for an ISO Class ____6____ clean zone per the requirements of ISO Standards 14644-1:1999 and 14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments. This clean zone was tested in the ____At Rest____ occupancy state at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005. The classification is applicable to the above clean zone designated in the report prepared ____August 2006____

Date of Certification: July 12, 2006
Due for Retest: July-2007
Certified By: Charles Kuchinsky / Mike Lombard
Approval: CENV200608023

EXHIBIT 252

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

CONFIDENTIAL PROTECTED 003669



# CERTIFICATE OF COMPLIANCE
## FOR

## Ameridose
## Framingham, MA 01702

### People's Ante Room

The above referenced clean zone has successfully passed the minimum requirements for an ISO Class __6__ clean zone per the requirements of ISO Standards 14644-1:1999 and 14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments. This clean zone was tested in the __At Rest__ occupancy state at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005. The classification is applicable to the above clean zone designated in the report prepared __August 2006__.

Date of Certification: __July 12, 2006__

Due for Retest: __July-2007__

Certified By: __Charles Kuchinsky / Mike Lombard__

Approval: __CENV200608023__

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0286.001

CONFIDENTIAL PROTECTED 003670



# CERTIFICATE OF COMPLIANCE
## FOR

## Ameridose
## Framingham, MA 01702

## Prep Room

The above referenced clean zone has successfully passed the minimum requirements for an ISO Class ___7___ clean zone per the requirements of ISO Standards 14644-1:1999 and 14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments. This clean zone was tested in the ___At Rest___ occupancy state at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005. The classification is applicable to the above clean zone designated in the report prepared ___August 2006___.

Date of Certification: ___July 12, 2006___

Due for Retest: ___July-2007___

Certified By: ___Charles Kuchinsky / Mike Lombard___

Approval: ___CENV200608023___

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0286.001

CONFIDENTIAL PROTECTED 003671



# CERTIFICATE OF COMPLIANCE
## FOR

### Ameridose
### Framingham, MA 01702

### Freight Ante Room

The above referenced clean zone has successfully passed the minimum requirements for an ISO Class __8__ clean zone per the requirements of ISO Standards 14644-1:1999 and 14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments. This clean zone was tested in the __At Rest__ occupancy state at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005. The classification is applicable to the above clean zone designated in the report prepared __August 2006__.

Date of Certification: __July 12, 2006__

Due for Retest: __July-2007__

Certified By: __Charles Kuchinsky / Mike Lombard__

Approval: __CENV200608023__

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0280.001