# EXHIBIT 2

The CleanRoom People



133 Commerce Street
East Berlin, CT 06023
T: 860-828-6361
F: 860-828-8879

## FAX MEMO

Date: May 25, 2007
To: John Blake
Of: American Conveyor
Fax Number: 508.278.3393
Number of Pages: 3
From: GAPollick
Subject: Ameridose Pass Thru



We have built and are shipping to Ameridose a box which is considered by us to be temporary in nature as shown on the attached sketches.

Our plan is to:

    1) Add a vertical sliding door to the cleanroom side which will automatically open when it senses product. The sliding door opening space will be the same as the box, 22" w x 19" h.

    2) The internal base, item 2, in the box we built is removable. Therefore, a conveyor can be fabricated that would sit on the box base which is shown as item 3.

As you are aware the concept works. The decision as to how and when to proceed belongs to the customer.

Call me at 860.828.2629 with questions.

Phone
508.278.0033

LIBERTY0000014

### george a. pollick

**From:** Jeff Erickson [jeff.erickson@liberty-ind.com]
**Sent:** Monday, June 11, 2007 3:28 PM
**To:** 'Steven Higgins'
**Cc:** 'george a. pollick'
**Subject:** cleanroom Pass Thru doors
**Importance:** High

Steve,

Here are the two (2) options for the newest pass thru doors for the Ameridose cleanroom:

1. Two (2) manual vertical sliding doors with acrylic windows, handle, tension / weight assist counter balance. Cost: $ 1,142 (One Thousand One Hundred and Forty Two Dollars) total for two (2) doors. Availability: Two (2) week delivery, Installation not include.
2. Two (2) automatic / motorized vertical sliding doors with acrylic windows, PLC controller for push button operation and interlocking system. Cost: $ 11,000 (Eleven Thousand Dollars) total for two (2) doors. Availability: Five (5) to Seven (7) weeks delivery, Installation and electrical wiring not include.

Note: installation not include, but can be quoted on request.

Please call if you have any questions.

Sincerely,
*Jeff Erickson*
Project Engineer
Liberty Industries, Inc.
133 Commerce Street
East Berlin, CT. 06023
800 828 5656 ext 638
email: jeff.erickson@liberty-ind.com

*[handwritten annotation:]* Want photo of it — NOT!! push button

*[handwritten annotation:]* 06/15/07 S Higgins putting dog swing doors on our box. Doors are hinged on top — one on inside of entrance, one on outside of exit.

*[handwritten annotation:]* 06/28/07 Use a ozone to clean bags. UV affects bags or contents. S Higgins will find out if ozone is OK

6/13/2007

EXHIBIT 256

CONFIDENTIAL PROTECTED 003472

## george a. pollick

**From:** george a. pollick [gapceng@liberty-ind.com]
**Sent:** Monday, July 09, 2007 12:02 PM
**To:** 'GREG@conigliaro.com'; 'SteveH@conigliaro.com'
**Cc:** bob.kaiser@liberty-ind.com; Doug Hall
**Subject:** Conveyor Transport

Liberty Industries continues to investigate ways to move product out of your cleanroom. In my last discussion with Steve Higgins, he advised that you are working with others on the conveyor system on the packaging side of the pass thru unit but may still be looking at options on the cleanroom side.

Liberty Industries can offer either a conveyor section ($2956.00) or a ball transfer table ($2435.00) in the cleanroom and a conveyor section ($1198.00) or a ball transfer section ($1732.00) inside the pass thru unit. The section inside the cleanroom is supported on a stainless steel H frame table. The section inside the pass thru unit is designed to fit into the recess created when the base panel is removed from inside the existing pass thru unit.

Please let me know if you want Liberty Industries to pursue either of these designs.

7/9/2007

CONFIDENTIAL PROTECTED 003781

Ameridose, LLC

50 Fountain Street
Framingham, MA 01702
888-820-0622, fax 508-820-4374

# Purchase Order

| Date | P.O. No. |
|---|---|
| 5/10/2007 | AMD980 |

00060

| Vendor |
|---|
| Liberty Industries, Inc.<br>133 Commerce Street<br>East Berlin, CT 06023-1106 |

| Ship To |
|---|
| Ameridose, LLC<br>50 Fountain Street<br>Framingham, MA 01702<br>888-820-0622, fax 508-820-4374 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Pass Thru | Custom Pass Thru H100ss | | 3,025.00 | 3,025.00 |

**Total**  $3,025.00

Quote# 04-DGH-15

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GDC00060