## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## [PROPOSED] ORDER

### June ___, 2015

ZOBEL, D.J.

Upon consideration of the Plaintiffs' Steering Committee's Motion For Appointment Of Magistrate Judge Kenneth P. Neiman As Appeals Administrator Pursuant To Tort Trust Agreement And Claims Resolution Facility Procedures, *see* Docket # _____, the motion is ALLOWED.  This Court hereby Orders as follows:

As of the date of this Order, and pursuant to 28 U.S.C. § 636(b)(3) and Local Rules Mag. J., Rule 5, Magistrate Judge Kenneth P. Neiman is appointed to the position of Appeals Administrator, as defined in the Third Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc. ("Plan") and certain Plan-related documents, including the Tort Trust Agreement ("Trust Agreement") and the Claims Resolution Facility Procedures ("Procedures").  Judge Neiman shall perform the duties of such position as more fully described in the Plan, the Trust Agreement and the Procedures, respectively.

| _____ | _____ |
|---|---|
| DATE | RYA W. ZOBEL |