UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) )  MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |
| This document relates to: | ) ) |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No: 1:14-cv-14019-RWZ | ) ) ) |
| Armetta v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | ) ) ) |
| Torbeck v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14023-RWZ | ) ) ) |
| Kashi v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | ) ) ) |
| Bowman v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | ) ) ) |
| Dreisch v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | ) ) ) |
| Davis v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | ) ) ) |
| Farthing v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | ) ) |

MDL Order No._____
ORDER REGARDING COMMON ISSUE DISCOVERY
RELATED TO BOX HILL SURGERY CENTER, LLC, RITU T. BHAMBHANI, M.D.
AND RITU T. BHAMBHANI, M.D., LLC

May _____, 2015


EXHIBIT 1

This Amended Order Regarding Common Issue Discovery is intended to amend and supplement the Court's previous MDL Order Nos. 9 and 9B ("Order NO. 9") and to provide a reasonable timetable for discovery on Common Issues as it relates to those defendants who currently have cases pending in the MDL and are not subject to a proposed settlement pending in the bankruptcy court. This Order is entered in response to the parties' various motions regarding a discovery schedule, and after careful consideration of the arguments made by all parties.

This Order amends Order No. 9 by subjecting Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D. and Ritu T. Bhambhani, M.D., L.L.C. to the same stay as applies to the other clinic related Defendants with five or fewer cases, a form of which was previously identified in Plaintiff Steering Committee's Motion to Amend Case Management Order No. 9. [Dkt. 1868-1 at 6].

Specifically, all discovery in any action against Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D. and Ritu T. Bhambhani, M.D., L.L.C. is stayed until December 31, 2015, with the exception of discovery of Settling Defendants and third parties. The stay of discovery as to these Clinic Related Defendants does not affect Plaintiffs' obligation to complete initial disclosures and Plaintiff Profile Forms ("PPF") and authorizations pursuant to this Order or Defendants' obligation to complete initial disclosure and any defendant profile form this Court enters. Nor does the stay affect all parties' obligations to participate in the discovery related to Settling Defendants or third parties. Once the stay of discovery as to Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D. and Ritu T. Bhambhai, M.D., L.L.C. is lifted, Plaintiffs and Clinic Related Defendants in those actions will provide a proposed schedule and briefing concerning the completion of all pre-trial matters in those actions.

**So Ordered.**

_____
JENNIFER C. BOAL
UNITED STATES DISTRICT
COURT MAGISTRATE JUDGE