## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

)
)
)
)

MDL No. 02419
Docket No. 1:13-md-2419-RWZ

This document relates to:

Handy v. Box Hill Surgery Center, LLC, et al.
No: 1:14-cv-14019-RWZ

Armetta v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14022-RWZ

Torbeck v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14023-RWZ

Kashi v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14026-RWZ

Bowman v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14028-RWZ

Dreisch v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14029-RWZ

Davis v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14033-RWZ

Farthing v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14036-RWZ

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

MDL Order No._____
ORDER REGARDING COMMON ISSUE DISCOVERY

May _____, 2015


EXHIBIT
2

This Amended Order Regarding Common Issue Discovery is intended to amend and supplement the Court's previous MDL Order Nos. 9 and 9B ("Order NO. 9") and to provide a reasonable timetable for discovery on Common Issues as it relates to those defendants who currently have cases pending in the MDL and are not subject to a proposed settlement pending in the bankruptcy court. This Order is entered in response to the parties' various motions regarding a discovery schedule, and after careful consideration of the arguments made by all parties.

This Order amends Order No. 9 by extending the deadline for Common Issue discovery as to Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D. and Ritu T. Bhambhani, M.D., L.L.C ("Box Hill Defendants"). Given the submissions by the PSC and the Box Hill Defendants and the current status of discovery concerning cases involving Box Hill Defendants, the Court believes an extension of discovery dates originally set forth in CMO 9 is warranted. Accordingly, the Court sets the following schedule related to all pre-trial matters in claims against Box Hill Defendants pending in the MDL:

| EVENT | DEADLINES |
|---|---|
| Close of Common-Issue Fact Discovery | April 1, 2016 |
| Bellwether proposal submitted to Court | March 1, 2016 |
| Responses to Bellwether Proposals | March 16, 2016 |
| Close of Case Specific Bellwether Discovery | June 1,2016 |
| Plaintiff's Initial Expert Disclosures and reports | May 15, 2016 |
| Defense Rebuttal expert reports | July 1, 2016 |
| Deadline for Expert Depositions | November 1, 2016 |
| Dispositive Motions and Daubert Motions | December 15, 2016 |

| | |
|---|---|
| Oppositions to Dispositive Motions and Daubert Motions filed | January 2, 2017 |
| Replies in Support of Dispositive Motions and Daubert Motions filed | January 15, 2017 |
| Hearing on Dispositive Motions and Daubert Motions | February 2017 |
| Final Pre-Trial Hearing | March 2017 |
| Cases are Trial Ready | April 2017 |

**So Ordered.**

JENNIFER C. BOAL
UNITED STATES DISTRICT
COURT MAGISTRATE JUDGE