UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION

This Document Relates to:
    All Cases

MDL No. 1:13-md-2419-RWZ

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF NECC PLAN

**PLEASE TAKE NOTICE** that on May 20, 2015, the United States Bankruptcy Court for the District of Massachusetts, Eastern Division confirmed the Third Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc. (the "Plan")[1] filed jointly by Paul D. Moore, in his capacity as Chapter 11 Trustee, and the Official Committee of Unsecured Creditors.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date, as defined in the Plan, occurred on **June 4, 2015**.

**PLEASE TAKE FURTHER NOTICE** that the release, exculpation, and injunction provisions of the Plan are now in full force and effect.

**PLEASE TAKE FURTHER NOTICE** of the deadlines triggered by the occurrence of the Effective Date set forth in the Notice of Entry of Findings of Fact, Conclusions of Law and Order Confirming the Plan (the "Confirmation Order"), previously filed herein on May 26, 2015 [Docket No. 1890].

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding upon and inure to the benefit of the Debtor, the Post-Effective Date Debtor, all present and former Creditors (wherever located anywhere in the world), all present and former Equity Holders, other parties-in-interest and their respective heirs, successors and assigns.

Dated: June 10, 2015
Boston, Massachusetts

DUANE MORRIS LLP

By: /s/ *Michael R. Gottfried*
Michael R. Gottfried, Esq. (BBO #542156)
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone: (857) 488-4200
mrgottfried@duanemorris.com

*Counsel to the Chapter 11 Trustee*

---

[1] Unless otherwise noted, all capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Plan.

**Certificate of Service**

I, Michael R. Gottfried, hereby certify that on this day, June 10, 2015, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

*/s/ Michael R. Gottfried*
Michael R. Gottfried