FILED
IN CLERK'S OFFICE
2015 JUN 8 PM 3 07
U.S. DISTRICT C...
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## AFFIDAVIT OF R. SCOTT KRAUSE
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned hereby swears and affirms under the penalties of perjury that the following statements are true, that I have personal knowledge thereof, am over 18 years of age, and am competent to be a witness:

1. I am in good standing as a member of the Bars of the Court of Appeals of Maryland, the District of Columbia Court of Appeals, the United States District Court for the District of Maryland and the United States Court of Appeals for the Fourth Circuit.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Date: 6/3/15

R. Scott Krause (Fed. Bar No. 23667)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378