# EXHIBIT 1
## [TN CLINIC DEFENDANTS' TIMELINE TO COMPLETE DISCOVERY, ORIGINALLY PROPOSED AT DKT. 1754]

| Phase | Task | Deadline | Comment |
|---|---|---|---|
| Bellwether plan development | Deadline to meet and confer on bellwether proposals | 5/15/15 | This is extended 30 days from Judge Boal's present discovery order to allow for common discovery left to complete. |
| | Deadline to submit bellwether proposals | 6/15/15 | This is consistent with Judge Boal's present order, extended 30 days to allow for common discovery left to complete. |
| *Note: Between 6/15/15-8/15/15, based on the parties' submissions, Judge Boal would put in place a bellwether selection protocol. The protocol would be in place before the parties complete common fact discovery and would lead into common expert discovery and individual case discovery.* ||||
| ///////////////// | *Completion of common fact discovery* | 8/18/15 | These deadlines are extended 60 days from Judge Boal's present discovery order to allow for the extensive common discovery remaining. |
| Common expert discovery | Plaintiffs' common expert disclosures | 9/18/15 | |
| | Defendants' common expert disclosures | 10/19/15 | |
| | Deadline to depose common expert witnesses | 1/18/16 | This is extended 30 days because of the number of expected expert depositions. |
| *Note: At this point, the parties will have completed common fact and common expert discovery. Additionally, the four (4) STOPNC bellwether trial cases will have been selected under Judge Boal's protocol. Having completed common fact and common expert discovery, the parties are positioned to enter into a Tennessee-specific mediation and to determine whether the Tennessee cases should be remanded for case-specific discovery and trial.* ||||

| Phase | Task | Deadline | Comment |
|---|---|---|---|
| Case-specific fact discovery in four STOPNC bellwether trial cases | Deadline to issue written discovery in four bellwether cases | 2/15/16 | This provides a short window after the close of common expert discovery to issue and answer short sets of written case-specific discovery and to depose the expected 1-2 fact witnesses in each of the four bellwether trial cases. |
| | Deadline to respond to written discovery in four bellwether cases | 4/1/16 | |
| | Deadline to take depositions of Plaintiffs and fact witnesses in four bellwether cases | 5/16/16 | |
| Case-specific expert discovery in four STOPNC bellwether trial cases | Deadline for Plaintiffs to disclose case-specific experts | 6/15/16 | There will be several case-specific expert witnesses disclosed by each party on causation and damages. This provides about 100 days to disclose and depose them. |
| | Deadline for Defendants to disclose case-specific experts | 7/15/16 | |
| | Deadline to depose case-specific experts | 9/1/16 | |
| *Note: At this point, common discovery in all cases and case-specific discovery in the four (4) trial cases is complete. The cases are ready for pre-trial motion practice and trial. This allows approximately 90 days to file dispositive motions and pre-trial motions.* ||||

| | |
|---|---|
| Trial of first STOPNC bellwether case | December 1, 2016 |
| Trial of second STOPNC bellwether case | January 16, 2017 |
| Trial of third STOPNC bellwether case | February 15, 2017 |
| Trial of fourth STOPNC bellwether case | March 15, 2017 |