UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |
| All Cases ) ) | |

**SAINT THOMAS ENTITIES' NOTICE OF FILING OF DEPOSITION NOTICE AND OF SCHEDULING REGARDING CARDONA DEPOSITION**

Defendants the Saint Thomas Entities[1] give notice to the Court and to all parties that it has issued a deposition notice to Edgardo Camacho and Ricardo Dos Santos, two UniFirst cleaning personnel, for June 30, 2015 (Exhibit A). Please also note that the previously noticed deposition of Edwin Cardona [Docket No. 1809] for June 18, 2015, following UniFirst's deposition that same day, is likely to extend into June 19, 2015.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

54049480.1                                     - 1 -

| | |
|---|---|
| Dated: June 12, 2015 | By their attorneys,<br><br> /s/ Sarah P. Kelly<br>Sarah P. Kelly (BBO #664267)<br>skelly@nutter.com<br><br>NUTTER McCLENNEN & FISH LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>(617) 439-2000<br>(617) 310-9461 (FAX) |

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

- 3 -

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 12th day of June, 2015.

                                                */s/ Sarah Kelly*
                                                  Sarah P. Kelly

2822676.1