# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) All Cases ) ) ) ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

### SAINT THOMAS ENTITIES' NOTICE OF DEPOSITIONS OF EDGARDO CAMACHO AND RICARDO DOS SANTOS

The Saint Thomas Entities,[1] pursuant to Federal Rule of Civil Procedure 30, come now and give notice that the oral and videotaped depositions of Edgardo Camacho and Ricardo Dos Santos, employees of UniFirst Corporation d/b/a UniClean Cleanroom Services, will be taken on June 30, 2015 beginning at 9:00 a.m. (Eastern) and continuing until completed. The deposition will take place at the offices of Goodwin Proctor LLP, Exchange Place, Boston, Massachusetts 02109. The deposition will be recorded by stenographical means and by video.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

54049524.1 - 2 -

Dated: June 12, 2015

By their attorneys,

 */s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

54049524.1

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

     I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 12th day of June, 2015.

                                               */s/ Sarah Kelly*
                                                Sarah P. Kelly

2822680.1

54049524.1