UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
) MDL No.: 2419
) Dkt No. 1:13-md-2419 (RWZ)
_____)
) Judge Rya W. Zobel
THIS DOCUMENT RELATES TO: )
)
All Cases )

## MOTION FOR PRO HAC VICE OF ASHLEY E. GENO

Defendant, Specialty Surgery Center, PLLC, by counsel, hereby moves that Ashley E. Geno be admitted *pro hac vice* as counsel for Specialty Surgery Center, PLLC, in the above action. Pursuant to the procedures set forth in the Court's Order on Admission of Attorneys of January 30, 2014 [Dkt. 827], this motion is accompanied by Affidavit of Ashley E. Geno (attached as Exhibit A), and Certificate of Good Standing (attached as Exhibit B).

/s/ Parks T. Chastain
**PARKS T. CHASTAIN**[i]
Attorney for Defendant, Specialty Surgery Center, PLLC and Kenneth R. Lister, M.D.

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 630-7717 (PTC)
pchastain@bkblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be served via electronic mail or regular US mail to those participants identified as unregistered this the 12th day of June, 2015.

/s/ Parks T. Chastain
**PARKS T. CHASTAIN**

---

[i] Admitted *pro hac vice*

ST Specialty Sx Ctr Johnson Mtn Pro Hac (AEG) 150612

1