# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** | ) ) ) ) | **MDL No.: 2419** <br> **Dkt No. 1:13-md-2419 (RWZ)** |
| _____ | ) ) | **Judge Rya W. Zobel** |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| **All Cases** | ) ) | |
| _____ | ) | |

## <u>AFFIDAVIT OF ASHLEY E. GENO</u>

This day came Ashley E. Geno, who, being duly sworn, does depose and state as follows:

1.      I am an attorney at the law firm of Brewer, Krause, Brooks, & Chastain, PLLC, 611 Commerce Street, Suite 2600, Nashville, Tennessee 37203, and I represent Specialty Surgery Center, PLLC, in the above-captioned actions.

2.      I am a member of the Tennessee State Bar and admitted to practice law in the Tennessee state courts and U.S. District Court for Middle District of Tennessee.

3.      I am a member and in good standing of the bar in every jurisdiction where I am admitted to practice law, and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted to practice law.

4.      I have read the Local Rules of the United States District Court for the District of Massachusetts, and I am familiar with the Local Rules.

      Further the affiant saith not.

WITNESS the following signatures and seals this the 12th day of June, 2015.

Respectfully submitted,

**ASHLEY E. GENO**
Registration No. 33308

**BREWER, KRAUSE, BROOKS,
& CHASTAIN, PLLC**
P. O. Box 23890
Nashville, TN   37202-3890
(615) 630-7728
ageno@bkblaw.com

STATE OF TENNESSEE   }
COUNTY OF DAVIDSON   }

Personally appeared before me, the undersigned authority, attests under oath that foregoing Affidavit is true and correct to the best of his knowledge, information and belief.

Sworn to and subscribed before me on this  12th day of  June , 20 15.

NOTARY PUBLIC

My Commission Expires:  02/22/2016