# EXHIBIT B

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that **ASHLEY E. GENO** was duly admitted to practice in said Court on **June 2, 2015,** and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on June 9, 2015.

KEITH THROCKMORTON, CLERK

By: _/s/ Jeanne W. Cox_
Jeanne W. Cox, Deputy Clerk