## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>    All Cases | MDL No. 1:13-md-02419-RWZ |

### NOTICE OF FILING OF MOTION OF THE NECC POST-CONFIRMATION OFFICER FOR PARTIAL WITHDRAWAL OF THE REFERENCE IN CONNECTION WITH THE IMPLEMENTATION OF THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF NEW ENGLAND COMPOUNDING PHARMACY, INC.

PLEASE TAKE NOTICE THAT Paul D. Moore, the Post-Confirmation Officer of New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center ("NECC"), has filed with the United States Bankruptcy Court for the District of Massachusetts, Eastern Division (the "Bankruptcy Court") the *Motion of the NECC Post-Confirmation Officer for Partial Withdrawal of the Reference in Connection with the Implementation of the Third Amended Joint Plan of Reorganization of New England Compounding Pharmacy, Inc.* (the "Motion"), a copy of which is attached hereto as Exhibit "A."

Pursuant to Rule 5011-1 of the Local Rules of the United States Bankruptcy Court for the District of Massachusetts, the Motion has been filed in the Bankruptcy Court for transmission to this Court, where the Motion will be heard pursuant to 11 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011.

[*Signature Page Follows*]

Dated:  June 12, 2015                    Respectfully submitted,


By:  */s/ Michael R. Gottfried*
Michael R. Gottfried (BBO #542156)
**DUANE MORRIS LLP**
100 High Street
Suite 2400
Boston, MA 02110-1724
Tel: (857) 488-4200
Email:  mrgottfried@duanemorris.com

Michael R. Lastowski (admitted *pro hac vice*)
**DUANE MORRIS LLP**
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Tel: (302) 657-4900
Fax: (302) 657-4901
Email:  mlastowski@duanemorris.com

*Counsel to the Post-Confirmation Officer*

**Certificate of Service**

      I, Michael R. Gottfried, hereby certify that on this day, June 12, 2015, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

                                        /s/ *Michael R. Gottfried*
                                        Michael R. Gottfried