# EXHIBIT 1

## Cases filed before or the same day as Wayne Reed's case

| Patient Name | Case No. | Filing Date |
|---|---|---|
| Bland, Carolyn | 1:13-cv-11881 | 7/17/2013 |
| Carman, Cindy | 1:13-cv-12238 | 8/21/2013 |
| May, Frederick | 1:13-cv-12234 | 8/21/2013 |
| Hester, Marie* | 1:13-cv-12315 | 8/30/2013 |
| Wiley, Elfreida | 1:13-cv-12305 | 9/4/2013 |
| Kirkwood, Joshua | 1:13-cv-12431 | 9/5/2013 |
| Davis, Thomas Randy | 1:13-cv-12426 | 9/6/2013 |
| Parman, Mae | 1:13-cv-12433 | 9/6/2013 |
| Alexander, John | 1:13-cv-12428 | 9/9/2013 |
| Bequette, Ann | 1:13-cv-12429 | 9/9/2013 |
| Cox, Wanda | 1:13-cv-12918 | 9/9/2013 |
| Dingess, Wanda | 1:13-cv-12490 | 9/9/2013 |
| Nealon, Dallas* | 1:13-cv-12491 | 9/9/2013 |
| Reed, Wanda | 1:13-cv-12917 | 9/9/2013 |
| Norwood, Marjorie | 1:13-cv-12430 | 9/10/2013 |
| Williams, Earline* | 1:13-cv-12434 | 9/10/2013 |
| Martin, Mary* | 1:13-cv-12624 | 9/11/2013 |
| Ziegler, Adam | 1:13-cv-12588 | 9/11/2013 |
| Brinton, Laura | 1:13-cv-12612 | 9/12/2013 |
| Lemberg, Sondra | 1:13-cv-12617 | 9/12/2013 |
| Lovelace, Eddie* | 1:13-cv-12772 | 9/12/2013 |
| O'Brien, Dennis | 1:13-cv-12759 | 9/12/2013 |
| Ragland, JW* | 1:13-cv-12778 | 9/12/2013 |
| Reed, Diana* | 1:13-cv-12565 | 9/12/2013 |
| Ruhl, Annette | 1:13-cv-12670 | 9/12/2013 |
| Rybinski, Thomas* | 1:13-cv-12818 | 9/12/2013 |
| Slatton, John | 1:13-cv-12618 | 9/12/2013 |

* Deceased