IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | : | MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |
| This document relates to:<br><br>Gilliam v. Chowdhury, M.D., et al.<br>No. 1:15-cv-11367-RWZ | :<br><br>: | **AFFIDAVIT OF BARTHOLOMEW T. FREEZE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

State of Ohio
County of Franklin, SS.

After being duly sworn, the affiant, Bartholomew T. Freeze, testifies pursuant to the procedures for admission Pro Hac Vice set forth in the Court's Order of January 30, 2014, [Dkt. 827]:

1. I am an attorney with the law firm, Freund, Freeze & Arnold, located at 65 East State Street, Suite 800, Columbus, OH 43215-4247.

2. I was admitted to the State Bar of Ohio in 2010.

3. I was admitted to the U.S. District Court for the Southern District of Ohio in 2011.

4. I was admitted to the Sixth Circuit Court of Appeals in 2011.

5. I was admitted to the U.S. District Court for the Northern District of Ohio in 2012.

6. I was admitted to the State Bar of California in 2014.

7. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

8. I represent the following party in a case currently pending regarding New England Compounding Pharmacy, Inc., No. 1:13-md-2419: Tim I. Chowdhury, M.D.

9. I am familiar with the Local Rules for the U.S. District Court for the District of Massachusetts.

10. I agree to abide by all applicable laws and rules governing the conduct of attorneys in this court.

Further affiant sayeth naught.

*[signature]*
BARTHOLOMEW T. FREEZE

Sworn to before me, a Notary Public in and for the State of Ohio, and subscribed in my presence by the said BARTHOLOMEW T. FREEZE, on this 15th day of June 2015.



Misty D. Thomas
Notary Public, State of Ohio
My Commission Expires 09-11-2016

*[signature]* Misty D. Thomas
Notary Public, State of Ohio
My commission expires: 9-11-16