IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | : | MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |
| | : | |
| This document relates to:<br><br>Gilliam v. Chowdhury, M.D., et al.<br>No. 1:15-cv-11367-RWZ | : | **MOTION FOR ADMISSION *PRO HAC VICE* OF MARK L. SCHUMACHER** |
| | : | |

Defendant, Tim I. Chowdhury, M.D., hereby moves that Mark L. Schumacher be admitted *pro hac vice* in the above action. Pursuant to the procedures set forth in the Court's Order on Admission of Attorneys of January 30, 2014 [Dkt. 827], this motion is accompanied by an affidavit of Mark L. Schumacher, attached.

Respectfully submitted,

/s/ Bartholomew T. Freeze
Mark L. Schumacher
(Ohio #0018957)
Bartholomew T. Freeze
(Ohio #0086980; California #299369)
FREUND, FREEZE & ARNOLD
Capitol Square Office Building
65 E. State Street, Suite 800
Columbus, OH  43215-4247
(614) 827-7300; (614) 827-7303 (fax)
mschumacher@ffalaw.com;
bfreeze@ffalaw.com
*Counsel for Defendant, Tim I. Chowdhury, M.D.*

## CERTIFICATE OF SERVICE

On June 15, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.

/s/ Bartholomew T. Freeze
Bartholomew T. Freeze