# EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


IN RE:  NEW ENGLAND COMPOUNDING     )  MDL NO. 13-02419-RWZ
PHARMACY CASES LITIGATION           )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )

        BEFORE:  THE HONORABLE RYA W. ZOBEL AND
                 THE HONORABLE JENNIFER C. BOAL




**STATUS CONFERENCE**




        John Joseph Moakley United States Courthouse
                    Courtroom No. 12
                  One Courthouse Way
                  Boston, MA 02210


                    May 28, 2015
                     2:00 p.m.



        Catherine A. Handel, RPR-CM, CRR
             Official Court Reporter
      John Joseph Moakley United States Courthouse
            One Courthouse Way, Room 5205
               Boston, MA 02210
          E-mail: hhcatherine2@yahoo.com

```
 1     APPEARANCES:

 2
       For The Plaintiffs:
 3
            Hagens, Berman, Sobol, Shapiro LLP, by KRISTEN JOHNSON,
 4     ESQ., 55 Cambridge Parkway, Suite 301, Cambridge, Massachusetts
       02142;
 5
            Janet, Jenner & Suggs, LLC, KIMBERLY A. DOUGHERTY, ESQ., 75
 6     Arlington Street, Suite 500, Boston, Massachusetts 02116;

 7          Branstetter, Stranch & Jennings, PLLC, by BEN GASTEL, ESQ.,
       an J. GERARD STRANCH, ESQ., 227 Second Avenue North, Nashville,
 8     Tennessee 37201-1631;

 9          Ellis & Rapacki LLP, by FREDRIC L. ELLIS, ESQ., 85 Merrimac
       Street, Suite 500, Boston, Massachusetts 02114;
10
            Lieff Cabraser Heimann & Bernstein, LLP, by ANNIKA K.
11     MARTIN, ESQ., 250 Hudson Street, 8th Floor, New York, New York
       10013-1413;
12
            Lieff Cabraser Heimann & Bernstein, LLP, by MARK P. CHALOS,
13     ESQ., 150 Fourth Avenue North, Suite 1650, Nashville, Tennessee
       37219;
14

15

16      FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:

17
            Brown Rudnick LLP, by KIERSTEN A. TAYLOR, ESQ., One
18     Financial Center, Boston, Massachusetts 02111;

19          Harris Beach PLLC, by FREDERICK H. FERN, ESQ., 100 Wall
       Street, New York, New York 10005;
20

21
        FOR PAUL D. MOORE, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE OF
22     NECP, INC.:

23          Duane Morris LLP by MICHAEL R. GOTTFRIED, ESQ., 100 High
       Street, Suite 2400, Boston, Massachusetts 02110-1724;
24

25      (Appearances continued on the next page.)
```

1    APPEARANCES (Cont'd):

2

3    FOR THE DEFENDANTS:

4         Tucker & Ellis LLP, by MATTHEW P. MORIARTY, ESQ., 1150
     Huntington Building, 925 Euclid Avenue, Cleveland, Ohio
5    44115-1414;

6         Michaels, Ward & Rabinovitz LLP, by DAN RABINOVITZ, ESQ.,
     One Beacon Street, Boston, Massachusetts 02108;
7
          Todd & Weld LLP, by CORRINA L. HALE, ESQ., 28 State Street,
8    31st Floor, Boston, Massachusetts 02109;

9         Ulmer & Berne LLP, by JOSHUA A. KLARFELD, ESQ., 1660 West
     2nd Street, Suite 1100, Cleveland, Ohio 44113-1448;
10
          Fulbright & Jaworski, LLP, by MARCY HOGAN GREER, ESQ., 98
11   San Jacinto Blvd, Suite 1100, Austin, Texas 78701;

12        Blumberg & Wolk LLC, by CHRISTOPHER M. WOLK, ESQ., 158
     Delaware Street, Woodbury, New Jersey 08096;
13
          Norton Rose Fulbright US LLP, by YVONNE K. PUIG, ESQ., 98
14   San Jacinto Boulevard, Suite 1100, Austin, Texas 78701-4255;

15        Morrison Mahoney LLP, by CAROLINE M. KELLY, ESQ., 250
     Summer Street, Boston, Massachusetts 02210;
16
          Goodwin Procter LLP, by JAMES REHNQUIST, ESQ., and ROBERTO
17   M. BRACERAS, ESQ., Exchange Place, 53 State Street, Boston,
     Massachusetts 02109;
18
          Hermes, Netburn, O'Connor & Spearing, P.C., by KARA A.
19   LORIDAS, ESQ., 265 Franklin Street, 7th Floor, Boston,
     Massachusetts 02110-3113;

20

21   APPEARING TELEPHONICALLY:

22

23   For the Defendant:

24        Pessin Katz Law, P.A., by GREGORY K. KIRBY, ESQ., 901
     Dulaney Valley Road, Suite 400, Towson, Maryland 21204

25

1    June 18th.  The claim packages for most of the settlements

2    will be mailed.  The Inspira -- I'm sorry -- the Insight

3    deadline is a little behind that, but, in general, in June and

4    July the claim packages will be sent out.  From there, victims

5    will submit claims.  Those claims will be processed as they

6    are received.

7          The deadline, however -- the deadline for submitting

8    claim forms is not until October 2nd.  So, even though the

9    work is done as they come in, it's not until October 2nd that

10   the total number of points claimed can be calculated.  At that

11   point there will be an estimate of the amount of points and

12   the dollars that will go to each claimant and interim

13   payments, we are hopeful, will be mailed by year-end.  That is

14   an optimistic statement, your Honor.  It requires everything

15   to run smoothly and there are not to be any wrinkles, but we

16   are very optimistic that the initial interim payments will be

17   made by year-end.

18         JUDGE ZOBEL:  Do you know at this point what

19   percentage of the whole the interim payments will represent?

20         MS. JOHNSON:  No, we do not, and I am reluctant to

21   estimate, your Honor, in part because you have a tax refund

22   issue.  You just don't know how big the deposit is going to be.

23         The claims are then paid out according to the claim

24   resolution facilities that are incorporated into the plan

25   itself.  So, in terms of how people will be compensated and

```
 1                 C E R T I F I C A T E

 2         I, Catherine A. Handel, Official Court Reporter of

 3   the United States District Court, do hereby certify that the

 4   foregoing transcript, from Page 1 to Page 54, constitutes to the

 5   best of my skill and ability a true and accurate transcription

 6   of my stenotype notes taken in the matter of No. 13-md-2419-RWZ,

 7   In Re: New England Compounding Pharmacy, Inc., Products

 8   Liability Litigation.

 9

10   June 5, 2015            /s/Catherine A. Handel
     Date                    Catherine A. Handel RPR-CM, CRR
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```