UNITED STATES DISTRICT COURT
FOR THE DISTRICT MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## NOTICE OF ENTRY OF LIMITED APPEARANCE

      Please enter the Limited Appearance of R. Scott Krause, Ashley L. Marucci and Eccleston and Wolf, P.C. to receive notice of, respond to and participate in matters before the MDL Court on behalf of non-party Harford County Ambulatory Surgery Center, LLC and its employees, to the extent necessary. This Limited Appearance is solely for the purposes stated herein, and should not be deemed to constitute consent to, or a waiver of, the rights of non-party Harford County Ambulatory Surgery Center, LLC and its employees relating to the jurisdiction of this Court.

      Respectfully submitted,

      __/s/ R. Scott Krause_____
      R. Scott Krause (Fed. Bar # 23667)
      Eccleston & Wolf, P.C.
      Baltimore-Washington Law Center
      7240 Parkway Drive, 4th Floor
      Hanover, MD  21076
      krause@ewmd.com
      410-752-7474 (telephone)
      410-752-0611 (facsimile)

      */s/ Ashley L. Marucci*
Ashley L. Marucci (Fed. Bar # 18642)
Eccleston & Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD  21076
marucci@ewmd.com
410-752-7474 (telephone)
410-752-0611 (facsimile)

*Attorneys for Harford County Ambulatory Surgery Center, LLC*

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing Notice of Entry of Limited Appearance was served on all counsel of record by virtue of the Court's electronic filing system this 16th day of June, 2015.

      */s/ Ashley L. Marucci*
Ashley L. Marucci