UNITED STATES DISTRICT COURT
FOR THE DISTRICT MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## NOTICE OF WITHDRAWAL OF LIMITED APPEARANCE

      Please withdraw the Limited Appearance of Thomas J. Althauser on behalf of non-party Harford County Ambulatory Surgery Center, LLC and its employees.  R. Scott Krause, Ashley L. Marucci and Eccleston and Wolf, P.C. shall remain as counsel of record for non-party Harford County Ambulatory Surgery Center, LLC and its employees.

      Respectfully submitted,

        /s/ Thomas J. Althauser
      Thomas J. Althauser (Fed. Bar # 05770)
      Eccleston and Wolf, P.C.
      Baltimore-Washington Law Center
      7240 Parkway Drive, 4th Floor
      Hanover, MD  21076-1378
      410-752-7474
      410-752-0611 (fax)
      althauser@ewmd.com

## CERTIFICATE OF SERVICE

      This will certify that a true and accurate copy of the foregoing Notice of Withdrawal of Limited Appearance was served on all counsel of record by virtue of the Court's electronic filing system this 16th day of June, 2015.

        /s/ Thomas J. Althauser
      Thomas J. Althauser