UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

To: The Clerk of Court and all parties of record:

Please enter the appearance of Lynne F. Riley, Casner & Edwards, LLP, 303 Congress St., Boston, Massachusetts 02210, Tort Trustee of New England Compounding Center Tort Trust pursuant to this Court's Order dated May 14, 2015 [Doc. 1843].

The undersigned hereby requests that she be served with copies of all pleadings, notices, and all other documents that are filed with the Court in this proceeding.

Respectfully submitted,

/s/ Lynne F. Riley
Lynne F. Riley (BBO: 561965)
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
Tel: 617-426-5900
Dated: June 16, 2015                Email: riley@casneredwards.com

**CERTIFICATE OF SERVICE**

      I, Lynne F. Riley, hereby certify that on June 16, 2015, I served a copy of the foregoing electronically via the Court's CM/ECF system upon all registered users in this case.

                                                  /s/ Lynne F. Riley