UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2419<br>No. 1:13-md-02419-RWZ<br><br>NOTICE OF APPEARANCE ON BEHALF OF INTERESTED PARTY COMMONWEALTH OF MASSACHUSETTS |

Please take notice of the appearance of

Michelle Kalka, BBO # 624897
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 963-2776/Fax: (617) 727-3076
Email: michelle.kalka@state.ma.us

as counsel for interested party the Commonwealth of Massachusetts. The Commonwealth of Massachusetts is the subject of ECF No. 1735, a Rule 30(b)(6) deposition subpoena issued to it as a third-party witness.

                                        Respectfully Submitted,

                                        MAURA HEALEY
                                        Attorney General

                                        *s/* Michelle Kalka
                                        MICHELLE KALKA, BBO # 624897
                                        Assistant Attorney General
                                        Government Bureau/Trial Division
                                        One Ashburton Place, Room 1813
                                        Boston, MA  02108
                                        (617) 727-2200, ext. 2776
                                        michelle.kalka@state.ma.us

Dated: June 16, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2015, I served the within notice of appearance on all counsel of record by filing it with the Court by means of its ECF system.

*s/* Michelle Kalka_____