UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2419<br>No. 1:13-md-02419-RWZ<br><br>NOTICE OF APPEARANCE ON BEHALF OF INTERESTED PARTY COMMONWEALTH OF MASSACHUSETTS |

Please take notice of the appearance of

Ronald F. Kehoe, BBO # 264260
Special Assistant Attorney General
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 963-2619/Fax: (617) 727-3076
Email: ronald.kehoe@state.ma.us

as counsel for interested party the Commonwealth of Massachusetts. The Commonwealth of Massachusetts is the subject of ECF No. 1735, a Rule 30(b)(6) deposition subpoena issued to it as a third-party witness.

          Respectfully Submitted,

          MAURA HEALEY
          Attorney General


          *s/* Ronald F. Kehoe
          RONALD F. KEHOE, BBO # 264260
          Special Assistant Attorney General
          Government Bureau/Trial Division
          One Ashburton Place, Room 1813
          Boston, MA  02108
          (617) 727-2200, ext. 2619
          ronald.kehoe@state.ma.us

Dated: June 16, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2015, I served the within notice of appearance on all counsel of record by filing it with the Court by means of its ECF system.

<em>s/</em> Ronald F. Kehoe_____