IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-2419-FDS |
| This Document Relates to: | Judge Rya W. Zobel |
| All Cases | |

## DEFENDANT AMERIDOSE LLC'S MOTION FOR LEAVE TO FILE REPLY BRIEF

On May 22, 2015 Ameridose LLC filed its Motion for Protective Order and Motion to Quash the Deposition Notice to Ameridose, LLC. (Docket No. 1879.) On June 5, 2015 the St. Thomas Entities filed their brief in opposition. (Docket No. 1943.)

Ameridose LLC moves this Court for leave to file a nine page reply brief, a proposed copy of which is attached as Exhibit A. The issue of post-settlement discovery is important, and the St. Thomas Entities have raised issues which require a response.

Counsel for Ameridose and the St. Thomas Entities have conferred; The St. Thomas Entities do not oppose this motion for leave.

2349174.1

Respectfully submitted,

/s/ Matthew P. Moriarty
Matthew P. Moriarty (0028389)
Richard A. Dean (0013165)
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
E-mail:       richard.dean@tuckerellis.com
              MMoriarty@tuckerellis.com

*Attorneys for Ameridose LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2015, a copy of the foregoing **Defendant Ameridose LLC's Motion for Leave to File Reply Brief** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Matthew P. Moriarty
Matthew P. Moriarty (0028389)
Richard A. Dean (0013165)
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113-7213
Tel:       216.592.5000
Fax:       216.592.5009
E-mail:    richard.dean@tuckerellis.com
           MMoriarty@tuckerellis.com

*Attorneys for Ameridose LLC*