# COLLECTIVE EXHIBIT 1

Case 1:13-md-02419-RWZ   Document 1987-1   Filed 06/18/15   Page 2 of 11

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF KENNETH R. LISTER, M.D. on 03/09/2015        Page 1

```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2

 3

 4
    IN RE: NEW ENGLAND
 5  COMPOUNDING PHARMACY,
    INC. PRODUCTS LIABILITY    MDL No. 2419
 6  LITIGATION
                               Master Dkt:
 7                             1:13-md-02419-RWZ
    ~~~~~~~~~~~~~~~~~~~~~~
 8  THIS DOCUMENT RELATES
    TO:
 9

10  All Actions

11
    ~~~~~~~~~~~~~~~~~~~~~~~
12

13
              VIDEOTAPED DEPOSITION OF
14            KENNETH R. LISTER, M.D.

15
                    9:03 a.m.
16               March 9, 2015

17

18                 Suite 1100
              315 Deaderick Street
19            Nashville, Tennessee

20

21      Blanche J. Dugas, RPR, CCR No. B-2290

22

23

24

25
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 1987-1   Filed 06/18/15   Page 3 of 11

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF KENNETH R. LISTER, M.D. on 03/09/2015                Page 19

```
 1        A.    Cumberland Medical Center.
 2        Q.    The building where Cumberland Medical
 3   Center operates today is the same building that
 4   Specialty Surgery Center operated out of?
 5        A.    Yes.
 6        Q.    Today, is there any signage in the building
 7   where Cumberland Medical Center operates that has your
 8   name on it?
 9        A.    No.
10        Q.    Is there any signage outside of the
11   building where Cumberland Medical Center operates that
12   has your name on it?
13        A.    No.
14        Q.    At any time that you were affiliated with
15   Specialty Surgery Center was there any sign outside or
16   inside the Specialty Surgery Center building that had
17   your name on it?
18        A.    I don't recall.
19        Q.    Who would know the answer to that?
20        A.    Jean may know the answer to that.
21        Q.    And that's Jean Atkinson?
22        A.    Correct.
23        Q.    Look at Exhibit 75C.  Please tell the jury
24   what that photograph is.
25        A.    This is a view of the Specialty Surgery
```



Case 1:13-md-02419-RWZ   Document 1987-1   Filed 06/18/15   Page 4 of 11

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF KENNETH R. LISTER, M.D. on 03/09/2015                    Page 26

```
 1   the patients that you were sorry?
 2        A.     No.
 3        Q.     Do you own any portion of Cumberland
 4   Medical Center?
 5        A.     No.
 6        Q.     Did I get the name right?  Is that the
 7   entity that bought the assets for Specialty Surgery
 8   Center?
 9        A.     Correct.
10        Q.     Did Cumberland Medical Center keep the same
11   employees that Specialty Surgery Center had?
12        A.     Cumberland Medical Center initially kept
13   the same employees for a period of time.
14        Q.     Then what happened?
15        A.     Many of those employees have moved to other
16   positions.
17        Q.     With other employers?
18        A.     Various employers, yes.
19        Q.     For how long did they keep the same or
20   substantially the same workforce?
21        A.     The workforce was kept at the hospital, not
22   necessarily at Specialty Surgery Center, but I believe
23   the agreement was for a period of several months.
24        Q.     Did Cumberland Medical Center keep the same
25   supervisors as Specialty Surgery Center?
```



Case 1:13-md-02419-RWZ   Document 1987-1   Filed 06/18/15   Page 5 of 11

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF KENNETH R. LISTER, M.D. on 03/09/2015                    Page 27

