- 

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## AMENDED NOTICE OF TAKING DEPOSITION PURSUANT TO RULE 30(b)(6) TO MURPHY HEALTHCARE GROUP

TO:   Murphy Healthcare Corporation
        Also known as Murphy Healthcare Group
        210 Summit Avenue
        Montvale, NJ 07645

Pursuant to FRCP Rule 30(b) (6) the named entity is hereby commanded to designate a representative or representatives (the "Designees") to appear on its behalf for a videotaped deposition before a notary public or some other officer authorized by law to administer oaths at the offices of Parker, McCay, PA, 9000 Midlantic Drive, Mt. Laurel, N NJ 08054 at **10:00 A.M. on June 29, 2015** then and there to give evidence in the above captioned matter. Said Designees must be able to testify with a reasonable particularity regarding the subjects and matters upon which examination is requested.

Pursuant to FRCP 30(b) (6) the named entity is required to designate and fully prepare one or more officers, directors, managing agents, or other persons with the most knowledge concerning the above-designated matters; or other persons who consent to testify on its behalf and whom such entity will fully prepare to testify, regarding the following designated matters and as to such information which is known or reasonably available to the organization:

1.    The authenticity of documents produced pursuant to Subpoena.

- 

2. The completeness of the documents produced pursuant to Subpoena.

3. The method of search for the documents produced pursuant to Subpoena.

4. MHG's business relationship to the following entities:

   a. Premier ASC;

   b. Premier Orthopaedics;

   c. Premier Surgical Center LLC; and

   d. Any owner of Premier ASC, Premier Orthopaedics or Premier Surgical Center LLC.

5. All MHG officers and employees providing services to any of the following entities or individuals associated with Premier ASC; Premier Orthopaedics; Premier Surgical Center LLC; any owner of Premier ASC, Premier Orthopaedics; and Premier Surgical Center LLC.

6. Contracts between MHG and Premier, Drs. Thomas A. Dwyer, MD, John Catlalano, Richard C. DiVerniero, Rahul V. Shah, Kimberly Yvette Smith, MD, a/k/a Kimberley Yvette Smith-Martin, M.D and/or Vannette Perkins for any services rendered for the period December 1, 2008 until December 1, 2012.

7. Invoices for services rendered by MHG to Premier, Drs. Thomas A. Dwyer, MD, John Catlalano, Richard C. DiVerniero, Rahul V. Shah, Kimberly Yvette Smith, MD, a/k/a Kimberley Yvette Smith-Martin, M.D and/or Vannette Perkins for the period December 1, 2008 until December 1, 2012.

- 

8. Correspondence, emails and any FAX communications from any MHG employee, officer, or agent to Premier, Drs. Thomas A. Dwyer, MD, John Catlalano, Richard C. DiVerniero, Rahul V. Shah, Kimberly Yvette Smith, MD, a/k/a Kimberley Yvette Smith-Martin, M.D and/or Vannette Perkins for the period December 1, 2008 until December 1, 2012.

9. Correspondence, emails and any FAX communications to any MHG employee, officer, or agent from Premier, Drs. Thomas A. Dwyer, MD, John Catlalano, Richard C. DiVerniero, Rahul V. Shah, Kimberly Yvette Smith, MD, a/k/a Kimberley Yvette Smith-Martin, M.D and/or Vannette Perkins for the period December 1, 2008 until December 1, 2012.

10. MHG's roles, responsibilities and functions relating to Premier ASC's clinical operations for the period beginning December 1, 2008 and ending December 1, 2012.

11. MHG's roles, responsibilities and functions relating to Premier ASC's accreditation and licensure for the period beginning December 1, 2008 and ending December 1, 2012.

12. MHG's roles, responsibility and functions in formulating, adopting, implementing and monitoring Premier ASC's drug formulary for the period December 1, 2008 and ending December 1, 2012.

13. MHG's role, responsibility and functions in formulating, adopting, implementing and monitoring Premier ASC's determination of sources of drugs and medications utilized at Premier ASC for the period December 1, 2008 and ending December 1, 2012.

14. MHG's roles, responsibility and functions in formulating, adopting, implementing and monitoring Premier ASC's policies relating to prescription drug procurement,

- 

prescription drug shipment receipt, prescription drug dispensing and prescription drug inventory policies and procedures for the period beginning December 1, 2008 and ending December 1, 2012.

15. MHG's role, responsibility and functions in formulating, adopting, implementing and monitoring Premier ASC's crisis management responses.

16. MHG's role, responsibility and functions in formulating, adopting, implementing and monitoring Premier ASC's billing patients and/or third party payers for services, drugs or supplies for the period December 1, 2008 and ending December 1, 2012.

Dated: June 19, 2015                        Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

Mark Zamora, Esquire
5 Concourse Parkway #2600
Atlanta, GA 30328
Telephone: 404.373.1800
Facsimile: 404.506.9223
mark@markzamora.com

and

/s/ Kimberly A. Dougherty
Kimberly A. Dougherty, Esquire
Janet, Jenner & Suggs, LLS
31 St. James Ave., Suite 365
T: 617.933.1265
kdougherty@myadvocates.com
*Members of the Plaintiffs Steering Committee*

- 

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 19, 2015 a true and exact copy of the foregoing was filed with this the Clerk of the Court using the ECF system that sent a notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

    /s/ J. Gerard Stranch, IV
    J. Gerard Stranch, IV