UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**PLAINTIFFS' STEERING COMMITTEE, PREMIER DEFEDANTS, ST. THOMAS ENTITIES AND BOX HILL DEFENDANTS' PROPOSED PRETRIAL SCHEDULES**

At the May 28, 2015 status conference, the Court requested that the Plaintiff Steering Committee ("PSC") create charts reflecting the current proposed pre-trial schedules. For the convenience of all parties and the Court, the charts below set forth the proposed pre-trial schedules for the Premier Defendants,[1] St. Thomas Entities[2] and Box Hill Defendants,[3] respectively:

**Premier**:

| Event | MDL Order No. 9 Schedule | PSC's Proposed Trial Schedule | Premier's Proposed Trial Schedule |
|---|---|---|---|
| Close of Common and Case Specific Fact Discovery; Meet and confer on potential bellwether process | 06/15/15 | 11/15/15 | 12/15/15 |

---

[1] "Premier Defendants" includes Premier Orthopedic Associates Surgical Ctr., Premier Orthopedics Associates Surgical Center, LLC, Premier Orthopaedic and Sports Medicine Associates of South Jersey, LLC, d/b/a Premier Orthopaedic and Sports Medicine Associates, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., John Catalano, M.D., and Jeffrey Strauss, M.D.
[2] "Saint Thomas Entities" include Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, PC, John Culclasure, MD, Debra Schamberg, RN, Vaughan Allen, MD, Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health.
[3] "Box Hill Defendants" includes Box Hill Surgery Systems, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC.

| | | | |
|---|---|---|---|
| Close of Case Specific Bellwether Discovery | | 01/15/16 | 02/15/16 |
| Initial Expert Disclosures and Proffer of Deposition Dates | 07/15/15 | 01/31/16 | 03/15/16 |
| Rebuttal Expert Disclosures and Proffer of Deposition Dates | 08/14/15 | 04/04/16 | 05/01/16 |
| Deadline For Expert Depositions | 10/13/15 | 04/23/16 | 09/01/16 |
| Dispositive Motions and *Daubert* Motions | N/A | 05/21/16 | 10/15/16 |
| Oppositions to Dispositive Motions and *Daubert* Motions | N/A | 06/05/16 | 11/01/16 |
| Replies in Support of Dispositive Motions and *Daubert* Motions | N/A | 06/19/16 | 11/15/16 |
| Hearing on Dispositive Motions and *Daubert* Motions | N/A | 07/02/16 | December 2016 |
| Final Pre-Trial Hearing | N/A | 07/25/16 | January 2017 |

| Trial | N/A | 08/01/16 | February 2017 |

Case 1:13-md-02419-RWZ   Document 1995   Filed 06/22/15   Page 3 of 10

**St. Thomas Entities:**

| Event | MDL Order No. 9 Schedule | PSC's Proposed Trial Schedule | St. Thomas Entities' Proposed Trial Schedule |
|---|---|---|---|
| Initial Trial Pool Cases selection exchanged in writing between the parties | | ≤ 10 days after entry of Order | |
| Deadline for Parties to file Notice of Position on Venue and Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach | | ≤ 15 days after entry of Order | |
| Completion of all Case-Specific fact discovery for Initial Trial Pool cases | 6/15/15 | 9/15/2015 | 09/14/15 |
| Parties shall file submissions as to the order in which the eight Initial Trial Pool Cases should be tried and/or remanded to the transferor courts. The Parties are directed to file briefs, not to exceed 5 pages, with reason for selections and order. | | 10/1/2015 | |
| Court will select the order in which the Initial Trial Pool Cases will be tried and/or remanded, designate the first 2 cases to be tried and/or remanded, | | 10/15/2015 | |
| Parties shall disclose experts who will testify as to Case-Specific Issues for the First Two Trial Case Picks along with at least three proposed deposition dates for each expert. | 7/15/15 | 10/25/2015 | 10/13/15 |
| Parties shall disclose rebuttal Case-Specific | 8/14/15 | 11/10/2015 | 11/12/15 |

| | | | |
|---|---|---|---|
| Experts for the First Two Trial Case Picks. | | | |
| Parties shall complete depositions of Case-Specific Issues experts (which will begin after rebuttal reports, if any, are served) | 10/13/15 | 12/15/2015 | 01/11/16 |
| Case-Specific dispositive motions and Daubert motions filed | N/A | 12/21/2015 | N/A |
| Oppositions to Case-Specific dispositive motions and Daubert motions filed | N/A | 1/5/2016 | N/A |
| Replies to Case-Specific dispositive motions and Daubert motions filed | N/A | 1/15/2016 | N/A |
| Hearings on case-specific dispositive motions and Daubert motions | N/A | As determined by the Court | N/A |
| Cases shall be trial-ready | N/A | 2/1/2016 | N/A |

**Box Hill:**

| Event | MDL Order No. 9 Schedule | PSC's Proposed Trial Schedule | Box Hill's Proposed Trial Schedule |
|---|---|---|---|
| Close of Common Issue Discovery | 06/15/15 | 1/22/2016 | 4/1/2016 |
| Bellwether Proposal submitted to Court | | | 3/1/2016 |
| Responses to Bellwether Proposals | | | 3/16/2016 |
| Close of Case Specefic Bellwether Discovery | | 1/22/2016 | 6/1/2016 |
| Plaintiff's Initial Expert Disclosures and reports | 7/15/15 | 2/22/2016 | 5/15/2016 |
| Defense Rebuttal expert reports | 8/14/15 | 3/23/2016 | 7/1/2016 |
| Deadline for Expert Depositions | 10/13/15 | 5/23/2016 | 11/1/2016 |
| Dispositive Motions and Daubert Motions | N/A | 6/22/2016 | 12/15/2016 |

| | | | |
|---|---|---|---|
| Oppositons to Dispositive Motions and Daubert Motions filed | N/A | 7/7/2016 | 1/2/2017 |
| Replies in Support of Dispositive Motions and Daubert Motions filed | N/A | 7/22/2016 | 1/15/2017 |
| Hearing on Dispositive Motions and Daubert Motinos | N/A | 8/8/2016 | February 2017 |
| Final Pre-trial Hearing | N/A | 9/7/2016 | March 2017 |
| Case are Trial Ready | N/A | 10/3/2016 | April 2017 |

Date:   June 22, 2015          Respectfully Submitted,
                               /s/ Kimberly A. Dougherty
                               Kimberly A. Dougherty
                               JANET, JENNER & SUGGS, LLC
                               31 St. James Avenue, Suite 365
                               Boston, MA 02116
                               Telephone:  617/933-1265
                               kdougherty@myadvocates.com

                               *Plaintiffs' Steering Committee*

                               Thomas M. Sobol
                               Kristen Johnson Parker
                               HAGENS BERMAN SOBOL SHAPIRO, LLP
                               55 Cambridge Parkway, Suite 301
                               Cambridge, MA 02142
                               Telephone:  617/482-3700
                               Facsimile:  617/482-3003
                               tom@hbsslaw.com
                               kristenjp@hbsslaw.com

                               *Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika Martin
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415/956-1000
Facsimile:  415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, Kimberly A. Dougherty, hereby certify that I caused a copy of the above *Plaintiffs' Steering Committee, Premier Defendants, St. Thomas Entities and Box Hill Defendants' Proposed Pretrial Schedules* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: June 22, 2015

/s/ Kimberly A. Dougherty
Kimberly A. Dougherty, Esq.