UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES. | MDL No. 1:13-md-2419-RWZ |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION TO SCHEDULE ORAL ARGUMENT ON CERTAIN MOTIONS FOR STATUS CONFERENCE ON JUNE 24, 2015**

The Plaintiffs' Steering Committee ("PSC") hereby moves the Court to schedule the following motions for oral argument during the status conference to be held on June 24, 2015, starting at 2:00 p.m. before Judge Zobel:[1]

1. Plaintiff Wayne Reed's Motion to Set Case for Trial [Doc. 1882];

    a. Plaintiff Wayne Reed's Memorandum in Support of Motion to Set Case for Trial [Doc. 1883];

    b. Opposition of Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, A Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; Vaughan Allen, MD; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD, Kenneth Lister, MD, PC; and Donald E. Jones, MD to the Reed Motion to Set and Suggestion of Remand Under MDL Rule of Procedure 10.3(a)(i) [Doc. 1963]; and

    c. Saint Thomas Entities' Response to Plaintiff Wayne Reed's Motion to Set Case for Trial [Doc. 1968];

2. Motions to Withdraw as Attorney for Ameridose LLC, by Ameridose LLC:

---

[1] All defendants for which counsel has made an appearance in the MDL have been provided an opportunity to suggest the scheduling of additional motions for oral argument.

      a.      Seeking withdrawal of the law firm Tucker Ellis LLP and attorneys Richard A. Dean, Thomas W. Coffey and Matthew P. Moriarty [Doc. 1936]; and

      b.      Seeking withdrawal of the law firm Tucker, Saltzman, Dyer and O'Connell, and attorneys Scott J. Tucker, Paul Saltzman, Scott H. Kremer and Matthew E. Mantalos [Doc. 1979].

3.      Joint Motion for Hearing to Approve Virginia Wrongful Death Settlements Pursuant to Va. Code § 8.01-55 by Insight Health Corp. [Doc. 1937];

4.      Motion to Withdraw as Attorney by Barry J. Cadden, Lisa Conigliaro Cadden, Glenn Chin, Carla Conigliaro, Douglas Conigliaro, Greg Conigliaro [Doc. 1941]; and

5.      Motion to Withdraw as Attorney by GDC Properties Management, LLC [Doc.1947].

The Plaintiffs' Steering Committee will also identify these Motions in its proposed agenda for the Status Conference on June 24, 2015.

Dated: June 22, 2015      RESPECTFULLY SUBMITTED,

**/s/ Patrick T. Fennell**
Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

Thomas M. Sobol
Kristen Johnson
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

Telephone: 617/482-3700
Facsimile: 617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415/956-1000
Facsimile: 415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: 248/557-1688
Facsimile: 248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
5 Concourse Parkway, # 2600
Atlanta, GA 30328
Telephone: 404/451-7781
Facsimile: 404/506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel

BRANSTETTER, STRANCH &
JENNINGS, PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, Patrick T. Fennell, hereby certify that I caused a copy of the above *Plaintiffs' Steering Committee's Motion to Schedule Oral Argument on Certain Motions for Status Conference on June 24, 2015*, to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to those parties by operation of the Court's CM/ECF system.

Dated: June 22, 2015                                  /s/Patrick T. Fennell
                                                      Patrick T. Fennell, VSB 40393