# Exhibit A

| Index | Case Number | Ind. Docket Number(s) | Case Name | Status |
|---|---|---|---|---|
| 1 | 1:13-cv-10351 | 29 | Lambert v. New England Compounding Pharmacy Inc et al | Motion to dismiss mooted by settlement. |
| 2 | 1:13-cv-10406 | 64 | PENNINGTON v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al | Motion for leave to file amended short form complaint was granted. |
| 3 | 1:13-cv-12657 | 37 | Montee v. BKC Pain Specialists, LLC et al | Motion to consolidate granted. |
| 4 | 1:13-cv-12696 | 48 | Temple v. Ameridose, LLC et al | Motion to dismiss mooted by subsequent MDL orders. |
| 5 | 1:13-cv-12961 | 15, 23, 24 | Hulsey v. New England Compounding Pharmacy, Inc. | Case voluntarily dismissed by plaintiff on March 31, 2014 [Doc. 26] |
| 6 | 1:14-cv-10163 | 14 | Patel et al v. Ameridose, LLC et al | The PSC recommends the Court grant this agreed motion for extension of time for defendant Vaughan Allen, MD to file answer. |
| 7 | 1:14-cv-10373 | 4, 17 | Henley v. UniFirst Corporation et al | Motion to Dismiss for failure to comply with Texas Civil Practice and Remedies Code [Doc. 4] denied.  Motion to Dismiss for failure to state a claim [Doc. 17] granted in part.  See Memorandum of Decision [MDL Doc. 1556]. |
| 8 | 1:14-cv-10433 | 19, 20 | LEWIS et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al | Case voluntarily dismissed by plaintiff on May 1, 2015 [Doc. 24] |
| 9 | 1:14-cv-12421 | 88, 89, 90, 92, 93 | Baker v. Alaunus Pharmaceutical, LLC et al | Motions mooted by settlement. |
| 10 | 1:14-cv-12884 | 20, 22, 27, 31, 40 | Selwyn Wynstock et al v. Ameridose LLC et al | The PSC recommends the Court grant the motion to admit pro hac vice [Doc. 20].  The remaining motions [Doc's 22, 27, 31 and 40] are withdrawn. |
| 11 | 1:14-cv-12905 | 13 | Epperly v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 12 | 1:14-cv-12908 | 9 | McFarlane v. Insight Health Corp. | Motion resolved pending fulfillment of settlement terms. |
| 13 | 1:14-cv-12910 | 9 | Smith v. Insight Health Corp. | Motion resolved pending fulfillment of settlement terms. |
| 14 | 1:14-cv-12916 | 9 | Kalinoski v. Insight Health Corp. | Motion resolved pending fulfillment of settlement terms. |
| 15 | 1:14-cv-12917 | 9 | Filson v. Insight Health Corp. | Motion resolved pending fulfillment of settlement terms. |
| 16 | 1:14-cv-12919 | 9 | Bradley v. Insight Health Corp. | Motion resolved pending fulfillment of settlement terms. |
| 17 | 1:14-cv-12924 | 9 | Foutz et al v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 18 | 1:14-cv-12927 | 9 | Whitlow v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 19 | 1:14-cv-12928 | 9 | Harris v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 20 | 1:14-cv-12929 | 9 | Smith v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 21 | 1:14-cv-12930 | 7 | Holbrook v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 22 | 1:14-cv-12931 | 7 | Courtney v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 23 | 1:14-cv-12933 | 6 | Wertz v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 24 | 1:14-cv-12937 | 6 | Johnston v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 25 | 1:14-cv-12938 | 7 | Brown v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |

