UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*All New Jersey Cases* | **Document Electronically Filed**<br><br>Docket No. 1:13-md-2419-RWZ<br>MDL No. 02419 |

# ORDER

Defendants Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) and Joseph Alessandrini and Paul Abrams (collectively, "Inspira"), through its attorneys Montgomery, McCracken, Walker & Rhodes, LLP, having filed a motion for a protective order pursuant to Fed. R. Civ. P. 26(c); and the Court having considered the submissions of all interested parties; and for good cause shown;

**IT IS** this _____ day of _____ 2015, hereby

**ORDERED** that Defendant Inspira's motion for a protective order, pursuant to Fed. R. Civ. P. 26(c), is **GRANTED**; and

**IT IS FURTHER ORDERED** that all discovery as to Defendant Inspira is stayed pending further order of this Court; and

**IT IS FURTHER ORDERED** that the Premier Defendants are barred from seeking discovery from Inspira relating to any case in the MDL in which Inspira is not a party.

Dated: _____

_____
Honorable Rya W. Zobel
UNITED STATES DISTRICT JUDGE

3916529v1

## CERTIFICATE OF SERVICE

I, **STEPHEN A. GROSSMAN**, hereby certify that I caused a true and correct copy of Inspira Health Network, Inc. and Inspira Medical Centers, Inc.'s Motion For A Protective Order Pursuant To Federal Rule Of Civil Procedure 26(c), accompanying Memorandum, Declaration of Stephen A. Grossman, Esq., and proposed form of Order, to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  June 22, 2015                           s/ *Stephen A. Grossman*
                                                Stephen A. Grossman