```
 1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2

 3

 4
     IN RE: NEW ENGLAND
 5   COMPOUNDING PHARMACY,
     INC. PRODUCTS LIABILITY     MDL No. 2419
 6   LITIGATION
                                 Master Dkt:
 7                               1:13-md-02419-RWZ
     ~~~~~~~~~~~~~~~~~~~~~~
 8   THIS DOCUMENT RELATES
     TO:
 9

10   All Actions

11
     ~~~~~~~~~~~~~~~~~~~~~~~~
12

13
             30(b)(6) VIDEOTAPED DEPOSITION OF
14                      JEFFERY EBEL

15
                         9:05 a.m.
16                      May 29, 2015

17

18                       Suite 1740
                       414 Union Street
19                   Nashville, Tennessee

20

21       Blanche J. Dugas, RPR, CCR No. B-2290

22

23

24

25
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Nationwide Coverage

```
                                                         Page 10                                                          Page 12
 1    A.   Yes.                                                      1    A.   They are anti-inflammatory preparations.
 2    Q.   All right.  And so originally you did not                 2    Q.   Now, does the -- does the category of drugs
 3  want to talk with lawyers.  Is that also true?                   3  known as corticosteroids include a particular medicine
 4    A.   Yes.                                                      4  known as methylprednisolone acetate, what we call MPA?
 5    Q.   Okay.  But you have talked to me on one                   5    A.   Yes.
 6  occasion before today; is that true?                             6    Q.   And over what geographic region does your
 7    A.   Yes.                                                      7  company sell corticosteroids?
 8    Q.   Have you also talked with some other lawyer               8    A.   We're in the United States in all 50
 9  involved in the litigation?                                      9  states.  We go into some of the territories as well.
10    A.   I have had a couple attorneys that I don't               10    Q.   And where is your company headquartered?
11  recall their name, they have called --                          11    A.   Nash -- Old Hickory, Tennessee.
12    Q.   Okay.                                                    12    Q.   And how long has it been headquartered in
13    A.   -- in the past.                                          13  Old Hickory?
14    Q.   And do you remember whether they were                    14    A.   Since September of 1999.
15  representing healthcare providers in this litigation,           15    Q.   And approximately how many employees does
16  maybe the Saint -- one of the St. Thomas entities?              16  your company have?
17    A.   I don't think so.  I don't know.                         17    A.   We currently have about 22.
18    Q.   Okay.  Fair enough.  I'd like to start with              18    Q.   And what type of customers does your
19  a few questions about your background if I could.               19  company sell corticosteroids to?
20  Where are you from originally?                                  20    A.   We market to the outpatient market.  So a
21    A.   Illinois.                                                21  physician office, a clinic or a surgery center, we
22    Q.   All right.  And what brought you to                      22  would market to those people.  We do not go into
23  Tennessee?                                                      23  hospitals generally.
24    A.   My wife got a degree in the music business.              24    Q.   Okay.  And how long has your company sold
25    Q.   And how long have you lived in Tennessee?                25  corticosteroids that could be used in epidural steroid

                                                         Page 11                                                          Page 13
 1    A.   Since 1979.                                               1  injections?
 2    Q.   All right.  And could you give us just a                  2    A.   We've sold corticosteroids since the
 3  thumbnail sketch of your educational background.                 3  inception of the company.  And how they're used, we
 4    A.   Yes.  I've got a bachelor's degree in                     4  don't -- we don't actually -- are able to see that.
 5  psychology from Southern Illinois University.  And I             5  That's usually up to the physician, how they use it.
 6  don't have a master's degree in anything.  That was as           6    Q.   Okay.  Now, are you a -- is your company a
 7  far -- that's as high as I went.                                 7  pharmacy?
 8    Q.   Okay.  And so when did you start the                      8    A.   It's considered a wholesale -- we're
 9  company known as Clint Pharmaceuticals, Incorporated?            9  considered a wholesale drug distributor.
10    A.   June of 1987.                                            10    Q.   All right.  And what does that mean?
11    Q.   And what prompted you to start the company?              11    A.   That means that we have a license to
12    A.   The company that I was with was getting out              12  distribute drugs in the state of Tennessee and any
13  of the corticosteroid market.                                   13  state that we're licensed in.
14    Q.   I see.                                                   14    Q.   And in Tennessee, who issues that license?
15    A.   And they were going with oral solid                      15    A.   I'm -- the Board of Pharmacy.
16  products and I liked the injectable market and so I             16    Q.   Okay.  So what is the difference between a
17  started the company.                                            17  wholesale drug distributor and a pharmacy?
18    Q.   I see.  And so how would you describe your               18    A.   A pharmacy typically we think of as like
19  company to someone who is not familiar with it?                 19  either a hospital pharmacy where the pharmacist is --
20    A.   We have always been an injectable company.               20  is dispensing to patients in the hospital or if you
21  We've always specialized in corticosteroids and we --           21  think of a retail pharmacy where the pharmacist is
22  the products -- we have a vast array of products.  A            22  dispensing to the general public.  We only sell to
23  lot of them kind of center around corticosteroids and           23  licensed physicians in the facilities that we -- that
24  are kind of offshoots of corticosteroids.                       24  have a license to carry and use these type of
25    Q.   And what are corticosteroids?                            25  products.
```



