# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Master Dkt. 1:13-md-02419-RWZ |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Geoffrey M. Coan of the law firm of Hinshaw & Culbertson LLP, as counsel for defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC").

| | | |
|---|---|---|
| | | Respectfully submitted,<br><br>Defendant New England Compounding Pharmacy, Inc.,<br><br>By its Attorneys,<br><br>  /s/ Geoffrey M. Coan<br>Geoffrey M. Coan, BBO # 641998<br>Hinshaw & Culbertson LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109-1775 |
| Date: | June 23, 2015 | Tel: (617)213-7000 / Fax: (617)213-7001 |

## CERTIFICATE OF SERVICE

I, Geoffrey M. Coan, hereby certify that on this 23rd day of June 2015, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

| | |
|---|---|
| | /s/ Geoffrey M. Coan |
| | Geoffrey M. Coan |