UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>　　　All Cases | MDL No.: 1:13-md-2419-RWZ |

NOTICE OF CLAIMS DEADLINES UNDER THE
NECC AMENDED PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that on May 20, 2015, the United State Bankruptcy Court for the District of Massachusetts, Eastern Division confirmed the Third Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc. (the "Plan")[1].

A.    Deadline for the National Settlement

PLEASE TAKE FURTHER NOTICE that **the Claims Deadline for the National Settlement is October 2, 2015 at 5:00 p.m. Eastern Standard Time.**  All National Compensation Claim Forms, Forms W-9, and required documentation must be <u>received</u> by the National Settlement Administrator by this date and time.  If you have not mailed your National Compensation Claim Form, Form W-9, and Supporting Documentary proof at least one week before the Claims Deadline, it is suggested that you use FedEx or UPS, which will provide documentation of the date and time your National Compensation Claim Form was received by the National Settlement Administrator.

You should send your completed National Compensation Claim Form, Form W-9, and Supporting Documentary Proof to the following address:

　　　　　National Settlement Administrator
　　　　　P.O. Box 3770
　　　　　Portland, OR  97208-3770

---

[1] Unless otherwise noted, all capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Plan.

If you are using a commercial carrier service (such as UPS or FedEx), you should send your completed National Compensation Claim Form, Form W-9, and Supporting Documentary Proof to the following address:

>National Settlement Administrator
>10300 SW Allen Blvd.
>Beaverton, OR  97005

More information regarding the National Settlement is available at www.neccsettlement.com.

B. **Deadline for the Inspira Settlement**

PLEASE TAKE FURTHER NOTICE that the **Claims Deadline for the Inspira Settlement is October 2, 2015 at 5:00 p.m. Eastern Standard Time.**  All Inspira Supplemental Compensation Claim Forms, Forms W-9, and required documentation must be received by the Inspira Settlement Administrator by this date and time.

C. **Deadline for the High Point Settlement**

PLEASE TAKE FURTHER NOTICE that **the Claims Deadline for the High Point Settlement is October 2, 2015 at 5:00 p.m. Eastern Standard Time.**  All High Point Supplemental Compensation Claim Forms, Forms W-9, and required documentation must be received by the High Point Settlement Administrator by this date and time.

D. **Deadline for the Insight Settlement**

PLEASE TAKE FURTHER NOTICE that the **Claims Deadline for the Insight Settlement is October 5, 2015 at 5:00 p.m. Eastern Standard Time.**  All Insight Supplemental Compensation Claim Forms, Forms W-9, and required documentation must be received by the Insight Settlement Administrator by this date and time.  Please note that the Insight Supplemental Claim Forms are scheduled to mailed out on July 7, 2015.

You need to file separate Supplemental Compensation Claim Forms for these settlements. You should send your completed Inspira, High Point, or Insight Supplemental Compensation Claim Form, Form W-9, and supporting documentary proof by U.S. mail or commercial carrier service to the following address:

>Edgar C. Gentle, III, Esq.
>Gentle, Turner & Sexton
>501 Riverchase Parkway East

   Suite 100
   Hoover, AL  35244

**E.** **Settlement Websites**

More information regarding these settlements, including fillable electronic versions of claims packages, is available at:

   www.inspirasettlement.com
   www.highpointsettlement.com
   www.insightsettlement.com (after July 7, 2015)


Dated:  June 23, 2015        Respectfully submitted,

              **/s/ Kristen A. Johnson**
              Thomas M. Sobol
              Kristen A. Johnson
              HAGENS BERMAN SOBOL SHAPIRO LLP
              55 Cambridge Parkway, Suite 301
              Cambridge, MA  02142
              Telephone:  (617) 482-3700
              Facsimile:  (617) 482-3003
              tom@hbsslaw.com
              kristenj@hbsslaw.com

              *Plaintiffs' Lead Counsel*

              Elizabeth J. Cabraser
              Mark P. Chalos
              Annika K. Martin
              LIEFF CABRASER HEIMANN &
              BERNSTEIN, LLP
              150 Fourth Avenue, North, Suite 1650
              Nashville, TN  37219
              Telephone:  (615) 313-9000
              Facsimile:  (615) 313-9965
              ecabraser@lchb.com
              mchalos@lchb.com
              akmartin@lchb.com

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcenter.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Ave., Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee*

4

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol, hereby certify that on this day, June 23, 2015, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ Kristen A. Johnson
Kristen A. Johnson