# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE:

NEW ENGLAND COMPOUNDING
PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

Civ. Action No. 13-md-02419-RWZ

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ABIGAIL HEMANI

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Abigail Hemani as

one of the counsel of record for UniFirst Corporation a/d/b/a UniClean Cleanroom Services (the

"Defendant"). The Defendant will continue to be represented by attorneys from Goodwin Procter

LLP.  Please remove Abigail Hemani from the docket as counsel of record in this action.


Dated: June 23, 2015

Respectfully submitted,

UniFirst Corporation a/d/b/a UniClean
Cleanroom Services,


By their attorney,

/s/ Abigail Hemani
Abigail Hemani (BBO# 650721)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel.: 617-570-1000
Fax: 617-523-1231
ahemani@goodwinprocter.com

## <u>CERTIFICATE OF SERVICE</u>

     I, Abigail Hemani, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on June 23, 2015.


                    /s/ Abigail Hemani       

ACTIVE/82815373.1