UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ THIS DOCUMENT RELATES TO: Suits Naming the Tennessee Clinic Defendants | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

## TENNESSEE CLINIC DEFENDANTS' NOTICE OF WITHDRAWAL OF *OMNIBUS RESPONSE* TO MOTIONS TO WITHDRAW FILED BY COUNSEL FOR NECC INSIDERS AND AFFILIATES *ONLY AS TO AMERIDOSE*

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN; Vaughan Allen, MD; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; Kenneth Lister, MD, PC; and Donald E. Jones, MD (collectively "Tennessee Clinic Defendants") hereby give notice that:

1. At Dkt. 2001, the Tennessee Clinic Defendants filed a response to the pending motions to withdraw by counsel for Ameridose (1936, 1979), GDC (1947), and Barry Cadden, Lisa Cadden, Glenn Chin, Carla Conigliaro, Douglas Conigliaro, and Greg Conigliaro (1941). The Tennessee Clinic Defendants did not oppose the withdrawal but asked that successor counsel or the agent for service of process be identified for these parties.

1

2.      Since that time, present counsel for Ameridose notified the Tennessee Clinic Defendants that successor counsel has not been identified and that Gregory Conigliaro, 205 Flanders Road, Westborough, MA 01581, remains the proper agent for service of process.

3.      Thus, the Tennessee Clinic Defendants withdraw their response as to Dkt. 1936 and Dkt. 1979. The Tennessee Clinic Defendants still request the same information for GDC and Barry Cadden, Lisa Cadden, Glenn Chin, Carla Conigliaro, Douglas Conigliaro, and Greg Conigliaro.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Clinic Defendants*

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 24th day of June, 2015.

                                        /s/ Chris J. Tardio
                                        **Chris J. Tardio**