# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## **DEPOSITION NOTICE**

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the 30(b)(6) deposition of St. Thomas Hospital designee, Dawn Rudolph, on Thursday, July 2, 2015 at 9:00am at the offices of Bradley Arant Boult Cummings, LLP, 1600 Division St., Suite 700, Nashville, TN 37203. The deposition will be recorded by stenographical means and by video.

Dated: June 24, 2015

Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 24, 2015, a true and exact copy of the foregoing was served on all counsel of record via electronic mail.

                                                  **/s/ J. Gerard Stranch, IV**
                                                  J. Gerard Stranch, IV