IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 1:13-md-2419-FDS |
| This Document Relates to: ) ) | Judge Rya W. Zobel |
| All Cases ) | |

## DEFENDANT AMERIDOSE LLC'S JOINDER IN THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM REGARDING CHOICE OF LAW FOR CASES ORIGINALLY FILED IN TENNESSEE OR NEW JERSEY

Ameridose LLC hereby joins in and incorporates by reference the Plaintiffs' Steering Committee's ("PSC") Memorandum Regarding Choice of Law for Cases Originally Filed in Tennessee or New Jersey. (Doc. 2004.) Specifically, Ameridose requests that this Court apply Massachusetts law to determine whether joint and several liability and comparative fault applies to claims pending against the Tennessee and New Jersey Clinic Related Defendants.

Respectfully submitted,

/s/ Matthew P. Moriarty
Matthew P. Moriarty (0028389)
Richard A. Dean (0013165)
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113-7213
Tel: 216.592.5000
Fax: 216.592.5009
E-mail: *richard.dean@tuckerellis.com*
       *matthew.moriarty@tuckerellis.com*

*Attorneys for Ameridose LLC*

2390645.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2015, a copy of the foregoing **Defendant Ameridose LLC's Joinder in The Plaintiffs' Steering Committee's Memorandum Regarding Choice of Law for Cases Originally Filed in Tennessee or New Jersey** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Matthew P. Moriarty
Matthew P. Moriarty (0028389)
Richard A. Dean (0013165)
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113-7213
Tel:      216.592.5000
Fax:      216.592.5009
E-mail:   richard.dean@tuckerellis.com
          MMoriarty@tuckerellis.com

*Attorneys for Ameridose LLC*

2390645.1