UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>　　Plaintiff,<br><br>This Document Relates To:<br><br>　　All Actions | MDL NO. 1:13-md-2419-FDS |

## Notice of Withdrawal of Michael P. Sams

Please withdraw the appearance of Michael P. Sams on behalf of the interested party, Victory Mechanical Services, Inc. in the above captioned matter.

				Respectfully Submitted,
				Victory Mechanical
				By its attorneys,


				/s/ Michael P. Sams
				Michael P. Sams, Esq., BBO #567812
				mpsams@KandSlegal.com
				Kenney & Sams, P.C.
				Southborough Place
				134 Turnpike Rd.
				Southborough, MA 01772
				P: 508.490.8500
				F: 508.490.8501

1

## **CERTIFICATE OF SERVICE**

I, Michael P. Sams, do hereby certify that I have electronically served the foregoing on the counsel of record listed:

Date: June 26, 2015                              /s/ Michael P. Sams
                                                 Michael P. Sams, Esq.