# EXHIBIT 4

| | |
|---|---|
| From: | Hampton, David (AGO) <david.hampton@state.ma.us> on behalf of Hampton, David (AGO) |
| Sent: | Wednesday, April 29, 2015 12:01 PM |
| To: | Jeremy C. Cain |
| Cc: | Chris J. Tardio; Matt H. Cline; Kehoe, Ronald (AGO); Barry, Diane E (AGO) |
| Subject: | RE: MDL 2419: Subpoena Duces Tecum to Massachusetts Board of Registration in Pharmacy dated March 18, 2015 |

Hi Jeremy,

I agree that it makes sense to speak again in a few days about the notice and subpoena duces tecum. I am working with the client right now on a proposal, including an estimate of costs, for the preparation of a designee and production in response to the duces tecum, so it would be more efficient to get that to you before we schedule another call. As for the definition of "traditional compounding," it is as follows:

> "Traditional compounding" is the practice in which a licensed pharmacist, or a licensed physician, or, in the case of an outsourcing facility, a person under the supervision of a licensed pharmacist, combines, mixes, or alters ingredients of a drug to create a medication tailored to the needs of an individual patient for an identified individual patient based on receipt of a valid prescription, and meeting the criteria in 21 USC § 353a.

We plan to get a proposal to you in the next few days.

Kind regards,
Dave Hampton

---

David Hampton
Assistant Attorney General, Trial Division
(617) 963-2572
david.hampton@state.ma.us

---

**From:** Jeremy C. Cain [mailto:jeremy@gideoncooper.com]
**Sent:** Wednesday, April 29, 2015 12:00 PM
**To:** Hampton, David (AGO)
**Cc:** Chris J. Tardio; Matt H. Cline; Kehoe, Ronald (AGO)
**Subject:** RE: MDL 2419: Subpoena Duces Tecum to Massachusetts Board of Registration in Pharmacy dated March 18, 2015

Hi David,

I am following up on the matters we discussed on our conference call last week regarding our 30(b)(6) Notice and subpoena *duces tecum* to the Massachusetts Board of Registration in Pharmacy. Will you please provide us with a copy of your proposed definitions for the terms in the notice related to "large-scale compounding" and "traditional compounding?" Also, we want to continue working toward an agreement on the logistics and scope of document production. Can we schedule another call sometime in the next few days to discuss?

Thanks,

Jeremy Cain

1

Gideon, Cooper & Essary, PLC
315 Deaderick Street, Suite 1100 | Nashville, TN 37238
E-mail - jeremy@gideoncooper.com
Phone - (615) 254-0400 | Fax - (615) 254-0459

---

**From:** Hampton, David (AGO) [mailto:david.hampton@state.ma.us]
**Sent:** Wednesday, April 22, 2015 2:13 PM
**To:** Kehoe, Ronald (AGO); Jeremy C. Cain
**Cc:** Chris J. Tardio; Matt H. Cline; Berg, Vita P (DPH); Strong, James (DPH); ScurriaMorgan, Elizabeth (DPH)
**Subject:** RE: MDL 2419: Subpoena Duces Tecum to Massachusetts Board of Registration in Pharmacy dated March 18, 2015

Dear all:

For Friday's call, I have arranged a different conference line with a higher capacity. The details are as follows:

## US/CAN Toll Free: 1-877-820-7831

### Participant Passcode: 521604 (#)

Best,
Dave

---

David Hampton
Assistant Attorney General, Trial Division
(617) 963-2572
david.hampton@state.ma.us