# EXHIBIT 7

## Food and Drug Administration Establishment Inspection Report

FEI: 3003623877  Inspection Start Date: 10/24/2002  Inspection End Date: 02/10/2003
Firm Name & Address: New England Compounding Center, 697 Waverly Street Framingham, MA 01720 US

Related Firm FEI:   Name & Address of Related Firm:

Registration Type  Registration Date:
There are no Registration Types

Establishment Type  Industry Code
M   Manufacturer  60  Human and Animal Drugs
M   Manufacturer  64  Human and Animal Drugs

District Use Code:

Date: 10/10/2012  Page: 2 of 6

Mass BOP-00916

## Food and Drug Administration Establishment Inspection Report

FEI: 3003623877  
Inspection Start Date: 10/24/2002  Inspection End Date: 02/10/2003  
Firm Name & Address: New England Compounding Center, 697 Waverly Street Framingham, MA 01720 US

Inspection Basis:  Surveillance

### Inspected Processes & District Decisions

| PAC | Establishment Type | Products/Process | MQSA Insp Date | Reschedule Re-Inspection Priority | Inspection Conclusions |
|---|---|---|---|---|---|
| 56D015 | Manufacturer | 64  L  C  K | | Surveillance | Correction Indicated (CI) |
| | | | | District Decision Made By | Org Name |
| | | | | Boivin, William S | NWE-DRUGS |

Final Decision? Y  
District Decision Date: 03/07/2003  
District Decision Type: Referred to State (RTS)

Remarks:

| PAC | Establishment Type | Products/Process | MQSA Insp Date | Reschedule Re-Inspection Priority | Inspection Conclusions |
|---|---|---|---|---|---|
| 56002 | Manufacturer | 64  L  C  K | | Surveillance | Correction Indicated (CI) |
| | | | | District Decision Made By | Org Name |
| | | | | Boivin, William S | NWE-DRUGS |

Final Decision? Y  
District Decision Date: 03/07/2003  
District Decision Type: Referred to State (RTS)

Remarks:

Date: 10/10/2012                    Page: 3 of 6

Mass BOP-00917

# Food and Drug Administration Establishment Inspection Report

FEI: 3003623877    Inspection Start Date: 10/24/2002    Inspection End Date: 02/10/2003

Firm Name & Address: New England Compounding Center, 697 Waverly Street Framingham, MA 01720 US

## Products Covered

| Product Code | Est Type | Description | Additional Product Description |
|---|---|---|---|
| 64 L C K 07 | Manufacturer | Betamethasone Sodium Phosphate (Glucocorticoid); Human - Rx/Single Ingredient; Sterile Liquid | in amber vial |
| 64 L C K 45 | Manufacturer | Methylprednisolone Acetate (Glucocorticoid); Human - Rx/Single Ingredient; Sterile Liquid | in amber vial |

## Assignees Accomplishment Hours

| Employee Name | Position Class | Hours Credited To | PAC | Establishment Type | Process | Hours |
|---|---|---|---|---|---|---|
| Joyce, Kristina M | INV | NWE-DO | 56D015 | Manufacturer | 64 L C K | 200 |
| Dewoskin, Daryl A | INV | NWE-DO | 56D015 | Manufacturer | 64 L C K | 35 |
| Joyce, Kristina M | INV | NWE-DO | 56002 | Manufacturer | 64 L C K | 20 |
| Dewoskin, Daryl A | INV | NWE-DO | 56002 | Manufacturer | 64 L C K | 15 |
| | | | | | Total Hours: | 270 |

Mass BOP-00918