UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-13509-RWZ | MDL No. 1:13-md-2419-RWZ |

## ORDER APPOINTING GUARDIAN *AD LITEM*

THIS DAY CAME Petitioner Tosha Andrews, personal representative and duly qualified administrator of the Estate of Sara D. Culp (a/k/a Sara D. Andrews), deceased, ("Petitioner"), and moved the Court to appoint attorney John D. Eure as Guardian *ad litem* of Rodney Andrews, a statutory beneficiary in this wrongful death case under Virginia law.

WHEREUPON, after consideration of the Motion, the representations of counsel and the consent of the parties involved, the Court finds that John D. Eure, of the law firm Johnson Ayers & Matthews, PLC in Roanoke, Virginia is a discrete and competent attorney at law, and has given his consent to this appointment.

It is therefore ORDERED that John D. Eure is appointed Guardian *ad litem* for Rodney Andrews for the purposes of the Petition for Approval of Compromise Settlement of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55. Payment for Mr. Eure's services will be the responsibility of the petitioner.

ENTER, this _____ day of July, 2015.

_____
U.S. District Court Judge

WE ASK FOR THIS:

Date: July 1, 2015                                            Respectfully Submitted

By: /s/ Leo J.M. Boyd                                        By: /s/ Patrick T. Fennell
Stephen D. Busch, Esq. (*pro hac vice*)                      Patrick T. Fennell, Esq. (VSB 40393)
James F. Neale (*pro hac vice*)                              Crandall & Katt
Christopher E. Trible, Esq. (*pro hac vice*)                 366 Elm Avenue, S.W.
Leo J.M. Boyd, Esq. (*pro hac vice*)                         Roanoke, Virginia 24016
MCGUIREWOODS LLP                                             T: (540) 342-2000
One James Center                                             F: (540) 400-0616
901 E. Cary Street                                           pfennell@crandalllaw.com
Richmond, Virginia 23219-4030
T: (804) 775-1000                                            *Counsel for Plaintiff Tosha Andrews,*
F: (804) 775-1061                                            *Administrator of the Estate of Sara D.*
sbusch@mcguirewoods.com                                      *Culp a.k.a. Sarah D. Andrews,*
jneale@mcguirewoods.com                                      *Deceased*
ctrible@mcguirewoods.com
lboyd@mcguirewoods.com

       *Counsel for Defendants Insight Health*
       *Corp., Insight Health Services Corp.,*
       *and Insight Health Services Holdings*


By: /s/ John T. Jessee
John T. Jessee, Esq.
Nancy Reynolds, Esq.
LeClairRyan, PC
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
T: (540) 510-3018
F: (540) 510-3050
John.jessee@leclairryan.com

       *Counsel for Defendants Robert*
       *O'Brien, MD, John M. Mathis, MD,*
       *and Image Guided Pain Management*
       *PC*