UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) |
| | ) MDL No. 2419 |
| | ) Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: | ) |
| All Actions | )<br>)<br>) |

**NOTICE OF RESETTING DEPOSITION**

Please take notice that pursuant to Rule 45 and 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426) the Plaintiffs' Steering Committee will take the deposition of a representative of Cumberland Medical Center. Pursuant to subpoena issued April 20, 2015 attached hereto as Exhibit 1, and the Court's June 18, 2015 Order denying Cumberland Medical Center's Motion to Quash the Subpoena (Document #1990), the deposition is reset to take place on Wednesday, July 8, 2015 at 9:00 a.m. at the offices of Henry Fincher, 305 East Spring Street, Cookeville, Tennessee 38501. The deposition will be recorded by stenographical means and by video.

Dated:  July 2, 2015              Respectfully submitted,

/s/ Mark P. Chalos

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  (615) 313.9000
Facsimile:  (615) 313.9965
ecabraser@lchb.com
mchalos@lchb.com

*Plaintiffs' Steering Committee and Federal/State Liaison*

1264123.1

## CERTIFICATE OF SERVICE

I, Mark P. Chalos, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: July 2, 2015

      /s/ Mark P. Chalos
      Mark P. Chalos