UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION </br></br> THIS DOCUMENT RELATES TO: </br></br> Case No. 1:14-cv-13509-RWZ | MDL No. 1:13-md-2419-RWZ |

### ORDER APPOINTING GUARDIAN *AD LITEM*

THIS DAY CAME Petitioner Tosha Andrews, personal representative and duly qualified administrator of the Estate of Sara D. Culp (a/k/a Sara D. Andrews), deceased, ("Petitioner"), and moved the Court to appoint attorney John D. Eure as Guardian *ad litem* of Rodney Andrews, a statutory beneficiary in this wrongful death case under Virginia law.

WHEREUPON, after consideration of the Motion, the representations of counsel and the consent of the parties involved, the Court finds that John D. Eure, of the law firm Johnson Ayers & Matthews, PLC in Roanoke, Virginia is a discrete and competent attorney at law, and has given his consent to this appointment.

It is therefore ORDERED that John D. Eure is appointed Guardian *ad litem* for Rodney Andrews for the purposes of the Petition for Approval of Compromise Settlement of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55. Payment for Mr. Eure's services will be the responsibility of the petitioner.

ENTER, this ___2d___ day of July, 2015.

_____
U.S. District Court Judge