**SERVICE OTHER THAN BY VIRGINIA SHERIFF**  Case No. 1:14-CV-13507-RWZ
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

U.S. District Court ~~Circuit Court~~ District of Mass.

Debra Buchanan, Executor v. Insight Health Corp., ET AL

Debra Buchanan

is the name and address of the person upon whom service of the following is to be made:

7/3/15 [ ] Summons and Complaint

[X] Notice of Hearing with documents attached

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

   or,

   [X] I am a private process server (list name, address and telephone number below).

   Selena Parsons
   1183 Hunters Drive
   New Castle, VA 24127    c: 540.765.7006

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

   — Date and time of service: July 3, 2015 @ 10:25 am
   — Place of service: 265 Station Dr. Martinsville, VA 24112
     STREET ADDRESS, CITY AND STATE
   — Method of service:

   [ ] Personal Service      [ ] Not Found
   [X] Being unable to make personal service, a copy was delivered in the following manner:
     [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party ...........
     [X] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).
     [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.
         DATE OF MAILING

July 3, 2015                    Selena Parsons
DATE                             SIGNATURE

Name (Print or Type) Selena Parsons

State/Commonwealth of Virginia, [X] City [ ] County of Roanoke

Subscribed and sworn to/affirmed before me this 3 day of July, 20 15

by Selena Parsons                Private Investigator
   PRINT NAME OF SIGNATORY        TITLE

7/3/2015                          Holly R Wood
DATE                              NOTARY PUBLIC (My commission expires ...)
                                  Registration No. ...

HOLLY RENEÉ WOOD
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION #7610556
MY COMMISSION EXPIRES JUNE 30, 2018

FORM CC-1407 MASTER 10/10

**SERVICE OTHER THAN BY VIRGINIA SHERIFF**   Case No. 1:14-CV-13507-RWZ
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

U.S. District Court ~~Circuit Court~~ District of Mass.

Debra Buchanan, Executor v. Insight Health Corp. ET AL

Peggy Parsons-Powell

is the name and address of the person upon whom service of the following is to be made:

[×] Summons and Complaint
[×] Notice of hearing with documents attached

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

   or,

   [×] I am a private process server (list name, address and telephone number below).

   Selena Parsons
   1183 Hunters Drive
   New Castle, VA 24127          c: 540.765.7006

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

   — Date and time of service: ..........
   — Place of service: 105 Station Drive, Martinsville, VA 24112
     STREET ADDRESS, CITY AND STATE
   — Method of service:

   | [ ] Personal Service | [ ] Not Found |

   [×] Being unable to make personal service, a copy was delivered in the following manner:
   [×] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport.
   List name, age of recipient, and relation of recipient to party
   Father: Walter Parsons

   [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).

   [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.
   DATE OF MAILING

July 3, 2015                                    Selena Parsons
DATE                                            SIGNATURE

Name (Print or Type) Selena Parsons

State/Commonwealth of Virginia , [×] City [ ] County of Roanoke

Subscribed and sworn to/affirmed before me this 3 day of July , 20 15

by Selena Parsons                               Private Investigator
PRINT NAME OF SIGNATORY                         TITLE

7/3/2015                                        Holly R Wood
DATE                                            NOTARY PUBLIC (My commission expires ..........
                                                Registration No. ..........

HOLLY RENEÉ WOOD
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION #7610556
MY COMMISSION EXPIRES JUNE 30, 2018

FORM CC-1407 MASTER 10/10

# SERVICE OTHER THAN BY VIRGINIA SHERIFF
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

Case No. 1:14-CV-13507-RWZ

___U.S. DISTRICT COURT___ ~~Circuit Court~~ DISTRICT OF MASS.

___DEBRA BUCHANAN, EXECUTOR___ v. ___INSIGHT HEALTH CORP. ET AL.___

Walter Parsons

is the name and address of the person upon whom service of the following is to be made:

[AP 7/3/15 ☒] Summons and Complaint
[☒] Notice of Hearing with documents attached

I, the undersigned, swear/affirm that
1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

   or,

   [×] I am a private process server (list name, address and telephone number below).

   Selena Parsons
   1183 Hunters Drive
   New Castle, VA 24127    c: 540.765.7006

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.
   — Date and time of service: July 3, 2015 @ 10:15am
   — Place of service: 280 Station Dr. Martinsville VA 24112
     STREET ADDRESS, CITY AND STATE
   — Method of service:

   | [×] Personal Service | [ ] Not Found |
   
   [ ] Being unable to make personal service, a copy was delivered in the following manner:
   [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party ..............
   [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).
   [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.
   DATE OF MAILING

July 3, 2015            _Selena Parsons_
DATE                    SIGNATURE

Name (Print or Type) Selena Parsons
State/Commonwealth of VIRGINIA, [×] City [ ] County of Roanoke
Subscribed and sworn to/affirmed before me this 3 day of July, 20 15
by Selena Parsons                          Private Investigator
   PRINT NAME OF SIGNATORY                 TITLE

7/3/2015                                   _Holly R Wood_
DATE        NOTARY PUBLIC (My commission expires ......
            Registration No. ......

HOLLY RENEE WOOD
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION #7610556
MY COMMISSION EXPIRES JUNE 30, 2018

FORM CC-1407 MASTER 10/10