UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| This Document Relates to: | ) ) |
| 1:14-cv-12421-RWZ: Baker v. Insight, et al. | ) MDL No. 1:13-md-2419-RWZ |
| 1:14-cv-12905-RWZ: Epperly v. Insight, et al. | ) |
| 1:14-cv-12908-RWZ: McFarlane v. Insight, et al. | ) |
| 1:14-cv-12910-RWZ: Smith v. Insight, et al. | ) |
| 1:14-cv-12916-RWZ: Kalinoski v. Insight, et al. | ) |
| 1:14-cv-12917-RWZ: Filson v. Insight, et al. | ) |
| 1:14-cv-12919-RWZ: Bradley v. Insight, et al. | ) |
| 1:14-cv-12924-RWZ: Foutz v. Insight, et al. | ) |
| 1:14-cv-12927-RWZ: Whitlow v. Insight, et al. | ) |
| 1:14-cv-12928-RWZ: Harris v. Insight, et al. | ) |
| 1:14-cv-12929-RWZ: Smith v. Insight, et al. | ) |
| 1:14-cv-12930-RWZ: Holbrook v. Insight, et al. | ) |
| 1:14-cv-12931-RWZ: Courtney v. Insight, et al. | ) |
| 1:14-cv-12933-RWZ: Wertz v. Insight, et al. | ) |
| 1:14-cv-12937-RWZ: Johnston v. Insight, et al. | ) |
| 1:14-cv-12938-RWZ: Brown v. Insight, et al. | ) |
| 1:14-cv-12939-RWZ: Shuck v. Insight, et al. | ) |
| 1:14-cv-12940-RWZ: White v. Insight, et al. | ) |
| 1:14-cv-12941-RWZ: Brown v. Insight, et al. | ) |
| 1:14-cv-12942-RWZ: Artis v. Insight, et al. | ) |
| 1:14-cv-12978-RWZ: Bender v. Insight, et al. | ) |
| 1:14-cv-13496-RWZ: Neal v. Insight, et al. | ) |
| 1:14-cv-13504-RWZ: Austin, et al. v. Insight, et al. | ) |
| 1:14-cv-13505-RWZ: Agnew, et al. v. Insight, et al. | ) |
| 1:14-cv-13507-RWZ: Buchanan v. Insight, et al. | ) |
| 1:14-cv-13508-RWZ: Miller v. Insight, et al. | ) |
| 1:14-cv-13509-RWZ: Andrews v. Insight, et al. | ) |
| 1:14-cv-13510-RWZ: Bishop v. Insight, et al. | ) |
| 1:14-cv-13511-RWZ: Bell, et al. v. Insight, et al. | ) |
| 1:14-cv-13578-RWZ: Vineyard v. Insight, et al. | ) |
| 1:14-cv-13580-RWZ: Boggs v. Insight, et al. | ) |
| 1:14-cv-13583-RWZ: Brown v. Insight, et al. | ) |
| 1:14-cv-13584-RWZ: Linthicum v. Insight, et al. | ) |
| 1:14-cv-13586-RWZ: Morris v. Insight, et al. | ) |
| 1:14-cv-13587-RWZ: Stoots v. Insight, et al. | ) |

| | |
|---|---|
| 1:14-cv-13589-RWZ: Taliaferro v. Insight, et al. | ) |
| 1:14-cv-13831-RWZ: Mitchell v. Insight, et al. | ) |
| 1:14-cv-13975-RWZ: Carr v. Insight, et al. | ) |
| 1:14-cv-14525-RWZ: Lester v. Insight, et al. | ) |
| 1:14-cv-14538-RWZ: Clemons v. Insight, et al. | ) |
| 1:14-cv-14542-RWZ: Gaskins v. Insight, et al. | ) |
| 1:14-cv-14552-RWZ : Fidler, et al. v. Insight, et al. | ) |
| 1:14-cv-14698-RWZ: Proffitt v. Insight, et al. | ) |
| 1:14-cv-14700-RWZ : Walker v. Insight, et al. | ) |
| 1:14-cv-14702-RWZ : Huff v. Insight, et al. | ) |
| 1:14-cv-14705-RWZ : Cuddy-Taylor v. Insight, et al. | ) |
| | ) |

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 83.5.6(a), counsel for Insight Health Corp., Insight Health Services Corp., and Insight Health Services Holdings (collectively "Insight") in MDL 2419 provide notice of their change of address. Effective July 1, 2015, the following Insight attorneys will have the new office address indicated below:

> Stephen D. Busch (pro hac vice)
> Diane Flannery (pro hac vice)
> Christopher E. Trible (pro hac vice)
> Leo J.M. Boyd (pro hac vice)
> Nicholas R. Kennedy (BBO# 682936)
> Lena L. Busscher (pro hac vice)
> McGUIREWOODS LLP
> Gateway Plaza
> 800 East Canal Street
> Richmond, Virginia 23219-3916

E-mail addresses and telephone numbers for these attorneys will not change.

Date: July 3, 2015                          Respectfully Submitted

By: /s/ Leo J.M. Boyd
Stephen D. Busch, Esq. (pro hac vice)
James F. Neale (pro hac vice)
Diane Flannery (pro hac vice)
Christopher E. Trible, Esq. (pro hac vice)
Leo J.M. Boyd, Esq. (pro hac vice)
Nicholas R. Kennedy (BBO# 682936)
Lena L. Busscher (pro hac vice)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
T: (804) 775-1000
F: (804) 775-1061
sbusch@mcguirewoods.com
jneale@mcguirewoods.com
dflannery@mcguirewoods.com
ctrible@mcguirewoods.com
lboyd@mcguirewoods.com
lbusscher@mcguirewoods.com
nkennedy@mcguirewoods.com

*Counsel for Defendants Insight Health Corp., Insight Health Services Corp., and Insight Health Services Holdings*

**CERTIFICATE OF SERVICE**

I certify that, on July 3, 2015, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Leo J.M. Boyd
Leo J.M. Boyd

68651104_1