UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>1:14-cv-12978-RWZ: Bender v. Insight Health Corp., *et al.* | MDL No. 1:13-md-2419-RWZ |

**INSIGHT HEALTH CORP.'S ANSWER TO PETITION FOR APPROVAL OF COMPROMISE SETTLEMENT OF VIRGINIA WRONGFUL DEATH CLAIM PURSUANT TO VA. CODE § 8.01-55**

Respondent, Insight Health Corp. ("Respondent"), by counsel, responds to the Petition for Approval of Compromise Settlement of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55 (June 26, 2015) (MDL 2419 Doc. No. 2021) ("Petition"), as follows:

1. Petitioner filed his Petition on June 26, 2015;

2. Respondent does not oppose the Petition and joins Petitioner in requesting the Court's approval of the proposed settlement and compromise of the claims referenced therein;

3. Respondent denies any and all liability associated with the death of Ralph James Irace, Jr.;

4. The Petition acknowledges that Respondent is compromising the Petitioner's claim to damages without admitting liability and specifically denying the same;

5. The Petition seeks approval of the settlement and compromise of disputed claims noting the uncertainties and expense of litigation.

WHEREFORE, Respondent, Insight Health Corp., by counsel, respectfully requests that the Court grant the Petition and approve the compromise settlement referenced therein.

Respectfully Submitted

Date: July 3, 2015

INSIGHT HEALTH CORP.

By: /s/ Leo J.M. Boyd

Stephen D. Busch (*pro hac vice*)
James F. Neale (*pro hac vice*)
Christopher E. Trible (*pro hac vice*)
Leo J.M. Boyd (*pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
T: (804) 775-1000
F: (804) 775-1061
sbusch@mcguirewoods.com
jneale@mcguirewoods.com
ctrible@mcguirewoods.com
lboyd@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

**CERTIFICATE OF SERVICE**

I certify that, on July 3, 2015, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Leo J.M. Boyd
Leo J.M. Boyd