UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |
| This document relates to: ) ) | |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No: 1:14-cv-14019-RWZ ) ) ) | |
| Armetta v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ ) ) ) | |
| Torbeck v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14023-RWZ ) ) ) | |
| Kashi v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ ) ) ) | |
| Bowman v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ ) ) ) | |
| Dreisch v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ ) ) ) | |
| Davis v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ ) ) ) | |
| Farthing v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ ) ) | |

## ORDER REGARDING DEFENDANTS BOX HILL SURGERY CENTER, LLC, RITU T. BHAMBHANI, M.D., AND RITU T. BHAMBHANI, M.D., LLC'S MOTIONS TO DISMISS

UPON CONSIDERATION of Defendants Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC's Motion to Dismiss the claims in the above-captioned actions, any supportive memoranda, oppositions, replies, and oral arguments, it is hereby this _____ day of _____, 2015, ORDERED that:

(1) Defendants' Motion to Dismiss as to claims for strict liability by relevant Plaintiffs in the above-referenced cases and any case subsequently filed against these Defendants is hereby GRANTED and the same claims are DISMISSED;

(2) Defendants' Motion to Dismiss as to claims for violations of the Maryland Consumer Protection Act by relevant Plaintiffs in the above-referenced cases and any case subsequently filed against these Defendants is hereby GRANTED and the same claims are DISMISSED;

(3) Defendants' Motion to Dismiss as to claims for violations of Massachusetts consumer protection statutes by relevant Plaintiffs in the above-referenced cases and any case subsequently filed against these Defendants is hereby GRANTED and the same claims are DISMISSED; and

(4) Defendants' Motion to Dismiss as to claims for punitive damages by relevant Plaintiffs in the above-referenced cases and any case subsequently filed against these Defendants is hereby GRANTED and the same claims are DISMISSED;

IT IS SO ORDERED.

_____
The Honorable Rya Zobel
U.S. District Court, District of Massachusetts

cc: Patricia Kasputys
Sharon Houston
Michael Coren
Gregory K. Kirby