# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>1:14-cv-12941-RWZ: Brown v. Insight Health Corp., *et al.*<br>1:14-cv-12978-RWZ: Bender v. Insight Health Corp., *et al.*<br>1:14-cv-13496-RWZ: Neal v. Insight Health Corp., *et al.*<br>1:14-cv-13507-RWZ: Buchanan v. Insight Health Corp., *et al.*<br>1:14-cv-13508-RWZ: Miller v. Insight Health Corp., *et al.*<br>1:14-cv-13509-RWZ: Andrews v. Insight Health Corp., *et al.*<br>1:14-cv-13510-RWZ: Bishop v. Insight Health Corp., *et al.*<br>1:14-cv-14542-RWZ: Gaskins v. Insight Health Corp., *et al.* | MDL No. 1:13-md-2419-RWZ |

## ORDER

THIS DAY CAME Defendant Insight Health Corp. ("Insight") upon Insight Health Corp.'s Motion to Enter Orders Approving Virginia Wrongful Death Settlements under Individual Docket Numbers. The Court, finding it proper to do so,

HEREBY ADJUDGES, ORDERS and DECREES that:

1. Insight shall file each Petition and related Answer in the Virginia Wrongful Death Actions in the appropriate individual case listed above; and

2. Further orders pertaining to the above-listed cases shall be filed in the appropriate individual cases listed above rather than the main docket for MDL 2419.

ENTERED this _____ day of July 2015.

_____
U.S. District Court Judge