# EXHIBIT 2

MDL2419

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:14-cv-12978-RWZ

Bender v. Insight Health Corp. et al  
Assigned to: Judge Rya W. Zobel  
Lead case: 1:13-md-02419-RWZ  
Member case: (View Member Case)  
related Cases: 1:14-cv-13583-RWZ  
　　　　　　　　1:14-cv-13580-RWZ  
　　　　　　　　1:14-cv-13584-RWZ  
　　　　　　　　1:14-cv-13589-RWZ  
　　　　　　　　1:14-cv-13586-RWZ  
　　　　　　　　1:14-cv-13587-RWZ  
Case in other court:  Circuit Court of the City of Roanoke, CL13-0577  
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 07/14/2014  
Jury Demand: None  
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability  
Jurisdiction: Federal Question

## Plaintiff

**Robert Dana Bender**  
*Executor of the Estate of Ralph James Irace,Jr.,DECEASED*

represented by **J. Scott Sexton**  
GENTRY LOCKE RAKES & MOORE  
PO BOX 40013  
ROANOKE, VA 24022-0013  
540-983-9379  
Fax: 540-983-9468  
Email: sexton@gentrylocke.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Insight Health Corp.**

represented by **Stephen D. Busch**  
McGuireWoods LLP  
One James Center  
901 E. Cary Street  
Richmond, VA 23219-4030  
(804) 775-4378  
Fax: 804-775-1061  
Email: sbusch@mcguirewoods.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **James F. Neale**<br>McGuireWoods LLP<br>Court Square Building<br>310 Fourth Street<br>N.E. Suite 300<br>Charlottesville, VA 22902-1288<br>(434) 977-2582<br>Email: jneale@mcguirewoods.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**MD John M. Mathis, M.D.** | represented by **John Thomas Jessee**<br>LeClair Ryan, A Professional Corporation<br>1800 Wachovia Tower, Drawer 1200<br>Roanoke, VA 24006<br>540-510-3018<br>Fax: 510-3050<br>Email: john.jessee@leclairryan.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Robert F. O'Brien, M.D.** | represented by **John Thomas Jessee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Image Guided Pain Management, P. C.** | represented by **John Thomas Jessee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2014 | 1 | NOTICE OF REMOVAL by Insight Health Corp. from Circuit Court for the City of Roanoke, case number CL13-577. (Attachments: # 1 Attachments) (Case has been Opened without the correct Removal Documents)(Johnson, Jay) (Entered: 07/14/2014) |
| 07/14/2014 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge Rya W. Zobel assigned to case. (Abaid, Kimberly) (Entered: 07/14/2014) |
| 07/14/2014 | 3 | NOTICE OF MDL CASE OPENED, Direct file in the District of Massachusetts; Bender v. Insight Health Corp. et al. In Re: New England Compounding |

|  |  |  |
|---|---|---|
|  |  | Pharmacy Products Liability Litigation, MDL 2419. (Abaid, Kimberly) (Entered: 07/14/2014) |
| 07/17/2014 | 4 | CORPORATE DISCLOSURE STATEMENT by Insight Health Corp. identifying Corporate Parent Insight Health Services Corp., Other Affiliate Diagnostic Services Holdings, Inc., Other Affiliate Insight Health Services Holding Corp. for Insight Health Corp... (Towell, Samuel) (Entered: 07/17/2014) |
| 07/30/2014 | 5 | EXHIBITS re 1 Notice of Removal by Insight Health Corp.. (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4)(Johnson, Jay) (Entered: 07/30/2014) |
| 08/06/2014 | 6 | NOTICE of Appearance by James F. Neale on behalf of Insight Health Corp. (Neale, James) (Entered: 08/06/2014) |
| 09/02/2014 | 7 | MOTION for Judgment on the Pleadings by Image Guided Pain Management, P. C., John M. Mathis, Robert F. O'Brien, MD.(Jessee, John) (Entered: 09/02/2014) |
| 09/02/2014 | 8 | MEMORANDUM in Support re 7 MOTION for Judgment on the Pleadings *Consolidated Memorandum in Support of Motion for Partial* filed by Image Guided Pain Management, P. C., John M. Mathis, Robert F. O'Brien, MD. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Jessee, John) (Entered: 09/02/2014) |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 07/06/2015 15:58:25 |||||
| **PACER Login:** | mp1188:2810168:3994037 | **Client Code:** | 0003833-0500 ||
| **Description:** | Docket Report | **Search Criteria:** | 1:14-cv-12978-RWZ ||
| **Billable Pages:** | 2 | **Cost:** | 0.20 ||