UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>1:14-cv-13509-RWZ  Andrews v. InSight, et al | MDL No. 1:13-md-2419-RWZ |

**IMAGE GUIDED PAIN MANAGEMENT, P.C., ROBERT F. O'BRIEN, M.D. AND JOHN M. MATHIS, M.D.'S ANSWER TO PETITION FOR APPROVAL OF COMPROMISE SETTLEMENT OF VIRGINIA WRONGFUL DEATH CLAIM PURSUANT TO VA. CODE § 8.01-55**

Respondents, Image Guided Pain Management, P.C., Robert F. O'Brien, M.D. and John M. Mathis, M.D. ("Respondents"), by counsel, respond to the Amended Petition for Approval of Compromise Settlement of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55 (June 30, 2015) (MDL 2419 Doc. No. 2024) ("Petition"), as follows:

1. Petitioner filed his Petition June 30, 2015;

2. Respondents do not oppose the Petition and join Petitioner in requesting the Court's approval of the proposed settlement and compromise of the claims referenced therein;

3. Respondents deny any and all liability associated with the death of Sara D. Culp;

4. The Petition acknowledges that Respondents are compromising the Petitioner's claim to damages without admitting liability and specifically denying the same;

5. The Petition seeks approval of the settlement and compromise of disputed claims noting the uncertainties and expense of litigation.

WHEREFORE, Respondents, Image Guided Pain Management, P.C., Robert F. O'Brien, M.D. and John M. Mathis, M.D., by counsel, respectfully requests that the Court grant the Petition and approve the compromise settlement referenced therein.

Respectfully Submitted

IMAGE GUIDED PAIN MANAGEMENT, P.C., JOHN M. MATHIS, M.D., and ROBERT F. O'BRIEN, M.D.

/s/ John T. Jessee
_____
John T. Jessee

John T. Jessee (Va. Bar #18745)
LeClairRyan, A Professional Corporation
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
(540) 510-3037
FAX: (540) 510-3050
john.jessee@leclairryan.com

*Counsel for Image Guided Pain Management, P.C., John M. Mathis, M.D., and Robert F. O'Brien, M.D.*

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing dated July 6, 2015.

/s/ John T. Jessee
_____
John T. Jessee