UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: ) ) Case No. 1:14-cv-13509-RWZ ) ) | |

## NOTICE OF FILING OF ANSWER AND REPORT OF GUARDIAN *AD LITEM*

Petitioner Tosha Andrews, Administrator of the Estate of Sara D. Culp, a/k/a/ Sara D. Andrews, deceased, hereby gives notice of the filing of the Answer and Report of Guardian *ad litem* for Rodney Andrews, a statutory beneficiary in this case. The Answer and Report is attached hereto as Exhibit A.

Date: July 7, 2015

Respectfully Submitted

By: /s/ Patrick T. Fennell
Patrick T. Fennell, Esq. (VSB 40393)
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
T: (540) 342-2000
F: (540) 556-0469
pfennell@crandalllaw.com

*Counsel for Plaintiff Tosha Andrews,
Administrator of the Estate of Sara D.
Culp a.k.a. Sarah D. Andrews*

## CERTIFICATE OF SERVICE

I certify that, on July 7, 2015, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and will be delivered to the following via electronic mail:

John D. Eure, Esq.
Johnson Ayers & Matthews, PLC
210 First Street, S.W., Suite 300
First Campbell Square
Roanoke, Virginia 24011-1606
Telephone: 540/767-2000
Facsimile: 540/982-1552
jeure@jamlaw.net

By: /s/ Patrick T. Fennell
Patrick T. Fennell