UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
)
) MDL No.: 1:13-md-2419-RWZ
THIS DOCUMENT RELATES TO: )
)
Case no.: 1:14-cv-13509-RWZ )
_____ )

## ANSWER AND REPORT OF GUARDIAN AD LITEM FOR RODNEY ANDREWS

The undersigned, having been appointed guardian ad litem for Rodney Andrews, a statutory beneficiary in this wrongful death case under Virginia law, answers and reports that he has familiarized himself with the facts and circumstances of the circumstances that resulted in the death of the Petitioner's decedent; has studied the terms of the Petition for Approval of Wrongful Death Settlement, together with its attachments, including the First Amended Insight Claims Resolution Facility procedures, the Settlement and Release Agreement, and the proposed Order; on July 2, 2015, served on Rodney Andrews a copy of the Petition with its attachments and the Notice of Hearing in this matter; has conferred with Rodney Andrews and explained these documents and the proposed settlement mechanism to him; and has considered whether or not it is in the best interests of Rodney Andrews to compromise the matters in controversy in this action as proposed in the Petition.

Having considered the facts and circumstances concerning the incident and all other pertinent matters, he is of the opinion that it is in the best interests of Rodney

Andrews for the Court to approve the proposed compromise settlement as set forth in the Petition. Furthermore, following discussion of these issues, Rodney Andrews has stated that he has no objection to the approval of the proposed compromise settlement as set forth in the Petition.

Accordingly, the undersigned respectfully requests that the Court protect the interests of Rodney Andrews, asks that the Court enter no order to the prejudice of Rodney Andrews, and recommends that the Court approve the compromise settlement as set forth in the Petition.

Date: July 6, 2015

Respectfully submitted,

_____
John D. Eure, Guardian ad Litem for Rodney Andrews

John D. Eure, Esquire (VSB No. 16225)
JOHNSON, AYERS & MATTHEWS, P.L.C.
Post Office Box 2200
Roanoke, Virginia  24009
Phone:  (540) 767-2033; Fax:  (540) 982-1552
E-mail: jeure@jamlaw.net
    Guardian ad Litem for Rodney Andrews