UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>1:14-cv-13508-RWZ | MDL No. 1:13-md-2419-RWZ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the Notice of Hearing attached hereto as Exhibit A, with copies of the Settlement and Release Agreement, Petition for Approval of Compromise Settlement and First Amended Insight Claims Resolution Facility Procedures attached, was served on the statutory beneficiaries in this case pursuant to Va. Code § 8.01-55. See affidavits of service attached hereto as Exhibit B.

Dated: July 7, 2015          RESPECTFULLY SUBMITTED,

/s/ Patrick T. Fennell
Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

Counsel for Tamela M. Miller, Executor of
the Estate of Sydney Creasy, deceased.

## CERTIFICATE OF SERVICE

I, Patrick T. Fennell, hereby certify that I caused a copy of the above *Notice of Service* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to those parties by operation of the Court's CM/ECF system.

Dated: July 7, 2015                             /s/Patrick T. Fennell
                                                Patrick T. Fennell, VSB 40393