IN RE: NEW ENGLAND COMPOUNDING   *   IN THE
PHARMACY, INC PRODUCTS LIABILITY
LITIGATION         *   UNITED STATES

             *   DISTRICT COURT

THIS DOCUMENT RELATES TO:    *   DISTRICT OF MASSACHUSETTS

CASE NO.   1:14-CV-13509-RWZ    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF SERVICE OF PRIVATE PROCESS SERVER

I, Evan Krause, do solemnly swear under the penalties of perjury that the statements made herein are true to the best of my knowledge, information and belief.

1.  I am a competent person over the age of eighteen not a party to this case.
2.  I served the following papers

   a.  Notice of Hearing;
   b.  Petition for Approval of Compromise ; and
   c.  Settlement and Release Agreement.

by personal delivery to :

      Katherine Shugart
      2169 Freemantle Court
      Waldorf, Maryland 20602

Date: _____7/2/15_____

           Evan Krause
           Veritas Process Services LLC
           P.O. Box 15
           Felton PA 17322-0015
           410.929.3535

DATE: 7/2/15
TIME: 6:51am
RACE: Caucasian
GENDER: Female
HT: 5'6"
WT: 160
DOB: 50's

**COST OF SERVICE $** ___175___

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 1:14-CV-13508-RWZ

**IN RE:  NEW ENGLAND COMPOUNDING PHARMACHY, INC.
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO:**          Case No: 1:14-cv-13508-
**RWZ**

For:
Mass Tort Litigation Group / Crandall & Katt
374 Elm Avenue, S.W.
Roanoke, VA 24016

Received by IBX Investigations to be served on **Tamela Miller, 175 Slade Farm Road, Bath, NC 27801**.

I, Gary E. Corbett, being duly sworn, depose and say that on the **1st day of July, 2015** at **5:24 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **NOTICE OF HEARING, PETITION FOR APPROVAL OF COMPROMISE SETTLEMENT OF VIRGINIA WRONGFUL DEATH CLAIM PURSUANT TO VA. CODE #8.01-55** with the date and hour of service endorsed thereon by me, to: **Tamela Miller** at the address of: **175 Slade Farm Road, Bath, NC 27801**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 54, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 170, Hair: Bald, Glasses: N

I certify that I am a competent person, over the age of 18 or older, and not a party to the above legal action. I solemnly affirm under the penalties of perjury that through personal knowledge, the contents of the foregoing are true.

Subscribed and Sworn to before me on the 2nd day
of July, 2015 by the affiant who is personally known
to me.

NOTARY PUBLIC

my Commission Expires: 7-24-18

Christopher C Gray
NOTARY PUBLIC
Bertie County, NC

Gary E. Corbett
Process Server

**IBX Investigations
610 W. 15th Street, Ste. 22
Washington, NC 27889
(252) 414-0008**

Our Job Serial Number: IBX-2015000022

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r