**SERVICE OTHER THAN BY VIRGINIA SHERIFF**          Case No. 1:14-CV-14542-RWZ
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

U.S. District Court                ~~Circuit Court~~ DISTRICT OF MASS.

LARRY D. Gaskins, EXECUTOR v. Insight Health Corp., ET AL
                              Larry Gaskins

is the name and address of the person upon whom service of the following is to be made:

[x] Summons and Complaint
[x] Notice of Hearing with documents attached

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

   or,

   [x] I am a private process server (list name, address and telephone number below).

   Selena Parsons
   1183 Hunters Drive
   New Castle, VA 24127          c: 540.765.7006

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

   — Date and time of service: July 2, 2015 @ 12:52 pm
   — Place of service: 108 Harwood Circle, Williamsburg, VA 23185
                       STREET ADDRESS, CITY AND STATE
   — Method of service:

   [x] Personal Service          [ ] Not Found
   [ ] Being unable to make personal service, a copy was delivered in the following manner:
       [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party _____
       [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).
       [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.
       DATE OF MAILING

July 3, 2015                              Selena Parsons
DATE                                      SIGNATURE

Name (Print or Type) Selena Parsons

State/Commonwealth of VIRGINIA, [x] City [ ] County of Roanoke

Subscribed and sworn to/affirmed before me this 3 day of July, 20 15

by Selena Parsons                         PRIVATE INVESTIGATOR
   PRINT NAME OF SIGNATORY                TITLE

7/3/2015                                  Holly R. Wood
DATE                                      NOTARY PUBLIC (My commission expires _____)
                                          Registration No. _____

HOLLY RENEÉ WOOD
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION #7610556
MY COMMISSION EXPIRES JUNE 30, 2018

FORM CC-1407 MASTER 10/10

**SERVICE OTHER THAN BY VIRGINIA SHERIFF**  Case No. 1:14-CV-14542-RWZ
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

_U.S. District Court_ ~~Circuit Court~~ _DISTRICT OF MASS_

_LARRY D. GASKINS, EXECUTOR_ v. _INSIGHT HEALTH CORP., ET AL_

Patti Gregg

is the name and address of the person upon whom service of the following is to be made:

7/31/15 [X] Summons and Complaint

[X] _Notice of Hearing w/ documents attached_

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

   or,

   [X] I am a private process server (list name, address and telephone number below).

   Selena Parsons
   1183 Hunters Drive
   New Castle, VA 24127        c: 540.765.7006

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

   — Date and time of service: _July 1, 2015 @ 12:28 pm_
   — Place of service: _2523 Jefferson St. SW Roanoke VA 24014_
     STREET ADDRESS, CITY AND STATE
   — Method of service:

   | [ ] Personal Service | [ ] Not Found |

   [X] Being unable to make personal service, a copy was delivered in the following manner:
     [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party ..........
     [X] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).
     [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.
     DATE OF MAILING

_July 3, 2015_    _Selena Parsons_
DATE              SIGNATURE

Name (Print or Type) _Selena Parsons_
State/Commonwealth of _VIRGINIA_,  [X] City [ ] County of _Roanoke_
Subscribed and sworn to/affirmed before me this _3_ day of _July_, 20 _15_
by _Selena Parsons_                                _PRIVATE INVESTIGATOR_
PRINT NAME OF SIGNATORY                             TITLE

_7/3/2015_               NOTARY PUBLIC (My commission expires ......) _Holly R Wood_
DATE                     Registration No. ........

**HOLLY RENEÉ WOOD**
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION #7610556
MY COMMISSION EXPIRES JUNE 30, 2018

FORM CC-1407 MASTER 10/10

# AFFIDAVIT OF PROCESS SERVER

U.S. District Court-District Of Massachusetts                           State of Massachusetts

**Style of the Case:** New England Compounding Pharmacy, Inc., Products Liability Litigation. This Document Relates to: 1:14-cv-14542-RWZ

**Client / Law Firm:** Crandall & Katt     **Case Number:** 1:13-md-2419-RWZ

**Internal Ref. #:** 2015001723     **Court Date:** 07-09-2015

Legal documents received by Coastal Court Services, LLC on June 30th, 2015 at 4:50 PM to be served upon James Gaskins at 4470 Deacon Drive West, Jacksonville, FL. 32225

