UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION ) MDL No. 1:13-md-2419-RWZ
)
THIS DOCUMENT RELATES TO: )
)
Case No. 1:14-cv-13509-RWZ )
)

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on July 9, 2015, at 9:00 a.m. or as soon thereafter as counsel may be heard, before the Hon. Rya W. Zobel, Judge, United States District Court, sitting in the District of Massachusetts, in the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, petitioner Tosha Andrews, Administrator of the Estate of Sara D. Culp, a/k/a Sara D. Andrews, deceased, will move the court to enter an order approving a compromise settlement of a claim for the alleged wrongful death of the said Sara D. Culp, a/k/a Sara D. Andrews, pursuant to Va. Code § 8.01-55. The terms of the proposed settlement are set forth in the attached Settlement and Release Agreement, Petition for Approval of Compromise Settlement, and First Amended Insight Claims Resolution Facility Procedures.

Date: June 30, 2015

Respectfully Submitted

_____
Patrick T. Fennell, VSB 40393
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

Counsel for Tosha Andrews, Administrator
of the Estate of Sara D. Culp, a/k/a Sara D.
Andrews, deceased.