**SERVICE OTHER THAN BY VIRGINIA SHERIFF**   Case No. 1:14-CV-13509-RWZ
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

U.S. DISTRICT COURT ~~Circuit Court~~ DISTRICT OF MASS.

Tosh Andrews, Administrator v. Insight Health Corp., ET AL
Charles Andrews

is the name and address of the person upon whom service of the following is to be made:

[X] Summons and Complaint
[X] Notice of Hearing with documents attached

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

   or,

   [X] I am a private process server (list name, address and telephone number below).

   Selena Parsons
   1183 Hunters Drive
   New Castle, VA 24127        c: 540.765.7006

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

   — Date and time of service: July 2, 2015 @ 10:40am
   — Place of service: 4901 East Patrick Henry Hwy Burkeville, VA 23922
     STREET ADDRESS, CITY AND STATE
   — Method of service:

   | [ ] Personal Service | [ ] Not Found |

   [X] Being unable to make personal service, a copy was delivered in the following manner:
   
   [X] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party
   CORRECTIONAL Officer Victoria Prince
   
   [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).
   
   [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.
   
   DATE OF MAILING

July 3, 2015                    Selena Parsons
DATE                            SIGNATURE

Name (Print or Type) Selena Parsons

State/Commonwealth of VIRGINIA , [X] City [ ] County of Roanoke

Subscribed and sworn to/affirmed before me this 3 day of July , 20 15

by Selena Parsons                Private Investigator
   PRINT NAME OF SIGNATORY      TITLE

7/3/2015
DATE                 NOTARY PUBLIC (My commission expires   Holly R. Wood
                     Registration No.

HOLLY RENEÉ WOOD
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION #7610556
MY COMMISSION EXPIRES JUNE 30, 2018

FORM CC-1407 MASTER 10/10

SERVICE OTHER THAN BY VIRGINIA SHERIFF         Case No. 1:14-CV-13509-RWZ
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

U.S. District Court     ~~Circuit Court~~ DISTRICT OF MASS

Tosh Andrews, Administrator v. Insight Health Corp., ET AL

Tosha Andrews

is the name and address of the person upon whom service of the following is to be made:

[x] Summons and Complaint (4/3/15)
[x] Notice of Hearing with documents attached

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

   or,

   [x] I am a private process server (list name, address and telephone number below).

   Selena Parsons
   1183 Hunters Drive
   New Castle, VA 24127     c: 540.765.7006

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

   — Date and time of service: July 1, 2015 @ 12:40 pm
   — Place of service: 2327 Cantle Lane Roanoke, VA 24018
                       STREET ADDRESS, CITY AND STATE
   — Method of service:

   [ ] Personal Service     [ ] Not Found

   [x] Being unable to make personal service, a copy was delivered in the following manner:

   [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party _____

   [x] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).

   [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.

   DATE OF MAILING

July 3, 2015
DATE

_Selena Parsons_
SIGNATURE

Name (Print or Type) Selena Parsons

State/Commonwealth of VIRGINIA , [x] City [ ] County of Roanoke

Subscribed and sworn to/affirmed before me this 3 day of July , 2015
by Selena Parsons     Private Investigator
   PRINT NAME OF SIGNATORY     TITLE

7/3/2015
DATE

NOTARY PUBLIC (My commission expires ____ Holly R Wood
Registration No. ____

HOLLY RENEÉ WOOD
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION #7610556
MY COMMISSION EXPIRES JUNE 30, 2018

FORM CC-1407 MASTER 10/10

**SERVICE OTHER THAN BY VIRGINIA SHERIFF**     Case No. 1:14-CV-13509-RWZ
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

U.S. District Court ~~Circuit Court~~ District of MASS.

Tosh Andrews, Administrator v. Insight Health Corp., ET AL
Rodney Andrews

is the name and address of the person upon whom service of the following is to be made:

7/3/15 [x] Summons and Complaint
[x] Notice of Hearing with documents attached

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

   or,

   [x] I am a private process server (list name, address and telephone number below).

   Selena Parsons
   1183 Hunters Drive
   New Castle, VA 24127        c: 540.765.7006

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

   — Date and time of service: July 1, 2015 @ 11:00am
   — Place of service: Roanoke County Jail - 401 E. Main St. Salem VA 24153
     STREET ADDRESS, CITY AND STATE
   — Method of service:

   | [x] Personal Service | [ ] Not Found |
   |---|---|

   [ ] Being unable to make personal service, a copy was delivered in the following manner:
   [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party ........
   [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).
   [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.
   DATE OF MAILING

   July 3, 2015                    Selena Parsons
   DATE                            SIGNATURE

Name (Print or Type): Selena Parsons
State/Commonwealth of: VIRGINIA,  [x] City [ ] County of Roanoke
Subscribed and sworn to/affirmed before me this 3 day of July, 2015
by Selena Parsons                          Private Investigator
   PRINT NAME OF SIGNATORY                 TITLE

7/3/2015                                  Holly R Wood
DATE              NOTARY PUBLIC (My commission expires ........)
                  Registration No. ........

HOLLY RENEE WOOD
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION #7610556
MY COMMISSION EXPIRES JUNE 30, 2018

FORM CC-1407 MASTER 10/10

**SERVICE OTHER THAN BY VIRGINIA SHERIFF**     Case No. 1:14-CV-13509-RWZ
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

U.S. District Court ............ ~~Circuit Court~~ District of MASS.

Tosh Andrews, Administrator v. Insight Health Corp., ET AL

Nina Andrews

is the name and address of the person upon whom service of the following is to be made:

7/3/15 [✗] Summons and Complaint

[✗] Notice of Hearing with documents attached

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

   or,

   [✗] I am a private process server (list name, address and telephone number below).

