UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION, | MDL No. 1:13-md-2419-RWZ |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned hereby respectfully requests that this Court enter an order granting leave for Garren R. Laymon of Magee Goldstein Lasky & Sayers, P.C. to practice before this Court *pro hac vice* as counsel to Leona E. Corker, executrix of the estate of Billy Lewis Corker, in the above-captioned case. In support of this Motion, the undersigned represents as follows:

1. Approval by this Court is required in order for Ms. Corker to take part a settlement with respect to recipients of injections relevant to the above-captioned litigation.  Ms. Corker has not filed a case that has been transferred to this Court, and thus the Court's Order on Admission of Attorneys, entered January 30, 2014, is not applicable.

2. The accompanying Certificate Under Penalty of Perjury of Garren R. Laymon, attached as **EXHIBIT A**, states that: (a) he is a member in good standing of all of jurisdictions in which he is admitted, consisting of the bars of the Commonwealth of Virginia and the State of Arizona; (b) there are currently no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; (c) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and (d) has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

2

WHEREFORE, the undersigned respectfully requests that this Court enter an order admitting Garren R. Laymon to practice before this Court *pro hac vice* as counsel to Ms. Corker, and grant such other and further relief as this Court deems just and proper.

Date: July 9, 2015                                         Respectfully submitted,

                                                           By: /s/ Steven Weiss
                                                                Steven Weiss

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July, 2015, I caused a copy of the forgoing document to be filed electronically, which caused electronic notice of the Motion to be sent to all users of the CM/ECF system who have appeared in this case.

                By: /s/ Steven Weiss
                     Steven Weiss