UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION, | MDL No. 1:13-md-2419-RWZ |
|---|---|

**ORDER GRANTING LEAVE FOR GARREN R. LAYMON TO APPEAR *PRO HAC VICE***

The matter before the Court is the Motion for Leave to Appear *pro hac vice* filed on behalf of Garren R. Laymon (the "Motion") and the supporting Certificate of Good Standing of Garren R. Laymon. Having reviewed the Motion, it is hereby

**ORDERED**

that the Motion is GRANTED in its entirety, and Garren R. Laymon is authorized to appear and practice *pro hac vice* on behalf of Leona E. Corker, executrix of the estate of Billy Lewis Corker, in the above-captioned case.

Date: _____

_____
UNITED STATES DISTRICT COURT JUDGE