UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION, | MDL No. 1:13-md-2419-RWZ |

**CERTIFICATE UNDER PENALTY OF PERJURY OF GARREN R. LAYMON**

I, Garren R. Laymon, being duly sworn, depose and certify that I am a member in good standing of the bar of every jurisdiction in which I have been admitted to permanent practice: the Commonwealth of Virginia, the State of Arizona, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Western District of Virginia, the United States District Court for the Eastern District of Virginia, the United States Bankruptcy Court for the Western District of Virginia, and the United States Bankruptcy Court for the Eastern District of Virginia. I have been admitted to practice *pro hac vice* in numerous other jurisdictions, including: the United States Bankruptcy Court for the District of Massachusetts, the United States Bankruptcy Court for the Northern District of West Virginia, the United States Bankruptcy Court for the Middle District of Pennsylvania, and the Circuit Court of Randolph County, West Virginia. I have never been sanctioned or threatened with sanctions in any jurisdiction in which I have been admitted *pro hac vice*. I have not previously had a *pro hac vice* admission to this Court or any other court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

I further attest that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, and that I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under penalty of perjury on July 8, 2015:

_____
Garren R. Laymon
Magee Goldstein Lasky & Sayers, P.C.
310 1st St. SW, Suite 1200
P.O. Box 404
Roanoke, VA 24011
Telephone: (540) 343-9800
Fax: (540) 343-9898
glaymon@mglspc.com

2