# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No.: 1:13-md-2419-RWZ |

**[PROPOSED] ORDER DISMISSING CLAIMS AGAINST SETTLING DEFENDANTS**

On June 18, 2015, this Court entered an order to show cause why all claims against certain entities and persons that, or who, entered into settlement agreements and have been granted general releases and/or channeling injunctions in the related Chapter 11 bankruptcy case of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center should not be dismissed. *See* Docket No. 1992. The time for filing objections to this Court's show cause order having expired, and this Court having received one objection, which is hereby overruled, it is hereby ORDERED that:

All claims of any type against the following settling defendants in all cases currently pending in this MDL are hereby dismissed with prejudice and with each party to bear his, her or its own costs:

- New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center;
- Alaunus Pharmaceutical, LLC;
- Ameridose, LLC;
- ARL BioPharma Inc. d/b/a Analytical Research Laboratories;
- GDC Properties Management, LLC;

1

- High Point Surgery Center;
- Surgery Center Associates of High Point, LLC;
- High Point Regional Health f/k/a High Point Regional Health System, d/b/a High Point Regional Hospital;
- Inspira Health Network, Inc. f/k/a South Jersey Health System, Inc.;
- Inspira Medical Centers, Inc. f/k/a South Jersey Hospital, Inc.;
- Liberty Industries, Inc.;
- Medical Sales Management, Inc.;
- Medical Sales Management, SW, Inc.;
- UniFirst Corporation a/d/b/a Uniclean Cleanroom Services;
- Paul Abrams;
- Joseph Alessandrini;
- Barry J. Cadden;
- Lisa M. Conigliaro Cadden;
- Glenn Chin;
- Carla Conigliaro;
- Douglas Conigliaro; and
- Gregory Conigliaro.

IT IS SO ORDERED.

_____
The Honorable Rya W. Zobel
United States District Judge

Dated: July __, 2015

2