UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ<br><br>Armetta v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ<br><br>Torbeck v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14023-RWZ<br><br>Kashi v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-v-14026-RWZ<br><br>Bowman v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ<br><br>Dreisch v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029<br><br>Davis v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ<br><br>Farthing v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-c-14036-RWZ | MDL No. 1:13-md-02419-RWZ |

**NECC POST-CONFIRMATION OFFICER'S JOINDER TO THE RESPONSE OF THE PLAINTIFFS' STEERING COMMITTEE IN RESPONSE TO OBJECTION OF DEFENDANTS BOX HILL SURGERY CENTER, LLC, RITU T. BHAMBHANI, AND RITU T. BHAMBHANI, M.D., LLC TO DISMISSAL OF CLAIMS AGAINST SETTLING DEFENDANTS AND AMERIDOSE LLC'S JOINDER TO THE RESPONSE OF THE PLAINTIFFS' STEERING COMMITTEE**

Paul D. Moore, in his capacity as the NECC Post-Confirmation Officer, hereby joins in and incorporates by reference the Plaintiffs' Steering Committee's ("PSC") Response to

Objection of Defendants Box Hill Surgery Center, LLC, Ritu T. Bhambhani and Ritu T. Bhambhani, M.D., LLC (collectively, the "Box Hill Defendants") to Dismissal of Claims against Settling Defendants (ECF. No. 2078) and Defendant Ameridose LLC's Joinder to the Response of the PSC in Response to the Opposition to Dismissal Filed by the Box Hill Defendants (ECF. No. 2080). Specifically, for the reasons set forth more fully therein, the Post-Confirmation Officer respectfully requests that this Court overrule the objection to dismissal by the Box Hill Defendants and proceed to implement dismissals of the above-captioned cases, as outlined by the PSC's Motion, ECF No. 1984.

| | |
|---|---|
| Dated: July 14, 2015<br>Boston, Massachusetts | DUANE MORRIS LLP<br><br>By: /s/ *Michael R. Gottfried*<br>Michael R. Gottfried, Esq. (BBO #542156)<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724<br>Telephone: (857) 488-4200<br>mrgottfried@duanemorris.com<br><br>*Counsel to the Post-Confirmation Officer* |

### Certificate of Service

I, Michael R. Gottfried, hereby certify that on this day, July 14, 2015, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/*Michael R. Gottfried*
Michael R. Gottfried