UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br><br> 1:14-cv-12421-RWZ: Baker v. Insight, et al. <br> 1:14-cv-12905-RWZ: Epperly v. Insight, et al. <br> 1:14-cv-12908-RWZ: McFarlane v. Insight, et al. <br> 1:14-cv-12910-RWZ: Smith v. Insight, et al. <br> 1:14-cv-12916-RWZ: Kalinoski v. Insight, et al. <br> 1:14-cv-12917-RWZ: Filson v. Insight, et al. <br> 1:14-cv-12919-RWZ: Bradley v. Insight, et al. <br> 1:14-cv-12924-RWZ: Foutz v. Insight, et al. <br> 1:14-cv-12927-RWZ: Whitlow v. Insight, et al. <br> 1:14-cv-12928-RWZ: Harris v. Insight, et al. <br> 1:14-cv-12929-RWZ: Smith v. Insight, et al. <br> 1:14-cv-12930-RWZ: Holbrook v. Insight, et al. <br> 1:14-cv-12931-RWZ: Courtney v. Insight, et al. <br> 1:14-cv-12933-RWZ: Wertz v. Insight, et al. <br> 1:14-cv-12937-RWZ: Johnston v. Insight, et al. <br> 1:14-cv-12938-RWZ: Brown v. Insight, et al. <br> 1:14-cv-12939-RWZ: Shuck v. Insight, et al. <br> 1:14-cv-12940-RWZ: White v. Insight, et al. <br> 1:14-cv-12942-RWZ: Artis v. Insight, et al. <br> 1:14-cv-13504-RWZ: Austin, et al. v. Insight, et al. <br> 1:14-cv-13505-RWZ: Agnew, et al. v. Insight, et al. <br> 1:14-cv-13511-RWZ: Bell, et al. v. Insight, et al. <br> 1:14-cv-13578-RWZ: Vineyard v. Insight, et al. <br> 1:14-cv-13580-RWZ: Boggs v. Insight, et al. <br> 1:14-cv-13583-RWZ: Brown v. Insight, et al. <br> 1:14-cv-13584-RWZ: Linthicum v. Insight, et al. <br> 1:14-cv-13586-RWZ: Morris v. Insight, et al. <br> 1:14-cv-13587-RWZ: Stoots v. Insight, et al. <br> 1:14-cv-13589-RWZ: Taliaferro v. Insight, et al. <br> 1:14-cv-13831-RWZ: Mitchell v. Insight, et al. <br> 1:14-cv-13975-RWZ: Carr v. Insight, et al. <br> 1:14-cv-14525-RWZ: Lester v. Insight, et al. <br> 1:14-cv-14538-RWZ: Clemons v. Insight, et al. <br> 1:14-cv-14552-RWZ : Fidler, et al. v. Insight, et al. <br> 1:14-cv-14698-RWZ: Proffitt v. Insight, et al. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) MDL No. 1:13-md-2419-RWZ <br> ) |

| | |
|---|---|
| 1:14-cv-14700-RWZ : Walker v. Insight, et al. | ) |
| 1:14-cv-14702-RWZ : Huff v. Insight, et al. | ) |
| 1:14-cv-14705-RWZ : Cuddy-Taylor v. Insight, et al. | ) |
| | ) |

## CONSENT DISMISSAL ORDER

THIS DAY CAME the Virginia Plaintiffs in the actions listed above and identified by name in Exhibit A hereto, (hereinafter "Virginia Plaintiffs"), by counsel, and Defendants Insight Health Corp., Insight Health Services Corp., Insight Health Services Holdings (collectively "Insight"), by counsel, and Defendants Image Guided Pain Management, P.C., John M. Mathis, M.D., and Robert F. O'Brien, M.D., by counsel, (collectively with Insight, the "Virginia Defendants"), and jointly requested this Court to enter an order dismissing all of the above-listed cases, including all cross-claims and third-party claims ("the Virginia Actions").

