UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases. | )<br>)<br>)   MDL No. 1:13-md-02419-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF FILING OF NECC POST-CONFIRMATION OFFICER'S NOTICE OF NO OPPOSITION TO MOTION OF THE NECC POST-CONFIRMATION OFFICER FOR PARTIAL WITHDRAWAL OF THE REFERENCE IN CONNECTION WITH THE IMPLEMENTATION OF THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF NEW ENGLAND COMPOUNDING PHARMACY, INC.</u>**

PLEASE TAKE NOTICE THAT Paul D. Moore, in his capacity as the Post-Confirmation Officer of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center, has filed with this Court in the case *In re: New England Compounding Pharmacy, Inc. et al*, Civil Action Number 1:15-cv-12728-RWZ the *NECC Post-Confirmation Officer's Notice of No Opposition to Motion of the NECC Post-Confirmation Officer for Partial Withdrawal of the Reference in Connection with the Implementation of the Third Amended Joint Plan of Reorganization of New England Compounding Pharmacy, Inc.* (the "Notice of No Opposition"), a copy of which is attached hereto as <u>Exhibit A</u>.

| | |
|---|---|
| Dated: July 16, 2015<br>Boston, Massachusetts | DUANE MORRIS LLP<br><br>By:  /s/ *Michael R. Gottfried*<br>Michael R. Gottfried, Esq. (BBO #542156)<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724<br>Telephone: (857) 488-4200<br>mrgottfried@duanemorris.com<br><br>*Counsel to the Post-Confirmation Officer* |

2

**Certificate of Service**

I, Michael R. Gottfried, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 16, 2015.

/s/Michael R. Gottfried
Michael R. Gottfried