UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>──────────────────────────────── )<br>) <br>THIS DOCUMENT RELATES TO: )<br>)<br>All Suits Against the Saint Thomas Entities )<br>)<br>)<br>)<br>) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |

SAINT THOMAS ENTITIES' NOTICE CONFIRMING DATE OF 30(b)(6) DEPOSITION OF ARL BIOPHARMA, INC. D/B/A ANALYTICAL RESEARCH LABORATORIES

The Saint Thomas Entities[1] hereby provide notice that the oral and videotaped deposition of ARL BioPharma, Inc. ("ARL") pursuant to Federal Rule of Civil Procedure 30(b)(6) will be taken on the topics detailed below on Wednesday, July 29, 2015, beginning at 9:00 a.m. (CDT) and continuing until completed. The deposition will take place at the offices of Hartzog Conger Cason & Neville, 201 Robert S. Kerr Avenue, 1600 Bank of Oklahoma Plaza, Oklahoma City, OK 73102. The deposition will be recorded by stenographical means and by video.

ARL shall identify the person(s) who will speak on its behalf on each topic below at least seven (7) days before the deposition(s). Pursuant to Federal Rule of Civil Procedure 30(b)(6), ARL's designee(s) shall be prepared to testify regarding the following subjects:

1. The testing services provided by ARL for products compounded at the NECC facility, including the details of the tests performed and any alternative tests available;

2. All contracts applicable to testing services for product compounded at the NECC facility;

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

1

3. Communications between NECC and ARL regarding the testing services being provided for product compounded at the NECC facility;

4. The results of testing done on products compounded at the NECC facility, including the contaminated MPA at issue in the MDL;

5. ARL's policies, procedures, guidelines, standards and practices relating to sterility, fungal, potency and endotoxin testing for product compounded at the NECC facility, including whether they complied with USP 71 and/or USP 85;

6. Proper sampling of compounded product for testing;

7. Audits on the testing services provided for product compounded at the NECC facility; and

8. ARL's responses to the Saint Thomas Entities' discovery requests, including without limitation the documents produced in response.

Respectfully submitted,

 /s/ Sarah Kelly

Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 16th day of July, 2015.

*/s/ Sarah Kelly*
Sarah Kelly

2843046.1