# EXHIBIT A

*New England Compounding Pharmacy, Inc.*
*(New England Compounding Center) –*
**Inspection Report, dated 5/24/11**

The Commonwealth of Massachusetts
Executive Office of Health and Human Services
Department of Public Health
Division of Health Professions Licensure
239 Causeway Street, Suite 200
Boston, MA 02114
Office of Public Protection
(617) 973-0865 Fax (617) 973-0985 TTY (617)-973-0895

COPY

B-137

# INSPECTION REPORT

Docket No. or Staff Assignement No. _ISP-738_

Date of Inspection _5/24/11_ Pharmacy Lic. No. _DS2848_ Expiration Date _12/31/11_

Purpose of Inspection: New Store _____ Relocation _____ Compliance _✓_

Corporation Name _New England Compounding Pharmacy, Inc._

Pharmacy DBA Name _New England Compounding Center_ Store No. _____

Address _697 Waverly Street, Framingham, MA 01702_

Telephone No. _508-820-0606_ Fax No. _888-820-0583_

Manager of Record _Barry J. Cadden_ Lic. No. _PH21279_

Name of RPH Completing Form _____ Lic. No. _____

Pharmacy DEA Registration No. and Expiration Date _BN5927819   10/31/2013_

Pharmacy Hours Daily _8A - 5P_ Saturday _____ Sunday _____

Practice Setting     Community Chain _____ With Drive-thru Window _____
                     Community Independent _____ Specialty _✓_ Long Term Care _____

_Compounding Sterile & Non Sterile_

Daily Pharmacy Volume     Less than 100 _____     100 to 500 _____     Above 500 _____

_100 orders/day shipped approximately_

**PHARMACISTS**

| Name | License Number | License Status |
|------|----------------|----------------|
| 1. ✓ Barry J. Codden | PH 21239 | Current |
| 2. ████████ | ████████ | Current |
| 3. ████████ | ████████ | Current |
| 4. ████████ | ████████ | Current |
| 5. ████████ | ████████ | Current |
| 6. ████████ | ████████ | Current |
| ✓ Lisa Cadden (Conigliaro) | PH 21096 | Current |

**PHARMACY INTERNS**

| Name | License Number | License Status |
|------|----------------|----------------|
| 1. ████████ | ████████ | Current |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

**PHARMACY TECHNICIANS**

| Name | License Number | Certification Status | License Status |
|------|----------------|----------------------|----------------|
| 1. ████████ | ████████ | PTCB/Reg | Current |
| 2. ✓ ████████ | ████████ | PTCB/Reg | Current |
| 3. ████████ | ████████ | MA/Reg | Current |
| 4. ████████ | ████████ | PTCB/Reg | Current |
| 5. ✓ ████████ | ████████ | PTCB/Reg | Current |
| 6. ████████ | ████████ | PTCB/Reg | Current |

**OTHER PHARMACY STAFF including Trainees**

| Name | Position | Trainee Hours |
|------|----------|---------------|
| 1. ✓ ████████ | ████████ | PTCB/Reg  Current |
| 2. ✓ ████████ | ████████ | PTCB/Reg  Current |
| 3. ✓ ████████ | ████████ | PTCB/Reg  Current |
| 4. ████████ | ████████ | PTCB/Reg.  Current |
| 5. ✓ ████████ | ████████ | PTCB/Reg  Current |
| | | PTCA/Reg  Current |
| | | PTCB/Reg  Current |
| ✓ | | PTCB/Reg  Current |

✓ = on staff 5/24/11

| SECURITY – 247 CMR 6.02 and 21 CFR Section 1301.75(b) | YES | NO |
|---|---|---|
| ADEQUATE SECURITY SYSTEM | | |
| EVIDENCE OF SECURITY CAMERAS            37 (Cameras) | ✓ | |
| SECURITY BARRIER SEPARATES PHARMACY DEPARTMENT | ✓ | |
| PROCEDURE FOR ABSENCE OF PHARMACIST | N/A | |
| CONTROLLED SUBSTANCES ARE LOCKED IN A SECURE CABINET   CII + CIII – CV | N/A | |
| CONTROLLED SUBSTANCES ARE DISPERSED THROUGHOUT GENERAL INVENTORY | ✓ | |
| LOSS OR THEFT OF CONTROLLED SUBSTANCES (DEA FORM 106) REPORTED TO THE BOARD | N/A | |
| SECURITY/ACCESS TO PHARMACY RESTRICTED TO AUTHORIZED PERSONNEL | | ✓ |
| COMMENTS                    24/7 Security Monitoring | ✓ | |

| LICENSURE/REGISTRATION STATUS OF PHARMACY STAFF | YES | NO |
|---|---|---|
| COPIES OF PHARMACIST LICENSES ARE POSTED AND CURRENT | ✓ | |
| COPIES OF TECHNICIAN REGISTRATIONS ARE CURRENT AND AVAILABLE | ✓ | |
| PROCEDURES IN PLACE TO MAINTAIN PATIENT CONFIDENTIALITY WITH REGARD TO DISCARDED PRESCRIPTION INFORMATION (e.g. SHREDDER) | ✓ | |
| COMMENTS | | |

| STANDARDS FOR PRESCRIPTION LABELING AND FORMAT M.G.L. c. 94C, § 21 and 105 CMR 721.000 | YES | NO |
|---|---|---|
| PHARMACIST INITIALS ON LABEL AND SERIAL NO. OF Rx | ✓ | |
| "BEYOND USE" DATE IS SHOWN ON LABEL | ✓ | |
| INVENTORY LABELED WITH BRAND, OR GENERIC NAME AND MANUFACTURER, STRENGTH, LOT NUMBER, EXPIRATION DATE. OR INTERNAL CONTROL NUMBER WHICH REFERENCES MANUFACTURER AND LOT NUMBER USED | ✓ | |
| LABEL COMPLIANT WITH INTERCHANGE | | |
| PRESCRIPTION CONTAINS ALL REQUIRED INFORMATION | ✓ | |
| ORALLY COMMUNICATED PRESCRIPTIONS ARE IMMEDIATELY DOCUMENTED | ✓ | |
| COMMENTS               Labels Compliant with nature of practice | ✓ | |

| OUTDATED ITEMS/RETURN TO STOCK | YES | NO |
|---|---|---|
| QUARANTINE AREA FOR CONTROLLED SUBSTANCE RECALLS OR EXPIRED PRODUCT SEGREGATED FROM CURRENT INVENTORY | ✓ | |
| COMMENTS        General Chemical / Clean Ventures Every 6 month process). | | |

| CONTROLLED SUBSTANCE RECORDS ELECTRONICALLY TRANSMITTED PRESCRIPTIONS PMP REPORTING REQUIRMENTS 247 CMR 5.00, 105 CMR 700,  21 CFR Part 1300 – 1308 | YES | NO |
|---|---|---|
| PRESCRIPTION RECORDS ARE ON SITE AND READILY RETRIEVABLE FOR 2 YEARS | ✓ | |
| THE LAST BIENNIAL INVENTORY COMPLETED _10/5/09_ AND SHOWS BEFORE OPENING OR AFTER CLOSING | ✓ | |
| POWER OF ATTORNEY GRANTED TO PERSONS SIGNING DEA FORM 222  AND READILY AVAILABLE * | N/A | |
| POWER OF ATTORNEY FORM FOR DEA FORM 222 GRANTED TO: _____  * | N/A | |
| COMPLETE RETURN AND DESTRUCTION RECORDS OF CONTROLLED SUBSTANCES READILY AVAILABLE | ✓ | |
| EMERGENCY C-II  PRESCRIPTION RECORDS ARE COMPLETE AND PROPERLY FILED  N/A | | |
| SCHEDULE II PRESCRIPTION DATA (PMP) TRANSMITTED BY COMPUTER ON TIME (247 CMR 5.04) | ✓ | |
| CENTRAL RECORD KEEPING AUTHORITY FILED WITH DEA | | ✓ |
| DEA ORDER FORMS FILLED OUT COMPLETELY, INCLUDING DATE AND QUANTITY RECEIVED | ✓ | |
| CII ORDER FORMS RECONCILED SATISFACTORILY | ✓ | |
| CIII-V INVOICES RECONCILED SATISFACTORILY | ✓ | |
| DAILY REPORTS  ARE AVAILABLE, VERIFIED, AND SIGNED BY ALL PHARMACISTS INVOLVED ✓✓ | N/A | |
| CII PERPETUAL INVENTORY RECONCILED WITHIN 10 DAYS | | |
| COMMENTS  ✶ Registrant is owner  ✶✶ Each Formulation sheet signed by R.Ph. | | |

