PARTICLE COUNT RECORDINGS

FILTER HOUSING : DESIGN FILTRATION INC. - SELF CONTAINED FAN POWERED HEPA UNITS
MODEL # : DA4-1H      DA3-1H
SERIAL # : 820        822



| | #1 | #2 | |
|---|---|---|---|

NEW ENGLAND COMPOUNDING
697 WAVERLY STREET
FRAMINGHAM, MA. 01702

5-22-11

TESTING DATE : 12-10-10

TEST # : 18131
18576

PARTICLES MEASURED AT .5 MICRON SIZE AND RECORDED IN CUBIC
METERS OF AIR IN ACCORDANCE WITH ISO STANDARD 14644-1.

BOTH CHAMBERS HAVE BEEN CERTIFIED AS ISO CLASS 4.

TECHNICIAN :

AIRFLOW PROFILES / FILTER INTEGRITY TEST

FILTER HOUSING : DESIGN FILTRATION INC. - SELF CONTAINED FAN POWERED HEPA UNITS
MODEL # : DA4-1H   DA3-1H
SERIAL # : 820   822

| #1 | | #2 | | | |
|---|---|---|---|---|---|
| 83 | 82 | 90 | 87 | 84 | 83 |
| 74 | 79 | 83 | 81 | 89 | 84 |
| 77 | 75 | | | | |
| 81 | 82 | 77 | 71 | 68 | 78 |
| 78 | 84 | 78 | 81 | 70 | 72 |
| 76 | 78 | | | | |
| 77 | 75 | 76 | 82 | 80 | 75 |
| 79 | 76 | 74 | 79 | 83 | 86 |

AVG LFM : 78 79  78 79   79 80
BLOWER SPEED : 20%   20%

NEW ENGLAND COMPOUNDING
697 WAVERLY STREET
FRAMINGHAM, MA. 01702

TESTING DATE :  5-22-11  12-10-10

TEST # :  18131
18576

AIRFLOW RANGE : 72-108 LFM AVERAGE

FILTER INTEGRITY LEAK TEST : NO PENETRATION OF GREATER THAN .01%

FILTER # :   PENETRATION % :   PASS / FAIL :

#1 -  .0014  .0013%  ✓   PASS

#2 -  .0019  .0010%  ✓   PASS

CHANGE PREFILTERS (16" X 20" X 2") AT LEAST ANNUALLY.

TECHNICIAN :

PARTICLE COUNT RECORDINGS

FILTER HOUSING :   DESIGN FILTRATION INC. - SELF CONTAINED FAN POWERED HEPA UNITS
MODEL # :   MICROSPHERE
SERIAL # :   03-5G08P02

| #1 | #2 | #3 | #4 | #5 |
|----|----|----|----|----|
| o | o | o | o | o |
| O | O | O | O | O |
| o | o | o | o | o |
| O | O | O | O | O |

NEW ENGLAND COMPOUNDING
697 WAVERLY STREET
FRAMINGHAM, MA. 01702

TESTING DATE : ~~12-10-10~~  5-22-11

TEST # : ~~18130~~  18685

PARTICLES MEASURED AT .5 MICRON SIZE AND RECORDED IN CUBIC METERS OF AIR
IN ACCORDANCE WITH ISO STANDARD 14644-1.

THIS AREA, CONSISTING OF FIVE FILTERS, HAS BEEN CERTIFIED AS MEETING ISO CLASS 4.

TECHNICIAN :

PARTICLE COUNT RECORDINGS

FILTER HOUSING :   DESIGN FILTRATION INC. - SELF CONTAINED FAN POWERED HEPA UNITS
MODEL # :          41103 DF      41103 DF      41103 DF      41103 DF      41103 DF
SERIAL # :         102911        102931        102912        102915        102926

| #1 | #2 | #3 | #4 | #5 |
|----|----|----|----|----|

NEW ENGLAND COMPOUNDING
697 WAVERLY STREET
FRAMINGHAM, MA. 01702

TESTING DATE :   ~~12-10-10~~   5-22-11

TEST #:   ~~18129~~   18686

PARTICLES MEASURED AT .5 MICRON SIZE AND RECORDED IN CUBIC METERS OF AIR
IN ACCORDANCE WITH ISO STANDARD 14644-1.

THIS AREA, CONSISTING OF FIVE FILTERS, HAS BEEN CERTIFIED AS MEETING ISO CLASS 4.

TECHNICIAN :

Rx  1072571

**NEW ENGLAND COMPOUNDING CTR**
697 WAVERLY ST. FRAMINGHAM, MA 01702
800-994-6322          BN5927819          NABP #2237445
Caution: Federal law prohibits transfer of this drug to any other person than patient for whom prescribed.

FOLIC ACID (PF) 5 MG/ML INJECTABLE
12 ML          Lot# 05242011@37     Discard after 7/8/2011

Inject 0.2ml subcutaneously three times
weekly.

