**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**
(A Limited Liability Partnership Formed in Pennsylvania)
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, New Jersey 08002
(856) 488-7700
*Counsel for Defendants Inspira Health Network, Inc.,*
*Inspira Medical Centers, Inc., Joseph Alessandrini and Paul Abrams*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*All New Jersey Cases* | **Document Electronically Filed**<br><br>Docket No. 1:13-md-2419-RWZ<br>MDL No. 02419 |

**CONSENTED TO MOTION OF INSPIRA HEALTH NETWORK, INC., INSPIRA MEDICAL CENTERS, INC., JOSEPH ALESSANDRINI AND PAUL ABRAMS FOR LEAVE TO FILE A REPLY BRIEF**

Pursuant to Rule 7.1(b)(3) of the Local Rules of this Court, Defendants Inspira Health Network, Inc. and Inspira Medical Centers, Inc. (formerly known as South Jersey Health System, Inc. and South Jersey Hospital, Inc.) and Joseph Alessandrini and Paul Abrams (collectively, "Inspira"), hereby move this Court for leave to file a reply brief in support of Inspira's Motion for a Protective Order pursuant to Fed. R. Civ. P. 26(c) (Dkt. No. 2000) and in response to Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, et. al's ("Premier") Memorandum in Opposition to Inspira Medical Center's Motion for Protective Order (Doc. No. 2087).

On June 22, 2015, Inspira filed a Motion for a Protective Order pursuant to Fed. R. Civ. P. 26(c) requesting that this Court: (1) prohibit discovery in 35 of the 56 pending MDL cases

against Premier because Inspira is not a party to those matters, (2) bar or delay discovery against Inspira in the remaining 21 matters where Inspira is a settled defendant because of this Court's Orders, and/or (3) limit the scope of Premier's Rule 30(b)(6) deposition notice.  (Dkt. No. 2000). On July 16, 2015, Premier filed an opposition.  (Dkt. No. 2087).

Inspira moves this Court for leave to file a reply to address the arguments raised in Premier's opposition that misrepresent the relief Inspira seeks and the evidence of record, fail to address this Court's July 9, 2015 Scheduling Order (Dkt. No. 2075) entered after Inspira filed its motion and before Premier filed its opposition, and improperly assert entitlement to information that is unequivocally protected by attorney-client and and/or work product privileges.

By agreement of the parties in connection with Premier's ten-day extension to file its opposition, Premier has consented and has agreed not to object to Inspira's motion for leave. (Dkt. No. 2052).

WHEREFORE, Inspira respectfully requests that this Court grant Inspira's motion for leave to file a reply.

Respectfully submitted,

MONTGOMERY, McCRACKEN, WALKER
  & RHOADS LLP

Dated:  July 20, 2015

s/*Stephen A. Grossman*
Stephen A. Grossman
Louis R. Moffa, Jr.
Montgomery, McCracken, Walker & Rhoads, LLP
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
sgrossman@mmwr.com
lmoffa@mmwr.com
(856) 488-7700
(856) 488-7720 (facsimile)

*Counsel for Defendants
Inspira Health Network, Inc.,
Inspira Medical Centers, Inc.,
Joseph Alessandrini and
Paul Abrams*

## CERTIFICATE OF SERVICE

    I, **STEPHEN A. GROSSMAN**, hereby certify that I caused a true and correct copy of the CONSENTED TO MOTION OF INSPIRA HEALTH NETWORK, INC., INSPIRA MEDICAL CENTERS, INC., JOSEPH ALESSANDRINI AND PAUL ABRAMS FOR LEAVE TO FILE A REPLY BRIEF to be filed electronically via the Court's electronic filing system. Notice of this filing will be sent to all parties who are registered with the Court's electronic filing system. Parties may access these filings through the Court's system.

Dated: July 20, 2015                                      *s/ Stephen A. Grossman*
                                                          Stephen A. Grossman