UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION  ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) *All Cases* ) ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO QUASH SUBPOENA, DEPOSITION NOTICE, AND DOCUMENT REQUESTS TO DR. PHILIP J. AUSTIN**

On July 7, 2015, the Plaintiffs' Steering Committee ("PSC") filed a Motion to Quash Saint Thomas Entities' Subpoena, Deposition Notice, and Document Requests to Dr. Philip J. Austin, Ph.D. (Docket # 2069). Pursuant to the Court's MDL Order No. 11 (Docket # 1524), the impacted parties, which consist of the PSC and Saint Thomas West Hospital f/k/a St. Thomas Hospital, Saint Thomas Health, and Saint Thomas Network (the "Saint Thomas Entities"), agree to extend the time for the Saint Thomas Entities to respond to the Motion to July 24, 2015.

Dated: July 21, 2015

Respectfully submitted,

 /s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

*Counsel for Saint Thomas Entities*

- 3 -

                                      */s/ Benjamin A. Gastel*
                                      J. Gerard Stranch, IV
                                      Benjamin A. Gastel
                                      BRANSTETTER, STRANCH & JENNINGS PLLC
                                      227 Second Avenue North
                                      Nashville, TN 37201
                                      Telephone: (615) 254-8801
                                      Facsimile: (615) 255-5419
                                      gerards@branstetterlaw.com
                                      beng@branstetterlaw.com

                                      *Plaintiffs' Steering Committee and Tennessee State Chair*

- 4 -

## **CERTIFICATE OF SERVICE**

      I certify that this document was filed through the CM/ECF system and will be served electronically to the registered participants identified on the Notice of Electronic Filing this 21st day of July, 2015.

                                        */s/ Sarah Kelly*
                                          Sarah P. Kelly

2845763.1