# EXHIBIT C







Exhibit 6





**Exhibit 6**





