# EXHIBIT G

**EXHIBIT POTENTIALLY CONFIDENTIAL;**

**TO BE FILED UNDER SEAL IF NECESSARY**