# EXHIBIT H

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


- - - - - - - - - - - - - - - - - x

IN RE: NEW ENGLAND COMPOUNDING      MDL No. 2419

PHARMACY, INC. PRODUCTS              Master Dkt.
                                     1:13-md-02419-RWZ

LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO ALL SUITS

AGAINST THE SAINT THOMAS ENTITIES

- - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO

ALL CASES

- - - - - - - - - - - - - - - - - x



VIDEOTAPED DEPOSITION of GEORGE POLLICK

Thursday, May 21, 2015

9:38 a.m.

Pullman & Comley LLC

90 State House Square

Hartford, Connecticut



Michelle Keegan, Court Reporter

```
 1   A P P E A R A N C E S:

 2

 3        NORTON ROSE FULBRIGHT US LLP
          By: Adam T. Schramek, Esq.
 4        By: Nathan Damweber, Esq.
          98 San Jacinto Boulevard, Suite 1100
 5        Austin, Texas 78701-4255
          Phone: 512.536.5232
 6        E-mail: adam.schramek@nortonrosefulbright.com
          E-mail: nathan.damweber@nortonrosefulbright.com
 7        Counsel for Saint Thomas Health, Saint Thomas
          Network, Saint Thomas West Hospital f/k/a
 8        St. Thomas Hospital

 9
          BRANSTETTER, STRANCH & JENNINGS, PLLC
10        By: Benjamin A. Gastel, Esq.
          227 Second Avenue North, Fourth Floor
11        Nashville, Tennessee 37201-1631
          Phone: 615.254.8801
12        E-mail: beng@branstetterlaw.com
          Counsel for Plaintiffs' Steering Committee
13

14        THE MILLER LAW FIRM
          By: M. Ryan Jarnagin, Esq.
15        950 West University Drive, Suite 300
          Rochester, Michigan 48307
16        Phone: 248.841.2200
          E-mail: mrj@millerlawpc.com
17        Counsel for Plaintiffs' Steering Committee

18
          LAW OFFICES OF NICOLE D. DORMAN
19        By: Nicole D. Dorman, Esq.
          P.O. Box 1142
20        Glastonbury, Connecticut 06033
          Phone: 860.463.6873
21        E-mail: ndorman@nicoledormanlaw.com
          Counsel for Liberty Industries, Inc.
22

23

24
```

```
 1    A P P E A R A N C E S (Continued):

 2

         BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC
 3       By: Kent E. Krause, Esq.
         611 Commerce Street, Suite 2600
 4       Nashville, Tennessee 37203
         Phone: 615.256.8787
 5       E-mail: kkrause@bkblaw.com
         Counsel for Specialty Surgery Center - Crossville,
 6       PLLC, Kenneth R. Lister, M.D. and Kenneth R.
         Lister, M.D., PC

 7

 8    Appearing via speakerphone:

 9       COLE, SCOTT & KISSANE, P.A.
         By: Justin Saar, Esq.
10       4301 West Boy Scout Boulevard, Suite 400
         Tampa, Florida 33607
11       Phone: 813.864.9343
         E-mail: justin.saar@csklegal.com
12       Counsel for a Defendant Party

13

         LIND, JENSEN, SULLIVAN & PETERSON, P.A.
14       By: Amber N. Garry, Esq.
         1300 AT&T Tower, 901 Marquette Avenue South
15       Minneapolis, Minnesota 55402
         Phone: 612.746.0174
16       E-mail: amber.garry@lindjensen.com
         Counsel for Medical Advanced Pain Specialists
17       and the Minnesota Surgery Center

18

         GOODWIN PROCTER LLP
19       By: Chad W. Harple, Esq.
         53 State Street
20       Boston, Massachusetts 02109
         Phone: 617.570.8216
21       E-mail: charple@goodwinprocter.com
         Counsel for UniFirst Corporation
22

23

24
```

```
 1    A P P E A R A N C E S (Continued):

 2

           PESSIN KATZ LAW, P.A.
 3         By: Gregory K. Kirby, Esq.
           901 Dulaney Valley Road, Suite 500
 4         Towson, Maryland 21204
           Phone: 410.769.6143
 5         E-mail: gkirby@pklaw.com
           Counsel for Box Hill Surgery Center
 6

 7    Appearing by video stream:

 8

           BLUMBERG & WOLK, LLC
 9         By: Chris Wolk, Esq.
           By: Melissa Buterbaugh, Esq.
10         158 Delaware Street
           Woodbury, New Jersey 08096
11         Phone: 856.848.7472
           E-mail: cwolk@blumberglawoffices.com
12         E-mail: mbuterbaugh4@gmail.com
           Counsel for Premier Orthopaedic & Sports Medicine
13         Associates of Southern New Jersey, LLC d/b/a
           Premier Orthopaedic & Sports Associates, LLC
14         and Premier Orthopaedic Associates Surgical
           Center, LLC
15

16         CAPPLIS, CONNORS & CARROLL, PC
           By: Thomas Dolan, Esq.
17         18 Tremont Street, Suite 220
           Boston, Massachusetts 02108
18         Phone: 617.227.0722
           E-mail: tdolan@ccclaw.org
19         Counsel for Ocean State Pain Management, Inc.
           and Abdul Barakat, M.D.
20

21         GIDEON, COOPER & ESSARY
           By: Matthew Cline, Esq.
22         315 Deaderick Street, Suite 1100
           Nashville, Tennessee 37238
23         Phone:  615.254.0400
           E-mail:  matt@gideoncooper.com
24         Counsel for the Tennessee Clinic Defendants
```

```
