# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2419<br>No. 1:13-md-02419-RWZ<br><br>NOTICE OF APPEARANCE ON BEHALF OF INTERESTED PARTY COMMONWEALTH OF MASSACHUSETTS |

Please take notice of the appearance of

    J. David Hampton, BBO # 667232
    Assistant Attorney General
    Office of the Attorney General
    One Ashburton Place, 18th Floor
    Boston, MA 02108
    Tel: (617) 963-2572/Fax: (617) 727-3076
    Email: david.hampton@state.ma.us

as counsel for interested party the Commonwealth of Massachusetts. The Commonwealth of Massachusetts is the subject of ECF No. 1735, a Rule 30(b)(6) deposition subpoena issued to it as a third-party witness.

                              Respectfully Submitted,

                              MAURA HEALEY
                              Attorney General


                              *s/* J. David Hampton
                              J. DAVID HAMPTON, BBO # 667232
                              Assistant Attorney General
                              Government Bureau/Trial Division
                              One Ashburton Place, Room 1813
                              Boston, MA  02108
                              (617) 727-2200, ext. 2572
                              david.hampton@state.ma.us

Dated: July 27, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2015, I served the within notice of appearance on all counsel of record by filing it with the Court by means of its ECF system.

*s/* J. David Hampton