UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> Suits Naming the Tennessee Clinic Defendants | ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

## NOTICE OF FILING OF SUBPOENAS AND DEPOSITION NOTICES

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN; Vaughan Allen, MD; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; Kenneth Lister, MD, PC; and Donald E. Jones, MD (collectively "Tennessee Clinic Defendants") give notice to the Court and to all parties, pursuant to Federal Rules of Civil Procedure 45(a)(4), of the issuance and filing of the following:

1. Notice of Deposition and Subpoena for Owen Finnegan (8/24/15)[1]
2. Notice of Deposition and Subpoena for Joseph Connolly (8/25/15)[2]
3. Notice of Deposition and Subpoena for Belmira Carvalho (8/26/15)[3]
4. Notice of Deposition and Subpoena for Annette Robinson (8/27/15)[4]
5. Notice of Deposition and Subpoena for Steven Haynes (8/28/15)[5]
6. Notice of Deposition and Subpoena for Robert Ronzio (8/31/15)[6]

---

[1] Attached as Exhibit 1.
[2] Attached as Exhibit 2.
[3] Attached as Exhibit 3.
[4] Attached as Exhibit 4.
[5] Attached as Exhibit 5.

1

7. Notice of Deposition and Subpoena for Sharon Carter (9/1/15)[7]

8. Notice of Deposition and Subpoena for Scott Connolly (9/2/15)[8]

The subpoenas and notices are being emailed and/or mailed to (1) the deponents or their counsel and (2) directly-involved counsel today. This Notice is filed in the main docket to ensure each party has notice of the subpoena.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

***Attorneys for the Tennessee Clinic Defendants***

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 30th day of July, 2015.

/s/ Chris J. Tardio
**Chris J. Tardio**

---

[6] Attached as Exhibit 6.
[7] Attached as Exhibit 7.
[8] Attached as Exhibit 8.

2