# EXHIBIT D

Excerpt of the fourth discovery letter, dated May 12, 2015.



**U.S. Department of Justice**

***Carmen M. Ortiz***
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

May 12, 2015

**Via Federal Express**

Bruce Singal
Michelle Peirce
Donoghue Barrett & Singal
One Beacon Street, Suite 1320
Boston, Massachusetts 02108

   Re: <u>United States v. Barry Cadden, et al.</u>, 14-cr-10363-RGS

Dear Counsel:

  Pursuant to Fed. R. Crim. P. 16 and Rules 116.1 and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the government hereby provides supplemental discovery in this case.

  As you know, on April 17, 2015, the Court issued an amended protective order that governs confidential discovery materials produced in this case. The amended protective order requires the government, as the producing party, to designate which materials are confidential discovery materials subject to the order. The government is in the process of designating the materials produced in discovery. We note that discovery materials produced herein contain highly sensitive personal, medical, and financial information. Accordingly, we request that you treat <u>all</u> of the discovery materials produced as if they are governed by the amended protective order, and not share them outside the terms of that proposed order, until such time as the government has completed the designation process. If you will not agree to this, please let us know immediately.

  Enclosed with this letter are the following:

<u>Documents and Records Produced in PDF and Native Format on the Disc labeled "Discovery Production May 11, 2015"</u>

- Documents received from the CDC (DOJ_NECC003709184-DOJ_NECC003709231) *(folder name: CDC)*;

- Emails and documents from FDA's Dallas District Office (DOJ_NECC003709232-DOJ_NECC003711526; DOJ_NECC003720860) (*folder name:* FDA);

- Documents received from the Town of Framingham (DOJ_NECC003711527-DOJ_NECC003714971) (*folder name:* Framingham, Town of);

- Records received through the Search Warrant (DOJ_NECC003715029-DOJ_NECC003716105) (*folder name:* Seized and Site Visit Materials);

- Additional documents from St. Joseph Mercy Hospital (DOJ_NECC003716106-DOJ_NECC003720850) (*folder name:* St. Joseph Mercy Hospital); and

- Additional witness interview reports (DOJ_NECC003720851-DOJ_NECC003720859) (*folder name:* Witnesses).

Documents and Records Produced in Electronic Database

- Emails from the Town of Framingham (FRA00000001-FRA00016041) (*folder name:* Framingham, Town of (emails)).

Training Disc Seized during Execution of the Search Warrant

- One training disc seized from NECC labeled "FDA Seized Documents, CIE 174758 Item 31, Baxa ExactaMix Compounder Training."