# EXHIBIT E

FDA - OCI CIE 174704.

# OCI CERTIFIED INVENTORY OF EVIDENCE

**1. SERIAL NUMBER:** 174704

**2. EVIDENCE OBTAINED FROM:**
New England Compounding Center
697 Waverly Street
Framingham, MA 01701
via search warrant

**6. OCI CASE NUMBER:** 2012-BOM-715-0599

**7. TITLE:** AMERIDOSE, LLC

**8. OTHER AGENCY NUMBER:**

**3. EVIDENCE INVENTORIED BY:**
Ben Celso
Special Agent

**9. OCI FIELD OFFICE:** Boston Resident Office

**10. DATE OF INVENTORY:** 11/01/2012

**4. SPECIAL AGENT SIGNATURE:** [signed] Ben Celso  **DATE:** 11-1-12

**11.** PAGE 1 OF 8 PAGES

**5. WITNESS SIGNATURE:** [signed]  **DATE:** 1-1-12

**12. OCI REVIEWING SUPERVISOR SIGNATURE:** [signed]  **DATE:**

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | ESTIMATED VALUE (Rounded To Nearest Dollar) |
|---|---|---|---|---|
| 1 | 10/17/2012 | | "Log of Scripts" Report - 05/21/2012 - 10/03/2012 (Control #32) | |
| 2 | 10/17/2012 | 32 | brown cardboard boxes with yellow labels bearing various dates within the date range 07/02/2012 through 09/24/2012, and containing prescriptions (Control #62) | |
| 3 | 10/17/2012 | 3 | white binders containing "Certificate of Analysis" documents "P", "M", and "Q-S" (Control #23) | |
| 4 | 10/17/2012 | 1 | black binder containing USP 797 training; printed chapters from pharmacopeia.cn related to weights, balances and sterilization; balance and scale certification documents; an article on Cleanroom Monitoring (Control #23) | |
| 5 | 10/17/2012 | 1 | Ziploc bag with "Annette" handwritten on it, containing Media Fill Validation of Sterile Compounding sheets, Drug Product Refrigerator Daily Monitoring Logs, Daily Incubator Monitoring Logs, Cleaning and Maintenance of Clean Room 2 sheets, Drug Product Freezer Daily Monitoring Logs, Daily/Monthly Calibration Logs, Random Air/Surface Sampling logs, and several other related documents (Control #23) | |
| 6 | 10/17/2012 | 3 | white binders containing Purchase Order sheets | |
| 7 | 10/17/2012 | 1 | white binder labeled "2012 Dry Heat Oven Logs" and containing Depyrogenatin/Dry Heat Sterilization Cycle Batch Log Sheets (Control #70) | |

**TOTAL** ☞

FORM FDA 3400 (2/06)

| | OCI CERTIFIED INVENTORY OF EVIDENCE CONTINUATION SHEET | 1. SERIAL NUMBER 174704 | 2. PAGE 2 OF 8 PAGES |
|---|---|---|---|
| 3. DATE OF INVENTORY 11/01/2012 | 4. OFFICE Boston Resident Office | 5. CASE NUMBER 2012-BOM-715-0599 | |

