# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )   MDL No. 02419
LITIGATION )   Docket No. 1:13-md-2419-RWZ
  )
  )
  )
This document relates to: )
  )
All of the cases against the Box Hill Defendants[1] )
  )

## NOTICE OF SERVICE OF DISCOVERY

I hereby certify that on July 30, 2015, a copy of the foregoing Box Hill Defendants'

Notice of Service of Discovery, First Set of Interrogatories, Requests for Production and

Requests for Admissions was sent via U.S. Mail to the below listed counsel for Ameridose, LLC.

Thereafter, notice of this discovery will also be filed with the Court's CM/ECF system where it

may be accessed by all interested parties.


    Matthew P. Moriarty, Esquire
    Tucker Ellis LLP
    950 Main Avenue, Suite 1100
    Cleveland, OH 44113-7213

    *Attorneys for Defendant Ameridose LLC*




                              Respectfully submitted,

---

[1] This pleading applies to the following cases: Handy v. Box Hill Surgery Center, LLC, et al. No: 1:14-cv-14019-RWZ; Armetta v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14023-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ; Davis v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland  21204
(410) 938-8800
***Attorneys for Box Hill Surgery Center, L.L.C.,
Ritu T. Bhambhani, M.D., and Ritu T.
Bhambhani, M.D., L.L.C.***