# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )   MDL No. 02419
LITIGATION )   Docket No. 1:13-md-2419-RWZ
                                     )
—————————————————————— )
                                     )
This document relates to: )
                                     )
All of the cases against the Box Hill Defendants[1] )
                                     )

## NOTICE OF SERVICE OF DISCOVERY

Defendants Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C. (hereinafter, collectively "Box Hill Defendants") give notice to the Court that they have served written discovery in the form of Interrogatories, Requests for Production of Documents, and Requests for Admission on the following parties, respectively, through the below listed counsel on July 30, 2015, via U.S. Mail, postage pre-paid:

1. UniFirst Corporation

Damian W. Wilmot
James Rehnquist
Abigail K. Hemani
Roberto M. Braceras
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA  02109
*Attorneys for UniFirst Corporation*
*d/b/a Uniclean Cleanroom Services*

---

[1] This pleading applies to the following cases: Handy v. Box Hill Surgery Center, LLC, et al. No: 1:14-cv-14019-RWZ; Armetta v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14023-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ; Davis v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ

2.  Liberty Industries, Inc.

    Nicole D. Dorman
    Law Offices of Nicole D. Dorman
    P.O. Box 1142
    Glastonbury, Connecticut 06033
    *Counsel for Liberty Industries, Inc.*

3.  Medical Sales Management, Inc.

    Daniel M. Rabinovitz
    Brady J. Hermann
    Nicki Samson
    Michaels Ward & Rabinovitz
    One Beacon Street, 2nd Floor
    Boston, MA  02108
    *Attorneys for Defendant Medical
    Sales Management, Inc.*

The Box Hill Defendants attach as a collective exhibit to this Notice, this written discovery so as to ensure that all parties in the MDL are served a copy.  This has been filed electronically through the Court's CM/ECF system to ensure that all interested parties receive a copy of this Notice and its attachment.

Respectfully submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland  21204
(410) 938-8800
***Attorneys for the Box Hill Surgery Center, LLC,
Ritu Bhambhani, M.D., and Ritu T. Bhambhani,
M.D., LLC***