UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |
| This document relates to: ) | |
| All of the cases against the Box Hill Defendants[1] ) | |

## NOTICE OF SERVICE OF DISCOVERY

Defendants Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C. (hereinafter, collectively "Box Hill Defendants") give notice to the Court that they have served written discovery in the form of Interrogatories, Requests for Production of Documents, and Requests for Admission on the following parties, respectively, through the below listed counsel on July 30, 2015, via U.S. Mail, postage pre-paid:

1. <u>Barry Cadden</u>

   John P. Ryan
   Robert H. Gaynor
   William J. Dailey, Jr.
   Sloane and Walsh, LLP
   Three Center Plaza
   Boston, MA 02108

   *Attorneys for Defendant Barry J. Cadden*

   Bruce A. Singal
   Michelle R. Peirce
   Callan G. Stein

---

[1] This pleading applies to the following cases: Handy v. Box Hill Surgery Center, LLC, et al. No: 1:14-cv-14019-RWZ; Armetta v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14023-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ; Davis v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ

Donague, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108

*Attorneys for Defendant Barry J. Cadden*

2. Glenn Chin

   John P. Ryan
   Robert H. Gaynor
   William J. Dailey, Jr.
   Sloane and Walsh, LLP
   Three Center Plaza
   Boston, MA 02108

   *Attorneys for Defendant Glenn A. Chin*

3. Carla Conigliaro

   John P. Ryan
   Robert H. Gaynor
   William J. Dailey, Jr.
   Sloane and Walsh, LLP
   Three Center Plaza
   Boston, MA 02108

   *Attorneys for Defendant Carla Conigliaro*

4. Douglas Conigliaro

   John P. Ryan
   Robert H. Gaynor
   William J. Dailey, Jr.
   Sloane and Walsh, LLP
   Three Center Plaza
   Boston, MA 02108

   *Attorneys for Defendant Douglas Conigliaro*

5. Gregory Conigliaro

   John P. Ryan
   Robert H. Gaynor
   William J. Dailey, Jr.
   Sloane and Walsh, LLP
   Three Center Plaza

Boston, MA  02108

*Attorneys for Defendant Gregory Conigliaro*

6. Lisa Conigliaro Cadden

John P. Ryan
Robert H. Gaynor
William J. Dailey, Jr.
Sloane and Walsh, LLP
Three Center Plaza
Boston, MA  02108

*Attorneys for Defendant Lisa Conigliaro Cadden*

Bruce A. Singal
Michelle R. Peirce
Callan G. Stein
Donague, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA  02108

*Attorneys for Defendant Lisa Conigliaro Cadden*

The Box Hill Defendants attach as a collective exhibit to this Notice, this written discovery so as to ensure that all parties in the MDL are served a copy. Thereafter, this will be filed electronically through the Court's CM/ECF system to ensure that all interested parties receive a copy of this Notice and its attachment.

Respectfully submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland  21204
(410) 938-8800
***Attorneys for the Box Hill Defendants***