UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) MDL No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES. | |

**PLAINTIFFS' STEERING COMMITTEE'S REPORT TO THE COURT REGARDING *LEXECON* ELECTION FORMS AND REQUEST FOR ADDITIONAL TIME TO FULLY RESPOND TO THE COURT'S ORDER REGARDING THE PARTIES' *LEXECON* ELECTIONS**

1.  <u>The PSC has received over 1200 party responses to the Court's July 9, 2015 Order</u>.

In its Order dated July 9, 2015 ("Order") this Court ordered every party to a non-Massachusetts underlying action, including all plaintiffs, to execute either a *Lexecon* waiver consenting to trial in this district or a certification that the party will not waive its *Lexecon* rights. Parties were required to send their *Lexecon* elections to the Plaintiffs' Steering Committee ("PSC"), which in turn is required to file a table of all non-Massachusetts cases summarizing which parties waive *Lexecon* and which do not.[1]

The PSC has now received more than 1200 responses from individual parties in the MDL.[2]  The PSC's table of elections received is attached hereto as <u>Exhibit A</u>.  Copies of the individual election forms the PSC received are attached hereto as <u>Exhibit B</u>.  A quick review of the table reveals that only one defendant, involved in a small set of cases that have been settled

---

[1] Doc. 2075.
[2] Some election forms contain elections for multiple parties.  Each individual party election is a separate line item on the PSC's report, in accordance with the format prescribed in the Order.

(but not yet dismissed), has waived *Lexecon*.[3]  As a practical matter, this means that, thus far, there are no active cases in which all parties have waived *Lexecon*.

  2. <u>Request for additional time to identify additional cases and parties</u>.

  The deadline for parties to submit *Lexecon* election forms to the PSC was Monday, July 27, 2015.  The table showing all the elections was completed on an Excel spreadsheet (attached as <u>Exhibit A</u>) in the afternoon of Friday, July 31, 2015.[4]  The table is a reflection only of the election forms that have been received.  The Court's Order also requires that cases be identified for which no election has been submitted by any party.  Given the volume of information involved, and the need to complete a comparison of the 1200 party responses against an up-to-date survey of all cases currently pending in the MDL, the attached report does not yet identify cases for which no *Lexecon* election was submitted.  A great deal of work is also necessary to identify individual parties who have been named in one or more cases pending in the MDL but have failed to submit an election form as required by the Order.  Upon completion of the table based on current submissions, there was little time for the additional analysis required to identify these additional cases and parties prior to the deadline set by the Court for this report.

  In order for the PSC to identify all cases for which no election has been made by any party, and identify all parties that have not yet submitted an election, the PSC respectfully requests an additional seven days to conduct the necessary research and submit an updated report.

---

[3] The sole defendant waiving *Lexecon* is Insight Health Corp., a defendant in cases from Virginia for which a settlement agreement is in place.  The *Lexecon* election forms were filed in eight wrongful death cases only because a final order dismissing those eight cases is pending completion of final requirements under Virginia law.  It is most likely these cases will be dismissed this Fall, and they will never go to trial.
[4] The table currently contains over 1200 line entries on approximately 80 pages of Excel spreadsheet.

Dated: July 31, 2015		RESPECTFULLY SUBMITTED,


		**/s/ Patrick T. Fennell**
		Patrick T. Fennell
		CRANDALL & KATT
		366 Elm Avenue, S.W.
		Roanoke, VA 24016
		Telephone:  540/342-2000
		Facsimile:  540/400-0616
		pfennell@crandalllaw.com

		*Plaintiffs' Steering Committee*


		Thomas M. Sobol
		Kristen Johnson
		Edward Notargiacomo
		HAGENS BERMAN SOBOL SHAPIRO, LLP
		55 Cambridge Parkway, Suite 301
		Cambridge, MA 02142
		Telephone:  617/482-3700
		Facsimile:  617/482-3003
		tom@hbsslaw.com
		kristenjp@hbsslaw.com

		*Plaintiffs' Lead Counsel*

		Elizabeth J. Cabraser
		Mark P. Chalos
		Annika K. Martin
		LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
		275 Battery Street, 29th Floor
		San Francisco, CA 94111
		Telephone:  415/956-1000
		Facsimile:  415/956-1008
		ecabraser@lchb.com
		mchalos@lchb.com

		*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
5 Concourse Parkway, # 2600
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH &
JENNINGS, PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

      I, Patrick T. Fennell, hereby certify that I caused a copy of the above *Plaintiffs' Steering Committee's Report to the Court Regarding Lexecon Election Forms and Request for Additional Time to Fully Respond to the Court's Order Regarding the Parties' Lexecon Elections*, to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to those parties by operation of the Court's CM/ECF system.

Dated: July 31, 2015                                    /s/Patrick T. Fennell
                                                                    Patrick T. Fennell, VSB 40393