UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION v. | ) ) ) ) ) MDL No: 1:13-md-2419-RWZ |
| This Document Relates to: | ) ) |
| No: 1:14-CV-11856 (D. Mass) No: 1:14-CV-10432 (D. Mass) | ) ) ) ) |

## ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)

James Molnar, M.D., [party name]  hereby

☐  consents

☑  DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July 2/ 2015     Signature: _Top A. Weigand_

Name:     Tory A. Weigand, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION v. This Document Relates to: No: 1:14-CV-10284 (D. Mass) | ) ) ) ) ) ) ) ) ) ) |

MDL No: 1:13-md-2419-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

Gurunav Sudarshan, M.D. [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July _21_ 2015     Signature: _____

Name:     Tory A. Weigand, Esq.

1539207.v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| v. | ) | MDL No: 1:13-md-2419-RWZ |
| | ) | |
| This Document Relates to: | ) ) | |
| No: 1:14-CV-11224 (D. Mass.) | ) ) ) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

Ann Tuttle, M.D. [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July 21 2015       Signature: _Tory A. Weigand_

Name:       Tory A. Weigand, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION v. | )<br>)<br>)<br>)<br>)<br>) MDL No: 1:13-md-2419-RWZ |
| This Document Relates to: | )<br>) |
| No: 1:15-CV-11367(D. Mass) | )<br>)<br>) |

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

Saud Siddiqui [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July 2͟(͟, 2015       Signature: _Tory A. Weigand_

Name:       Tory A. Weigand, Esq.

Dated: 07/27/2015

Douglas E. Jones
Dustin Clint Daniel
SCHULMAN, LEROY & BENNETT P.C.
501 Union Street, Suite 701
P.O. Box 190676
Nashville, TN  37219
Telephone:  (615) 244-6670
Facsimile:  (615) 254-5407
djones@slblawfirm.com
ddaniel@slblawfirm.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: 1:13-cv-12737 and 1:13-cv-12588 | ) ) ) ) ) ) |

MDL No. 2419
Dkt. No. 1:13-md-2419-RWZ

### ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Come now Plaintiffs, Jane and Gerald Wray and Adam and Sarah Ziegler and hereby

☒   Consent

☐   DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions, including trial.  I represent that I have authority to

make this election on behalf of the above-listed parties and acknowledge that this election shall

be binding for the duration of this multidistrict litigation.

Dated: July 14, 2015

Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  (615) 313.9000
Facsimile:  (615) 313.9965
mchalos@lchb.com

1266833.1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO :
1:13-cv-12315 (D. Mass)

MDL No. 2419

No. 1:13-md-2419-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER** *LEXECON INC.*
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Robert Scott Hester, Administrator of the Estate of Helen Marie Prince Hester, Deceased, and
Robert Scott Hester, Jerry Ray Hester, Michael Prince Hester, Helen Louise Burchett, Dianna Marie
Thomas, and Melba Jo Scott, as Surviving Children of Helen Marie Prince [party name] hereby
Hester, Deceased

☒   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: ___7/24/15___

Signature: _____

Name: _Rebecca C. Blair_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br>**1:13-cv-12238** | |

### ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Come now Plaintiffs, Cindy A. Carman and Billy Carman and hereby

☒     Consent

☐     DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/23/15

Signature: Cindy A. Carman Billy Carman

Name: Cindy A. Carman and Billy Carman

Dated: 07/27/2015

Jason G. Denton, BPR No. 22579
Attorney for Plaintiffs
**ROCHELLE, McCULLOCH & AULDS, PLLC**
109 Castle Heights Avenue North
Lebanon, TN 37087
615.443.8772 or 615.443.8780
615.443.8775 (facsimile)
E-mail: jdenton@rma-law.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br>**1:13-cv-12426** | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Come now Plaintiffs, Thomas Randy Davis and Naomi Davis and hereby

☒    Consent

☐    DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.


Date: _1- 23 -15_

Signature: _Thomas Randy Davis_
_Naomi Davis_
Name: _Thomas Randy Davis_
_Naomi Davis_

Dated: 07/27/2015

Jason G. Denton, BPR No. 22579
Attorney for Plaintiffs
**ROCHELLE, McCULLOCH & AULDS, PLLC**
109 Castle Heights Avenue North
Lebanon, TN  37087
615.443.8772 or 615.443.8780
615.443.8775 (facsimile)
E-mail: jdenton@rma-law.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br>1:13-cv-10460; 1:13-cv-12580; 1:13-cv-12581; 1:13-cv-12583; 1:13-cv-12596; 1:13-cv-12597; 1:13-cv-12733; 1:13-cv-12738; and 1:13-cv-12838 | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Come now Plaintiffs, Dennis and Kaye O'Brien; Judy Collins; Danette Graham; Shirley and Donald Savercool; Elizabeth Bray; Dale Willis; Terry Pierce; Robert Barnard; and Fredia Berry and hereby

☒     Consent

☐     DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: 07/27/2015

/s/ Benjamin A. Gastel
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS
PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO

1:14-cv-12328-RWZ   *Tashima v. New England
Compounding Pharmacy, Inc., et al.*

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Lidia Tashima and Steven Tashima _____ [party name] hereby

☐    consents

☒☒    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: _07/24/2015_____          Signature: _____

Name: _Neal A. Markowitz, Esq._____
Thorsnes Bartolotta McGuire LLP
Attorneys for Lidia and Steven Tashima

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:14-CV-12157 (D. Mass)

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Michael Babington Mullins [party name] hereby

☑ consents

☐ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 6/15/15

Signature: 

Name: Stae Mullins

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:13-CV-12840 (D. Mass.)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Jerry Deups _____ [party name] hereby

☒   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7-22-15 _____

Signature: Michael D. Galligan   atty

Name: Michael D. Galligan

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:13-cv-12697 (D.Mass.)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

_Ronda Burns_____ [party name] hereby

☒   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: _7-22-15_____          Signature: _Michael D. _____ atty

Name: _Michael D. Galligan_

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:13-cv-12731 (D. Mass)

MDL No. 2419

No. 1:13-md-2419-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.*
*v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Denis S. Brock _____ [party name] hereby

☒   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7-22-15              Signature: Michael D. Galligan   atty

                           Name: Michael D. Galligan

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:13-cv-12668 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Bertram Walker Bryant Jr._____ [party name] hereby

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7-22-15_____

Signature: Michael D. Galligan_____ atty

Name: Michael D. Galligan

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br>1:13-cv-12692-FDS | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Comes now the Plaintiff, Joyce McKinney, and hereby

☒   Consents

☐   DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

[1407-00001/1097534/1]

Dated: 07/27/2015

_Leslie A. Muse_
Leslie A. Muse, JD, MPH
Butler, Vines & Babb
2701 Kingston Pike
Knoxville, TN 37919
Telephone: (865) 244-3921
Facsimile: (865) 244-1221

