UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)): 1:14-cv-13760 (D. Mass) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

John D. Overstreet
_____ [party name] hereby

☑    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015                          Signature: /s/ Kimberly A. Dougherty

                                         Name: Kimberly A. Dougherty

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:13-cv-12061 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Pinal Patel, Individually, as Personal Representative of the Estate of Gokulbhai
Maganbhai Patel, Deceased, and on Behalf of the Beneficiaries of the Estate
_____ [party name] hereby

☑   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015

Signature: /s/ Kimberly A. Dougherty

Name: Kimberly A. Dougherty

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

THIS DOCUMENT RELATES TO:
1:14-cv-13960 (D. Mass.)
(NJ/2:14-cv-05868)

No. 1:13-md-2419-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.*
*v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Berwyn Kirby individually, and Berwyn Kirby, Maryanne Westerfield and Marjorie

Kirby as the Guardians of Kazamiera Kirby hereby

☐     consents

☑     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: July 17, 2015          Signature: */s/ Francis J. Curran, Jr.*

                               Name: Francis J. Curran, Jr., Esquire

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| ———————————— | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: 1:13-cv-12688 (D. Mass.) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

James and Michele Palmer hereby

◻      consents

☒      DO NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions, including trial.  I represent that I have authority to

make this election on behalf of the above-listed party and acknowledge that this election shall be

binding for the duration of this multidistrict litigation.

Date: _7/17/2015_                    Signature: _[signature]_

                                              Name: _Christopher Cox_

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>1:13-cv-12682 (D. Mass.) | MDL No. 2419<br><br>No. 1:13-md-2419-RWZ |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Jocelyn Kae Norris hereby

☐　　consents

☒　　DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/17/2015

Signature: _____

Name: Christopher Cain

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

Dale and Allison Devilli
v. Ameridose, LLC, et al.
Civil Action No. 1:13-11167-FDS

---

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

___Dale and Allison Devilli_____ [party name] hereby

☐   consents

☒   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: _7/16/15_____

Signature: _____

Name: _Thomas Martin_
_Attorney for Dale and Allison Devilli_

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)): | 1:14-cv-13174 (D. Mass.) |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Plaintiff Lonnie L. Scheibal _____ [party name] hereby

☐    consents

☒    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: _____7-15-15_____          Signature: _____

                                Name: _____Thomas E. Schwartz_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 02419 Docket No. 1:13-md-2419-RWZ |
| | ) | |
| This document relates to: | ) ) | |
| Handy v. Box Hill Surgery Center, LLC, et al. No: 1:14-cv-14019-RWZ | ) ) ) | |
| Armetta v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ | ) ) ) | |
| Torbeck v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14023-RWZ | ) ) ) | |
| Kashi v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ | ) ) ) | |
| Bowman v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ | ) ) ) | |
| Dreisch v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ | ) ) ) | |
| Davis v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ | ) ) ) | |
| Farthing v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ | ) ) | |

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523, U.S. 26 (1998)

Defendants, Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC, hereby

☐ Consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.


Date: July 10, 2015

Signature: /s/ Gregory K. Kirby

Name: Gregory K. Kirby

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:14-cv-10284 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Joseph Brady

_____ [party name] hereby

☑     consents

☐     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015

Signature: /s/ Kimberly A. Dougherty

Name: Kimberly A. Dougherty

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:14-cv-10284 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Rebecca Brady
_____ [party name] hereby

[✓]   consents

[ ]   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.


Date: 7/17/2015                    Signature: /s/ Kimberly A. Dougherty

                                   Name: Kimberly A. Dougherty

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)): 1:13-cv-12187 (D. Mass) | No. 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Lawrence Carter
_____ [party name] hereby

[✓]   consents

[ ]   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.


Date: 7/17/2015                 Signature: /s/ Kimberly A. Dougherty

                               Name: Kimberly A. Dougherty

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Boston)**

|  |  |
|---|---|
| IN RE: NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates To: ) <br> Civil Docket Case #: 1:13-CV-10480-RWZ ) <br> ) <br> HOLLY PETERSON, on behalf of ) <br> herself and all other similarly situated, ) | MDL No. 2419 <br> Master Docket No. 1:13-md-2419-RWZ |

### ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)*

HOLLY M. PETERSON, hereby

☒      consents

☐      DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent

that I have authority to make this election on behalf of the above-listed party and

acknowledge that this election shall be binding for the duration of this multidistrict ligation.

**Respectfully Submitted,**

**Plaintiff Holly M. Peterson
By Plaintiff's Attorneys,**

**CHESTNUT CAMBRONNE PA**

Dated:  July 17, 2015

Karl L. Cambronne (#14321)
Jeffrey D. Bores (#227699)
Timothy P. McCarthy (#20335X)
Bryan L. Bleichner (#326689)
17 Washington Avenue North, Suite 300
Minneapolis, MN  55401-2048
Phone:  612-339-7300
Fax:  612-336-2940

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS (Boston)**

|  |  |
|---|---|
| IN RE: NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates To: ) <br> Civil Docket Case #: 1:13-CV-10480-RWZ ) <br> ) <br> HOLLY PETERSON, on behalf of ) <br> herself and all other similarly situated, ) <br> ) | MDL No. 2419 <br> Master Docket No. 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)***

<u>ADAM D. MATTHEWS</u>, hereby

☒    consents

☐    DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent

that I have authority to make this election on behalf of the above-listed party and

acknowledge that this election shall be binding for the duration of this multidistrict ligation.

