UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-CV-10439

## ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC v MILBERG, 523 US 26 (1989)

BETTY RUTTMAN _____ hereby

_____ consents

__X__ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date: July 27, 2015

Signature: _____

Name: _____

Todd J. Weglarz  P48035
Fieger Law
19390 W. Ten Mile Road
Southfield, MI 48075
(248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1=13-CV-10422

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## LEXECON INC v MILBERG, 523 US 26 (1989)

ALFRED RYE & IONA RYE                                   hereby

_____ consents

  X  DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015

Signature: _____

Name: _____
       Todd J. Weglarz  P48035
       Fieger Law
       19390 W. Ten Mile Road
       Southfield, MI 48075
       (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

**MDL No. 2419**
**Master Docket No. 1:13-md-2419-FDS**

THIS DOCUMENT RELATES TO:

1=13-cv-10429

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

RUTH SHOOP, through ANN SHOOP hereby

_____ consents

___X___ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date: July 27, 2015

Signature: _____

Name: _____
Todd J. Weglarz   P48035
Fieger Law
19390 W. Ten Mile Road
Southfield, MI 48075
(248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-cv-10542

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

JOSEPH SKONE & BARBARA SKONE                     hereby

_____ consents

X   DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:   July 27, 2015                    Signature:

Name:                    Todd J. Weglarz  P48035
                         Fieger Law
                         19390 W. Ten Mile Road
                         Southfield, MI 48075
                         (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1=13-cv-10438

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

SALLY SMITH, through SUSAN NICOL   hereby
(POA)

_____ consents

  X   DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015

Signature: _____

Name:     Todd J. Weglarz.  P48035
          Fieger Law
          19390 W. Ten Mile Road
          Southfield, MI 48075
          (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1=13-CV-10432

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

DAVID VARGO & JANE VARGO _____ hereby

_____ consents

⤫ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015                    Signature: _____

                                        Name:    Todd J. Weglarz P48035
                                                 Fieger Law
                                                 19390 W. Ten Mile Road
                                                 Southfield, MI 48075
                                                 (248) 355-5555

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO (list cases by D. Mass. number in the following format: 1:15-cv-01234 (D. Mass.)): | |
| 1:13-cv-10685-RWZ | |
| 1:13-cv-10943-RWZ | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Ocean State Pain Management, PC, and [party name] hereby
Abdul R. Barakat, M.D

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7-27-15          Signature: _____

Name: Thomas M. Dolan III
Capplis, Connors & Carroll, PC.
18 Tremont St., Suite 330
Boston, MA 02108

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:12-cv-12066-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.*
*v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

DC. O'Connell's Pain Care Center, Inc. [party name] hereby

☐   consents

☑   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7-27-15                  Signature: _____

                               Name: Thomas M. Dolen III
                               Capplis, Connors & Carroll, PC
                               18 Tremont St., Suite 330
                               Boston, MA   02108

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:14-cv-13673-RWZ
1:14-cv-10362-RWZ
1:14-cv-11856-RWZ
1:12-cv-12208-RWZ
1:14-cv-13027-RWZ
1:14-cv-13640-RWZ
1:14-cv-13708-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

See Exhibit A
_____ [party name] hereby

☒    consents

☐    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: ___July 27, 2015___

Signature: _____

Name: ___Anne Andrews___

# EXHIBIT A

1. Robert Drain and Kathryn Drain v. Premier Orthopaedic Associates Surgical Center, LLC, Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC d/b/a Premier Orthopaedic and Sports Medicine Associates

   1:14-cv-13673-RWZ

2. Katrina Eldreth, individually as surviving parent and heir, and on behalf of the Estate of Ari Thomas Gomez, a minor, deceased v. Sunrise Hospital and Medical Center, LLC; Wilson Chu; Barry J. Cadden; Gregory Conigliaro; Lisa Conigliaro Cadden; Douglas Conigliaro; Carla Conigliaro; Glenn A. Chin; Ameridose, LLC; GDC Properties Management, LLC; Medical Sales Management, Inc.; Medical Sales Management SW, Inc.; ARL Bio Pharma, Inc.; ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories; and Does 1-100, inclusive

   1:14-cv-10362-RWZ

3. Victoria Gibson and Scott Gibson v. Liberty Industries, Inc., UniFirst Corporation a/d/b/a/ UniClean Cleanroom Services, Cincinnati Pain Management Consultants, Inc., Cincinnati Pain Management Consultants Ltd., James Molnar, M.D.

   1:14-cv-11856-RWZ

4. Kathleen Guzman and Miguel Guzman v. UniFirst Corporation a/d/b/a UniClean Cleanroom Services, Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, d/b/a Premier Orthopaedics Associates, Premier Orthopaedic Associates Surgical Center, LLC, Inspira Medical Center Vineland f/k/a South Jersey Healthcare Regional Medical Center, Kimberly Smith-Martin, M.D. and Does 1-25, Inclusive

   1:12-cv-12208-RWZ

5. George Moore and Dawn Moore v. UniFirst Corporation a/d/b/a UniClean Cleanroom Services, Liberty Industries, Inc., Anonymous Health Care Providers 1-5

   1:14-cv-13027-RWZ

6. Martha Parkell and Robert Parkell v. Premier Orthopaedic Associates Surgical Center, LLC; and Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC d/b/a Premier Orthopaedic and Sports Medicine Associates

1:14-cv-13640-RWZ

7.  Jagdish Patel v. UniFirst Corporation, a/d/b/a UniClean Cleanroom Services, Liberty
    Industries, Inc., ABC Corporation

    1:14-cv-13708-RWZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

SUSAN ROBINSON; CAROL
HENSLEY and THOMAS HENSLEY;
MARGARET KILDAU and GEORGE
KILDAU; KEITH DiMARIA and JOAN
DiMARIA; ELSIE REDMON and JAMES
REDMON; DAVID EARLES and
TERESA EARLES; THOMAS DARIN
and BARBARA DARIN; and BETH
MALAFOURIS, as Personal
Representative of the Estate of
PATRICIA MALAFOURIS, Deceased

       Plaintiffs,

v.

NEW ENGLAND COMPOUNDING
PHARMACY, INC. a/k/a NEW
ENGLAND COMPOUNDING CENTER

       Defendants.

CASE NO.:

HON.

GEOFFREY N. FIEGER (P30441)
TERRY A. DAWES (P47854)
*Fieger, Fieger, Kenney, Giroux
& Danzig, PC*
Attorneys for Plaintiffs
19390 West 10 Mile Road
Southfield, MI 48075-2463
248-355-5555 / Fax: 248-355-5148
g.fieger@fiegerlaw.com
t.dawes@fiegerlaw.com

## COMPLAINT & DEMAND FOR JURY TRIAL

NOW COME Plaintiffs by and through their attorneys FIEGER, FIEGER,

KENNEY, GIROUX & DANZIG, PC, and for their Complaint allege that at all times

relevant:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

**MDL No. 2419**
**Master Docket No. 1:13-md-2419-FDS**

THIS DOCUMENT RELATES TO:

1-13-CV-10557

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

SUSAN ROBINSON _____ hereby

_____ consents

__X__ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015

Signature: _____

Name: _____
Todd J. Weglarz   P48035
Fieger Law
19390 W. Ten Mile Road
Southfield, MI 48075
(248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-CV-10557

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

ELSIE REDMON, INDIVIDUALLY & FOR JAMES                     hereby
                                         REDMON, DECEASED

_____ consents

☒ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date: July 27, 2015

Signature: _____

Name:      Todd J. Weglarz P48035
           Fieger Law
           19390 W. Ten Mile Road
           Southfield, MI 48075
           (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Docket No. 1:13-md-2419-FDS |

THIS DOCUMENT RELATES TO:

1:13-CV-10557

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## _LEXECON INC v MILBERG_, 523 US 26 (1989)

BETH MALAFOURIS FOR PATRICIA MALAFOURIS, hereby
                                                    DEC

_____ consents

__X__ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date:  July 27, 2015

Signature: _____

Name:        Todd J. Weglarz
             Fieger Law
             19390 W. Ten Mile Road
             Southfield, MI 48075
             (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-cv-10557

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

MARGARET KILDAU & GEORGE KILDAU hereby

_____ consents

__X__ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:   July 27, 2015          Signature: _____

                               Name:   Todd J. Weglarz  P48035
                                       Fieger Law
                                       19390 W. Ten Mile Road
                                       Southfield, MI 48075
                                       (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1-13-CV-18557

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

CAROL & THOMAS HENSLEY _____ hereby

_____ consents

__X__ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:  July 27, 2015

Signature: _____

Name: _____  Todd J. Weglarz   P48075
              Fieger Law
              19390 W. Ten Mile Road
              Southfield, MI 48075
              (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1:13-CV-10557

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

DAVID & TERESA EARLES _____ hereby

_____ consents

✗ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date:   July 27, 2015                    Signature: _____

                                         Name:       Todd J. Weglarz  P48035
                                                     Fieger Law
                                                     19390 W. Ten Mile Road
                                                     Southfield, MI 48075
                                                     (248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419
Master Docket No. 1:13-md-2419-FDS

THIS DOCUMENT RELATES TO:

1-13-CV-10557

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

KEITH DIMARIA & JOAN DIMARIA _____ hereby

_____ consents

☒ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts
for all proceedings in the above-listed actions, including trial. I represent that I have authority to
make this election on behalf of the above-listed party and acknowledge that this election shall be
binding for the duration of this multidistrict litigation.

