UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
) **MDL No. 2419**
) **Dkt. No. 1:13-md-2419**
**This Document relates to:** ) **Judge Rya W. Zobel**
**ALL CASES** )
)

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of James F. Neale, McGuireWoods LLP, 310 4th St. NE, Ste. 300, P.O. Box 1288, Charlottesville, VA 22902-1288 as counsel for Defendant Insight Health Corp. in the above-captioned action.

Respectfully submitted,

        INSIGHT HEALTH CORP.

Dated: August 4, 2015      By: */s/ James F. Neale*
        James F. Neale (*pro hac vice*)
        McGuireWoods LLP
        310 4th St. NE
        P.O. Box 1288
        Charlottesville, VA 22902
        Tel: (434) 977-2582
        Fax: (434) 980-2263
        jneale@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing *Notice of Withdrawal of Appearance* to be filed electronically via CM/ECF this 4th day of August, 2015, which will send a Notification of Electronic Filing (NEF) to all counsel of record registered to receive such notice.

    */s/ James F. Neale*
James F. Neale (*pro hac vice*)
McGuireWoods LLP
310 4th St. NE
P.O. Box 1288
Charlottesville, VA 22902
Tel: (434) 977-2582
Fax: (434) 980-2263
jneale@mcguirewoods.com

*Counsel for Insight Health Corp.*