UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL CASES ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

## ASSENTED-TO REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Saint Thomas Health, Saint Thomas Network, and Saint Thomas West Hospital, formerly known as St. Thomas Hospital, (the "Saint Thomas Entities") hereby request oral argument on the following briefs: PSC's Memorandum Regarding this Court's Authority to Conduct Trials Pursuant to 28 U.S.C. § 157(b)(5) [Docket # 2055]; Saint Thomas Entities' Brief in Response to PSC's Memorandum [Docket # 2090]; and PSC's Reply Memorandum [Docket # 2131]. The Plaintiffs' Steering Committee assents to this Request. The parties request that, if convenient for the Court, oral argument be heard at the August 5, 2015, status conference.

        SAINT THOMAS WEST HOSPITAL, FORMERLY KNOWN AS ST. THOMAS HOSPITAL, SAINT THOMAS NETWORK, AND SAINT THOMAS HEALTH

By their attorneys,
*/s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 439-2000
(617) 310-9461 (FAX)

Dated:  August 4, 2015

OF COUNSEL:

Yvonne K. Puig*
yvonne.puig@nortonrosefulbright.com
Texas State Bar No. 16385400
Adam T. Schramek*
adam. Schramek@nortonrosefulbright.com
Texas State Bar No. 24033045
Eric J. Hoffman*
eric.hoffman@nortonrosefulbright.com
Texas State Bar No. 24074427

Norton Rose Fulbright US LLP
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

      This certifies that a true and accurate copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 4th day of August, 2015.

                                      */s/ Sarah P. Kelly*
                                      SARAH P. KELLY

2854784.1