# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION, | MDL No.: 2419<br><br>Dkt No. 1:13-MD-02419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>Suits Naming the Tennessee Clinic Defendants | |

## NOTICE OF SERVICE OF AMERIDOSE LLC'S RESPONSES TO BOX HILL DEFENDANTS' FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION AND REQUESTS FOR ADMISSION

Defendant Ameridose LLC gives notice to the Court and to all parties that it has served its Responses to Box Hill Defendants' First Set of Interrogatories, Requests for Production and Requests for Admission written discovery.

Defendant Ameridose attaches as a collective exhibit to this Notice its Responses to the discovery so as to ensure that all parties in the MDL are served.

Respectfully submitted,

*/s/ Matthew P. Moriarty*
Matthew Moriarty (OH 0028389)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
(216) 592-5000

1

2428043.1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on August 7, 2015 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

/s/ Matthew P. Moriarty
*Attorney for Defendant Ameridose, LLC*