UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2419<br>No. 1:13-md-02419-RWZ<br><br>NOTICE OF EXTENSION OF THE TIME OF THE U.S. FOOD AND DRUG ADMINISTRATION TO COMPLETE ITS PRODUCTION OF DOCUMENTS |

The U.S. Food and Drug Administration (FDA) is responding to the subpoena dated March 5, 2015, from Tennessee Clinic Defendants to FDA by producing responsive, non-privileged documents contained in the documents that FDA produced to Congress in response to the 2012 outbreak of fungal meningitis. By memorandum and order dated July 31, 2015, ECF No. 2123 at 22, the Court directed FDA to complete its production of those documents by August 14, 2015. Needing additional time, FDA has asked Tennessee Clinic Defendants to agree to extend through September 4, 2015, its time to complete its production of those documents. That request has been declined. For that reason, FDA hereby gives notice pursuant to the Standing Order Governing Certain Procedural Issues dated November 4, 2014, ECF No. 1524 at 2, of the extension through August 24, 2015, of its time to complete its production of the above documents. This notice constitutes the first request for such an extension.

Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
CARMEN M. ORTIZ
United States Attorney
JACQUELINE COLEMAN SNEAD
Ass't Branch Dir., Dep't of Justice, Civ. Div.

|  |  |
|---|---|
|  | s/ *David M. Glass* |
|  | DAVID M. GLASS, DC Bar 544549 |
|  | Sr. Trial Counsel, Dep't of Justice, Civ. Div. |
|  | 20 Massachusetts Ave., N.W., Room 7200 |
|  | Washington, D.C.  20530-0001 |
|  | Tel: (202) 514-4469/Fax: (202) 616-8470 |
|  | Email: david.glass@usdoj.gov |
| Dated: August 14, 2015 | Attorneys for U.S. Food and Drug Administration |

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2015, I served the within notice on all counsel of record by filing it with the Court by means of its ECF system.

s/ *David M. Glass*

2