# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Identified In Dkt. No. 1472-1. | Judge Rya Zobel |

## PLAINTIFFS' STEERING COMMITTEE'S
## NOTICE OF FILING NOTICES OF DEPOSITION

The Plaintiffs' Steering Committee gives notice to the Court and all parties of filing the Deposition Notices of St. Thomas Hospital's 30(b)(6) designee, Carmen Leffler; Deposition of Dale Batchelor, MD; Deposition of Gregory B. Lanford, MD; and Deposition of Martin Kelvas. Said Deposition Notices are attached hereto as Exhibits 1 through 4, respectively. A copy of the Court's MDL Order No. 10 (Deposition Protocol) is attached as Exhibit 5.

Dated: August 14, 2015

Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

1

**CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: August 14, 2015

                                                 **/s/ J. Gerard Stranch, IV**
                                                 J. Gerard Stranch, IV