UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 <br> Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO: <br><br> All Actions | |

## AMENDED DEPOSITION NOTICE

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the 30(b)(6) deposition of St. Thomas Health and St. Thomas Hospital designee, Carmen Leffler, on Friday, August 21, 2015 at 9:00am at the offices of Bradley Arant Boult Cummings, LLP, 1600 Division St., Suite 700, Nashville, TN 37203.  The deponent will also testify in her individual capacity.  The deposition will be recorded by stenographical means and by video.

Dated: August 14, 2015

Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 14, 2015, a true and exact copy of the foregoing was served on all counsel of record via electronic mail.

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV