# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## AMENDED DEPOSITION NOTICE

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the deposition of Dr. Dale Batchelor, on Wednesday, September 2, 2015 at 9:00am at the offices of Bradley Arant Boult Cummings, LLP, 1600 Division St., Suite 700, Nashville, TN 37203.  The deposition will be recorded by stenographical means and by video.


Dated: August 14, 2015
                                    Respectfully submitted,

                                    **/s/ J. Gerard Stranch, IV**
                                    J. Gerard Stranch, IV
                                    Benjamin A. Gastel
                                    BRANSTETTER, STRANCH & JENNINGS PLLC
                                    227 Second Avenue North
                                    Nashville, TN  37201
                                    Telephone:  (615) 254-8801
                                    Facsimile:  (615) 255-5419
                                    gerards@branstetterlaw.com
                                    beng@branstetterlaw.com

                                    *Plaintiffs' Steering Committee and Tennessee State Chair*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 14, 2015, a true and exact copy of the foregoing was served on all counsel of record via electronic mail.

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV