UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION, | MDL No. 1:13-md-2419-RWZ |

**MOTION FOR HEARING TO APPROVE VIRGINIA WRONGFUL DEATH SETTLEMENT PURSUANT TO VA. CODE ANN. § 8.01-55**

Comes now Leona E. Corker (the "Petitioner"), by counsel, and respectfully moves this Court to schedule and conduct a hearing pursuant to Virginia Code Annotated, section 8.01-55, to approve the settlement of a wrongful death claim in accordance with the "Settlement and Release Agreement" of February 12, 2015 (the "Agreement"), and the incorporated "First Amended Insight Claims Resolution Facility Procedures" (the "Procedures"). The Agreement and the Procedures have been approved and confirmed by Judge Boroff of the United States Bankruptcy Court for the District of Massachusetts in an order entered on May 20, 2015, confirming the bankruptcy plan of New England Compounding Pharmacy, Inc.

The Petitioner respectfully requests a telephonic hearing anticipated to take no more than one hour.

Date: August 14, 2015

Respectfully submitted,

LEONA E. CORKER, Executrix of the Estate of Billy Lewis Corker

By: /s/ Garren R. Laymon
Garren R. Laymon (Admitted *pro hac vice*)
Magee Goldstein Lasky & Sayers, P.C.
310 1st St., S.W., Suite 1200
Roanoke, Virginia 24011
Telephone: (540) 343-9800
Fax: (540) 343-9898
glaymon@mglspc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2015, I caused a copy of the forgoing document to be filed electronically, which caused electronic notice of the Motion to be sent to all users of the CM/ECF system who have appeared in this case.

By: /s/ Garren R. Laymon  
Garren R. Laymon