UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Tennessee Actions | MDL No. 2419<br>Master Docket No.: 1:13-md-2419-RWZ<br><br>Honorable Rya W. Zobel |

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF FILING OF PROPOSED BELLWETHER CASES**

The Plaintiffs' Steering Committee ("PSC") hereby files this Notice of Proposed Bellwether Cases identifying eight (8) cases involving patients injected at the Saint Thomas Outpatient Neurosurgical Center (the "Saint Thomas Center") for bellwether trials.[1]  The PSC met and conferred with counsel for the Saint Thomas Center and its affiliated defendants, Saint Thomas Hospital, Saint Thomas Network, and Saint Thomas Health (collectively the "Saint Thomas Entities" and together with the Saint Thomas Center, the "Saint Thomas Parties") in order to agree on some parameters for selection of bellwether cases.  During this meet and confer, the parties agreed to select 8 cases from the following five different categories of potential injuries that patients could have suffered from as a result of the fungal meningitis catastrophe:

1. Death
2. Fungal meningitis and other spinal or paraspinal infection;
3. Fungal meningitis only;
4. Spinal or paraspinal fungal infection only;
5. Other injury.

The PSC identifies the following 8 cases to be part of the initial bellwether pool (the "PSC Bellwether Pool"):

1. *Reed v. Ameridose, et al*, 1:13-cv-12565;
2. *Rybinski v. Ameridose, et al*, 1:13-cv-12818;
3. *Ziegler v. Ameridose, et al*, 1:13-cv-12588;

---

[1] The PSC has not identified any cases involving patients at the other two Tennessee clinics affected by the fungal meningitis catastrophe.  The cases involving patients injected at the Specialty Surgery Center are likely going to need to be amended to add at least one, if not two, additional defendants.  Only two cases involving the other Tennessee clinics, PCA Pain Clinic, have been filed.  As a result, the PSC did not believe these cases were appropriate for bellwether selection at this time.

    4.   *Sharer et al v. Ameridose, et al*, 1:13-cv-12577;

    5.   *McElwee v. Ameridose*, *et al*, 1:13-cv-12625;

    6.   *Wray v. Ameridose*, *et al*, 1:13-cv-12737;

    7.   *Sullivan v. Ameridose*, *et al*, 1:13-cv-12781; and

    8.   *Berry v. Ameridose*, *et al*, 1:13-cv-12838.

Each of the cases in the PSC Bellwether Pool originated in the Middle District of Tennessee and the Joint Panel on Multidistrict Litigation transferred these cases to this Court. A brief description of the cases and the category of injury in which each fall is more fully addressed below.

    **1.**   **Category 1: Cases Involving Death of Patient:** ***Reed***, ***Rybinski***

Diane Reed received her injections at the Saint Thomas Center from Dr. Culclasure on August 12, 2012, September 4, 2012, and September 18, 2012. She is believed to be the third person to have contracted fungal meningitis in Tennessee and she died on October 3, 2012 after spending approximately 11 days in the hospital.

Thomas Rybinski received his injections at the Saint Thomas Center on July 30, 2012 from Dr. Culclasure. He spent 23 days at the Vanderbilt University Medical Center receiving treatment for his injuries prior to his death. He is believed to be the second person to have contracted fungal meningitis in Tennessee. He died of complications from fungal meningitis on September 29, 2012.

    **2.**   **Category 2: Cases Involving Patients That Contracted Fungal Meningitis and An Additional Spinal or Paraspinal Infection:** ***Sullivan***, ***Sharer***

Anna Sullivan received her injections at the Saint Thomas Center on August 20, 2012. On October 2, 2012, she was diagnosed with fungal meningitis and also received a diagnosis of arachnoiditis.

Lewis Sharer received his injections at the Saint Thomas Center on July 9, 2012, July 23, 2012 and September 4, 2012 from Dr. Culclasure.  On October 5, 2012 he was diagnosed with fungal meningitis and eventually developed a fungal epidural absence.  He also eventually received diagnoses of arachnoiditis and cauda equina syndrome.

> 3. **Category 3: Cases Involving Patients That Contracted Fungal Meningitis Only:** *Wray*, *McElwee*

BJ McElwee received his injections in August and September of 2012 at the Saint Thomas Center.  On October 4, 2012, Mr. McElwee was diagnosed with fungal meningitis.

Jane Wray received her injections on August 20, 2012 and August 31, 2012 at the Saint Thomas Center.  On October 5, 2012, after several previous trips to a hospital for severe headache, Mrs. Wray was diagnosed with fungal meningitis at the Saint Thomas Hospital.

> 4. **Category 4: Cases Involving Patients That Contracted Spinal Or Paraspinal Fungal Infection:** *Ziegler*

Adam Ziegler received his injection on September 11, 2012 at the Saint Thomas Center from Dr. Culclasure.  On October 7, 2012, after previously submitting to Blanchfield Army Hospital with a complaint of severe back and hip pain, Maj. Ziegler was diagnosed with sacorilitis and abscess at the Vanderbilt University Medical Center.

> 5. **Category 5: Cases Involving Patients That Suffered Other Injuries**

Fredia Berry received her injections on August 24, 2012 and September 7, 2012 at the Saint Thomas Center.  She received lumbar punctures on October 2, 2012, November 9, 2012 and October 14, 2013.

August 14 , 2015                                    Respectfully submitted,

  /s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

5

<div style="margin-left: 3em;">

Marc E. Lipton  
LIPTON LAW  
18930 W. 10 Mile Road  
Southfield, MI  48075  
Telephone:  (248) 557-1688  
Facsimile:  (248) 557-6344  
marc@liptonlawcenter.com  

Kim Dougherty  
JANET, JENNER & SUGGS, LLC  
31 St. James Avenue, Suite 365  
Boston, MA  02116  
Telephone:  (617) 933-1265  
kdougherty@myadvocates.com  

Patrick T. Fennell  
CRANDALL & KATT  
366 Elm Avenue, S.W.  
Roanoke, VA  24016  
Telephone:  (540) 342-2000  
pfennel@crandalllaw.com  

Mark Zamora  
ZAMORA FIRM  
6 Concourse Way, 22nd Floor  
Atlanta, GA  30328  
Telephone:  (404) 451-7781  
Facsimile:  (404) 506-9223  
marc@markzamora.com  

*Plaintiffs' Steering Committee*

</div>

## **CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: August 14, 2015                                  /s/ J. Gerard Stranch, IV
                                                                       J. Gerard Stranch, IV