UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Golden v. Michael J. O'Connell, M.D., et al.<br>No. 1:15-cv-12346-RWZ | MDL No: 1:13-md-2419-RWZ |

**PLAINTIFF LECIA J. GOLDEN'S JOINDER TO PLAINTIFF GARCIA'S AND MCCARTHY'S RESPONSE TO THE ORDER TO SHOW CAUSE ISSUED ON JULY 27, 2015 AS TO WHY THEIR COMPLAINTS SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

**NOW COMES** Lecia J. Golden, by and through her attorneys, Lyons Law Offices, P.A., and hereby joins in and incorporates by reference the Response filed by Plaintiffs Garcia (1:15-cv-12818) and McCarthy (1:15-cv-12347) on August 17, 2015 (Document No. 2176) to the Order to Show Cause issued by this Court on or about July 27, 2015 as to why their Complaints should not be dismissed for lack of subject matter jurisdiction.  Specifically, for the reasons set forth more fully therein, Plaintiff Lecia J. Golden respectfully requests that, since her Complaint was filed on June 3, 2015 in the United States District Court- District of New Hampshire, prior to the effective date of the Chapter 11 plan, this Court retain federal jurisdiction over her claims as they existed at the time that she filed her Complaints and that this Court continue to exercise subject matter jurisdiction over her case.

LECIA GOLDEN
By Her Attorney,
LYONS LAW OFFICES, P.A.

Dated: 8/17/15                      By: /s/ John E. Lyons, Jr.
                                        John E. Lyons, Jr., Esq.
                                        NH Bar No: 1535
                                        One New Hampshire Avenue
                                        Suite 235
                                        Portsmouth, NH 03801
                                        (603) 431-5144
                                        E-mail: jlyons@lyonslaw.net

**CERTIFICATE OF SERVICE**

I, John E. Lyons, Jr., hereby certify that on this day, August 17, 2015, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s/ John E. Lyons, Jr.
John E. Lyons, Jr.