**Blumberg & Wolk, LLC**
158 Delaware Street
P.O. Box 68
Woodbury, NJ 08096
(856) 848-7472

*Counsel for Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rhaul Shah, M.D., John Catalano, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>All New Jersey Cases Naming Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey | MDL No. 2419<br>Docket No. 1:13-md-2419 (RWZ) |

### JOINT PROPOSED ORDER DISMISSING SETTLING DEFENDANTS

This matter has been opened to the Court by way of Order to Show Cause entered on June 18, 2015 and raised at the status conference on August 5, 2015. The PSC and specifically the settling parties named in the attached order seek an order dismissing any and all claims. A proposed order was handed to the Court on August 5, 2015 during the status conference. At that time, Counsel for Premier objected asking for additional language to clarify the order. The Court has asked that the parties either 1) submit opposing orders or 2) submit an agreed-upon order for the Court to execute and enter. The parties have chosen to do the latter.

The parties having met and conferred on the issues related to the proposed language of an order dismissing the settling defendants. As a result the attached consented to order dismissing certain settling defendants is being submitted to this Honorable Court and it is jointly requested that the Court enter the attached order.

Respectfully submitted,

Blumberg & Wolk, LLC
158 Delaware Street
Woodbury New Jersey 08096

/s/ Christopher M. Wolk
Christopher M. Wolk, Esq.

Attorneys for Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C.

Duane Morris
100 High Street, Suite 2400
Boston, MA 02110-1724


/s/Michael Gottfried
Michael Gottfried, Esq

Attorney to Paul D. Moore, Esq in his capacity as the NECC Post Confirmation Officer.


Hagens Berman, Sobol & Shapiro, LLP
55 Cambridge Parkway
Suite 301
Cambridge, MA 02142

/s/Thomas Sobol
Thomas Sobol, Esq

/s/Kristen Johnson
Kristen Johnson, Esq

Lead Attorneys for the Plaintiff Steering Committee

Greenberg Traurig
One International Place
Boston, MA 02110

/s/Daniel Rabinovitz
Daniel Rabinovitz, Esq

Attorneys for Defendant Medical Sales Management

## CERTIFICATION

      I certify that in submitting this *JOINT STIPULATION FOR DISMISSAL*, I caused a copy of the above to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.


Dated: August 18, 2015

      /s/ Christopher M. Wolk
      Christopher M. Wolk, Esq.