UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION**

**This Document Relates To:**

**All Cases**

**MDL No.: 1:13-md-2419-RWZ**

---

### [PROPOSED] ORDER DISMISSING CLAIMS AGAINST SETTLING DEFENDANTS

On June 18, 2015, this Court entered an order to show cause why all claims against certain entities and persons that or who entered into settlement agreements and have been granted general releases and/or channeling injunctions in the related Chapter 11 bankruptcy case of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center should not be dismissed. *See* Docket No. 1992. The time for filing objections to this Court's show cause order having expired, and the Court having received one objection, Docket No. 2038, which has been overruled, Docket No. 2082, it is hereby ORDERED that:

All claims of any type against the following settling defendants in all cases currently pending in this MDL are hereby dismissed with prejudice. Each party will bear its own costs.

- New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center;
- Alaunus Pharmaceutical, LLC;
- Ameridose, LLC;
- ARL BioPharma Inc. d/b/a Analytical Research Laboratories;
- GDC Properties Management, LLC;
- High Point Surgery Center;
- Surgery Center Associates of High Point, LLC;

1

- High Point Regional Health f/k/a High Point Regional Health System, d/b/a High Point Regional Hospital;
- Inspira Health Network, Inc. f/k/a South Jersey Health System, Inc.;
- Inspira Medical Centers, Inc. f/k/a South Jersey Hospital, Inc.;
- Liberty Industries, Inc.;
- Medical Sales Management, Inc.;
- Medical Sales Management, SW, Inc.;
- UniFirst Corporation a/d/b/a Uniclean Cleanroom Services;
- Paul Abrams;
- Joseph Alessandrini;
- Barry J. Cadden;
- Lisa M. Conigliaro Cadden;
- Glenn Chin;
- Carla Conigliaro;
- Douglas Conigliaro; and
- Gregory Conigliaro.

Nothing in this order shall abrogate or dismiss any defense based on comparative fault that may be available under applicable state law to the remaining defendants.

IT IS SO ORDERED.

_____
The Honorable Rya W. Zobel
United States District Judge

Dated: August __, 2015