UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All Suits Against the Box Hill Defendants  ) | MDL No. 2419 <br> Dkt. No. 1:13-md-2419 (RWZ) |

### ARL BIOPHARMA, INC'S NOTICE OF SERVICE OF ITS RESPONSES AND OBJECTIONS TO BOX HILL DEFENDANTS' FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION

ARL Biopharma, Inc., d/b/a Analytical Research Laboratories hereby gives notice to the Court and all interested parties that it has served the Box Hill Defendants with objections and responses to their First Request for Admissions, Interrogatories, and Requests for Production.

        ARL Bio Pharma, Inc. d/b/a
        Analytical Research Laboratories
        By its attorneys,

        */s/ Kristen R. Ragosta*
        Kenneth B. Walton, BBO #562174
        kwalton@donovanhatem.com
        Kristen R. Ragosta, BBO #664362
        kragosta@donovanhatem.com
        Courtney A. Longo, BBO #666466
        DONOVAN HATEM LLP
        53 State Street, 8th Floor
        Boston, MA  02109
        P: (617) 406-4500
Dated:  August 20, 2015        F: (617) 406-4501

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 20th day of August, 2015.

/s/ Kristen R. Ragosta
Kristen R. Ragosta

01715206.DOCX