UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL CASES ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

**SAINT THOMAS ENTITIES' MOTION TO COMPEL AMERIDOSE LLC TO PRODUCE DOCUMENTS REQUESTED IN THE STE'S <u>SECOND REQUEST FOR PRODUCTION</u>**

The Saint Thomas Entities[1] hereby move to compel Ameridose LLC to produce documents requested in the Saint Thomas Entities' Second Request for Production. In support of their Motion, the Saint Thomas Entities refer the Court to their Memorandum in Support, filed herewith. Ameridose's Response to the Second Request for Production (which repeats the requests verbatim) is attached as <u>Exhibit 1</u> to the Memorandum.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health.

SAINT THOMAS WEST HOSPITAL,
FORMERLY KNOWN AS ST. THOMAS
HOSPITAL, SAINT THOMAS NETWORK,
AND SAINT THOMAS HEALTH

By their attorneys,

*/s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

Dated:  August 25, 2015


OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
Adam T. Schramek*
Texas State Bar No. 24033045
Eric J. Hoffman*
Texas State Bar No. 24074427

Norton Rose Fulbright US LLP
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing *Pro Hac Vice*

**LOCAL RULES 7.1 and 37.1 Certificate of Conference**

I hereby certify that counsel for the Saint Thomas Entities has conferred with counsel for Ameridose on the issues presented in this motion on a number of occasions but has not been able to narrow or resolve the issues presented.

*/s/ Sarah P. Kelly*
SARAH P. KELLY

**CERTIFICATE OF SERVICE**

This certifies that a true and accurate copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 25th day of August, 2015.

*/s/ Sarah P. Kelly*
SARAH P. KELLY

2868557.1