# EXHIBIT 2



# CERTIFICATE OF COMPLIANCE
## FOR

### Ameridose
### Framingham, MA 01702

## Clean Room

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____ 6 _____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____ At Rest _____ occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005. The classification is applicable to the

above clean zone designated in the report prepared _____ August 2006 _____.


Date of Certification: _____ July 12, 2006

Due for Retest: _____ July-2007

Certified By: _____ Charles Kuchinsky / Mike Lombard

Approval: _____ CENV200608023

EXHIBIT
2J 2

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094


**ENV**
*SERVICES*

# CERTIFICATE OF COMPLIANCE
## FOR

### Ameridose
### Framingham, MA 01702

### People's Ante Room

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____6_____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____At Rest_____ occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005. The classification is applicable to the

above clean zone designated in the report prepared _____August 2006_____.


Date of Certification:_____July 12, 2006_____

Due for Retest:_____July-2007_____

Certified By:_____Charles Kuchinsky / Mike Lombard_____

Approval:_____CENV200608023_____

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-AOM-0288.001

CONFIDENTIAL PROTECTED 003670



# CERTIFICATE OF COMPLIANCE
## FOR

## Ameridose
## Framingham, MA 01702

## Prep Room

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____7_____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____At Rest_____ occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005. The classification is applicable to the

above clean zone designated in the report prepared _____August 2006_____.


Date of Certification:_____July 12, 2006_____

Due for Retest:_____July-2007_____

Certified By:_____Charles Kuchinsky / Mike Lombard_____

Approval:_____CENV200608023_____

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0200.001

CONFIDENTIAL PROTECTED 003671



# CERTIFICATE OF COMPLIANCE
## FOR

## Ameridose
## Framingham, MA 01702

## Freight Ante Room

The above referenced clean zone has successfully passed the minimum requirements for an

ISO Class _____8_____ clean zone per the requirements of ISO Standards 14644-1:1999 and

14644-2:2000 for particle count testing of Cleanrooms and associated controlled environments.

This clean zone was tested in the _____At Rest_____ occupancy state

at 0.5 micrometers and larger particle sizes. Testing was performed as outlined in ISO

Standards 14644-1:1999, 14644-2:2000 and 14644-3:2005. The classification is applicable to the

above clean zone designated in the report prepared _____August 2006_____.

Date of Certification: _____July 12, 2006_____

Due for Retest: _____July-2007_____

Certified By: _____Charles Kuchinsky / Mike Lombard_____

Approval: _____CENV200608023_____

2880 Bergey Rd. - Suite K - Hatfield, PA 19440-1764 - 800-345-6094

RC-ADM-0266.001

CONFIDENTIAL PROTECTED 003672