# EXHIBIT 4

00030

George A. Pollick
Chief Engineer
Liberty Industries

Dear Mr. Pollick,

Following is a copy of your recent change order request, edited to reflect our perception of the changes and costs incurred. Please note that this change order is exclusive of previous change order requests.

1) Added trimming of wall components to level the windowsill on the perimeter wall due to the placement of the wall on an NECC floor, which was not level. Added cost - $600.00. Please invoice Ameridose for this amount to expedite our request for compensation from the flooring subcontractor.

2) Added rental fees of $1234.00 for scissor lift has been excluded since lifts were removed from property per Gardner Engineering.

3) Added structural steel components, hardware, and labor to support the ceiling due to interference with ductwork belonging to the HVAC subcontractor. Note the threaded rod plan was given to the HVAC subcontractor in a meeting at the site on February 13, 2006. In spite of this, their design created interference points, which Liberty Industries was compelled to work around. Added cost - $3340.00. Please invoice Ameridose for this amount to expedite our compensation request for compensation from the HVAC subcontractor.

4) Damage to cleanroom walls. Please invoice Ameridose for the TOTAL repair costs. We show this amount to be $3650.00 and an invoice for this amount will expedite our claim from the insurance company representing the offending subcontractor(s). Also, please deliver to the site the materials necessary to complete the repairs.

5) Extra Fan Powered HEPA Filter Units. As a result of design/build changes, there are (4) extra filter units, please reflect a credit on the change order.

Thank you,
Steve Higgins
Project Manager
Ameridose/NECC

GDC PROPERTIES MANAGEMENT, LLC
701 WAVERLY STREET
FRAMINGHAM, MA 01702

00001

## FACSIMILE TRANSMITTAL SHEET

| TO: George Pollick | FROM: Steven Higgins |
|---|---|
| COMPANY: Liberty Industries, Inc. | DATE: 8/16/2006 |
| FAX NUMBER: 860 828-8879 | TOTAL NO. OF PAGES INCLUDING COVER: 5 |
| PHONE NUMBER: 860 828-2651 | Ameridose |
| RE: Cleanroom Punch List | 697 Waverly St Framingham, MA |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Hi George,

Following are the sliding door sign-off and job completion sign-off sheets. Door may be left hand instead of the right hand indicated. Please confirm before ordering.

Any questions, please give me a call.

Thanks,

Steve

Steve Higgins
508-872-9668
508-232-1419 cell
508-653-6672 fax



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GDC00001