# EXHIBIT 5

**From:** Barry Griffin
**To:** Michael Thurston
**Subject:** RE: Do you compound ████████████. Thanks Chris
**Date:** Friday, April 20, 2012 4:53:15 PM

████████████████████

**Barry Griffin**

Regional Account Manager

Ameridose, LLC

**Cell Phone:** (774) 286-6027

**Customer Service:** (888) 820-0622

**Email:** bgriffin@medicalsalesmgmt.com

www.Ameridose.com

**From:** Michael Thurston
**Sent:** Friday, April 20, 2012 4:43 PM
**To:** Barry Griffin
**Subject:** RE: Do you compound ████████████.. Thanks Chris

Thanks Barry,

████████████████████

Michael

**From:** Michael Thurston
**Sent:** Friday, April 20, 2012 4:18 PM
**To:** Barry Griffin
**Cc:** Mario Giamei, Jr.
**Subject:** RE: Do you compound ████████████. Thanks Chris

████████████ Mario or I will reach out to Mr. Roberts.

Saint Thomas Hospital (ASC)

Nashville, TN (498 bed)

Acct 10259037

Thanks

Michael

**From:** Barry Griffin
**Sent:** Friday, April 20, 2012 4:14 PM
**To:** Michael Thurston
**Subject:** FW: Do you compound ████████████. Thanks Chris

Mike

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    MEDICAL SALES MANAGEMENT 000439



**Barry Griffin**
Regional Account Manager
Ameridose, LLC
**Cell Phone:** (774) 286-6027
**Customer Service:** (888) 820-0622
**Email:** bgriffin@medicalsalesmgmt.com
www.Ameridose.com

**From:** Roberts, Chris [mailto:caroberts@stthomas.org]
**Sent:** Wednesday, April 18, 2012 10:29 AM
**To:** Barry Griffin
**Subject:** Do you compound ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ .. Thanks Chris


CONFIDENTIALITY NOTICE:

This email message and any accompanying data or files is confidential and may contain privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**        **MEDICAL SALES MANAGEMENT 000440**