# EXHIBIT 7

| | |
|---|---|
| **From:** | Steven Higgins <SteveH@conigliaro.com> |
| **Sent:** | Tuesday, April 25, 2006 7:26 AM |
| **To:** | Jeff Erickson <jeff.erickson@liberty-ind.com> |
| **Subject:** | Re: Schedule update |

Hi Jeff,
████████████████████████████████████████████████████████████████On another note, please be advised, if you are not aware already, that the job name from now on should be "Ameridose" and not "NECC HSD". Apparently, for regulatory purposes, the two prarmacies have to be seperate entities and since one is NECC, the other has been changed to "Ameridose" to more easily differentiate it from New England Compound Center.

Steve H
-----Original message-----
From: "Jeff Erickson" jeff.erickson@liberty-ind.com
Date: Mon, 24 Apr 2006 17:11:09 -0400
To: "Steve Higgins" steveh@conigliaro.com
Subject: Schedule update

Steve,



Thanks,


Jeff Erickson

Liberty Industries

CONFIDENTIAL PROTECTED 006717