UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Docket No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## DEFENDANT CARLA CONIGLIARO'S NOTICE OF SERVICE OF OBJECTIONS AND RESPONSES TO SAINT THOMAS ENTITIES' (SECOND SET OF) REQUESTS FOR PRODUCTION OF DOCUMENTS TO BARRY J. CADDEN, GLENN A. CHIN, GREGORY CONIGLIARO, CARLA R. CONIGLIARO, AND DOUGLAS A. CONIGLIARO

Defendant Carla Conigliaro respectfully provides notice to the Court and all parties that on this 26th day of August, 2015, the following document was served:

- Carla Conigliaro's Objections And Responses To Saint Thomas Entities' (Second Set Of) Requests For Production Of Documents To Barry J. Cadden, Glenn A. Chin, Gregory Conigliaro, Carla R. Conigliaro, And Douglas A. Conigliaro

Respectfully submitted,

/s/ Corrina L. Hale
David E. Meier (BBO# 341710)
Christopher R. O'Hara (BBO# 548611)
Corrina L. Hale (BBO# 670916)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
dmeier@toddweld.com
cohara@toddweld.com
chale@toddweld.com

**Attorneys for Defendant Carla Conigliaro**

## CERTIFICATE OF SERVICE

I, Corrina L. Hale, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                        /s/ Corrina L. Hale

Dated: August 26, 2015

4835-8018-9475, v. 1