UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Docket No.: 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO:<br>All Actions | Honorable Rya W. Zobel |

### NOTICE OF FILING OF SUBPOENA AND DEPOSITION NOTICE

The Plaintiffs' Steering Committee, gives notice to the Court and to all parties, pursuant to Federal Rules of Civil Procedure 45(a)(4) and 30, of the issuance, service, and filing of the Subpoena to Terry Grinder, DPh and Notice of Deposition of Terry Grinder, DPh which are attached hereto as Exhibit A.

The subpoena and notice are being emailed and/or hand delivered for service to the deponent or their counsel and directly involved counsel today.  This Notice is filed in the main docket to ensure each party has notice of the subpoenas and notices.

Dated: August 28, 2015

                                                   Respectfully submitted,

                                                   LEADER, BULSO & NOLAN, PLC

                                                   By:     /s/**George Nolan**
                                                      George Nolan (No. 14974)
                                                      414 Union Street, Suite 1740
                                                      Nashville, Tennessee  37219
                                                      (615) 780-4111
                                                      gnolan@leaderbulso.com
                                                      *As designated counsel on behalf of the Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

    I, George Nolan, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

                                               /s/ **George Nolan**
                                               George Nolan