UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND
COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 1:13-md-2419-FDS

This Document Relates To:

ALL CASES

## NOTICE OF APPEARANCE

To the Clerk of Court:

Please enter the appearances of Rosemarie Arnold, Esq. and Paige R. Butler, Esq. of the firm Law Offices Rosemarie Arnold as co-counsel for Plaintiff Bernadette Effendian (1:13-cv-02568-MB-JS) in the above captioned matter.

Respectfully submitted,
For the Plaintiff, Bernadette Effendian

/s/ Rosemarie Arnold
Rosemarie Arnold, Esq.
Law Offices Rosemarie Arnold
1386 Palisade Avenue
Fort Lee, New Jersey 07024
Phone: 201-461-1111
E-mail: rarnold@rosemariearnold.com
       twess@rosemariearnold.com

/s/ Paige R. Butler
Paige R. Butler, Esq.
Law Offices Rosemarie Arnold
1386 Palisade Avenue
Fort Lee, New Jersey 07024
Phone: 201-461-1111
E-mail: pbutler@rosemariearnold.com

Dated: September 1, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September 2015, true and accurate copies of this document and the accompanying Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

<u>/s/ Rosemarie Arnold</u>
ROSEMARIE ARNOLD