UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) Suits Naming the Tennessee Clinic Defendants ) ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

## NOTICE OF FILING OF AMENDED DEPOSITION NOTICE

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; Vaughan Allen, MD; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; Kenneth Lister, MD, PC; and Donald E. Jones, MD (collectively "Tennessee Clinic Defendants") give notice to the Court and to all parties of the following:

1. John Notarianni's deposition noticed for September 9, 2015,[1] is hereby postponed but is expected to be rescheduled. Once a deposition date is set, the Tennessee Clinic Defendants will file an amended notice of deposition.

2. Joseph Connolly's deposition noticed for August 25, 2015,[2] is hereby rescheduled for September 23, 2015. The deposition will begin at 9:00 am (EDT) and will occur at the law offices of Nutter, McClennen & Fish, LLP, Seaport West, 155 Seaport Blvd., Boston, MA 02110. An amended notice of deposition is attached to this notice as Exhibit 1.

---

[1] The original notice is at Dkt. 1782-4.
[2] The original notice is at Dkt. 2115-2.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**


/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

***Attorneys for the Tennessee Clinic Defendants***

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 1st day of September, 2015.

/s/ Chris J. Tardio
**Chris J. Tardio**

2