UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Docket No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**CARLA CONIGLIARO'S NOTICE OF SERVICE OF OBJECTIONS AND RESPONSES TO THE BOX HILL DEFENDANTS' FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION**

Carla Conigliaro hereby provides notice to the Court and all parties that on this 4th day of

September, 2015, the following document was served:

- Carla Conigliaro's Objections And Responses To The Box Hill Defendants' First Set Of Interrogatories, Requests For Production Of Documents And Requests For Admission.

Respectfully submitted,

/s/ Corrina L. Hale
Christopher R. O'Hara (BBO# 548611)
Corrina L. Hale (BBO# 670916)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
cohara@toddweld.com
chale@toddweld.com

**Attorneys for Defendant Carla Conigliaro**

## CERTIFICATE OF SERVICE

I, Corrina L. Hale, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Corrina L. Hale

Dated: September 4, 2015

4835-8018-9475, v. 1