UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>    All Actions | MDL No. 13-2419-RWZ |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the United States in the above-captioned matter.

          Respectfully submitted,

          CARMEN M. ORTIZ
          UNITED STATES ATTORNEY

By:   /s/ George P. Varghese
       GEORGE P. VARGHESE
       Assistant United States Attorneys
       John Joseph Moakley Courthouse
       One Courthouse Way, Suite 9200
       Boston, Massachusetts 02210
       (617) 748-3100
       george.varghese@usdoj.gov

Dated:  September 4, 2015