```
                    UNITED STATES DISTRICT COURT
                             for the
                      District of Massachusetts
```

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING<br>PHARMACY, INC.<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>   All Actions | CIVIL ACTION NO:<br>1:13-md-02419-RWZ |

### AFFIDAVIT OF OWEN FINNEGAN IN SUPPORT OF MOTION TO QUASH DEPOSITION SUBPOENA

I, Owen Finnegan, UNDER OATH DO DEPOSE AND SAY as follows:

1. My name is Owen Finnegan.

2. Through counsel, in the interest of expediency, I have accepted service of a deposition subpoena by Defendants, Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; Vaughan Allen, MD; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; Kenneth Lister, MD, PC; and Donald E. Jones, MD (*"Tennessee Clinic Defendants"*), which commands that I provide testimony at a deposition scheduled for August 24, 2015 at 9:00 a.m.

3. I believe and, therefore, aver that the subject of such deposition will relate to my involvement and conduct as an employee (more specifically, as a Pharmacy Technician) while at New England Compounding Pharmacy, Inc. (*"NECC"*);

4. Many principal representatives and employees of NECC (to date at least fourteen in number) have been charged with criminal misconduct in this Court. See USA v. Cadden et al, Case No.: 1:14-cr-10363-RGS;

5. I will not testify at any such deposition and will assert (and do also now assert) my privilege against self-incrimination pursuant to U.S.C.A.Const. Amend. 5 and M.G.L.A.Const. pt. 1, art. 12, as I have "reasonable cause to apprehend a real danger of incrimination." Hoffman v. United States, 341 U.S. 479, 486 (1951); See also Fed.R.Civ.P. 45(d)(3)(A)(iii) and (iv) and, this instant case, MDL order No. 10 (Deposition Protocol)(September 18, 2014)IV;

6. Should I not be accorded the protective relief I seek, great resources will be needlessly expended and I (and other persons involved in the instant action) will be subject to unnecessary and undue burden.

Signed under the pains and penalties of perjury this 29 day of August 2015.

_____
Owen Finnegan

Ref: X:\OWEN FINNEGAN\MOTION TO QUASH\Aff O Finnegan Mot Quash Sub.wpd\1-2