UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION<br>This Action Relates To:<br>1:14-cv-14668-RWZ<br><br>TIMOTHY GRIGGS,<br>PLAINTIFF,<br><br>v.<br><br>ANONYMOUS HEALTH CARE PROVIDER 1, *et al.*<br>DEFENDANT | MDL NO. 2419<br><br><br><br><br><br><br>Case No:  1:13-md-2419(RWZ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Comes now, Michael E. O'Neill of the law firm O'Neill McFadden & Willett, LLP, pursuant to Local Rule 83.5.2(c), and for his Notice of Withdrawal of Appearance on behalf of Anonymous Health Care Provider 5 state as follows:

1. The law firm O'Neill McFadden & Willett, LLP, previously represented Anonymous Healthcare Provider 5 in the action brought against it by Timothy Griggs in the United States District Court for the Southern District of Indiana that was transferred to this Honorable Court for consolidation into MDL 2419.

2. Since being transferred, Nicholas Brunette and Ronald A. Mingus, of the law firm Reminger Co., LPA, filed a Motion for Leave to Appear *Pro Hac Vice* for admission to appear on behalf of Anonymous Health Care Provider 5.  [Dkt. 54, 55].

3. Thereafter, this Court granted Nicolas Brunette's and Ronald A. Mingus's motions, and they have assumed the role of counsel for Anonymous Health Care Provider 5. [Dkt. 56, 57].

4.     Michael E. O'Neill of the law firm O'Neill McFadden & Willett LLP, now requests this Court to grant his Notice of Withdrawal of Appearance on behalf of Anonymous Health Care Provider 5 as Anonymous Health Care Provider 5 is represented by new counsel, which has been admitted to practice before this Court. The law firm of O'Neill McFadden & Willett, LLP, no longer maintains an attorney-client relationship with Anonymous Health Care Provide 5.

5.     Michael E. O'Neill remains as counsel of record for Anonymous Health Care Provider 4.

**WHEREFORE**, Michael E. O'Neill of the law firm O'Neill McFadden & Willett LLP, respectfully request that his Notice of Withdrawal of Appearance on behalf of Anonymous Health Care Provider 5 be granted, and that he remain as counsel of record for Anonymous Health Care Provider 4 only.

Dated: September 8, 2015

Respectfully Submitted,

/s/Michael E. O'Neill
Michael E. O'Neill, Esq. (16159-45)
Bryan E. Rogers, Esq. (31787045)
Attorney for Defendant
Anonymous Health Care Providers 4
O'Neill McFadden & Willett LLP
833 West Lincoln Highway, Suite 410W
Schererville, IN  46375
Phone:  (219) 322-0450
Fax:  (219) 322-0455
moneill@omwlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2015, the foregoing Motion to Withdraw Appearance was filed electronically and served upon the following ECF-registered counsel by operation of the court's electronic filing system.

/s/Michael E. O'Neill
Michael E. O'Neill (16159-45)

I further certify that a true and complete copy of the foregoing was sent by first class mail to the following Pro Se litigants:

| | |
|---|---|
| Matthew P. Moriarty | Roberto Braceras |
| Tucker Ellis, LLP | Goodwin Procter LLP |
| 950 Main Avenue, Suite 1100 | Exchange Place |
| Cleveland, OH 44113 | 53 State Place |
| Phone 216-592-5000 | Boston, MA 02109 |
| Matthew.moriarty@tuckerellis.com | Phone: 617-570-1000 |
| *Counsel for defendant, Ameridose, LLC* | rbraceras@goodwinprocter.com |
| | Counsel for defendant, Unifirst Corporation d/b/a Uniclean Cleanroom Services |

/s/Michael E. O'Neill
Michael E. O'Neill (16159-45)

{00087373.DOCX}