IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL NO. 1:13-MD-2419-FDS<br><br>JUDGE RYA W. ZOBEL |
| This Document Relates to:<br><br>All Cases | |

## NOTICE OF LIMITED APPEARANCE

Please enter the appearance of Attorney Ingrid S. Martin of Collora, LLP on behalf of Ameridose LLC in this matter for the limited purpose of opposing the pending discovery requests by the St. Thomas Entities (*see* NECC MDL Doc. 2188).

        Respectfully submitted,

        **AMERIDOSE LLC**

        By his attorney,

        /s/ Ingrid S. Martin
        Ingrid S. Martin (BBO # 653632)
        COLLORA, LLP
        100 High Street
        Boston, MA  02210
        Telephone: 617-371-1000
        Fax: 617-371-1037
        imartin@collorallp.com

        Dated:  September 8, 2015

## CERTIFICATE OF SERVICE

      I certify that on September 8, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

      /s/ Ingrid S. Martin