UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) MDL No. 2419 <br> THIS DOCUMENT RELATES TO: ) Dkt. No 1:13-md-2419 (RWZ) <br> ) <br> All Cases ) <br> ) | |

**STIPULATION REGARDING REPLY BRIEF IN SUPPORT OF SAINT THOMAS ENTITIES' MOTION TO COMPEL INVOKING DEFENDANTS TO PRODUCE CERTAIN DOCUMENTS**

On July 30, 2015, Saint Thomas West Hospital f/k/a St. Thomas Hospital, Saint Thomas Health, and Saint Thomas Network (the "Saint Thomas Entities") moved this Court to compel Barry Cadden, Gregory Conigliaro, Douglas Conigliaro, Carla Conigliaro, and Glenn Chin (the "Invoking Defendants") to produce certain documents the government has produced to them in *U.S. v. Cadden, at al.*, No. 1:14-cr-10363-RGS. *See* Dkt. Nos. 2117, 2118. On September 2, 2015, the Invoking Defendants filed their Opposition and Cross-Motion for Protective Order after receiving the Saint Thomas Entities' assent for extensions of time to respond. *See* Dkt. No. 2206. The impacted parties, which consist of the Invoking Defendants and the Saint Thomas Entities, agree to the Saint Thomas Entities' request to file a reply to the Invoking Defendants' opposition.

Dated: September 8, 2015

Respectfully submitted,

 */s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

*Counsel for Saint Thomas Entities*

- 3 -

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 8th day of September, 2015.

                                                */s/ Sarah Kelly*
                                                  Sarah P. Kelly