# EXHIBIT A



**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts




# Corporations Division

## Business Entity Summary

**ID Number: 000819810**

Request certificate | New search

**Summary for: MEDICAL SALES MANAGEMENT, INC.**

**The exact name of the Domestic Profit Corporation:** MEDICAL SALES MANAGEMENT, INC.

**The name was changed from:** NEW ENGLAND TELECONNECT, INC. **on** 06-07-2006

**Entity type:** Domestic Profit Corporation

**Identification Number:** 000819810

**Date of Organization in Massachusetts:**
06-19-2002

**Last date certain:**

**Current Fiscal Month/Day:** 12/31

**The location of the Principal Office:**

Address: 697 WAVERLY ST.

City or town, State, Zip code, Country: FRAMINGHAM, MA 01702 USA

**The name and address of the Registered Agent:**

Name: GREGORY CONIGLIARO

Address: 697 WAVERLY ST.

City or town, State, Zip code, Country: FRAMINGHAM, MA 01701 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | DOUGLAS CONIGLIARO | 251 WEST READING WAY WINTER PARK, FL 32789 USA |
| TREASURER | BARRY CADDEN | 32 RHODES ST. CUMBERLAND, RI 02864 USA |
| SECRETARY | GREGORY CONIGLIARO | 701 WAVERLY ST. FRAMINGHAM, MA 01701 USA |
| DIRECTOR | GREGORY CONIGLIARO | 701 WAVERLY ST. FRAMINGHAM, MA 01701 USA |

| | | |
|---|---|---|
| DIRECTOR | BARRY CADDEN | 32 RHODES ST. CUMBERLAND, RI 02864 USA |
| DIRECTOR | DOUGLAS CONIGLIARO | 701 WAVERLY ST. FRAMINGHAM, MA 01701 USA |

**Business entity stock is publicly traded:** ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| CNP | $ 0.00 | 200,000 | $ 0.00 | 0 |

☐ **Consent** ☐ **Confidential Data** ☐ **Merger Allowed** ☐ **Manufacturing**

**View filings for this business entity:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment

View filings

**Comments or notes associated with this business entity:**

New search