UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND COMPOUNDING PHARMACY, INC. LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | )<br>)<br>) C.A. 1:13-md-2419 (FDS)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of the above Court: please enter my appearance on behalf of interested party Commonwealth of Massachusetts. The Commonwealth of Massachusetts is the subject of ECF No. 1735, a Rule 30(b)(6) deposition subpoena issued to it as a third party witness.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS
By its Attorneys,

MAURA HEALEY,
ATTORNEY GENERAL

Dated: 9/9/15

/s/ Thomas V. DiGangi
Thomas V. DiGangi, BBO#648415
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Rm. 1813
Boston, MA 02108
(617) 727-2200, Ext. 2593
Tom.Digangi@State.MA.US

## CERTIFICATE OF SERVICE

I, Thomas V. DiGangi, Assistant Attorney General, hereby certify that I have this 9th day of September, 2015 , filed electronically with the Court's ECF electronic filing system the above document(s).