UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL CASES ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

### SAINT THOMAS ENTITIES' NOTICE OF FILING
### OF INVOKING DEFENDANTS' EXEMPLAR DISCOVERY RESPONSES

In connection with briefing related to the Saint Thomas Entities' Motion to Compel the Invoking Defendants to Produce Certain Documents (Dkt. No. 2117), the Saint Thomas Entities file this Notice to attach two exemplar sets of the Invoking Defendants' responses to the Saint Thomas Entities' discovery requests. Exhibit A consists of Barry Cadden's responses and objections to the Saint Thomas Entities' First Set of Interrogatories, Requests for Production, and Requests for Admission. Exhibit B consists of Douglas Conigliaro's responses and objections to the Saint Thomas Entities' Second Set of Requests for Production.

SAINT THOMAS WEST HOSPITAL, FORMERLY KNOWN AS ST. THOMAS HOSPITAL, SAINT THOMAS NETWORK, AND SAINT THOMAS HEALTH

By their attorneys,
*/s/ Eric J. Hoffman*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 439-2000
(617) 310-9461 (FAX)

Dated:  September 9, 2015

OF COUNSEL:

Yvonne K. Puig*
yvonne.puig@nortonrosefulbright.com
Texas State Bar No. 16385400
Adam T. Schramek*
adam.schramek@nortonrosefulbright.com
Texas State Bar No. 24033045
Eric J. Hoffman*
eric.hoffman@nortonrosefulbright.com
Texas State Bar No. 24074427

Norton Rose Fulbright US LLP
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing *Pro Hac Vice*

2

## **CERTIFICATE OF SERVICE**

This certifies that a true and accurate copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 9th day of September, 2015.

>*/s/ Eric J. Hoffman*
>Eric J. Hoffman