UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : : : : MDL No. 2419 : Master Docket No. 1:13-md-2419 (RWZ) : : : MOTION TO LEAVE TO APPEAR BY : TELEPHONE |

NOW COMES McGrath Law Firm, P.A. on behalf of numerous Plaintiffs and hereby files this Motion for Leave to be Appear by Telephone in the above-captioned case. In support thereof we submit as follows:

1. Counsel represents numerous plaintiffs in the above- reference case and intends to speak by telephone during the teleconference scheduled at 2:00 PM on September 10, 2015.

2. Counsel intends to speak on matter "A" entitled Motions for Which Oral Arguments is Requested, as well as matters 23 and 24 under the heading "Other Motions" referenced in The Plaintiffs' Steering Committee's Proposed Agenda for the September 10, 2015 Status Conference.

Wherefore, we respectfully pray that this court:

A. Allow the counsel to be heard; and

B. Grant any other relief that is just and necessary

Respectfully submitted,

*[signature]*

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464

Dated:

September 9, 2015