UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2419<br>No. 1:13-md-02419-RWZ<br><br>NOTICE OF WITHDRAWAL ON BEHALF OF INTERESTED PARTY COMMONWEALTH OF MASSACHUSETTS |

Please take notice of the withdrawal of

    Michelle Kalka, BBO # 624897
    Assistant Attorney General
    Office of the Attorney General
    One Ashburton Place, 18th Floor
    Boston, MA 02108
    Tel: (617) 963-2776 /Fax: (617) 727-3076
    Email: michelle.kalka@state.ma.us

as counsel for interested party the Commonwealth of Massachusetts. Substitute counsel from the Office of the Massachusetts Attorney General entered his appearance earlier today on behalf of the interested party Commonwealth of Massachusetts.

                        Respectfully Submitted,

                        MAURA HEALEY
                        Attorney General

                        *s/* Michelle Kalka
                        MICHELLE KALKA, BBO #624897
                        Assistant Attorney General
                        Government Bureau/Trial Division
                        One Ashburton Place, Room 1813
                        Boston, MA 02108
                        (617) 727-2200, ext. 2776
                        Michelle.kalka@state.ma.us

Dated: September 9, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2015, I served the within notice of withdrawal on all counsel of record by filing it with the Court by means of its ECF system.

<u>s/ Michelle Kalka</u>