UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Golden v. Michael J. O'Connell, M.D., et al.<br>No. 1:15-cv-12346-RWZ | )<br>)<br>)<br>)<br>)  MDL No: 1:13-md-2419-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF LECIA J. GOLDEN'S JOINDER TO PLAINTIFF GARCIA'S AND MCCARTHY'S REPLY MEMORANDUM REGARDING THE PAIN CARE DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

**NOW COMES** Lecia J. Golden, by and through her attorneys, Lyons Law Offices, P.A., and hereby joins in and incorporates by reference the Reply Memorandum Regarding the Pain Care Defendants' Response to the Courts' Order to Show Cause filed by Plaintiffs Garcia (1:15-cv-12818) and McCarthy (1:15-cv-12347) on September 9, 2015 (MDL Dkt. 2234). Specifically, for the reasons set forth more fully therein, Plaintiff Lecia J. Golden respectfully requests that, since her Complaint was filed on June 3, 2015 in the United States District Court-District of New Hampshire, prior to the effective date of the Chapter 11 plan and while the bankruptcy estate existed, this Court retain federal jurisdiction over her claims as they existed at the time that she filed her Complaints and that this Court continue to exercise subject matter jurisdiction over her case.

                                          LECIA GOLDEN
                                          By Her Attorney,
                                          LYONS LAW OFFICES, P.A.

Dated: 9/10/15                        By:  /s/ John E. Lyons, Jr.
                                                John E. Lyons, Jr., Esq.
                                                NH Bar No: 1535
                                                One New Hampshire Avenue
                                                Suite 235
                                                Portsmouth, NH 03801
                                                (603) 431-5144
                                                E-mail: jlyons@lyonslaw.net

## CERTIFICATE OF SERVICE

     I, John E. Lyons, Jr., hereby certify that on this day, September 10, 2015, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

                                                /s/ John E. Lyons, Jr.
                                                John E. Lyons, Jr.