UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> All Cases | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

## SAINT THOMAS ENTITIES' MOTION TO COMPEL MEDICAL SALES MANAGEMENT, INC. TO PRODUCE CERTAIN MATERIALS

The Saint Thomas Entities[1] hereby file this motion to compel Medical Sales Management, Inc. and Medical Sales Management SW, Inc. (collectively "MSM") to produce certain materials in response to the Saint Thomas Entities' First Set of Interrogatories, Requests for Production, and Requests for Admission.[2]

This MDL concerns the sale of contaminated medication by NECC to health care providers across the country. Defendant MSM was the sole distributor of NECC product, and trained its employees to market it. Accordingly, the Saint Thomas Entities have sought those training and marketing materials, which are highly relevant and discoverable under the Federal Rules. Because MSM has failed to produce such materials, the Saint Thomas Entities have filed this motion to compel.

WHEREFORE, the Saint Thomas Entities respectfully request that this Court compel MSM to produce the marketing and training materials requested by the Saint Thomas Entities

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

[2] Although counsel for the Saint Thomas Entities and MSM are currently working cooperatively in developing search terms to guide MSM's production of documents with respect to other categories of documents sought, the Saint Thomas Entities reserve the right to compel production from MSM in the even that it becomes necessary.

- 2 -

(Requests No. 7 and 10), including the narrow set of readily identifiable marketing and training materials listed by the Government in its correspondence with MSM's owners, directors and managers.

Dated: Sept. 14, 2015

SAINT THOMAS WEST HOSPITAL F/K/A ST. THOMAS HOSPITAL, SAINT THOMAS HEALTH, AND SAINT THOMAS NETWORK

By their attorneys,

 */s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

## CERTIFICATE OF CONFERENCE

I certify that counsel for the MSM was contacted regarding whether they opposed the relief requested in this motion for clarification but no agreement was reached.

*/s/ Sarah P. Kelly*
Sarah P. Kelly

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 14th day of September, 2015.

*/s/ Sarah P. Kelly*
Sarah P. Kelly

2882637.1