

# William Francis Galvin
## Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity Summary

**ID Number: 000819810**   Request certificate   New search

**Summary for:** MEDICAL SALES MANAGEMENT, INC.

| | |
|---|---|
| **The exact name of the Domestic Profit Corporation:** | MEDICAL SALES MANAGEMENT, INC. |
| **The name was changed from:** NEW ENGLAND TELECONNECT, INC. **on** 06-07-2006 | |
| **Entity type:** Domestic Profit Corporation | |
| **Identification Number:** 000819810 | |
| **Date of Organization in Massachusetts:** 06-19-2002 | |
| **Last date certain:** | |
| **Current Fiscal Month/Day:** 12/31 | |
| **The location of the Principal Office:** Address: 697 WAVERLY ST. City or town, State, Zip code, Country: FRAMINGHAM, MA 01702 USA | |
| **The name and address of the Registered Agent:** Name: GREGORY CONIGLIARO Address: 697 WAVERLY ST. City or town, State, Zip code, Country: FRAMINGHAM, MA 01701 USA | |

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | DOUGLAS CONIGLIARO | 251 WEST READING WAY WINTER PARK, FL 32789 USA |
| TREASURER | BARRY CADDEN | 32 RHODES ST. CUMBERLAND, RI 02864 USA |
| SECRETARY | GREGORY CONIGLIARO | 701 WAVERLY ST. FRAMINGHAM, MA 01701 USA |
| DIRECTOR | GREGORY CONIGLIARO | 701 WAVERLY ST. FRAMINGHAM, MA 01701 USA |

| | | | |
|---|---|---|---|
| DIRECTOR | BARRY CADDEN | | 32 RHODES ST. CUMBERLAND, RI 02864 USA |
| DIRECTOR | DOUGLAS CONIGLIARO | | 701 WAVERLY ST. FRAMINGHAM, MA 01701 USA |

**Business entity stock is publicly traded:** ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| | | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| Class of Stock | Par value per share | No. of shares | Total par value | No. of shares |
| CNP | $ 0.00 | 200,000 | $ 0.00 | 0 |

☐ **Consent**   ☐ **Confidential Data**   ☐ **Merger Allowed**   ☐ **Manufacturing**

**View filings for this business entity:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment
Articles of Charter Surrender

**View filings**

**Comments or notes associated with this business entity:**

**New search**