UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## AMENDED DEPOSITION NOTICE

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the 30(b)(6) deposition of Calisher & Associates, Inc., on Monday, September 28, 2015 beginning at 9:00 a.m., and continuing through Tuesday, September 29, 2015 beginning at 9:00 a.m.  The deposition will be held at the St. Regis Princeville Resort, 5520 Ka Haku Road, Princeville, HI 96722.  The deposition will be recorded by stenographical means and by video.


Dated: September 14, 2015                    Respectfully submitted,

                                                                  **/s/ J. Gerard Stranch, IV**
                                                                   J. Gerard Stranch, IV
                                                                   Benjamin A. Gastel
                                                                   BRANSTETTER, STRANCH & JENNINGS PLLC
                                                                  227 Second Avenue North
                                                                  Nashville, TN  37201
                                                                  Telephone:  (615) 254-8801
                                                                  Facsimile:  (615) 255-5419
                                                                  gerards@branstetterlaw.com
                                                                  beng@branstetterlaw.com

                                                                  *Plaintiffs' Steering Committee and Tennessee State Chair*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 14, 2015, a true and exact copy of the foregoing was served on all counsel of record via electronic mail.

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV