# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding Pharmacy, Inc. Products Liability Litigation** | : <br> : <br> : <br> : <br> :    **MDL No. 2419** <br> :    **Master Docket No. 1:13-md-2419** <br> : <br> : <br> :    **PLAINTIFF EDWARD** <br> :    **EDWARD McDOWEN'S** <br> :    **NOTICE OF DISMISSAL** <br> : <br> : |

NOW COMES, Plaintiff, Edward McDowen by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.  Dismiss Plaintiff's claim; and

    b.  Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

**UNITED STATES DISTRICT COURT**
**FOR THE DISCTICT OF MASSACHUSSETS**

| | |
|---|---|
| **In Re New England Compounding Pharmacy, Inc. Products Liability Litigation** : : : : : : : : : : : : : : : | **MDL No. 2419** <br> **Master Docket No. 1:13-md-2419** |

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Edward

McDowen's Notice of Dismissal to be filed via E-file on this 15 th day of September, 2015.

Dated: September 15, 2015

_(signature)_

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding Pharmacy, Inc. Products Liability Litigation** | : <br> : <br> : <br> : <br> : **MDL No. 2419** <br> : **Master Docket No. 1:13-md-2419** <br> : <br> : <br> : **PLAINTIFF VICTOR SIMON'S** <br> : **NOTICE OF DISMISSAL** <br> : <br> : |

NOW COMES, Plaintiff, Victor Simon by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

  a.   Dismiss Plaintiff's claim; and

  b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

## UNITED STATES DISTRICT COURT

## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : <br> : <br> : <br> : <br> :     **MDL No. 2419** <br> :     **Master Docket No. 1:13-md-2419** <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Victor Simon's Stipulation of Dismissal to be filed via E-file on this _15_ th day of September, 2015.

Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | | |
|---|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : : : : : : : : : : : : | MDL No. 2419<br>Master Docket No. 1:13-md-2419<br><br><br>PLAINTIFF JAMES<br>SPAULDING'S<br>NOTICE OF DISMISSAL |

NOW COMES, Plaintiff, Victor Simon by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.  Dismiss Plaintiff's claim; and

    b.  Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding
Pharmacy, Inc. Products Liability
Litigation

          :    **MDL No. 2419**
          :    **Master Docket No. 1:13-md-2419**

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Victor

Simon's Stipulation of Dismissal to be filed via E-file on this __th day of September, 2015.


Dated: September 15, 2015

            _Herbert F. Glass_
            Herbert F. Glass
            McGrath Law Firm, P.A.
            802 Johnnie Dodds Blvd.
            Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | | |
|---|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : : : : : : : : : : : : : | MDL No. 2419<br>Master Docket No. 1:13-md-2419<br><br>PLAINTIFF JAMES SPAULDING'S NOTICE OF DISMISSAL |

NOW COMES, Plaintiff, James Spaulding by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding
Pharmacy, Inc. Products Liability
Litigation

:
:
:
:
:          MDL No. 2419
:          Master Docket No. 1:13-md-2419
:
:
:
:
:
:

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff James

Spaulding's Stipulation of Dismissal to be filed via E-file on this ⁄5 th day of September, 2015.


Dated: September 15, 2015

_Herbert F. Glass_
Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : : : : : : : : : : : : : : : : |

MDL No. 2419
Master Docket No. 1:13-md-2419

PLAINTIFF DEBORAH
SPURLING'S
NOTICE OF DISMISSAL

NOW COMES, Plaintiff, Deborah Spurling by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

a.   Dismiss Plaintiff's claim; and

b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding          :
Pharmacy, Inc. Products Liability      :
Litigation                             :
                                       :
                                       :     **MDL No. 2419**
                                       :     **Master Docket No. 1:13-md-2419**
                                       :
                                       :
                                       :
                                       :
                                       :
                                       :
                                       :
                                       :

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff  Deborah

Spurling's Stipulation of Dismissal to be filed via E-file on this ___ th day of September, 2015.


