UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>: MDL No. 2419<br>: Master Docket No. 1:13-md-2419<br>:<br>:<br>: PLAINTIFF PAUL COMPTON'S<br>: NOTICE OF DISMISSAL<br>:<br>: |

NOW COMES, Plaintiff, Paul Compton by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a. Dismiss Plaintiff's claim; and

    b. Grant any other relief that is just and necessary

Respectfully submitted,

*/s/ Peter G. McGrath*

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>: MDL No. 2419<br>: Master Docket No. 1:13-md-2419<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Paul Compton's Notice of Dismissal to be filed via E-file on this ___th day of September, 2015.

Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>: MDL No. 2419<br>: Master Docket No. 1:13-md-2419<br>:<br>:<br>: PLAINTIFF BRITA<br>: CARIGNAN'S<br>: NOTICE OF DISMISSAL<br>:<br>: |

NOW COMES, Plaintiff, Brita Carignan by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

a. Dismiss Plaintiff's claim; and

b. Grant any other relief that is just and necessary

Respectfully submitted,

*[signature]*

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>: MDL No. 2419<br>: Master Docket No. 1:13-md-2419<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Brita Carignan's Notice of Dismissal to be filed via E-file on this ___th day of September, 2015.

Dated: September 15, 2015

                                                            Herbert F. Glass
                                                            McGrath Law Firm, P.A.
                                                            802 Johnnie Dodds Blvd.
                                                            Mount Pleasant, SC 294064

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>: MDL No. 2419<br>: Master Docket No. 1:13-md-2419<br>:<br>:<br>: PLAINTIFF TAMMY ALLEN'S<br>: NOTICE OF DISMISSAL<br>:<br>: |

NOW COMES, Plaintiff, Tammy Allen by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

a. Dismiss Plaintiff's claim; and

b. Grant any other relief that is just and necessary

Respectfully submitted,

*/s/ Peter G. McGrath*

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>: MDL No. 2419<br>: Master Docket No. 1:13-md-2419<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Tammy Allen's Notice of Dismissal to be filed via E-file on this ___th day of September, 2015.

Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

<div style="text-align:center">

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

</div>

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>:  MDL No. 2419<br>:  Master Docket No. 1:13-md-2419<br>:<br>:<br>:  PLAINTIFF STEVENS<br>:  WYMAN'S<br>:  NOTICE OF DISMISSAL<br>:<br>: |

NOW COMES, Plaintiff, Stevens Wyman's by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

    a. Dismiss Plaintiff's claim; and

    b. Grant any other relief that is just and necessary

<div style="margin-left: 50%">

Respectfully submitted,

*/s/ Peter G. McGrath*

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

</div>

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>: MDL No. 2419<br>: Master Docket No. 1:13-md-2419<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Stevens Wymans Notice of Dismissal to be filed via E-file on this /5th day of September, 2015.

Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : : : : : MDL No. 2419 : Master Docket No. 1:13-md-2419 : : : : PLAINTIFF STEVE SWISHER'S : NOTICE OF DISMISSAL : : |

NOW COMES, Plaintiff, Steve Swisher by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

a. Dismiss Plaintiff's claim; and

b. Grant any other relief that is just and necessary

Respectfully submitted,

*/s/ Peter G. McGrath*

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>: MDL No. 2419<br>: Master Docket No. 1:13-md-2419<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Steve Swisher's Notice of Dismissal to be filed via E-file on this ___th day of September, 2015.

Dated: September 15, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>: MDL No. 2419<br>: Master Docket No. 1:13-md-2419<br>:<br>:<br>: PLAINTIFF SHERYLE<br>  TILLSON'S<br>: NOTICE OF DISMISSAL<br>:<br>: |

NOW COMES, Plaintiff, Sheryl Tillson by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

a. Dismiss Plaintiff's claim; and

b. Grant any other relief that is just and necessary

Respectfully submitted,

*/s/ Peter G. McGrath*

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | : <br> : <br> : <br> : <br> : MDL No. 2419 <br> : Master Docket No. 1:13-md-2419 <br> : <br> : <br> : <br> : <br> : <br> : |

### CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Sheryl Tillson's Notice of Dismissal to be filed via E-file on this ___th day of September, 2015.

Dated: September 15, 2015

_____
Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding Pharmacy, Inc. Products Liability Litigation** | :<br>:<br>:<br>:<br>: MDL No. 2419<br>: Master Docket No. 1:13-md-2419<br>:<br>:<br>: **PLAINTIFF DIXON**<br>: **GEORGIANNA'S**<br>: **NOTICE OF DISMISSAL** |

NOW COMES, Plai[ntiff ...], McGrath Law Firm, P.A. and hereby submits thi[s ...]e of Civil Procedure 41a.

WHEREFORE, we r[equest ...]

a. Dismiss [...]

b. Grant any [...]

Respectfully submitted,

*/s/ Peter G. McGrath*

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>: MDL No. 2419<br>: Master Docket No. 1:13-md-2419<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Plaintiff Dixon Georgianna's Stipulation of Dismissal to be filed via E-file on this 14th day of September, 2015.

Dated: September 14, 2015

_____
Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064