UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) | |
| _____ | ) | MDL No. 2419 |
| | ) | Dkt. No 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| All Suits | ) | |
| | ) | |

**Notice of Stipulation on Extension of Time for
Tennessee Clinic Defendants to Respond to
*Motion of the United States for Leave to Intervene and for a Stay of Certain
Depositions Pending Resolution of Related Criminal Proceeding* [Dkt. 2209]**

Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John W. Culclasure, MD; and Debra V. Schamberg, RN, CNOR; Specialty Surgery Center, PLLC; Kenneth Lister, MD, PC; Kenneth R. Lister, MD; and Donald Jones, MD (collectively "the Tennessee Clinic Defendants") hereby give notice to this honorable Court and all parties that, consistent with MDL Order 11 [Dkt. 1524], the Tennessee Clinic Defendants and the United States (two of the "Impacted Parties" with regard to this motion) have agreed that the Tennessee Clinic Defendants shall have through September 28, 2015, to file a written response to *Motion of the United States for Leave to Intervene and for a Stay of Certain Depositions Pending Resolution of Related Criminal Proceedings*, filed September 4, 2015 [Dkt. 2209]. This is the first extension for response to this motion.

Respectfully submitted with the consent of the United States,

**GIDEON, COOPER & ESSARY, PLC**

*/s/ Chris J. Tardio*
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

***Attorneys for the Tennessee Clinic Defendants***

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 16th day of September, 2015.

*/s/ Chris J. Tardio*
**Chris J. Tardio**