**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| _____ | ) | |
| THIS DOCUMENT RELATES TO: | ) ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |
| All Cases | ) ) ) ) ) ) | |

**NOTICE OF STIPULATION ON EXTENSION OF TIME FOR**
**SAINT THOMAS ENTITIES TO RESPOND TO MOTION OF THE UNITED STATES**
**FOR LEAVE TO INTERVENE AND FOR A STAY OF CERTAIN DEPOSITIONS**
**PENDING RESOLUTION OF RELATED CRIMINAL PROCEEDING [Dkt. 2209]**

The Saint Thomas Entities[1] hereby give notice to this Honorable Court and all parties that, consistent with MDL Order No. 11 [Dkt. 1524], the Saint Thomas Entities and the United States (the "Impacted Parties" with regard to this motion) have agreed that the Saint Thomas Entities shall have through September 28, 2015, to file a written response to *Motion of the United States for Leave to Intervene and for a Stay of Certain Depositions Pending Resolution of Related Criminal Proceedings*, filed September 4, 2015 [Dkt. 2209]. This is the first extension for the Saint Thomas Entities' response to this motion.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

Dated: Sept. 17, 2015

SAINT THOMAS WEST HOSPITAL F/K/A ST.
THOMAS HOSPITAL, SAINT THOMAS
HEALTH, AND SAINT THOMAS NETWORK

By their attorneys,

 /s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

- 3 -

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 17th day of September, 2015.

/s/ Sarah P. Kelly
Sarah P. Kelly

2884598.1