**EXHIBIT B –**

**ORIGINAL DOCUMENT FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER NO. 3**