# EXHIBIT C –

# ORIGINAL DOCUMENT FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER NO. 3