Case 1:13-md-02419-RWZ   Document 2261-8   Filed 09/17/15   Page 1 of 4

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF JEFFERY EBEL on 05/29/2015                    Page 1

```
           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS



 IN RE: NEW ENGLAND
 COMPOUNDING PHARMACY,
 INC. PRODUCTS LIABILITY    MDL No. 2419
 LITIGATION
                            Master Dkt:
                            1:13-md-02419-RWZ
 ~~~~~~~~~~~~~~~~~~~~~~
 THIS DOCUMENT RELATES
 TO:

 All Actions


 ~~~~~~~~~~~~~~~~~~~~~~~~~


        30(b)(6) VIDEOTAPED DEPOSITION OF
                  JEFFERY EBEL


                  9:05 a.m.
                May 29, 2015


                 Suite 1740
              414 Union Street
             Nashville, Tennessee


       Blanche J. Dugas, RPR, CCR No. B-2290
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2261-8   Filed 09/17/15   Page 2 of 4

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF JEFFERY EBEL on 05/29/2015                     Page 27

```
 1   supplied that particular medicine.  Could your company
 2   have supplied that particular medicine,
 3   methylprednisolone acetate, to the St. Thomas
 4   Outpatient Neurosurgical Center throughout 2011 and
 5   2012?
 6        A.    Yes.
 7        Q.    All right.  And is there any doubt in your
 8   answer in that regard?
 9        A.    Well, your question was could we supply
10   methylprednisolone acetate.
11        Q.    Yes.
12        A.    And, yes, we could.
13        Q.    Okay.  Were there any shortages of that
14   medicine during that time frame?
15        A.    During that time frame in 2011, there was
16   an FDA approved manufacturer by the name of Sandoz
17   that made methylprednisolone acetate, and there also
18   was an FDA approved manufacturer by the name of Pfizer
19   who made Depo-Medrol, which is methylprednisolone
20   acetate.  And during 2011, 2012, we always had one of
21   those two in stock.
22        Q.    Okay.  All right. And so if it -- if St.
23   Thomas Outpatient Neurosurgical Center had wanted to
24   procure let's say 500 vials of methylprednisolone
25   acetate each and every month during the 2011-2012 time
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2261-8   Filed 09/17/15   Page 3 of 4

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF JEFFERY EBEL on 05/29/2015                Page 28

```
 1   frame, would your company have been able to supply
 2   them with that medicine?
 3        A.    Yes.
 4        Q.    Now, did the price of that medicine
 5   fluctuate during that time period?
 6        A.    During -- during 2011, Sandoz informed us
 7   that they were going to be exiting the market.  Sandoz
 8   is the company that made the generic to Depo-Medrol,
 9   and so we had a limited inventory and so we weren't
10   discounting the product as much as if we had a lot of
11   supply.
12        Q.    Okay.  And so I would like for you to
13   assume that there's been testimony in this case that
14   in June of 2011 your company increased the price of
15   MPA from $6.49 for an 80-milligram vial to $8.95,
16   which is an increase of $2.46 cents a vial, I believe.
17              Does that sound correct to you?
18        A.    That may have been correct.  I'm not
19   positive about that.
20        Q.    All right.  Well, let me show you an
21   exhibit that we've already marked in this case, which
22   is Exhibit No. 30.  And this contains several invoices
23   to the St. Thomas Outpatient Neurosurgical Center and
24   let me first -- if you look in the bottom right-hand
25   corner, the exhibits are numbered, and look at Page
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2261-8   Filed 09/17/15   Page 4 of 4

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF JEFFERY EBEL on 05/29/2015                    Page 29

```
 1   No. 10, the tenth page, which is STOPNC0173 is how
 2   it's labeled.
 3        A.    Okay.  It's an invoice here.
 4        Q.    Okay.  And do you see there for
 5   methylprednisolone acetate a price of $6.49?
 6        A.    Yes.
 7        Q.    Okay.  And then let's look at the twelfth
 8   page.  Is that another invoice for your company?
 9        A.    It is.
10        Q.    All right.  And that's an invoice in June,
11   June the 9th of 2011.  Do you see that?
12        A.    Yes.
13        Q.    And so what's the price of that particular
14   invoice?
15        A.    $8.95.
16        Q.    So the previous invoice was from May 13th
17   of '11 where you charged $6.49, but then in June of
18   2011, the price went up to $8.95.  Do you see that?
19        A.    Yes.
20        Q.    Okay.  So what was the reason for that
21   price increase?
22        A.    The reason for that price increase was
23   because there was a limited supply of
24   methylprednisolone acetate from Sandoz.  They were
25   exiting the market.  There was, however, plenty of
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com