UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Tennessee Actions Against The St. Thomas Entities | MDL No. 2419<br>Master Docket No.: 1:13-md-2419-RWZ<br><br>Honorable Rya W. Zobel<br><br><u>DEMAND FOR JURY TRIAL</u> |

## PLAINTIFFS' STEERING COMMITTEES' MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

The Plaintiffs' Steering Committee (the "PSC") moves this Honorable Court, pursuant to Local Rule 7.2, to allow Exhibits B and C to the Memorandum in Support of the Plaintiffs' Steering Committee's Motion to Compel the Saint Thomas Entities to Respond to Produce Certain Documents, to be filed under seal.

These two exhibits, containing deposition testimony of Rebecca Climer and Cindy Williams respectively, have been designated as Confidential pursuant to this Court's Protective Order No. 3 (Dkt. 814) by the Saint Thomas Entities.

WHEREFORE, the PSC respectfully requests that the Court allow the Exhibits to the Memorandum in Support of the PSC's Motion to Compel be filed under seal.

September 17, 2015

Respectfully submitted,

s/ Benjamin A. Gastel
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North

- 1 -

Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcenter.com

- 3 -

        Kim Dougherty
        JANET, JENNER & SUGGS, LLC
        31 St. James Avenue, Suite 365
        Boston, MA  02116
        Telephone:  (617) 933-1265
        kdougherty@myadvocates.com

        Patrick T. Fennell
        CRANDALL & KATT
        366 Elm Avenue, S.W.
        Roanoke, VA  24016
        Telephone:  (540) 342-2000
        pfennel@crandalllaw.com

        Mark Zamora
        ZAMORA FIRM
        6 Concourse Way, 22nd Floor
        Atlanta, GA  30328
        Telephone:  (404) 451-7781
        Facsimile:  (404) 506-9223
        marc@markzamora.com

        *Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

    I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:  September 17, 2015                    /s Benjamin A. Gastel
                                                          Benjamin A. Gastel