UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| **In Re New England Compounding Pharmacy, Inc. Products Liability Litigation** | :<br>:<br>:<br>:<br>: MDL No. 2419<br>: Master Docket No. 1:13-md-2419<br>:<br>:<br>: PLAINTIFF LISA MARIE<br>: RUSSO'S<br>: NOTICE OF DISMISSAL<br>:<br>: |

NOW COMES, Plaintiff, Lisa Marie Russo by and through counsel, McGrath Law Firm, P.A. and hereby submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41a.

WHEREFORE, we respectfully pray that this Court:

  a. Dismiss Plaintiff's claim; and

  b. Grant any other relief that is just and necessary

Respectfully submitted,

Peter G. McGrath
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 29464
Phone: (843) 606-2755
Fax: (843) 388-7263

UNITED STATES DISTRICT COURT
FOR THE DISCTICT OF MASSACHUSSETS

| | |
|---|---|
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | :<br>:<br>:<br>:<br>:   MDL No. 2419<br>:   Master Docket No. 1:13-md-2419<br>:<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, Herbert F. Glass, hereby certify that I caused a copy of the above Lisa Marie Russo's Notice of Dismissal to be filed via E-file on this 22th day of September, 2015.

Dated: September 22, 2015

Herbert F. Glass
McGrath Law Firm, P.A.
802 Johnnie Dodds Blvd.
Mount Pleasant, SC 294064