UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No. 02419 ) Docket No. 1:13-md-2419-RWZ |
| This document relates to: | ) ) ) |
| All Cases involving the Box Hill Defendants[1] | ) ) ) |

## JOINT STIPULATION FOR EXTENSION OF TIME FOR THE BOX HILL DEFENDANTS TO FILE ANSWERS IN THE BELOW REFERENCED ACTIONS

The Box Hill Defendants and the Plaintiffs in the eight individual actions filed against the Box Hill Defendants, by and through undersigned counsel, hereby stipulate jointly as follows:

1. On or about October 24, 2014, after these eight (8) actions were initially filed in Maryland state court and removed to the U.S. District Court for the District of Maryland, each action was transferred to this MDL docket, pursuant to a Conditional Transfer Order (Dkt. 1507).

2. On or about January 13, 2015, the Box Hill Defendants filed a global Motion to Dismiss the claims against them (Dkt. 1639). Following numerous agreements to narrow the issues and outline a briefing schedule, this Honorable Court issued its Memorandum of Opinion on September 8, 2015 (Dkt. 2225).

3. Accordingly, the Box Hill Defendants Answer is due on or about September 22, 2015.

---

[1] The Box Hill Defendants are Box Hill Surgery Center, LLC, Ritu Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC. As it currently stands, this pleading applies to the following cases: Handy v. Box Hill Surgery Center, LLC, et al. No: 1:14-cv-14019-RWZ; Armetta v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14023-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ; Davis v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ

4.  The parties now file this joint stipulation memorializing their agreement to a 14-day extension of time for the Box Hill Defendants to file an Answer in each of these eight separate actions. Each Answer shall be filed on or before October 6, 2015.

Respectfully submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
gkirby@pklaw.com
(410) 938-8800
***Attorneys for the Box Hill Defendants***


/s/ Patricia J. Kasputys
Patricia J. Kasputys
Sharon L. Houston
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street
22nd floor
Baltimore, MD 21201
410-649-2000
Pkasputys@lawpga.com
Shouston@lawpga.com
***Attorneys for Plaintiff***


/s/ Michael Coren
Cohen, Placitella & Roth, P.C.
Harry M. Roth
Michael Coren
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
215-567-3500
***Attorneys for Plaintiff Handy***

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 22nd day of September, 2015.

/s/ Gregory K. Kirby
Gregory K. Kirby