**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Identified In Dkt. No. 1472-1. | Judge Rya Zobel |

**PLAINTIFFS' STEERING COMMITTEE'S**
**NOTICE OF FILING CLARIFICATION REGARDING**
**30(b)(6) DEPOSITION OF CALISHER & ASSOCIATES, INC.**

The Plaintiffs' Steering Committee gives notice to the Court and all parties of filing the attached clarification and schedule of designee deponents with regards to the previously filed Notice of 30(b)(6) Deposition of Calisher & Associates, Inc. Gina Calisher will be deposed individually and as designee for Calisher & Associates, Inc. on September 28, 2015, beginning at 9:00 a.m.  Ron Calisher will be deposed individually and as designee for Calisher & Associates, Inc. immediately following the conclusion of Gina Calisher's deposition or beginning at 9:00 a.m. on  September 29, 2015, time permitting.

Dated:  September 24, 2015

Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

1

## **CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: September 24, 2015

                                              **/s/ J. Gerard Stranch, IV**
                                              J. Gerard Stranch, IV