## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

### <u>DEPOSITION NOTICE</u>

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and

MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the

30(b)(6) deposition of Calisher & Associates, Inc., Gina Calisher designee, and individually as

witness, on Monday, September 28, 2015 at 9:00am at the offices of St. Regis Princeville Resort,

5520 Ka Haku Road, Princeville, HI 96722.  The deposition will be recorded by stenographical

means and by video.


Dated: September 24, 2015              Respectfully submitted,

                                       **/s/ J. Gerard Stranch, IV**
                                       J. Gerard Stranch, IV
                                       Benjamin A. Gastel
                                       BRANSTETTER, STRANCH & JENNINGS PLLC
                                       227 Second Avenue North
                                       Nashville, TN  37201
                                       Telephone:  (615) 254-8801
                                       Facsimile:  (615) 255-5419
                                       gerards@branstetterlaw.com
                                       beng@branstetterlaw.com

                                       *Plaintiffs' Steering Committee and Tennessee State Chair*

**<u>CERTIFICATE OF SERVICE</u>**

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: September 24, 2015

<u>**/s/ J. Gerard Stranch, IV**</u>
J. Gerard Stranch, IV