UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 <br> Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO: <br><br> All Actions | |

**DEPOSITION NOTICE**

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the 30(b)(6) deposition of Calisher & Associates, Inc., Ron Calisher designee, and individually as witness, starting at the conclusion of Gina Calisher's deposition on September 28, 2015 and continuing to September 29, 2015, beginning at 9:00 a.m., if necessary. The deposition will be held at the offices of St. Regis Princeville Resort, 5520 Ka Haku Road, Princeville, HI 96722. The deposition will be recorded by stenographical means and by video.

Dated: September 24, 2015                           Respectfully submitted,

                                                  **/s/ J. Gerard Stranch, IV**
                                                  J. Gerard Stranch, IV
                                                  Benjamin A. Gastel
                                                  BRANSTETTER, STRANCH & JENNINGS PLLC
                                                  227 Second Avenue North
                                                  Nashville, TN  37201
                                                  Telephone:  (615) 254-8801
                                                  Facsimile:  (615) 255-5419
                                                  gerards@branstetterlaw.com
                                                  beng@branstetterlaw.com

                                                  *Plaintiffs' Steering Committee and Tennessee State Chair*

## **CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: September 24, 2015

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV