UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Golden v. Michael J. O'Connell, M.D., et al.<br>No. 1:15-cv-12346-RWZ | )<br>)<br>)<br>)<br>) MDL No: 1:13-md-2419-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO APPEAR BY TELEPHONE**

**NOW COMES** Lecia J. Golden ("Golden"), by and through her attorneys, Lyons Law Offices, P.A., and hereby files this Motion for Leave to Appear by Telephone in the above-captioned matter. In support thereof we submit as follows:

1. Attorney John E. Lyons, Jr. represents Plaintiff Golden in the above-referenced case and requests leave to speak by telephone during the teleconference scheduled at 2:00 PM on October 14, 2015.

2. Counsel intends to speak on the issue of the Court's Order to Show Cause regarding jurisdiction pursuant to 28 U.S.C. § 1334(b) with regard to certain New Hampshire cases, to which she has filed a response. Counsel will also speak with regard to the New Hampshire Defendants' Motion to Dismiss or Abstain from Jurisdiction to which she has filed an objection, and with regard to any other issues relating thereto.

Wherefore, Plaintiff respectfully prays that this Honorable Court:

A.   Allow counsel to be heard; and

B.   Grant any other relief that is just and necessary.

1

                                  LECIA GOLDEN
                                  By Her Attorney,
                                  LYONS LAW OFFICES, P.A.

Dated: 10/1/15              By:  /s/ John E. Lyons, Jr.
                                    John E. Lyons, Jr., Esq.
                                    NH Bar No:  1535
                                    One New Hampshire Avenue
                                    Suite 235
                                    Portsmouth, NH 03801
                                    (603) 431-5144
                                    E-mail:  jlyons@lyonslaw.net

## **CERTIFICATE OF SERVICE**

      I, John E. Lyons, Jr., hereby certify that on this day, October 1, 2015, a copy of the foregoing document was electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's ECF system.

                                    /s/ John E. Lyons, Jr.
                                    John E. Lyons, Jr.