UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) All Suits Against the Saint Thomas Entities ) ) ) ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

**NOTICE OF STIPULATION REGARDING EXTENSION OF TIME FOR SAINT THOMAS ENTITIES TO FILE RESPONSE TO PSC'S MOTION TO COMPEL RESPONSES TO CERTAIN DOCUMENT REQUESTS**

The Saint Thomas Entities[1] hereby give notice to this Honorable Court and all parties that, consistent with MDL Order No. 11 [Dkt. No. 1524], the Saint Thomas Entities and the Plaintiffs' Steering Committee (the "Impacted Parties") have agreed that the Saint Thomas Entities shall have through October 5, 2015 to file a written response to the Plaintiffs' Steering Committee's *Motion to Compel the Saint Thomas Entities to Produce Certain Documents*, filed September 17, 2015 [Dkt. No. 2260]. This is the first extension for the Saint Thomas Entities' response to this motion.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network

Dated: October 1, 2015

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

SAINT THOMAS WEST HOSPITAL F/K/A
ST. THOMAS HOSPITAL, SAINT THOMAS
HEALTH, AND SAINT THOMAS
NETWORK

By their attorneys,

 /s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

- 3 -

## CERTIFICATE OF SERVICE

       I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 1st day of October, 2015.

                                      */s/ Sarah Kelly*
                                       Sarah P. Kelly

2897875.1