UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>"All Actions" | 1:13-md-02419-FDS |

## NOTICE OF WITHDRAWAL FOR ROBERT L. BOSTON

Please enter my withdrawal as counsel on behalf of Defendants Marion Pain Management Center, Inc. and Mangala J. Shetty, MD, in the above-referenced matter.

Respectfully Submitted,

The Defendants,
MARION PAIN MANAGEMENT
CENTER, INC. AND MANGALA J.
SHETTY, MD

By their Attorneys,

/s/ Robert L. Boston
Robert L. Boston (BBO#665174)
Campbell Campbell Edwards & Conroy,
Professional Corporation
One Constitution Center
Boston, MA 02129
(617) 241-3000
rboston@campbell-trial-lawyers.com

Dated: October 2, 2015

## CERTIFICATE OF SERVICE

I, Robert L. Boston, hereby certify that on this 2nd day of October, 2015, a copy of the foregoing document was filed electronically with the United States District Court for the District of Massachusetts, which will send notification of such filing to all counsel of record.

       /s/ *Robert L. Boston*
       Robert L. Boston