UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


IN RE: NEW ENGLAND                    :    MDL No. 2149
                                           Master Docket: 1:13-md-02419(RWZ)

COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION          :    OCTOBER 2, 2015

This Documents Relates to:
    All Actions


### NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Nicole D. Dorman as attorney for non-

party, LIBERTY INDUSTRIES, INC., in the above-referenced matter.



LIBERTY INDUSTRIES, INC.



By _____/s/ Nicole D. Dorman_____
    Nicole D. Dorman [ct07030]
    Law Office Nicole D. Dorman. LLC
    P.O. Box 1142
    Glastonbury, CT 06033
    860-463-6873
    860-760-6715 (fax)
    E-mail:  ndorman@nicoledormanlaw.com

## **CERTIFICATION**

This is to certify that on this 2nd day of October, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


                                    _____/s/ Nicole D. Dorman_____
                                    Nicole D. Dorman