**EXHIBIT "L" TO BE FILED UNDER SEAL**