# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING    )
PHARMACY, INC. PRODUCTS LIABILITY    )
LITIGATION    )
    )
_____    )
    )    MDL No. 2419
THIS DOCUMENT RELATES TO:    )    Dkt. No 1:13-md-2419 (RWZ)
    )
All Suits Against the Saint Thomas Entities    )
    )
    )
    )
    )

## SAINT THOMAS ENTITIES' MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL

The Saint Thomas Entities[1] move this Honorable Court, pursuant to Local Rule 7.2, to permit Exhibits D and L of the Saint Thomas Entities' Response to the PSC's Motion to Compel to be filed under seal. These documents should remain under seal until this MDL is terminated and should then be returned to local counsel for the Saint Thomas Entities. The exhibits are as follows, and contain material designated as Confidential Discovery Material by the Saint Thomas Entities pursuant to this Court's Third Amended Protective Order (Dkt. No. 814):

- **Exhibit D**, Exhibit 517 from July 29, 2015 Deposition of Cindy Williams; and

- **Exhibit L**, Transcript Excerpt from Aug. 21, 2015 Deposition of Carmen Leffler, D.Ph.

WHEREFORE, the Saint Thomas Entities respectfully request that the Court permit the exhibits referenced above to be filed under seal.

---

[1]    Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

Dated: October 5, 2015

SAINT THOMAS WEST HOSPITAL F/K/A
ST. THOMAS HOSPITAL, SAINT THOMAS
HEALTH, AND SAINT THOMAS
NETWORK

By their attorneys,

 */s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

- 3 -

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 5th day of October, 2015.

/s/ Sarah Kelly
Sarah P. Kelly

2900251.1