# EXHIBIT "B"

Case 1:13-md-02419-RWZ   Document 2295   Filed 10/06/15   Page 2 of 5

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION
VIDEOTAPED DEPOSITION OF SCOTT BUTLER on 02/05/2015                Page 1

```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2

 3

 4
     IN RE: NEW ENGLAND
 5   COMPOUNDING PHARMACY,
     INC. PRODUCTS LIABILITY     MDL No. 2419
 6   LITIGATION
                                 Master Dkt:
 7                               1:13-md-02419-RWZ
     ~~~~~~~~~~~~~~~~~~~~~~~
 8   THIS DOCUMENT RELATES
     TO:
 9

10   All Actions

11
     ~~~~~~~~~~~~~~~~~~~~~~~~
12

13
              VIDEOTAPED DEPOSITION OF
14                  SCOTT BUTLER

15
                    9:03 a.m.
16              February 5, 2015

17

18               Suite 1100
              315 Deaderick Street
19            Nashville, Tennessee

20

21       Blanche J. Dugas, RPR, CCR No. B-2290

22

23

24

25
```



Case 1:13-md-02419-RWZ   Document 2295   Filed 10/06/15   Page 3 of 5

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION
VIDEOTAPED DEPOSITION OF SCOTT BUTLER on 02/05/2015                    Page 14

1  follow the order, but the primary purpose of the order
2  is that you have to keep those confidential and can't
3  use them beyond the confines of this litigation.  Fair
4  enough?
5      A.    Okay.
6      Q.    All right.  Tell us what you know about the
7  history of St. Thomas Neurosurgical.
8      A.    I know it was started in 2000 doing spine
9  surgery and epidural steroid injections, and then in
10 early 2005, all the spine surgery moved out of there
11 and since 2005, it's been doing epidural steroid
12 injection, pain blocks, various other procedures.
13     Q.    And approximately how many epidural steroid
14 injections does St. Thomas Neurosurgical do in a year?
15     A.    Over the course of the last ten years, just
16 an approximate?
17     Q.    Sure.
18     A.    I'd say between three and 4,000 would be my
19 guess.
20     Q.    What about in 2012 and 2000 -- or rather
21 let's say 2011?  Do you have any idea as to
22 approximately how many procedures -- epidural steroid
23 injections were done that year?
24     A.    I think around 5,000.
25     Q.    And before the fungal meningitis outbreak,



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2295   Filed 10/06/15   Page 4 of 5

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION
VIDEOTAPED DEPOSITION OF SCOTT BUTLER on 02/05/2015                      Page 23

1    A.    Yes.
2    Q.    What partnership are you referring to?
3    A.    I think if I was -- going back and looking
4  at it, I think I would say that that partnership to me
5  could probably be replaced with relationship, really
6  referring to our relationship with St. Thomas
7  Hospital.  That our physicians had been at St. Thomas
8  Hospital for roughly 40 years in some form or fashion.
9    Q.    Did Dr. Lanford eventually send this e-mail
10 to Dawn Rudolph?
11   A.    I believe so, but I'm not sure.
12   Q.    Can you tell me how the name St. Thomas
13 Neurosurgical was selected.
14   A.    I don't know.
15   Q.    Do you know who chose that name?
16   A.    I don't know.
17   Q.    Do you know why that entity has continued
18 to use that name since you've been there?
19   A.    I think that was the name that it was
20 started with and there's just never been any
21 initiative to change it.
22   Q.    Do you think that St. Thomas Surgical, by
23 using the St. Thomas name, has benefited from that?
24   A.    No, I don't think so.
25   Q.    All right.  And if we look at the e-mail,



Case 1:13-md-02419-RWZ   Document 2295   Filed 10/06/15   Page 5 of 5

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION
VIDEOTAPED DEPOSITION OF SCOTT BUTLER on 02/05/2015

Page 61

```
 1   MPA -- and I'm comparing Clint Pharmaceuticals' price
 2   with NECC's price -- that saved the clinic, St. Thomas
 3   Neurosurgical, money; is that true?
 4        A.    When Clint went up on the price with the
 5   supply --
 6        Q.    Right.
 7        A.    -- issue?  Yes.
 8        Q.    Right.  Now, was that cost savings passed
 9   on to the patients or did it increase the
10   profitability of the -- of the clinic for its owners?
11        A.    It was not passed on to the patients.
12        Q.    All right.  So that means that that cost
13   savings caused the clinic to be more profitable for
14   its owners; correct?
15        A.    Yes.
16        Q.    The owners being Howell Allen Clinic and
17   St. Thomas; correct?
18        A.    Yes.
19        Q.    Now, we know now that patients received
20   epidural steroid injections that included tainted
21   steroids or contaminated steroids that were procured
22   from NECC; correct?
23        A.    Yes.
24        Q.    All right.  And did St. Thomas
25   Neurosurgical charge the patients or their
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com