# EXHIBIT "C"

Case 1:13-md-02419-RWZ   Document 2296   Filed 10/06/15   Page 2 of 3

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF GREGORY B. LANFORD, M.D. on 09/18/2015                Page 1

```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND            )
COMPOUNDING PHARMACY,         )   MDL No. 2419
INC. PRODUCTS LIABILITY       )   Master Docket No.:
LITIGATION                    )   1:13-md-2419-RWZ
                              )
THIS DOCUMENT RELATES TO:     )   Honorable Rya W. Zobel
All Actions                   )
_____)
```

VIDEOTAPED DEPOSITION OF:

GREGORY B. LANFORD, M.D.

Taken on behalf of the Plaintiffs

September 18, 2015

---

DISCOVERY LITIGATION SERVICES
100 Mayfair Royal
181 14th Street, NE
Atlanta, Georgia 30309
404.847.0999



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2296   Filed 10/06/15   Page 3 of 3

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF GREGORY B. LANFORD, M.D. on 09/18/2015

Page 69

```
 1   Q.      So in order to get an epidural steroid
 2   injection at STOPNC, you must be referred by a Howell
 3   Allen physician?
 4   A.      Yes.
 5   Q.      Why is that?
 6   A.      It's part of our practice, and it's the way the
 7   center is licensed.  We have a CON.  That's the way it's
 8   licensed, and that's the way it's been since it opened.
 9   Q.      Can physicians affiliated with Saint Thomas
10   Hospital refer patients to STOPNC?
11   A.      If they're patients of Howell Allen.
12   Q.      So if a patient sees a physician at
13   Saint Thomas Hospital and they want to get an epidural
14   steroid injection, they have to first be referred to
15   Howell Allen, and then Howell Allen can refer them to
16   STOPNC?
17   A.      It's possible it could occur that way, but
18   also, if a physician has a patient in the hospital that
19   needs an epidural steroid injection, it's more likely it
20   would just be performed at the hospital.
21   Q.      At some point, there was a discussion between
22   Saint Thomas and Howell Allen Clinic about Howell Allen
23   physicians serving -- or entering into an on-call
24   arrangement; is that right?
25   A.      Yes.
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com