# EXHIBIT "H"

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND
COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY          MDL No. 2419
LITIGATION
                                 Master Dkt:
                                 1:13-md-02419-RWZ

~~~~~~~~~~~~~~~~~~~~~
THIS DOCUMENT RELATES
TO:


All Actions


~~~~~~~~~~~~~~~~~~~~~~~~


VIDEOTAPED DEPOSITION OF
JOHN W. CULCLASURE, M.D.


9:05 a.m.
March 23, 2015


Suite 1100
315 Deaderick Street
Nashville, Tennessee


Blanche J. Dugas, RPR, CCR No. B-2290

1   that have made a difference to you?
2       A.      Well, I don't know what the cut-off point
3   would have been.  It wasn't -- that's not my issue.
4   I'm not the -- I'm not managing the surgery center.
5       Q.      Well, do you know whether the patient would
6   have had to pay more -- if the switch occurred in
7   steroids, that a few dollars more were charged to the
8   center; do you know that?
9       A.      That wouldn't change anything that the
10  patient -- anything in the patient's bill.  So no.
11      Q.      But what it would change is the profit of
12  the center?
13      A.      Yes, it would.
14      Q.      And we've already established that the
15  standard of care for a center is to never let profit
16  take priority over patient safety; true?
17      A.      True.  And it never did.
18      Q.      Are you telling us and the jury that money
19  had nothing to do with this decision, Doctor?
20      A.      I said that profit did not affect the
21  patient care.
22      Q.      Did money have anything to do with the
23  decision to switch?
24      A.      Not with my decision, no.
25      Q.      Did it have anything to do with the