# EXHIBIT "K"

Case 1:13-md-02419-RWZ   Document 2299   Filed 10/06/15   Page 2 of 4

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION
VIDEOTAPED DEPOSITION OF DEBRA SCHAMBERG, R.N. on 02/04/2015                Page 1

```
 1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2


 3


 4


    IN RE: NEW ENGLAND
 5  COMPOUNDING PHARMACY,
    INC. PRODUCTS LIABILITY     MDL No. 2419
 6  LITIGATION
                                Master Dkt:
 7                              1:13-md-02419-RWZ
    ~~~~~~~~~~~~~~~~~~~~~~
 8  THIS DOCUMENT RELATES
    TO:
 9

10  All Actions

11
    ~~~~~~~~~~~~~~~~~~~~~~~~
12

13

              VIDEOTAPED DEPOSITION OF
14              DEBRA SCHAMBERG, R.N.

15

                   9:06 a.m.
16             February 4, 2015

17

18                 Suite 1100
               315 Deaderick Street
19             Nashville, Tennessee

20

21      Blanche J. Dugas, RPR, CCR No. B-2290

22

23

24

25
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2299   Filed 10/06/15   Page 3 of 4

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION
VIDEOTAPED DEPOSITION OF DEBRA SCHAMBERG, R.N. on 02/04/2015                    Page 85

```
 1   took our break, I believe you testified that the

 2   primary reasons that you and -- or that St. Thomas

 3   Neurosurgical switched from Clint Pharmaceuticals to

 4   NECC were the shortage that you talked about and the

 5   fact that NECC offered a truly preservative-free

 6   version of MPA.

 7             Now I'd like to talk about all the factors.

 8   What were all the factors that influenced St. Thomas

 9   Neurosurgical's decision to start buying from NECC?

10        A.    There was a factor of price.  Clint

11   Pharmaceuticals increased their price drastically and

12   told me they would continue to increase it due to

13   supply and demand.

14        Q.    So as I understand your testimony, before

15   you decided to start buying from NECC, you knew that

16   Clint Pharmaceuticals was increasing its price for

17   generic MPA; is that correct?

18        A.    That's correct.

19        Q.    And it increased its price by an amount of

20   $2.49 a vial; is that true?

21        A.    I'm not sure of the exact amount, but it

22   was a substantial increase.

23        Q.    And I think when we look at some documents,

24   we'll be able to pin that down.  But am I correct in

25   understanding that the day after you learned of Clint
```


DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    Pharmaceuticals' price increase, you placed your first

2    order with NECC?

3        A.      I don't know for sure.  I'd have to look at

4    the dates.  I'm not...

5        Q.      But in any event, was it shortly after you

6    learned of Clint Pharmaceuticals' price increase that

7    you placed your first order with NECC?

8        A.      It wasn't mainly on the price increase.  It

9    was they did not -- couldn't guarantee me the supply

10   that I needed.

11       Q.      The question was:  Did you place your first

12   order with NECC shortly after learning of Clint

13   Pharmaceuticals' price increase?

14       A.      Yes.

15       Q.      And if Clint Pharmaceuticals had told you

16   "We're going to increase our price by $2.49 a vial,

17   but we'll have enough for you, we'll meet your need,"

18   what would you have done?

19       A.      I don't know because that wasn't the --

20   that wasn't the...

21       Q.      All right.  So we've talked about shortage,

22   preservative-free, price.  Any other factors that

23   influenced the decision?

24       A.      Nothing that's coming to mind at the

25   moment.



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com