


STOPNC_0526

## STOPNC MPA Purchases 2008-2010

| Date | Seller | Quantity | Vial Size | Price |
|---|---|---|---|---|
| 1/9/08 | CuraScript | 250 | 1 mL | $14.30 |
| 1/22/08 | CuraScript | 125 | 1 mL | $14.30 |
| 2/5/08 | CuraScript | 300 | 1 mL | $14.30 |
| 2/21/08 | CuraScript | 150 | 1 mL | $9.80 |
| 2/25/08 | CuraScript | 150 | 1 mL | $9.80 |
| 3/14/08 | CuraScript | 250 | 1 mL | $14.72 |
| 3/26/08 | CuraScript | 150 | 1 mL | $9.43 |
| 4/9/08 | CuraScript | 300 | 1 mL | $9.43 |
| 4/22/08 | CuraScript | 300 | 1 mL | $9.43 |
| 5/14/08 | CuraScript | 250 | 1 mL | $9.43 |
| 5/28/08 | CuraScript | 250 | 1 mL | $9.43 |
| 6/13/08 | CuraScript | 250 | 1 mL | $9.43 |
| 6/24/08 | CuraScript | 250 | 1 mL | $9.43 |
| 7/15/08 | CuraScript | 250 | 1 mL | $9.43 |
| 7/29/08 | CuraScript | 250 | 1 mL | $9.43 |
| 8/12/08 | CuraScript | 250 | 1 mL | $9.43 |
| 8/29/08 | CuraScript | 250 | 1 mL | $9.43 |
| 9/12/08 | CuraScript | 250 | 1 mL | $9.43 |
| 9/30/08 | CuraScript | 250 | 1 mL | $9.43 |
| 10/17/08 | CuraScript | 250 | 1 mL | $9.90 |
| 11/7/08 | CuraScript | 250 | 1 mL | $9.90 |
| 12/1/08 | CuraScript | 250 | 1 mL | $9.90 |
| 12/19/08 | CuraScript | 250 | 1 mL | $9.90 |
| 1/5/09 | CuraScript | 250 | 1 mL | $9.90 |
| 1/26/09 | Curascript | 250 | 1 mL | $9.90 |
| 2/13/09 | Curascript | 250 | 1 mL | $9.90 |
| 2/24/09 | Curascript | 250 | 1 mL | $9.90 |
| 3/9/09 | CuraScript | 250 | 1 mL | $9.41 |
| 3/23/09 | CuraScript | 250 | 1 mL | $9.41 |
| 4/14/09 | CuraScript | 250 | 1 mL | $9.41 |
| 5/5/09 | CuraScript | 250 | 1 mL | $9.41 |
| 5/26/09 | CuraScript | 250 | 1 mL | $9.41 |
| 6/5/09 | CuraScript | 250 | 1 mL | $9.41 |

| Date | Vendor | Qty | Unit | Price |
|---|---|---|---|---|
| 6/19/09 | CuraScript | 250 | 1 mL | $9.41 |
| 7/7/09 | CuraScript | 250 | 1 mL | $9.41 |
| 7/21/09 | CuraScript | 250 | 1 mL | $9.41 |
| 7/31/09 | CuraScript | 250 | 1 mL | $9.41 |
| 8/11/09 | CuraScript | 250 | 1 mL | $9.41 |
| 8/25/09 | CuraScript | 250 | 1 mL | $9.41 |
| 9/9/09 | CuraScript | 250 | 1 mL | $9.41 |
| 9/22/09 | CuraScript | 225 | 1 mL | $9.41 |
| 9/28/09 | CuraScript | 25 | 1 mL | $9.41 |
| 10/6/09 | CuraScript | 250 | 1 mL | $6.52 |
| 10/19/09 | CuraScript | 250 | 1 mL | $6.52 |
| 11/5/09 | CuraScript | 250 | 1 mL | $6.63 |
| 11/16/09 | CuraScript | 250 | 1 mL | $6.63 |
| 11/30/09 | CuraScript | 250 | 1 mL | $6.63 |
| 12/14/09 | CuraScript | 250 | 1 mL | $6.63 |
| 12/29/09 | CuraScript | 250 | 1 mL | $6.63 |
| 1/13/10 | CuraScript | 250 | 1 mL | $6.63 |
| 1/29/10 | CuraScript | 250 | 1 mL | $6.63 |
| 2/9/10 | CuraScript | 250 | 1 mL | $6.63 |
| 3/2/10 | CuraScript | 250 | 1 mL | $6.66 |
| 3/15/10 | CuraScript | 250 | 1 mL | $6.66 |
| 3/29/10 | CuraScript | 250 | 1 mL | $6.66 |
| 4/12/10 | CuraScript | 250 | 1 mL | $6.66 |
| 4/20/10 | CuraScript | 250 | 1 mL | $6.66 |
| 4/29/10 | CuraScript | 250 | 1 mL | $6.66 |
| 5/11/10 | CuraScript | 250 | 1 mL | $7.02 |
| 5/28/10 | CuraScript | 100 | 1 mL | $7.02 |
| 6/1/10 | CuraScript | 150 | 1 mL | $7.02 |
| 6/11/10 | CuraScript | 250 | 1 mL | $7.02 |
| 6/18/10 | CuraScript | 250 | 1 mL | $7.02 |
| 7/2/10 | CuraScript | 250 | 1 mL | $7.02 |
| 7/20/10 | CuraScript | 250 | 1 mL | $7.02 |
| 7/30/10 | CuraScript | 250 | 1 mL | $7.02 |
| 8/9/10 | CuraScript | 250 | 1 mL | $7.02 |
| 8/16/10 | CuraScript | 250 | 1 mL | $7.02 |
| 8/30/10 | CuraScript | 250 | 1 mL | $7.02 |
| 9/13/10 | CuraScript | 250 | 1 mL | $7.02 |

STOPNC_0527

| Date | Source | Qty | Size | Price |
|---|---|---|---|---|
| 9/28/10 | CuraScript | 250 | 1 mL | $7.02 |
| 10/12/10 | CuraScript | 250 | 1 mL | $7.02 |
| 10/25/10 | CuraScript | 250 | 1 mL | $7.02 |
| 11/5/10 | CuraScript | 250 | 1 mL | $7.02 |
| 11/19/10 | CuraScript | 250 | 1 mL | $7.02 |
| 11/30/10 | CuraScript | 250 | 1 mL | $7.02 |
| 12/9/10 | Clint | 300 | 1 mL | $6.49 |
| 12/27/10 | Clint | 300 | 1 mL | $6.49 |

STOPNC_0528