REDACTED



CONFIDENTIAL DISCOVERY MATERIAL

3/10    Methylpred Acetate         80mg -1ml       $6.66
        Methypred Acetate          8mg   5ml       $28.85          (pain

4/13/10  Changed acct name for pm to JWC from GBL -
         Still give us Med assest pricing - GBL -needed to be renewed on Med Assest -
         Spoke c̄ Sandra -

5/25/10  min order fee

6/10     Methypred acetate B/o - using Depo Medrol -  $7.02
         ? when will we off B/o -

10/26/10 Spoke c̄ Sandra several times for pricing for Pain Management.
         Acct is under Med Assest - correct price for Depo Medrol 80mg/5ml $30.66
         Will send credit for 7/21 order & 9/18 order -

11/11    Marcaine .75% 10ml - 10/Box      $25.20
         Xylocaine 2% 5ml   10/Box        $53.94

12-1-10  Spoke c̄ Sandra - she is checking c̄ acct dept & is to get back c̄ me -
         Not sure of delay in processing   - /Returned all Contract Dept needs Vendor
         approval - Sandra feels we will get contract pricing on this too but they
         must have Vendor approval. Will get back c̄ me tomorrow or next
         day.
12-6-10  Left message

# Clint.

## Pharmaceuticals, Inc.

629 Shute Lane, Old Hickory, TN 37138
615-882-0042 800-677-5022 Fax: 615-882-0914

## Invoice

| INVOICE NUMBER |
|---|
| 189242 |

| DATE |
|---|
| 06/22/2010 |

PURCHASE ORDER NUMBER

**BILL TO:**

ST.THOMAS OUTPATIENT NEUROSURG
2011 MURPHY AVENUE, SUITE 301

NASHVILLE          TN     37203

**SHIP TO:**

ST.THOMAS OUTPATIENT NEUROSURG
4230 HARDING RD. SUITE 901

NASHVILLE          TN     37205

| CUST NO | SALES |
|---|---|
| 4540 | |

| TERMS |
|---|
| NET 20 DAYS DATE OF INV |

| Product No. | Product Description | | Lot Number | Ordered | Back Ord | Shipped | Unit Price | Ext. Amt |
|---|---|---|---|---|---|---|---|---|
| 7983-09 | SODIUM CHL. 9% 1000ML | 12 | 89-518-FW | 1 | 0 | 1 | 26.00 | 26.00 |
| 1 | SHIPPING | | 1 | 1 | 0 | 1 | | 9.00 |

ORDER BY SANDY WITH SHA

THANK YOU FOR YOUR ORDE
SHIPMENT DISCREPANCIES V
RECEIPT. RETURNS SUBJEC

*Balloon Kyphoplasty*

80mg / 1 cc

Generic - 10 vials/box   $9.49 vial

Depo Medrol 25 vials/box   $11.95 vial

Generic -   $6.49
10 vials/Box

Ordered - 30 Boxes -

Celestone - $35.95 vial   5ml

6mg/ml -

## We appreciate your business.

Tax Payer ID# 62-1322467
CAUTION: FEDERAL LAW PROHIBITS
DISPENSING WITHOUT A PRESCRIPTION
Delinquent accounts past due 20 days subject to a 1.5% interest
charge per month on balance. Accounts turned over for collection
are responsible for legal fees.

KYPHON.
AHEAD O STOPNC_0222

3

REDACTED

CONFIDENTIAL DISCOVERY MATERIAL

5ml · Depo - 80mg - $30.56
~~30.56~~

2-9-10  Not getting Med asset $ on PM acct because ~~of~~ address (Suite #) is different.
Change PM suite # to 901. Sandra will process request + send us
credit on invoices that overcharged.  To get med asset pricing on
Suite 810 - have to submit request to medasset for approval —
Sandra to send us credit once paper work completed ˙ sandra.nunez@avascript.co

2-14-11   Depo Med - 80mg 1ml -     25 Box         Re 88 (Vial)    171.92 (25 Box)
Spoke w/ Ruth - new rep - phone 888-875-8462 (central fla)
v sn past order for PM (July) for refund - not sure when contract began.
* Celestone on long term B/O              * Portathol - no longer available in US

Ruth not sure
why pricing
has changed
(fm)* Bupivacaine always order - Box 25 - not individual - cheaper
(fm)* Depo Medrol order individual - cheaper -  5ml/80mg   $30.02 ($30.56 Box  y order)

June 11      175.60   - 7.02 - Bottle Depo Medrol
8/30/11  (PM) - Depo-80mg  5ml MDV - 25 —   $22.43 - Bottle - ($560.65)
           Bupivacain .5% 50ml MDV - 25 Bx - 2.22 each ($55.39)

9/27         per Curascript (Mary Acevedo ) 877-703-8266
           outstanding balance of $118.20 — pd 7/20 cleared Bank 7/25 -
           Curascript has no record of payment ck was received - Marlese says address
           correct ~~they~~ check probably went to incorrect lock box @ their facility
           Curascript - says their responsibility to find where it went - Marlese says no
           ~~they~~

5

**From:** John Notarianni [jnotarianni@medicalsalesmgmt.com]
**Sent:** Tuesday, May 17, 2011 10:51 AM
**To:** Debra Schamberg
**Subject:** NECC Pricing?

**Attachments:** Howell Allen ASC Nashville TN.docx
Debra

After our conversations I went back to my manager and he said he really would like to offer you better to earn your business. What price would we need to give you to gain your business on the Methylprednisolone(PF) 80mg/ml 1ml and 2ml vials. Can you please let me know what price would allow us to work together? Thank you for your patience.


**John L. Notarianni**
Regional Sales Manager
Medical Sales Management
Representing: **NECC**
**Cell Phone:** (508)454-0779
**Fax:** (508) 820-9401
jnotarianni@medicalsalesmgmt.com
**www.Neccrx.com**

**NECC -** *A vital resource for sterile and non-sterile compounding medications.*

4/26/2013

**From:** John Notarianni [jnotarianni@medicalsalesmgmt.com]
**Sent:** Friday, May 20, 2011 11:57 AM
**To:** Debra Schamberg
**Subject:** RE: NECC Pricing?

Debra

How about $12.00 for the 2 ml of the 80mg/ml methylprednisolone (PF)?

Thank you

John

---

**From:** Debra Schamberg [mailto:dschamberg@howellallen.com]
**Sent:** Tuesday, May 17, 2011 5:52 PM
**To:** John Notarianni
**Subject:** RE: NECC Pricing?

John, if you can get your price under $6.50 for 1ml vial, then we can talk.

Debra

---

**From:** John Notarianni [mailto:jnotarianni@medicalsalesmgmt.com]
**Sent:** Tuesday, May 17, 2011 10:51 AM
**To:** Debra Schamberg
**Subject:** NECC Pricing?

Debra

After our conversations I went back to my manager and he said he really would like to offer you better to earn your business.  What price would we need to give you to gain your business on the Methylprednisolone(PF) 80mg/ml 1ml and 2ml vials. Can you please let me know what price would allow us to work together?  Thank you for your patience.

**John L. Notarianni**
Regional Sales Manager
Medical Sales Management
Representing: **NECC**
**Cell Phone:** (508)454-0779
**Fax:** (508) 820-9401
jnotarianni@medicalsalesmgmt.com
**www.Neccrx.com**

*NECC - A vital resource for sterile and non-sterile compounding medications.*

7

STOPNC_0146

4/26/2013



| | John L. Notarianni |
| --- | --- |
| | 697 Waverly Street, Framingham, MA 01702 |
| | Tel: 508.454.0779 |
| | Fax: 508.820.1616 |
| | jnotarianni@medicalsalesmgmt.com |
| | www.neccrx.com |

| To: | Howell/Allen ASC<br>4230 Harding Road Suite 901<br>Nashville, TN 37205<br>Attn: Debra Schamburg | Telephone:<br>Fax:<br>Email: | 615-341-3433<br><br>dschamberg@howellallen.com |
| --- | --- | --- | --- |

| From: | John L. Notarianni<br>Regional Sales Manager<br>Medical Sales Management<br>Representing: NECC |
| --- | --- |
| Subject: | Necc |
| Date: | 5-4-2011 |

Dear Debra

Thank you for your interest in NECC. Per your request, please find below the pricing information for the items we discussed.

| Medication | Strength | Size | Quantity | Exp. Date | Storage | Pricing |
| --- | --- | --- | --- | --- | --- | --- |
| Methylprednisolone (PF) | 80mg/ml | 1ml | 500 per month | 6months | Room Temp _X__<br>Refrigerated____<br>Frozen ___ | $8.00ea |
| Methylprednisolone (PF) | 80mg/ml | 2ml | 200 per month | 6months | Room Temp _X__<br>Refrigerated____<br>Frozen -20 ___ | $13.00ea<br>$12.00 |
| Omnipaque 300 | | 5 ml | 500 per month | 6months | Room Temp _X__<br>Refrigerated____<br>Frozen -20 ___ | $14.00ea |
| Omnipaque 300 | | 3 ml | 500 per month | 6months | Room Temp _X__<br>Refrigerated____<br>Frozen -20 ___ | $11.00ea |
| | | | | | | |

Beyond use date from date of compounding. Quotation is good for 30 days.

