# EXHIBIT 17 TO BE FILED UNDER SEAL