# Saint Thomas Entities

|  | **Party** | **Role** |
|---|---|---|
| 1. | New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center | NECC compounded, manufactured, and dispensed the MPA received by some or all of the Plaintiffs in these MDL Proceedings |
| 2. | Ameridose, LLC | Affiliate of NECC |
| 3. | Alaunus Pharmaceuticals, LLC | Affiliate of NECC |
| 4. | Barry Cadden | Principal of NECC |
| 5. | Lisa Conigliaro Cadden | NECC pharmacist and involved in day-to-day operations |
| 6. | Douglas Conigliaro | Involved in day-to-day operations of NECC, Ameridose, MSM and MSMSW |
| 7. | Gregory Conigliaro | Principal of NECC and affiliates |
| 8. | Carla Conigliaro | Principal of NECC and affiliates |
| 9. | Glenn Chin | NECC pharmacist |
| 10. | GDC Properties Management, LLC | Owns property and responsible for improvements and maintenance on NECC campus |
| 11. | Medical Sales Management, Inc. ("MSM") | Provided advertising and marketing for NECC and Ameridose |
| 12. | Medical Sales Management SW, Inc. ("MSMSW") | Provided advertising and marketing for NECC and Ameridose |
| 13. | John Notarianni | MSM/MSMSW Salesman on behalf of NECC and Ameridose |
| 14. | Mario Giamei | MSM/MSMSW Salesman on behalf of NECC and Ameridose |
| 15. | United States Food and Drug Administration | The FDA is responsible for protecting the public health by assuring the safety, efficacy, and security of human and veterinary drugs, biological products, medical devices, our nation's food supply, cosmetics, and products that emit radiation |
| 16. | Massachusetts Board of Registration in Pharmacy | The MBP owed a duty to Plaintiffs and their health care providers to ensure that NECC compounded medication free from contamination and operated in compliance with applicable Massachusetts pharmaceutical laws pursuant to Mass. Gen. Laws ch. 112, § 32. |
| 17. | Tennessee Department of Health | [Based on any alleged failure to notify Plaintiffs of potential exposure to MPA] |
| 18. | Liberty Industries, Inc. | Designed, manufactured and installed cleanrooms |
| 19. | Unifirst Corporation, a/d/b/a UniClean Cleanroom Services | Hired to clean NECC and Ameridose clean rooms |
| 20. | ARL BioPharma, Inc. | Sterility testing |

# TN Clinic Defendants

| | Party | Role |
|---|---|---|
| 1. | New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center | NECC compounded, manufactured, and dispensed the MPA received by some or all of the Plaintiffs in these MDL Proceedings |
| 2. | Barry Cadden | NECC owner, manager, director, employee or agent |
| 3. | Lisa Cadden | NECC owner, manager, director, employee or agent |
| 4. | Douglas Conigliaro | NECC owner, manager, director, employee or agent |
| 5. | Carla Conigliaro | NECC owner, manager, director, employee or agent |
| 6. | Glenn Chin | NECC owner, manager, director, employee or agent |
| 7. | Joseph Connolly | NECC owner, manager, director, employee or agent |
| 8. | GDC Properties Management, LLC | Owns property and responsible for improvements and maintenance on NECC campus |
| 9. | US FDA | The FDA is responsible for protecting the public health by assuring the safety, efficacy, and security of human and veterinary drugs, biological products, medical devices, our nation's food supply, cosmetics, and products that emit radiation |
| 10. | TN Board of Pharmacy | Had legal authority to inspect NECC |
| 11. | TN Department of Health | [Based on any alleged failure to notify Plaintiffs of potential exposure to MPA] |
| 12. | MSM | Advertised for NECC |
| 13. | MSMSW | Advertised for NECC |
| 14. | John Notarianni | Salesman on behalf of NECC and Ameridose |
| 15. | Mario Giamei | Salesman on behalf of NECC and Ameridose |
| 16. | ARL Bio Pharma, Inc. | Sterility Testing |
| 17. | UniFirst | Cleaned NECC cleanrooms |
| 18. | Liberty Industries, Inc. | Designed, manufactured and installed cleanrooms |
| 19. | Victory Mechanical Services, Inc. and Victory Heating & Air Conditioning Co., Inc. | Manufactured, constructed, installed, designed, maintained NECC ventilation system |
| 20. | Scientific Air Analysis, Inc. | Certified NECC cleanrooms every 6 months |

| 21. | Pharmacy Support, Inc. | Inspected NECC and issued two reports regarding NECC's compliance with pharmaceutical standards in 2006 |
|---|---|---|
| 22. | Professional Compounding Centers of America | Trained NECC compounding employees, sold NECC recipe for MPA, sold some or all of bulk ingredients, and sold NECC a policy and procedure manual |
| 23. | Medisca | Sold large quantities of base chemicals to NECC, making bulk compounding possible |