UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases Against Saint Thomas Outpatient Neurosurgical Center | )<br>)<br>)<br>)   MDL No. 2419<br>)<br>)   Dkt. No. 1:13-md-2419 (RWZ)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

The Plaintiffs' Steering Committee respectfully moves the Court, pursuant to Local Rule 7.2, to allow Exhibit 17 to the Memorandum in Support of Plaintiffs' Steering Committee's Memorandum of Facts and Law Supporting Motion for Partial Summary Judgment Regarding Product Liability Claims Against Saint Thomas Outpatient Neurosurgical Center (Doc. 2302) to be filed under seal.

That exhibit is a document designated as Confidential pursuant to this Court's Protective Order No. 2 (Dkt. 814) by the Saint Thomas Entities.

Wherefore, the PSC respectfully requests that the Court allow Exhibit 17 to the Memorandum in Support of the PSC's Motion for Partial Summary Judgment (Doc. 2302) be filed under seal.

                    Respectfully submitted,

                    /s/ **George Nolan**
                    George Nolan (B.P.R. No. 14974)
                    LEADER, BULSO & NOLAN, PLC
                    414 Union Street, Suite 1740
                    Nashville, Tennessee 37219
                    (615) 780-4111
                    gnolan@leaderbulso.com

                    *As designated counsel on behalf of the Plaintiffs' Steering Committee*

| | |
|---|---|
| Thomas M. Sobol<br>Kristen Johnson Parker<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA  02142<br>Telephone:  (617) 482-3700<br>Facsimile:  (617) 482-3003<br>tom@hbsslaw.com<br>kristenjp@hbsslaw.com<br><br>*Plaintiffs' Lead* Counsel | Elizabeth J. Cabraser<br>Mark P. Chalos<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br>ecabraser@lchb.com<br>mchalos@lchb.com<br><br>Federal/*State Liaison* |
| Marc E. Lipton<br>LIPTON LAW<br>18930 W. 10 Mile Road<br>Southfield, MI  48075<br>Telephone:  (248) 557-1688<br>Facsimile:  (248) 557-6344<br>marc@liptonlawcenter.com | Kim Dougherty<br>JANET, JENNER & SUGGS, LLC<br>31 St. James Ave., Suite 365<br>Boston, MA  02116<br>Telephone:  (617) 933-1265<br>kdougherty@myadvocates.com |
| Patrick T. Fennell<br>CRANDALL & KATT<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016<br>Telephone:  (540) 342-2000<br>pfennel@crandalllaw.com | Mark Zamora<br>ZAMORA FIRM<br>6 Concourse Way, 22nd Floor<br>Atlanta, GA  30328<br>Telephone:  (404) 451-7781<br>Facsimile:  (404) 506-9223<br>marc@markzamora.com |
| J. Gerard Stranch, IV<br>Benjamin A. Gastel<br>BRANSTETTER, STRANCH & JENNINGS PLLC<br>227 Second Avenue North, 4th Floor<br>Nashville, TN  37201<br>Telephone:  (615) 254-8801<br>Facsimile:  (615) 255-5419<br>gerards@branstetterlaw.com<br><br>*Plaintiffs' Steering* Committee | |

## CERTIFICATE OF SERVICE

I, George Nolan, hereby certify that on October 6, 2015, I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

                      /s/ **George Nolan**
                      George Nolan