# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING  )
PHARMACY, INC. PRODUCTS LIABILITY  )
LITIGATION  )
                                                                          )
_____ )
                                                                          )
                                                                          )     MDL No. 2419
THIS DOCUMENT RELATES TO:          )     Dkt. No 1:13-md-2419 (RWZ)
                                                                          )
All Cases                                                            )
                                                                          )
                                                                          )
                                                                          )
                                                                          )

## SAINT THOMAS ENTITIES' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

The Saint Thomas Entities[1] move this Honorable Court, pursuant to Local Rule 7.2, to permit Exhibit A of the Saint Thomas Entities' Response to United States' Motion to Intervene to Oppose Saint Thomas Entities' Motion to Compel Medical Sales Management Inc. to Produce Certain Materials Produced in Criminal Discovery to be filed under seal. Exhibit A consists of a 5-minute excerpt of highlights from an MSM training video. The training video from which the excerpts were pulled is designated as Confidential Discovery Material by MSM pursuant to this Court's Third Amended Protective Order (Dkt. No. 814). It should remain under seal until this MDL is terminated and should then be returned to local counsel for the Saint Thomas Entities.

WHEREFORE, the Saint Thomas Entities respectfully request that the Court permit the exhibit referenced above to be filed under seal.

---

[1]   Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

Dated: October 7, 2015

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

SAINT THOMAS WEST HOSPITAL F/K/A
ST. THOMAS HOSPITAL, SAINT THOMAS
HEALTH, AND SAINT THOMAS
NETWORK

By their attorneys,

 */s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

## **CERTIFICATE OF SERVICE**

    I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 7th day of October, 2015.

                                         */s/ Sarah Kelly*
                                          Sarah P. Kelly

2902102.1