UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATIONS | ) ) ) ) ) MDL No. 2419 No. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter the appearance of the undersigned as additional counsel for the Plaintiffs John D. Overstreet and Joann Overstreet in the above-captioned case.

Dated: October 9, 2015                                                       Respectfully Submitted,

                                                                                          */s/ Jessica H. Meeder*
                                                                                          Jessica H. Meeder, Esquire
                                                                                          (Bar No. 17986)
                                                                                          Janet, Jenner & Suggs, LLC
                                                                                          1777 Reisterstown Road, Suite 165
                                                                                          Baltimore, Maryland 21208
                                                                                          T: (410) 653-3200
                                                                                          F: (410) 653-6903
                                                                                          jmeeder@myadvocates.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day 9th of October 2015, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

*/s/ Jessica H. Meeder*
Jessica H. Meeder, Esquire