UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION, | MDL No. 1:13-md-2419-RWZ |

**MOTION FOR LEAVE TO APPEAR BY TELEPHONE**

Comes now Leona E. Corker (the "Petitioner"), by counsel, and respectfully moves this Court to authorize Garren R. Laymon to appear and present argument before the Court via telephone. In support of this Motion, we submit as follows:

1. Attorney Garren R. Laymon represents Petitioner Leona E. Corker with respect to the above-referenced case, and requests leave to speak by telephone during the status conference scheduled at 2:00 p.m. on October 14, 2015.

2. Garren R. Laymon is located in Virginia and has been admitted to practice before the Court in this case *pro hace vice*, but cannot economically attend the hearing in person.

3. Counsel intends to speak regarding the background of Ms. Corker's claim on behalf of her deceased husband, the necessity of Ms. Corker to obtain approval of her petition for approval of compromise settlement pursuant to Virginia law, and her eligibility to participate in the claims procedures.

WHEREFORE, the Petitioner respectfully requests that this honorable Court:

A. Allow counsel to be heard via telephone; and

B. Grant any other relief that is just and necessary.

Date: October 9, 2015                    Respectfully submitted,

                                         LEONA E. CORKER, Executrix of the Estate of
                                         Billy Lewis Corker

                                         By: /s/ Garren R. Laymon
                                         Garren R. Laymon (Admitted *pro hac vice*)

Magee Goldstein Lasky & Sayers, P.C.
310 1st St., S.W., Suite 1200
Roanoke, Virginia 24011
Telephone: (540) 343-9800
Fax: (540) 343-9898
glaymon@mglspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2015, I caused a copy of the forgoing document to be filed electronically, which caused electronic notice of the Motion to be sent to all users of the CM/ECF system who have appeared in this case.

By: /s/ Garren R. Laymon
Garren R. Laymon

2