UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |

### NOTICE OF FILING OF NOTICES OF DEPOSITION BY WRITTEN QUESTIONS

Pursuant to Fed. R. Civ. P. 31, Box Hill Surgery Center, LLC, Ritu T. Bhambani, MD, and Ritu T. Bhambani, MD, LLC (Hereinafter "Box Hill") give notice to the Court and to all parties of the filing of the following:

1. Notice of Deposition by Written Questions to Peninsula Orthopaedic Associates, P.A.[1]

2. Notice of Deposition by Written Questions to Cumberland Valley Surgery Center[2]

3. Notice of Deposition by Written Questions to Annapolis Surgery Center[3]

4. Notice of Deposition by Written Questions to Hanover Parkway Surgery Center[4]

5. Notice of Deposition by Written Questions to Berlin Interventional Pain Management[5]

6. Notice of Deposition by Written Questions to Erlanger Health System[6]

---

[1] Exhibit 1.
[2] Exhibit 2.
[3] Exhibit 3.
[4] Exhibit 4.
[5] Exhibit 5.
[6] Exhibit 6.

7. Notice of Deposition by Written Questions to East Tennessee Children's Hospital[7]

8. Notice of Deposition by Written Questions to Premier Orthopedics & Sports Medicine[8]

9. Notice of Deposition by Written Questions to Hunter Holmes McGuire VA Medical Center[9]

10. Notice of Deposition by Written Questions to James E. Davis Ambulatory Surgical Center (Duke University)[10]

Respectfully submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, PA
901 Dulaney Valley Road
Suite 400
Towson, MD 21204
(410) 938-8800
gkirby@pklaw.com

*Attorneys for Box Hill Surgery Center, LLC, Ritu T. Bhambani, MD, and Ritu T. Bhambani, MD, LLC*

## CERTIFICATE OF SERVICE

I, Gregory K. Kirby, hereby certify that a copy of the forgoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system, including the attorneys representing the Plaintiffs in suits against Box Hill, and Notice of Electronic Filing (NEF) will be sent to those parties by operation of CM/ECF system on October 12, 2015.

/s/ Gregory K. Kirby
Gregory K. Kirby

---

[7] Exhibit 7.
[8] Exhibit 8.
[9] Exhibit 9
[10] Exhibit 10.