UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**THE PLAINTIFFS' STEERING COMMITTEE'S PROPOSED AGENDA**
**FOR THE OCTOBER 14, 2015 HEARING BEFORE JUDGE BOAL**

The Plaintiffs' Steering Committee proposes the following agenda for the October 14, 2015 hearing before Judge Boal (the "Hearing"). On February 24, 2015, Judge Zobel entered an order referring all discovery motions to Judge Boal [Dkt. No. 1708]. The following identifies all fully-briefed, discovery-related motions that are ready for argument. All of these motions were set for argument by the Court [Dkts. 2219, 2237, 2307].

1. Finnegan and Haynes Joint Motion to Quash Deposition Subpoenae [Dkts. 2211, 2212, 2213, 2214]
    a. Response to Joint Motion to Quash [Dkt. 2215]
2. U.S.'s Motion to Intervene and for a Stay of Certain Depositions Pending Resolution of Related Criminal Proceedings and Opposition to the Saint Thomas Entities' Motion to Compel Production of Criminal Discovery [Dkt. 2209]
    a. Tennessee Clinic Defendants' Response [Dkt. 2274]
    b. Saint Thomas Entities' Response [Dkt. 2275]
3. Saint Thomas Entities' Motion to Compel Ameridose LLC to Produce Documents Requested in Second Request for Production [Dkt. 2188, 2189]
    a. Ameridose's Response [Dkt. 2223]
4. Tennessee Clinic Defendants' Motion to Compel Compliance with Subpoena to NECC [Dkt. 2190, 2191]
    a. Trustee's Opposition [Dkt. 2227]

    b.   Tennessee Clinic Defendants' Motion for Leave to File Reply [Dkt. 2291]

5.   Saint Thomas Entities' Motion to Compel MSM [Dkts. 2248, 2249]

    a.   U.S. Opposition [Dkt. 2273]

    b.   MSM Opposition [Dkt. 2289]

    c.   Saint Thomas Entities' Response to the Government's Opposition / Motion for Leave to Intervene [2304]

6.   Saint Thomas Entities' Motion to Compel Greg Conigliaro [Dkts, 2282, 2283]

    a.   United States Opposition [Dkt. 2273]

    b.   MSM Opposition [Dkt. 2289]

    c.   Saint Thomas Entities' Response to the Government's Opposition / Motion for Leave to Intervene [Dkt. 2304]

Dated:  October 13, 2015

Respectfully submitted,

*/s/ Benjamin A. Gastel*
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

*Tennessee Lead Counsel for PSC*

Thomas M. Sobol, BBO # 471770
Kristen A. Johnson, BBO # 667261
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
(617) 482-3700
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel on behalf of the Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, Benjamin A. Gastel, hereby certify that I caused a copy of the above Proposed Agenda to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: October 13, 2015 	*/s/ Benjamin A. Gastel*
	Benjamin A. Gastel