UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**THE PLAINTIFFS' STEERING COMMITTEE'S CORRECTED PROPOSED AGENDA FOR THE OCTOBER 14, 2015 HEARING BEFORE JUDGE BOAL[1]**

The Plaintiffs' Steering Committee proposes the following agenda for the October 14, 2015 hearing before Judge Boal (the "Hearing"). On February 24, 2015, Judge Zobel entered an order referring all discovery motions to Judge Boal [Dkt. No. 1708]. The following identifies all fully-briefed, discovery-related motions that are ready for argument. All of these motions were set for argument by the Court [Dkts. 2219, 2237, 2307].

1. Finnegan and Haynes Joint Motion to Quash Deposition Subpoenae [Dkts. 2211, 2212, 2213, 2214]
    a. Tennessee Clinic Defendants' Response [Dkt. 2215]
2. United States Motion to Intervene and for a Stay of Certain Depositions Pending Resolution of Related Criminal Proceedings and Opposition to the Saint Thomas Entities' Motion to Compel Production of Criminal Discovery [Dkt. 2209]
    a. Tennessee Clinic Defendants' Response [Dkt. 2274]
    b. Saint Thomas Entities' Response [Dkt. 2275]
3. Saint Thomas Entities' Motion to Compel Ameridose LLC to Produce Documents Requested in Second Request for Production [Dkt. 2188, 2189]
    a. Ameridose's Response [Dkt. 2223]
4. Tennessee Clinic Defendants' Motion to Compel Compliance with Subpoena to

---

[1] This agenda corrects and updates the previously filed agenda at Dkt. No. 2321.

NECC [Dkt. 2190, 2191]

    a. Trustee's Opposition [Dkt. 2227]

    b. Tennessee Clinic Defendants' Reply [Dkt. 2291]

    c. Post Confirmation Officer's Surreply [Dkt. 2317]

5. Saint Thomas Entities' Motion to Compel MSM [Dkts. 2248, 2249]

    a. United States Opposition [Dkt. 2273]

    b. MSM Opposition [Dkt. 2289]

    c. Saint Thomas Entities' Response to the Government's Opposition / Motion for Leave to Intervene [2304]

6. PSC Motion to Compel Saint Thomas Entities [Dkts. 2260, 2261]

    a. Saint Thomas Entities' Opposition [Dkt. 2292]

7. Saint Thomas Entities' Motion to Compel Greg Conigliaro [Dkts, 2282, 2283]

    a. United States Opposition [Dkt. 2322]

    b. Greg Conigliaro Opposition [Dkt. 2324]

Dated:  October 13, 2015　　　　　　　　　Respectfully submitted,

*/s/ Kristen A. Johnson*
Thomas M. Sobol, BBO # 471770
Kristen A. Johnson, BBO # 667261
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
(617) 482-3700
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel on behalf of the Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: October 13, 2015   */s/ Kristen A. Johnson*
                          Kristen A. Johnson, BBO # 667261