UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 13-2419-RWZ |
| This Document Relates To: | | |
| All Tennessee Actions | | |

ORDER EXTENDING DEADLINES APPLICABLE TO TENNESSEE CASES

October 14, 2015

Boal, M.J.

The Saint Thomas Entities and the Tennessee Clinic Defendants have moved for an order extending certain deadlines applicable to Tennessee cases. Docket Nos. 2245, 2251. The Court grants the motions in part and sets the following deadlines for common issue discovery in the Tennessee cases:

| | |
|---|---|
| Close of Common Fact Discovery: | November 16, 2015 |
| Opening Common Expert Reports Due: | December 16, 2015 |
| Rebuttal Common Expert Reports Due: | January 15, 2016 |
| Reply Common Expert Reports Due: | January 29, 2016 |
| Close of Common Expert Discovery: | February 19, 2016 |

**So Ordered.**

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge