## EXHIBIT A

PROPOSED SCHEDULE FOR CASE-SPECIFIC DISCOVERY
OF REMAINING BELLWETHER CANDIDATES

| Deadline for Written discovery: | November 30, 2015 |
|---|---|
| Completion of Plaintiffs' Depositions: | December 18, 2015 |
| Deadline for Execution of Bellwether Strikes and Joint Filing of Summary of Remaining Cases: | December 23, 2015 |
| Plaintiffs' Expert Reports Due: | January 6, 2016 |
| Defendants' Expert Reports Due: | January 22, 2016 |
| *Daubert* Motions Due: | February 12, 2016 |
| Close of Case-Specific Fact and Expert Discovery: | February 29, 2016 |

Responses to written discovery shall be served within 14 days, and documents not withheld based on objections shall be produced within 30 days.