UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND )
COMPUNDING PHARMACY, INC. )   Docket No: 1:13-md-2419-RWZ
PRODUCTS LIABILITY LITIGATION )

## NOTICE OF APPEARANCE

Kindly enter the appearance of Thomas M. Dolan, Esquire of Capplis, Connors & Carroll, PC, 18 Tremont Street, Suite 330, Boston, Massachusetts 02108 as attorney for the defendant, Ocean State Pain Management, Inc., in the above captioned action.

/s/ Thomas M. Dolan
THOMAS M. DOLAN, ESQ.
BBO # 683042
Capplis, Connors & Carroll, PC
18 Tremont Street – Suite 330
Boston, MA 02108
(617) 227-0722
tdolan@ccclaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2015, I served the above Notice of Appearance upon the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ Thomas M. Dolan
THOMAS M. DOLAN, ESQ.
Attorney for Defendant,
Ocean State Pain Management, Inc.