UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No. 1:13-md-2419-RWZ |

## NOTICE OF APPEARANCE

Please enter the appearance of Keri L. Wintle of Duane Morris LLP, as counsel for Paul D. Moore, in his capacity as Post-Confirmation Officer of the Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center.

Dated:  October 22, 2015
          Boston, Massachusetts

Respectfully submitted,

**DUANE MORRIS LLP**

By:  /s/ *Keri L. Wintle*
Keri L. Wintle (BBO # 676508)
**DUANE MORRIS LLP**
100 High Street, 24th Floor
Boston, MA 02110-1724
Tel:    857-488-4200
Fax:    857-488-4201
Email: klwintle@duanemorris.com

DM3\3475410.1

**Certificate of Service**

I, Keri L. Wintle, hereby certify that on this day, October 22, 2015, I caused a copy of the foregoing *Notice of Appearance*, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ *Keri L. Wintle*
Keri L. Wintle