UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> All Actions | ) ) ) ) ) ) ) ) ) MDL No. 2419 <br> Master Dkt. 1:13-md-02419-RWZ |

**THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO FILE UNDER SEAL ITS MOTION FOR A PROTECTIVE ORDER REGARDING THE BOX HILL DEFENDANTS' NOTICES OF DEPOSITION BY WRITTEN QUESTION [ECF NO. 2319]**

NOW COMES the Plaintiffs' Steering Committee (the "PSC"), pursuant to the Third Amended Protective Order of Confidentiality [Dkt. No. 814] ("Protective Order"), and hereby moves to file certain documents under seal in accordance with the requirements and procedures of the Protective Order. In support thereof, the PSC states as follows:

The PSC deposed two contractors for Brigham & Women's Hospital on June 3 and 4, 2015. The depositions themselves, as well as their accompanying exhibits, are confidential. The PSC incorporates documents and testimony from those depositions into its Motion for Protective Order Regarding the Box Hill Defendants' Notices of Deposition by Written Question.

Accordingly, the PSC respectfully seeks leave to file under seal. A redacted version of the PSC's Motion for a Protective Order will be filed later today via ECF. Unredacted copies will be submitted by hand to the Court and circulated to all counsel appearing in this matter once the Court rules upon this Motion.

WHEREFORE, the PSC respectfully requests this Court accept for filing under seal the PSC's Motion for a Protective Order and its exhibits.

Dated: October 23, 2015                                  Respectfully submitted,

/s/ Kimberly A. Dougherty
Kimberly A. Dougherty (BBO # 658014)
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: (617) 933-1265
kdougherty@myadvocates.com

*Plaintiffs' Steering Committee*

Thomas M. Sobol
Kristen A. Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone: 615.313.9000
Facsimile: 615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344

marc@liptonlawcentercom

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: (540) 342-2000
pfennell@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA 30328
Telephone: (404) 451-7781
Facsimile: (404) 506-9223
marc@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 23, 2015, a true and exact copy of the foregoing was filed with this the Clerk of the Court using the ECF system that sent a notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

/s/ Kimberly A. Dougherty
Kimberly A. Dougherty