UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| _____ | ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL CASES | ) ) ) ) ) ) |

MDL No. 2419
Dkt. No 1:13-md-2419 (RWZ)

### MOTION OF THE DEFENDANTS, ABDUL R. BARAKAT, M.D., AND OCEAN STATE PAIN MANAGEMENT, P.C., FOR COURT ORDER COMPELLING THE UNITED STATES GOVERNMENT TO DISCLOSE RELEVANT PORTIONS OF GRAND JURY MINUTES

Now come the defendants, Abdul R. Barakat, M.D., and Ocean State Pain Management,

in United States District Court, District of Massachusetts, Civil Action No. 1:13-cv-10943-RWZ,

and respectfully request that this Honorable Court issue an order compelling the United States

Government to disclose certain relevant portions of grand jury transcripts from the criminal

matter United States v. Cadden et al., 14-CR-10363, pursuant to Federal Rule of Criminal

Procedure 6(e)(3)(E)(i).[1]  The defendants seek only those portions of the transcripts which

---

[1] While the government is not a direct party to the civil proceedings, they have intervened to move for the stay of certain depositions and opposed the production of certain criminal discovery and grand jury materials. See Docket. No. 2209. If the instant motion cannot be properly filed and addressed in the civil docket due to the fact that the government is only an "interested party," the defendants would request that the court consider this a Motion for Leave to File a similar motion in the criminal docket. Given the Honorable Jennifer C. Boal's control over discovery proceedings in both the criminal and civil dockets, she is in a unique position to quell the court's concern in United States v. Moussaoui, 483 F.3d 220, 237 (4th Cir. 2007) ("the criminal court would be forced to educate itself about the civil litigation to determine whether the discovery request should be granted, and the civil court would ultimately be forced to interpret the criminal court's order and determine where it fits within the civil court's discovery plan."). If the instant motion is treated as a Motion for Leave to File, the defendants request that the court review the merits to determine whether filing in the criminal docket would be successful, or even a worthwhile endeavor, given the current posture of the criminal case. The defendants would not seek an opportunity to be heard in oral argument if the court sees fit to issue a ruling on the submitted papers.

include testimony relevant to the issues of (1) New England Compounding Center's ("NECC")

compliance with federal and state regulations regarding compounding pharmacies, (2) the

sanitary conditions at NECC's Framingham facility, and (3) information provided by NECC to

customer clinics regarding such compliance with applicable federal and state pharmacy

regulations.  The materials sought are necessary to avoid a possible injustice in the civil

proceeding, the need for disclosure is greater than the need for continued secrecy, and the request

is structured to cover only material as to which a particularized need for disclosure has been

shown.  Grounds in support of the defendants' motion are set out in the attached Memorandum

of Law.

Respectfully submitted,

By their attorneys,


/s/ Thomas M. Dolan
SEAN CAPPLIS, ESQ.
BBO #634740
THOMAS M. DOLAN III, ESQ.
BBO #683042
**CAPPLIS, CONNORS, & CARROLL, P.C.**
18 Tremont Street, Suite 330
Boston, MA 02108
Tel: (617) 227-0722
Fax: (617) 227-0772
scapplis@ccclaw.org
tdolan@ccclaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2015, I served the above Motion upon the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ Thomas M. Dolan
THOMAS M. DOLAN, ESQ.
Attorney for Defendant,
Ocean State Pain Management, Inc.
