UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Suits Naming the Tennessee Clinic ) <br> Defendants ) <br> ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

### NOTICE OF FILING OF AMENDED DEPOSITION NOTICE

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; Vaughan Allen, MD; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; Kenneth Lister, MD, PC; and Donald E. Jones, MD (collectively "Tennessee Clinic Defendants") give notice to the Court and to all parties of the filing of the Second Amended Notice of Deposition of Joseph Connolly. The notice is attached as Exhibit 1.

        Respectfully submitted,

        **GIDEON, COOPER & ESSARY, PLC**

        /s/ Chris J. Tardio
        **C.J. Gideon, Jr.***
        **Chris J. Tardio***
        **Alan S. Bean****
        **Matthew H. Cline***
        315 Deaderick Street, Suite 1100
        Nashville, TN 37238
        Ph: (615) 254-0400
        Fax: (515) 254-0459
        chris@gideoncooper.com

        ***Attorneys for the Tennessee Clinic Defendants***

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 29th day of October, 2015.

        /s/ Chris J. Tardio
        **Chris J. Tardio**