UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) MDL No. 2419<br>) Master Dkt. 1:13-md-02419-RWZ<br>) |
| THIS DOCUMENT RELATES TO:<br>All Actions | )<br>)<br>) |

**THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO FILE UNDER SEAL
ITS MOTION FOR A PROTECTIVE ORDER REGARDING
THE NOTICES OF DEPOSITION BY WRITTEN QUESTION SERVED BY
DEFENDANT PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES
OF SOUTHERN NEW JERSEY, LLC [ECF NO. 2333]**

Plaintiffs' Steering Committee (the "PSC"), pursuant to the Third Amended Protective Order of Confidentiality [Dkt. No. 814] ("Protective Order"), moves to file certain documents under seal in accordance with the requirements and procedures of the Protective Order. The PSC states as follows:

The PSC has filed a Motion for Protective Order regarding Notices of Deposition on Written Questions served by Defendant Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC ("Premier"). In the Motion and accompanying Memorandum, there are references to confidential matters.

The PSC deposed a non-party witness whose testimony, as well as the accompanying exhibits, were designated confidential.  The PSC incorporates documents and testimony from that deposition into its Memorandum in Support of its Motion for Protective Order Regarding Premier's Notices of Deposition by Written Questions.

Accordingly, the PSC respectfully seeks leave to file under seal.  A redacted version of the PSC's Memorandum in support of its Motion for a Protective Order will be filed later today

via ECF, along with the referenced Motion. Unredacted copies will be submitted by hand to the Court and circulated to all counsel appearing in this matter once the Court rules upon this Motion.

WHEREFORE, the PSC respectfully requests this Court accept for filing under seal the PSC's Motion for a Protective Order and its exhibits.

Dated: October 29, 2015

Respectfully submitted,

*Plaintiffs' Steering Committee*

By: /s O. MARK ZAMORA
Mark Zamora
THE ORLANDO FIRM
5 Concourse Parkway #2600
Atlanta, GA 30328
Telephone: (404) 373-1800
Facsimile: (404) 506-9223
mark@markzamora.com

Thomas M. Sobol
Kristen A. Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417

Telephone: 615.313.9000
Facsimile: 615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: (248) 557-1688
Facsimile: (248) 557-6344
marc@liptonlawcentercom

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: (540) 342-2000
pfennell@crandalllaw.com


J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

Kimberly A. Dougherty (BBO # 658014)
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: (617) 933-1265
kdougherty@myadvocates.com


*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 29, 2015, a true and exact copy of the foregoing was filed with this the Clerk of the Court using the ECF system that sent a notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

/s/ O. Mark Zamora
O. Mark Zamora