UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**THE PSC'S MOTION FOR A PROTECTIVE ORDER REGARDING REGARDING PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC'S NOTICES OF DEPOSITION BY WRITTEN QUESTION [ECF NO. 2333]**

The Plaintiffs' Steering Committee (PSC), pursuant to Fed. R. Civ. P. 26, asks that this Court order that certain depositions by written questions noticed by Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC and other Defendants (collectively referred to as "Premier") be conducted orally.

On October 15, 2015, Premier filed a Notice of Filing of Notices of Deposition by Written Questions (Dkt. 2333). Attached to that filing were deposition notices, subpoenas, and written questions served, pursuant to Fed. R. Civ. P. 31 and 30(b)(6), upon ten different surgery centers ("third-party medical providers and entities") that were customers of NECC at least until 2012. Each deposition notice sets forth twenty-one questions that contain multiple subparts that each deponent's corporate representative(s) must answer. The questions concern the non-parties' research, evaluation and selection of NECC as a supplier of compounded drugs. *See, e.g.,* Deposition by Written Questions of Central Jersey Orthopedics Specialists, P.C. (Ex. 1). All ten sets of these deposition questions are identical. Pursuant to Rule 31, Plaintiffs are required to submit cross questions within fourteen days after receiving the notices.

The topics of the depositions are technical and complex, and thus wholly unsuited to deposition by written question. Depositions regarding these same topics necessitate thorough, nuanced, and detailed cross-examination, which cannot occur via written question. The PSC

1

requests the Court enter a protective order prohibiting Premier from proceeding with the written depositions as noticed and requiring instead that these depositions be taken orally.

In further support of their motion, the PSC has filed their Memorandum in Support of the PSC's Motion for a Protective Order Regarding Premier Orthopaedic and Sports Medicine Associates Of Southern New Jersey, LLC's Notices Of Deposition By Written Questions.  In order to avoid unduly prejudicing the Plaintiffs, the PSC respectfully requests that the Court enter an order requiring that the third-party medical providers be deposed orally.

Dated:  October 29, 2015             Respectfully submitted,

By: /s O. MARK ZAMORA
Mark Zamora
THE ORLANDO FIRM
5 Concourse Parkway #2600
Atlanta, GA 30328
Telephone: (404) 373-1800
Facsimile: (404) 506-9223
mark@markzamora.com

 Kimberly A. Dougherty
Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Ave., Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Thomas M. Sobol
Kristen A. Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

Elizabeth J. Cabraser

2

Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, North, Suite 1650
Nashville, TN  37219
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcenter.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF COMPLIANCE WITH RULE 26 AND L.R. 7.1(a)(2)**

I, MARK ZAMORA hereby certify that prior to the filing of this Motion, the Plaintiffs' Steering Committee met and conferred in good faith with counsel for the Premier Defendants, Chris Wolk and Jay Blumberg. The parties were unable to reach an agreement, thus necessitating this Motion.

Dated: October 29, 2015.                **/s/ O. MARK ZAMORA**
                                        O. MARK ZAMORA

**CERTIFICATE OF SERVICE**

I, O. Mark Zamora hereby certify that I caused a copy of the above to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: October 29, 2015.                **/s/ O. Mark Zamora**
                                        O. Mark Zamora