IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING   )
PHARMACY, INC. PRODUCTS LIABILITY   )
LITIGATION   )
   )    No. MDL 1:13-md-02419
This Document Relates To:   )
   )

## NOTICE OF APPEARANCE

The undersigned counsel respectfully gives notice of her appearance in this matter on behalf

of Michael O'Neal.  O'Neal was served with a subpoena duces tecum by the Plaintiffs' Steering

Committee.


/s/ Kathryn Young_____
Kathryn Young, BBO #667958
53 State Street
5th Floor
Boston, Massachusetts 02109
Phone: 617-994-4400
Facsimile: 866-593-9134
kathryn.young@cna.com

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically through the CM/ECF system on November 5th, 2015, and served electronically on all counsel of record.

/s/ Kathryn Young
Kathryn Young