IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
)    No. MDL 1:13-md-02419
This Document Relates To: )
)

## AFFIDAVIT OF STEPHEN W. ELLIOTT

I, Stephen W. Elliott, being first duly sworn under oath, state as follows:

1. I am a member in good standing of the Tennessee bar and have been admitted to practice law in all state courts in Tennessee, in the United States District Courts for the Western, Middle, and Eastern Districts of Tennessee, and the Sixth Circuit Court of Appeals.

2. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

3. I have never been denied admission *pro hac vice* or had an admission *pro hac vice* revoked by any court in any jurisdiction.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. Tennessee grants similar *pro hac vice* privileges to Massachusetts attorneys pursuant to Tennessee Supreme Court Rule 19.

7. If admitted in the above-captioned matter, I will represent Michael O' Neal with whom I have an existing attorney-client relationship.

1



EXHIBIT

B

8.     My client, Michael O'Neal, will be severely prejudiced in this matter if I am not allowed to represent him in this action.

9.     If the Court allows the motion for me to appear *pro hac vice* in this matter, I agree to subject myself to the orders, disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

FURTHER AFFIANT SAITH NOT.

Stephen W. Elliott
Tennessee BPR #20062


STATE OF TENNESSEE          )
COUNTY OF DAVIDSON          )

Personally appeared before me the above-named Stephen W. Elliott who, on his oath, swore to the truth of the aforesaid matters.

Witness my hand and official seal on this 23rd day of October 2015.

Notary Public

My Commission Expires: My Commission Expires OCT. 18, 2016

2