UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) This document relates to: ) ) All Cases ) ) | MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |

### JOINT STIPULATION FOR EXTENSION OF TIME FOR THE BOX HILL DEFENDANTS TO RESPOND TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR PROTECTIVE ORDER

Pursuant to Section A of MDL Order No. 11 (MDL No. 1524), Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC (collectively the "Box Hill Defendants") and the Plaintiffs' Steering Committee ("PSC") hereby stipulate that the Box Hill Defendants may have until November 16, 2015 to respond to the PSC's October 23, 2015 filing of its Motion for Protective Order Against Depositions by Written Questions (MDL No. 2353).

Dated: November 6, 2015         Respectfully submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
gkirby@pklaw.com
(410) 938-8800

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 6th day of November, 2015.

/s/ Gregory K. Kirby
Gregory K. Kirby