**Certificate of Compliance With Local Rule 7.1**

    I hereby certify that, pursuant to Local Rule 7.1, on November 6, 2015, I spoke with Frank Prokos, Esq., counsel for the plaintiff, on the phone in a good faith attempt to resolve or narrow the issue presented by the motion.

    /s/ Thomas M. Dolan III
    THOMAS M. DOLAN III, ESQ.
    BBO #683042
    CAPPLIS, CONNORS, & CARROLL, P.C.
    18 Tremont Street, Suite 330
    Boston, MA 02108
    Tel: (617) 227-0722
    Fax: (617) 227-0772
    tdolan@ccclaw.org