**Certificate of Compliance With Local Rule 7.1**

    I hereby certify that, pursuant to Local Rule 7.1, on November 4, 2015, I spoke with Timothy Wickstrom, Esq., counsel for the plaintiff, on the phone in a good faith attempt to resolve or narrow the issue presented by the motion.

/s/ Thomas M. Dolan III
THOMAS M. DOLAN III, ESQ.
BBO #683042
CAPPLIS, CONNORS, & CARROLL, P.C.
18 Tremont Street, Suite 330
Boston, MA 02108
Tel: (617) 227-0722
Fax: (617) 227-0772
tdolan@ccclaw.org