**Blumberg & Wolk, LLC**
158 Delaware Street
P.O. Box 68
Woodbury, NJ 08096
(856) 848-7472

*Counsel for Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rhaul Shah, M.D., John Catalano, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Docket No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## PREMIER ORTHOPAEDIC ASSOCIATES, ET AL'S MOTION TO ALLOW THE DEPOSITION OF JOSEPH CONNOLLY

Please accept this submission on behalf of the Premier Defendants in response to the United States Attorney's recent submission to stay the deposition of Joseph Connolly, scheduled for tomorrow. This office has made travel arrangements to arrive in Boston tomorrow morning for the deposition of Joe Connolly. Canceling or changing those reservations at this point will come at a significant cost. In scheduling these travel arrangements reliance was placed on the fact that the parties had not moved to stay the deposition until late yesterday evening. It is

therefore, respectfully requested that the deposition of Joe Connolly take place tomorrow as previously scheduled to avoid unnecessary delay and expense.

Dated: November 10, 2015

        Respectfully submitted,

        **Blumberg & Wolk, LLC**
        158 Delaware Street
        P.O. Box 68
        Woodbury New Jersey 08096
        (856) 848-7472
        cwolk@blumberglawoffices.com

        /s/ Christopher M. Wolk
        Christopher M. Wolk, Esq.

        *Attorneys for Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

## CERTIFICATION

    I certify that in submitting this *NOTICE*, I caused a copy of the above to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: November 10, 2015

        /s/ Christopher M. Wolk
        Christopher M. Wolk, Esq.