UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND                         )
COMPUNDING PHARMACY, INC.                  )         Docket No: 1:13-md-2419-RWZ
PRODUCTS LIABILITY LITIGATION              )

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jessica L. Cummings, Esquire of Capplis, Connors & Carroll, PC, 18 Tremont Street, Suite 330, Boston, Massachusetts 02108 as attorney for the defendant, Dr. O'Connell's Pain Care Center, in the above captioned action.

/s/ Jessica L. Cummings
JESSICA L. CUMMINGS, ESQ.
BBO #672873
Capplis, Connors & Carroll, PC
18 Tremont Street – Suite 330
Boston, MA 02108
(617) 227-0722
jcummings@ccclaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2015, I served the above Notice of Appearance upon the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ Jessica L. Cummings
JESSICA L. CUMMINGS, ESQ.
Attorney for Defendant,
DR. O'CONNELL'S PAIN CARE CENTER