UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |
| This document relates to:<br><br>All Cases | ) ) ) ) ) ) |

### BOX HILL DEFENDANTS' MOTION IN OPPOSITION TO THE U.S. ATTORNEY'S MOTION TO STAY THE DEPOSITION OF JOSEPH CONNOLLY

The Box Hill Defendants[1] hereby respond to the United States Attorney's recent Motion to stay the deposition of Joseph Connolly, scheduled for tomorrow, November 11, 2015 at 9:00 a.m. in Boston. Like many others, this office made travel arrangements to arrive in Boston early tomorrow morning (November 11th) for the deposition of Mr. Connolly, based on the Notice of Deposition filed and the fact that no opposition had been filed as of yesterday morning. The U.S. Attorney's Office did not file a Motion to Stay until about 6:45 p.m. last night after arrangements had already been made. Changing or canceling those reservations and plans at this point will create a significant inconvenience and cost. It is respectfully requested, therefore, that the deposition of Joseph Connolly not be stayed, but instead proceed tomorrow as previously scheduled to avoid delay and expense.

[THIS BOTTOM PORTION INTENTIONALLY LEFT BLANK]

---

[1] Box Hill Surgery Center, LLC; Ritu T. Bhambhani, M.D.; and Ritu T. Bhambhani, M.D., LLC

Dated: November 10, 2015        Respectfully submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland  21204
gkirby@pklaw.com
(410) 938-8800


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 10th day of November, 2015.

/s/ Gregory K. Kirby
Gregory K. Kirby