**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | )<br>)<br>)<br>) MDL No. 1:13-md-2419-RWZ<br>)<br>)<br>)<br>) |

**NECC'S POST-CONFIRMATION OFFICER'S
NOTICE THAT NO PRIVILEGED DOCUMENTS WERE
WITHHELD FROM ITS PRODUCTION OF DOCUMENTS RELATED
TO THE TENNESSEE CLINIC DEFENDANTS' SUBPOENA *DUCES TECUM***

Please take notice that in response to the Tennesse Clinic Defendants' Subpoena *Duces Tecum* issued to Paul Moore, Esq., Post-Confirmation Officer for New England Compounding Center ("NECC"), the Estate of NECC produced responsive documents via a secured FTP site on on May 1, 2015.  Pursuant to Magistrate Judge Boal's Order dated October 15, 2015 (the "Order"), NECC made a supplemental production of responsive documents on October 29, 2015.  Further, pursuant to the Order, NECC was also to provide a privilege log for documents withheld from these two productions based on a claim of privilege.  However, no documents responsive to the Tennessee Clinic Defendants' Subpoena *Duces Tecum* were withheld based on a claim of privilege; therefore no privilege log can be produced.

Dated: November 12, 2015

        Respectfully submitted,

        **HARRIS BEACH PLLC**

        <u>*/s/ Frederick H. Fern*</u>
        Frederick H. Fern
        100 Wall Street, 23rd Floor
        New York, New York 10005
        Phone: (212) 687-0100
        Facsimile: (212) 687-0659
        Email: hbnecc@harrisbeach.com

        *Special Counsel for Paul D. Moore, Post-Confirmation Officer of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center*

**Certificate of Service**

    I, Frederick H. Fern, hereby certify that on November 12, 2014, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

                                            /s/ Frederick H. Fern
                                            Frederick H. Fern