UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs, | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ | |

**JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE A MOTION TO STRIKE PORTIONS OF THE BOX HILL <u>DEFENDANTS' ANSWERS TO COMPLAINTS</u>**

Pursuant to Section A of MDL Order No. 11 (MDL No. 2419), Plaintiffs and Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC (collectively the "Box Hill Defendants") hereby stipulate that Plaintiffs may have until November 25, 2015, to file a Motion to Strike certain defenses asserted in Defendants' Answers to Plaintiffs' Complaints filed in each case on October 20, 2015.

Dated: November 13, 2015                                      Respectfully submitted,

/s/ Patricia J. Kasputys                                              /s/ Gregory K. Kirby
Patricia J. Kasputys                                                    Gregory K. Kirby
Sharon L. Houston                                                     Pessin Katz Law, P.A.
Law Offices of Peter G. Angelos, P.C.                        901 Dulaney Valley Road, Suite 500
One Charles Center                                                    Towson, Maryland 21204
100 N. Charles Street, 22nd Floor                              (410) 938-8800
Baltimore, Maryland 21201                                       gkirby@pklaw.com
(410) 649-2000
pkasputys@lawpga.com                                            Attorneys for Defendants
shouston@lawpga.com

Attorneys for Plaintiffs

/s/ Michael Coren
COHEN, PLACITELLA & ROTH, P.C.
Harry M. Roth
Michael Coren
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
215-567-3500
HRoth@cprlaw.com
MCoren@cprlaw.com

Attorneys for Plaintiff Handy

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 13th day of November, 2015.

/s/ Sharon L. Houston
Sharon L. Houston