UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) All Suits Against the Saint Thomas Entities ) ) ) ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

**SAINT THOMAS ENTITIES' NOTICE OF FILING OF
DEPOSITION NOTICES TO BELLWETHER CANDIDATE PLAINTIFFS**

The Saint Thomas Entities,[1] pursuant to Federal Rule of Civil Procedure 30, come now and give notice to the Court and to all parties of the issuance and filing of the following:

1. Notice of Taking Videotaped Deposition Duces Tecum to Bellwether Candidate Plaintiff Mae Parman[2]

2. Notice of Taking Videotaped Depositions Duces Tecum to Bellwether Candidate Plaintiff Reba Skelton and Plaintiff Roy Skelton[3]

3. Notice of Taking Videotaped Depositions Duces Tecum to Bellwether Candidate Plaintiff Denis Brock and Plaintiff Jerry Brandt Brock[4]

4. Notice of Taking Videotaped Depositions Duces Tecum to Bellwether Candidate Plaintiff Lewis Ray Sharer and Plaintiff Barbara Sharer[5]

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.
[2] Ex. 1.
[3] Ex. 2.
[4] Ex. 3.
[5] Ex. 4.

54242189.1

- 1 -

Dated: November 13, 2015

SAINT THOMAS HEALTH, SAINT THOMAS NETWORK, and SAINT THOMAS WEST HOSPITAL

By their attorneys,

 */s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

## CERTIFICATE OF SERVICE

      I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 13th day of November, 2015.

                                              */s/ Sarah Kelly*
                                              Sarah P. Kelly