**Blumberg & Wolk, LLC**
158 Delaware Street
P.O. Box 68
Woodbury, NJ 08096
(856) 848-7472

*Counsel for Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTI-DISTRICT LITIGATION**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | 1:13-md-02419 |
| **This document relates to:** | |
| KENNETH CHANN, SR., LAURA CHANN, et al. Plaintiffs | **NOTICE OF POTENTIAL TAG ALONG** |
| v. | |
| PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, PREMIER ORTHOPAEDIC SPORTS et al. Defendants. | |

**PLEASE TAKE NOTICE** that, pursuant to Rule7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly

Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D. (collectively, "Premier Defendants") hereby gives notice to the Panel of the following action, identified on the attached schedule. A copy of the complaint and case docket is attached.

The complaint alleges injury resulting from injections of steroids manufactured by NECC and administered by the Premier Defendants. As such, it is a "tag-along" action that shares numerous common questions of fact with cases already consolidated in *In re: New England Compounding Pharmacy, Inc. Products Liability Litigation* and should therefore be transferred to the District of Massachusetts.

WHEREFORE, Defendants respectfully request transfer of the action now pending against them in the United States District Court for the District of New Jersey to the United States District Court for the District of Massachusetts.

Dated: November 13, 2015

Respectfully submitted,
**BLUMBERG & WOLK, LLC**

By: *Christopher M. Wolk*
Christopher M. Wolk, Esq.

158 Delaware Street
P.O. Box 68
Woodbury, NJ 08096
(856) 848-7472
*Counsel for Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

**Before the Judicial Panel on Multi-District Litigation**

**MDL-2419**

**IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LIGITATION**

**SCHEDULE OF ACTIONS**

*Kenneth Chann, Sr., et al v. Premier Orthopaedic Associates*

| Plaintiffs | Defendants | District | Civil Action No. |
|---|---|---|---|
| 1. Kenneth Chann Sr.<br>2. Laura Chann<br>3. Emiko Kaneshiki<br>4. Joseph Langley<br>5. Eldean Langley<br>6. Samuel Elwell<br>7. Helen Elwell<br>8. Edward Hiraldo<br>9. Marilyn Hiraldo (Masonet) | 1. Premier Orthopaedic Associates Surgical Center, LLC<br>2. Premier Orthopaedic and Sports Medicine Associates of South Jersey, LLC, d/b/a Premier Orthopaedic and Sports Medicine Associates<br>3. Kimberly Yvette Smith, M.D. (a/k/a Kimberly Yvette Smith-Martin, M.D.)<br>4. John B. Catalano, M.D.<br>5. Thomas A. Dwyer, M.D.<br>6. Nitesh Bhagat, M.D.<br>7. Barry J. Cadden<br>8. Gregory Conigliaro<br>9. Lisa Conigliaro Cadden<br>10. Douglas Conigliaro<br>11. Carla Conigliaro<br>12. Glenn A. Chinn<br>13. Ameridose, LLC<br>14. GDC Properties Management, LLC<br>15. Medical Sales Management, Inc.<br>16. Medical Sales Management SW, Inc.<br>17. ARL Bio Pharma, Inc. D/B/A Analytical Research Laboratories<br>18. Liberty Industries, Inc.<br>19. UniFirst Corporation (d/b/a "Uniclean Cleanroom Services")<br>20. John Does (1-10) fictitious unknown individuals<br>21. John Doe(s) Corporations (1-100) fictitious unknown corporations<br>22. JOHN DOE(S) Business Entities (1-100), fictitious unknown non corporation business entities<br>23. John Doe(s), M.D. (1-100) fictitious unknown medical doctors | D.N.J. | 15-cv-3690 |

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Notice of Tag-Along and exhibits attached thereto, filed through the CM/ECF system, were made accessible to those attorneys who are registered with the JPML's electronic filing system, and Notice of Electronic Filing (NEF) was sent to those parties by operation of the CM/ECF system.

Dated: November 13, 2015

Respectfully submitted,
**BLUMBERG & WOLK, LLC**

By: ***Christopher M. Wolk, Esq.***
Christopher M. Wolk, Esq.

158 Delaware Street
P.O. Box 68
Woodbury, NJ 08096
(856) 848-7472

*Counsel for Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*