UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>KIRBY et al v. PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC et al.<br><br>1:14-cv-13960-RWZ<br><br>(NJ/2:14-cv-05868) | |

NOTICE OF JUDGMENT DISMISSING CLAIMS
AGAINST SETTLING DEFENDANTS PURSUANT TO FED. R. CIV. P. 54(b)

On August 26, 2015, this Court entered an Order[1] dismissing all claims against all parties released under the Chapter 11 Plan[2] confirmed by the Honorable Henry J. Boroff of the United States Bankruptcy Court for the District of Massachusetts. The MDL Order states: "All claims of any type against the following settling defendants in all cases currently pending in this MDL are hereby dismissed with prejudice. Each party will bear its own costs."[3] The Order lists the following settling defendants:

- New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center;
- Alaunus Pharmaceutical, LLC
- Ameridose, LLC

---

[1] Order Dismissing Claims Against Settling Defendants, MDL Dkt. No. 2193.
[2] Findings of Fact, Conclusions of Law and Order Confirming the Third Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc., *In Re New England Compounding Pharmacy, Inc. (Debtor)*, 12-BR-19882 (HJB), Dkt. No. 1355.
[3] MDL Dkt. No. 2193.

- ARL BioPharma Inc. d/b/a Analytical Research Laboratories;
- GDC Properties Management, LLC;
- High Point Surgery Center;
- Surgery Center Associates of High Point, LLC;
- High Point Regional Health f/k/a High Point Regional Health System, d/b/a High Point Regional Hospital;
- Inspira Health Network, Inc. f/k/a South Jersey Health System, Inc.;
- Inspira Medical Centers, Inc. f/k/a South Jersey Hospital, Inc.;
- Liberty Industries, Inc.;
- Medical Sales Management, Inc.;
- Medical Sales Management, SW, Inc.;
- UniFirst Corporation a/d/b/a UniClean Cleanroom Services;
- Paul Abrams;
- Joseph Alessandrini;
- Barry J. Cadden;
- Lisa M. Conigliaro Cadden;
- Glenn Chin;
- Carla Conigliaro;
- Douglas Conigliaro; and
- Gregory Conigliaro.

Plaintiffs' complaint asserted claims against the following settling defendants:

- Ameridose, LLC;
- Alaunus Pharmaceutical, LLC;
- Liberty Industries, Inc.;
- UniFirst Corporation a/d/b/a UniClean Cleanroom Services;
- GDC Properties Management, LLC;
- Medical Sales Management, Inc.;
- Medical Sales Management, SW, Inc.;

2

- Barry J. Cadden;
- Lisa M. Conigliaro Cadden;
- Glenn Chin;
- Carla Conigliaro;
- Douglas Conigliaro;
- Gregory Conigliaro;
- ARL BioPharma Inc. d/b/a Analytical Research Laboratories; and
- Inspira Health Network, Inc. f/k/a South Jersey Health System, Inc.;

Plaintiffs understand that pursuant to the Court's Order, the clerk will enter final judgment of dismissal of the defendants listed immediately above.

Respectfully Submitted,

THE CURRAN FIRM, PC

*/s/ Francis J. Curran, Jr.*
Francis J. Curran, Jr., Esquire
Attorney for Plaintiffs
Pennsylvania Attorney I.D. No. 47198
200 East State Street, Suite 305
Media, PA 19063
P: 610-566-5300
F: 610-566-6114
fcurran@thecurranfirm.com