UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> All Suits Against the Box Hill Defendants | MDL No. 2419 <br> Dkt. No. 1:13-md-2419 (RWZ) |

NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly enter the withdrawal of **Pamela C. Rutkowski** as counsel on behalf of ARL Biopharma, Inc., d/b/a Analytical Research Laboratories, in the above-captioned matter.

ARL Bio Pharma, Inc. d/b/a
Analytical Research Laboratories
By its attorneys,

/s/ Pamela C. Rutkowski
Kenneth B. Walton, BBO #562174
kwalton@donovanhatem.com
Kristen R. Ragosta, BBO #664362
kragosta@donovanhatem.com
Courtney A. Longo, BBO #666466
Pamela C. Rutkowski, BBO #681618
DONOVAN HATEM LLP
53 State Street, 8th Floor
Boston, MA  02109
P: (617) 406-4500

Dated:  November 18, 2015                F: (617) 406-4501

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 18th day of November, 2015.

/s/ Pamela C. Rutkowski
Pamela C. Rutkowski

01734207