UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases Against the Saint Thomas Entities | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |

**SAINT THOMAS ENTITIES' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL MEDICAL SALES MANAGEMENT, INC. TO PRODUCE CERTAIN MATERIALS and MOTION TO COMPEL GREGORY CONIGLIARO TO PRODUCE CERTAIN MATERIALS**

The Saint Thomas Entities[1] hereby file this notice withdrawing the following motions: (1) Motion to Compel Medical Sales Management, Inc. to Produce Certain Materials [Docket ## 2248, 2249] and (2) Motion to Compel Gregory Conigliaro to Produce Certain Materials [Docket ## 2282, 2283].

The issues addressed in these motions have been resolved and no longer require the Court's attention.

---

[1] Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health.

1

SAINT THOMAS WEST HOSPITAL, FORMERLY KNOWN AS ST. THOMAS HOSPITAL, SAINT THOMAS NETWORK, AND SAINT THOMAS HEALTH

By their attorneys,
*/s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 439-2000
(617) 310-9461 (FAX)

Dated:  November 18, 2015

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300

*Appearing *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

  This certifies that a true and accurate copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 18th day of November, 2015.

                */s/ Sarah P. Kelly*
                SARAH P. KELLY

2934290.1