UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>CRAIG S. SIMAS,<br>JOAN SIMAS<br>        Plaintiff(s),<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, UNIFIRST CORPORATION, A/D/B/A UNICLEAN CLEANROOM SERVICES, OCEAN STATE PAIN MANAGEMENT P.C., ABDUL BARAKAT, M.D.<br>        Defendants<br><br>CIVIL ACTION NO. 1:13-cv-10943-RWZ | |

**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DOCKET NO. 2390 MOTION TO DISMISS PRODUCT LIABILITY AND CONSUMER PROTECTION CLAIMS**

On November 6, 2015, Defendants, Abdul Barakat, M.D. and Ocean State Pain Management, P.C., ("Ocean State Parties") filed a Motion to Dismiss Product Liability Claims and Consumer Protection Claims of the Plaintiffs (Docket No. 2390, the "Motion"). Per the Court's MDL Order No.11 (Dkt. No. 1524), the impacted parties, the Ocean State Parties and the Plaintiffs, Joan and Craig Simas, agreed to extend the time to file a response to the Motion until **January 20, 2016.**

Dated:  November 19, 2015

        **Respectfully Submitted,**
        **CRAIG S. SIMAS and JOAN SIMAS**
        **By Their Attorneys,**

/s/ Timothy P. Wickstrom
_____

Timothy P. Wickstrom BBO 541953
Deborah Gresco-Blackburn BBO 554782
Wickstrom Morse, LLP
60 Church Street
Whitinsville, MA  01588
Email:  Timothy@wickstrommorse.com
Email:  Deb@wickstrommorse.com
Tel. (508) 234-4551
Fax. (508) 234-8811


**ABDUL BARAKAT, M.D. and**
**OCEAN STATE PAIN MANAGEMENT, P.C.**
**By Their Attorneys,**


/s/ Sean Capplis
_____

Sean Capplis, BBO 634740
Thomas M. Dolan, III BBO 683042
Capplis, Connors, & Carroll, P.C.
18 Tremont Street, Suite 330
Boston, MA 02108
Tel: (617) 227-0722
Fax: (617) 227-0772
scapplis@ccclaw.org
tdolan@ccclaw.org


### Certificate of Service

     This is to certify that on the 19th day of November, 2015 a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        /s/ Timothy P. Wickstrom
        _____
        Timothy P. Wickstrom