UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )))) ))) THIS DOCUMENT RELATES TO: ) ) All Suits Against the Saint Thomas Entities ) ))))) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |

**SAINT THOMAS ENTITIES' NOTICE OF FILING OF
DEPOSITION NOTICES TO BELLWETHER CANDIDATE PLAINTIFFS**

The Saint Thomas Entities,[1] pursuant to Federal Rule of Civil Procedure 30, come now and give notice to the Court and to all parties of the issuance and filing of the following:

1. Amended Notice of Taking Videotaped Deposition Duces Tecum to Bellwether Candidate Plaintiff Mae Parman[2]

2. Amended Notice of Taking Videotaped Depositions Duces Tecum to Bellwether Candidate Plaintiff Denis Brock and Plaintiff Jerry Brandt Brock[3]

3. Amended Notice of Taking Videotaped Depositions Duces Tecum to Bellwether Candidate Plaintiff Lewis Ray Sharer and Plaintiff Barbara Sharer[4]

4. Notice of Taking Videotaped Depositions Duces Tecum to Bellwether Candidate Plaintiff Basil McElwee and Plaintiff Carla McElwee[5]

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.
[2] Ex. 1.
[3] Ex. 2.
[4] Ex. 3.
[5] Ex. 4.

- 2 -

    5.    Notice of Taking Videotaped Depositions Duces Tecum to Bellwether Candidate Plaintiff Anna Sullivan and Plaintiff C. Dale Sullivan, Sr.[6]

The depositions of Bellwether Candidate Plaintiff Reba Skelton and Plaintiff Roy Skelton, which were previously noticed to occur on November 24, 2015, have been postponed at Plaintiffs' request. The Saint Thomas Entities will file an amended notice to reflect the new date and time of the depositions.

---

[6] Ex. 5.

Dated: November 19, 2015

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

SAINT THOMAS HEALTH, SAINT THOMAS NETWORK, and SAINT THOMAS WEST HOSPITAL

By their attorneys,

 /s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

- 4 -

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 19th day of November, 2015.

                                            */s/ Sarah Kelly*
                                             Sarah P. Kelly