UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>v.<br><br>This Document Relates to:<br><br>Golden v. O'Connell, MD, et al<br>No: 1:15-cv-12346-RWZ | )<br>)<br>)<br>)<br>)   MDL No: 1:13-md-2419-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

Please enter the appearance of James A. Bello, of Morrison Mahoney LLP, on behalf of the defendants, Michael J. O'Connell, M.D., Dr. O'Connell's Pain Care Centers, Inc., John Kane, APRN, CRNA,  and Michael J. O'Connell d/b/a Dr. O'Connell's Pain Care Centers, Inc., d/b/a Pain Care Centers, Inc.

Respectfully Submitted
The Defendants
Michael O'Connell, M.D., Dr. O'Connell's Pain Care Centers, Inc., John Kane, APRN, CRNA and Michael J. O'Connell d/b/a Dr. O'Connell's Pain Care Centers, Inc. d/b/a Pain Care Centers, Inc.
By their attorney,

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing  (NEF) and paper copies will be sent to those indicated as non registered participants on **November 23, 2015**

/s/ James A. Bello

_____

/s/ James A. Bello

_____

James A. Bello, BBO #633550
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500
jbello@morrisonmahoney.com