UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br><br>_____ )<br><br>THIS DOCUMENT RELATES TO: )<br><br>All Suits Against the Saint Thomas Entities ) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |

THE SAINT THOMAS ENTITIES'
MOTION TO AMEND THE SCHEDULE FOR CASE-SPECIFIC DISCOVERY

Pursuant to Federal Rules of Civil Procedure 16 and 26, the Saint Thomas Entities[1] hereby move to amend the current schedule for case-specific discovery. The Saint Thomas Entities request that the Court enter the following schedule; the reasons supporting this Motion are set forth in the Memorandum of Law, filed herewith.

| | |
|---|---|
| Deadline for Written Discovery: | January 29, 2016 |
| Completion of Plaintiffs' Depositions: | February 19, 2016 |
| Deadline for Execution of Bellwether Strikes and Joint Filing of Summary of Remaining Cases: | February 23, 2016 |
| Plaintiffs' Expert Reports Due: | March 8, 2016 |
| Deadline to seek leave to move for summary judgment | March 8, 2016 |
| Deadline to file oppositions to motions for leave | March 15, 2016 |
| Defendants' Expert Reports Due: | April 8, 2016 |
| *Daubert* Motions Due: | April 22, 2016 |

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

- 2 -

| | |
|---|---|
| Oppositions to *Daubert* Motions Due: | May 13, 2016 |
| Close of Case-Specific Fact and Expert Discovery: | May 13, 2016 |

Dated: November 23, 2015

SAINT THOMAS WEST HOSPITAL, SAINT THOMAS HEALTH, and SAINT THOMAS NETWORK

By their attorneys,

 */s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 23rd day of November, 2015.

                                    */s/ Sarah P. Kelly*
                                     Sarah P. Kelly

2937118.1