# **EXHIBIT A**

**Schramek, Adam T.**

| | |
|---|---|
| **From:** | Hoffman, Eric |
| **Sent:** | Friday, October 23, 2015 8:45 PM |
| **To:** | mgalligan@galligannewmanlaw.com; 'tgalligan@galligannewmanlaw.com'; Gerard Stranch; Ben Gastel (beng@bsjfirm.com); mchalos@lchb.com; Randy L. Kinnard (rkinnard@kcbattys.com) (rkinnard@kcbattys.com); 'Daniel Clayton' (dclayton@kcbattys.com); mark@markzamora.com; 'mike@hugo-law.com'; 'bleader@leaderbulso.com' (bleader@leaderbulso.com); George Nolan (gnolan@LeaderBulso.com); 'pkrog@leaderbulso.com'; 'byoung@elpolaw.com'; 'kroby@elpowlaw.com'; 'nhunt@pattonandpittman.com'; 'jgriffith@griffithroberts.com'; 'jroberts@griffithroberts.com'; 'rdp@higginsfirm.com'; 'pjf@meyers-flowers.com'; 'dkreis@awkolaw.com'; 'appel@srbc.com' |
| **Cc:** | Puig, Yvonne K.; Schramek, Adam T.; C. J. Gideon (cj@gideoncooper.com); Chris J. Tardio (chris@gideoncooper.com); matt@gideoncooper.com |
| **Subject:** | NECC - Saint Thomas Entities' First Set of Interrogatories and Requests for Production to Plaintiffs Denis and Jerry Brock |
| **Attachments:** | NECC - STE Discovery Requests.zip |

Counsel:

Please see the attached the Saint Thomas Entities' First Set of Interrogatories and Requests for Production to the 15 Bellwether Candidate Plaintiffs, along with proprietary pharmacy authorizations, which have also been sent to counsel of record via certified mail today.  Please let me know if you have any questions.

Thanks and have a good weekend.

**Eric Hoffman** | Associate
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 2429 | Fax +1 512 536 4598
eric.hoffman@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**