UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| ──────────────────────────────── | ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| All Suits Against the Saint Thomas Entities | ) ) ) ) ) |

MDL No. 2419
Dkt. No 1:13-md-2419 (RWZ)

## MOTION TO STRIKE DISMISSALS OF BELLWETHER CANDIDATE CASES

For the reasons set forth in their memorandum of law, filed herewith, the Saint Thomas Entities[1] move to strike Plaintiffs Donna Branham's and Jon Kinsey's attempts to voluntarily dismiss without prejudice their actions under Federal Rule of Civil Procedure 41(a)(1)(A)(i) as untimely and an improper attempt to circumvent the bellwether process previously established by this Court. In the alternative, the Saint Thomas Entities respectfully request that the Court dismiss Branham's and Kinsey's cases with prejudice and deem the PSC to have exercised two of its four bellwether strikes.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

| | |
|---|---|
| Dated: November 23, 2015 | SAINT THOMAS WEST HOSPITAL, SAINT THOMAS HEALTH, and SAINT THOMAS NETWORK |
| | |
| | By their attorneys, |
| | |
| | */s/ Sarah P. Kelly* |
| | Sarah P. Kelly (BBO #664267) |
| | skelly@nutter.com |
| | |
| | NUTTER McCLENNEN & FISH LLP |
| | Seaport West |
| | 155 Seaport Boulevard |
| | Boston, Massachusetts 02210 |
| | (617) 439-2000 |
| | (617) 310-9461 (FAX) |

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

2

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 23rd day of November, 2015.

                                                 */s/ Sarah P. Kelly*
                                                 Sarah P. Kelly

2937664.1