# **EXHIBIT B**

| | |
|---|---|
| From: | Martin, Annika K. |
| To: | Puig, Yvonne K.; Schramek, Adam T.; "chris@gideoncooper. com"; "Matt H. Cline"; "Daniel Clayton"; Calderon, Daphne; Hoffman, Eric; "Chris J. Tardio"; Martinez, Stacey |
| Cc: | "Bill Leader"; "George Nolan"; Chalos, Mark P.; "Ben Gastel"; Orsland, Kristin; "gerards@branstetterlaw.com" |
| Subject: | NECC - updated TN bellwether plaintiffs" depo availability |
| Date: | Wednesday, November 18, 2015 3:33:05 PM |
| Attachments: | LCHB_iManage_1280233_1.xlsx |

Yvonne, et al.

Please see the attached updated chart of TN bellwether plaintiffs' available deposition dates.

AKM

**Annika K. Martin**
Partner

akmartin@lchb.com
t 212.355.9500 ext. 6640
f 212.355.9592

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

 Please consider the environment before printing this e-mail

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

**NECC bellwether Plaintiffs' deposition availability**

| Category | Plaintiff | Attorney | Available Dates |
|---|---|---|---|
| **Plaintiff Selection** | | | |
| 1 | Reed | Nolan | 12/9, 12/15 |
| 1 | Rybinski | Clayton | 11/24, 12/2, 12/4, 12/11, 12/16 |
| 2 | Ziegler | Chalos | 12/7, 12/8, 12/14, 12/15 |
| 2 | Sharer | Clayton | Depo Noticed for 12/11 |
| 3 | McElwee | Nolan | 12/9, 12/15 |
| 3 | Wray | Chalos | 12/8, 12/11, 12/14, 12/15, 12/28, 12/29, 12/30 |
| 4 | Sullivan | Clayton | 11/24, 12/2, 12/4, 12/11, 12/16 |
| 5 | Berry | Stranch | 12/16, 12/17, 12/18 |
| **Defendant Selection** | | | |
| 1 | Temple | Griffith | Depo Noticed for 12/16 |
| 2 | Tyree | Zamora | 12/15, 12/16 |
| 2 | Brock | Galligan | Depo Noticed for 12/8 |
| 3 | Parman | Leader | 12/30, 1/6 |
| 3 | Skelton | Clayton | Depo Noticed for 11/24 |
| 4 | Berry | Stranch | 12/16, 12/17, 12/18 |
| 5 | Kinsey | Young | |
| 5 | Branham | Young | |