UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Tennessee Actions | MDL No. 13-2419-RWZ |

ORDER SETTING SCHEDULE FOR CASE-SPECIFIC
DISCOVERY OF REMAINING BELLWETHER CANDIDATES

November 24, 2015

Boal, M.J.

The Plaintiffs' Steering Committee and the Saint Thomas Entities have filed competing proposed bellwether discovery schedules.  Docket Nos. 2340, 2342, 2430.[1]  After review and consideration of each of the proposals as well as the arguments made at the November 12, 2015 status conference, the Court adopts the Saint Thomas Entities' proposal and sets the following deadlines:

| Deadline for Written Discovery | December 14, 2015 |
|---|---|
| Completion of Plaintiffs' Depositions | January 8, 2016 |
| Deadline for Execution of Bellwether Strikes and Joint Filing of Summary of Remaining Cases | January 15, 2016 |
| Plaintiffs' Expert Reports Due | January 22, 2016 |
| Defendants' Expert Reports Due | February 5, 2016 |

---

[1] The Tennessee Clinic Defendants have joined in the Saint Thomas Entities' proposal.  Docket No. 2341.

1

| Daubert Motions Due | February 19, 2016 |
|---|---|
| Close of Case-Specific Fact and Expert Discovery | March 4, 2016 |

**So Ordered.**

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge