## CONSULTING PHARMACIST AGREEMENT

THIS CONSULTING PHARMACIST AGREEMENT (this "Agreement) is made this 1st day of September 2012 , by and between the St Thomas NeuroSurgery Center (the "ASC") and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ("Consultant").

REDACTED



DEFENDANT'S EXHIBIT 1

REDACTED

2. Responsibilities.

The Consultant in order to assist compliance with accreditation standards and policies established by the Governing Body, agrees to provide the following services for the Surgery Center: Consultant does not insure or otherwise guarantee the performance of the responsibilities set forth. The ASC shall defend, indemnify and hold harmless the consultant from any and all claims of liability associated with the responsibilities set forth.

- A. To serve as the Consultant Pharmacist of Record to ASC in compliance with Tennessee law.
- B. Maintain current Pharmacy Registration in the State of Tennessee.
- C. Consultant Pharmacist will visit the facility no less than every thirty five days to perform a routine inspection of all medication storage areas.
- D. To represent the Surgery Center, if requested, in on-site inspections from the State, Regulatory Agency /and or Accreditation Association, Board of Pharmacy, or Drug Enforcement Agency (DEA) in all matters related to medications is possible
- E. Direct and serve as a resource person to the Surgery Center's employees and physicians regarding the actions, interactions, compatibility, dosage, indications, and possible adverse reactions of pharmaceutical products utilized by the Surgery Center. Provide appropriate in-service training as necessary.
- F. To provide assistance to the Surgery Center in developing and evaluating, on an annual basis, appropriate policies and procedures for the safe and effective use of drugs within the facility. To also assure that policies and procedures also address State and Federal regulatory and compliance issues of drug procurement, selection, storage, distribution, use, destruction, documentation, monitoring, and record keeping as required.
- G. Work closely with the Surgery Center's designated medication nurse to establish sufficient par levels for each designated area. Supervise inventory controls for narcotics and all other drugs (orders and charts within DEA guidelines).
- H. Assist Surgery Center staff in procurement of drugs unable to be supplied by usual wholesaler or in an emergency situation.
- I. To reasonably respond to telephone requests for technical information and procedural questions, etc. requested by center management or clinical drug information for members of the nursing and medical staffs.
- J. Assist in the development for Quality Improvement Process regarding medication management related procedures and attends and participates in the quarterly Quality Improvement Process meetings when applicable and available.

K.  Assist in the establishment and maintenance Surgery Center medication formulary in conjunction with the Medical Executive Committee and the facility's designated medication nurse.
L.  Assist center staff in monitoring for expired medications and proper storage of all medications.
M.  Oversee that proper procedure is carried out in the destruction or return of outdated or unused drugs following all DEA guidelines.
N.  Oversee the surgery center's medication distribution system.
O.  Oversee all required records and conducts audit checks of controlled substances perpetual inventory.
P.  Will assist in the renewal and obtaining of all state and federal registrations.
Q.  Oversee all IV admixture usage.

The Consultant agrees that any information received by the Consultant during any furtherance of the Consultant's obligations in accordance with this Agreement, which concerns the business, personal, financial, or other affairs of the ASC will be treated by the Consultant in full confidence and will not be revealed to any other person, firms or organization. The ASC shall be responsible to the consultant for providing the necessary information to assist in compliance with standards and policies. The ASC's failure to provide such information, including documentation and other necessary resources, shall relieve the consultant of any responsibility to assist in compliance with standards and policies.

REDACTED