# Pharmacy Consulting Contract
## Michael D. O'Neal

This agreement, entered into on February 1, 2007, between the St Thomas Neurosurgical Associates and Michael David O'Neal, a duly licensed pharmacist in the State of Tennessee, for the purpose of providing an available pharmacy license for the Oral Surgical Institute licensure by the Tennessee Department of Health and to act as a consultant to the said facility as to be stated below.

Pharmacy Consultant will perform the following duties:

- All duties concerning consultation to all laws, rules and regulations and the administration of such at the Surgery Center
- Consult on all medication related matters
- Assist the center in maintaining its accreditation status by all of its governing bodies
- Develop and aid in maintaining policies and procedures pertaining to any medication bought by or administered at the Surgery Center
- Assist in making known to the staff recommended necessary exchanges of policies for better compliance with existing state and federal regulations as well as those of the center's accrediting bodies
- Teach staff to check stock medications for outdated medications before they are administered as well as proper rotation of stock
- To routinely check all procedures and counts regarding controlled and non-controlled medications ordered and administered on the premises by staff
- To establish record-keeping procedures, forms and documents necessary to meet existing accreditation body, state and federal regulations concerning such
- To assess the facility at each visit and to perform a monthly unit-check of all areas where medications are administered
- To perform a bi-annual narcotic inventory of the narcotics stored in the facility and submit in writing this list for record-keeping within the facility
- To assure proper documentation and record-keeping between the Pharmacy records and the patient's medical record

Fees for consultation service are as follows: A one-time fee of $ ▓ will be collected at the time this contract is signed by both parties. On all proceeding months, $ ▓ will be paid by the facility on the 1st of every month beginning February, 2007, when this contract shall take effect. This contract may be terminated by either party without cause upon the written submission of a 30 day notice.

_____  3/20/07                    _____  3/20/07
Pharmacist         Date                     Facility Administrator   Date