UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>Suits Naming the Tennessee Clinic Defendants | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |

**STOPNC DEFENDANTS' JOINDER IN SAINT THOMAS ENTITIES' MOTION TO STRIKE DISMISSAL OF BELLWETHER CANDIDATES (BRANHAM & KINSEY) [Dkt. 2432, 2433]**

Come now Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; and Vaughan Allen, MD; (hereinafter the "STOPNC Defendants") and join in the St. Thomas Entities' Motion to Strike Dismissal of Bellwether Candidates, which the St. Thomas Entities filed at Dkt. 2432. The STOPNC Defendants move for the same relief, for the same reasons set forth by the St. Thomas Entities in their Memorandum of Law at Dkt. 2433. The STOPNC Defendants adopt and incorporate the arguments at Dkt. 2433 in support of the joinder.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

***Attorneys for the STOPNC Defendants***

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 25th day of November, 2015.

/s/ Chris J. Tardio
**Chris J. Tardio**