# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PROCUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) MDL No.: 2419<br>) Master Docket No.: 1:13-md-2419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>MDL No. 2419 and the following individual Cases:<br>*Savercool v. Ameridose, LLC, et al.*<br>1:13-cv-12583-RWZ;<br>*Collins v. Ameridose, LLC, et al.*<br>1:13-cv-12580-RWZ;<br>*Bray v. Ameridose, LLC, et al.*<br>1:13-cv-12596-RWZ;<br>*Barnard v. Ameridose, LLC, et al.*<br>1:13-cv-12738-RWZ;<br>*Graham v. Ameridose, LLC, et al.*<br>1:13-cv-12581-RWZ;<br>*Pierce v. Ameridose, LLC, et al.*<br>1:13-cv-12733-RWZ;<br>*Berry v. Ameridose, LLC, et al.*<br>1:13-cv-12838-RWZ;<br>*Willis v. Ameridose, LLC, et al.*<br>1:13-cv-12597-RWZ; and<br>*O'Brien v. Ameridose, LLC, et al.*<br>1:13-cv-10460-RWZ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Comes now Anthony J. Orlandi of Branstetter, Stranch and Jennings, PLLC and hereby enters his appearance as counsel in this cause on behalf of the above referenced Plaintiffs.

Date: November 25, 2015          Respectfully submitted:

**/s/ Anthony Orlandi**
J. Gerard Stranch, IV
Benjamin A. Gastel
Anthony Orlandi (MA BPR # 667484)

BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com
aorlandi@bsjfirm.com

*Attorneys for  Above-Named Plaintiffs*

## CERTIFICATE OF SERVICE

I, Anthony Orlandi, hereby certify that I caused a copy of the foregoing *Notice of Appearance* to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   November 25, 2015

/s/ Anthony Orlandi
Anthony Orlandi