UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
                                       )
_____ )
                                       )           MDL No. 2419
THIS DOCUMENT RELATES TO:              )           Dkt. No 1:13-md-2419 (RWZ)
                                       )
All Suits Against the Saint Thomas Entities )
                                       )
                                       )
                                       )
                                       )

## SAINT THOMAS ENTITIES' NOTICE OF FILING OF
## DEPOSITION NOTICES TO BELLWETHER CANDIDATE PLAINTIFFS

The Saint Thomas Entities,[1] pursuant to Federal Rule of Civil Procedure 30, come now and give notice to the Court and to all parties of the issuance and filing of the following:

1. Second Amended Notice of Taking Videotaped Deposition Duces Tecum to Bellwether Candidate Plaintiff Denis Brock and Plaintiff Jerry Brandt Brock[2]

2. Notice of Taking Videotaped Depositions Duces Tecum to Bellwether Candidate Plaintiff Adam Ziegler and Plaintiff Sarah Ziegler[3]

3. Notice of Taking Videotaped Depositions Duces Tecum to Bellwether Candidate Plaintiff Phillip Tyree and Plaintiff Maria Tyree[4]

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.
[2] Ex. 1.
[3] Ex. 2.
[4] Ex. 3.

- 2 -

Dated: November 30, 2015

SAINT THOMAS HEALTH, SAINT THOMAS NETWORK, and SAINT THOMAS WEST HOSPITAL

By their attorneys,

 */s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

- 3 -

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 30th day of November, 2015.

                                              */s/ Sarah Kelly*
                                              Sarah P. Kelly

2948582.1