**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Bellwether Plaintiff Cases | Judge Rya Zobel |

**PLAINTIFFS' STEERING COMMITTEE'S**
**NOTICE OF FILING OF NOTICES OF DEPOSITION**

The Plaintiffs' Steering Committee gives notice to the Court and all parties of filing Subpoena Duces Tecum and Deposition Notices for the following:

1. Subpoena Duces Tecum and Deposition of Dr. Paul McCombs, attached as Exhibit 1;
2. Subpoena Duces Tecum and Deposition of Dr. Timothy Schoettle, attached as Exhibit 2;
3. Subpoena Duces Tecum and Deposition of Dr. Carl Hampf, attached as Exhibit 3;
4. Subpoena Duces Tecum and Deposition of Dr. Adam Reig, attached as Exhibit 4;
5. Subpoena Duces Tecum and Deposition of Dr. Gregory Lanford, attached as Exhibit 5; and
6. Subpoena Duces Tecum and Deposition of Dr. Scott Standard, attached as Exhibit 6.

| | |
|---|---|
| Dated:  December 1, 2015 | Respectfully submitted,<br><br>**/s/ Benjamin A. Gastel**<br>J. Gerard Stranch, IV<br>Benjamin A. Gastel<br>BRANSETTER, STRANCH & JENNINGS PLLC<br>227 Second Avenue North<br>Nashville, TN  37201<br>Telephone:  (615) 254-8801<br>Facsimile:  (615) 255-5419<br>gerards@branstetterlaw.com<br>beng@branstetterlaw.com |

1

*Plaintiffs' Steering Committee and Tennessee State Chair*

## CERTIFICATE OF SERVICE

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: December 1, 2015

**/s/ Benjamin A. Gastel**