UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL No. 2419 Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: ) ) *Wray, et al. v. Ameridose, LLC, et al.* ) Civil Action Number 1:13-cv-12737-RWZ ) ) *Berry v. Ameridose, LLC., et al.* ) Civil Action Number 1:13-cv-12838-RWZ ) ) | |

## NOTICE OF FILING SUBPOENA AND NOTICE OF DEPOSITION TO STEVEN DICKERSON, M.D.

Plaintiffs' Steering Committee gives notice to the Court and to all parties, pursuant to Federal Rules of Civil Procedure 45(a)(4) and 30, of the issuance of a subpoena to Steven Dickerson, M.D. and the filing of a Notice of Deposition of Steven Dickerson, M.D. The subpoena requires the deposition testimony and commands the production of documents.[1] A copy of the Court's MDL Order No. 10 (Deposition Protocol) is attached as Exhibit 2.

Dated: December 1, 2015         Respectfully submitted,

   s/ Mark P. Chalos
   Mark P. Chalos
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   150 Fourth Avenue North, Suite 1650
   Nashville, TN 37219-2417
   Telephone: (615) 313.9000
   Facsimile: (615) 313.9965
   mchalos@lchb.com

   *Plaintiffs' Steering Committee and Federal/State Liaison*

---

[1] The subpoena to Steven Dickerson, M.D. and the Notice of Deposition of Steven Dickerson, M.D. are attached as Exhibit 1 to this Notice.

1282632.1

- 2 -

## CERTIFICATE OF SERVICE

I, Mark P. Chalos, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  December 1, 2015

                                          s/ Mark P. Chalos
                                          Mark P. Chalos

1282632.1