# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
                                                                          )
_____ )
                                                                          )
                                                                          )   MDL No. 2419
THIS DOCUMENT RELATES TO:        )   Dkt. No 1:13-md-2419 (RWZ)
                                                                          )
All Suits Against the Saint Thomas Entities  )
                                                                          )
                                                                          )
                                                                          )
                                                                          )

## SAINT THOMAS ENTITIES' NOTICE OF TAKING VIDEOTAPED DEPOSITION OF BELMIRA CARVALHO

The Saint Thomas Entities,[1] pursuant to Federal Rule of Civil Procedure 30, come now and give notice that the oral and videotaped deposition of Belmira Carvalho will be taken on December 16, 2015, beginning at 9:00 local time and continuing until completed. The deposition will take place at Nutter McClennen & Fish, LLP, 155 Seaport Boulevard, Boston, MA 02210. The deposition will be recorded by stenographical means and by video.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

- 1 -

- 2 -

Dated: December 3, 2015

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

SAINT THOMAS HEALTH, SAINT
THOMAS NETWORK, and SAINT
THOMAS WEST HOSPITAL

By their attorneys,

 /s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

- 3 -

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 3rd day of December, 2015.

                                              */s/ Sarah Kelly*
                                               Sarah P. Kelly

2967154.1