## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |
| This document relates to: | ) ) ) ) |
| All cases | ) ) ) |

### THE BOX HILL DEFENDANTS' JOINDER MOTION TO AMEND THIS COURT'S OCTOBER 7, 2015 ORDER TO INCLUDE CERTIFICATION FOR INTERLOCUTORY APPEAL

Defendants Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC (collectively, "Box Hill Defendants") hereby join the Tennessee Clinic and Premier Defendants, and move the Court under Fed. R. App. P. 5(a)(3) to amend its October 7, 2015 Memorandum of Decision and Order ("Order") to include a certification for immediate appeal pursuant to 28 U.S.C. § 1292(b).[1] Interlocutory appeal of this Order is appropriate because the Order "involves a controlling question of law as to which there is a substantial ground for difference of opinion…and immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b).

The grounds for Defendants' Motion are set forth in the accompanying Memorandum in Support of Motion to Amend this Court's October 7, 2015 Order to Include Certification for Interlocutory Appeal.

---

[1] The Box Hill Defendants adopt and incorporate the Motions and Memoranda filed by the Tennessee and Premier Defendants (ECF#s 2416, 2417, and 2356, 2357, respectively) as if fully stated herein.

1

1411557.1

Dated: December 3, 2015        Respectfully submitted,

                                   /s/ Gregory K. Kirby
                                   Gregory K. Kirby
                                   Pessin Katz Law, P.A.
                                   901 Dulaney Valley Road, Suite 500
                                   Towson, Maryland 21204
                                   gkirby@pklaw.com
                                   (410) 938-8800

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 3rd day of December, 2015.

                                   /s/ Gregory K. Kirby
                                   Gregory K. Kirby

1411557.1