# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )))))))))))) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>   All Cases Against the Saint Thomas Entities | |

### AFFIDAVIT OF BERTINA BURAN YORK

I, Bertina Buran York, state that:

1. I am an attorney at the law firm of Norton Rose Fulbright, 300 Convent Street, Suite 2100, San Antonio, Texas, and I represent Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health in the above-captioned actions.

2. I am a member of the Bar of the State of Texas and admitted to practice in the Texas State Courts.

3. I am a member in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

4. I am familiar with the Local Rules of the United States District for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 3RD DAY OF DECEMBER 2015.

/s/ *Bertina Buran York* [paper document bears original signature]
Bertina Buran York

2967291.1