# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:   ) ) | |
| All Cases Against the Saint Thomas Entities ) ) ) ) ) | |

**AFFIDAVIT OF AMY D. HAMPTON**

I, Amy D. Hampton, state that:

1.  I am an attorney at the law firm of Bradley Arant Boult Cummings, LLP, Roundabout Plaza, 1600 Division Street, Suite 700, Nashville, Tennessee, and I represent Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health in the above-captioned actions.

2.  I am a member of the Bars of the State of Tennessee and the State of Texas and admitted to practice in Tennessee and Texas State Courts (currently exercising a non-practicing exemption in Texas).

3.  I am a member in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

2

4.  I am familiar with the Local Rules of the United States District for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 3RD DAY OF DECEMBER 2015.

_____
Amy D. Hampton

2967320.1