# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> All Cases Against the Saint Thomas Entities | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**AFFIDAVIT OF DAPHNE ANDRITSOS CALDERON**

I, Daphne Andritsos Calderon, state that:

1. I am an attorney at the law firm of Norton Rose Fulbright, 98 San Jacinto Boulevard, Suite 1100, Austin, Texas, and I represent Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health in the above-captioned actions.

2. I am a member of the Bar of the State of Texas and admitted to practice in the Texas State Courts.

3. I am a member in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

4. I am familiar with the Local Rules of the United States District for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 3RD DAY OF DECEMBER, 2015.

/s/ *Daphne Andritsos Calderon* [paper document bears original signature]
Daphne Andritsos Calderon

2967308.1