UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) |
| | MDL No. 2419 |
| | Dkt. No. 1:13-md-2419-RWZ |
| _____ | ) |
| | ) |
| This Document Relates to Suits Naming: | ) |
| | ) |
| Saint Thomas Outpatient Neurosurgical Center, LLC | ) ) |
| | ) |

**AFFIDAVIT OF JOHN W. CULCLASURE, MD**
_____

STATE OF TENNESSEE            )
COUNTY OF DAVIDSON         )

Comes John W. Culclasure, MD, after first being duly sworn, and states as follows:

1.      I am over 18 years of age, have personal knowledge of the facts contained herein, and am competent to testify to same.

2.      I am currently a licensed anesthesiologist, and I was licensed during all times relevant hereto.

3.      I am currently the Medical Director at Saint Thomas Outpatient Neurosurgical Center ("STOPNC"), and I was the Medical Director at STOPNC, at all times relevant hereto.

4.      STOPNC is currently licensed as an ambulatory surgery center and accredited by the Joint Commission, and it was licensed as an ambulatory surgery center and accredited by the Joint Commission during all times relevant hereto.

5.      STOPNC performs the following procedures to treat its patients' pain: steroid injections, radiofrequency ablations (denervations), spinal cord stimulator trials, diagnostic facet joint injections, hardware blocks, and nerve root blocks. The same was true in 2012.

6.      STOPNC procured methylprednisolone acetate ("MPA") from the New England Compounding Center ("NECC") for use by physicians in steroid injections. STOPNC paid $6.50 for each one milliliter vial containing 80 milligrams of MPA.[1]

_____
[1] *See* invoice from NECC attached as Exhibit 1.

7.     At STOPNC, the Plaintiffs underwent epidural steroid injection procedures performed by a licensed anesthesiologist following a diagnosis of, and as treatment and care for, pain related to spinal nerves, intervertebral discs, and facet joints. I personally performed many of the Plaintiffs' steroid injection procedures.[2]

8.     For example, Plaintiff Mae Parman was referred to STOPNC for epidural steroid injections to treat back, hip, and leg pain, believed to have been caused by lumbar stenosis.[3]

9.     Prior to undergoing epidural steroid injection procedures at STOPNC, the Plaintiffs signed a consent form.[4]

10.     I charged the Plaintiffs and/or their insurers a physician fee for my professional services during the epidural steroid injection procedures. Howell Allen Clinic, my employer, submitted a bill for this fee to the Plaintiffs or their insurers.[5]

11.     STOPNC charged the Plaintiffs and/or their insurers a facility fee of approximately $1,034,[6] which was a single, global fee for the steroid injections that covered all aspects of the procedure furnished by STOPNC, including:

   a.  A licensed registered nurse to assess the patient's condition prior to the procedure, assess the patient's condition post-procedure, and discharge the patient

   b.  A licensed practical nurse, certified medical assistant, or a certified radiology technician to assist the physician in performing the procedure

   c.  Use of STOPNC's facility, including a patient room (pre and post-procedure) and an operating room

   d.  Use of STOPNC's equipment, including (1) a fluoroscopy (x-ray) machine to provide the physician with a real-time view of the patient's spine to help the physician ensure the medication was being administered in the epidural space and (2) equipment to monitor the patient's vital signs

   e.  The medications administered during the procedure, including the steroid, contrast dye, saline, and local anesthetic

   f.  The medical supplies used during the procedure, including latex gloves

---

[2] *See, e.g.*, excerpts from Plaintiff Mae Parman's STOPNC medical records attached as Exhibit 2 (Case No. 1:13-cv-12433).
[3] *See, e.g.*, excerpts from Plaintiff Mae Parman's Howell Allen medical records attached as Exhibit 3.
[4] *See, e.g.*, consent form signed by Plaintiff Mae Parman attached as Exhibit 4.
[5] *See, e.g.*, excerpts from Plaintiff Mae Parman's Howell Allen billing records attached as Exhibit 5.
[6] The charge varied somewhat based on the precise type of injection procedure performed.

g.  Administrative services such as recordkeeping, billing, and scheduling.[7]

12.     I typically administer 80 mg of MPA (a single vial) to patients during epidural steroid injections. However, for some patients, I administer 120 mg (a vial and a half) during their procedures. The same was true in 2012.[8]

13.     STOPNC's charge for the procedure remains the same regardless of the number of vials of MPA administered.[9]

14.     If some MPA remained in a vial, such as when I used 120 mg of MPA (a vial and a half), the remainder was destroyed.

15.     During a radiofrequency ablation, the nerve supply to painful joints is cut by the heat generated at the tip of the needle, providing pain relief.

16.     Radiofrequency ablations do not rely on medication to provide pain relief.

---

[7] *See, e.g.*, excerpts from Plaintiff Mae Parman's STOPNC billing records attached as Exhibit 6.
[8] *See, e.g.*, excerpts from Plaintiff Mae Parman's STOPNC medical records attached as Exhibit 2.
[9] *Compare* STOPNC's bill and corresponding medical record for Mae Parman's July 30, 2012 procedure (showing that 80 mg of MPA was administered) *with* STOPNC's bill and corresponding medical record for Mae Parman's August 20, 2012 procedure (showing that 120 mg of MPA was administered, with no change to STOPNC's charge).

_____
(Signature of Affiant)


STATE OF TENNESSEE          )
                           )
COUNTY OF _DAVIDSON_        )


Sworn to and subscribed by me this _3rd_ day of _DECEMBER_, 2015.

