# In the Matter Of:

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

## VIDEOTAPED DEPOSITION OF CINDY WILLIAMS

*July 29, 2015*



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

```
 1         UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF MASSACHUSETTS
 2


 3
    IN RE:  NEW ENGLAND           )
 4  COMPOUNDING PHARMACY,         )
    INC. PRODUCT LIABILITY        )
 5  LITIGATION.                   )
                                  )MDL NO. 2419
 6                                )Master Dkt:
    THIS DOCUMENT RELATES TO:     )1:13-md-02419-RWZ
 7                                )
    All Actions                   )
 8  _____)

 9

10

11

12
         VIDEOTAPED DEPOSITION OF:
13
         CINDY WILLIAMS
14
         Taken on behalf of the Plaintiffs
15
         July 29, 2015
16

17

18

19
    _____
20
            CARISSA L. BOONE, LCR, RPR
21

22

23

24

25
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1   APPEARANCES:

 2   For the Plaintiffs:

 3   GEORGE NOLAN, ESQ.
     Leader, Bulso & Nolan, PLC
 4   414 Union Street
     Suite 1740
 5   Nashville, Tennessee 37219
     615.780.4114
 6   Gnolan@leaderbulso.com

 7   and

 8   BENJAMIN A. GASTEL, ESQ.
     Branstetter, Stranch & Jennings, PLLC
 9   223 Rosa L. Parks Avenue, Suite 200
     Nashville, Tennessee 37203
10   615.254.8801
     Beng@branstetterlaw.com
11
     For the Defendants St. Thomas Health,
12   St. Thomas Network and St. Thomas Hospital:

13   YVONNE K. PUIG, ESQ.
     ERIC HOFFMAN, ESQ.
14   Norton, Rose, Fulbright, LLP
     98 San Jacinto Boulevard
15   Suite 1100
     Austin, Texas 78701
16   512.474.5201
     Yvonne.puig@nortonrosefulbright.com
17   Eric.hoffman@nortonrosefulbright.com

18   and

19   LELA HOLLABOUGH, ESQ.
     Bradley, Arant, Boult, Cummings, LLP
20   1600 Division Street
     Suite 700
21   Nashville, Tennessee 37203
     615.244.2582
22   Lhollabough@babc.com

23


24


25
```



Nationwide Coverage

```
 1   For the Defendants SSC and Dr. Lister:

 2   ASHLEY E. GENO, ESQ.
     Brewer, Krause, Brooks & Chastain
 3   611 Commerce Street
     Suite 2600
 4   Nashville, Tennessee 37203
     615.256.7728
 5   AGeno@bkblaw.com

 6   For the Tennessee Clinics Defendants:

 7   CHRISTOPHER TARDIO, ESQ.
     Gideon, Cooper & Essary
 8   315 Deaderick Street
     Suite 1100
 9   Nashville, Tennessee 37238
     615.254.0000
10   Chris@gideoncooper.com

11   Also Present:

12   Molly Moore, Paralegal
     Leader, Bulso & Nolan, PLC
13

14

15

16

17

18

19

20

21

22

23

24

25
```


Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
                        I N D E X
                                                Page/Line


THE WITNESS:   CINDY WILLIAMS

EXAMINATION BY MR. NOLAN                          7     9
EXAMINATION BY MS. PUIG                          45     8
EXAMINATION BY MR. NOLAN                         46     2



                  INDEX OF EXHIBITS

Exhibits           Description              Page/Line

Exhibit 517  Amendment 2 to the              17    21
             BlueSelect Network
             Ambulatory Surgical
             Facility Attachment,
             STE_MDL_004019 to 004022

Exhibit 518  Amendment 2 to the              26     4
             BluePreferred Network
             Ambulatory Surgical
             Facility Attachment,
             STE_MDL_004023 to 004026

Exhibit 519  Amendment 3 to the              28     2
             BlueSelect Network
             Ambulatory Surgical
             Facility Attachment,
             STE_MDL_035752 to 035755

Exhibit 520  July 12, 2012 E-mail            33    24
             with Attachment,
             STE_MDL_003950

