## **CERTIFICATION**

I certify that in submitting this *LINE NOTICE*, I caused a copy to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: December 4, 2015

/s/ Christopher M. Wolk
Christopher M. Wolk, Esq.

1