Copy.

IN THE FIFTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE

2013 MAY 15 PM 4:09

RICHARD R. ROOKER, CLERK

| | |
|---|---|
| WAYNE A. REED, individually and as husband and next of kin of decedent, DIANA E. REED, <br><br> Plaintiff, <br><br> v. <br><br> ST. THOMAS OUTPATIENT NEUROSURGICAL CENTER, LLC, HOWELL ALLEN CLINIC, a Professional Corporation, SAINT THOMAS NETWORK, SAINT THOMAS HEALTH, and SAINT THOMAS HOSPITAL <br><br> Defendants. | Case No. 13C417 <br> Jury Demand |

## AFFIDAVIT OF DEBRA SCHAMBERG, RN

STATE OF TENNESSEE
COUNTY OF DAVIDSON

Comes Debra Schamberg, after first being duly sworn, and states as follows:

1. I am over 18 years of age, have personal knowledge of the facts contained herein, and am competent to testify to same.

2. I am the Facility Director of St. Thomas Outpatient Neurosurgical Center, LLC. I became St. Thomas Outpatient Neurosurgical Center, LLC's Facility Director in 2009. I am also a registered nurse. In this role, I perform various quality improvement functions, including communicating with St. Thomas Outpatient Neurosurgical Center, LLC's pharmacist consultant, Michael O'Neal, about quality improvement related to the purchase, storage, and use of medications.

3. St. Thomas Outpatient Neurosurgical Center, LLC is a licensed ambulatory surgical treatment center.



EXHIBIT 2

1

Copy.

4.  Michael O'Neal has been St. Thomas Outpatient Neurosurgical Center, LLC's pharmacist consultant since 2007, when he was first retained by St. Thomas Outpatient Neurosurgical Center, LLC. The relationship between St. Thomas Outpatient Neurosurgical Center, LLC and Michael O'Neal has been consistent and ongoing since 2007. Michael O'Neal's duties, as reflected in the contracts, have not changed during the entire duration of his relationship with St. Thomas Outpatient Neurosurgical Center, LLC.

5.  St. Thomas Outpatient Neurosurgical Center, LLC pays Michael O'Neal for his services as a pharmacist consultant. The checks are issued by St. Thomas Outpatient Neurosurgical Center, LLC to Michael O'Neal for his quality improvement activities.

6.  In 2007, Michael O'Neal was retained/employed by St. Thomas Outpatient Neurosurgical Center, LLC to perform quality improvement activities related to evaluating the safety, quality, processes, and appropriateness of St. Thomas Outpatient Neurosurgical Center, LLC's purchase, storage, and use of medications. That relationship continues through today.

7.  The 2007 contract attached as Exhibit A is between St. Thomas Outpatient Neurosurgical Center, LLC and Michael O'Neal even though it says "St. Thomas Neurosurgery Associates" and mentions the "Oral Surgical Institute." Michael O'Neal provided the contract.

8.  In 2007, Tina Sullivan was the Facility Director of St. Thomas Outpatient Neurosurgical Center, LLC. Tina Sullivan signed the 2007 contract.

9.  The 2007 contract accurately memorializes Michael O'Neal's duties and responsibilities as St. Thomas Outpatient Neurosurgical Center, LLC's pharmacist consultant.

10. In mid-2012, I suggested to Michael O'Neal that we update the contract.

11. The 2012 contract attached as Exhibit B is between St. Thomas Outpatient Neurosurgical Center, LLC and Michael O'Neal even though it says "St. Thomas NeuroSurgery Center." Michael O'Neal provided the contract. I signed the contract on behalf of St. Thomas Outpatient Neurosurgical Center, LLC.

2

Copy.

12. As St. Thomas Outpatient Neurosurgical Center, LLC's pharmacist consultant, Michael O'Neal evaluates the safety, quality, processes, and appropriateness of healthcare services at St. Thomas Outpatient Neurosurgical Center, LLC. He has done so continuously since 2007.

13. Michael O'Neal performs monthly inspections at St. Thomas Outpatient Neurosurgical Center, LLC to evaluate and improve the quality of the healthcare services rendered at St. Thomas Outpatient Neurosurgical Center, LLC.

14. During his monthly inspections, Michael O'Neal ensures that St. Thomas Outpatient Neurosurgical Center, LLC is operating in compliance with applicable state and federal laws regarding medications.

15. During his monthly inspections, Michael O'Neal ensures that St. Thomas Outpatient Neurosurgical Center, LLC staff members are properly carrying out various internal checks regarding St. Thomas Outpatient Neurosurgical Center, LLC's medications, thereby supervising St. Thomas Outpatient Neurosurgical Center, LLC's healthcare providers to a limited extent.

16. During his monthly inspections, with respect to medications, Michael O'Neal evaluates, reviews, and where necessary, recommends improvements of the methods, procedures and/or treatments being utilized at St. Thomas Outpatient Neurosurgical Center, LLC.

17. During his monthly inspections, Michael O'Neal reviews the activities of healthcare providers with regard to the purchase, use, and storage of medications.

18. As part of his activities to evaluate and improve the healthcare services rendered at St. Thomas Outpatient Neurosurgical Center, LLC, Michael O'Neal creates reports identifying areas of excellence and those in need of improvement. Michael O'Neal sends those reports to St. Thomas Outpatient Neurosurgical Center, LLC, typically to me. He provides written and verbal reports to me, and I receive those reports as part of my quality improvement duties at St. Thomas Outpatient Neurosurgical Center, LLC. Michael O'Neal and I discuss the findings in his reports.

3

Copy.

19. As a member of St. Thomas Outpatient Neurosurgical Center, LLC's Medical Executive Committee, I relay the substance of those reports to the remaining committee members, and we discuss his evaluations and recommendations.

20. Also as part of his activities to evaluate and improve the healthcare services rendered at St. Thomas Outpatient Neurosurgical Center, LLC, Michael O'Neal communicates with staff members regarding areas of excellence and those in need of improvement. Specifically, Michael O'Neal communicates with me regarding the substance of his reports, particularly in those areas Michael O'Neal has identified as in need of improvement. These communications are for the purpose of improving the healthcare services rendered at St. Thomas Outpatient Neurosurgical Center, LLC.

21. Michael O'Neal and I work together to form strategies for St. Thomas Outpatient Neurosurgical Center, LLC to improve in areas Michael O'Neal has identified as in need of improvement. We also work together to come up with new ways for St. Thomas Outpatient Neurosurgical Center, LLC to further improve in areas that are currently operating satisfactorily. Our collaboration and discussions are for the purpose of improving the healthcare services rendered at St. Thomas Outpatient Neurosurgical Center, LLC.

22. The relationship between St. Thomas Outpatient Neurosurgical Center, LLC and Michael O'Neal has been consistent and ongoing since 2007. Michael O'Neal and his duties, as reflected in the contracts, have not changed during the entire duration of his relationship with St. Thomas Outpatient Neurosurgical Center, LLC.

23. With this affidavit, I do not intend to waive any protections or privileges of Tennessee law, particularly the quality improvement privilege.

4

Copy.

_____
(Signature of Affiant)

Sworn to and subscribed by me on this 15th day of May, 2013.

_____
(Notary Public)

*[Seal: JEFF STUART, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, TENN.]*

My Commission Expires: My Commission Expires MAY 20, 2014

5