UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |
| This document relates to: | ) |
| All Cases | ) |

## NOTICE OF SERVICE OF DISCOVERY

I, Gregory K. Kirby, hereby certify that on this 8th day of December, 2015, a copy of Defendants Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu t. Bhambhani, M.D., LLC's Interrogatories to Plaintiffs' Steering Committee were sent via e-mail and first class mail to:

Kimberly Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
kdougherty@myadvocates.com
***Maryland Lead Counsel for PSC***

Patricia J. Kasputys
Sharon L. Houston
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street, 22nd floor
Baltimore, MD  21201
Pkasputys@lawpga.com
***Attorneys for Plaintiffs***

Michael Coren
Cohen, Placitella & Roth, P.C.
Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
mcoren@cprlaw.com
***Attorneys for Plaintiff Handy***

Dated: December 8, 2015

           Respectfully submitted,

           /s/ Gregory K. Kirby
           Gregory K. Kirby
           Pessin Katz Law, P.A.
           901 Dulaney Valley Road, Suite 500
           Towson, Maryland 21204
           (410) 938-8800
           *Attorneys for Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C.*

## CERTIFICATE OF SERVICE

I, Gregory K. Kirby, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the plaintiffs in the individual cases, and will be sent to these parties by operation of the CM/ECF system on December 8, 2015

           /s/ Gregory K. Kirby
           Gregory K. Kirby