UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION </br></br> This document relates to: </br></br> All Cases | ) </br> ) MDL No. 02419 </br> ) Docket No. 1:13-md-2419-RWZ </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF SERVICE OF DISCOVERY

I, Gregory K. Kirby, hereby certify that on this 8th day of December, 2015, a copy of Defendants Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu t. Bhambhani, M.D., LLC's Request for Admissions to Plaintiffs' Steering Committee were sent via e-mail and first class mail to:

>Kimberly Dougherty
>JANET, JENNER & SUGGS, LLC
>31 St. James Avenue, Suite 365
>Boston, MA 02116
>kdougherty@myadvocates.com
>***Maryland Lead Counsel for PSC***
>
>Patricia J. Kasputys
>Sharon L. Houston
>Law Offices of Peter G. Angelos, P.C.
>100 North Charles Street, 22nd floor
>Baltimore, MD  21201
>Pkasputys@lawpga.com
>***Attorneys for Plaintiffs***
>
>Michael Coren
>Cohen, Placitella & Roth, P.C.
>Two Commerce Square
>2001 Market Street
>Philadelphia, PA  19103
>mcoren@cprlaw.com
>***Attorneys for Plaintiff Handy***

Dated: December 8, 2015

Respectfully submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
(410) 938-8800
***Attorneys for Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C.***

## CERTIFICATE OF SERVICE

I, Gregory K. Kirby, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the plaintiffs in the individual cases, and will be sent to these parties by operation of the CM/ECF system on December 8, 2015

/s/ Gregory K. Kirby
Gregory K. Kirby