UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Against the Saint Thomas Entities | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  MDL No. 2419<br>)  Dkt. No 1:13-md-2419 (RWZ) |

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF STACEY A. MARTINEZ**

The Saint Thomas Entities[1] by and through Nutter McClennen & Fish LLP, 155 Seaport Boulevard, Boston, Massachusetts, hereby move that Stacey A. Martinez be admitted *pro hac vice* in the above-captioned actions.  Pursuant to Local Rule 83.5.3 and the procedures set forth in the Court's Order on Admission of Attorneys of January 14, 2014 [Docket #827], this motion is accompanied by the Affidavit of Stacey A. Martinez (attached as Exhibit A).  The PSC has represented that they will not oppose this motion.

---

[1] Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health.

SAINT THOMAS WEST HOSPITAL,
FORMERLY KNOWN AS SAINT
THOMAS HOSPITAL,
SAINT THOMAS NETWORK, AND
SAINT THOMAS HEALTH

By their attorneys,

/s/ Sarah P. Kelly
Sarah P. Kelly
skelly@nutter.com (BBO #664267)
Nutter McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone:   (617) 439-2000
Facsimile:    (617) 310-9000

Dated:  December 9, 2015

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for the Saint Thomas Entities conferred with the PSC on the subject of this motion, and was advised the PSC will not oppose it.

/s/ Sarah P. Kelly
Sarah P. Kelly

## CERTIFICATE OF SERVICE

I certify that, on December 9, 2015, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Sarah P. Kelly
Sarah P. Kelly

2967344.1