# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO:  All Cases Against the Saint Thomas Entities | MDL No. 2419  Dkt. No 1:13-md-2419 (RWZ) |

**AFFIDAVIT OF STACEY A. MARTINEZ**

I, Stacey A. Martinez, state that:

1. I am an attorney at the law firm of Norton Rose Fulbright, 98 San Jacinto Boulevard, Suite 1100, Austin, Texas, and I represent Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health in the above-captioned actions.

2. I am a member of the Bar of the State of Texas and admitted to practice in the Texas State Courts.

3. I am a member in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

4. I am familiar with the Local Rules of the United States District for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 9th DAY OF DECEMBER 2015.

*/s/ Stacey A. Martinez* [paper document bears original signature]
Stacey A. Martinez

2967301.1