## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) All Suits Against the Saint Thomas Entities ) ) ) ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

### SAINT THOMAS ENTITIES' NOTICE OF FILING OF DEPOSITION NOTICES TO BELLWETHER CANDIDATE PLAINTIFFS

The Saint Thomas Entities,[1] pursuant to Federal Rule of Civil Procedure 30, come now and give notice to the Court and to all parties of the issuance and filing of the following:

1. Second Amended Notice of Taking Videotaped Deposition Duces Tecum to Bellwether Candidate Plaintiff Mae Parman[2]

2. Amended Notice of Taking Videotaped Depositions Duces Tecum to Bellwether Candidate Plaintiff Anna Sullivan and Plaintiff C. Dale Sullivan[3]

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.
[2] Ex. 1.
[3] Ex. 2.

| | |
|---|---|
| Dated: December 10, 2015 | SAINT THOMAS HEALTH, SAINT THOMAS NETWORK, and SAINT THOMAS WEST HOSPITAL |
| | By their attorneys, |
| | */s/ Sarah P. Kelly*<br>Sarah P. Kelly (BBO #664267)<br>skelly@nutter.com |
| | NUTTER McCLENNEN & FISH LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>(617) 439-2000<br>(617) 310-9461 (FAX) |

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

54313679.1                                                 - 2 -

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 10th day of December, 2015.

*/s/ Sarah Kelly*
Sarah P. Kelly