IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>) | No. MDL 1:13-md-02419 |
| This Document Relates To: )<br>) | |

## MOTION OF WITNESS MICHAEL O'NEAL FOR AN ORDER ALLOWING HIS COUNSEL TO APPEAR TELEPHONICALLY FOR THE HEARING ON DECEMBER 17, 2015, AND SUPPORTING MEMORANDUM

Counsel for nonparty witness Michael O'Neal moves the Court for an Order to allow his Nashville, Tennessee attorneys to appear telephonically at the December 17, 2015 hearing. On that day, inter alia, the following two motions will be heard, both dealing with the application of privilege regarding his testimony and his production of documents: (1) the motion of Plaintiff's Steering Committee (PSC) to compel; and (2) O'Neal's motion for a protective order. O'Neal is a pharmacist who provided services under contracts with St. Thomas Outpatient Neurosurgical Clinic (STOPNC).

The primary grounds for this motion are that: (1) O'Neal is not a party to this action; (2) the results of the orders resulting from the motions could have a serious adverse impact on his practice and reputation; (3) there are no further insurance proceeds available to finance his attorneys' work; and (4) counsel will not receive payment for time or expenses for a trip to Boston to argue the motions.

For these reasons, O'Neal requests the Court to grant this motion.

1

Respectfully submitted,

/s/ Kathryn M.A. Young
Kathryn Young, BBO #667958
53 State Street
5th Floor
Boston, Massachusetts 02109
Phone: 617-994-4400
Facsimile: 866-593-9134
kathryn.young@cna.com


HOWELL & FISHER, PLLC


/s/ Stephen W. Elliott
Stephen W. Elliott, ##20062
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
Ph. No. (615) 244-3370
Attorney for Michael O'Neal


**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically through the CM/ECF system on December 10, 2015, and served electronically on all counsel of record.

/s/ Kathryn M.A. Young
Kathryn Young