UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |
| This document relates to:<br><br>All Cases involving the Box Hill Defendants[1] | ) ) ) ) ) ) |

**JOINT STIPULATION FOR EXTENSION OF TIME FOR THE BOX HILL DEFENDANTS TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES, CROSS-CLAIMS AND THIRD PARTY CLAIMS FROM DEFENDANTS' ANSWER**

The Box Hill Defendants and the Plaintiffs in the eight individual actions filed against the Box Hill Defendants, by and through undersigned counsel, hereby stipulate jointly as follows:

1. On December 2, 2015, Plaintiffs filed a Motion to Strike Certain Affirmative Defenses, Cross-Claims and Third-Party Claims from Answer to Complaints by the Box Hill Surgery Defendants ("Plaintiffs' Motion to Strike").[2] *See* ECF No. 2451.

2. Defendants' Opposition to the Plaintiffs' Motion to Strike is due on December 16, 2015.

3. The parties now file this Joint Stipulation memorializing their agreement to an extension of time for the Box Hill Defendants to file their Opposition to the Plaintiffs' Motion to Strike. Defendants' Opposition shall be filed on or before January 7, 2016.

---

[1] The Box Hill Defendants are Box Hill Surgery Center, LLC, Ritu Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC. As it currently stands, this pleading applies to the following cases: Handy v. Box Hill Surgery Center, LLC, et al. No: 1:14-cv-14019-RWZ; Armetta v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14023-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ; Davis v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ

[2] Plaintiffs and Defendants had previously agreed on an extension of time for the filing of that motion as well.

Respectfully submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
gkirby@pklaw.com
(410) 938-8800
***Attorneys for the Box Hill Defendants***

/s/ Patricia J. Kasputys
Patricia J. Kasputys
Sharon L. Houston
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street
22nd floor
Baltimore, MD 21201
410-649-2000
Pkasputys@lawpga.com
Shouston@lawpga.com
***Attorneys for Plaintiff***

/s/ Michael Coren
Cohen, Placitella & Roth, P.C.
Harry M. Roth
Michael Coren
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
215-567-3500
***Attorneys for Plaintiff Handy***

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 11th day of December, 2015.

/s/ Gregory K. Kirby
Gregory K. Kirby
