UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Suits Naming the Tennessee Clinic ) <br> Defendants ) <br> ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

## NOTICE OF POSTPONEMENT OF DEPOSITIONS

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; Vaughan Allen, MD; Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; Kenneth Lister, MD, PC; and Donald E. Jones, MD (collectively "Tennessee Clinic Defendants") give notice to the Court and to all parties that the depositions of Joseph Connolly and John Notarianni, set for December 16, 2015, and December 18, 2015, respectively, are POSTPONED indefinitely. The Tennessee Clinic Defendants further state:

1. On December 10, 2015, an electronic order appeared at Docket No. 2479 appearing to deny the Motion of the United States to Stay the Depositions of Joseph Connolly and John Notarianni.

2. Based on that docket entry, on December 11, 2015, the Tennessee Clinic Defendants filed the Second Amended Notice of Deposition for Joseph Connolly (Docket No. 2489) and the Amended Notice of Deposition for John Notarianni (Docket No. 2490).

3. On December 11, 2015, the Court filed an electronic order at Docket No. 2491 that clarified Docket No. 2479, and the Tennessee Clinic Defendants subsequently received the actual text of the Court's order from the day before that denied the motion but stayed the depositions.

4. In recognition of Docket No. 2479 and Docket No. 2491, the Tennessee Clinic Defendants' Second Amended Notice of Deposition to Joseph Connolly (for December 16, 2015) and Amended Notice of Deposition to John Notarianni (for December 18, 2015) are WITHDRAWN and the depositions are POSTPONED.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Clinic Defendants*

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 11th day of December, 2015.

                                        /s/ Chris J. Tardio
                                        **Chris J. Tardio**