UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:   NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br><br>This Document Relates to:<br><br>All Actions Involving Specialty Surgery Center and Dr. Kenneth Lister. | )<br>)<br>)<br>) MDL No. 1:13-md-2419<br>)<br>) Judge Rya Zobel<br>)<br>)<br>)<br>) |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL SSC AND DR. KENNETH LISTER TO PROVIDE DOCUMENTS AND TESTIMONY**

The Plaintiffs' Steering Committee ("PSC") hereby moves the court to enter an order that compels SSC and Dr. Lister to: (1) permit the PSC to re-depose Atkinson and Lister; (2) conduct a complete search for both hard copy and ESI records in response to the PSC's Second Set of Requests for Production ("2nd RFPs"), without date restrictions, arbitrary custodian limitations, or other unjustified restrictions; (3) to justify redactions; and (4) produce the litigation hold letter.

A Memorandum of support setting forth the reasons and proposed order, along with the supporting Declaration of Benjamin A. Gastel and attachments, are filed contemporaneously herewith.

This movant has conferred or attempted to confer with counsel for SSC and Dr. Lister in a good-faith effort to obtain, without court intervention, the testimony and records sought to be compelled by this motion.

1

Date:  December 11, 2015				Respectfully submitted:

**/s/ Benjamin A. Gastel**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com
*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Annika K. Martin
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson  Street, 8th Floor
New York, NY  10013
Telephone:  212/355-9500
Facsimile:  212/355-9592
akmartin@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

2

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone: 404/451-7781
Facsimile: 404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing *Plaintiffs' Steering Committee's Motion to Compel SSC and Dr. Kenneth Lister to provide Documents and Testimony* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   December 11, 2015

                                              /s/ Benjamin A. Gastel
                                              Benjamin A. Gastel