# EXHIBIT 1

# CONFIDENTIAL - SEALED DOCUMENT