# EXHIBIT 2

# CONFIDENTIAL - SEALED DOCUMENT