# EXHIBIT 3

# CONFIDENTIAL - SEALED DOCUMENT