# EXHIBIT 5

# CONFIDENTIAL - SEALED DOCUMENT