# EXHIBIT 7

# CONFIDENTIAL - SEALED DOCUMENT