# EXHIBIT 8

# CONFIDENTIAL - SEALED DOCUMENT