# EXHIBIT 10

```
 1                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2

 3

 4
     IN RE: NEW ENGLAND
 5   COMPOUNDING PHARMACY,
     INC. PRODUCTS LIABILITY      MDL No. 2419
 6   LITIGATION
                                  Master Dkt:
 7                                1:13-md-02419-RWZ
     ~~~~~~~~~~~~~~~~~~~~~~
 8   THIS DOCUMENT RELATES
     TO:
 9

10   All Actions

11
     ~~~~~~~~~~~~~~~~~~~~~~~
12

13
                  VIDEOTAPED DEPOSITION OF
14                     JEAN ATKINSON

15
                         9:04 a.m.
16                     March 10, 2015

17

18                      Suite 1100
                    315 Deaderick Street
19                   Nashville, Tennessee

20

21       Blanche J. Dugas, RPR, CCR No. B-2290

22

23

24

25
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

```
 1       A.      No.
 2       Q.      Okay.  All right.
 3       A.      Not to my recollection.
 4       Q.      Okay.  Let's talk about that time in
 5   approximately 2009 when Calisher was hired.  What was
 6   your understanding of why Calisher was hired by
 7   Specialty Surgery?
 8       A.      My understanding at that time, Calishers
 9   was coming in to rewrite our insurance contracts and
10   manage the operation of the center.
11       Q.      And by manage the operation of the center,
12   that would be payroll, that would be vendor payments,
13   that would be procurement, those sorts of things; is
14   that correct?
15       A.      My understanding was when they come in, any
16   decisions as far as staff, changes in policy, vendors,
17   everything had to go through the Calishers.
18       Q.      So let's talk specifically about
19   pharmaceutical products since that's kind of why we're
20   all here today.  If you needed to order more of a
21   specific pharmaceutical product during your weekly
22   review of inventory, would you go to Calisher and say,
23   "We need to order X amount of this drug," or would you
24   just -- or how would that work?  What would that
25   process be?
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1      A.    When the Calishers come in, they done
 2 inventory of everything we had in the center, and if
 3 it was already an established drug, we did not have to
 4 go through the Calishers.
 5      Q.    Okay.  And how would it become an
 6 established drug?  Did they create a formulary that
 7 listed what was already established that you could
 8 order and what wasn't?
 9      A.    Yes.
10      Q.    And was that formulary created by the
11 Calishers based upon what you were already using in
12 the facility?
13      A.    Yes.
14      Q.    Okay.  I'm going to hand you what was
15 marked yesterday as Exhibit 91 and ask you to take a
16 look at SSC-00954.  Is that the formulary -- and the
17 question I'm going to ask you as you look at that is:
18 Is that the formulary that Calisher created for
19 Specialty Surgery?
20            MR. GASTEL:  Does anybody need a copy
21    of that?
22            THE WITNESS:  Yes.
23      Q.    (By Mr. Stranch)  And so when this says
24 Afrin, that means that you had already been ordering
25 and stocking Afrin specifically in the facility and
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1   you were able to continue doing that without having to
 2   come back to the Calishers; correct?
 3        A.    Yes.
 4        Q.    By the same token, Depo-Medrol is on here.
 5   And so as long as you continued to order specifically
 6   Depo-Medrol, you didn't have to go back to the
 7   Calishers; correct?
 8        A.    Yes.
 9        Q.    MPA is not listed on here, correct, or
10   methylprednisolone acetate not listed on here;
11   correct?
12        A.    Depo-Medrol and MPA is the same drug.
13        Q.    And so it's your belief that there is -- so
14   it was your belief that you could order the MPA
15   without having to go to the Calishers; is that
16   correct?
17        A.    Yes.
18        Q.    And where did that understanding come from?
19   Did the Calishers tell you that?
20        A.    I'm not sure where you're going from there.
21        Q.    Well, I'm asking you.  I mean, you have no
22   pharmaceutical training --
23        A.    Yes.
24        Q.    -- so how do you know there's no difference
25   between Depo-Medrol the branded drug and MPA
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com