# EXHIBIT 13

# CONFIDENTIAL - SEALED DOCUMENT