# EXHIBIT 14

Case 1:13-md-02419-RWZ  Document 2496-14  Filed 12/11/15  Page 2 of 5

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF KENNETH R. LISTER, M.D. on 03/09/2015          Page 1

```
 1                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2

 3

 4
      IN RE: NEW ENGLAND
 5    COMPOUNDING PHARMACY,
      INC. PRODUCTS LIABILITY     MDL No. 2419
 6    LITIGATION
                                  Master Dkt:
 7                                1:13-md-02419-RWZ
      ~~~~~~~~~~~~~~~~~~~~~~
 8    THIS DOCUMENT RELATES
      TO:
 9

10    All Actions

11
      ~~~~~~~~~~~~~~~~~~~~~~~~
12

13
               VIDEOTAPED DEPOSITION OF
14             KENNETH R. LISTER, M.D.

15
                    9:03 a.m.
16               March 9, 2015

17

18                  Suite 1100
               315 Deaderick Street
19             Nashville, Tennessee

20

21    Blanche J. Dugas, RPR, CCR No. B-2290

22

23

24

25
```



1      Q.      Did they?

2      A.      Yes.

3      Q.      Was compounded MPA on Specialty Surgery

4  Center's formulary in 2012?

5      A.      Depo-Medrol was on the Specialty Surgery

6  Center's formulary.

7      Q.      I'm sorry?

8      A.      Depo-Medrol was on Specialty Surgery

9  Center's formulary.

10      Q.      And Depo-Medrol was the brand name for MPA;

11  right?

12      A.      Depo-Medrol is the brand name, yes.

13      Q.      So if the formulary specifies a branded

14  drug, does that mean that the generic version of it is

15  acceptable as well?

16      A.      I do believe so, yes.

17      Q.      If a formulary specifies a branded drug,

18  does that mean a compounded version of it is

19  acceptable as well?

20      A.      I believe so, yes.

21      Q.      And why do you believe that?

22      A.      Because I believe they're equivalent

23  medications.

24              (Exhibit 89 was marked for

25        identification.)



```
 1              (Exhibit 91 was marked for

 2      identification.)

 3      Q.       (By Mr. Chalos)  I'm going to hand you what

 4  we'll mark as Exhibit 91.  It's SSC-00953 through

 5  SSC-00960, and it says "SSC pharmaceutical services

 6  policies."  I'm going to ask you in particular about

 7  the second page, which is the approved medications

 8  section.

 9              And I'm going to ask you, Doctor, just

10  about Page 00954.

11      A.       Okay.

12      Q.       You can --

13      A.       Then I've reviewed that.

14      Q.       Okay.  Yeah, I mean, you can look at the

15  whole document.  I'm just going to ask you about to

16  that one page for now.  Do you recognize what this

17  page is here?  This is Exhibit 91, Page SSC-00954?

18      A.       This appears to be an SSC approved

19  medication list.

20      Q.       Was this the medication list that was in

21  effect in 2012, to your knowledge?

22      A.       I don't see a date on it.

23      Q.       Do you know -- separate from whether

24  there's a date on the top of the document, do you know

25  whether this was --
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
1        A.      No, I do not.

2        Q.      How would we find that out?

3                MR. GIDEON:  Let him finish; okay?

4        Q.      (By Mr. Chalos)  You've been doing great

5   all day long.

6                MR. GIDEON:  You really have.

7          Sometimes you think he's finished and he's

8          not.  Just let him finish.

9                THE WITNESS:  Okay.

10       Q.      (By Mr. Chalos)  I was finished that time.

11  I'll do it again.  How would we find out whether this

12  was the list of approved medications for Specialty

13  Surgery Center in 2012?

14       A.      I don't know.

15       Q.      Is that something Ms. Atkinson might know?

16       A.      She may.

17       Q.      Does Calisher & Associates have any role

18  with respect to the management of Cumberland Medical

19  Center?

20       A.      Not as far as I know.

21       Q.      Were the Calisher & Associates group -- was

22  the Calisher & Associates group managing Specialty

23  Surgery Center right up until the time Specialty

24  Surgery Center ceased operation?

25       A.      Yes, I believe they were.
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com