# EXHIBIT 15

# CONFIDENTIAL - SEALED DOCUMENT