# EXHIBIT 16

# CONFIDENTIAL - SEALED DOCUMENT