# EXHIBIT 20

# Ben Gastel

| | |
|---|---|
| **From:** | Matt H. Cline <matt@gideoncooper.com> |
| **Sent:** | Friday, October 16, 2015 9:07 AM |
| **To:** | Gerard Stranch; Ben Gastel |
| **Cc:** | C. J. Gideon; Kent Krause; 'Parks Chastain'; Chris J. Tardio |
| **Subject:** | RE: MSJ briefing schedule |

Gerard:

Given Boal's order extending the fact discovery deadline, I see no reason to expedite our responses to the new discovery you served on SSC. That said, in the interests of compromise, we will agree to serve responses to the requests for admission on an expedited basis. We will not, however, agree to respond to the requests for production on an expedited basis. The requests for production go well beyond the narrow issue of the formulary, and we are entitled to (and will need) 30 days to respond.

With respect to re-deposing Dr. Lister and Ms. Atkinson, I suggest that we revisit this issue after we respond to your requests for admissions. I believe that our responses may affect your position.

Please let me know if you would like to discuss.

Thanks.

Matthew H. Cline
Gideon, Cooper & Essary, PLC
UBS Tower, Suite 1100
315 Deaderick Street
Nashville, TN 37238
Phone: (615) 254-0400
Fax: (615) 254-0459
matt@gideoncooper.com

---

**From:** Matt H. Cline
**Sent:** Thursday, October 15, 2015 4:44 PM
**To:** 'Gerard Stranch'; George Nolan
**Cc:** C. J. Gideon; Kent Krause; Parks Chastain; Chris J. Tardio
**Subject:** RE: MSJ briefing schedule

Gerard:

George and I spent more than 20 minutes on the phone earlier today discussing a briefing schedule. I suggest you give him a call.

Regarding SSC, I do not yet have a response for you on the discovery responses. With respect to depositions, is your proposal to re-depose **BOTH** Dr. Lister and Ms. Atkinson but **ONLY** regarding the following topics:
- Modifications to the formulary
- Verification of ROG and RFP responses related to Exhibit 5 to our RFP responses
- New documents produced in response to the RFPs served this week?

Thanks.

1

Matt

Matthew H. Cline
Gideon, Cooper & Essary, PLC
UBS Tower, Suite 1100
315 Deaderick Street
Nashville, TN 37238
Phone: (615) 254-0400
Fax: (615) 254-0459
matt@gideoncooper.com

---

**From:** Gerard Stranch [mailto:gerards@bsjfirm.com]
**Sent:** Thursday, October 15, 2015 3:52 PM
**To:** Matt H. Cline; George Nolan; Puig, Yvonne K.; Chris J. Tardio
**Cc:** Chalos, Mark P. (mchalos@lchb.com); Ben Gastel; Bill Leader; Daniel L. Clayton (dclayton@kcbattys.com)
**Subject:** RE: MSJ briefing schedule

Matt,

Why don't y'all send us a proposed briefing schedule. We can then integrate that into the full schedule that the Court wants us to negotiate. Do you know yet when you will be able to provide us the SSC and Lister discovery responses? Will you agree to make Dr. lister and Jean Atkinson available for half day depositions under the terms I previously emailed you?

Gerard

---

**From:** Matt H. Cline [mailto:matt@gideoncooper.com]
**Sent:** Thursday, October 15, 2015 12:59 PM
**To:** George Nolan; Puig, Yvonne K.; Chris J. Tardio
**Cc:** Gerard Stranch; Chalos, Mark P. (mchalos@lchb.com); Ben Gastel; Bill Leader; Daniel L. Clayton (dclayton@kcbattys.com)
**Subject:** RE: MSJ briefing schedule

George:

Chris is out today and tomorrow, but I am available to discuss. I have call tomorrow at 2:00, but I am otherwise free.

Thanks.

Matthew H. Cline
Gideon, Cooper & Essary, PLC
UBS Tower, Suite 1100
315 Deaderick Street
Nashville, TN 37238
Phone: (615) 254-0400
Fax: (615) 254-0459
matt@gideoncooper.com

---

**From:** George Nolan [mailto:gnolan@LeaderBulso.com]
**Sent:** Thursday, October 15, 2015 11:49 AM
**To:** Puig, Yvonne K.; Chris J. Tardio
**Cc:** Gerard Stranch (gerards@bsjfirm.com); Chalos, Mark P. (mchalos@lchb.com); 'Ben Gastel' (beng@bsjfirm.com); Bill Leader; Daniel L. Clayton (dclayton@kcbattys.com); Matt H. Cline
**Subject:** MSJ briefing schedule

2

Chris and Yvonne,

Can we have a call to discuss a briefing schedule on the PSCs partial MSJ? I could talk this afternoon or tomorrow morning.

George

George Nolan
**Leader, Bulso & Nolan, PLC**
414 Union Street, Suite 1740
Nashville, Tennessee 37219
615-780-4114 *Office*
615-780-4122 *Fax*
615-496-7291 *Cell*
gnolan@leaderbulso.com  *Email*
## www.leaderbulso.com *Website*

IMPORTANT: This communication from the law firm of Branstetter, Stranch & Jennings, PLLC is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and contains information that may be confidential and privileged. Be advised that if you are not the intended recipient(s), any dissemination, distribution or copying of this communication is prohibited. Please notify the undersigned immediately by telephone or return e-mail.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.