UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2419 |
| ) | Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: ) ) | |
| *Wray, et al. v. Ameridose, LLC, et al.* ) Civil Action Number 1:13-cv-12737-RWZ ) ) | |
| *Berry v. Ameridose, LLC., et al.* ) Civil Action Number 1:13-cv-12838-RWZ ) ) | |

**NOTICE OF FILING PROOF OF SERVICE OF SUBPOENA TO STEVEN DICKERSON, M.D.**

Plaintiffs' Steering Committee gives notice to the Court and to all parties, pursuant to Federal Rule of Civil Procedure 45(b)(4), of the service of a subpoena to Steven Dickerson, M.D.  The subpoena was mailed by agreement of counsel to Dr. Dickerson's counsel, Michael A. Geracioti, Levine, Orr & Geracioti PLLC, 210 Third Avenue, Nashville, TN  37201 on December 1, 2015.[1]

Dated:  December 14, 2015          Respectfully submitted,

                                   s/ Mark P. Chalos
                                   _____

                                   Mark P. Chalos
                                   LIEFF CABRASER HEIMANN &
                                   BERNSTEIN, LLP
                                   150 Fourth Avenue North, Suite 1650
                                   Nashville, TN 37219-2417
                                   Telephone:  (615) 313.9000
                                   Facsimile:  (615) 313.9965
                                   mchalos@lchb.com

                                   *Plaintiffs' Steering Committee and Federal/State Liaison*

---

[1] The proof of service is attached as Exhibit 1 to this Notice.

1284574.1

## CERTIFICATE OF SERVICE

I, Mark P. Chalos, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: December 14, 2015

                   s/ Mark P. Chalos
                   Mark P. Chalos