# EXHIBIT 1

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| In re: New England Compounding Pharmacy, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   MDL 1:13-md-02419 |
| | ) | This Document Relates To: |
| | ) | Wray, et al. v. Ameridose, LLC, et al., Civil Action No. |
| | ) | 1:13-cv-12737-RWZ AND Berry v. Ameridose, LLC., et al., |
| *Defendant* | ) | Civil Action Number 1:13-cv-12838-RWZ  ⊞ |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                     Steven Dickerson, M.D.

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Branstetter, Stranch & Jennings, PLLC, The Freedom Center, 223 Rosa L. Parks Avenue, Suite 200, Nashville, TN 37203 | Date and Time: 12/21/2015 9:00 am |
|---|---|---|

The deposition will be recorded by this method:   stenographic and video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: all documents related to Jane Wray, Fredia Berry, NECC, and/or the MPA sold to and injected into Ms. Wray and Ms. Berry

---

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   12/01/2015

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Plaintiffs' Steering Committee
_____ , who issues or requests this subpoena, are:

Mark P. Chalos, Lieff, Cabraser, Heimann & Bernstein, 150 Fourth Avenue North, Suite 1650, Nashville, TN 37219

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  MDL 1:13-md-02419

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Steven Dickerson, M.D.

on *(date)*     12/01/2015     .

☑ I served the subpoena by delivering a copy to the named individual as follows:   by agreement of counsel to

Dr. Dickerson's counsel, Michael A. Geracioti, Levine, Orr & Geracioti PLLC, 210 Third Avenue, Nashville, TN  37201 by

U.S. Mail                                                    on *(date)*     12/01/2015    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$           63.00               .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:     12/14/2015

*Kristin Orsland*

*Server's signature*

Kristin Orsland, senior paralegal

*Printed name and title*

150 Fourth Avenue, North, Suite 1650
Nashville, TN  37219

*Server's address*

Additional information regarding attempted service, etc.: