# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )  )  )  MDL No. 02419  )  Docket No. 1:13-md-2419-RWZ  ) |
| This document relates to:  All Cases against the Box Hill Defendants[1] | )  )  )  )  )  ) |

## ORDER REGARDING DEFENDANTS BOX HILL SURGERY CENTER, LLC, RITU T. BHAMBHANI, M.D., AND RITU T. BHAMBHANI, M.D., LLC'S CONSENT MOTIONS TO EXTEND COMMON FACT DISCOVERY TO MARCH 25, 2016

UPON CONSIDERATION of Defendants Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC's (collectively, "Box Hill Defendants") Motion for Extension of Common Fact Discovery Deadline Applicable to Cases Naming Box Hill Defendants, including the assent of the Plaintiffs' Steering Committee, it is hereby this _____ day of _____, 20____, ORDERED that:

(1) The aforementioned Motion is GRANTED; and it is further ORDERED that:

(2) The common fact discovery deadline as to the Box Hill Defendants, initially set forth in Judge Zobel's July 9, 2015 Order (Dkt. 2075), be and is hereby extended until March 25, 2016.

The Honorable Rya Zobel<br>
U.S. District Court, District of Massachusetts

---

[1] This pleading applies to the following cases: Handy v. Box Hill Surgery Center, LLC, et al. No: 1:14-cv-14019-RWZ; Armetta v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14023-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ; Davis v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ

2

cc:    Patricia Kasputys
       Sharon Houston
       Michael Coren
       Gregory K. Kirby