# EXHIBIT B –

# PSC'S RESPONSES TO ST. THOMAS NEUROSURGICAL'S STATEMENT OF UNDISPUTED FACTS

```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS


IN RE: NEW ENGLAND
COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY        MDL No. 2419
LITIGATION
                               Master Dkt:
                               1:13-md-02419-RWZ
~~~~~~~~~~~~~~~~~~~~~
THIS DOCUMENT RELATES
TO:


All Actions


~~~~~~~~~~~~~~~~~~~~~~~



             VIDEOTAPED DEPOSITION OF
                DEBRA SCHAMBERG, R.N.


                     9:06 a.m.
                 February 4, 2015



                     Suite 1100
                315 Deaderick Street
                 Nashville, Tennessee



       Blanche J. Dugas, RPR, CCR No. B-2290
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

```
 1        Q.    What's your understanding of how many
 2   people suffered fungal meningitis infections in
 3   addition to the ones who died after receive -- after
 4   receiving those injections -- epidural steroid
 5   injections at that particular clinic?
 6        A.    I don't have the exact number.
 7        Q.    Are there any neurosurgeons who currently
 8   work at St. Thomas Neurosurgical?
 9        A.    All of the neurosurgeons have consulting
10   privileges.
11        Q.    Right, I understand that.  But are there
12   any of them that actually provide treatment to
13   patients at St. Thomas Neurosurgical now?
14        A.    No.
15        Q.    All right.  And so why is it that that
16   entity is licensed as an ambulatory surgery center,
17   but there are no neurosurgeons who actually treat
18   patients there?
19        A.    We operate as an ambulatory surgery center.
20   We follow all of the regulations for an ambulatory
21   surgery center.
22        Q.    Even though neurosurgeons don't perform
23   surgery there; is that correct?
24        A.    That is correct.
25        Q.    In addition to epidural steroid injections,
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2509-2   Filed 12/15/15   Page 4 of 5

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION
VIDEOTAPED DEPOSITION OF DEBRA SCHAMBERG, R.N. on 02/04/2015                     Page 50

```
 1   are there any other types of procedures that were
 2   performed at St. Thomas Neurosurgical in 2011 and
 3   2012?
 4        A.     Denervations and stem trial.
 5        Q.     Stem what?
 6        A.     Stem trials.
 7        Q.     Denervations and stem trials?
 8        A.     Correct.
 9        Q.     What's a stem trial?
10        A.     Patients that are being evaluated for a
11   spinal cord stimulator.
12        Q.     And what is a denervation?
13        A.     It's a burning of the ancillary nerve
14   that's causing the pain.
15        Q.     And I take it -- well, let me do this,
16   before we move to a different area, let me hand you a
17   document which we'll make Exhibit No. 25, which is
18   Bates number STOPNC_408.  And let me just ask you if
19   this is a copy of your resumé?
20               (Exhibit 25 was marked for
21          identification.)
22               THE WITNESS:  Yes, it is.
23        Q.     (By Mr. Nolan)  And has St. Thomas
24   Neurosurgical ever been found by the Department of
25   Health to have any particular deficiencies or
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2509-2   Filed 12/15/15   Page 5 of 5

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION
VIDEOTAPED DEPOSITION OF DEBRA SCHAMBERG, R.N. on 02/04/2015                Page 285

```
 1      Q.      Okay.  If you look at that page, do you see
 2   that for August 2012 it lists 504; correct?
 3      A.      That is correct.
 4      Q.      And that's the same number that is in the
 5   e-mail that is the first page of Exhibit 57; correct?
 6      A.      Correct.
 7      Q.      And then if you turn to the -- if you hold
 8   the document so the staple is in the lower right-hand
 9   corner on what I'm going to call the back page.
10      A.      Uh-huh (affirmative).
11      Q.      This is a list of all of STOPNC's
12   procedures for 2012, correct, up through August?
13      A.      Correct.
14      Q.      And you mentioned that STOPNC -- you
15   mentioned this morning that STOPNC did two other
16   procedures, one was called a denervation and one was
17   called a stem trial.
18      A.      Yes.
19      Q.      And this document has a row for stem trial
20   about halfway down the left-hand side of the page I've
21   been asking about.  Do you see that?
22      A.      Yes.
23      Q.      This indicates that STOPNC did zero stem
24   trials in 2012?
25      A.      That is correct.
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com