# EXHIBIT 2



## Howell Allen Clinic Organizational Chart

HAC_030

- Shareholders: List at Bottom of Chart
- Board of Directors: All Shareholders
- President — Dr. Lanford
- Chief Medical Officer — Dr. Standard
  - Finance Committee — Dr. Schoettle, Dr. Hampf, Dr. Abram, Dr. Hubbard, & Scott Butler
  - Patient Care Committee — Dr. Howell
  - IT Committee — Dr. McCombs
  - Physician Recruitment — Dr. Standard
  - Retirement Committee — Dr. Hampf
- CAO/CFO — Scott Butler
  - Director of HR — Marlese Allen
    - Front Desk & Scheduling Supervisor — Sharon Emanalie
  - STOPNC Manager — Debra Schamberg
  - IT Manager — Andy Fowler
  - Imaging Manager — Christy Ebert
    - Hospital Nurses
  - Bus Office Manager — Shreka Rogers
    - Medical Records
    - Secretaries

**Shareholders**
- Dr. Gregory Lanford, President
- Dr. Vaughan Allen, Secretary
- Dr. Everette Howell, Vice President
- Dr. Timothy Schoettle, Vice President
- Dr. Steven Abram, Vice President
- Dr. Scott Standard, Vice President
- Dr. Jason Hubbard, Vice President
- Dr. Carl Hampf, Vice President
- Dr. Paul McCombs, Vice President
- Dr. John Spooner, Vice President
- Dr. Brian O'Shaughnessy, Vice President

Δ π EXHIBIT 599
Deponent: Butler
Date: 9/17/15  Rptr. PN
www.DEPOBOOK.com