# EXHIBIT 4



## KINNARD, CLAYTON & BEVERIDGE
ATTORNEYS AT LAW

**Daniel L. Clayton**
*Certified as a Civil Trial Specialist* ▪ *Certified as a Medical Malpractice Specialist*

November 4, 2015

<u>Via Email</u>

Chris J. Tardio
Matt Cline
Gideon, Cooper & Essary, PLC
315 Deaderick Street, Suite 1100
Nashville, TN 37238

> Re: <u>Lewis Ray Sharer and Barbara J. Sharer v. Ameridose, et al., Case No. 1:13-cv-12577, United States District Court, District of Massachusetts</u>
>
> <u>Reba M. Skelton and Roy H. Skelton v. Ameridose, et al., Case No. 1:13-cv-12575, United States District Court, District of Massachusetts</u>
>
> <u>Anna M. Sullivan and C. Dale Sullivan, Sr. v. Ameridose, et al., Case No. 1:13-cv-12781, United States District Court, District of Massachusetts</u>

Dear Chris and Matt:

I would like to take the case-specific depositions of Dr. Paul McCombs, Dr. Carl Hampf, Dr. Timothy Schoettle, Dr. Adam Reig, and Dr. Gilbert Carrero in the above matters. I am available for these depositions on the following days: November 18, 19, 20, 24 and December 2, 4, 8, and 11.

Please let me know which of those dates will work for those depositions.

Sincerely yours,

Daniel L. Clayton