UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
                                                                ) MDL No. 2419
                                                                ) Dkt. No. 1:13-MD-2419 (RWZ)
THIS DOCUMENT RELATES TO SUITS )
NAMING: )
                                                                )
Saint Thomas Outpatient Neurosurgical Center, )
LLC )

**NOTICE OF STIPULATION ON EXTENSION OF TIME FOR THE PLAINTIFFS'
STEERING COMMITTEE TO RESPOND TO ST. THOMAS OUTPATIENT
NEUROSURGICAL CLINIC DEFENDANTS' MOTION TO STAY A DECISION ON THE
PARTIES' CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON THE
PLAINTIFFS' PRODUCT LIABILITY CLAIMS [Dkt. 2466]**

The Plaintiffs' Steering Committee (hereinafter "PSC") hereby gives notice to this Honorable Court and all parties that, consistent with MDL Order No. 11 [Dkt. 1524], the PSC and the St. Thomas Outpatient Neurosurgical Clinic Defendants (hereinafter "St. Thomas Clinic Defendants") have agreed that the PSC shall have additional time to respond to the pending Motion to Stay a Decision on the Parties' Cross-Motions for Partial Summary Judgment, currently set for December 17, 2015. The stipulated date to respond will be December 28, 2015. This is the first extension for response to this motion.

Date:  December 17, 2015        Respectfully submitted:

                                             **/s/ Benjamin A. Gastel**
                                             J. Gerard Stranch, IV
                                             Benjamin A. Gastel
                                             Anthony A. Orlandi
                                             BRANSTETTER, STRANCH &
                                             JENNINGS, PLLC
                                             223 Rosa L. Parks Ave., Suite 200
                                             Nashville, TN 37203
                                             Telephone:  615/254-8801
                                             Facsimile:  615/255-5419

gerards@branstetterlaw.com
beng@branstetterlaw.com
*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Annika K. Martin
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212/355-9500
Facsimile:  212/355-9592
akmartin@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor

        Atlanta, GA 30328
        Telephone:  404/451-7781
        Facsimile:  404/506-9223
        mark@markzamora.com

        Patrick T. Fennell (VSB 40393)
        CRANDALL & KATT
        366 Elm Avenue, S.W.
        Roanoke, VA 24016
        Telephone:  540/342-2000
        Facsimile:  540/400-0616
        pfennell@crandalllaw.com

        *Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

  I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing Stipulation for Extension of Time to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date: December 17, 2015

             /s/ Benjamin A. Gastel
             Benjamin A. Gastel