**Blumberg & Wolk, LLC**
158 Delaware Street
P.O. Box 68
Woodbury, NJ 08096
(856) 848-7472

*Counsel for Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rhaul Shah, M.D., John Catalano, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL No. 2419<br>Docket No. 1:13-md-2419 (RWZ) |

### NOTICE OF FILING OF SECOND AMENDED NOTICE OF DEPOSITION

Pursuant to Fed. R. Civ. P. 30(b)(6), Premier Orthopedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopedic Associates, Premier Orthopedic Associates Surgical Center, LLC, Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rahul Shah, M.D., Dr. Richard C. DiVerniero, M.D. (Hereinafter "The Premier Defendants" or "Premier") give notice to the Court and to all parties of the filing of the Second Amended Notice of Deposition to the New Jersey Board of Pharmacy.[1]

---

[1] Exhibit 1.

Respectfully submitted,

**Blumberg & Wolk, LLC**
158 Delaware Street
P.O. Box 68
Woodbury New Jersey 08096
(856) 848-7472
cwolk@blumberglawoffices.com

/s/ Christopher M. Wolk
Christopher M. Wolk, Esq.

Attorneys for Premier Orthopaedic and Sports
Medicine Associates of Southern New Jersey, LLC,
trading as Premier Orthopaedic Associates, Premier
Orthopaedic Associates Surgical Center, LLC,
Kimberly Yvette Smith, M.D., a/k/a Kimberly
Yvette Smith-Martin, M.D., Thomas Dwyer, M.D.,
Richard C. DiVerniero, M.D., and Richard Strauss,
M.D.

## CERTIFICATION

I certify that in submitting this *NOTICE OF FILING*, I caused a copy of the above to be
filed electronically via the Court's electronic filing system. Those attorneys who are registered
with the Court's electronic filing system may access these filings through the Court's System,
and notice of these filings will be sent to these parties by operation of the Court's electronic
filing system.

Dated: December 17, 2015

/s/ Christopher M. Wolk
Christopher M. Wolk, Esq.