UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION v.  This Document Relates to:  Stansbery v. New England Compounding Pharmacy, Inc., et al. No:  1:14-cv-12323-RWZ | MDL No: 1:13-md-2419-RWZ |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1(A)(i), the remaining parties to this action hereby stipulate to the dismissal of this action and all claims with prejudice but without costs.

| Respectfully Submitted | Respectfully Submitted |
|---|---|
| The Plaintiffs | The Defendants |
| BARBARA STANSBERY | BKC PAIN SPECIALISTS |
| And PAUL STANSBERY | and ADIL KATABAY, M.D. |
| By their attorneys | By their attorneys |
| /s/ Ryan M. Osterholm (taw) | /s/ Tory A. Weigand |
| Ryan M. Osterholm (MN #0390152) | Tory A. Weigand, BBO #548553 |
| Pritzker Olsen, P.A. | Anthony E. Abeln, BBO #669207 |
| 2950 Plaza Seven | Morrison Mahoney LLP |
| 45 S. Seventh Street | 250 Summer Street |
| Minneapolis, MN 55402 | Boston, MA  02210-1181 |
| (612)338-0202 | (617) 439-7500 |
| ryan@pritzkerlaw.com | tweigand@morrisonmahoney.com |
|  | aabeln@morrisonmahoney.com |

1559766.v1

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on **December 22, 2015**

/s/ Tory A. Weigand
_____

1559766.v1