UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*McElwee v. Ameridose, et al.*<br>1:13-cv-12625<br><br>*Temple, Deceased v. Ameridose, et al.*<br>1:13-cv-12696<br><br>*Wray v. Ameridose, et al.*<br>1:13-cv-12737<br><br>*Brock v. Ameridose, et al.*<br>1:13-cv-12731<br><br>*Berry v. Ameridose, et al.*<br>1:13-cv-12838 | MDL No. 2419<br>Master Docket No.: 1:13-md-2419-RWZ<br><br>Honorable Rya W. Zobel |

## NOTICE OF DEPOSITION

The Plaintiffs' Steering Committee, pursuant to Federal Rule of Civil Procedure 30, comes now and gives notice that the oral and videotaped deposition of Rachel Rome, M.D. will be taken on January 5, 2016, beginning at 9:00 a.m. (CST) and continuing until completed.

The deposition will take place at the offices of Leader, Bulso & Nolan, PLC, 414 Union Street, Suite 1740, Nashville, Tennessee 37219. The deposition will be recorded by stenographical means and by video.

                                                                                        Respectfully submitted,

                                                                                         /s/ **George Nolan**
                                                                                        George Nolan (B.P.R. No. 14974)
                                                                                        LEADER, BULSO & NOLAN, PLC
                                                                                        414 Union Street, Suite 1740
                                                                                        Nashville, Tennessee 37219
                                                                                        (615) 780-4111
                                                                                        gnolan@leaderbulso.com

                                                                                        *As designated counsel on behalf of the*
                                                                                        *Plaintiffs' Steering Committee*

| | |
|---|---|
| Thomas M. Sobol<br>Kristen Johnson Parker<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA  02142<br>Telephone:  (617) 482-3700<br>Facsimile:  (617) 482-3003<br>tom@hbsslaw.com<br>kristenjp@hbsslaw.com<br><br>*Plaintiffs' Lead* Counsel | Elizabeth J. Cabraser<br>Mark P. Chalos<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br>ecabraser@lchb.com<br>mchalos@lchb.com<br><br>Federal/*State Liaison* |
| Marc E. Lipton<br>LIPTON LAW<br>18930 W. 10 Mile Road<br>Southfield, MI  48075<br>Telephone:  (248) 557-1688<br>Facsimile:  (248) 557-6344<br>marc@liptonlawcenter.com | Kim Dougherty<br>JANET, JENNER & SUGGS, LLC<br>31 St. James Ave., Suite 365<br>Boston, MA  02116<br>Telephone:  (617) 933-1265<br>kdougherty@myadvocates.com |
| Patrick T. Fennell<br>CRANDALL & KATT<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016<br>Telephone:  (540) 342-2000<br>pfennel@crandalllaw.com | Mark Zamora<br>ZAMORA FIRM<br>6 Concourse Way, 22nd Floor<br>Atlanta, GA  30328<br>Telephone:  (404) 451-7781<br>Facsimile:  (404) 506-9223<br>marc@markzamora.com |
| J. Gerard Stranch, IV<br>Benjamin A. Gastel<br>BRANSTETTER, STRANCH & JENNINGS PLLC<br>227 Second Avenue North, 4th Floor<br>Nashville, TN  37201<br>Telephone:  (615) 254-8801<br>Facsimile:  (615) 255-5419<br>gerards@branstetterlaw.com<br><br>*Plaintiffs' Steering* Committee | |

## CERTIFICATE OF SERVICE

I, George Nolan, hereby certify that on December 22, 2015, I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

/s/ **George Nolan**
George Nolan
