**Blumberg & Wolk, LLC**
158 Delaware Street
P.O. Box 68
Woodbury, NJ 08096
(856) 848-7472

*Counsel for Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rhaul Shah, M.D., John Catalano, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL No. 2419<br>Docket No. 1:13-md-2419 (RWZ) |

**NOTICE**

Please accept the attached Order on behalf of the Premier Defendants in accordance with the Court's decision regarding Premier's Motion to Dismiss all Product Liability Claims. (Docket Number ("Dkt. No.") 2387.) At the December 17, 2015 status conference, the Court granted Premier's Motion and instructed the Premier Defendants to submit a written Order of said decision for the Judge's signature. Per these instructions and the Court's decision, the Premier Defendants submit the attached Order granting Premier's Motion to Dismiss All Product Liability Claims.

Dated: December 22, 2015

        Respectfully submitted,

        **Blumberg & Wolk, LLC**
        158 Delaware Street
        P.O. Box 68
        Woodbury New Jersey 08096
        (856) 848-7472
        cwolk@blumberglawoffices.com

        /s/ Christopher M. Wolk
        Christopher M. Wolk, Esq.

*Attorneys for Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

## **CERTIFICATION**

    I certify that in submitting this *NOTICE*, I caused a copy of the above to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: December 22, 2015

        /s/ Christopher M. Wolk
        Christopher M. Wolk, Esq.