UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> _____ <br><br> This Document Relates to: <br><br> Suits Naming Specialty Surgery Center, PLLC and Kenneth Lister, MD | )<br>)  MDL No. 2419<br>)  Dkt. No. 1:13-md-2419-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Notice of Stipulation of Extension of Time for Specialty Surgery Center, PLLC and Kenneth Lister, MD to Respond to the PSC's Motion to Compel [Doc 2494]**

Specialty Surgery Center, PLLC ("SSC") and Kenneth R. Lister, MD hereby give notice to this honorable Court and all parties that, consistent with MDL Order 11 [Doc. 1524], SSC, Dr. Lister, and the PSC (the "Impacted Parties" with regard to this motion) have agreed that SSC and Dr. Lister shall have through January 7, 2016, to file a written response to the PSC's Motion to Compel [Doc. 2494]. This is the first extension for response to this motion.

1

Respectfully submitted with consent of the PSC,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

***Attorneys for the Tennessee Clinic Defendants***

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 23rd day of December, 2015.

/s/ Chris J. Tardio
**Chris J. Tardio**