UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) ) ) ) | MDL No.: 2419 Dkt No. 1:13-md-2419 (RWZ) |
| This Document Relates to: Suits Naming Specialty Surgery Center, PLLC and Kenneth Lister, MD | |

**Notice of Stipulation of Extension of Time for Specialty Surgery Center, PLLC and Kenneth Lister, MD to Respond to the PSC's Motion to Modify Case Management Deadlines in Specialty Surgery Center Cases [Doc. 2506]**

_____

Specialty Surgery Center, PLLC ("SSC") and Kenneth R. Lister, MD hereby give notice to this Honorable Court and all parties that, consistent with MDL Order 11 [Doc. 1524], SSC, Dr. Lister, and the PSC (the "Impacted Parties" with regard to this motion) have agreed that SSC and Dr. Lister shall have through January 8, 2016, to file a written response to the PSC's Motion to Modify Case Management Deadlines in Specialty Surgery Center Cases [Doc. 2506].  This is the first extension for response to this motion.

ST Specialty Sx Ctr Johnson Not Stip Ext Resp Mot Mod Case Mgmt Deadlns 151228.docx

1

Respectfully submitted,

_/s/_ Kent E. Krause
**KENT E. KRAUSE**[1]
**PARKS T. CHASTAIN**[1]
**KENNETH R. LISTER, MD**
**SPECIALTY SURGERY CENTER, PLLC**

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
P. O. Box 23890
Nashville, TN   37202-3890
(615) 256-8787 (Phone)
(615) 256-8985 (Fax)
kkrause@bkblaw.com
pchastain@bkblaw.com
Attorneys for Defendants,
Kenneth R. Lister, MD and
Specialty Surgery Center, PLLC

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be served via electronic mail or regular US mail to those participants identified as unregistered this the 28th day of December, 2015.

_/s/_ Kent E. Krause
**KENT E. KRAUSE**

---

[1] Admitted *pro hac vice*

ST Specialty Sx Ctr Johnson Not Stip Ext Resp Mot Mod Case Mgmt Deadlns 151228.docx

2