UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 13-2419-RWZ |
| This Document Relates To: All Actions | ) ) ) ) ) ) | |

## UNOPPOSED MOTION TO EXTEND STAY OF DISCOVERY

The Plaintiffs' Steering Committee (hereinafter "PSC") hereby submits this unopposed motion to extend the stay of discovery in any action against clinic-related defendants with 5 or fewer cases (hereinafter "small clinic defendants") currently in place to June 1, 2016.

In support of this unopposed motion, the PSC states as follows:

1. On July 9, 2015, the Court set a preliminary discovery schedule for all parties.[1]

2. At the time the order was issued, the Court had not decided whether it would conduct bellwether trials and scheduled the close of discovery for actions against the St. Thomas Defendants, St. Thomas Entities and the Tennessee Clinic Defendants (collectively "Tennessee Defendants"), the first cases to go to trial, in December of 2015.[2]

3. Additionally, the Court ordered that fact and expert discovery in any action against small clinic defendants be stayed until December 31, 2015; after the close of discovery for actions against the Tennessee Defendants.[3]

---

[1] *See* Dkt. No. 2075.
[2] *Id.*
[3] *Id.*

1

4. The Court has since ruled that it would conduct bellwether trials, that the actions against the Tennessee Defendants will be the first candidates for the bellwether trials and on November 24, 2015, issued an order scheduling the close of discovery for those actions on March 4, 2016.[4]

5. In order to allow the Court and the parties to efficiently focus their attention and resources on the first bellwether trials, the stay of discovery for all actions against small clinic defendants should likewise be extended until after the first Tennessee Defendant cases are tried.

6. The PSC has conferred with counsel for several of the small clinic defendants and have agreed that the stay should be extended until June 1, 2016.

Wherefore, the PSC respectfully requests that the Court grant its unopposed Motion and enter an order extending the stay of discovery in any action against clinic-related defendants with 5 or fewer cases to June 1, 2016.

Date:   December 28, 2015              Respectfully Submitted,

/s/ Kimberly A. Dougherty
Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

*Plaintiffs' Steering Committee*

Thomas M. Sobol
Kristen Johnson
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

---

[4] *See* Dkt. No. 2435.

2

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika Martin
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415/956-1000
Facsimile:  415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801

Facsimile: (615) 255-5419
gerards@branstetterlaw.com
*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

  I, Kimberly A. Dougherty, hereby certify that I caused a copy of the above *Unopposed Motion to Extend Stay of Discovery* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: December 28, 2015

               /s/ Kimberly A. Dougherty
               Kimberly A. Dougherty, Esq.