# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |
| All Suits Against the Saint Thomas Entities ) | |

## THE SAINT THOMAS ENTITIES' MOTION TO AMEND THE SCHEDULE FOR BELLWETHER DISCOVERY

Pursuant to Federal Rules of Civil Procedure 16 and 26, the Saint Thomas Entities[1] hereby file this motion to amend the schedule for bellwether discovery. Despite diligent efforts by all counsel, the current deadlines for case-specific discovery and common issue expert discovery have become unworkable for the reasons described in the accompanying memorandum. Thus, the Saint Thomas Entities move that the Court extend the current schedule so that the parties can fully and properly develop the bellwether cases for meaningful trials.

WHEREFORE, the Saint Thomas Entities respectfully request the Court enter an order adopting their case-specific discovery schedule as proposed in the accompanying memorandum.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

Dated: December 30, 2015

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

SAINT THOMAS WEST HOSPITAL, SAINT
THOMAS HEALTH, and SAINT THOMAS
NETWORK

By their attorneys,

 */s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

54412529.1

**LOCAL RULE 7.1 CERTIFICATE OF CONFERENCE**

I certify that counsel for the Saint Thomas Entities emailed representatives of the PSC about the issues raised in this motion. At the time of filing, there was no response.

*/s/ Sarah P. Kelly*
Sarah P. Kelly

**CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 30th day of December, 2015.

*/s/ Sarah P. Kelly*
Sarah P. Kelly

3001934.1

54412529.1