# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| _____ | ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |
| All Suits Against the Saint Thomas Entities | ) ) ) ) ) ) | |

**SAINT THOMAS ENTITIES' DISCLOSURE OF EXPERT WITNESSES**

The Saint Thomas Entities[1] hereby make these expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2).  Reports in compliance with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are attached hereto.


**A.      IDENTITY OF EXPERTS AND INFORMATION FROM RETAINED EXPERTS**

The following persons are those whom the Saint Thomas Entities have retained to date to provide expert testimony on common issues.  The Saint Thomas Entities may use the following persons at trial to present evidence under Federal Rule of Evidence 702, 703, 704 and/or 705:

Retained Experts:

1.   Keith H. St. John, MT(ASCP), MS, CIC
     220 Juniper Road
     Newark, Delaware 19711
     (302) 547-1447

2.   David S. Joseph, R.Ph., FIACP
     4712 Grainary Ave.
     Tampa, Florida 33624
     (813) 240-8110

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

3.  Robert Parrino, Ph.D., CFA
    210 Lavaca Street, Unit 2501
    Austin, Texas 78701
    (512) 569-0120

4.  Brian C. Reisetter, RPh, MBA, Ph.D.
    1200 Jefferson Avenue
    Suite 200
    Oxford, Mississippi 38655
    (662) 281-0502

5.  Raymond K. Schneider, P.E.
    149 Limestone Springs
    Pickens, South Carolina 29671
    (864) 878-3238

6.  Ian M. Wallis
    50 Bromfield Street
    Newburyport, Massachusetts 01950
    (978) 270-9882

The Saint Thomas Entities attach a written report for each retained expert. Each report is prepared and signed by the expert and contains the information required by 26(a)(2)(B), if applicable. All opinions expressed are based on each witness's education, training and experience.

## B.    INFORMATION FROM NON-RETAINED EXPERTS

The following persons are those who are not required to provide a written report:

1.  Philip J. Austin, Ph.D.
    11844 Brookfield
    Livonia, MI 48150

Pursuant to Federal Rule 26(a)(2)(C), the Saint Thomas Entities attach Dr. Austin's report, previously produced by the PSC. They also incorporate by reference any opinions expressed by Dr. Austin at his deposition.

The Saint Thomas Entities reserve the right to supplement the reports and/or opinions of the aforementioned experts based on any additional information that may be produced by any party to this lawsuit or any non-party and/or in response to opinions provided by other parties' experts.

They further reserve the right to designate additional rebuttal experts and reports, or offer additional opinions from designated experts, as a result of other parties' expert disclosures or deposition or trial testimony.

They further reserve the right to supplement their reports in response to pending depositions (e.g., Joe Connolly and John Notarianni) or any future depositions permitted by the Court.

The Saint Thomas Entities hereby cross-designate any expert disclosed by any other party, and reserve the right to call such witness to trial regardless of whether such witness is later de -designated or otherwise attempts not to participate at trial.

Dated: December 16, 2015

SAINT THOMAS WEST HOSPITAL F/K/A
ST. THOMAS HOSPITAL, SAINT THOMAS
HEALTH, AND SAINT THOMAS
NETWORK

By their attorneys,

*/s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

## CERTIFICATE OF SERVICE

       I certify that this document was served electronically by e-mail to the following on the 16th day of December, 2015.

Ben Gastel
Gerard Stranch
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
P: 615.254.8801
F: 615.255.5419

Mark Chalos
Lieff Cabraser Heimann & Bernstein, LLP
150 Fourth Avenue North
Suite 1650
Nashville, TN 37219

CJ Gideon
Chris Tardio
Matt Cline
Gideon, Cooper & Essary, PLC
UBS Tower, Suite 1100
315 Deaderick Street
Nashville, TN 37238

*/s/ Adam Schramek*
  Adam Schramek