# EXHIBIT C

| | |
|---|---|
| **From:** | Chalos, Mark P. <mchalos@lchb.com> |
| **Sent:** | Wednesday, December 30, 2015 10:24 AM |
| **To:** | Chris J. Tardio; Matt H. Cline; Puig, Yvonne K.; Schramek, Adam T.; Gerard Stranch; Ben Gastel; Martin, Annika K.; Hoffman, Eric; Daniel Clayton; George Nolan; Bill Leader; Randy L. Kinnard |
| **Cc:** | Orsland, Kristin; Sackett, Patty |
| **Subject:** | Re: Jane Wray |

Assuming no further health complications, the Wrays are available for deposition on Friday 1/15. Please let us know whether that date works.

-Mark


Sent from my iPhone

> On Dec 28, 2015, at 8:26 AM, Chalos, Mark P. <mchalos@lchb.com> wrote:
>
> Counsel- I understand that Jane Wray has fallen and is in the hospital. She will not be released in time to sit for deposition tomorrow. We will need to reschedule the Wray's depositions. We will know more about her medical condition in the next few days and can plan accordingly.
>
> Thank you.
>
> -Mark
>
> Sent from my iPhone


This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.