**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Bellwether Plaintiff Cases | Judge Rya Zobel |

**PLAINTIFFS' STEERING COMMITTEE'S**
**NOTICE OF FILING OF AMENDED NOTICES OF DEPOSITION**

The Plaintiffs' Steering Committee gives notice to the Court and all parties of filing Amended Deposition Notices for the following:

1. Amended Deposition Notice of Dr. Gregory Lanford, attached as Exhibit 1;

2. Amended Deposition Notice of Dr. Carl Hampf, attached as Exhibit 2;

3. Amended Deposition Notice of Dr. Adam Reig, attached as Exhibit 3;

4. Amended Deposition Notice of Dr. Scott Standard, attached as Exhibit 4; and

5. Amended Deposition Notice of Dr. Timothy Schoettle, attached as Exhibit 5.

| | |
|---|---|
| Dated:  December 30, 2015 | Respectfully submitted,<br><br>**/s/ Benjamin A. Gastel**<br>J. Gerard Stranch, IV<br>Benjamin A. Gastel<br>BRANSETTER, STRANCH & JENNINGS PLLC<br>227 Second Avenue North<br>Nashville, TN  37201<br>Telephone:  (615) 254-8801<br>Facsimile:  (615) 255-5419<br>gerards@branstetterlaw.com<br>beng@branstetterlaw.com<br><br>*Plaintiffs' Steering Committee and Tennessee State Chair* |

1

**CERTIFICATE OF SERVICE**

      I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: December 30, 2015

                                            **/s/ Benjamin A. Gastel**

# EXHIBIT 1

# EXHIBIT 2

# EXHIBIT 3

# EXHIBIT 4

# EXHIBIT 5

**EXHIBIT 6**