# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**AMENDED DEPOSITION NOTICE**

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the deposition of Scott Standard, M.D., on Tuesday, January 12, 2016 at 9:00 a.m. at the offices of Gideon, Cooper & Essary, PLC, 315 Deaderick Street, Suite 1100, Nashville, TN 37238.  The deposition will be recorded by stenographical means and by video.


Dated: December 30, 2015               Respectfully submitted,

                                                             **/s/ Benjamin A. Gastel**
                                                             J. Gerard Stranch, IV
                                                             Benjamin A. Gastel
                                                             BRANSTETTER, STRANCH & JENNINGS PLLC
                                                             227 Second Avenue North
                                                             Nashville, TN  37201
                                                             Telephone:  (615) 254-8801
                                                             Facsimile:  (615) 255-5419
                                                             gerards@branstetterlaw.com
                                                             beng@branstetterlaw.com

                                                             *Plaintiffs' Steering Committee and Tennessee State Chair*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 30, 2015, a true and exact copy of the foregoing was served on all counsel of record via electronic mail.

                                                  **/s/ Benjamin A. Gastel**
                                                  Benjamin A. Gastel