**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions Naming St. Thomas Outpatient Neurosurgical Center | Judge Rya Zobel |

**PLAINTIFFS' STEERING COMMITTEE'S**
**NOTICE OF FILING OF NOTICE OF DEPOSITION**

The Plaintiffs' Steering Committee gives notice to the Court and all parties of filing the Deposition Notice for Michael D. O'Neal, attached hereto as Exhibit 1.  Copies of MDL Order No. 10 regarding Deposition Protocol and the Third Amended Protective Order of Confidentiality will be served upon counsel for the witness in advance of this deposition.

Dated:  December 31, 2015

Respectfully submitted,

**/s/ Benjamin A. Gastel**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

1

## CERTIFICATE OF SERVICE

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.  Further I have served copy of the foregoing upon counsel for the witness via e-mail and U.S. Mail, postage prepaid as follows:

>Thomas M. Pinckney, Jr.
>Stephen W. Elliott
>Howell & Fisher, PLLC
>300 James Robertson Parkway, Suite 300
>Nashville, TN  37201
>tpinckney@howell-fisher.com
>selliott@howell-fisher.com

Dated: December 31, 2015

**/s/ Benjamin A. Gastel**