**EXHIBIT 1**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions Naming St. Thomas Outpatient Neurosurgical Center | |

## DEPOSITION NOTICE

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the deposition of Michael D. O'Neal on Tuesday, January 11, 2016 at 9:00 a.m. at the offices of Gideon, Cooper & Essary, PLC, 315 Deaderick Street, Suite 1100, Nashville, TN 37238.  The deposition will be recorded by stenographical means and by video.

Dated: December 31, 2015　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Benjamin A. Gastel**
　　　　　　　　　　　　　　　　　　　J. Gerard Stranch, IV
　　　　　　　　　　　　　　　　　　　Benjamin A. Gastel
　　　　　　　　　　　　　　　　　　　BRANSTETTER, STRANCH & JENNINGS PLLC
　　　　　　　　　　　　　　　　　　　227 Second Avenue North
　　　　　　　　　　　　　　　　　　　Nashville, TN  37201
　　　　　　　　　　　　　　　　　　　Telephone:  (615) 254-8801
　　　　　　　　　　　　　　　　　　　Facsimile:  (615) 255-5419
　　　　　　　　　　　　　　　　　　　gerards@branstetterlaw.com
　　　　　　　　　　　　　　　　　　　beng@branstetterlaw.com

　　　　　　　　　　　　　　　　　　　*Plaintiffs' Steering Committee and Tennessee State Chair*

## CERTIFICATE OF SERVICE

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system. Further I have served copy of the foregoing upon counsel for the witness via e-mail and U.S. Mail, postage prepaid as follows:

>Thomas M. Pinckney, Jr.
>Stephen W. Elliott
>Howell & Fisher, PLLC
>300 James Robertson Parkway, Suite 300
>Nashville, TN  37201
>tpinckney@howell-fisher.com
>selliott@howell-fisher.com

>>**/s/ Benjamin A. Gastel**
>>Benjamin A. Gastel