# EXHIBIT 2

REPORT OF OPINIONS OF JOHN W. BADDLEY, M.D.

QUALIFICATIONS

I graduated from Louisiana State University School of Medicine and completed my medical internship and residency at Louisiana State University Medical Center. I completed an infectious disease fellowship at University of Alabama at Birmingham.

I am currently Professor of Medicine, Division of Infectious Diseases, University of Alabama Birmingham School of Medicine. I am the Director of the Transplant Infectious Disease Program at the University of Alabama Birmingham University Hospital. I am also the Director of the Infectious Disease Clinic and the Infection Control Program at Birmingham Veterans Affairs Medical Center. I am the Chief of the Infectious Disease Section at Birmingham Veterans Affairs Medical Center.

I have been continuously licensed to practice medicine in the State of Alabama from 1998 until the present. During the 12 months preceding September 2012 until the present, I have practiced in the specialty of infectious diseases. I am board certified in Internal Medicine and Infectious Disease and have published over 100 articles and have contributed to or authored numerous book chapters. Included within my curriculum vitae is a list of all publications I have authored in the past 10 years.

INFORMATION REVIEWED

My statements and opinions are based on my education, training and experience as well as my review of medical records of 15 patients receiving epidural steroid injections at Saint Thomas Outpatient Neurosurgical Center during 2012.

Additionally, I have reviewed the following:

Information from the United States Centers for Disease Control and Prevention ("CDC"), including the *Morbidity and Mortality Weekly Report* dated October 19, 2012 regarding fungal infections caused by contaminated MPA from a single compounding pharmacy;

Information from the CDC's website regarding the subject Multistate cases of Fungal Meningitis and Other Infections[1];

Articles regarding cases of fungal meningitis including the following:

- Pettit, A., et al., *The Index Case for the Fungal Meningitis Outbreak in the United States*, 367 New Eng. J. Med., 2119-2125 (2012);

---

[1] http://www.cdc.gov/hai/outbreaks/meningitis.html

{00089993.DOCX / ver: }

- Smith R., et al., *Fungal Infections Associated with Contaminated Methylprednisolone Injections*, 369 N Eng. J. Med., 1598–609 (2013);

- Kainer M., et al., *Fungal Infections Associated with Contaminated Methylprednisolone in Tennessee*, 367 N Eng. J. Med., 2194–2203 (2012);

- Ritter, JM, et al., *Exserohilum Infections Associated with Contaminated Steroid Injections: A Clinicopathologic Review of 40 Cases*; Am J Pathol, 881-892 (Sep. 2013);

- Kleinfeld, K, et al., *Vascular Complications of Fungal Meningitis Attributed to Injections of Contaminated Methylprednisolone Acetate*, JAMA Neurol, 1173-1176 (Sep 1, 2013);

- Chiller, TM, et al., *Clinical Findings for Fungal Infections Caused by Methylprednisolone Infections*, 369 N Eng. J. Med., 1610-1619 (2013);

- Moudgal, V, et al., *Spinal and Paraspinal Fungal Infections Associated with Contaminated Methylprednisolone Injections*, Open Forum Infect Dis, 1(1): ofu022, (May 14, 2014);

- Smith, RM, et al., *Relapse of Fungal Meningitis Associated with Contaminated Methylprednisolone*, 368 N Eng. J. Med., 2535-2636 (2013);

- Andes, D. et al., *Insights into Fungal Pathogenesis from the Iatrogenic Epidemic of Exserohilum rostratum Fungal Meningitis*, 61 Fungal Genetics and Biology, 143-145 (2013);

- Epstein, N, *The Risks of Epidural and Transforaminal Steroid Injections in the Spine*, Surgical Neurology International, 4(Suppl 2): S74-S93 (2013).

Information regarding products recalled by New England Compounding Center.