# EXHIBIT 3

# REPORT OF OPINIONS OF ERIK DUBBERKE, M.D.

## QUALIFICATIONS

I graduated from University of Illinois at Chicago College of Medicine and completed my medical internship and residency at Washington University School of Medicine, Barnes-Jewish Hospital in St. Louis, Missouri. I also completed an infectious disease fellowship at Washington University School of Medicine, Barnes-Jewish Hospital.

I am currently Associate Professor of Medicine, Infectious Disease Division, Department of Medicine, Washington University School of Medicine. I am also the Director, Section of Transplant Infectious Diseases at Washington University School of Medicine.

From 2005 to the present, I have been the Medical Director, Infection Control, at Missouri Baptist Medical Center, St. Louis, Missouri, and Associate Hospital Epidemiologist at Barnes-Jewish Hospital, St. Louis, Missouri.

In 2008, I received my M.S.P.H. degree in Epidemiology from St. Louis University School of Public Health. As evidenced by my Curriculum Vitae, I have clinical and research experience in the field of epidemiology.

I have been continuously licensed to practice medicine in the State of Missouri from 2000 until the present. During the 12 months preceding September 2012 until the present, I have practiced in the specialty of infectious disease. I am board certified in Internal Medicine and Infectious Disease. I have published over 100 articles and have contributed to or authored numerous book chapters. Included within my curriculum vitae is a list of all publications I have authored in the past 10 years.

I am familiar with the recognized standard of acceptable professional practice in the specialty of infectious diseases in St. Louis, Missouri and similar communities during 2012. In my opinion St. Louis and Nashville are similar communities.

## INFORMATION REVIEWED

My statements and opinions are based on my education, training and experience as well as my review of medical records of 11 patients receiving epidural steroid injections at Saint Thomas Outpatient Neurosurgical Center during 2012. Additionally, I have reviewed and certain of my opinions are based on the following:

> Information from the United States Centers for Disease Control and Prevention ("CDC"), including the *Morbidity and Mortality Weekly Report* dated October 19, 2012 regarding fungal infections caused by contaminated MPA made by a single compounding pharmacy;

> Information from the CDC's website regarding the subject Multistate Cases of Fungal Meningitis and Other Infections accessed at http://www.cdc.gov/hai/outbreaks/meningitis.html.

{00088072.DOCX / ver: }