**EXHIBIT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-2419<br><br>Judge Rya Zobel |
| This Document Relates to:<br><br>*Fredia Berry, et al. v. Ameridose, et al.*<br>No. 1:13-cv-12838 | |

### PLAINTIFF FREDIA BERRY'S FIRST SET OF REQUESTS FOR ADMISSIONS TO THE SAINT THOMAS DEFENDANTS

Plaintiff Fredia Berry, pursuant to Federal Rules of Civil Procedure 26 & 34, respectfully propounds these requests for admissions to the Saint Thomas Defendants (as defined below), to be answered within the time prescribed by law or an Order of this Court.

### DEFINITIONS

As used herein, the following terms mean:

"Saint Thomas Defendants" or "Defendants" means collectively and individually: Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic A Professional Corporation; John Culclasure, M.D.; Debra Schamberg, R.N.; Saint Thomas West Hospital, formerly known as St. Thomas Hospital; Saint Thomas Health; and/or Saint Thomas Network; including their agents, representatives, and/or employees.

"You" or "your" refer to the Saint Thomas Defendants, collectively and individually.

"NECC" means New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center.

1278918.3 -1-

"MPA" means methylprednisolone acetate.

## REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**

Admit that Fredia Berry received an injection of MPA from Lot #05212012@68, BUD 11/17/2012, compounded by NECC.

**REQUEST FOR ADMISSION NO. 2:**

Admit that Fredia Berry received an injection of MPA from Lot #06292012@26, BUD 12/26/2012, compounded by NECC.

**REQUEST FOR ADMISSION NO. 3:**

Admit that Fredia Berry received an injection of MPA from Lot #08102012@51, BUD 2/6/2013, compounded by NECC.

**REQUEST FOR ADMISSION NO. 4:**

Admit that Lot #05212012@68, BUD 11/17/2012 was contaminated with fungus.

**REQUEST FOR ADMISSION NO. 5:**

Admit that Lot #06292012@26, BUD 12/26/2012 was contaminated with fungus.

**REQUEST FOR ADMISSION NO. 6:**

Admit that Lot #08102012@51, BUD 2/6/2013 was contaminated with fungus.

**REQUEST FOR ADMISSION NO. 7:**

Admit that Fredia Berry's fungal infection was caused by contaminated MPA injection administered at Saint Thomas Outpatient Neurosurgical Center.

**REQUEST FOR ADMISSION NO. 8:**

Admit that there is no cause for Fredia Berry's fungal infection other than the contaminated MPA injected into her at Saint Thomas Outpatient Neurosurgical Center.

**REQUEST FOR ADMISSION NO. 9:**

Admit that the fungal infection caused by receiving contaminated MPA at Saint Thomas Outpatient Neurosurgical Center caused damages to Fredia Berry.

**REQUEST FOR ADMISSION NO. 10:**

Admit that no defendant created or signed a patient-specific prescription for the MPA injections received by Fredia Berry.

**REQUEST FOR ADMISSION NO. 11:**

Admit that Saint Thomas Outpatient Neurosurgical Center charged money for the MPA injected into Fredia Berry at Saint Thomas Outpatient Neurosurgical Center.

**REQUEST FOR ADMISSION NO. 12:**

Admit that no defendant informed Fredia Berry that she was being injected with compounded MPA.

**REQUEST FOR ADMISSION NO. 13:**

Admit that Fredia Berry was never given the choice between being injected with compounded MPA and MPA manufactured by an FDA-approved drug manufacturer.

**REQUEST FOR ADMISSION NO. 14:**

Admit that no defendant ever informed Fredia Berry that she was being injected with MPA compounded by NECC.

**REQUEST FOR ADMISSION NO. 15:**

Admit that no defendant ever informed Fredia Berry that she was being injected with MPA that contained no preservatives.

**REQUEST FOR ADMISSION NO. 16:**

Admit that no defendant ever informed Fredia Berry that she was receiving an injection

of MPA that was compounded by a compounding pharmacy.

**REQUEST FOR ADMISSION NO. 17:**

Admit that no defendant ever informed Fredia Berry that the MPA she was being injected with was not manufactured by an FDA-approved and FDA-regulated drug manufacturer.

**REQUEST FOR ADMISSION NO. 18:**

Admit that no defendant ever informed Fredia Berry that the compounder of the MPA being injected into her was compounded by a pharmacy that was not licensed as a drug manufacturer.

Dated: November 25, 2015

Respectfully submitted,

/s/ **Benjamin A. Gastel**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Attorneys for Plaintiff Fredia Berry*

## CERTIFICATE OF SERVICE

I, Benjamin A. Gastel, hereby certify that on the 25th day of November, 2015, the foregoing document was served via hand delivery (*), electronic mail (**), and/or U.S. Mail, postage prepaid, on the following counsel:

CJ Gideon
Chris Tardio
Gideon Cooper & Essary
315 Deadrick St., Suite 1100
Nashville, TN 37238

Yvonne Puig
Marcy H. Greer
Eric J. Hoffman
Fulbright & Jaworski LLP
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255

Sarah P. Kelly
Nutter McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210

/s/ Benjamin A. Gastel
Benjamin A. Gastel

1278918.3