# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No. 2419 ) Dkt. No. 1:13-md-2419-RWZ |
| This Document Relates to: Suits Naming Specialty Surgery Center, PLLC | ) ) ) ) ) ) ) ) |

### Affidavit of Matthew H. Cline

STATE OF TENNESSEE
COUNTY OF DAVIDSON

Matthew H. Cline, after first being duly sworn, states as follows:

1. I am over 18 years of age, have personal knowledge of the facts contained herein, and I am competent to testify. I am one of the attorneys representing the SSC Defendants[1] in these cases

2. Our firm assisted SSC in responding to the fungal meningitis outbreak and the resulting litigation. The recitation of the preservation efforts set forth in the SSC Defendants' Opposition to the PSC's Motion to Compel accurately sets forth SSC's preservation efforts.

3. Our firm also assisted SSC in responding to the PSC's First Set of Requests for Production to SSC, including the collection and review of both hard copy and electronic documents.

---

[1] Specialty Surgery Center, PLLC, Kenneth R. Lister, MD, and Kenneth R. Lister, MD, PC.

4. Pursuant to the ESI Protocol, we reached an agreement with the PSC regarding search terms, custodians, date range restrictions, *etc.*, for searching and producing electronic documents in response to the PSC's First Set of Requests for Production. We hired an outside vendor to process and search the data pursuant to the agreed parameters. Searches and processing yielded more than 40,000 pages of documents (consisting of more than 15,000 electronic files). All 40,000+ pages of documents were reviewed either by an attorney employed by our firm or a contract attorney. Reviewing all 40,000+ electronic documents took well over 100 hours.

5. I estimate that re-reviewing all 40,000+ electronic documents to search for documents responsive to the PSC's Second Set of Requests for Production will also take well over 100 hours.

Sworn to and subscribed by me on this 8th day of January, 2016.

_____
(Notary Public)

My Commission Expires: _____