UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 1:13-md-2419 ) |
| This Document Relates to: | ) Judge Rya Zobel ) |
| Berry v. Ameridose, LLC et al 3:13-cv-01032 | ) ) ) |

**PLAINTIFF FREDIA BERRY'S EMERGENCY MOTION TO COMPEL ST. THOMAS CLINIC DEFENDANTS TO PRODUCE RECORDS IN RESPONSE TO MS. BERRY'S FIRST SETS OF REQUESTS FOR PRODUCTION**

Plaintiff Fredia Berry hereby moves the Court to enter an order that compels St. Thomas Outpatient Neurosurgical Center, John Culclasure and Debra Schamberg, RN, CNOR (collectively, "St. Thomas Neurosurgical") and Howell Allen Clinic ("Howell Allen") to supplement their responses to Ms. Berry's First Set of Requests for Production and to produce responsive records immediately, in the manner set forth in the accompanying Memorandum.

A Memorandum in Support setting forth the reasons for this motion is filed contemporaneously herewith. As explained therein, Ms. Berry has attempted to confer with counsel for St. Thomas Neurosurgical and Howell Allen in a good-faith effort to obtain, without court intervention, the testimony and records sought to be compelled by this motion. Specifically, Ms. Berry served a letter seeking to meet and confer regarding these Defendants' discovery responses on December 23, 2015, but she received no response to that request. The Defendants' failure to respond (19 days have passed since Ms. Berry served her letter) justifies an automatic grant of Ms. Berry's motion under Local Rule 37.1 and the issuance of any other sanction that the Court believes is appropriate. Given the tight case-specific deadlines, ongoing

1

deposition discovery, and the upcoming case-specific expert deadline, Ms. Berry requires emergency relief to ensure that she does not suffer irreparable prejudice in prosecuting her claims against the Defendants.

Date: January 12, 2016            Respectfully submitted:

/s/ Benjamin A. Gastel
J. Gerard Stranch, IV
Benjamin A. Gastel
Anthony A. Orlandi
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
aorlandi@bjsfirm.com
*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: 617/482-3700
Facsimile: 617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Annika K. Martin
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212/355-9500
Facsimile: 212/355-9592
akmartin@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   January 12, 2016

              /s/ Benjamin A. Gastel
              Benjamin A. Gastel