# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL No. 1:13-md-2419 |
| This Document Relates to: ) ) | Judge Rya Zobel |
| BERRY v. AMERIDOSE, LLC, et. al. 3:13-CV-12838 ) ) ) | |

## DEFENDANT HOWELL ALLEN CLINIC'S RESPONSES TO PLAINTIFF FREDIA BERRY'S FIRST SET OF REQUESTS FOR PRODUCTION

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Rules for the District of Massachusetts, Howell Allen Clinic, by and through undersigned counsel, provides the following Responses to Plaintiff Fredia Berry's First Set of Requests for Production.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.      Produce all documents sent to or received from the Plaintiff related to Plaintiff receiving MPA at Saint Thomas Neurosurgical.

**RESPONSE:**

> **OBJECTION. This Request is overbroad in that it requests "all documents" "related to" the Plaintiff without any reasonable limitation.**
>
> **Subject to and without waiving this objection, STOPNC sent letters to the Plaintiff regarding the potential contamination of the medication. Exemplar copies of these letters were produced in STOPNC's common discovery responses. *See* Response to Common Discovery Request for Production No. 15.**

2.      Produce a copy of any communications (including emails, brochures, correspondence, prescriptions, order forms, invoices, and other documents) exchanged between anyone employed by Howell Allen Clinic and any governmental entity that mentions Plaintiff.

**RESPONSE:**

> **OBJECTION. This Request is overbroad in that it requests responsive documents that "mention" Plaintiff, which does not limit the subject matter of the requested communications to the ongoing litigation. Further, Howell Allen already responded to this Request in its Responses to common discovery. *See* Response to Common Discovery Request for Production No. 26. Thus, the Request is duplicative.**

3.      Produce a copy of any communications (including emails, brochures, correspondence, prescriptions, order forms, invoices, and other documents) exchanged between any counsel employed by Howell Allen Clinic and any governmental entity that mentions Plaintiff.

**RESPONSE:**

> **OBJECTION. This Request seeks information protected by the attorney-client privilege and the work-product doctrine. Additionally, this Request is overbroad in that it requests responsive documents that "mention" Plaintiff, which does not limit the subject matter of the requested communications to the ongoing litigation.**

4.      Produce a copy of all medical bills related to any product or service provided to Plaintiff by Howell Allen Clinic.

**RESPONSE:**

> **OBJECTION. This Request seeks irrelevant information in that it requests medical bills related to "any product or service provided to Plaintiff," and it does not limit the Request to products or services related to the ongoing litigation.**
>
> **Subject to and without waiving this objection, Plaintiff should already possess a copy of the relevant bills.**

5.      Produce a copy of all non-privileged communications between Howell Allen Clinic, or their counsel, and any other person or entity that mentions the Plaintiff.

**RESPONSE:**

> **OBJECTION. This Request is overbroad in that it seeks "all" communications between Howell Allen, or their counsel, and "any other person or entity that mentions" Plaintiff. These are overly vague and broad terms that make the Request impossible to answer with reasonable effort. Additionally, the lack of time constraints for the requested communications make the Request unduly burdensome. Further, all communications between Howell Allen and its counsel referencing Plaintiff are privileged under the attorney-client privilege and work-product doctrine.**
>
> **Subject to and without waiving this objection, counsel for Howell Allen conducted additional searches of the ESI returned by the PSC's original search terms, using the agreed upon date limitations, for the terms "Fredia" and "Berry." Attached as Exhibit 1 are responsive emails with non-Plaintiff protected health information**

3.      Describe in detail the information you provided to Plaintiff related to the risks associated with her epidural steroid injections. Include in this response whether you informed Plaintiff whether or not she would receive steroids from a compounding pharmacy.

**RESPONSE:**

> **OBJECTION. STOPNC and Ms. Schamberg were not responsible for providing information to the Plaintiff related to the risks associated with her epidural steroid injections. Obtaining informed consent is the responsibility of the treating physician performing the procedure. *See In re New England Compounding Pharmacy, Inc. Products Liability Litigation*, MDL No. 13-02419-RWZ, at 40 (D. Mass. Aug. 29, 2014) (order granting and denying motions to dismiss). Additionally, Dr. Culclasure explained the information provided to patients prior to their procedures during his deposition. Thus, this Request is also duplicative.**

4.      Identify (by name, lot number, source, and the date of receipt by Saint Thomas Neurosurgical) the steroids used in the epidural steroid injection(s) received by Plaintiff as identified in her Plaintiff Profile Form.

**RESPONSE:**

> **Ms. Berry received MPA compounded by NECC. STOPNC received MPA lots from NECC, shipped on June 26, 2012 (Lot #05212012@68), July 25, 2012 (Lot #06292012@26), August 13, 2012 (Lot #06292012@26), and August 31, 2012 (Lot #08102012@51). STOPNC did not record the lot number used for individual patients' injections.**

5.      Identify the prescription, if any, Saint Thomas Neurosurgical used to procure any product from NECC on behalf of the Plaintiff.

**RESPONSE:**

> **OBJECTION. This Interrogatory is overbroad as it asks for information related to "any product" procured from NECC. This Request has also been addressed in intimate detail during common**

3

**redacted. Attached as Exhibit 2 is a responsive fax with non-Plaintiff protected health information redacted.**

6.      Produce a copy of any contract pursuant to which Howell Allen Clinic received payment from any payor for the products and/or services provided by Saint Thomas Neurosurgical to the Plaintiff.

