# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION  )<br>)<br>)<br>)<br>) | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:  )<br>) | |
| *Wray, et al. v. Ameridose, LLC, et al.*  )<br>Civil Action Number 1:13-cv-12737-RWZ  )<br>) | |

**NOTICE OF DEPOSITION**

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426) the Plaintiffs' Steering Committee will take the deposition of Robert Ledford, M.D. on February 8, 2016 at 2:45 p.m. at Heritage Medical Associates, 222 22nd Avenue, North, Nashville, Tennessee 37203. The deposition will be recorded by stenographical means and by video.

Dated: January 13, 2016              Respectfully submitted,

                                     s/ Mark P. Chalos

                                     Mark P. Chalos
                                     LIEFF CABRASER HEIMANN &
                                     BERNSTEIN, LLP
                                     150 Fourth Avenue North, Suite 1650
                                     Nashville, TN 37219-2417
                                     Telephone: (615) 313.9000
                                     Facsimile: (615) 313.9965
                                     mchalos@lchb.com

                                     *Plaintiffs' Steering Committee and Federal/State Liaison*

1288154.1

## CERTIFICATE OF SERVICE

I, Mark P. Chalos, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 13, 2016

s/ Mark P. Chalos
Mark P. Chalos

- 2 -

1288154.1