UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions Against The Saint Thomas Outpatient Neurosurgical Center | MDL No. 2419<br>Master Docket No.: 1:13-md-2419-RWZ<br><br>Honorable Rya W. Zobel |

## **[PROPOSED] ORDER AMENDING SCHEDULE FOR DISCOVERY IN BELLWETHER CASES**

On November 24, 2015, the Court entered an order setting the current schedule for case-specific discovery for the remaining bellwether candidates (Dkt. No. 2435). On December 30, 2015, the Saint Thomas Entities filed a motion (Dkt. No. 2549) seeking to modify this order and certain deadlines set in the Court's previous order on common discovery (Dkt. No. 2330). The Saint Thomas Neurosurgical Defendants filed a joinder seeking largely the same amendments to the schedule. (Dkt. No. 2563). The PSC filed a response agreeing that certain deadlines should be extended but disagreed that the deadlines should be extended as much as requested by the Defendants. Having considered the proposals, the Court agrees with the PSC's schedule and sets the following schedule:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Deadline for Written Discovery | December 14, 2015 | December 14, 2015 |
| Plaintiffs' Opening Common Expert Reports Due | December 16, 2015 | December 16, 2015 |
| Completion of Plaintiffs' Depositions | January 8, 2016 | January 31, 2016 |
| Deadline for Execution of Bellwether Strikes and Joint Filing of Summary of Remaining Bellwether Cases | January 15, 2016 | February 7, 2016 |
| Defendants' Rebuttal Common Expert Reports Due | January 15, 2016 | January 15, 2016 |
| Plaintiffs' Case-Specific Expert Reports Due | January 22, 2016 | March 7, 2016 |
| Plaintiffs' Reply Common Expert Reports Due | January 29, 2016 | January 29, 2016 |
| Defendants' Case-Specific Expert Reports Due | February 5, 2016 | March 21, 2016 |
| Close of Common Expert Discovery | February 19, 2016 | March 28, 2016 |
| Daubert Motions Due | February 19, 2016 | April 18, 2016 |
| Close of Case Specific Discovery | March 4, 2016 | April 18, 2016 |
| Deadline for Completion of Mediation | N/A | March 26, 2016 |

**So Ordered.**

_____
Jennifer C. Boal
United States Magistrate Judge

Dated: January, \_\_\_\_\_ 2016