UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br>  ) <br> All Cases ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**TENNESSEE CLINIC DEFENDANTS' NOTICE OF WITHDRAWL OF EMERGENCY MOTION TO COMPEL SUPPLEMENTATION OF PLAINTIFFS' STEERING COMMITTEE'S RULE 26 EXPERT REPORTS**

Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; and Vaughan Allen, MD (collectively "STOPNC Defendants"), hereby give notice that:

1. At Doc. 2557, the Tennessee Clinic Defendants filed an Emergency Motion to compel supplementation of the Plaintiffs' Steering Committee's ("PSC") Rule 26 Expert Reports.

2. Since that time, the PSC has provided the requested information to supplement those reports.

3. Thus, the Tennessee Clinic Defendants withdraw their Emergency Motion.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

***Attorneys for the STOPNC Defendants***

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 14th day of January, 2016.

/s/ Chris J. Tardio
**Chris. J. Tardio**