**Blumberg & Wolk, LLC**
158 Delaware Street
P.O. Box 68
Woodbury, NJ 08096
(856) 848-7472

*Counsel for Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rhaul Shah, M.D., John Catalano, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO ALL CASES AGAINST Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rhaul Shah, M.D., John Catalano, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D. Including the following:<br><br>Akers, et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13910-RWZ)<br><br>Askins et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13905-RWZ)<br><br>Bacigalupo et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13962-RWZ)<br><br>Baird et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13946-RWZ)<br><br>Bane et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13599-RWZ) | MDL No. 2419<br>Docket No. 1:13-md-2419 (RWZ)<br><br><br><br>**ORDER REGARDING THE PREMIER DEFENDANTS' MOTION TO DISMISS ALL PRODUCT LIABILITY CLAIMS** |

Bazikos et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13163-RWZ)

Bolton et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13904-RWZ)

Burrell et. al. v. inter alia Premier Orthopaedic Associates, et.al.(1:14-cv-13958-RWZ)
Campbell, Clinton et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13916-RWZ)

Campbell, Fritz et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13909-RWZ)

Chambers et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-11822-RWZ)

Dersch et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13164-RWZ)

Devilli et. al. v. inter alia Premier Orthopaedic Associates, et.al.  (1:13-cv-11167-RWZ)

Drain et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13673-RWZ)

Effendian et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:13-cv-11233-RWZ)

Federico et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13956-RWZ)

Fisher et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13601-RWZ)

Garcia et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-14084-RWZ)

Goff et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13913-RWZ)

Gonzalez et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13949-RWZ)

Gould et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:13-cv-10444-RWZ)

Guzman et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:12-cv-12208-RWZ)

Hannah et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:13-cv-10407-RWZ)

Headly et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:15-cv-10258-RWZ)

Hermens et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13945-RWZ)

Hollywood et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13951-RWZ)

Jones, Meagan et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:13-cv-10409-RWZ)

Jones, Preston et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13907-RWZ)

Kirby et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13960-RWZ)

Leaverton et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:13-cv-10408-RWZ)

Letizia et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:13-cv-10442-RWZ)

Marko et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:13-cv-10404-RWZ)

McBride et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-14152-RWZ)

McCoy et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13911-RWZ)

Morell et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13961-RWZ)

Normand et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:13-cv-10447-RWZ)

Overstreet et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13760-RWZ)

Parkell et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13640-RWZ)

Pennington et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:13-cv-10406-RWZ)

Ramos et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13957-RWZ)

Rios et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:13-cv-10411-RWZ)

Rivera et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13943-RWZ)

Roagers et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13915-RWZ)

Santiago et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13959-RWZ)

Schwab et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13914-RWZ)

Shannon et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13555-RWZ)

Snead et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-11821-RWZ)

Stech et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13952-RWZ)

Styles et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13953-RWZ)

Tayvinsky et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:13-cv-10414-RWZ)

Tisa et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:13-cv-10446-RWZ)

> Toletti et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:13-cv-10413-RWZ)
>
> Trout et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13954-RWZ)
>
> Warfle et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13908-RWZ)
>
> West et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:14-cv-13165-RWZ)
>
> Zavacki et. al. v. inter alia Premier Orthopaedic Associates, et.al. (1:13-cv-10441-RWZ)

## ORDER

UPON CONSIDERATION of the Defendants' Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rhaul Shah, M.D., John Catalano, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D. (Hereinafter "The Premier Defendants" or "Premier"), Motion to Dismiss All Product Liability Claims (Docket Number ("Dkt. No.") 2387), and there being no opposition filed by any party;

It is on this 14th day of January, 2016 hereby ORDERED that the Motion is GRANTED and any and all claims, cross claims and counter claims related to product liability as against the Premier Defendants are DISMISSED WITH PREJUDICE and without payment of any kind.

Dated: January 14, 2016

_____
The Honorable Rya W. Zobel
U.S. District Court, District of Massachusetts