UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>*Skelton v. Ameridose*, *LLC*, *et al*, Case No. 1:13-cv-12575 (D. Mass.) | |

## AMENDED DEPOSITION NOTICE

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the deposition of Paul R. McCombs III, M.D., on Friday, January 26, 2016 at 3:00 p.m. at the Law Offices of Gideon, Cooper & Essary, PLC, 315 Deaderick Street, Suite 1100, UPS Tower, Nashville, TN 37238 .  The deposition will be recorded by stenographical means and by video.

Dated: January 14, 2016.                    Respectfully submitted,

**/s/ Benjamin A. Gastel**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

**CERTIFICATE OF SERVICE**

     I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system. Further I have served copy of the foregoing upon counsel for the witness via e-mail and U.S. Mail, postage prepaid as follows:

    Thomas M. Pinckney, Jr.
    Stephen W. Elliott
    Howell & Fisher, PLLC
    300 James Robertson Parkway, Suite 300
    Nashville, TN  37201
    tpinckney@howell-fisher.com
    selliott@howell-fisher.com

                                                  **/s/ Benjamin A. Gastel**
                                                  Benjamin A. Gastel