**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2419 |
| ) | Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: ) | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ ) ) ) | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ ) ) ) | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ ) ) ) | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ ) ) ) | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ ) ) ) | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ ) ) ) | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14023-RWZ ) ) ) | |
| Handy, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ ) ) | |

## NOTICE OF FILING SUBPOENA AND NOTICE OF DEPOSITION
## TO ANDREW VICKERS

The Plaintiffs give notice to the Court and to all parties, pursuant to Federal Rules of Civil Procedure 45(a)(4) and 30, of the issuance of a subpoena to Andrew Vickers and the filing of a Notice of Deposition of Andrew Vickers.  The subpoena requires the deposition testimony and commands the production of documents.[1]

A copy of the Court's MDL Order No. 10 (Deposition Protocol) is attached as Exhibit 2. Pursuant to MDL Order No. 10, a copy of the Third Amended Protective Order of Confidentiality (Dkt. 814) is attached as Exhibit 3.

Dated:  January 15,  2016                        Respectfully submitted,


**/s/ Sharon L. Houston**
Patricia J. Kasputys
Sharon L. Houston
Law Offices of Peter G. Angelos, P.C.
100 N. Charles Street
Baltimore, MD  21201
(410) 649-2000
*Attorneys for Plaintiffs*


**/s/ Michael Coren**
Harry M. Roth
Michael Coren
Cohen Placitella & Roth. P.C.
2001 Market Street
Suite 2900
Philadelphia, PA  19103
(215) 567-3500
*Attorneys for Plaintiffs*

---

[1] The subpoena to Andrew Vickers and the Notice of Deposition of Andrew Vickers are attached as Exhibit 1 to this Notice.

- 2 -

Case 1:13-md-02419-RWZ   Document 2593   Filed 01/15/16   Page 3 of 3

- 3 -

## CERTIFICATE OF SERVICE

I, Sharon L. Houston, hereby certify that I caused a copy of the foregoing to be filed electronically, via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  January 15, 2016                                       **/s/ Sharon L. Houston**
                                                               Sharon L. Houston