UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Suits Naming Saint Thomas Outpatient Neurosurgical Center, LLC | MDL No. 2419<br>Dkt. No. 1:13-md-2419-RWZ |

**NOTICE OF SERVICE OF
STOPNC DEFENDANTS' EXPERT DISCLOSURES**

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; and Vaughan Allen, MD (collectively "STOPNC Defendants"), give notice to the Court and all parties in the MDL that, on January 15, 2016, they served their expert disclosures and reports pursuant to Federal Rule of Civil Procedure 26 and the applicable scheduling order.

The following is a list of experts disclosed and reports served:

Purchasing – Non-Physician

   (1) Crystal Aigner, RN
   (2) Philip J. Almeter, PharmD
   (3) Kellie D. Lowrey, RN

Purchasing – Physician

   (1) Kit S. Mays, MD
   (2) Autry Parker, MD
   (3) Larry E. Patterson, MD
   (4) David Brooke Reath, MD
   (5) Andrew M. Wright, MD
   (6) Paul S. Yim, MD

Coding

    (1) Sarah Holmes
    (2) Sharon J. Oliver

Regulatory

    (1) Sheldon Bradshaw, Esq.
    (2) Henry I. Miller, MD

Compounding

    (1) William Mixon, RPH
    (2) Laura Thoma, PharmD

Medical Ethics

    (1) Joel B. Zivot, MD

Public Health

    (1) Christopher W. Woods, MD, MPH.

\* \* \* \* \* \* \*

They were served by hand on Tennessee counsel for the PSC and by mail on counsel for the Saint Thomas Entities.[1] Counsel for the STOPNC Defendants presumes that the PSC will upload to the repository and distribute to the individual non-committee Tennessee plaintiffs' counsel.

---

[1] Dr. Thoma's report was served separately by email.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

***Attorneys for the STOPNC Defendants***

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 15th day of January, 2016.

/s/ Chris J. Tardio
**Chris J. Tardio**