UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 13-2419-RWZ |
| This Document Relates To:  All Tennessee Actions | |

ORDER ON SAINT THOMAS ENTITIES' MOTION
TO AMEND SCHEDULE FOR BELLWETHER DISCOVERY

January 20, 2016

Boal, M.J.

Upon consideration of the Saint Thomas Entities' motion to amend the schedule for bellwether discovery (Docket No. 2549), the STOPNC Defendants' joinder and response (Docket No. 2563), the PSC's response (Docket No. 2578), and the arguments made at the January 14, 2016 hearing, the Court sets the following deadlines:

| | |
|---|---|
| Completion of Plaintiffs' Depositions | January 29, 2016 |
| Deadline for Execution of Bellwether Strikes | February 5, 2016 |
| Joint Filing of Summary of Remaining Cases | February 12, 2016 |
| Completion of Common Expert Depositions | March 18, 2016 |
| Plaintiffs' Case-Specific Expert Reports Due | March 7, 2016 |
| Defendants' Case-Specific Expert Reports Due | April 7, 2016 |
| Close of Case-Specific Fact and Expert Discovery | May 6, 2016 |
| Daubert Motions Due | May 27, 2016 |

1

The parties shall seek leave of the court to move for summary judgment. By May 18, 2016, the party that seeks summary judgment shall file a motion for leave, not to exceed 5 pages, setting forth good cause for why a summary judgment motion should be allowed. Oppositions shall be filed within a week of the motion for leave and are limited to 5 pages. No replies will be entertained.

**So Ordered.**

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge