UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) MDL No. 2419 ) Dkt. No 1:13-md-2419 (RWZ) ) ) ) |
| Hanson v. Ocean State Pain Management, P.C. 1:13-cv-10685-RWZ | ) ) ) |

## MOTION OF THE DEFENDANT, OCEAN STATE PAIN MANAGEMENT, P.C., FOR ENTRY OF DISMISSAL WITH PREJUDICE OF PRODUCT LIABILITY CLAIMS FOR FAILURE OF PLAINTIFFS TO FILE A TIMELY OPPOSITION PURSUANT TO F.R.C.P. 7.1

Now comes the Defendant, Ocean State Pain Management, P.C., in United States District Court, District of Massachusetts, Civil Action No. 1:13-cv-10685-RWZ, and respectfully requests that this Honorable Court allow the defendant's previously-filed Motion to Dismiss Product Liability Claims of the Plaintiffs due to the Plaintiffs failure to file a timely opposition as required by Fed. R. Civ. P. 7.1(b)(2). Grounds in support of this motion are set forth in the attached memorandum of law.

1

Respectfully submitted,

By their attorneys,

*/s/ Sean Capplis*

SEAN CAPPLIS, ESQ.
BBO #634740
THOMAS M. DOLAN III, ESQ.
BBO #683042
**CAPPLIS, CONNORS, & CARROLL, P.C.**
18 Tremont Street, Suite 330
Boston, MA 02108
Tel: (617) 227-0722
Fax: (617) 227-0772
scapplis@ccclaw.org
tdolan@ccclaw.org

Dated: 1-21-16

### CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2016, I served the above **MOTION OF THE DEFENDANT, OCEAN STATE PAIN MANAGEMENT, P.C., FOR ENTRY OF DISMISSAL WITH PREJUDICE OF PRODUCT LIABILITY CLAIMS FOR FAILURE OF PLAINTIFFS TO FILE A TIMELY OPPOSITION PURSUANT TO F.R.C.P. 7.1** upon the Clerk of the Court, using the CM/ECF System, which then sent a notification of such filing (NEF) to all counsel of record.

*/s/ Sean Capplis*

SEAN CAPPLIS, ESQ.
BBO #634740
THOMAS M. DOLAN III, ESQ.
BBO #683042

2