UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) | |
| | ) ) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) ) | **ORDER REGARDING** |
| | ) | **OCEAN STATE PAIN** |
| *Hanson v. Ocean State Pain Management, P.C.* | ) | **MANAGEMENT'S MOTION** |
| 1:13-cv-10685-RWZ | ) | **TO DISMISS ALL** |
| | ) | **PRODUCT LIABILITY** |
| | ) | **CLAIMS** |
| | ) | |
| | ) | |

## ORDER

UPON CONSIDERATION of the Defendant's, Ocean State Pain Management, P.C. (Hereinafter "the Defendant"), Motion to Dismiss Product Liability Claims of the Plaintiffs, and Memorandum of Law in Support (Docket No. 2388), and Motion for Entry of Dismissal with Prejudice of Product Liability Claims for Failure of Plaintiffs to File a Timely Opposition, and Memorandum of Law in Support (Docket No _____), and there being no opposition filed by any party;

It is on this _____ day of _____, 2016 hereby ORDERED that the Motion is GRANTED and any and all claims, cross claims and counter claims related to product liability as against the Defendant are DISMISSED WITH PREJUDICE and without payment of any kind.

Dated: January _____, 2016

_____
The Honorable Rya W. Zobel
U.S. District Court, District of Massachusetts

1