UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PROCUCTS LIABILITY LITIGATION | ) ) ) ) MDL No.: 2419 ) Master Docket No.: 1:13-md-2419-FDS ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| All Actions Against St. Thomas Neurosurgical | ) |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO MICHAEL O'NEAL, O'NEAL'S PHARMACY CONSULTING SERVICES, AND ST. THOMAS NEUROSURGICAL'S MEDICAL EXECUTIVE COMMITTEE**

For the reasons set forth in the accompanying Supplemental Brief Concerning Motion to Compel Compliance with Subpoena to Michael O'Neal and Motion for Protective Order or, in the Alternative, Memorandum in Support of Motion *In Limine*, the PSC hereby requests that, if the Court finds that the QICP precludes the PSC from conducting unfettered discovery concerning Mr. O'Neal's relationship with St. Thomas Neurosurgical, the Court exclude all references to Michael O'Neal, O'Neal's Pharmacy Consulting Services, and St. Thomas Neurosurgical's Medical Executive Committee at trial.

Date: January 25, 2016            Respectfully submitted:

**/s/ Benjamin A. Gastel**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

1

*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: 617/482-3700
Facsimile: 617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Annika K. Martin
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212/355-9500
Facsimile: 212/355-9592
akmartin@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: 248/557-1688
Facsimile: 248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone: 404/451-7781

2

Facsimile:  404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date: January 25, 2016

/s/ Benjamin A. Gastel
Benjamin A. Gastel