**PRIVILEGE LOG**

| Type of Document | Date | Author | Recipient | Subject matter | Number of pages | Category of privilege |
|---|---|---|---|---|---|---|
| Report | January 1 to December 31, 2011 | Michael O'Neal | STOPNC | Medication management monthly review | 2 | Tennessee Peer Review Law; Tennessee Patient Safety and Quality Improvement Act |