## MEDICATION STORAGE REQUIREMENTS

- Medication storage is in designated areas, appropriately lit & free of food, clutter, & non-medications
- Medications are stored in separate containers and according to type (external/oral/injectable)
- Medication bins are labeled at minimum with name and strength
- High-Alert & Look Alike / Sound Alike medications are stored appropriately and labeled accordingly
- Expired meds are removed from inventory and quarantined in an appropriately labeled container
- Medications are stored to ensure proper stability/sterility
- Medications/Prescription pads are secured & inaccessible by non-authorized persons
- Controlled medications are secured or controlled by staff and storage areas locked when not in use
- A thermometer with memory is in place to record refrigerator/freezer temperatures when the facility is closed

## DOCUMENTATION REQUIREMENTS

- Sanitation/Expiration Log (in Pharmacy Book) is up to date & signed off for all prior months
- Refrigerator/freezer temperatures are monitored and documented
- The Emergency Cart is sealed, checked daily, in date and inventoried according to TN State requirements
- The Malignant Hyperthermia cart is sealed, checked daily, in date & inventoried according to mhaus.org

## MEDICATION PREPARATION REQUIREMENTS

- Medication preparation areas are designated and free of food and non-medications
- Prepared medications are labeled with drug name/strength (concentration), preparation date & diluent
- Prepared medications are administered and stored for no greater than 1 hour prior to administration
- Single-use / Single-patient vials are discarded after initial spike and used on one patient
- Multi-dose vials are dated with expiration date (28 days after initial spike)
- IV fluids are dated (28 days) if removed from outer wrapper on a label (not written directly on bag)

## ANESTHESIA MEDICATION REQUIREMENTS

- Pre-labeled syringes (label placed on syringe prior to preparing medication) are not found in facility
- Neuromuscular blockers requiring refrigeration are dated when removed from refrigeration
- Prepared medications are labeled with drug name/strength (concentration), preparation date & diluent
- Single-use / Single-patient vials are discarded after initial spike and used on one patient
- Multi-dose vials are dated with expiration date (28 days after initial spike)