UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ This Document Relates to: Suits Naming Saint Thomas Outpatient Neurosurgical Center, LLC | MDL No. 2419 Dkt. No. 1:13-md-2419-RWZ |

**SAINT THOMAS OUTPATIENT NEUROSURGICAL CENTER, LLC, HOWELL ALLEN CLINIC, A PROFESSIONAL CORPORATION, JOHN W. CULCLASURE, MD, AND DEBRA V. SCHAMBERG, RN, CNOR'S FIRST PRIVILEGE LOG**

Pursuant to the *Order Regarding Common Issue Discovery* [Dkt. 1425], specifically Section II., C., the Defendants, Saint Thomas Outpatient Neurosurgical Center, LLC ("STOPNC"), Howell Allen Clinic, a Professional Corporation ("Howell Allen"), John W. Culclasure, MD ("Dr. Culclasure"), and Debra V. Schamberg, RN, CNOR ("Ms. Schamberg") (collectively "these Defendants"), hereby serve their privilege log following substantial completion of document production.[1]

The log is attached as an exhibit to this document.

---

[1] Privilege asserted as to specific ESI will be done pursuant to the ESI Protocol at Dkt. 1087.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**


/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

***Attorneys for the Tennessee Clinic Defendants***

* Admitted pursuant to MDL Order No. 1
** Admitted *pro hac vice*.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November, 2014, a true and accurate copy of the foregoing was served on the PSC by electronic mail. A paper copy was served on the PSC and on the other parties below on November 20, 2014. The Defendants anticipate that the PSC will upload the privilege log to the discovery repository in the MDL:

| | |
|---|---|
| Gerard Stranch, IV<br>Ben Gastel<br>Branstetter, Stranch & Jennings, PLLC<br>227 2nd Ave N<br>Suite 400<br>Nashville, TN 37201<br><br>*Attorneys for the PSC*<br><br>[via electronic mail and US Mail, to upload to repository] | Matthew P. Moriarty<br>Thomas W. Coffey<br>Richard A. Dean<br>Tucker Ellis, LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113<br><br>Scott H. Kremer<br>Tucker, Heifetz & Saltzman<br>Three School Street<br>Boston, MA 02108<br><br>Scott J. Tucker<br>Paul Saltzman<br>Matthew E. Mantalos<br>Tucker, Saltzman & Dyer, LLP<br>50 Congress Street<br>Boston, MA 02109<br><br>*Attorneys for Defendant Ameridose, LLC* |

| | |
|---|---|
| Daniel M. Rabinovitz<br>Brady J. Hermann<br>Nicki Samson<br>Michaels, Ward & Rabinovitz<br>One Beacon Street , 2nd Floor<br>Boston, MA 02108<br><br>*Attorneys for Defendant Medical Sales Management, Inc.* | John P. Ryan<br>Robert H. Gaynor<br>William J. Dailey, Jr.<br>Sloane and Walsh, LLP<br>Three Center Plaza<br>Boston, MA 02108<br><br>*Attorneys for Gregory Conigliaro, Registered Agent for Service of Process for Medical Sales Management SW, Inc.* |
| Joseph P. Thomas<br>Ulmer & Berne, LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br><br>Joshua A. Klarfeld<br>Ulmer & Berne, LLP<br>1660 W.2nd Street, Suite 1100<br>Cleveland, OH 44113<br><br>*Attorneys for Defendant GDC Properties Management, LLC* | Kenneth B. Walton<br>Kristen R. Ragosta<br>Donovan Hatem, LLP<br>Two Seaport Lane, 8th Floor<br>Boston, MA 02210<br><br>*Attorneys for Defendant ARL Bio Pharma* |

