UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hanson v. Ocean State Pain Management, P.C.*<br>1:13-cv-10685-RWZ | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ)<br><br>**ORDER REGARDING OCEAN STATE PAIN MANAGEMENT'S MOTION TO DISMISS ALL PRODUCT LIABILITY CLAIMS** |

**ORDER**

UPON CONSIDERATION of the Defendant's, Ocean State Pain Management, P.C. (Hereinafter "the Defendant"), Motion to Dismiss Product Liability Claims of the Plaintiffs, and Memorandum of Law in Support (Docket No. 2388), and Motion for Entry of Dismissal with Prejudice of Product Liability Claims for Failure of Plaintiffs to File a Timely Opposition, and Memorandum of Law in Support, and there being no opposition filed by any party;

It is on this _____ day of _____, 2016 hereby ORDERED that the Motion is GRANTED and any and all claims, cross claims and counter claims related to product liability as against the Defendant are DISMISSED WITH PREJUDICE and without payment of any kind.

Dated: January ____, 2016

_____
The Honorable Rya W. Zobel
U.S. District Court, District of Massachusetts

1