UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ This Document Relates to: Berry v. STOPNC, LLC, *et al.* Dkt. No.: 1:13-cv-12838-RWZ | MDL No. 2419 Dkt. No. 1:13-md-2419-RWZ |

**Notice of Stipulation of Extension of Time to
Respond to the PSC's Motion to Compel [Doc. 2570]**

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; and Debra Schamberg, RN, CNOR, (collectively, "STOPNC Defendants") hereby give notice to this honorable Court and all parties that, consistent with MDL Order 11 [Doc. 1524], the STOPNC Defendants, and the PSC (the "Impacted Parties" with regard to this motion) have agreed that the STOPNC Defendants shall have through February 5, 2016, to file a written response to the PSC's Motion to Compel [Doc. 2570]. The parties are in the process of meeting and conferring to attempt to resolve or narrow the issues before the Court. This is the first extension for response to this motion.

>Respectfully submitted with consent of the PSC,
>
>**GIDEON, COOPER & ESSARY, PLC**
>
>/s/ Chris J. Tardio
>**C.J. Gideon, Jr.***
>**Chris J. Tardio***
>**Alan S. Bean****
>**Matthew H. Cline***
>315 Deaderick Street, Suite
>Nashville, TN 37238
>Ph: (615) 254-0400
>Fax: (515) 254-0459
>chris@gideoncooper.com
>
>*Attorneys for the Tennessee Clinic Defendants*

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 26th day of January, 2016.

>/s/ Chris J. Tardio
>**Chris J. Tardio**