# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Against the Saint Thomas Outpatient Neurosurgical Center, LLC and related persons and entities | Judge Rya Zobel |

## PLAINTIFFS' STEERING COMMITTEE'S
## NOTICE OF SERVICE OF COMMON REBUTTAL EXPERT REPORTS

Pursuant to Dkt. No. 2330 and Rule 26 of the Federal Rules of Civil Procedure, the Plaintiffs' Steering Committee hereby gives notice to the Court and all parties of service of the PSC's common rebuttal expert reports for cases against Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, Aa Professional Corporation, John Culclasure, MD, Debra Schamberg, RN, CNOR Vaughan Allen, MD, Saint Thomas Health, Saint Thomas West Hospital, f/k/a Saint Thomas Hospital, and Saint Thomas Network (collectively the "Nashville Clinic Defendants"). The PSC served the Rule 26 expert reports of the following individuals upon counsel of the Nashville Clinic Defendants.

1. David Kessler, M.D.;
2. Erich Joachimsthaler, PhD;
3. Robert Guardino, BS, M.T, MS.

Dated:  January 29, 2016

Respectfully submitted,

**/s/ Benjamin A. Gastel**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC

1

227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

## CERTIFICATE OF SERVICE

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

I, Benjamin A. Gastel, further certify that a copy of the above-referenced expert reports were served by electronic and/or United States mail upon the following counsel of record for the Nashville Clinic Defendants:

Chris Tardio     (chris@gideoncooper.com)
Matt Cline       (matt@gideoncooper.com)
CJ Gideon        (cj@gideoncooper.com)
**Gideon Cooper & Essary,**
315 Deaderick St., # 1100
Nashville, TN 37201

Adam Schramek    (adam.schramek@nortonrosefulbright.com)
Yvonne Puig      (Yvonne.puig@nortonrosefulbright.com)
**Norton Rose Fulbright**
98 San Jacinto Blvd
Suite 1100
Austin TX 78701

Sarah Kelly (skelly@nutter.com)
**Nutter McClennen & Fish LLP**
Seaport West, 155 Seaport Blvd
Boston MA 02210

Dated: January 29, 2016

**/s/ Benjamin A. Gastel**