**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Identified In Dkt. No. 1472-1. | Judge Rya Zobel |

**PLAINTIFFS' STEERING COMMITTEE'S**
**NOTICE OF FILING NOTICES OF DEPOSITION**

The Plaintiffs' Steering Committee gives notice to the Court and all parties of filing the Deposition Notices Ian M. Wallis; Deposition of Keith H. St. John; Deposition of Robert Parrino, Ph.D.; Deposition of David Joseph R. Ph., FIACP; Deposition of Raymond K. Schneider; and Deposition of Robert Latham, M.D.  Said Deposition Notices are attached hereto as Exhibits 1 through 6, respectively.

| | |
|---|---|
| Dated:  February 4, 2016 | Respectfully submitted,<br><br>**/s/ Benjamin A. Gastel**<br>Benjamin A. Gastel<br>J. Gerard Stranch, IV<br>BRANSETTER, STRANCH & JENNINGS PLLC<br>227 Second Avenue North<br>Nashville, TN  37201<br>Telephone:  (615) 254-8801<br>Facsimile:  (615) 255-5419<br>beng@branstetterlaw.com<br>gerards@branstetterlaw.com<br><br>*Plaintiffs' Steering Committee and Tennessee State Chair* |

1

**CERTIFICATE OF SERVICE**

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 4, 2016

                                          **/s/ Benjamin A. Gastel**
                                          Benjamin A. Gastel