**EXHIBIT 4**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions Naming St. Thomas Outpatient Neurosurgical Center | |

## DEPOSITION NOTICE

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the deposition of David S. Joseph, R. Ph., FIACP on Friday, February 19, 2016 at 9:00 a.m. at the The Orlando Firm, PC located at 4921 Memorial Hwy., 2nd Floor, Tampa, Florida 33624.  The deposition will be recorded by stenographical means and by video. A request for records is attached as Exhibit A hereto.

Dated: February 4, 2016

Respectfully submitted,

**/s/ Benjamin A. Gastel**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

## CERTIFICATE OF SERVICE

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 4, 2016

/s/ Benjamin A. Gastel
Benjamin A. Gastel

## **EXHIBIT A**

The word "documents" shall be defined to include any kind of written, typewritten, printed or recorded material whatsoever, including without limitation, statements, notes, transcription of notes, memoranda, letters, telefaxes, publications, agreements, pictures, photographs, audio tape recordings, video tape recordings, cassettes, transcriptions of any such recordings, log books, business records, and computer files or electronic data such as e-mails or instant messages.

Pursuant to the Federal Rules of Civil Procedure, this will serve as a request for the Deponent, expert witness David S. Joseph, R. Ph., FIACP, to produce the following documents at least seven days before his deposition:

1. All documents containing facts or data that he considered in forming his expert opinions.

2. All documents containing facts or data that the underlying party's attorney provided to him and that he considered in forming the opinions to be expressed.

3. Copies of all scholarly literature on which he relied.

4. All exhibits that he intends to use to summarize or support his opinions.

5. All materials relevant to his opinions and his expert report in this case.

6. A list of all publications he authored in the previous 10 years.

7. A list of all other cases in which he has testified as an expert at trial or by deposition within the previous 4 years.

8. All communications relating to compensation for his study or testimony.

9. All non-privileged communications relating to his report.

10. His current resume and curriculum vitae.