UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>*Berry v. Ameridose*, *LLC*, *et al*, Case No. 1:13-cv-12838 (D. Mass.) | |

## NOTICE OF WITHDRAWAL OF MOTION WITHOUT PREJUDICE PERTAINING TO POTENTIAL BELLWETHER PLAINTIFF, FREDIA BERRY [DKT. 2570]

Potential bellwether plaintiff, Fredia Berry, hereby provides notice of withdrawal of the motion filed with the court on January 12, 2016 captioned *Emergency MOTION to Compel St. Thomas Clinic Defendants to Produce Records in Response to Ms. Berry's First Sets of Requests for Production* [Dkt. No. 2570, the "Motion"] without prejudice.

WHEREFORE this Court is requested to disregard the Motion because it has been withdrawn.

Dated: February 5, 2016            Respectfully submitted,

**/s/ Benjamin A. Gastel**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Counsel for Fredia Berry*
*Plaintiffs' Steering Committee*
*Tennessee State Chair*

## CERTIFICATE OF SERVICE

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 5, 2016

/s/ **Benjamin A. Gastel**
Benjamin A. Gastel