UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All Suits ) <br> ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**Notice of Stipulation on Extension of Time for
STOPNC Defendants to Respond to**
*PSC's Supplemental Brief regarding Michael O'Neal* **[Dkt. 2609]**
**and**
*Motion in Limine regarding Michael O'Neal* **[Dkt. 2608, 2609]**

---

Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John W. Culclasure, MD; Debra V. Schamberg, RN, CNOR; and Vaughan Allen, MD (collectively "the STOPNC Defendants") hereby give notice to this honorable Court and all parties:

1.  Consistent with MDL Order 11 [Dkt. 1524], the STOPNC Defendants and the Plaintiffs' Steering Committee (two of the "Impacted Parties" with regard to this motion) have agreed that the STOPNC Defendants shall have through February 18, 2016, to file a written response to (1) the PSC's Supplemental Brief regarding Michael O'Neal [Dkt. 2609] and (2) Motion *in Limine* regarding Michael O'Neal [Dkt. 2608, 2609].

2.  The parties are presently meeting and conferring and working on a stipulation to resolve the issues in these motions.

3.  This is the first extension for response to this motion.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

*/s/ Chris J. Tardio*
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Clinic Defendants*

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 5th day of February, 2016.

*/s/ Chris J. Tardio*
**Chris J. Tardio**

2