**EXHIBIT 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## DEPOSITION NOTICE

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the deposition of Robert Latham, MD on Tuesday, February 16, 2016 at 10:00 a.m., at the offices of Bradley Arant Boult Cummings, LLP, 1600 Division St., Suite 700, Nashville, TN 37203. The deposition will be recorded by stenographical means and by video.

Dated: February 5, 2016

              Respectfully submitted,

              **/s/ Benjamin A. Gastel**
              J. Gerard Stranch, IV
              Benjamin A. Gastel
              BRANSTETTER, STRANCH & JENNINGS PLLC
              227 Second Avenue North
              Nashville, TN  37201
              Telephone:  (615) 254-8801
              Facsimile:  (615) 255-5419
              gerards@branstetterlaw.com
              beng@branstetterlaw.com

              *Plaintiffs' Steering Committee and Tennessee State Chair*

**CERTIFICATE OF SERVICE**

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 5, 2016

                                                **/s/ Benjamin A. Gastel**
                                                Benjamin A. Gastel