## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Against Premier Orthopedic and Sports Medicine Associates of Southern New Jersey, LLC | Judge Rya Zobel |

### PLAINTIFFS' STEERING COMMITTEE'S

### NOTICE OF SERVICE OF RULE CROSS EXAMINATION QUESTIONS

Pursuant to Rule 31 of the Federal Rules of Civil Procedure, the Plaintiffs' Steering Committee hereby gives notice to the Court and all parties of service of the PSC's Rule 31 cross examination questions upon Premier Orthopedic and Sports Medicine Associates of Southern New Jersey, LLC. ("Premier"). The PSC served the Rule 31 questions with exhibits of the following upon counsel for Premier:

1. Central Jersey Orthopedics Specialists, P.C.;

2. Montclair Orthopedic Group;

3. New Jersey Spine & Sports Medicine;

4. Ross Center for Orthopedics;

5. Chattanooga Surgery Center;

6. Vanderbilt Medical Group Clinic;

7. Summit Surgery Center;

8. UCSF Medical Center;

9. The Emory Clinic Ambulatory Surgery Center; and

10. University of Tennessee Medical Center.

Dated:  February 5, 2016                    Respectfully submitted,

*/s/ Benjamin A. Gastel*

J. Gerard Stranch, IV
Benjamin A. Gastel

BRANSETTER, STRANCH & JENNINGS PLLC

227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

I, Benjamin A. Gastel, further certify that a copy of the above-referenced Notice was served via electronic service and/or United States mail upon the following counsel of record for Premier:

Chris Wolk, Esquire
Blumberg and Wolk
158 Delaware St,
Woodbury, NJ 08096
cwolk@blumberglawoffices.com

Dated: February 5, 2016

**<u>/s/ Benjamin A. Gastel</u>**