UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) MDL No. 2419 ) Dkt. No. 1:13-md-2419 (RWZ) ) |
| THIS DOCUMENT RELATES TO:<br><br>   All Cases Against the Saint Thomas Entities | ) ) ) ) ) ) |

### NASHVILLE HEALTHCARE DEFENDANTS' NOTICE OF EXERCISE OF BELLWETHER STRIKES

Pursuant to the Court's July 9, 2015 order (Docket #2075) ("July 9 Order"), as modified by its November 24, 2015 order (Docket #2435) ("November 24 Order"), and January 20, 2016 order ("Docket #2596) ("January 20 Order"), the Nashville Healthcare Defendants[1] submit this Notice of Exercise of Bellwether Strikes relating to the MDL Plaintiffs bringing claims against them.

#### NOTICE OF BELLWETHER STRIKES

On October 19, 2015, the Nashville Healthcare Defendants jointly filed *Defendants' Notice of Exercise of Bellwether Strikes* (Docket #2337), in which they gave notice of their exercise of two of their four strikes as to the following bellwether candidates:

1. *Reed v. Ameridose, et. al.*, No. 1:13-cv-12565

2. *Rybinski v. Ameridose, et al.*, No. 1:13-cv-12818

---

[1] Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN; Vaughan Allen, MD; Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

With this document, the Nashville Healthcare Defendants give notice to the Court and all parties that they are exercising their remaining two strikes under the Court's July 9, November 24, and January 20 Orders as to the following bellwether candidate cases:

3. *Sullivan, et al. v. Ameridose, et al.*, No. 1:13-cv-12781-RWZ

4. *Sharer, et al. v. Ameridose, et al.*, No. 1:13-cv-12577-RWZ

                                SAINT THOMAS WEST HOSPITAL, FORMERLY KNOWN AS ST. THOMAS HOSPITAL, SAINT THOMAS NETWORK, AND SAINT THOMAS HEALTH

                                By their attorneys,
*/s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 439-2000
(617) 310-9461 (FAX)

Dated:  February 5, 2016

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
(512) 482-9300
(512) 482-9303 (FAX)

> GIDEON, COOPER & ESSARY, PLC
>
> */s/ Chris J. Tardio*
> C.J. Gideon, Jr.**
> cj@gideoncooper.com
> Chris J. Tardio**
> chris@gideoncooper.com
> Alan S. Bean*
> alan@gideoncooper.com
> Matthew H. Cline**
> matt@gideoncooper.com
> 315 Deaderick Street, Suite
> Nashville, TN 37238
> Ph: (615) 254-0400
> Fax: (515) 254-0459
>
> *Attorneys for the Tennessee Clinic Defendants*

*Appearing *Pro Hac Vice*
**Admitted pursuant to MDL Order No. 1

### CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 5th day of February, 2016.

> */s/ Sarah P. Kelly*
> SARAH P. KELLY

3038363.1

4