**Blumberg & Wolk, LLC**
158 Delaware Street
P.O. Box 68
Woodbury, NJ 08096
(856) 848-7472

*Counsel for Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rhaul Shah, M.D., John Catalano, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Docket No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

### NOTICE OF FILING OF PREMIER'S OBJECTIONS TO THE PSC'S CROSS-EXAMINATION QUESTIONS FOR EACH DEPOSITION BY WRITTEN QUESTION NOTICED BY PREMIER

Pursuant to Fed. R. Civ. P. 32(d)(3)(C), Premier Orthopedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopedic Associates, Premier Orthopedic Associates Surgical Center, LLC, Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rahul Shah, M.D., Dr. Richard C. DiVerniero, M.D. (Hereinafter "The Premier Defendants" or "Premier") give notice to the Court and to all parties of the filing of the following:

1. Premier's Objections to the PSC's Rule 31 Cross-Examination Questions for the Deposition by Written Question of Central Jersey Orthopedics Specialists, PC[1];

2. Premier's Objections to the PSC's Rule 31 Cross-Examination Questions for the Deposition by Written Question of Montclair Orthopedic Group[2];

3. Premier's Objections to the PSC's Rule 31 Cross-Examination Questions for the Deposition by Written Question of New Jersey Spine & Sports Medicine[3];

4. Premier's Objections to the PSC's Rule 31 Cross-Examination Questions for the Deposition by Written Question of Ross Center for Orthopedics[4];

5. Premier's Objections to the PSC's Rule 31 Cross-Examination Questions for the Deposition by Written Question of Vanderbilt Medical Group Clinic Pharmacy[5];

6. Premier's Objections to the PSC's Rule 31 Cross-Examination Questions for the Deposition by Written Question of Summit Surgery Center[6];

7. Premier's Objections to the PSC's Rule 31 Cross-Examination Questions for the Deposition by Written Question of The Emory Clinic Ambulatory Surgery Center[7];

8. Premier's Objections to the PSC's Rule 31 Cross-Examination Questions for the Deposition by Written Questions of University of Tennessee Medical Center.[8]

Under Rule 32(d)(3)(C), "[a]n objection to the form of a written question under Rule 31 is waived if not served in writing on the party submitting the question within the time for serving responsive questions." Fed. R. Civ. P. 32(d)(3)(C). Pursuant to Rule 31(a)(5), the time period for submitting re-direct questions is seven days following submission of cross examination questions. Fed. R. Civ. P. 31(a)(5). Accordingly, the Premier Defendants have seven days from submission of the PSC's cross-examination questions to serve their objections in writing on the PSC. The Premier Defendants received the PSC's cross-examination questions via e-mail link to an online drop-box on February 2, 2016. By operation of the Court's ECF system, the Premier

---

[1] Exhibit 1.
[2] Exhibit 2.
[3] Exhibit 3.
[4] Exhibit 4.
[5] Exhibit 5.
[6] Exhibit 6.
[7] Exhibit 7
[8] Exhibit 8.

Defendants consider their objections to the PSC's cross-examination questions appropriately served under Rule 32 as of the filing of this Notice of Filing and associated exhibits, which include Premier's objections as listed above.

Respectfully submitted,

**Blumberg & Wolk, LLC**
158 Delaware Street
P.O. Box 68
Woodbury New Jersey 08096
(856) 848-7472
cwolk@blumberglawoffices.com

/s/ Christopher M. Wolk
Christopher M. Wolk, Esq.

Attorneys for Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.

## CERTIFICATION

I certify that in submitting this *NOTICE OF FILING*, I caused a copy of the above to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 8, 2016

/s/ Christopher M. Wolk
Christopher M. Wolk, Esq.