UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Against Box Hill Defendants | |

PLAINTIFFS' STEERING COMMITTEE'S

NOTICE OF SERVICE OF RULE CROSS EXAMINATION QUESTIONS

Pursuant to Rule 31 of the Federal Rules of Civil Procedure, the Plaintiffs' Steering Committee hereby gives notice to the Court and all parties of service of the PSC's Rule 31 cross examination questions upon Box Hill Surgery Center, LLC, Ritu T. Bhambani, MD, and Ritu T. Bhambani, MD, LLC. ("Box Hill"). The PSC served the Rule 31 questions with exhibits of the following upon counsel for Box Hill:

1. Peninsula Orthopaedic Associates, P.A.

2. Cumberland Valley Surgery Center

3. Annapolis Surgery Center

4. Hanover Parkway Surgery Center

5. Berlin Interventional Pain Management

6. Erlanger Health System

7. East Tennessee Children's Hospital

8. Premier Orthopedics & Sports Medicine

9. Hunter Holmes McGuire VA Medical Center, and

10. James E. Davis Ambulatory Surgical Center (Duke University)

1

2

Dated: February 9, 2016                    Respectfully submitted,

/s/ Kimberly A. Dougherty
Kimberly A. Dougherty, Esq.
Janet, Jenner & Suggs, LLC
31 St. James Ave, Suite 365
Boston, MA 02116
T: (617) 933-1265
F: (410) 653-9030
KDougherty@myadvocates.com

*Plaintiffs' Steering Committee and Maryland State Chair*

**CERTIFICATE OF SERVICE**

I, Kimberly A. Dougherty, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

I, Kimberly A. Dougherty, further certify that a copy of the above-referenced Notice was served via electronic service and/or United States mail on February 3, 2016 upon the following counsel of record for Box Hill:

Gregory Kirby, Esq.
Pessin Katz Law, P.A.
901 Dulaney Valley Rd
Suite 500
Towson, Maryland 21204
gkirby@pklaw.com

Dated: February 9, 2016                                    /s/ Kimberly A. Dougherty
                                                            Kimberly A. Dougherty