**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.** | ) ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL No.: 1:13-md-2419** |
| | ) | |
| | ) | |
| **This Document Relates to:** | ) | **Judge Rya Zobel** |
| | ) | |
| **Temple v. Ameridose, LLC, et al** | ) | |
| **1:13-cv-12696** | ) | |
| | ) | |

---

### Notice of Deposition

---

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; and Debra Schamberg, RN, CNOR, pursuant to Federal Rule of Civil Procedure 30, come now and give notice that the oral and videotaped deposition of Peggy Temple will be taken on March 3, 2016, to begin at 9:00 a.m. CDT and continuing until completed.

The deposition will take place at the law office of Jonathan L. Griffith, 213 Fifth Avenue North, Suite 300, Nashville, TN 37219. The deposition will be recorded by stenographic means and by video.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**Chris J. Tardio***
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com
matt@gideoncooper.com
***Attorneys for Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; and Debra Schamberg, RN***

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 10th day of February, 2016.

/s/ Chris J. Tardio
**Chris J. Tardio**

2