**EXHIBIT A2 – COLLINS AMENDED COMPLAINT**

STATE OF TENNESSEE   )
                      )
COUNTY OF DAVIDSON  )

### AFFIDAVIT OF MEGAN KILLION

COMES NOW the affiant, **MEGAN KILLION**, who, having first been duly sworn, states that the following statements are true:

1.    All of the statements contained in this Affidavit are true and correct and made on the basis of my personal knowledge. I am an adult citizen of the State of Tennessee, over the age of 18 years, and am competent to make the statements contained in this Affidavit. I am an attorney employed by Branstetter, Stranch and Jennings, PLLC, located in Nashville, Tennessee.

2.    On March 24, 2015, I mailed by certified mail, return receipt requested, a Notice letter and enclosures to Jean Atkinson, R.N at her most recent known business address (Cumberland Medical Center, 421 South Main Street, Crossville, TN 38555). I obtained certificates of mailing from the United States Postal Service stamped with the date of mailing as required by T.C.A. § 29-26-121(a). I attach as Exhibit 1 a copy of the Notice letter sent to Jean Atkinson, R.N. along with copies of the enclosures to the letter which include a list of the names and address of all healthcare providers who were served Notice pursuant to T.C.A. § 29-26-121, a HIPAA compliant medical authorization permitting Jean Atkinson, R.N. to obtain complete medical records from each other provider being sent a Notice, and a copy of the Certificate of Mailing from the United States Postal Service stamped with the date of mailing of the Notice and enclosures.

3.    On March 24, 2015, I mailed by certified mail, return receipt requested, a Notice letter and enclosures to Calisher & Associates, Inc. at the company's Tennessee registered agent's address (c/o Paracorp Incorporated, Ste B, 992 Davidson Drive, Nashville, TN 37205)

**EXHIBIT A2 –COLLINS AMENDED COMPLAINT**

and the company's Principal Address (Ste 115, 555 Corporate Drive, Ladera Ranch, CA 92694).

I obtained certificates of mailing from the United States Postal Service stamped with the date of

mailing as required by T.C.A. § 29-26-121(a).  I attach as Exhibit 2 a copy of the Notice letter

sent to Calisher & Associates, Inc. along with copies of the enclosures to the letter which include

a list of the names and address of all healthcare providers who were served Notice pursuant to

T.C.A. § 29-26-121, a HIPAA compliant medical authorization permitting Calisher &

Associates, Inc. to obtain complete medical records from each other provider being sent a

Notice, and a copy of the Certificate of Mailing from the United States Postal Service stamped

with the date of mailing of the Notice and enclosures.

       4.      On March 24, 2015, I mailed by certified mail, return receipt requested, a Notice

letter and enclosures to Specialty Surgery Center to Specialty Surgery Center's attorney's

address (c/o Chris Tardio, Gideon Cooper & Essary, 315 Deaderick St., Suite 1100, Nashville,

TN 37238) because Specialty Surgery Center no longer operates at any physical location. I

obtained certificates of mailing from the United States Postal Service stamped with the date of

mailing as required by T.C.A. § 29-26-121(a).  I attach as Exhibit 3 a copy of the Notice letter

sent to Specialty Surgery Center along with copies of the enclosures to the letter which include a

list of the names and address of all healthcare providers who were served Notice pursuant to

T.C.A. § 29-26-121, a HIPAA compliant medical authorization permitting Specialty Surgery

Center to obtain complete medical records from each other provider being sent a Notice, and a

copy of the Certificate of Mailing from the United States Postal Service stamped with the date of

mailing of the Notice and enclosures.

       5.      On April 7, 2015, I mailed by certified mail, return receipt requested, a Notice

letter and enclosures to the address where Plaintiff was last treated at Specialty Surgery Center

**EXHIBIT A2—COLLINS AMENDED COMPLAINT**

(116 Brown Avenue, Crossville, TN 38555). I obtained certificates of mailing from the United States Postal Service stamped with the date of mailing as required by T.C.A. § 29-26-121(a). I attach as Exhibit 4 a copy of the Notice letters sent to Specialty Surgery Center along with copies of the enclosures to the letter which include a list of the names and address of all healthcare providers who were served Notice pursuant to T.C.A. § 29-26-121, a HIPAA compliant medical authorization permitting Specialty Surgery Center to obtain complete medical records from each other provider being sent a Notice, and a copy of the Certificate of Mailing from the United States Postal Service stamped with the date of mailing of the Notices and

6.     On March 24, 2015 I mailed by certified mail, return receipt requested, a Notice letter and enclosures to Dr. Kenneth R Lister, M.D. at the address listed for Dr. Lister on the Tennessee Department of Health website (Outpatient Anesthesia, 2761 Sullins Street, Knoxville TN 37919). I obtained certificates of mailing from the United States Postal Service stamped with the date of mailing as required by T.C.A. § 29-26-121(a). I attach as Exhibit 5 a copy of the Notice letters sent to Dr. Lister along with copies of the enclosures to the letter which include a list of the names and address of all healthcare providers who were served Notice pursuant to T.C.A. § 29-26-121, a HIPAA compliant medical authorization permitting Dr. Lister to obtain complete medical records from each other provider being sent a Notice, and a copy of the Certificate of Mailing from the United States Postal Service stamped with the date of mailing of the Notices and enclosures.

7.     The letter addressed to Dr. Lister at his Sullins Street address was returned undeliverable. On April 7, 2015, I mailed by certified mail, return receipt requested, a Notice letter and enclosures to the address where Plaintiff was last treated by the provider (116 Brown Avenue, Crossville, TN 38555). I obtained certificates of mailing from the United States Postal

**EXHIBIT A2 –COLLINS AMENDED COMPLAINT**

Service stamped with the date of mailing as required by T.C.A. § 29-26-121(a).  I attach as

Exhibit 6 a copy of the Notice letters sent to Dr. Lister along with copies of the enclosures to the

letter which include a list of the names and address of all healthcare providers who were served

Notice pursuant to T.C.A. § 29-26-121, a HIPAA compliant medical authorization permitting Dr.

Lister to obtain complete medical records from each other provider being sent a Notice, and a

copy of the Certificate of Mailing from the United States Postal Service stamped with the date of

mailing of the Notices and enclosures.

      FURTHER AFFIANT SAITH NOT.


                                                     Megan Killion

**EXHIBIT A2 –COLLINS AMENDED COMPLAINT**

**State of Tennessee**              )
                                    )
**County of Davidson**              )

  Personally appeared before me, the undersigned, a Notary Public of said County and State, Megan Killion, with whom I am personally acquainted or proved to me on the basis of satisfactory evidence, and who acknowledged that the foregoing was sworn to and executed for the purpose therein contained.

