UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | )<br>)<br>)<br>) MDL No. 1:13-md-2419-RWZ<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF POST-CONFIRMATION OFFICER'S MOTION FOR BANKRUPTCY COURT ORDER RATIFYING AND CONFIRMING HIS INTENDED DISPOSITION OF CERTAIN BOOKS AND RECORDS OF NECC

**PLEASE TAKE NOTICE** that, on February 10, 2016, Paul D. Moore, the Post-Confirmation Officer (the "Post-Confirmation Officer") of New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center ("NECC") in NECC's Chapter 11 Case No. 12-19882-HJB, filed with the United States Bankrtupcy Court for the District of Massachusetts his *Post-Confirmation Officer's Motion for Entry of an Order Ratifying and Confirming His Intended Disposition of Certain Books and Records of NECC* [Bankr. Dkt. No. 1677] (the "Motion"). A copy of the Motion and proposed order is attached hereto as Exhibit A.

Dated: February 10, 2016

Respectfully submitted,

PAUL D. MOORE, THE POST-CONFIRMATION OFFICER OF NEW ENGLAND COMPOUNDING CENTER, INC.,

*/s/ Keri L. Wintle*
Keri L. Wintle, Esq. (BBO #676508)
100 High Street
Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200
Facsimile: (857) 401-3021
Email: KLWintle@duanemorris.com

**Certificate of Service**

I, Keri L. Wintle, hereby certify that on February 10, 2016, I caused a copy of the foregoing document and the attachment thereto, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

*/s/ Keri L. Wintle*
Keri L. Wintle
