## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC., PROCUCTS LIABILITY )
LITIGATION )

           ) MDL No.:  2419
_____ ) Master Docket No.: 1:13-md-2419

           )
THIS DOCUMENT RELATES TO: )

           )
All Actions Against Specialty Surgery Center )
_____ )

## [PROPOSED] ORDER MODIFYING CASE MANAGEMENT DEADLINES IN
## SPECIAL SURGERY CENTER CASES

    This Order is intended to amend and supersede previous case management deadlines

relating to discovery in all actions against Specialty Surgery Center, PLLC and associated

defendants.  The case management deadlines in those matters are hereby amended as follows:

- Close of Common Fact Discovery: 30 days after the Court's ruling on the PSC's forthcoming Motion(s) to Compel or the Court's ruling on a Rule 12(b) dispositive motion by Calisher & Associates, Inc., whichever is later.

- Opening Common Expert Reports: 30 days from the close of common fact discovery.

- Rebuttal Common Expert Reports:  30 days from the disclosure of opening common expert reports.

- Reply Common Expert Reports: 15 days from the disclosure of rebuttal common expert reports.

- Common Expert Deposition Deadline: 15 days from the disclosure of reply common expert reports.

- All other pretrial deadlines: to be determined.

It is so **ORDERED**.

*Rya C. Bul*
February 12, 2016