**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In Re:  NEW ENGLAND COMPOUNDING | ) | |
| PHARMACY, INC., PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL NO. 2419** |
| | ) | |
| | ) | **Dkt. No. 1:13-md-2419 (RWZ)** |

**STIPULATION REGARDING THE DEADLINE TO FILE OBJECTIONS AND
RESPOND TO PLAINTIFFS' STEERING COMMITTEE'S SUBPOENA ISSUED
JANUARY 29, 2016 BY COUNSEL J. GERARD STRANCH, IV, ESQ.**

Plaintiffs' Steering Committee and Cumberland Medical Center inform the Court of a stipulation between them regarding the deadline to file objections and respond to Plaintiffs' Steering Committee's Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action issued January 29, 2016, by Attorney J. Gerard Stranch, IV, and served by U.S. Mail on Cumberland Medical Center.

Counsel for Plaintiffs' Steering Committee and Counsel for Cumberland Medical Center have conferred regarding the subpoena issued by Attorney J. Gerard Stranch, IV, on behalf of his client, Plaintiffs' Steering Committee.  CMC and the PSC have agreed that, due to the depth and breadth of the aforementioned subpoena request, Cumberland Medical Center requires additional time to reasonably determine what, if any, objections it may have to the Plaintiffs' Steering Committee's Subpoena, and that Cumberland Medical Center requires more time to respond to the same as currently commanded.

Accordingly, Plaintiffs' Steering Committee and Cumberland Medical Center have stipulated that the deadline for Cumberland Medical Center to object to Plaintiffs' Steering Committee's subpoena will be March 7, 2016.  The Plaintiffs' Steering Committee and

Cumberland Medical Center further stipulates that the deadline for Cumberland Medical Center to respond to its subpoena will be March 23, 2016.

Respectfully submitted this this 12th day of February, 2016.

ARNETT, DRAPER & HAGOOD, LLP

By:   /s/  Rachel P. Hurt
      Rachel P. Hurt, BPR No. 026515
      **Attorneys for Cumberland Medical Center**
      P.O. Box 300
      2300 First Tennessee Plaza
      Knoxville, Tennessee 37901-0300
      (865) 546-7000

**/s/ Anthony A. Orlandi**
J. Gerard Stranch, IV
Benjamin A. Gastel
Anthony A. Orlandi
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
aorlandi@bsjfirm.com
*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Annika K. Martin
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson  Street, 8th Floor
New York, NY  10013
Telephone:  212/355-9500
Facsimile:  212/355-9592
akmartin@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, Anthony A. Orlandi, hereby certify that I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 12, 2016                     BRANSTETTER, STRANCH & JENNINGS, PLLC

By:__/s/ **Anthony A. Orlandi**_____
        Anthony A. Orlandi