UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) All Cases Against the Nashville ) Healthcare Defendants ) ) ) | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ)<br><br>**MOTION FOR LEAVE TO FILE UNDER SEAL GRANTED AT FEBRUARY 11, 2016, HEARING** |

**NASHVILLE HEALTHCARE DEFENDANTS' SUMMARY OF REMAINING BELLWETHER CANDIDATES**

Pursuant to this Court's Order of February 11, 2016, this Document will be filed under seal.

 

SAINT THOMAS WEST HOSPITAL, FORMERLY KNOWN AS ST. THOMAS HOSPITAL, SAINT THOMAS NETWORK, AND SAINT THOMAS HEALTH

By their attorneys,
*/s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 439-2000
(617) 310-9461 (FAX)

Dated:  February 16, 2016

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
(512) 482-9300
(512) 482-9303 (FAX)

GIDEON, COOPER & ESSARY, PLC

*/s/ Chris J. Tardio*
C.J. Gideon, Jr.**
cj@gideoncooper.com
Chris J. Tardio**
chris@gideoncooper.com
Alan S. Bean*
alan@gideoncooper.com
Matthew H. Cline**
matt@gideoncooper.com
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459

*Attorneys for the Tennessee Clinic Defendants*

*Appearing *Pro Hac Vice*
**Admitted pursuant to MDL Order No. 1

### CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 16th day of February, 2016.

*/s/ Sarah P. Kelly*
SARAH P. KELLY

3046267.1