Case 1:13-md-02419-RWZ   Document 2662-1   Filed 02/17/16   Page 1 of 3

# ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. )
PRODUCTS LIABILITY LITIGATION )
) DOCKET # 1:13-CV-10685-FDS
) MDL 1:13-MD-2419-FDS
)
)
THIS DOCUMENT RELATES TO: ) )
)
*Hanson v. Ocean State Pain Management* )
1:13-CV-10685-RWZ )
)

## RESPONSE OF PLAINTIFF TO
## AMENDED MOTION OF DEFENDANT TO DISMISS CERTAIN CLAIMS

The plaintiff does not oppose the amended motion of defendant, Ocean State Pain Management, to dismiss product liability claims, provided that all other pending claims shall remain in effect.

*/s/ Frank Prokos*

Frank Prokos, Esq.
Law Office of Frank Prokos, LLC
11 Vanderbilt Avenue, Suite 105
Norwood, MA 02062
(781) 269-5528
BBO #557596

## CERTIFICATE OF SERVICE

I, Frank Prokos, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who were registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

*/s/ Frank Prokos*
_____

Frank Prokos, Esq.
Law Office of Frank Prokos, LLC
11 Vanderbilt Avenue, Suite 105
Norwood, MA 02062
(781) 269-5528
BBO #557596