GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE - UNION, NJ 07083
## www.Served.com
Phone: (908) 687-0056    Fax: (908) 688-0885    E-mail: Info@Served.com

# WE HAVE RECEIVED YOUR PROCESS# 20160216175138

From: OPERATIONS MANAGER - GUARANTEED SUBPOENA SERVICE
Attn: CHRISTOPHER M. WOLK, ESQ.
Re: PROCESS RECEIVED - This fax/email initiated on 2/16/2016 5:54:15 PM
To: BLUMBERG & WOLK, LLC
158 DELAWARE STREET POST OFFICE BOX 68 - WOODBURY NJ 08096
Phone: 8568487472    Fax: 8568488012    E-mail:

Dear CHRISTOPHER M. WOLK, ESQ. ,

Your process has been received and has been assigned the following reference number: 20160216175138
This number represents a fourteen digit unique ID that indicates the year, month, day, hours, minutes and seconds when your process has been entered into our computer system. Please use this number when you contact our office regarding any issues pertaining to this process. Please verify all information below, and contact us with any corrections if needed:

| | |
|---|---|
| GSS#: | 20160216175138 |
| PLAINTIFF: | IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC |
| vs: | |
| DEFENDANT: | NA |
| DOCKET#: | 1 13 MD 02419 RWZ |
| CLAIM#: | 1541 |
| PROCESS TO BE SERVED: | LETTER, SUBPOENA TO TESTIFY, ATTACHMENT |
| ENTITY TO BE SERVED: | THE NJ BOARD OF PHARMACY, ATTN: ANTHONY RUBINACCIO, EXECUTIVE DIRECTOR |
| SERVING BUSINESS ADDRESS: | 124 HALSEY ST.  NEWARK NJ 07102 |
| COURT DATE: | 3/11/2016 |
| DUE DATE: | 2/20/2016 |

Now you can CHECK THE STATUS of your process at www.SERVED.com with your Firm ID: **FE8B1C60**

- We can file your Proof of Service in accordance with Rule 4:4-7 for only **$9.95** -
- We can complete your Non-Military Affidavit in accordance with USC title 50 War and National Defense for only **$29.95** -

Should you notice any errors, please fax any corrections to (908) 688-0885 or email us at: Info@Served.com
Please include document# **20160216175138**