UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>) | |
| THIS DOCUMENT RELATES TO:<br><br>All Cases )<br>)<br>)<br>)<br>)<br>) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |

### NOTICE OF CANCELLATION OF DEPOSITION

Pursuant to Fed. R. Civ. P. 31, Box Hill Surgery Center, LLC, Ritu T. Bhambani, MD, and Ritu T. Bhambani, MD, LLC (hereinafter "Box Hill, Defendants") give notice to the Court and to all parties of the following:

The Box Hill Defendants have contacted or been contacted by the below-listed entities, and advised that said entities' witnesses are unavailable on the dates selected by the Box Hill Defendants for their depositions. Accordingly, the Box Hill Defendants have agreed to cancel certain depositions, to be rescheduled in March, 2016. The Box Hill Defendants will notify the Court and all parties as to the rescheduled dates in March, 2016 for the below-listed entities' depositions:

1. Erlanger Health Systems
2. Peninsula Orthopaedic Associates, PC

Respectfully submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, PA
901 Dulaney Valley Road
Suite 400
Towson, MD 21204
(410) 938-8800
gkirby@pklaw.com

***Attorneys for Box Hill Surgery Center, LLC, Ritu T. Bhambani, MD, and Ritu T. Bhambani, MD, LLC***

## CERTIFICATE OF SERVICE

I, Gregory K. Kirby, hereby certify that in submitting this NOTICE OF FILING, a copy of the forgoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system, including the attorneys representing the Plaintiffs in suits against Box Hill, and Notice of Electronic Filing (NEF) will be sent to those parties by operation of CM/ECF system on February 23, 2016.

/s/ Gregory K. Kirby
Gregory K. Kirby