# EXHIBIT 1

Depositions taken or confirmed/scheduled (all business days listed):

February:

| | |
|---|---|
| 12 | Joachimstahler |
| 15 | Baddley |
| 16 | Latham (fact witness) |
| 17 | |
| 18 | |
| 19 | Joseph |
| 22 | |
| 23 | Parrino |
| 24 | Holmes |
| 25 | |
| 26 | Schneider |
| 29 | Dawson |

March:

| | |
|---|---|
| 1 | Culclasure (fact witness) |
| 2 | Oliver |
| 3 | |
| 4 | Kessler, Wallis |
| 5 (Sat) | Stephenson |
| 7 | [PSC not available] |
| 8 | Russo, Thoma |
| 9 | Bradshaw |
| 10 | Parker (plus status conference) |
| 11 | Gray, St. John |
| 14 | Rauck |
| 15 | Garton |
| 16 | |
| 17 | Almeter |
| 18 | Reistter, Patterson |
| ---- | |
| 21 | Wright |
| 22 | Mixon |

April:

9 (Sat) Winikur