# EXHIBIT 3

| | |
|---|---|
| **From:** | Chris J. Tardio |
| **Sent:** | Monday, February 22, 2016 6:39 PM |
| **To:** | George Nolan |
| **Cc:** | Bill Leader; 'Ben Gastel' (beng@bsjfirm.com); Sandy Chadwell; Molly Moore; Melissa M. Howard |
| **Subject:** | RE: Winikur deposition |

Thanks. Will do. Please see if Winikur can start as early as possible on the 9th. I am sure that you would like to get home that night, too. I assume I will travel there the night before, and would be ready to start the deposition as early as he can on the 9th, be it 0700, 0730, *etc.*, so that we can get out of there that afternoon.

Chris J. Tardio, Esq.
Member // Gideon, Cooper & Essary, PLC
www.gideoncooper.com

**From:** George Nolan [mailto:gnolan@LeaderBulso.com]
**Sent:** Monday, February 22, 2016 2:55 PM
**To:** Chris J. Tardio
**Cc:** Bill Leader; 'Ben Gastel' (beng@bsjfirm.com); Sandy Chadwell; Molly Moore; Melissa M. Howard
**Subject:** Winikur deposition

Hey Chris,

We ran the dates that you proposed by Dr. Winikur. The only date that works for him is Saturday, April 9. I totally understand about wanting to avoid Saturdays, but that is the only one that works for him. So, this will confirm that date.

Winikur suggests that you contact the following facility about booking a conference room:

Stratford Conference Center
149 Piney Forest Road
Danville, VA 24540
Phone: (434) 792-2672
Fax: (434) 791-3159


George

George Nolan
***Leader, Bulso & Nolan, PLC***
414 Union Street, Suite 1740
Nashville, Tennessee 37219
615-780-4114 *Office*
615-780-4122 *Fax*
615-496-7291 *Cell*
gnolan@leaderbulso.com  *Email*
**www.leaderbulso.com**  *Website*

1