# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS )
LIABILITY LITIGATION )
 )
 )  MDL No. 2419
_____ )
 )  Dkt. No 1:13-md-2419 (RWZ)
THIS DOCUMENT RELATES TO: )
 )
All Cases )
 )

---

## NOTICE OF FILING OF THIRD AMENDED NOTICE OF DEPOSITION BY WRITTEN QUESTIONS

---

Pursuant to Fed. R. Civ. P. 31, Box Hill Surgery Center, LLC, Ritu T. Bhambani, MD, and Ritu T. Bhambani, MD, LLC (Hereinafter "Box Hill") give notice to the Court and to all parties of the filing of the following:

1. Third Amended Notice of Deposition by Written Questions to East Tennessee Children's Hospital

Respectfully submitted,

*/s/* Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, PA
901 Dulaney Valley Road
Suite 400
Towson, MD 21204
(410) 938-8800
gkirby@pklaw.com

***Attorneys for Box Hill Surgery Center, LLC, Ritu T. Bhambani, MD, and Ritu T. Bhambani, MD, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I, Gregory K. Kirby, hereby certify that a copy of the forgoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system, including the attorneys representing the Plaintiffs in suits against Box Hill, and Notice of Electronic Filing (NEF) will be sent to those parties by operation of CM/ECF system on February 24, 2016.

/s/ Gregory K. Kirby
Gregory K. Kirby