**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Identified In Dkt. No. 1472-1. | Judge Rya Zobel |

**PLAINTIFFS' STEERING COMMITTEE'S**
**NOTICE OF FILING SECOND AMENDED DEPOSITION NOTICE OF LARRY E. PATTERSON, M.D.**

The Plaintiffs' Steering Committee gives notice to the Court and all parties of filing the Second Amended Notice of Deposition of Larry E. Patterson, M.D. Said Second Amended Deposition Notice is attached hereto as Exhibit 1.

Dated: February 29, 2016

Respectfully submitted,

**/s/ Benjamin A. Gastel**
Benjamin A. Gastel
J. Gerard Stranch, IV
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
beng@branstetterlaw.com
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

**CERTIFICATE OF SERVICE**

      I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 29, 2016

                                              **/s/ Benjamin A. Gastel**
                                              Benjamin A. Gastel