UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Temple v. Ameridose et al*, Case No. 1:13-cv-12696-RWZ;<br><br>*Wray, et al. v. Ameridose*, LLC et al., Case No. 1:13-cv-12737-RWZ;<br><br>*Parman, et al. v. Ameridose LLC*, et al., Case No. 1:13-cv-12433; | MDL No. 2419<br>Master Docket No.: 1:13-md-2419-RWZ<br><br>Honorable Rya W. Zobel |

## DEPOSITION NOTICE OF JOHN CULCLASURE MD

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the deposition of Dr. John Culclasure on Tuesday, March 1, 2015 at 9:30am at the offices of Gideon, Cooper & Essary, PLC, 315 Deaderick St., #1100, Nashville, TN 37238.  The deposition will be recorded by stenographical means and by video.

Dated: February 29, 2016            Respectfully submitted,

                                              **/s/Benjamin A. Gastel**
                                              J. Gerard Stranch, IV
                                              Benjamin A. Gastel
                                              BRANSTETTER, STRANCH & JENNINGS PLLC
                                              223 Rosa L. Parks Avenue, Suite 200
                                              Nashville, TN  37203
                                              Telephone:  (615) 254-8801
                                              Facsimile:  (615) 255-5419
                                              gerards@bsjfirm.com
                                              beng@bsjfirm.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

**CERTIFICATE OF SERVICE**

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 29, 2016

**/s/ Benjamin A. Gastel**

Benjamin A. Gastel