CERTIFICATE OF SERVICE

      I, Maura K. Monaghan, hereby certify that this document, filed through the ECF system, will be sent electronically on February 29, 2016 to the registered participants as identified on the Notice of Electronic Filing.

                                              /s/ Maura K. Monaghan