UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All Cases ) <br> ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

## NOTICE OF FILING OF SECOND AMENDED NOTICE OF DEPOSITION BY WRITTEN QUESTIONS

Pursuant to Fed. R. Civ. P. 31, Box Hill Surgery Center, LLC, Ritu T. Bhambani, MD, and Ritu T. Bhambani, MD, LLC (Hereinafter "Box Hill") give notice to the Court and to all parties of the filing of the following:

1. Second Amended Notice of Deposition by Written Questions to Premier Orthopedics & Sports Medicine.

Respectfully submitted,

*/s/* Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, PA
901 Dulaney Valley Road
Suite 400
Towson, MD 21204
(410) 938-8800
gkirby@pklaw.com

***Attorneys for Box Hill Surgery Center, LLC, Ritu T. Bhambani, MD, and Ritu T. Bhambani, MD, LLC***

## CERTIFICATE OF SERVICE

I, Gregory K. Kirby, hereby certify that a copy of the forgoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system, including the attorneys representing the Plaintiffs in suits against Box Hill, and Notice of Electronic Filing (NEF) will be sent to those parties by operation of CM/ECF system on March 2, 2016.

　　　　　　　　　　　　　　　　　　　　　*/s/* Gregory K. Kirby
　　　　　　　　　　　　　　　　　　　　　Gregory K. Kirby