UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) All Cases ) ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

## NOTICE OF FILING
## _PROPOSED_ AGREED ORDER
## EXTENDING DEADLINE TO DEPOSE COMMON EXPERT WITNESSES
## FROM MARCH 18, 2016, TO APRIL 9, 2016

The STOPNC Defendants and the Plaintiffs' Steering Committee hereby give notice to the Court and to all parties as to the filing of their *proposed* Agreed Order Extending Deadline to Depose Common Expert Witnesses from March 18, 2016, to April 9, 2016. The proposed agreed order is attached as an exhibit to this Notice. The parties respectfully notify the Court that there is no opposition to the request made at Dkt. 2684 to extend the deadlines, and ask that the Court enter the exhibited agreed order.

Respectfully and jointly submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Clinic Defendants*

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*


/s/ Mark P. Chalos
**Mark P. Chalos**
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone: (615) 313.9000
Facsimile: (615) 313-9965
mchalos@lchb.com

*Plaintiffs' Steering Committee and Federal/State Liaison*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 2nd day of March, 2016.

/s/ Chris J. Tardio