UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> All Cases | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

### *PROPOSED*
### AGREED ORDER
### EXTENDING DEADLINE TO DEPOSE COMMON EXPERT WITNESSES
### FROM MARCH 18, 2016, TO APRIL 9, 2016

The Court hereby orders:

1. At Dkt. 2684, the STOPNC Defendants moved for extension of the deadline to depose common experts from March 18, 2016, to April 9, 2016. Both the PSC and the STOPNC Defendants have experts remaining that need to be deposed shortly after the March 18 deadline. The request is made in good faith and with the agreement of all parties, and does not impact additional deadlines or prejudice the parties.

2. As such, the Court modifies the scheduling order in place at Dkt. 2596 to reflect that completion of common expert depositions shall occur by April 9, 2016. All other deadlines remain the same.

So ordered.

_____
JENNIFER C. BOAL
U.S. Magistrate Judge

Submitted for entry with accompanying notice of filing by:

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
**Gideon, Cooper, & Essary, PLC**
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Clinic Defendants*

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*


/s/ Mark P. Chalos
**Mark P. Chalos**
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone: (615) 313.9000
Facsimile: (615) 313-9965
mchalos@lchb.com

*Plaintiffs' Steering Committee and Federal/State Liaison*

2