UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |

This document relates to:

Armetta, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14022-RWZ

Bowman, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14028-RWZ

Davis, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14033-RWZ

Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14029-RWZ

Farthing, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14036-RWZ

Kashi, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14026-RWZ

Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,
No. 1:14-cv-14023-RWZ

Handy, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ

- 2 -

### NOTICE OF FILING SUBPOENA AND NOTICE OF DEPOSITION
### TO BARBARA WAGNER

The Plaintiffs give notice to the Court and to all parties, pursuant to Federal Rules of Civil Procedure 45(a)(4) and 30, of the issuance of a subpoena to Barbara Wagner and the filing of a Notice of Deposition of Barbara Wagner. The subpoena requires the deposition testimony and commands the production of documents.[1]

A copy of the Court's MDL Order No. 10 (Deposition Protocol) is attached as Exhibit 2. Pursuant to MDL Order No. 10, a copy of the Third Amended Protective Order of Confidentiality (Dkt. 814) is attached as Exhibit 3.

Dated:  March 2, 2016                                     Respectfully submitted,


                                                          /s/ Sharon L. Houston
                                                          Patricia J. Kasputys
                                                          Sharon L. Houston
                                                          Law Offices of Peter G. Angelos, P.C.
                                                          100 N. Charles Street
                                                          Baltimore, MD  21201
                                                          (410) 649-2000
                                                          *Attorneys for Plaintiffs*


                                                          /s/ Michael Coren
                                                          Harry M. Roth
                                                          Michael Coren
                                                          Cohen Placitella & Roth. P.C.
                                                          2001 Market Street
                                                          Suite 2900
                                                          Philadelphia, PA  19103
                                                          (215) 567-3500
                                                          *Attorneys for Plaintiffs*

---

[1] The subpoena to Barbara Wagner and the Notice of Deposition of Barbara Wagner are attached as Exhibit 1 to this Notice.

- 2 -

## CERTIFICATE OF SERVICE

I, Sharon L. Houston, hereby certify that I caused a copy of the foregoing to be filed electronically, via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  March 2, 2016                             /s/ **Sharon L. Houston**
                                                  Sharon L. Houston