# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | ) ) ) | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | ) ) ) ) | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | ) ) ) ) | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | ) ) ) ) | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | ) ) ) ) | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | ) ) ) ) | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | ) ) ) ) | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | ) ) ) ) | |
| Handy, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ | ) ) | |

### NOTICE OF FILING SUBPOENA AND NOTICE OF DEPOSITION
### TO KIM BROCKMEYER

The Plaintiffs give notice to the Court and to all parties, pursuant to Federal Rules of Civil Procedure 45(a)(4) and 30, of the issuance of a subpoena to Kim Brockmeyer and the filing of a Notice of Deposition of Kim Brockmeyer. The subpoena requires the deposition testimony and commands the production of documents.[1]

A copy of the Court's MDL Order No. 10 (Deposition Protocol) is attached as Exhibit 2. Pursuant to MDL Order No. 10, a copy of the Third Amended Protective Order of Confidentiality (Dkt. 814) is attached as Exhibit 3.

Dated: March 2, 2016                    Respectfully submitted,


                                        /s/ Sharon L. Houston
                                        Patricia J. Kasputys
                                        Sharon L. Houston
                                        Law Offices of Peter G. Angelos, P.C.
                                        100 N. Charles Street
                                        Baltimore, MD  21201
                                        (410) 649-2000
                                        *Attorneys for Plaintiffs*


                                        /s/ Michael Coren
                                        Harry M. Roth
                                        Michael Coren
                                        Cohen Placitella & Roth. P.C.
                                        2001 Market Street
                                        Suite 2900
                                        Philadelphia, PA  19103
                                        (215) 567-3500
                                        *Attorneys for Plaintiffs*

---

[1] The subpoena to Kim Brockmeyer and the Notice of Deposition of Kim Brockmeyer are attached as Exhibit 1 to this Notice.

## CERTIFICATE OF SERVICE

I, Sharon L. Houston, hereby certify that I caused a copy of the foregoing to be filed electronically, via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: March 2, 2016                     **/s/ Sharon L. Houston**
                                         Sharon L. Houston