UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) All Suits ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

## PARTIES' NOTICE OF SUSPENSION OF BRIEFING ON ISSUES RELATED TO MICHAEL O'NEAL

Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John W. Culclasure, MD; Debra V. Schamberg, RN, CNOR; and Vaughan Allen, MD (collectively "the STOPNC Defendants") and the Plaintiffs' Steering Committee ("PSC") hereby give the Court and parties notice that they have agreed to temporarily suspend the briefing and dispute over the discoverability of information and records related to Michael O'Neal's pharmacy consulting for STOPNC. The parties are close to an agreement on the issue that would resolve the outstanding issues and moot the motions related to O'Neal that are pending before Magistrate Judge Boal.[1] Should the parties' expected agreement not finalize in short order, they will promptly finish any remaining briefing on the issue on a prompt schedule.

---
[1] This includes Doc. 2437, 2469, and 2608.

1

Respectfully and jointly submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Clinic Defendants*

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*

/s/ Ben Gastel
**Ben Gastel**
**Branstetter Stranch & Jennings, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 250-3937
beng@bsjfirm.com

*Plaintiffs' Steering Committee*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 3rd day of March, 2016.

/s/ Chris J. Tardio
**Chris J. Tardio**