# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Identified In Dkt. No. 1472-1. | Judge Rya Zobel |

## PLAINTIFFS' STEERING COMMITTEE'S
## NOTICE OF FILING AMENDED NOTICE OF DEPOSITION OF AUTRY PARKER, MD

The Plaintiffs' Steering Committee gives notice to the Court and all parties of filing the Amended Deposition Notice of Autry Parker, MD. Said Deposition Notice is attached hereto as Exhibits 1.

Dated:  March 7, 2016                                    Respectfully submitted,

**/s/ Benjamin A. Gastel**
Benjamin A. Gastel
J. Gerard Stranch, IV
BRANSETTER, STRANCH & JENNINGS PLLC
23 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
beng@bsjfirm.com
gerards@bsjfirm.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

1

**CERTIFICATE OF SERVICE**

      I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

Dated: March 7, 2016

                                            **/s/ Benjamin A. Gastel**
                                            Benjamin A. Gastel