**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING | ) | |
| PHARMACY, INC. PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | |
| | ) | |
| _____ | ) | |
| | ) | MDL No. 2419 |
| THIS DOCUMENT RELATES TO: | ) | Dkt. No 1:13-md-2419 (RWZ) |
| | ) | |
| All Suits Against the Saint Thomas Entities | ) | |
| | ) | |
| | ) | |

**NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM TO**
<u>**ROBERT GUARDINO**</u>

Defendants, Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network (collectively the "Saint Thomas Entities"), pursuant to Federal Rules of Civil Procedure 30 and 34, come now and give notice that the oral and videotaped deposition of Plaintiffs' designated expert, Robert Guardino, will be taken on **March 15, 2016**, beginning at 9:00 a.m. (EDT) and continuing until completed.

The deposition will take place at Landfall Executive Suites, 1213 Culbreth Drive, Wilmington, NC 28405.  The deposition will be recorded by stenographical means and by video. Attached as **Exhibit A** is a subpoena duces tecum. Please produce all responsive documents by no later than March 10, 2016.

March 7, 2016

Respectfully submitted,

*/s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

<u>**CERTIFICATE OF SERVICE**</u>

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 7th day of March, 2016.

<u>*/s/      Sarah P. Kelly*            </u>
Sarah P. Kelly

**Exhibit A**
**Subpoena Duces Tecum**

Pursuant to the Federal Rules of Civil Procedure, this will also serve as a request for the Deponent, expert witness Robert Guardino, to produce the following documents on March 10, 2016.

1. Your current resume and CV summarizing your professional qualifications, publications and presentations you have given.

2. Any and all bibliographies of your publications and/or research not included in your resume or curriculum vitae.

3. Any and all articles, publications or other materials you have provided, or for which you have provided citations or other identifying information, to Plaintiffs' counsel and/or any witness in connection with this case.

4. Your entire file in connection with your investigation and/or evaluation of the issues involved in this lawsuit.

5. A copy of your fee schedule and all time records, diaries and/or billing records prepared in connection with you review, investigation and evaluation of the issues involved with this lawsuit.

6. All documents furnished to you for review with reference in this case.

7. All documents you have or will review, refer to or rely upon in arriving at any of your opinions or conclusions, specifically including your opinions in your expert report concerning the issues involved in this lawsuit, including but not limited to all scientific, medical, and/or technical articles, publications, literature, codes, standards, regulations, and guidelines, cited therein, if not already provided in response to Request No. 4, above.

8. All articles, books, journals, or references which are or may be relevant to this lawsuit and which you consider to be reliable or authoritative.

9. Any and all documents or other materials which you contend or will contend in any way discredit or contradict the opinions and/or conclusions of any of Defendants' testifying experts and/or which you may use or refer to in any criticisms or disagreements with the opinions and/or conclusions of any of Defendants' testifying experts.

10. All models, illustrations, photographs, other exhibits or documents of any kind which you may use to explain, illustrate or support your testimony at the trial of this case.

11. A list of all legal cases in which you have rendered any opinion in the past five (5) years, including the cause number, style of cause and the name of the attorney who retained you.

12. Any and all reports, diagrams, charts, records, graphs, notes, memoranda, correspondence, compilation of data or any writings or documentation of any kind or description (including but not limited to drafts and copies with notations or markings), that you have prepared in this case and/or have reviewed and/or used and/or relied upon in forming your opinions in this case, if not already contained in your file responsive to Request No. 4.

13. All tangible reports, compilations of data or other material prepared by any consulting expert which have been reviewed by you and/or which forms a basis either in whole or in part of your opinions in this case.

14. Copies of any and all contracts or agreements between you and any law firm representing any Plaintiff herein which concerns this case and/or your providing expert services in legal cases.

3103845.1