UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> This Document Relates to: ) <br> ) <br> Wray v. Ameridose, LLC, et al. ) <br> 1:13-cv-12737 ) <br> ) | MDL No. 2419 <br><br> Dkt. No. 1:13-md-2419 (RWZ) |

_____

MOTION FOR ADMISSION *PRO HAC VICE*
OF ATTORNEY STEPHANIE BERGMEYER
_____

The State of Tennessee moves that Stephanie Bergmeyer be admitted *pro hac vice* in the above-captioned case.  Pursuant to Local Rule 83.5.3 and the Court's Order on Admission of Attorneys [Doc. 827], this motion is accompanied by the Affidavit of Stephanie Bergmeyer (attached as Exhibit A).

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/Joseph Ahillen
Joseph Ahillen, BPR # 028378
Assistant Attorney General
Civil Rights and Claims Division
Office of the Attorney General
P. O. Box 20207
Nashville, Tennessee 37202-0207
(615) 532-2558

## LOCAL RULE 7.1 CERTIFICATE

      Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for the State of Tennessee conferred with the PSC on the subject of this motion and was advised that the PSC will not oppose it.

s/Joseph Ahillen  
JOSEPH AHILLEN

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:  March 8, 2016

s/Joseph Ahillen  
JOSEPH AHILLEN