UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> This Document Relates to: ) <br> ) <br> Wray v. Ameridose, LLC, et al. ) <br> 1:13-cv-12737 ) <br> ) | MDL No. 2419 <br><br> Dkt. No. 1:13-md-2419 (RWZ) |

## AFFIDAVIT OF STEPHANIE A. BERGMEYER

I, Stephanie A. Bergmeyer, being first duly sworn under oath, state as follows:

1. I am an Assistant Attorney General for the State of Tennessee.

2. I am a member in good standing of the Tennessee bar and have been admitted to practice law in all state courts in Tennessee, in the United States District Courts for the Western, Middle, and Eastern Districts of Tennessee, and the Sixth Circuit Court of Appeals.

3. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Further affiant saith not.

*/s/ Stephanie A. Bergmeyer*
STEPHANIE A. BERGMEYER
Tennessee BPR # 27096

Affidavit of Stephanie A. Bergmeyer
Page 2 of 2

STATE OF TENNESSEE             )
                               )
COUNTY OF DAVIDSON             )

Sworn to and subscribed to before me, this the __8th__ day of __March__, 2016.

_Mary Kathryn Moran_
NOTARY PUBLIC

My Commission Expires: __7/2/18__

2