**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 12-19882-HJB |

**ORDER RATIFYING AND CONFIRMING POST-CONFIRMATION OFFICER'S INTENDED DISPOSITION OF CERTAIN BOOKS AND RECORDS OF NECC**

Upon consideration of the *Post-Confirmation Officer's Motion for Entry of an Order Ratifying and Confirming His Intended Disposition of Certain Books and Records of NECC* [Dkt. No. ____] (the "Motion") filed on February 10, 2016, due and proper notice thereof having been given in accordance with Federal Rule of Bankruptcy Procedure 6007 and MLBR 6007-1, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**;

2. The terms and provisions of the *Findings of Fact, Conclusions of Law and Order Confirming the Third Amended Joint Chapter 11 Plan of New England Compounding Pharmacy, Inc.* [Dkt. No. 1355] entered by this Court on May 20, 2015, authorizing the Post-Confirmation Officer to abandon or destroy the books and records of NECC, in his sole discretion and subject to the *Agreed Order Granting Relief from Preservation Order to Permit Chapter 11 Trustee to Sell or Otherwise Dispose of Remaining NECC Property* [Dkt. No. 1538 in MDL No. 1:13-md-

2419] entered by the District Court[1] in the MDL Proceeding, are hereby ratified and confirmed; and

3. The Post-Confirmation Officer is authorized to abandon, dispose of, and/or to destroy the books and records of NECC, other than the Preserved Documents, in his sole discretion and without further notice or order of this Court. The Post-Confirmation Officer also is hereby authorized, without further order of this Court, to dispose of the Preserved Documents, but only if, as and when the MDL Court, after notice to parties in interest in the MDL Proceeding, modifies the Modified Preservation Order and expressly permits the Post-Confirmation Officer to do so.

Dated this __ day of _____ __, 2016  
Springfield, Massachusetts

_____  
HONORABLE HENRY J. BOROFF  
UNITED STATES BANKRUPTCY JUDGE

03/07/2016

---

[1] Unless otherwise defined herein, capitalized terms herein shall have the meanings ascribed to them in the Motion.

2