UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |

THIS DOCUMENT RELATES TO:

All Actions

**SUPPLEMENT TO THE PLAINTIFFS' STEERING COMMITTEE'S PROPOSED AGENDA FOR THE MARCH 10, 2016 STATUS CONFERENCE AND DISCOVERY HEARING**

The Saint Thomas Entities[1] propose the following supplement to the PSC's proposed agenda for the March 10, 2016 status conference (before both Judge Zobel and Judge Boal at 2:00 p.m.) (Docket #2727). The Saint Thomas Entities proposed this change to the agenda to the PSC in advance of its submission to the Court, but the PSC did not include it. The Saint Thomas Entities believe the bellwether selection issues warrant a bilateral discussion with input from both sides, rather than solely a mention by the PSC in its litigation update. There are no other matters set for argument at the status conference, and the Saint Thomas Entities submit that argument on the bellwether selection issues can be brief.

The Saint Thomas Entities propose the following addition after part A of the PSC's proposed agenda:

**B.   MATTERS FOR WHICH ORAL ARGUMENT IS REQUESTED DURING THE STATUS CONFERENCE**

    a. Selection of Bellwether Trial Cases

        i. Nashville Defendants Summary of Remaining Bellwether Candidates [Dkt. 2660]

---

[1] Defendants Saint Thomas West Hospital f/k/a St. Thomas Hospital, Saint Thomas Health, and Saint Thomas Network.

      ii.      PSC Summary of Remaining Bellwether Candidates [Dkt. 2661]

      iii.     Saint Thomas Entities' Response to PSC's Summary of Remaining Bellwether Cases [Dkt. 2724]

Dated: March 9, 2016

SAINT THOMAS WEST HOSPITAL, FORMERLY KNOWN AS ST. THOMAS HOSPITAL, SAINT THOMAS NETWORK, AND SAINT THOMAS HEALTH

By their attorneys,
/s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
(512) 482-9300
(512) 482-9303 (FAX)                               *Appearing Pro Hac Vice

### CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was served on all parties of record through the Court's electronic filing system this 9th day of March, 2016.

>                                    /s/ Sarah P. Kelly
>                                    SARAH P. KELLY