**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Identified In Dkt. No. 1472-1. | Judge Rya Zobel |

**PLAINTIFFS' STEERING COMMITTEE'S**
**NOTICE OF FILING**

The Plaintiffs' Steering Committee gives notice to the Court and all parties of filing the Notice of Deposition of Kit Mays, MD (Exhibit 1), Notice of Deposition of Joel S. Zivot, MD (Exhibit 2), Notice of Deposition of David Brooke Reath, MD (Exhibit 3), Notice of Deposition of Christopher W. Woods, MD (Exhibit 4), and Notice of Deposition of Crystal Aigner, RN (Exhibit 5). Said Deposition Notices are attached hereto as Exhibits 1 thru 5.

Dated: March 10, 2016

Respectfully submitted,

**/s/ Benjamin A. Gastel**
Benjamin A. Gastel
J. Gerard Stranch, IV
BRANSETTER, STRANCH & JENNINGS PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
beng@branstetterlaw.com
gerards@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

**CERTIFICATE OF SERVICE**

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: March 10, 2016

**/s/ Benjamin A. Gastel**
Benjamin A. Gastel