Exhibit "J"

# SAINT THOMAS OUTPATIENT NEUROSURGICAL CENTER

## AND

## NEUROLOGICAL SURGEONS

### ADDENDUM TO SERVICE AGREEMENT

Service to be purchased: Billing and Collection of Facility Fee
Description: Bill and collect facility changes

Terms:
Cost: 5.5% of net revenue charges
Length of time: 24 months

Manager Responsibility from each Institution:

Saint Thomas Outpatient Neurosurgical Center: Tina Sullivan

Neurological Surgeons: Scott Butler

Effective Date: 9/18/07

Approved By:

_____  9-27-07
SAINT THOMAS OUTPATIENT         DATE
NEUROSURGICAL CENTER, LLC

_____  9/27/07
NEUROLOGICAL SURGEONS           DATE

STOPNC_0712


DEFENDANT'S EXHIBIT

Δ π EXHIBIT 596
Deponent Butler
Date 9/17/15 Rptr. PW
WWW.DEPOBOOK.COM

## SAINT THOMAS OUTPATIENT NEUROSURGICAL CENTER

## AND

## NEUROLOGICAL SURGEONS

### ADDENDUM TO SERVICE AGREEMENT

Service to be purchased: Medical Directorship
Description: Provide direction and leadership for the medical staff. Monitor quality assurance and patient care.

Terms:
Cost: ████████ annually
Length of time: 24 months

Manager Responsibility from each Institution:

Saint Thomas Outpatient Neurosurgical Center: Tina Sullivan

Neurological Surgeons: Scott Butler

Effective Date: 9/18/07

Approved By:

_____     9-27-07
SAINT THOMAS OUTPATIENT           DATE
NEUROSURGICAL CENTER, LLC


_____     9/27/07
NEUROLOGICAL SURGEONS              DATE

STOPNC_0713

## SAINT THOMAS OUTPATIENT NEUROSURGICAL CENTER

### AND

### NEUROLOGICAL SURGEONS

### ADDENDUM TO SERVICE AGREEMENT

Service to be purchased: Personnel and Personnel Administration
Description: Provide all staff. Provide payroll and benefits administration.

Terms:
Cost: Actual cost of all salaries and benefits, plus 5.5% administration fee based on total staff cost.
Length of time: 24 months

Manager Responsibility from each Institution:

Saint Thomas Outpatient Neurosurgical Center: Tina Sullivan

Neurological Surgeons: Scott Butler

Effective Date: 9/18/07

Approved By:

_____   9-27-07
SAINT THOMAS OUTPATIENT          DATE
NEUROSURGICAL CENTER, LLC


_____   9/27/07
NEUROLOGICAL SURGEONS             DATE