Exhibit "K"

```
         UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF MASSACHUSETTS


IN RE:   NEW ENGLAND            )
COMPOUNDING PHARMACY,           )
INC. PRODUCT LIABILITY          )
LITIGATION.                     )
                                )MDL NO. 2419
                                )Master Dkt:
THIS DOCUMENT RELATES TO:       )1:13-md-02419-RWZ
                                )
All Actions                     )
_____       )




        VIDEOTAPED DEPOSITION OF:

        REBECCA CLIMER

        Taken on behalf of the Plaintiff

        July 15, 2015




_____

          CARISSA L. BOONE, LCR, RPR
```

```
 1   APPEARANCES:

 2   For the Plaintiffs:

 3   BENJAMIN A. GASTEL, ESQ.
     Branstetter, Stranch & Jennings, PLLC
 4   227 Second Avenue North
     Nashville, Tennessee 37201
 5   615.254.8801
     Beng@bsjfirm.com
 6

 7   For the Defendants St. Thomas Health,
     St. Thomas Network and St. Thomas Hospital:
 8
     ADAM SCHRAMEK, ESQ.
 9   Norton, Rose, Fulbright, LLP
     98 San Jacinto Boulevard
10   Suite 1100
     Austin, Texas 78701
11   512.474.5201
     Adam.schramek@nortonrosefulbright.com
12
     and
13
     LELA HOLLABOUGH, ESQ.
14   Bradley, Arant, Boult, Cummings, LLP
     1600 Division Street
15   Suite 700
     Nashville, Tennessee 37203
16   615.244.2582
     Lhollabough@babc.com
17

18   For the Defendants SSC and Dr. Lister:

19   ASHLEY E. GENO, ESQ.
     Brewer, Krause, Brooks & Chastain
20   611 Commerce Street
     Suite 2600
21   Nashville, Tennessee 37203
     615.256.7728
22   AGeno@bkblaw.com

23

24

25
```

```
 1   For the Tennessee Clinics Defendants:

 2   CHRISTOPHER TARDIO, ESQ.
     Gideon, Cooper & Essary
 3   315 Deaderick Street
     Suite 1100
 4   Nashville, Tennessee 37238
     615.254.0000
 5   Chris@gideoncooper.com

 6
     For the Defendant ARL BioPharma:
 7
     KRISTEN RAGOSTA, ESQ.
 8   Donovan Hatem, LLP
     53 State Street, 8th Floor
 9   Boston, Massachusetts 02109
     617.406.4500
10   Kragosta@donovanhatem.com
     (Via Telephone/Video Stream)
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  though that it had the right to --
2  A.      St. Thomas Network --
3  Q.      -- appoint two board members?
4  A.      St. Thomas -- that is the extent of it.
5  St. Thomas Network is a -- an entity, a holding
6  company for a number of different joint
7  ventures.  It has a -- it has a -- it appoints
8  board members, but it does not actively manage
9  the day-to-day operations of the center.
10 Q.      What is the -- what is your understanding
11 of -- so you -- strike that.
12         What do you mean by "does not manage the
13 center"?
14 A.      It does not manage -- St. Thomas Network
15 doesn't have a management function.
16 Q.      You mean it does not have a management
17 function in the operation of the center?
18 A.      That's correct.  And billing practices
19 would be handled by whomever had the management
20 function for the center.
21 Q.      Did you ever disclose to The Tennessean
22 that St. Thomas Health, through the St. Thomas
23 Network, had the right to appoint two members to
24 the board that oversaw the operations of the
25 center?

```
 1                REPORTER'S CERTIFICATE

 2        I certify that the witness in the

 3   foregoing deposition, REBECCA CLIMER, was by me

 4   duly sworn to testify in the within entitled

 5   cause; that the said deposition was taken at the

 6   time and place therein named; that the testimony

 7   of said witness was reported by me, a Shorthand

 8   Reporter and Notary Public of the State of

 9   Tennessee authorized to administer oaths and

10   affirmations, and said testimony, Pages 7

11   through 161 was thereafter transcribed into

12   typewriting.

13          I further certify that I am not of

14   counsel or attorney for either or any of the

15   parties to said deposition, nor in any way

16   interested in the outcome of the cause named in

17   said deposition.

18          IN WITNESS WHEREOF, I have hereunto set

19   my hand this 24th day of July, 2015.

20

21

22

23

24         _____
              Carissa L. Boone, LCR No. 382
25            My License Expires: 5/08/2017
```