Exhibit "N"

Page 1

```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND            )
COMPOUNDING PHARMACY,         )  MDL No. 2419
INC. PRODUCTS LIABILITY       )  Master Docket No.:
LITIGATION                    )  1:13-md-2419-RWZ
                              )
THIS DOCUMENT RELATES TO:     )  Honorable Rya W. Zobel
All Actions                   )
_____ )
```

VIDEOTAPED DEPOSITION OF:

GREGORY B. LANFORD, M.D.

Taken on behalf of the Plaintiffs

September 18, 2015

_____

DISCOVERY LITIGATION SERVICES
100 Mayfair Royal
181 14th Street, NE
Atlanta, Georgia 30309
404.847.0999

```
 1     APPEARANCES:

 2     For the Plaintiffs:

 3              MARK P. CHALOS, ESQ.
                Lieff Cabraser Heimann & Bernstein, LLP
 4              One Nashville Place
                150 Fourth Avenue North, Suite 1650
 5              Nashville, Tennessee 37219-2423
                615-313-9000
 6              mchalos@lchb.com

 7              BENJAMIN A. GASTEL, ESQ.
                RAQUEL L. BELLAMY, ESQ.
 8              Branstetter, Stranch & Jennings, PLLC
                223 Rosa L. Parks Avenue
 9              Suite 200
                Nashville, Tennessee 37203
10              615-254-8801
                beng@bsjfirm.com
11              raquelb@bsjfirm.com

12              DANIEL L. CLAYTON, ESQ.
                Kinnard, Clayton & Beveridge
13              127 Woodmont Boulevard
                Nashville, Tennessee 37205
14              615-297-1007
                dclayton@kcbattys.com
15
       For Saint Thomas Hospital, Saint Thomas Health, and
16        Saint Thomas Network:

17              ADAM T. SCHRAMEK, ESQ.
                Norton Rose Fulbright
18              98 San Jacinto Boulevard
                Suite 1100
19              Austin, Texas 78701-4255
                512-474-5201
20              adam.schramek@nortonrosefulbright.com

21              AMY D. HAMPTON, ESQ.
                Bradley Arant Boult Cummings, LLP
22              1600 Division Street
                Suite 700
23              Nashville, Tennessee 37203
                615-252-2379
24              ahampton@babc.com

25
```

```
 1   APPEARANCES (Continued):

 2   For Specialty Surgery Center and Kenneth R. Lister, M.D.

 3             ASHLEY E. GENO, ESQ.
               Brewer, Krause, Brooks, Chastain & Burrow,
 4             PLLC
               611 Commerce Street
 5             Suite 2600
               Nashville, Tennessee 37203
 6             615-256-8787
               ageno@bkblaw.com
 7
     For Howell Allen, a Professional Corporation; Saint
 8     Thomas Outpatient Neurosurgical Center, LLC; and
       Scott Butler:
 9             C.J. GIDEON, JR., ESQ.
               MATTHEW CLINE, ESQ.
10             CHRISTOPHER TARDIO, ESQ.
               Gideon, Cooper & Essary, PLC
11             315 Deaderick Street
               Suite 1100
12             Nashville, Tennessee 37238
               615-254-0400
13             cj@gideoncooper.com
               matt@gideoncooper.com
14             chris@gideoncooper.com

15      *The following attorneys appeared via video stream*

16   For Defendants Ocean State Pain Management, PC, and
       Abdul R. Barakat, M.D.:
17
               RYAN DONAHUE, ESQ.
18             Capplis, Connors & Carroll, PC
               18 Tremont Street
19             Suite 330
               Boston, Massachusetts 02108
20             617-227-0722
               rdonahue@ccclaw.org
21
     For Tim I. Chowdhury, M.D.:
22
               BARTHOLOMEW T. FREEZE, ESQ.
23              Freund, Freeze & Arnold
                65 East State Street
24              Suite 800
                Columbus, Ohio 43215-4247
25              614-827-7300
```

```
 1   APPEARANCES (Continued):

 2   For Advanced Pain & Anesthesia Consultants, PC; BKC Pain
        Specialists; and Cincinnati Pain Management
 3      Consultants, Inc.:

 4              ANTHONY ABELN, ESQ.
                Morrison Mahoney, LLP
 5              250 Summer Street
                Boston, Massachusetts 02210
 6              617-439-7500
                aabeln@morrisonmahoney.com
 7
     For a Defendant Party:
 8
                HEATHER KANNY, ESQ.
 9              Fraley & Fraley, LLP
                901 Main Street
10              Suite 6300
                Dallas, Texas 75202
11              214-761-6460
                hkanny@fraley-law.com
12
     Also Present:
13
     The Court Reporter:
14
                PAMELA P. WILLIS, TLCR NO. 229
15              Discovery Litigation Services
                100 Mayfair Royal
16              181 14th Street NE
                Atlanta, Georgia 30309
17              404.847.0999

18
     The Videographer:
19
                MICHAEL MITCHELL
20              VCE Legal Videography

21              SCOTT BUTLER

22

23

24

25
```

1  Q.        Who is in charge of it today?

2  A.        I don't know.

3  Q.        Is there any full-time staff at the imaging

4  center?

