**EXHIBIT 1**
**DEPOSITION CANCELLATION NOTICE OF ANDREW M. WRIGHT MD**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions Naming St. Thomas Outpatient Neurosurgical Center | |

## NOTICE OF CANCELLATION OF DEPOSITION OF ANDREW M. WRIGHT MD

Please take notice that due to a scheduling conflict, the deposition of Andrew M. Wright, MD, previously noticed for March 21, 2016 is cancelled. The parties are working on obtaining a new date for Dr. Wright's deposition and the Plaintiffs' Steering Committee ("PSC") will issue a new amended notice in the future.

Dated: March 16, 2016   Respectfully submitted,

/s/ Benjamin A. Gastel
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

## CERTIFICATE OF SERVICE

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: March 16, 2016

/s/ Benjamin A. Gastel
Benjamin A. Gastel