UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) All Suits Against the Saint Thomas Entities ) ) ) ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

### SAINT THOMAS ENTITIES' AMENDED NOTICE OF FILING DISCOVERY SUBPOENA

The Saint Thomas Entities[1] give notice to the Court and to all parties, pursuant to Federal Rule of Civil Procedure 45(a)(4), of issuance of the attached subpoena to produce documents to Research Now Group, Inc.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

| | |
|---|---|
| Dated: March 18, 2016 | By their attorneys, |
| | /s/ Sarah P. Kelly |
| | Sarah P. Kelly (BBO #664267) |
| | skelly@nutter.com |
| | |
| | NUTTER McCLENNEN & FISH LLP |
| | Seaport West |
| | 155 Seaport Boulevard |
| | Boston, Massachusetts 02210 |
| | (617) 439-2000 |
| | (617) 310-9461 (FAX) |

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 18th day of March, 2016.

*/s/ Sarah Kelly*
Sarah P. Kelly