EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | )<br>)<br>)<br>)<br>)  MDL No. 2419<br>)  Dkt. No. 1:13-md-2419 (RWZ)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426) the Plaintiffs' Steering Committee will take the deposition of Henry Miller, M.D. on April 1, 2016 at 10:00 a.m. in the Hoover Complex on the Stanford University campus, Herbert Hoover Memorial Building, Room 130, Stanford, California  94305.  The deposition will be recorded by stenographical means and by video.  A request for records is attached as Exhibit A hereto.

Dated:  March 21, 2016                              Respectfully submitted,

s/ Mark P. Chalos

Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  (615) 313.9000
Facsimile:  (615) 313.9965
mchalos@lchb.com

*Plaintiffs' Steering Committee and Federal/State Liaison*

1297611.1

## CERTIFICATE OF SERVICE

I, Mark P. Chalos, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  March 21, 2016

                                        s/ Mark P. Chalos
                                        Mark P. Chalos

## **EXHIBIT A**

The word "documents" shall be defined to include any kind of written, typewritten, printed or recorded material whatsoever, including without limitation, statements, notes, transcription of notes, memoranda, letters, telefaxes, publications, agreements, pictures, photographs, audio tape recordings, video tape recordings, cassettes, transcriptions of any such recordings, log books, business records, and computer files or electronic data such as e-mails or instant messages.

Pursuant to the Federal Rules of Civil Procedure, this will serve as a request for the Deponent, expert witness Henry Miller, M.D., to produce the following documents at least seven days before the deposition:

1. All documents containing facts or data that was considered in forming his expert opinions.

2. All documents containing facts or data that the underlying party's attorney provided to him and that he considered in forming the opinions to be expressed.

3. Copies of all scholarly literature on which he relied.

4. All exhibits that he intends to use to summarize or support his opinions.

5. All materials relevant to his opinions and his expert report in this case.

6. A list of all publications he authored in the previous 10 years.

7. A list of all other cases in which he has testified as an expert at trial or by deposition within the previous 4 years.

8. All communications relating to compensation for his study or testimony.

9. All non-privileged communications relating to his report.

10. A current resume and curriculum vitae.