### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>*BARGER ET AL. V AMERIDOSE, LLC ET AL*<br>1:13-cv-12619-RWZ | |

### ORDER

This matter having come before the Court on Plaintiff Counsels' Motion to Substitute Party Plaintiff and the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Regena F. Jones, as the Personal Representative and duly appointed Executrix of the Estate of John E. Jones, may be substituted for John E. Jones, as the party plaintiff in this action.

Boston, Massachusetts this _____ day of _____, 2016.

_____
HONORABLE JUDGE RYA ZOBEL