UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> All Cases Against the Saint Thomas Entities | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**SAINT THOMAS ENTITIES' JOINDER IN THE TENNESSEE CLINIC DEFENDANTS' RESPONSE OPPOSING PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR RECONSIDERATION**

The Saint Thomas Entities[1] file this Joinder ("Joinder") in the *Tennessee Clinic Defendants' Response Opposing "Plaintiff Steering Committee's Motion For Reconsideration Under Rule 54(b) for Reconsideration of the Court's February 29, 2016 [Sic] Opinion and Order* (Docket #2755) ("TCD Opposition"). The Saint Thomas Entities joined in the motion for partial summary judgment and related materials submitted by the Tennessee Clinic Defendants (*see* Docket #2465) that was granted by the Court's February 29, 2016, Opinion and Order (Docket #2700). And for the reasons set forth in the TCD Opposition, which are adopted and incorporated by reference, the Saint Thomas Entities also request that the Court deny the motion to reconsider (Docket #2749) filed by the Plaintiffs' Steering Committee.

---

[1] Saint Thomas West Hospital, formerly known as St. Thomas Hospital ("Hospital"), Saint Thomas Network ("Network"), and Saint Thomas Health ("Health") (collectively, the "Saint Thomas Entities").

1

Dated: March 28th, 2016

By its attorneys,

*/s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9000 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
    TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 428-9303 (FAX)

*Appearing *Pro Hac Vice*

## CERTIFICATE OF SERVICE

    This certifies that a true and accurate copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 28th day of March, 2016.

                                              */s/ Marcy Hogan Greer*
                                              MARCY HOGAN GREER