# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-FDS |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Identified In Dkt. No. 1472-1. | Judge Rya Zobel |

## PLAINTIFFS' STEERING COMMITTEE'S
## NOTICE OF FILING AMENDED NOTICE OF DEPOSITION

The Plaintiffs' Steering Committee gives notice to the Court and all parties of filing the Amended Notice of Deposition of Rebecca Garton previously noticed for March 15, 2016.

Dated: March 28, 2016

        Respectfully submitted,

        **/s/ Benjamin A. Gastel**
        Benjamin A. Gastel
        J. Gerard Stranch, IV
        BRANSETTER, STRANCH & JENNINGS PLLC
        223 Rosa L. Parks Avenue, Suite 200
        Nashville, TN  37203
        Telephone:  (615) 254-8801
        Facsimile:  (615) 255-5419
        beng@bsjfirm.com
        gerards@bsjfirm.com

        *Plaintiffs' Steering Committee and Tennessee State Chair*

**CERTIFICATE OF SERVICE**

    I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: March 28, 2016

                                                    **/s/ Benjamin A. Gastel**
                                                  Benjamin A. Gastel