# EXHIBIT 6

**Kaycee L. Weeter**

| | |
|---|---|
| **From:** | Chalos, Mark P. <mchalos@lchb.com> |
| **Sent:** | Friday, March 11, 2016 5:48 PM |
| **To:** | Kaycee L. Weeter |
| **Cc:** | Martin, Annika K.; C. J. Gideon; Chris J. Tardio; Matt H. Cline; Alan Bean; Matthew J. Nathanson; Arbitblit, Donald C. |
| **Subject:** | Re: Kessler Deposition |

Thanks, Kaycee. We do not agree to an additional 3.5 hours for Dr Kessler.

Sent from my iPhone

On Mar 8, 2016, at 9:25 AM, Kaycee L. Weeter <kaycee@gideoncooper.com<mailto:kaycee@gideoncooper.com>> wrote:

Mark:

Will you agree to grant us an additional 3.5 hours of testimony time to depose Dr. Kessler? Please let me know by the end of the day Friday, March 11, if you will or will not agree.


Thanks,

Kaycee Weeter


Kaycee L. Weeter, Esq.
Gideon, Cooper & Essary, PLC
Suite 1100
315 Deaderick St.
Nashville, TN  37238
Phone:  615.254.0400
Fax:  615.254.0459

NOTICE:  The information in this message and any attachments are intended only for the personal and confidential use of the designated recipients. This message and any attachments may be an attorney-client communication or other legally privileged communication, and as such are privileged and confidential. If the reader of this message is not the intended recipient or an agent permitted to receive the message, you are hereby notified that you have received this message in error, and that any review or use of this message and any attachments is strictly prohibited. If you have received this message in error, please notify me immediately at any of the numbers or the e-mail shown above. Thank you.


This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.