UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 02419 <br> Docket No. 1:13-md-2419-RWZ |
| This document relates to: ) ) ) | |
| All Cases against the Box Hill Defendants[1] | |

### REQUEST FOR HEARING

Pursuant to Local Rule 7.1(d) of the United States District Court for the District of Massachusetts, Defendants Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC, hereby request a hearing as to Plaintiffs' Motion to Strike Certain Affirmative Defenses [Dkt. Nos. 2451 and 2452] raised in Defendants' Answers to the various Complaints filed against them in this MDL. Defendants already filed their response in opposition and Plaintiffs' filed their reply. [Dkt. Nos. 2561 and 2603]. The issues are briefed and undersigned counsel believes that a hearing will assist the Court in ruling on these important issues. Defendants forgot to request a hearing at the time they filed their opposition. After discussion and coordination with the Plaintiffs' Steering Committee, it is requested that this be set in for a hearing at the April 14, 2016, status conference with Judge Zobel.

---

[1] This pleading applies to the following cases: Handy v. Box Hill Surgery Center, LLC, et al. No: 1:14-cv-14019-RWZ; Armetta v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14023-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ; Davis v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ

Dated: March 31, 2016                             Respectfully submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland  21204
(410) 938-8800
*Attorneys for Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Notice of Request for Hearing, filed through the CM/ECF system, will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the plaintiffs in the individual cases, and will be sent to these parties by operation of the CM/ECF system.

/s/ Gregory K. Kirby