UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 2419 ) Dkt. No 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: All Cases | ) ) ) ) ) |

**NOTICE OF FILING MANUALLY EXHIBITS 1, 2, 3, AND 4 TO DOCUMENT #2766 TENNESSEE CLINIC DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL COMPLETION OF THE DEPOSITION OF DAVID KESSLER, MD WITH AN ORDER MANDATING DIRECT RESPONSES**

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; Vaughan Allen, MD ("Tennessee Clinic Defendants") give notice to the Court and to all parties of the manual filing of the following exhibits to Document #2766, Tennessee Clinic Defendants' Memorandum Of Law In Support Of Their Motion To Compel Completion Of The Deposition Of David Kessler, MD With An Order Mandating Direct Responses:

1. Exhibit 1 – 37 minute highlight video from the deposition of David Kessler, MD taken March 4, 2016;

2. Exhibit 2 – Videotaped deposition of David Kessler, MD taken March 4, 2016, part 1 of 3;

3. Exhibit 3 – Videotaped deposition of David Kessler, MD taken March 4, 2016, part 2 of 3; and,

Page 1

4. Exhibit 4 – Videotaped deposition of David Kessler, MD taken March 4, 2016, part 3 of 3.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Clinic Defendants*

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed manually with the Clerk's office will be served via regular U.S. mail this 30th day of March, 2016.

J. Gerard Stranch, IV
Ben Gastel
BRANSTETTER, STRANCH & JENNINGS, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

Mark P. Chalos
LIEFF, CABRASER, HEIMANN & BERNSTEIN
150 4th Avenue, North
Suite 16550
Nashville, TN 37219

Kent E. Krause
BREWER KRAUSE BROOKS & CHASTAIN, PLLC
P. O. Box 23890
Nashville, TN 37202-3890

Yvonne K. Puig
Adam T. Schramek
Eric J. Hoffman
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701

/s/ Chris J. Tardio
**Chris J. Tardio**