**Blumberg & Wolk, LLC**
158 Delaware Street
P.O. Box 68
Woodbury, NJ 08096
(856) 848-7472

*Counsel for Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rhaul Shah, M.D., John Catalano, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL No. 2419<br>Docket No. 1:13-md-2419 (RWZ) |

### PREMIER ORTHOPAEDIC ASSOCIATES, ET AL'S NOTICE OF JOINT FILING OF PROPOSED DISCOVERY SCHEDULE

Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rhaul Shah, M.D., John Catalano, M.D., Richard C. DiVerniero, M.D., Richard Strauss, M.D. (collectively, "Premier Defendants"), the Plaintiff Steering Committee ("PSC"), Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC (Hereinafter "Box Hill Defendants"), and Box Hill Plaintiffs, pursuant to the Court's instructions at the March

10, 2016 status conference and following Order (Docket Number ("Dkt. No.") 2737) hereby submit the following proposed joint discovery schedule:

| EVENTS –AS TO PREMIER | DEADLINES |
|---|---|
| **Close of Common-Issue Fact Discovery** | 08/01/2016 |
| **Plaintiff Common Expert Disclosures** | 10/01/16 |
| **Defense Common Expert Disclosures** | 12/01/16 |
| **Depositions of common experts completed** | 03/15/17 |
| **Submission of Census for Bellwether Process** | 03/15/17 |
| **Fact Specific discovery concludes** | 06/15/17 |
| **Plaintiff Case Specific Experts due** | 08/01/17 |
| **Defense Case Specific Experts due** | 9/15/17 |
| Dispositive Motions and Daubert Motions | 11/01/2017 |
| Oppositions to Dispositive Motions and Daubert Motions filed. | Per Local Rules |
| Replies to Oppositions to Dispositive Motions and Daubert Motions | Per Local Rules |
| Hearing on Dispositive Motions and Daubert Motions | To be determined |
| Exchange of Proposed Pre-Trial Exhibits | Per Order of Court |
| Deposition Page and Line Designations | Per Order of Court |
| Deposition Page and Line Counter-Designations | Per Order of Court |
| Motions in Limine | Per Order of Court |
| Oppositions to Motions in Limine | Per Order of Court |
| Replies to Oppositions to Motions in Limine | Per Order of Court |
| Hearing on Motions in Limine | Per Order of Court |
| Final Pretrial Conference | To be determined, Parties request 30 days before any Trial |
| Cases are Trial Ready | February 2018 |

The Premier Defendants conferred with the PSC, Box Hill Defendants, and Box Hill Plaintiffs, and have come to resolution on the matters noted in the Premier Defendants' March 23, 2016 request for a seven-day extension to file said proposed schedule (Dkt. No. 2758). Undersigned counsel represents that all counsel for the parties named herein have been consulted and agreed to the dates contained in the schedule above.

2

Dated: March 31, 2016

          Respectfully submitted,

          **Blumberg & Wolk, LLC**
          158 Delaware Street
          P.O. Box 68
          Woodbury New Jersey 08096
          (856) 848-7472
          cwolk@blumberglawoffices.com

          /s/ Christopher M. Wolk
          Christopher M. Wolk, Esq.

          *Attorneys for Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

## CERTIFICATION

    I certify that in submitting this *NOTICE*, I caused a copy of the above to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: March 31, 2016

          /s/ Christopher M. Wolk
          Christopher M. Wolk, Esq.