UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION  )<br>)<br>)<br>)   | |
| This Document Relates to:  )<br>)<br>) | MDL No. 1:13-md-2419<br>Dkt. No. 1:13-md-2419 (RWZ)<br>Judge Rya Zobel |
| All Cases Against the Saint Thomas Entities  )<br>) | |

**JOINT STIPULATION AGREEING TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO SAINT THOMAS ENTITIES' GLOBAL MOTION FOR SUMMARY JUDGMENT ON PUTATIVE CLAIMS FOR ACTUAL AGENCY AND DIRECT LIABILITY**

The Plaintiffs' Steering Committee (the "PSC") and Saint Thomas West Hospital, formerly known as Saint Thomas Hospital, Saint Thomas Network, and Saint Thomas Health (collectively, the "Saint Thomas Entities") hereby jointly stipulate pursuant to MDL Order No. 11 that the deadline for the PSC to respond to the St. Thomas Entities' Motion for Summary Judgment on Putative Claims for Actual Agency and Direct Liability [Dkt. 2743] filed March 15, 2016 shall now be extended to April 15, 2016.

Date:  April 1, 2016

Respectfully submitted,

**/s/ Benjamin A. Gastel**
J. Gerard Stranch, IV
Benjamin A. Gastel
Anthony A. Orlandi
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
aorlandi@bsjfirm.com
*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Annika K. Martin
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212/355-9500
Facsimile:  212/355-9592
akmartin@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

>Patrick T. Fennell (VSB 40393)
>CRANDALL & KATT
>366 Elm Avenue, S.W.
>Roanoke, VA 24016
>Telephone:  540/342-2000
>Facsimile:  540/400-0616
>pfennell@crandalllaw.com
>
>*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   April 1, 2016

>/s/ Benjamin A. Gastel
>Benjamin A. Gastel