UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | )<br>)<br>)<br>)<br>)  MDL No. 2419<br>)  Docket No. 1:13-md-2419 (RWZ)<br>)<br>)<br>)<br>)<br>) |

**NON-PARTY THE EMORY CLINIC'S MOTION TO QUASH
SUBPOENA FOR DEPOSITION BY WRITTEN QUESTIONS**

Non-Party The Emory Clinic, Inc. ("TEC") hereby moves, pursuant to Fed. R. Civ. P. 45(d)(3)(A)(iv), to quash the subpoena (the "Subpoena") issued to the "Emory Clinic Ambulatory Surgery Center" by Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith- Martin, M.D., Thomas Dwyer, M.D., Rhaul Shah, M.D., John Catalano, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.

In support of this Motion, TEC relies upon the following court papers, filed herewith: (1) Non-Party The Emory Clinic's Memorandum of Law in Support of its Motion to Quash Subpoena for Deposition by Written Questions; (2) Affidavit of Evangeline Dennis; and (3) Affidavit of Frank N. Gaeta.

WHEREFORE, TEC respectfully requests this Court to quash the Subpoena.

**REQUEST FOR ORAL ARGUMENT**

TEC respectfully requests a hearing on this Motion.

2

        Respectfully submitted,

        THE EMORY CLINIC, INC.

        By its attorneys,

        /s/ Frank N. Gaeta
        Frank N. Gaeta (BBO #561388)
        RICH MAY, P.C.
        176 Federal Street
        Boston, MA  02110
        (617) 556-3800
        fgaeta@richmaylaw.com

Dated: April 1, 2016

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for Emory conferred with counsel for the Premier Defendants in good faith to resolve or narrow the issues presented in this Motion and such efforts were unsuccessful.

        /s/ Frank N. Gaeta
        Frank N. Gaeta

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper or electronic copies will be delivered to those indicated as non-registered participants on April 1, 2016.

        /s/ Frank N. Gaeta
        Frank N. Gaeta