UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL No. 2419<br>Docket No. 1:13-md-2419 (RWZ) |

### AFFIDAVIT OF FRANK N. GAETA

I, Frank N. Gaeta, on oath, depose and state as follows:

1.  I am an attorney at Rich May, P.C. and I am the attorney of record in this action for non-party The Emory Clinic, Inc. ("TEC"). I make this affidavit in support of The Emory Clinic's Motion to Quash Subpoena for Deposition by Written Questions.

2.  The "The Emory Clinic Ambulatory Surgery Center" is not a legal entity. TEC is a Georgia Nonprofit Corporation. TEC is an affiliate of Emory University, a Georgia Nonprofit Corporation.

3.  I have attached as Exhibit A a true copy of the following report: Sarah Turk, "Compounding Pharmacies in the U.S., IBISWorld Industry Report (January 2015), available at http://truenaturepharma.com/wp-content/uploads/2016/01/Compounding-Pharmacies-Industry-Report.pdf.

Signed under the pains and penalties of perjury this 1st day of April, 2016.

/s/ Frank N. Gaeta
Frank N. Gaeta (BBO #561388)
RICH MAY, P.C.
176 Federal Street
Boston, MA  02110
(617) 556-3800
fgaeta@richmaylaw.com

Pursuant to CM/ECF Admin. Proc. J.3., the paper version of this document bears an original signature.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper or electronic copies will be delivered to those indicated as non-registered participants on April 1, 2016.

/s/ Frank N. Gaeta
Frank N. Gaeta