# EXHIBIT A

**EXPERT REPORT OF ROBERT F. GUARDINO, BS. M.T, MS**

### 6. Summary Opinion

Based on the circumstances and information described in the expert opinions, and documents pertaining to NECC's contaminated MPA that I have reviewed, I have seen no evidence that definitively establishes when, how or where the contamination of NECC's MPA product occurred. Given the passage of time and the lack of empirical evidence required to draw such a conclusion, it may never be known how and when the contamination occurred.

Therefore, it is my opinion, that a causal connection between the actions of Liberty, Victory, UniClean or ARL cannot be drawn to a reasonable degree of scientific certainty. Given the facts as presented, and as I understand them, it is my opinion that it has not been demonstrated, to a reasonable degree of scientific certainty, that the actions of any of these vendors was a proximate cause of the contaminated MPA. The basis of my opinion is presented in the substance of this report.

### V.   TECHNICAL INFORMATION RELATED TO MATTERS OF MICROBIAL CONTAMINATION AND CAUSATION.

### 7. Methyl Prednisolone Acetate Compounding Process

MPA was compounded in the controlled areas of NECC's facility located at 687-705 Waverly Street, Framingham, MA 01702. Controlled areas represent environments (rooms and enclosures) certified to meet applicable requirements of ISO 14644 'Cleanrooms and Associated Controlled Environments'. Approximately 12.5 Liters of compounded preservative-free MPA, was homogenized and collected in screw cap Nalgene bottles. This bulk material was autoclaved, then stored in an ISO 5 enclosure at ambient temperature pending results of analytical and sterility testing. As orders for MPA were received, the bulk material was again homogenized then filled, by means of a Baxa Auto-filler and sterile tubing into finished product vials. The filling process is performed in an ISO 5 enclosure. See process schematic in Exhibit B.

**EXPERT REPORT OF ROBERT F. GUARDINO, BS. M.T, MS**

As my opinions are based on the information made available to me, I reserve the right to modify my opinions if, and as more information is made available to me.

Dated 29-January-2016           Robert F. Guardino, B.S. M.T., M.S.