# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:  NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION,
                    MDL No. 2419
                    Master Dkt: 1:13-md-02419-RWZ

THIS DOCUMENT RELATES TO:

All Actions Naming St. Thomas Outpatient
Neurosurgical Center

                    Videotaped Deposition of:

                    LAURA THOMA, PHAR. M.D.

                    Taken on behalf of the Plaintiffs
                    MARCH 8, 2016

```
 1              A P P E A R A N C E S

 2    For the Plaintiffs:

 3         MR. BEN GASTEL
           Attorney at Law
 4         Law Offices of Branstetter, Stranch &
           Jennings, PLLC
 5         223 Rosa L. Parks Avenue, Suite 200
           Nashville, TN 37203
 6         (615)254-8801
           Beng@bsjfirm.com
 7
           MR. FREDRIC L. ELLIS
 8         Attorney at Law
           Law Offices of Ellis & Rapacki, LLP
 9         85 Merrimac Street, Suite 500
           Boston, MA 02114
10         (617)523-4800
           Rellis@ellisrapacki.com
11
      For the Defendants:
12
           MR. MATT CLINE
13         Attorney at Law
           Law Offices of Gideon, Cooper and Essary
14         316 Deaderick Street, #1100
           Nashville, TN 37238
15         (615)254-0400
           Mcline@gideoncooper.com
16
           MR. ADAM T. SCHRAMEK
17         Attorney at Law
           Law Offices of Norton Rose Fulbright, US, LLP
18         98 San Jacinto Boulevard, Suite 1100
           Austin, TX 78701-4255
19         (512)474-5201
           Adam.schramek@nortonrosefulbright.com
20
           MR. PARKS T. CHASTAIN
21         Attorney at Law
           Law Offices of Brewer, Krause, Brooks &
22         Chastain, PLLC
           611 Commerce Street, Suite 2600
23         Nashville, TN 37203
           (615)630-7717
24
25    Also Present:        Randy Lawson, Videographer
```

1   A.      Okay.

2   Q.      Tell me if I'm reading this right, second

3   sentence of the full first paragraph. "USP 797 only

4   recommends that test samples be finished

5   preparations." Have I read that right?

6   A.      You sure did.

7   Q.      Did you write this and submit it --

8   A.      I sure did.

9   Q.      -- two months ago, three months ago?

10  A.      Yeah.

11  Q.      Now, you also criticize the sterile -- the

12  autoclaving process in this case because it only was

13  autoclaved for 15 minutes; is that correct?

14  A.      Yes.

15  Q.      And you said that USP 797 requires a minimum

16  of 20 minutes at 121 degrees. Is that what you -- is

17  that your opinion?

18  A.      Yes. Well, that's a commonly --

19  sterilization time, 20 minutes. I mean, 20 is going

20  to give you ten to the minus six. If you have the

21  normal D-value for your biological indicators.

22  Q.      Can you answer my question? Is it your

23  opinion that USP 797 requires autoclaving for

24  20 minutes at 121 degrees centigrade? Was that your

25  opinion?

```
 1   A.      I think there was an example in there.  Let
 2   me see.
 3   Q.      I'm just asking as we sit here today, is that
 4   your opinion, Dr. Thoma?
 5   A.      I believe that it gives a recommendation of
 6   20, but I understand also they could have something
 7   really big in there or something really small.
 8   Q.      So can you answer my question?
 9   A.      Do I believe --
10   Q.      That chapter -- that USP --
11   A.      Clearly states that minimum of 20 minutes is
12   required.
13   Q.      That's the question.
14   A.      Well, I thought it did, but let me find it.
15   Did I miss the sterilization section?  Hang on.
16   Sorry, guys.
17           "To achieve sterility, all materials are
18   exposed to steam at 121 under one -- under a pressure
19   of about one atmosphere of 15 PSI for the duration
20   verified by testing to achieve sterility of the
21   items, which is usually 20 to 60 minutes for PSC."
22   Q.      Okay.  So wait a second here.  I don't see
23   that where it says 20 minutes is required at
24   121 degrees.  Is that your reading of that?
25   A.      It said usually.
```

```
 1  Q.        It says usually.  Does it say --
 2  A.        So it's going to be 20 minimum, so 15, 20.
 3  So --
 4  Q.        Fifteen could be okay sometimes?
 5  A.        Not for what they were trying to do.
 6  Q.        Fifteen minutes can be okay under certain
 7  circumstances, correct?
 8  A.        Could be.  Does that make you happy now?
 9  Q.        Well, let me show you Exhibit 11 --
10            MR. SCHRAMEK:  Yes, he loves defending
11  NECC's honor, if you haven't noticed.
12            MR. ELLIS:  Okay.  Let's cut the
13  comments.  Okay?  I'm just doing my job here, Adam.
14  Okay?  Leave me alone.  You're the one trying to
15  blame everybody else apart from yourselves from this.
16            MR. CLINE:  After you guys have sued them
17  all.
18            MR. SCHRAMEK:  And taking their money.
19            MR. ELLIS:  And why do you think we
20  settled with them?  Because you can't prove a damn
21  case against them.  You guys know that, too.
22            MR. SCHRAMEK:  Make sure.  They may have
23  a fraudulent inducement claim.
24            THE WITNESS:  Okay.  Where are we at?
25  BY MR. ELLIS:
```

```
 1                    C E R T I F I C A T E

 2    STATE OF TENNESSEE
      COUNTY OF SHELBY
 3              I, LISA J. MAYO, RMR, CRR, Licensed Court
      Reporter, with offices in Memphis, Tennessee, hereby
 4    certify that I reported the foregoing deposition of
      LAURA THOMA by machine shorthand to the best of my
 5    skills and abilities, and thereafter the same was
      reduced to typewritten form by me.
 6              I further certify that I am not related to
      any of the parties named herein, nor their counsel,
 7    and have no interest, financial or otherwise, in the
      outcome of the proceedings.
 8              I further certify that in order for this
      document to be considered a true and correct copy, it
 9    must bear my original signature and that any
      unauthorized reproduction in whole or in part and/or
10    transfer of this document is not authorized, will not
      be considered authentic, and will be in violation of
11    Tennessee Code Annotated 39-14-104, Theft of
      Services.
12

13

14

15
                  LISA J. MAYO, LCR, RMR, CRR
16                Elite Reporting Services
                  Associate - West and
17                Notary Public State of Tennessee

18                My Notary Commission Expires:  11/13/2016
                  LCR #475 - Expires:  6/30/2016
19

20

21

22

23

24

25
```