# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 2419

THIS DOCUMENT RELATES   Docket No. 1:13-md-2419(RWZ)
TO ALL CASES

Videotaped deposition of KEITH HUNTER ST.JOHN, held in the law offices of Barrack, Rodos & Bacine, Suite 3300, 2001 Market Street, Philadelphia, Pennsylvania, held on Friday, March 11, 2016, commencing at 9:10 a.m., before Kathleen McHugh, a Registered Professional Reporter, Certified Realtime Reporter, Certified Court Reporter-NJ, and Notary Public.

```
 1   APPEARANCES:

 2   BRANSTETTER, STRANCH & JENNINGS, PLLC
     BY:  BEN GASTEL, ESQUIRE
 3   Beng@bsjfirm.com
     The Freedom Center
 4   223 Rosa L. Parks Avenue
     Suite 200
 5   Nashville, Tennessee 37203
     615-254-8801
 6   Counsel for Plaintiffs' Steering Committee and
     Tennessee State Chair
 7
     ELLIS & RAPACKI LLP
 8   BY:  FREDRIC L. ELLIS, ESQUIRE
     Rellis@ellisrapacki.com
 9   85 Merrimac Street
     Suite 500
10   Boston, Massachusetts 02114
     617-523-4800
11   Counsel for Plaintiffs' Steering Committee

12   BREWER KRAUSE BROOKS & CHASTAIN PLLC
     BY:  ASHLEY E. GENO, ESQUIRE
13   Ageno@bkblaw.com
     611 Commerce Street, Suite 2600
14   Nashville, Tennessee 37203
     615-630-7728
15   Counsel for Specialty Surgery Center and Dr. Lister

16   CAPPLIS CONNORS CARROLL
     BY:  JESSICA CUMMINGS, ESQUIRE
17   (via streaming)
     Jcummings@gmail.com
18   18 Tremont Street
     Suite 330
19   Boston, Massachusetts, 02108
     617-227-0722
20   Counsel for Dr. Abdul Barakat, Ocean State Pain
     Management and Dr. O'Connell's Pain Care Center
21
     FREUND, FREEZE & ARNOLD
22   BY:  JENNIFER WILSON, ESQUIRE
     (via streaming)
23   Jwilson@ffalaw.com
     65 E. State Street
24   Suite 800
     Columbus, Ohio 43215
25   614-255-7557
```

```
 1   APPEARANCES:  (Continued)

 2   GIDEON, COOPER & ESSARY
     BY:  MATTHEW J. NATHANSON, ESQUIRE
 3   Mnathanson@gideoncooper.com
     Suite 1100, 315 Deaderick Street
 4   Nashville, Tennessee 37238
     615-254-0400
 5   Counsel for the St. Thomas and Tennessee Clinic
     Defendants
 6
     NORTON ROSE FULBRIGHT US LLP
 7   BY:  ADAM T. SCHRAMEK, ESQUIRE
     Adam.schramek@nortonrosefulbright.com
 8   98 San Jacinto Boulevard
     Suite 1100
 9   Austin, Texas 78701-4255
     512-536-5232
10   Counsel for St. Thomas Hospital, St. Thomas Health,
     St. Thomas Network and the Witness
11
     PESSIN KATZ LAW
12   BY:  GREG KIRBY, ESQUIRE
     (via streaming)
13   Gkirby@pklaw.com
     901 Dulaney Valley Road
14   Suite 500
     Towson, Maryland 21204
15   410-938-8800
     Counsel for Boxhill Surgery Center, LLC, Ritu T.
16   Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC.

17   PESSIN KATZ LAW
     BY:  ALEXANDRA P. MOYLAN, ESQUIRE
18   (via telephone)
     Amoylan@pklaw.com
19   901 Dulaney Valley Road
     Suite 500
20   Towson, Maryland 21204
     410-339-6756
21   Counsel for Boxhill Surgery Center, LLC, Ritu T.
     Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC.
22
     ALSO PRESENT:
23
     Brian Boyd, Videographer
24

25
```

1  what you saw at NECC. I don't think that such a
2  privilege exists.
3  What you told the attorney when you
4  toured NECC may be privileged, but -- you know.
5  But as far as what you saw when you were there, the
6  general layout, anything like that, I have no
7  objection to you telling that to Mr. Gastel.
8  THE WITNESS: Okay.
9  BY MR. GASTEL:
10 Q. But apart from that, I want to go back to
11 the pictures that you reviewed of NECC.
12 When were those pictures taken?
13 A. I do not recall exactly when those pictures
14 were taken.
15 Q. Do you know if they reflected the conditions
16 in Cleanroom 1 in May of 2012?
17 A. I am not sure that they, you know, were
18 representative conditions at that time of
19 operation.
20 Q. And as part of your report, you reviewed the
21 Form 483 issued by the FDA to NECC in October of
22 2012, right?
23 A. Yes.
24 Q. And you understand that in October of 2012
25 several federal and state agents conducted an

1  inspection of NECC's facilities, right?
2  A.   Yes.
3  Q.   Do you know what they did in that
4  investigation -- strike that.
5       Do you -- do you understand what, if
6  any, manipulations to the cleanroom that those
7  agents may have performed in October of 2012?
8  A.   I'm not sure what manipulations might have
9  been done at that point.
10 Q.   And you --
11 A.   I'm sure it was part of a criminal
12 investigation.  Is that what was going on at that
13 point?
14 Q.   Well, I'm not exactly -- unless Adam will
15 let me start testifying today, I'm not really the
16 person who can answer questions, but I'm happy --
17 if he wants me to provide some testimony, I'm happy
18 to do so.
19       But let me come at it this way -- in a
20 different way.
21       You didn't --
22       MR. SCHRAMEK:  You can testify all you
23 want about the criminal investigation.
24 BY MR. GASTEL:
25 Q.   You didn't talk to any of the federal and

1   state agents as part of your investigation in this
2   case, right?
3   A.   That's correct.
4   Q.   As part of your investigation into this --
5   into formulating your report of December 16, 2015,
6   did you review the contracts and correspondence
7   between UniFirst and NECC regarding Cleanroom 1?
8   A.   I remember reviewing information regarding
9   the cleaning processes of UniFirst and Cleanroom 1.
10              I'm not sure that they were
11  necessarily contracts.  I would have to go back and
12  look at my documentation again.
13  Q.   Well, what was your understanding of
14  UniFirst's with -- responsibilities with respect to
15  Cleanroom 1?
16  A.   It was my understanding that UniFirst was
17  charged with the responsibility to go in once a
18  month and clean the walls and ceilings of the
19  cleanroom.
20              And I believe that, you know, I was
21  given evidence that the NECC staff was doing the
22  daily cleaning requirements of the cleanroom.
23  Q.   Did you review any document, to the best of
24  your recollection, that obligated UniFirst to
25  monitor NECC's sterilization practices, procedure,

```
 1              CERTIFICATION

 2

 3    I, KATHLEEN McHUGH, an RPR, CRR, CSR-NJ,

 4    and Notary Public in and for the State of New Jersey,

 5    hereby certify that the foregoing is a true and

 6    accurate transcript of the deposition of said witness

 7    who was first duly sworn by me on the date and place

 8    herein before set forth.

 9    I FURTHER CERTIFY that I am neither

10    attorney nor counsel for, not related to nor employed

11    by any of the parties to the action in which this

12    deposition was taken; and further that I am not a

13    relative or employee of any attorney or counsel

14    employed in this action, nor am I financially

15    interested in this case.

16

17

18    KATHLEEN McHUGH

19    RPR, CRR, CSR (NJ)

20    And Notary Public

21

22

23

24

25
```