# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  NEW ENGLAND COMPOUNDING
PHARMACY, INC; PRODUCTS                : MDL No 2419
LIABILITY LITIGATION                   :
                                       : Master Dkt.
                                       : 1:13-md-02419-FDS
THIS DOCUMENT RELATES TO:              :
                                       : Judge Rya Zobel
All Cases Identified in                :
Docket No.  1472-1                     :
                                       :

VIDEOTAPED DEPOSITION OF
RAYMOND K. SCHNEIDER, P.E.

9:05 a.m.
February 26, 2016

Nelson Mullins Riley & Scarborough
Poinsett Plaza, Suite 900
104 South Main Street
Greenville, South Carolina

Susan DeCarlo, RPR, CCR No. B-2125

```
 1   On Behalf of the Plaintiffs' Steering Committee:

 2   BRANSTETTER, STRANCH & JENNINGS, PLLC
     BY:  Benjamin Gastel
 3        Anthony Orlandi
     The Freedom Center
 4   223 Rosa L. Parks Avenue, Suite 200
     Nashville, TN 37203
 5   615.254.8801
     beng@bsjfirm.com
 6   aorlandi@bsjfirm.com

 7   On Behalf of Howell Allen Clinic, Dr. John
     Culclasure, Debra Schamberg and Dr. Scott
 8   Standard:

 9   GIDEON, COOPER & ESSARY, PLLC  (telephonically)
     BY:  Alan Bean
10   315 Deaderick Street, Suite 1100
     Nashville, TN 37238
11   615.254.0400
     abean@gideoncooper.com
12
     On Behalf of St. Thomas West Hospital, St. Thomas
13   Health and St. Thomas Network:

14   NORTON ROSE FULBRIGHT
     BY:  Adam Schramek
15   98 San Jacinto Boulevard, Suite 1100
     Austin, TX 78701-4255
16   512.474.5201
     adam.schramek@nortonrosefulbright.com
17
     On Behalf of Specialty Surgery Center and Dr.
18   Lister:

19   BREWER KRAUSE BROOKS & CHASTAIN, PLLC
     BY:  Kent E. Krause
20   611 Commerce Street, Suite 2600
     Nashville, TN 37203
21   615.630.7755
     kkrause@bkblaw.com
22
     Also Present:   Reese Hamilton, Videographer
23

24

25
```

1   inspection?

2   A.     There was some documentation that
3   they generated, and whether it was part of that
4   inspection or their own process, I don't know.

5   Q.     And you understand that that
6   inspection took place prior to Dr. Austin's
7   inspection of December of 2012, correct?

8   A.     I believe so.

9   Q.     Do you have any understanding of
10  what the FDA did during that inspection?

11  A.     When you say "what they did", they
12  walked, they inspected, they took pictures.  I
13  think that they got samples of the debris that
14  was around the room.  I think that they commented
15  on the fact that the -- that there was an
16  unoccupied cycle in the air-conditioning.  I
17  recall that that was in the report.  That is all
18  that comes to mind at the moment.

19  Q.     Do you know if federal agents from
20  the FBI also were part of that inspection?

21  A.     I am not aware of that.

22  Q.     Do you know whether or not those
23  inspectors, either with the FDA, the
24  Massachusetts Board of Pharmacy, the FBI or
25  anybody involved in that inspection whatsoever,

1  manipulated or otherwise changed the structure of
2  the ceiling of the 2006 cleanroom?
3       A.      I have no reason to believe that.
4       Q.      Well, you have no knowledge that
5  that was not done, correct?
6               MR. SCHRAMEK:  Object to the form.
7               THE WITNESS:  I have no knowledge
8       that -- of what transpired during that
9       inspection other than the results of the
10      report.
11 BY MR. GASTEL:
12      Q.      But you don't know what they
13 physically did in the cleanroom to arrive at the
14 conclusions in that report, correct?
15      A.      I don't believe -- no, if there
16 were any, I don't recall at that point.
17      Q.      Are you aware that NECC conducted a
18 top-to-bottom cleaning of the NECC facility in
19 September of 2012 and cleaned the entire
20 cleanroom with bleach?
21      A.      I don't know that.
22      Q.      Are you aware of whether or not
23 anybody, also during NECC's own cleaning in
24 September of 2012, manipulated the ceiling in any
25 way?

1  STATE OF GEORGIA:

2  COUNTY OF FULTON:

3  I hereby certify that the foregoing

4  transcript was reported, as stated in the

5  caption, and the questions and answers thereto

6  were reduced to typewriting under my direction;

7  that the foregoing pages represent a true,

8  complete, and correct transcript of the evidence

9  given upon said hearing, and I further certify

10 that I am not of kin or counsel to the parties in

11 the case; am not in the employ of counsel for any

12 of said parties; nor am I in any way interested

13 in the result of said case.

14

15

16 _____

17 M. Susan DeCarlo, Notary Public

18 and Registered Professional Reporter

19 Commission Expires 10-22-2016

20 Georgia Certificate Number 2125

21

22

23

24

25