# EXHIBIT G

| Deponent | Description | Deposition Date |
|---|---|---|
| Christopher Woods, M.D. | STOPNC Defendants' public health expert | April 5 |
| Ian Wallis | Saint Thomas Entities' contamination control expert | April 7 |
| Joel Zivot, M.D. | STOPNC Defendants' medical ethics expert | April 7 |
| Paul Yim, M.D. | STOPNC Defendants' physician purchasing expert | April 7 |
| Lawrence Winikur, M.D. | PSC's anesthesiologist expert | April 9 |
| David Reath, M.D. | STOPNC Defendants' physician purchasing expert | April 9 |
| Andrew Wright, M.D. | STOPNC Defendants' physician purchasing expert | April 12 |
| Rebecca Garton, Pharm.D. | Saint Thomas Entities' pharmacy expert | April 19 |
| Vaughan Allen, M.D. | Defendant and treater of Jane Wray | April 19 |
| Deepender Bal, M.D. | Plaintiff Mae Parman's primary care physician | May 6 |
| Sharon Oliver | STOPNC Defendants' coding expert | To be determined |
| Erik Dubberke, M.D. | PSC's infectious disease expert as to *McElwee*, *Skelton*, and *Parman* | To be determined |
| Steven Arkin, M.D. | PSC's neurology expert as to *Wray* | To be determined |
| John Baddley, M.D. | PSC's infectious disease expert as to *Wray*, *Temple*, *McElwee*, *Parman*, and *Ziegler* | To be determined |
| Laura Lampton, RN, BSN | PSC's life care planning expert as to *Wray* and *Ziegler* | To be determined |
| Matthew Lee, M.D. | PSC's pharmacy/purchasing expert as to *Wray*, *Ziegler*, and *Brock*[1] | To be determined |

---

[1] The Nashville Healthcare Defendants have moved to strike the Rule 26 Opinions of Dr. Lee.  *See* Docket #2769.

| | | |
|---|---|---|
| Gilbert Mathis | PSC's economist expert as to *Wray* and *Ziegler* | To be determined |
| John Selhorst, M.D. | PSC's neurology expert as to *Wray* | To be determined |
| Erich Joachimsthaler, Ph.D. | PSC's branding expert as to *Wray* | To be determined |
| John Stephenson, M.D. | PSC's anesthesiology expert as to *Skelton* | To be determined |
| Phillip Budge, M.D. | PSC's infectious disease expert as to *Brock* | To be determined |
| Carol Butler | Mae Parman's daughter | To be determined |
| Steve Parman | Mae Parman's son | To be determined |
| Janet Sisson | Mae Parman's daughter | To be determined |
| Michael Kaminski, M.D. | Denis Brock's neurologist | To be determined |
| Robert Fallis, M.D. | Denis Brock's neurologist | To be determined |
| Phillip Kuo, M.D. | Denis Brock's internist | To be determined |
| Robert Ledford, M.D. | Jane Wray's primary care physician | To be determined |
| Other treaters and fact witnesses | | To be determined |
| STOPNC Defendants' and Saint Thomas Entities' case-specific experts[2] | | To be determined |

---

[2] The deadline for the Nashville Healthcare Defendants to disclose case-specific experts is April 7. It is anticipated that the Nashville Healthcare Defendants will disclose seven experts, all of whom the PSC will presumably seek to depose.