UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>) | |
| ) | MDL NO. 2419 |
| ) | Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: )<br>) | |
| All Actions )<br>)<br>) | |

**AMENDED NOTICE OF FILING SUBPOENA DUCES TECUM
TO ASCENSION HEALTH, ASCENSION HEALTH ALLIANCE, AND WOLTERS KLUWER
HEALTH, INC.**

Plaintiffs' Steering Committee gives notice to the Court and to all parties, pursuant to Federal Rules of Civil Procedure 45(a)(4), of the issuance of a subpoenas duces tecum to Ascension Health, Ascension Health Alliance, and Wolters Kluwer Health, Inc. for the subpoena duces tecum commands the production of documents. The subpoenas are attached as Exhibits 1, 2, and 3 hereto.

Dated April 5, 2016                Respectfully submitted:

**/s/ Benjamin A. Gastel**
J. Gerard Stranch, IV
Benjamin A. Gastel
Anthony A. Orlandi
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
aorlandi@bsjfirm.com
*Plaintiffs' Steering Committee*

{1//00385222.DOCX / Ver.1}

## **CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that on April 5, 2016, I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

        **/s/ Benjamin A. Gastel**
        Benjamin A. Gastel

# EXHIBIT 1

{1//00385222.DOCX / Ver.1}

# EXHIBIT 2

# EXHIBIT 3

{1//00385222.DOCX / Ver.1}