UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) Suits Naming Saint Thomas Outpatient ) Neurosurgical Center, LLC ) ) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

## STOPNC DEFENDANTS' NOTICE OF SERVICE OF CASE-SPECIFIC EXPERT REPORTS

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; and Vaughan Allen, MD (collectively "STOPNC Defendants"), give notice to the Court and all parties that, on April 7, 2016, they served case-specific expert disclosures and reports, pursuant to Federal Rule of Civil Procedure 26 and the applicable scheduling order.

The STOPNC Defendants disclosed reports from the following experts, listed by case:

*Wray v. Ameridose, LLC, et al*, No. 1:13-cv-12737

(1) Richard William Rieck, MD, Ph.D.
(2) Daniel O. Claassen, MD, MS
(3) Susan Riddick-Grisham, RN, BA, CCM, CLCP

*McElwee v. Ameridose, LLC, et al*, No. 1:13-cv-12625

(1) Daniel O. Claassen, MD, MS
(2) Ralph Atkinson, MD

*Parman v. Ameridose, LLC, et al*, No. 1:13-cv-12433

(1) Daniel O. Claassen, MD, MS

*Skelton v. Ameridose, LLC, et al*, No. 1:13-cv-12575

(1) Daniel O. Claassen, MD, MS

*Ziegler v. Ameridose, LLC, et al*, No. 1:13-cv-12588

(1) Daniel O. Claassen, MD, MS
(2) Susan Riddick-Grisham, RN, BA, CCM, CLCP

*Brock v. Ameridose, LLC, et al*, No. 1:13-cv-12731

(1) Daniel O. Claassen, MD, MS
(2) Harold Moses, Jr., MD

\* \* \* \* \* \* \*

The STOPNC Defendants' case-specific expert disclosures and reports were served by hand on Tennessee counsel for the PSC and counsel for the individual bellwether plaintiffs, and by mail on counsel for the Saint Thomas Entities. Counsel for the STOPNC Defendants presumes that the PSC will upload to the repository and distribute to the individual non-committee Tennessee plaintiffs' counsel.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

***Attorneys for the STOPNC Defendants***

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 7th day of April, 2016.

/s/ Chris J. Tardio
**Chris J. Tardio**