**Blumberg & Wolk, LLC**
158 Delaware Street
P.O. Box 68
Woodbury, NJ 08096
(856) 848-7472

*Counsel for Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rhaul Shah, M.D., John Catalano, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL No. 2419<br>Docket No. 1:13-md-2419 (RWZ) |

### PREMIER ORTHOPAEDIC ASSOCIATES, ET AL'S NOTICE OF A 10-DAY EXTENSION TO RESPOND TO VANDERBILT AND EMORY'S MOTIONS TO QUASH

Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rhaul Shah, M.D., John Catalano, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D. (collectively, "Premier Defendants"), hereby move the Court for a ten-day extension,

1

pursuant to MDL Order No. 11 (Docket Number ("Dkt. No.") 1524) to respond to The Emory Clinic, Inc.'s ("Emory") Motion to Quash (Dkt. Nos. 2777, 2778, 2779, 2780) filed April 1, 2016.

The Premier Defendants also move the Court under MDL Order No. 11 for a ten-day extension to respond toThe Vanderbilt University's ("Vanderbilt") Motion to Quash (Dkt. Nos. 2781, 2782, 2783, 2784) filed April 1, 2016.

This is the first request for extension to respond to these filings and the Premier Defendants are requesting a ten day extension. Accordingly, the Premier Defendants' new deadline to respond is April 21, 2016.

Dated: April 6, 2016

                                            Respectfully submitted,

                                            **Blumberg & Wolk, LLC**
                                            158 Delaware Street
                                            P.O. Box 68
                                            Woodbury New Jersey 08096
                                            (856) 848-7472
                                            cwolk@blumberglawoffices.com

                                            /s/ Christopher M. Wolk
                                            Christopher M. Wolk, Esq.

                                            *Attorneys for Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

## CERTIFICATION

I certify that in submitting this *NOTICE*, I caused a copy of the above to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: April 6, 2016

/s/ Christopher M. Wolk
Christopher M. Wolk, Esq.