## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND
COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

All New Jersey Cases

MDL No. 2419
Docket No. 1:13-md-2419 (RWZ)

## NOTICE OF TAKING VIDEO DEPOSITION OF THOMAS A. DWYER, M.D.

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the videotape deposition of Thomas A. Dwyer, MD on April 15, 2016 at 9:00 a.m. at the offices of Blumberg & Wolk, 158 Delaware Street, Woodbury NJ 08096. The deposition will be recorded by stenographical means and by video.  Plaintiffs incorporate herein by reference the Deposition Protocol previously attached to other Notices filed with the Court.

Dated this 11th day of April, 2016.

Respectfully submitted,

**Mark Zamora**
**Michael Hugo**

By:  /s/ Mark Zamora

The Orlando Firm

The Orlando Firm
5 Concourse Parkway Suite 2600
Atlanta, GA 30328
T:404.373.1800 F:404.506.9223
mark@markzamora.com

For Plaintiffs' Steering Committee

## CERTIFICATE OF SERVICE

Attorneys Michael Hugo and Mark Zamora hereby certify that we caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: April 11,  2016

/s/ Michael Hugo and Mark Zamora
Michael Hugo

Mark Zamora