UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> Suits Naming the STOPNC Defendants | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

## NOTICE OF ISSUANCE AND SERVICE OF SUBPOENAS

Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; and Vaughan Allen, MD (collectively "STOPNC Defendants"), give notice to the Court and to all parties, pursuant to Federal Rule of Civil Procedure 45(a)(4), of the issuance and service of the following:

1. Subpoena to the American Board of Pediatrics;[1]
2. Subpoena to Yale School of Medicine;[2] and
3. Subpoena to University of California, San Francisco School of Medicine.[3]

The subpoenas were inadvertently served, via U.S. mail, before this Notice was filed. No documents have been produced, and each subpoena recipient has been instructed to not produce any documents until the parties to the lawsuit have been given reasonable time to object to the subpoenas. This Notice is filed in the main docket to ensure each party has notice of the subpoenas.

---

[1] Attached as Exhibit 1.
[2] Attached as Exhibit 2.
[3] Attached as Exhibit 3.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

*Attorneys for the STOPNC Defendants*

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 11th day of April, 2016.

/s/ Chris J. Tardio
**Chris J. Tardio**