UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs, | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | **PLAINTIFFS' MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT APRIL 14, 2016, STATUS CONFERENCE** |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ | |

Plaintiffs, by their undersigned counsel, hereby move for this Court to allow attorney Patricia J. Kasputys to appear by telephone at the April 14, 2016 Status Conference before the

1

Honorable Rya T. Zobel, for reasons explained below.

Counsel for Defendants Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C., filed a Request for Hearing [Dkt. 2772] as to Plaintiffs' Motion to Strike Certain Affirmative Defenses [Dkt. Nos. 2451 and 2452] raised in Defendants' Answer to Complaint. Defendants filed an opposition to the Plaintiffs' Motion to Strike Certain Affirmative Defenses [Dkt. No. 2561] and Plaintiffs filed a reply [Dkt. No. 2603]. Should the Court decide that a hearing is necessary and if the motion is on the agenda for the April 14, 2016 status conference, Plaintiffs request the Court to permit Patricia J. Kasputys to appear telephonically. Ms. Kasputys is recovering from complications of an injury that required surgery and travel to Boston, Massachusetts would be a hardship.

WHEREFORE, Plaintiffs respectfully request that the undersigned counsel be permitted to speak by telephone during the April 14, 2016, 2:00 p.m. status conference scheduled to be held by the Honorable Rya T. Zobel.

Respectfully submitted,

/s/ Michael Coren
Harry M. Roth
Michael Coren
COHEN, PLACITELLA & ROTH, P.C.
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
215-567-3500
*Attorneys for Plaintiffs Handy et al.*

/s/ Patricia J. Kasputys
Patricia J. Kasputys
Sharon L. Houston
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street
22nd Floor
Baltimore, MD 21201
410-649-2000
Pkasputys@lawpga.com
Shouston@lawpga.com

*Attorneys for Plaintiffs Armetta, Bowman, Davis, Dreisch, Farthing, Kashi, Torbeck, et al.*

## CERTIFICATE OF SERVICE

I, Patricia J. Kasputys, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the defendants in the above-referenced individual cases, and will be sent to these parties by operation of the CM/ECF system.

Dated: April 11, 2016                               /s/ Patricia J. Kasputys
                                                    Patricia J. Kasputys

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs, | )<br>)  MDL No. 2419<br>)<br>)  Docket No. 1:13-md-2419 (RWZ)<br>) |
| This document relates to: | ) |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | )<br>)<br>) |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | )<br>)  **ORDER GRANTING PLAINTIFFS'**<br>)  **MOTION TO APPEAR BY**<br>)  **TELEPHONE AT APRIL 14, 2016,** |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | )  **STATUS CONFERENCE**<br>)<br>) |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | )<br>)<br>) |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | )<br>)<br>) |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | )<br>)<br>) |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | )<br>)<br>) |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ | )<br>) |

The Court, having considered Plaintiffs' Motion, and good cause appearing therefor,

IT IS this _____ day of _____, 2016, ORDERED that Plaintiffs'

4

Motion for Leave to Appear by Telephone at the April 14, 2016, 2:00 p.m. Status Conference scheduled by this Court is hereby GRANTED.

RYA T. ZOBEL
JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MASSACHUSETTS