# EXHIBIT A

[Proposed] Verdict Form

(1)     Was the methylprednisolone acetate (MPA) from NECC unreasonably dangerous or defective?

Yes  _____

No   _____

(2)     Do you find St. Thomas Neurosurgical sold methylprednisolone acetate (MPA) to Plaintiffs

Yes  _____

No   _____

(3)     Do you find the following entities/persons to be at fault?

St. Thomas Neurosurgical Center          Yes  _____          No  _____

Howell Allen Clinic          Yes  _____          No  _____

John Culclasure, MD          Yes  _____          No  _____

Debra Schamburg          Yes  _____          No  _____

New England Compounding Center          Yes  _____          No  _____

(4)     Do you find that St. Thomas Neurosurgical was the agent of St. Thomas Hospital, St. Thomas Network, or St. Thomas Health Services?

Yes  _____

No   _____

(5)     Using 100 percent as the total combined harm, what percentage of the total fault is chargeable to each of the following defendants:

St. Thomas Neurosurgical          _____%
Howell Allen Clinic          _____%
New England Compounding Center          _____%

(6)     Decide the total amount of damages sustained by the plaintiff
        _____.

$_____          Pain and Suffering - past

$_____          Pain and Suffering - future

$_____          Loss of ability to enjoy life - past

$_____          Loss of ability to enjoy life - future

$_____          Medical care/Services - past

$_____          Medical care/Services - future

$_____          Loss of earning capacity - past

$_____          Loss of earning capacity - future

$_____          TOTAL