UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL NO. 2419<br>Dkt. No. 1:13-MD-2419 (RWZ)<br><br>JUDGE RYA ZOBEL |
| This Document Relates to:<br><br>*All Cases Against the Saint Thomas Entities* | |

**JOINT STIPULATION AGREEING TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO TENNESSEE CLINIC DEFENDANTS' MOTION TO COMPEL COMPLETION OF THE DEPOSITION OF DAVID KESSLER, MD**

The Plaintiffs' Steering Committee (the "PSC") and Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, P.C.; John Culclasure, MD; Debra Schamberg, RN, CNOR; and Vaughan Allen (collectively, the "Tennessee Clinic Defendants") hereby jointly stipulate pursuant to MDL Order No. 11 that the deadline for the PSC to respond to the Tennessee Clinic Defendants' Motion to Compel the Completion of the Deposition of David Kessler, MD [Dkt. 2763] shall now be extended to April 22, 2016.

Dated: April 11, 2016

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Annika K. Martin

**Mark P. Chalos**
**Annika K. Martin**
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417

1300658.1

Telephone: (615) 313-9000
Facsimile: (615) 313-9965
mchalos@lchb.com
akmartin@lchb.com

*Attorneys for Plaintiffs Jane R. Wray and Gerald W. Wray*

J. Gerard Stranch, IV
Benjamin A. Gastel
Anthony A. Orlandi
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
aorlandi@bsjfirm.com

*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol

Kristen Johnson
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344marc@liptonlaw.com

- 2 -

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone: 404/451-7781
Facsimile: 404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, Annika K. Martin, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: April 11, 2016

_____
Annika K. Martin

1300658.1