# UNITED STATES DISCRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC. ) | MDL No: |
| PRODUCTS LIABILITY LITIGATION ) | Dkt No. 1:13-md-2419 |
| ) | |
| This Documents Related to: ) | |
| Tyree, 1:13-cv-12479 (RWZ) ) | |

### PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO DISMISS

Plaintiff Philip Tyree filed suit naming, among others, the Defendants who filed the pending Motion. Plaintiff raised product liability claims against the stated Tennessee Defendants (*See Document 1, Count V, Pages 32-24*). Mr. Tyree at all material times lives in Kentucky.

Counsel for the moving Defendants requested the deposition of Plaintiff and his wife. By agreement, the parties noticed the deposition for Nashville, Tennessee. On December 22, 2015 Mr. Tyree appeared at 223 Rosa L. Parks Avenue, Nashville, Tennessee.

The deposition started at 10:06 a.m. and adjourned at 2:41 p.m. The deposition was to be continued once certain documents were produced. When those were provided to counsel, attorneys seeking to set the continuation of the deposition asked for certain dates. Undersigned counsel informed of a conflict on the requested date, and that neither he nor his client could appear. Defendants proceeded anyway. For the reasons set forth in the accompanying Memorandum of Law with Exhibits thereto, the Motion should be denied.

Respectfully submitted,

/s_____

Michael Hugo and
Mark Zamora
Attorneys for Plaintiffs
5 Concourse Parkway Suite 2600
Atlanta, GA 30328
T: 404.373.1800
F: 404.506.9223
mark@markzamora.com
mike@hugo-law.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 3rd day of March, 2016.

/s/Mike Hugo

UNITED STATES DISCRICT COURT

DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No: Dkt No. 1:13-md-2419 |
| This Documents Related to: Tyree, 1:13-cv-12479 (RWZ) | ) ) | |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS**

Plaintiff files the following Memorandum and states:

The Defendant's Motion to Dismiss should be DENIED. As noted in the filed Response, the deposition of Philip Tyree was set by agreement and convenience of the parties in Nashville, Tennessee. Mr. Tyree lives in Kentucky. The deposition of Mr. Tyree was held December 22, 2015 and commenced at 10:06 a.m. (See Exhibit 1). Prior to doing so, Mr. Tyree (through counsel) produced voluntarily additional documents he had found that were responsive to prior requests.

During the deposition, counsel asked Mr.Tyree questions regarding medical care. Plaintiff testified that he had seen a doctor in Bowling Green, Kentucky. (See Exhibit 2, Transcript, Pages 154-156). As noted on the record, Tyree mentioned this doctor for the first time even to his lawyer.

The lawyers agreed that the deposition would be adjourned until the recently disclosed medical provider's records were produced. (See Exhibit 3). All counsel had been working amicably until this point, and undersigned gave assurances that the request for the records would be expedited. Given that assurance, a HIPAA Release was not signed, nor was a Subpoena issued to the medical provider.

On January 13, 2016 the documents were produced – as promised – to opposing counsel. According to notes, on January 21, 2016, it was requested that the continuation deposition be scheduled. Counsel for Plaintiff wrote on January 27, 2016: "No way I can do 1/29 … I'm here all day - my cell is 404.805.0226. I am happy to quickly set a date and time that will work for all. "

Prior to January 29, 2016 Counsel for Tyree also picked up the telephone and spoke with Kaycee Weeter, counsel who had been enlisted to set the deposition. She was informed that Mr. Tyree worked full time in Kentucky and could not make a deposition without giving adequate notice – as she knew since she was present at the first deposition held December 22, 2016.

For some reasons known only to the Defendants, knowing full well that neither Mr. Tyree nor his counsel would appear, the deposition was set – and not where the parties had agreed to before, but instead in the offices of Defense counsel.

On Sunday January 31, 2016 attorney Kaycee Wheeler at 6:35 p.m. counsel emailed Tyree's lawyer and asked that the case be dismissed.

On February 3, 2016, Tyree's counsel wrote to Ms. Wheeler, reiterating prior discussions, and once again stating the obvious- that the unilaterally set deposition date did not work and posed a conflict to counsel and Plaintiff.

The argument that Mr. Tyree did not proceed with discovery is without merit and should be rejected. The Motion should be denied.

Defendant's arguments relating to any claimed dismissal pursuant to Tenn. Code Ann. § 29-26-122 should be rejected.

