# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No.: 1:13-md-2419 |
| ) ) | |
| This Document Relates to: ) | Judge Rya Zobel |
| ) | |
| Tyree v. Ameridose, LLC, et al 1:13-cv-12479 ) ) ) | |

## THE STOPNC DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO DISMISS

Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, A Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; and Vaughan Allen, MD ("STOPNC Defendants") respectfully move this Court to strike the Plaintiff's untimely Response in Opposition to Motion to Dismiss [Doc. 17].

Pursuant to Local Rule 7.1, the STOPNC Defendants have made a good faith effort to resolve this dispute, without success. On Friday, March 4, 2016, counsel for the STOPNC Defendants emailed Plaintiff's counsel regarding the timeliness of their Response to the Defendants' Motion to Dismiss. Plaintiff's counsel did not respond. Counsel for the STOPNC Defendants sent another email on Monday, March 7, 2016, asking if Plaintiff's counsel had reviewed the previous email and requesting a response by 4:00 p.m. the following day.[1] Plaintiff's counsel again failed to respond.

---

[1] Email correspondence attached as Exhibit 1.

The pertinent chronology is undisputed. The STOPNC Defendants filed their Motion to Dismiss and a Memorandum in Support [Docs. 15 and 16] on February 3, 2016.

1. Local Rule 7.1(b)(2) required filing and service of any written opposition within 14 days after the motion was served.

2. On March 3, 2016, the Plaintiff filed his Response in Opposition to the STOPNC Defendants' Motion to Dismiss [Doc. 17].

The Plaintiff's Response, **filed 29 days after the Motion to Dismiss**, is clearly untimely, without excuse, explanation, or permission from the Court. .

The STOPNC Defendants respectfully move this Court to strike the Plaintiff's Response in Opposition, and grant the motion to dismiss.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**Chris J. Tardio***
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com
matt@gideoncooper.com

*Attorneys for Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; and Debra Schamberg, RN*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 9th day of March, 2016.

/s/ Chris J. Tardio

# EXHIBIT 1

| | |
|---|---|
| **From:** | Matthew J. Nathanson |
| **Sent:** | Friday, March 04, 2016 9:26 AM |
| **To:** | mark@markzamora.com; mike@hugo-law.com |
| **Cc:** | Ginger F. Ward |
| **Subject:** | Philip Tyree Response to Motion to Dismiss |

Mark and Mike,

I write to meet and confer regarding your Response to our Motion to Dismiss. By our calculation your Response was filed 29 days after our Motion to Dismiss. We believe this to be untimely. If we have overlooked an order that permits this amount of time to file a response to a motion to dismiss could you please identify it for us?

If you have any questions or concerns please do not hesitate to contact us.

Sincerely,

Matt Nathanson

Matthew J. Nathanson
Gideon, Cooper & Essary, PLC
315 Deaderick Street, Suite 1100
Nashville, Tennessee 37238
615-254-0400
615-254-0459 (fax)

1

| | |
|---|---|
| **From:** | Matthew J. Nathanson |
| **Sent:** | Monday, March 07, 2016 5:33 PM |
| **To:** | mark@markzamora.com; mike@hugo-law.com |
| **Cc:** | Ginger F. Ward |
| **Subject:** | RE: Philip Tyree Response to Motion to Dismiss |

Mark and Mike,

Have you had an opportunity to review my email from Friday March 4th? If you intend to respond, I would respectfully request that you do so by 4:00 p.m. tomorrow, March 8th.
If you wish to discuss this matter over the telephone I will be free after 10:00 a.m. tomorrow.

Sincerely,

Matt

**From:** Matthew J. Nathanson
**Sent:** Friday, March 04, 2016 9:26 AM
**To:** 'mark@markzamora.com' <mark@markzamora.com>; 'mike@hugo-law.com' <mike@hugo-law.com>
**Cc:** Ginger F. Ward <ginger@gideoncooper.com>
**Subject:** Philip Tyree Response to Motion to Dismiss

Mark and Mike,

I write to meet and confer regarding your Response to our Motion to Dismiss. By our calculation your Response was filed 29 days after our Motion to Dismiss. We believe this to be untimely. If we have overlooked an order that permits this amount of time to file a response to a motion to dismiss could you please identify it for us?
If you have any questions or concerns please do not hesitate to contact us.

Sincerely,

Matt Nathanson

Matthew J. Nathanson
**Gideon, Cooper & Essary, PLC**
**315 Deaderick Street, Suite 1100**
**Nashville, Tennessee 37238**
615-254-0400
615-254-0459 (fax)

1