UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.

Civil Action No: 1:13-md-02419-RWZ

# RETURN

**Came to my hand:**   04/13/2016 , at   09:30   o'clock   A.M.

- Subpoena to Testify at a Deposition in a Civil Action
- $40.00

**Executed by me on:**  04/13/2016 , at  11:05  o'clock  A.M.   at

**211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701**, within the county of **TRAVIS**, by delivering to **RESEARCH NOW GROUP, INC., by delivering to its registered agent, CORPORATION SERVICE COMPANY, by delivering to employee/managing agent,** KELLY COURTNEY , in person, a true copy of the above specified subpoena and tender.

I am over the age of 18, not a party to nor interested in the outcome of the above styled and numbered suit ; and I certify that the facts of service reported herein are true and correct.

Authorized Person: JERRY MELBER
ASSURED CIVIL PROCESS AGENCY
5926 Balcones Drive, Suite 290
Austin, TX 78731