UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>*Cole v. NECC et al*,<br>1:12-cv-12066-RWZ | |

**STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Robert Cole, and Defendant, Dr. O'Connell's Pain Care Center, stipulate to dismissal with prejudice of all claims in this action, each side to bear their own fees and costs.

Dated:  April 14, 2016                                Respectfully submitted,

**/s/ Matthew R. Connors**                          **/s/ Kristen A. Johnson**
Matthew R. Connors, BBO # 636358      Thomas M. Sobol, BBO # 471770
Capplis & Connors, P.C.                              Kristen A. Johnson, BBO # 667261
18 Tremont Street – Suite 220                    HAGENS BERMAN SOBOL SHAPIRO LLP
Boston, MA 02118                                         55 Cambridge Parkway, Suite 301
(617) 227-0722                                              Cambridge, MA  02142
mconnors@capplisandconnors.com         (617) 482-3700
                                                                          tom@hbsslaw.com
*Counsel for Defendant Dr. O'Connell's*      kristenj@hbsslaw.com
*Pain Care Center*

                                                                          *Counsel for Plaintiff Robert Cole*

**CERTIFICATE OF SERVICE**

     I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: April 14, 2016                                      **/s/ Kristen A. Johnson**
                                                               Kristen A. Johnson, BBO # 667261