# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>*Headley v. Inspira et al*,<br>1:15-cv-10258-RWZ | |

## STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Donald Headley and Gail Headley and defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC ("Premier Orthopaedic), Kimberley Yvette Smith, M.D. a/k/a Kimberley Yvette Smith-Martin, M.D. stipulate to dismissal with prejudice of all claims in this action, without payment of any kind, each side to bear their own fees and costs.


Dated:  April 14, 2016                                  Respectfully submitted,

**/s/ Christopher M. Wolk**                      **/s/ Kristen A. Johnson**
Christopher M. Wolk, Esq                     Thomas M. Sobol, BBO # 471770
Blumberg & Wolk, LLC                         Kristen A. Johnson, BBO # 667261
158 Delaware Street                               HAGENS BERMAN SOBOL SHAPIRO LLP
Woodbury New Jersey 08096               55 Cambridge Parkway, Suite 301
856-848-7472 t                                      Cambridge, MA  02142
856-848-8012 f                                      (617) 482-3700
cwolk@blumberglawoffices.com          tom@hbsslaw.com
                                                               kristenj@hbsslaw.com

*Counsel for defendants Premier*
*Orthopaedic and Sports Medicine*            *Counsel for plaintiffs Donald and Gail Headley*
*Associates of Southern New Jersey, LLC,*
*and Kimberley Yvette Smith, M.D. a/k/a*
*Kimberley Yvette Smith-Martin, M.D.*

<u>**CERTIFICATE OF SERVICE**</u>

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: April 14, 2016

<u>**/s/ Kristen A. Johnson**</u>
Kristen A. Johnson, BBO # 667261