## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND COMPOUNDING PHARMACY, INC. LIABILITY LITIGATION | C.A. 1:13-md-2419 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please note the withdrawal of the appearance of the undersigned as attorney for the interested party Commonwealth of Massachusetts in the above-entitled case.  Assistant Attorney General Thomas DiGangi will remain as counsel for the Commonwealth of Massachusetts in this matter.

COMMONWEALTH OF MASSACHUSETTS
By its Attorneys,

MAURA HEALEY,
ATTORNEY GENERAL

/s/ J. David Hampton
J. David Hampton, BBO#667232
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Rm. 1813
Boston, MA 02108
(617) 727-2200, Ext. 2572
david.hampton@state.ma.us

Date:  April 14, 2016

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2016, I served the within notice of appearance on all counsel of record by filing it with the Court by means of its ECF system.


<u>/s/ J. David Hampton</u>