UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ | ) ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) ) | Dkt. No 1:13-md-2419 (RWZ) |
| *Tyree v. Ameridose, et al.* 1:13-cv-12479 | ) ) ) ) | |

**STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Phillip and Maria Tyree, and the Tennessee Clinic Defendants,[1] stipulate to dismissal with prejudice of all claims of the Plaintiffs' Complaint.

Respectfully submitted,

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
**Gideon, Cooper, & Essary, PLC**
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Clinic Defendants*

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*

---

[1] Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; and Vaughan Allen, MD.

/s/ Mark Zamora_____ _____
**O. Mark Zamora**
**Michael Hugo**
5 Concourse Parkway, Suite 2600
Atlanta, GA 30328
Ph: (404) 373-1800
Fax: (404) 506-9223
mark@markzamora.com
mike@hugo-law.com

***Plaintiffs' Steering Committee and Counsel for Plaintiff***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 15th day of April, 2016.

/s/ Chris J. Tardio_____