UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING     )
PHARMACY, INC., PROCUCTS LIABILITY  )
LITIGATION                          )
                                    ) MDL No.: 2419
                                    ) Master Docket No.: 1:13-md-2419-RWZ
                                    )
THIS DOCUMENT RELATES TO:           )
                                    )
   All Tennessee Actions Against The )
   St. Thomas Entities.             )

## DECLARATION OF BENJAMIN A. GASTEL

Benjamin A. Gastel declares, under penalty of perjury on the date identified below, as follows:

1. I am an attorney at Branstetter, Stranch, and Jennings, PLLC, and our firm sits on the Plaintiffs' Steering Committee "(PSC") in the above-referenced lawsuit (the "MDL"). I make this declaration in support of the contemporaneously filed Plaintiffs' Steering Committee's Opposition to Saint Thomas Entities' Global Motion For Partial Summary Judgment On Claims For Actual Agency and Direct Liability.

2. Attached hereto as Exhibit A is a true and correct copy of the deposition transcript of Michael Schatzlein taken on April 6, 2015 and relevant exhibits thereto.

3. Attached hereto as Exhibit B is a true and correct copy of the deposition transcript of Michael Schatzlein taken on July 21, 2015 and relevant exhibits thereto.

4. Attached hereto as Exhibit C is a true and correct copy of the deposition transcript of Rebecca Climer taken on April 8, 2015 and relevant exhibits thereto.

5. Attached hereto as Exhibit D is a true and correct copy of the deposition transcript of Dr. Gregory Lanford taken on September 18, 2015 and relevant exhibits thereto.

6. Attached hereto as Exhibit E is a true and correct copy of the deposition transcript of Scott Butler taken on February 5, 2015 and relevant exhibits thereto.

7. Attached hereto as Exhibit F is a true and correct copy of the deposition transcript of Scott Butler taken on September 17, 2015 and relevant exhibits thereto.

8. Attached hereto as Exhibit G is a true and correct copy of the deposition transcript of Dr. Dale Batchelor taken on September 2, 2015 and relevant exhibits thereto.

9. Attached hereto as Exhibit H is a true and correct copy of the deposition transcript of Cindy Williams and relevant exhibits thereto.

10. Attached hereto as Exhibit I is a true and correct copy of the deposition transcript of Debra Schamberg and relevant exhibits thereto.

11. Attached hereto as Exhibit J is a true and correct copy of relevant exhibits to the deposition of Samuel Penta.

12. Attached hereto as Exhibit K is a true and correct copy of relevant exhibits to the deposition of Francis McAteer.

13. Attached hereto as Exhibit L is a true and correct copy of the deposition transcript of Martin Kelvas.

14. Attached hereto as Exhibit M is a true and correct copy of the deposition transcript of Terry Grinder taken on April 8, 2015 and relevant exhibits thereto.

15. Attached hereto as Exhibit N is a true and correct copy of the deposition transcript of Dr. John Culclasure taken on March 23, 2013.

16. Attached hereto as Exhibit O is a true and correct copy of the expert report of Erich Joachimsthaler, which the Plaintiffs' Steering Committee served on or around December 16, 2015.

17. Attached hereto as Exhibit P is a true and correct copy of the deposition transcript of Robert Parrino taken on February 23, 2016.

18. Attached hereto as Exhibit Q is a true and correct copy of the deposition transcript of Dawn Rudolph taken on April 21, 2015.

19. Attached hereto as Exhibit R is a true and correct copy of the deposition transcript of Dawn Rudolph taken on July 2, 2015.

20. Attached hereto as Exhibit S is a true and correct copy of the Declaration of Jim Gray.

21. Attached hereto as Exhibit T is a true and correct copy of the deposition transcript of Robert Latham on November 10, 2015.

Executed on this 20th day of April, 2015, in Nashville, Tennessee.

/s/ Benjamin A. Gastel
Benjamin A. Gastel