# EXHIBIT B

In the Matter Of:

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

30(B)(6) VIDEOTAPED DEPOSITION OF MICHAEL SCHATZLEIN, M.D.

*July 21, 2015*



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

Page 25

1  order specifically states that there shall
2  be topics provided so the corporate
3  representatives may be presented and
4  prepared on topics, which we have done
5  today, and we are prepared for
6  Dr. Schatzlein to answer those questions in
7  accordance with our objections any and all
8  questions you have.
9       What we're not going to do is sit
10 here --
11      MR. CHALOS: Adam, stop with the
12 filibuster.
13      MR. SCHRAMEK: Excuse me. Let me
14 note my objection.
15      What we're not going do --
16      MR. CHALOS: You've made your
17 objection, your speaking objection.
18      MR. SCHRAMEK: -- is sit here and
19 allow you, sir, to harass witnesses, depose
20 them second, and answer -- ask them
21 questions about interrogatories they
22 weren't designated on and outside the scope
23 of the notice.
24      MR. CHALOS: You're showing off for
25 your client, Adam. Relax.

Page 26

1   Q.   (By Mr. Chalos) Are you, sir, familiar
2  with the relationship between St. Thomas Health and
3  St. Thomas Network?
4   A.   I am.
5   Q.   Okay. Are you prepared to testify here on
6  behalf of St. Thomas Health about the relationship
7  between St. Thomas Health and St. Thomas Network?
8   A.   I am.
9   Q.   Okay. Do you know why your lawyer keeps
10 objecting to that question?
11      MR. SCHRAMEK: Object. You know
12 that's an improper question. You want to
13 know why I'm objecting to the question, ask
14 me why I'm objecting to the question. I'm
15 objection to the question because you asked
16 about contracts --
17      MR. CHALOS: Sir, I'm not asking for
18 your testimony yet.
19  Q.   (By Mr. Chalos) Okay. Dr. Schatzlein,
20 does St. Thomas Health -- is St. Thomas Health
21 involved in the management and operations of St.
22 Thomas Network?
23  A.   No. St. Thomas Network had its own board.
24  Q.   At what time period?
25  A.   It's had its own board, as far as I'm

Page 27

1  aware, since it was formed.
2   Q.   And is that -- that was true in 2012?
3   A.   Yes, sir.
4   Q.   Is that true today?
5   A.   Yes, sir.
6   Q.   St. Thomas Network exists still today?
7   A.   Yes, sir.
8   Q.   What is the relationship between St. Thomas
9  Health and St. Thomas Network in terms of ownership?
10  A.   I think I said it was the sole member.
11  Q.   Okay. In 2012, who were the board members
12 of St. Thomas Network, if you know?
13  A.   I'll have to refer to notes I made.
14  Q.   Yeah. What notes do you have to refer to?
15  A.   Just org charts and lists of people from
16 various periods of time.
17  Q.   Okay. What are you looking at there, sir?
18  A.   I'm sorry?
19  Q.   What are you looking at?
20  A.   Org charts.
21  Q.   Is there a numbered designation on that
22 anywhere?
23      MR. SCHRAMEK: There isn't on this
24 one, but it has been produced. We printed
25 a color copy.

Page 28

1       THE WITNESS: Am I allowed to look?
2   Q.   (By Mr. Chalos) Oh, yeah. Of course.
3       MR. SCHRAMEK: Mark, this was
4  introduced as Exhibit 447 at Ms. Rudolph's
5  deposition, and it's Bates is STE MDL 21271
6  through 21278.
7       THE WITNESS: The information I have
8  is as of -- and this was what I needed to
9  refer to -- as of 2012, which is the period
10 in question. And at the time, the board
11 consisted of myself, Alan Strauss and Wes
12 Littrell. And the officers, I was the
13 chairman, Alan was the vice chairman and
14 Wes Littrell was the secretary.
15  Q.   (By Mr. Chalos) And who decided that those
16 three people would be on the board of St. Thomas
17 Network in 2012?
18  A.   The sole member, St. Thomas Health.
19  Q.   St. Thomas Health?
20  A.   Yes, sir.
21  Q.   Okay. And was that your decision?
22  A.   No. It's a group decision made by senior
23 leadership.
24  Q.   Who else was involved in that decision?
25  A.   It would have been the senior leadership

