# EXHIBIT R

Case 1:13-md-02419-RWZ   Document 2820-18   Filed 04/20/16   Page 2 of 4

## In the Matter Of:

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

## 30(B)(6) VIDEOTAPED DEPOSITION OF DAWN RUDOLPH

*July 02, 2015*



**DISCOVERY LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

Page 73

1  Interrogatory No. 21?
2    Q.   Well, that's what it says on this paper
3  right here, on Exhibit 450.
4    A.   Oh, and I was looking at Exhibit 452.
5    Q.   Yes.
6    A.   So I apologize.
7    Q.   That's all right.
8    A.   Okay. Subject to --
9    Q.   I'm going to blame Adam for this one. I
10 think Adam is to blame.
11   A.   Without waiving the foregoing, please see
12 response -- okay. Yes.
13   Q.   And that remains an accurate response to
14 Interrogatory No. 22; correct?
15   A.   Yes.
16   Q.   Okay. And then you supplemented by saying
17 over here that you supplement the prior response by
18 saying based on the information currently known and
19 other than the information reflected in the services
20 agreement between STOPNC and St. Thomas Health
21 Services, no?
22   A.   Correct.
23   Q.   And so both of those responses are the
24 complete and accurate response to Interrogatory No.
25 22; correct?

Page 74

1    A.   Yes. Thank you.
2    Q.   That's all right. That was --
3         MR. SCHRAMEK: And for the record,
4    the second one you read says supplemental
5    answer, not amended. So it's being
6    supplemented.
7         MR. GASTEL: Okay.
8         THE WITNESS: Thank you.
9         MR. GASTEL: That was just the
10   clarification that I was looking for.
11   Q.   (By Mr. Gastel) All right. Let's go to
12 your response to Interrogatory 23.
13   A.   Okay.
14   Q.   Which, I believe, is substantively answered
15 only in Exhibit 452; is that correct?
16   A.   That is correct.
17   Q.   Is there any reason why this is not a -- is
18 there any reason why this is not a complete and
19 accurate answer to Exhibit No. 23 -- or, I'm sorry
20 Interrogatory No. 23?
21   A.   No.
22        MR. SCHRAMEK: And I want to note for
23   the record that the interrogatory was
24   objected to as vague and ambiguous and
25   overly broad and that the St. Thomas

Page 75

1  Hospital did the best it could to answer it
2  based on the question asked.
3    Q.   (By Mr. Gastel) What does the term -- I'm
4  sorry. You see in your response to Interrogatory No.
5  23 it begins that St. Thomas Hospital and St. Thomas
6  Network are sister companies. Do you see that first
7  sentence of the answer?
8    A.   Yes.
9    Q.   What does that mean?
10   A.   St. Thomas Health is the parent
11 corporation, 100 percent ownership of St. Thomas
12 Hospital, 100 own -- 100 percent ownership of St.
13 Thomas Network. So sister would be the analogy.
14   Q.   What are the certain common board members
15 for officers between St. Thomas Hospital and St.
16 Thomas Network in 2012?
17   A.   Are you asking who specifically are the
18 board members?
19   Q.   Yeah. It says other than certain common
20 board members or officers, these entities have no
21 operational relationship with each other. Did I read
22 that sentence correctly?
23   A.   Uh-huh (affirmative).
24   Q.   My question is: What are the common board
25 members between St. Thomas Hospital and St. Thomas

Page 76

1  Network in 2012?
2    A.   Let me make sure I'm accurate.
3         THE WITNESS: Is this reflective of
4    2012?
5         MR. SCHRAMEK: I believe so.
6         THE WITNESS: Is this reflective of
7    2012?
8    Q.   (By Mr. Gastel) I don't know. Is it
9  reflective of 2012? I mean, I'm sure Adam -- I mean,
10 if Adam will permit me, I'll give all of the testimony
11 today, but I have a feeling he won't do that, let me
12 do that.
13        MR. SCHRAMEK: Okay. Yeah, again, I
14   think if we look at 21279, at least that
15   document which is -- appears to be at least
16   attached to the org chart says summary as
17   of October 27th, 2011. I'm suggesting it
18   would have been in place in 2012, but do
19   you know?
20        THE WITNESS: I don't know off the
21   top of my head.
22   Q.   (By Mr. Gastel) So you don't know who the
23 board members were in St. Thomas -- of St. Thomas
24 Network in 2012?
25   A.   I do not.

**Exhibit 447-Deposition of Rudolph**

**File Under Seal.**