# EXHIBIT T

## In the Matter Of:

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

## VIDEOTAPED DEPOSITION OF ROBERT LATHAM, M.D.

*November 10, 2015*



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ROBERT LATHAM, M.D. on 11/10/2015                Pages 22..25

### Page 22

```
 1    Q.   Okay.
 2    A.   I've had e-mails about this and we went
 3  over this publication just in the last, last month.
 4    Q.   Okay.  So you cleared this?
 5         MR. SCHRAMEK:  You can keep it.
 6    Q    (By Mr. Kinnard) You said this is --
 7    A.   Yes.
 8    Q.   And you agree with the contents in this
 9  article?
10    A.   Yes, I do.
11    Q.   Okay.  So it has your name there and then
12  it has a four next to your name and on the back it
13  says --
14    A.   Saint Thomas Hospital, yes.
15    Q.   -- Saint Thomas Hospital.  Why is that?
16    A.   Because that's my place of residence as far
17  as business goes.
18    Q.   Okay.  Now, did you also conclude that the
19  fungal meningitis --
20    A.   Well, I guess I really should have said
21  Saint Thomas West.  They will probably get -- I will
22  get in trouble for that.
23    Q.   To be more accurate, it should say
24  Saint Thomas Hospital West?
25    A.   Hospital West.  Yes, should have said that
```

### Page 23

```
 1  because we already changed our name by that point.
 2    Q.   Old habits are hard to break.
 3    A.   For old men, yes.
 4    Q.   Anyway, so it's your opinion that the
 5  fungal meningitis and other infections that these
 6  patients had following epidural steroid injections
 7  were caused by the contaminated steroids from NECC;
 8  is that true?
 9         MR. SCHRAMEK:  Object to the form.
10    Q    (By Mr. Kinnard) Is that true?
11    A.   Yes.
12         MR. KINNARD:  What in the world is wrong
13     that with that question?
14         MR. SCHRAMEK:  You said "other infections,"
15     and then you said "patients."  I have no idea
16     who the patients are and what infections you're
17     referring to.  So it could be one patient had an
18     infection that has nothing to do with this, but
19     as far as the fungal meningitis, we don't
20     dispute that.
21         MR. KINNARD:  Okay.  Thank you.  I
22     appreciate that.
23         MR. SCHRAMEK:  Sure.  Yes.
24    Q    (By Mr. Kinnard) Okay.  Did many patients
25  who underwent epidural steroid injections develop
```

### Page 24

```
 1  fungal meningitis?
 2    A.   We had about 50 some-odd that I took care
 3  of, yes.
 4    Q.   That's a lot of people, isn't it?
 5    A.   That's -- I guess.
 6    Q.   And those people who suffered fungal
 7  meningitis had that condition caused by the fact that
 8  they received contaminated steroids that had been
 9  manufactured by NECC; is that true?
10    A.   They came from NECC.  I don't know if they
11  manufactured them.  I don't know what they did.
12    Q.   Well, they originated from NECC.
13    A.   As far as I'm -- to my knowledge, that's
14  where they came from.
15    Q.   All right.  And the people who had
16  undergone epidural steroid injections and had other
17  infections that you know about, they, too, got this
18  infectious condition they had from the contaminated
19  steroids that came from NECC.  True?
20    A.   By that I think you mean the epidural
21  abscesses, the osteomyelitises, the soft tissue
22  abscesses near the injection sites that those
23  patients experienced, and, yes.
24    Q.   We'll go over those as well.
25         Did some people die as a result of getting
```

### Page 25

```
 1  contaminated steroids that came from NECC?
 2    A.   Yes.  As a result of the infection that
 3  those things produced, yes.
 4    Q.   I'm sorry.  Could you say that again?
 5    A.   As the -- they died from the infections
 6  that receiving those contaminated products produced,
 7  yes.
 8    Q.   I just didn't hear you.  I told you I have
 9  a hearing problem.  I'm sorry.  Let me -- okay.
10         MR. KINNARD:  So everybody can hear this.
11     He said:  They died from the infections
12     receiving -- they died from the infections that
13     receiving those contaminated products produced.
14    Q    (By Mr. Kinnard) Is that what you said?
15    A.   Yes, it's not very literate, is it?
16    Q.   Well, first, is that kind of what you said?
17    A.   That's -- if she said it, that's what I
18  said.
19    Q.   All right.  Well, let's see if we can do
20  this a little better.  I'll help you.
21         Did the people who died die because they
22  developed infections after receiving contaminated
23  products from NECC?
24    A.   Some, yes.
25    Q.   Sir?
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com