UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tyree v. Ameridose, et al.*<br>Dkt. No. 1:13-cv-12479 | Dkt. No 1:13-md-2419 (RWZ) |

## SUBSTITUTED STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Phillip and Maria Tyree, the Tennessee Clinic Defendants,[1] and the Saint Thomas Entities[2] stipulate to dismissal with prejudice of all claims in the above-titled action.

Respectfully submitted,

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
**Gideon, Cooper, & Essary, PLC**
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

*Attorneys for the Tennessee Clinic Defendants*

---

[1] Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR.

[2] Saint Thomas West Hospital, formerly known as St. Thomas Hospital; Saint Thomas Network; and Saint Thomas Health.

1

 /s/ Yvonne K. Puig
**Sarah P. Kelly (BBO #664267)**
skelly@nutter.com

NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

**Yvonne K. Puig***
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
**Adam T. Schramek***
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
**Eric J. Hoffman***
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

**Marcy Hogan Greer***
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

***Attorneys for the Saint Thomas Entities***

/s/ Mark Zamora
**O. Mark Zamora**
**Michael Hugo**
5 Concourse Parkway, Suite 2600
Atlanta, GA 30328
Ph: (404) 373-1800
Fax: (404) 506-9223
mark@markzamora.com
mike@hugo-law.com

*Plaintiffs' Steering Committee and Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 21st day of April, 2016.

/s/ Chris J. Tardio
**Chris J. Tardio**