# Trouble Finding Preservative-Free Kenalog®?

NECC Provides a Compounded Formulation of Preservative-Free Triamcinolone Acetonide

- Available in 40mg/mL
- Provided in a 1mL & 5mL Amber Vial
- Beyond Use Date: 180 Days
- Storage: Room Temperature

All CSP Formulations are:

- USP 797 Compliant
- Compounded for your patients by pharmacists extensively trained in aseptic compounding
- Prepared in a Class 10 Microenvironment (barrier isolator)
- Comprised of USP quality ingredients

NECC does not sell compounding Kenalog, a compounded preparation, nor is it intended to replace a commercially available medication. NECC is just one of many compounders licensed to prepare this medication. As with all medications, only the safest and most effective medication compounds here.



Please call today to discuss your patient's prescription needs.

697 Waverly St.
Framingham, MA 01702
ph: 800-994-6322
fax: 508-820-1353
www.neccrx.com

necc
advancing pharmaceutical compounding solutions