Trip Report–VA1

| Lead Source | Date | Account Name / Facility Address | Contact Person & Title | Contact Phone Number and email address | City | ST | Notes (Please be detailed: Include: Did you get-Licensing, New Acct, What opportunities, Details discussed with customer). (The text will continue to wrap as you type.) |
|---|---|---|---|---|---|---|---|
| | 1/16/12 | Bon Secours Mary view Hospital, 3636 High Street | Beth Branham, CPhT | 757-398-2194  Beth.Branham@bshsi.org | Portsmouth | VA | This Bon Secour group consists of Maryview, DePaul and Mary Immaculate hospitals in the Norfolk/Portsmouth VA area. Beth Branham does the majority of the buying, however we deliver to the individual hospitals. They buy several products, most notably Cardioplegia, Hyaluronidase, GI Cocktail, and LET Gel. She was somewhat standoffish during our meeting, she likes NECC so just need to build a relationship and show her I am not just a flash in the pan. |
| | 1/16/12 | Riverside Walter Reed Hospital, 7519 Hospital Drive | Leah Christensen, CPhT | 804-693-8829  Leah.Christensen@rivhs.com | Gloucester | VA | Also met the DOP Ruth Fenstermacher, both very hard to read and not very open. All Riverside pharmacies are run by Cardinal Health systems, and they told WR to buy LET from us last year. Acted like "big brother" made them do it, and said that they were not allowed to buy back ordered items from us. Will enlist Cindy Williams, group DOP, to help here. |
| | 1/18/12 | Children's Hospital of the Kings Hospital, 601 Children's Lane | Ron Olivar, CPhT  Mike Chicella, Pharm Clin Dir | Ron.olivar@chkd.org  757-668-7301  757-668-7684  Michael.chicella@chkd.org | Norfolk | VA | Ron really did not know much about anything, except they buy LET Gel from us and on rare occasion Phenol. Mike happened to be in his office so Ron asked him to come in. He has spent most of his time in Intensive Care lately, likes Nimodipine, Ciprodex, Mitomycin for Ohth (they have 3) and dilation drops. Need to get to DOP to check on Cardio, Anti Irrig solns and Blocks. |
| | 1/18/12 | Sentara Norfolk General Hospital, 600 Gresham Drive | Eddie Gutshall, Pharm Bus Mgr  Nicole Lazar, Lead IV Tech | 757-388-3348  elgutsha@sentara.com  757-388-8745  nxlazar@sentara.com | Norfolk | VA | This hospital is where the Eddie Gutshall, Pharmacy Manager for the 10 hospital Sentara Group is based. In the group, 7 hospitals are in the Hampton Roads area and 3 others are in other VA locations. During our meeting he said that this facility also uses the most compounded product, although we only ship Ropivicaine-Clonidine 30mL and an Anesthetic Cocktail now. Two other locations also get the Ropivicaine-Clonidine in 20mL or 30mL syringes. Bob is going to be contacting him to discuss |

Confidential - Subject to Protective Order

NECC_MDL000101909

| Date | Facility | Contact | Phone/Email | City | State | Notes |
|---|---|---|---|---|---|---|
| | | | | | | system wide opportunities/pricing. I also met with Nicole Lazar, lead IV tech at Norfolk General. Nicole had a very favorable experience with NECC in a project a year or so ago. She had us quote a Lidocaine 1% for injection in infant boys. They want to get away from High Risk. They get IT from Anazeo, but not married to them. She also likes Meth Chol, Mitomycin and Hydroxyprogesterone. |
| 1/18/12 | Riverside Regional Hospital, 500 J. Clyde Morris Blvd | Robin Ellis, Buyer | 757-594-2017 Robin.ellis@cardinalhealth.com | Newport News | VA | This hospital is part of a 5 hospital group-Riverside Health Systems in the Norfolk, VA area, to date we have done LET Gel for two of them due to it being a sterile product. We supply Hydroxyprogesterone to the main hospital Riverside Regional, and just this week we received an order for 4 items for two new pain Drs in the Tappahannock Hospital because Cindy Williams dictated it.. Their pharmacies are managed by Cardinal Health, Cindy Williams is the DOP of all and works primarily out of Regional. Robin Ellis is the buyer at Regional and while she has been with Riverside for 9 years she has been an employee of Cardinal for 2 years. It appears that all other personnel are employed by Riverside. Robin interested in Mitomycin (quoting), Meth Cho, Drops. They specialize in Neurology, Cardio, Stroke, Maternity. |
| 1/19/12 | USAF Hospital Langley AFB | Don Pearson CPht Pharmacy Supervisor | 757-764-8261 Don.pearson@langley.afb.mil | Langley AFB | VA | Don had meetings set up with 3 officers/upper mgt, but none were there. Went to the Pharmacy, 2 pharmacists and 2 techs talked about what we could do as an extension of them. They are in the process of expanding to take overflow from other hospitals, and will be getting 2 Ophthalmists and a Pulmoary specialists so they will be looking at drops, Meth Chol and Avastin at first. |
| 2/1/12 | Sentara VA Beach Hospital, 1060 First Colonial Road | Claudia McIntosh, Lead | 757-395-6750 camcinto@sentara.com | VA Beach | VA | Currently buying one item, however now wants to look into other areas. Georgia normally handles buying, she is out on medical leave. Will meet with Rich the DOP next time, very concerned about saving time as they are short handed. Quoting Meth Chol Challenge Kits |
| 2/1/12 | Sentara Norfolk General Hospital, 600 Gresham Drive | Eddie Gutshall, Pharm Bus Mgr | 757-388-3348 elgutsha@sentara.com | Norfolk | VA | With Eddie re: group pricing. We will do tier pricing for all catalogue items and then spread out from there. Two kids, daughter fresh at ODU, physical therapy. Son junior in HS, |

