UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | ) ) ) )  MDL No. 13-2419-RWZ ) |
| This Document Relates To: | ) ) |
| All Tennessee Actions | ) ) ) |

AMENDED SCHEDULING ORDER

April 25, 2016

Boal, M.J.

In order to help ensure a fair and just resolution of this matter without undue expense or delay, the Court amends the scheduling order in the Tennessee Actions as follows:

1. Case-specific fact and expert discovery shall be completed by **May 6, 2016**.

2. Any discovery motions shall be filed by **May 6, 2016**.

3. Going forward, responses to discovery motions in these actions only shall be filed **within 7 days of the filing of the motion**.

4. The parties shall seek leave of the court to move for summary judgment.  By **noon on May 18, 2016**, the party that seeks summary judgment shall file a motion for leave, not to exceed 5 pages, setting forth good cause for why a summary judgment motion should be allowed.  Oppositions shall be filed within a week of the motion for leave and are limited to 5 pages.  No replies will be entertained.

5. The May 27, 2016 deadline for filing Daubert motions is vacated.  Deadlines for filing Daubert motions shall be addressed by the District Court in a separate pretrial order.

1

**So Ordered.**

                                              /s/ Jennifer C. Boal
                                              JENNIFER C. BOAL
                                              United States Magistrate Judge