UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

THIS ORDER APPLIES TO ALL ACTIONS NAMING
THE ST. THOMAS ENTITIES[1]

ORDER

April 26, 2016

ZOBEL, J.

In response to this court's announcement that it would begin to try the bellwether cases in July 2016, the St. Thomas Entities moved to postpone this start date for a number of reasons (Docket # 2785). Having reviewed the pretrial schedule, and in particular the May 18 deadline for motions to file leave to file motions for summary judgment, the court agrees that the first trial is better held in August.

The St. Thomas Entities' motion (Docket # 2785) is therefore ALLOWED. The first bellwether trial, Wray v. Ameridose, LLC, will commence on August 22, 2016. The parties are encouraged to jointly suggest trial dates for the remaining bellwether cases at the May 19, 2016 status conference.

|  April 26, 2016  |  /s/Rya W. Zobel  |
|---|---|
|  DATE  |  RYA W. ZOBEL  |
|  |  UNITED STATES DISTRICT JUDGE  |

---

[1] These entities are: Saint Thomas West Hospital f/k/a St. Thomas Hospital, Saint Thomas Network, Saint Thomas Health, and Saint Thomas Outpatient Neurosurgical Center, LLC.