## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) All Suits Against the Saint Thomas Entities ) ) ) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |

## SAINT THOMAS ENTITIES' NOTICE OF POSTPONEMENT
## OF DEPOSITION OF RESEARCH NOW GROUP, INC.

The Saint Thomas Entities[1] give notice to the Court and to all parties that the deposition of Research Now Group, Inc.'s 30(b)(6) Representative [#2801] previously scheduled to take place on April 28, 2016, has been postponed. The Saint Thomas Entities will provide notice once a new date, time, and place for the deposition have been finalized.

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital; Saint Thomas Health; and Saint Thomas Network.

1

April 27, 2016                                                  Respectfully submitted,

                                                                 /s/ Sarah P. Kelly
                                                                Sarah P. Kelly (BBO #664267)
                                                                skelly@nutter.com

                                                                NUTTER McCLENNEN & FISH LLP
                                                                Seaport West
                                                                155 Seaport Boulevard
                                                                Boston, Massachusetts 02210
                                                                (617) 439-2000
                                                                (617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

2

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 27th day of April, 2016.

                                             */s/     Sarah P. Kelly*
                                             Sarah P. Kelly

3159786.1