UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re: New England Compounding Pharmacy, Inc.** ) ) ) ) **All Cases Involving Specialty Surgery Center** ) ) | ) **Civil Action No.: MDL 1:13-md-02419 (RWZ)** |

**JOINT MOTION FOR ENTRY OF STIPULATED QUALIFIED PROTECTIVE ORDER REGARDING PLAINTIFFS' STEERING COMMITTEE'S SUBPOENA TO CUMBERLAND MEDICAL CENTER, INC.**

On January 29, 2016, the Plaintiffs' Steering Committee (the "PSC") served a subpoena to Cumberland Medical Center, Inc. ("Cumberland") under Rule 45 (D.E.) (the "Subpoena"), seeking access to information contained on certain hard drives in Cumberland's possession. To protect information subject to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Pub. L. 1-4-191, as well as to protect against the disclosure of Cumberland's proprietary, confidential, or privileged information, the PSC and Cumberland jointly move for the entry of the attached Stipulated Qualified Protective Order.

Among other things, the PSC's Subpoena requested that Cumberland make available to the PSC for forensic inspection and analysis all electronic repositories that Cumberland received from Specialty Surgery Center, PLLC ("SSC") arising from Cumberland's acquisition of SSC's assets in June 2013 (the "Asset Purchase"). Cumberland has identified eight hard-drives, seven (7) hard-drives (the "Hard-Drives") of which the PSC intends to examine. Those computers likely contain information protected by HIPAA, and they may also contain information over which Cumberland may assert a claim of privilege, confidentiality, or proprietary information. Cumberland will not make the responsive computers and their contents available to the PSC's

vendor without the entry of Qualified Protective Order protecting this information from unauthorized disclosure.

Following an extensive good faith meet and confer process, the PSC and Cumberland have agreed to a set of protocols for the production, imaging, and review of the content on the seven hard drives, as well as the terms of a proposed stipulated Qualified Protective Order. The parties therefore jointly move for the Court to enter the attached proposed Qualified Protective Order.

Date:   May 3, 2016

By: **/s/   Benjamin A. Gastel**

J. Gerard Stranch, IV
Benjamin A. Gastel
Anthony A. Orlandi
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com
*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Annika K. Martin
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP

2

250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212/355-9500
Facsimile: 212/355-9592
akmartin@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: 248/557-1688
Facsimile: 248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone: 404/451-7781
Facsimile: 404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*


Arnett, Draper & Hagood, LLP

By: **/s/**     **Rachel P. Hurt**

Rachel Park Hurt
**Attorneys for Cumberland Medical Center**
P.O. Box 300
2300 First Tennessee Plaza
Knoxville, Tennessee 37901-0300
(865) 546-7000 – Voice
(865) 546-0423 – Facsimile

4

**CERTIFICATE OF SERVICE**

      I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   May 3, 2016

                                          /s/ Benjamin A. Gastel
                                          Benjamin A. Gastel