EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>*Wray, et al. v. Ameridose, LLC, et al.* )<br>Civil Action Number 1:13-cv-12737-RWZ )<br>) | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |

**NOTICE OF DEPOSITION**

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426) the Plaintiffs' Steering Committee will take the deposition of Robert L. Ledford, Jr., M.D. on May 31, 2016 at 2:45 p.m. at Heritage Medical Associates, 222 22nd Avenue North, Nashville, TN 37203. The deposition will be recorded by stenographical means and by video.

Dated:  May 3, 2016                                     Respectfully submitted,

                                                                          s/ Mark P. Chalos                                       

                                                                          Mark P. Chalos
                                                                          LIEFF CABRASER HEIMANN &
                                                                          BERNSTEIN, LLP
                                                                          150 Fourth Avenue North, Suite 1650
                                                                          Nashville, TN 37219-2417
                                                                          Telephone:  (615) 313.9000
                                                                          Facsimile:  (615) 313.9965
                                                                          mchalos@lchb.com

                                                                          *Plaintiffs' Steering Committee and Federal/State Liaison*

1302430.1

## CERTIFICATE OF SERVICE

I, Mark P. Chalos, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 3, 2016

s/ Mark P. Chalos<br>
Mark P. Chalos

- 2 -