UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>) |  |
| ) | MDL No. 2419 |
| ) | Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: )<br>) |  |
| *Ziegler, et al. v. Ameridose, LLC, et al.* )<br>Civil Action Number 1:13-cv-12588-FDS |  |

**NOTICE OF FILING NOTICE OF DEPOSITION**

Plaintiffs' Steering Committee gives notice to the Court and to all parties, pursuant to Federal Rules of Civil Procedure 45(a)(4) and 30, of the filing of a Notice of Deposition of Patty Wright, M.D attached as Exhibit 1.  A copy of the Court's MDL Order No. 10 (Deposition Protocol) is attached as Exhibit 2.

Dated:  May 3, 2016             Respectfully submitted,

s/ Mark P. Chalos
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  (615) 313.9000
Facsimile:  (615) 313.9965
mchalos@lchb.com

*Plaintiffs' Steering Committee and Federal/State Liaison*

1301781.1

## CERTIFICATE OF SERVICE

I, Mark P. Chalos, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  May 3, 2016

                                              s/ Mark P. Chalos
                                              Mark P. Chalos