# EXHIBIT 1

## 12/23/15 Email to PSC Requesting Expert Deposition Dates

# Matt H. Cline

| | |
|---|---|
| **From:** | Chris J. Tardio |
| **Sent:** | Wednesday, December 23, 2015 4:22 PM |
| **To:** | 'Gerard Stranch (gerards@bsjfirm.com)'; 'Ben Gastel' (beng@bsjfirm.com); Chalos, Mark P. (mchalos@lchb.com) |
| **Cc:** | C. J. Gideon; Matt H. Cline; 'Puig, Yvonne K. (yvonne.puig@nortonrosefulbright.com)'; Schramek, Adam T.; Hoffman, Eric |
| **Subject:** | Plaintiffs' expert depositions |

Gerard, Ben, and Mark:

We request dates to depose all your experts, beginning with dates the week of January 12. Please also tell us where the depositions will be taken. If there is a specific lawyer on your side responsible for a specific expert, please tell us, and we will correspond directly with him/her.

Chris J. Tardio, Esq.
Member // Gideon, Cooper & Essary, PLC
315 Deaderick Street
Suite 1100
Nashville, Tennessee 37238
(615) 254-0400 (phone)
(615) 254-0459 (fax)
www.gideoncooper.com

NOTICE: The information in this message and any attachments are intended only for the personal and confidential use of the designated recipients. This message and any attachments may be an attorney-client communication or other legally privileged communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent permitted to receive the message, you are hereby notified that you have received this message in error, and that any review or use of this message and any attachments is strictly prohibited. If you have received this message in error, please notify me immediately at any of the numbers or addresses shown above. Thank you.