# EXHIBIT 2

Email from PSC Refusing to Provide Expert Deposition Dates

# Matt H. Cline

| | |
|---|---|
| **From:** | Ben Gastel <beng@bsjfirm.com> |
| **Sent:** | Tuesday, December 29, 2015 11:23 AM |
| **To:** | Puig, Yvonne K.; Schramek, Adam T.; 'Hoffman, Eric (eric.hoffman@nortonrosefulbright.com)'; Chris J. Tardio; Matt H. Cline |
| **Cc:** | Daniel Clayton; Randy Kinnard; George Nolan; Bill Leader; 'Chalos, Mark P. (mchalos@lchb.com)'; Martin, Annika K.; Gerard Stranch |
| **Subject:** | Depositions of PSC Common Experts |

All,

This email is in response to your request to take the depositions of PSC's common experts disclosed on December 16.  Below is the list of attorneys who will be responsible for scheduling the depositions of each expert.  On all such communications please continue to include Mark Chalos and me on those communications, but the below lawyers will ultimately be the coordinating attorney for each expert:

Joachimsthaler: Gerard/Ben
Russo, Kessler: Chalos/Annika Martin
Baddley, Gray, Dubberke, Winikur, Rauck: Bill Leader/George Nolan
Dawson/Stephenson: Dan Clayton

Further, to reiterate a point Gerard made yesterday in an email, some of our experts might be used in reply/rebuttal and as a result, we will not agree to produce them following each report.  We are happy to produce all of our experts, I just want to make sure that we are all on the same page on this issue.


Ben Gastel
**Branstetter, Stranch & Jennings, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
P: 615.254.8801
F: 615.255.5419

**\*\*Please note that our firm changed addresses effective June 29, 2015.**

IMPORTANT: This communication from the law firm of Branstetter, Stranch & Jennings, PLLC is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and contains information that may be confidential and privileged. Be advised that if you are not the intended recipient(s), any dissemination, distribution or copying of this communication is prohibited. Please notify the undersigned immediately by telephone or return e-mail.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.