# EXHIBIT 8

Excerpts from Deposition of William Mixon, RPH

Case 1:13-md-02419-RWZ   Document 2845-8   Filed 05/03/16   Page 2 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016                Page 1

```
 1                UNITED STATES DISTRICT COURT

 2                  DISTRICT OF MASSACHUSETTS

 3   IN RE NEW ENGLAND

 4   COMPOUNDING PHARMACY,        MDL No. 2419

 5   INC., PRODUCTS LIABILITY     Dkt No.

 6   LITIGATION                   1:13-MD-2419 (RWZ)

 7   THIS DOCUMENT RELATES TO:

 8   All Actions

 9


10
       Videotaped Deposition of William Allen Mixon, M.D.
11                 Tuesday, March 22, 2016
                        At 10:00 a.m.
12


13          Taken at:
            Aloft Hotel
14          210 East Trade Street
            Charlotte, North Carolina
15


16


17


18


19


20


21

22   Reported by LeShaunda Cass-Byrd, CSR, RPR

23


24


25
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2845-8   Filed 05/03/16   Page 3 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016                    Page 24

```
 1   opinion.
 2        Q.    The PCCA formula?
 3        A.    I saw it prior to.
 4        Q.    The e-mails between NECC and UniClean?
 5        A.    Yeah, that was prior to.
 6        Q.    The NECC cleaning logs?
 7        A.    The same answer.
 8        Q.    Tennessee Code Annotated Section 63.10.204?
 9        A.    I'm pretty sure I looked at that prior to
10   forming my opinion.  I know I reviewed it afterwards,
11   also.
12        Q.    And what about the -- the rule and
13   regulation there identified as Tennessee Rule and
14   Regulation 1140-09-01?
15        A.    I don't know which one that is.
16              THE WITNESS:  Do you want to read
17     that off of there?
18              THE COURT REPORTER:  I just need him
19     to speak up a little bit.
20              MR. GASTEL:  That's all right.  I
21     will rephrase.
22              BY MR. GASTEL:
23        Q.    Do you recall whether or not you reviewed
24   Tennessee Rule and Regulation 1140-09-.01 before your
25   report.
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2845-8   Filed 05/03/16   Page 4 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016                     Page 25

```
 1        A.      I would have to look at it, just to -- to
 2   know for sure what that refers to.
 3        Q.      What about the portions of the deposition
 4   testimony of Mr. Grinder?
 5        A.      Terry Grinder was -- he was with the Board
 6   of Pharmacy in Tennessee.  That was after.
 7        Q.      You also have had a conversation with a
 8   gentleman by the name of Mr. Joe Connelly; is that
 9   fair?
10        A.      Yes.
11        Q.      How many conversation have you had with
12   Mr. Connelly?
13        A.      Two.
14        Q.      When was your first conversation with
15   Mr. Connelly?
16        A.      That would have been about a year ago.  By
17   phone.
18        Q.      So sometime in the spring of 2015,
19   approximately?
20        A.      Spring or summer.  I don't recall exactly
21   when.
22        Q.      And when was your second conversation with
23   Mr. Connelly?
24        A.      It was Sunday, March 13, 2016.
25        Q.      So you talked to Mr. Connelly approximately
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2845-8   Filed 05/03/16   Page 5 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016                              Page 31

```
 1        A.     I did.
 2        Q.     What prompted that conversation, sir?
 3        A.     We -- when Mr. Cline and I were meeting, we
 4   had a couple of additional points that we wanted to
 5   clarify.  And so...
 6        Q.     What were the points that you wanted
 7   clarification on?
 8        A.     Well, Matt initiated the call.  The first
 9   thing we asked him was about filtering the base
10   solution for the methylprednisone.  The -- what I
11   would call the vehicle that the drug is -- is
12   suspended in.  Whether that was filtered.
13               Where the filtration was done.  Was it done
14   in the -- in the powder containment hoods or was it
15   done in the barrier isolator.  Barrier, B-A-R-R-I-E-R,
16   barrier.
17               I asked him specifically, whether bubble
18   point testing is done of the -- to ensure that the
19   filter did not have holes in it.  In other words, it's
20   a -- it's called a filter integrity test.  He said
21   that they do not do -- to his knowledge, no filter
22   integrity tests were done.  He had no knowledge of
23   what bubble point testing was.
24               We asked him where the stir plates were
25   located, whether they were inside or outside the hood.
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2845-8   Filed 05/03/16   Page 6 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016                                Page 32

```
1   ==We asked him about patient names.  Whether the patient==
2   ==names were provided or prescriptions were provided for==
3   ==the methylprednisone.  Which he stated no, only the==
4   ==facility names.==
5            We asked him whether the methylprednisone
6   API, which stands for Active Pharmaceutical
7   Ingredient, was sterile, prior to going into the base
8   solution.  He said he had no knowledge that it was
9   sterile.
10           We asked him if a Baxa, B-A-X-A, pump was
11  used to transfer the suspended methylprednisone into
12  Nalgene Beakers, and I believe that he said that it
13  was used for that.
14           We asked him if Baxa pump tubing was
15  reused.  He said never.  He -- he told us that a new
16  process was implemented in the spring of 2012 to crimp
17  the caps onto the sterile vials.
18           One of us asked him -- I think I did.  I
19  asked him the size of the Nalgene bottles, whether
20  they were cleaned on site or sterilized on site, and
21  he said they were two liter bottles and they were
22  purchased presterilized.
23           We asked him where the Nalgene bottles were
24  stored.  Were they in the preparation room or the
25  cleanroom.  He said they could be either place.
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2845-8   Filed 05/03/16   Page 7 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016                    Page 56

