# EXHIBIT 9

## Email Enclosing Deposition Transcript of William Mixon, RPH

**Matt H. Cline**

| | |
|---|---|
| **From:** | Kattaleeya Kubert <kkubert@discoverylit.com> |
| **Sent:** | Thursday, April 07, 2016 9:59 AM |
| **To:** | Matt H. Cline |
| **Cc:** | Ginger F. Ward |
| **Subject:** | FW: William Allen Mixon, M.D. - 03/22/2016 Transcripts |

~~~~~~~~~~~~~~~~
**Kattaleeya Kubert**



100 Mayfair Royal
181 Fourteenth Street
Atlanta, Georgia  30309

Telephone   404.847.0999
Toll Free     855.847.0999
www.discoverylit.com

**From:** Kattaleeya Kubert
**Sent:** Monday, April 04, 2016 3:16 PM
**Subject:** William Allen Mixon, M.D. - 03/22/2016 Transcripts

Attached please find your PDF-formatted transcripts for:

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY

William Allen Mixon, M.D. - 03/22/2016

Free PDF file viewing software from Adobe (Adobe Reader) is available for Windows (XP, Vista, 7, etc.), Mac OSX, Linux and Solaris at the link below:

http://get.adobe.com/reader/

To open PTX files, download the free E-Transcript Viewer at
http://store.westlaw.com/software/ebundle/viewer/default.aspx

You may also print a Full-size transcript, Condensed transcript, or Word Index from the PTX file.


If requested, a hard copy version of the transcript will be delivered shortly.


Thank you for choosing Discovery Litigation Services!

~~~~~~~~~~~~~~~~
**Kattaleeya Kubert**

1



100 Mayfair Royal
181 Fourteenth Street
Atlanta, Georgia  30309

Telephone   404.847.0999
Toll Free     855.847.0999
www.discoverylit.com

This electronic transmission and any accompanying attachments are the proprietary communications of Discovery Litigation Services, LLC and may contain confidential and/or privileged information protected by United States law (Electronic Communications Privacy Act, 18 US Code §§2510-2521). The information herein is intended solely for viewing and use by the addressee(s) named above. If you are not the intended recipient of this conveyance, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that dissemination, copying, disclosure or conversion of this message, or the taking of any action in reliance upon the contents herein in whole or in part is strictly prohibited and may result in legal action brought against you. If you feel you have receive this transmission in error, please notify the sender by email reply and immediately destroy the original conveyance as well as all attachments and/or references to its contents. Thank you.