# EXHIBIT 10

## Supplemental Report of William Mixon, RPH

## WILLIAM MIXON, RPH, MS, FIACP, FACA

I, William Mixon, RPh, MS, FIACP, FACA hereby submit this supplemental expert report on behalf of Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, a Professional Corporation, John W. Culclasure, MD, Debra Schamberg, RN, CNOR, and Vaughan A. Allen, MD. I hereby reserve the right to further amend or supplement my report.

### Materials Reviewed

In addition to the materials identified in my report dated January 15, 2016, and the materials disclosed by counsel prior to my deposition on March 22, 2016, I have reviewed the following materials in forming my opinions in this case:

1. Tenn. Code Ann. § 63-10-204 (2010)
2. Tenn. Comp. R. & Regs. 1140-09-.01 (1999)
3. March 2012 newsletter published by the Tennessee Board of Pharmacy
4. December 2012 newsletter published by the Tennessee Board of Pharmacy
5. Portions of the deposition testimony of Terry Grinder, DPH (pages 16-33).

### Supplemental Opinions

It was an accepted practice in 2011 and 2012 for compounding pharmacies to sell medications to Tennessee health care providers without patient-specific prescriptions (*i.e.*, for "office use"). My pharmacy compounded and sold medications to practitioners in Tennessee for office use prior to the fungal meningitis outbreak. Given that this was an accepted practice, I see no reason that a typical Tennessee health care provider would have been concerned by a compounding pharmacy like NECC selling medications without receiving patient-specific prescriptions. Indeed, I do not recall any

of my pharmacy's Tennessee customers raising any concerns about my pharmacy dispensing medications for office use (*i.e.*, without a patient-specific prescription).

_____
WILLIAM MIXON, RPH MS, FIACP


4-4-2016
_____
DATE