# EXHIBIT 12

Excerpt from Deposition of Laura Thoma, PharmD

Case 1:13-md-02419-RWZ   Document 2845-12   Filed 05/03/16   Page 2 of 5

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF LAURA THOMA, PHAR. M.D. on 03/08/2016                    Page 1

```
 1            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2
   _____
 3
   IN RE:  NEW ENGLAND COMPOUNDING
 4 PHARMACY, INC. PRODUCTS LIABILITY
   LITIGATION,
 5                       MDL No. 2419
                         Master Dkt: 1:13-md-02419-RWZ
 6

 7 THIS DOCUMENT RELATES TO:

 8 All Actions Naming St. Thomas Outpatient
   Neurosurgical Center
 9

10 _____

11

12

13

14

15            Videotaped Deposition of:

16            LAURA THOMA, PHAR. M.D.

17            Taken on behalf of the Plaintiffs
              MARCH 8, 2016
18

19

20

21

22

23

24

25
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2845-12   Filed 05/03/16   Page 3 of 5

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF LAURA THOMA, PHAR. M.D. on 03/08/2016
Page 114

```
 1   Q.      And that's what this document is and it
 2   continues over onto the Page 10.  Do you see that?
 3   A.      Yes.
 4   Q.      And then will you read -- there's a portion
 5   of that highlighted.  Will you read that for the
 6   record, please?
 7   A.      "G, Dispensing.  Product is dispensed by
 8   patient specific prescription only.  There must be a
 9   patient practitioner patient pharmacist
10   relationship" -- I'm sorry.  "There must be a
11   specific practitioner patient pharmacist relationship
12   to dispense an individual -- to an individual patient
13   or facility."
14   Q.      Do you understand that that appeared in the
15   marketing materials that St. Thomas received in
16   making its decision to purchase product from NECC?
17                MR. SCHRAMEK:  Object to the form.
18                THE WITNESS:  If they received this page,
19   then they have it, yeah.
20   BY MR. GASTEL:
21   Q.      Well, if you go back to the first page,
22   you'll see that -- of the entire exhibit, you'll see
23   that this is an attachment to an e-mail.
24   A.      Okay.
25   Q.      Do you see that?  That was sent on, I
```



Case 1:13-md-02419-RWZ   Document 2845-12   Filed 05/03/16   Page 4 of 5

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF LAURA THOMA, PHAR. M.D. on 03/08/2016                    Page 115

```
 1   believe, September 27th, 2010.
 2   A.      Okay.
 3   Q.      And do you see that it's sent to Deborah
 4   Schamberg?
 5   A.      Yeah.
 6   Q.      By --
 7   A.      By J.
 8   Q.      What is the date on this e-mail?
 9   A.      September 27, 2010.
10   Q.      And it's from Jason Salvucci.  Do you see
11   that?
12   A.      Yes.
13   Q.      And he identifies himself as the account
14   manager at NECC down there at the bottom.
15   A.      Okay.
16   Q.      Do you see that?
17   A.      Yes.
18   Q.      So were you aware that St. Thomas received
19   that document prior to making a purchase from NECC?
20           MR. SCHRAMEK:  Object to the form.
21           THE WITNESS:  I know they received
22   advertisements.  I'm not sure, though, that I got
23   everything they received, but I do know they received
24   fliers on what NECC can do.
25   BY MR. GASTEL:
```



Case 1:13-md-02419-RWZ   Document 2845-12   Filed 05/03/16   Page 5 of 5

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF LAURA THOMA, PHAR. M.D. on 03/08/2016                Page 116

```
 1   Q.      And specifically going back to the document
 2   that's been marked as Document 10 --
 3   A.      Uh-huh.
 4   Q.      -- or Page 10, is it your understanding when
 5   you made your report that they had received that
 6   document prior to purchasing from NECC?
 7   A.      When I made the report, did I realize that
 8   all this -- what this content was?  Not really.  I
 9   just know that they received some shiny fliers, but
10   let me -- let me just look here on what the
11   attachment is.
12           Okay.  So did they all come in one package?
13   I'm not sure that I got everything.
14   Q.      And that's fine.  I'm going to hand you a
15   document that we'll mark as 1290-11.  I'm going to go
16   back and talk about Ken Brown for a second.
17                  (WHEREUPON, the above-mentioned document
18   was marked as Exhibit Number 1290-11.)
19   BY MR. GASTEL:
20   Q.      Have you seen this document before?
21   A.      From the 7th, no.
22   Q.      This was back in August of 2014.  Do you see
23   that date?
24   A.      Oh, up here, yeah.
25   Q.      And was it your understanding when you worked
```

