# EXHIBIT 13

## Excerpt from Deposition of Autry Parker, MD

Case 1:13-md-02419-RWZ   Document 2845-13   Filed 05/03/16   Page 2 of 3

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF AUTRY PARKER, M.D. on 03/10/2016                Page 1

```
1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
2
   _____
3
   IN RE:   NEW ENGLAND COMPOUNDING
4  PHARMACY, INC. PRODUCTS LIABILITY
   LITIGATION,
5                         MDL No. 2419
                          Master Dkt: 1:13-md-02419-RWZ
6

7  THIS DOCUMENT RELATES TO:

8  All Actions Naming St. Thomas Outpatient
   Neurosurgical Center
9

10 _____

11

12

13

14

15              Videotaped Deposition of:

16              AUTRY PARKER, M.D.

17              Taken on behalf of the Plaintiffs
                March 10, 2016
18

19

20

21

22

23

24

25
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2845-13   Filed 05/03/16   Page 3 of 3

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF AUTRY PARKER, M.D. on 03/10/2016                Page 96

```
 1   Q.      What does that mean to you?
 2   A.      It means what it says.
 3   Q.      Okay.  And is that paragraph -- does that
 4   comport with your understanding of how compounding
 5   pharmacies work?
 6   A.      Yes.
 7   Q.      So you understand that in order to buy
 8   something from a compounding pharmacy, it's supposed
 9   to be purchased through the use of a patient-specific
10   prescription, correct?
11           MR. BEAN:  Objection to form.
12           THE WITNESS:  But that's not always
13   necessarily the case because we bought from our
14   pharmacy in bulk all the time without
15   patient-specific prescriptions.
16   BY MR. NOLAN:
17   Q.      Did you make any effort to determine whether
18   that practice was lawful?
19   A.      No.
20   Q.      Have you made any effort in this case to
21   determine whether it was lawful for Saint Thomas
22   Neurosurgical service -- center to buy medications in
23   bulk from NECC without prescriptions?
24           MR. BEAN:  Objection to form.
25           THE WITNESS:  No, I have not.
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com