UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Suits Naming Special Surgery Center | )<br>)<br>)<br>)   MDL No. 1:13-md-2419<br>)<br>)   Judge Rya Zobel<br>)<br>) |

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF FILING SECOND CORRECTED PROPOSED QUALIFIED PROTECTIVE ORDER**

On May 3, 2015, the PSC and third party Cumberland Medical Center ("CMC") filed a joint motion (D.E. 2841) for the entry of a protective order relating to information sought by the PSC's subpoena to CMC, along with the proposed protective order (D.E. 2842).  Counsel for the Specialty Surgery Defendants[1] thereafter contacted the PSC and Cumberland to express concern that the Court might construe the motion and the attached proposed protective order as reflecting assent by those defendants, which they had not given.  Although the PSC maintains that the original motion was sufficiently clear on this point, in an abundance of caution and to address those defendants' concerns, the PSC therefore is filing a Second Corrected Proposed Qualified Protective Order herewith, and represents to the Court that the defendants may respond to the PSC and Cumberland's motion for entry of this qualified protective order (D.E. 2841) in the normal course.[2]

---

[1] Those defendants are Specialty Surgery Center – Crossville, PLLC, Dr. Kenneth R. Lister, M.D., and Kenneth R. Lister, M.D., P.C.
[2] The PSC also notes that the Court should ignore the proposed order filed at D.E. 2846, which inadvertently reflects the same version previously filed at D.E. 2842.  The operative proposed order is the Second Corrected Proposed Qualified Protective Order attached herewith.

Date:  May 4, 2016                             Respectfully submitted:

**/s/ Benjamin A. Gastel**
J. Gerard Stranch, IV
Benjamin A. Gastel
Anthony A. Orlandi
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
aorlandi@bsjfirm.com
*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Annika K. Martin
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson  Street, 8th Floor
New York, NY  10013
Telephone:  212/355-9500
Facsimile:  212/355-9592
akmartin@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

2

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: 248/557-1688
Facsimile: 248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone: 404/451-7781
Facsimile: 404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   May 4, 2016

                                          /s/ Benjamin A. Gastel
                                          Benjamin A. Gastel