UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF
LETTER DATED MAY 4, 2016 TO ALL PLAINTIFFS' COUNSEL**

The Plaintiffs' Steering Committee ("PSC") hereby provides notice to all plaintiffs' counsel of its May 2, 2016 letter, circulated by email to the list of plaintiffs' counsel maintained by the PSC. The purpose of this notice is meant to ensure that all plaintiffs' counsel receive a copy of the May 2, 2016 letter in case counsel is, for some reason, not on the PSC's e-mail distribution list.

The letter addresses MDL cases naming a clinic or hospital as a defendant where there are four or fewer cases against that clinic in the MDL. Those clinics appear below the black line in the following chart:

| Clinic Defendant | Pending Cases |
|---|---|
| St. Thomas (Tennessee) | 89 |
| Premier Orthopaedic Associates Surgical Center (New Jersey) | 40 |
| Specialty Surgery Center, PLLC (Tennessee) | 24 |
| Box Hill Surgery Center, LLC (Maryland) | 8 |
| Advanced Pain & Anesthesia Consultants, PC | 4 |
| Cincinnati Pain Management Consultants, Inc. | 4 |
| DBMJ Rehabilitation Services, PLLC | 4 |
| BKC Pain Specialists, LLC | 3 |
| PCA Pain Care Specialists | 3 |
| Marion Pain Management Center, Inc. | 2 |
| BKC Pain Specialists | 2 |

| | |
|---|---|
| MAPS | 2 |
| Encino Outpatient Surgery Center | 2 |
| Ocean State Pain Management | 2 |
| OSMC Outpatient Surgery Center | 2 |
| Sunrise Hospital and Medical | 1 |
| Ambulatory Care Center, LLC | 1 |
| Dallas Back Pain | 1 |
| Fullerton Orthopaedic Surgery Medical Group | 1 |
| Hahnemann University Hospital | 1 |
| Nazareth Hospital | 1 |
| Sequoia Surgery Center | 1 |
| Wellspring Pain Solutions Clinic | 1 |
| **Total** | **199** |

If you are counsel representing a plaintiff with a case pending in the MDL asserting claims against one of these clinics and did not receive the letter described above, please email Cayla Seder at caylas@hbsslaw.com with the case name and MDL civil action number in which you appear as counsel.

Dated: May 4, 2016

Respectfully submitted,

**/s/ Kristen A. Johnson**
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &

BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone: (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH &
JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328

Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

      I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 4, 2016                                          **/s/ Kristen A. Johnson**
                                                                              Kristen A. Johnson, BBO # 667261