UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 13-2419-RWZ |
| This Document Relates To: | |
| All Actions Involving The Premier Defendants and the Box Hill Defendants | |

ORDER SETTING DISCOVERY DEADLINES

May 5, 2016

Boal, M.J.

Upon consideration of the Premier Orthopaedic Associates, et al. notice of joint filing of proposed discovery schedule (Docket No. 2775), the Court sets the following deadlines in the Premier and Box Hill cases:

| | |
|---|---|
| Close of Common Issue Fact Discovery | August 1, 2016 |
| Plaintiffs' Common Issue Expert Reports Due | September 1, 2016 |
| Defendants' Common Issue Expert Reports Due | October 3, 2016 |
| Completion of Common Issue Expert Depositions | December 1, 2016 |
| Each side to select 8 potential bellwether trial cases and case specific discovery will begin for those cases | December 1, 2016 |
| Close of Case Specific Fact Discovery | March 15, 2017 |
| Each party to strike 4 of the other side's proposed bellwether cases | March 30, 2017 |
| Joint Filing of Summary of Remaining Cases | April 17, 2017 |
| Plaintiffs' Case Specific Expert Reports Due | May 15, 2017 |
| Defendants' Case Specific Expert Reports Due | June 15, 2017 |

1

| Completion of Case Specific Expert Depositions | July 17, 2017 |
|---|---|

The parties shall seek leave of the court to move for summary judgment. By June 30, 2017, the party that seeks summary judgment shall file a motion for leave, not to exceed 5 pages, setting forth good cause for why a summary judgment motion should be allowed. Oppositions shall be filed within a week of the motion for leave and are limited to 5 pages. No replies will be entertained.

**So Ordered.**

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge