EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND
COMPOUNDING PHARMACY,
INC. PRODUCTS LIABILITY       MDL No. 2419
LITIGATION
                              Master Dkt:
                              1:13-md-02419-RWZ

~~~~~~~~~~~~~~~~~~~~~
THIS DOCUMENT RELATES
TO:


All Actions


~~~~~~~~~~~~~~~~~~~~~~~~



VIDEOTAPED DEPOSITION OF
SCOTT BUTLER


9:03 a.m.
February 5, 2015



Suite 1100
315 Deaderick Street
Nashville, Tennessee



Blanche J. Dugas, RPR, CCR No. B-2290

```
 1                 APPEARANCES OF COUNSEL

 2

     On Behalf of the Plaintiffs:
 3       GEORGE NOLAN, Esquire
         WILLIAM LEADER, Esquire
 4       Leader, Bulso & Nolan, PLC
         Suite 1740
 5       414 Union Street
         Nashville, Tennessee  37219-1734
 6       (615) 780-4114
         (615) 780-4122 (facsimile)
 7       gnolan@leaderbulso.com
         bleader@leaderbulso.com
 8
         J. GERARD STRANCH, IV, Esquire
 9       Branstetter, Stranch & Jennings, PLLC
         227 Second Avenue North
10       Nashville, Tennessee  37201
         (615)254-8801
11       gerards@branstetterlaw.com

12       MARK P. CHALOS, Esquire
         Lieff, Cabraser, Heimann & Bernstein, LLP
13       Suite 1650, One Nashville Place
         150 Fourth Avenue
14       Nashville, Tennessee  37219-2423
         (615) 313-9000
15       (615) 313-9965 (facsimile)
         mchalos@lchb.com
16
         DANIEL L. CLAYTON, Esquire
17       Kinnard, Clayton & Beveridge
         127 Woodmont Boulevard
18       Nashville, Tennessee  37205
         (615) 686-2501
19       (615) 297-1505 (facsimile)
         dclayton@kcbattys.com
20

21

22

23

24

25
```

```
 1                ~~ APPEARANCES CONTINUED ~~

 2   On Behalf of Saint Thomas Outpatient Neurosurgical
     Center, LLC; Howell Allen, a Professional Corporation;
 3   John W. Culclasure, M.D.; Debra V. Schamberg, RN:
           CLARENCE J. "C.J." GIDEON, JR., Esquire
 4         MATTHEW CLINE, Esquire
           CHRISTOPHER TARDIO, Esquire
 5         Gideon, Cooper & Essary, PLC
           Suite 1100
 6         315 Deaderick Street
           Nashville, Tennessee 37238
 7         (615) 254-0400
           cj@gideoncooper.com
 8         matt@gideoncooper.com
           chris@gideoncooper.com
 9
     On Behalf of St. Thomas Health; St. Thomas Network;
10   St. Thomas West Hospital f/k/a St. Thomas Hospital:
           ERIC J. HOFFMAN, Esquire
11         ADAM T. SCHRAMEK, Esquire
           Norton, Rose, Fulbright
12         Suite 1100
           98 San Jacinto Boulevard
13         Austin, Texas 78701
           (512) 536-5232
14         adam.schramek@nortonrosefulbright.com
           eric.hoffman@nortonrosefulbright.com
15
           AMY D. HAMPTON, Esquire
16         Bradley, Arant, Boult & Cummings, LLP
           Suite 700, Roundabout Plaza
17         1600 Division Street
           Nashville, Tennessee  37203
18         (615) 244-2582
           (615) 252-6379 (facsimile)
19         ahampton@babc.com

20   On Behalf of Premier Orthopaedic & Sports Medicine
     Associates of Southern New Jersey, LLC d/b/a Premier
21   Orthopaedic & Sports Associates, LLC; Premier
     Orthopaedic Associates Surgical Center, LLC:
22         JAY J. BLUMBERG, Esquire
           Blumberg & Wolk, LLC
23         158 Delaware Street
           Woodbury, New Jersey 08096
24         (856) 848-7472
           (856) 848-8012 (facsimile)
25         jjblumberg@blumberglawoffices.com
```

```
 1              ~~ APPEARANCES CONTINUED ~~

 2   On Behalf of UniFirst Corporation:
          JIM REHNQUIST, Esquire
 3        KATE E. MACLEMAN, Esquire
          Goodwin Procter, LLP
 4        53 State Street, Exchange Place
          Boston, Massachusetts 02109
 5        (617) 570-1000
          (617) 523-1231 (facsimile)
 6        jrehnquist@goodwinprocter.com
          kmacleman@goodwinprocter.com
 7

 8   On Behalf of Specialty Surgery Center - Crossville,
     PLLC; Kenneth R. Lister, M.D.; Kenneth R. Lister,
 9   M.D., PC:
          MEGAN A. CARRICK, Esquire
10        Brewer, Krause, Brooks, Chastain & Burrow, PLLC
          Suite 2600
11        611 Commerce Street
          Nashville, Tennessee  37203
12        (615)256-8787
          (615)256-8985 (facsimile)
13        mcarrick@bkblaw.com

14
       * The Following Attorneys Appeared Via Video Stream *
15
          CLARE CARROLL, Esquire
16        McCarthy, Bouley & Barry, PC
          47 Thorndike Street
17        Cambridge, Massachusetts  02141
          (617) 225-2211
18        (617) 225-7711 (facsimile)
          cfc@mbblaw.com
19
