EXHIBIT 3

```
        UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS


IN RE:  NEW ENGLAND            )
COMPOUNDING PHARMACY,          )
INC. PRODUCT LIABILITY         )
LITIGATION.                    )
                               )MDL NO. 2419
                               )Master Dkt:
THIS DOCUMENT RELATES TO:      )1:13-md-02419-RWZ
                               )
All Actions                    )
_____)




     VIDEOTAPED DEPOSITION OF:

     REBECCA CLIMER

     Taken on behalf of the Plaintiff

     July 15, 2015




_____

          CARISSA L. BOONE, LCR, RPR
```

```
 1   APPEARANCES:

 2   For the Plaintiffs:

 3   BENJAMIN A. GASTEL, ESQ.
     Branstetter, Stranch & Jennings, PLLC
 4   227 Second Avenue North
     Nashville, Tennessee 37201
 5   615.254.8801
     Beng@bsjfirm.com
 6

 7   For the Defendants St. Thomas Health,
     St. Thomas Network and St. Thomas Hospital:
 8
     ADAM SCHRAMEK, ESQ.
 9   Norton, Rose, Fulbright, LLP
     98 San Jacinto Boulevard
10   Suite 1100
     Austin, Texas 78701
11   512.474.5201
     Adam.schramek@nortonrosefulbright.com
12
     and
13
     LELA HOLLABOUGH, ESQ.
14   Bradley, Arant, Boult, Cummings, LLP
     1600 Division Street
15   Suite 700
     Nashville, Tennessee 37203
16   615.244.2582
     Lhollabough@babc.com
17

18   For the Defendants SSC and Dr. Lister:

19   ASHLEY E. GENO, ESQ.
     Brewer, Krause, Brooks & Chastain
20   611 Commerce Street
     Suite 2600
21   Nashville, Tennessee 37203
     615.256.7728
22   AGeno@bkblaw.com

23

24

25
```

```
 1   For the Tennessee Clinics Defendants:

 2   CHRISTOPHER TARDIO, ESQ.
     Gideon, Cooper & Essary
 3   315 Deaderick Street
     Suite 1100
 4   Nashville, Tennessee 37238
     615.254.0000
 5   Chris@gideoncooper.com

 6
     For the Defendant ARL BioPharma:
 7
     KRISTEN RAGOSTA, ESQ.
 8   Donovan Hatem, LLP
     53 State Street, 8th Floor
 9   Boston, Massachusetts 02109
     617.406.4500
10   Kragosta@donovanhatem.com
     (Via Telephone/Video Stream)
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   made some maybe -- perhaps some grammatical

2   changes and some punctuation changes.

3   Q.     Yeah, and this isn't a trick question.  I

4   just want to confirm --

5   A.     No.

6   Q.     -- that there's not somebody Helen out

7   there --

8   A.     No.

9   Q.     -- that we should also be talking to?

10         And to the best of your recollection, a

11  document like this appeared on the website in or

12  around early October 2012?

13  A.     Yes.

14  Q.     And this would have been the sort of

15  first copy, if you will, that went up on that

16  newly-created web page?

17  A.     Yes.

18  Q.     Is there a reason why it didn't go up on

19  the St. Thomas Outpatient Surg- -- Neurosurgical

20  Center's website?

21  A.     I wasn't in charge -- I'm not in charge

22  of that website, and I don't know that there was

23  a separate website.

24  Q.     Yeah, that's -- that's kind of what I'm

25  getting at.  Do you know if the St. Thomas

1   Outpatient Neurosurgical Center maintained a
2   website in October of 2012?
3   A.    Not a separate site, but there were
4   references to and allusions to the St. Thomas
5   Outpatient Neurosurgical Center on the Howell
6   Allen website.
7   Q.    Sure.
8         (Exhibit 496 was marked.)
9   BY MR. GASTEL:
10  Q.    Hand you what we'll call a collective
11  Exhibit 496 (tendering).
12        MR. GASTEL:  And just for the
13  record, the collective exhibit is some e-mail
14  correspondence beginning with Bates mark
15  STE_MDL_4842, and the second page is a -- is a
16  -- is a screenshot of a website.  We'll get to
17  questions about that in a second.
18        MR. SCHRAMEK:  Is it just one
19  website attachment?
20        MR. GASTEL:  Yes.
21        MR. SCHRAMEK:  I think they're out
22  of order.
23        THE WITNESS:  (Reviews document.)
24  BY MR. GASTEL:
25  Q.    Are you done, ma'am?

1                REPORTER'S CERTIFICATE

2        I certify that the witness in the

3   foregoing deposition, REBECCA CLIMER, was by me

4   duly sworn to testify in the within entitled

5   cause; that the said deposition was taken at the

6   time and place therein named; that the testimony

7   of said witness was reported by me, a Shorthand

8   Reporter and Notary Public of the State of

9   Tennessee authorized to administer oaths and

10  affirmations, and said testimony, Pages 7

11  through 161 was thereafter transcribed into

12  typewriting.

13          I further certify that I am not of

14  counsel or attorney for either or any of the

15  parties to said deposition, nor in any way

16  interested in the outcome of the cause named in

17  said deposition.

18          IN WITNESS WHEREOF, I have hereunto set

19  my hand this 24th day of July, 2015.

20

21

22

23

24         _____
              Carissa L. Boone, LCR No. 382
25            My License Expires: 5/08/2017

```
 1                DEPOSITION ERRATA SHEET

 2     Assignment No.   23051

 3     Case Caption:   NEW ENGLAND COMPOUNDING PHARMACY,

 4     INC. PRODUCT LIABILITY
       Witness: REBECCA CLIMER - July 15, 2015
 5

 6         DECLARATION UNDER PENALTY OF PERJURY

 7            I declare under penalty of perjury

 8     that I have read the entire transcript of

 9     my Deposition taken in the captioned matter

10     or the same has been read to me, and

11     the same is true and accurate, save and

12     except for changes and/or corrections, if

13     any, as indicated by me on the DEPOSITION

14     ERRATA SHEET hereof, with the understanding

15     that I offer these changes as if still under

16     oath.

17            Signed on the _____ day of

18     _____, 20____.

19     _____

20            REBECCA CLIMER

21     Sworn to and subscribed before me this _____ day

22     of _____, 20___.

23     _____

24     Notary Public

25     My commission expires_____
```