UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING  )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION                                                        )
_____)        MDL No. 2419
                                                                         )        Dkt. No. 1:13-md-2419 (RWZ)
THIS DOCUMENT RELATES TO:              )
                                                                         )
All CASES_____)

NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly enter the withdrawal of **Kristen R. Ragosta** as counsel on behalf of ARL Biopharma, Inc., d/b/a Analytical Research Laboratories, in the above-captioned matter.

                                  ARL Bio Pharma, Inc. d/b/a
                                  Analytical Research Laboratories
                                  By its attorneys,

                                  */s/ Kristen R. Ragosta*
                                  Kenneth B. Walton, BBO #562174
                                  kwalton@donovanhatem.com
                                  Kristen R. Ragosta, BBO #664362
                                  kragosta@donovanhatem.com
                                  Courtney A. Longo, BBO #666466
                                  clongo@donovanhatem.com
                                  DONOVAN HATEM LLP
                                  53 State Street, 8th Floor
                                  Boston, MA  02109
                                  P: (617) 406-4500
Dated:  May 6, 2016              F: (617) 406-4501

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 6th day of May, 2016.

/s/ Kristen R. Ragosta
Kristen R. Ragosta