# EXHIBIT 1

## DEPOSITION NOTICE OF RALPH ATKINSON, M.D.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>*McElwee v. Ameridose, LLC et al.*<br>1:13-cv-12625 | |

## DEPOSITION NOTICE

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the deposition of Ralph Atkinson, M.D. on Friday, May 13, 2016 at 3:30 p.m. at the offices of Gideon, Cooper & Essary located at 315 Deaderick Street, Suite 1100, Nashville, Tennessee 37238. The deposition will be recorded by stenographical means and by video. A request for records is attached as Exhibit A hereto.

Dated: May 10, 2016

                                        Respectfully submitted,

                                        **/s/ Benjamin A. Gastel**
                                        J. Gerard Stranch, IV
                                        Benjamin A. Gastel
                                        BRANSTETTER, STRANCH & JENNINGS PLLC
                                        The Freedom Center
                                        223 Rosa L. Parks Avenue, Suite 200
                                        Nashville, TN  37203
                                        Telephone: (615) 254-8801
                                        Facsimile: (615) 255-5419
                                        gerards@bsjfirm.com
                                        beng@bsjfirm.com

                                        *Plaintiffs' Steering Committee and Tennessee State Chair*

## **CERTIFICATE OF SERVICE**

      I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 10, 2016

                                                **/s/ Benjamin A. Gastel**
                                                Benjamin A. Gastel

## **EXHIBIT A**

The word "documents" shall be defined to include any kind of written, typewritten, printed or recorded material whatsoever, including without limitation, statements, notes, transcription of notes, memoranda, letters, telefaxes, publications, agreements, pictures, photographs, audio tape recordings, video tape recordings, cassettes, transcriptions of any such recordings, log books, business records, and computer files or electronic data such as e-mails or instant messages.

Pursuant to the Federal Rules of Civil Procedure, this will serve as a request for the Deponent, expert witness Dr. Ralph Atkinson, to produce the following documents at least seven days before the deposition:

1. All documents containing facts or data that was considered in forming the expert opinions.

2. All documents containing facts or data that the underlying party's attorney provided to him and that he considered in forming the opinions to be expressed.

3. Copies of all scholarly literature on which he relied.

4. All exhibits that he intends to use to summarize or support the opinions.

5. All materials relevant to the opinions and the expert report in this case.

6. A list of all publications he authored in the previous 10 years.

7. A list of all other cases in which he has testified as an expert at trial or by deposition within the previous 4 years.

8. All communications relating to compensation for the study or testimony.

9. All non-privileged communications relating to the report.

10. A current resume and curriculum vitae.