UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All cases concerning Specialty Surgery ) <br> Center, Kenneth R. Lister, M.D., and ) <br> Kenneth Lister, M.D., P.C. ) <br> _____ ) | MDL No.: 2419 <br> Dkt No. 1:13-md-2419 (RWZ) <br><br> Judge Rya W. Zobel |

**NOTICE OF STIPULATION OF EXTENSION OF TIME FOR SPECIALTY SURGERY CENTER, PLLC AND KENNETH R. LISTER, M.D. TO RESPOND TO THE MOTION OF THE PSC AND CUMBERLAND MEDICAL CENTER FOR ENTRY OF STIPULATED QUALIFIED PROTECTIVE ORDER (DOCKET 2841 AND 2848-1)**

Specialty Surgery Center, PLLC ("SSC") and Kenneth R. Lester, M.D. hereby give notice to this Honorable court and all parties, that consistent with MDL Order 11 (Docket 1524), SSC, Dr. Lister, the PSC, and Cumberland Medical Center (the impacted parties with regard to this motion) have agreed that SSC and Dr. Lister shall have through May 23, 2016, to file a written response to the motion of the PSC and Cumberland Medical Center for entry of a stipulated qualified protective order (Docket 2841 and 2848-1). This is the first extension for response to this motion, and is a ten day extension.

Respectfully submitted,

  /s/ KENT E. KRAUSE
**PARKS T. CHASTAIN**[*]
**KENT E. KRAUSE**[*]
**ASHLEY E. GENO**[*]
Attorneys for Defendants, Specialty Surgery Center, PLLC and Kenneth R. Lister, M.D.

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
P. O. Box 23890
Nashville, TN   37202-3890
(615) 256-8787 (PTC)
(615) 256-8985 (fax)
pchastain@bkblaw.com
kkrause@bkblaw.com
ageno@bkblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be served via electronic mail or regular US mail to those participants identified as unregistered this the  12th day of  May, 2016.

  /s/ Kent E. Krause
**KENT E. KRAUSE**

KEK/jaj

---

[*] Admitted *pro hac vice*

ST Specialty Sx Ctr Johnson Not Stip 160510