UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION § § § § § § § § § § § | MDL No. 13-2419 Dkt. No 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: | |
| All Cases Against the Saint Thomas Entities | |

**SAINT THOMAS ENTITIES' RESPONSE TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING COMPARATIVE FAULT DEFENSES ATTRIBUTING FAULT TO GOVERNMENTAL ENTITIES**

The Saint Thomas Entities[1] file this response to the Plaintiffs' Steering Committee's ("PSC") *Motion for Leave to File Motion for Partial Summary Judgment Regarding Comparative Fault Defenses Attributing Fault to Governmental Entities* (Docket #2862) ("Motion for Leave").

The PSC seeks leave to file a motion for partial summary judgment, and the Saint Thomas Entities have no opposition to the relief sought—although they disagree with the PSC's representations in the Motion for Leave that purport to characterize the law relating to the merits of the proposed motion for partial summary judgment. If leave is granted, the Saint Thomas Entities will file a timely opposition to the PSC's motion for partial summary judgment.

---

[1] Saint Thomas West Hospital, formerly known as St. Thomas Hospital ("Hospital"), Saint Thomas Network ("Network"), and Saint Thomas Health ("Health") (collectively, the "Saint Thomas Entities").

| | |
|---|---|
| Dated:  May 16, 2016 | SAINT THOMAS WEST HOSPITAL, FORMERLY KNOWN AS ST. THOMAS HOSPITAL, SAINT THOMAS NETWORK, AND SAINT THOMAS HEALTH |
| | By their attorneys, |
| | /s/ Sarah P. Kelly |
| | Sarah P. Kelly (BBO #664267) |
| | skelly@nutter.com |
| | NUTTER McCLENNEN & FISH LLP |
| | Seaport West |
| | 155 Seaport Boulevard |
| | Boston, Massachusetts  02210 |
| | (617) 439-2000 |
| | (617) 310-9461 (FAX) |

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
State Bar No. 08417650
mgreer@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
(512) 482-9300
(512) 482-9303 (FAX)

*Appearing Pro Hac Vice

## CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 16th day of May, 2016.

/s/ Sarah P. Kelly
SARAH P. KELLY