**Exhibit A**

I. Complaint filed; no service as to Saint Thomas Entities[1] [2]

    a. **Gobble**, Gayla, *et al.*, No. 1:13-cv-12480

    b. **Siler**, Tracey, *et al.*, No. 1:13-cv-12489-RWZ

II. Non-Compliance with TENN. CODE ANN. § 29-26-121 as to Saint Thomas Entities

    a. **Adamson**, Barbara L., Surviving Daughter of Margaret B. White, No. 1:13-cv-12734-RWZ

        i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)[3]

    b. **Altom**, Shenia (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

        i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

    c. **Barger**, Vickie (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

        i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

    d. **Brock**, Denis, *et al.*, No. 1:13-cv-12731-RWZ

        i. Complaint filed in violation of TENN. CODE ANN. § 29-26-121 in its entirety as to Health and Network

    e. **Bryant**, Bertram Walker, Jr., *et al.*, No. 1:13-cv-12668-RWZ

        i. Complaint filed in violation of TENN. CODE ANN. § 29-26-121 in its entirety as to Health and Network

    f. **Burns**, Rhonda, *et al.*, No. 1:13-cv-12697-RWZ

        i. Complaint filed in violation of TENN. CODE ANN. § 29-26-121 in its entirety as to Health and Network

    g. **Carman**, Cindy, *et al.*, No. 1:13-cv-12238-RWZ

---

[1] Saint Thomas West Hospital f/k/a St. Thomas Hospital ("Hospital"), Saint Thomas Health ("Health") and Saint Thomas Network ("Network").

[2] The Saint Thomas Entities do not waive service by filing this motion to dismiss.

[3] Unless otherwise noted, the deficiencies listed in this exhibit apply to all three of the Saint Thomas Entities—Hospital, Health, and Network.

      i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

h. **Demps**, Jerry, No. 1:13-cv-12840-RWZ

      i. Complaint filed in violation of TENN. CODE ANN. § 29-26-121 in its entirety as to Health and Network

i. **Denson**, Bobbie, No. 1:13-cv-12729-RWZ

      i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

j. **Ellis**, Claudia (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

      i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

k. **Gobble**, Gayla, *et al.*, No. 1:13-cv-12480

      i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 in its entirety

l. **Jones**, John Edward (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

      i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

m. **Maddox**, Lisa (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

      i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

n. **McWhorter**, Wayne (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

      i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

o. **Minor**, Michele, *et al.*, No. 1:13-cv-12836-RWZ

      i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

p. **Morris**, Anthony Clay (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

      i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

q. **O'Brien**, Dennis, *et al.*, No. 1:13-cv-10460[4]

   i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

r. **Patel**, Pinal, Personal Representative of the Estate of Gokulbhai Maganbhai Patel, *et al.*, No. 1:13-cv-12061-RWZ

   i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

s. **Peay**, Joan M., No. 1:13-cv-12843-RWZ

   i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

t. **Redkevitch**, Ella, *et al.*, No. 1:13-cv-12666-RWZ

   i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

u. **Schulz**, Martha F., No. 1:13-cv-12311-RWZ

   i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

v. **Siler**, Tracey, *et al.*, No. 1:13-cv-12489-RWZ

   i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 in its entirety

w. **Smiley**, Betty (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

   i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

x. **Swann**, Virginia (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

   i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

y. **Waddey**, Gary Wayne (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

   i. Original Complaint filed in violation of TENN. CODE ANN. § 29-26-121 (a)(1)

---

[4] *See also* Docket Number 1:13-cv-12759.

III. Failure to Comply with TENN. CODE ANN. § 29-26-122 as to Saint Thomas Entities

    a. **Adamson**, Barbara L., Surviving Daughter of Margaret B. White, No. 1:13-cv-12734-RWZ

    b. **Altom**, Shenia (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

    c. **Barger**, Vickie (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

    d. **Barnard**, Robert, No. 1:13-cv-12738-RWZ

    e. **Berry**, Fredia, No. 1:13-cv-12838-RWZ

    f. **Carman**, Cindy, *et al.*, No. 1:13-cv-12238-RWZ

    g. **Davis**, Thomas Randy, *et al.*, No. 1:13-cv-12426-RWZ

    h. **Ellis**, Claudia (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

    i. **Gobble**, Gayla, *et al.*, No. 1:13-cv-12480

    j. **Jones**, John Edward (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

    k. **Maddox**, Lisa (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

    l. **May**, Angela (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

    m. **McWhorter**, Wayne (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

    n. **Minor**, Michele R. and Billy J., No. 1:13-cv-12836-RWZ

    o. **Morris**, Anthony Clay (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

    p. **Peay**, Joan M., No. 1:13-cv-12843-RWZ

    q. **Pierce**, Terry, No. 1:13-cv-12733-RWZ

    r. **Redkevitch**, Ella, *et al.*, No. 1:13-cv-12666-RWZ

    s. **Schulz**, Martha F., No. 1:13-cv-12311-RWZ

    t. **Siler**, Tracey, *et al.*, No. 1:13-cv-12489-RWZ

    u. **Smiley**, Betty (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

    v. **Swann**, Virginia (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ

    w. **Taylor**, Barbara, *et al.*, No. 1:13-cv-12673

x. **Temple**, John L. Administrator of Estate of Reba Chessor Temple, *et al.*, No. 1:13-cv-12696-RWZ

y. **Waddey**, Gary Wayne (*Barger, et al. v. Ameridose*), No. 1:13-cv-12619-RWZ