**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) | |
| ———————————————— | ) ) | **MDL No. 2419** **Dkt. No. 1:13-md-2419 (RWZ)** |
| THIS DOCUMENT RELATES TO: | ) ) | |
| All Cases Against the Saint Thomas Defendants | ) ) ) | |

## MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING CERTAIN COMPARATIVE FAULT DEFENSES

Plaintiffs' Steering Committee, pursuant to the Court's April 25, 2015 Order (Dkt. 2827), moves this Honorable Court for leave to file a Motion for Partial Summary Judgment Regarding Certain Comparative Fault Defenses.

As grounds for this motion, the Plaintiffs' Steering Committee respectfully states as follows:

1.      In Answers to the Master Complaint, the Saint Thomas Defendants[1] allege the affirmative defense of comparative fault against certain entities and persons.[2]  Specifically, the Saint Thomas Defendants want to assign percentages of fault to the following entities:

---

[1] The Saint Thomas Defendants include the following entities and individuals: the Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, A Professional Corporation, John. Culclasure, MD, Debra V. Schamberg, RN, Vaughan Allen, MD, Saint Thomas West Hospital f/k/a Saint Thomas Hospital, Saint Thomas Network, and Saint Thomas Health.

[2] Doc. 1455 - Answer Of Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, A Professional Corporation, John W. Culclasure, MD, and Debra V. Schamberg, RN, pp. 79 – 102;

Doc. 1456 - Answer of Specialty Surgery Center, Crossville, PLLC, Kenneth R. Lister, MD and Kenneth Lister, MD, PC, pp. 77 – 100; and

Doc. 1464 – Saint Thomas Entities Master Answer and Affirmative Defenses to Plaintiffs' Amended Master Complaint, pp. 101 – 117.

      a.  Scientific Air Analysis, Inc.;

      b.  Pharmacy Support, Inc.;

      c.  Professional Compounding Centers of America;

      d.  Medisca;

      e.  GDC Properties Management, LLC Inc.

2.      These comparative fault defenses allege that the above identified comparative fault parties played some role in the 2012 fungal meningitis catastrophe.

3.      Based upon the record compiled to date, there is no proof that these entities committed any negligence that resulted in any injury to a particular plaintiff.  There is certainly no proof in the record that these entities caused such injuries.

4.      If summary judgment is granted, then the trial of these cases will be significantly reduced.  As it stands now, the Saint Thomas Defendants will likely spend multiple days at trial preparing a case against the above-identified comparative fault non-parties in the hopes that the jury would reduce the Saint Thomas Defendants' liability.  The Court should, prior to trial, decide whether under such a record there is sufficient evidence to submit these defenses to the jury.

5.      Moreover, this Court should grant leave to the Plaintiffs' Steering Committee to file such a Motion because this Court will not be able to prepare verdict forms for use at trial until the subject issue is adjudicated.  In other words, the subject issue must be decided prior to trial.

Respectfully Submitted This 18th Day of May, 2016.

**/s/ J. Gerard Stranch, IV_____**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa L. Parks Avenue
Nashville, TN 37203
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415/956-1000
Facsimile:  415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, J. Gerard Stranch, IV, hereby certify that on May 18, 2016, I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV

- 4 -