## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## PLAINTIFFS' STEERING COMMITTEE'S STATUS REPORT
## ON CASES AGAINST REMAINING CLINIC DEFENDANTS

In response to the Court's request at the April 14, 2016 status conference, the Plaintiffs' Steering Committee ("PSC") provides this status report to address litigation against clinics other than the Tennessee clinics, Premier, and Box Hill.

**A.      Procedural Background**

      **1.      Settled Cases**

As the Court well knows, the claims against NECC and the national defendants (ARL, Liberty, Victory, UniFirst) have been resolved.  That resolution resulted in judgment being entered in about 450 individual civil actions (*See* ECF No. 2450).[1]  Claims against the clinics High Point, Inspira, and Insight have also been resolved.

      **2.      Actively Litigated Clinic Cases**

The cases against the Tennessee clinics (including St. Thomas, Specialty Surgery Center, and Howell Allen/St. Thomas Outpatient Neurosurgical) are being actively litigated, with the first bellwether trial set for August 2016.  The cases against Premier and Box Hill are also being actively litigated, according to a separate pretrial schedule.

---

[1] We understand that the clerk is updating the docket for each action to reflect that dismissal has been entered.

### 3.      Remaining Clinic Cases

This leaves cases against clinics other than the Tennessee clinics, Premier, and Box Hill (the "remaining clinic cases").  Discovery in these cases is currently stayed until June 1, 2016.

The PSC's updated census shows the following case counts:

| Clinic Defendant | Pending Cases |
|---|---|
| Advanced Pain & Anesthesia Consultants, PC | 4 |
| Cincinnati Pain Management Consultants, Inc. | 4 |
| OSMC Outpatient Surgery Center | 3 |
| Ambulatory Care Center, LLC | 3 |
| BKC Pain Specialists, LLC | 2 |
| Encino Outpatient Surgery Center | 2 |
| Ocean State Pain Management | 2 |
| Sunrise Hospital and Medical | 1 |
| Dallas Back Pain | 1 |
| Fullerton Orthopaedic Surgery Medical Group | 1 |
| Sequoia Surgery Center | 1 |
| Marion Pain Management Center, Inc. | 1 |
| MAPS | 1 |
| Wellspring Pain Solutions Clinic | 1 |
| **Total** | **27** |

4. **Dismissed Clinic Cases**

The following cases appeared on the PSC's last census, but – the PSC has since learned –

have been, or will be, dismissed.  They are not included in the charts above or below.

| | Case. No (D. Mass.) | Caption | Clinic Defendant | Status |
|---|---|---|---|---|
| 1 | 1:13-cv-12658 | *Cooper v. BKC Pain Specialists* | BKC Pain Specialists | Dismissed |
| 2 | 1:14-cv-12323 | *Stansbery v. NECC* | BKC Pain Specialists | Dismissed (Stipulation forthcoming) |
| 3 | 1:14-cv-12376 | *Townsend v. NECC* | BKC Pain Specialists | Dismissed (Stipulation forthcoming) |
| 4 | 1:13-cv-12961 | *Hulsey v. NECC* | Marion Pain Management Center | Dismissed |
| 5 | 1:13-cv-10626 | *York v. NECC* | Marion Pain Management Center | Dismissed |
| 6 | 1:13-cv-10484 | *Briggs v. NECC* | Neuromuscular & Rehabilitation | Dismissed |
| 7 | 1:13-cv-10485 | *Smoot et al v. NECC* | Neuromuscular & Rehabilitation | Dismissed |
| 8 | 1:13-cv-12233 | *Duff v. DBMJ Rehabilitation* | DBMJ Rehabilitation Services, PLLC | Dismissed |
| 9 | 1:14-cv-10433 | *Lewis v. NECC* | Nazareth Hospital | Dismissed |
| 10 | 1:14-cv-13558 | *Jackson v. Wellspring Pain* | Wellspring Pain Solutions Clinic | Dismissed |
| 11 | 1:13-cv-12807 | *Jenkins v. Ameridose* | Ambulatory Care Center, LLC | Dismissed |
| 12 | 1:14-cv-10434 | *King v. NECC* | Hahnemann University Hospital | Dismissed |
| 13 | 1:13-cv-10479 | *Ross v. NECC* | MAPS | Dismissed (Stipulation forthcoming) |
| 14 | 1:14-cv-10361 | *Sucharzewski v. Sunrise Hospital* | Sunrise Hospital and Medical | Dismissed |

**B.**      **Efforts to Reach Plaintiffs' Counsel in all Remaining Clinic Cases**

During the April 14, 2016 status conference, the Court asked the PSC for a recommendation as to how it should address the remaining cases in the MDL, including whether schedules should be set for additional groups of cases.  The PSC undertook to reach out to plaintiffs' counsel in these cases to get their views.

