UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Wray, et al. v. Ameridose, LLC, et al.*<br>Civil Action Number 1:13-cv-12737-RWZ<br><br>*McElwee, et al. v. Ameridose, LLC, et al.*<br>Civil Action Number 1:13-cv-12625-RWZ<br><br>*Skelton, et al. v. Ameridose, LLC, et al.*<br>Civil Action Number 1:13-cv-12575-RWZ | )<br>)<br>)<br>)<br>)  MDL No. 2419<br>)  Dkt. No. 1:13-md-2419 (RWZ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION**

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426) the Plaintiffs' Steering Committee will take the deposition of Peter Pappas, M.D. on May 23, 2016 at 9:00 a.m. at Bradley, Arant, Boult, Cummings LLP, One Federal Place, 1819 Fifth Avenue North, Birmingham, AL 35203.  The deposition will be recorded by stenographical means and by video.  A request for records is attached as Exhibit A hereto.

Dated:  May 20, 2016

Respectfully submitted,

s/ Mark P. Chalos

Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  (615) 313.9000
Facsimile:  (615) 313.9965
mchalos@lchb.com

*Plaintiffs' Steering Committee and Federal/State Liaison*

1305193.1

## **CERTIFICATE OF SERVICE**

    I, Mark P. Chalos, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 20, 2016

                                                                        s/ Mark P. Chalos
                                                                         Mark P. Chalos

# EXHIBIT A

## **EXHIBIT A**

The word "documents" shall be defined to include any kind of written, typewritten, printed or recorded material whatsoever, including without limitation, statements, notes, transcription of notes, memoranda, letters, telefaxes, publications, agreements, pictures, photographs, audio tape recordings, video tape recordings, cassettes, transcriptions of any such recordings, log books, business records, and computer files or electronic data such as e-mails or instant messages.

Pursuant to the Federal Rules of Civil Procedure, this will serve as a request for the Deponent, expert witness Peter Pappas, M.D. to produce the following documents at the deposition:

1. All documents containing facts or data that was considered in forming the expert opinions.

2. All documents containing facts or data that the underlying party's attorney provided to him and that he considered in forming the opinions to be expressed.

3. Copies of all scholarly literature on which he relied.

4. All exhibits that he intends to use to summarize or support the opinions.

5. All materials relevant to the opinions and the expert report in this case.

6. A list of all publications he authored in the previous 10 years.

7. A list of all other cases in which he has testified as an expert at trial or by deposition within the previous 4 years.

8. All communications relating to compensation for the study or testimony.

9. All non-privileged communications relating to the report.

10. A current resume and curriculum vitae.