# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) |
| _____ | ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| | ) |
| All Cases | ) ) ) |

**MDL No. 2419**
**Dkt. No 1:13-md-2419 (RWZ)**

---

## NOTICE OF SUBPOENA *DUCES TECUM* TO THE
## MASSACHUSETTS BOARD OF REGISTRATION IN PHARMACY

---

Defendants Specialty Surgery Center, PLLC ("SSC") and Kenneth Lister, M.D. ("Dr. Lister"), Kenneth Lister, M.D., PC (collectively "SSC Defendants"), pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, hereby give notice to the Court and all parties of the issuance of a subpoena *duces tecum* to the Massachusetts Board of Registration in Pharmacy (see attached Exhibit 1) for the documents identified below:

1. A list or log of all Open Records Requests made to the Massachusetts Board of Registration in Pharmacy for information related to New England Compounding Center, Inc. between September 15, 2012 and October 31, 2012.[1]

The SSC Defendants request, to the extent possible, that these documents be produced electronically either by posting to the US Legal document repository in use for this litigation or by producing the documents on a CD or flash drive.

---

[1] To the extent a list is not available, the SSC Defendants request any documents allowing them to determine who/what entities made Open Records Requests for information related to New England Compounding Center, Inc. between September 15, 2012 and October 31, 2012, when those requests were made, and what documents were provided to the requesting persons/entities.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

***Attorneys for the Specialty Surgery
Center Defendants***

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 20th day of May, 2016.

/s/ Chris J. Tardio
**Chris J. Tardio**