UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: All cases naming Saint Thomas Outpatient Neurosurgical Center, LLC | ) ) ) ) ) ) ) ) ) ) ) MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

**Joint Status Report Regarding Motions to Strike Matthew Lee as Case-Specific Expert and Bill Mixon's Supplemental Report**

Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; and Vaughan Allen, MD ("STOPNC Defendants") and the Plaintiffs' Steering Committee provide this joint status report in response to the Court's electronic order at Doc. 2891.

As directed by the Court, counsel for the parties discussed resolution of the motions, but do not agree, and submit the issues raised in the motions regarding Matthew Lee [Doc. 2769] and William Mixon [Doc. 2829] to the honorable Court for rulings.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

*Attorneys for the STOPNC Defendants*

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

s/ Mark P. Chalos
**Mark P. Chalos**
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Ph: (615) 313.9000
Fax: (615) 313.9965
mchalos@lchb.com

*Plaintiffs' Steering Committee and Federal/State Liaison*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 20th day of May, 2016.

/s/ Chris J. Tardio
**Chris J. Tardio**