**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PROCUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) MDL No.: 2419<br>) Master Docket No.: 1:13-md-2419-FDS<br>) |
| THIS DOCUMENT RELATES TO:<br><br>Wray<br>Temple<br>McElwee<br>Skelton | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO MODIFY CASE MANAGEMENT DEADLINES IN BELLWETHER CASES**

The Plaintiffs' Steering Committee ("PSC") and the Nashville Healthcare Defendants move the court to extend the case-specific fact and expert discovery deadlines contained in Dkt. No. 2827.

The parties have diligently attempted to meet the deadlines set in Dkt. No. 2827, but due to scheduling conflicts with third parties and experts – most of whom are practicing physicians with ongoing medical practices – the parties have been unable to complete discovery in the bellwether cases in the schedule established in Dkt. No. 2827.  The parties reasonably believe that this discovery can be completed by June 10, 2016.   The parties apologize for not bringing this matter to the Court's attention previously, but the parties have been meeting and conferring on a date that would be feasible for all parties and witnesses involved.

Accordingly, the parties respectfully request the Court extend the deadline for fact and expert discovery and the deadline for motions related thereto set forth in Dkt. No. 2827 to June 10, 2016.

1

Date:  May 20, 2016          Respectfully submitted:

**/s/ Benjamin A. Gastel**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and TN Chair*

**/s/ Sarah P. Kelly**
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

*Counsel for the Saint Thomas Entities*

**/s/ Chris J. Tardio**
C.J. Gideon, Jr.
Chris J. Tardio
Alan S. Bean
Matthew H. Cline
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459

*Counsel for the STOPNC Defendants*

## **CERTIFICATE OF SERVICE**

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing *Motion to Modify Case Management Deadlines in Bellwether Cases* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   May 20, 2016

/s/ Benjamin A. Gastel
Benjamin A. Gastel