UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2419 ) Dkt. No. 1:13-md-2419-RWZ ) |
| This Document Relates to: Suits Naming Specialty Surgery Center, PLLC | ) ) ) ) ) ) |

**Affidavit of Jean Atkinson, RN**

STATE OF TENNESSEE
COUNTY OF FENTRESS

Jean Atkinson, RN, after first being duly sworn, states as follows:

1. I am over 18 years of age, have personal knowledge of the facts contained herein, and I am competent to testify. I was the Director of Nursing at SSC in 2012 and in 2013 until mid-April.

2. I exchanged confidential attorney-client communications with attorneys with Gideon, Cooper and Essary using my SSC email account prior to the sale of SSC's assets in 2013.

3. I accessed my SSC email account using a computer at SSC that was password protected.

4. I was responsible for SSC's Continuing Quality Improvement Program at SSC. This included drafting electronic reports from various quality improvement activities that were eventually submitted to SSC's Medical Executive Committee. Additionally, I kept electronic records of peer reviews conducted by SSC's physicians. Files containing this privileged information may be on one or more of the computers sold to Cumberland Medical Center.

5. I had no role in the decision to sell SSC's assets, including its computers, to Cumberland Medical Center.

6. I did not know that the computers being sold to Cumberland Medical Center would be sold without removing privileged information.

7. I had no intention to waive any privilege by virtue of the sale of SSC's computers to Cumberland Medical Center

_Jean Atkinson_
Jean Atkinson

Sworn to and subscribed by me on this 23rd day of May, 2016.

_Amanda Hicks_
(Notary Public)

My Commission Expires: 4/28/18

2