UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

THIS ORDER APPLIES TO ALL ACTIONS NAMING
SAINT THOMAS OUTPATIENT
NEUROSURGICAL CENTER, LLC

ORDER

May 24, 2016

ZOBEL, J.

The Plaintiffs' Steering Committee, the STOPNC defendants,[1] and the St. Thomas Entities[2] have orally moved the court for relief from several impending deadlines. That motion is ALLOWED.

The bellwether trials already scheduled, Wray v. Ameridose, LLC, Temple v. Ameridose, LLC, and McElwee v. Ameridose, LLC, are continued in supersession of the court's April 26, 2016 order (Docket # 2828). The court will refrain from deciding ripe dispositive motions—this order supersedes the court's May 20, 2016 order (Docket # 2898), and suspends any briefing schedule for both unripe dispositive motions and unripe motions for leave to file such motions.

---

[1] Saint Thomas Outpatient Neurosurgical Center, LLC, Howell Allen Clinic, P.C., Vaughan Allan, Debra Schamberg, RN, and John Culclasure.

[2] Saint Thomas West Hospital f/k/a St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health.

1

The court will also refrain from deciding the following discovery motions: Motion in Limine to Exclude Reference to Michael O'Neal, O'Neal's Pharmacy Consulting Services; and St. Thomas Neurosurgical's Medical Executive Committee (Docket # 2608); Motion to Compel Completion of the Deposition of David Kessler, MD (Docket # 2763); Motion to Strike Matthew C. Lee as Case-Specific Expert (Docket # 2769); Motion to Quash Subpoenas and for Protective Order (Docket # 2815); Motion to Strike Mixon's Supplemental Report (Docket # 2829).

Within 90 days, the parties shall file a status report with the court. The parties shall likewise notify the court immediately of any material deviation from their present positions.

|  |  |
|---|---|
| May 24, 2016 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |