**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____  ) | |
| NEW ENGLAND COMPOUNDING       ) | |
| PHARMACY, INC.                          )   C.A. 1:13-md-2419 | |
| LIABILITY LITIGATION                 ) | |
| _____  ) | |

**MOTION TO WITHDRAW APPEARANCE**

Undersigned counsel for non-party Commonwealth of Massachusetts respectfully moves

pursuant to Local Rule 83.5.2 (c) for leave to withdraw his appearance in the above-captioned

matter.  As grounds for this motion, counsel states he is leaving the employ of the Attorney

General's Office as of Friday, May 27, 2016.  Assistant Attorney General Thomas DiGangi will

continue to represent the interests of the Commonwealth in this matter.  In further support,

counsel states that, to the best of his knowledge and information, no motions, hearings,

conferences, trial dates, or reports respecting the Commonwealth of Massachusetts are pending

or have been scheduled.  This motion has been served on the client, as well as all parties through

their counsel of record via the ECF system.

1

Respectfully submitted,

/s/ J. David Hampton
J. David Hampton, BBO#667232
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Rm. 1813
Boston, MA 02108
(617) 727-2200, Ext. 2572
david.hampton@state.ma.us

Date:  May 26, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2016, I served the within motion on all counsel of record by filing it with the Court by means of its ECF system.

/s/ J. David Hampton

2