UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF FILING
CORRECTED [PROPOSED] ORDER TO SHOW CAUSE
CONCERNING REMAND AND TRANSFER

The Plaintiffs' Steering Committee ("PSC") hereby provides notice of the filing of a *Corrected* Proposed Order to Show Cause Concerning Remand and Transfer, filed herewith.

On May 25, 2016, the PSC filed a Proposed Order to Show Cause Concerning Remand and Transfer [Dkt. No. 2914-1]. That proposed order inadeverently set dates for the conference of the parties and submission of memoranda in response to the order in the cases against Premier and Box Hill for July 14, 2016 and July 16, 2016 (¶5 and 6, respectively). The corrected proposed order filed herewith establishes the dates for parties in those cases to meet and confer as June 14, 2016 and for the submission of a written response to the order by June 16, 2016. These June dates are consistent with the response dates set in the proposed order for all other parties.

In addition, the corrected proposed order adds references to additional cases against certain health care providers in the MDL. Specifically, the corrected proposed order adds references to cases still pending against certain entities and physicians in New Jersey who were not released from liability as a result of the bankruptcy settlement with Inspira and against whom

cases are still pending in the MDL.  Pursuant to the corrected proposed order, the parties in these cases will also be required to respond to the order by June 16, 2016.

Finally, the corrected proposed order clarifies language meant to require counsel in any case pending in the MDL, and not otherwise specifically listed in the order, to also respond by June 16, 2016.

Dated: May 27, 2016

Respectfully submitted,

**/s/ Kristen A. Johnson**
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688

Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone: (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH &
JENNINGS PLLC
227 Second Avenue North
Nashville, TN 37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 27, 2016                                     **/s/ Kristen A. Johnson**
                                                                         Kristen A. Johnson, BBO # 667261