**In the Matter Of:**

NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY

**VIDEOTAPED DEPOSITION OF JEAN ATKINSON**

*March 10, 2015*



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2

 3

 4

     IN RE: NEW ENGLAND
 5   COMPOUNDING PHARMACY,
     INC. PRODUCTS LIABILITY     MDL No. 2419
 6   LITIGATION
                                 Master Dkt:
 7                               1:13-md-02419-RWZ
     ~~~~~~~~~~~~~~~~~~~~~~~
 8   THIS DOCUMENT RELATES
     TO:
 9

10   All Actions

11
     ~~~~~~~~~~~~~~~~~~~~~~~~
12

13
               VIDEOTAPED DEPOSITION OF
14                  JEAN ATKINSON

15
                      9:04 a.m.
16                 March 10, 2015

17

18                   Suite 1100
               315 Deaderick Street
19              Nashville, Tennessee

20

21      Blanche J. Dugas, RPR, CCR No. B-2290

22

23

24

25
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1                    APPEARANCES OF COUNSEL
 2
     On Behalf of the Plaintiffs:
 3        J. GERARD STRANCH, IV, Esquire
          BENJAMIN A. GASTEL, Esquire
 4        Branstetter, Stranch & Jennings, PLLC
          227 Second Avenue North
 5        Nashville, Tennessee  37201
          (615) 254-8801
 6        (615) 250-3937 (facsimile)
          gerards@branstetterlaw.com
 7
          MARK P. CHALOS, Esquire
 8        Lieff, Cabraser, Heimann & Bernstein, LLP
          Suite 1650, One Nashville Place
 9        150 Fourth Avenue
          Nashville, Tennessee  37219-2423
10        (615) 313-9000
          (615) 313-9965 (facsimile)
11        mchalos@lchb.com

12        DANIEL L. CLAYTON, Esquire
          Kinnard, Clayton & Beveridge
13        127 Woodmont Boulevard
          Nashville, Tennessee  37205
14        (615) 686-2501
          (615) 297-1505 (facsimile)
15        dclayton@kcbattys.com

16   On Behalf of Saint Thomas Outpatient Neurosurgical
     Center, LLC; Howell Allen, a Professional Corporation;
17   John W. Culclasure, M.D.; Debra V. Schamberg, RN:
          CLARENCE J. "C.J." GIDEON, JR., Esquire
18        MATTHEW CLINE, Esquire
          CHRISTOPHER TARDIO, Esquire
19        Gideon, Cooper & Essary, PLC
          Suite 1100
20        315 Deaderick Street
          Nashville, Tennessee 37238
21        (615) 254-0400
          (615) 254-0459 (facsimile)
22        cj@gideoncooper.com
          matt@gideoncooper.com
23        chris@gideoncooper.com

24

25
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1   pharmaceutical ordering.  That was taken away from you
 2   by -- when Calisher was hired; correct?
 3       A.      Yes.
 4       Q.      Were you given any additional job
 5   responsibilities when that happened, or were those
 6   just taken away and given to Calisher?
 7       A.      Those was all taken away and given to
 8   Calishers.
 9       Q.      Eye Centers of Tennessee, what did you do
10   there?
11       A.      I was the director of nursing.
12       Q.      And were you also still employed at
13   Specialty Surgery during that time?
14       A.      I went to work at Eye Centers I think the
15   last of May, stayed on as needed at the Specialty
16   Surgery because of my leaving, it -- they just -- I
17   didn't really want to leave the OR so they let me work
18   one day a week.
19       Q.      Okay.  So you were employed at both places
20   at the same time?
21       A.      Uh-huh (affirmative).
22       Q.      And then in September 2013, you started
23   working at Cumberland Medical Center.
24       A.      Yes.
25       Q.      And is that -- was that basically the same
```



```
 1   job responsibilities you had when Specialty Surgery --
 2   when you finished working with Specialty Surgery?
 3        A.     Okay.
 4        Q.     Scratch that.  Let me try over.
 5        A.     Okay.
 6        Q.     Even I realize that was confusing.
 7        A.     Okay.
 8        Q.     When you ceased working with Specialty
 9   Surgery, I believe you said that they were
10   dissolved --
11        A.     Uh-huh (affirmative).
12        Q.     -- sometime around June, July, August
13   September of 2013 --
14        A.     Uh-huh (affirmative).
15        Q.     -- and you started working for Cumberland
16   Medical Center.
17               Did you hold the same job title and
18   responsibilities with Cumberland Medical Center that
19   you had held with Specialty Surgery?
20        A.     No.
21        Q.     Okay.  What was the difference?
22        A.     With Cumberland Medical Center, I am a
23   staff nurse.
24        Q.     Okay.
25        A.     No management responsibilities.
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1        Q.     Okay.  Who handles the management for
 2   Cumberland Medical Center?
 3        A.     For my endoscopy department, it's Pam
 4   Kendrix.
 5        Q.     Do you work for Cumberland Medical Center
 6   now?
 7        A.     Yes.
 8        Q.     You receive -- your paycheck says
 9   Cumberland Medical Center on it?
10        A.     Yes.
11        Q.     Okay.  Okay.  I want to hand you a document
12   that's previously been marked as Exhibit 84 to the
13   Lister deposition.  And if I mispronounce anyone's
14   names, just please correct me.  It's not intentional.
15   It's through ignorance.  So is it Calisher?  Is that
16   how it's pronounced?
17        A.     Yes.
18        Q.     Have you seen this document before?
19        A.     No.
20        Q.     Have you flipped through to look at the
21   pages behind it, please.  The question I'm going to
22   ask you once you finish looking through that is:  Have
23   you seen this document before?
24        A.     No, I have never seen this document.
25        Q.     You've never seen it before?
```


100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1      A.      No.
 2      Q.      Okay.  All right.
 3      A.      Not to my recollection.
 4      Q.      Okay.  Let's talk about that time in
 5   approximately 2009 when Calisher was hired.  What was
 6   your understanding of why Calisher was hired by
 7   Specialty Surgery?
 8      A.      My understanding at that time, Calishers
 9   was coming in to rewrite our insurance contracts and
10   manage the operation of the center.
11      Q.      And by manage the operation of the center,
12   that would be payroll, that would be vendor payments,
13   that would be procurement, those sorts of things; is
14   that correct?
15      A.      My understanding was when they come in, any
16   decisions as far as staff, changes in policy, vendors,
17   everything had to go through the Calishers.
18      Q.      So let's talk specifically about
19   pharmaceutical products since that's kind of why we're
20   all here today.  If you needed to order more of a
21   specific pharmaceutical product during your weekly
22   review of inventory, would you go to Calisher and say,
23   "We need to order X amount of this drug," or would you
24   just -- or how would that work?  What would that
25   process be?
```