```
 1      A.      I don't believe so.
 2      Q.      And what hospital were you talking about?
 3  You said the employees were kept at the hospital.
 4      A.      Cumberland Medical Center.
 5      Q.      So some of the Specialty Surgery Center
 6  employees were moved to the Cumberland Medical Center
 7  hospital?
 8      A.      Correct.
 9      Q.      Did the Cumberland Medical Center take
10  possession of the medical equipment that was in
11  Specialty Surgery Center?
12      A.      Yes, it did.
13      Q.      Does the Cumberland Medical Center perform
14  epidural steroid injections at the Brown Avenue
15  location?
16      A.      No.
17      Q.      Why not?
18      A.      They chose to have me do my procedures at
19  the hospital.
20      Q.      So you still do epidural steroid
21  injections, but instead of doing them at the Brown
22  Avenue property, you do them at the Cumberland Medical
23  Center hospital?
24      A.      Correct.
25      Q.      Do you know why that change occurred?
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 1987-1   Filed 06/18/15   Page 6 of 11

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF KENNETH R. LISTER, M.D. on 03/09/2015          Page 37

```
 1  meningitis outbreak?
 2      A.    I don't believe so.
 3      Q.    So what was the intention of Specialty
 4  Surgery Center in terms of where the liability --
 5  potential liability would rest after the sale to
 6  Cumberland Medical Center for any lawsuits arising out
 7  of the outbreak?
 8      A.    I'm not sure exactly where your question is
 9  going.
10      Q.    Okay.  What was Specialty Surgery Center's
11  intention at the time it was sold to Cumberland
12  Medical Center about the liability for the
13  potential -- potential liability from the lawsuits
14  arising out of the fungal meningitis outbreak?  Is
15  that to remain with Specialty Surgery Center?
16      A.    I don't believe that there was any intent
17  to transfer the liability.
18      Q.    What was the intention of Specialty Surgery
19  Center when it was dissolved in 2014 with respect to
20  the potential liability for any lawsuits arising out
21  of the fungal meningitis outbreak?
22      A.    Again, I'm not sure what you're asking.
23      Q.    Okay.  Specialty Surgery Center was
24  dissolved in the end of 2014; right?
25      A.    Correct.
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 1987-1   Filed 06/18/15   Page 7 of 11

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF KENNETH R. LISTER, M.D. on 03/09/2015                     Page 38

```
 1        Q.     So Specialty Surgery Center organization no
 2   longer exists?
 3        A.     Correct.
 4        Q.     What was the intention of Specialty Surgery
 5   Center with respect to any liabilities it might have
 6   had at the time it was dissolved?
 7        A.     I don't think there was any intention
 8   planned.  The sale to Cumberland Medical Center was
 9   planned well before these lawsuits were initiated.
10        Q.     When Cum -- when Cumberland Medical Center
11   bought Specialty Surgery Center's assets, did
12   Cumberland pay money?
13        A.     Cumberland did pay money, yes.
14        Q.     What happened to the money?
15        A.     It was divided among the partners.
16        Q.     Was there any money left in Specialty
17   Surgery Center when it was dissolved in the end of
18   2014?
19        A.     I don't believe there's any significant
20   amount of money left there.
21        Q.     Cumberland Medical Center purchased all of
22   the assets of Specialty Surgery Center as part of that
23   sale; is that right?
24        A.     Correct.
25        Q.     So all of the assets of Specialty Surgery
```



Case 1:13-md-02419-RWZ   Document 1987-1   Filed 06/18/15   Page 8 of 11

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF KENNETH R. LISTER, M.D. on 03/09/2015                        Page 39

```
 1   Center when they were purchased by Cumberland Medical
 2   Center were transferred to Cumberland Medical Center;
 3   is that right?
 4         A.    Correct.
 5         Q.    And money was paid from Cumberland Medical
 6   Center back to Specialty Surgery Center; right?
 7         A.    Correct.
 8         Q.    And that money was then divided among the
 9   partners of Specialty Surgery Center of which you are
10   one.
11         A.    Correct.
12         Q.    And that money is now out of Specialty
13   Surgery Center?
14         A.    Correct.
15         Q.    And before it was dissolved, Specialty
16   Surgery Center no longer had any assets; is that
17   right?
18         A.    Correct.
19         Q.    Did Cumberland Medical Center know at the
20   time of the sale that there were potential liabilities
21   on the part of Specialty Surgery Center in connection
22   with the meningitis outbreak?
23         A.    At the time the sale was completed, I
24   believe Cumberland Medical Center was aware of
25   potential liabilities.
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 1987-1   Filed 06/18/15   Page 9 of 11