| # | Case No. | Docs | Case Name | Status |
|---|---|---|---|---|
| 26 | 1:14-cv-12939 | 7 | Shuck v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 27 | 1:14-cv-12940 | 7 | White v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 28 | 1:14-cv-12941 | 7 | Brown et al v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 29 | 1:14-cv-12942 | 7 | Artis v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 30 | 1:14-cv-12978 | 7 | Bender v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 31 | 1:14-cv-13027 | 10, 12 | Moore et al v Unifirst Corporation et al | Assented to motions for extension [Doc.'s 10 and 12] are moot. The parties have agreed to a stay of proceedings until December 31, 2015. |
| 32 | 1:14-cv-13496 | 57, 59 | Neal v. Insight Health Corp. et al | Motions resolved pending fulfillment of settlement terms. |
| 33 | 1:14-cv-13504 | 59, 61 | Austin et al v. Insight Health Corp. et al | Motions resolved pending fulfillment of settlement terms. |
| 34 | 1:14-cv-13505 | 29 | Agnew et al v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 35 | 1:14-cv-13507 | 28 | Buchanan v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 36 | 1:14-cv-13508 | 28 | Miller v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 37 | 1:14-cv-13509 | 23 | Andrews v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 38 | 1:14-cv-13510 | 14, 16, 23 | Bishop v. Insight Health Corp. et al | Motions resolved pending fulfillment of settlement terms. |
| 39 | 1:14-cv-13511 | 60, 62 | Bell et al v. Insight Health Corp. et al | Motions resolved pending fulfillment of settlement terms. |
| 40 | 1:14-cv-13558 | 8, 13 | Jackson v. Wellspring Pain Solutions | Plaintiff plans to file unopposed amended complaint that will match the Second Amended Master Complaint, which will moot the pending motions. |
| 41 | 1:14-cv-13578 | 6 | Vineyard v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 42 | 1:14-cv-13580 | 6 | Boggs v. Insight Health Corp. | Motion resolved pending fulfillment of settlement terms. |
| 43 | 1:14-cv-13583 | 6 | Brown v. Insight Health Corp., et al | Motion resolved pending fulfillment of settlement terms. |
| 44 | 1:14-cv-13584 | 6 | Linthicum v. Insight Health Corp., et al | Motion resolved pending fulfillment of settlement terms. |
| 45 | 1:14-cv-13586 | 6 | Morris v. Insight Health Corp., et al | Motion resolved pending fulfillment of settlement terms. |
| 46 | 1:14-cv-13587 | 6 | Stoots v. Insight Health Corp., et al | Motion resolved pending fulfillment of settlement terms. |
| 47 | 1:14-cv-13589 | 6 | Taliaferro v. Insight Health Corp., et al | Motion resolved pending fulfillment of settlement terms. |
| 48 | 1:14-cv-13739 | 14, 17 | Hosea et al v. UniFirst Corporation et al | Counsel for the parties intend to file an agreed motion to remand when appropriate, and wish the issues raised in these two motions to remain open until anticipated remand. |
| 49 | 1:14-cv-13831 | 19 | Mitchell v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 50 | 1:14-cv-13975 | 8 | Carr v. Insight Health Corp., et al | Motion resolved pending fulfillment of settlement terms. |
| 51 | 1:14-cv-14019 | 4 | Handy v. Ameridose, LLC et al | All motions to dismiss in cases involving Box Hill Surgery Center are in briefing stage. Defense replies are due July 6, 2015. |

| | | | | |
|---|---|---|---|---|
| 52 | 1:14-cv-14022 | 5 | Armetta v. Ameridose LLC et al | All motions to dismiss in cases involving Box Hill Surgery Center are in briefing stage.  Defense replies are due July 6, 2015. |
| 53 | 1:14-cv-14023 | 5 | Torbeck et al v. Ameridose, LLC et al | All motions to dismiss in cases involving Box Hill Surgery Center are in briefing stage.  Defense replies are due July 6, 2015. |
| 54 | 1:14-cv-14026 | 5 | Kashi v. Box Hill Surgery Center, LLC et al | All motions to dismiss in cases involving Box Hill Surgery Center are in briefing stage.  Defense replies are due July 6, 2015. |
| 55 | 1:14-cv-14028 | 5 | Bowman v. Ameridose LLC et al | All motions to dismiss in cases involving Box Hill Surgery Center are in briefing stage.  Defense replies are due July 6, 2015. |
| 56 | 1:14-cv-14029 | 5 | Dreisch et al v. Ameridose LLC et al | All motions to dismiss in cases involving Box Hill Surgery Center are in briefing stage.  Defense replies are due July 6, 2015. |
| 57 | 1:14-cv-14033 | 5 | Davis et al v. Ameridose LLC et al | All motions to dismiss in cases involving Box Hill Surgery Center are in briefing stage.  Defense replies are due July 6, 2015. |
| 58 | 1:14-cv-14036 | 5 | Farthing et al v. Ameridose LLC et al | All motions to dismiss in cases involving Box Hill Surgery Center are in briefing stage.  Defense replies are due July 6, 2015. |
| 59 | 1:14-cv-14525 | 4 | Lester v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 60 | 1:14-cv-14538 | 4 | Clemons v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 61 | 1:14-cv-14552 | 4 | Fidler et al v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 62 | 1:14-cv-14698 | 4 | Proffitt v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 63 | 1:14-cv-14700 | 4 | Walker v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 64 | 1:14-cv-14702 | 4 | Huff v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 65 | 1:14-cv-14705 | 4 | Cuddy v. Insight Health Corp. et al | Motion resolved pending fulfillment of settlement terms. |
| 66 | 1:15-cv-11367 | 11, 12 | Gilliam v. Chowdury, M.D., et al | Motions are in briefing stage. |