```
                                                  Page 30                                                    Page 32
 1  methylprednisolone acetate by Pfizer.                     1      Q.    (By Mr. Nolan)  Okay.  And what are you
 2      Q.    Okay.  And so --                                2  referring to?
 3      A.    And I can --                                    3      A.    I'm referring to our catalog price in the
 4      Q.    -- to make sure I understand your               4  fall of 2012.
 5  testimony, the limited supply referred to the generic     5      Q.    And I'd like to make that particular
 6  MPA manufactured by Sandoz; is that correct?              6  catalog -- we'll make the catalog -- the entire
 7      A.    Right.                                          7  catalog Exhibit No. 281.  We'll copy that during a
 8      Q.    But the brand name MPA, Depo-Medrol, made       8  break.
 9  by Pfizer was not in limited supply; is that true?        9            Now, what about after the fungal meningitis
10      A.    Correct.                                       10  catastrophe became public in October of 2012?  When
11      Q.    And is there any difference between the        11  that news hit the press, did your company experience
12  generic and the brand name as far as you know other      12  an upsurge in demand for FDA approved corticosteroids?
13  than price?                                              13      A.    Yes.
14      A.    I don't know of any difference between the     14      Q.    Okay.
15  two products as far as patient benefits.  I only know    15      A.    Our -- our phones were ringing off the
16  that the price might be a difference.                    16  hook.
17      Q.    Okay.  And so when your company realized       17      Q.    Okay.
18  there might be a restriction on the supply of the        18      A.    People were wondering, okay, where they
19  generic but not the brand name MPA, what did your        19  could get FDA approved product.  They were calling
20  company do?                                              20  with all sorts of questions.
21      A.    Would you repeat that, please.                 21      Q.    And --
22      Q.    When your company recognized that there        22      A.    That was kind of like 2001 and the World
23  would be a restriction in the supply of the generic      23  Trade Center for us.
24  but not the brand name MPA --                            24      Q.    Okay.
25      A.    Uh-huh (affirmative).                          25      A.    I mean, you remember where you were at.

                                                  Page 31                                                    Page 33
 1      Q.    -- what did your company do?                    1      Q.    And so was there an increased demand for
 2      A.    We were not -- we did not really give           2  Depo-Medrol?
 3  discounts as much --                                      3      A.    Absolutely.
 4      Q.    I see.                                          4      Q.    All right.  Did your company ever run out
 5      A.    -- as we did in the past.  Because we knew      5  of Depo-Medrol during that busy time?
 6  we were going to run out of the product.                  6      A.    No, we did not.
 7      Q.    And so did your company ever run out of         7      Q.    In addition to Depo-Medrol, are there other
 8  Depo-Medrol?                                              8  injectable corticosteroids appropriate for use in
 9      A.    No.                                             9  epidural steroid injections that you sell?
10      Q.    So were there any customers that your          10      A.    Let me give a little bit more information
11  company had to turn away because it did not have an      11  to the last question --
12  adequate supply of Depo-Medrol?                          12      Q.    Okay.
13      A.    I do not -- I am not aware of one customer.    13      A.    -- if I could, which was did we ever let
14      Q.    So am I correct in understanding that if       14  anybody run out.
15  St. Thomas Outpatient Neurosurgical Center had chosen    15            If -- let's say during that time there's a
16  to continue doing business with your company, you        16  good possibility -- let's say somebody ordered 2,000
17  could have supplied them with plenty of Depo-Medrol,     17  vials of Depo-Medrol single dose vials, we might have
18  but the price would have been a little bit higher than   18  said, well, okay, how many do you use in a month.
19  what that entity had been previously paying for the      19  They say they use 200 in a month.  We might have given
20  generic version?                                         20  them a partial order so that other people could get
21      A.    Yes.                                           21  the product, but we did not let anybody run out.
22            MR. TARDIO:  Object to the form.               22      Q.    I see.  Okay. Fair enough.
23            THE WITNESS:  I think that I have the          23            And in addition to Depo-Medrol, are there
24       price here, and it looks like it would be           24  other injectable corticosteroids that your company
25       $9.95 a vial.                                       25  sells?
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com