I, **George Bell**, swear and affirm that on **June 30, 2015** at **7:00 pm**, I effectuated service of process by delivering a conformed copy of this Notice of Hearing, Petition for Approval of Compromise Settlement of Virginia Wrongful Death Claim Pursuant to Va. Code 8.01-55, Exhibits and Attachments in the following manner according to state statutes:

✓ Individual Service     ___ Substitute Service     ___ Posted Service

___ Corporate Service     ___ Other Type of Service     ___ Non-Service

___ Name of Person Served: _____ as _____

___ Vitals: M / F  Age ___ Race ___ Hair ___ Hgt ___ Wgt ___ Glasses Y / N

___ Military Status: Y / N    Branch of Military: _____

___ Marital Status: Single   Married   Divorced

___ Service Attempts: 1) ___ at ___ ; 2) ___ at ___ ; 3) ___ at ___

Supplemental Data Appropriate to this Service:
**Correct address: 4470 Beacon Dr. W., Jacksonville FL 32225**

I declare that I am 18 years of age or older, have no interest in the above action. Pursuant to fs 92.525, Under penalties of perjury, I declare that I have read the foregoing document and that the facts are true and correct to the best of my knowledge and belief.

_George Bell_
Process Server

Coastal Court Services, LLC
P.O. Box 273725
Tampa, FL 33688

(813) 871-2412

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

## RETURN OF SERVICE

State of West Virginia;
County of Kanawha, to-wit:

The foregoing **SUMMONS** with attached **Complaint** was served by _____

__John H. Bush__, being over the age of twenty-one (21),

upon __Richard Gaskins__, the location being

__1407 Connell RD.__, West Virginia,

by hand-delivery of the same to __Richard Gaskins__ on the

__2nd__ day of __July__, 2015.

_____
Process Server

Taken, subscribed and sworn to before me this __2nd__ day of __July__, 2015.

My commission expires __10-15-2018__.

(SEAL)

Official Seal
Notary Public, State of West Virginia
Paula G. Coleman
72 Waterview Lane
Elkview, WV 25071
My Commission Expires Oct. 15, 2018

_____
Notary Public

**SERVICE OTHER THAN BY VIRGINIA SHERIFF**
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

Case No. 1:14-CV-14542-RWZ
1:14-CV-14542-RWZ

U.S. District Court ~~Circuit Court~~ DISTRICT OF MASS.

Larry D. Gaskins, Executor  v.  Insight Health Corp., ET AL

Thomas Gaskins

is the name and address of the person upon whom service of the following is to be made:

[ ] Summons and Complaint
[x] Notice of hearing with documents attached

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

   or,

   [x] I am a private process server (list name, address and telephone number below).

   Selena Parsons
   1183 Hunters Drive
   New Castle, VA 24127      c: 540.765.7006

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

   — Date and time of service: JUNE 30, 2015 @ 2:42 pm
   — Place of service: 995 McKinley Rd. Middlebrook, VA 24459
      STREET ADDRESS, CITY AND STATE
   — Method of service:

   | [x] Personal Service | [ ] Not Found |

   [ ] Being unable to make personal service, a copy was delivered in the following manner:

   [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party _____

   [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).

   [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.

   DATE OF MAILING

June 30, 2015
DATE

Signature: Selena Parsons

Name (Print or Type) Selena Parsons

State/Commonwealth of VIRGINIA, [ ] City [x] County of Craig

Subscribed and sworn to/affirmed before me this 30 day of June, 20 15

by Selena Parsons
PRINT NAME OF SIGNATORY

Title: PRIVATE INVESTIGATOR

6-30-2015
DATE

NOTARY PUBLIC (My commission expires 08-31-2018)
Registration No. 7319020

[Notary stamp: KATHY ANN MARTIN, NOTARY PUBLIC, REGISTRATION # 7319020, COMMONWEALTH OF VIRGINIA, MY COMMISSION EXPIRES AUGUST 31, 2018]

FORM CC-1407 MASTER