   Selena Parsons
   1183 Hunters Drive
   New Castle, VA 24127     c: 540.765.7006

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

   — Date and time of service: July 1, 2015 @ 11:52 am
   — Place of service: 415 Frontier Rd. Apt. 9 Roanoke VA 24012
     STREET ADDRESS, CITY AND STATE
   — Method of service:

   [ ] Personal Service          [ ] Not Found

   [✗] Being unable to make personal service, a copy was delivered in the following manner:
   [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party ..........
   [✗] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).
   [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.
   DATE OF MAILING

July 3, 2015
DATE

Selena Parsons
SIGNATURE

Name (Print or Type) Selena Parsons

State/Commonwealth of VIRGINIA , [✗] City [ ] County of Roanoke

Subscribed and sworn ~~to~~/affirmed before me this 3 day of July , 20 15
by Selena Parsons                      PRIVATE INVESTIGATOR
PRINT NAME OF SIGNATORY                TITLE

7/3/2015
DATE

NOTARY PUBLIC (My commission expires Holly R. Wood)
Registration No. ..........

HOLLY RENEÉ WOOD
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION #7610556
MY COMMISSION EXPIRES JUNE 30, 2018

FORM CC-1407 MASTER 10/10

**SERVICE OTHER THAN BY VIRGINIA SHERIFF**   Case No. 1:14-CV-13509-RWZ
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

_U.S. District Court_ ........................... ~~Circuit Court~~ _District of Mass._

_Tosha Andrews, Administrator_ v. _Insight Health Corp., et al_

Joseph Andrews

is the name and address of the person upon whom service of the following is to be made:

[x] Summons and Complaint
[x] _Notice of Hearing with documents attached._

I, the undersigned, swear/affirm that
1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

   or,

   [x] I am a private process server (list name, address and telephone number below).

   Selena Parsons
   1183 Hunters Drive
   New Castle, VA 24127          c: 540.765.7006

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

   — Date and time of service: _July 1, 2015 @ 12:11 pm_
   — Place of service: _1625 7th St. SE Apt. 1 Roanoke, VA 24013_
     STREET ADDRESS, CITY AND STATE
   — Method of service:

   [ ] Personal Service          [ ] Not Found
   [x] Being unable to make personal service, a copy was delivered in the following manner:
     [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party ...............
     [x] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).
     [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.
     DATE OF MAILING

_July 3, 2015_     _Selena Parsons_
DATE              SIGNATURE

Name (Print or Type) _Selena Parsons_
State/Commonwealth of _Virginia_, [x] City [ ] County of _Roanoke_
Subscribed and sworn to/affirmed before me this _3_ day of _July_, 20_15_
by _Selena Parsons_       _Private Investigator_
PRINT NAME OF SIGNATORY    TITLE

_7/3/2015_                 _Holly R. Wood_
DATE                       NOTARY PUBLIC (My commission expires ...........)
                           Registration No. ...........

HOLLY RENEE WOOD
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION #7610556
MY COMMISSION EXPIRES JUNE 30, 2018

FORM CC-1407 MASTER 10/10

| | | |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC PRODUCTS LIABILITY LITIGATION | * | IN THE |
| | * | UNITED STATES |
| | * | DISTRICT COURT |
| THIS DOCUMENT RELATES TO: | * | DISTRICT OF MASSACHUSETTS |
| CASE NO.   1:14-CV-13509-RWZ | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF SERVICE OF PRIVATE PROCESS SERVER

I, Evan Krause, do solemnly swear under the penalties of perjury that the statements made herein are true to the best of my knowledge, information and belief.

1. I am a competent person over the age of eighteen not a party to this case.
2. I served the following papers

    a. Notice of Hearing;
    b. ~~Petition for Approval of Compromise~~ ; and
    c. Settlement and Release Agreement.

by personal delivery to :

Lisa Ecker, Roger Culp's Daughter
11621 Bridgeport Road
Taneytown, Maryland 21787

Date: 7/2/15

Evan Krause
Veritas Process Services LLC
P.O. Box 15
Felton PA 17322-0015
410.929.3535

The person I left the papers with acknowledged being (1) A resident of the above listed address; (2) 18 years of age or older; (3) of suitable discretion in that relationship to the defendant is ~~~~ Daughter and that (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I conclude that individual served is of suitable discretion are: She said she was Roger Culp's daughter, lives at the residence & would accept on his behalf, said she would relay the paperwork to him ASAP.

DATE: 7/2/15
TIME: 9:09 am
RACE: Caucasian
GENDER: Female
HT: 5'4"
WT: 165
DOB: 1/12/78

COST OF SERVICE $ 135

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> Case No: 1:14-cv-13509-RWZ | MDL No: 1:13-md-2419-RWZ <br><br> NOTICE OF HEARING |

## AFFIDAVIT OF SERVICE

At the time of service I was at least 18 years of age, suffering from no legal disabilities of any kind and not a party to this action. I served the following:

1. *Notice of Hearing*
2. *Petition for Approval of Compromise Settlement of Virginia Wrongful Death Claim Pursuant to VA. Code §8.01-55 and supporting documents.*

upon Brandon Andrews, a non-party to the above styled case, by handing the same to Brandon Andrews, by delivering and leaving with him personally a true and correct copy thereof, at his current address of Gwinnett County Sheriff's Department and Jail, 2900 University Parkway, Lawrenceville, Gwinnet County, Georgia 30043 on the 6th day of July, 2015 at 3:45 P.M.

Further Affiant Sayeth Naught.

John T. Sadler, Jr. – Process Server
A Supreme USA, LLC

Sworn to and subscribed before me
this 7 day of July, 2015.

NOTARY PUBLIC
My Commission Expires: 11-29-2018