Based upon the agreement of the parties, the Court finds as follows:

A.  The 145 Virginia Plaintiffs identified in Exhibit A have agreed to dismiss their respective claims and the 38 separate actions also listed on Exhibit A with prejudice;

B.  The Virginia Defendants filed cross-claims against each other in some of the Virginia Actions, and have agreed to dismiss their respective cross-claims with prejudice;

C.  Insight filed and now desires to dismiss without prejudice all of its third-party claims, which were filed against Third-Party Defendants Ameridose, LLC, GDC Properties Management, Inc., Medical Sales Management, Inc., ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories, Barry J. Cadden, Lisa M. Conigliaro Cadden, Gregory A. Conigliaro, Douglas A. Conigliaro, Carla Conigliaro, Glen Chin, Linda Pino, Mark Zachem, Michael T. Thurston, Andrew Howden, and Chad Trudeau;

D.  This order is not intended to, nor shall it, affect this Court's jurisdiction as contemplated in the Tort Trust Agreement and the Trustee's motion for a partial withdrawal of reference.

E.  It is proper to dismiss all such claims under Rule 41 (a).

IT IS, THEREFORE, ADJUDGED, ORDERED and DECREED that:

1.  The Virginia Plaintiffs' claims and the Virginia Actions, as listed in Exhibit A, are dismissed with prejudice; the Virginia Defendants' cross-claims in the Virginia Actions are dismissed with prejudice; and, Insight's third-party claims in the Virginia Actions are dismissed without prejudice;

2.  Insight shall e-file a copy of this order in each of the 38 separate cases listed in Exhibit A within seven (7) days of the date hereof; and,

3.  All parties to the Virginia Actions shall bear their respective costs incurred.

ENTERED this 14th day of July 2015.

_____
Rya W. Zobel
U.S. District Court Judge

WE ASK FOR THIS:

By: /s/ J. Scott Sexton
J. Scott Sexton (*pro hac vice*)
Gentry Locke Rakes & Moore
PO BOX 40013
ROANOKE, VA 24022-0013
T: (540) 983-9379
F: (540) 983-9468
sexton@gentrylocke.com

*Counsel for Plaintiffs*

By: /s/ T. Daniel Frith III
T. Daniel Frith III, Esq.
Lauren M. Ellerman, Esq.
Frith & Ellerman Law Firm, PC
Post Office Box 8248
Roanoke, Virginia 24014
T: (540) 985-0098
lellerman@frithlawfirm.com

*Counsel for Plaintiffs*

By: /s/ H. Keith Moore
H. Keith Moore, Esq.
Cranwell & Moore, PLC
P.O. Box 11804
Roanoke, VA 24022-1804
T: (540) 342-1000
F: (540) 344-7073
keith@cranwellmoorelaw.com

*Counsel for Plaintiffs*

By: /s/ John E. Lichtenstein
John E. Lichtenstein, Esq.
LichtensteinFishwick, PLC
101 South Jefferson Street, Suite 400 (24011)
P.O. Box 601
Roanoke, Virginia 24004-060111
T: (540) 343-9711
F: (540) 343-9713
jel@vatrials.com

*Counsel for Plaintiffs*

By: /s/ Jeffrey A. Travers
Jeffrey A. Travers, Esq.
Peter A. Miller, Esq.
Michael J. Miller, Esq.
The Sherman Building
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
T: (540) 672-4224
F: (540) 672-3055
jtravers@millerfirmllc.com
mmiller@millerfirmllc.com

*Counsel for Plaintiffs*

By: /s/ P. Brent Brown
P. Brent Brown, Esq.
Brown & Jennings, PLC
30 Franklin Road, Suite 700
Roanoke, Virginia 24011
T: (540) 444-4010
F: (540) 444-4011
brent@brownjenningslaw.com

*Counsel for Plaintiffs*

By: /s/ Patrick T. Fennell
Patrick T. Fennell, Esq. (*pro hac vice*)
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
T: (540) 342-2000
F: (540) 556-0469
pfennell@crandalllaw.com

*Counsel for Plaintiff*

By: /s/ Jennifer K. M. Crawford
Russell W. Updike, Esq.
Nolan R. Nicely, Jr., Esq.
Jennifer K. M. Crawford, Esq.
WILSON, UPDIKE & NICELY
228 North Maple Avenue
P.O. Drawer 590
Covington, Virginia 24426
Covington, VA 24426
T: (540) 962-4968
F: (540) 962-8423
j.crawford@wunlawfirm.com