| TRANSFER OF PRESCRIPTIONS - 247 CMR 9.02 | YES | NO |
|---|---|---|
| CORRECT TRANSFER RECORDS ARE MAINTAINED AND READILY AVAILABLE | N/A | |
| DAILY REPORTS ARE AVAILABLE, VERIFIED AND SIGNED BY ALL PHARMACISTS INVOLVED ✶ | N/A | |
| PATIENT PROFILES ARE MAINTAINED | ✓ | |
| COMMENTS  ✶ Each Formulation sheet signed by R.Ph. | | |

| EQUIPMENT and REFERENCE SOURCES - 247 CMR 6.01 | YES | NO |
|---|---|---|
| COMPUTER SOFTWARE NAME: _PK Software_ | ✓ | |
| TORSION BALANCE AND WEIGHTS          SEALED DATE _1/2011 (All scales)_ | ✓ | |
| COMPOUNDING LOG MAINTAINED | ✓ | |
| APPROPRIATELY SIZED SAFETY CONTAINERS AVAILABLE AND USED ROUTINELY (16 CFR 1700) | ✓ | |
| CURRENT COPY OR E-VERSION OF APPROPRIATE COMPENDIA REFERENCE AVAILABLE | ✓ | |
| CURRENT COPY OR E-VERSION OF MA BOARD OF PHARMACY REGULATIONS AVAILABLE | ✓ | |
| CURRENT COPY OR E-VERSION OF MA LIST OF INTERCHANGEABLE DRUGS AVAILABLE | ✓ | |

| CONTINUOUS QUALITY IMPROVEMENT (CQI) PROGRAM QUALITY RELATED EVENTS (QRE) - 247 CMR 15.00 | YES | NO |
|---|---|---|
| CURRENT COPY OR E-VERSION OF CQI PROGRAM AVAILABLE | ✓ | |
| QRE RECORDS (2 YEARS) ARE MAINTAINED IN AN ORDERLY MANNER AND FILED BY DATE | ✓ | |
| PHARMACY PROVIDES PERSONNEL WITH ONGOING CQI EDUCATION AT LEAST ANNUALLY | ✓ | |
| POLICY AND PROCEDURES ON SITE RELATED TO THE HANDLING OF MEDICATION ERRORS | ✓ | |
| COMMENTS | | |

| PATIENT COUNSELING M.G.L. c. 94C, § 21A and 247 CMR 6.01 and 9.07 | YES | NO |
|---|---|---|
| PATIENT COUNSELING SIGNS (11" x 14") POSTED ( INCLUDING DRIVE THRU) | ✓ | |
| ADEQUATE OFFER TO COUNSEL MADE AND DOCUMENTED | ✓ | |
| DESIGNATED CONFIDENTIAL PATIENT COUNSULTATION AREA | ✓ | |
| COUNSELING AREA ASSURES PRIVACY AND CONFIDENTIALITY | ✓ | |
| PROSPECTIVE DUR ON NEW PRESCRIPTIONS CONDUCTED | ✓ | |
| COMMENTS  2 – 3 patients /week come to conta | | |

| SANITATION - 247 CMR 6.02 and 9.01 | YES | NO |
|---|---|---|
| PHARMACY (INCLUDING SINK, REFRIGERATOR, COUNTING TRAYS, AND AUTOMATED DISPENDING MACHINES) KEPT CLEAN AND ORGANIZED | ✓ | |
| REFRIGERATOR MAINTAINED WITHING RANGE COMPLIANT WITH STORAGE OF DRUGS REQUIRING REFRIDGERATION          TEMPERATURE          ✗ | ✓ | |
| ROOM TEMPERATURE IS 59 - 77 DEGREES F. | ✓ | |
| PRESCRIPTION COUNTER IS USED ONLY FOR PREPARING PRESCRIPTIONS | ✓ | |
| PRESCRIPTION DEPARTMENT HAS SPACE ADEQUATE FOR THE SIZE AND SCOPE OF PHARMACEUTICAL SERVICES PROVIDED BY THE PHARMACY | ✓ | |
| SUFFICIENT EQUIPMENT TO COMPOUND AND DISPENSE PRESCRIPTIONS | ✓ | |
| SINK HAS HOT AND COLD RUNNING WATER | ✓ | |
| COMMENTS  ✗ Refrigerators in non sterile & sterile Areas. Temperatures that could be visual were in acceptable range (no freezer) Logs in place for all Units. | | |

| CENTRAL INTRAVENOUS ADMIXTURE SERVICE (CIVAS) 247 CMR 6.01(5)(c) | YES | NO |
|---|---|---|
| CLEAN ROOM - MINIMUM OF 72 SQUARE FEET | ✓ | |
| CLEAN ROOM ADJACENT TO PRESCRIPTION DEPARTMENT | ✓ | |
| HOODS:          HORIZONTAL       Two PSU Certified Clean Rooms VERTICAL        Hoods & Glove Boxes | ✓ | |
| CIVAS APPROVAL LETTER FROM BOARD MAINTAINED ON PREMISES  Posted in Clean Room | ✓ | |

| CENTRAL INTRAVENOUS ADMIXTURE SERVICE (CIVAS) 247 CMR 6.01(5)(c) continued | YES | NO |
|---|---|---|
| WRITTEN QUALITY ASSURANCE GUIDELINES MAINTAINED ON PREMISES | ✓ | |
| TRAINING IN STERILE PROCEDURE AVAILABLE AND CONDUCTED | ✓ | |
| ADEQUATE REFERENCE STANDARDS | ✓ | |
| ANNUAL CERTIFICATION OF LAMINAR HOOD AND CLEAN ROOM CONDUCTED | ✓ | |
| COMMENTS   S.O.P's on site   All staff trained   Aseptic training checklist   ⟩ Dedicated QA person | | |

| TECHNICIANS - 247 CMR 8.00 | YES | NO |
|---|---|---|
| PHARMACY TECHNICIANS OPERATE WITHIN THE SCOPE OF LAW AND REGULATIONS | ✓ | |
| TECHNICIANS WEAR NAME TAGS EASILY READABLE WITH TITLE AND NAME | ✓ | |
| TECHNICIANS FOLLOW DUTIES AS SPECIFIED IN WRITTEN POLICIES AND PROCEDURES | ✓ | |
| TECHNICIANS ARE SUPERVISED BY A PHARMACIST | ✓ | |
| COMMENTS | | |

| VACCINATION/CPR - 105 CMR 700.004 | YES | NO |
|---|---|---|
| PHARMACIST ADMINISTERING VACCINES TO PERSONS 18 YEARS OF AGE OR OLDER | N/A | |
| CURRENT CPR CARD | | |
| ADMINISTRATION IS CONDUCTED PURSUANT TO THE ORDER OF A PRACTIONER | | |
| DOCUMENTATION OF ACCREDITED TRAINING | | |
| COMMENTS | | |

| MANAGER OF RECORD (MOR) - 247 CMR 6.07 | YES | NO |
|---|---|---|
| MOR CAN DEMONSTRATE IMPLEMENTATION OF A CQI PROGRAM | ✓ | |
| MOR HAS COPIES OF CONFIDENTIALITY STATEMENTS FROM EACH EMPLOYEE | ✓ | |
| MOR IS RESPONSIBLE FOR ESTABLISHING AND MONITORING POLICIES AND PROCEDURES: | ✓ | |
| (a) STAFF TRAINING ONGOING | ✓ | |
| (b) TECHNICIAN MANUAL ON PREMISES   Complete Training Manual | ✓ | |
| (c) RATIO PHARMACIST TO SUPPORT PERSONNEL   1 : ≤ 2 | ✓ | |
| COMMENTS   → CPhT   Responsible for CQI   (both patient- level &   business components) | | |

| WHOLESALE DISTRIBUTOR INFORMATION | | |
|---|---|---|
| NAME(S) OF SUPPLIERS | | |

*PCCA*
*Medisca*
*Spectrum*

| GENERAL | YES | NO |
|---|---|---|
| PHARMACY GRANTED ANY WAIVERS BY THE BOARD OR DEA TO ANY LAWS OR RULES ✱ | ✓ | ✓ |
| PHARMACY SHARES A REAL-TIME COMMON DATABASE WITH OTHER PHARMACIES | | ✓ |
| PHARMACY UTILIZES THE SERVICES OF A CENTRAL FILL PHARMACY | | ✓ |
| VERIFYING PHARMACIST(S) IS DOCUMENTED | ✓ | |
| PHARMACY PERSONNEL WEAR APPROPRIATE NAME TAGS | ✓ | |
| PROCEDURE TO ENSURE ALL WHO WORK IN THE PHARMACY ARE APPROPRIATELY AND CURRENTLY REGISTERED OR LICENSED AND TRAINED TO PERFORM THEIR DUTIES | ✓ | |
| SIGN(S) POSTED REGARDING PHARMACY HOURS OF OPERATION | ✓ | |
| COMMENTS | | |

*✱ Scope of practice limited*
*Prepare this Risk*
*Sterile Injectables)*
*NOT PN Currently*

I have participated in an inspection and have reviewed the Inspection Report with the Investigator.