GC          No refills authorized          5/19/2011

# BIENNIAL NARCOTIC INVENTORY

Date: 10/5/9    end of day

| | DRUG | NDC# | WEIGHT /# | R.PH |
|---|---|---|---|---|
| CII: | | | | |
| (1) | Morphine Soy (pwd) | | 298.65 gm | BC |
| (2) | Morphine 50 mg/ml | (Stock) | 2056.1 ℓ O | BC |
| (3) | Hydromorphate HCl | | 309.81 gm | BC |
| (4) | Hydromorphate 50 mg/ml | (Stock) | 1637.4 ℓ e | BC |
| (5) | Fentanyl Citrate | | 9,199 mg | BC |
| (6) | Fentanyl 5 mg/ml | (Stock) | 1021.6 ℓ g | BC |
| (7) | Fentanyl | | | |
| (8) | Sufentanyl | | 1040 mg | BC |
| (9) | Sufentanyl @ 1 mg/ml | (Stock) | 75.8 ℓ e | BC |
| (10) | Methadone HCl | | 19.34 gm | BC |
| (11) | Meperidine | | 28.94 gm | BC |
| (12) | Cocaine HCl | | 17.78 gm | BC |
| (13) | | | | |
| (14) | | | | |
| (15) | | | | |
| (16) | | | | |
| (17) | | | | |
| (18) | | | | |
| (19) | | | | |
| (20) | | | | |

| | | | | |
|---|---|---|---|---|
| C 3-5: | | | | |
| (1) | Testosterone USP | | 55.136 gm (unopened) | |
| (2) | Methyltestosterone | | 54 gm | BC |
| (3) | Phenobarbital | | 126.3 gm | BC |
| (4) | Ketamine HCl | | 430 gm | BC |
| (5) | | | | |
| (6) | | | | |
| (7) | | | | |
| (8) | | | | |
| (9) | | | | |
| (10) | | | | |

| NECC Employee Roster 5-24-2011 | | | | | | |
|---|---|---|---|---|---|---|
| **Last Name** | **First Name** | | | | | |
| | | | *Key -* | | | |
| | | 13 | Non Registered/Certified Employees | | | |
| | | 7 | **Registered Pharmacists** | | | |
| | | 11 | Registered and Certified Pharmacy Technicians | | | |
| | | 1 | **Registered Pharmacy Technician** | | | |
| | | 1 | Registered Pharmacy Intern | | | |
| | | 33 | *Total NECC employees working today* | | | |

# Pharmacy Technician Certification Board

certifies that

Has met all requirements for certification and merits the designation of

## Certified Pharmacy Technician (CPhT)

| Certification Number | Initial Certification Date | Certification Date | Certification Renewal Date |
|---|---|---|---|
| 42010107125029 | January 14, 2008 | March 31, 2010 | March 31, 2012 |

Chair, Board of Governors

Executive Director/CEO

Pharmacy Technician Certification Board
www.ptcb.org

Certification
Number:

Issued to:

Renewal
Date:        November 30, 2012



# Pharmacy Technician Certification Board

certifies that

Has met all requirements for certification and merits the designation of

*Certified Pharmacy Technician (CPhT)*

**Certification Number**

5501-0701-0174-235

_F. V. Mughal_
Chair, Board of Governors

**Initial Certification Date**

**February 12, 2011**

**PTCB**
Pharmacy Technician Certification Board

**Certification Renewal Date**

**March 31, 2013**

_Melissa Murer Corrigan_
Executive Director/CEO

Pharmacy Technician Certification Boar
www.ptcb.org

Certification
Number:

Issued to:

Renewal
Date:        November 30, 2012



# Pharmacy Technician Certification Board

Has met all requirements for certification and merits the designation of

## Certified Pharmacy Technician (CPhT)

Certification Number
**44010080440296**

Initial Certification Date
**June 27, 2008**

Certification Date
**July 31, 2010**

Certification Renewal Date
**July 31, 2012**

Chair, Board of Governors

Executive Director/CEO

PTCB
Pharmacy Technician Certification Board

# Pharmacy Technician Certification Board

certifies that

Has met all requirements for certification and merits the designation of

## Certified Pharmacy Technician (CPhT)

| Certification Number | Initial Certification Date | Certification Date | Certification Renewal Date |
|---|---|---|---|
| 470101090257301 | February 23, 2009 | March 31, 2011 | March 31, 2013 |

_Chair, Board of Governors_

_Executive Director/CEO_



**PTCB**
Pharmacy Technician Certification Board

# Pharmacy Technician Certification Board



certifies that

Has met all requirements for certification and merits the designation of

## Certified Pharmacy Technician (CPhT)

| Certification Number | Initial Certification Date | Certification Date | Certification Renewal Date |
|---|---|---|---|
| 350101060351711 | March 31, 2006 | March 31, 2010 | March 31, 2012 |