 1    A P P E A R A N C E S (Continued):

 2

         LIPTON LAW
 3       By: Marc Lipton, Esq.
         18930 W. 10 Mile Road
 4       Southfield, Michigan 48075
         Phone: 248.557.1688
 5       E-mail:  marc@liptonlawcenter.com
         Counsel for the Plaintiffs' Steering Committee

 6

 7       FRALEY & FRALEY, LLP
         By: Heather Kanny, Esq.
 8       901 Main Street, Suite 6300
         Dallas, Texas 75202
 9       Phone: 214.761.6460
         E-mail: hkanny@fraley-law.com
10       Counsel for Dallas Back Pain Management/Momentum
         Pain Management and Abbeselom Ghermay, M.D.
11

12       FREUND, FREEZE & ARNOLD
         By: Bartholomew T. Freeze, Esq.
13       65 E. State Street, Suite 800
         Columbus, Ohio 43215-4247
14       Phone: 614.827.7300
         E-mail: bfreeze@ffalaw.com
15       Counsel for Tim I. Chowdhury, M.D.

16

         HERMES, NETBURN, O'CONNOR & SPEARING, P.C.
17       By:  Peter G. Hermes, Esq.
         265 Franklin Street, Suite 700
18       Boston, Massachusetts 02110
         Phone: 617.210.7710
19       E-mail: phermes@hermesnetburn.com
         Counsel for George Pollick, and Liberty
20       Industries, Inc.

21

    Also Present:
22
         Roert Sweig, Videographer
23
         Robert Kaiser
24
```

```
1                    I N D E X

2    Videotaped Deposition of:                    Page

3    GEORGE POLLICK

4         Examination by Mr. Schramek            10

5         Examination by Mr. Gastel             211

6         Examination by Mr. Jarnagin           228

7         Examination by Mr. Hermes             230

8         Further examination by Mr. Schramek   233

9
                    E X H I B I T S
10
     No.                                         Page
11
     237        Subpoena                          12
12
     238        Curriculum Vitae of George Pollick 13
13
     239        Blowup of a Diagram               69
14
     240        Letter dated November 15, 2005,   71
15              Bates numbered NECC_MDL000028031
                through -28040
16
     241        Job Completion Sign-Off Sheet,    77
17              Bates numbered LIBERTY0000033

18   242        Fax Memo dated November 1, 2005,  91
                Bates numbered CONFIDENTIAL
19              PROTECTED 005111

20   243        Fax Memo dated November 22, 2005, 97
                Bates numbered CONFIDENTIAL
21              PROTECTED 005085

22   244        Letter dated November 21, 2005,  119
                Bates numbered CONFIDENTIAL
23              PROTECTED 003733 through 003743

24   245        Picture                          133
```

```
 1            E X H I B I T S (Continued)

 2   No.                                               Page

 3   246       Picture                                 134

 4   247       Picture                                 139

 5   248       ** Exhibit Number Skipped **

 6   249       Document entitled, "NECC #2 -           151
             Percentage of Completion & Schedule
 7           of Construction, Tuesday, March 21,
             2006, Bates numbered CONFIDENTIAL
 8           PROTECTED 004525 to -004526

 9   250       Internal Memo dated May 10, 2006,       157
             Bates numbered CONFIDENTIAL PROTECTED
10           004907

11   251       Letter dated June 6, 2006, Bates        160
             numbered NECC_MDL000028095
12
     252       Certificate of Compliance for           168
13           Ameridose Framingham, Massachusetts
             01702 Clean Room, Bates numbered
14           CONFIDENTIAL PROTECTED 003669
             through -003672
15
     253       Memorandum dated May 4, 2007,           171
16           Bates numbered NECC_MDL000031968

17   254       Picture                                 190

18   255       Picture                                 191

19   256       Email, Bates numbered CONFIDENTIAL      193
             PROTECTED 003472, 007110 and 003781
20
     257       Document entitled, "Internal            203
21           Standard, ISO 14644-4"

22   258       Document entitled, "Cleanroom           213
             Certification Report," Bates numbered
23           CONFIDENTIAL PROTECTED 001653 through
             -001683
24
```

```
 1              E X H I B I T S (Continued)

 2        ** Previously marked exhibits referenced **

 3    No.

 4    2          Product Catalog

 5    3          Diagram

 6    4          Diagram

 7    9          E-mail dated July 10, 2006

 8    10         E-mail dated April 25, 2006

 9    11         Letter dated November 21, 2005

10    15         NECC Punch List - July 11, 2006

11    17         Fax Memo, dated May 25, 2007

12    21         Article entitled, "797 Pharmaceutical
                 Compounding - Sterile Preparations"
13

14
          ** Original exhibits retained by court reporter
15           and returned to Mr. Schramek **

16

17

18

19

20

21

22

23

24
```