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | ESTIMATED VALUE (Rounded To Nearest Dollar) |
|---|---|---|---|---|
| | | | BROUGHT FORWARD | |
| 8 | 10/17/2012 | 1 | white binder labeled "Sterile SOP's" containing various Standard Operating Procedures (Control #70) | |
| 9 | 10/17/2012 | 1 | yellow hanging folder labeled Autoclave VWR, containing VWR International Table Top Steam Sterilizer Operation Manual, VWR Warranty Service Report, and several Purchase Orders, Packing Lists, and VWR Quotations (Control #70) | |
| 10 | 10/17/2012 | 1 | white binder labeled, in part, "NECC Sales & Product Training March 7-11, 2005" (Control #56) | |
| 11 | 10/17/2012 | 5 | Compact discs labeled, in part, "Barry Cadden Sales Education" (Control #56) | |
| 12 | 10/17/2012 | 1 | Incoming Calls Log dated October 4th 2012 (Control #56) | |
| 13 | 10/17/2012 | 1 | Sales by Rep Detail report dated May 21 through September 25, 2012 (Control #56) | |
| 14 | 10/17/2012 | 1 | yellow lined notepad with handwritten notes, including notes related to states' regulations (Control #56) | |
| 15 | 10/17/2012 | 1 | white lined notepad with handwritten notes, including notes related to recalls (Control #56) | |
| 16 | 10/17/2012 | 1 | white envelope labeled, in part, "necc", and containing two (2) NECC business cards for Robert A. Ronzio, National Sales Director (Control #56) | |
| 17 | 10/17/2012 | 1 | clear plastic sleeve containing Clean Room Autoclave Batch Log Sheets blank forms (Control #53) | |
| 18 | 10/17/2012 | 1 | Invoice #219664 for customer South Hills Pain & Rehab Assoc. (Control #54) | |
| 19 | 10/17/2012 | 2 | Invoices, #220629 and #227555, for customer Pars Neurosurgical Associates (Control #55) | |
| 20 | 10/17/2012 | 1 | clear plastic sleeve containing one (1) EOGas Series 3 Plus Ethylene Oxide Sterilization Owner's Manual (Control #57) | |
| 21 | 10/17/2012 | 1 | framed EOGas EtO Gas Sterilization training certificate for Abel Luna dated 07/16/2011 (Control #57) | |
| 22 | 10/17/2012 | | several shipping records, included recipient information and tracking numbers May 2012 to August 2012 (Control #52) | |
| 23 | 10/17/2012 | 1 | white binder containing Clean Room Autoclave Batch Log Sheets September 2012 (Control #69) | |
| 24 | 10/17/2012 | 3 | Invoices, #219740, 218182, and 216596, for Minnesota Surgery Center (Control #67) | |
| | | | TOTAL ☞ | |

| OCI CERTIFIED INVENTORY & EVIDENCE CONTINUATION SHEET | | 1. SERIAL NUMBER 174704 | 2. PAGE 3 OF 8 PAGES | | |
|---|---|---|---|---|---|
| 3. DATE OF INVENTORY 11/01/2012 | | 4. OFFICE Boston Resident Office | | 5. CASE NUMBER 2012-BOM-715-0599 | |
| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | | ESTIMATED VALUE (Rounded To Nearest Dollar) |
| | | | BROUGHT FORWARD | | |
| 25 | 10/17/2012 | 1 | EOGas Series 3 Plus Ethylene Oxide Sterilization Owner's Manual (Control #68) | | |
| 26 | 10/17/2012 | | several Sterilization Records (Control #68) | | |
| 27 | 10/17/2012 | | several Invoices and related documents (Control #66) | | |
| 28 | 10/17/2012 | 1 | manila folder labeled, in part, Michigan Neurosurgical Institute Grand Blanc containing two (2) Invoices and related documents #'s 227466, 223468 (Control #66) | | |
| 29 | 10/17/2012 | 1 | white binder labeled, in part, "necc Surgery Center Training Binder" (Control #8) | | |
| 30 | 10/17/2012 | 1 | white binder labeled, in part, "necc Training Binder" (Control #7) | | |
| 31 | 10/17/2012 | 1 | white binder labeled, in part, "New England Compounding Center Pharmacy and Product Training Guide" (Control #6) | | |
| 32 | 10/17/2012 | 1 | white binder labeled, in part, "Master SOP's" and bearing the name Brian Stone (Control #5) | | |
| 33 | 10/17/2012 | 1 | green hanging file labeled Staff Phone #, and containing two (2) pages of handwritten names and phone numbers (Control #4) | | |
| 34 | 10/17/2012 | 1 | five (5) page spreadsheet containing customer and invoice information for lots 05212012@68, 06292012@26, and 08102012@51 (Control #3) | | |
| 35 | 10/17/2012 | | several green documents ripped in half, including Certificate of Analysis and Microbiology Reports (Control #46) | | |
| 36 | 10/17/2012 | 1 | yellow lined notepad and several loose sheets with handwritten recall-related information (Control #47) | | |
| 37 | 10/17/2012 | 1 | HVAC diagram labeled, in part, Direct Digital Controls Ameridose LLC, Framingham, MA (Control #49) | | |
| 38 | 10/17/2012 | 1 | Pressurization Control Layout (Control #49) | | |
| 39 | 10/17/2012 | | several spreadsheets containing invoice-related information (Control #30) | | |
| 40 | 10/17/2012 | 1 | Invoice #229919 with related documents (Control #30) | | |
| 41 | 10/17/2012 | 5 | Compact disks labeled, in part, "Barry Cadden Sales Education" (Control #28) | | |
| 42 | 10/17/2012 | 4 | pages of instructions on confirming orders (Control #27) | | |
| OCI CERTIFIED INVENTORY & EVIDENCE | | | | TOTAL ☞ | |