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


IN RE NEW ENGLAND COMPOUNDING            )
PHARMACY, INC. PRODUCTS LIABILITY        )
LITIGATION                               )
_____  )            MDL No. 2419
                                         )            Dkt. No 1:13-md-2419 (RWZ)
THIS DOCUMENT RELATES TO:                )
                                         )
        Adamson, 1:13-cv-12734 (D. Mass.) )
        Barger, 1:13-cv-12619 (D. Mass.)  )
        Barnard, 1:13-cv-12738 (D. Mass.) )
        Bequette, 1:13-cv-12429 (D. Mass.) )
        Berry, 1:13-cv-12838 (D. Mass.)   )
        Besaw, 1:13-cv-12604 (D. Mass.)   )
        Bland, 1:13-cv-11881 (D. Mass.)   )
        Brinton, 1:13-cv-12612 (D. Mass.) )
        Brock, 1:13-cv-12731 (D. Mass.)   )
        Bryant, 1:13-cv-12668 (D. Mass.)  )
        Burns, 1:13-cv-12697 (D. Mass.)   )
        Carman, 1:13-cv-12238 (D. Mass.)  )
        Chambers, 1:13-cv-12591 (D. Mass.) )
        Davis, 1:13-cv-12426 (D. Mass.)   )
        Demps, 1:13-cv-12840 (D. Mass.)   )
        Denson, 1:13-cv-12729 (D. Mass.)  )
        Deol, 1:13-cv-12841 (D. Mass.)    )
        Devine, 1:13-cv-12667 (D. Mass.)  )
        Eggleston, 1:13-cv-12589 (D. Mass.) )
        Ferguson, 1:13-cv-12571 (D. Mass.) )
        Garland, 1:13-cv-12736 (D. Mass.) )
        Gobble, 1:13-cv-12480 (D. Mass.)  )
        Hester, 1:13-cv-12315 (D. Mass.)  )
        Higdon, 1:13-cv-12718 (D. Mass.)  )
        Hill, 1:13-cv-12622 (D. Mass.)    )
        Hurt, 1:13-cv-12605 (D. Mass.)    )
        Johnson, 1:13-cv-12621 (D. Mass.) )
        Judd, 1:13-cv-13120 (D. Mass.)    )
        Kirby, 1:13-cv-12592 (D. Mass.)   )
        Kirkwood, 1:13-cv-12431 (D. Mass.) )
        Knight, 1:13-cv-12563 (D. Mass.)  )
        Knihtila, 1:13-cv-12576 (D. Mass.) )
        Koonce, 1:13-cv-12590 (D. Mass.)  )
        Lemberg, 1:13-cv-12617 (D. Mass.) )
        Lodowski, 1:13-cv-12572 (D. Mass.) )

Lovelace, 1:13-cv-12772 (D. Mass.)                    )
Martin, 1:13-cv-12624 (D. Mass.)                      )
Mathias, 1:13-cv-12574 (D. Mass.)                     )
May, 1:13-cv-12234 (D. Mass.)                         )
McCulloch, 1:13-cv-12610 (D. Mass.)                   )
McElwee, 1:13-cv-12625 (D. Mass.)                     )
McKee, 1:13-cv-12779 (D. Mass.)                       )
McKinney, 1:13-cv-12692 (D. Mass.)                    )
Meeker, 1:13-cv-12616 (D. Mass.)                      )
Miller, 1:13-cv-12570 (D. Mass.)                      )
Minor, 1:13-cv-12836 (D. Mass.)                       )
Neely, 1:13-cv-12842 (D. Mass.)                       )
Noble, 1:13-cv-12606 (D. Mass.)                       )
Norwood, 1:13-cv-12430 (D. Mass.)                     )
O'Brien, 1:13-cv-12759 (D. Mass.)                     )
Osborne, 1:13-cv-12739 (D. Mass.)                     )
Parman, 1:13-cv-12433 (D. Mass.)                      )
Patel, 1:14-cv-10163 (D. Mass.)                       )
Patel, 1:13-cv-12061 (D. Mass.)                       )
Peay, 1:13-cv-12843 (D. Mass.)                        )
Pellicone, 1:13-cv-12916 (D. Mass.)                   )
Pelters, 1:13-cv-12780 (D. Mass.)                     )
Pierce, 1:13-cv-12733 (D. Mass.)                      )
Potts, 1:14-cv-10250 (D. Mass.)                       )
Pruitt, 1:13-cv-12573 (D. Mass.)                      )
Ragland, 1:13-cv-12778 (D. Mass.)                     )
Redkevitch, 1:13-cv-12666 (D. Mass.)                  )
Reed, 1:13-cv-12565 (D. Mass.)                        )
Richards, 1:13-cv-12603 (D. Mass.)                    )
Robnett, 1:13-cv-12613 (D. Mass.)                     )
Ruhl, 1:13-cv-12670 (D. Mass.)                        )
Russell, 1:13-cv-12794 (D. Mass.)                     )
Rybinski, 1:13-cv-12818 (D. Mass.)                    )
Sawyers, 1:14-cv-10211 (D. Mass.)                     )
Schulz, 1:13-cv-12311 (D. Mass.)                      )
Scott, 1:13-cv-12578 (D. Mass.)                       )
Sellers, 1:13-cv-12620 (D. Mass.)                     )
Settle, 1:13-cv-12569 (D. Mass.)                      )
Sharer, 1:13-cv-12577 (D. Mass.)                      )
Siler, 1:13-cv-12489 (D. Mass.)                       )
Skelton, 1:13-cv-12575 (D. Mass.)                     )
Slatton, 1:13-cv-12618 (D. Mass.)                     )
Sullivan, 1:13-cv-12781 (D. Mass.)                    )
Taylor, 1:13-cv-12673 (D. Mass.)                      )
Temple, 1:13-cv-12696 (D. Mass.)                      )
Wanta, 1:13-cv-12623 (D. Mass.)                       )

Wiley, 1:13-cv-12305 (D. Mass.)          )
Williams, 1:13-cv-12434 (D. Mass.)       )
Wray, 1:13-cv-12737 (D. Mass.)           )
Young, 1:13-cv-12594 (D. Mass.)          )
Youree, 1:13-cv-12566 (D. Mass.)         )
Ziegler, 1:13-cv-12588 (D. Mass.)        )
                                         )

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V.* MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)

Defendants Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health hereby

☐          Consent

☒          DO NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions,[1] including trial.  I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: July 27, 2015                    Signature: */s/ Yvonne K. Puig*

                                       Name: Yvonne K. Puig

---

[1]      This certification is intended to apply to all actions in which one or more of these Defendants are parties.  Although the list of actions is believed to be accurate after a diligent review of the docket, in the event that any suits naming one or more of these Defendants is omitted, this certification applies to those cases as well.

SAINT THOMAS WEST HOSPITAL,
FORMERLY KNOWN AS ST. THOMAS
HOSPITAL, SAINT THOMAS NETWORK,
AND SAINT THOMAS HEALTH

By their attorneys,
*/s/ Yvonne K. Puig*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
yvonne.puig@nortonrosefulbright.com
Texas State Bar No. 16385400
Adam T. Schramek*
adam. Schramek@nortonrosefulbright.com
Texas State Bar No. 24033045
Eric J. Hoffman*
eric.hoffman@nortonrosefulbright.com
Texas State Bar No. 24074427

Norton Rose Fulbright US LLP
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing *Pro Hac Vice*

4

## CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was served on the Plaintiffs'
Steering Committee via electronic mail this July 27, 2015.