**Respectfully Submitted,**

**Plaintiff Adam D. Matthews**
**By Plaintiff's Attorneys,**

**CHESTNUT CAMBRONNE PA**

Dated: July 17, 2015

Karl L. Cambronne (#14321)
Jeffrey D. Bores (#227699)
Timothy P. McCarthy (#20335X)
Bryan L. Bleichner (#326689)
17 Washington Avenue North, Suite 300
Minneapolis, MN  55401-2048
Phone:  612-339-7300
Fax:  612-336-2940

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS (Boston)

|  |  |
|---|---|
| IN RE: NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates To: ) <br> Civil Docket Case #: 1:13-CV-10480-RWZ ) <br> ) <br> HOLLY PETERSON, on behalf of ) <br> herself and all other similarly situated, ) <br> ) | MDL No. 2419 <br> Master Docket No. 1:13-md-2419-RWZ |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.* *v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)*

<u>STANLEY L. BROWNING</u>, hereby

☒    consents

☐    DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent

that I have authority to make this election on behalf of the above-listed party and

acknowledge that this election shall be binding for the duration of this multidistrict ligation.

                                  **Respectfully Submitted,**

                                    **Plaintiff Stanley L. Browning**
                                    **By Plaintiff's Attorneys,**

                                    **CHESTNUT CAMBRONNE PA**

Dated:  July 17, 2015

                                    Karl L. Cambronne (#14321)
                                    Jeffrey D. Bores (#227699)
                                    Timothy P. McCarthy (#20335X)
                                    Bryan L. Bleichner (#326689)
                                    17 Washington Avenue North, Suite 300
                                    Minneapolis, MN  55401-2048
                                    Phone:  612-339-7300
                                    Fax:  612-336-2940

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS (Boston)

|  |  |  |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2419 Master Docket No. 1:13-md-2419-RWZ |
| This Document Relates To: Civil Docket Case #: 1:13-CV-10480-RWZ | ) ) ) | |
| HOLLY PETERSON, on behalf of herself and all other similarly situated, | ) ) ) | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)*

JOEL R. SEABERG, hereby

☒     consents

☐     DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict ligation.

**Respectfully Submitted,**

**Plaintiff Joel R. Seaberg**
**By Plaintiff's Attorneys,**

**CHESTNUT CAMBRONNE PA**

Dated: July 17, 2015

Karl L. Cambronne (#14321)
Jeffrey D. Bores (#227699)
Timothy P. McCarthy (#20335X)
Bryan L. Bleichner (#326689)
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401-2048
Phone: 612-339-7300
Fax: 612-336-2940

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| IN RE: NEW ENGLAND ) COMPOUNDING PHARMACY, INC. ) PRODUCTS LIABILITY LITIGATION ) ) This Document Relates To: ) Civil Docket Case #: 1:13-CV-10480-RWZ ) ) HOLLY PETERSON, on behalf of ) herself and all other similarly situated, ) ) | MDL No. 2419 Master Docket No. 1:13-md-2419-RWZ |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.* *v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)*

<u>JAMES P. THURMAN</u>, hereby

☒      consents

☐      DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent

that I have authority to make this election on behalf of the above-listed party and

acknowledge that this election shall be binding for the duration of this multidistrict ligation.

**Respectfully Submitted,**

**Plaintiff James P. Thurman**
**By Plaintiff's Attorneys,**

**CHESTNUT CAMBRONNE PA**

Dated:  July 17, 2015

Karl L. Cambronne (#14321)
Jeffrey D. Bores (#227699)
Timothy P. McCarthy (#20335X)
Bryan L. Bleichner (#326689)
17 Washington Avenue North, Suite 300
Minneapolis, MN  55401-2048
Phone:  612-339-7300
Fax:  612-336-2940

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br>1:14-CV-14542 | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Plaintiff, Larry D. Gaskins, Executor of the Estate of Miriam G. Warren, Deceased, hereby

☒    Consents

☐    DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: 07/27/2015

Patrick T. Fennell
Crandall & Katt
366 Elm Ave., SW
Roanoke, VA 24016
540/342-2000
Pfenell@crandalllaw.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br>1:14-CV-13510 | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Plaintiff, Sharon W. Bishop, Executor of the Estate of Kathy W. Sinclair, Deceased,

hereby

☒      Consents

☐      DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions, including trial.  I represent that I have authority to

make this election on behalf of the above-listed parties and acknowledge that this election shall

be binding for the duration of this multidistrict litigation.


Dated: 07/27/2015

_Patrick T. Fennell_

Patrick T. Fennell
Crandall & Katt
366 Elm Ave., SW
Roanoke, VA 24016
540/342-2000
Pfenell@crandalllaw.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br>1:14-CV-13509 | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Plaintiff, Tosha Andrews, Administrator of the Estate of Sara D. Culp A/K/A Sara D. Andrews, Deceased, hereby

☒   Consents

☐   DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.


Dated: 07/27/2015

*Patrick T. Fennell*

Patrick T. Fennell
Crandall & Katt
366 Elm Ave., SW
Roanoke, VA 24016
540/342-2000
Pfenell@crandalllaw.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| |
|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION |
| THIS DOCUMENT RELATES TO: 1:14-CV-13508 |

MDL No. 2419
Master Dkt.: 1:13-md-02419-RWZ

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Plaintiff, Tamela M. Miller, Executor of the Estate of Sydney M. Creasy, Deceased, hereby

☒    Consents

☐    DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: 07/27/2015

Patrick T. Fennell
Crandall & Katt
366 Elm Ave., SW
Roanoke, VA 24016
540/342-2000
Pfenell@crandalllaw.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| |
|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION |
| THIS DOCUMENT RELATES TO: 1:14-CV-13507 |

MDL No. 2419
Master Dkt.: 1:13-md-02419-RWZ

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Plaintiff, Debra P. Buchanan, Executor of the Estate of Jean R. Parsons, Deceased, hereby

☒    Consents

☐    DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: 07/27/2015

Patrick T. Fennell
Crandall & Katt
366 Elm Ave., SW
Roanoke, VA 24016
540/342-2000
Pfenell@crandalllaw.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br>1:13-CV-10296 | |

### ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Come now Plaintiffs, Brenda Bansale on behalf of herself and All others similarly situated and Robert Bansale and hereby

☒     Consent

☐     DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: 07/27/2015

Marc E. Lipton (P43877)
LIPTON LAW
18930 W 10 Mile Road
Southfield, MI 48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br>1:13-CV-11609 | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Come now Plaintiffs, Anna Adair, Richard Adair, Sr., Martha Asadoorian, Frank Asadoorian, Alta Bell, Maurice Brown, Marilyn Brown, Cathy D'Angelo, Phil D'Angelo, Joy Denton, Walter Dison, Harvey Ferguson, Suzanne Ferguson, Elaine Godlewski, Stanley Helm, Joyce Helm, Henry Jazanoski, Joan Jazanoski, Geraldine Johnson, Michael Johnson, Delores Juntila, Robert Juntila, Joy Kelly, William D. Kelly, Jr., Brian Kennedy, Marsha Kennedy, Kathleen Lazenby, Anja Mackey, Neil Mackey, Brian Meszaros, Betty Morrow, Genevieve Munch, Patrick Munch, Marilyn Nowak, Elisheva Parker, Alan Przydzial, Donna Przydzial, Robert Randolph, Laura Randolph, Darin Smith, April Smith, Glenda Stratton, Dennis Stratton, Debra Szegda, Thomas Szegda, William Thomas, Theresa Thomas, Ken Todd, Personal Representative of the Estate of Emma Todd, Deceased, Richard Vore, Melissa Vore, Sandra Walker, Donald Walker, William Walker, Christine Walker, Marilyn Werner and hereby

☒　　Consent

☐　　DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to

make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: 07/27/2015

_____
Marc E. Lipton (P43877)
LIPTON LAW
18930 W 10 Mile Road
Southfield, MI 48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No 2419 No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: *Ramos v. Bhagat.*, Docket No. 13-cv-10410 *Rivera v. Bhagat*, Docket No. 13 – cv- 05927 *Howerton v. Bhagat*, Docket No. 14 – cv- 05927 *Chann v. Bhagat*, ESX-L-7568-14 | |

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXICON INC. v. MILBERG, et. al. 523 U.S. 26 (1998).*

**NITESH BHAGAT, M.D.,** hereby **DOES NOT CONSENT** to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have the authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

LENOX, SOCEY, FORMIDONI, GIORDANO,
    COOLEY, LANG & CASEY, LLC
Attorneys for Defendant, **Nitesh Bhagat, M.D.**

/s/ Joseph R. Lang, Esquire

Joseph R. Lang, Esquire

DATED: **July 27, 2015**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

THIS DOCUMENT RELATES TO 1:13-CV-10554

No. 1:13-md-2419-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Anna Toner hereby:

☐       consents

☒       DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions, including trial, as to Michigan Pain Specialists

and Edward P. Washabaugh, III, M.D.  I represent that I have authority to make this election on

behalf of the above-listed party and acknowledge that this election shall be binding for the

duration of this multidistrict litigation.

Date: 07/24/15                    Signature: _____

                                  Name: John T. Alexander

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br>2:13-cv-0109 | |

### ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Comes now Plaintiff, Edna S. Keyes and hereby

☒   Consents

☐   DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

FLORENCE LITOGOT _____ hereby

_____ consents

__✗__ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015          Signature: _____

                              Name:     Todd J. Weglarz  P 48035
                                        Fieger Law
                                        19390 W. Ten Mile Road
                                        Southfield, MI 48075
                                        (248) 355-5555

Dated: 07/27/2015

/s/  William T. Ailor
WILLIAM T. AILOR
Ailor Law Offices
7312 Cresthill Drive
Knoxville, TN  37919
Telephone:  (865) 207-6362
Facsimile:  (865) 584-8227
ailorlaw@bellsouth.net

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

THIS DOCUMENT RELATES TO 1:13-CV-10607

No. 1:13-md-2419-RWZ

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Estate of Gayle Lynn Gipson, Deceased, Individually and as Personal Representative, Coleta
Ray Gipson hereby:

☐   consents

☒   DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions, including trial, as to Michigan Pain Specialists

and Edward P. Washabaugh, III, M.D.  I represent that I have authority to make this election on

behalf of the above-listed party and acknowledge that this election shall be binding for the

duration of this multidistrict litigation.

Date: 07/24/15                              Signature: _____

                                           Name: John T. Alexander _____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)):<br><br>1:13 -md - 2419 - FDS | MDL No. 2419<br><br>No. 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Gary Chapman & Cheryl Ann Chapman                    [party name] hereby

☑    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/27/15                    Signature: _____

Name: David W. Stewart

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:15-cv-12818 (D. Mass)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Jojayra Garcia                                                    [party name] hereby

☑  consents

☐  DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/17/2015                          Signature: /s/ Kimberly A. Dougherty

                                         Name: Kimberly A. Dougherty

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Timothy B. Griggs, et al. v. UniFirst Corp., et al.*, No. 1:14-cv-14668-RWZ (D. Mass) | ) ) ) ) |

MDL No. 2419
Dkt. No. 1:13-md-2419 (RWZ)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Defendants Anonymous Health Care Provider 5 in Griggs, et al. v. UniFirst Corp., et al.,[1]

hereby

[ ]   Consent

[X]   DO NOT Consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed action, including trial.  I represent that I have authority to

make this election on behalf of the above-listed parties and acknowledge that this election shall

be binding for the duration of this multidistrict litigation.