Date: July 27, 2015

Signature _____

Name: _____
Todd J. Weglarz  P48035
Fieger Law
19390 W. Ten Mile Road
Southfield, MI 48075
(248) 355-5555

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 Master Docket No. 1:13-md-2419-FDS |
| THIS DOCUMENT RELATES TO: 1-13-CV-10557 | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC v MILBERG*, 523 US 26 (1989)

THOMAS DARIN & BARBARA DARIN _____ hereby

_____ consents

X DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: July 27, 2015

Signature: _____

Name: Todd J. Weglarz  P48035
Fieger Law
19390 W. Ten Mile Road
Southfield, MI 48075
(248) 355-5555

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

*Premier Orthopaedic Associates Surgical Center, LLC* hereby

        Consents

        X DOES NOT Consent

(check one) to the jurisdiction and venue of the United States District Court for the  District of

Massachusetts for all proceedings in the above-listed actions, including trial. I  represent that I have

authority to make this election on behalf of the above-listed party and acknowledge that this election shall

be binding for the duration of this multidistrict  litigation.

Date: _7/27/15_

Signature _____

Name: _CHRISTOPHER M. WOLK, Esq_

Page 2 of 2

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION.   No. 1:13-md-02419

THIS DOCUMENT RELATES TO:

1:14-cv-13163-RWZ  BAZIKOS v. INSPIRA HEALTH NETWORK, INC. et al
1:14-cv-13164-RWZ  DERSCH v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13165-RWZ  WEST v. INSPIRA HEALTH NETWORK, INC. et al
1:14-cv-13555-RWZ  SHANON et al v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13599-RWZ  BANE et al v. INSPIRA HEALTH NETWORK, INC.
1:14-cv-13640-RWZ  Parkell et al v. UniFirst Corporation adba UniClean Cleanroom
1:14-cv-13760-RWZ  OVERSTREET et al v. PREMIER ORTHOPAEDIC ASSOC.
1:14-cv-13904-RWZ  BOLTON et al v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13905-RWZ  ASKINS et al v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13907-RWZ  JONES et al v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13908-RWZ  WARFLE et al v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13909-RWZ  CAMPBELL v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13910-RWZ  AKERS et al v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13911-RWZ  MCCOY et al v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13913-RWZ  GOFF v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13914-RWZ  SCHWAB et al v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13915-RWZ  ROAGERS v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13916-RWZ  CAMPBELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13943-RWZ  RIVERA v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13945-RWZ  HERMENS et al v. INSPIRA HEALTH NETWORK, INC. et al
1:14-cv-13946-RWZ  BAIRD v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13949-RWZ  GONZALEZ v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13951-RWZ  HOLLYWOOD et al v. PREMIER ORTHOPAEDIC
1:14-cv-13952-RWZ  STECH v. INSPIRA HEALTH NETWORK, INC. et al
1:14-cv-13953-RWZ  STYLES et al v. INSPIRA HEALTH NETWORK, INC. et al
1:14-cv-13954-RWZ  TROUT et al v. INSPIRA HEALTH NETWORK, INC. et al
1:14-cv-13956-RWZ  FEDERICO v. INSPIRA HEALTH NETWORK, INC. et al
1:14-cv-13957-RWZ  RAMOS v. INSPIRA HEALTH NETWORK, INC. et al
1:14-cv-13958-RWZ  BURRELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13959-RWZ  SANTIAGO et al v. INSPIRA HEALTH NETWORK, INC. et al
1:14-cv-13961-RWZ  MORELL v. PREMIER ORTHOPAEDIC ASSOCIATES
1:14-cv-13962-RWZ  BACIGALUPO et al v. PREMIER ORTHOPAEDIC
1:14-cv-14084-RWZ  GARCIA et al v. INSPIRA HEALTH NETWORK, INC. et al
1:14-cv-14152-RWZ  MCBRIDE et al v. PREMIER ORTHOPAEDIC ASSOCIATES
1:15-cv-10258-RWZ  HEADLEY et al v. INSPIRA HEALTH NETWORK, INC. et al
1:14-cv-13601-RWZ  FISHER v. INSPIRA HEALTH NETWORK, INC. et al
1:12-cv-12208-RWZ  Guzman v. New England Compounding Pharmacy, Inc.
1:13-cv-10404-RWZ  MARKO et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:13-cv-10406-RWZ  PENNINGTON v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:13-cv-10407-RWZ  HANNAH v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:13-cv-10408-RWZ  LEAVERTON, ET AL. v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:13-cv-10409-RWZ  JONES v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:13-cv-10411-RWZ  RIOS et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:13-cv-10413-RWZ  TOLOTTI et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:13-cv-10414-RWZ  TAYVINSKY et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:13-cv-10441-RWZ  ZAVACKI v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al filed
1:13-cv-10442-RWZ  LETIZIA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:13-cv-10444-RWZ  GOULD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:13-cv-10446-RWZ  TISA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:13-cv-10447-RWZ  NORMAND et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:13-cv-11167-RWZ  DEVILLI et al v. AMERIDOSE, LLC et al
1:13-cv-11233-RWZ  EFFENDIAN v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:13-md-02419-RWZ  In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation
1:14-cv-11821-RWZ  SNEAD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:14-cv-11822-RWZ  CHAMBERS v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al
1:14-cv-13640-RWZ  Parkell et al v. UniFirst Corporation adba UniClean Cleanroom Services et al filed 09/16/14
1:14-cv-13960-RWZ  KIRBY et al v. PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOC.
1:14-cv-13673-RWZ  Drain et al v. UniFirst Corporation adba Cleanroom Services et al

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH,* 523 U.S. 26 (1998)

*Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates* hereby

      Consents

      X DOES NOT Consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/15           Signature: _____

                        Name: CHRISTOPHER M. WOLK, ESQ

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION.   No. 1:13-md-02419

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| 1:14-cv-13163-RWZ | BAZIKOS v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13164-RWZ | DERSCH v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13165-RWZ | WEST v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13555-RWZ | SHANON et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13599-RWZ | BANE et al v. INSPIRA HEALTH NETWORK, INC. |
| 1:14-cv-13640-RWZ | Parkell et al v. UniFirst Corporation adba UniClean Cleanroom |
| 1:14-cv-13760-RWZ | OVERSTREET et al v. PREMIER ORTHOPAEDIC ASSOC. |
| 1:14-cv-13904-RWZ | BOLTON et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13905-RWZ | ASKINS et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13907-RWZ | JONES et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13908-RWZ | WARFLE et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13909-RWZ | CAMPBELL v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13910-RWZ | AKERS et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13911-RWZ | MCCOY et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13913-RWZ | GOFF v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13914-RWZ | SCHWAB et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13915-RWZ | ROAGERS v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13916-RWZ | CAMPBELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13943-RWZ | RIVERA v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13945-RWZ | HERMENS et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13946-RWZ | BAIRD v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13949-RWZ | GONZALEZ v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13951-RWZ | HOLLYWOOD et al v. PREMIER ORTHOPAEDIC |
| 1:14-cv-13952-RWZ | STECH v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13953-RWZ | STYLES et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13954-RWZ | TROUT et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13956-RWZ | FEDERICO v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13957-RWZ | RAMOS v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13958-RWZ | BURRELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13959-RWZ | SANTIAGO et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13961-RWZ | MORELL v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13962-RWZ | BACIGALUPO et al v. PREMIER ORTHOPAEDIC |
| 1:14-cv-14084-RWZ | GARCIA et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-14152-RWZ | MCBRIDE et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:15-cv-10258-RWZ | HEADLEY et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13601-RWZ | FISHER v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:12-cv-12208-RWZ | Guzman v. New England Compounding Pharmacy, Inc. |
| 1:13-cv-10404-RWZ | MARKO et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10406-RWZ | PENNINGTON v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10407-RWZ | HANNAH v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10408-RWZ | LEAVERTON, ET AL. v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10409-RWZ | JONES v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10411-RWZ | RIOS et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10413-RWZ | TOLOTTI et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10414-RWZ | TAYVINSKY et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10441-RWZ | ZAVACKI v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al filed |
| 1:13-cv-10442-RWZ | LETIZIA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10444-RWZ | GOULD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10446-RWZ | TISA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10447-RWZ | NORMAND et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-11167-RWZ | DEVILLI et al v. AMERIDOSE, LLC et al |
| 1:13-cv-11233-RWZ | EFFENDIAN v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-md-02419-RWZ | In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation |
| 1:14-cv-11821-RWZ | SNEAD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:14-cv-11822-RWZ | CHAMBERS v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:14-cv-13640-RWZ | Parkell et al v. UniFirst Corporation adba UniClean Cleanroom Services et al filed 09/16/14 |
| 1:14-cv-13960-RWZ | KIRBY et al v. PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOC. |
| 1:14-cv-13673-RWZ | Drain et al v. UniFirst Corporation adba Cleanroom Services et al |