Dated: September 15, 2015

                                       _____
                                       Herbert F. Glass
                                       McGrath Law Firm, P.A.
                                       802 Johnnie Dodds Blvd.
                                       Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | | |
|---|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | MDL No. 2419 <br> Master Docket No. 1:13-md-2419 <br><br><br> PLAINTIFF KIM TILLISON'S <br> NOTICE OF DISMISSAL |

NOW COMES, Plaintiff, Kim Tillson by and through counsel, McGrath Law Firm, P.A.

and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.  Dismiss Plaintiff's claim; and

    b.  Grant any other relief that is just and necessary

Respectfully submitted,

*Peter G. McGrath*

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | | |
|---|---|---|
| In Re New England Compounding<br>Pharmacy, Inc. Products Liability<br>Litigation | : | |
| | : | |
| | : | |
| | : | |
| | : | **MDL No. 2419** |
| | : | **Master Docket No. 1:13-md-2419** |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Kim

Tillison's Stipulation of Dismissal to be filed via E-file on this _5_ th day of September, 2015.


Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding
Pharmacy, Inc. Products Liability
Litigation

:
:
:
:
:       MDL No. 2419
:       Master Docket No. 1:13-md-2419
:
:
:       PLAINTIFF RICHARD
:       VALLE'S
:       NOTICE OF DISMISSAL
:
:

NOW COMES, Plaintiff, Richard Valle by and through counsel, McGrath Law Firm,

P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure

41a.

WHEREFORE, we respectfully pray that this Court:

    a.  Dismiss Plaintiff's claim; and

    b.  Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding Pharmacy, Inc. Products Liability Litigation** | : <br> : <br> : <br> : <br> :    **MDL No. 2419** <br> :    **Master Docket No. 1:13-md-2419** <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

    I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Richard

Valle's Stipulation of Dismissal to be filed via E-file on this /5 th day of September, 2015.

Dated: September 15, 2015

                                   Herbert F. Glass
                                   McGrath Law Firm, P.A.
                                   802 Johnnie Dodds Blvd.
                                   Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : : : : : : : : : : : : : |

MDL No. 2419
Master Docket No. 1:13-md-2419

PLAINTIFF WILLIAM
GIPSON'S
NOTICE OF DISMISSAL

NOW COMES, Plaintiff, William Gipson by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.  Dismiss Plaintiff's claim; and

    b.  Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding** : | |
| **Pharmacy, Inc. Products Liability** : | |
| **Litigation** : | |
| : | |
| : | **MDL No. 2419** |
| : | **Master Docket No. 1:13-md-2419** |
| : | |
| : | |
| : | |
| : | |
| : | |
| : | |

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff William

Gipson's Stipulation of Dismissal to be filed via E-file on this 9th day of September, 2015.


Dated: September 9, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : <br> : <br> : <br> : <br> :      **MDL No. 2419** <br> :      **Master Docket No. 1:13-md-2419** <br> : <br> : <br> :      **PLAINTIFF LINDA YANDELL'S** <br> :      **NOTICE OF DISMISSAL** <br> : <br> : |

NOW COMES, Plaintiff, Linda Yandell by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

     a.    Dismiss Plaintiff's claim; and

     b.    Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding
Pharmacy, Inc. Products Liability
Litigation

                                                       MDL No. 2419
                                                       Master Docket No. 1:13-md-2419

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Linda

Yandell's Stipulation of Dismissal to be filed via E-file on this 9th day of September, 2015.

Dated: September 9, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>:    **MDL No. 2419**<br>:    **Master Docket No. 1:13-md-2419**<br>:<br>:<br>:    **PLAINTIFF BONNIE GRAY'S**<br>:    **NOTICE OF DISMISSAL**<br>:<br>: |

NOW COMES, Plaintiff, Bonnie Gray by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

     a.   Dismiss Plaintiff's claim; and

     b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>:   **MDL No. 2419**<br>:   **Master Docket No. 1:13-md-2419**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## <u>CERTIFICATE OF SERVICE</u>

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Bonnie

Gray's Notice of Dismissal to be filed via E-file on this _15_ th day of September, 2015.


Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
# FOR THE DISCTICT OF MASSACHUSSETS

| | | |
|---|---|---|
| **In Re New England Compounding Pharmacy, Inc. Products Liability Litigation** | : | |
| | : | |
| | : | |
| | : | **MDL No. 2419** |
| | : | **Master Docket No. 1:13-md-2419** |
| | : | |
| | : | |
| | : | **PLAINTIFF JULIE** |
| | : | **HENDERSON'S** |
| | : | **NOTICE OF DISMISSAL** |
| | : | |
| | : | |

NOW COMES, Plaintiff, Julie Henderson by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding
Pharmacy, Inc. Products Liability
Litigation

:
:
:
:
:
:
:
:
:
:
:
:
:

**MDL No. 2419**
**Master Docket No. 1:13-md-2419**

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Julie

Henderson's Notice of Dismissal to be filed via E-file on this ⌠th day of September, 2015.

Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

**UNITED STATES DISTRICT COURT**
**FOR THE DISCTICT OF MASSACHUSSETS**

| | | |
|---|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : : : : : : : : : : : : : | MDL No. 2419<br>Master Docket No. 1:13-md-2419<br><br><br>PLAINTIFF LORI McDONOUGH'S NOTICE OF DISMISSAL |

NOW COMES, Plaintiff, Lori McDonough by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.  Dismiss Plaintiff's claim; and

    b.  Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

**In Re New England Compounding**
**Pharmacy, Inc. Products Liability**
**Litigation**

          **MDL No. 2419**
          **Master Docket No. 1:13-md-2419**

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff  Lori

McDonough's Notice of Dismissal to be filed via E-file on this ___ th day of September, 2015.

Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding Pharmacy, Inc. Products Liability Litigation** : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **MDL No. 2419** <br> **Master Docket No. 1:13-md-2419** <br><br><br> **PLAINTIFF KAREN McCARTHY'S** <br> **NOTICE OF DISMISSAL** |

NOW COMES, Plaintiff, Karen McCarthy's by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding** | : |
| **Pharmacy, Inc. Products Liability** | : |
| **Litigation** | : |
| | : |
| | :     **MDL No. 2419** |
| | :     **Master Docket No. 1:13-md-2419** |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |

## <u>CERTIFICATE OF SERVICE</u>

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff  Karen

McCarthy's Notice of Dismissal to be filed via E-file on this  5ᵗʰ day of September, 2015.


Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding Pharmacy, Inc. Products Liability Litigation** | : <br> : <br> : <br> : <br> :     **MDL No. 2419** <br> :     **Master Docket No. 1:13-md-2419** <br> : <br> : <br> :     **PLAINTIFF MICHAEL** <br> :     **EATON'S** <br> :     **NOTICE OF DISMISSAL** <br> : <br> : |

NOW COMES, Plaintiff, Michael Eaton by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding** <br> **Pharmacy, Inc. Products Liability** <br> **Litigation** | : <br> : <br> : <br> : <br> :    **MDL No. 2419** <br> :    **Master Docket No. 1:13-md-2419** <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## <u>CERTIFICATE OF SERVICE</u>

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Michael

Eaton's Notice of Dismissal to be filed via E-file on this ⁄ th day of September, 2015.

Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : <br> : <br> : <br> : <br> :     **MDL No. 2419** <br> :     **Master Docket No. 1:13-md-2419** <br> : <br> : <br> :     **PLAINTIFF BRENAY** <br> :     **FOURNIER'S** <br> :     **NOTICE OF DISMISSAL** <br> : <br> : |

NOW COMES, Plaintiff, Brenay Fournier by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding                                :
Pharmacy, Inc. Products Liability                            :
Litigation                                                   :
                                                             :
                                                             :     MDL No. 2419
                                                             :     Master Docket No. 1:13-md-2419
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :

## <u>CERTIFICATE OF SERVICE</u>

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Brenay

Fournier's Notice of Dismissal to be filed via E-file on this th day of September, 2015.

Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : : : : : : : : : : : : : |

**MDL No. 2419**
**Master Docket No. 1:13-md-2419**

## <u>CERTIFICATE OF SERVICE</u>

    I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff William

Broussard, III's Notice of Dismissal to be filed via E-file on this ___th day of September, 2015.

Dated: September 15, 2015

_____
Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding** <br> **Pharmacy, Inc. Products Liability** <br> **Litigation** | : <br> : <br> : <br> : <br> :     **MDL No. 2419** <br> :     **Master Docket No. 1:13-md-2419** <br> : <br> : <br> :     **PLAINTIFF WILLIAM** <br> :     **BROUSSARD, III'S** <br> :     **NOTICE OF DISMISSAL** <br> : <br> : |

NOW COMES, Plaintiff, William Broussard, III by and through counsel, McGrath Law

Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil

Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

*Peter G. McGrath*

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding : 
Pharmacy, Inc. Products Liability : 
Litigation : 
  : 
  :     **MDL No. 2419**
  :     **Master Docket No. 1:13-md-2419**
  : 
  : 
  :     **PLAINTIFF DAWN PARK'S**
  :     **NOTICE OF DISMISSAL**
  : 
  : 

NOW COMES, Plaintiff, Dawn Park by and through counsel, McGrath Law Firm, P.A.

and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : : : : : : : : : : : : : |

MDL No. 2419
Master Docket No. 1:13-md-2419

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Dawn Park's

Notice of Dismissal to be filed via E-file on this 15 th day of September, 2015.

Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | | |
|---|---|---|
| **In Re New England Compounding Pharmacy, Inc. Products Liability Litigation** | : : : : : : : : : : : : | **MDL No. 2419**<br>**Master Docket No. 1:13-md-2419**<br><br><br>**PLAINTIFF NELLIE POELT'S**<br>**NOTICE OF DISMISSAL** |

NOW COMES, Plaintiff, Nellie Poelt by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding** | : |
| **Pharmacy, Inc. Products Liability** | : |
| **Litigation** | : |
| | : |
| | : **MDL No. 2419** |
| | : **Master Docket No. 1:13-md-2419** |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |

### CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Nellie

Poelt's Notice of Dismissal to be filed via E-file on this *15* th day of September, 2015.

Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
# FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding
Pharmacy, Inc. Products Liability
Litigation

:
:
:
:
:        **MDL No. 2419**
:        **Master Docket No. 1:13-md-2419**
:
:
:        **PLAINTIFF TIMOTHY**
:        **REARDON'S**
:        **NOTICE OF DISMISSAL**
:
:

NOW COMES, Plaintiff, Timothy Reardon by and through counsel, McGrath Law Firm,

P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure

41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

# UNITED STATES DISTRICT COURT
# FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding      :
Pharmacy, Inc. Products Liability  :
Litigation                         :
                                   :
                                   :   MDL No. 2419
                                   :   Master Docket No. 1:13-md-2419
                                   :
                                   :
                                   :
                                   :
                                   :
                                   :
                                   :
                                   :

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Timothy

Reardon's Notice of Dismissal to be filed via E-file on this ___th day of September, 2015.

Dated: September 15, 2015

_____
Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>:   MDL No. 2419<br>:   Master Docket No. 1:13-md-2419<br>:<br>:<br>:   PLAINTIFF ROSANNE<br>:   McCALL'S<br>:   NOTICE OF DISMISSAL<br>:<br>: |

NOW COMES, Plaintiff, Rosanne McCall by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>:   MDL No. 2419<br>:   Master Docket No. 1:13-md-2419<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Rosanne

McCall's Notice of Dismissal to be filed via E-file on this 15 th day of September, 2015.

Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : : : : : : : : : : : : | MDL No. 2419<br>Master Docket No. 1:13-md-2419<br><br>PLAINTIFF DEBRA HACHE'S<br>NOTICE OF DISMISSAL |

NOW COMES, Plaintiff, Debra Hache by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

a. Dismiss Plaintiff's claim; and

b. Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding        :
Pharmacy, Inc. Products Liability    :
Litigation                           :
                                     :
                                     :   MDL No. 2419
                                     :   Master Docket No. 1:13-md-2419
                                     :
                                     :
                                     :
                                     :
                                     :
                                     :
                                     :

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Debra

Hache's Notice of Dismissal to be filed via E-file on this 17 th day of September, 2015.


Dated: September 15, 2015

_____
Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding        :
Pharmacy, Inc. Products Liability     :
Litigation                            :
                                      :
                                      :        **MDL No. 2419**
                                      :        **Master Docket No. 1:13-md-2419**
                                      :
                                      :
                                      :        **PLAINTIFF LORAINE**
                                      :        **MORRIS'**
                                      :        **NOTICE OF DISMISSAL**
                                      :
_____:

NOW COMES, Plaintiff, Loraine Morris by and through counsel, McGrath Law Firm,

P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure

41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

**UNITED STATES DISTRICT COURT**
**FOR THE DISCICT OF MASSACHUSSETS**

In Re New England Compounding          :
Pharmacy, Inc. Products Liability      :
Litigation                             :
                                       :
                                       :        **MDL No. 2419**
                                       :        **Master Docket No. 1:13-md-2419**
                                       :
                                       :
                                       :
                                       :
                                       :
                                       :
                                       :

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Loraine

Morris' Notice of Dismissal to be filed via E-file on this ___ th day of September, 2015.