If you have any questions, please call me directly @ 508-454-0779.

Best Regards,

John L. Notarianni
Regional Sales Manager
Medical Sales Management
Representing: NECC
Cell Phone: (508) 454-0779
Fax: (508) 820-9401
jnotarianni@medicalsalesmgmt.com
www.Neccrx.com

8

Fax:                                      Jun 9 2011 04:26pm P001/001



# Clint.
## Pharmaceuticals, Inc.

629 Shute Lane, Old Hickory, TN 37138
615-882-0042 800-677-5022 Fax 615-882-0916

### Invoice

| INVOICE NUMBER |
|---|
| 207958 |

| DATE |
|---|
| 06/09/2011 |

| PURCHASE ORDER NUMBER |
|---|
| |

**BILL TO:**

ST.THOMAS OUTPATIENT NEUROSURG
2011 MURPHY AVENUE, SUITE 301

NASHVILLE        TN    37203

**SHIP TO:**

ST.THOMAS OUTPATIENT NEUROSURG
4230 HARDING RD. SUITE 901

NASHVILLE        TN    37205

| CUST NO | SALES |
|---|---|
| 4540 | CLINT |

| TERMS |
|---|
| NET 20 DAYS DATE OF INV |

| Product No. | Product Description | | Lot Number | Ordered | Back Ord | Shipped | Unit Price | Ext. Amt |
|---|---|---|---|---|---|---|---|---|
| 3132-71 | M'PRED 80MG/1ML   960/8.49 | 1ML | BG7398 | 400 | 0 | 400 | 8.95 | 3580.00 |
| 0720-01 | BETA ACET-SOD PHOS  400/30.95 | 5ML | 101800 | 12 | 0 | 12 | 33.95 | 407.40 |
| 1 | SHIPPING | | 1 | 1 | 0 | 1 | 12.00 | 12.00 |
| NURSELIFE | NURSE'S LIFE REFERENCE | | 1 | 2 | 0 | 2 | 0.00 | 0.00 |

ORDERED BY SANDY WITH RACHEL

YOUR BACK ORDER WILL SHIP FRIDAY

THANK YOU FOR YOUR ORDER - MUST REPORT ALL
SHIPMENT DISCREPANCIES WITHIN 72 HOURS OF
RECEIPT. RETURNS SUBJECT TO 25% RESTOCK FEE.

*6/15 Emailed - Clint Ebel
about $2.49 increase/vial.*

*6/21
Spoke c̄ Clint Ebel -
will quote $6.49 prices on
this invoice -
Future invoices will be
$8.95*

*6/21/11
ds*

## We appreciate y

Tax Payer ID# 62-1322467
CAUTION: FEDERAL LAW PROHIBITS
DISPENSING WITHOUT A PRESCRIPTION
Delinquent accounts past due 20 days subject to a 1.5% interest
charge per month on balance. Accounts turned over for collection
are responsible for legal fees.

Tennessee Sales Tax

| Amount Due | 3999.40 |
|---|---|

9

# Clint.
## Pharmaceuticals, Inc.

629 Shute Lane, Old Hickory, TN 37138
615-882-0042  800-677-5022  Fax: 615-882-0916

## Invoice

| INVOICE NUMBER |
|---|
| 207958 |

| DATE |
|---|
| 06/09/2011 |

**PURCHASE ORDER NUMBER**

**BILL TO:**

ST.THOMAS OUTPATIENT NEUROSURG
2011 MURPHY AVENUE, SUITE 301

NASHVILLE        TN     37203

**SHIP TO:**

ST.THOMAS OUTPATIENT NEUROSURG
4230 HARDING RD. SUITE 901

NASHVILLE        TN     37205

| CUST NO | SALES |
|---|---|
| 4540 | CLINT |

| TERMS |
|---|
| NET 20 DAYS DATE OF INV |

| Product No. | Product Description | | | Lot Number | Ordered | Back Ord | Shipped | Unit Price | Ext. Amt |
|---|---|---|---|---|---|---|---|---|---|
| 3132-71 | M'PRED 80MG/1ML | 960/8.49 | 1ML | BG7398 | 400 | 0 | 400 | 8.95 | 3580.00 |
| 0720-01 | BETA ACET-SOD PHOS | 400/30.95 | 5ML | 101800 | 12 | 0 | 12 | 33.95 | 407.40 |
| 1 | SHIPPING | | | 1 | 1 | 0 | 1 | 12.00 | 12.00 |
| NURSELIFE | NURSE'S LIFE REFERENCE | | | 1 | 2 | 0 | 2 | 0.00 | 0.00 |

ORDERED BY SANDY WITH RACHEL

YOUR BACK ORDER WILL SHIP FRIDAY

6/21/11
d5

THANK YOU FOR YOUR ORDER - MUST REPORT ALL
SHIPMENT DISCREPANCIES WITHIN 72 HOURS OF
RECEIPT. RETURNS SUBJECT TO 25% RESTOCK FEE.

Price increase $2.41 ned
due to shortage!

## We appreciate your business.

Tennessee Sales Tax

**Tax Payer ID# 62-1322467**
CAUTION: FEDERAL LAW PROHIBITS
DISPENSING WITHOUT A PRESCRIPTION
Delinquent accounts past due 20 days subject to a 1.5% interest
charge per month on balance. Accounts turned over for collection
are responsible for legal fees.

| Amount Due | 3999.40 |
|---|---|



10

**From:** Debra Schamberg
**Sent:** Friday, June 10, 2011 1:34 PM
**To:** 'John Notarianni'
**Subject:** RE: NECC Pricing?

Happy Friday John,

If pricing is still $6.50 for 1ml and $12 for 2ml for Methylprednisolone 80mg/ml, I am willing to do business with you.  Let me know what is needed.

Have a good weekend.

Debra

---

**From:** John Notarianni [mailto:jnotarianni@medicalsalesmgmt.com]
**Sent:** Friday, May 20, 2011 11:57 AM
**To:** Debra Schamberg
**Subject:** RE: NECC Pricing?

Debra

How about $12.00 for the 2 ml of the 80mg/ml methylprednisolone (PF)?

Thank you

John

**From:** Debra Schamberg [mailto:dschamberg@howellallen.com]
**Sent:** Tuesday, May 17, 2011 5:52 PM
**To:** John Notarianni
**Subject:** RE: NECC Pricing?

John, if you can get your price under $6.50 for 1ml vial, then we can talk.

Debra

---

**From:** John Notarianni [mailto:jnotarianni@medicalsalesmgmt.com]
**Sent:** Tuesday, May 17, 2011 10:51 AM
**To:** Debra Schamberg
**Subject:** NECC Pricing?

Debra

After our conversations I went back to my manager and he said he really would like to offer you better to earn your business.  What price would we need to give you to gain your business on the



Methylprednisolone(PF) 80mg/ml 1ml and 2ml vials. Can you please let me know what price would allow us to work together? Thank you for your patience.