_____
(Notary Public)

My Commission Expires: _____

4

# EXHIBIT 1

## NECC Invoice



New England Compounding Center, Inc.
PO Box 4146
Woburn, MA 01888-4146
Ph. 508-820-0606
Fx.  508-820-1616

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/13/2012 | 225489 |

| Bill To | Ship To |
|---------|---------|
| ST. THOMAS OUTPATIENT NEUROSURGICAL<br>4230 HARDING ROAD, SUITE 901<br>NASHVILLE, TN 37205<br>ATTN: MARLESE ALLEN | ST. THOMAS OUTPATIENT NEUROSURGICAL<br>4230 HARDING ROAD, SUITE 901<br>NASHVILLE, TN 37205<br>ATTN: DEBRA SCHAMBURG |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account# |
|-------------|-------|-----|------|-----|--------|----------|
| SC 8-10-12 | Net 30 | MG-S | 8/13/2012 | FEDEX | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 500 | METHYL 80/1 PF | METHYLPREDNISOLONE ACETATE (PF) 80 MG/ML INJECTABLE, 1 ML | 6.50 | 3,250.00 |
| 1 | Shipping Charges | | 20.00 | 20.00 |

8-14-12

8-17-12
d5

!!!THANK YOU FOR YOUR ORDER!!!

***PLEASE PLACE INVOICE NUMBER ON PAYMENT***

| Total | $3,270.00 |
|-------|-----------|
| Credits | $0.00 |
| **Balance Due** | $3,270.00 |

# EXHIBIT 2

Excerpts from Plaintiff Mae Parman's
STOPNC medical records
(Case No. 1:13-cv-12433)

Sept 2000 Revision One

## ANESTHESIA RECORD
### StThomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA # | Surgery Date 7/30/2012 | Patient Name PARMAN, MAE | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|
| | | Location Pain ... | Time Printed 7/30/2012 3:29 PM | Age 82 Years | D.O.B. 1/22/1930 | Sex Female | Height | Medical Record # SC28239 |

| Anesthesiologist | Anesthesia Methods | Diagnosis | Code(s) |
|---|---|---|---|
| Cuiclasure,M.D., John W M.D. 0006 3:05 PM | | Lumbar Radiculopathy Lumbar spinal Stenosis | |

| Surgeon | | Start | Stop | Total | Procedure(s) Lumbar Translaminar ESI Fluoroscopy | Code(s) |
|---|---|---|---|---|---|---|
| | Anes | | | | | |
| | Surg | | | | | |

|  | 3:06 | 3:11 | 3:16 | 3:21 | 3:26 | 3:31 | TOTALS |
|---|---|---|---|---|---|---|---|

EVENTS          1 - 4     5 - 9    10 - 12         13

EVENT MILESTONES:

▼ Physiological graph

| | 3:06 | 3:11 | 3:16 | 3:21 | 3:26 | 3:31 |
|---|---|---|---|---|---|---|
| SpO2 (%) (GEM:2) | — | | | | | |
| SpO2 Pulse (bpm) (GEM:2) | — | | | | | |
| NIBP Dias (mm Hg) (GEM:2) | ∧ | | | | | |
| NIBP Mean (mm Hg) (GEM:2) | ◇ | | | | | |
| NIBP Sys (mm Hg) (GEM:2) | ∨ | | | | | |

| 1 | 3:06 PM | Start of Printed Anesthesia Record |
|---|---|---|
| 2 | 3:07 PM | Intraoperative assistant |
| 3 | 3:07 PM | Times assigned to procedure sequence are an artifact of the software. |
| 4 | 3:08 PM | NIBP,O2 sat.monitors applied. |
| 5 | 3:12 PM | Patient identity and site of planned procedure confirmed.: <gretah - 7/30/2012 3:06 PM> |
| 6 | 3:13 PM | Patient placed prone. Skin prepped with povodone iodine (unless noted otherwise). Aseptic technique.: Betadine x 3. Allowed to dry. Mask on. |
| 7 | 3:13 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure accoring to policy: <gretah - 7/30/2012 3:06 PM> |
| 8 | 3:14 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection.: L4/5 |
| 9 | 3:15 PM | 1% lido skin wheal raised with 25g needle. |

| 10 | 3:16 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.): Confirmed epidural location w 2-3 ml Omnipaque 300. CORRECTION: 20 g epidural needle |
|---|---|---|
| 11 | 3:17 PM | Methylprednisolone acetate 80 mg + 5 ml preservative-free normal saline. Rate of injection adjusted for patient's comfort. |
| 12 | 3:18 PM | Patient tolerated the procedure well. No complications (unless noted otherwise).: Fluoro 3 sec |
| 13 | 3:29 PM | End of Printed Anesthesia Record |

Signature:                                                                Date:

Copyright © 1997-2006 Dräger Medical Systems, Inc.