Exhibit 521  April 1, 2010 E-mail            46    18
             Chain, STE_MDL_035614 to
             035616

Exhibit 522  November 10, 2011 E-mail        54    16
             Chain, STE_MDL_004212 to
             004213

Exhibit 523  October 2, 2012 E-mail,         58    16
             STOPNC-0006491 to 0006494
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1      The videotape deposition of CINDY
2  WILLIAMS was taken by counsel for the
3  Plaintiffs, on July 29, 2015, commencing at
4  9:00 a.m., in the offices of Bradley Arant
5  Boult Cummings, 1600 Division Street, Suite
6  700, Nashville, Tennessee, for all purposes
7  under the Tennessee Rules of Civil
8  Procedure.
9           The formalities as to notice,
10 caption, certificate, et cetera, are not
11 waived.  All objections, except as to the
12 form of the questions, are reserved to the
13 hearing.
14          It is agreed that Carissa L.
15 Boone, being a Notary Public and Court
16 Reporter, may swear the witness, and that the
17 reading and signing of the completed
18 deposition by the witness are not waived.
19
20
21            *    *    *
22
23
24
25



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

9  Q.     Do you know whether when a patient
10 receives an epidural steroid injection at
11 St. Thomas Neurosurgical -- first of all, do you
12 know whether St. Thomas Neurosurgical bills the
13 particular payor for that patient?
14 A.     You mean does the center bill for the
15 patient at the facility?
16 Q.     Does the center send a bill for that
17 injection to some payor?
18 A.     The center bills for the services that
19 are considered the technical components of the
20 facility for that -- to that insurance company.



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Page 69

1  DEPOSITION ERRATA SHEET

2  Assignment No.  23054

3  Case Caption:  NEW ENGLAND COMPOUNDING PHARMACY,

4  INC. PRODUCT LIABILITY

5  Witness: CINDY WILLIAMS - July 29, 2015

6  DECLARATION UNDER PENALTY OF PERJURY

7      I declare under penalty of perjury

8  that I have read the entire transcript of

9  my Deposition taken in the captioned matter

10  or the same has been read to me, and

11  the same is true and accurate, save and

12  except for changes and/or corrections, if

13  any, as indicated by me on the DEPOSITION

14  ERRATA SHEET hereof, with the understanding

15  that I offer these changes as if still under

16  oath.

17      Signed on the  10  day of

18  September , 20 15 .

19  [signature: Cindy R. Will___]

20      CINDY WILLIAMS

21  Sworn to and subscribed before me this 10th day

22  of September , 20 14 .

23  [signature: Sonja Rene Ward]

24  Notary Public

25  My commission expires March 8, 2016

[Notary Seal: SONJA RENE' WARD, STATE OF TENNESSEE, NOTARY PUBLIC, DAVIDSON COUNTY, TENN. — My Commission Expires MAR. 8, 2016]

## DEPOSITION ERRATA SHEET

| Page and line | Change to | Reason for change |
|---|---|---|
| GLOBAL | "St. Thomas Health" should be "Saint Thomas Health" | Transcription error |
| GLOBAL | "St. Thomas Network" should be "Saint Thomas Network" | Transcription error |
| GLOBAL | "St. Thomas West" should be "Saint Thomas West" | Transcription error |
| GLOBAL | "St. Thomas Entities" should be "Saint Thomas Entities" | Transcription error |
| 7/13 | "Reid" should be "Read" | Transcription error |
| 17/6 | "service" should be "services" | Transcription error or misspoke |
| 18/14 | "managed care" should be between "provide" and "services" | Clarification |
| 25/1 | "multiple" should be "different" | Misspoke |
| 30/1 | Change to: "I'm not a licensed" before "person" | Misspoke |
| 32/25 | Change "a" to "an" | Misspoke |
| 34/8 | Change "a" to "an" | Misspoke |
| 53/16 | Change "ACS" to "ASC" | Transcription error |
| 55/5 | Change "There's" to "There are" | Misspoke |
| 65/25 | Insert "same level of" before "detail" | Clarification |

SIGNATURE: _Cindy Read Williams_  DATE: _9/10/15_