**RESPONSE:**

**OBJECTION. Payment for Howell Allen's physician services is irrelevant to the claims in this lawsuit. Even if physician payment is of marginal relevance, the payor contracts themselves have no relevance to the suits. Regardless, the payment to Howell Allen would be for Howell Allen services. Its fee is separate from STOPNC's.**

7.      Produce all medical records of Plaintiff that are in your or your counsel's possession.

**RESPONSE:**

**OBJECTION. Plaintiff defines "you" or "your" as "Saint Thomas Health." This Request should be directed to Saint Thomas Health, not Howell Allen.**

**Subject to and without waiving this objection, Howell Allen hired a third-party vendor to collect medical records. Howell Allen is willing to provide copies of the medical records if Plaintiffs are willing to share the costs of doing so.**

8.      Produce all documents you or your counsel collected as part of the releases provided by the Plaintiff with her Plaintiff Profile Form.

**RESPONSE:**

**OBJECTION. Plaintiff defines "you" or "your" as "Saint Thomas Health." This Request should be directed at Saint Thomas Health, not Howell Allen.**

4

**Subject to and without waiving this objection, Howell Allen hired a third-party vendor to collect medical records. Howell Allen is willing to provide copies of the medical records if Plaintiff is willing to share the costs of doing so.**

9.  Produce all documents you intend to use at trial.

**RESPONSE:**

**OBJECTION. Plaintiff defines "you" or "your" as "Saint Thomas Health." This Request should be directed to Saint Thomas Health. Regardless, this Request seeks documents protected by the work-product doctrine. It is also overbroad in that it basically asks for the Defendants' counsel's entire litigation file. Additionally, this Request is outside the permissible scope of Federal Rule of Civil Procedure 34. *See Kyker v. Malone Freight Lines*, 17 F.R.D. 393, 395 (E.D. Tenn. 1955)(holding that defendants should not be required during pretrial discovery to turn over to the plaintiff, in advance of trial, the evidence that they expect to rely on as a defense to the suit at trial).**

**Without waiving these objections, the Defendant may use any document obtained or disclosed during discovery of these cases at trial plus any documents it obtains on its own relevant to the cases.**

Dated: December 15th, 2015.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Matthew H. Cline
C.J. Gideon, Jr.*
Chris J. Tardio*
Alan S. Bean**
Matthew H. Cline*
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

*Attorneys    for    the    Tennessee    Clinic*
*Defendants*

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was provided via U.S. Mail, postage prepaid, on the 15th day of December, 2015 to the following counsel:

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS, PLLC
The Freedom Center, Suite 200
223 Rosa L. Parks Avenue
Nashville, TN 37203
**Attorneys for Plaintiff**

Yvonne Puig
Marcy H. Greer
Eric J. Hoffman
FULBRIGHT & JAWORSKI, LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
**Attorneys for Saint Thomas**

Mark Chalos
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
**Attorneys for PSC**

All other counsel will be served by virtue of these requests being uploaded to the discovery repository.

/s/ Matthew H. Cline
Matthew H. Cline

# EXHIBIT 1

CONFIDENTIAL DISCOVERY MATERIAL

| | |
|---|---|
| **From:** | Bobbi Doty |
| **To:** | Christina King |
| **Sent:** | 5/9/2012 8:29:53 AM |
| **Subject:** | RE: ABN needed |

Thanks SO MUCH!! Again... sorry for the short notice!!

---

From: Christina King
Sent: Wednesday, May 09, 2012 8:29 AM
To: Bobbi Doty; Business Office
Subject: RE: ABN needed


I will email it to you shortly

Christina King
Howell Allen Clinic
Patient Account Representative
Ph: (615) 341-7475
Fax: (615) 341-3568


Confidentiality Notice: This email message, including any attachments, contains information
that is confidential and/or legally privileged. The information is intended only for the
individual(s) named above. If you are not the intended recipient or the person responsible for
delivering the email to the intended recipient, be advised that you have received this email
in error and that any use, dissemination, distribution, forwarding, printing, or copying of
this email is strictly prohibited. If you have received this email in error, please purge it
immediately and notify the sender.


---

From: Bobbi Doty
Sent: Wednesday, May 09, 2012 7:08 AM
To: Business Office
Subject: ABN needed


So sorry for such late notice. We have a patient coming in today for TPIs who needs to sign an
ABN:

388430 Fredia Berry

Her appointment is not until 12:00, so no immediate rush. I do apologize.

Bobbi Doty
Secretary, Pain Management
Dr John Culclasure & Michelle Dowd PA-C
Phone 615-327-9543, Ext 3434
Fax 615-341-3592

**CONFIDENTIAL DISCOVERY MATERIAL**

| | |
|---|---|
| **From:** | Christina King |
| **To:** | Bobbi Doty |
| **Sent:** | 5/9/2012 9:26:26 AM |
| **Subject:** | RE: ABN needed |

Yes ma'am.

Christina King
Howell Allen Clinic
Patient Account Representative
Ph: (615) 341-7475
Fax: (615) 341-3568

Confidentiality Notice: This email message, including any attachments, contains information that is confidential and/or legally privileged. The information is intended only for the individual(s) named above. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please purge it immediately and notify the sender.

**From:** Bobbi Doty
**Sent:** Wednesday, May 09, 2012 9:24 AM
**To:** Christina King
**Subject:** RE: ABN needed

It's been so long.... I need the GA modifier, right?

**From:** Christina King
**Sent:** Wednesday, May 09, 2012 8:30 AM
**To:** Bobbi Doty
**Subject:** RE: ABN needed

ABN is attached

Christina King
Howell Allen Clinic
Patient Account Representative
Ph: (615) 341-7475
Fax: (615) 341-3568

Confidentiality Notice: This email message, including any attachments, contains information that is confidential and/or legally privileged. The information is intended only for the individual(s) named above. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please purge it immediately and notify the sender.