4

| | |
|---|---|
| John P. Ryan<br>Robert H. Gaynor<br>William J. Dailey, Jr.<br>Sloane and Walsh, LLP<br>Three Center Plaza<br>Boston, MA 02108<br><br>*Attorneys for Defendants Barry J. Cadden, Lisa Conigliaro Cadden, Gregory Conigliaro, Carla Conigliaro, Douglas Conigliaro and Glenn A. Chin*<br><br>Bruce A. Singal<br>Michelle R. Peirce<br>Callan G. Stein<br>Donague, Barrett & Singal, P.C.<br>One Beacon Street , Suite 1320<br>Boston, MA 02108<br><br>*Attorneys for Defendants Barry J. Cadden and Lisa Conigliaro Cadden* | James Rehnquist<br>Abigail K. Hemani<br>Roberto M. Braceras<br>Goodwin Procter LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br><br>*Attorneys for Unifirst Corporation a/d/b/a Uniclean Cleanroom Services* |

| | |
|---|---|
| Frederick H. Fern<br>Judi Abbott Curry<br>Jessica Saunders Eichel<br>Alan M. Winchester<br>Harris Beach PLLC<br>100 Wall Street<br>23rd Floor<br>New York, NY 10005<br><br>Geoffrey M. Coan<br>Daniel E. Tranen<br>Hinshaw & Culbertson LLP<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br><br>Michael R. Gottfried<br>Thomas B.K. Ringe, III<br>Jennifer Mikels<br>Duane Morris LLP<br>100 High Street<br>Suite 2400<br>Boston, MA 02110-1724<br><br>*Attorneys for NECC* | Marcy H. Greer<br>Alexander Dubose Jefferson & Townsent<br>515 Congress Ave.<br>Suite 2350<br>Austin, TX 78701<br><br>Yvonne K. Puig<br>Eric Hoffman<br>Fulbright & Jaworski L.L.P.<br>98 San Jacinto Blvd.<br>Suite 1100<br>Austin, TX 78701<br><br>Sarah P. Kelly<br>Nutter, McClennen & Fish, LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br><br>*Attorneys for the Saint Thomas Entities* |

/s/ Chris J. Tardio
**Chris J. Tardio**

# EXHIBIT

**STOPNC, *et al.* Privilege Log**

| Document Type | Date Created | Author(s) | Recipient(s) | Privilege Asserted |
|---|---|---|---|---|
| Medical Executive Committee minutes containing physician credentialing information, results of internal quality check programs, accreditation survey results, changes to policies and procedures, *etc.* | February 2010 – November 2012 | Debra Schamberg; Tina Sullivan | N/A | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 |
| Logs documenting internal quality checks, including drug expiration checks and operating room temperature and humidity checks | January 2011 – April 2013 | Cindy McClendon; Greta Hallman; Sandy Littleton; Linda Forrest | Debra Schamberg | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 |
| Notes (handwritten and typewritten) created by STOPNC staff members when documenting efforts to notify patients of their receipt of NECC MPA, including some notes regarding patient admissions after receipt of recalled NECC medication; kept at the instruction of counsel | September 2012 – December 2012 | Debra Schamberg; Greta Hallman; Cindy McClendon; and other STOPNC staff members (most of the notes are unsigned) | N/A | Work-Product Doctrine; HIPAA; Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 |
| All emails and documents to or from STOPNC's pharmacist consultant, Michael O'Neal, RPh related to his services as pharmacy consultant | 2000- | Debra Schamberg; Cindy McClendon; Michael O'Neal | Debra Schamberg, Cindy McClendon, Michael O'Neal | Work-Product Doctrine; Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 |
| A handwritten note documenting Debra Schamberg, RN's consultation with pharmacist Patricia Beckham, RPh regarding whether to send patient names to NECC as requested by Mario Giamei | 2012 (est.) | Debra Schamberg | N/A | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 |
| A letter from the Tennessee Department of Health's Board of Licensing Health Care Facilities survey of STOPNC following the 2012 NECC recall related to the fungal meningitis outbreak | April 5, 2013 | Shirley Jones, RN of the Tennessee Department of Health's Board of Licensing Health Care Facilities | Debra Schamberg | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 |
| Minutes from a STOPNC staff quality improvement meeting held on October 11, 2012, to review safe injection practices and STOPNC's updated policy regarding same | October 11, 2012 | Debra Schamberg | N/A | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 |

2

| | | | | |
|---|---|---|---|---|
| STOPNC MedAsset contract | June 29, 2005 | MedAsset; Mark Mason | N/A | Confidentiality provision in contract |
| Handwritten notes on Medication Management chapter from the Joint Commission's 2009 Comprehensive Accreditation Manual for Ambulatory Care regarding internal evaluation of STOPNC's compliance with various provisions in the chapter | 2009 (est.) | Cindy McClendon | N/A | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 |