  This 3rd day of November, 2015

            _____
            Notary Public

My commission expires: _____

# BRANSTETTER, STRANCH & JENNINGS, PLLC

ATTORNEYS AT LAW
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TENNESSEE 37201-1631
TELEPHONE (615) 254-8801 ~ FACSIMILE (615) 250-3937

CECIL D. BRANSTETTER, SR., 1920-2014
R. JAN JENNINGS*
JOE P. LENISKI, JR.
DONALD L. SCHOLES
MIKE STEWART
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
MICHAEL J. WALL

ASSOCIATES:
RAQUEL L. BELLAMY
KARLA M. CAMPBELL
BEN GASTEL*
SEAMUS T. KELLY

OF COUNSEL:
ROBERT E. RICHARDSON, JR. **

\*    ALSO ADMITTED IN GA
\*\*   ONLY ADMITTED IN OH

March 24, 2015

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Calisher and Associates, Inc.
Paracorp Incorporated
Ste B
992 Davidson Drive
Nashville, TN 37205

Re:    **JUDY COLLINS**
       Notice of health care liability claim required by
       Tennessee Code Annotated § 29-26-121 and Insurance Carrier Notice of Claims

To:    Calisher & Associates, Inc.:

Branstetter, Stranch & Jennings, PLLC; Aylstock, Witkin, Kreis & Overholtz, PLLC; Foote, Meyers, Mielke & Flowers, LLC and Sugarman, Rogers, Barshak & Cohen, P.C. are the attorneys representing Judy Collins. Through her attorney, Judy Collins is asserting potential claims for health care liability against Kenneth R. Lister, M.D., Specialty Surgery Center, PLLC, Jean Atkinson, R.N., and Calisher & Associates, Inc., including their agents, employees, physicians, nurses and pharmacists.

This potential claim arises out of care, medicines and services provided by employees and/or agents of Calisher & Associates, Inc. to Judy Collins from May 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

JUDY ANN COLLINS
Date of Birth: 11/17/1959
The names and address of the claimants authorizing this notice:

Judy Collins
734 Sequoia Drive Crossville, TN 38572

Calisher & Associates, Inc.
March 24, 2015
Page 2

The name and address of the attorney sending this notice:

BENJAMIN A. GASTEL
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201

Additionally I am writing to place Calisher & Associates, Inc. on notice of claims by Judy Collins who has suffered personal injury and has incurred medical and other expenses as a result of receiving drugs that were compounded by New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center. Judy Collins hereby asserts claims for product liability, negligence, breach of warranty, and misrepresentation associated with such drugs and the treatment received. Please promptly provide a copy of this notice to all carriers who may potentially provide you with insurance coverage for these claims.

Attached hereto is a list of all healthcare providers to whom notice is being given, pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(E), I also enclose a HIPAA compliant medical authorization permitting you to obtain complete medical records on Judy Collins, from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Judy Collins.

Neither this notice nor the medical authorization waives the common law physician-patient privilege concerning the care and treatment of Judy Collins by any doctor who provided medical services for Judy Collins. We expect that you will not communicate with any person, other than your attorney, about any doctor's care and treatment of Judy Collins.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you, we will assume that you agree the letter complies with the law.

Very truly yours,

BENJAMIN A. GASTEL

Enclosures

# LIMITED AUTHORIZATION TO DISCLOSE
# MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

### Information To Be Used Or Disclosed

*Patient Name*: Judy Collins      Patient Identifier: DOB: 11/17/1959

*Description of Information*:  Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient.  THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

### Persons Or Organizations Authorized To Disclose The Information

*Health Care Provider*:  Specialty Surgery Center, Kenneth Lister , Jean Atkinson, Calishart Associates, Inc.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization.  A photostatic copy of this Authorization is to be considered as effective as the original.  I understand that I am not required to sign this Authorization.  The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

### Persons or Organizations Authorized to Receive the Information

Jean Atkinson, Calishart Associates, Inc.

Specialty Surgery Center and/or Kenneth Lister, or any representative, attorney or investigator from said organization or person.

### Purpose of the Requested Use or Disclosure

Legal

### Expiration and Revocation of This Authorization

Expiration Date or Event: _____ 3/20/15

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation.  Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

I understand that I may see and copy the Information if I ask for it.  I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

Judy Collins                          7-12-13
Signature (Patient)                 Date         Signature (Authorized Representative)   Date


Signature (Witness)                              Relationship to Patient

{004663/12512/00294534.DOC / Ver.1}

<u>List of Healthcare Providers- Judy Collins</u>

1. Kenneth R. Lister, M.D.
Outpatient Anesthesia
2761 Sullins Street
Knoxville, TN 37919

Kenneth R. Lister, M.D.
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

Location where injection received:
Specialty Surgery Center, PLLC
116 Brown Avenue
Crossville, TN 38555

2. Specialty Surgery Center, PLLC
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

3. Jean Atkinson, R.N.
Cumberland Medical Center
421 South Main Street
Crossville, TN 38555

4. Calisher and Associates, Inc.
Paracorp Incorporated
Ste B
992 Davidson Drive
Nashville, TN 37205

Calisher & Associates, Inc.
Ste 115
555 Corporate Drive
Ladera Ranch, CA 92694

BRANSTETTER, STRANCH & JENNINGS, PLLC

ATTORNEYS AT LAW
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TENNESSEE 37201-1631
TELEPHONE (615) 254-8801 ~ FACSIMILE (615) 250-3937

CECIL D. BRANSTETTER, SR., 1920- 2014
R. JAN JENNINGS*
JOE P. LENISKI, JR.
DONALD L. SCHOLES
MIKE STEWART
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
MICHAEL J. WALL

ASSOCIATES:
RAQUEL L. BELLAMY
KARLA M. CAMPBELL
BEN GASTEL*
SEAMUS T. KELLY

OF COUNSEL:
ROBERT E. RICHARDSON, JR. **

\*      ALSO ADMITTED IN GA
\*\*     ONLY ADMITTED IN OH

March 24, 2015

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Jean Atkinson, R.N.
Cumberland Medical Center
421 South Main Street
Crossville, TN 38555

Re:   **JUDY COLLINS**
Notice of health care liability claim required by
Tennessee Code Annotated § 29-26-121 and Insurance Carrier Notice of Claims

To:   Jean Atkinson, R.N.:

Branstetter, Stranch & Jennings, PLLC; Aylstock, Witkin, Kreis & Overholtz, PLLC; Foote, Meyers, Mielke & Flowers, LLC and Sugarman, Rogers, Barshak & Cohen, P.C. are the attorneys representing Judy Collins. Through her attorney, Judy Collins is asserting potential claims for health care liability against Kenneth R. Lister, M.D., Specialty Surgery Center, PLLC, Jean Atkinson, R.N., and Calisher & Associates, Inc., including their agents, employees, physicians, nurses and pharmacists.

This potential claim arises out of care, medicines and services provided by Jean Atkinson, R.N. and/or employees and/or agents of Jean Atkinson, R.N. to Judy Collins from May 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

JUDY ANN COLLINS
Date of Birth: 11/17/1959
The names and address of the claimants authorizing this notice:

Judy Collins
734 Sequoia Drive Crossville, TN 38572



Jean Atkinson, R.N.
March 24, 2015
Page 2

The name and address of the attorney sending this notice:

BENJAMIN A. GASTEL
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee  37201

Additionally I am writing to place Jean Atkinson, R.N. on notice of claims by Judy Collins who has suffered personal injury and has incurred medical and other expenses as a result of receiving drugs that were compounded by New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center. Judy Collins hereby asserts claims for product liability, negligence, breach of warranty, and misrepresentation associated with such drugs and the treatment received. Please promptly provide a copy of this notice to all carriers who may potentially provide you with insurance coverage for these claims.