5  A.        Yes.

6  Q.        Is that open Monday through Friday?

7  A.        And part of the day on Saturday, yes.

8  Q.        Are any physicians at the imaging center full

9  time?

10 A.        There are some radiologists who are there full

11 time, yes.

12 Q.        Did you play any role in ordering the MPA that

13 was used at STOPNC?

14 A.        No.

15 Q.        Were you ever consulted about where the -- what

16 vendor STOPNC should purchase MPA from?

17 A.        No.

18 Q.        I'm sorry; was that no?

19 A.        No.

20 Q.        Were you aware that Dr. Culclasure and

21 Nurse Schamberg were ordering MPA from any source at the

22 STOPNC?

23 A.        No.

24 Q.        Do you know what a compounding pharmacy is?

25 A.        I know loosely what it is, yes.

```
 1   are actually done at what's called the Jennie Stuart
 2   Outpatient Surgery Center there by an anesthesiologist
 3   who's unaffiliated with us.  And it's not uncommon for
 4   that to occur in our other outreach areas as well.
 5   Q.        For patients who live in the Greater Nashville
 6   area, are all of those patients referred to STOPNC for
 7   epidural steroid injections?
 8   A.        Not necessarily.
 9   Q.        And are there other providers in the Nashville
10   area to whom Howell Allen Clinic patients are referred
11   for ESIs?
12   A.        There are numerous different places.  There's
13   not a preferred place that they go, but there are other
14   places people get epidural steroid injections, yes.
15   Q.        That are referred by Howell Allen Clinic
16   physicians?
17   A.        Yes.
18   Q.        Does the Howell Allen Clinic have referral
19   arrangements with any other facilities other than
20   STOPNC?
21   A.        No.
22   Q.        Does STOPNC see patients for epidural steroid
23   injections who were referred by providers not affiliated
24   with Howell Allen?
25   A.        No.
```

1  Q.          So in order to get an epidural steroid
2  injection at STOPNC, you must be referred by a Howell
3  Allen physician?
4  A.          Yes.
5  Q.          Why is that?
6  A.          It's part of our practice, and it's the way the
7  center is licensed.  We have a CON.  That's the way it's
8  licensed, and that's the way it's been since it opened.
9  Q.          Can physicians affiliated with Saint Thomas
10 Hospital refer patients to STOPNC?
11 A.          If they're patients of Howell Allen.
12 Q.          So if a patient sees a physician at
13 Saint Thomas Hospital and they want to get an epidural
14 steroid injection, they have to first be referred to
15 Howell Allen, and then Howell Allen can refer them to
16 STOPNC?
17 A.          It's possible it could occur that way, but
18 also, if a physician has a patient in the hospital that
19 needs an epidural steroid injection, it's more likely it
20 would just be performed at the hospital.
21 Q.          At some point, there was a discussion between
22 Saint Thomas and Howell Allen Clinic about Howell Allen
23 physicians serving -- or entering into an on-call
24 arrangement; is that right?
25 A.          Yes.

1            MR. CHALOS:  Objection, form.
2            THE WITNESS:  No.
3            MR. CHALOS:  Calls for a legal conclusion.
4   BY MR. SCHRAMEK:
5   Q.      I mean, people use "partnership" in lots of
6   different contexts, don't they?
7   A.      I'm not sure what other people use it in terms
8   of, but I think we clarified what I meant.
9   Q.      All right.  And Exhibit 174 reflects that the
10  half owner of STOPNC is, in fact, the Saint Thomas
11  Network, right?
12  A.      Correct.
13  Q.      The hospital -- you understand the hospital is
14  a separate legal entity, right?
15  A.      Yes.
16  Q.      And the hospital has never owned any interest
17  in STOPNC, has it?
18  A.      They've only provided services, that's correct.
19  Q.      They provide services pursuant to certain
20  agreements, right?
21  A.      Yes.
22  Q.      And so today whenever you talked about, quote,
23  Saint Thomas and you didn't provide any other context
24  about Saint Thomas being a partner or Saint Thomas doing
25  that, is it fair to say you were referring to the entity

1                REPORTER'S CERTIFICATE

2

3            I certify that the witness in the foregoing
4   deposition, GREGORY B. LANFORD, MD, was by me duly sworn
5   to testify in the within entitled cause; that the said
6   deposition was taken at the time and place therein
7   named; that the testimony of said witness was reported
8   by me, a Shorthand Reporter and Notary Public of the
9   State of Tennessee authorized to administer oaths and
10  affirmations; that there was a request that the witness
11  read and sign this deposition; and said testimony was
12  thereafter transcribed into typewriting.
13             I further certify that I am not of counsel or
14  attorney for either or any of the parties to said
15  deposition, nor in any way interested in the outcome of
16  the cause named in said deposition.
17             IN WITNESS WHEREOF, I have hereunto set my
18  hand the 29th of September, 2015.
19
20
21
22
23
24       _____
           Pamela P. Willis, TLCR No. 229
25         My Commission Expires:  9/11/2017