Respectfully submitted,

/S_____

Michael Hugo and
Mark Zamora
Attorneys for Plaintiffs
5 Concourse Parkway Suite 2600
Atlanta, GA 30328
T: 404.373.1800
F: 404.506.9223
mark@markzamora.com
mike@hugo-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 3rd day of March, 2016.

/s/ Mike Hugo

# In the Matter Of:

## NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

## VIDEOTAPED DEPOSITION OF PHILLIP TYREE

*December 22, 2015*



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

Case 1:13-md-02419-RWZ Document 2798-3 Filed 04/12/16 Page 7 of 19
Case 1:13-cv-12479-RWZ Document 17-2 Filed 03/03/16 Page 2 of 7

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF PHILLIP TYREE on 12/22/2015                                  Page 1

```
  1              UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
  2
     _____
  3

  4   IN RE:  NEW ENGLAND COMPOUNDING      :
      PHARMACY, INC; PRODUCTS              : MDL No:   2419
  5   LIABILITY LITIGATION                 :
      _____      : Master Dkt.
  6                                        : 1:13-md-02419-FDS
      THIS DOCUMENT RELATES TO:            :
  7                                        : Judge Rya Zobel
      All Cases Identified in              :
  8   Docket No.  1472-1                   :
                                           :
  9   _____

 10
                     VIDEOTAPED DEPOSITION
 11                    OF PHILLIP TYREE

 12

 13

                          10:06 a.m.
 14                   December 22, 2015

 15            Branstetter Stranch & Jennings
                 223 Rosa L. Parks Avenue
 16                      Suite 200
                    Nashville, Tennessee
 17

 18


 19        Susan DeCarlo, RPR, CCR No. B-2125

 20

 21

 22

 23

 24

 25
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ Document 2798-3 Filed 04/12/16 Page 8 of 19
Case 1:13-cv-12479-RWZ Document 17-2 Filed 03/03/16 Page 3 of 7

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF PHILLIP TYREE on 12/22/2015                          Page 2

```
 1   On Behalf of the Plaintiff, Phillip Tyree:

 2   THE ORLANDO FIRM, PC
     BY:  Mark Zamora
 3   315 West Ponce De Leon Ave
     Suite 400
 4   Decatur, Georgia 30030
     404.373.1800
 5
     On Behalf of the Plaintiff Steering Committee:
 6
     BRANSTETTER, STRANCH & JENNINGS, PLLC
 7   BY:  Benjamin Gastel
     The Freedom Center
 8   223 Rosa L. Parks Avenue, Suite 200
     Nashville, TN 37203
 9   615.254.8801
     beng@bsjfirm.com
10
     On Behalf of the Tennessee Clinic Defendants:
11
     GIDEON, COOPER & ESSARY
12   BY:  CJ GIDEON, Jr.
          Kaycee Weeter
13   315 Deaderick Street, Suite 1100
     Nashville, TN 37238
14   615.254.0400
     cjgideon@gideoncooper.com
15   kweeter@gideoncooper.com

16   On Behalf of St. Thomas Health, St. Thomas West
     Hospital and St. Thomas Network:
17
     BRADLEY ARANT BOULT CUMMINGS, LLP
18   BY:  Amy D. Hampton
     Roundabout Plaza
19   1600 Division Street, Suite 700
     Nashville, TN 37203
20   615.252.2379
     ahampton@babc.com
21
     Also Present:  Michael Mitchell, Videographer
22

23

24

25
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2798-3   Filed 04/12/16   Page 9 of 19
Case 1:13-cv-12479-RWZ   Document 17-2   Filed 03/03/16   Page 4 of 7

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF PHILLIP TYREE on 12/22/2015                    Page 3

```
                    INDEX OF EXAMINATIONS

WITNESS/EXAMINATION                              PAGE

PHILLIP TYREE                                      7
EXAMINATION
     BY MR. GIDEON                                 7

DISCLOSURE OF REPORTER                           178
CERTIFICATE OF REPORTER                          180
SIGNATURE OF DEPONENT                            183

                    INDEX TO EXHIBITS

NUMBER          DESCRIPTION                      PAGE

Exhibit Number 813,
Kentucky UCC Report, Butler County                15

Exhibit Number 814,
Health Care Provider Certification,
Bates stamp Howell Allen Clinic 062-072           61

Exhibit Number 815,
Medical Record, Bates stamp
PTyree-GGClinic-00388 through
PTyree-GGClinic-00393                             68

Exhibit Number 816,
Medical Record, Bates stamp
PTyree-GGClinic-000381                            78

Exhibit Number 817,
Graves Gilbert Clinic
X-Ray Report, Bates stamp
PTyree-GGClinic-00454                             80

Exhibit Number 818,
Medical Record, Bates stamp
PTyree-GGClinic-000337                            85

Exhibit Number 819,
St. Thomas West Hospital CT Report,
Bates stamp PTyree-STWH-MD-000095                 95

Exhibit Number 820,
Medical Record, Bates stamp,
PTyree-GGClinic-000198                            97
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ Document 2798-3 Filed 04/12/16 Page 10 of 19
Case 1:13-cv-12475-RWZ Document 17-2 Filed 03/03/16 Page 5 of 7

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF PHILLIP TYREE on 12/22/2015        Page 4