Page 29

1  team, which includes --
2  Q.  This is the senior leadership team of St.
3  Thomas Health?
4  A.  The senior leadership team was of the sole
5  member.
6  Q.  Which is St. Thomas Health?
7  A.  Yes, sir.
8  Q.  I'm sorry, you were about to give some
9  names. It was you and who else?
10  A.  Well, it would be the officers of the
11  company. So it would be the CEOs of the hospitals,
12  the chief communications officer, the chief HR
13  officer, the chief mission and ministry officer. It's
14  a constituted group called the senior leadership team.
15  Q.  Who decided which persons would be on the
16  board of St. Thomas Outpatient Neurosurgical Center in
17  2012?
18  A.  The Network.
19  Q.  So in other words you, Mr. Strauss and
20  Mr. Littrell decided which persons would be on the
21  board of STOPNC or St. Thomas Outpatient Neurosurgical
22  Center in 2012?
23  A.  Yes, sir.
24  Q.  Was there a vote taken?
25  A.  Well, it's a pretty small group so it was a

Page 30

1  consensus decision.
2  Q.  Okay. You can put that aside for a minute.
3  A.  Yeah, I would also add that those board
4  appointments get ratified by the -- to the Network get
5  ratified by the St. Thomas Health board.
6  Q.  So in order for a person to be appointed to
7  the St. Thomas Outpatient Neurosurgical Center board
8  in 2012, it would have to be approved by both the St.
9  Thomas Network board and the St. Thomas Health board?
10  A.  I believe so, yes.
11  Q.  Okay. Let's mark as the next numbered
12  exhibit this, please. We've marked as Exhibit 505 --
13  we're getting back to our somewhat tedious discussion
14  of the framework of the deposition today. We've
15  marked as Exhibit 505 -- and it's going to be a
16  struggle to stay organized today because we have a lot
17  of papers.
18      Exhibit 505 is the notice of deposition of
19  St. Thomas Health pursuant to Rule 30(b)(6), and this
20  is dated April the 28th of 2015. Do you have that in
21  front of you, sir?
22      (Exhibit 505 was marked for
23      identification.)
24      THE WITNESS: Yes, sir.
25      MR. CHALOS: Does anybody need a

Page 31

1  copy?
2  Q.  (By Mr. Chalos) Okay. And you have been
3  designated to testify on behalf of St. Thomas Health
4  in connection with Topics 1, 2, 3 and 10. Do you see
5  that?
6  A.  Yes, sir.
7  Q.  And Topic No. 1 is St. Thomas Health's
8  relationship with Howell Allen including, but not
9  limited to the history of St. Thomas Neurosurgical's
10  operations, the operating agreement and supervision of
11  St. Thomas Neurological -- Neurosurgical's staff.
12      Do you see that?
13  A.  Yes, sir.
14  Q.  Are you prepared to testify about that
15  topic here today?
16  A.  I am prepared to testify about that topic
17  regarding the history of STOPNC and the operating
18  agreement of STOPNC.
19  Q.  You are not here to testify about the
20  supervision of St. Thomas Neurosurgical staff; is that
21  right?
22  A.  No, sir.
23  Q.  So that is right?
24      MR. SCHRAMEK: It is right. He's not
25      here to testify about that.

Page 32

1      MR. CHALOS: Let me try that again.
2  Q.  (By Mr. Chalos) Are you prepared to
3  testify here today about the supervision of St. Thomas
4  Neurosurgical staff?
5  A.  I am not.
6  Q.  Are you here to testify about -- are you
7  prepared to testify about St. Thomas Health's
8  relationship with Howell Allen?
9  A.  No, sir, I'm not.
10  Q.  And why is that?
11  A.  Looking through this document --
12  Q.  Which document are you looking through?
13      MR. SCHRAMEK: Exhibit 456.
14      THE WITNESS: Exhibit 456, and I'm
15      looking at the end of the global
16      objections. Wait a minute. I'm not -- I
17      said this is my second deposition. I'm
18      looking at our Deposition Topic 1,
19      responses on Page 4 of Document 456. It
20      says Rudolph 7/2/16. And the middle of
21      Page 4, it says subject to and without
22      waiving any and all objections, STHe will
23      produce a witness for deposition regarding
24      the history of STOPNC and the operating
25      agreement.