Confidential - Subject to Protective Order

NECC_MDL000101910

| Date | Facility | Contact | Phone/Email | City | State | Notes |
|---|---|---|---|---|---|---|
| 8/7/12 | Sentara Leigh Hospital, 830 Kempsville Road | Cindy Blankenship CPhT<br>Chris Tagliente DOP | 757-261-6634<br>clblanke@sentara.com<br>citagliente@sentara.com | Norfolk | VA | Finally had time to talk to me and go over list/catalogue. She also confirmed that she supplies the ASC next door, they already use some of our blocks. She had me quote Methchol Chall, Sulphan (uses Lymph), Vigamox and Ciprodex, plus she will take a look at the ASC to see what else they do and if there is someone I can meet with. |
| 8/7/12 | Bon Secours Surgery Center at VA Beach 828 Healthy Way | Jennifer Marshall Clinical Director | 757-200-3693<br>jmarshall@uspi.com | VA Beach | VA | Busy, left CMS info and message about status of quote. |
| 8/7/12 | Sentara Careplex Hospital 3000 Coliseum Drive | Ed Elzarian Pharm Mgr<br>Suzanne Hopkins | 757-736-1215<br>eielzari@sentara.com<br>sjhopkin@sentara.com | Hampton | VA | First time meeting with Ed, and he had Suzanne sit in. Suzanne is clinical, and works here and at Obici so she was interested to hear about what I was doing with Laura. They did not really know anything about us, so we talked a little along those lines. They had something for AMD so Ruth followed up there. Agreed to meet next time in area to learn more about us and go over list/catalogue |
| 8/7/12 | Bon Secours Neuroscience Center for Pain Management 3315 High Street | Joyce Williams | 757-391-7391 | Portsmouth | VA | Joyce was busy, she did get my message and wants me to try again, an actual appointment will work best. Left CMS info |
| 8/8/12 | Sports Medicine and Orthopedic Center 100 Wimbledon Square | Shari Underwood<br>Todd Rauchenberger | 757-547-5145<br>sunderwood@smoc-pt.com<br>toddr@smoc-pt.com | Chesapeake | VA | Appointment only, left CMS info |
| 8/8/12 | Breast Center 844 N Battlefield Boulevard | Michelle Waszak | | Chesapeake | VA | Dr was not interested, thought we would be too expensive to his Meth Blue. |
| 8/8/12 | The Surgery Center of Chesapeake 844 N Battlefield Boulevard | Dawn Cooper Buyer | 757-312-3178<br>Dawn.Cooper@chesapeakeregional.com | Chesapeake | VA | Got my message, but too busy right now to see me. Left CMS info. |
| 8/8/12 | The Spine Center at Chesapeake 905 N Battlefield | Erin and Kathy | 757-819-7177 | Chesapeake | VA | Tied in to Sports Med and Ortho Ctr, have to meet with Kathy who is out this week and next, then Erin actually does the ordering. Was told no sense talking to Erin before I met with Kathy or at least have her ok to do so.  Left CMS info |
| 8/8/12 | Kirven Orthopedic Group 200 Medical Parkway | | | Chesapeake | VA | Office was dark, looks like they have different locations. |

Confidential - Subject to Protective Order

NECC_MDL000101921