```
 1   sorry -- by carbonated injection or irrigation
 2   solutions were prepared routinely.  Antibiotic doses
 3   were prepared routinely.  Occasionally, nonsteroid
 4   topical preparations, maybe an oral suspension were --
 5   were prepared.  That is all.
 6         Q.    Is it fair to say that there was no
 7   high-risk compounding going on, as that term is used
 8   in USP 797?
 9         A.    It is fair to say that, yes.
10         Q.    And then you left the Catawba Valley
11   Medical Center in approximately 1997?
12         A.    That is correct.
13         Q.    Where did you go after that?
14         A.    I went to work for a community pharmacist
15   in Hickory who owned a medicine shop.  And he had a
16   small, traditional pharmacy compounding lab that did
17   initially nonsterile medications.  And then when I
18   went to work for him, we began doing sterile
19   preparations, both all -- of all types:  Low, medium
20   and high risk.
21         Q.    You say he had a traditional compounding
22   pharmacy lab?
23         A.    Yes.
24         Q.    What do you mean by that term?
25         A.    What I mean by that is traditional
```



Discovery Litigation Services
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2845-8   Filed 05/03/16   Page 8 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016    Page 57

1  compounding consists of one preparation for one
2  patient pursuant to a valid prescription, as opposed
3  to, quote, unquote, office use compounding, which is
4  nonpatient specific.
5          And I would like to take a break when we
6  get to a stopping point.
7      Q.  We -- if you need a break right now, sir,
8  I'm happy to -- we can pause.
9          THE VIDEOGRAPHER:  Going off video
10  record at 11:12 a.m.
11          (Recess taken.)
12          THE VIDEOGRAPHER:  Back on video
13  record at 11:24 a.m.
14          BY MR. GASTEL:
15      Q.  Mr. Mixon, before the break, we were
16  talking about you taking a position, I believe in
17  1997, with a local community pharmacist in Hickory,
18  Tennessee [sic], correct?
19      A.  Correct.
20      Q.  Do you remember the name of that pharmacy?
21      A.  It was called The Medicine Shop.
22          MR. CLINE:  I'm going to object to
23    the form of that last question.  Hickory --
24    I believe you said Hickory, Tennessee.
25          MR. GASTEL:  Oh, I'm sorry.


Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2845-8   Filed 05/03/16   Page 9 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016                    Page 71

```
 1   compounded by compounding pharmacies are not FDA
 2   approved, correct?
 3        A.    I would agree to that.  The FDA approval
 4   processes for manufactured drugs.
 5        Q.    And would you agree that FDA regulations
 6   are primarily focussed on the manufacturing of drugs?
 7        A.    Yes.
 8              MR. CLINE:  Object to the form of the
 9        question.
10              BY MR. GASTEL:
11        Q.    If a doctor had come to you and asked for
12   PMA, what would you have told them?
13              MR. KRAUSE:  Object to the form.
14              THE WITNESS:  Well, I would --
15        presumably, they would want -- I mean, the
16        first thing I would want to know is, okay,
17        what do you -- methylprednisone what?  What
18        strength do you want?  What form do you
19        want?  Preserved?  Nonpreserved?  How much
20        do you want?  And after the Drug Quality
21        and Security Act, I would say, "We have to
22        have a prescription."
23              BY MR. GASTEL:
24        Q.    That's in -- that's in 2013; is that fair?
25        A.    Right.  December.
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2845-8   Filed 05/03/16   Page 10 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016                    Page 93

```
 1   records --
 2       Q.      I want to stop you right there --
 3       A.      Sure.
 4       Q.      -- and we will sort of go on to some of the
 5   things you recall.
 6               You recommended that because previously
 7   that was not part of the regulations in North
 8   Carolina, right?
 9       A.      Correct.
10       Q.      Did that recommendation ever get
11   implemented?
12       A.      To incorporate USP standards?
13       Q.      Yes.
14       A.      Yes.
15       Q.      What -- but that was only after the
16   operating -- only after the fungal meningitis
17   catastrophe, correct?
18       A.      That was after the working committee made
19   that recommendation.
20       Q.      And that was after --
21       A.      After the -- the outbreak, yes.
22       Q.      Is it fair to say that -- that those
23   recommendations were made as a result of the fungal
24   meningitis catastrophe?
25       A.      I believe so.
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Nationwide Coverage

Case 1:13-md-02419-RWZ   Document 2845-8   Filed 05/03/16   Page 11 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016                Page 94