          REBECCA BLAIR, Esquire
20        The Blair Law Firm
          Suite 207
21        5214 Maryland Way
          Brentwood, Tennessee  37027
22        (615) 515-4492
          rblair@blair-law.com
23

24

25
```

```
 1              ~~ APPEARANCES CONTINUED ~~

 2        DUSTIN CLINT DANIEL, Esquire
          Schulman, LeRoy & Bennett, PC
 3        7th Floor
          501 Union Street
 4        Nashville, Tennessee  37219-0676
          (615) 244-6670
 5        (615) 254-5407 (facsimile)
          ddaniel@slblawfirm.com
 6
          KATHERINE DENNIS, Esquire
 7        Capplis, Connors & Carroll, PC
          Suite 220
 8        18 Tremont Street
          Boston, Massachusetts  02108
 9        (617) 227-0722

10        MELISSA HOWARD, Esquire
          Leader, Bulso & Nolan, PLC
11        Suite 1740
          414 Union Street
12        Nashville, Tennessee  37219-1734
          (615) 780-4114
13        (615) 780-4122 (facsimile)
          mhoward@leaderbulso.com
14
          BRANDON KULWICKI, Esquire
15        Stewart, Courington, Dugger & Dean
          Suite 200
16        1701 N. Market Street
          Dallas, Texas  75202
17        (214) 615-2025
          (214) 615-2001 (facsimile)
18        brandon@scddlaw.com

19        J. KYLE ROBY, Esquire
          English, Lucas, Priest & Owsley, LLP
20        1101 College Street
          Bowling Green, Kentucky  42102-0770
21        (270) 782-6500
          (270) 782-7782 (facsimile)
22        kroby@elpolaw.com

23

24

25
```

```
 1              ~~ APPEARANCES CONTINUED ~~

 2        LOUIS W. VOELKER, Esquire
          Eichhorn & Eichhorn, LLP
 3        200 Russell Street
          Hammond, Indiana   46320
 4        (219) 931-0560
          lvoelker@eichhorn.com
 5
          MARK ZAMORA, Esquire
 6        The Orlando Firm, PC
          Suite 2600
 7        5 Concourse Parkway
          Atlanta, Georgia   30328
 8        (404) 373-1800
          mark@markzamora.com
 9
          JEREMY CAIN, Esquire
10        Gideon, Cooper & Essary, PLC
          Suite 1100
11        315 Deaderick Street
          Nashville, Tennessee   37238
12        (615) 254-0400
          jeremy@gideoncooper.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  on the roster.
2      Q.    What about Rebecca Climer?
3      A.    I don't know if she -- she might have come
4  to one of the meetings.
5      Q.    Okay.  So she may have attended one of the
6  face-to-face meetings; is that correct?
7      A.    She might have.
8      Q.    All right.  And is she the chief
9  communications and marketing officer for St. Thomas
10 Health?
11     A.    I think so.
12     Q.    Is it your understanding that she was the
13 head PR person inside St. Thomas Health?
14     A.    Yes.
15     Q.    Okay.  And do you know why it is that she
16 came to one of the meetings?
17     A.    I think we asked for her to come to the
18 meeting because we needed help.
19     Q.    And you needed help with what specifically?
20     A.    I think getting the message out to
21 patients.  That was one of our biggest concerns at the
22 time was that we wanted to find every possible way.
23 You know, we had Internet, we had phone calls, we had
24 letters, we wanted to make sure there was -- that we
25 were getting to every one of the patients to make sure

1   that they knew what was going on, to get help if they
2   needed it.
3        Q.    So would I be correct in understanding that
4   at this point, shortly after the outbreak, and the
5   days and weeks following the outbreak, Howell Allen
6   Clinic and St. Thomas Neurosurgical's chief concern
7   was getting the word out to patients so that patients
8   could receive treatment if necessary; is that true?
9        A.    Yes.
10       Q.    Okay.  And Howell Allen Clinic and St.
11  Thomas Neurosurgical, they were willing to do whatever
12  it took to get the word out to those patients so that
13  people could request or get treatment if necessary; is
14  that true?
15       A.    Yes.
16       Q.    Were there any other concerns that Howell
17  Allen Clinic and St. Thomas Neurosurgical were focused
18  on during these weeks immediately after the outbreak?
19       A.    I think I was -- I was concerned about the
20  media side of it just simply because I had never had
21  any -- I've never had to interact with the media in my
22  career.  And so I was getting phone calls every
23  30 minutes from newspapers, radio stations, news
24  channels and I've never, ever dealt with that before.
25  And so that was one of my questions to Rebecca Climer