On May 2, 2016, the PSC sent a letter, via email, to counsel for plaintiffs in the MDL.  The letter advised that the PSC's view is that – unless the lawyers who brought the case feel otherwise – the most prudent course of action is to remand cases originally filed in state court and transfer cases filed in federal court back to their home district.   The PSC asked that any attorney representing plaintiffs in a remaining clinic case who wished to continue to litigate his or her case in the MDL contact the PSC by Friday, May 13, 2016.

On May 4, 2016, out of an abundance of caution, the PSC separately provided notice of its May 2, 2016 letter in the MDL docket (ECF No. 2850).

By May 13, 2016, the PSC had heard from only a few plaintiffs' attorneys as to their preference for proceeding.

On May 14, 2016, given the small number of respondents, the PSC undertook to re-review the universe of remaining cases to determine whether any had been dismissed.  This review determined that a number had been dismissed and those dismissals had not been captured by the PSC's earlier census reports.

On May 16 through 18, the PSC called the plaintiffs' attorneys of record in each case against the remaining clinics in order to get their views about how they wished to proceed.

C.      **Plaintiffs' Counsels' Views**

The PSC spoke with counsel for plaintiffs in each of the cases listed below.  The PSC

advised plaintiffs' counsel of the PSC's view that remand was appropriate, unless plaintiffs' counsel

had different views.

Plaintiffs' counsels' views are summarized in the chart below.[2]  This chart reflects, to the

best of the PSC's knowledge, the universe of remaining clinic cases.  Most plaintiffs' attorneys of

record did not object to remand.  Some counsel asked for more time to confer internally and/or with

defense counsel.

| | Case. No (D. Mass.) | Caption | Clinic Defendant | Status / Plaintiffs' Counsel |
|---|---|---|---|---|
| 1 | 1:13-cv-13227 | *Kennedy v. Unifirst* | Advanced Pain & Anesthesia Consultants, PC | *Conferring*<br><br>Kimberly A. Dougherty<br>Janet Jenner & Suggs |
| 2 | 1:13-cv-13228 | *Musselwhite v. Unifirst* | Advanced Pain & Anesthesia Consultants, PC | *Conferring*<br><br>Kimberly A. Dougherty<br>Janet Jenner & Suggs |
| 3 | 1:14-cv-13676 | *Musselwhite v. Advanced Pain & Anesthesia Consultants* | Advanced Pain & Anesthesia Consultants, PC | *Conferring*<br><br>Kimberly A. Dougherty<br>Janet Jenner & Suggs |
| 4 | 1:14-cv-13689 | *Kennedy v. Advanced Pain & Anesthesia Consultants* | Advanced Pain & Anesthesia Consultants, PC | *Conferring*<br><br>Kimberly A. Dougherty<br>Janet Jenner & Suggs |
| 5 | 1:14-cv-10284 | *Brady v. Cincinnati Pain Management Consultants* | Cincinnati Pain Management Consultants, Inc. | *Conferring*<br><br>Kimberly A. Dougherty<br>Janet Jenner & Suggs |
| 6 | 1:14-cv-11224 | *Pettit v. Cincinnati Pain Management Consultants* | Cincinnati Pain Management Consultants, Inc. | *Conferring*<br><br>Kimberly A. Dougherty |

---

[2] In a small number of instances, plaintiffs' counsel reported that the case either had been, or should be, dismissed. Those cases are included in the chart of dismissed cases above.