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF KENNETH R. LISTER, M.D. on 03/09/2015                Page 40

```
 1      Q.      Did you have any role in discussions with
 2   Cumberland Medical Center about the sale at any time?
 3      A.      No.
 4      Q.      Who owns Cumberland Medical Center?
 5      A.      I don't know.
 6      Q.      Was any money -- any of the money that was
 7   paid from Cumberland Medical Center to Specialty
 8   Surgery Center paid to any of the 35 patients or the
 9   families who were sickened or died as a result of the
10   fungal meningitis outbreak?
11      A.      I do not believe so.
12      Q.      Did Specialty Surgery Center ever pay any
13   of the medical expenses for any of the patients who
14   were sickened or who died as a result of the
15   injections received at Specialty Surgery Center?
16      A.      I don't believe so.
17      Q.      Do you know how much money was paid from
18   Cumberland Medical Center to Specialty Surgery Center
19   in connection with the assets sale?
20      A.      My recollection is that the purchase price
21   was 2.4 million.
22      Q.      Was that money distributed among the
23   partners of Specialty Surgery Center in accordance
24   with the percentage ownership of each of the partners?
25      A.      Yes.
```


Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 1987-1   Filed 06/18/15   Page 10 of 11

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF KENNETH R. LISTER, M.D. on 03/09/2015                Page 71

```
 1       A.      This is not a document.  This is several
 2   documents.
 3       Q.      What do you mean by that?
 4       A.      There are several separate specific
 5   documents associated with this exhibit.
 6       Q.      Do you recognize that the first document in
 7   Exhibit 83 is the purchase agreement -- asset purchase
 8   agreement between Specialty Surgery Center, PLLC and
 9   Cumberland Medical Center, Inc.?
10       A.      It does appear to be the asset purchase
11   agreement between Cumberland Medical Center and SSC.
12       Q.      And then exhibits and attachments to that
13   document make up the remainder of Exhibit 83 or do you
14   think there's some unrelated documents attached?
15       A.      They appear to be somewhat related.  I
16   have -- I would have to go into them in great detail
17   to determine what they are.
18       Q.      Not necessary.  So you recognize that at
19   least the first document here is the 2013 agreement by
20   which Specialty Surgery Center, PLLC conveyed all of
21   its assets to Cumberland Medical Center in exchange
22   for money?
23       A.      That is -- does appear what it is.
24       Q.      Okay.  And if you look at Page 2 of the
25   agreement, which has the Bates number SSC-01865, under
```


Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 1987-1   Filed 06/18/15   Page 11 of 11

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF KENNETH R. LISTER, M.D. on 03/09/2015                Page 72

```
 1    Section 1.1, assets transferred.  Do you see that?
 2         A.     Correct.
 3         Q.     Okay.  As part of this deal, Specialty
 4    Surgery Center sold its building to medical --
 5    Cumberland Medical Center?
 6         A.     Correct.
 7         Q.     Sold its tangible personal property, which
 8    is -- includes the furniture, fixtures, equipment,
 9    supplies, inventory and other tangible personal
10    property that was owned by Specialty Surgery Center?
11         A.     Correct.
12         Q.     And that's detailed in an exhibit to this
13    document as part of Exhibit 83; is that right?
14         A.     Correct.
15         Q.     And then as part of that deal, Specialty
16    Surgery Center sold all the patient charts and records
17    to Cumberland Medical Center?
18         A.     I don't know whether they were sold or
19    simply transferred.
20         Q.     Is there a difference?
21         A.     I don't know.
22         Q.     I don't either.  D, permits.  If you
23    look -- I'm still on that same page.  Part of the
24    assets transferred were the permits which were defined
25    here as "The certificate of need and all other
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com