*Counsel for Plaintiffs*

4

By: /s/ Samantha K. Sledd
Robert T. Hall, Esq.
Samantha K. Sledd, Esq.
Hall & Sethi, PLC
12120 Sunset Hills Road
Suite 150
Reston, VA 20190
T: (703) 925-9500
F: (703) 925-9166
rthall@hallandsethi.com
sksledd@hallandsethi.com

*Counsel for Plaintiff*

By: /s/ Leo J.M. Boyd
Stephen D. Busch, Esq. (*pro hac vice*)
James F. Neale (*pro hac vice*)
Christopher E. Trible, Esq. (*pro hac vice*)
Leo J.M. Boyd, Esq. (*pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
T: (804) 775-1000
F: (804) 775-1061
sbusch@mcguirewoods.com
jneale@mcguirewoods.com
ctrible@mcguirewoods.com
lboyd@mcguirewoods.com

*Counsel for Insight Health Corp.,*
*Insight Health Services Corp., and*
*Insight Health Services Holdings*

By: /s/ John T. Jessee
John T. Jessee, Esq.
Nancy Reynolds, Esq.
LeClairRyan, PC
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
T: (540) 510-3018
F: (540) 510-3050
John.jessee@leclairryan.com

*Counsel for Defendants Robert*
*O'Brien, MD, John M. Mathis, MD,*
*and Image Guided Pain Management*
*PC*

68714244_4

# **EXHIBIT A TO CONSENT DISMISSAL ORDER**

1. Sandra F. Artis v. Insight Health Corp., et al., et al. (1:14-cv-12942-RWZ)

2. Dana Marlene Bradley v. Insight Health Corp., et al. (1:14-cv-12919-RWZ)

3. Ronnie A. Brown v. Insight Health Corp., et al. (1:14-cv-12938-RWZ)

4. Ronald T. Courtney v. Insight Health Corp., et al. (1:14-cv-12931-RWZ)

5. Trudy R. Epperly v. Insight Health Corp., et al. (1:14-cv-12905-RWZ)

6. Barbara J. Filson v. Insight Health Corp., et al. (1:14-cv-12917-RWZ)

7. Zachary Foutz v. Insight Health Corp., et al. (1:14-cv-12924-RWZ)

8. Robert Earl Harris, Jr. v. Insight Health Corp., et al. (1:14-cv-12928-RWZ)

9. Julian D. Holbrook v. Insight Health Corp., et al. (1:14-cv-12930-RWZ)

10. Chester T. Kalinoski v. Insight Health Corp., et al. (1:14-cv-12916-RWZ)

11. Pauline R. McFarlane v. Insight Health Corp., et al. (1:14-cv-12908-RWZ)

12. Odessa M. Shuck v. Insight Health Corp., et al. (1:14-cv-12939-RWZ)

13. James Wirt Smith, Jr. v. Insight Health Corp., et al. (1:14-cv-12910-RWZ)

14. Randolph E. Smith v. Insight Health Corp., et al. (1:14-cv-12929-RWZ)

15. Rose M. White v. Insight Health Corp., et al. (1:14-cv-12940-RWZ)

16. Richard A. Whitlow v. Insight Health Corp., et al. (1:14-cv-12927-RWZ)

17. Chance Everett Baker v. Insight Health Corp., et al. (1:14-cv-12421-RWZ)

18. Patrick O. Johnston v. Insight Health Corp., et al. (1:14-cv-12937-RWZ)

19. Ferman W. Wertz v. Insight Health Corp., et al. (1:14-cv-12933-RWZ)

20. Nora Bell, et al. v. Insight Health Corp., et al. (1:14-cv-13511-RWZ)
    Nora Bell
    Alma Eden
    Thomas Goodwin
    Jimmy Green
    Patricia Jennings

1

        Susan Kincanon
        Ashlee Lakin
        Virginia Milne
        Lori Morris
        Deborah Rogers
        David Rose
        Joseph Smith
        Vicki Uthus
        Regina Waddell
        Doris West
        Judith Williams