Print Name  BARRY J CADEN          Signature  *[signature]*

Title  Pharmacy Director          License No.  MA 21289

Investigator  *[signature]*          Date  5/24/11

*✱ Non-Sterile Labs - Creams, oral doses, Capsulations*

*✱ Service multiple states. Licensed in 48 states + 2 that don't require licensing*



**DEVAL L. PATRICK**
GOVERNOR

**TIMOTHY P. MURRAY**
LIEUTENANT GOVERNOR

**JUDYANN BIGBY, MD**
SECRETARY

**JOHN AUERBACH**
COMMISSIONER

# The Commonwealth of Massachusetts
Executive Office of Health and Human Services
Department of Public Health
Division of Health Professions Licensure
239 Causeway Street, Boston, MA 02114

COPY

Office of Public Protection
Phone: (617) 973-0865        Fax: (617) 973-0985

## REQUEST FOR STAFF ASSIGNMENT

BOARD Name: BOARD OF PHARMACY

REQUESTED BY: SAM PENTA  DATE ASSIGNED: 4/13/11

INVESTIGATOR ASSIGNED: ~~████~~  *Frisch, Bill*

Summary of Assignment: To conduct an inspection as soon as practicable of New England Compounding Center at 697 Waverly Street, Framingham pursuant to a RENOVATION/EXPANSION pharmacy department application. They intend to move into the new space on May 2nd.  The inspection can occur pre or post move.

(To Be Filled Out By Admin. Staff)

Assignment Number: ~~███~~ *ISP* 738

(To be filled out by Investigator)

**Complainant Name:** _____   Phone #: _____

Home Address: _____

City, State, Zip: _____

**Subject of Assignment:** _____    Lic #: RN _____

Home Address: _____   Phone #: _____

City, State, Zip: _____

Business Name: _____   Lic #: _____

Address: _____   Phone: _____

City, State, Zip: _____

DISPOSITION: _V/M to Mr. Cadden 4/x/11_
_Return call from B. Cadden 4/28/11. pursuing ott x2 oc's._
_Inspection scheduled for 5/24/11 @ 10AM._
_Inspection conducted 5/24/11. Tour of facility conducted._
_Reviewed security, controlled substance management, licensing_
_sterile & non-sterile processing areas, rotine inspection. C&T,_
_CMAS procedures, and Q.A. Inspection satisfactory._

Investigators Signature: _[signature]_     Date Complete: _5/24/11_

Additional Information attached: ☐ Yes    ☐ No

Sent to Board ☐      Other Disposition _____

---

(To be filled out by supervising investigator)

☐ Send to BD.     ☐ Open Complaint [Allegation Code: _____]     ☐ Task Complete

Supervisor's Signature: _____ Date: _____

---

Board Action: _____

_____

_____

☐ Reviewed by Board on _____/_____/_____

☐ Open Complaint [Allegation Code: _____]     ☐ Not Going Forward

☐ Letter sent to complainant (see attached)     ☐ OPP Staff to send letter to complainant

☐ Letter sent to licensee (see attached)     ☐ OPP Staff to send letter to licensee

☐ Additional Action Required: (please specify): _____

_____

_____

Board Staff Signature _____     Date _____



*advancing pharmacy solutions*

Received

FEB 28 2011

BOARD OF
PHARMACY

February 11, 2011

James D. Coffey, RPh, Executive Director
Massachusetts Board of Registration in Pharmacy
Department of Public Health
Division of Health Professions Licensure
239 Causeway Street, Suite 200, 2nd Floor
Boston, MA 02114

Dear Mr. Coffey,

I am pleased to inform the Massachusetts Board of Registration in Pharmacy that New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center (NECC), located at 697 Waverly Street, Framingham, MA, [Drug Store License Number 2848], is updating its facility and moving into adjacent space on or about April 30, 2011.  Our address will remain the same.  Please see floor plan attached.

New England Compounding is committed to continuous quality improvement throughout our updated facility. This space will be comprised of a new state of the art compounding pharmacy for sterile and non-sterile preparations.  We will be utilizing the latest clean room technology with isolator hoods. There will be a separate non-sterile compounding area designed with state of the art balances that have printout capabilities.  The room and hoods are certified and the room has been validated.  The facility is equipped with card access entry control technology as well as a facility-wide alarm system monitored 24/7/365 by ADT.

NECC's objective during this transition is to insure that patient care is uninterrupted.  We intend to move all medications over the weekend of April 30th - May 1st.  On Monday morning, May 2nd, we hope to have our highly trained team of experienced IV technicians and compounding pharmacists start work in our new enhanced facility.

Sincerely,

NEW ENGLAND COMPOUNDING PHARMACY, INC.
d/b/a NEW ENGLAND COMPOUNDING CENTER

Barry J. Cadden, RPh
President and Manager of Record

Phone: 508.820.0606
Toll Free: 800.994.6322
Fax: 508.820.1616

697 Waverly Street, Framingham, MA 01702

www.neccrx.com

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.
47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NECC*   TEST # : *17838*

ADDRESS :   ID # :

CITY, STATE :   MODEL # : *FS 10200*

CONTACT :   SERIAL # : *05-S-13-07*

TEL # :   LOCATION : *QA*

TEST DATE : *5-22-11*   NEW/USED : *USED*

RECALL DATE : *11-30-11*   PASS/FAIL : *PASS*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE : *60-90*   FPM

R1: *84 87 85 91 86*   AO: *8"x20" = 1.11*

R2:

R3: *68 74 71 82 84*   CFM = *91*

L: *68*   H: *91*   AVG FPM: *82*

AIRFLOW GAUGE : *N/A*   IOW:   MOTOR SPEED : *40* %

### TEST RESULTS

**AIRFLOW VELOCITY:**  PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :**    PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE  PATTERNS :**  PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE  STANDARDS :**    IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 |
| ALNOR 8570, 99057020 | 9-03-10 | 822/249620 | A3 : |
| ALNOR 8575, 9161 | 9-03-10 | 822/249620 | A4 : |
| ALNOR 550, 2664 | 10-30-10 | 822/272103 | A5 |
| ATI TDA-2G, 11119 | 10-30-10 | 822/272103 | A6 |

**COMMENTS :**

[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[ ] PREFILTER(S) WITHIN TOLERANCE.
[ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.

**CERTIFIER :**

Certification and Repair of Clean Rooms and Laminar Flow Equipment

S
A
A

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT: *NECC*

TEST #: *17839*

ADDRESS:

ID #:

CITY, STATE:

MODEL #: *FS 10200*

CONTACT:

SERIAL #: *05- S - 13 - 06*

TEL #:

LOCATION: *QA*

TEST DATE: *5-22-11*

NEW/USED: *Used*

RECALL DATE: *11-30-11*

PASS/FAIL: *PASS*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE: *60 - 90* FPM

*AO: 8" x 20" = 1.11* $FT^2$

R1: *82  86  92  87  91*

R2:

R3: *75 79  83  80  84*

*CFM = 93*

L: *75*   H: *92*   AVG FPM: *84*

AIRFLOW GAUGE: *N/A*   IOW:   MOTOR SPEED: *40* %

### TEST RESULTS

**AIRFLOW VELOCITY:**  PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST:**  PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS:**  PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS:**  IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST #: | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1: |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2: |
| ALNOR 8570, 99057020 | 9-03-10 | 822/249620 | A3: |
| ALNOR 8575, 9161 | 9-03-10 | 822/249620 | A4: |
| ALNOR 550, 2664 | 10-30-10 | 822/272103 | A5: |
| ATI TDA-2G, 11119 | 10-30-10 | 822/272103 | A6: |

**COMMENTS:**

[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[ ] PREFILTER(S) WITHIN TOLERANCE.
[ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.