# Pharmacy Technician Certification Board

certifies that

Has met all requirements for certification and merits the designation of

## Certified Pharmacy Technician (CPhT)

Certification Number
**3501010060360645**

_Jany D. Marcenbacht_
Chair, Board of Governors

Initial Certification Date
**November 30, 2002**

Certification Date
**March 31, 2010**



Certification Renewal Date
**March 31, 2012**

_Melissa Murer Corrigan_
Executive Director/CEO

# Pharmacy Technician Certification Board

certifies that

Has met all requirements for certification and merits the designation of

## Certified Pharmacy Technician (CPhT)

| | | |
|---|---|---|
| Initial Certification Date | Certification Date | Certification Renewal Date |
| **December 12, 2008** | **March 31, 2011** | **March 31, 2013** |

Certification Number
**4601010812511195**

_____
Chair, Board of Governors

_____
Executive Director/CEO





Sul Search

ABOUT PTCB    PTCE    MYPTCB    RECERTIFICATION/REINSTATEMENT    VERIFICATION    RESOURCES

NEWS

Home  ›  VERIFICATION  ›  Verify

## MYPTCB

Michelle Rivers

VERIFICATION
Instructions
Add Account
Verify
Purchase
Payment Receipts
History
Account Security
Account Info

Logout

Print Version

**Requestor Information:**
Requestor Organization Name:  Ameridose, LLC
Requestor Contact Name:
Requestor Phone Number:
Requestor Fax Number:

**Candidate Information:**
Candidate Name:
Candidate Aliases Name:
Candidate Certification Number:  390101070252323
Candidate Old Certification Number:    260101030759032

Referenced candidate is currently a Certified Pharmacy Technician (CPhT) and is in good standing with the Pharmacy Technicians Certification Board(PTCB).

PTCB Certification Date: 02/23/2007
Expiration Date: 03/31/2013

Signature:_____

Printed Name: _____    Title: _____

Date: 04/11/2011

*If you feel there has been an error in the verification, print out this page and fax it to PTCB (202) 429-7596 for further research. Please include the referenced candidate's Full Name and Certification Number along with your organization's phone and fax numbers.*

PTCB program certified by

Follow us on:      

Pharmacy Technician Certification Board 2215 Constitution Avenue NW , Washington DC 20037-2985   Privacy and Copyright

# Pharmacy Technician Certification Board

certifies that

Has met all requirements for certification and merits the designation of

## Certified Pharmacy Technician (CPhT)

| Initial Certification Date | Certification Date | Certification Renewal Date |
|---|---|---|
| September 28, 2007 | November 30, 2009 | November 30, 2011 |

Certification Number
4101010709957599

Chair, Board of Governors

Executive Director/CEO

PTCB
Pharmacy Technician Certification Board

Pharmacy Technician Certification Board
www.ptcb.org

Certification
Number:    B201-0701-0091-2686

Issued to:

Renewal
Date:    July 31, 2012



Visit the PTCB web site at www.]



9ui Search

ABOUT PTCB    PTCE    MYPTCB    RECERTIFICATION/REINSTATEMENT    VERIFICATION    RESOURCES

NEWS

Home → VERIFICATION → Verify

**MYPTCB**

Michelle Rivers

VERIFICATION
Instructions
Add Account
Verify
Purchase
Payment Receipts
History
Account Security
Account Info

Logout

Print Version

**Requestor Information:**
Requestor Organization Name: Ameridose, LLC
Requestor Contact Name:
Requestor Phone Number:
Requestor Fax Number:

**Candidate Information:**
Candidate Name:
Candidate Aliases Name:
Candidate Certification Number: 310101050359177
Candidate Old Certification
Number: 310101050359177

Referenced candidate is currently a Certified Pharmacy Technician (CPhT) and is in good
standing with the Pharmacy Technicians Certification Board(PTCB).

PTCB Certification Date: 03/31/2005
Expiration Date: 03/31/2013

Signature:_____

Printed Name: _____ Title: _____

Date: 04/11/2011

*If you feel there has been an error in the verification, print out this page and fax it to PTCB
(202) 429-7596 for further research. Please include the referenced candidate's Full Name
and Certification Number along with your organization's phone and fax numbers.*

PTCB program certified by

Follow us on:       

Pharmacy Technician Certification Board 2215 Constitution Avenue NW , Washington DC 20037-2985   Privacy and Copyright

Pharmacy Technician Certification Board
www.ptcb.org

Certification
Number:

Issued to:

Renewal
Date:        November 30, 2011

PTCB







CANOPY AREA

EMPLOYEE
LOUNGE

OFFICE AREA

MECH. RM.

PACKING AREA

NON-STERILE LAB

CLEAN ROOM

SHIPPING RECEIVING AREA

COMMON AREA

TENANT SPACE

TENANT SPACE

EMERGENCY EGRESS

MECH. SPACE

EL. RM.

SHIPPING - RECEIVING AREA

SHIPPING - RECEIVING AREA

SLOG RD

LOADING DOCK

KEY PLAN

LIMITS OF NEW ENGLAND COMPOUNDING CENTER
SHOWN SHADED












































