1    Q.   Sure.  And you designed -- Liberty designs the

2  cleanroom to have positive pressure in it; correct?

3    A.   Yes.

4    Q.   And that's --

5    A.   Going back four questions ago, third-party

6  testing also tests for pressure in the room.  I knew

7  there was a fourth thing.  I couldn't get there.

8    Q.   And that testing confirmed that there was

9  positive pressure in the room; correct?

10   A.   Yes.

11   Q.   And that was consistent with Liberty's design

12 and construction of the 2006 cleanroom?

13   A.   Yes.

14   Q.   You were handed a group of photos that were

15 marked as Exhibit 247.

16        MR. GASTEL:  I don't see them.  This is not the

17 most --

18        MR. HERMES:  I have them here.

19   Q.   Do you recall looking at those photos earlier,

20 sir?

21   A.   Yes.

22   Q.   Prior to today, had you ever seen any of the

23 pictures contained in Exhibit 247?

24   A.   No.

Page 221

1      Q.    And is it fair to say that without

2    Mr. Schramek's representations concerning those

3    exhibits, you could not identify where those pictures

4    came from?

5      A.    Or when.  Yes.

6      Q.    Going back to Exhibit 253 --

7            MR. GASTEL:  And I might have my exhibit wrong.

8    Can I see that, please?

9      Q.    Yeah.  So that is the quote for the

10   pass-through that NECC requested from Liberty; correct?

11     A.    One of them, yes.

12     Q.    And just to be clear and for the record,

13   Liberty did not complete construction of those -- of any

14   of the quotes regarding the pass-through; correct?

15     A.    Other than the box.

16     Q.    That's right.  You only delivered the box to

17   NECC; correct?

18     A.    Yes.

19     Q.    You did not install it?

20     A.    Yes, did not.

21     Q.    And when I say "you," I mean Liberty Industries

22   did not install the pass-through box that you delivered

23   to NECC?

24     A.    As I remember, we did not.

Page 237

1                       C E R T I F I C A T E

2

3        I hereby certify that I am a Licensed Shorthand

4   Reporter and Notary Public in and for the state of

5   Connecticut, duly commissioned and qualified to

6   administer oaths.

7        I further certify that GEORGE POLLICK was by me

8   duly sworn, and thereupon testified as appears in the

9   foregoing deposition; that said deposition was taken by

10  me stenographically and reduced to writing under my

11  direction by Computer-Aided Transcription; that the

12  foregoing is a true and accurate record of the testimony

13  given.

14       I further certify that I am neither of counsel nor

15  attorney to either of the parties to said suit, nor

16  related to or employed by either party or counsel in

17  said suit, nor am I financially interested in the

18  outcome of said cause.

19

20  Witness my hand and notarial seal this

21  29th day of May, 2015.

22

23                 _____
                   Michelle Keegan, RMR, CRR
                   Notary Public/Court Reporter
24                 CT Shorthand License 0000511
                   My Commission expires: December 31, 2016