Case 1:13-md-02419-RWZ   Document 2118-5   Filed 07/30/15   Page 5 of 9
Case 1:14-cr-10363-RGS   Document 237-5   Filed 05/15/15   Page 5 of 9

| | OCI CERTIFIED INVENTORY OF EVIDENCE CONTINUATION SHEET | | 1. SERIAL NUMBER 174704 | 2. PAGE 4 OF 8 PAGES |
|---|---|---|---|---|
| 3. DATE OF INVENTORY 11/01/2012 | | 4. OFFICE Boston Resident Office | | 5. CASE NUMBER 2012-BOM-715-0599 |

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | ESTIMATED VALUE (Rounded To Nearest Dollar) |
|---|---|---|---|---|
| | | | BROUGHT FORWARD | |
| 43 | 10/17/2012 | 1 | bound pamphlet labeled, in part, "necc Framingham, MA Facility Q1 2012 - Ending March 31, 2012 Quality Assurance Report Card" (Control #26) | |
| 44 | 10/17/2012 | 1 | packet of papers clipped together titled "TRAINING" (Control #26) | |
| 45 | 10/17/2012 | 1 | bound pamphlet labeled, in part, "necc Framingham, MA Facility Q2 2012 - Ending June 30, 2012 Quality Assurance Report Card" (Control #25) | |
| 46 | 10/17/2012 | 1 | bound pamphlet labeled, in part, "necc Framingham, MA Facility Q1 2012 - Ending March 31, 2012 Quality Assurance Report Card" (Control #24) | |
| 47 | 10/17/2012 | 2 | Microbiology Reports for Lot #s 081012012@51 and 06292012@26 (Control #34) | |
| 48 | 10/17/2012 | 2 | Certificates of Analysis for Lot #s 05212012#68 and 08102012@51 (Control #34) | |
| 49 | 10/17/2012 | 4 | Voluntary Product Recall Response Forms clipped together with a yellow Post-It note affixed to it and "Recall 1" handwritten on the Post-It (Control #35) | |
| 50 | 10/17/2012 | | several recall-related documents, including spreadsheet of invoices annotated with notes and Voluntary Recall Response Forms (Control #36) | |
| 51 | 10/17/2012 | 2 | sets of prescription labels, one for William Locklear (Rx #1448265) and Jack Madden (Rx #1448258) (Control #48) | |
| 52 | 10/17/2012 | 1 | packet of faxed documents from Minnesota Surgery Center related to recall with a blue Post-It note and "Already accounted for" handwritten on it (Control #48) | |
| 53 | 10/17/2012 | 1 | faxed letter from Interventional Rehabilitation Center, LLC request confirmation of receipt for returned shipment (Control #45) | |
| 54 | 10/17/2012 | 1 | faxed Voluntary Product Recall Response Form from Marion Pain Clinic, Inc (Control #44) | |
| 55 | 10/17/2012 | 1 | faxed Voluntary Product Recall Response Form from The Headache & Pain Center (Control #42) | |
| 56 | 10/17/2012 | 1 | packets of documents related to the first recall, including fax sheets and customer names (Control #37) | |
| 57 | 10/17/2012 | 1 | document titled, "Methylprednisolone Acetate Products Quarantined by NECC" (Control #9) | |
| | | | TOTAL | |