/s/ Eric J. Hoffman
Eric J. Hoffman

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

Tory A. Weigand
Phone: 617-737-8827
Fax:   617-342-4947
tweigand@morrisonmahoney.com

Anthony E. Abeln
Phone: 617-737-8885
Fax:   617-342-4802
aabeln@morrisonmahoney.com

250 SUMMER STREET
BOSTON, MA 02210-1181
617-439-7500

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

CONNECTICUT
HARTFORD
STAMFORD

ENGLAND
LONDON

NEW HAMPSHIRE
MANCHESTER

NEW JERSEY
PARSIPPANY

NEW YORK
NEW YORK

RHODE ISLAND
PROVIDENCE

July 21, 2015

Kimberly A. Dougherty, Esq.
Janet, Jenner & Suggs, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116

Re:      **New England Compounding Pharmacy, Inc. Products Liability Litigation**
         **Master Docket No.  13-md-02419-FDS**
         **Our File No.  10053404**

Dear Attorney Dougherty:

Pursuant to the Court's Order, please find the Lexecon waiver forms on behalf of the
following:

- BKC Pain Specialists, Inc.;

- Cincinnati Pain Management Consultants, Ltd.;

- APAC Centers for Pain management/Advanced Pain Anesthesia Consultants,
  P.C.;

- James Molnar, M.D.;

- Gurunav Sudarshan, M.D.;

- Ann Tuttle, M.D.;

- Saud Siddiqui, M.D.;

- Lori Sheets, LPN;

- Meena Cadha;

1539603.v1

MORRISON MAHONEY LLP

Kimberly A. Dougherty, Esq.
July 21, 2015
Page 2

- Randolph Chang, M.D.;

- Adil Katabay, M.D.; and

- Nikesh Batra, M.D.

If you are not the proper contact person for the Plaintiffs' Steering Committee as to this matter, please let me know immediately.

Very truly yours,

Tory A. Weigand
Anthony E. Abeln

TAW/AEA/ll
Encl.

1539603.v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                         )
IN RE: NEW ENGLAND                       )
COMPOUNDING PHARMACY, INC.               )
PRODUCTS LIABILITY LITIGATION            )
v.                                       )      MDL No: 1:13-md-2419-RWZ
                                         )
This Document Relates to:                )
                                         )
No: 1:13-CV-12657                        )
No: 1:13-CV-12659                        )
                                         )
                                         )
                                         )
```

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.**
**v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

BKC Pain Specialists, Inc. . [party name] hereby

⌐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District

of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent

that I have authority to make this election on behalf of the above-listed party and

acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Dated: July 2-1 2015      Signature: _Tory A. Weigand_

Name:      Tory A. Weigand, Esq.

1539207.v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND )
COMPOUNDING PHARMACY, INC. )
PRODUCTS LIABILITY LITIGATION )
v. )   MDL No: 1:13-md-2419-RWZ
)
This Document Relates to: )
)
No: 1:14-CV-10284 )
No: 1:14-CV-11224 )
No: 1:14-CV-10432 )
No: 1:14-CV-11856 )
)

## ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)

Cincinnati Pain Management Consultants, Ltd. [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District

of Massachusetts for all proceedings in the above-listed actions, including trial. I represent

that I have authority to make this election on behalf of the above-listed party and

acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Dated: July 21 2015        Signature: _Tory A. Weigand_____

Name:        Tory A. Weigand, Esq.

1539207.v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION  v.  This Document Relates to:  No: 1:12-CV-12112 (D. Mass) No: 1:13-CV-13228 (D. Mass) No: 1:13-CV-13227 (D. Mass) No: 1:14-CV-13676 (D. Mass) No. 1:14-CV-13689 (D. Mass) | MDL No: 1:13-md-2419-RWZ |

## ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)

APAC Centers for Pain Management/Advanced Pain Anesthesia Consultants, P.C. [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July 21 2015       Signature: _____

Name:        Tory A. Weigand, Esq.

1539207.v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND ) | |
| COMPOUNDING PHARMACY, INC. ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| v. ) | MDL No: 1:13-md-2419-RWZ |
| ) | |
| This Document Relates to: ) | |
| ) | |
| No: 1:14-CV-11856 (D. Mass) ) | |
| No: 1:14-CV-10432 (D. Mass) ) | |
| ) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

James Molnar, M.D., [party name]  hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District

of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent

that I have authority to make this election on behalf of the above-listed party and

acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Dated: July _21_ 2015     Signature: _Tory A. Weigand_

Name:     Tory A. Weigand, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) v. ) ) This Document Relates to: ) ) No: 1:14-CV-10284 (D. Mass) ) ) | MDL No: 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

Gurunav Sudarshan, M.D. [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July 21 2015        Signature: _____

                           Name:      Tory A. Weigand, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| v. | ) MDL No: 1:13-md-2419-RWZ |
| | ) |
| This Document Relates to: | ) ) |
| | ) |
| No: 1:14-CV-11224 (D. Mass.) | ) ) |

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.**
**v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

Ann Tuttle, M.D. [party name] hereby

⌐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July 2/ 2015   Signature: _Tory A. Weigand_

Name:    Tory A. Weigand, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION v. This Document Relates to: No: 1:15-CV-11367(D. Mass) | MDL No: 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

Saud Siddiqui [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District
of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent
that I have authority to make this election on behalf of the above-listed party and
acknowledge that this election shall be binding for the duration of this multidistrict
litigation.

Dated: July 2 1, 2015       Signature: _Tory A. Weigand_

Name:        Tory A. Weigand, Esq.

1539207.v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION v. <br><br> This Document Relates to: <br><br> No: 1:15-CV-11367 (D. Mass) | MDL No: 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

Lori Sheets, LPN [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July ___ 2015          Signature: _____

Name:     Tory A. Weigand, Esq.

1539207.v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                          )
IN RE: NEW ENGLAND                        )
COMPOUNDING PHARMACY, INC.                )
PRODUCTS LIABILITY LITIGATION             )
v.                                        )    MDL No: 1:13-md-2419-RWZ
                                          )
This Document Relates to:                 )
                                          )
No: 1:15-CV-11367 (D. Mass)               )
                                          )
```

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.**
**v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

Meena Chadha [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District

of Massachusetts for all proceedings in the above-listed actions, including trial. I represent

that I have authority to make this election on behalf of the above-listed party and

acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Dated: July 21, 2015          Signature: _Tory A. Weigand_____

Name:        Tory A. Weigand, Esq.

1539207.v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br><br>v. )<br><br>This Document Relates to: )<br><br>No: 1:12-CV-12112 (D. Mass) )<br>No: 1:13-CV-13228 (D. Mass) )<br>No: 1:13-CV-13227 (D. Mass) )<br>No: 1:14-CV-13676 (D. Mass) )<br>No: 1:14-CV-13689 (D. Mass) ) | MDL No: 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

Randolph Chang, M.D. [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July 2?, 2015        Signature: _____

Name:        Tory A. Weigand, Esq.