Dated: July 27, 2015

Anonymous Health Care Provider 5
By their attorneys,

*/s/ Ronald A. Mingus*
Ronald A. Mingus
REMINGER CO., L.P.A.
450 East 96th Street, Suite 150
Indianapolis, IN 46240
Tel: (317) 663-8470 / Fax: (317) 663-8580
Rmingus@reminger.com

---

[1]  Plaintiff has identified the defendants by pseudonym in compliance with the Indiana Medical Malpractice Act, Ind. Code § 34-18-1-1, *et seq.*  In the *Griggs* case, the undersigned defendant is identified as Anonymous Health Care Provider 5.  Anonymous Health Care Providers 1, 2, 3, 4, 6, 7 and 8 are represented by separate counsel.

## CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was served on the Plaintiffs' Steering Committee and to all counsel of record via electronic mail on July 27, 2015.

*/s/ Ronald A. Mingus*
Ronald A. Mingus

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | §<br>§<br>§<br>§<br>§<br>§ |
| | MDL No. 2419<br>Dkt. No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: | §<br>§ |
| Henley v. UniFirst Corporation, et al.<br>Civil Action No. 14-CV-10373-RWZ | §<br>§ |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Defendants Abbeselom Ghermay, M.D. and Dallas Back Pain Management/Momentum Pain Management hereby **DO NOT CONSENT** to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: July 27, 2015

Signature:  _H Kanny_

Name:  _Heather Kanny_

ELECTION REGARDING VENUE AND RIGHTS *UNDER LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)          Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., <u>PRODUCTS LIABILITY LITIGATION</u> | MDL NO. 2419 |
| THIS DOCUMENT RELATES TO: | |
| *James E. Allen v. UniFirst Corp., et al,* No. 1:15-cv-10280-RWZ (D. Mass.) | |
| *Timothy B. Griggs, et al. v. UniFirst Corp. et al.,* No. 1:14-cv-14668-RWZ (D. Mass.) | |
| | Case No: 1:13-md-2419(RWZ) |

## ELECTION REGARIDNG VENUE AND RIGHTS UNDER *LEXECON INC. v.* <u>MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)</u>

Defendant, Anonymous Health Care Provider 4, in *Griggs, et al. v. UniFirst Corp, et al.*

and Defendant, Anonymous Health Care Provider 4 and 5, in *Allen v. UniFirst Corp., et al[1]*,

hereby

   \_\_\_\_\_    Consent

   <u>X</u>    DO NOT CONSENT

To the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions,[2] including trial, I represent that I have authority to

make this election on behalf of the above-listed parties and acknowledge that this election shall

be binding for the duration of this multidistrict litigation.

---

[1]      As explained in the *Allen* Complaint, Plaintiffs have identified the undersigned defendants by pseudonym in compliance with the Indiana Medical Malpractice Act, Ind. Code §34-18-1-1, *et seq. See* No. 1:14-cv-13027-RWZ, *Allen* Compl. (Dkt. No. 1), In the *Allen* case, the undersigned defendant is identified as Anonymous Health Care Provider 4 and 5. In that case, Anonymous Health Care Providers 1, 2, 3, 6 and 7 are represented by separate counsel. In the *Griggs* case, the undersigned defendant is identified as Anonymous Health Care Provider 4. In that case, Anonymous Health Care Providers 1, 2, 3, 5, 6, and 7 are represented by separate counsel.

[2] This certification is intended to apply to all actions in which one or more of these Defendants are parties.

{00085474.DOCX}

Date:  July 27, 2015

Signature:  /s/ Bryan E. Rogers

Name:  Bryan E. Rogers


ANONYMOUS HEALTH CARE PROVIDER 4, 5
(*Allen* case)
ANONYMOUS HEALT CARE PROVIDER 4
(*Griggs* case)

By their attorneys:

/s/ Bryan E. Rogers
Bryan E. Rogers (31787-45)
brogers@omwlegal.com
O'Neill McFadden & Willett LLP
833 W. Lincoln Highway, Suite 410W
Schererville, IN  46375
(219-322-0450)
(219-322-0455)


Michael E. O'Neill (IN#16159-45)
moneill@omwlegal.com
Bryan E. Rogers (IN# 31787-45)
brogers@omwlegal.com

O'Neill McFadden & Willett, LLP
833 W. Lincoln Highway, Suite 410W
Schererville, IN  46375
(219) 322-0450
(219) 322-0455

{00085474.DOCX}

## CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was served on the Plaintiffs' Steering Committee via electronic mail this July 27, 2015.

/s/ *Bryan E. Rogers*
Bryan E. Rogers

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)): | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Sarah A. Katz, Administratrix (#1:15-cv-13025 (D.MA)) [party name] hereby

☒ consents

☐ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/27/15

Signature: _____

Name: Cyrus F. Rice, III

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

THIS DOCUMENT RELATES TO:

No. 1:13-md-2419-RWZ

*Susan M. Hancock et al. v. Anonymous Sports Medicine Center et al.*, No. 1:14-cv-14669 (D. Mass.)

### ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

The Defendant, OSMC, in the above-referenced cases, by and through undersigned counsel, hereby

        Consents

✔      DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: July 27, 2015        Signature: /s/ Robert J. Durant, Jr.

                                  Name: Robert J. Durant, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2015, I electronically transmitted the foregoing document to all counsel of record in the above-referenced cases and to the Plaintiffs' Steering Committee.


/s/ Robert J. Durant, Jr.
Robert J. Durant, Jr.

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Donna M. Hosea et al. v. Anonymous Medical Clinic et al.*, No. 1:14-13739 (D. Mass.)

MDL No. 2419

No. 1:13-md-2419-RWZ

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

The Plaintiffs in the above-referenced cases, by and through undersigned counsel, hereby

☐   Consent

☑   DO NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions, including trial.  I represent that I have authority to

make this election on behalf of the above-listed parties and acknowledge that this election shall

be binding for the duration of this multidistrict litigation

Date: July 27, 2015

Signature: /s/ Edward B. Mulligan V

Name: Edward B. Mulligan V

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 27, 2015, I electronically transmitted the foregoing document

to all counsel of record in the above-referenced cases and to the Plaintiffs' Steering Committee

<u>/s/ Edward B. Mulligan V</u>
Edward B. Mulligan V

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

THIS DOCUMENT RELATES TO:

No. 1:13-md-2419-RWZ

*Kevin Birge et al. v. UniFirst Corp. et al.*, No. 1:14-cv-13548-RWZ (D. Mass.)

### ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

The Plaintiffs in the above-referenced cases, by and through undersigned counsel, hereby

☐   Consent

☑   DO NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions, including trial.  I represent that I have authority to

make this election on behalf of the above-listed parties and acknowledge that this election shall

be binding for the duration of this multidistrict litigation

Date: July 27, 2015

Signature: /s/ Edward B. Mulligan V

Name: Edward B. Mulligan V

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2015, I electronically transmitted the foregoing document

to all counsel of record in the above-referenced cases and to the Plaintiffs' Steering Committee

/s/ Edward B. Mulligan V
Edward B. Mulligan V

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>1:13-cv-12311-RWZ<br>Martha F. Schulz and Stuart P. Schulz v.<br>UniFirst Corporation et al. | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Martha F. Schulz and Stuart P. Schulz hereby

☒ consents[1]

☐ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/2015

/s/ Thomas M. Sobol
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

---

[1] Plaintiff notes that this case was filed directly in the District of Massachusetts and therefore technically no waiver concerning Lexecon need be filed. Plaintiffs file the waiver in accordance with the Court's Order (MDL DKT. No 2075)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: | |
| 1:15-cv-11367-RWZ<br>Sarah Gillman v. Tim I. Chowdhury, M.D. et al. | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Sarah Gillman hereby

☒ consents

☐ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/2015

/s/ Thomas M. Sobol
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 <br><br> No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: <br><br> 1:12-cv-12066-RWZ <br> Robert Cole v. UniFirst Corporation et al. | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.* *v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Robert Cole hereby

☒ consents [1]

☐ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/2015

/s/ Thomas M. Sobol
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

---

[1] Plaintiff notes that this case was filed directly in the District of Massachusetts and therefore technically no waiver concerning *Lexecon* need be filed. Plaintiffs file the waiver in accordance with the Court's Order (MDL DKT. No 2075)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: | |
| 1:15-cv-10258-RWZ Donna Headley and Gail Headley v. Inspira Health Network, Inc. et al. | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Donna Headley and Gail Headley hereby

☒ consents

☐ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/2015

**/s/ Thomas M. Sobol**
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

THIS DOCUMENT RELATES TO:

No. 1:13-md-2419-RWZ

Susan M. Hancock et al. v. Anonymous Sports Medicine
Center et al., No. 1:14-cv-14669 (D. Mass.)

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

The Plaintiffs in the above-referenced cases, by and through undersigned counsel, hereby

☐  Consent

☑  DO NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions, including trial.  I represent that I have authority to

make this election on behalf of the above-listed parties and acknowledge that this election shall

be binding for the duration of this multidistrict litigation

Date: July 27, 2015                    Signature: /s/ Edward B. Mulligan V

                                       Name: Edward B. Mulligan V

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 27, 2015, I electronically transmitted the foregoing document

to all counsel of record in the above-referenced cases and to the Plaintiffs' Steering Committee

<u>/s/ Edward B. Mulligan V</u>
Edward B. Mulligan V

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

IN RE NEW ENGLAND COMPOUNDING ）
PHARMACY, INC. PRODUCTS ）
LIABILITY LITIGATION ）
）
）
）
This Document Relates to ）
1:14-cv-14705-RWZ ）     MDL No. 2419
）
）     No. 1:13-md-2419-RWZ
）
）
）
_____ ）

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

**Amanda Cuddy** hereby

_____ Consents

X__ Does Not Consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date:  7/27/15          By: */s/* Jeffrey Travers

Jeffrey Travers Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA  22960
Telephone:  (540) 672-4224
Facsimile:  (540) 672-3055
E-mail: jtravers@millerfirmllc.com
*Counsel for Plaintiff*

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS )
LIABILITY LITIGATION )
 )
 )
This Document Relates to )
1:14-cv-13578-RWZ ) MDL No. 2419
 )
 ) No. 1:13-md-2419-RWZ
 )
 )
 )
_____ )

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

 **Martha Vineyard** hereby

 _____ Consents


 <u>X</u>__ Does Not Consent


(check one) to the jurisdiction and venue of the United States District Court for the
District of Massachusetts for all proceedings in the above-listed actions, including trial.
I represent that I have authority to make this election on behalf of the above-listed party
and acknowledge that this election shall be binding for the duration of this multidistrict
litigation.

Date: 7/27/15  By: <u>*/s/* Jeffrey Travers</u>

Jeffrey Travers Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA  22960
Telephone:  (540) 672-4224
Facsimile:  (540) 672-3055
E-mail: jtravers@millerfirmllc.com
*Counsel for Plaintiff*

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS )
LIABILITY LITIGATION )
)
)
This Document Relates to )
1:14-cv-14698-RWZ )          MDL No. 2419
)
)          No. 1:13-md-2419-RWZ
)
)
)
_____ )

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.***
***v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

     **Basil Proffitt** hereby

_____ Consents

X__ Does Not Consent

(check one) to the jurisdiction and venue of the United States District Court for the
District of Massachusetts for all proceedings in the above-listed actions, including trial.
I represent that I have authority to make this election on behalf of the above-listed party
and acknowledge that this election shall be binding for the duration of this multidistrict
litigation.