Page 1 of 2

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

*John Catalano, M.D.* hereby

      Consents

     X DOES NOT Consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: __7/27/15__

Signature: _____

Name: __CHRISTOPHER M. WOLK, ESQ__

Page 2 of 2

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION.  No. 1:13-md-02419

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| 1:14-cv-13163-RWZ | BAZIKOS v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13164-RWZ | DERSCH v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13165-RWZ | WEST v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13555-RWZ | SHANON et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13599-RWZ | BANE et al v. INSPIRA HEALTH NETWORK, INC. |
| 1:14-cv-13640-RWZ | Parkell et al v. UniFirst Corporation adba UniClean Cleanroom |
| 1:14-cv-13760-RWZ | OVERSTREET et al v. PREMIER ORTHOPAEDIC ASSOC. |
| 1:14-cv-13904-RWZ | BOLTON et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13905-RWZ | ASKINS et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13907-RWZ | JONES et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13908-RWZ | WARFLE et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13909-RWZ | CAMPBELL v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13910-RWZ | AKERS et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13911-RWZ | MCCOY et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13913-RWZ | GOFF v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13914-RWZ | SCHWAB et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13915-RWZ | ROAGERS v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13916-RWZ | CAMPBELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13943-RWZ | RIVERA v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13945-RWZ | HERMENS et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13946-RWZ | BAIRD v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13949-RWZ | GONZALEZ v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13951-RWZ | HOLLYWOOD et al v. PREMIER ORTHOPAEDIC |
| 1:14-cv-13952-RWZ | STECH v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13953-RWZ | STYLES et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13954-RWZ | TROUT et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13956-RWZ | FEDERICO v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13957-RWZ | RAMOS v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13958-RWZ | BURRELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13959-RWZ | SANTIAGO et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13961-RWZ | MORELL v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13962-RWZ | BACIGALUPO et al v. PREMIER ORTHOPAEDIC |
| 1:14-cv-14084-RWZ | GARCIA et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-14152-RWZ | MCBRIDE et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:15-cv-10258-RWZ | HEADLEY et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13601-RWZ | FISHER v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:12-cv-12208-RWZ | Guzman v. New England Compounding Pharmacy, Inc. |
| 1:13-cv-10404-RWZ | MARKO et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10406-RWZ | PENNINGTON v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10407-RWZ | HANNAH v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10408-RWZ | LEAVERTON, ET AL. v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10409-RWZ | JONES v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10411-RWZ | RIOS et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10413-RWZ | TOLOTTI et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10414-RWZ | TAYVINSKY et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10441-RWZ | ZAVACKI v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al filed |
| 1:13-cv-10442-RWZ | LETIZIA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10444-RWZ | GOULD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10446-RWZ | TISA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10447-RWZ | NORMAND et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-11167-RWZ | DEVILLI et al v. AMERIDOSE, LLC et al |
| 1:13-cv-11233-RWZ | EFFENDIAN v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-md-02419-RWZ | In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation |
| 1:14-cv-11821-RWZ | SNEAD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:14-cv-11822-RWZ | CHAMBERS v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:14-cv-13640-RWZ | Parkell et al v. UniFirst Corporation adba UniClean Cleanroom Services et al filed 09/16/14 |
| 1:14-cv-13960-RWZ | KIRBY et al v. PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOC. |
| 1:14-cv-13673-RWZ | Drain et al v. UniFirst Corporation adba Cleanroom Services et al |

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

*Richard Strauss, M.D.* hereby

      Consents

      X DOES NOT Consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: __7/27/15__                Signature: _____

                                  Name: CHRISTOPHER M. WOLK, ESQ

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION.  No. 1:13-md-02419

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| 1:14-cv-13163-RWZ | BAZIKOS v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13164-RWZ | DERSCH v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13165-RWZ | WEST v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13555-RWZ | SHANON et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13599-RWZ | BANE et al v. INSPIRA HEALTH NETWORK, INC. |
| 1:14-cv-13640-RWZ | Parkell et al v. UniFirst Corporation adba UniClean Cleanroom |
| 1:14-cv-13760-RWZ | OVERSTREET et al v. PREMIER ORTHOPAEDIC ASSOC. |
| 1:14-cv-13904-RWZ | BOLTON et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13905-RWZ | ASKINS et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13907-RWZ | JONES et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13908-RWZ | WARFLE et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13909-RWZ | CAMPBELL v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13910-RWZ | AKERS et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13911-RWZ | MCCOY et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13913-RWZ | GOFF v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13914-RWZ | SCHWAB et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13915-RWZ | ROAGERS v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13916-RWZ | CAMPBELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13943-RWZ | RIVERA v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13945-RWZ | HERMENS et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13946-RWZ | BAIRD v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13949-RWZ | GONZALEZ v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13951-RWZ | HOLLYWOOD et al v. PREMIER ORTHOPAEDIC |
| 1:14-cv-13952-RWZ | STECH v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13953-RWZ | STYLES et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13954-RWZ | TROUT et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13956-RWZ | FEDERICO v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13957-RWZ | RAMOS v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13958-RWZ | BURRELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13959-RWZ | SANTIAGO et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13961-RWZ | MORELL v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13962-RWZ | BACIGALUPO et al v. PREMIER ORTHOPAEDIC |
| 1:14-cv-14084-RWZ | GARCIA et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-14152-RWZ | MCBRIDE et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:15-cv-10258-RWZ | HEADLEY et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13601-RWZ | FISHER v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:12-cv-12208-RWZ | Guzman v. New England Compounding Pharmacy, Inc. |
| 1:13-cv-10404-RWZ | MARKO et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10406-RWZ | PENNINGTON v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10407-RWZ | HANNAH v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10408-RWZ | LEAVERTON, ET AL. v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10409-RWZ | JONES v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10411-RWZ | RIOS et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10413-RWZ | TOLOTTI et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10414-RWZ | TAYVINSKY et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10441-RWZ | ZAVACKI v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al filed |
| 1:13-cv-10442-RWZ | LETIZIA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10444-RWZ | GOULD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10446-RWZ | TISA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10447-RWZ | NORMAND et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-11167-RWZ | DEVILLI et al v. AMERIDOSE, LLC et al |
| 1:13-cv-11233-RWZ | EFFENDIAN v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-md-02419-RWZ | In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation |
| 1:14-cv-11821-RWZ | SNEAD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:14-cv-11822-RWZ | CHAMBERS v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:14-cv-13640-RWZ | Parkell et al v. UniFirst Corporation adba UniClean Cleanroom Services et al filed 09/16/14 |
| 1:14-cv-13960-RWZ | KIRBY et al v. PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOC. |
| 1:14-cv-13673-RWZ | Drain et al v. UniFirst Corporation adba Cleanroom Services et al |

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

*Rhaul Shah, M.D.* hereby

      Consents

      X DOES NOT Consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: __7/27/15__

Signature: _____

Name: _CHRISTOPHER M. WOLK, ESQ_

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION.   No. 1:13-md-02419

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| 1:14-cv-13163-RWZ | BAZIKOS v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13164-RWZ | DERSCH v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13165-RWZ | WEST v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13555-RWZ | SHANON et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13599-RWZ | BANE et al v. INSPIRA HEALTH NETWORK, INC. |
| 1:14-cv-13640-RWZ | Parkell et al v. UniFirst Corporation adba UniClean Cleanroom |
| 1:14-cv-13760-RWZ | OVERSTREET et al v. PREMIER ORTHOPAEDIC ASSOC. |
| 1:14-cv-13904-RWZ | BOLTON et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13905-RWZ | ASKINS et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13907-RWZ | JONES et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13908-RWZ | WARFLE et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13909-RWZ | CAMPBELL v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13910-RWZ | AKERS et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13911-RWZ | MCCOY et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13913-RWZ | GOFF v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13914-RWZ | SCHWAB et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13915-RWZ | ROAGERS v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13916-RWZ | CAMPBELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13943-RWZ | RIVERA v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13945-RWZ | HERMENS et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13946-RWZ | BAIRD v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13949-RWZ | GONZALEZ v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13951-RWZ | HOLLYWOOD et al v. PREMIER ORTHOPAEDIC |
| 1:14-cv-13952-RWZ | STECH v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13953-RWZ | STYLES et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13954-RWZ | TROUT et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13956-RWZ | FEDERICO v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13957-RWZ | RAMOS v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13958-RWZ | BURRELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13959-RWZ | SANTIAGO et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13961-RWZ | MORELL v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13962-RWZ | BACIGALUPO et al v. PREMIER ORTHOPAEDIC |
| 1:14-cv-14084-RWZ | GARCIA et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-14152-RWZ | MCBRIDE et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:15-cv-10258-RWZ | HEADLEY et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13601-RWZ | FISHER v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:12-cv-12208-RWZ | Guzman v. New England Compounding Pharmacy, Inc. |
| 1:13-cv-10404-RWZ | MARKO et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10406-RWZ | PENNINGTON v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10407-RWZ | HANNAH v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10408-RWZ | LEAVERTON, ET AL., v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10409-RWZ | JONES v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10411-RWZ | RIOS et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10413-RWZ | TOLOTTI et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10414-RWZ | TAYVINSKY et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10441-RWZ | ZAVACKI v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al filed |
| 1:13-cv-10442-RWZ | LETIZIA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10444-RWZ | GOULD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10446-RWZ | TISA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10447-RWZ | NORMAND et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-11167-RWZ | DEVILLI et al v. AMERIDOSE, LLC et al |
| 1:13-cv-11233-RWZ | EFFENDIAN v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-md-02419-RWZ | In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation |
| 1:14-cv-11821-RWZ | SNEAD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:14-cv-11822-RWZ | CHAMBERS v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:14-cv-13640-RWZ | Parkell et al v. UniFirst Corporation adba UniClean Cleanroom Services et al filed 09/16/14 |
| 1:14-cv-13960-RWZ | KIRBY et al v. PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOC. |
| 1:14-cv-13673-RWZ | Drain et al v. UniFirst Corporation adba Cleanroom Services et al |