Dated: September 15, 2015

                                        Herbert F. Glass
                                        McGrath Law Firm, P.A.
                                        802 Johnnie Dodds Blvd.
                                        Mount Pleasant, SC 294064

## UNITED STATES DISTRICT COURT
## FOR THE DISCICT OF MASSACHUSSETS

| | | |
|---|---|---|
| **In Re New England Compounding Pharmacy, Inc. Products Liability Litigation** | : | |
| | : | |
| | : | |
| | : | |
| | : | **MDL No. 2419** |
| | : | **Master Docket No. 1:13-md-2419** |
| | : | |
| | : | |
| | : | **PLAINTIFF MARJORIE** |
| | | **DOUGLAS'** |
| | : | **NOTICE OF DISMISSAL** |
| | : | |
| | : | |

NOW COMES, Plaintiff, Marjorie Douglas by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

## UNITED STATES DISTRICT COURT
## FOR THE DISCICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : <br> : <br> : <br> : <br> :    **MDL No. 2419** <br> :    **Master Docket No. 1:13-md-2419** <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Majorie

Douglas Notice of Dismissal to be filed via E-file on this ___15___ th day of September, 2015.

Dated: September 16, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding     :
Pharmacy, Inc. Products Liability     :
Litigation     :
    :
    :    **MDL No. 2419**
    :    **Master Docket No. 1:13-md-2419**
    :
    :
    :    **PLAINTIFF BORG McDOUGLE**
    :    **NOTICE OF DISMISSAL**
    :
    :

NOW COMES, Plaintiff, Borg McDougle by and through counsel, McGrath Law Firm,

P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure

41a.

WHEREFORE, we respectfully pray that this Court:

     a.   Dismiss Plaintiff's claim; and

     b.   Grant any other relief that is just and necessary


                       Respectfully submitted,

                       Peter G. McGrath
                       McGrath Law Firm, P.A.
                       802 Johnnie Dodds Blvd.
                       Mount Pleasant, SC 29464
                       Phone: (843) 606-2755
                       Fax: (843) 388-7263

**UNITED STATES DISTRICT COURT**
**FOR THE DISCTICT OF MASSACHUSSETS**

In Re New England Compounding :  
Pharmacy, Inc. Products Liability :
Litigation :
  :
  :     **MDL No. 2419**
  :     **Master Docket No. 1:13-md-2419**
  :
  :
  :
  :
  :
  :

## CERTIFICATE OF SERVICE

     I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Borg

McDougle Notice of Dismissal to be filed via E-file on this _5_ th day of September, 2015.

Dated: September _5_, 2015

                         Herbert F. Glass
                         McGrath Law Firm, P.A.
                         802 Johnnie Dodds Blvd.
                         Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | | |
|---|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : : : : : : : : : : : : : | MDL No. 2419<br>Master Docket No. 1:13-md-2419<br><br>PLAINTIFF MARY Al HUNT'S<br>NOTICE OF DISMISSAL |

NOW COMES, Plaintiff, Al Hunt by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding Pharmacy, Inc. Products Liability Litigation** | : : : : : : : : : : : : |

**MDL No. 2419**
**Master Docket No. 1:13-md-2419**

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Al Hunt

Notice of Dismissal to be filed via E-file on this _16 th_ day of September, 2015.


Dated: September _15_, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : <br> : <br> : <br> : <br> : **MDL No. 2419** <br> : **Master Docket No. 1:13-md-2419** <br> : <br> : <br> : **PLAINTIFF MARY ELLEN** <br> : **BEAGLE'S** <br> : **NOTICE OF DISMISSAL** <br> : <br> : |

NOW COMES, Plaintiff, Mary Ellen Beagle by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding** : | |
| **Pharmacy, Inc. Products Liability** : | |
| **Litigation** : | |
| : | **MDL No. 2419** |
| : | **Master Docket No. 1:13-md-2419** |

## <u>CERTIFICATE OF SERVICE</u>

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Mary Ellen Beagle Stipulation of Dismissal to be filed via E-file on this 15 th day of September, 2015.

Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : <br> : <br> : <br> : <br> :    **MDL No. 2419** <br> :    **Master Docket No. 1:13-md-2419** <br> : <br> : <br> :    **PLAINTIFF TIMOTHY** <br>     **BERUBE'S** <br> :    **NOTICE OF DISMISSAL** <br> : <br> : |

NOW COMES, Plaintiff, Timothy Berube by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding** : | |
| **Pharmacy, Inc. Products Liability** : | |
| **Litigation** : | |
| : | |
| : | **MDL No. 2419** |
| : | **Master Docket No. 1:13-md-2419** |
| : | |
| : | |
| : | |
| : | |
| : | |
| : | |
| : | |

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Timothy

Berube Stipulation of Dismissal to be filed via E-file on this ⟋ᵗʰ day of September, 2015.


Dated: September ⟋, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding     :
Pharmacy, Inc. Products Liability     :
Litigation     :
    :
    :     **MDL No. 2419**
    :     **Master Docket No. 1:13-md-2419**
    :
    :
    :     **PLAINTIFF MICHAEL**
    :     **FERRAR'S**
    :     **NOTICE OF DISMISSAL**
    :
    :

NOW COMES, Plaintiff, Michael Ferrar by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding Pharmacy, Inc. Products Liability Litigation** | : |
| | : |
| | : |
| | : **MDL No. 2419** |
| | : **Master Docket No. 1:13-md-2419** |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |

## <u>CERTIFICATE OF SERVICE</u>

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Michael

Ferrar's Notice of Dismissal to be filed via E-file on this *15* th day of September, 2015.

Dated: September *15*, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding
Pharmacy, Inc. Products Liability
Litigation

                      :

:

:

:

:      **MDL No. 2419**

:      **Master Docket No. 1:13-md-2419**

:

:

:      **PLAINTIFF JAY DOYLE'S**

:      **NOTICE OF DISMISSAL**

:

:

NOW COMES, Plaintiff, Jay Doyle by and through counsel, McGrath Law Firm, P.A.

and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.  Dismiss Plaintiff's claim; and

    b.  Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

In Re New England Compounding           :
Pharmacy, Inc. Products Liability        :
Litigation                               :
                                         :
                                         :      MDL No. 2419
                                         :      Master Docket No. 1:13-md-2419
                                         :
                                         :
                                         :
                                         :
                                         :
                                         :
                                         :

## <u>CERTIFICATE OF SERVICE</u>

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Jay Doyle's

Notice of Dismissal to be filed via E-file on this _15_th day of September, 2015.

Dated: September _15_, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | | |
|---|---|---|
| **In Re New England Compounding** | : | |
| **Pharmacy, Inc. Products Liability** | : | |
| **Litigation** | : | |
| | : | |
| | : | **MDL No. 2419** |
| | : | **Master Docket No. 1:13-md-2419** |
| | : | |
| | : | |
| | : | **PLAINTIFF DEBRA BROWN** |
| | : | **NOTICE OF DISMISSAL** |
| | : | |
| | : | |

NOW COMES, Plaintiff, Debra Brown by and through counsel, McGrath Law Firm, P.A.

and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a.   Dismiss Plaintiff's claim; and

    b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding** <br> **Pharmacy, Inc. Products Liability** <br> **Litigation** | : <br> : <br> : <br> : <br> :     **MDL No. 2419** <br> :     **Master Docket No. 1:13-md-2419** <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### <u>CERTIFICATE OF SERVICE</u>

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Debra

Brown's Notice of Dismissal to be filed via E-file on this _15_ th day of September, 2015.


Dated: September _15_, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

# UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : <br> : <br> : <br> : <br> :    **MDL No. 2419** <br> :    **Master Docket No. 1:13-md-2419** <br> : <br> : <br> :    **PLAINTIFF LARRY KEEFER'S** <br> :    **NOTICE OF DISMISSAL** <br> : <br> : |

NOW COMES, Plaintiff, Larry Keefer by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

     a.   Dismiss Plaintiff's claim; and

     b.   Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

## UNITED STATES DISTRICT COURT
## FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding** | : |
| **Pharmacy, Inc. Products Liability** | : |
| **Litigation** | : |
| | : |
| | : **MDL No. 2419** |
| | : **Master Docket No. 1:13-md-2419** |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Larry

Keefer's Stipulation of Dismissal to be filed via E-file on this _15_ th day of September, 2015.

Dated: September _15_, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064