**John L. Notarianni**
Regional Sales Manager
Medical Sales Management
Representing: NECC
**Cell Phone:** (508)454-0779
**Fax:** (508) 820-9401
jnotarianni@medicalsalesmgmt.com
**www.Neccrx.com**

**NECC -** *A vital resource for sterile and non-sterile compounding medications.*

STOPNC_0512

*Call on Monday · order*
*Emailed 6.10.11*

## Debra Schamberg

**From:** John Notarianni [jnotarianni@medicalsalesmgmt.com]
**Sent:** Friday, May 20, 2011 11:57 AM
**To:** Debra Schamberg
**Subject:** RE: NECC Pricing?

Debra

How about $12.00 for the 2 ml of the 80mg/ml methylprednisolone (PF)?

Thank you

John

---

**From:** Debra Schamberg [mailto:dschamberg@howellallen.com]
**Sent:** Tuesday, May 17, 2011 5:52 PM
**To:** John Notarianni
**Subject:** RE: NECC Pricing?

John, if you can get your price under $6.50 for 1ml vial, then we can talk.

Debra

---

**From:** John Notarianni [mailto:jnotarianni@medicalsalesmgmt.com]
**Sent:** Tuesday, May 17, 2011 10:51 AM
**To:** Debra Schamberg
**Subject:** NECC Pricing?

Debra

After our conversations I went back to my manager and he said he really would like to offer you better to earn your business. What price would we need to give you to gain your business on the Methylprednisolone(PF) 80mg/ml 1ml and 2ml vials. Can you please let me know what price would allow us to work together? Thank you for your patience.

**John L. Notarianni**
Regional Sales Manager
Medical Sales Management
Representing: **NECC**
Cell Phone: (508)454-0779
Fax: (508) 820-9401
jnotarianni@medicalsalesmgmt.com
www.Neccrx.com

NECC - *A vital resource for sterile and non-sterile compounding medications.*

*13*

STOPNC_0095

6/3/2011

Page 1 of 1

*Call on Monday.* AN

**Debra Schamberg**

Curascript $6.66

**From:** John Notarianni [jnotarianni@medicalsalesmgmt.com]
**Sent:** Friday, May 20, 2011 11:57 AM
**To:** Debra Schamberg
**Subject:** RE: NECC Pricing?

Client $6.99

Debra

How about $12.00 for the 2 ml of the 80mg/ml methylprednisolone (PF)?

Thank you

John

1st order 48-72hrs

500 - 1 ml — $6.50

200 - 2ml. } 12°°

**From:** Debra Schamberg [mailto:dschamberg@howellallen.com]
**Sent:** Tuesday, May 17, 2011 5:52 PM
**To:** John Notarianni
**Subject:** RE: NECC Pricing?

John, if you can get your price under $6.50 for 1ml vial, then we can talk.

Debra

John Notarianni

+ Shipping } 24/48hrs

**From:** John Notarianni [mailto:jnotarianni@medicalsalesmgmt.com]
**Sent:** Tuesday, May 17, 2011 10:51 AM
**To:** Debra Schamberg
**Subject:** NECC Pricing?

Debra

After our conversations I went back to my manager and he said he really would
to earn your business. What price would we need to give you to gain your busi
Methylprednisolone(PF) 80mg/ml 1ml and 2ml vials. Can you please let me kr
allow us to work together? Thank you for your patience.

500 — 1 ml — order done

200 2ml — from

**John L. Notarianni**
Regional Sales Manager
Medical Sales Management
Representing: NECC
Cell Phone: (508)454-0779
Fax: (508) 820-9401
jnotarianni@medicalsalesmgmt.com
www.Neccrx.com

*NECC - A vital resource for sterile and non-sterile compounding medications.*

Need 140 names from route —

Bousby Pharmacy requires State of Mass Can submit (Last name, Initial)

14

6/3/2011

# St. Thomas Outpatient Neurosurgery Center

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: John Notarianni | FROM: DEBRA SCHAMBERG<br>FAX: 615-341-3427<br>DIRECT: 615-341-3433 |
| COMPANY: NECC | DATE: 6/10/11  ↳ 6/14 |
| FAX NUMBER: 888-820-0583<br>508 - 820- 1616 | TOTAL NO. OF PAGES INCLUDING<br>COVER: 3 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

Confidentiality Notice

This facsimile contains Confidential Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the Recipient above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or action in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify St. Thomas Outpatient Neurosurgical Center at the contact number above and arrange for the return or destruction of these documents.

15

STOPNC_0093

**Prescription Order Form**

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 6-10-11

NAME OF FACILITY: St. Thomas Outpatient + Neurosurgical Center

PHONE NUMBER: 615-341-3425

ADDRESS: 4330 Harding Rd   Suite 901   Nashville TN

CONTACT NAME: Debra Schamberg

P.O. #: SO.06.1011

We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/mL, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| | methylprednisolone | 80mg/ml | p/f | 1ml | 500 | ' |
| | methylprednisolone | 80mg/ml | p/f | 2ml | 200 | — |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: John Culclasure, MD

DEA Number: BC 2226909

| Verification: Institutional Agent: | For NECC Use Only NECC Agent: | Date: | Time: |
|---|---|---|---|

V102309

STOPNC_0082

16

# Account Information/
# Credit Application

**Shipping Address:**
Facility Name: St. Thomas Out Patient Neurosurgical Center

Street: 4230 Harding Road    Suite 901

City: Nashville                State: TN        Zip: 37205

Phone: 615-327-9543 ext 3425          Fax: 615-341-3427  Email: dschamberg@howellallen.com

Shipping Contact Name: Debra Schamberg, RN

**Billing Address:**
Facility Name: St. Thomas Outpatient NeuroSurgical Center

Street: 4230 Harding Road    Suite 901

City: Nashville                State: TN        Zip: 37205

Phone: 615-327-9543 / 615-341-3425      Fax: 615-341-3427   Email: dschamberg@howellallen.

Accounts Payable Contact Name: Marlese Allen

**ARE PURCHASE ORDERS REQUIRED?** Yes _____ No _____ PO#_____

**DO YOU PAY BY CREDIT CARD?** Yes _____ No ✓

Type _____ Number _____ Exp Date _____

**Bank Reference:**
Bank Name: 1ˢᵗ Tenneesee          Contact Name: Paula Dainges      Phone: 615-734-6289.

Bank Account #: ▮▮▮▮▮          Type: Checking

Bank Address, City, State, Zip: 511 Union St,    Nashville, TN    37219.

**Trade Reference:**

| Company Name | Contact Address | City | State | Zip | Phone |
|---|---|---|---|---|---|
| 1. PSS | 405 Royal Dr NW | Kennesaw | Ga | 30144 | 678-813-4000 |

The signature below represents and warrants that the party signing below is an authorized representative of the company and that the information provided herein is a complete and accurate representation of the company's financial situation as of the date hereof and that the party authorizes trade and bank references to release any information necessary to assist in establishing a line of credit.

Name: Debra Schamberg          Title: Facility Director

Signature: Debra Schamberg          Date: 6/10/11

V102005

advancing pharmacy solutions
**necc**

697 Waverly Street, Framingham, MA 01702
Tel:  800-994-6322 or 508-820-0606
Fax:  888-820-0583 or 508-820-1616
www.neccrx.com

17

STOPNC_0096

**From:** Debra Schamberg [dschamberg@howellallen.com]
**Sent:** Wednesday, June 15, 2011 8:43 AM
**To:** Clinton Ebel
**Subject:** Drug order 6-9-11
Good Morning Clint,

Have a question about our most recent drug order from your company. We ordered methylprednisolone 80mg/ml,
400 vials and were told pricing had increased to $8.98/vial.  This is a $2.49 increase per vial.  When asked about
the reason for this sudden jump, we were told it was due to supply and demand.  Is this to be expected anytime
we place an order with your company—pricing depends on supply and demand?

Thank you for checking into this.