Sept 2000 Revision One   **INTRA-OP SUMMARY** – StThomas Outpatient Neurosurgical Center    PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA # | Surgery Date<br>7/30/2012 | Patient Name<br>PARMAN, MAE | | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|---|
| | | Location<br>Pain ... | Time Printed<br>7/30/2012 3:29 PM | Age<br>82 Years | D.O.B.<br>1/22/1930 | Sex<br>Female | Height | Medical Record #<br>SC28239 |
| Anesthesiologist<br>Culclasure,M.D., John W M.D. 0006  3:05 PM | | Anesthesia Methods | | Diagnosis<br>Lumbar Radiculopathy<br>Lumbar spinal Stenosis | | | | Code(s) |

| Surgeon | | Start | Stop | Total | Procedure(s)<br>Lumbar Translaminar ESI<br>Fluoroscopy | Code(s) |
|---|---|---|---|---|---|---|
| | Anes | | | | | |
| | Surg | | | | | |

## Events

| Date/Time | Description | Remarks | Signature | |
|---|---|---|---|---|
| 07/30 3:06 PM | Start of Printed Anesthesia Record | | | |
| 07/30 3:07 PM | Intraoperative assistant | | | |
| 07/30 3:07 PM | Times assigned to procedure sequence are<br>an artifact of the software. | | | |
| 07/30 3:08 PM | NIBP,O2 sat.monitors applied. | | | |
| 07/30 3:12 PM | Patient identity and site of planned<br>procedure confirmed. | | gretah | 3:06 PM |
| 07/30 3:13 PM | Patient placed prone. Skin prepped with<br>povodine iodine (unless noted otherwise).<br>Aseptic technique. | Betadine x 3. Allowed to dry. Mask on. | | |
| 07/30 3:13 PM | TIME OUT/ PROCEDURE VERIFICATION<br>immediately prior to procedure accoring to<br>policy | | gretah | 3:06 PM |
| 07/30 3:14 PM | C-arm fluoroscopy used to identify<br>interlaminar space and level for injection. | L4/5 | | |
| 07/30 3:15 PM | 1% lido skin wheal raised with 25g needle. | | | |
| 07/30 3:16 PM | 17g Touhey needle to epidural space using<br>saline "loss of resistance" technique.<br>Aspiration negative. No paresthesia. (Unless<br>noted otherwise.) | Confirmed epidural location w 2-3 ml Omnipaque 300.<br>CORRECTION: 20 g epidural needle | | |
| 07/30 3:17 PM | Methylprednisolone acetate 80 mg + 5 ml<br>preservative-free normal saline. Rate of<br>injection adjusted for patient's comfort. | | | |
| 07/30 3:18 PM | Patient tolerated the procedure well. No<br>complications (unless noted otherwise). | Fluoro 3 sec | | |
| 07/30 3:29 PM | End of Printed Anesthesia Record | | | |

Copyright © 1997-2006 Dräger Medical Systems, Inc.

**St Thomas OP Neurosurgical Center 012**

Sept 2000 Revision One

# ANESTHESIA RECORD
## StThomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA # | Surgery Date 8/20/2012 | Patient Name PARMAN, MAE | | Weight | | Social Security Numb |
|---|---|---|---|---|---|---|---|---|
| | | Location Pain ... | Time Printed 8/20/2012 1:17 PM | Age 82 Years | D.O.B. 1/22/1930 | Sex Female | Height | Medical Record # SC28239 |

| Anesthesiologist Culclasure,M.D., John W M.D. 0006 12:54 PM | Anesthesia Methods | Diagnosis Lumbar radiculopathy/spinal stenosis | | Code(s) |
|---|---|---|---|---|

| Surgeon | | Start | Stop | Total | Procedure(s) Fluoroscopy Lumbar Translaminar ESI | | Code(s) |
|---|---|---|---|---|---|---|---|
| | Anes | | | | | | |
| | Surg | | | | | | |

|  | 12:55 | 1:10 | 1:25 | | TOTALS |
|---|---|---|---|---|---|

| EVENTS | 1 - 13    14 |
|---|---|

EVENT MILESTONES:



| | | |
|---|---|---|
| SpO2 (%) (GEM:2) | — | |
| SpO2 Pulse (bpm) (GEM:2) | — | |
| NIBP Dias (mm Hg) (GEM:2) | □ | |
| NIBP Mean (mm Hg) (GEM:2) | ◇ | |
| NIBP Sys (mm Hg) (GEM:2) | ∨ | |

12:55    1:10    1:25

| | | |
|---|---|---|
| 1 | 12:55 PM | Start of Printed Anesthesia Record |
| 2 | 12:56 PM | Intraoperative assistant |
| 3 | 12:56 PM | Times assigned to procedure sequence are an artifact of the software. |
| 4 | 12:57 PM | NIBP,O2 sat.monitors applied. |
| 5 | 1:01 PM | Patient identity and site of planned procedure confirmed.: <arta - 8/20/2012 12:55 PM> |
| 6 | 1:02 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure accoring to policy: <arta - 8/20/2012 12:55 PM> |
| 7 | 1:02 PM | Patient placed prone. Skin prepped with povodone iodine (unless noted otherwise). Aseptic technique.: Betadine x 3. Allowed to dry. Mask on. |
| 8 | 1:03 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection.: L4/5 left |
| 9 | 1:04 PM | 1% lido skin wheal raised with 25g needle. |
| 10 | 1:05 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.): Confirmed epidural location with 2-3 ml Omnipaque 300. CORRECTION: 20 g epidural needle |
| 11 | 1:06 PM | Methylprednisolone acetate 120 mg + 5 ml PFNS. |
| 12 | 1:07 PM | Patient tolerated the procedure well. No complications (unless noted otherwise.): Fluoro 14 sec |
| 13 | 1:08 PM | Record has been electronically signed: <arta - 8/20/2012 12:55 PM> |
| 14 | 1:17 PM | End of Printed Anesthesia Record |

| Signature: | Date: |
|---|---|

Copyright © 1997-2006 Dräger Medical Systems, Inc.