**From:** Bobbi Doty
**Sent:** Wednesday, May 09, 2012 7:08 AM
**To:** Business Office
**Subject:** ABN needed

**CONFIDENTIAL DISCOVERY MATERIAL**

**HAC_063**

*So sorry for such late notice. We have a patient coming in today for TPIs who needs to sign an ABN:*

*388430   Fredia Berry*

*Her appointment is not until 12:00, so no immediate rush.  I do apologize.*

Bobbi Doty
Secretary, Pain Management
Dr John Culclasure & Michelle Dowd PA-C
Phone 615-327-9543, Ext 3434
Fax 615-341-3592

CONFIDENTIAL DISCOVERY MATERIAL

| | |
|---|---|
| **From:** | Laura Hutchings |
| **To:** | Bobbi Doty |
| **Sent:** | 8/3/2011 2:27:25 PM |
| **Subject:** | RE: FREDIA BERRY : 388430 |

OH WOW! yeah just a little

**From:** Bobbi Doty
**Sent:** Wednesday, August 03, 2011 2:22 PM
**To:** Laura Hutchings
**Subject:** RE: FREDIA BERRY : 388430

hmmm... just a little late... considering her appt was at 10:30.... LOL

**From:** Laura Hutchings
**Sent:** Wednesday, August 03, 2011 2:21 PM
**To:** Bobbi Doty
**Subject:** RE: FREDIA BERRY : 388430

1:36pm

**From:** Bobbi Doty
**Sent:** Wednesday, August 03, 2011 2:13 PM
**To:** Laura Hutchings
**Subject:** RE: FREDIA BERRY : 388430

do you know what time she called?

**From:** Laura Hutchings
**Sent:** Wednesday, August 03, 2011 2:04 PM
**To:** Bobbi Doty
**Subject:** FREDIA BERRY : 388430

Needs to RS todays appt : cannot make it : 931-278-2532


Thanks,

Laura Hutchings
Howell Allen Clinic
2011 Murphy Ave Suite 301
Nashville, TN 37203
615-327-9543

*TODAY : I am in Dr. Scott Standard's office at ext 7435*

**CONFIDENTIAL DISCOVERY MATERIAL**

HAC_065

**Confidentiality Notice:**

This email message, including any attachments, contains information that is confidential and/or legally privileged. The information is intended only for the individual(s) named above. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please purge it immediately and notify the sender.

**CONFIDENTIAL DISCOVERY MATERIAL**

| | |
|---|---|
| **From:** | Bobbi Doty |
| **To:** | Christina King |
| **Sent:** | 11/5/2012 11:08:30 AM |
| **Subject:** | RE: 388430 FREDIA BERRY - ABN |

Thanks so much!!

-----Original Message-----
From: Christina King
Sent: Monday, November 05, 2012 10:56 AM
To: Bobbi Doty
Subject: RE: 388430 FREDIA BERRY - ABN

Here you go

Christina King
Howell Allen Clinic
Patient Account Representative
Ph: (615) 341-7475
Fax: (615) 341-3568

Confidentiality Notice: This email message, including any attachments, contains information
that is confidential and/or legally privileged. The information is intended only for the
individual(s) named above. If you are not the intended recipient or the person responsible for
delivering the email to the intended recipient, be advised that you have received this email
in error and that any use, dissemination, distribution, forwarding, printing, or copying of
this email is strictly prohibited. If you have received this email in error, please purge it
immediately and notify the sender.

-----Original Message-----
From: Bobbi Doty
Sent: Monday, November 05, 2012 10:48 AM
To: Business Office
Subject: 388430 FREDIA BERRY - ABN

The patient is scheduled for at trigger point injection and occipital nerve block on Wed,
11-7-12. Could you please send an ABN for this appointment?

Thanks so much!!

Bobbi Doty
Secretary, Pain Management
Dr John Culclasure & Michelle Dowd PA-C
Phone 615-327-9543, Ext 3434
Fax 615-341-3592

**CONFIDENTIAL DISCOVERY MATERIAL**

HAC_067



**A. Notifier:  Howell Allen Clinic**

**B. Patient Name:**   *FREDIA BERRY*          **C. Identification Number (MRN):**  388430

---

### Advance Beneficiary Notice of Noncoverage (ABN)

**NOTE:** If Medicare doesn't pay for **D.  TPI** below, you may have to pay.

Medicare does not pay for everything, even some care that you or your health care provider have good reason to think you need. We expect Medicare may not pay for the **D.  TPI**  below.

| D.        TPI | E. Reason Medicare May Not Pay: | F. Estimated Cost |
|---|---|---|
| TRIGGER POINT INJECTION | FREQUENCY: MEDICARE ONLY ALLOWS FOR 3 TRIGGER POINT INJECTIONS PER CALENDAR YEAR | $57.03 |

**WHAT YOU NEED TO DO NOW:**

Read this notice, so you can make an informed decision about your care.

Ask us any questions that you may have after you finish reading.

Choose an option below about whether to receive the **D.  TPI** listed above.

**Note:** If you choose Option 1 or 2, we may help you to use any other insurance that you might have, but Medicare cannot require us to do this.

| G. OPTIONS:     Check only one box.  We cannot choose a box for you. |
|---|
| ☐ **OPTION 1.** I want the **D. TPI** listed above.  You may ask to be paid now, but I also want Medicare billed for an official decision on payment, which is sent to me on a Medicare Summary Notice (MSN).  I understand that if Medicare doesn't pay, I am responsible for payment, but **I can appeal to Medicare** by following the directions on the MSN.  If Medicare does pay, you will refund any payments I made to you, less co-pays or deductibles. |
| ☐ **OPTION 2.** I want the  **D. TPI** listed above, but do not bill Medicare. You may ask to be paid now as I am responsible for payment. **I cannot appeal if Medicare is not billed.** |
| ☐ **OPTION 3.** I don't want the **D.  TPI** listed above.  I understand with this choice I am **not** responsible for payment, and **I cannot appeal to see if Medicare would pay.** |

**H. Additional Information:**



**This notice gives our opinion, not an official Medicare decision.**  If you have other questions on this notice or Medicare billing, call **1-800-MEDICARE** (1-800-633-4227/TTY: 1-877-486-2048).