Attached hereto is a list of all healthcare providers to whom notice is being given, pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(E), I also enclose a HIPAA compliant medical authorization permitting you to obtain complete medical records on Judy Collins, from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Judy Collins.

Neither this notice nor the medical authorization waives the common law physician-patient privilege concerning the care and treatment of Judy Collins by any doctor who provided medical services for Judy Collins. We expect that you will not communicate with any person, other than your attorney, about any doctor's care and treatment of Judy Collins.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you, we will assume that you agree the letter complies with the law.

Very truly yours,

BENJAMIN A. GASTEL

Enclosures

# LIMITED AUTHORIZATION TO DISCLOSE
# MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

---

### Information To Be Used Or Disclosed

Patient Name: Judy Collins        Patient Identifier: DOB: 11/17/1959

Description of Information: Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient. THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

---

### Persons Or Organizations Authorized To Disclose The Information

Health Care Provider: Specialty Surgery Center, Kenneth Lister, Jean Atkinson, Calishure Associates, Inc.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization. A photostatic copy of this Authorization is to be considered as effective as the original. I understand that I am not required to sign this Authorization. The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

---

### Persons or Organizations Authorized to Receive the Information

Jean Atkinson, Calishure Associates, Inc.

Specialty Surgery Center and/or Kenneth Lister, or any representative, attorney or investigator from said organization or person.

---

### Purpose of the Requested Use or Disclosure

Legal

---

### Expiration and Revocation of This Authorization

Expiration Date or Event: 3/20/15

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

---

I understand that I may see and copy the Information if I ask for it. I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

Judy Collins                    7-12-13
Signature (Patient)              Date            Signature (Authorized Representative)   Date

_____                    _____
Signature (Witness)                          Relationship to Patient

{004663/12512/00294534.DOC / Ver.1}

<u>List of Healthcare Providers- Judy Collins</u>

1. Kenneth R. Lister, M.D.
Outpatient Anesthesia
2761 Sullins Street
Knoxville, TN 37919

Kenneth R. Lister, M.D.
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

Location where injection received:
Specialty Surgery Center, PLLC
116 Brown Avenue
Crossville, TN 38555

2. Specialty Surgery Center, PLLC
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

3. Jean Atkinson, R.N.
Cumberland Medical Center
421 South Main Street
Crossville, TN 38555

4. Calisher and Associates, Inc.
Paracorp Incorporated
Ste B
992 Davidson Drive
Nashville, TN 37205

Calisher & Associates, Inc.
Ste 115
555 Corporate Drive
Ladera Ranch, CA 92694

## BRANSTETTER, STRANCH & JENNINGS, PLLC

ATTORNEYS AT LAW
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TENNESSEE 37201-1631
TELEPHONE (615) 254-8801 ~ FACSIMILE (615) 250-3937

CECIL D. BRANSTETTER, SR., 1920- 2014
R. JAN JENNINGS*
JOE P. LENISKI, JR.
DONALD L. SCHOLES
MIKE STEWART
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
MICHAEL J. WALL

ASSOCIATES:
RAQUEL L. BELLAMY
KARLA M. CAMPBELL
BEN GASTEL*
SEAMUS T. KELLY

OF COUNSEL:
ROBERT E. RICHARDSON, JR. **

*       ALSO ADMITTED IN GA
**    ONLY ADMITTED IN OH

March 24, 2015

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Calisher & Associates, Inc.
Ste 115
555 Corporate Drive
Ladera Ranch, CA 92694

Re:   **JUDY COLLINS**
Notice of health care liability claim required by
Tennessee Code Annotated § 29-26-121 and Insurance Carrier Notice of Claims

To:   Calisher & Associates, Inc.:

Branstetter, Stranch & Jennings, PLLC; Aylstock, Witkin, Kreis & Overholtz, PLLC; Foote, Meyers, Mielke & Flowers, LLC and Sugarman, Rogers, Barshak & Cohen, P.C. are the attorneys representing Judy Collins.  Through her attorney, Judy Collins is asserting potential claims for health care liability against Kenneth R. Lister, M.D., Specialty Surgery Center, PLLC, Jean Atkinson, R.N., and Calisher & Associates, Inc., including their agents, employees, physicians, nurses and pharmacists.

This potential claim arises out of care, medicines and services provided by employees and/or agents of Calisher & Associates, Inc. to Judy Collins from May 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

JUDY ANN COLLINS
Date of Birth: 11/17/1959
The names and address of the claimants authorizing this notice:

Judy Collins
734 Sequoia Drive Crossville, TN 38572

Calisher & Associates, Inc.
March 24, 2015
Page 2

The name and address of the attorney sending this notice:

BENJAMIN A. GASTEL
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201

Additionally I am writing to place Calisher & Associates, Inc. on notice of claims by Judy Collins who has suffered personal injury and has incurred medical and other expenses as a result of receiving drugs that were compounded by New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center. Judy Collins hereby asserts claims for product liability, negligence, breach of warranty, and misrepresentation associated with such drugs and the treatment received. Please promptly provide a copy of this notice to all carriers who may potentially provide you with insurance coverage for these claims.

Attached hereto is a list of all healthcare providers to whom notice is being given, pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(E), I also enclose a HIPAA compliant medical authorization permitting you to obtain complete medical records on Judy Collins, from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Judy Collins.

Neither this notice nor the medical authorization waives the common law physician-patient privilege concerning the care and treatment of Judy Collins by any doctor who provided medical services for Judy Collins. We expect that you will not communicate with any person, other than your attorney, about any doctor's care and treatment of Judy Collins.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you, we will assume that you agree the letter complies with the law.

Very truly yours,

BENJAMIN A. GASTEL

Enclosures

## LIMITED AUTHORIZATION TO DISCLOSE
## MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

---

### Information To Be Used Or Disclosed

*Patient Name:* _Judy Collins_       Patient Identifier: _DOB: 11/17/1959_

*Description of Information:* Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient. THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

---

### Persons Or Organizations Authorized To Disclose The Information

*Health Care Provider:*  Specialty Surgery Center, Kenneth Lister , Jean Akkram, Calishar Associates, Inc.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization. A photostatic copy of this Authorization is to be considered as effective as the original. I understand that I am not required to sign this Authorization. The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

---

### Persons or Organizations Authorized to Receive the Information

Jean Akkram, Calishar Associates, Inc.

Specialty Surgery Center and/or Kenneth Lister, or any representative, attorney or investigator from said organization or person.