```
 1   Exhibit Number 821,
     Medical Record, Bates stamp
 2   PTyree-GGClinic-000198                         99

 3   Exhibit Number 822,
     Howell Allen Clinic
 4   New Patient Medical
     Questionnaire, Bates stamp
 5   Howell Allen Clinic 002-005                   101

 6   Exhibit Number 823,
     Supplemental Case Information                 110
 7
     Exhibit Number 824,
 8   Medical Record, Bates stamp
     Howell Allen Clinic 015                       112
 9
     Exhibit Number 825,
10   Medical Record, Bates stamp
     St Thomas OP Neurosurgical Center 006         120
11
     Exhibit Number 826,
12   St. Thomas Outpatient Neurosurgical
     Center Pre-Procedure Assessment,
13   Bates stamp St Thomas OP
     Neurosurgical Center 004                      121
14
     Exhibit Number 827,
15   Consent, Bates stamp St Thomas
     OP Neurosurgical Center 014-015               123
16
     Exhibit Number 828,
17   St. Thomas Outpatient Neurosurgical
     Center Pre-Procedure Assessment,
18   Bates stamp St Thomas OP
     Neurosurgical Center 022                      131
19
     Exhibit Number 829,
20   Progress Note, Bates stamp
     Howell Allen Clinic 018                       137
21
     Exhibit Number 830,
22   Howell Allen MRI Lumbar
     Spine Without Contrast,
23   Bates stamp Howell Allen Clinic 037           139

24

25
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ Document 2798-3 Filed 04/12/16 Page 11 of 19
Case 1:13-cv-12475-RWZ Document 17-2 Filed 03/03/16 Page 6 of 7

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF PHILLIP TYREE on 12/22/2015                                   Page 5

| | | |
|---|---|---|
| 1 | Exhibit Number 831,<br>Pastoral Care Record, | |
| 2 | Bates stamp PTyree-STWH-MD-000328 | 150 |
| 3 | Exhibit Number 832,<br>St. Thomas West Hospital | |
| 4 | History and Physical Record,<br>Bates stamp PTyree-STWH-MD-000016 | 163 |
| 5 | Exhibit Number 833, | |
| 6 | St. Thomas Hospital History<br>Physical & Progress Record, | |
| 7 | Bates stamp PTyree-STWH-MD-000185 | 167 |



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ Document 2798-2 Filed 04/12/16 Page 12 of 19
Case 1:13-cv-12475-RWZ Document 17-2 Filed 03/03/16 Page 7 of 7

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF PHILLIP TYREE on 12/22/2015   Page 6

```
 1   (Tuesday, December 22, 2015    10:06 a.m.)
 2             THE VIDEOGRAPHER:  This is disc
 3   number one in the videotaped deposition of
 4   Phillip Tyree taken in the matter of the New
 5   England Compounding Pharmacy, Inc., Product
 6   Liability Litigation.  The deposition is
 7   being held at Branstetter, Stranch &
 8   Jennings on December 22nd, 2015, at 10:06
 9   a.m.
10             My name is Michael Mitchell and I
11   am the videographer, and the Court Reporter
12   is Susan DeCarlo.
13             Will all counsel please introduce
14   yourselves.
15             MR. ZAMORA:  I am Mark Zamora and I
16   work for Mr. Tyree.
17             MR. GASTEL:  Benjamin Gastel on
18   behalf of the Plaintiff Steering Committee.
19             MS. HAMPTON:  Amy Hampton on behalf
20   of St. Thomas Health, St. Thomas Network and
21   St. Thomas Hospital.
22             MR. GIDEON:  CJ Gideon on behalf of
23   Howell Allen Clinic and St. Thomas
24   Outpatient Neurosurgery Center.
25             MS. WEETER:  Kaycee Weeter on
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

Case 1:13-md-02419-RWZ Document 2798-3 Filed 04/12/16 Page 13 of 19
Case 1:13-cv-12479-RWZ Document 17-3 Filed 03/03/16 Page 1 of 3

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF PHILLIP TYREE on 12/22/2015         Page 154