```
 1      Q.      What other recommendations do you recall of
 2   the working group proposing?
 3      A.      There were seven specific action items that
 4   came out of that working group.  One of them was to
 5   require compounding specific continuing education, if
 6   I'm not mistaken.  You probably have the document
 7   there that says exactly what we recommended.
 8              USP standards.  We eliminated office use
 9   compounding.  And what I mean by that is we reiterated
10   that North Carolina law requires that every compound
11   be dispensed pursuant to an individual prescription.
12   A valid prescription for an individual patient.
13              What else?  Seven items.  It's been so long
14   since I looked at that.
15      Q.      And do you remember that you also
16   recommended sort of an accreditation standing?
17      A.      We did not make it mandatory.  We
18   encouraged accreditation.  So that is three.
19      Q.      And that was in one of the -- one of the
20   accrediting bodies that you encouraged people to use
21   was PCAB, correct?
22      A.      PCAB, correct.
23      Q.      What is PCAB?
24      A.      It stands for -- at that time it stood for
25   Pharmacy Compounding Advisory Committee.  And I like
```


Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2845-8   Filed 05/03/16   Page 12 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016                    Page 121

```
 1    routinely meet, maybe once a week or something, for
 2    breakfast, as a group, and talk.
 3         Q.    Do you remember -- do you recall anything
 4    that was specifically discussed at that breakfast?
 5         A.    I don't.
 6         Q.    Dr. Rauck also testified that he purchased
 7    compounded drugs from you only pursuant to an
 8    individual, valid, patient-specific prescription.
 9         A.    That is correct.
10         Q.    Is that your understanding?
11         A.    Yes.
12               MR. KRAUSE:  Object to form.
13               THE COURT REPORTER:  I'm sorry who
14        objected?
15               THE WITNESS:  I don't recall if --
16        you know, let me think.  That was prior
17        to -- we started working with them prior to
18        the Drug Quality and Security Act.  That is
19        when office-use compounding stopped, went
20        away, post-DQSA.  Prior to that, it was
21        lawful in North Carolina to provide
22        compounds that were for use in the office
23        to diagnose, treat, mitigate, etc., etc.
24               So it's very likely -- I just can't
25        remember what it was.  But it's pretty
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2845-8   Filed 05/03/16   Page 13 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016                Page 122

```
 1         likely that we provided them compounding
 2         medications that were not pursuant to an
 3         individual prescription.
 4              BY MR. GASTEL:
 5         Q.   But Dr. Rauck --
 6         A.   Prior to DQSA.
 7              Did he say that we didn't -- or did?
 8         Q.   Dr. Rauck testified that he -- that he
 9    purchased medications from you only pursuant to a
10    patient-specific prescription.  Would you have any
11    reason, as you sit here today, to doubt that
12    testimony?
13              MR. CLINE:  Object to form.
14              THE WITNESS:  No.  But it was routine
15         to provide office-use compounding
16         medications for doctors who treated pain at
17         that time.
18              Now, many of the prescriptions that
19         we provide Dr. Rauck today, I don't -- I --
20         I am almost sure we don't do any office-use
21         type products for them now.  But many of
22         what we did even before DQSA was pursuant
23         to -- to an individual prescription because
24         they were Schedule II controlled
25         substances.
```



Case 1:13-md-02419-RWZ   Document 2845-8   Filed 05/03/16   Page 14 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016                Page 123

```
 1              So it's possible that we did stuff by
 2        prescription and for office use prior to
 3        December 2013, possibly.  I don't remember.
 4              There is another pain clinic in
 5        Winston Salem, very close to them.  And I
 6        know that we did some office use
 7        compounding of triamcinolone for them.  I
 8        just don't remember if we did specifically
 9        for Dr. Rauck or not.
10              BY MR. GASTEL:
11     Q.    All right.
12     A.    Having read his report, I kind of doubt it.
13           MR. GASTEL:  Let's take a break.
14           THE VIDEOGRAPHER:  Going off video
15    record at 12:51 p.m.
16           (Recess taken.)
17           THE VIDEOGRAPHER:  Back on the video
18    record at 1:30 p.m.
19           BY MR. GASTEL:
20     Q.    Mr. Mixon, we've had a chance to break for
21    lunch.  You understand you are still under oath,
22    correct?
23     A.    Yes.
24     Q.    I'm going to hand you a document that I
25    have marked as Exhibit 1436.  During lunch, I believe,
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com