```
 1                    DISCLOSURE

 2
            Pursuant to Article 10.B of the Rules
 3      and Regulations of the Board of Court
        Reporting of the Judicial Council of
 4      Georgia which states:  "Each court reporter
        shall tender a disclosure form at the time
 5      of the taking of the deposition stating the
        arrangements made for the reporting
 6      services of the certified court reporter,
        by the certified court reporter, the court
 7      reporter's employer or the referral source
        for the deposition, with any party to the
 8      litigation, counsel to the parties, or
        other entity.  Such form shall be attached
 9      to the deposition transcript," I make the
        following disclosure:
10
            I am a Georgia Certified Court
11      Reporter.  I am here as a representative of
        Discovery Litigation Services, LLC.
12      Discovery Litigation Services, LLC was
        contacted to provide court reporting
13      services for the deposition.  Discovery
        Litigation Services, LLC will not be taking
14      this deposition under any contract that is
        prohibited by O.C.G.A. 9-11-28(c).
15
            Discovery Litigation Services, LLC
16      has no contract/agreement to provide
        reporting services with any party to the
17      case, any counsel in the case, or any
        reporter or reporting agency from whom a
18      referral might have been made to cover this
        deposition.
19
            Discovery Litigation Services, LLC
20      will charge its usual and customary rates
        to all parties in the case, and a financial
21      discount will not be given to any party to
        this litigation.
22

23
                              Blanche J. Dugas
24                            CCR No. B-2290

25
```

1  STATE OF GEORGIA:

2  COUNTY OF FULTON:

3

4            I hereby certify that the foregoing

5       transcript was reported, as stated in the

6       caption, and the questions and answers

7       thereto were reduced to typewriting under

8       my direction; that the foregoing pages

9       represent a true, complete, and correct

10      transcript of the evidence given upon said

11      hearing, and I further certify that I am

12      not of kin or counsel to the parties in the

13      case; am not in the employ of counsel for

14      any of said parties; nor am I in any way

15      interested in the result of said case.

16

17  February 10, 2015.

18

19

20            BLANCHE J. DUGAS, CCR-B-2290

21

22

23

24

25

1                    CAPTION

2

3         The Deposition of SCOTT BUTLER, taken in
4   the matter, on the date, and at the time and place set
5   out on the title page hereof.
6         It was requested that the deposition be
7   taken by the reporter and that same be reduced to
8   typewritten form.
9         It was agreed by and between counsel and
10  the parties that the Deponent will read and sign the
11  transcript of said deposition.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1          DEPOSITION ERRATA SHEET

2    DLS Assignment No.  20639

3    Case Caption:  In Re:  New England Compounding

4    Pharmacy, et al.

5

6    Witness:  SCOTT BUTLER - 02/05/2015

7

8          DECLARATION UNDER PENALTY OF PERJURY

9    I declare under penalty of perjury that I have read

10   the entire transcript of my deposition taken in the

11   captioned matter or the same has been read to me, and

12   The same is true and accurate, save and except for

13   changes and/or corrections, if any, as indicated by me

14   on the DEPOSITION ERRATA SHEET hereof, with the

15   understanding that I offer these changes as if still

16   under oath.

17

18   Signed on the _____ day of

19

20   _____, 20___.

21

22   _____

23   SCOTT BUTLER

24

25