| | | | | Janet Jenner & Suggs |
|---|---|---|---|---|
| 7 | 1:14-cv-10432 | *Witt v. Cincinnati Pain Management Consultants* | Cincinnati Pain Management Consultants, Inc. | *Requested more time*<br><br>Janet G Abaray<br>Calvin Tregre<br>Lopez, Hodes, Restaino, Milman & Skikos |
| 8 | 1:14-cv-11856 | *Gibson v. Liberty Industries* | Cincinnati Pain Management Consultants, Inc. | *No objection to remand*<br><br>Anne Andrews<br>John Thornton<br>Andrews & Thornton |
| 9 | 1:14-cv-13739 | *Hosea v. UniFirst* | OSMC Outpatient Surgery Center | *No objection to remand*<br><br>Edward B. Mulligan , V<br>Gregory L Laker<br>Cohen & Malad, LLP |
| 10 | 1:14-cv-14669 | *Hancock v. UniFirst* | OSMC Outpatient Surgery Center | *No objection to remand*<br><br>Edward B. Mulligan , V<br>Gregory L Laker<br>Cohen & Malad, LLP |
| 11 | 1:14-cv-13708 | *Patel v. OSMC* | OSMC Outpatient Surgery Center | *No objection to remand*<br><br>Anne Andrews<br>John Thornton<br>Andrews & Thornton |
| 12 | 1:13-cv-12076 | *Allen v. Ameridose* | Ambulatory Care Center | *No objection to remand*<br><br>Edward B. Mulligan , V<br>Gregory L Laker<br>Cohen & Malad, LLP |
| 13 | 1:14-cv-14668 | *Griggs v. Unifirst* | Ambulatory Care Center | *No objection to remand*<br><br>Edward B. Mulligan , V<br>Gregory L Laker<br>Cohen & Malad, LLP |
| 14 | 1:14-cv-13027 | *Moore v. Unifirst* | Ambulatory Care Center | *No objection to remand*<br><br>Anne Andrews<br>John Thornton<br>Andrews & Thornton |

| 15 | 1:13-cv-12657 | *Montee v. BKC Pain Specialists* | BKC Pain Specialists, LLC | *Conferring*<br><br>Kimberly A. Dougherty<br>Janet Jenner & Suggs |
| 16 | 1:13-cv-12659 | *Cooper v. BKC Pain Specialists* | BKC Pain Specialists, LLC | *Conferring*<br><br>Kimberly A. Dougherty<br>Janet Jenner & Suggs |
| 17 | 1:14-cv-12884 | *Wynstock v. Ameridose* | Encino Outpatient Surgery Center | *Conferring*<br><br>Kimberly A. Dougherty<br>Janet Jenner & Suggs |
| 18 | 1:13-cv-12015 | *Younani v. NECC* | Encino Outpatient Surgery Center | *No objection to remand*<br><br>Monica Blut<br>Simon Resnik and Hayes |
| 19 | 1:13-cv-10685 | *Hanson v. NECC* | Ocean State Pain Management | *Conferring*<br><br>Frank Prokos<br>Law Office of Frank Prokos |
| 20 | 1:13-cv-10943 | *Simas v. NECC* | Ocean State Pain Management | *Conferring*<br><br>Timothy P. Wickstrom<br>Wickstrom Morse, LLP |
| 21 | 1:14-cv-10362 | *Eldreth v. Sunrise Hospital* | Sunrise Hospital and Medical | *No objection to remand*<br><br>Anne Andrews<br>John Thornton<br>Andrews & Thornton |
| 22 | 1:14-cv-10373 | *Henley v. UniFirst* | Dallas Back Pain Management | *No objection to remand*<br><br>James E. Girards<br>Girards Law Firm |
| 23 | 1:14-cv-12789 | *Jeffries v. Ameridose* | Fullerton Orthopaedic Surgery Medical Group | *Conferring*<br><br>Kimberly A. Dougherty<br>Janet Jenner & Suggs |
| 24 | 1:14-cv-12328 | *Tashima v. NECC* | Sequoia Surgery Center | *No objection to remand*<br><br>Neal Arthur Markowitz<br>Thorsnes Bartolotta |

| | | | | McGuire |
|---|---|---|---|---|
| 25 | 1:15-cv-11367 | *Gilliam v. Chowdhury* | Marion Pain Management | *No objection to remand* <br><br> Kristen A. Johnson <br> Hagens Berman Sobol <br> Shapiro LLP |
| 26 | 1:13-cv-13209 | *Edwards v. Unifirst* | MAPS | *Conferring* <br><br> Kimberly A. Dougherty <br> Janet Jenner & Suggs |
| 27 | 1:14-cv-13548 | *Birge v. Unifirst* | Wellspring Pain Solutions Clinic | *No objection to remand* <br><br> Edward B. Mulligan , V <br> Gregory L Laker <br> Cohen & Malad, LLP |

The PSC will be prepared to discuss next steps with respect to these remaining clinic cases during today's 2:00 p.m. status conference.

Dated: May 19, 2016

Respectfully submitted,

**/s/ Kristen A. Johnson**
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008

ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH &
JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

**<u>CERTIFICATE OF SERVICE</u>**

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 19, 2016                              **<u>/s/ Kristen A. Johnson</u>**
                                                 Kristen A. Johnson, BBO # 667261