21. Gladys G. Austin, et al. v. Insight Health Corp., et al. (1:14-cv-13504-RWZ)
        Gladys G. Austin
        Richard Blankenship
        Cheryl Brogan
        Kimberly Chitwood
        Christopher Compton
        Shirley Doyle
        Renate Fariss
        Nancy Goodfellow
        Norma Hurley
        Mabel Hutcherson
        Arnold Moon
        Rosanne Moon
        Sharon Overstreet
        Mary Radford
        Audrey Ransome
        Nosworthy Reid
        Larry Hall
        Frank Haranzo, Jr.
        Susanne Hastings
        Jacob Helm
        Stuart Katz
        Melissa Marshall
        John Marsinko
        Jane McKeon
        Angela Norman
        Larry Rice
        Deanna Smith
        Stevie Thomas
        Brenda Varley
        Christine Wheeler

22. Lisa A. Agnew, et al. v. Insight Health Corp., et al. (1:14-cv-13505-RWZ)
        Lisa A. Agnew

Hilda C. Allen
David A. Barley, Jr.
Virginia L. Berger
Viola M. Bowling
Anna D. Boyd
Brenda G. Brewster
Vonda K. Broom
Ann D. Brown
Sybil A. Brown
Wilma T. Brumfield
Marvin J. Clark
Robert E. Clark
Michael D. Clemons
Rebecca T. Clodfelter
Carol S. Collins
John D. Collins, Sr.
Edward L. Conner
Oscar J. Craggett
Donald G. Crawford, Sr.
Harry M. English
Eduardo S. Figueredo
Girard S. Forry
Christy A. Fralin
Amanda J. Galarneau
Atlas L. Gaskins
Kenneth E. Hall
Robin A. Hannabass
Anthony J. Jarrett
Denise B. Jones
Bobby Steven Lugar
James W. Matthews
Virginia C Miller
Gregory L. Muse
Danny K. Nicely
John D. Nicely
Sharon G. Nipper
Charles P. Perdue, Sr.
Nancy F. Phillips
Michelle H. Powell
Vicki G. Scott
Christopher L. Sherrill
James S. Shrewsbury
Lloyd Smith
Jackie L. Stevens
David G. Stover
Johnny Taylor, Sr.

    Daniel A. Turner
    David G. Underwood
    Luz E. Velez
    Donna M. West
    Barbara D. Whittaker
    Cheryl D. Williams
    Darlene Wood
    Beverly B. Woody

23. Patricia Mitchell v. Insight Health Corp., et al. (1:14-cv-13831-RWZ)

24. Theron L. Lester v. Insight Health Corp., et al. (1:14-cv-14525-RWZ)

25. Carolyn D. Fidler, et al. v. Insight Health Corp., et al. (1:14-cv-14552-RWZ)
    Carolyn D. Fidler
    Curtis Lynn Shell
    Brian Glenn Caddell
    Richard Wayne Henegar
    Lynda Bradfield
    Elizabeth P. Kirkpatrick
    Kathy N. Cole
    Dana M. King
    Donny L. Jones
    Susan Thurlow

26. Jean Ellen Clemons v. Insight Health Corp., et al. (1:14-cv-14538-RWZ)

27. Linda Boggs v. Insight Health Corp., et al. (1:14-cv-13580-RWZ)

28. Kimberly Brown v. Insight Health Corp., et al. (1:14-cv-13583-RWZ)

29. Forrest Linthicum v. Insight Health Corp., et al. (1:14-cv-13584-RWZ)

30. Treva Morris v. Insight Health Corp., et al. (1:14-cv-13586-RWZ)

31. Allison Stoots v. Insight Health Corp., et al. (1:14-cv-13587-RWZ)

32. Denia Taliaferro v. Insight Health Corp., et al. (1:14-cv-13589-RWZ)

33. Carolyn Mae Carr v. Insight Health Corp., et al. (1:14-cv-13975-RWZ)

34. Martha Vineyard v. Insight Health Corp., et al. (1:14-cv-13578-RWZ)

35. Toni Huff v. Insight Health Corp., et al. (1:14-cv-14702-RWZ)

36. Amanda Cuddy v. Insight Health Corp., et al. (1:14-cv-14705-RWZ)

37. Basil E. Proffitt v. Insight Health Corp., et al. (1:14-cv-14698-RWZ)

38. Mary Walker v. Insight Health Corp., et al. (1:14-cv-14700-RWZ)

68717989_1

6