**CERTIFIER:** *Paul O'Neill*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NECC*                    TEST # : *17979*

ADDRESS :                         ID # :

CITY, STATE :                     MODEL # : *FS 10300*

CONTACT :                         SERIAL # : *11-N-11-01*

TEL # :                           LOCATION : *CLN RM.*

TEST DATE : *5-22-11*             NEW/USED : *USED*

RECALL DATE : *11-30-11*          PASS/FAIL : *PASS*

### AIRFLOW VELOCITY

ACCEPTANCE  RANGE : *60 - 90*   FPM      *AO: 9"X 32" = 2.0 FT²*

R1:

R2:  *93  89  90  85  80*

R3:  *86  82  73  78  75*        *CFM = 166*

L: *73*   H: *93*   AVG FPM : *83*

AIRFLOW GAUGE :    *N/A*   IOW:      MOTOR SPEED : *N/A* %

### TEST RESULTS

**AIRFLOW VELOCITY:**  PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :**  PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE  PATTERNS :**  PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE  STANDARDS :**    IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | (A2 :) |
| ALNOR 8570, 99057020 | 9-03-10 | 822/249620 | A3 : |
| ALNOR 8575, 9161 | 9-03-10 | 822/249620 | A4 : |
| ALNOR 550, 2664 | 10-30-10 | 822/272103 | A5 : |
| ATI TDA-2G, 11119 | 10-30-10 | 822/272103 | (A6 :) |

COMMENTS :

[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[ ] PREFILTER(S) WITHIN TOLERANCE.
[ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.

CERTIFIER :



Certification and Repair of Clean Rooms and Laminar Flow Equipment

S
A
A

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NECC*

TEST # : *17980*

ADDRESS :

ID # :

CITY, STATE :

MODEL # : *FS 10300*

CONTACT :

SERIAL # : *11-N-11-02*

TEL # :

LOCATION : *CLN RM.*

TEST DATE : *5-22-11*

NEW/USED : *USED*

RECALL DATE : *11-30-11*

PASS/FAIL : *PASS*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE : *60 - 90* FPM

R1: *89 96 92 87 86*    AO: *8.5" x 32" = 1.89* $FT^2$

R2: *80 87 79 82 78*

R3:    CFM = *161*

L: *78*   H: *96*   AVG FPM :

AIRFLOW GAUGE : *N/A*   IOW:    MOTOR SPEED : *40* %

### TEST RESULTS

**AIRFLOW VELOCITY:** PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :** PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS :** PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :**   IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 |
| ALNOR 8570, 99057020 | 9-03-10 | 822/249620 | A3 : |
| ALNOR 8575, 9161 | 9-03-10 | 822/249620 | A4 : |
| ALNOR 550, 2664 | 10-30-10 | 822/272103 | A5 : |
| ATI TDA-2G, 11119 | 10-30-10 | 822/272103 | A6 |

**COMMENTS :**

[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[ ] PREFILTER(S) WITHIN TOLERANCE.
[ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.

**CERTIFIER :**

Certification and Repair of Clean Rooms and Laminar Flow Equipment

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NECC*                                  TEST # : *17981*

ADDRESS :                                        ID # :

CITY, STATE :                                    MODEL # : *FS 10300 M*

CONTACT :                                        SERIAL # : *05-M-17-15*

TEL # :                                          LOCATION : *CLN RM.*

TEST DATE : *5-22-11*                            NEW/USED : *USED*

RECALL DATE : *11-30-11*                         PASS/FAIL : *PASS*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE : *60-90*   FPM

*AO: 9" x 32" = 2.0 $ft^2$*

| R1: | 81 93 86 91 88 |
| R2: | |
| R3: | 84 86 74 77 80 |

*CFM = 170*

L: *74*   H: *93*   AVG FPM : *85*

AIRFLOW GAUGE :   IOW:   MOTOR SPEED : *45* %

*N/A*

### TEST RESULTS

**AIRFLOW VELOCITY:**   PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :**   PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS :**   PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :**   IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| ALNOR 8570, 99057020 | 9-03-10 | 822/249620 | A3 : |
| ALNOR 8575, 9161 | 9-03-10 | 822/249620 | A4 : |
| ALNOR 550, 2664 | 10-30-10 | 822/272103 | A5 : |
| ATI TDA-2G, 11119 | 10-30-10 | 822/272103 | A6 : |

COMMENTS :

[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[ ] PREFILTER(S) WITHIN TOLERANCE.
[ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.

CERTIFIER :   *Paul O'Neill*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

S
A
A

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NECC*                                      TEST # : *17982*

ADDRESS :                                             ID # :

CITY, STATE :                                         MODEL # : *FS 10300*

CONTACT :                                             SERIAL # : *04-S-15-01*

TEL # :                                               LOCATION : *CLN RM.*

TEST DATE : *5-22-11*                                 NEW/USED : *USED*

RECALL DATE : *11-30-11*                              PASS/FAIL : *PASS*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE : *60-90*   FPM    *AO: 8"x 32"=1.78 $FT^2$*

R1:

R2:   *86  90  88  85  86*

R3:   *78  72  83  80  83*        *CFM = 148*

L : *72*   H : *90*   AVG FPM : *83*

AIRFLOW GAUGE : *N/A*   IOW:   MOTOR SPEED : *50* %

### TEST RESULTS

**AIRFLOW VELOCITY:** PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :** PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS :** PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :**   IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| ALNOR 8570, 99057020 | 9-03-10 | 822/249620 | A3 : |
| ALNOR 8575, 9161 | 9-03-10 | 822/249620 | A4 : |
| ALNOR 550, 2664 | 10-30-10 | 822/272103 | A5 : |
| ATI TDA-2G, 11119 | 10-30-10 | 822/272103 | A6: |

**COMMENTS :**

[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[ ] PREFILTER(S) WITHIN TOLERANCE.
[ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.

**CERTIFIER :**



Certification and Repair of Clean Rooms and Laminar Flow Equipment

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NECC*

TEST # : *18577*

ADDRESS :

ID # :

CITY, STATE :

MODEL # : *FS 6 0400*

CONTACT :

SERIAL # : *05-5-13-08*

TEL # :

LOCATION : *QA LAB*

TEST DATE : *5-22-11*

NEW/USED : *USED*

RECALL DATE : *11-30-11*

PASS/FAIL : *PASSED*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE : *80 - 120*   FPM

| R1: | *108* | *104* | *101* | *105* | *113* |
| R2: | *97* | *102* | *108* | *105* | *104* |
| R3: | *100* | *102* | *100* | *97* | *112* |

*8" x 44" = 2.44*

L: *97*   H: *113*   AVG FPM: *104*   — *254*

AIRFLOW GAUGE : *N/A*   IOW:   MOTOR SPEED : *10* %

### TEST RESULTS

**AIRFLOW VELOCITY:**   PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :**   PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS :**   PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :**   IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| ALNOR 8570, 99057020 | 9-03-10 | 822/249620 | A3 : |
| ALNOR 8575, 9161 | 9-03-10 | 822/249620 | A4 : |
| ALNOR 550, 2664 | 10-30-10 | 822/272103 | A5 : |
| ATI TDA-2G, 11119 | 10-30-10 | 822/272103 | A6: |

COMMENTS :

[1] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[ ] PREFILTER(S) WITHIN TOLERANCE.
[ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.

CERTIFIER :

*EXHAUST IS SET ON LOW SPECS*

Certification and Repair of Clean Rooms and Laminar Flow Equipment



# Scientific Air Analysis, Inc.
47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE
### PARTICLE COUNT RECORDINGS

CLIENT : *NeCC*                     TEST # : *18681*

ID # :                              TEST DATE : *5-26-11*

MODEL # : *E68252*                  RECALL DATE : *11-30-11*

SERIAL # : *91436*                  NEW/USED : *USED*

LOCATION : *Cleanroom 1*            PASS/FAIL : *PASSED*

### WORK SURFACE AREA

B .5 :  ⬭ ⬭ ⬭ ⬭          ⬭ ⬭ ⬭ ⬭

F .5 :  ⬭ ⬭ ⬭ ⬭          ⬭ ⬭ ⬭ ⬭

PARTICLES PER CUBIC METERS          PARTICLES PER CUBIC FEET

### TEST RESULTS

PASS / FAIL :  THIS HOOD IS CERTIFIED AS MEETING ISO CLASS 5 IN ACCORDANCE
WITH ISO STANDARD 14644-1. THE MAXIMUM PARTICLE LIMIT FOR
COMPLIANCE TO ISO CLASS 5 AT .5 MICRON SIZE IS 3520 PARTICLES
PER CUBIC METER AND 100 PARTICLES PER CUBIC FOOT.

THE SAMPLING RATE IS 1 CFM. THE LOCATIONS SAMPLED WERE APPROXIMATELY
SIX INCHES FROM THE FRONT AND BACK OF THE UNIT AND SPACED EVENLY FROM
SIDE TO SIDE.