FORM FDA 3400a (2/06)

PART V – FIELD OFFICE AGENT WORK FILE

DOJ_NECC001186308

| | OCI CERTIFIED INVENTORY OF EVIDENCE CONTINUATION SHEET | 1. SERIAL NUMBER 174704 | 2. PAGE 5 OF 8 PAGES |
|---|---|---|---|
| 3. DATE OF INVENTORY 11/01/2012 | 4. OFFICE Boston Resident Office | 5. CASE NUMBER 2012-BOM-715-0599 | |

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | ESTIMATED VALUE (Rounded To Nearest Dollar) |
|---|---|---|---|---|
| | | | BROUGHT FORWARD | |
| 58 | 10/17/2012 | 3 | Customer Complaint Records, identified by the following Customer Complaint Numbers: CC12104, CC12127, AE12009 (Control #10) | |
| 59 | 10/17/2012 | 1 | Customer Complaint Record with Facility Name St Thomas Outpatient Neurosurgical Center and a Date of Occurrence: 9/20/2012 (Control #11) | |
| 60 | 10/17/2012 | 2 | generic documents titled, "URGENT VOLUNTARY PRODUCT RECALL" and "VOLUNTARY PRODUCT RECALL RESPONSE FORM" with no facility names identified. (Control #12) | |
| 61 | 10/17/2012 | 1 | document labeled, in part, "NECC Pricing" (Control #13) | |
| 62 | 10/17/2012 | 1 | document labeled, in part, "Bar Code Format (as of 8/02/2011)" (Control #13) | |
| 63 | 10/17/2012 | 8 | Microbiology Reports with Certificates of Analysis photocopied on the back relating to Lot #06292012@26 (Control #14) | |
| 64 | 10/17/2012 | 5 | Microbiology Reports with Certificates of Analysis photocopied on the back relating to Lot #05212012@68 (Control #14) | |
| 65 | 10/17/2012 | 1 | Promotional book labeled, in part, "NECC Hospital" (Control #15) | |
| 66 | 10/17/2012 | 1 | blue and white NECC folder containing promotional documents (Control #15) | |
| 67 | 10/17/2012 | 1 | Formula Worksheet dated 9/12/2012 for Methylpred. AC (PF) 80MG/ML Injectable (Control #15) | |
| 68 | 10/17/2012 | 7 | handwritten documents relating to recall and training (Control #16) | |
| 69 | 10/17/2012 | 4 | packets containing various documents relating to Lot #'s 06292012@26, 08102012@51, and 05212012@68, including Logged Formula Worksheets, Certificates of Analysis, and Microbiology Reports (Control #17) | |
| 70 | 10/17/2012 | 1 | Recall summary spreadsheets and other recall-related documents (Control #18) | |
| 71 | 10/17/2012 | 1 | Email from Barry Cadden describing the compounding process (Control #19) | |
| 72 | 10/17/2012 | 1 | document related to recall #2 from East Cooper Podiatry (Control #20) | |
| | | | TOTAL ☞ | |

FORM FDA 3400a (2/06)

PART V – FIELD OFFICE AGENT WORK FILE

DOJ_NECC001186309

| | OCI CERTIFIED INVENTORY OF EVIDENCE CONTINUATION SHEET | | 1. SERIAL NUMBER 174704 | 2. PAGE 6 OF 8 PAGES | |
|---|---|---|---|---|---|
| 3. DATE OF INVENTORY 11/01/2012 | | 4. OFFICE Boston Resident Office | | 5. CASE NUMBER 2012-BOM-715-0599 | |