1539207.v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                    )
IN RE: NEW ENGLAND                  )
COMPOUNDING PHARMACY, INC.          )
PRODUCTS LIABILITY LITIGATION       )
v.                                  )       MDL No: 1:13-md-2419-RWZ
                                    )
This Document Relates to:           )
                                    )
No: 1:13-CV-12659 (D. Mass)         )
No: 1:15-CV-11367 (D. Mass)         )
                                    )
```

## ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)

Adil Katabay, M.D. [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July 21, 2015     Signature: _Tory A. Weigand_

Name:     Tory A. Weigand, Esq.

1539207.v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) |  |
| v. | ) | MDL No: 1:13-md-2419-RWZ |
|  | ) ) |  |
| This Document Relates to: | ) ) |  |
| No: 1:15-CV-11367 (D. Mass) No: 1:13-CV-12657 (D. Mass) | ) ) ) |  |

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

Nikesh Batra, M.D. [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District

of Massachusetts for all proceedings in the above-listed actions, including trial. I represent

that I have authority to make this election on behalf of the above-listed party and

acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Dated: July 21 2015     Signature: _____

Name:      Tory A. Weigand, Esq.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br>1:13-cv-12843; 1:13-cv-12914; 1:13-cv-12923; and 1:13-cv-12922 | |

### ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Come now Plaintiffs, Joan Peay; William Lapiska; Linda Jackson; and Georgeanne Hubbard and hereby

☒    Consent

☐    DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: 07/23/2015

Timothy Housholder (BPR # 020792)
GILREATH & ASSOCIATES
550 W. Main Avenue, Suite 600
Knoxville, TN 37902
(865) 637-2442
(865) 971-4116 fx.
thousholder@sidgilreath.com

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:14-cv-10373; Brittany Henley v. Dallas Back Pain
Management, et al. (D. Mass.)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Brittany Henley _____ hereby

☑   consents

☐   DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial. I represent

that I have authority to make this election on behalf of the above-listed party and

acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: _July 21, 2015_____

Signature: ___/s/ James E. Girards_____

Name: ___James E. Girards, attorney for Brittany Henley___

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO:

1:14-cv-10430-RWZ (D.Mass.)

### ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.*
### *v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Come now Plaintiff Naomi Daugherty hereby

☒      Consents

☐      DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions, including trial. I represent that I have authority to

make this election on behalf of the above-listed party and acknowledge that this election shall be

binding for the duration of this multidistrict litigation.

Date: July 23, 2015

B. Chadwick Rickman
*Attorney for Plaintiff*
LORING JUSTICE, PLLC
11911 Kingston Pike, Suite 201
Knoxville, Tennessee 37934
Telephone: (865) 584-8620
Facsimile: (865) 584-8621
chad@loringjustice.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>1:14-cv-12941-RWZ: Brown v. Insight, et al.<br>1:14-cv-12978-RWZ: Bender v. Insight, et al. | ) ) ) ) ) ) ) ) ) ) | MDL No. 1:13-md-2419-RWZ |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)*

Patricia Brown, Jenae Patsell and John Spicer (Executors of the Estate of Louise B.

Spicer, deceased) and Robert Bender (Executor of the Estate of Ralph James Irace, Jr., deceased)

hereby

_____  Consent

✓ _____  DO NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions, including trial. I represent that I have authority to

make this election on behalf of the above-listed parties and acknowledge that this election shall

be binding for the duration of the multidistrict litigation.

Date:  July 23, 2015

Signature: _____

Name:  H. David Gibson
Counsel to the above-named parties

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>NO.1:13-md-02419-FDS |

THIS DOCUMENT RELATES TO:

John L. Alexander, Sr. & Sharon D. Alexander v. Ameridose, LLC et. al.; No. 1:13-cv-12428-FDS (D. Mass.)

Wanda J. Cox & Perry Cox v. Ameridose, LLC et. al.; No.: 1:13-cv-12918-FDS (D. Mass.)

Wanda J. Dingess v. Ameridose, LLC et. al.; No.: 1:13-cv-12490-FDS (D. Mass.)

Joyce J. Farmer v. Ameridose, LLC et. al.; No.: 1:13-cv-12492-FDS (D. Mass.)

Darwin L. Nealon, as Son, Next of Kin to and as the Administrator of the Estate of Dallas Ray Nealon, Deceased v. Ameridose, LLC et. al.; No.: 1:13-cv-12491-FDS (D. Mass.)

Wanda L. Reed & J.E. Reed v. Ameridose, LLC et. al.; No.: 1:13-cv-12917-FDS (D. Mass.)

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Come now the Plaintiffs, John L. Alexander, Sr. & Sharon D. Alexander, Wanda J. Cox & Perry Cox, Wanda J. Dingess, Joyce J. Farmer, Darwin L. Nealon, as Son, Next of Kin to and as the Administrator of the Estate of Dallas Ray Nealon, Deceased, and Wanda L. Reed & J.E. Reed, and hereby

☒     Consent

☐     DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multi-district litigation.

Dated:  **July 23, 2015**

Signature: _____

Name:  James R. Kennamer, Attorney for the Plaintiffs
McMAHAN LAW FIRM
323 High Street, Chattanooga, TN 37403
Telephone:  (423) 265-1100
Facsimile:  (423) 756-8120
E-Mail:    jaykennamer@mcmahanlawfirm.com

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MLD No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: | |
| 1:13-cv-10392-RWZ (D. Mass.) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Natalie S. Copass hereby

☒     Consents

☐     DOES NOT consent

to the jurisdiction and venue of the United State District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that her election shall be binding for the duration of this multidistrict litigation.

Date:  _7 - 24-2015_

Signature: _____

Name:  M. Michael Stephenson
        Attorney



Colson
Hicks
Eidson

July 23, 2015

<u>SUBMITTED VIA EMAIL</u>

Carey Hargenrader
<u>Chargenrader@crandalllaw.com</u>

**RE:**      **NECC Claim**
**MDL NO.**   **2419**
**CASE NO.**  **1:13-md-2419-RWZ**

Dear Ms. Hargenrader,

Enclosed please find the revised (to include the individual case numbers for each claimant) and fully executed election regarding venue and rights under Lexecon, Inc, for the following claimants:

- Vilinda York;
- Irene Phillips and Joseph Phillips;
- Norma Montague;
- Ronald Driscoll and Tammy Driscoll; and,
- Roseann Fusco and Paul Fusco.

Should you have any questions, please do not hesitate to contact us.

Very truly yours,

PATRICK S. MONTOYA

PSM/rr
Enclosure as stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: WWW.COLSON.COM
| 208 11TH STREET SE | WASHINGTON, DC | 20003
| T: 202.386.6706 | F: 202.386.6706 | W: WWW.COLSON.COM
| 1100 POYDRAS STREET, SUITE 2800 | NEW ORLEANS, LA | 70163
| T: 305.476.7400 | F: 305.476.7444 | W: WWW.COLSON.COM

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:13-CV-10626

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.*
***v. MILBERG WEISS PERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Vilinda York _____ [party name] hereby

☐ consents

☒ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/21/2015

Signature: _____

Name: Patrick S. Montoya

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)): | No. 1:13-md-2419-RWZ |
| *1:13-CV-13232* | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

*Irene Phillips and Joseph Phillips* [party name] hereby

☐   consents

☒   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: *7/21/2015*

Signature: _____

Name: *Patrick S. Montoya*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:13-cv-13230

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

_Norma Montague_____ [party name] hereby

☐   consents

☒   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/21/2015

Signature: _____

Name: _Patrick S. Montoya_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-11234 (D. Mass.)):<br><br>1:13-CV-13283 | No. 1:13-md-2419-RWZ |

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 **U.S. 26 (1998)**

*Ronald Driscoll and Tammy Driscoll* [party name] hereby

☐  consents

☒  DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/21/2015

Signature:

Name: *Patrick S. Montoya*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)): *1:13-CV-10603* | No. 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

*Roseann Fusco and Paul Fusco*_____ [party name] hereby

☐   consents

☒   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: _7/21/2015_

Signature: _____

Name: _Patrick S. Montoya_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br>1:13-cv-12842 and 1:14-cv-10250 | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Come now Plaintiffs, Virginia Lois Neely; Karen and William Potts and hereby

☒   Consent

☐   DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| THIS DOCUMENT RELATES TO: 1:13-cv-12571-RWZ (D. Mass.) | No. 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

<u>Rosemary Ferguson</u> hereby:

☒ consents