Date:  7/27/15          By:  */s/* Jeffrey Travers

Jeffrey Travers Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA  22960
Telephone:  (540) 672-4224
Facsimile:  (540) 672-3055
E-mail: jtravers@millerfirmllc.com
*Counsel for Plaintiff*

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

IN RE NEW ENGLAND COMPOUNDING   )
PHARMACY, INC. PRODUCTS   )
LIABILITY LITIGATION   )
   )
   )
This Document Relates to   )
1:14-cv-14700-RWZ   )   MDL No. 2419
   )
   )   No. 1:13-md-2419-RWZ
   )
   )
   )
_____)

### ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

**Mary Walker** hereby

_____ Consents


X __ Does Not Consent


(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date:  7/27/15        By: */s/* Jeffrey Travers

Jeffrey Travers Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA  22960
Telephone:  (540) 672-4224
Facsimile:  (540) 672-3055
E-mail: jtravers@millerfirmllc.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

IN RE NEW ENGLAND COMPOUNDING      )
PHARMACY, INC. PRODUCTS            )
LIABILITY LITIGATION               )
                                   )
                                   )
This Document Relates to           )
1:13-cv-10504-RWZ                  )    MDL No. 2419
                                   )
                                   )    No. 1:13-md-2419-RWZ
                                   )
                                   )
_____)

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

**Constance Rhodes** hereby

_____ Consents


X__   Does Not Consent


(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date:  7/27/15          By:  */s/* Jeffrey Travers

Jeffrey Travers Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
E-mail: jtravers@millerfirmllc.com
*Counsel for Plaintiff*

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

IN RE NEW ENGLAND COMPOUNDING          )
PHARMACY, INC. PRODUCTS                )
LIABILITY LITIGATION                   )
                                       )
                                       )
This Document Relates to               )
1:14-cv-14702-RWZ                      )     MDL No. 2419
                                       )
                                       )     No. 1:13-md-2419-RWZ
                                       )
                                       )
                                       )
_____    )

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

**Toni Huff** hereby

_____ Consents

X__  Does Not Consent

(check one) to the jurisdiction and venue of the United States District Court for the
District of Massachusetts for all proceedings in the above-listed actions, including trial.
I represent that I have authority to make this election on behalf of the above-listed party
and acknowledge that this election shall be binding for the duration of this multidistrict
litigation.

Date:  7/27/15          By:  */s/* Jeffrey Travers

Jeffrey Travers Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA  22960
Telephone:  (540) 672-4224
Facsimile: (540) 672-3055
E-mail: jtravers@millerfirmllc.com
*Counsel for Plaintiff*

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO | : | |
| NO: 1:13-CV-13209 | : | |
| | : | |
| SUSAN EDWARDS, | : | MDL No. 1:13-md-2419-RWZ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| UNIFIRST CORPORATION a/d/b/a | : | |
| UNICLEAN CLEANROOM SERVICES, | : | |
| MEDICAL ADVANCED PAIN SPECIALISTS, PA | : | |
| MINNESOTA SURGERY CENTER and | : | |
| DAVID M. SCHULTZ, M.D., | : | |
| Defendants | : | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

MEDICAL ADVANCED PAIN SPECIALISTS, P.A. hereby

☐     consents

☒     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed action, including trial.  I represent that I

have authority to make this election on behalf of the above-listed party and acknowledge that this

election shall be binding for the duration of this multidistrict litigation.

MEDICAL ADVANCED PAIN SPECIALISTS, P.A.

Date: July 22, 2015          Print Name: DAVID M. SCHULTZ

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

|  |  |  |
|---|---|---|
| THIS DOCUMENT RELATES TO<br>NO: 1:13-CV-13209 | : | |
| | : | |
| SUSAN EDWARDS, | : | MDL No. 1:13-md-2419-RWZ |
|        Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| UNIFIRST CORPORATION a/d/b/a | : | |
| UNICLEAN CLEANROOM SERVICES, | : | |
| MEDICAL ADVANCED PAIN SPECIALISTS, PA | : | |
| MINNESOTA SURGERY CENTER and | : | |
| DAVID M. SCHULTZ, M.D., | : | |
|        Defendants | : | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v.
MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

MINNESOTA SURGERY CENTER hereby

☐     consents

☒     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed action, including trial.  I represent that I

have authority to make this election on behalf of the above-listed party and acknowledge that this

election shall be binding for the duration of this multidistrict litigation.

MINNESOTA SURGERY CENTER

_____

Date: July 22, 2015       Print Name: DAVID M. SCHULTZ

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| THIS DOCUMENT RELATES TO : <br> NO: 1:13-CV-13209 : <br> : <br> SUSAN EDWARDS, : <br> Plaintiff : <br> : <br> v. : <br> : <br> UNIFIRST CORPORATION a/d/b/a : <br> UNICLEAN CLEANROOM SERVICES, : <br> MEDICAL ADVANCED PAIN SPECIALISTS, PA : <br> MINNESOTA SURGERY CENTER and : <br> DAVID M. SCHULTZ, M.D., : <br> Defendants : | MDL No. 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v.***
***MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

DAVID M. SCHULTZ, M.D. hereby

☐    consents

☒    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed action, including trial.  I represent that I

have authority to make this election on behalf of the above-listed party and acknowledge that this

election shall be binding for the duration of this multidistrict litigation.

DAVID M. SCHULTZ, M.D.

Date: July 22, 2015         Print Name: DAVID M. SCHULTZ

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

> *Kevin Birge et al. v. UniFirst Corp. et al.,* No. 1:14-cv-13548-RWZ (D. Mass)
>
> *Theresa Jackson v. Wellspring Pain Solutions.,* No. 1:14-cv-13558-RWZ (D. Mass)

MDL No. 2419

No. 1:13-md-2419-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

*Wellspring Pain Solutions*, *Anonymous M.D. 1, and Anonymous M.D. 2* hereby

G ☐  ~~consents~~

G ☑  DO NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date: <u>July 27, 2015</u>

Signature: <u>/s/ Andrew B. Howk</u>

Name:   <u>Andrew B. Howk</u>

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2015, I electronically transmitted the foregoing document to all counsel of record in the above-referenced cases and to the Plaintiff's Steering Committee.