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

*Richard C. DiVerniero, M.D.* hereby

    Consents

    X DOES NOT Consent

(check one) to the jurisdiction and venue of the United States District Court for the  District of

Massachusetts for all proceedings in the above-listed actions, including trial. I  represent that I have

authority to make this election on behalf of the above-listed party  and acknowledge that this election shall

be binding for the duration of this multidistrict  litigation.

Date: __7/27/17.__

Signature: _____

Name: __CHRISTOPHER  M.  WOLK, ESQ__

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION.  No. 1:13-md-02419

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| 1:14-cv-13163-RWZ | BAZIKOS v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13164-RWZ | DERSCH v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13165-RWZ | WEST v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13555-RWZ | SHANON et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13599-RWZ | BANE et al v. INSPIRA HEALTH NETWORK, INC. |
| 1:14-cv-13640-RWZ | Parkell et al v. UniFirst Corporation adba UniClean Cleanroom |
| 1:14-cv-13760-RWZ | OVERSTREET et al v. PREMIER ORTHOPAEDIC ASSOC. |
| 1:14-cv-13904-RWZ | BOLTON et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13905-RWZ | ASKINS et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13907-RWZ | JONES et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13908-RWZ | WARFLE et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13909-RWZ | CAMPBELL v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13910-RWZ | AKERS et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13911-RWZ | MCCOY et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13913-RWZ | GOFF v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13914-RWZ | SCHWAB et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13915-RWZ | ROAGERS v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13916-RWZ | CAMPBELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13943-RWZ | RIVERA v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13945-RWZ | HERMENS et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13946-RWZ | BAIRD v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13949-RWZ | GONZALEZ v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13951-RWZ | HOLLYWOOD et al v. PREMIER ORTHOPAEDIC |
| 1:14-cv-13952-RWZ | STECH v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13953-RWZ | STYLES et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13954-RWZ | TROUT et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13956-RWZ | FEDERICO v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13957-RWZ | RAMOS v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13958-RWZ | BURRELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13959-RWZ | SANTIAGO et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13961-RWZ | MORELL v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13962-RWZ | BACIGALUPO et al v. PREMIER ORTHOPAEDIC |
| 1:14-cv-14084-RWZ | GARCIA et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-14152-RWZ | MCBRIDE et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:15-cv-10258-RWZ | HEADLEY et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13601-RWZ | FISHER v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:12-cv-12208-RWZ | Guzman v. New England Compounding Pharmacy, Inc. |
| 1:13-cv-10404-RWZ | MARKO et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10406-RWZ | PENNINGTON v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10407-RWZ | HANNAH v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10408-RWZ | LEAVERTON, ET AL. v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10409-RWZ | JONES v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10411-RWZ | RIOS et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10413-RWZ | TOLOTTI et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10414-RWZ | TAYVINSKY et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10441-RWZ | ZAVACKI v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al filed |
| 1:13-cv-10442-RWZ | LETIZIA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10444-RWZ | GOULD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10446-RWZ | TISA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10447-RWZ | NORMAND et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-11167-RWZ | DEVILLI et al v. AMERIDOSE, LLC et al |
| 1:13-cv-11233-RWZ | EFFENDIAN v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-md-02419-RWZ | In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation |
| 1:14-cv-11821-RWZ | SNEAD v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:14-cv-11822-RWZ | CHAMBERS v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:14-cv-13640-RWZ | Parkell et al v. UniFirst Corporation adba UniClean Cleanroom Services et al filed 09/16/14 |
| 1:14-cv-13960-RWZ | KIRBY et al v. PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOC. |
| 1:14-cv-13673-RWZ | Drain et al v. UniFirst Corporation adba Cleanroom Services et al |

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

*Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D.* hereby

    Consents

    X DOES NOT Consent

(check one) to the jurisdiction and venue of the United States District Court for the  District of

Massachusetts for all proceedings in the above-listed actions, including trial. I  represent that I have

authority to make this election on behalf of the above-listed party and acknowledge that this election shall

be binding for the duration of this multidistrict  litigation.

Date: 7/27/15

Signature:

Name: CHRISTOPHER M. WORH, ESQ

UNITED STATES DISTRIC COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS
LIABILITY LITIGATION

MDL No. 1:13-md-2419-RWZ

This Document Relates to:

1:14-cv-13496-RWZ Neal v. InSight, et al

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)*

Image Guided Pain Management, P.C., John M. Mathis, M.D. and Robert F. O'Brien,

M.D. hereby

☐     consents

☑     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I

have authority to make this election on behalf of the above-listed party and acknowledge that this

election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/15

Signature: _John T. Jessee, by Powell M. Leith, Jr._

Name: _John T. Jessee, by Powell M. Leith, Jr._

UNITED STATES DISTRIC COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

1:14-cv-13507-RWZ  Buchanan v. InSight, et
al

MDL No. 1:13-md-2419-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES  & LERACH*, 523 U.S. 26 (1998)**

Image Guided Pain Management, P.C., John M. Mathis, M.D. and Robert F. O'Brien,

M.D. hereby

☐      consents

☑      DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authority to make this election on behalf of the above-listed party and acknowledge that this

election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/15

Signature: _John T. Jessee_

Name: _John T. Jessee, by Powell M. Leith, IV_

# UNITED STATES DISTRIC COURT
## DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

1:14-cv-13510-RWZ  Bishop v. InSight, et al

MDL No. 1:13-md-2419-RWZ

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)*

Image Guided Pain Management, P.C., John M. Mathis, M.D. and Robert F. O'Brien,

M.D. hereby

☐     consents

☑     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authority to make this election on behalf of the above-listed party and acknowledge that this

election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/15

Signature: _John T. Jessee, by Powell M. Leitch III_

Name: _John T. Jessee, by Powell M. Leitch III_

UNITED STATES DISTRIC COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

1:14-cv-12941-RWZ  Brown v. InSight, et al

MDL No. 1:13-md-2419-RWZ

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)*

Image Guided Pain Management, P.C., John M. Mathis, M.D. and Robert F. O'Brien, M.D. hereby

☐    consents

☑    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/15

Signature: _John T. Jessee, by Powell M. Leith, III_

Name: _John T. Jessee, by Powell M. Leith, III_

UNITED STATES DISTRIC COURT
DISTRICT OF MASSACHUSETTS

IN RE:  NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

1:14-cv-14542-RWZ  Gaskins v. InSight, et al

MDL No. 1:13-md-2419-RWZ

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES  & LERACH, 523 U.S. 26 (1998)*

Image Guided Pain Management, P.C., John M. Mathis, M.D. and Robert F. O'Brien, M.D. hereby

☐      consents

☑      DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authority to make this election on behalf of the above-listed party and acknowledge that this

election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/15

Signature: _John T. Jessee, by Paul M. Leitch_

Name: _John T. Jessee, by Paul M. Leitch_

UNITED STATES DISTRIC COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

1:14-cv-13509-RWZ  Andrews v. InSight, et al

MDL No. 1:13-md-2419-RWZ

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES  & LERACH, 523 U.S. 26 (1998)*

Image Guided Pain Management, P.C., John M. Mathis, M.D. and Robert F. O'Brien,

M.D. hereby

☐        consents

☑        DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authority to make this election on behalf of the above-listed party and acknowledge that this

election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/15

Signature: *John T. Jessee, by Powell M. Leith, by*

Name: John T. Jessee, by Powell M. Leith, m

UNITED STATES DISTRIC COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

1:14-cv-12978-RWZ  Bender v. InSight, et al

MDL No. 1:13-md-2419-RWZ

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES  & LERACH, 523 U.S. 26 (1998)*