Debra Schamberg, RN, CNOR
Facility Director
St Thomas Outpatient Neurosurgical Center
4230 Harding Road   Suite 901
Nashville, TN  37205
phone# 615-341-3433
fax#: 615-341-3427
dschamberg@howellallen.com

STOPNC_0309

4/26/2013



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx. 508-820-1616

# Invoice

| Date | Invoice # |
|---|---|
| 6/16/2011 | 181132 |

**Bill To**

ST. THOMAS OUTPATIENT NEUROSURGIACL
4230 HARDING ROAD, SUITE 901
NASHVILLE, TN 37205
ATTN: MARLESE ALLEN

**Ship To**

ST. THOMAS OUTPATIENT NEUROSURGIACL
4230 HARDING ROAD, SUITE 901
NASHVILLE, TN 37205
ATTN: DEBRA SCHAMBURG

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account# |
|---|---|---|---|---|---|---|
| SC061011 | Net 30 | JN | 6/16/2011 | FEDEX | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 500 | METHYL 80/1 PF | METHYLPREDNISOLONE ACETATE (PF)  80 MG/ML INJECTABLE, 1 ML | 6.50 | 3,250.00 |
| 200 | METHYL 80/2 PF | METHYLPREDNISOLONE ACETATE (PF) 80MG/ML INJ., 2 ML | 12.00 | 2,400.00 |
| 1 | Shipping Charges | | 20.00 | 20.00 |

6/21/11
ds

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| Total | $5,670.00 |
|---|---|
| Credits | $0.00 |
| **Balance Due** | $5,670.00 |

19

**From:** Debra Schamberg [dschamberg@howellallen.com]
**Sent:** Monday, June 20, 2011 1:04 PM
**To:** Clinton Ebel
**Subject:** RE: Drug order 6-9-11
Clint,
Thanks for getting back with me.

You can control inventory and stockpiling by limiting the amount of product you sell to your customers at one time.  Especially when your product cost did not change.

Debra

---

**From:** Clinton Ebel [mailto:clint@clintpharmaceuticals.com]
**Sent:** Monday, June 20, 2011 12:30 PM
**To:** Debra Schamberg
**Subject:** Re: Drug order 6-9-11

Debra,

Sorry I am just now getting back to you. I was out of the office last week.

I apologize about the price increase on the Methylprednisolone. We are currently experiencing a shortage as you probably know. The reason for the price increase is to somewhat control our inventory. In a way we are trying to discourage other customers from stockpiling product.

I assure you that I can hold to the price we agreed upon before once the shortage is over. As of right now, I am not allowed to give any special pricing for the Mpred for any customers.

I hope this helps. Please let me know if you have any other questions or concerns as I value your business very much.

Best Regards,

Clinton Ebel
Clint Pharmaceuticals
Medical Sales Specialist
e: clint@clintpharmaceuticals.com
p: 615.507.9232

On Jun 15, 2011, at 8:42 AM, Debra Schamberg wrote:

> Good Morning Clint,
>
> Have a question about our most recent drug order from your company. We ordered
> methylprednisolone 80mg/ml, 400 vials and were told pricing had increased to $8.98/vial.  This is a
> $2.49 increase per vial.  When asked about the reason for this sudden jump, we were told it was
> due to supply and demand.  Is this to be expected anytime we place an order with your company---
> pricing depends on supply and demand?

20

STOPNC_0310

4/26/2013

Thank you for checking into this.

Debra Schamberg, RN, CNOR
Facility Director
St Thomas Outpatient Neurosurgical Center
4230 Harding Road   Suite 901
Nashville, TN  37205
phone# 615-341-3433
fax#: 615-341-3427
dschamberg@howellallen.com

STOPNC_0311

4/26/2013

Page 1 of 2

**From:** Clinton Ebel [clint@clintpharmaceuticals.com]
**Sent:** Monday, June 20, 2011 1:27 PM
**To:** Debra Schamberg
**Subject:** Re: Drug order 6-9-11
Debra,

I definitely understand and see your point. I am going to talk to my boss and let him know your concerns. Like I said before, myself and the company as a whole values your business. If there is anything I can do I will let you know.

Thanks again.

Best Regards,

Clinton Ebel
Clint Pharmaceuticals
Medical Sales Specialist
e: clint@clintpharmaceuticals.com
p: 615.507.9232

On Jun 20, 2011, at 1:03 PM, Debra Schamberg wrote:

> Clint,
> Thanks for getting back with me.
>
> You can control inventory and stockpiling by limiting the amount of product you sell to your customers at one time. Especially when your product cost did not change.
>
> Debra
>
> ---
>
> **From:** Clinton Ebel [mailto:clint@clintpharmaceuticals.com]
> **Sent:** Monday, June 20, 2011 12:30 PM
> **To:** Debra Schamberg
> **Subject:** Re: Drug order 6-9-11
>
> Debra,
>
> Sorry I am just now getting back to you. I was out of the office last week.
>
> I apologize about the price increase on the Methylprednisolone. We are currently experiencing a shortage as you probably know. The reason for the price increase is to somewhat control our inventory. In a way we are trying to discourage other customers from stockpiling product.
>
> I assure you that I can hold to the price we agreed upon before once the shortage is over. As of right now, I am not allowed to give any special pricing for the Mpred for any customers.

22

STOPNC_0312

4/26/2013

I hope this helps. Please let me know if you have any other questions or concerns as I value your business very much.

Best Regards,

Clinton Ebel
Clint Pharmaceuticals
Medical Sales Specialist
e: clint@clintpharmaceuticals.com
p: 615.507.9232


On Jun 15, 2011, at 8:42 AM, Debra Schamberg wrote:

Good Morning Clint,

Have a question about our most recent drug order from your company. We ordered methylprednisolone 80mg/ml, 400 vials and were told pricing had increased to $8.98/vial.  This is a $2.49 increase per vial.  When asked about the reason for this sudden jump, we were told it was due to supply and demand.  Is this to be expected anytime we place an order with your company—pricing depends on supply and demand?

Thank you for checking into this.

Debra Schamberg, RN, CNOR
Facility Director
St Thomas Outpatient Neurosurgical Center
4230 Harding Road   Suite 901
Nashville, TN  37205
phone# 615-341-3433
fax#: 615-341-3427
dschamberg@howellallen.com

STOPNC_0313

4/26/2013

REDACTED



# Clint.

## Pharmaceuticals, Inc.

629 Shute Lane, Old Hickory, TN 37138
615-882-0042 800-677-5022 Fax: 615-882-0916

## Invoice

| INVOICE NUMBER |
|---|
| 207958 |

| DATE |
|---|
| 06/09/2011 |

| PURCHASE ORDER NUMBER |
|---|
| |

**BILL TO:**

ST.THOMAS OUTPATIENT NEUROSURG
2011 MURPHY AVENUE, SUITE 301

NASHVILLE        TN      37203

**SHIP TO:**

ST.THOMAS OUTPATIENT NEUROSURG
4230 HARDING RD. SUITE 901

NASHVILLE        TN      37205

| CUST NO | SALES |
|---|---|
| 4540 | CLINT |

| TERMS |
|---|
| NET 20 DAYS DATE OF INV |

| Product No. | Product Description | | Lot Number | Ordered | Back Ord | Shipped | Unit Price | Ext. Amt |
|---|---|---|---|---|---|---|---|---|
| NURSELIFE | NURSE'S LIFE REFERENCE | | 1 | 2 | 0 | 2 | 0.00 | 0.00 |
| 1 | SHIPPING | | 1 | 1 | 0 | 1 | 12.00 | 12.00 |
| 1982-61 | ACETAMINOPHEN TAB 325MG 100UD | 100UD | 1 | 1 | 1 | 0 | 3.27 | 0.00 |
| 0720-01 | BETA ACET-SOD PHOS 400/30.95 | 5ML | 101800 | 12 | 0 | 12 | 33.95 | 407.40 |
| 3132-71 | M'PRED 80MG/1ML 960/8.49 | 1ML | BG7398 | 400 | 0 | 400 | 6.49 | 2596.00 |

ORDERED BY SANDY WITH RACHEL

YOUR BACK ORDER WILL SHIP FRIDAY

PRICING PER JEFF/ ONE TIME ONLY
REGULAR PRICING UNTIL SHORTAGE IS OVER

THANK YOU FOR YOUR ORDER - MUST REPORT ALL
SHIPMENT DISCREPANCIES WITHIN 72 HOURS OF
RECEIPT. RETURNS SUBJECT TO 25% RESTOCK FEE.