Sept 2000 Revision One

## INTRA-OP SUMMARY - StThomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | ASA # | Surgery Date 8/20/2012 | Patient Name PARMAN, MAE | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|
| | Location Pain ... | Time Printed 8/20/2012 1:17 PM | Age 82 Years | D.O.B. 1/22/1930 | Sex Female | Height | Medical Record # SC28239 |
| Anesthesiologist Culclasure,M.D., John W M.D. 0006 12:54 PM | Anesthesia Methods | | Diagnosis Lumbar radiculopathy/spinal stenosis | | | Code(s) |

| Surgeon | | Start | Stop | Total | Procedure(s) Fluoroscopy Lumbar Translaminar ESI | | Code(s) |
|---|---|---|---|---|---|---|---|
| | Anes | | | | | | |
| | Surg | | | | | | |

### Events

| Date/Time | Description | Remarks | Signature |
|---|---|---|---|
| 08/20 12:55 PM | Start of Printed Anesthesia Record | | |
| 08/20 12:56 PM | Intraoperative assistant | | |
| 08/20 12:56 PM | Times assigned to procedure sequence are an artifact of the software. | | |
| 08/20 12:57 PM | NIBP,O2 sat.monitors applied. | | |
| 08/20 1:01 PM | Patient identity and site of planned procedure confirmed. | | arta        12:55 PM |
| 08/20 1:02 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure accoring to policy | | arta        12:55 PM |
| 08/20 1:02 PM | Patient placed prone. Skin prepped with povodone iodine (unless noted otherwise). Aseptic technique. | Betadine x 3. Allowed to dry. Mask on. | |
| 08/20 1:03 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection. | L4/5 left | |
| 08/20 1:04 PM | 1% lido skin wheal raised with 25g needle. | | |
| 08/20 1:05 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.) | Confirmed epidural location with 2-3 ml Omnipaque 300. CORRECTION: 20 g epidural needle | |
| 08/20 1:06 PM | Methylprednisolone acetate 120 mg + 5 ml PFNS. | | |
| 08/20 1:07 PM | Patient tolerated the procedure well. No complications (unless noted otherwise). | Fluoro 14 sec | |
| 08/20 1:08 PM | Record has been electronically signed | | arta        12:55 PM |
| 08/20 1:17 PM | End of Printed Anesthesia Record | | |

Copyright © 1997-2006 Dräger Medical Systems, Inc.

# EXHIBIT 3

Excerpts from Plaintiff Mae Parman's
Howell Allen medical records
(Case No. 1:13-cv-12433)

[Chart][Mae Parman][334142]

# Howell | Allen
### The brain and spine specialists

**2011 Murphy Ave., Suite 301, Nashville TN  37203**
**(615) 327-9543    (800) 668-9410**
**Fax: (615) 327-8471    Web: www.howellallen.com**

---

Provider    Everette I. Howell Jr. MD

Patient:  Parman, Mae L.                                    DOB    1/22/1930
MRN    334142

DATE OF SERVICE: 06/18/12

Mae Parman is seen in the office today and now is retired. ==She continues to have pain in her
back and increasing pain in the hip and down to the left leg.== She has had an X-stop and still is
limited in her activity.

In July 2010 she had an extensive operation for a hiatal hernia and so there is question about
whether she can take any nonsteroidals.

Today her temperature is 97.9, blood pressure 151/84, pulse is 77. She gives a cogent history.
She has full range of motion of her neck. She has no upper extremity numbness or weakness.
She has diminished range of motion of her back with spasm. She walks on heels or toes with a
positive Lasegue bilaterally.

IMPRESSION: Symptomatic lumbar stenosis, history of hiatal hernia repair with partial
gastrectomy.

I have asked her to have an MRI scan of the lumbar spine and will see her back in the office to
go over the study. While she may not be able to take nonsteroidals an epidural may be a
reasonable option.

EIH / 10053/ghw/rcd

Letter to Deepinder S. Bal, M.D. dated 06/21/12.

Electronically signed by: Everette I. Howell, M.D. on 6/21/2012

**Howell Allen Clinic 040**

# Progress Note

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | Mae Parman | | **Visit Date:** | June 18, 2012 |
| **Patient ID:** | 334142 | | **Provider:** | Everette I. Howell, Jr. MD |
| **Sex:** | Female | | **Location:** | BNT Howell Allen Clinic |
| **Birthdate:** | January 22, 1930 | | **Location Address:** | 2011 Murphy Avenue Suite 301 Nashville, TN  372032023 |
| | | | **Location Phone:** | (615) 327-9543 |

## Assessment

- Spinal stenosis, unspecified region 724.00

## Plan

**Orders**
- MRI Lumbar Spine w/out HAC APPT WITH EIH TO FOLLOW @ 10 (72148) - 724.00 - 07/09/2012

**Instructions**
- Ordered MRI APPT 7-9-12 @ 8:30 ARRIVAL 8:00 AM

**Disposition**
- Patient scheduled to see Dr. Howell

**Electronically Signed by:** Fayrene Rader, -Author on July 5, 2012 08:16:27 AM

**Howell Allen Clinic 041**

[Chart][Mae Parman][334142]



# Howell | Allen
### The brain and spine specialists

**2011 Murphy Ave., Suite 301, Nashville TN  37203**
**(615) 327-9543    (800) 668-9410**
**Fax: (615) 327-8471    Web:  www.howellallen.com**

Provider    Everette I. Howell Jr. MD

Patient:  Parman, Mae L.                                    DOB    1/22/1930
MRN    334142

DATE OF SERVICE:  07/09/12

Ms. Mae L. Parman was seen in the office on 07/09/12.  There has been no change in her exam. I have gone over her study with her. This does show that she has marked stenosis at L3-4 and L4-5. I do think she will require an operation for this. Since she has had a prior procedure, she would need an open procedure. She is not ready to consider this and so may benefit from an epidural.