Signing below means that you have received and understand this notice. You also receive a copy.

| I. Signature: | J. Date: |
|---|---|
| | |

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0566.  The time required to complete this information collection is estimated to average 7 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection.  If you have comments concerning the accuracy of the time estimate or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Baltimore, Maryland 21244-1850.

---

Form CMS-R-131 (03/11)                                         Form Approved OMB No. 0938-0566

**CONFIDENTIAL DISCOVERY MATERIAL**

| From: | Sherri Dezwaan |
| To: | Amy Lewis |
| CC: | Front Office Group |
| Sent: | 10/26/2012 10:15:54 AM |
| Subject: | Fredia Berry |

Pt called in to reschedule her appt today at 1pm w/SCS. She is not feeling well, I have rescheduled her to 11/9 @ 10am. Thanks!

Sherri DeZwaan
Asst to John Culclasure, M.D.
4230 Harding Rd Suite 901
Nashville TN 37205
615-341-3425
615-341-3427 fax

**CONFIDENTIAL DISCOVERY MATERIAL**

| | |
|---|---|
| **From:** | Dawn Hall |
| **To:** | Sherri Dezwaan; Dorothy Pemerton |
| **CC:** | Bobbi Doty |
| **Sent:** | 6/10/2011 11:59:45 AM |
| **Subject:** | Task Status Report: SCS #388430 BERRY, FREDIA 4th Lumbar ESI & Occipital nerve block |

ADD ON: SCH 6-13 @ 10:45 W/TLA-DH

*Dawn Hall*
Howell Allen
St. Thomas Out-Patient Neurosurgical Center

**Subject:** SCS #388430 BERRY, FREDIA 4th Lumbar ESI & Occipital nerve block

**Start date:** Wed 6/8/2011
**Due date:** Wed 6/15/2011

**Status:** Completed
**% Complete:** 100%
**Date completed:** Fri 6/10/2011

**Total work:** 0 hours
**Actual work:** 0 hours

**Requested by:** Tina Morehead

Pt needs 4th Lumbar ESI (requesting Dr. Arney only)
And
Occipital nerve block

Dx: lumbar radic 724.4
headaches 784.0

**Primary Phone:**
(931) 278-2532

6-13 SCH 6-13 @ 10:45 W/TLA-DH
6-13 SCH 6-16 @ 10:30 W/ALISON-DH

**CONFIDENTIAL DISCOVERY MATERIAL**

| From: | Christina King |
|-------|----------------|
| To: | Bobbi Doty |
| Sent: | 8/15/2012 9:49:48 AM |
| Subject: | FREDIA BERRY 388430 |
| Attachments: | 20120815094709.pdf |

Attached is the ABN you requested. Thanks!!!

Your message is ready to be sent with the following file or link attachments:

20120815094709

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

**CONFIDENTIAL DISCOVERY MATERIAL**

**HAC_071**



**A. Notifier:** Howell Allen Clinic

**B. Patient Name:**   *Fredia Berry*                    **C. Identification Number (MRN):** 388430

### Advance Beneficiary Notice of Noncoverage (ABN)

**NOTE:** If Medicare doesn't pay for **D. TPI** below, you may have to pay.

Medicare does not pay for everything, even some care that you or your health care provider have good reason to think you need. We expect Medicare may not pay for the **D. TPI** below.

| D.      TPI | E. Reason Medicare May Not Pay: | F. Estimated Cost |
|---|---|---|
| Trigger Point Injection | Frequency- Medicare only covers 3 Trigger Point Injections per calendar year. | $57.03 |

**WHAT YOU NEED TO DO NOW:**

Read this notice, so you can make an informed decision about your care.

Ask us any questions that you may have after you finish reading.

Choose an option below about whether to receive the **D. TPI** listed above.

**Note:** If you choose Option 1 or 2, we may help you to use any other insurance that you might have, but Medicare cannot require us to do this.

| G. OPTIONS:    Check only one box.  We cannot choose a box for you. |
|---|
| ☐ **OPTION 1.** I want the **D. TPI** listed above. You may ask to be paid now, but I also want Medicare billed for an official decision on payment, which is sent to me on a Medicare Summary Notice (MSN). I understand that if Medicare doesn't pay, I am responsible for payment, but **I can appeal to Medicare** by following the directions on the MSN. If Medicare does pay, you will refund any payments I made to you, less co-pays or deductibles. |
| ☐ **OPTION 2.** I want the **D. TPI** listed above, but do not bill Medicare. You may ask to be paid now as I am responsible for payment. **I cannot appeal if Medicare is not billed.** |
| ☐ **OPTION 3.** I don't want the **D. TPI** listed above. I understand with this choice I am **not** responsible for payment, and **I cannot appeal to see if Medicare would pay.** |

**H. Additional Information:**

**This notice gives our opinion, not an official Medicare decision.** If you have other questions on this notice or Medicare billing, call **1-800-MEDICARE** (1-800-633-4227/TTY: 1-877-486-2048).

Signing below means that you have received and understand this notice. You also receive a copy.

| I. Signature: | J. Date: |
|---|---|
|  |  |

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0566. The time required to complete this information collection is estimated to average 7 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Baltimore, Maryland 21244-1850.

Form CMS-R-131 (03/11)                               Form Approved OMB No. 0938-0566

| | |
|---|---|
| **From:** | Bobbi Doty |
| **To:** | Christina King |
| **Sent:** | 10/17/2011 10:33:47 AM |
| **Subject:** | RE: ABNs Needed |

Thanks!