---

### Purpose of the Requested Use or Disclosure

Legal

---

### Expiration and Revocation of This Authorization

Expiration Date or Event: _____ 3/20/15 _____

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

---

I understand that I may see and copy the Information if I ask for it. I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

_Judy Collins_          _7-12-13_
Signature (Patient)          Date            Signature (Authorized Representative)   Date

_____          _____
Signature (Witness)          Relationship to Patient

## List of Healthcare Providers- Judy Collins

1. Kenneth R. Lister, M.D.
Outpatient Anesthesia
2761 Sullins Street
Knoxville, TN 37919

Kenneth R. Lister, M.D.
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

Location where injection received:
Specialty Surgery Center, PLLC
116 Brown Avenue
Crossville, TN 38555

2. Specialty Surgery Center, PLLC
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

3. Jean Atkinson, R.N.
Cumberland Medical Center
421 South Main Street
Crossville, TN 38555

4. Callsher and Associates, Inc.
Paracorp Incorporated
Ste B
992 Davidson Drive
Nashville, TN 37205

Callsher & Associates, Inc.
Ste 115
555 Corporate Drive
Ladera Ranch, CA 92694

### BRANSTETTER, STRANCH & JENNINGS, PLLC

ATTORNEYS AT LAW
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TENNESSEE 37201-1631
TELEPHONE (615) 254-8801 ~ FACSIMILE (615) 250-3937

CECIL D. BRANSTETTER, SR., 1920- 2014
R. JAN JENNINGS*
JOE P. LENISKI, JR.
DONALD L. SCHOLES
MIKE STEWART
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
MICHAEL J. WALL

ASSOCIATES:
RAQUEL L. BELLAMY
KARLA M. CAMPBELL
BEN GASTEL*
SEAMUS T. KELLY

OF COUNSEL:
ROBERT E. RICHARDSON, JR. **

\*      ALSO ADMITTED IN GA
\*\*    ONLY ADMITTED IN OH

March 24, 2015

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Specialty Surgery Center, PLLC
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee 37238

Re:   **JUDY COLLINS**
       Notice of health care liability claim required by
       Tennessee Code Annotated § 29-26-121 and Insurance Carrier Notice of Claims

To:   Specialty Surgery Center, PLLC:

       Branstetter, Stranch & Jennings, PLLC; Aylstock, Witkin, Kreis & Overholtz, PLLC; Foote, Meyers, Mielke & Flowers, LLC and Sugarman, Rogers, Barshak & Cohen, P.C. are the attorneys representing Judy Collins. Through her attorney, Judy Collins is asserting potential claims for health care liability against Kenneth R. Lister, M.D., Specialty Surgery Center, PLLC, Jean Atkinson, R.N. and Calisher & Associates, Inc., including their agents, employees, physicians, nurses and pharmacists.

       This potential claim arises out of care, medicines and services provided by employees and/or agents of Specialty Surgery Center, PLLC to Judy Collins from May 2012 through September 2012.

       The full name and date of birth of the patient whose treatment is at issue:

       JUDY COLLINS
       Date of Birth: 11/17/1959

       The names and address of the claimants authorizing this notice:

       Judy Collins
       734 Sequoia Drive Crossville, TN 38572

Specialty Surgery Center, PLLC
March 24, 2015
Page 2

The name and address of the attorney sending this notice:

BENJAMIN A. GASTEL
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201

Additionally I am writing to place Specialty Surgery Center, PLLC on notice of claims by Judy Collins who has suffered personal injury and has incurred medical and other expenses as a result of receiving drugs that were compounded by New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center. Judy Collins hereby asserts claims for product liability, negligence, breach of warranty, and misrepresentation associated with such drugs and the treatment received. Please promptly provide a copy of this notice to all carriers who may potentially provide you with insurance coverage for these claims.

Attached hereto is a list of all healthcare providers to whom notice is being given, pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(E), I also enclose a HIPAA compliant medical authorization permitting you to obtain complete medical records on Judy Collins, from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Judy Collins.

Neither this notice nor the medical authorization waives the common law physician-patient privilege concerning the care and treatment of Judy Collins by any doctor who provided medical services for Judy Collins. We expect that you will not communicate with any person, other than your attorney, about any doctor's care and treatment of Judy Collins.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you, we will assume that you agree the letter complies with the law.

Specialty Surgery Center, PLLC
March 24, 2015
Page 3

Very truly yours,

BENJAMIN A. GASTEL

Enclosures

# LIMITED AUTHORIZATION TO DISCLOSE
# MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

---

## Information To Be Used Or Disclosed

*Patient Name:*  Judy Collins     *Patient Identifier:* DOB: 11/17/1959

*Description of Information:*  Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient.  THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

---

## Persons Or Organizations Authorized To Disclose The Information

*Health Care Provider:*  Specialty Surgery Center, Kenneth Lister , Jean Atkinson, Calishurt Associates, Inc.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization.  A photostatic copy of this Authorization is to be considered as effective as the original.  I understand that I am not required to sign this Authorization.  The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

---

## Persons or Organizations Authorized to Receive the Information
Jean Atkinson, Calishurt Associates, In.
Specialty Surgery Center and/or Kenneth Lister, or any representative, attorney or investigator from said organization or person.

---

## Purpose of the Requested Use or Disclosure

Legal

---

## Expiration and Revocation of This Authorization

Expiration Date or Event:     3/20/15

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation.  Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

---

I understand that I may see and copy the Information if I ask for it.  I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

Judy Collins                    7-12-13
Signature (Patient)              Date            Signature (Authorized Representative)   Date

_____          _____
Signature (Witness)              Relationship to Patient

<u>List of Healthcare Providers– Judy Collins</u>

1. Kenneth R. Lister, M.D.
Outpatient Anesthesia
2761 Sullins Street
Knoxville, TN 37919

Kenneth R. Lister, M.D.
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

Location where injection received:
Specialty Surgery Center, PLLC
116 Brown Avenue
Crossville, TN 38555

2. Specialty Surgery Center, PLLC
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

3. Jean Atkinson, R.N.
Cumberland Medical Center
421 South Main Street
Crossville, TN 38555

4. Calisher and Associates, Inc.
Paracorp Incorporated
Ste B
992 Davidson Drive
Nashville, TN 37205

Calisher & Associates, Inc.
Ste 115
555 Corporate Drive
Ladera Ranch, CA 92694

BRANSTETTER, STRANCH & JENNINGS, PLLC

ATTORNEYS AT LAW
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TENNESSEE 37201-1631
TELEPHONE (615) 254-8801 ~ FACSIMILE (615) 250-3937

CECIL D. BRANSTETTER, SR., 1920- 2014
R. JAN JENNINGS*
JOE P. LENISKI, JR.
DONALD L. SCHOLES
MIKE STEWART
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
MICHAEL J. WALL

ASSOCIATES:
RAQUEL L. BELLAMY
KARLA M. CAMPBELL
BEN GASTEL*
SEAMUS T. KELLY

OF COUNSEL:
ROBERT E. RICHARDSON, JR. **

*    ALSO ADMITTED IN GA
**  ONLY ADMITTED IN OH

March 24, 2015

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Kenneth R Lister, M.D.
Outpatient Anesthesia
2761 Sullins Street
Knoxville, TN 37919

Kenneth R. Lister, M.D.
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

Re:    **JUDY COLLINS**
        Notice of health care liability claim required by
        Tennessee Code Annotated § 29-26-121 and Insurance Carrier Notice of Claims

To:    Kenneth R. Lister M.D.:

      Branstetter, Stranch & Jennings, PLLC; Aylstock, Witkin, Kreis & Overholtz, PLLC;
Foote, Meyers, Mielke & Flowers, LLC and Sugarman, Rogers, Barshak & Cohen, P.C. are the
attorneys representing Judy Collins.  Through her attorney, Judy Collins is asserting potential
claims for health care liability against Kenneth R. Lister, M.D., Specialty Surgery Center, PLLC,
Jean Atkinson, R.N. and Calisher & Associates, Inc., including their agents, employees,
physicians, nurses and pharmacists.