```
 1          I'm sorry, but I thought that I was
 2     answering it.
 3  BY MR. GIDEON:
 4     Q.       Well, I am not fussing at you.
 5     A.       That's okay.
 6     Q.       But I am going to ask you a third
 7  and final time.
 8     A.       Okay.
 9     Q.       I want to know the things you
10  cannot do today that you were able to do on
11  August 16th, 2012.
12     A.       Well, myself I can do just most
13  anything I did, but I just don't do it as well.
14     Q.       All right.  Now, the next thing,
15  you said just a minute ago you have gotten some
16  additional shots.  Where did you get the shots
17  and who administered them to you?
18     A.       This last time I got them in
19  Bowling Green.
20     Q.       How recently?
21     A.       Not too long ago.
22     Q.       Epi --
23     A.       It's just -- yes, just a few weeks
24  ago.
25     Q.       Epidural steroid injections?
```



Case 1:13-md-02419-RWZ Document 2798-3 Filed 04/12/16 Page 14 of 19
Case 1:13-cv-12475-RWZ Document 17-3 Filed 03/03/16 Page 2 of 3
NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF PHILLIP TYREE on 12/22/2015
Page 155

```
 1       A.      No.
 2       Q.      What kind?
 3       A.      It's just shots.  It's just to help
 4  my nerves.  They give me a shot and they burnt
 5  the nerve a little to kind of get through the
 6  pain.
 7       Q.      Do you recall somebody talking to
 8  you about a radiofrequency ablation?
 9       A.      No, but I seen that in the doctor's
10  office.
11       Q.      Okay.  Tell me what kind of
12  treatment you got, then, that is a shot but also
13  burns the nerve.  I truly don't understand what
14  you are talking about.
15       A.      I don't understand it either.
16       Q.      Well, who is the doctor?
17       A.      It's a Filipino doctor and to
18  honestly tell you, I can't pronounce his name but
19  he done -- he done pretty good.
20       Q.      Well, is he at the Medical Center
21  of Bowling Green?
22       A.      It's Intervention Pain Specialists
23  of Bowling Green, I think is what it's called.
24       Q.      Interventional Pain Specialists?
25       A.      I think that that is the name of
```



Case 1:13-md-02419-RWZ Document 2798-3 Filed 04/12/16 Page 15 of 19
Case 1:13-cv-12475-RWZ Document 17-3 Filed 03/03/16 Page 3 of 3

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF PHILLIP TYREE on 12/22/2015     Page 156

```
 1   it, yes.
 2             MR. GIDEON:  Mark, that has not
 3   been disclosed.
 4             THE WITNESS:  Because they did not
 5   know about it.
 6             MR. ZAMORA:  I am hearing it for
 7   the first time.
 8   BY MR. GIDEON:
 9       Q.    How many weeks ago was it?
10       A.    Just a few weeks ago.  Nobody asked
11   me so I did not tell nobody.
12       Q.    A few weeks to some persons is
13   three weeks, two weeks, a few weeks could be 15
14   weeks ago.  Give me more precision how long ago
15   it was.
16       A.    Just a few weeks ago.  If I had
17   where I could, I would get my paperwork and show
18   you, but I don't have it with me.
19       Q.    I'll ask you just one more time.
20       A.    Yes, sir.
21       Q.    Put a number on the few.  Is it ten
22   weeks or two weeks?
23       A.    I would say that it's three weeks
24   ago that I got my last one.
25       Q.    And how many of these previously
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ Document 2798-3 Filed 04/12/16 Page 16 of 19
Case 1:13-cv-12475-RWZ Document 17-4 Filed 03/03/16 Page 1 of 2

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF PHILLIP TYREE on 12/22/2015                         Page 174