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| MET-ONE PARTICLE COUNTER 3M-1-115, 86291113F | 10-30-10 | 822/272103 | A1 : |
| MET-ONE PARTICLE COUNTER 3313-LLD-SS, 050601026 | 9-03-10 | 822/271458 | A2 : |

CERTIFIER :  *Stev Orlen*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT :  *NeCC*                                     TEST # :  *1868*

ADDRESS :                                             ID # :

CITY, STATE :                                         MODEL # :  *EG 8252*

CONTACT :                                             SERIAL # :  *91436*

TEL # :                                               LOCATION :  *CleanRoom 1*

TEST DATE :  *5-20-11*                                NEW/USED :  *USED*

RECALL DATE :  *11-30-11*                             PASS/FAIL :  *PASSED*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE :  *90 - 110*        FPM

R1: *106  100  92  103  101  |  103  96  97  94  102*

R2: *102  99  98  107  103  |  94  104  111  102  105*

R3: *104  109  103  112  106  |  109  102  103  101  95*

L:  *92*      H:  *111*      AVG FPM :  *102*

AIRFLOW GAUGE :  *N/a*      IOW:      MOTOR SPEED :  *25/25* %

### TEST RESULTS

**AIRFLOW VELOCITY:** PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :** PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS :** PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :** IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| ALNOR 8570, 99057020 | 9-03-10 | 822/249620 | A3 : |
| ALNOR 8575, 9161 | 9-03-10 | 822/249620 | A4 : |
| ALNOR 550, 2664 | 10-30-10 | 822/272103 | A5 : |
| ATI TDA-2G, 11119 | 10-30-10 | 822/272103 | A6 : |

**COMMENTS :**

[✓] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[✓] PREFILTER(S) WITHIN TOLERANCE.
[ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.

**CERTIFIER :**

*Steve O'Leary*

S
A
A

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NeCC*                    TEST # : *18682*

ADDRESS :                          ID # :

CITY, STATE :                      MODEL # : *E66252*

CONTACT :                          SERIAL # : *91435*

TEL # :                            LOCATION : *Cleanroom 1*

TEST DATE : *5-20-11*              NEW/USED : *USED*

RECALL DATE : *11-30-11*           PASS/FAIL : *PASSED*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE : *90 - 110*          FPM

| R1: | 94 98 105 100 112 | 98 106 95 97 107 |
| R2: | 94 103 103 104 99 | 94 92 93 100 99 |
| R3: | 99 103 106 98 102 | 91 103 108 102 108 |

L :          H : *112*          AVG FPM :

AIRFLOW GAUGE : *N/A*          IOW :          MOTOR SPEED : *25/25* %

### TEST RESULTS

**AIRFLOW VELOCITY:** PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :** PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS :** PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :**     IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| ALNOR 8570, 99057020 | 9-03-10 | 822/249620 | A3 : |
| ALNOR 8575, 9161 | 9-03-10 | 822/249620 | A4 : |
| ALNOR 550, 2664 | 10-30-10 | 822/272103 | A5 : |
| ATI TDA-2G, 11119 | 10-30-10 | 822/272103 | A6: |

### COMMENTS :

[✓] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[✓] PREFILTER(S) WITHIN TOLERANCE.
[ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.

CERTIFIER :

*Steve O'Neill*

Certification and Repair of Clean Rooms and Laminar Flow Equipment



# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE
### PARTICLE COUNT RECORDINGS

CLIENT : *NECC*

ID # :

MODEL # : *E66252*

SERIAL # : *91435*

LOCATION : *CleanRoom 1*

TEST # : *18682*

TEST DATE : *5-20-11*

RECALL DATE : *11-30-11*

NEW/USED : *USED*

PASS/FAIL : *PASSED*

### WORK SURFACE AREA

B .5 :  ⬭ ⬭ ⬭ ⬭        ⬭ ⬭ ⬭ ⬭

F .5 :  ⬭ ⬭ ⬭ ⬭        ⬭ ⬭ ⬭ ⬭

PARTICLES PER CUBIC METERS          PARTICLES PER CUBIC FEET

### TEST RESULTS

(PASS) FAIL : THIS HOOD IS CERTIFIED AS MEETING ISO CLASS 5 IN ACCORDANCE
WITH ISO STANDARD 14644-1. THE MAXIMUM PARTICLE LIMIT FOR
COMPLIANCE TO ISO CLASS 5 AT .5 MICRON SIZE IS 3520 PARTICLES
PER CUBIC METER AND 100 PARTICLES PER CUBIC FOOT.

THE SAMPLING RATE IS 1 CFM. THE LOCATIONS SAMPLED WERE APPROXIMATELY
SIX INCHES FROM THE FRONT AND BACK OF THE UNIT AND SPACED EVENLY FROM
SIDE TO SIDE.

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| MET-ONE PARTICLE COUNTER 3M-1-115, 86291113F | 10-30-10 | 822/272103 | A1 : |
| MET-ONE PARTICLE COUNTER 3313-LLD-SS, 050601026 | 9-03-10 | 822/271458 | A2 : |

CERTIFIER : *Steve O'Keefe*

Certification and Repair of Clean Rooms and Laminar Flow Equipment



# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## BIOLOGICAL SAFETY CABINET
### PARTICLE COUNT RECORDINGS

CLIENT : *Necc*                    TEST # : *18683*

ID # :                             TEST DATE : *5-22-11*

MODEL # : *SG603A*                 RECALL DATE : *11-30-11*

SERIAL # : *88020*                 NEW/USED : *USED*

LOCATION : *Cleanroom 1*           PASS/FAIL : *PASSED*

### WORK SURFACE AREA

B .5 :

F .5 :

PARTICLES PER CUBIC METERS          PARTICLES PER CUBIC FEET

### TEST RESULTS

PASS / FAIL :  THIS HOOD IS CERTIFIED AS MEETING ISO CLASS 5 IN ACCORDANCE
WITH ISO STANDARD 14644-1. THE MAXIMUM PARTICLE LIMIT FOR
COMPLIANCE TO ISO CLASS 5 AT .5 MICRON SIZE IS 3520 PARTICLES
PER CUBIC METER AND 100 PARTICLES PER CUBIC FOOT.

THE SAMPLING RATE IS 1 CFM. THE LOCATIONS SAMPLED WERE APPROXIMATELY
SIX INCHES FROM THE FRONT AND BACK OF THE UNIT AND SPACED EVENLY FROM
SIDE TO SIDE.

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| MET-ONE PARTICLE COUNTER 3M-1-115, 86291113F | 10-30-10 | 822/272103 | A1 : |
| MET-ONE PARTICLE COUNTER 3313-LLD-SS, 050601026 | 9-03-10 | 822/271458 | A2 : |

CERTIFIER : *Stv O'ley*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

S
A
A

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## BIOLOGICAL SAFETY CABINET SERVICE REPORT

CLIENT : *NeCC*  TEST # : *1 86 83*

ADDRESS : ID # :

CITY, STATE : MODEL # : *S66034*

CONTACT: SERIAL # : *88020*

TEL # : LOCATION : *Cleanroom 1*

TEST DATE : *5-20-11* NEW/USED : *USED*

RECALL DATE : *11-30-11* PASS/FAIL : *PASSED*

### SUPPLY AIRFLOWS    EXHAUST AIRFLOWS

SUPPLY RANGE: ——— FPM  EXHAUST RANGE: *253 – 286* FPM  *+5 LFm*

DUCTED : *YES*

| | | | | | AVG | | |
|---|---|---|---|---|---|---|---|
*50 – 60* SR: *52 47 54 56 57 58 53* | *53* | R1: *264 262 267* | EXH OP : *1.46* FT2
*50 – 60* SC: *52 54 53 52 49 53 58* | *53* | R2: *261 273 266* | ACC OP : *3.89* FT2
*47 – 57* SF: *49 57 53 57 54 53 52* | *52* | R3: *258 259 262* | EXH CFM :
| | R4: *249 263 266* |

L: *47* H: *58* AVG FPM: EL: *249* EH: *273* EXH AVG FPM :
AIRFLOW GAUGE : *.27* FACE VELOCITY :
UV BULB INT : *N/A* UW/CM2 MOTOR SPEED : %