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | ESTIMATED VALUE (Rounded To Nearest Dollar) |
|---|---|---|---|---|
| | | | BROUGHT FORWARD | |
| 73 | 10/17/2012 | 16 | Daily Filling Logs identified by various dates in 2012, urgent product recall form, and recall summary (Control #20) | |
| 74 | 10/17/2012 | | several customer invoices and related documents (Control #21) | |
| 75 | 10/17/2012 | 1 | accordian folder labeled, in part, "NECC - Methylprednisolone Recall - Sep 12" and containing: 1.) one (1) folder labeled "St Thomas Surgery Center" containing an email from James Coffey, and several handwritten notes; 2.) one (1) packet of handwritten notes; 3.) two (2) packets of invoices and related documents; 4.) Pharmacy and Pharmacist License renewal documents; 5.) Insurance-related documents 6.) FDA's Notice of Inspection (Form FDA 482) and several FDA personnel business cards. (Control #21) | |
| 76 | 10/17/2012 | 1 | yellow-lined notepad with handwritten notes related to quarantined items (Control #21) | |
| 77 | 10/17/2012 | 1 | Spreadsheet of customers relating to Lot #08102012@51 with quantity remaining at each facility (Control #21) | |
| 78 | 10/17/2012 | 1 | Spiral bound notebook labeled, in part, Uniclean Cleanroom Services containing Cleaning Work Order / Check Lists (Control #22) | |
| 79 | 10/17/2012 | 1 | white binder labeled "Environmental 2012" (Control #22) | |
| 80 | 10/17/2012 | 1 | white binder labeled "HVAC 2012/Victory" (Control #22) | |
| 81 | 10/17/2012 | 2 | white binders labeled, in part, "Training Binder" (Control #33) | |
| 82 | 10/17/2012 | 2 | white binders labeled, in part, "Hospital Team Training Binder" (Control #33) | |
| 83 | 10/17/2012 | 3 | white binders labeled, in part, "Surgery Center Training Binder" (Control #33) | |
| 84 | 10/17/2012 | 3 | sets of recall summary spreadsheets, two with handwritten notes (Control #38) | |
| 85 | 10/17/2012 | 1 | Email from Robert Ronzio to Greg Conigliaro relating to recall letters (Control #38) | |
| 86 | 10/17/2012 | 1 | stapled packet of three (3) recall-related, faxed documents relating to facility name Specialty Surgical Center. (Control #38) | |
| | | | TOTAL ☞ | |

| | OCI CERTIFIED INVENTORY OF EVIDENCE CONTINUATION SHEET | | 1. SERIAL NUMBER 174704 | 2. PAGE 7 OF 8 PAGES | |
|---|---|---|---|---|---|
| 3. DATE OF INVENTORY 11/01/2012 | | 4. OFFICE Boston Resident Office | | 5. CASE NUMBER 2012-BOM-715-0599 | |
| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | | ESTIMATED VALUE (Rounded To Nearest Dollar) |
| | | | BROUGHT FORWARD | | |
| 87 | 10/17/2012 | 1 | Analytical Research Labs (ARL) card with a handwritten thank-you note to "Barry" from Tom Kapier (Control #43) | | |
| 88 | 10/17/2012 | 1 | white binder labeled, in part, "ISO TECH DESIGN" containing the Operation & Maintenance Manual for Microsphere (Serial #03-5G08P02) (Control #43) | | |
| 89 | 10/17/2012 | 1 | white binder labeled, in part, "ISO TECH DESIGN" ontaining the Operation & Maintenance Manual for Microsphere (Serial #03-5G08P02). A handwritten spreadsheet is between the binder and the protective plastic. The binder contains six (6) order forms for Clean Air Technologies Essentials (Control #43) | | |
| 90 | 10/17/2012 | 1 | Employee listing with addresses and phone numbers (Control #43) | | |
| 91 | 10/17/2012 | 1 | Packet labeled, in part, "Do you have questions about specific risk levels for any of your hospital's compounded preparations?" (Control #43) | | |
| 92 | 10/17/2012 | 1 | Packet labeled, in part, "Usage" with directions on how to use the crimper (Control #43) | | |
| 93 | 10/17/2012 | 2 | Email from Robert Ronzio to Barry Cadden regarding Pricing with 2 sheets of yellow lined paper with notes and email from Pauline Palladino to Barry regarding a problem with Bill Douglas (Control #43) | | |
| 94 | 10/17/2012 | 1 | Email from Gene Svirskiy to Barry Cadden regarding problems and samples (Control #39) | | |
| 95 | 10/17/2012 | 1 | Microbiology report for lot #08102012@51 from ARL (Control #39) | | |
| 96 | 10/17/2012 | 1 | Packet labeled, in part, "Log of Scripts" for prescriptions filled between 7/1/2012 and 9/28/2012 (Control #39) | | |
| 97 | 10/17/2012 | | Several logs labeled, in part, "Cleaning and Maintenance of the Clean Room" and various surface sample testing reports (Control #39) | | |
| 98 | 10/17/2012 | 1 | Printed customer listing with lot numbers from 3 affected lots (Control #39) | | |
| 99 | 10/17/2012 | 4 | reports from "Scientific Air Analysis, Inc." with air quality testing results (Control #40) | | |
| 100 | 10/17/2012 | 3 | packets of SOPs for Non sterile and sterile laboratory (Control #40) | | |
| | | | | TOTAL | |