☐ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authorization to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date:_____7/21/15_____

Signature:_____

Name:_____Robert A. Young_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: 1:13-cv-12571-RWZ (D. Mass.) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

<u>Charles Lankford</u> hereby:

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of
Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I
have authorization to make this election on behalf of the above-listed party and acknowledge that
this election shall be binding for the duration of this multidistrict litigation.

Date:____7/21/15_____          Signature:_____

                                 Name:_____Robert A. Young_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: 1:13-cv-12571-RWZ (D. Mass.) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS·BERSHAD HYNES & LERACH,* 523 U.S. 26 (1998)**

<u>Jon Kinsey</u> hereby:

☒　　consents

☐　　DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authorization to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date:　7/21/15

Signature:

Name:　　Robert A. Young

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF
## MASSACHUSETTS

IN RE NEW ENGLAND
COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

MDL No. 2419
Master Docket No. 1:13-md-2419-RWZ

CIVIL ACTION NO. 1:14-cv-13558
(D. Mass)

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHARD HYNES & LERACH*, 523 U.S. 26 (1998)

Plaintiff Theresa Jackson hereby:

☑  Consents

☐  DOES NOT consent

to the jurisdiction and venue if the United States District Court for the District of Massachusetts

for all proceedings in the above-listed action, including trial. I represent that I have authority to

make this election on behalf of the above-listed party and acknowledge that this election shall

be binding for the duration of this multidistrict litigation.

Date: 7/22/15

Signature: _____

Name: SETH S. WEBB

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUESTTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUND-ING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL NO. 2419 |
| | Master Docket No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: | Honorable Rya W. Zobel |
| 1:13-cv-12660 (D. Mass) | |
| 1:13-cv-12663 (D. Mass) | |
| 1:14-cv-12866 (D. Mass) | |
| 1:14-cv-12865 (D. Mass) | |
| 1:13-cv-12661 (D. Mass) | |
| 1:14-cv-13974 (D. Mass) | |
| 1:13-cv-10367 (D. Mass) | |
| 1:14-cv-13128 (D. Mass) | |
| 1:13-cv-12662 (D. Mass) | |
| 1:13-cv-10366 (D. Mass) | |
| 1:13-cv-10369 (D. Mass) | |
| 1:13-cv-12664 (D. Mass) | |
| 1:13-cv-10358 (D. Mass) | |
| 1:13-cv-10362 (D. Mass) | |
| 1:14-cv-13127 (D. Mass) | |
| 1:13-cv-10365 (D. Mass) | |
| 1:13-cv-10364 (D. Mass) | |
| 1:14-cv-13849 (D. Mass) | |
| 1:13-cv-10360 (D. Mass) | |
| 1:13-cv-10508 (D. Mass) | |
| 1:14-cv-13126 (D. Mass) | |
| 1:13-cv-10350 (D. Mass) | |
| 1:13-cv-10372 (D. Mass) | |
| 1:13-cv-10359 (D. Mass) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
V. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)***

Shirley Barnes; Linda Black; Phyllis Bruner; Donald Florea as Personal Repre-

sentative of the Estate of Pauline Burema; Rudolph and Monica Cherniak; Bruce

Cox and Eugene Topolski as Co-Personal Representatives of the Estate of Marjorie

Cox and Bruce Cox as the Power of Attorney for E. Wayne Cox; Kathleen Ellison;

Christy Ramsey as Personal Representative of the Estate of Isabelle Floor; Scott

and Jan Huxford; Nancy and Jorge Islas; Doris and Robert Jewel; Roy and Doris

Keim; Sue Keller; Seth and Billie Kniffin; Phillip and Joella Krallman; Thomas E.

Legg, Jr. and Lori Legg-Williams; Carolyn Maloney; Elaine and Daniel Newton;

Amber and Richard Raeder; Russell and Laura Raiff; Joshua Reams; Sandra

Rhodes; Diana Rohrer and Dawn Cubberness as Co-Administrators of the Estate of

Daniel Rohrer; and, Nathan Tacy hereby:

☑ consents

☐ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including

trial. I represent that I have authority to make this election on behalf of the above-

listed parties and acknowledge that this election shall be binding for the duration of

this multidistrict litigation.

Date: _July 22, 2015_

Signature: _____

Name: _Wm N. Riley_

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)):<br><br>*Barbara Taylor and Lanny Taylor V. Ameridose, LLC, et al.,*<br>*Case No. 1:13-cv-12673 (D. Mass.)* | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER** *LEXECON INC.*
*v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

*Barbara Taylor and Lanny Taylor* _____ [party name] hereby

☒   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/28/15

Signature: _____

Name: Robert Briley

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

John L. Temple, Admin. for the Estate of Rebac. Temple, Deceased, and John L. Temple as Surviving Child of Reba C. Temple, Deceased. 1:13-CV-12696-RWZ _____ [party name] hereby

☑    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/21/2015

Signature: _____

Name: Jeffery S. Roberts

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)): | |
| DEBORAH FISHER, Plaintiff, vs. INSPIRA HEALTH NETWORK, INC., (Successor in interest to South Jersey Health System, Inc) et als, Defendants | 1:14-cv-13601 (D. Mass) |

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.*
*v. MILBERG WEISS BERSHAD HYNES & LERACH,* 523 U.S. 26 (1998)

_____Deborah Fisher_____ [party name] hereby

☒   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: __July 23, 2015____

Signature: _____

Name:   Jeffrey P. Fritz, Esq., Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)): | |
| CHRISTOPHER HERMENS and ANN HERMENS, h/w, Plaintiffs, v. INSPIRA HEALTH NETWORK, INC., (Successor in interest to South Jersey Health System, Inc.), et als, Defendants | 1:14-cv-13945 (D.Mass.) |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Christopher Hermens and Ann Hermens, h/w _____ [party name] hereby

☒     consents

☐     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: ___July 23,2015___

Signature: _____

Name: ___Jeffrey P. Fritz, Esq., Attorneys for Plaintiff___

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)): | |
| JAMES BANE and JOANNE BANE, h/w,<br>Plaintiffs,<br><br>v.<br><br>INSPIRA HEALTH NETWORK, INC., (Successor in interest to South Jersey Health System, Inc.), et als<br>Defendants, | 1:14-cv-13599 (D. Mass) |

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

James Bane and Joanne Bane, h/w _____ [party name] hereby

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: July 23, 2015 _____   Signature: _____

Name: ___ Jeffrey P. Fritz, Esq., Attorney for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
|  | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)): |  |
| JOSELYN GARCIA and JUAN GARCIA, w/h, Plaintiffs, | |
| vs. | 1:14-cv-14084 (D. Mass) |
| INSPIRA HEALTH NETWORK, INC., (Successor in interest to South Jersey Health System, Inc.), et als, Defendants | |

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH,* 523 U.S. 26 (1998)

Joselyn Garcia and Juan Garcia, w/h
_____ [party name] hereby

☒   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date:   July 23, 2015                          Signature: _____

                                              Name:   Jeffrey P. Fritz, Esq., Attorney for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:13-cv-10353

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Janet Shrock and Fred Shrock _____ [party name] hereby

☐   consents

☑   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/23/15 _____

Signature: _____

Name: Richard W. Morgan _____
       Attorney for Janet Shrock and
       Fred Shrock

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:13-cv-10511

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

The Estate of Ernesteen Huff                    [party name] hereby

☐    consents

☑    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/23/15                    Signature: _____

                                 Name: Richard W. Morgan
                                       Attorney for the Estate of
                                       Ernesteen Huff

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:13-cv-10507

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

_Mary Jo Tolbert_____ [party name] hereby

☐    consents

☑    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: _7/23/15_____          Signature: _____

                               Name: _Richard W. Morgan_____
                                      Attorney for Mary Jo Tolbert

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:13-cv-10352

MDL No. 2419

No. 1:13-md-2419-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Edward G. Landon, Sr. and Sheri Landon   [party name] hereby

☐   consents

☑   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/23/15

Signature: _____

Name: Richard W. Morgan
       Attorney for Edward G. Landon, Sr.
       and Sheri Landon

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:13-cv-10354

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Terri Rethlake                                    [party name] hereby

☐     consents