/s/ Andrew B. Howk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | : |
| | MDL No. 2419 |
| | No: 14-CV-10362 |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | : : : : |
| THIS DOCUMENT RELATES TO: | : : |
| 1:14-CV-10362 (D. Mass) | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC. v. MILERG WEISS BERSHAD HYNES 7 LERACH, 523 w.s. 28 (1998)

SUNRISE HOPSITAL AND MEDICAL CENTER hereby

__     Consents

_X_     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

DATE: _7/27/15_

Signature: _Michael Frangie_

Name: _Michael Frangie_

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)): | |
| CASE NO. 1:14-cv-13496-RWZ  (D. Mass.) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER _LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH_, 523 U.S. 26 (1998)**

William L. Neal, Adm'r of the Estate of Lucy Byrd Neal   [party name] hereby

☐   consents

☑   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: July 27, 2015

Signature: _____

Name:   Gregory L. Lyons, Counsel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-CV-10421

## ELECTION REGARDING VENUE AND RIGHTS UNDER
### *LEXECON INC v MILBERG*, 523 US 26 (1989)

COLLEEN ADKINS & LYNN ADKINS                    hereby

_____ consents

☒ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015                    Signature: _____

                                        Name: _____ Todd J. Weglarz P48035
                                        Fieger Law
                                        19390 W. Ten Mile Road
                                        Southfield, MI 48075
                                        (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-cv-10424

ELECTION REGARDING VENUE AND RIGHTS UNDER
*LEXECON INC v MILBERG*, 523 US 26 (1989)

RAY ALVARADO ( KATHY CHMIELESK )                    hereby

_____ consents

___X___ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015

Signature:

Name:        Todd J. Weglarz  P48035
             Fieger Law
             19390 W. Ten Mile Road
             Southfield, MI 48075
             (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-cv-10436

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

GAYLE CARMICHAEL & ROBERT CARMICHAEL hereby

_____ consents

X DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:   July 27, 2015                     Signature: _____

                                          Name:      Todd J. Weglarz  P48035
                                                     Fieger Law
                                                     19390 W. Ten Mile Road
                                                     Southfield, MI 48075
                                                     (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-CV-10545

## ELECTION REGARDING VENUE AND RIGHTS UNDER
### *LEXECON INC v MILBERG*, 523 US 26 (1989)

MICHAEL CHATAS _____ hereby

_____ consents

____ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date: July 27, 2015

Signature: _____

Name: _____

Todd J. Weglarz  P48035
Fieger Law
19390 W. Ten Mile Road
Southfield, MI 48075
(248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-CV-10428

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## _LEXECON INC v MILBERG_, 523 US 26 (1989)

NORA CLARK & WILLIAM CLARK                    hereby

_____  consents

X  DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015                    Signature: _____

Name:                    Todd J. Weglarz
                         Fieger Law
                         19390 W. Ten Mile Road
                         Southfield, MI 48075
                         (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-CV-10556

## ELECTION REGARDING VENUE AND RIGHTS UNDER
### *LEXECON INC v MILBERG*, 523 US 26 (1989)

MARIANNE & DAVID DARRAGH _____ hereby

_____ consents

_X_ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:   July 27, 2015                     Signature: _____

                                          Name:     Todd J. Weglarz  P48035
                                                    Fieger Law
                                                    19390 W. Ten Mile Road
                                                    Southfield, MI 48075
                                                    (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-CV-10543

### ELECTION REGARDING VENUE AND RIGHTS UNDER
### *LEXECON INC v MILBERG*, 523 US 26 (1989)

VICTOR & MARSHA DAVIS _____ hereby

_____ consents

✗ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015                    Signature: _____

                                        Name:     Todd J. Weglarz   P48035
                                                  Fieger Law
                                                  19390 W. Ten Mile Road
                                                  Southfield, MI 48075
                                                  (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

**MDL No. 2419**
**Master Docket No. 1:13-md-2419-FDS**

THIS DOCUMENT RELATES TO:

1-13-cv-10426

**ELECTION REGARDING VENUE AND RIGHTS UNDER**
**_LEXECON INC v MILBERG_, 523 US 26 (1989)**

DALE & KATHY TREW _____ hereby

_____ consents

⨯ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:   July 27, 2015          Signature: _____

          Name:     Todd J. Weglarz  48035
                    Fieger Law
                    19390 W. Ten Mile Road
                    Southfield, MI 48075
                    (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-CV-10546

## ELECTION REGARDING VENUE AND RIGHTS UNDER
### _LEXECON INC v MILBERG_, 523 US 26 (1989)

KATHY & DAVID FREEMAN _____ hereby

_____ consents

__X__ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:   July 27, 2015          Signature: _____

                               Name:     Todd J. Weglarz  P48035
                                         Fieger Law
                                         19390 W. Ten Mile Road
                                         Southfield, MI 48075
                                         (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1-13-CV-10555

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## _LEXECON INC v MILBERG_, 523 US 26 (1989)

LINDA & RICHARD GOULD                          hereby

_____ consents

___✓___ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:   July 27, 2015          Signature: _____

                               Name:     Todd J. Weglarz  P48035
                                         Fieger Law
                                         19390 W. Ten Mile Road
                                         Southfield, MI 48075
                                         (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

1:13-CV-10437

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

**ELECTION REGARDING VENUE AND RIGHTS UNDER**
*LEXECON INC v MILBERG*, 523 US 26 (1989)

RHONDA & MICHAEL HALL                                hereby

_____ consents

__X__ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:   July 27, 2015            Signature: _____

                                 Name:      Todd J. Weglarz  P48035
                                            Fieger Law
                                            19390 W. Ten Mile Road
                                            Southfield, MI 48075
                                            (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-cv-10434