Image Guided Pain Management, P.C., John M. Mathis, M.D. and Robert F. O'Brien,

M.D. hereby

☐    consents

☑    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authority to make this election on behalf of the above-listed party and acknowledge that this

election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/15

Signature: _John T. Jessy, by_
_Paul M. Leith/ᵗᵇ_

Name: _John T. Jessy, by_
_Paul M. Leith/ᵗᵇ_

UNITED STATES DISTRIC COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

1:14-cv-13508-RWZ  Miller v. InSight, et al

MDL No. 1:13-md-2419-RWZ

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES  & LERACH, 523 U.S. 26 (1998)*

Image Guided Pain Management, P.C., John M. Mathis, M.D. and Robert F. O'Brien,

M.D. hereby

☐        consents

☑        DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of

Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I

have authority to make this election on behalf of the above-listed party and acknowledge that this

election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/15

Signature: _John T. Jesse, by Powell M. Leith, Jr._

Name: _John T. Jesse, by Powell M. Leith, JR_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND   :
COMPOUNDING PHARMACY, INC. :
PRODUCTS LIABILITY LITIGATION :
            :
            :  MDL No. 2419
            :  No. 1-13-md-2419-RWZ
THIS DOCUMENT RELATES TO :
1:12-CV-12057 (D. Mass.))   :

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXICON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH, 528, U.S. 26 (1998)***

John Doe hereby:

[✓]    consents

[ ]    DOES NOT CONSENT

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: July 27, 2015     Signature: _Peter McGrath_

             Name: _Peter G McGrath_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No 2419 <br><br> No. 1:13-md-2419-RWZ |

THIS DOCUMENT RELATES TO:

*Pennington v. Perkins*, Dkt. No. 13-cv-10406
*Baird v. Perkins*, Dkt. No. 14-cv-13946
*Dersch v. Perkins*, Dkt. No. 14-cv-13164
*Rivera v. Perkins*, Dkt. No. 14-cv-13943

ELECTION REGARDING VENUE AND RIGHTS UNDER
*LEXICON INC. v. MILBERG, et. al. 523 U.S. 26 (1998).*

**VANETTE PERKINS, M.D. and PROFESSIONAL PAIN MANAGEMENT ASSOCIATES,** hereby **DOES NOT CONSENT** to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have the authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

LENOX, SOCEY, FORMIDONI, GIORDANO,
COOLEY, LANG & CASEY, LLC
Attorneys for Defendant, **Nitesh Bhagat, M.D.**

/s/ Joseph R. Lang, Esquire

_____
Joseph R. Lang, Esquire

DATED: **July 27, 2015**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
_____ )
)          MDL No. 2419
)          Dkt. No 1:13-md-2419 (RWZ)
THIS DOCUMENT RELATES TO: )
)
*James E. Allen v. UniFirst Corp., et al.,* )
No. 1:15-cv-10280-RWZ (D. Mass.) )
)
*Timothy B. Griggs, et al. v. UniFirst Corp.,* )
*et al.,* No. 1:14-cv-14668-RWZ (D. Mass.) )
)
*George Moore, et al. v. UniFirst Corp.,* )
*et al.,* No. 1:14-cv-13027-RWZ (D. Mass.) )
)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V.
MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Defendants Anonymous Health Care Provider 1 in *Griggs, et al. v. UniFirst Corp., et al.*

and *Allen v. UniFirst Corp., et al.*, and Anonymous Health Care Provider 4 in *Moore, et al. v.*

*UniFirst Corp., et al.*, No. 1:14-cv-13027-RWZ,[1] hereby

☐  Consent

☒  DO NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions[2], including trial. I represent that I have authority

_____

[1]     As explained in the *Moore* Complaint, Plaintiffs have identified the undersigned
defendant by pseudonym in compliance with the Indiana Medical Malpractice Act, Ind. Code §
34-18-1-1, *et seq. See* No. 1:14-cv-13027-RWZ, *Moore* Compl. ¶ 9 (Dkt. No. 1). In the *Allen* and
*Griggs* cases, the undersigned defendant is identified as Anonymous Health Care Provider 1; in
the *Moore* case, the undersigned defendant is identified as Anonymous Health Care Provider 4.

[2]     This certification is intended to apply to all actions in which one or more of these
defendants are parties. Although the list of actions is believed to be accurate after a diligent
review of the docket, in the event that any suits naming one or more of these defendants is
omitted, this certification applies to those cases as well.

to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Respectfully submitted,

Date: July 27, 2015

Signature: /s/Joseph C. Klausing
Joseph C. Klausing
O'BRYAN, BROWN & TONER, PLLC
1500 Starks Building
455 South Fourth Street
Louisville, Kentucky 40202
Phone: 502-585-4700
Fax:     502-585-4703
klausingj@obtlaw.com
*Counsel for Anonymous Health Care*
*Provider1 (Griggs and Allen) and*
*Anonymous Health Care Provider 4(Moore)*

## CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was served on the Plaintiffs' Steering Committee via electronic mail this 27th day of July, 2015.

/s/Joseph C. Klausing
Joseph C. Klausing

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| | MDL No. 2419 |
| | Dkt. No 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| Seiber, 1:14-cv-10273 (D. Mass.) Seiber, 1:13-cv-11868 (D. Mass.) Daugherty, 1:14-cv-10430 (D. Mass.) | ) ) ) ) |

**ELECTION REGARDING VENUE AND RIGHTS UNDER**
***LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH,***
**523 U.S. 26 (1998)**

Defendant Donald E. Jones, MD hereby

☐    Consents

☒    DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: July 16, 2015

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Clinic
Defendants*

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document was served on the Plaintiffs' Steering Committee (lead counsel, Kristen Johnson) via electronic mail this 16th day of July, 2015.

/s/ Chris J. Tardio
**Chris J. Tardio**

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

)
)
)
)
)          MDL No. 2419
)          Dkt. No 1:13-md-2419 (RWZ)
THIS DOCUMENT RELATES TO:                    )
)
Bray, 1:13-cv-12596 (D. Mass) ✓              )
Bumgarner, 1:13-cv-12679 (D. Mass)✓          )
Carter, 1:13-cv-12187 (D. Mass.) ✓           )
Carter, 1:14-cv-10041 (D. Mass.)✓            )
Collins, 1:13-cv-12580 (D. Mass)✓            )
Cox, 1:13-cv-12918 (D. Mass) ✓               )
Dingess, 1:13-cv-12490 (D. Mass)✓            )
Foster, 1:13-cv-12686 (D. Mass) ✓            )
Fuelling, 1:13-cv-12741 (D. Mass) ✓          )
Graham, 1:13-cv-12581 (D. Mass) ✓            )
Hubbard, 1:13-cv-12922 (D. Mass) ✓           )
Jackson, 1:13-cv-12923 (D. Mass) ✓           )
Johnson, 1:13-cv-12915 (D. Mass)✓            )
Keyes, 1:13-cv-12998 (D. Mass) ✓             )
Lapiska, 1:13-cv-12914 (D. Mass)✓            )
McDavid, 1:13-cv-12742 (D. Mass)✓            )
Nealon, 1:13-cv-12491 (D. Mass) ✓            )
Norris, 1:13-cv-12682 (D. Mass)✓             )
Palmer, 1:13-cv-12688 (D. Mass)✓             )
Reed, 1:13-cv-12917 (D. Mass) ✓              )
Rhind, 1:13-cv-12740 (D. Mass) ✓             )
Savercool, 1:13-cv-12583 (D. Mass)✓          )
Smith, 1:13-cv-12684 (D. Mass) ✓             )
Weaver, 1:13-cv-12681 (D. Mass)✓             )
Willis, 1:13-cv-12597 (D. Mass.) ✓           )
)

**ELECTION REGARDING VENUE AND RIGHTS UNDER**
***LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*,**
523 U.S. 26 (1998)

Defendants Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD;

and Kenneth Lister, MD, PC hereby

☐      Consent

☒      DO NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: July 16, 2015

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

***Attorneys for the Tennessee Clinic Defendants***

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

2

## CERTIFICATE OF SERVICE

I hereby certify that this document was served on the Plaintiffs' Steering Committee (lead counsel, Kristen Johnson) via electronic mail this 16th day of July, 2015.

/s/ Chris J. Tardio
**Chris J. Tardio**

3

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )

      MDL No. 02419
      Docket No. 1:13-md-2419-RWZ

―――――――――――――――――― )
                              )

This document relates to: )

Handy v. Box Hill Surgery Center, LLC, et al. ✓ )
No: 1:14-cv-14019-RWZ )

Armetta v. Box Hill Surgery Center, LLC, et al. ✓ )
No. 1:14-cv-14022-RWZ )

Torbeck v. Box Hill Surgery Center, LLC, et al. ✓ )
No. 1:14-cv-14023-RWZ )

Kashi v. Box Hill Surgery Center, LLC, et al. ✓ )
No. 1:14-cv-14026-RWZ )

Bowman v. Box Hill Surgery Center, LLC, et al. ✓ )
No. 1:14-cv-14028-RWZ )

Dreisch v. Box Hill Surgery Center, LLC, et al. ✓ )
No. 1:14-cv-14029-RWZ )

Davis v. Box Hill Surgery Center, LLC, et al. ✓ )
No. 1:14-cv-14033-RWZ )

Farthing v. Box Hill Surgery Center, LLC, et al. ✓ )
No. 1:14-cv-14036-RWZ )

---

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523, U.S. 26 (1998)

Defendants, Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T.