6/23/11

This invoice replaces previous invoice on M'pred 80mg/ml -
This has correct pricing of $6.49 - other invoice $8.95

Credit - $984.00 check issued 6/31/11
give

8/9/' Spoke E Client - (he called me)
Stated we could order
2000 vials @ 7.49 or $7.95 -
Stated - national shortage -
Told him we were OK @ moment
+ did not wish to order -
Asked him to issue Marlese
the credit = $980.00

## We appreciate your business.

Tenn

Tax Payer ID# 62-1322467
CAUTION: FEDERAL LAW PROHIBITS
DISPENSING WITHOUT A PRESCRIPTION
Delinquent accounts past due 20 days subject to a 1.5% interest
charge per month on balance. Accounts turned over for collection
are responsible for legal fees.

| Amount Due |
|---|
| 3015.40 |

necc
*specializing pharmacy solutions*

**Prescription Order Form**

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: - 8-12-11

NAME OF St. Thomas Outpatient Neurosurgical Center
FACILITY:

PHONE NUMBER: 615-241-3425

ADDRESS: 4230 Harding Rd  Suit 901  Nashville TN  CONTACT NAME: Debra Schamberg

P.O. #: 50-06-1011

We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| | methylprednisolone | 8mg/ml | p/f | 1 ml | 500 | \ |
| | methylprednisolone | 80mg/ml | p/f | 2ml | 200 | 1 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: John Culclasure MD

DEA Number: BC 2224909

**For NECC Use Only**

Verification: Institutional Agent: _____  NECC Agent: _____  Date: _____  Time: _____

V102309

STOPNC_0081

26

**Prescription Order Form**

697 Wavrely Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: - 9-23-2011

NAME OF FACILITY: St. Thomas Outpatient Neurosurgical Center

PHONE NUMBER: 615-241-3425

ADDRESS: 4230 Harding Rd  Suite 901  Nashville  TN  CONTACT NAME: Debra Schomberg  P.O. #: 52.06.1011

We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| | Methylprednisolone. | 80mg/ml | p/f | 1 ml | 500 | / |
| | Methylprednisolone | 80mg/ml | p/f | 2 ml | 200 | / |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: John W. Culclasure  MD

DEA Number: BC 2226909

| Verification: Institutional Agent: | For NECC Use Only NECC Agent: | Date: | Time: |
|---|---|---|---|

V102309

STOPNC_0080

27

REDACTED



CONFIDENTIAL DISCOVERY MATERIAL

# Prescription Order Form

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 1-17-12

NAME OF
FACILITY: SE Thomas Outpatient Neurosurgical Gtr

PHONE NUMBER: 615-341-3425

CONTACT NAME: Debra Schamberg

P.O. #: SC 1-17-12

ADDRESS: 4230 Harding Rd, Suite #901
Nashtn 37205

We must have Facility name & address to process your prescription order – Thank You.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
|  | Methylprednisolone | 80mg/ml | P F | 2ml | 100 |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Physician's Name/Signature: John W Culclasure

DEA Number: BC 222 6907

**For NECC Use Only**

Verification: Institutional Agent: _____ NECC Agent: _____ QB: _____ Date: _____ Time: _____

V102309

STOPNC_0078

29

**Prescription Order Form**

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 1-24-12

NAME OF
FACILITY: St. Thomas Outpatient Neurosurgical Ctr

PHONE NUMBER:

CONTACT NAME: Debra Schamberg

ADDRESS: 4230 Harding Rd Suite 901
Nashville TN 37205

P.O. #: SC 1-24-12

We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| | methylprednisolone | 80mg/ml | PF | 1 ml | 400 | |
| | betamethasone repository | 6 mg/ml | PF | 2 ml | 10 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: John W Culclasure MD

DEA Number: BC 2226709

**For NECC Use Only**

Verification: Institutional Agent: _____ NECC Agent: _____ QB: _____ Date: _____ Time: _____

V102309

STOPNC_0077

30

REDACTED

CONFIDENTIAL DISCOVERY MATERIAL

STOPNC-0001574

REDACTED

CONFIDENTIAL DISCOVERY MATERIAL

STOPNC-0001575

**NECC**
*advancing pharmacy practices*

# Prescription Order Form

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 2-14-12

NAME OF
FACILITY: St. Thomas Outpatient Neurosurgical PHONE NUMBER: 615-341-3425

ADDRESS: 4230 Harding Rd Suite 901 CONTACT NAME: Debra Schamberg P.O. #: SC-2-14-12
Nash Tn 37205

We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| | betamethasone repository | 6 mg/ml | PF | 2 ml | 10 | |
| | methylprednisolone | 80 mg/ml | PF | 2 ml | 150 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: John Culclasure MD    DEA Number: BC 222 6909

**For NECC Use Only**

Verification: Institutional Agent: _____ NECC Agent: _____ QB: _____ Date: _____ Time: _____

Y102309

STOPNC_0076

33

**Prescription Order Form**

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 2-28-12

NAME OF
FACILITY: St. Thomas Outpatient Neurosurgical Clv   PHONE NUMBER: 615-341-3425

ADDRESS: 4230 Harding Rd   Suite 901   CONTACT NAME: Debra Schamberg   P.O. #: SC 3-28-12

Nash Tn 37205

We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| | betamethasone repository | 6mg/ml | PF | 2ml | 10 | |
| | methylprednisolone | 80mg/ml | PF | 1ml | 300 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: John Culclasure MD   DEA Number: BC 292 6909

**For NECC Use Only**

Verification: Institutional Agent: _____   NECC Agent: _____   QB: _____   Date: _____   Time: _____

V102309

STOPNC_0075

34

# Prescription Order Form

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

NAME OF
FACILITY: St Thomas Outpatient Neurosurgical PHONE NUMBER: 615 - 341 - 3425

DATE: 3-16-12

ADDRESS: 4230 Harding Rd Suite 901  CONTACT NAME: Debra Schamberg  P.O. #: SC 3 - 16-12
Nash Tn 37205

We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| | betamethasone repository | 6mg/ml | PF | 2 ml | 10 | veed 3/26 |
| | methylprednisolone | 80 mg/ml | PF | 1 ml | 300 | veed 3/20 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: John Culclasure MD          DEA Number: BC 222 6909

For NECC Use Only

Verification: Institutional Agent: _____ NECC Agent: _____ QB: _____ Date: _____ Time: _____

V102309

STOPNC_0074

35

REDACTED

CONFIDENTIAL DISCOVERY MATERIAL

STOPNC-010675

37

# Prescription Order Form

neCC
advancing pharmacy solutions

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 4 - 3 -12 / 4 - 9 -12
verbal ✓ v-v refaxed

NAME OF
FACILITY: St Thomas Outpatient Neurosurgical  PHONE NUMBER: 615 - 341 - 3425

ADDRESS: 4230 Harding Rd. Suite 901   CONTACT NAME: Debra Schamberg   P.O. #: SC 4 - 3 -12
Nash Tn 37205

We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| | betamethasone repository | 6 mg/ml | PF | 2 ml | 15 | |
| | methylprednisolone | 80 mg/ml | PF | 1 ml | 100 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4-9-12
order
cancelled
must reorder-
SCS- methylpred

Physician's Name/Signature: John Culclasure MD   DEA Number: BC 222 6909

For NECC Use Only

Verification: Institutional Agent: _____   NECC Agent: _____   QB: _____   Date: _____   Time: _____

Y102309

STOPNC_0073

# St. Thomas Outpatient Neurosurgery Center

---

### FACSIMILE TRANSMITTAL SHEET

| TO: _necc_ | FROM: *St Thomas Outpatient Neuro Ctr*<br>FAX: 615 - 341 3427<br>DIRECT: |
|---|---|
| COMPANY: | DATE: *4 - 9 - 12* |
| FAX NUMBER:<br>*888- 820-0583* | TOTAL NO. OF PAGES INCLUDING<br>COVER: *1* |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

*prescription order*
*Please ship today if possible*

Confidentiality Notice
This facsimile contains Confidential Information that is legally privileged and protected. This
information is intended only for the use of the individual or entity named as the Recipient above. If
you are not the intended recipient of this information or the employee or agent responsible for
delivering it to the intended recipient, you are hereby notified that any disclosure, copying,
distribution or action in reliance on the contents of these documents is strictly prohibited. If you have
received this information in error, please immediately notify St. Thomas Outpatient Neurosurgical
Center at the contact number above and arrange for the return or destruction of these documents.