She is to decide how she wishes to proceed.

I have gone over her study with her and have given her a copy of the report. She will call me back and let me know.

EIH / 10053/swm

cc: Deepinder S. Bal, MD and Ms. Mae L. Parman with letter 07/11/12

Electronically signed by: Everette I. Howell, M.D. on 7/11/2012

Howell Allen Clinic, 2011 Murphy Ave., Suite 301, Nashville, TN  37203

**Howell Allen Clinic 042**

[Chart][Mae Parman][334142]                                                                                        [2/20/2013][Page 1 of 1]

# Progress Note

| Patient Name: | Mae Parman | Visit Date: | July 9, 2012 |
|---|---|---|---|
| Patient ID: | 334142 | Provider: | Everette I. Howell, Jr. MD |
| Sex: | Female | Location: | BNT Howell Allen Clinic |
| Birthdate: | January 22, 1930 | Location Address: | 2011 Murphy Avenue Suite 301 Nashville, TN  372032023 |
| | | Location Phone: | (615) 327-9543 |

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/09/2012 | 10:09 AM | 156/88 | Sitting | | | | 77 - R | | 98 | 155lbs 0oz | 5' 6" | 25.02 | 1.81 | | |

## Assessment

- Lumbar Stenosis 724.02

## Plan

    **Orders**
       ○ Lumbar Epidural Steroid Injection X 2 (62311) - 724.02 - 07/11/2012
    **Instructions**
       ○ Will Call back
       ○ Patient will be scheduled for Epidural Steroid Injections.

**Electronically Signed by:** Fayrene Rader, -Author on July 11, 2012 03:45:18 PM

**Howell Allen Clinic 043**

# EXHIBIT 4

STOPNC consent form signed by
Plaintiff Mae Parman
(Case No. 1:13-cv-12433)

## ST. THOMAS OUPATIENT NEUROSURGICAL CENTER
## NASHVILLE, TENNESSEE

CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS AND RENDERING OF OTHER MEDICAL
SERVICE, INCLUDING CONSENT FOR TRANSFUSION(S) AND RELEASE OF

Patient's Name: _____*Mae L. Parman*_____

PARMAN, MAE L.          07/30/12
SC28239
01/22/1930
DR. HOWELL

THIS PARAGRAPH AUTHORIZES THE SURGEON TO OPERATE:

1. I hereby authorize and direct *John Culclasure* M.D. and associates or assistants of his
   choice to perform the following operation and any other procedure as he may deem necessary or advisable, on
   me, my child or ward: *epidural steroid injection with fluoroscopy*.
2. The basic procedures of my surgery and the advantages and disadvantages, risks and possible complications of
   alternative treatments have been explained to me by the doctor. Although it is impossible for the doctor to
   inform me of every possible complication that may occur, the doctor has answered all of my questions to my
   satisfaction. As with ALL types of surgery, there is the possibility of other complications due to anesthesia,
   drugs, reactions or other factors which may involve other parts of my body, including a possibility of brain
   damage or even death. Since it is impossible to state every complication that may occur as a result of surgery,
   the list of complications in this form is incomplete.
3. I hereby authorize and direct the above named surgeon to arrange for such additional services for me, as he
   may deem necessary or advisable, including but not limited to the administration and maintenance of
   anesthesia and the performance of services involving pathology and radiology, and I hereby consent thereto.
4. I hereby authorize a pathologist to use his discretion in the disposal of any severed tissue or member, except:
   *none*
5. I authorize the administration of transfusions of blood products to the above patient as may be deemed
   advisable in the judgement of the anesthesiologists, patient's attending physician, and/or his associates or
   assistants. I understand that blood transfusions are not always successful in producing a desirable result. I
   understand that despite the exercise of due care the transfusion of blood or blood products is always
   attended with a possibility of some ill effects such as the transmission of hepatitis, AIDS or certain other
   diseases, accidental immunization, or allergic reactions. I understand that emergencies do on occasion arise
   when it may be necessary for the patient's well being to use existing stocks of blood which may not include the
   most compatible blood types.
6. I/We hereby authorize all doctors, pharmacists, St. Thomas Outpatient Neurosurgical Center, or other
   institutions rendering care and treatment to furnish the responsible parties and/or insurance companies with
   full information regarding treatment rendered. (Including copies of their records)
7. I ACKNOWLEDGE that I have been advised by St. Thomas Outpatient Neurosurgical Center personnel that I
   should not drive until the effects of any medications that I receive have worn off. This means I understand I
   should not drive until the day after my operation, at the earliest.
8. I have not eaten or taken fluids, not even water, since ___*NA*___ except for a sip of water taken with
   morning medication as instructed by the Surgery Center or my physician.
9. I hereby consent to the presence of ___*no one*___ (Name and Title) during my
   surgery for the sole purpose of observation for educational reasons. I understand that this individual(s) will
   not participate in the actual procedure under any circumstance.
10. I understand that it is my responsibility to arrange for a responsible adult to drive me home and to be with me
    for twenty-four (24) hours following my surgery.
11. I hereby consent to the use of video surveillance during my stay as well as video taping or photography of my
    surgery at my surgeon's discretion and release the St. Thomas Outpatient Neurosurgical Center from all
    liability from claims of any kind for the taking and use of these photographs or tapes.
12. I am aware that my physician or his practice does/does not have ownership interest in the St. Thomas
    Outpatient Neurosurgical Center. If I choose to go to another health care facility for this procedure, it will
    have no effect upon my relationship with my physician.
13. I release St. Thomas Outpatient Neurosurgical Center from ANY responsibility for loss and/or damage to
    money, jewelry or other valuables brought into the St. Thomas Outpatient Neurosurgical Center.