---

From: Christina King
Sent: Monday, October 17, 2011 9:53 AM
To: Bobbi Doty
Subject: RE: ABNs Needed

Here is the one for Fredia Berry.

Thanks!

Christina King
Howell Allen Clinic
Patient Account Representative
Ph: (615) 341-7475
Fax: (615) 341-3568

Confidentiality Notice: This email message, including any attachments, contains information that is confidential and/or legally privileged. The information is intended only for the individual(s) named above. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please purge it immediately and notify the sender.

---

From: Bobbi Doty
Sent: Monday, October 17, 2011 8:17 AM
To: Heather Rickert; Business Office
Subject: RE: ABNs Needed

Thanks so much!

---

From: Heather Rickert
Sent: Monday, October 17, 2011 8:09 AM
To: Bobbi Doty; Business Office
Subject: RE: ABNs Needed

I have attached ABN's for ███████████████

Thank you!

---

From: Bobbi Doty
Sent: Monday, October 17, 2011 7:04 AM
To: Business Office
Subject: ABNs Needed

**CONFIDENTIAL DISCOVERY MATERIAL**

**HAC_073**

██████████████████

10-24 Fredia Berry TPI

Thanks!

Bobbi Doty
Secretary, Pain Management
Dr John Culclasure & Anna Marie Anderson
Phone 615-327-9543, Ext 3434
Fax 615-341-3592

CONFIDENTIAL DISCOVERY MATERIAL

HAC_074

| From: | Bobbi Doty |
|---|---|
| To: | Christina King |
| CC: | Dawn Hall |
| Sent: | 7/13/2011 2:26:04 PM |
| Subject: | RE: 388430 Fredia Berry Bad debt |

Super!! Thanks!!

From: Christina King
Sent: Wednesday, July 13, 2011 2:24 PM
To: Bobbi Doty
Cc: Dawn Hall
Subject: RE: 388430 Fredia Berry Bad debt

I was in the middle of working her account when you emailed me. She has Medicare and ChampVa-- I am having to audit her entire account because something is not right. Go ahead and schedule her, don't mention the bad debt today. It's a small balance, and I wont be able to tell if the pt actually owes it or if it is an insurance balance until I audit the whole account.

I have removed the flags (the system automitcally applies the flag when her small balance becomes delinquent).

Thanks and sorry!

Christina King
Howell Allen Clinic
Patient Account Representative
Ph: (615) 341-7475
Fax: (615) 341-3568

Confidentiality Notice: This email message, including any attachments, contains information that is confidential and/or legally privileged. The information is intended only for the individual(s) named above. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please purge it immediately and notify the sender.

From: Bobbi Doty
Sent: Wednesday, July 13, 2011 2:03 PM
To: Business Office
Cc: Dawn Hall
Subject: 388430 Fredia Berry Bad debt

I am in the process of confirming appts for us for Friday, and see the "bad debt" flag for this patient. Do I have to cancel her appointment, or can I have her call you to make arrangements? Did we have this problem the last time I scheduled her as well?

Just let me know, and I'll do what you need me to do.

Thanks!

Bobbi Doty
Secretary, Pain Management
Dr John Culclasure & Anna Marie Anderson
Phone 615-327-9543, Ext 3434
Fax 615-341-3592

**CONFIDENTIAL DISCOVERY MATERIAL**

| From: | Bobbi Doty |
|-------|-----------|
| To: | Laura Hutchings |
| Sent: | 8/3/2011 2:13:26 PM |
| Subject: | RE: FREDIA BERRY : 388430 |

do you know what time she called?

---

From: Laura Hutchings
Sent: Wednesday, August 03, 2011 2:04 PM
To: Bobbi Doty
Subject: FREDIA BERRY : 388430

Needs to RS todays appt : cannot make it : 931-278-2532

Thanks,

Laura Hutchings
Howell Allen Clinic
2011 Murphy Ave Suite 301
Nashville, TN 37203
615-327-9543

TODAY : I am in Dr. Scott Standard's office at ext 7435

Confidentiality Notice:
This email message, including any attachments, contains information that is confidential
and/or legally privileged. The information is intended only for the individual(s) named above.
If you are not the intended recipient or the person responsible for delivering the email to
the intended recipient, be advised that you have received this email in error and that any
use, dissemination, distribution, forwarding, printing, or copying of this email is strictly
prohibited. If you have received this email in error, please purge it immediately and notify
the sender.

**CONFIDENTIAL DISCOVERY MATERIAL**

| From: | Bobbi Doty |
| To: | Laura Hutchings |
| Sent: | 8/3/2011 2:22:12 PM |
| Subject: | RE: FREDIA BERRY : 388430 |

hmmm... just a little late... considering her appt was at 10:30.... LOL

---

From: Laura Hutchings
Sent: Wednesday, August 03, 2011 2:21 PM
To: Bobbi Doty
Subject: RE: FREDIA BERRY : 388430


1:36pm

---

From: Bobbi Doty
Sent: Wednesday, August 03, 2011 2:13 PM
To: Laura Hutchings
Subject: RE: FREDIA BERRY : 388430


do you know what time she called?

---

From: Laura Hutchings
Sent: Wednesday, August 03, 2011 2:04 PM
To: Bobbi Doty
Subject: FREDIA BERRY : 388430


Needs to RS todays appt : cannot make it : 931-278-2532

Thanks,

Laura Hutchings
Howell Allen Clinic
2011 Murphy Ave Suite 301
Nashville, TN 37203
615-327-9543

TODAY : I am in Dr. Scott Standard's office at ext 7435

Confidentiality Notice:
This email message, including any attachments, contains information that is confidential
and/or legally privileged. The information is intended only for the individual(s) named above.
If you are not the intended recipient or the person responsible for delivering the email to
the intended recipient, be advised that you have received this email in error and that any
use, dissemination, distribution, forwarding, printing, or copying of this email is strictly
prohibited. If you have received this email in error, please purge it immediately and notify
the sender.