      This potential claim arises out of care, medicines and services provided by Kenneth R.
Lister M.D. and/or employees and/or agents of Kenneth R. Lister, M.D. to Judy Collins from
May 2012 through September 2012.

      The full name and date of birth of the patient whose treatment is at issue:

JUDY COLLINS
Date of Birth: 11/17/1959

Kenneth R. Lister M.D
March 24, 2015
Page 2

The names and address of the claimants authorizing this notice:

Judy Collins
734 Sequoia Drive Crossville, TN 38572

The name and address of the attorney sending this notice:

BENJAMIN A. GASTEL
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201

Additionally I am writing to place Kenneth R. Lister M.D. on notice of claims by Judy Collins who has suffered personal injury and has incurred medical and other expenses as a result of receiving drugs that were compounded by New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center.  Judy Collins hereby asserts claims for product liability, negligence, breach of warranty, and misrepresentation associated with such drugs and the treatment received.  Please promptly provide a copy of this notice to all carriers who may potentially provide you with insurance coverage for these claims.

Attached hereto is a list of all healthcare providers to whom notice is being given, pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(E), I also enclose a HIPAA compliant medical authorization permitting you to obtain complete medical records on Judy Collins, from each provider being sent a notice.  If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Judy Collins.

Neither this notice nor the medical authorization waives the common law physician-patient privilege concerning the care and treatment of Judy Collins by any doctor who provided medical services for Judy Collins.  We expect that you will not communicate with any person, other than your attorney, about any doctor's care and treatment of Judy Collins.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121.  If you believe it is deficient in any way, please let us know and any defect will be promptly cured.  If we do not hear from you, we will assume that you agree the letter complies with the law.

Enclosures

Kenneth R. Lister M.D
March 24, 2015
Page 3

Very truly yours,

**BENJAMIN A. GASTEL**

Enclosures

# LIMITED AUTHORIZATION TO DISCLOSE
# MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

---

### Information To Be Used Or Disclosed

*Patient Name:*  Judy Collins      *Patient Identifier:*  DOB: 11/17/1959

*Description of Information:*  Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient. THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

---

### Persons Or Organizations Authorized To Disclose The Information

*Health Care Provider:*  Specialty Surgery Center, Kenneth Lister, Jean McCrosM, Calishurd Associates, Inc.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization. A photostatic copy of this Authorization is to be considered as effective as the original. I understand that I am not required to sign this Authorization. The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

---

### Persons or Organizations Authorized to Receive the Information

Jean McCrosm, Calishurd Associates, Inc.

Specialty Surgery Center and/or Kenneth Lister, or any representative, attorney or investigator from said organization or person.

---

### Purpose of the Requested Use or Disclosure

Legal

---

### Expiration and Revocation of This Authorization

Expiration Date or Event:  3/20/15

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

---

I understand that I may see and copy the Information if I ask for it. I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

| | | |
|---|---|---|
| *Judy Collins*   7-12-13 | | |
| Signature (Patient)          Date | Signature (Authorized Representative)   Date | |
| | | |
| Signature (Witness) | Relationship to Patient | |

### List of Healthcare Providers- Judy Collins

1. Kenneth R. Lister, M.D.
Outpatient Anesthesia
2761 Sullins Street
Knoxville, TN 37919

Kenneth R. Lister, M.D.
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

Location where injection received:
Specialty Surgery Center, PLLC
116 Brown Avenue
Crossville, TN 38555

2. Specialty Surgery Center, PLLC
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

3. Jean Atkinson, R.N.
Cumberland Medical Center
421 South Main Street
Crossville, TN 38555

4. Calisher and Associates, Inc.
Paracorp Incorporated
Ste B
992 Davidson Drive
Nashville, TN 37205

Calisher & Associates, Inc.
Ste 115
555 Corporate Drive
Ladera Ranch, CA 92694

BRANSTETTER, STRANCH & JENNINGS, PLLC

ATTORNEYS AT LAW
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TENNESSEE 37201-1631
TELEPHONE (615) 254-8801 ~ FACSIMILE (615) 250-3937

CECIL D. BRANSTETTER, SR., 1920- 2014
R. JAN JENNINGS*
JOE P. LENISKI, JR.
DONALD L. SCHOLES
MIKE STEWART
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
MICHAEL J. WALL

ASSOCIATES:
RAQUEL L. BELLAMY
KARLA M. CAMPBELL
BEN GASTEL*
SEAMUS T. KELLY

OF COUNSEL:
ROBERT E. RICHARDSON, JR. **

*        ALSO ADMITTED IN GA
**      ONLY ADMITTED IN OH

March 24, 2015

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Kenneth R Lister, M.D.
Outpatient Anesthesia
2761 Sullins Street
Knoxville, TN 37919

Kenneth R. Lister, M.D.
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

Re:    **JUDY COLLINS**
       Notice of health care liability claim required by
       Tennessee Code Annotated § 29-26-121 and Insurance Carrier Notice of Claims

To:    Kenneth R. Lister M.D:

       Branstetter, Stranch & Jennings, PLLC; Aylstock, Witkin, Kreis & Overholtz, PLLC;
Foote, Meyers, Mielke & Flowers, LLC and Sugarman, Rogers, Barshak & Cohen, P.C. are the
attorneys representing Judy Collins.  Through her attorney, Judy Collins is asserting potential
claims for health care liability against Kenneth R. Lister, M.D., Specialty Surgery Center, PLLC,
Jean Atkinson, R.N. and Calisher & Associates, Inc., including their agents, employees,
physicians, nurses and pharmacists.

       This potential claim arises out of care, medicines and services provided by Kenneth R.
Lister M.D. and/or employees and/or agents of Kenneth R. Lister, M.D. to Judy Collins from
May 2012 through September 2012.