1    A.    No, I don't.
2    Q.    Did you know that NECC was licensed
3    to do business in Kentucky, too?
4    A.    No, I did not know.
5    Q.    All right.
6          MR. GIDEON:  Okay.  Mr. Zamora, I
7    am going to adjourn until you can provide us
8    with some additional records.  We will go
9    off the videotape and then we will enter
10   into a stipulation with the Court Reporter.
11         MR. ZAMORA:  That's fine.
12         THE VIDEOGRAPHER:  Off the video
13   record at 2:36.
14         MR. ZAMORA:  We are going to talk a
15   little bit -- she is going to type up some
16   things that we are saying so you just sit
17   tight.  We are done with the questions for
18   now.
19         (Off the record discussion.)
20         MR. GIDEON:  This will confirm the
21   agreement that has been reached between
22   Mr. Zamora, myself and counsel for
23   St. Thomas, including Ms. Puig, who
24   consulted with us by telephone.
25         During the deposition of Mr. Tyree,



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ Document 2798-3 Filed 04/12/16 Page 17 of 19
Case 1:13-cv-12475-RWZ Document 17-4 Filed 03/03/16 Page 2 of 2

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF PHILLIP TYREE on 12/22/2015                    Page 175

```
 1   he identified relevant, very material
 2   services being provided by a pain clinic in
 3   Bowling Green.
 4           Mr. Zamora had not heard of this
 5   provider previously.  It appears that at
 6   least several episodes of care have been
 7   provided by what Mr. Tyree described as the
 8   Interventional Pain Clinic of Bowling Green.
 9   Mr. Zamora has agreed to get a release
10   signed by Mr. Tyree, if at all possible, to
11   identify the provider and to make an
12   expedited request for all the records from
13   that provider as well as asking his client
14   is there anybody else like this too.
15           By virtue of that, I have completed
16   all of my questioning except what may well
17   be suggested by the records from the
18   Interventional Pain Clinic, so our agreement
19   is as follows:
20           My interrogation of Mr. Tyree is
21   adjourned.  Counsel for St. Thomas has not
22   yet had an opportunity to ask a single
23   question.  We will reconvene as soon as we
24   can do so.  But if we cannot, A, get the
25   records, and, B, convene reasonably on or
```


Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

THE ORLANDO FIRM PC
5 Concourse Parkway Suite 2600
Atlanta, GA 30328
T:  404.373.1800
F:  404.506.9223

mark@markzamora.com

February 3, 2016

By email
Kacie Weeter, Esquire
Gideon, Cooper
Suite 1100
315 Deadrick Street
Nashville, TN 37238


Re:  Tyree adv. Ameridose

Dear

    This adresses the pending matter. As we all know, Mr. Tyree's deposition was noticed for and held December 22, 2015. By agreement, the deposition was held at the offices of Branstetter Stranch. Gerard Stranch is obviously a member of the PSC. Mr. Tyree drove from his home in rural Kentucky for the deposition. Before the deposition began, I handed not only discovery responses, but additional documents that Mr. Tyree brought with him to the deposition that day.

    During the more than five hour deposition, Mr. Gideon questioned Mr. Tyree about any medical care in the recent past. All counsel learned for the first time that he had been to a doctor in Bowling Green, Kentucky. I learned about it that very day. After taking a short recess, more questions were asked and the deposition was adjourned by agreement. Mr. Gideon asked that we expedite the production of this Kentucky medical professional. The attorneys worked amicably to address this issue, and we agreed that the deposition would be set on a mutually convenient date.

    On January 13, 2016 I received the documents from this newly discovered medical provider and sent them that very day via email to counsel. I also let you know that I was not available, doing so via email.

    On January 27, 2016 I emailed Mr.Gideon and you that the date unilaterally set for the continuation of the deposition of Mr. Tyree would not work. I then called and spoke with you. We had a cordial conversation. I said in no uncertain terms that I could not attend part two of my client's deposition in Nashville on January 29, 2016. I repeated, as you know, that my client works full time in Kentucky, and less than one week's notice for a day long deposition (again) would not work for him. I then gave you other dates for

the deposition continuation.

     On Sunday, you emailed me and informed that you held the deposition at your offices, and that our client did not appear. You, C.J. and I all knew that neither I nor the client could possibly attend that day. You graciously gave me one day to take action you requested.

     I emailed you and called you earlier in the week. You told me about the action your client had asked you to take. I then spoke with my client. He will not dismiss his case at this time.

     This is not a case where someone simply did not "show up" for a deposition. Mr. Tyree has undergone hours of examination already. He made an accommodation to all concerned by driving from his home in another state to attend the first deposition, even though he was under no obligation to do so.

     We are of course willing to proceed with the second part of the deposition. I had, candidly, expected better from your office. I have picked up the telephone twice to let you know my concerns. I was not afforded that same courtesy.

                                  Very truly yours.