### TEST RESULTS

**DOWNFLOW VELOCITY** PASSED, AVG FPM OF : IS WITHIN ACCEPTANCE
RANGE OF : ——— FPM. ALL INDIVIDUAL READINGS ARE WITHIN 20% OF DOWNFLOW
AVERAGE.
**FACE VELOCITY** PASSED, AVG FPM OF : IS WITHIN ACCEPTANCE
RANGES OF : *100 – 110* FPM.
**AIRFLOW SMOKE PATTERNS** PASSED, NO SMOKE ESCAPED FROM THE CABINET, THERE
ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**FILTER LEAK TEST** PASSED, PENETRATION DOES NOT EXCEED 0.01 % AT ANY POINT.
**REFERENCE STANDARD** NATIONAL SANITATION FOUNDATION #49-2010

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1: |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2: |
| ALNOR 8570, 99057020 | 9-03-10 | 822/249620 | A3: |
| ALNOR 550, 2664 | 10-30-10 | 822/272103 | A4: |
| ATI TDA-2G, 11119 | 10-30-10 | 822/272103 | A5: |
| UVC-254, C.83961 | 10-30-10 | 264532 | U1: |

**COMMENTS :**
[✓] NO ADJUSTMENTS REQUIRED AT THIS TIME. [ ] HOOD FAILED.
[✓] ADJUSTED / ZEROED MAGNEHELIC GAUGE. [✓] ALARM OPERATING PROPERLY.
[ ] UB BULB INTENSITY GOOD / FAIR / POOR. [✓] EXHAUST OPERATING PROPERLY.
[ ] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.
**CERTIFIER :**

*Steve O'Neu*

---

Certification and Repair of Clean Rooms and Laminar Flow Equipment



# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE
### PARTICLE COUNT RECORDINGS

CLIENT : *NeCC*

TEST # : *18684*

ID # :

TEST DATE : *5-20-11*

MODEL # : *EG 8252*

RECALL DATE : *11-30-11*

SERIAL # : *91437*

NEW/USED : *USED*

LOCATION : *Cleanroom 1*

PASS/FAIL : *PASSED*

### WORK SURFACE AREA

B .5 :  ○ ○ ○ ○          ○ ○ ○ ○

F .5 :  ○ ○ ○ ○          ○ ○ ○ ○

PARTICLES PER CUBIC METERS          PARTICLES PER CUBIC FEET

### TEST RESULTS

**PASS** / FAIL :  THIS HOOD IS CERTIFIED AS MEETING ISO CLASS 5 IN ACCORDANCE WITH ISO STANDARD 14644-1. THE MAXIMUM PARTICLE LIMIT FOR COMPLIANCE TO ISO CLASS 5 AT .5 MICRON SIZE IS 3520 PARTICLES PER CUBIC METER AND 100 PARTICLES PER CUBIC FOOT.

THE SAMPLING RATE IS 1 CFM. THE LOCATIONS SAMPLED WERE APPROXIMATELY SIX INCHES FROM THE FRONT AND BACK OF THE UNIT AND SPACED EVENLY FROM SIDE TO SIDE.

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| MET-ONE PARTICLE COUNTER 3M-1-115, 86291113F | 10-30-10 | 822/272103 | A1 : |
| MET-ONE PARTICLE COUNTER 3313-LLD-SS, 050601026 | 9-03-10 | 822/271458 | A2 : |

CERTIFIER : *Steve O'Neil*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

| S |
|---|
| A |
| A |

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT :  *NeCC*                          TEST # :  *1 8684*

ADDRESS :                                 ID # :

CITY, STATE :                             MODEL # :  *EG 8252*

CONTACT :                                 SERIAL # :  *91437*

TEL # :                                   LOCATION :  *CleanRoom 1*

TEST DATE :  *5-20-11*                    NEW/USED :  *USED*

RECALL DATE :  *11-30-11*                 PASS/FAIL :  *PASSED*

### AIRFLOW VELOCITY

ACCEPTANCE  RANGE :  *90-110*    FPM

R1: *113 107 94 86 109 | 95 97 96 105 102*

R2: *104 97 100 101 98 | 101 99 96 87 95*

R3: *107 114 101 101 97 | 107 100 99 102 100*

L:  *86*   H:  *114*   AVG FPM :

AIRFLOW GAUGE :  *N/A*   IOW:   MOTOR SPEED :  *20/20* %

### TEST RESULTS

**AIRFLOW  VELOCITY:**   PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :**   PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE  PATTERNS :**  PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE  STANDARDS :**   IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| ALNOR 8570, 99057020 | 9-03-10 | 822/249620 | A3 : |
| ALNOR 8575, 9161 | 9-03-10 | 822/249620 | A4 : |
| ALNOR 550, 2664 | 10-30-10 | 822/272103 | A5 : |
| ATI TDA-2G, 11119 | 10-30-10 | 822/272103 | A6 : |

### COMMENTS :

[ √ ] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[  ] HOOD FAILED; ACTION REQUIRED.
[ √ ] PREFILTER(S) WITHIN TOLERANCE.
[  ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.

### CERTIFIER :

*Steve O'Leu*

S
A
A

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

*+ 3 LFM*

## BIOLOGICAL SAFETY CABINET SERVICE REPORT

CLIENT :  *NECC*

ADDRESS :

CITY, STATE :

CONTACT:

TEL # :

TEST DATE :  *5-22-11*

RECALL DATE :  *11-30-11*

TEST # :  *18947*

ID # :  *H55*

MODEL # :  *SG-603A-HE*

SERIAL # :  *97602*

LOCATION :  *CLN Rm.*

NEW/USED :  *USED*

PASS/FAIL :  *PASS*

| SUPPLY AIRFLOWS | EXHAUST AIRFLOWS |
|---|---|

SUPPLY RANGE:  *N/A*  FPM

EXHAUST RANGE: *258-285* FPM  *NO*
DUCTED:

*47-57*  SR: *51 49 53 55 50 52 49 53* | *52*
*47-57*  SC: *50 53 53 48 51 56 52 54* | *52*
*40-50*  SF: *46 44 48 51 46 45 41 44* | *46*

R1: *266  270  283*  EXH OP *1.46* FT2
R2: *278  262  275*  ACC OP *3.89* FT2
R3: *283  253  263*
R4: *264  269  268*  EXH CFM: *393*

L: *44* H: *56* AVG FPM:
AIRFLOW GAUGE: *.27*
UV BULB INT :  *N/A*  UW/CM2

EL *253* EH *283* EXH AVG FPM : *269*
FACE VELOCITY :  *104*
MOTOR SPEED :  *35* %

## TEST RESULTS

**DOWNFLOW VELOCITY**  PASSED, AVG FPM OF *52, 52, 46* IS WITHIN ACCEPTANCE RANGE OF :  *N/A*  FPM. ALL INDIVIDUAL READINGS ARE WITHIN 20% OF DOWNFLOW AVERAGE.

**FACE VELOCITY**  PASSED, AVG FPM OF :  *104*  IS WITHIN ACCEPTANCE RANGES OF : *100-110* FPM.

**AIRFLOW SMOKE PATTERNS**  PASSED, NO SMOKE ESCAPED FROM THE CABINET, THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.

**FILTER LEAK TEST**  PASSED, PENETRATION DOES NOT EXCEED 0.01 % AT ANY POINT.

**REFERENCE STANDARD**    NATIONAL SANITATION FOUNDATION #49-2010

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1: |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2: |
| ALNOR 8570, 99057020 | 9-03-10 | 822/249620 | A3: |
| ALNOR 550, 2664 | 10-30-10 | 822/272103 | A4: |
| ATI TDA-2G, 11119 | 10-30-10 | 822/272103 | A5: |
| UVC-254, C.83961 | 10-30-10 | 264532 | U1: |

## COMMENTS :

[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.   [ ] HOOD FAILED.
[X] ADJUSTED / ZEROED MAGNEHELIC GAUGE.   [X] ALARM OPERATING PROPERLY.
[ ] UB BULB INTENSITY GOOD / FAIR / POOR.   [ ] EXHAUST OPERATING PROPERLY.
[ ] INCREASED / DECREASED MOTOR BLOWER SPEED TO REBALANCE AIRFLOW.