FORM FDA 3400a (2/06)

PART V – FIELD OFFICE AGENT WORK FILE

DOJ_NECC001186311

| | | | OCI CERTIFIED INVENTORY OF EVIDENCE CONTINUATION SHEET | 1. SERIAL NUMBER 174704 | 2. PAGE 8 OF 8 PAGES |
|---|---|---|---|---|---|
| 3. DATE OF INVENTORY 11/01/2012 | | | 4. OFFICE Boston Resident Office | 5. CASE NUMBER 2012-BOM-715-0599 | |

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | ESTIMATED VALUE (Rounded To Nearest Dollar) |
|---|---|---|---|---|
| | | | BROUGHT FORWARD | |
| 101 | 10/17/2012 | 1 | packet labeled, in part, "Uniclean Contamination Control Services Cleaning Work Order/Check List" (Control #40) | |
| 102 | 10/17/2012 | 1 | packet with green post-it with "FDA MA BOP" written on it containing logged formula worksheets, certificates of analysis, and microbiology reports (Control #40) | |
| 103 | 10/17/2012 | 3 | Yellow notepad and 2 sheets of yellow paper with notes regarding methylprednisolone acetate (Control #40) | |
| 104 | 10/17/2012 | 3 | Sheet with handwritten "Pharmacy Blueprint" with 2 sheets of yellow note paper attached with notes (Control #40) | |
| 105 | 10/17/2012 | 1 | packet labeled, in part, "Communication Strategy October 3, 2012" (Control #40) | |
| 106 | 10/17/2012 | 4 | Compact Discs labeled, in part, "Barry Cadden Sales Education" (Control #41) | |
| 107 | 10/17/2012 | 1 | ARL report for sterility testing of stoppers with Confirmation #: A092612-163558 with 2 pages of handwritten notes attached (Control #41) | |
| 108 | 10/17/2012 | 1 | Stapled packet with compounding process for Methylprednisolone Acetate (PF) 80 mg/ml (Control #41) | |
| 109 | 10/17/2012 | 1 | Packet with email from Barry Cadden regarding Methylprednisolone Acetate beyond use date with attached documentation (Control #41) | |
| 110 | 10/17/2012 | 3 | 1 yellow notepad and 2 separate sheets with hand-written notes regarding lot #08102012@51 (Control #41) | |
| 111 | 10/17/2012 | 1 | Redwell containing emails and misc documents from blue trash bin (Control #71) | |
| 112 | 10/17/2012 | | Various invoices, customer orders, and logs of prescriptions (Control #31) | |

TOTAL

FORM FDA 3400a (2/06)

DOJ_NECC001186312

PART V — FIELD OFFICE AGENT WORK FILE