☑     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/23/15                        Signature: _____

Name: Richard W. Morgan
          Attorney for Terri Rethlake

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:15-cv-12347 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
**_v. MILBERG WEISS BERSHAD HYNES & LERACH_, 523 U.S. 26 (1998)**

Cheryl A. McCarthy, Individually, as Personal Representative of the Estate of
Judith Ann Peckham, Deceased, and on behalf of the Beneficiaries of the Estate  [party name] hereby

☑   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015

Signature: /s/ Kimberly A. Dougherty

Name: Kimberly A. Dougherty

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:14-cv-11224 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Jeff Pettit

_____ [party name] hereby

☑    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015 _____        Signature: /s/ Kimberly A. Dougherty _____

Name: Kimberly A. Dougherty _____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:14-cv-11224 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Sally L. Pettit
_____ [party name] hereby

☑     consents

☐     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015 _____

Signature: /s/ Kimberly A. Dougherty _____

Name: Kimberly A. Dougherty _____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)):<br>1:13-cv-11868 (D. Mass) | MDL No. 2419<br><br>No. 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Tessa A. Seiber
_____ [party name] hereby

☑    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015 _____         Signature: /s/ Kimberly A. Dougherty _____

                                        Name: Kimberly A. Dougherty _____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:13-cv-10559 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Karen F. Smith, Individually, and as Personal Representative of the Estate of
Warren L. Smith, Deceased, and on behalf of the beneficiaries of the Estate       [party name] hereby

☑   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015

Signature: /s/ Kimberly A. Dougherty

Name: Kimberly A. Dougherty

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)):
1:14-cv-12884 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Michelle Janin Luna, Individually, as Executor of the Estate of Selwyn Wynstock, Deceased, and on Behalf of the Beneficiaries of the Estate   [party name] hereby

☑   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/17/2015

Signature: /s/ Kimberly A. Dougherty

Name: Kimberly A. Dougherty

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:14-cv-12789 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

JOHN EDWARDS JEFFRIES, by and through his SUCCESSOR IN INTEREST CLAY C. JEFFRIES, and CLAY
C. JEFFRIES, CYNTHIA A. CARDEY, PATRICK J. JEFFRIES, WYNEMA K. HYNDMAN, JOHN E. JEFFRIES,
JR., and REED JEFFRIES Individually _____ [party name] hereby

☑   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015 _____

Signature: /s/ Kimberly A. Dougherty _____

Name: Kimberly A. Dougherty _____

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. : | |
| PRODUCTS LIABILITY LITIGATION | : MDL NO. 2419 |
| | : |
| | : NO: 1:13-MD-2419-RWZ |

THIS DOCUMENT RELATED TO:

GARY AKERS v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-13910-RWZ)

LAURA ASKINS v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13905-RWZ)

JAMES BAIRD v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13946-RWZ)

KIM BOLTON v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13904-RWZ)

CLINTON CAMPBELL v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13916-RWZ)

FRITZ CAMPBELL v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13909-RWZ)

VINCENT FEDERICO v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13956-RWZ)

PAMELA GOFF v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13913-RWZ)

IVAN GONZALEZ v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13949-RWZ)

ANDRE GOULD v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10444-RWZ)

CHRISTOPHER HANNAH v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10407-RWZ)

STEPHANIE HOLLYWOOD v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13951-RWZ)

JEFFREY HOWERTON v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13955-RWZ)

MEGHAN JONES v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10409-RWZ)

PRESTON JONES v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13907-RWZ)

KATHRYN LEAVERTON v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10408-RWZ)

JENNA LETIZIA v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10442-RWZ)

JENNIFER MARKO v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10404-RWZ)

JAMES MCCOY v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13911-RWZ)

GRETA NORMAND v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10447-RWZ)

BRIAN PENNINGTON v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10406-RWZ)

JOSE RAMOS v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10410-RWZ)

RAMON RAMOS v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13957-RWZ)

NAQUITA RIOS v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10411-RWZ)

JUANITA RIVERA v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10412-RWZ)

LUIS RIVERA v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13943-RWZ)

JACQUELINE ROAGERS v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13915-RWZ)

JOHN SCHWAB v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13914-RWZ)

LORETTA STECH v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13952-RWZ)

DENISE STYLES v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13953-RWZ)

ROBERT TAYVINSKY v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10414-RWZ)

DIANE TISA v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10446-RWZ)

JENNIFER TOLOTTI v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10413-RWZ)

PAUL TROUT v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13954-RWZ)

PAULA WARFLE v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:14-cv-13908-RWZ)

DAW ZAVACKI v. NEW ENGLAND COMPOUNDING
PHARMACY, INC. (1:13-cv-10441-RWZ)

---

## ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON, INC. v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1988)

___ABOVE-REFERENCED  NEW JERSEY PLAINTIFFS_____ hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authority to make this election on behalf of the above-listed parties and acknowledge that

this election shall be binding for the duration of this multidistrict litigation.

Date: ___7-20-15___

Signature: _____

Name:  __MICHAEL F. BARRETT, ESQUIRE__
*Counsel for the Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |

THIS DOCUMENT RELATES TO:
1:13-cv-12612; 1:13-cv-12679; 1:13-cv-12591; 1:13-cv-12589; 1:13-cv-12741; 1:13-cv-12681; 1:13-cv-12622; 1:13-cv-12621; 1:13-cv-12592; 1:13-cv-12563; 1:13-cv-12590; 1:13-cv-12617; 1:13-cv-12572; 1:13-cv-12772; 1:13-cv-12574; 1:13-cv-12610; 1:13-cv-12779; 1:13-cv-12616; 1:13-cv-12570; 1:13-cv-12836; 1:13-cv-12606; 1:13-cv-12780; 1:13-cv-12573; 1:13-cv-12778; 1:13-cv-12666; 1:13-cv-12740; 1:13-cv-12613; 1:13-cv-12670; 1:13-cv-12794; 1:13-cv-12818; 1:13-cv-12578; 1:13-cv-12569; 1:13-cv-12577; 1:13-cv-12575; 1:13-cv-12618; 1:13-cv-12684; 1:13-cv-12781; 1:13-cv-12623; 1:13-cv-12594; 1:13-cv-12566

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Come now Plaintiffs, Laura Brinton; Peggy B. Bumgarner and Roger D. Bumgarner; Kathy J. Chambers; Sue C. Eggleston and Richard A. Eggleston; Dorothy A. Fuelling and Richard E. Fuelling; Craig E. Weaver, Son of the Deceased and Administrator Ad Litem of the Estate of Patricia A. Gambaccini; Joanne L. Hill and Phillip E. Hill, Sr.; William E. Johnson, Sr. and Sandra J. Johnson; Kelly A. Kirby; Betty L. Knight; Carole B. Koonce and K. Terry Koonce; Sondra R. Lemberg and Daniel S. Lemberg; Patricia S. Lodowski and Charles A. Lodowski; Joyce J. Lovelace, Surviving Spouse of Eddie C. Lovelace; Herman M. Mathias; Patricia C. McCulloch and Larry J. McCulloch; Mary E. McKee and Fred T. McKee; Mary L. Meeker and John O. Meeker; Stella M. Miller; Michelle R. Minor and Billy J. Minor, Jr.; Janet

M. Noble and Charles E. Noble; Paul H. Pelters and Judith Pelters; Dana Scott Pruitt and Lesa C.

Shadowhawk, Surviving Children of Elizabeth A. Pruitt; Becky W. Ragland, Surviving Spouse

of J.W. Ragland; Ella M. Redkevitch and Neil Z. Redkevitch; Janice K. Rhind and Christopher

G. Rhind; Reba June Robnett and Troy L. Robnett; Annette S. Ruhl and William F. Ruhl; Janet

M. Russell and Robert P. Russell; S. Colette Rybinski, Surviving Spouse of Thomas W.

Rybinski; Jimmy M. Scott and Gwendolyn S. Scott; Harvell A. Settle and Glenda W. Settle;

Lewis Ray Sharer and Barbara J. Sharer; Reba M. Skelton and Roy H. Skelton; John Jay Slatton

and Leann Slatton; Paula K. Smith and Jim F. Smith; Anna M. Sullivan and C. Dale Sullivan,

Sr.; Steven R. Wanta and Kelley S. Wanta; Annette G. Young; and Edna M. Youree and Ralph

C. Youree  and hereby

☒      Consent

☐      DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions, including trial.  I represent that I have authority to

make this election on behalf of the above-listed parties and acknowledge that this election shall

be binding for the duration of this multidistrict litigation.