## ELECTION REGARDING VENUE AND RIGHTS UNDER
### _LEXECON INC v MILBERG_, 523 US 26 (1989)

JEFFREY HUGGETT _____ hereby

_____ consents

__X__ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015          Signature: _____

                              Name:     Todd J. Weglarz  P48035
                                        Fieger Law
                                        19390 W. Ten Mile Road
                                        Southfield, MI 48075
                                        (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

**MDL No. 2419**
**Master Docket No. 1:13-md-2419-FDS**

THIS DOCUMENT RELATES TO:

1:13-cv-10547

## ELECTION REGARDING VENUE AND RIGHTS UNDER
### *LEXECON INC v MILBERG*, 523 US 26 (1989)

CELON & BETTY JOHNSON                                    hereby

_____ consents

⨉  DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015                          Signature: _____

                                              Name: _____ Todd J. Weglarz P48035
                                              Fieger Law
                                              19390 W. Ten Mile Road
                                              Southfield, MI 48075
                                              (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-cv-10419

## ELECTION REGARDING VENUE AND RIGHTS UNDER
### *LEXECON INC v MILBERG*, 523 US 26 (1989)

MARK KLASERNER _____ hereby

_____ consents

__✗__ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015                     Signature: _____

                                        Name:     Todd J. Weglarz   P48035
                                                  Fieger Law
                                                  19390 W. Ten Mile Road
                                                  Southfield, MI 48075
                                                  (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-CV-10433

### ELECTION REGARDING VENUE AND RIGHTS UNDER
### *LEXECON INC v MILBERG*, 523 US 26 (1989)

GARY KRUEGER & VIRGINIA KRUEGER hereby

_____ consents

☒ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015

Signature:

Name:          Todd J. Weglarz   P48035
               Fieger Law
               19390 W. Ten Mile Road
               Southfield, MI 48075
               (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-cv-10295

## ELECTION REGARDING VENUE AND RIGHTS UNDER
### LEXECON INC v MILBERG, 523 US 26 (1989)

PENNY LAPERRIERE FOR LYN LAPERRIERE, DEC hereby

_____ consents

___X___ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:   July 27, 2015

Signature: _____

Name:        Todd J. Weglarz   P48035
             Fieger Law
             19390 W. Ten Mile Road
             Southfield, MI 48075
             (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-cv-10541

### ELECTION REGARDING VENUE AND RIGHTS UNDER
### _LEXECON INC v MILBERG_, 523 US 26 (1989)

GARY MAROUDIS & MARLENE MAROUDIS   hereby

_____ consents

___X___ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015                     Signature: _____

                                         Name:      Todd J. Weglarz  F48035
                                                    Fieger Law
                                                    19390 W. Ten Mile Road
                                                    Southfield, MI 48075
                                                    (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1-13-cv-10544

## ELECTION REGARDING VENUE AND RIGHTS UNDER
### *LEXECON INC v MILBERG*, 523 US 26 (1989)

ROBERT MATTHEWS & ELIZABETH MATTHEWS hereby

_____ consents

___X___ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015              Signature: _____

                                  Name:      Todd J. Weglarz  P73035
                                             Fieger Law
                                             19390 W. Ten Mile Road
                                             Southfield, MI 48075
                                             (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-cv-10430

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

MILDA MATTILA & RALPH MATTILA _____ hereby

_____ consents

$\times$  DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015          Signature: _____

                              Name:      Todd J. Weglarz  P48035
                                         Fieger Law
                                         19390 W. Ten Mile Road
                                         Southfield, MI 48075
                                         (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-CV-10435

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

WILLARD MAZURE & LINDA MAZURE                    hereby

_____ consents

___X___ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015

Signature: _____

Name:     Todd J. Weglarz  P48035
          Fieger Law
          19390 W. Ten Mile Road
          Southfield, MI 48075
          (248) 355-5555

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

Case No. 1:13-cv-10291-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

_____BARBE PURO_____ [party name] hereby

☐   consents

☒   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: July 24, 2015         Signature: _____

                            Name: Laura Pittner

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-CV-10549

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

JUAN MONTALVO & SANDRA MONTALVO   hereby

_____ consents

__X__ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date: July 27, 2015

Signature: _____

Name: Todd J. Weglarz PA8035
Fieger Law
19390 W. Ten Mile Road
Southfield, MI 48075
(248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-cv-10425

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

JOSEPH NELSON & APRI NELSON                        hereby

_____  consents

___✗___  DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:   July 27, 2015                    Signature: _____

                                         Name:    Todd J. Weglarz P48035
                                                  Fieger Law
                                                  19390 W. Ten Mile Road
                                                  Southfield, MI 48075
                                                  (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 Master Docket No. 1:13-md-2419-FDS |

THIS DOCUMENT RELATES TO:

1:13-cv-10420

## ELECTION REGARDING VENUE AND RIGHTS UNDER
### *LEXECON INC v MILBERG*, 523 US 26 (1989)

JULIE OTTO & JEFFREY OTTO _____ hereby

_____ consents

X  DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date:  July 27, 2015          Signature: _____

                              Name:        Todd J. Weglarz  P48035
                                           Fieger Law
                                           19390 W. Ten Mile Road
                                           Southfield, MI 48075
                                           (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1=13-cv-10431

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

Bonnie Peters & Jonas Peters _____ hereby

\_\_\_\_\_ consents

X   DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:   July 27, 2015                Signature: _____

                                     Name:     Todd J. Weglarz  P48035
                                               Fieger Law
                                               19390 W. Ten Mile Road
                                               Southfield, MI 48075
                                               (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-CV-10427

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

JANICE RAAB & WILLIAM RAAB _____ hereby

_____ consents

__X__ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015                  Signature: _____

                                      Name:       Todd J. Weglarz  P48035
                                                  Fieger Law
                                                  19390 W. Ten Mile Road
                                                  Southfield, MI 48075
                                                  (248) 355-5555