Bhambhani, M.D., LLC, hereby

☐     Consents

☑     DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial.  I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.


Date:  July 10, 2015            Signature:____ /s/ Gregory K. Kirby_____

                                Name:  _____ Gregory K. Kirby_____

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:15-cv-11367-RWZ

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Tim I. Chowdhury, M.D. [party name] hereby

☐  consents

☒  DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: July 9, 2015     Signature: BTFreeze

Name: Bartholomew T. Freeze

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:13-cv-11233 (D.Mass.)

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Bernadette Effendian [party name] hereby

☐    consents

☒    DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: July 27, 2015                    Signature: _____

Name: Evan D Baker

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):
1:13-cv-10418

**ELECTION REGARDING VENUE AND RIGHTS UNDER _LEXECON INC._
_v. MILBERG WEISS BERSHAD HYNES & LERACH_, 523 U.S. 26 (1998)**

_____Lydia Doyon_____ [party name] hereby

☒   consents

☐   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.


Date: _7/27/2015_____          Signature: _/s/ Emily M. Peacock_____

                                   Name:  _Emily M. Peacock_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING      )
PHARMACY, INC. PRODUCTS LIABILITY  )
LITIGATION                         )
                                   )      MDL No. 2419
_____   )      Dkt. No 1:13-md-2419 (RWZ)
                                   )
THIS DOCUMENT RELATES TO:          )
                                   )
Adamson, 1:13-cv-12734 (D. Mass.) ✓    )
Alexander, 1:13-cv-12428 (D. Mass.) ✓  )
Barger, 1:13-cv-12619 (D. Mass.) ✓     )
Barnard, 1:13-cv-12738 (D. Mass.) ✓    )
Bequette, 1:13-cv-12429 (D. Mass.) ✓   )
Berry, 1:13-cv-12838 (D. Mass.) ✓      )
Besaw, 1:13-cv-12604 (D. Mass.) ✓      )
Bland, 1:13-cv-11881 (D. Mass.) ✓      )
Brinton, 1:13-cv-12612 (D. Mass.) ✓    )
Brock, 1:13-cv-12731 (D. Mass.) ✓      )
Bryant, 1:13-cv-12668 (D. Mass.) ✓     )
Burns, 1:13-cv-12697 (D. Mass.) ✓      )
Carman, 1:13-cv-12238 (D. Mass.) ✓     )
Chambers, 1:13-cv-12591 (D. Mass.) ✓   )
Davis, 1:13-cv-12426 (D. Mass.) ✓      )
Demps, 1:13-cv-12840 (D. Mass.) ✓      )
Denson, 1:13-cv-12729 (D. Mass.) ✓     )
Deol, 1:13-cv-12841 (D. Mass.) ✓       )
Devine, 1:13-cv-12667 (D. Mass.) ✓     )
Eggleston, 1:13-cv-12589 (D. Mass.) ✓  )
Ferguson, 1:13-cv-12571 (D. Mass.) ✓   )
Garland, 1:13-cv-12736 (D. Mass.) ✓    )
Gobble, 1:13-cv-12480 (D. Mass.) ✓     )
Hester, 1:13-cv-12315 (D. Mass.) ✓     )
Higdon, 1:13-cv-12718 (D. Mass.) ✓     )
Hill, 1:13-cv-12622 (D. Mass.) ✓       )
Hurt, 1:13-cv-12605 (D. Mass.) ✓       )
Johnson, 1:13-cv-12621 (D. Mass.) ✓    )
Judd, 1:13-cv-13120 (D. Mass.) ✓       )
Kirby, 1:13-cv-12592 (D. Mass.) ✓      )
Kirkwood, 1:13-cv-12431 (D. Mass.) ✓   )
Knight, 1:13-cv-12563 (D. Mass.) ✓     )
Knihtila, 1:13-cv-12576 (D. Mass.) ✓   )
Koonce, 1:13-cv-12590 (D. Mass.) ✓     )
Lemberg, 1:13-cv-12617 (D. Mass.) ✓    )
Lodowski, 1:13-cv-12572 (D. Mass.) ✓   )

Lovelace, 1:13-cv-12772 (D. Mass.)          )
Martin, 1:13-cv-12624 (D. Mass.)            )
Mathias, 1:13-cv-12574 (D. Mass.)           )
May, 1:13-cv-12234 (D. Mass.)               )
McCulloch, 1:13-cv-12610 (D. Mass.)         )
McElwee, 1:13-cv-12625 (D. Mass.)           )
McKee, 1:13-cv-12779 (D. Mass.)             )
McKinney, 1:13-cv-12692 (D. Mass.)          )
Meeker, 1:13-cv-12616 (D. Mass.)            )
Miller, 1:13-cv-12570 (D. Mass.)            )
Minor, 1:13-cv-12836 (D. Mass.)             )
Neely, 1:13-cv-12842 (D. Mass.)             )
Noble, 1:13-cv-12606 (D. Mass.)             )
Norwood, 1:13-cv-12430 (D. Mass.)           )
O'Brien, 1:13-cv-12759 (D. Mass.)           )
Osborne, 1:13-cv-12739 (D. Mass.)           )
Parman, 1:13-cv-12433 (D. Mass.)            )
Patel, 1:14-cv-10163 (D. Mass.)             )
Patel, 1:13-cv-12061 (D. Mass.)             )
Peay, 1:13-cv-12843 (D. Mass.)              )
Pellicone, 1:13-cv-12916 (D. Mass.)         )
Pelters, 1:13-cv-12780 (D. Mass.)           )
Pierce, 1:13-cv-12733 (D. Mass.)            )
Potts, 1:14-cv-10250 (D. Mass.)             )
Pruitt, 1:13-cv-12573 (D. Mass.)            )
Ragland, 1:13-cv-12778 (D. Mass.)           )
Redkevitch, 1:13-cv-12666 (D. Mass.)        )
Reed, 1:13-cv-12565 (D. Mass.)              )
Richards, 1:13-cv-12603 (D. Mass.)          )
Robnett, 1:13-cv-12613 (D. Mass.)           )
Ruhl, 1:13-cv-12670 (D. Mass.)              )
Russell, 1:13-cv-12794 (D. Mass.)           )
Rybinski, 1:13-cv-12818 (D. Mass.)          )
Sawyers, 1:14-cv-10211 (D. Mass.)           )
Schulz, 1:13-cv-12311 (D. Mass.)            )
Scott, 1:13-cv-12578 (D. Mass.)             )
Sellers, 1:13-cv-12620 (D. Mass.)           )
Settle, 1:13-cv-12569 (D. Mass.)            )
Sharer, 1:13-cv-12577 (D. Mass.)            )
Siler, 1:13-cv-12489 (D. Mass.)             )
Skelton, 1:13-cv-12575 (D. Mass.)           )
Slatton, 1:13-cv-12618 (D. Mass.)           )
Sullivan, 1:13-cv-12781 (D. Mass.)          )
Taylor, 1:13-cv-12673 (D. Mass.)            )
Temple, 1:13-cv-12696 (D. Mass.)            )
Wanta, 1:13-cv-12623 (D. Mass.)             )

2

Wiley, 1:13-cv-12305 (D. Mass.)                    )
Williams, 1:13-cv-1243 (D. Mass.)                  )
Wray, 1:13-cv-12737 (D. Mass.)                     )
Young, 1:13-cv-12594 (D. Mass.)                    )
Youree, 1:13-cv-12566 (D. Mass.)                   )
Ziegler, 1:13-cv-12588 (D. Mass.)                  )
                                                   )

## ELECTION REGARDING VENUE AND RIGHTS UNDER
## *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH,*
### 523 U.S. 26 (1998)

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; and Vaughan Allen, MD hereby

☐    Consent

☒    DO NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions[1], including trial. I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: July 16, 2015

---

[1] This certification is intended to apply to all suits in which these Defendants are parties. The list of suits is believed to be accurate after a diligent review of the docket. However, to the extent any suits naming these Defendants are missing, this certification applies to them as well.

3

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.\***
**Chris J. Tardio\***
**Alan S. Bean\*\***
**Matthew H. Cline\***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Clinic
Defendants*

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document was served on the Plaintiffs' Steering Committee (lead counsel, Kristen Johnson) via electronic mail this 16th day of July, 2015.