4230 HARDING ROAD, SUITE 901 NASHVILLE, TN 37205
PHONE 615-327-9543

STOPNC_0071

**NECC**
new england compounding center

# Prescription Order Form

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 4-9-12

NAME OF
FACILITY: SET Thomas Outpatient Neurosurgical Clv   PHONE NUMBER: 615 - 341 - 3425   CONTACT NAME: Debra Schamberg   P.O. #: SC 4-9-12

ADDRESS: 4230 Harding Rd Suite 901
Nash Tn 37205

We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| | betamethasone repository | 6mg/ml | PF | 2ml | 15 | |
| | methylprednisolone | 80mg/ml | PF | 1ml | 500 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: John Culclasure MD   DEA Number: BC 2226909

For NECC Use Only

Verification: Institutional Agent: _____   NECC Agent: _____   QB: _____   Date: _____   Time: _____

Y102309

STOPNC_0072

39

# St. Thomas Outpatient Neurosurgery Center

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: *necc* | FROM: St Thomas Outpatient Neuro Ctr<br>FAX: 615 - 341 3427<br>DIRECT: |
| COMPANY: | DATE: 4 - 24 - 12 |
| FAX NUMBER: 888- 820-0583 | TOTAL NO. OF PAGES INCLUDING COVER: 1 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: *prescription order* | YOUR REFERENCE NUMBER: |

Confidentiality Notice
This facsimile contains Confidential Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the Recipient above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or action in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify St. Thomas Outpatient Neurosurgical Center at the contact number above and arrange for the return or destruction of these documents.

# Prescription Order Form

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

**DATE:** 4-24-12

NAME OF
**FACILITY:** St.Thomas Outpatient Neurosurgical Ctr.   **PHONE NUMBER:** 615-341-3425   **CONTACT NAME:** Debra Schamberg   **P.O. #:** SC 4-24-12

**ADDRESS:** 4230 Harding Rd. Suite 901  Nash Tn 37205

We must have Facility name & address to process your prescription order – *Thank you.*

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If *preservative-free,* write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| | betamethasone repository | 6 mg/ml | PF | 2 ml | 20 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Physician's Name/Signature:** John Culclasure MD   **DEA Number:** BC 2226909

| For NECC Use Only | | |
|---|---|---|
| Verification: Institutional Agent: _____ NECC Agent: _____ | QB: _____ | Date: _____  Time: _____ |

Y102309

STOPNC_0070

**Prescription Order Form**

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 5 - 7 - 12

NAME OF
FACILITY: SET homas Outpatient Neurosurgical Ctv

ADDRESS: 4230 Harding Rd Suite 901    PHONE NUMBER: 615 - 34 - 3425    CONTACT NAME: Debra Schamberg    P.O. #: SC 5 - 7 - 12

Nash Tn 37205    We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| | methylprednisolone | 80mg/ml | PF | 1 ml | 500 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*(handwritten note in units column: 5371/808 36 485   Fedex # check or fedex)*

Physician's Name/Signature: John Culclasure MD    DEA Number: BC 2226909

| For NECC Use Only | | | |
|---|---|---|---|
| Verification: Institutional Agent: | NECC Agent: | QB: | Date: _____ Time: _____ |
| Y102309 | | | |

STOPNC_0067

# St. Thomas Outpatient Neurosurgery Center

## FACSIMILE TRANSMITTAL SHEET

TO: *necc*

FROM: *St Thomas Outpatient Neuro Ctr*

FAX: *615 – 341 3427*

DIRECT:

COMPANY:

DATE:

FAX NUMBER: *888- 820-0583*

TOTAL NO. OF PAGES INCLUDING COVER: *2*

PHONE NUMBER:

SENDER'S REFERENCE NUMBER:

RE:

YOUR REFERENCE NUMBER:

*prescription order*
*Please ship today if possible*

**Confidentiality Notice**
This facsimile contains Confidential Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the Recipient above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or action in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify St. Thomas Outpatient Neurosurgical Center at the contact number above and arrange for the return or destruction of these documents.

CONFIDENTIAL DISCOVERY MATERIAL

REDACTED

CONFIDENTIAL DISCOVERY MATERIAL

STOPNC-0005498

**Prescription Order Form**

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 6-1-12

NAME OF
FACILITY: St Thomas Outpatient Neurosurgery ctv   PHONE NUMBER: 615 - 341 - 3425

CONTACT NAME: Debra Schamberg

ADDRESS: 4230 Harding Rd #401   P.O. #: SC - 6 - 1-12
Nash Tn 37205

We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| | betamethasone repository | 6 mg/ml | P F | 2 ml | 10 | |
| | methylprednisolone | 80mg/ml | P F | 1 ml | 500 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: John Culclasure MD                    DEA Number: BC 222-6909

For NECC Use Only

Verification: Institutional Agent: _____   NECC Agent: _____   QB: _____   Date: _____   Time: _____

Y1023509

STOPNC_0066

46

R242 -LIST DAILY CHRT PULL (5)
ST THOMAS OP NEUROLOGICAL CENTER LLC

| IENT # | PATIENT NAME | PROVIDER | LOC | TIME | REASON | ADDRESS | INIT |
|--------|-------------|----------|-----|------|--------|---------|------|
| | | E SAINT THOMAS | 66 | 7.00 | L-ESI 1 OF 3 W/JWC | | ddh |
| | | B SAINT THOMAS | 66 | 7.30 | 3 OF 3 L-ESI W/ASA | | SLD |
| | | V SAINT THOMAS | 66 | 7.30 | L-ESI 1 OF 3 W/JWC | | DDH |
| | | SAINT THOMAS | 66 | 7.45 | L-ESI 1 OF 3 W/ASA | | DDH |
| | | SAINT THOMAS | 66 | 8.00 | L-ESI 1 OF 3 W/ASA | | DDH |
| | | SAINT THOMAS | 66 | 8.00 | L-ESI 2 OF 3 W/JWC | | BLD |
| | | R SAINT THOMAS | 66 | 8.15 | 3 OF 3 L-ESI W/JWC | | DDH |
| | | SAINT THOMAS | 66 | 8.30 | 3 OF 3 L-ESI W/ASA | | SLD |
| | | E SAINT THOMAS | 66 | 8.30 | L-ESI 2ND INJ W/JWC | | DDH |
| | | F SAINT THOMAS | 66 | 8.45 | L-ESI 2 OF 3 W/JWC | | DDH |
| | | E SAINT THOMAS | 66 | 9.00 | DIAG LUMB FACET BLK #2 W/J | | DDH |
| | | J SAINT THOMAS | 66 | 9.00 | L-ESI 1 OF 3 W/ASA | | DDH |
| | | C SAINT THOMAS | 66 | 9.30 | L-ESI 2 OF 2 W/JWC | | DDH |
| | | E SAINT THOMAS | 66 | 9.30 | L-ESI 2 OF 3 W/ASA | | DDH |
| | | G SAINT THOMAS | 66 | 9.45 | L-ESI 2 OF 3 W/JWC | | DDH |
| | | L SAINT THOMAS | 66 | 9.45 | 3 OF 3 T-ESI W/ASA | | SLD |
| | | N SAINT THOMAS | 66 | 10.00 | DIAG CERV FACET BLK #1 W/J | | DDH |
| | | K SAINT THOMAS | 66 | 10.00 | C-ESI 1 OF 3 W/ASA | | DDH |
| | | S SAINT THOMAS | 66 | 10.30 | 3 OF 3 L-ESI W/ASA | | SLD |
| | | D SAINT THOMAS | 66 | 10.30 | L-ESI 1 OF 3 W/JWC | | BLD |
| | | J SAINT THOMAS | 66 | 10.45 | L-ESI 2 OF 3 W/JWC | | DDH |
| | | N SAINT THOMAS | 66 | 10.45 | 3 OF 3 L-ESI W/ASA | | SLD |
| | | SAINT THOMAS | 66 | 11.00 | C-ESI X 1 W/ASA | | DDH |
| | | A SAINT THOMAS | 66 | 11.30 | L-ESI 1 OP 1 REPEAT W/JWC | | BLD |
| | | R SAINT THOMAS | 66 | 12.30p | L-ESI 2 OF 3 W/ASA | | DDH |
| SC06912 | MOUSE    MICKEY | M SAINT THOMAS | 66 | 12.30p | NP/CONSULT- | W/ 4324 NEWBY DR | BLD |