I AM STATING THAT I HAVE READ THIS CONSENT (OR IT HAS BEEN READ TO ME), AND I FULLY UNDERSTAND IT AND THE POSSIBLE RISKS, COMPLICATIONS AND BENEFITS THAT CAN RESULT FROM THE SURGERY. I ACCEPT ON BEHALF OF MYSELF AND/OR THIS PATIENT ALL OF THE ITEMS LISTED IN THESE PARAGRAPHS.

Time **1456**   Patient Signature X _Mae Karman_

Date **7/20/10**   Witness to Signature _____

If patient is a minor or unable to sign, complete the following:

_____ Patient is a minor      _____ Patient is unable to sign because _____

Father _____      Guardian _____

Mother _____      Witness to Signature _____

## REQUEST FOR ADMINISTRATION OF ANESTHESIA

I understand that it will be necessary to be placed under anesthesia in order to perform the above described operation, and I consent to the use of anesthesia as deemed necessary and appropriate by my anesthesiologist, surgeon and nurse anesthetist with the EXCEPTION OF THE FOLLOWING KIND OF ANESTHESIA:

_____

Anesthesia involves risks in addition to the risks of the surgical procedure itself. These risks may include, but are not limited to, adverse drug reactions, brain damage, death, nerve injury, damage to teeth or dental work, damage to vocal cords, respiratory problems, minor pain and discomfort, damage to arteries or veins, headaches, backaches, or worsening of pre-existing disease(s). The purpose, necessity and risk of anesthesia have been explained to my satisfaction by _____, M.D. and there has been sufficient opportunity to discuss the proposed treatment and associated risk.

I DECLARE AND REPRESENT THAT I HAVE READ THE ABOVE AND UNDERSTAND IT IS TRUE. No guarantee or warranty has been made as to the result of the anesthetic procedures.

_____
Witness

_____
Signature (of person authorized to consent)

_____
Date and Time

_____
Relationship to Patient

# EXHIBIT 5

Excerpts from Plaintiff Mae Parman's
Howell Allen billing records
(Case No. 1:13-cv-12433)

**Parman, Mae L.  [334142]**
P O Box 273
Fairview, TN 37062

**Account Information Report**
Include:All

Show: Unexpanded Details

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 10/18/2012 | 10/02/2012 | CK | NC   [0.00 x 1] Billable: Howell, Everette I. Jr. MD; Rendering: Howell, Everette I. Jr. MD Practice Location: BNT Howell Allen Clinic; Service Location: BNT Howell Allen Clinic; Referring: Bal, Deepinder S. MD [788.87] CoPay: $0.00; Visit Type: Misc. Dictation; Visit ID: 150225; Stmt Recipient: Mae Parman Void | $0.00 | $0.00 |
| 09/28/2012 | | NM | Insurance Payment [16.53] AARP; Check; Insurance Plan ID: 1564 Batch: 8515 BATCH 6 | ($16.53) | |
| 09/05/2012 | | NM | Contractual Adjustment [482.33] Medicare; Insurance Plan ID: 1412 (ERA) Batch: 8199 501 | ($482.33) | |
| 09/05/2012 | | NM | Insurance Payment [66.14] Medicare; Check; 886397683; Insurance Plan ID: 1412 (ERA) Batch: 8199 501 | ($66.14) | |
| 09/04/2012 | | NM | Insurance Payment [16.53] AARP; Check; Insurance Plan ID: 1564 Batch: 8186 BATCH 16 | ($16.53) | |
| 08/21/2012 | 08/20/2012 | CJH | 62311 [565.00 x 1] Billable: Cuclasure, John W.  MD; Rendering: Culclasure, John W. MD Practice Location: St Thomas Office; Service Location: St Thomas OP Neurosurgical CTR; Referring: Howell, Everette I. Jr. MD [724.4 724.02] CoPay: $0.00; Visit Type: Procedure; Visit ID: 140093; Stmt Recipient: Mae Parman Injection, single (not via indwelling catheter), not including n | $565.00 | $0.00 |
| 08/17/2012 | | NM | Contractual Adjustment [482.33] Medicare; Insurance Plan ID: 1412 (ERA) Batch: 7973 BATCH 1701 | ($482.33) | |
| 08/17/2012 | | NM | Insurance Payment [66.14] Medicare; Check; 886308124; Insurance Plan ID: 1412 (ERA) Batch: 7973 BATCH 1701 | ($66.14) | |
| 08/15/2012 | | NM | Insurance Payment [13.15] AARP; Check; Insurance Plan ID: 1564 Batch: 7947 BATCH 3 | ($13.15) | |
| 08/15/2012 | | NM | Insurance Payment [74.59] AARP; Check; Insurance Plan ID: 1564 Batch: 7947 BATCH 3 | ($74.59) | |
| 08/02/2012 | 07/30/2012 | CJH | 62311 [565.00 x 1] Billable: Cuclasure, John W.  MD; Rendering: Culclasure, John W. MD Practice Location: St Thomas Office; Service Location: St Thomas OP Neurosurgical CTR; Referring: Howell, Everette I. Jr. MD [724.4 724.02] CoPay: $0.00; Visit Type: Procedure; Visit ID: 136235; Stmt Recipient: Mae Parman Injection, single (not via indwelling catheter), not including n | $565.00 | $0.00 |
| 07/25/2012 | | NM | Contractual Adjustment [33.25] Medicare; Insurance Plan ID: 1412 (ERA) Batch: 7657 BATCH 2501 | ($33.25) | |
| 07/25/2012 | | NM | Contractual Adjustment [945.03] Medicare; Insurance Plan ID: 1412 (ERA) Batch: 7657 BATCH 2501 | ($945.03) | |
| 07/25/2012 | | NM | Insurance Payment [298.38] Medicare; Check; 886188941; Insurance Plan ID: 1412 (ERA) Batch: 7657 BATCH 2501 | ($298.38) | |
| 07/25/2012 | | NM | Insurance Payment [52.60] Medicare; Check; 886188941; Insurance Plan ID: 1412 (ERA) Batch: 7657 BATCH 2501 | ($52.60) | |
| 07/19/2012 | | NM | Insurance Payment [13.15] AARP; Check; 885985320; Insurance Plan ID: 1564 Batch: 7598 BATCH 7 | ($13.15) | |