**From:** Amy Lewis
**Sent:** 10/26/2012 10:17:17 AM
**Subject:** RE: Fredia Berry

thanks. How are the phones today?

---

From: Sherri Dezwaan
Sent: Friday, October 26, 2012 10:16 AM
To: Amy Lewis
Cc: Front Office Group
Subject: Fredia Berry

Pt called in to reschedule her appt today at 1pm w

**CONFIDENTIAL DISCOVERY MATERIAL**

**HAC_078**

| | |
|---|---|
| **From:** | Amy Lewis |
| **Sent:** | 10/26/2012 10:26:12 AM |
| **Subject:** | RE: Fredia Berry |

they normally slack off around lunch and then might pick back up, any questions just ask no
problems

---

From: Sherri Dezwaan
Sent: Friday, October 26, 2012 10:22 AM
To: Amy Lewis
Subject: RE: Fredia Berry

they

**CONFIDENTIAL DISCOVERY MATERIAL**

**HAC_079**

| | |
|---|---|
| **From:** | Sherri Dezwaan |
| **To:** | Amy Lewis |
| **Sent:** | 10/26/2012 10:21:56 AM |
| **Subject:** | RE: Fredia Berry |

they were heavy earlier, but okay for now. I am just trying to remember how to do everything and learn this new system. LOL  : )

---

**From:** Amy Lewis
**Sent:** Friday, October 26, 2012 10:17 AM
**To:** Sherri Dezwaan
**Subject:** RE: Fredia Berry

thanks. How are the phones today?

---

**From:** Sherri Dezwaan
**Sent:** Friday, October 26, 2012 10:16 AM
**To:** Amy Lewis
**Cc:** Front Office Group
**Subject:** Fredia Berry

Pt called in to reschedule her appt today at 1pm  w/SCS. She is not feeling well, I have rescheduled her to 11/9 @ 10am. Thanks!

Sherri DeZwaan
Asst to John Culclasure, M.D.
4230 Harding Rd Suite 901
Nashville TN 37205
615-341-3425
615-341-3427 fax

**CONFIDENTIAL DISCOVERY MATERIAL**

| From: | Nathan Mann |
| To: | Shreka Rogers |
| Sent: | 10/9/2012 12:51:46 PM |
| Subject: | FW: SMALL BALANCE ADJUSTMENTS |

can you set the small balance utility to $4.99?

Nathan Mann
Howell Allen Clinic
Receipts Entry Coordinator
615-341-7592

"Devoted to excellence in patient care"

**From:** Christina King
**Sent:** Tuesday, October 09, 2012 12:12 PM
**To:** Nathan Mann
**Subject:** SMALL BALANCE ADJUSTMENTS

Nathan- Can you please adjust these small balances? They are not generating statements. Thanks!


530819- Vickie Barger- $4.62


388430- Fredia Berry- $0.62

Thanks,
Christina

Christina King
Howell Allen Clinic
Patient Account Representative

**CONFIDENTIAL DISCOVERY MATERIAL**

Ph: (615) 341-7475
Fax: (615) 341-3568

Confidentiality Notice: This email message, including any attachments, contains information that is confidential and/or legally privileged. The information is intended only for the individual(s) named above. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please purge it immediately and notify the sender.

**CONFIDENTIAL DISCOVERY MATERIAL**

**HAC_082**

| | |
|---|---|
| **From:** | Christina King |
| **To:** | Bobbi Doty; Business Office |
| **Sent:** | 11/5/2012 10:50:56 AM |
| **Subject:** | RE: 388430 FREDIA BERRY - ABN |

I will get this to you shortly.

Christina King
Howell Allen Clinic
Patient Account Representative
Ph: (615) 341-7475
Fax: (615) 341-3568

Confidentiality Notice: This email message, including any attachments, contains information that is confidential and/or legally privileged. The information is intended only for the individual(s) named above. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please purge it immediately and notify the sender.

-----Original Message-----
From: Bobbi Doty
Sent: Monday, November 05, 2012 10:48 AM
To: Business Office
Subject: 388430 FREDIA BERRY - ABN

The patient is scheduled for at trigger point injection and occipital nerve block on Wed, 11-7-12. Could you please send an ABN for this appointment?

Thanks so much!!

Bobbi Doty
Secretary, Pain Management
Dr John Culclasure & Michelle Dowd PA-C
Phone 615-327-9543, Ext 3434
Fax 615-341-3592

**CONFIDENTIAL DISCOVERY MATERIAL**

| | |
|---|---|
| **From:** | Bobbi Doty |
| **To:** | Christina King; Business Office |
| **CC:** | Dawn Hall |
| **Sent:** | 8/10/2012 1:56:58 PM |
| **Subject:** | RE: 388430 FREDIA BERRY - BAD DEBT |

thanks! will do

**From:** Christina King
**Sent:** Friday, August 10, 2012 1:49 PM
**To:** Bobbi Doty; Business Office
**Cc:** Dawn Hall
**Subject:** RE: 388430 FREDIA BERRY - BAD DEBT

Claudine spoke with her this morning. She has promised to pay the balance when she comes in for her appointment. Please go ahead and schedule.

Thanks!

Christina King
Howell Allen Clinic
Patient Account Representative
Ph: (615) 341-7475
Fax: (615) 341-3568

Confidentiality Notice: This email message, including any attachments, contains information that is confidential and/or legally privileged. The information is intended only for the individual(s) named above. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please purge it immediately and notify the sender.