       The full name and date of birth of the patient whose treatment is at issue:

       JUDY COLLINS
       Date of Birth: 11/17/1959

Kenneth R. Lister M.D
March 24, 2015
Page 2

The names and address of the claimants authorizing this notice:

Judy Collins
734 Sequoia Drive Crossville, TN 38572

The name and address of the attorney sending this notice:

BENJAMIN A. GASTEL
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201

Additionally I am writing to place Kenneth R. Lister M.D. on notice of claims by Judy Collins who has suffered personal injury and has incurred medical and other expenses as a result of receiving drugs that were compounded by New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center. Judy Collins hereby asserts claims for product liability, negligence, breach of warranty, and misrepresentation associated with such drugs and the treatment received. Please promptly provide a copy of this notice to all carriers who may potentially provide you with insurance coverage for these claims.

Attached hereto is a list of all healthcare providers to whom notice is being given, pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(E), I also enclose a HIPAA compliant medical authorization permitting you to obtain complete medical records on Judy Collins, from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Judy Collins.

Neither this notice nor the medical authorization waives the common law physician-patient privilege concerning the care and treatment of Judy Collins by any doctor who provided medical services for Judy Collins. We expect that you will not communicate with any person, other than your attorney, about any doctor's care and treatment of Judy Collins.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you, we will assume that you agree the letter complies with the law.

Enclosures

Kenneth R. Lister M.D
March 24, 2015
Page 3

Very truly yours,

**BENJAMIN A. GASTEL**

Enclosures

# LIMITED AUTHORIZATION TO DISCLOSE
# MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

---

### Information To Be Used Or Disclosed

*Patient Name:* Judy Collins          *Patient Identifier:* DOB: 11/17/1959

*Description of Information:* Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient. THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

---

### Persons Or Organizations Authorized To Disclose The Information

*Health Care Provider:* Specialty Surgery Center, Kenneth Lister, Jean McKim, Calishur Associates, Inc.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization. A photostatic copy of this Authorization is to be considered as effective as the original. I understand that I am not required to sign this Authorization. The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

---

### Persons or Organizations Authorized to Receive the Information

Specialty Surgery Center and/or Kenneth Lister, Jean McKim, Calishur Associates, Inc. or any representative, attorney or investigator from said organization or person.

---

### Purpose of the Requested Use or Disclosure

Legal

---

### Expiration and Revocation of This Authorization

Expiration Date or Event:  3/20/15

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

---

I understand that I may see and copy the Information if I ask for it. I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

Judy Collins                    7-12-13
Signature (Patient)              Date          Signature (Authorized Representative)   Date


Signature (Witness)                            Relationship to Patient

<u>List of Healthcare Providers- Judy Collins</u>

1. Kenneth R. Lister, M.D.
Outpatient Anesthesia
2761 Sullins Street
Knoxville, TN 37919

Kenneth R. Lister, M.D.
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee 37238

Location where injection received:
Specialty Surgery Center, PLLC
116 Brown Avenue
Crossville, TN 38555

2. Specialty Surgery Center, PLLC
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee 37238

3. Jean Atkinson, R.N.
Cumberland Medical Center
421 South Main Street
Crossville, TN 38555

4. Calisher and Associates, Inc.
Paracorp Incorporated
Ste B
992 Davidson Drive
Nashville, TN 37205

Calisher & Associates, Inc.
Ste 115
555 Corporate Drive
Ladera Ranch, CA 92694



*JC*

**UNITED STATES POSTAL SERVICE**  Certificate Of Mailing

BRANSTETTER, STRANCH & JENNINGS
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TN 37201-1631

To *Kenneth R. Lister, M.D.*
*c/o Chris J. Tardio*
*Gideon, Cooper & Essary*
*315 Deaderick St. Suite 1100*
*Nashville, Tennessee 37238*

PS Form **3817**, April 2007 PSN 7530-02-000-9065

$1.30

U.S. POSTAGE
NASHVILLE, TN
37219
MAR 24 15
AMOUNT
0008 1657-14



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To *Kenneth R. Lister, C/o Chris Jo Tardio, M.D.*
Street & Apt. No., or PO Box No. *Gideon, Cooper Essary, 315 Deaderick St, Suite 1100*
City, State, ZIP+4® *Nashville, TN 37238*

*JC*

PS Form **3800**, July 2014    See Reverse for Instructions

7014 2120 0003 8570 5483

JC



**UNITED STATES POSTAL SERVICE®**          Certificate Of Mailing

This Certificate of mailing provides evidence that mail has been presented to USPS for mailing

**BRANSTETTER, STRANCH & JENNINGS**
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TN 37201-1631

To: Kenneth R. Lister, M.D.
Outpatient Anesthesia
2761 Sullins Street
Knoxville, TN 37919

PS Form **3817**, April 2007   PSN 7530-02-000-9065

U.S. POSTAGE PAID
NASHVILLE, TN
MAR 23 15
AMOUNT
**$1.30**
0000168371-4

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here   MAR 24 2015

Sent To: Kenneth R. Lister, MD   Outpatient Anesthesia
Street & Apt. No., or PO Box No.: 2761 Sullins Street
City, State, ZIP+4: Knoxville, TN 37919

7014 2120 0003 8570 5537

PS Form 3800, July 2014                See Reverse for Instructions

JC

*JC*



**UNITED STATES POSTAL SERVICE.**                    Certificate Of Mailing

BRANSTETTER, STRANCH & JENNINGS
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TN 37201-1631

U.S. POSTAGE
NASHVILLE, TN
37219.15
MPB
AMOUNT
$1.30
00091687-14

To:  Specialty Surgery Center, PLLC
     c/o Chris TaRio
     Gideon Cooper & Essary
     315 Deaderick St, Suite 1100
     Nashville, Tennessee   37238

PS Form 3817, April 2007  PSN 7530-02-000-9065

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

MAR 2   Postmark Here

USPS  37219

Sent To:  Specialty Surgery Center c/o Chris TaRio
Street & Apt. No., or PO Box No.  315 Deaderick St, Suite 1100
City, State, ZIP+4  Nashville, TN 37238

PS Form 3800, July 2014                    See Reverse for Instructions

7014 2120 0003 8570 5502

JC

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing.
This form may be used for domestic and international mail.

From: Bransetter Stranch & Jennings, PLLC
227 Second Ave. North, 4th Floor
Nashville, TN 37201

To: Jean Atkinson, RN
Cumberland Medical Center
421 South Main Street
Crossville, TN 38555

PS Form 3817, April 2007 PSN 7630-02-000-9065

$1.30

U.S. POSTAGE
PAID
NASHVILLE, TN
MAR 24 '15
AMOUNT
0001657-14

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here

NASHVILLE TN 37203
MAR 24 2015

7014 2120 0003 8570 5179

Sent To Jean Atkinson, RN Cumberland Medical Center

Street & Apt. No., or PO Box No. 421 South Main Street

City, State, ZIP+4 Crossville, TN 38555    JC

PS Form 3800, July 2014    See Reverse for Instructions

JC

**UNITED STATES POSTAL SERVICE®**          Certificate Of Mailing

1000

From: Branstetter, Stranch & Jennings PLLC
227 Second Ave North, 4th Floor
Nashville, TN 37201

To: Calishord Associates, Inc.
Paracorp Incorporated
Ste B
992 Davidson Drive
Nashville, TN 37205-7051