CERTIFIER :

*Paul O'Neill*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

S
A
A

# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE SERVICE REPORT

CLIENT : *NECC*                         TEST # : *18948*

ADDRESS :                               ID # : *HORIZ*

CITY, STATE :                           MODEL # : *EG 8252*

CONTACT :                               SERIAL # : *95032*

TEL # :                                 LOCATION : *CLN RM*

TEST DATE : *5-22-11*                   NEW/USED : *USED*

RECALL DATE : *11-30-11*                PASS/FAIL : *PASS*

### AIRFLOW VELOCITY

ACCEPTANCE RANGE : *90 - 110* FPM

R1: *93 100 91 95 90* | *106 92 99 103 96*

R2: *94 88 92 89 93* | *95 103 94 87 97*

R3: *106 108 96 99 105* | *103 108 111 105 108*

L: *87*  H: *111*  AVG FPM: *98*

AIRFLOW GAUGE : *N/A*   IOW:   MOTOR SPEED : *40* %

### TEST RESULTS

**AIRFLOW VELOCITY:**  PASSED, AVERAGE FPM IS WITHIN 90 +/- 10 FPM.
**FILTER LEAK TEST :**  PASSED, PENETRATION DOES NOT EXCEED 0.01% AT ANY POINT.
**AIRFLOW SMOKE PATTERNS :**  PASSED, NO SMOKE ENTERED THE WORK SURFACE;
THERE ARE NO DEAD SPOTS OR REFLUX OVER THE WORK SURFACE.
**REFERENCE STANDARDS :**  IES-RP-CC 002.2; IES-RP-CC 021.1

| TESTING INSTRUMENTS: | CALIBRATED: | NIST # : | ID # USED: |
|---|---|---|---|
| AVM430-A, AVM430751001 | 4-12-11 | 822/272103 | A1 : |
| AVM430-A, AVM430803002 | 5-03-11 | 822/272103 | A2 : |
| ALNOR 8570, 99057020 | 9-03-10 | 822/249620 | A3 : |
| ALNOR 8575, 9161 | 9-03-10 | 822/249620 | A4 : |
| ALNOR 550, 2664 | 10-30-10 | 822/272103 | A5 : |
| ATI TDA-2G, 11119 | 10-30-10 | 822/272103 | A6 : |

COMMENTS :

[X] NO ADJUSTMENTS REQUIRED AT THIS TIME.
[ ] HOOD FAILED; ACTION REQUIRED.
[X] PREFILTER(S) WITHIN TOLERANCE.
[ ] PREFILTER(S) DIRTY; CLEAN OR REPLACE.

CERTIFIER :

Certification and Repair of Clean Rooms and Laminar Flow Equipment



# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA 01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## BIOLOGICAL SAFETY CABINET
### PARTICLE COUNT RECORDINGS

CLIENT : *NECC*

ID # : *H55*

MODEL # : *SG 603A - HE*

SERIAL # : *97602*

LOCATION : *CLN. RM.*

TEST # : *18948*

TEST DATE : *5-22-11*

RECALL DATE : *11-30-11*

NEW/USED : *USED*

PASS/FAIL : *PASS*

## WORK SURFACE AREA

B .5 :

F .5 :

PARTICLES PER CUBIC METERS          PARTICLES PER CUBIC FEET

## TEST RESULTS

**PASS** FAIL : THIS HOOD IS CERTIFIED AS MEETING ISO CLASS 5 IN ACCORDANCE
WITH ISO STANDARD 14644-1. THE MAXIMUM PARTICLE LIMIT FOR
COMPLIANCE TO ISO CLASS 5 AT .5 MICRON SIZE IS 3520 PARTICLES
PER CUBIC METER AND 100 PARTICLES PER CUBIC FOOT.

THE SAMPLING RATE IS 1 CFM. THE LOCATIONS SAMPLED WERE APPROXIMATELY
SIX INCHES FROM THE FRONT AND BACK OF THE UNIT AND SPACED EVENLY FROM
SIDE TO SIDE.

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| MET-ONE PARTICLE COUNTER 3M-1-115, 86291113F | 10-30-10 | 822/272103 | A1 : |
| MET-ONE PARTICLE COUNTER 3313-LLD-SS, 050601026 | 9-03-10 | 822/271458 | A2 : |

CERTIFIER : *Paul O'Neill*

Certification and Repair of Clean Rooms and Laminar Flow Equipment



# Scientific Air Analysis, Inc.

47 Fatima Drive
Ashland, MA  01721
(508) 881-7100
(508) 881-7105 FAX
1-800-287-5252 MA ONLY

## UNIDIRECTIONAL FLOW CLEAN-AIR DEVICE
### PARTICLE COUNT RECORDINGS

CLIENT : *NECC*

ID # : *HORIZ*

MODEL # : *EG 8252*

SERIAL # : *95032*

LOCATION : *CLN RM.*

TEST # : *18948*

TEST DATE : *5-22-11*

RECALL DATE : *11-30-11*

NEW/USED : *USED*

PASS/FAIL : *PASS*

### WORK SURFACE AREA

B .5 :  ◯ ◯ ◯ ◯        ◯ ◯ ◯ ◯

F .5 :  ◯ ◯ ◯ ◯        ◯ ◯ ◯ ◯

PARTICLES PER CUBIC METERS        PARTICLES PER CUBIC FEET

### TEST RESULTS

(PASS) FAIL :  THIS HOOD IS CERTIFIED AS MEETING ISO CLASS 5 IN ACCORDANCE
WITH ISO STANDARD 14644-1. THE MAXIMUM PARTICLE LIMIT FOR
COMPLIANCE TO ISO CLASS 5 AT .5 MICRON SIZE IS 3520 PARTICLES
PER CUBIC METER AND 100 PARTICLES PER CUBIC FOOT.

THE SAMPLING RATE IS 1 CFM. THE LOCATIONS SAMPLED WERE APPROXIMATELY
SIX INCHES FROM THE FRONT AND BACK OF THE UNIT AND SPACED EVENLY FROM
SIDE TO SIDE.

| TESTING INSTRUMENTS | CALIBRATED | NIST # | ID # USED |
|---|---|---|---|
| MET-ONE PARTICLE COUNTER 3M-1-115, 86291113F | 10-30-10 | 822/272103 | A1 : |
| MET-ONE PARTICLE COUNTER 3313-LLD-SS, 050601026 | 9-03-10 | 822/271458 | (A2 :) |

CERTIFIER :  *Paul O'Neil*

Certification and Repair of Clean Rooms and Laminar Flow Equipment

PRESSURE DIFFERENTIALS
TEMPERATURE & REL. HUMIDITY

| FREIGHT | FT3 / M3 | MIDDLE | FT3 / M3 | PEOPLE 27 / 955 | FT3 / M3 |
|---|---|---|---|---|---|
| 2,768 / 97,422 | 2,363 / 83,195 | 824 / 29,008 | 845 / 29,732 | | 32 / 1119 |
| 130 / 4580 | 313 / 11063 | 52 / 1818 | 81 / 2867 | 295 / 10,383 | |
| | | | | 37 / 1294 | |
| 1,978 / 69,043 | 2,690 / 94,675 | 667 / 23,491 | 940 / 33,084 | 358 / 12,611 | |
| 142 / 4999 | 110 / 3881 | 54 / 1905 | 76 / 2657 | 52 / 1818 | |
| | | | | 162 / 5,706 | |
| 1,370 / 48,211 | 1,876 / 66,019 | 645 / 22,714 | 4,057 / 37,193 | 37 / 1294 | |
| 112 / 3951 | 101 / 3566 | 46 / 1612 | 906 / 31,193 | 421 / 1468 | 137 / 4,825 |

N2CC
AMERI-DOSE
50 FOUNTAIN STREET
FRAMINGHAM, MA 01702

5-20-11

TESTING DATE: ~~10-8-10~~

ROOMS AT REST

| CLEANROOM 1 | CUBIC FEET / CUBIC METERS 41 / 1453 | | | |
|---|---|---|---|---|
| 5 / 165 | 9 / 316 | 8 / 280 | 10 / 350 | 41 / 1433 |
| 119 / 4,172 | 63 / 2,218 | 147 / 5,163 | 578 / 20,337 | 491 / 17,292 |
| 9 / 315 | 26 / 909 | 9 / 315 | 49 / 1728 | 112 / 3951 |
| 60 / 2,125 | 76 / 2,675 | 408 / 17,515 | 401 / 14,116 | 343 / 12,084 |
| 23 / 804 | 19 / 664 | 42 / 1489 | 30 / 1049 | 103 / 3636 |
| 90 / 3,181 | 409 / 14,397 | 466 / 16,399 | 263 / 9,265 | 216 / 7,588 |

PARTICLES MEASURED AND RECORDED AT .5 MICRON SIZE IN CUBIC FEET AND CUBIC METERS OF AIR
IN ACCORDANCE WITH ISO 14644-1.
CLASS 6 LIMITS: CUBIC FEET - 1,000 / CUBIC METERS - 35,200
CLASS 7 LIMITS: CUBIC FEET - 10,000 / CUBIC METERS - 352,000
ALL TESTING WAS PERFORMED WITH THE CLEANROOM ~~OPERATIONAL~~ AT REST.
CLEANROOM, MIDDLE AND PEOPLE ROOMS MEET ISO CLASS 6 DESIGNATION.
FREIGHT ROOM MEETS ISO CLASS 7 DESIGNATION.