Dated: 07/27/2015

Randall L. Kinnard
Daniel L. Clayton
KINNARD, CLAYTON & BEVERIDGE
127 Woodmont Blvd.
Nashville, TN  37205
Telephone:  (615) 297-1007
Facsimile:  (615) 297-1505
rkinnard@kcbattys.com
dclayton@kcbattys.com

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: 1:13-cv-12604-RWZ (D. Mass.) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH,* 523 U.S. 26 (1998)**

Travis Besaw hereby:

☒      consents

☐      DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of
Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I
have authorization to make this election on behalf of the above-listed party and acknowledge that
this election shall be binding for the duration of this multidistrict litigation.

Date:___7/2/15_____          Signature:_____

                                          Name:_____Robert A. Young_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO:
　　1:13-cv-12604-RWZ (D. Mass.)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Donna Branham hereby:

☒　　consents

☐　　DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authorization to make this election on behalf of the above-listed party and acknowledge that

this election shall be binding for the duration of this multidistrict litigation.

Date:　 7/24/17

Signature:

Name:　　　Robert A. Young

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| THIS DOCUMENT RELATES TO:<br>1:13-cv-12604-RWZ (D. Mass.) | No. 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH,* 523 U.S. 26 (1998)**

Ben Bratcher hereby:

☒   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of
Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I
have authorization to make this election on behalf of the above-listed party and acknowledge that
this election shall be binding for the duration of this multidistrict litigation.

Date:_____          Signature:_____

                                    Name:_____Robert A. Young_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO:
1:13-cv-12604-RWZ (D. Mass.)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

<u>Barbara Campbell</u> hereby:

☒      consents

☐      DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authorization to make this election on behalf of the above-listed party and acknowledge that

this election shall be binding for the duration of this multidistrict litigation.

Date:_____7/21/15_____          Signature:_____

                                                     Name:_____Robert A. Young_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| THIS DOCUMENT RELATES TO:<br>1:13-cv-12604-RWZ (D. Mass.) | No. 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

<u>Theresa Carroll</u> hereby:

&#9746;    consents

&#9744;    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of
Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I
have authorization to make this election on behalf of the above-listed party and acknowledge that
this election shall be binding for the duration of this multidistrict litigation.

Date:  7/2/15

Signature:

Name:  Robert A. Young

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: 1:13-cv-12604-RWZ (D. Mass.) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

<u>Billy Joe Coleman</u> hereby:

&#9746;    consents

&#9744;    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authorization to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date:_____7/24/15_____      Signature:_____

                                   Name:_____Robert A. Young_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| THIS DOCUMENT RELATES TO: 1:13-cv-12604-RWZ (D. Mass.) | No. 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Danny Evans hereby:

☒ consents

☐ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of
Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I
have authorization to make this election on behalf of the above-listed party and acknowledge that
this election shall be binding for the duration of this multidistrict litigation.

Date: 7│2│15

Signature: 

Name: Robert A. Young

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: 1:13-cv-12604-RWZ (D. Mass.) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH,* 523 U.S. 26 (1998)**

Ellen Glatman hereby:

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of
Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I
have authorization to make this election on behalf of the above-listed party and acknowledge that
this election shall be binding for the duration of this multidistrict litigation.

Date:____7/21/15____          Signature:_____

                              Name:____Robert A. Young____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO:
1:13-cv-12604-RWZ (D. Mass.)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

<u>Dorris Jordan</u> hereby:

☒       consents

☐       DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authorization to make this election on behalf of the above-listed party and acknowledge that

this election shall be binding for the duration of this multidistrict litigation.

Date:____7/21/15_____          Signature:_____

                                 Name:_____Robert A. Young_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO:
1:13-cv-12604-RWZ (D. Mass.)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Melanie Miller hereby:

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authorization to make this election on behalf of the above-listed party and acknowledge that

this election shall be binding for the duration of this multidistrict litigation.

Date:___7/21/15_____          Signature:_____

                               Name:_____Robert A. Young_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| THIS DOCUMENT RELATES TO: 1:13-cv-12604-RWZ (D. Mass.) | No. 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

<u>Dorothy Naseef</u> hereby:

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of
Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I
have authorization to make this election on behalf of the above-listed party and acknowledge that
this election shall be binding for the duration of this multidistrict litigation.

Date: _7/21/15_                    Signature: _____

                                          Name:_____Robert A. Young_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO:
    1:13-cv-12604-RWZ (D. Mass.)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Larry Ken Pierce hereby:

    ☒    consents

    ☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authorization to make this election on behalf of the above-listed party and acknowledge that

this election shall be binding for the duration of this multidistrict litigation.

Date:_____7/21/15_____

Signature:_____

Name:_____Robert A. Young_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO:
    1:13-cv-12604-RWZ (D. Mass.)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.*
*v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

<u>Melaine Stinson</u> hereby:

☒      consents

☐      DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authorization to make this election on behalf of the above-listed party and acknowledge that

this election shall be binding for the duration of this multidistrict litigation.

Date:___7/2ᴅ/1ᴢ_____          Signature:_____

                                Name:_____Robert A. Young_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO:
    1:13-cv-12604-RWZ (D. Mass.)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Blake Taylor hereby:

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of
Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I
have authorization to make this election on behalf of the above-listed party and acknowledge that
this election shall be binding for the duration of this multidistrict litigation.

Date: _7/21/15_                    Signature: _____

                                   Name:_____Robert A. Young_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: 1:13-cv-12604-RWZ (D. Mass.) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Rondal Turner hereby:

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authorization to make this election on behalf of the above-listed party and acknowledge that

this election shall be binding for the duration of this multidistrict litigation.

Date:    7/24/15

Signature: 

Name:    Robert A. Young

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO:
   1:13-cv-12604-RWZ (D. Mass.)


**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

<u>Krissy Wilkinson</u> hereby:

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authorization to make this election on behalf of the above-listed party and acknowledge that

this election shall be binding for the duration of this multidistrict litigation.


Date:    7/21/15

Signature:

Name:    Robert A. Young

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO:
1:13-cv-12619-RWZ (D. Mass.)

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH,* 523 U.S. 26 (1998)

<u>Vickie Barger</u> hereby:

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of
Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I
have authorization to make this election on behalf of the above-listed party and acknowledge that