/s/ Chris J. Tardio
**Chris J. Tardio**

4

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>1:15-cv-10258-RWZ<br>Donald Headley and Gail Headley v. Inspira Health Network, Inc. et al. | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Donald Headley and Gail Headley hereby

☒ consents

☐ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/2015

/s/ Thomas M. Sobol
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| |
|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION |
| THIS DOCUMENT RELATES TO: |
| 1:15-cv-11367-RWZ<br>Sarah Gilliam v. Tim I. Chowdhury, M.D. et al. |

MDL No. 2419

No. 1:13-md-2419-RWZ

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Sarah Gilliam hereby

☒ consents

☐ DOES NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/2015

**/s/ Thomas M. Sobol**
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION.  No. 1:13-md-02419

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| 1:14-cv-13163-RWZ | BAZIKOS v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13164-RWZ | DERSCH v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13165-RWZ | WEST v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13555-RWZ | SHANON et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13599-RWZ | BANE et al v. INSPIRA HEALTH NETWORK, INC. |
| 1:14-cv-13640-RWZ | Parkell et al v. UniFirst Corporation adba UniClean Cleanroom |
| 1:14-cv-13760-RWZ | OVERSTREET et al v. PREMIER ORTHOPAEDIC ASSOC. |
| 1:14-cv-13904-RWZ | BOLTON et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13905-RWZ | ASKINS et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13907-RWZ | JONES et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13908-RWZ | WARFLE et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13909-RWZ | CAMPBELL v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13910-RWZ | AKERS et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13911-RWZ | MCCOY et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13913-RWZ | GOFF v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13914-RWZ | SCHWAB et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13915-RWZ | ROAGERS v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13916-RWZ | CAMPBELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13943-RWZ | RIVERA v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13945-RWZ | HERMENS et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13946-RWZ | BAIRD v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13949-RWZ | GONZALEZ v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13951-RWZ | HOLLYWOOD et al v. PREMIER ORTHOPAEDIC |
| 1:14-cv-13952-RWZ | STECH v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13953-RWZ | STYLES et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13954-RWZ | TROUT et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13956-RWZ | FEDERICO v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13957-RWZ | RAMOS v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13958-RWZ | BURRELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13959-RWZ | SANTIAGO et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13961-RWZ | MORELL v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:14-cv-13962-RWZ | BACIGALUPO et al v. PREMIER ORTHOPAEDIC |
| 1:14-cv-14084-RWZ | GARCIA v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-14152-RWZ | MCBRIDE et al v. PREMIER ORTHOPAEDIC ASSOCIATES |
| 1:15-cv-10258-RWZ | HEADLEY et al v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:14-cv-13601-RWZ | FISHER v. INSPIRA HEALTH NETWORK, INC. et al |
| 1:12-cv-12208-RWZ | Guzman v. New England Compounding Pharmacy, Inc. |
| 1:13-cv-10404-RWZ | MARKO et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10406-RWZ | PENNINGTON v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10407-RWZ | HANNAH v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10408-RWZ | LEAVERTON, ET AL. v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10409-RWZ | JONES v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10411-RWZ | RIOS et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10413-RWZ | TOLOTTI et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10414-RWZ | TAYVINSKY et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10441-RWZ | ZAVACKI v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al filed |
| 1:13-cv-10442-RWZ | LETIZIA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10444-RWZ | GOULD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10446-RWZ | TISA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-10447-RWZ | NORMAND et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-cv-11167-RWZ | DEVILLI et al v. AMERIDOSE, LLC et al |
| 1:13-cv-11233-RWZ | EFFENDIAN v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:13-md-02419-RWZ | In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation |
| 1:14-cv-11821-RWZ | SNEAD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:14-cv-11822-RWZ | CHAMBERS et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| 1:14-cv-13640-RWZ | Parkell et al v. UniFirst Corporation adba UniClean Cleanroom Services et al filed 09/16/14 |
| 1:14-cv-13960-RWZ | KIRBY et al v. PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOC. |
| 1:14-cv-13673-RWZ | Drain et al v. UniFirst Corporation adba Cleanroom Services et al |

ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

*Thomas Dwyer, M.D.* hereby

     Consents

     X DOES NOT Consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Date: 7/27/15

Signature: _____

Name: CHRISTOPHER M. WOLK, ESQ

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt.: 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br>1:13-cv-12429; 1:13-cv-11881;<br>1:13-cv-12841; 1:13-cv-12736;<br>1:13-cv-12605; 1:13-cv-13120;<br>1:13-cv-12624; 1:13-cv-12234;<br>1:13-cv-12739;  1:13-cv-12433;<br>1:13-cv-12916; 1:13-cv-12603;<br>1:13-cv-12434; 1:13-cv-12431;<br>1:13-cv-12625; 1:13-cv-12565; and<br>1:13-cv-12305 | |

## ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)

Come now the following Plaintiffs:

1.  Ann and Walter Bequette;

2.  Carolyn and Leon Bland;

3.  Amarjit and Satnam Deol;

4.  Virginia Garland, individually and as daughter and next of kin of Effie Estalene C. Morris, deceased;

5.  Glenda and Robert Hurt;

6.  Kenneth and Judy Judd;

7.  Patricia and Larry Martin, individually and as children and next of kin of Mary Neal Martin, deceased;

8.  Frederick and Loduska May;

9.  C. Kenneth and Sherry Osborne;

10. Mae Parman;

11. Joseph and Patricia Pellicone;

12. Kevin Richards;

{00085547.DOCX / ver: }

13.   Matthew Williams individually and as son and next of kin of Earline Williams, deceased;

14.   Joshua and Vanessa Kirkwood;

15.   Basil and Carla McElwee;

16.   Wayne Reed individually as husband and next of kin of decedent, Diana E. Reed; and

17.   Elfreida and Lee Wiley.

and hereby:

☒   Consent

☐   DOES NOT consent

To the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: 07/27/2015

Respectfully submitted,

LEADER, BULSO & NOLAN, PLC

William D. Leader, Jr. (B.P.R. No. 09531)
George Nolan (B.P.R. No. 14974)
414 Union Street, Suite 1740
Nashville, Tennessee 37219
(615) 780-4111
bleader@leaderbulso.com
gnolan@leaderbulso.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND
COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION
v.

This Document Relates to:

No: 1:15-CV-11367 (D. Mass)

)
)
)
)
)
)
)
)
)
)

MDL No: 1:13-md-2419-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.**
**v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

Lori Sheets, LPN [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District
of Massachusetts for all proceedings in the above-listed actions, including trial. I represent
that I have authority to make this election on behalf of the above-listed party and
acknowledge that this election shall be binding for the duration of this multidistrict
litigation.

Dated: July 21 2015       Signature: _____

Name:      Tory A. Weigand, Esq.

1539207.v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION v. This Document Relates to: No: 1:15-CV-11367 (D. Mass) | ) ) ) ) ) ) ) ) ) ) MDL No: 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

Meena Chadha [party name] hereby

⌐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District

of Massachusetts for all proceedings in the above-listed actions, including trial. I represent

that I have authority to make this election on behalf of the above-listed party and

acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Dated: July 21, 2015      Signature: _Tory A. Weigand_____

Name:        Tory A. Weigand, Esq.

1539207.v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION v. This Document Relates to: No: 1:12-CV-12112 (D. Mass) No: 1:13-CV-13228 (D. Mass) No: 1:13-CV-13227 (D. Mass) No: 1:14-CV-13676 (D. Mass) No: 1:14-CV-13689 (D. Mass) | MDL No: 1:13-md-2419-RWZ |

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

Randolph Chang, M.D. [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District

of Massachusetts for all proceedings in the above-listed actions, including trial. I represent

that I have authority to make this election on behalf of the above-listed party and

acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Dated: July 2⅟, 2015       Signature: _____

                           Name:       Tory A. Weigand, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>v.<br><br>This Document Relates to:<br><br>No: 1:13-CV-12659 (D. Mass)<br>No: 1:15-CV-11367 (D. Mass) | MDL No: 1:13-md-2419-RWZ |

## ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)

Adil Katabay, M.D. [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July 2/ 2015         Signature: _Tory A. Weigand_

Name:        Tory A. Weigand, Esq.

1539207.v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION v.<br><br>This Document Relates to:<br><br>No: 1:15-CV-11367 (D. Mass)<br>No: 1:13-CV-12657 (D. Mass) | MDL No: 1:13-md-2419-RWZ |

## ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC. v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)

Nikesh Batra, M.D. [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July 21 2015     Signature: _____

Name:     Tory A. Weigand, Esq.

1539207.v2

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

    *James E. Allen v. Anonymous Health Care Provider 1 et al.*, No. 1:15-cv-10280 (D. Mass.)

MDL No. 2419

No. 1:13-md-2419-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

The Plaintiffs in the above-referenced case, by and through undersigned counsel, hereby

☐ Consent

☑ DO NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed parties and acknowledge that this election shall be binding for the duration of this multidistrict litigation

Date: July 27, 2015

Signature: /s/ Edward B. Mulligan V

Name: Edward B. Mulligan V

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 27, 2015, I electronically transmitted the foregoing document to all counsel of record in the above-referenced cases and to the Plaintiffs' Steering Committee

<u>/s/ Edward B. Mulligan V</u>
Edward B. Mulligan V

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

    *Timothy B. Griggs v. UniFirst Corp. et al.*, No. 1:14-cv-
14668-RWZ (D. Mass.)