R242   -LIST DAILY CHRT PULL (5)
ST THOMAS OP NEUROLOGICAL CENTER LLC

PAGE        2

| [BNT #  PATIENT NAME | PROVIDER | LOC | TIME | REASON | ADDRESS | INIT |
|---|---|---|---|---|---|---|
| ▓▓▓▓▓ | L SAINT THOMAS | 66 | 12.45p | 2 OF 3 L-ESI W/ASA | ▓▓▓▓▓ | SLD |
| ▓▓▓▓▓ | L SAINT THOMAS | 66 | 1.00p | L-ESI 1 OF 3 W/ASA | ▓▓▓▓▓ | DDH |
| ▓▓▓▓▓ | M SAINT THOMAS | 66 | 1.15p | L-ESI 2 OF 3 W/JWC | ▓▓▓▓▓ | DDH |
| ▓▓▓▓▓ | SAINT THOMAS | 66 | 1.45p | C-ESI 2 OF 3 W/JWC | ▓▓▓▓▓ | DDH |
| ▓▓▓▓▓ | L SAINT THOMAS | 66 | 1.45p | 3 OF 3 L-ESI W/ASA | ▓▓▓▓▓ | SLD |
| ▓▓▓▓▓ | L SAINT THOMAS | 66 | 2.00p | L-ESI 1 OF 3 W/JWC | ▓▓▓▓▓ | DDH |
| ▓▓▓▓▓ | C SAINT THOMAS | 66 | 2.00p | L-ESI 1 OF 3 W/ASA | ▓▓▓▓▓ | DDH |
| ▓▓▓▓▓ | J SAINT THOMAS | 66 | 2.30p | 3 OF 3 L-ESI W/ASA | ▓▓▓▓▓ | SLD |
| ▓▓▓▓▓ | G SAINT THOMAS | 66 | 2.30p | L-ESI REPEAT X 1 W/JWC | ▓▓▓▓▓ | DDH |
| ▓▓▓▓▓ | E SAINT THOMAS | 66 | 2.45p | L-ESI 2 OF 2 W/JWC | ▓▓▓▓▓ | SLD |
| ▓▓▓▓▓ | B SAINT THOMAS | 66 | 3.00p | L-ESI 1 OF 3 W/ASA | ▓▓▓▓▓ | DDH |
| ▓▓▓▓▓ | C SAINT THOMAS | 66 | 3.30p | 3 OF 3 L-ESI W/JWC | ▓▓▓▓▓ | DDH |
| ▓▓▓▓▓ | W SAINT THOMAS | 66 | 3.30p | L-ESI 3 OF 3 W/RR | ▓▓▓▓▓ | DDH |

```
R242  -LIST DAILY CHRT PULL (5)
ST THOMAS OP NEUROLOGICAL CENTER LLC
USER - sld015                                                              PAGE    1
```

| IENT # | PATIENT NAME | PROVIDER | LOC | TIME | REASON | ADDRESS | INIT |
|--------|--------------|----------|-----|------|--------|---------|------|
| | | R SAINT THOMAS | | | | | BLD |
| | | L SAINT THOMAS | 66 | 7.30 | L-ESI 1 OF 1 W/ASA | | BLD |
| | | SAINT THOMAS | 66 | 7.45 | L-ESI 2 OF 3 W/ASA | | DDH |
| | | B SAINT THOMAS | 66 | 8.00 | L-ESI 1 OF 3 W/ASA | | DDH |
| | | L SAINT THOMAS | 66 | 8.15 | 2 OF 3 L-ESI W/JWC | | sld |
| | | P SAINT THOMAS | 66 | 8.30 | L-ESI 1 OF 3 W/JWC | | DDH |
| | | SAINT THOMAS | 66 | 8.30 | L-ESI 1 OF 3 W/ASA | | DDH |
| | | J SAINT THOMAS | 66 | 9.00 | L-ESI 1 OF 2 W/JWC | | DDH |
| | | SAINT THOMAS | 66 | 9.00 | T-ESI 1 OF 3 W/ASA | | DDH |
| | | SAINT THOMAS | 66 | 9.30 | L-ESI 2 OF 3 W/ASA | | DDH |
| | | R SAINT THOMAS | 66 | 9.30 | 3 OF 3 L-ESI W/JWC | | SLD |
| | | K SAINT THOMAS | 66 | 9.45 | 3 OF 3 L-ESI W/ASA | | SLD |
| | | L SAINT THOMAS | 66 | 9.45 | L-ESI REPEAT X 1 W/JWC | | DDH |
| | | SAINT THOMAS | 66 | 10.00 | L-ESI 1 OF 1 LEFT L5-S1 W/ | | BLD |
| | | S SAINT THOMAS | 66 | 10.00 | L-ESI 1 OF 3 W/ASA | | DDH |
| | | J SAINT THOMAS | 66 | 10.30 | 3 OF 3 L-ESI W/ASA | | DDH |
| | | R SAINT THOMAS | 66 | 10.30 | 3 OF 3 L-ESI W/JWC | | SLD |
| | | D SAINT THOMAS | 66 | 10.45 | L-ESI 2 OF 3 W/ASA | | DDH |
| | | E SAINT THOMAS | 66 | 10.45 | L-ESI 3 OF 3 W/JWC | | BLD |
| | | C SAINT THOMAS | 66 | 11.00 | L-ESI 1 OF 3 W/JWC | | BLD |
| | | P SAINT THOMAS | 66 | 11.00 | L-ESI 1 OF 2 W/ASA | | DDH |
| | | SAINT THOMAS | 66 | 11.30 | 3 OF 3 L-ESI W/JWC | | SLD |
| | | R SAINT THOMAS | 66 | 12.30p | 3 OF 3 L-ESI W/ASA | | SLD |
| | | M SAINT THOMAS | | | | | BLD |
| | | SAINT THOMAS | 66 | 1.00p | RT SI JOINT X 1 W/ASA | | DDH |
| | | SAINT THOMAS | 66 | 1.15p | L-ESI 2 OF 3 W/JWC | | ddh |

```
R242  -LIST DAILY CHRT PULL (5)                                    DATE  6/26/12
ST THOMAS OP NEUROLOGICAL CENTER LLC                               TIME   08:50
USER - sld015                                                      PAGE       2
CHART LIST FOR APP'TS ON **  6/26/12 **
  :ENT #   PATIENT NAME          PROVIDER      LOC TIME   REASON          ADDRESS        INIT
```

| PATIENT NAME | PROVIDER | LOC | TIME | REASON | ADDRESS | INIT |
|---|---|---|---|---|---|---|
| | M SAINT THOMAS | 66 | 1.30p | 3 OF 3 L-ESI W/JWC | | SLD |
| | C SAINT THOMAS | 66 | 1.30p | L-ESI X 1 REPEAT W/ASA | | SLD |
| | B SAINT THOMAS | 66 | 1.45p | L-ESI 2 OF 3 W/JWC | | BLD |
| | C SAINT THOMAS | 66 | 1.45p | L-ESI 2 OF 3 W/ASA | | DDH |
| | E SAINT THOMAS | 66 | 2.00p | L-ESI 1 OF 3 W/ASA | | BLD |
| | M SAINT THOMAS | 66 | 2.00p | CERVICAL FACET BLOCK W/JWC | | BLD |
| | A SAINT THOMAS | 66 | 2.30p | L-ESI 2 OF 3 W/JWC | | BLD |
| | N SAINT THOMAS | 66 | 2.30p | L-ESI 1 OF 3 W/ASA | | DDH |
| | R SAINT THOMAS | 66 | 2.45p | L-ESI 2 OF 3 W/JWC | | BLD |
| | L SAINT THOMAS | 66 | 3.00p | L-ESI 1 OF 3 W/ASA | | BLD |
| | S SAINT THOMAS | 66 | 3.00p | L-ESI X 1 W/JWC | | DDH |
| | L SAINT THOMAS | 66 | 3.30p | L-ESI 1 OF 3 W/JWC | | DDH |
| | J SAINT THOMAS | 66 | 3.30p | L-ESI 1 OF 3 W/ASA | | BLD |
| | C SAINT THOMAS | 66 | 4.00p | 2 OF 3 L-ESI W/JWC | | DDH |
| | J SAINT THOMAS | 66 | 4.00p | L-ESI 2 OF 3 W/ASA | | BLD |