# EXHIBIT 6

Excerpts from Plaintiff Mae Parman's
STOPNC billing records
(Case No. 1:13-cv-12433)

MEDICARE OFFICE        615 827 9513
BUSINESS OFFICE        615-341-7579

ST THOMAS NEUROSURGICAL O/P CTR, LLC
P O BOX 305172 DEPT 16
NASHVILLE, TENNESSEE  37230-5172


LOCATION:    ST THOMAS OP NEUROSURGICA  PT-0066     PAGE:   1


MAE L PARMAN                        BILLING DATE: 11/19/12
P O BOX 273
FAIRVIEW TN 37062                   AMOUNT DUE :     0.00



BILL TO:  PARMAN       MAE        CHART #: SC28239


| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
| | | | MAE | | | |
| | | | SAINT THOMAS OUTPT NEUROSURG | | | |
| 07/30/12 | | 62311 | INJECTION SINGLE DIAGNOSTIC OR | 1,034.00 | | 1034.00 |
| 07/30/12 | | | ADDITIONAL DIAGNOSIS | 0.00 | | 1034.00 |
| 08/02/12 | | | MEDICARE # 981591 Filed | | | |
| 08/20/12 | | | AARP HEALTH CARE OPTIONS # 981592 Filed | | | |
| 08/17/12 | | | PAYMENT MEDICARE OF TENNEc# 981591 | | 233.59- | 800.41 |
| 08/17/12 | | | Co-ins          58.40 | | | |
| 08/17/12 | | | WRITE-OFF MEDICARE OF TENNEc# 981591 | | 742.01- | 58.40 |
| | | | MAE | | | |
| | | | SAINT THOMAS OUTPT NEUROSURG | | | |
| 08/20/12 | | 62311 | INJECTION SINGLE DIAGNOSTIC OR | 1,034.00 | | 1092.40 |
| 08/20/12 | | | ADDITIONAL DIAGNOSIS | 0.00 | | 1092.40 |
| 08/21/12 | | | MEDICARE # 985921 Filed | | | |
| 09/13/12 | | | AARP HEALTH CARE OPTIONS # 985922 Filed | | | |
| 09/06/12 | | | PMT AARP HEALTH CARE OPTIONc# 981592 | | 58.40- | 1034.00 |
| 09/12/12 | | | PAYMENT MEDICARE OF TENNEc# 985921 | | 233.59- | 800.41 |
| 09/12/12 | | | Co-ins          58.40 | | | |
| 09/12/12 | | | WRITE-OFF MEDICARE OF TENNEc# 985921 | | 742.01- | 58.40 |
| 09/24/12 | | | PMT AARP HEALTH CARE OPTIONc# 985922 | | 58.40- | 0.00 |


| CURRENT/ | 30-60 DAYS/ | 60-90 DAYS/ | )90 DAYS/ | TOTAL | | TOTAL DUE |
|----------|-------------|-------------|-----------|-------|--|-----------|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |


ST THOMAS OP NEUROLOGICAL CENT
P.O. BOX 305172 DEPT16
NASHVILLE TN 37230-5172

LOCATION :   ST THOMAS OP NEU

PHONE : 615 341 7579          REFERRING DOCTOR :   HOWELL JR MD

Case 1.13-md-02419-RWZ Document 2464-1 Filed 12/09/15 Page 24 of 25

| 1 ST THOMAS OF NEUROSURGIC | ST THOMAS OF NEUROSURGIC | | | | 3a PAT. CNTL # | 2090981591 | | 4 TYPE OF BILL |
|---|---|---|---|---|---|---|---|---|
| 4230 HARDING RD STE901 | PO BOX 305172 DEPT 16 | | | | b. MED. REC. # | SC28239 | | 831 |
| NASHVILLE TN 372052149 | NASHVILLE | | TN 37230 | 5 FED. TAX NO. | | 6 STATEMENT COVERS PERIOD | 7 | |
| 6153279543 | | | | 621802891 | | FROM 073012 | THROUGH 073012 | |

| 8 PATIENT NAME | a | | 9 PATIENT ADDRESS | a P O BOX 273 | | | | |
|---|---|---|---|---|---|---|---|---|
| b PARMAN MAE L | | | b FAIRVIEW | | | c TN | d 37062 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | CONDITION CODES 21 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01221930 | F | | | | | | 01 | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| | | | | | | |

| 38 | | | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|---|---|
| PARMAN MAE L | | a | | | |
| P O BOX 273 | | b | | | |
| | | c | | | |
| FAIRVIEW TN 37062 | | d | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 490 | INJECTION SINGLE DIAGNOS | 62311 | 073012 | 1 | 103400 | | |
| 0001 | PAGE 1 OF 1 | CREATION DATE 080212 | TOTALS | | 103400 | | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST AMOUNT DUE | 56 NPI | 1538139811 |
|---|---|---|---|---|---|---|---|
| A MEDICARE | | Y | Y | | | 57 | |
| B AARP HEALTH CARE OPTION | | Y | Y | | | OTHER | |
| C | | | | | | PRV ID | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A PARMAN MAE L | 18 | 414129991D | | |
| B PARMAN MAE L | 18 | 32457329211 | | PLAN F |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A | | |
| B | | |
| C | | |

| 66 DX | 7244 | 72402 | | | | | 68 |
|---|---|---|---|---|---|---|---|
| 9 | | | | | | | |

| 69 ADMIT DX | 7244 | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | 73 |
|---|---|---|---|---|---|---|---|---|

| 74 | PRINCIPAL PROCEDURE CODE DATE | a OTHER PROCEDURE CODE DATE | b OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1538139811 QUAL |
|---|---|---|---|---|---|
| | 03.92 073012 | | | | LAST OUTPT NEUROSURG FIRST SAINT THOMAS |
| c | OTHER PROCEDURE CODE DATE | d OTHER PROCEDURE CODE DATE | e OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI QUAL |
| | | | | | LAST FIRST |
| 80 REMARKS MEDICARE | | 81CC a | | | 78 OTHER NPI QUAL |
| P O BOX 12086 | | b | | | LAST FIRST |
| | | c | | | 79 OTHER NPI QUAL |
| BIRMINGHAM AL 35202 | | d | | | LAST FIRST |

UB-04 CMS-1450    APPROVED OMB NO. 0938-0997    Printed on Recycled Paper    NUBC  TFP24394589    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

Case 1:13-md-02419-RWZ Document 2484-1 Filed 12/02/15 Page 25 of 25

| 1 ST THOMAS OF NEUROSURGIC ST THOMAS OF NEUROSURG 4230 HARDING RD STE901 PO BOX 305172 DEPT 16 NASHVILLE TN 372052149 NASHVILLE TN 37230 6153279543 | | | | 2 | | | 23a PAT. CNTL # 9000085921 | 4 TYPE OF BILL 831 |
|---|---|---|---|---|---|---|---|---|

Top section (UB-04 claim form):

| Field | Value |
|---|---|
| 5 FED. TAX NO | 621802891 |
| 6 STATEMENT COVERS PERIOD FROM / THROUGH | 082012 082012 |
| b MED REC.# | SC28239 |

| 8 PATIENT NAME | 9 PATIENT ADDRESS |
|---|---|
| PARMAN MAE L | P O BOX 273 / FAIRVIEW / TN 37062 |

| 10 BIRTHDATE | 11 SEX | 12 DATE ADMISSION 13 HR 14 TYPE 15 SRC | 16 DHR | 17 STAT |
|---|---|---|---|---|
| 01221930 | F | | | 01 |

| 38 | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|
| PARMAN MAE L P O BOX 273 FAIRVIEW TN 37062 | a b c d | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 490 | INJECTION SINGLE DIAGNOS | 62311 | 082012 | 1 | 103400 | | |
| 0001 | PAGE 1 OF 1 | CREATION DATE 082112 | TOTALS | | 103400 | | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1538139811 |
|---|---|---|---|---|---|---|
| MEDICARE | | Y | Y | | | |
| AARP HEALTH CARE OPTION | | Y | Y | | | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| PARMAN MAE L | 18 | 414129991D | | |
| PARMAN MAE L | 18 | 32457329211 | | PLAN F |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66 DX | | | | | | | 68 |
|---|---|---|---|---|---|---|---|
| 7244 | 72402 | | | | | | |
| 9 | | | | | | | |

| 69 ADMIT DX | 7244 | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | 73 |
|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1538139811 QUAL |
|---|---|---|---|---|
| 03.92 082012 | | | | LAST OUTPT NEUROSURG FIRST SAINT THOMAS |
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI QUAL LAST FIRST |

| 80 REMARKS | 81CC | 78 OTHER NPI QUAL LAST FIRST |
|---|---|---|
| MEDICARE P O BOX 12086 BIRMINGHAM AL 35202 | a b c d | 79 OTHER NPI QUAL LAST FIRST |

UB-04 CMS-1450    APPROVED OMB NO. 0938-0997    ⊕ Printed on Recycled Paper    NUBC™    TFP24394589    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.