**From:** Bobbi Doty
**Sent:** Friday, August 10, 2012 1:47 PM
**To:** Business Office
**Cc:** Dawn Hall
**Subject:** 388430 FREDIA BERRY - BAD DEBT

*The patient has called to schedule another TPI, and her account shows "bad debt".   Please advise.*

*Thanks!*

Bobbi Doty
Secretary, Pain Management
Dr John Culclasure & Michelle Dowd PA-C
Phone 615-327-9543, Ext 3434
Fax 615-341-3592

**CONFIDENTIAL DISCOVERY MATERIAL**

| From: | Christina King |
| To: | Nathan Mann; Business Office |
| Sent: | 9/27/2012 8:43:25 AM |
| Subject: | RE: VA recoup $624.59 |

The only VA refund I have is for $412.83. It is for Fredia Berry 388430

Christina King
Howell Allen Clinic
Patient Account Representative
Ph: (615) 341-7475
Fax: (615) 341-3568

Confidentiality Notice: This email message, including any attachments, contains information that is confidential and/or legally privileged. The information is intended only for the individual(s) named above. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please purge it immediately and notify the sender.

**From:** Nathan Mann
**Sent:** Thursday, September 27, 2012 8:29 AM
**To:** Business Office
**Subject:** VA recoup $624.59

does anyone know about a refund request for this amount? Part of it was offset on a Cahaba remit and they told me it was for the VA. The number they gave me to call is an answering machine.

**Nathan Mann**
**Howell Allen Clinic**
**Receipts Entry Coordinator**
**615-341-7592**

**"Devoted to excellence in patient care"**

CONFIDENTIAL DISCOVERY MATERIAL

| | |
|---|---|
| **From:** | Christina King |
| **To:** | Business Office |
| **Sent:** | 7/13/2011 2:24:51 PM |
| **Subject:** | RE: 388430 Fredia Berry Bad debt |

I have replied to Bobbi and Dawn.


Christina King
Howell Allen Clinic
Patient Account Representative
Ph: (615) 341-7475
Fax: (615) 341-3568


Confidentiality Notice: This email message, including any attachments, contains information that is confidential and/or legally privileged. The information is intended only for the individual(s) named above. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please purge it immediately and notify the sender.


**From:** Bobbi Doty
**Sent:** Wednesday, July 13, 2011 2:03 PM
**To:** Business Office
**Cc:** Dawn Hall
**Subject:** 388430 Fredia Berry Bad debt

*I am in the process of confirming appts for us for Friday, and see the "bad debt" flag for this patient.  Do I have to cancel her appointment, or can I have her call you to make arrangements? Did we have this problem the last time I scheduled her as well?*

*Just let me know, and I'll do what you need me to do.*

*Thanks!*

Bobbi Doty
Secretary, Pain Management
Dr John Culclasure & Anna Marie Anderson
Phone 615-327-9543, Ext 3434
Fax 615-341-3592

**CONFIDENTIAL DISCOVERY MATERIAL**

HAC_086

From:      Shreka Rogers
To:        Sadie Pritchard
Sent:      6/11/2012 10:20:04 AM
Subject:   FW: ACS Report from Data Media for HAC00001

-----Original Message-----
From: acs_support@dma.us [mailto:acs support@dma.us]
Sent: Monday, June 11, 2012 10:20 AM
To: Shreka Rogers
Subject: ACS Report from Data Media for HAC00001

Address Change Service (ACS) Response Report for HAC00001

The following mail pieces are Change Of Address(COA) or Undeliverable As Addressed(UAA) and
are being returned to you electronically from Data Media instead of physically from the post
office.

Be sure to work these accounts as the following UAA mail pieces have NOT been delivered by the
post office. If you have any question, please contact our customer service department at
800-533-1640.

******** Change Of Address(COA) ********
---------------------------------------------------------------------------



Client Name: Howell Allen Clinic Mailed Date: 06/06/12
Account: 388430 Name: Fredia Berry
Old Address: 207 Tobacco Road New Address: 5487 VERNONBURG DR

Clarksville TN 37042-4909 COLUMBUS GA 31907-1855

******** Undeliverable As Addressed(UAA) ********
---------------------------------------------------------------------------

CONFIDENTIAL DISCOVERY MATERIAL



**CONFIDENTIAL DISCOVERY MATERIAL**

HAC_088



Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**CONFIDENTIAL DISCOVERY MATERIAL**

**HAC_089**

**From:**  Heather Rickert
**To:**  Bobbi Doty; Business Office
**Sent:**  10/17/2011 8:08:50 AM
**Subject:**  RE: ABNs Needed
**Attachments:**  ███████████████, ███████████████

I have attached ABN's for ███████████ and ████████████.

Thank you!

---

**From:** Bobbi Doty
**Sent:** Monday, October 17, 2011 7:04 AM
**To:** Business Office
**Subject:** ABNs Needed

████████████████████████████

10-24   *Fredia Berry*          *TPI*

*Thanks!*

Bobbi Doty
Secretary, Pain Management
Dr John Culclasure & Anna Marie Anderson
Phone 615-327-9543, Ext 3434
Fax 615-341-3592

**CONFIDENTIAL DISCOVERY MATERIAL**

HAC_090

# EXHIBIT 2

**CONFIDENTIAL DISCOVERY MATERIAL**

SEP/18/2012/TUE 01:38 PM                    FAX No.                              P. 001

DEPARTMENT OF VETERANS AFFAIRS
HEALTH ADMINISTRATION CENTER
Spina Bifida Health Care Benefits/CHAMPVA/ FOREIGN MEDICAL PROGRAM
                    PO Box 469065
                    Denver, CO  80246-9065



# *Telefax*

Date:        *09 18 12*

Attention:    NINA ROGLE              Phone:    *FAX  615 341 3572*

From:    Freddie S. Douglas          Fax:      *303 -398-5663*
                                      Phone:    *303-331-7519*

Comments:    *REF:*

**Number of Pages (including cover):**

*This fax is intended only for the use of the person or office to which it is addressed and may contain information that is privileged, confidential, or protected by law.*