PS Form 3817, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE
NASHVILLE, TN
37219
MAR 24 '15
AMOUNT
$1.30
0001657-14



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Postage | $
Certified Fee
Return Receipt Fee (Endorsement Required)          Postmark Here
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees | $  USPS 371 19

MAR 24 2015

Sent To: Calishord Associates, Inc. / Paracorp Incorp
Street & Apt. No., or PO Box No. Ste B 992 Davidson Drive
City, State, ZIP+4 Nashville, TN 37205

PS Form 3800, July 2013          See Reverse for Instructions

7014 2120 0003 8570 5117



UNITED STATES
POSTAL SERVICE®          Certificate Of Mailing

From: Branstetter, Stranch + Jennings PLLC
227 Second Ave North, 4th Floor
Nashville, TN 37201

To: Calisher & Associates, Inc.
Ste. 115
555 Corporate Dr
Ladera Ranch, CA 92694-2116

PS Form 3817, April 2007  PSN 7530-02-000-9065

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Postage    $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees    $

Sent To: Calisher & Associates, Inc.
Street & Apt. No.,
or PO Box No. Ste 115  555 Corporate Drive
City, State, ZIP+4 Ladera Ranch, CA 92694

PS Form 3800, July 2014            See Reverse for Instructions

## BRANSTETTER, STRANCH & JENNINGS, PLLC
### ATTORNEYS AT LAW
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TENNESSEE 37201-1631
TELEPHONE: (615) 254-8801 – FACSIMILE: (615) 250-3937

CECIL D. BRANSTETTER, SR., 1920-2014
R. JAN JENNINGS *
JOE P. LENISKI, JR.
DONALD L. SCHOLES
MIKE STEWART
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
MICHAEL J. WALL

ASSOCIATES:
RAQUEL L. BELLAMY
KARLA M. CAMPBELL
BEN GASTEL *
SEAMUS T. KELLY
K. GRACE STRANCH

OF COUNSEL:
ROBERT E. RICHARDSON, JR. **

* ALSO ADMITTED IN GA
** ONLY ADMITTED IN OH

April 7, 2015

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Kenneth R. Lister, M.D.
116 Brown Ave
Crossville, TN 38555

Re:   **JUDY COLLINS**
Notice of health care liability claim required by
Tennessee Code Annotated § 29-26-121 and Insurance Carrier Notice of Claims

To:   Kenneth R. Lister M.D:

Branstetter, Stranch & Jennings, PLLC; Aylstock, Witkin, Kreis & Overholtz, PLLC; Foote, Meyers, Mielke & Flowers, LLC and Sugarman, Rogers, Barshak & Cohen, P.C. are the attorneys representing Judy Collins. Through her attorney, Judy Collins is asserting potential claims for health care liability against Kenneth R. Lister, M.D., Specialty Surgery Center, PLLC, Jean Atkinson, R.N. and Calisher & Associates, Inc., including their agents, employees, physicians, nurses and pharmacists.

This potential claim arises out of care, medicines and services provided by Kenneth R. Lister M.D. and/or employees and/or agents of Kenneth R. Lister, M.D. to Judy Collins from May 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

JUDY COLLINS
Date of Birth: 11/17/1959
The names and address of the claimants authorizing this notice:

Judy Collins
734 Sequoia Drive Crossville, TN 38572

The name and address of the attorney sending this notice:

Kenneth R. Lister M.D
April 7, 2015
Page 2

BENJAMIN A. GASTEL
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201

Additionally I am writing to place Kenneth R. Lister M.D. on notice of claims by Judy Collins who has suffered personal injury and has incurred medical and other expenses as a result of receiving drugs that were compounded by New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center. Judy Collins hereby asserts claims for product liability, negligence, breach of warranty, and misrepresentation associated with such drugs and the treatment received. Please promptly provide a copy of this notice to all carriers who may potentially provide you with insurance coverage for these claims.

Attached hereto is a list of all healthcare providers to whom notice is being given, pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(E), I also enclose a HIPAA compliant medical authorization permitting you to obtain complete medical records on Judy Collins, from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Judy Collins.

Neither this notice nor the medical authorization waives the common law physician-patient privilege concerning the care and treatment of Judy Collins by any doctor who provided medical services for Judy Collins. We expect that you will not communicate with any person, other than your attorney, about any doctor's care and treatment of Judy Collins.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you, we will assume that you agree the letter complies with the law.

Kenneth R. Lister, M.D.
April 7, 2015
Page 3

Very truly yours,

BENJAMIN A. GASTEL

Enclosures

# LIMITED AUTHORIZATION TO DISCLOSE
# MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

### Information To Be Used Or Disclosed

*Patient Name:* Judy Collins          *Patient Identifier:* DOB: 11/17/1959

*Description of Information:* Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient. THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

### Persons Or Organizations Authorized To Disclose The Information

*Health Care Provider:* Specialty Surgery Center, Kenneth Lister , Jean Atkinson, Culshaw Associates, Inc.

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization. A photostatic copy of this Authorization is to be considered as effective as the original. I understand that I am not required to sign this Authorization. The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

### Persons or Organizations Authorized to Receive the Information

Specialty Surgery Center and/or Kenneth Lister, *Jean Atkinson, Culshaw Associates, Inc.* or any representative, attorney or investigator from said organization or person.

### Purpose of the Requested Use or Disclosure

Legal

### Expiration and Revocation of This Authorization

Expiration Date or Event: 3/20/15

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

I understand that I may see and copy the Information if I ask for it. I understand that any information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

_Judy Collins_     7-12-13
Signature (Patient)          Date          Signature (Authorized Representative)   Date

Signature (Witness)                        Relationship to Patient

{004663/12512/00294534.DOC / Ver.1}

## List of Healthcare Providers- Judy Collins

1. Kenneth R. Lister, M.D.
Outpatient Anesthesia
2761 Sullins Street
Knoxville, TN 37919

Kenneth R. Lister, M.D.
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

Location where injection received:
Specialty Surgery Center, PLLC
116 Brown Avenue
Crossville, TN 38555

2. Specialty Surgery Center, PLLC
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

3. Jean Atkinson, R.N.
Cumberland Medical Center
421 South Main Street
Crossville, TN 38555

4. Calisher and Associates, Inc.
Paracorp Incorporated
Ste B
992 Davidson Drive
Nashville, TN 37205

Calisher & Associates, Inc.
Ste 115
555 Corporate Drive
Ladera Ranch, CA 92694

BRANSTETTER, STRANCH & JENNINGS, PLLC
ATTORNEYS AT LAW
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TENNESSEE   37201-1631
TELEPHONE: (615) 254-8801 ~ FACSIMILE  (615) 250-3937

CECIL D. BRANSTETTER, SR.,  1920-2014
R.  JAN JENNINGS *
JOE P. LENISKI, JR.
DONALD L. SCHOLES
MIKE STEWART
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
MICHAEL J. WALL