PRESSURE DIFFERENTIALS:

| | | |
|---|---|---|
| CLEANROOM > PEOPLE - | ~~.039 POS~~ | .023 POS |
| MIDDLE > PEOPLE - | ~~.017 POS~~ | .012 POS |
| CLEANROOM > MIDDLE - | ~~.039 POS~~ | .011 POS |
| MIDDLE > FREIGHT - | ~~.028 POS~~ | .041 POS |
| CLEANROOM > FREIGHT - | ~~.051 POS~~ | .066 POS |
| CLEANROOM > AMBIENT - | ~~.044 POS~~ | .053 POS |
| PEOPLE > AMBIENT - | ~~.042 POS~~ | .042 POS |

TEMPERATURE: ~~64.5°~~   REL HUMIDITY: ~~46.4%~~

64.2°   55.8%

TECHNICIAN:

## AIR CHANGES PER HOUR

| FREIGHT | AC/HR: 20 | | AC/HR: 48 | | MIDDLE | | AC/HR: 73 | | |
|---|---|---|---|---|---|---|---|---|---|

FREIGHT    AC/HR: 20
1 - ~~520~~ 500
2 - ~~510~~ 505
AVG: ~~515~~ 503    CFM: ~~1,030~~ 1005

AC/HR: 48
4 - ~~460~~ 460
5 - ~~480~~ 470
6 - ~~455~~ 460
7 - ~~440~~ 435
AVG: ~~460~~ 444    CFM: ~~3,275~~ 3250

MIDDLE    AC/HR: 73
1 - ~~455~~ 460
2 - ~~490~~ 485
3 - ~~485~~ 480

1 - 455   445
2 - 400   390
3 - 455   450
4 - 420
5 - 385   395
6 - 390   375
AVG: ~~418~~ 402   355
CFM: ~~2,505~~ 2410

PEOPLE

Necc
~~AMERI-DOSE~~
50 FOUNTAIN STREET
FRAMINGHAM, MA 01702

5-19-11
TESTING DATE: ~~10-8-10~~

CLEANROOM

1 - ~~400~~ 455
2 - ~~410~~ 420
3 - ~~415~~ 420
4 - ~~480~~ 470
5 - ~~430~~ 440
6 - ~~430~~ 415
7 - ~~525~~ 520
8 - ~~425~~ 415
AVG CFM: 426    AC/HR: 91

9 - ~~440~~ 435
10 - ~~380~~ 380
11 - ~~385~~ 380
12 - ~~380~~ 380
13 - ~~450~~ 460
14 - ~~415~~ 445
15 - ~~440~~ 425
16 - ~~425~~ 410
17 - ~~420~~ 465
18 - ~~445~~ 440
19 - ~~415~~ 400
20 - ~~440~~ 430
21 - ~~415~~ 455

22 - ~~470~~ 470
23 - ~~445~~ 465
24 - ~~460~~ 455
25 - ~~500~~ 485
26 - ~~475~~ 470
27 - ~~480~~ 470
28 - ~~460~~ 460
29 - ~~220~~ 260
30 - ~~500~~ 520

31 - ~~465~~ 465
32 - ~~430~~ 430
33 - ~~430~~ 420
34 - ~~440~~ 425
35 - ~~470~~ 460
36 - ~~445~~ 445
37 - ~~435~~ 450
38 - ~~400~~ 400
39 - ~~450~~ 450
40 - ~~0~~ 440
41 - ~~400~~ 320
42 - ~~390~~ 380
43 - ~~495~~ 485
44 - ~~445~~ 325
45 - ~~405~~ 390

46 - ~~465~~ 455
47 - ~~415~~ 440
48 - ~~440~~ 430
49 - ~~440~~ 430
50 - ~~510~~ 570
51 - ~~410~~ 410
52 - ~~440~~ 430
53 - ~~445~~ 470
54 - ~~450~~ 450
55 - ~~445~~ 415
56 - ~~405~~ 440
57 - ~~420~~ 420
58 - ~~370~~ 350
59 - ~~425~~ 425
60 - ~~400~~ 420

61 - ~~420~~ 320
62 - ~~410~~ 390
63 - ~~415~~ 405
64 - ~~455~~ 460
65 - ~~410~~ 400
66 - ~~410~~ 380
67 - ~~375~~ 365
68 - ~~460~~ 450
69 - ~~410~~ 390
70 - ~~410~~ 385
71 - ~~410~~ 390
72 - ~~470~~ 460
73 - ~~415~~ 400
74 - ~~415~~ 410
75 - ~~480~~ 465

|  | CLEANROOM : | FREIGHT : | MIDDLE : | PEOPLE : |
|---|---|---|---|---|
| SUPPLY CFM : | ~~31,950~~ 31,870 | ~~1,030~~ 1005 | ~~3,275~~ 3250 | ~~2,605~~ 2410 |
| ROOM VOL. : | 21,161 FT3 | 3,090 FT3 | 4,075 FT3 | 2,065 FT3 |
| AIR CHGS / HR : | ~~91~~ ~~84~~ 90 | ~~20~~ 20 | ~~48~~ 48 | ~~73~~ 20 |

TECHNICIAN:

Filter/Fan #40 - WAS FOUND IN OFF POSITION, TURNED ON AND
RECORDED

3555   5775   3990   5985   6405   5660

PARTICLE COUNT RECORDINGS

FILTER HOUSING : DESIGN FILTRATION INC. - SELF CONTAINED FAN POWERED HEPA UNITS

| MODEL # : | 41103 DF | 41103 DF | 41103 DF | 41103 DF | 41103 DF |
|---|---|---|---|---|---|
| SERIAL # : | 102928 | 102927 | 102929 | 102933 | 102897 |

| #1 | #2 | #3 | #4 | #5 |
|---|---|---|---|---|

NEW ENGLAND COMPOUNDING
697 WAVERLY STREET
FRAMINGHAM, MA. 01702

TESTING DATE : ~~12-10-10~~  5-22-11

TEST #: ~~18132~~  18687

PARTICLES MEASURED AT .5 MICRON SIZE AND RECORDED IN CUBIC METERS OF AIR
IN ACCORDANCE WITH ISO STANDARD 14644-1.

THIS AREA, CONSISTING OF FIVE FILTERS, HAS BEEN CERTIFIED AS MEETING ISO CLASS 4.

TECHNICIAN :

FILTER HOUSING : DESIGN FILTRATION INC. - SELF CONTAINED FAN POWERED HEPA UNITS
MODEL # : 41103 DF    41103 DF    41103 DF    41103 DF    41103 DF
SERIAL # : 102928    102927    102929    102933    102897

| | #1 | | #2 | | #3 | | #4 | | #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 58 52 61 60 | 54 57 51 54 | 54 57 54 58 | 47 56 59 58 | 50 53 54 51 |
| | 54 54 52 51 | 61 53 54 59 | 56 53 51 49 | 51 54 61 52 | 54 47 56 59 |
| | 50 47 53 58 | 54 57 50 52 | 52 57 54 52 | 53 50 51 58 | 60 53 51 58 |
| | 52 51 54 52 | 52 51 51 53 | 49 46 50 53 | 52 47 54 52 | 52 53 53 49 |

AVG LFM : 54 ~~54~~     54 ~~55~~     53 ~~53~~     54 ~~53~~     55 ~~53~~

BLOWER SPEED : ✓ 10%     ✓ 10%     2o ~~15%~~     ✓ 15%     ✓ 15%

```
NEW ENGLAND COMPOUNDING
697 WAVERLY STREET
FRAMINGHAM, MA. 01702
```

TESTING DATE : 5-22-11 ~~12-10-10~~

TEST # : ~~18132~~

18687

AIRFLOW RANGE : 50-60 LFM AVERAGE

FILTER INTEGRITY LEAK TEST : NO PENETRATION OF GREATER THAN .01%

FILTER # :    PENETRATION % :   PASS / FAIL :

#1 -    ~~.0018%~~  .0015    PASS ✓

#2 -    ~~.0015%~~  .0012    PASS ✓

#3 -    ~~.0013%~~  .0018    PASS ✓

#4 -    ~~.0015%~~  .0022    PASS ✓

#5 -    ~~.0018%~~  .0026    PASS ✓

MAIN CHAMBER PRESSURE: ~~.110 POS~~  .125

TECHNICIAN : ✓