this election shall be binding for the duration of this multidistrict litigation.

Date:___7/21/15_____

Signature:_____

Name:_____Robert A. Young_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: 1:13-cv-12619-RWZ (D. Mass.) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH,* 523 U.S. 26 (1998)**

Peggy Sumner hereby:

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authorization to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date:  7|21|15

Signature: _____

Name:    Robert A. Young

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| THIS DOCUMENT RELATES TO: 1:13-cv-12619-RWZ (D. Mass.) | No. 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH,* 523 U.S. 26 (1998)**

<u>Lisa Maddox</u> hereby:

☒     consents

☐     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authorization to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/21/15

Signature: _____

Name: Robert A. Young

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| THIS DOCUMENT RELATES TO:<br>1:13-cv-12619-RWZ (D. Mass.) | No. 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Shenia Altom hereby:

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authorization to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date:  7/21/15

Signature:

Name:    Robert A. Young

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: 1:13-cv-12619-RWZ (D. Mass.) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH,* 523 U.S. 26 (1998)**

<u>Wayne McWhorter</u> hereby:

☒ consents

☐ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authorization to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/21/15

Signature: _____

Name: Robert A. Young

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: 1:13-cv-12619-RWZ (D. Mass.) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

<u>Samuel Groves</u> hereby:

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authorization to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/21/15

Signature: 

Name: Robert A. Young

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: 1:13-cv-12619-RWZ (D. Mass.) | |

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.*
*v. MILBERG WEISS BERSHAD HYNES & LERACH,* 523 **U.S. 26 (1998)**

<u>Betty Smiley</u> hereby:

☒     consents

☐     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of
Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I
have authorization to make this election on behalf of the above-listed party and acknowledge that
this election shall be binding for the duration of this multidistrict litigation.

Date: 7/21/15

Signature: _____

Name:     Robert A. Young

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: 1:13-cv-12619-RWZ (D. Mass.) | |

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.*
*v. MILBERG WEISS BERSHAD HYNES & LERACH,* **523 U.S. 26 (1998)**

<u>John Edward Jones</u> hereby:

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I

have authorization to make this election on behalf of the above-listed party and acknowledge that

this election shall be binding for the duration of this multidistrict litigation.

Date: _7/24/15_

Signature: _____

Name: _Robert A. Young_

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| THIS DOCUMENT RELATES TO:<br>1:13-cv-12619-RWZ (D. Mass.) | No. 1:13-md-2419-RWZ |

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

<u>Claudia Ellis</u> hereby:

☒ consents

☐ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authorization to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/2/15

Signature:

Name: Robert A. Young

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO:
1:13-cv-12619-RWZ (D. Mass.)

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH,* 523 U.S. 26 (1998)

<u>Virginia Swann</u> hereby:

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of
Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I
have authorization to make this election on behalf of the above-listed party and acknowledge that
this election shall be binding for the duration of this multidistrict litigation.

Date: ___7/2/15___

Signature: _____

Name: ___Robert A. Young___

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: 1:13-cv-12619-RWZ (D. Mass.) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Angela May hereby:

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authorization to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/2/15

Signature:

Name: Robert A. Young

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>    1:13-cv-12619-RWZ (D. Mass.) | MDL No. 2419<br><br>No. 1:13-md-2419-RWZ |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Anthony Clay Morris hereby:

☒        consents

☐        DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authorization to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: ___7/21/15___        Signature: _____

                            Name: ___Robert A. Young___

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: 1:13-cv-12619-RWZ (D. Mass.) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

<u>Gary Wayne Waddey</u> hereby:

☒     consents

☐     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authorization to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date:   7|21|15         Signature: _____

                                Name:     Robert A. Young

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-0123 (D. Mass.)): | No. 1:14-cv-1021 |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

_John Sawyers / Elizabeth Sawyers_ [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: _07/14/2015_     Signature: _____

Name: _John SAWYERS_

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO:

1:13-cv-12718-RWZ (D. Mass)

3:13-cv-01019 (MD TN)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Shirley Higdon and Henry B. Hidgon _____ [party name] hereby

☒     consents

☐     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/21/2015

Signature: _____

Name: James Stephen King (#13575)

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:13-cv-12187 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Wilma S. Carter
_____ [party name] hereby

☑    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015

Signature: /s/ Kimberly A. Dougherty

Name: Kimberly A. Dougherty

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:13-cv-12659 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

David L. Cooper, Individually, and as Anticipated Co-Personal Representative of the
Estate of Pamela R. Cooper, Deceased, and on behalf of the beneficiaries of the Estate
_____ [party name] hereby

☑    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015

Signature: /s/ Kimberly A. Dougherty

Name: Kimberly A. Dougherty

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:13-cv-12659 (D. Mass)

MDL No. 2419

No. 1:13-md-2419-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Kimberly J. Bradley Cooper, as Anticipated Co-Personal Representative of the Estate
of Pamela R. Cooper, Deceased, and on behalf of the beneficiaries of the Estate
                                                                    [party name] hereby

☑   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015

Signature: /s/ Kimberly A. Dougherty

Name: Kimberly A. Dougherty

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:13-cv-13209 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Susan M. Edwards
_____ [party name] hereby

☑  consents

☐  DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015 _____       Signature: /s/ Kimberly A. Dougherty _____

                                      Name: Kimberly A. Dougherty _____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:14-cv-13689 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.*
*v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Barbara Kennedy
_____ [party name] hereby

☑   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015 _____

Signature: /s/ Kimberly A. Dougherty _____

Name: Kimberly A. Dougherty _____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:14-cv-13689 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Michael R. Kennedy
_____ [party name] hereby

☑   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015

Signature: /s/ Kimberly A. Dougherty

Name: Kimberly A. Dougherty

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:13-cv-12657 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Donna Montee
_____ [party name] hereby

☑   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015_____         Signature: /s/ Kimberly A. Dougherty_____

                                                     Name: Kimberly A. Dougherty_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:14-cv-13676 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Leslie G. Musselwhite
_____ [party name] hereby

☑    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015

Signature: /s/ Kimberly A. Dougherty

Name: Kimberly A. Dougherty

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:14-cv-13760 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Joann Overstreet

_____ [party name] hereby

☑   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015 _____

Signature: /s/ Kimberly A. Dougherty _____

Name: Kimberly A. Dougherty _____