MDL No. 2419

No. 1:13-md-2419-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V.***
***MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

    The Plaintiffs in the above-referenced cases, by and through undersigned counsel, hereby

☐   Consent

☑   DO NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions, including trial.  I represent that I have authority to

make this election on behalf of the above-listed parties and acknowledge that this election shall

be binding for the duration of this multidistrict litigation

Date: July 27, 2015

Signature: /s/ Edward B. Mulligan V

Name: Edward B. Mulligan V

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2015, I electronically transmitted the foregoing document

to all counsel of record in the above-referenced cases and to the Plaintiffs' Steering Committee

<u>/s/ Edward B. Mulligan V</u>
Edward B. Mulligan V

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:14-cv-12941-RWZ; 1:14-cv-12978-RWZ; 1:14-cv-13496-RWZ;
1:14-cv-13507-RWZ; 1:14-cv-13508-RWZ; 1:14-cv-13509-RWZ;
1:14-cv-13510-RWZ; 1:14-cv-14542-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Insight Health Corp.
_____ [party name] hereby

[X]   consents

[ ]   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: July 28, 2015
_____

Signature: _____

Name: _____
Stephen D. Busch

Counsel for Defendant Insight Health Corp.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

No. 1:13-md-2419-RWZ

THIS DOCUMENT RELATES TO (list cases by D. Mass.
number in the following format: 1:15-cv-01234 (D. Mass.)):

1:13-cv-12961

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Joan Hulsey as Personal Representative [party name] hereby
of the Estate of Guy Hulsey

☐   consents

☒   DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the

District of Massachusetts for all proceedings in the above-listed actions, including trial.

I represent that I have authority to make this election on behalf of the above-listed party

and acknowledge that this election shall be binding for the duration of this multidistrict

litigation.

Date: 7/27/15

Signature: _Craig Lowell_

Name: Craig L. Lowell

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>    *James E. Allen v. UniFirst Corp., et al.*, No. 1:15-cv-10280-RWZ (D. Mass.)<br><br>    *Timothy B. Griggs, et al. v. UniFirst Corp., et al.*, No. 1:14-cv-14668-RWZ (D. Mass.)<br><br>    *George Moore, et al. v. UniFirst Corp., et al.*, No. 1:14-cv-13027-RWZ (D. Mass.) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |

**ELECTION REGARDING VENUE AND RIGHTS UNDER *LEXECON INC. V. MILBERG WEISS BERSHAD HYNES & LERACH*, 523 U.S. 26 (1998)**

Defendants Anonymous Health Care Providers 2, 3, 6, 7, and 8 in *Griggs, et al. v. UniFirst Corp., et al.* and *Allen v. UniFirst Corp., et al.*, and Anonymous Health Care Providers 1, 2, 3, and 5 in *Moore, et al. v. UniFirst Corp., et al.*, No. 1:14-cv-13027-RWZ,[1] hereby

☐    Consent

☒    DO NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions,[2] including trial.  I represent that I have authority

---

[1]    As explained in the *Moore* Complaint, Plaintiffs have identified the undersigned defendants by pseudonym in compliance with the Indiana Medical Malpractice Act, Ind. Code § 34-18-1-1, *et seq.  See* No. 1:14-cv-13027-RWZ, *Moore* Compl. ¶ 9 (Dkt. No. 1).  In the *Allen* and *Griggs* cases, the undersigned defendants are identified as Anonymous Health Care Providers 2, 3, 6, 7, and 8.  In those cases, Anonymous Health Care Providers 1, 4, and 5 are represented by separate counsel.  In the *Moore* case, the undersigned defendants are identified as Anonymous Health Care Providers 1, 2, 3, and 5.  In that case, Anonymous Health Care Provider 4 is represented by separate counsel.

to make this election on behalf of the above-listed parties and acknowledge that this election

shall be binding for the duration of this multidistrict litigation.


Date: July 27, 2015                          Signature: */s/ Yvonne K. Puig*

                                             Name: Yvonne K. Puig

---

[2]    This certification is intended to apply to all actions in which one or more of these Defendants are parties.  Although the list of actions is believed to be accurate after a diligent review of the docket, in the event that any suits naming one or more of these Defendants is omitted, this certification applies to those cases as well.

ANONYMOUS HEALTH CARE PROVIDERS
2, 3, 6, 7, and 8 (*Griggs* and *Allen* cases)
ANONYMOUS HEALTH CARE PROVIDERS
1, 2, 3, and 5 (*Moore* case)

By their attorneys,
*/s/ Yvonne K. Puig*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
yvonne.puig@nortonrosefulbright.com
Texas State Bar No. 16385400
Adam T. Schramek*
adam. Schramek@nortonrosefulbright.com
Texas State Bar No. 24033045
Eric J. Hoffman*
eric.hoffman@nortonrosefulbright.com
Texas State Bar No. 24074427

Norton Rose Fulbright US LLP
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing *Pro Hac Vice*

3

## CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was served on the Plaintiffs' Steering Committee via electronic mail this July 27, 2015.


*/s/ Eric J. Hoffman*
Eric J. Hoffman

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |

IN RE NEW ENGLAND COMPOUNDING ) MDL No. 2419
    PHARMACY, INC. PRODUCTS )
    LIABILITY LITIGATION )
                                          ) Docket No. 1:13-md-2419 (RWZ)
                                          )
This document relates to PLAINTIFFS: )

Armetta, et al. v. Box Hill Surgery Center,
LLC, et al.
No. 1:14-cv-14022-RWZ

Bowman, et al. v. Box Hill Surgery Center,
LLC, et al.
No. 1:14-cv-14028-RWZ

Davis, et al. v. Box Hill Surgery Center, LLC,
et al.
No. 1:14-cv-14033-RWZ

Dreisch, et al. v. Box Hill Surgery Center,
LLC, et al.
No. 1:14-cv-14029-RWZ

Farthing, et al. v. Box Hill Surgery Center,
LLC, et al.
No. 1:14-cv-14036-RWZ

Kashi, et al. v. Box Hill Surgery Center, LLC,
et al.
No. 1:14-cv-14026-RWZ

Torbeck, et al. v. Box Hill Surgery Center,
LLC, et al.,
No. 1:14-cv-14023-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.**
**v. MILBERG MEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

The Plaintiffs: Armetta, et al.; Bowman, et al.; Davis, et al.; Dreisch, et al.; Farthing, et

al.; Kashi, et al. and Torbeck, et al., hereby

☐      consent

☑      DO NOT consent

to the jurisdiction and venue of the United States District Court for the District of Massachusetts

for all proceedings in the above-listed actions, including trial.  I represent that I have authority to

make this election on behalf of the above-listed parties and acknowledge that this election shall

be binding for the duration of this multidistrict litigation.


Date:  July 27, 2015                              Signature:  /s/ Sharon L. Houston

                                                 Name:  Sharon. L. Houston


2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| v. | ) MDL No: 1:13-md-2419-RWZ |
| | ) |
| This Document Relates to: | ) |
| | ) |
| No: 1:13-CV-12657 | ) |
| No: 1:13-CV-12659 | ) |
| | ) |
| | ) |

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.**
**v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

BKC Pain Specialists, Inc. . [party name] hereby

$\Gamma$ consents

$\boxtimes$ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July 21 2015          Signature: _Tory A Weigand_

                             Name:          Tory A. Weigand, Esq.

1539207.v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| v. | ) ) |
| This Document Relates to: | ) ) |
| No: 1:14-CV-10284 No: 1:14-CV-11224 No: 1:14-CV-10432 No: 1:14-CV-11856 | ) ) ) ) ) |

MDL No: 1:13-md-2419-RWZ

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.
v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

Cincinnati Pain Management Consultants, Ltd. [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July 21 2015      Signature: _Tory A. Weigand_

Name:      Tory A. Weigand, Esq.

1539207.v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| v. | ) | MDL No: 1:13-md-2419-RWZ |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| No: 1:12-CV-12112 (D. Mass) | ) | |
| No: 1:13-CV-13228 (D. Mass) | ) | |
| No: 1:13-CV-13227 (D. Mass) | ) | |
| No: 1:14-CV-13676 (D. Mass) | ) | |
| No. 1:14-CV-13689 (D. Mass) | ) | |
| | ) | |

**ELECTION REGARDING VENUE AND RIGHTS UNDER LEXECON INC.**
**v. MILBERG WEISS BERSHAD HYNES & LERACH, 523 U.S. 26 (1998)**

APAC Centers for Pain Management/Advanced Pain Anesthesia Consultants, P.C. [party name] hereby

☐ consents

☑ DOES NOT consent

(check one) to the jurisdiction and venue of the United States District Court for the District of Massachusetts for all proceedings in the above-listed actions, including trial. I represent that I have authority to make this election on behalf of the above-listed party and acknowledge that this election shall be binding for the duration of this multidistrict litigation.

Dated: July 21 2015       Signature: _____

                          Name:       Tory A. Weigand, Esq.

1539207.v2