STOPNC_0063

50

```
R242  -LIST DAILY CHRT PULL (5)                                          DATE  6/13/12
ST THOMAS OP NEUROLOGICAL CENTER LLC                                     TIME  08:42
USER - sld015                                                           PAGE     1
CHART LIST FOR APP'TS ON ** 6/13/12 **
   (ENT #   PATIENT NAME         PROVIDER      LOC TIME  REASON                    ADDRESS                    INIT
```

 

| | PROVIDER | LOC | TIME | REASON | | INIT |
|---|---|---|---|---|---|---|
| L | SAINT THOMAS | 66 | 7.30 | L-ESI 1 OF 3 W/JWC | | DDH |
| | SAINT THOMAS | 66 | 8.00 | L-ESI X 1 W/JWC | | DDH |
| L | SAINT THOMAS | 66 | 8.30 | C-ESI X 1 W/JWC | | DDH |
| A | SAINT THOMAS | 66 | 9.00 | L-ESI 1 OF 3 W/JWC | | DDH |
| L | SAINT THOMAS | 66 | 9.00 | L-ESI X 1 W/JWC WORK IN | | SLD |
| | SAINT THOMAS | 66 | 9.30 | C-ESI X 1 REPEAT W/JWC | | ddh |
| W | SAINT THOMAS | 66 | 9.45 | L-ESI X 1 REPEAT W/JWC | | ddh |
| B | SAINT THOMAS | 66 | 10.00 | L-ESI 1 OF 3 L4-5 W/JWC | | BLD |
| O | SAINT THOMAS | 66 | 10.30 | L-ESI 2 OF 3 W/JWC | | SLD |
| F | SAINT THOMAS | 66 | 10.45 | L-ESI 2 OF 3 W/JWC | | ddh |
| B | SAINT THOMAS | 66 | 11.00 | L-ESI 1 OF 3 W/JWC | | SLD |
| P | SAINT THOMAS | 66 | 11.30 | L-ESI 2 OF 3 W/JWC | | BLD |
| M | SAINT THOMAS | 66 | 12.30p | 3RD L-ESI W/JWC | | DDH |
| | SAINT THOMAS | 66 | 12.45p | C-ESI 1 OF 3 W/JWC | | DDH |
| D | SAINT THOMAS | 66 | 1.00p | LUMB FACET BLK #1 W/JWC | | DDH |
| G | SAINT THOMAS | 66 | 1.45p | 3 OF 3 L-ESI W/JWC | | sld |
| | SAINT THOMAS | 66 | 2.00p | L-ESI 1 OF 3 W/JWC | | DDH |
| | SAINT THOMAS | 66 | 2.30p | L-ESI 1 OF 1 W/JWC | | BLD |
| T | SAINT THOMAS | 66 | 3.00p | L-ESI 1 OF 3 W/JWC | | BLD |
| | SAINT THOMAS | 66 | 3.30p | L-ESI 2 OF 3 W/JWC | | BLD |
| F | SAINT THOMAS | 66 | 3.45p | L-ESI REPEAT X 1 W/JWC | | DDH |

**nece** empowering pharmacy solutions

# Prescription Order Form

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 6-26-12

NAME OF FACILITY: St. Thomas Outpatient Neurosurgical Ctr.

PHONE NUMBER: 615-341-3425   CONTACT NAME: Debra Schamberg   P.O. #: SC-6-26-12

ADDRESS: 4230 Harding Rd #901   Nash Tn 37205

We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| | betamethasone repository | 6 mg/ml | PF | 2 ml | 16 | ✓ |
| | methylprednisolone | 80 mg/ml | PF | 1 ml | 500 | ✓ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: John Culclasure MD   DEA Number: BC 2276909

Verification: Institutional Agent: _____

**For NECC Use Only**

NECC Agent: _____   QB: _____   Date: _____   Time: _____

V102309

STOPNC_0065

52

**NECC** advanced pharmacy solutions

**Prescription Order Form**

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 7 - 24 -12

NAME OF
FACILITY: St.Thomas Outpatient Neurosurgical PHONE NUMBER: 615 - 341 - 3425

ADDRESS: 4230 Harding Rd  Suite 901   CONTACT NAME: Debra Schamberg   P.O. #: SC  7-24-12
Nash, Tn  37205   We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
|  | betamethasone repository | 6mg/ml | PF | 2ml | 10 |  |
|  | methylprednisolone | 80mg/ml | PF | 1ml | 500 |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Physician's Name/Signature: John Culclasure MD   DEA Number: BC 232 6909

| For NECC Use Only | | |
|---|---|---|
| Verification: Institutional Agent: _____ | NECC Agent: _____ | QB: _____ | Date: _____ | Time: _____ |

STOPNC 0059

Y102309

53

REDACTED

STOPNC-0002472

CONFIDENTIAL DISCOVERY MATERIAL

STOPNC-0002473

REDACTED

CONFIDENTIAL DISCOVERY MATERIAL

STOPNC-0002474

necc
a new way pharmacy solutions

**Prescription Order Form**

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 8 - 7 - 12

NAME OF
FACILITY: St. Thomas Outpatient Neurosurgical Clv   PHONE NUMBER: 615 - 341 - 3425

ADDRESS: 4230 Harding Rd   Suite 901   CONTACT NAME: Debra Schamberg   P.O.#: SC 8-7-12
Nash Tn 37205   We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
|  | beta meth a sone repository | 6mg/ml | PF | 2ml | 15 | ✓ |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Physician's Name/Signature: John Culclasure MD   DEA Number: BC 232 6909

**For NECC Use Only**

Verification: Institutional Agent: _____   NECC Agent: _____   QB: _____   Date: _____   Time: _____

V102309

STOPNC 0058

57

# Prescription Order Form

NECG
advancing pharmacy solutions

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

DATE: 8-10-12

NAME OF
FACILITY: St.Thomas Outpatient Neurosurgical clv   PHONE NUMBER: 615-341-3425   CONTACT NAME: Debra Schamberg   P.O. #: SC 8-10-12

ADDRESS: 4230 Harding Rd Suite 901

Nash Tn 37205

We must have Facility name & address to process your prescription order – Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
|  | methylprednisolone | 80mg/ml | PF | 1ml | 500 | mid 8-14 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Physician's Name/Signature: John Culclasure MD   DEA Number: BC 222 6909

**For NECC Use Only**

Verification: Institutional Agent: _____   NECG Agent: _____   QB: _____   Date: _____   Time: _____

V102309.

STOPNC_0057

58

# Prescription Order Form

697 Waverly Street, Framingham MA 01702
800.994.6322, 508.820.0606.
FAX 888.820.0583 or 508.820.1616

neCC
advancing pharmacy solutions

DATE: 8-31-12

NAME OF
FACILITY: St. Thomas Outpatient Neurosurgical Ctr PHONE NUMBER: 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

CONTACT NAME: Debra Scharbereg   P.O.#: SC 8-31-12

ADDRESS: #230 Harding Rd, Suite 901
Nash, Tn 372 05

We must have Facility name & address to process your prescription order -- Thank you.

| Name of Patient | Name of medication to be compounded | Strength (%, mg/ml, u/ml) | If preservative-free, write in p/f | Unit size (mL, gm...) | # of units | Directions |
|---|---|---|---|---|---|---|
| | Methylprednisolone | 80mg/ml | PF | 1 ml | 500 | |
| | betamethasone repository | long/ml | PF | 2 ml | 10 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician's Name/Signature: John Culella Score

DEA Number: BC 2226909

For NECC Use Only

Verification: Institutional Agent: ___   NECC Agent: ___   QB: ___   Date: ___   Time: ___

V102309

STOBNC_0056

59