*All others are hereby notified that the receipt of this fax does not waive any applicable privilege or exemption for disclosure and that any dissemination, distribution, or copying of this communication is prohibited.*

*If you have received this fax in error, please notify this office immediately at the telephone number shown above.*

**CONFIDENTIAL DISCOVERY MATERIAL**

**HAC_091**

SEP/18/2012/TUE 01:39 PM                    FAX No.                    P. 002

SEP 18,2012  13:33   ACCOUNTS RECEIVABLE PROFILE
================================================================
NAME: HOWELL ALLEN CL PC          BILL #: 741-K2006X5

2011 MURPHY AVE STE 301
NASHVILLE, TN 372032023     PHONE NO.:

CURRENT STATUS: ACTIVE        CATEGORY: VENDOR
CP: 733                       FUND (APPROPRIATION): 0160A1
                              DATE BILL PREPARED: DEC 14,2011

ORIGINAL AMOUNT: 17.26

FISCAL YEAR   APPROP. CODE     PAT REFERENCE #        AMOUNT
-----------   ------------     ---------------        ------
    11        0160A1                                  17.26

              BALANCES    PAID
                                       LETTER1/ICD:  01/01/2012
PRINCIPAL:     17.26     0.00          LETTER2:      02/01/2012
INTEREST:       0.08     0.00          LETTER3:      03/01/2012
ADMINISTRATIVE: 15.67    0.00          IRS LETTER:
                                       DC/DOJ REF.DATE:
CURRENT:       33.01     0.00

Date forwarded to TOP: JUL 09, 2012
TOP Hold Date:  SEP 07, 2012

TRANSACTIONS:
  1686206        INTEREST/ADM. CHARGE  02/01/12      1.88
  1714611        INTEREST/ADM. CHARGE  03/01/12      1.88
  1742314        INTEREST/ADM. CHARGE  04/01/12      1.88
  1771537        INTEREST/ADM. CHARGE  05/01/12      2.73
  1800803        INTEREST/ADM. CHARGE  06/01/12      1.97
  1831654        INTEREST/ADM. CHARGE  07/01/12      1.97
  1861350        INTEREST/ADM. CHARGE  08/01/12      1.97
  1892146        INTEREST/ADM. CHARGE  09/01/12      1.97

BILL RESULTING FROM:  OHI OVERPAYMENT - OHI NOT INPUT

Date      Description          Quantity   Units   Cost    Total Cost
========================================================================
03/16/2011                      1.00       EA   17.2600   17.26
            OTHER HEALTH INSURANCE NOT INPUT

            BENEFICIARY: BERRY,FRNDIA

            CLAIM: BV89025

            BILLED AMOUNT: $99.00

            DATE OF PAYMENT: 04/26/2011

            RU

Statement date: OCT 1,2012
OTHER BILLS:
  741-K80044N (VEND/WRIT)  741-K2006X7 (VEND/ACTI)

**CONFIDENTIAL DISCOVERY MATERIAL**

**HAC_092**

SEP/18/2012/TUE 01:39 PM          FAX No.                    P. 003

SEP 18,2012  13:33   ACCOUNTS RECEIVABLE PROFILE
==================================================================
NAME: HOWELL ALLEN CL PC          BILL #: 741-K2006X7

2011 MURPHY AVE STE 301
NASHVILLE, TN 172032023        PHONE NO.:

CURRENT STATUS: ACTIVE            CATEGORY: VENDOR
CO: 733                           FUND (APPROPRIATION): 0160A1
                                  DATE BILL PREPARED: DEC 14,2011
ORIGINAL AMOUNT: 553.61

FISCAL YEAR   APPROP. CODE      PAT REFERENCE #         AMOUNT
-----------   -------------     ---------------         ------
    11          0160A1                                  553.61

              BALANCES     PAID
                                    LETTER1/ICO:  01/01/2012
PRINCIPAL:      553.61     0.00     LETTER2:      03/01/2012
INTEREST:         3.77     0.00     LETTER3:      03/01/2012
ADMINISTRATIVE:  22.51     0.00     IRS LETTER:
                                    DC/DOJ REF DATE:
CURRENT:        579.89     0.00

Date forwarded to TOP: JUL 09, 2012
TOP Hold Date:  SEP 07, 2012

TRANSACTIONS:
   1686207         INTEREST/ADM. CHARGE  02/01/12      0.40
   1714614         INTEREST/ADM. CHARGE  03/01/12      0.45
   1743315         INTEREST/ADM. CHARGE  04/01/12      0.45
   1771538         INTEREST/ADM. CHARGE  05/01/12     11.62
   1800804         INTEREST/ADM. CHARGE  06/01/12      3.34
   1831655         INTEREST/ADM. CHARGE  07/01/12      3.23
   1861351         INTEREST/ADM. CHARGE  08/01/12      3.34
   1892147         INTEREST/ADM. CHARGE  09/01/12      3.34

BILL RESULTING FROM:  OHI OVERPAYMENT - OHI NOT INPUT

Date      Description          Quantity  Units  Cost    Total Cost
==================================================================
03/21/2011                        1.00    EA   464.0200  464.02
          OTHER HEALTH INSURANCE NOT INPUT

          BENEFICIARY: BERRY,FREDIA

          CLAIM: BNI7557

          BILLED AMOUNT: $2044.00
03/22/2011                        1.00    EA    89.5300   89.99
          CLAIM: BNK4550

          BILLED AMOUNT: $262.00

          DATE OF PAYMENT: 05/03/2011

          RR

Statement date: OCT 1,2012
OTHER BILLS:
  741-K00044N (VEND/WRIT)  741-K2006X5 (VEND/ACTI)

CONFIDENTIAL DISCOVERY MATERIAL