ASSOCIATES:
RAQUEL L. BELLAMY
KARLA M. CAMPBELL
BEN GASTEL *
SEAMUS T. KELLY
K. GRACE STRANCH

OF COUNSEL:
ROBERT E. RICHARDSON, JR. **

* ALSO ADMITTED IN GA
** ONLY ADMITTED IN OH

April 7, 2015

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Specialty Surgery Center, PLLC
116 Brown Ave
Crossville, TN 38555

Re:   **JUDY COLLINS**
Notice of health care liability claim required by
Tennessee Code Annotated § 29-26-121 and Insurance Carrier Notice of Claims

To:   Specialty Surgery Center, PLLC:

Branstetter, Stranch & Jennings, PLLC; Aylstock, Witkin, Kreis & Overholtz, PLLC; Foote, Meyers, Mielke & Flowers, LLC and Sugarman, Rogers, Barshak & Cohen, P.C. are the attorneys representing Judy Collins.  Through her attorney, Judy Collins is asserting potential claims for health care liability against Kenneth R. Lister, M.D., Specialty Surgery Center, PLLC, Jean Atkinson, R.N. and Calisher & Associates, Inc., including their agents, employees, physicians, nurses and pharmacists.

This potential claim arises out of care, medicines and services provided by employees and/or agents of Specialty Surgery Center, PLLC to Judy Collins from May 2012 through September 2012.

The full name and date of birth of the patient whose treatment is at issue:

JUDY COLLINS
Date of Birth: 11/17/1959

The names and address of the claimants authorizing this notice:

Judy Collins
734 Sequoia Drive Crossville, TN 38572

Specialty Surgery Center, PLLC
April 7, 2015
Page 2

The name and address of the attorney sending this notice:

BENJAMIN A. GASTEL
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201

Additionally I am writing to place Specialty Surgery Center, PLLC on notice of claims by Judy Collins who has suffered personal injury and has incurred medical and other expenses as a result of receiving drugs that were compounded by New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center. Judy Collins hereby asserts claims for product liability, negligence, breach of warranty, and misrepresentation associated with such drugs and the treatment received. Please promptly provide a copy of this notice to all carriers who may potentially provide you with insurance coverage for these claims.

Attached hereto is a list of all healthcare providers to whom notice is being given, pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D).

Pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(E), I also enclose a HIPAA compliant medical authorization permitting you to obtain complete medical records on Judy Collins, from each provider being sent a notice. If any of those providers do not accept this authorization for any reason, please contact us and we will arrange to execute an authorization acceptable to them that will permit you to obtain complete medical records on Judy Collins.

Neither this notice nor the medical authorization waives the common law physician-patient privilege concerning the care and treatment of Judy Collins by any doctor who provided medical services for Judy Collins. We expect that you will not communicate with any person, other than your attorney, about any doctor's care and treatment of Judy Collins.

We believe this letter complies with the letter and spirit of Tennessee Code Annotated § 29-26-121. If you believe it is deficient in any way, please let us know and any defect will be promptly cured. If we do not hear from you, we will assume that you agree the letter complies with the law.

Specialty Surgery Center, PLLC
April 7, 2015
Page 3

Very truly yours,

BENJAMIN A. GASTEL

Enclosures

## LIMITED AUTHORIZATION TO DISCLOSE
## MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

**Information To Be Used Or Disclosed**

Patient Name: _Judy Collins_          Patient Identifier: _DOB: 11/17/1959_

_Description of Information_: Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, electrocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, prescription records, insurance records, bills or statements of account, incident reports, birth certificates, death certificates and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to the Patient. THIS AUTHORIZATION DOES NOT AUTHORIZE VERBAL COMMUNICATIONS WITH THE REFERENCED INDIVIDUAL OR ORGANIZATION.

**Persons Or Organizations Authorized To Disclose The Information**

Health Care Provider: _Specialty Surgery Center, Kenneth Lister, Jean Atkinson, Cardiac Associates, Inc._

I authorize the Health Care Provider(s) and its employees and agents to disclose the Information as provided in this Authorization. A photostatic copy of this Authorization is to be considered as effective as the original. I understand that I am not required to sign this Authorization. The Health Care Provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this Authorization.

**Persons or Organizations Authorized to Receive the Information**

_Specialty Surgery Center and/or Kenneth Lister,_ Jean Atkinson, Cardiac Associates, Inc. or any representative, attorney or investigator from said organization or person.

**Purpose of the Requested Use or Disclosure**

_Legal_

**Expiration and Revocation of This Authorization**

Expiration Date or Event: _3/20/15_

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

I understand that I may see and copy the Information if I ask for it. I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

_Judy Collins_                    _7-12-13_
Signature (Patient)                    Date          Signature (Authorized Representative)   Date


Signature (Witness)                              Relationship to Patient

{004663/12512/00294534.DOC / Ver.1}

### List of Healthcare Providers- Judy Collins

1. Kenneth R. Lister, M.D.
Outpatient Anesthesia
2761 Sullins Street
Knoxville, TN 37919

Kenneth R. Lister, M.D.
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

Location where injection received:
Specialty Surgery Center, PLLC
116 Brown Avenue
Crossville, TN 38555

2. Specialty Surgery Center, PLLC
c/o Chris J. Tardio
Gideon Cooper & Essary
315 Deaderick St., Suite 1100
Nashville, Tennessee  37238

3. Jean Atkinson, R.N.
Cumberland Medical Center
421 South Main Street
Crossville, TN 38555

4. Calisher and Associates, Inc.
Paracorp Incorporated
Ste B
992 Davidson Drive
Nashville, TN 37205

Calisher & Associates, Inc.
Ste 115
555 Corporate Drive
Ladera Ranch, CA 92694







**UNITED STATES POSTAL SERVICE**®                    Certificate Of Mailing

From: **BRANSTETTER, STRANCH & JENNING**
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TN 37201-1631

To: Kenneth R. Lister, M.D.
116 Brown Ave
Crossville, TN 38555

PS Form 3817, April 2007 PSN 7530-02-000-9065



U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

APR 07 2015

Postmark
Here

Total Postage & Fees  $

Sent To  Kenneth R. Lister, MD
Street & Apt. No.,  116 Brown Ave
or PO Box No.
City, State, ZIP+4  Crossville, TN 38555

PS Form 3900, July 2014        See Reverse for Instructions

7014 2120 0003 8570 5667

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: **BRANSTETTER, STRANCH & JENNINGS**
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TN 37201-1631

To: Kenneth R. Lister, M.D.
493 Lantana Rd
Crossville, TN 38555
                                    JC

PS Form **3817**, April 2007  PSN 7530-02-000-9065

$ 001.300
PITNEY BOWES
02 1P   APR 13 2015
0000838451
MAILED FROM ZIP CODE 37201



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.69 |

Sent To  Kenneth R. Lister, MD
Street & Apt. No., or PO Box No.  493 Lantana Rd
City, State, ZIP+4  Crossville, TN 38555        E

7014 2120 0003 8570 5742

PS Form 3800, July 2013          See Reverse for Instructions



NASHVILLE TN ARCADE STA
APR 13 2015
USPS - 37219