Case 1:13-md-02419-RWZ   Document 2921-3   Filed 06/06/16   Page 1 of 7

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF LARRY MOORE on 07/08/2015       Page 1

```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2

 3


 4
    IN RE: NEW ENGLAND
 5  COMPOUNDING PHARMACY,
    INC. PRODUCTS LIABILITY      MDL No. 2419
 6  LITIGATION
                                 Master Dkt:
 7                               1:13-md-02419-RWZ
    ~~~~~~~~~~~~~~~~~~~~~~
 8  THIS DOCUMENT RELATES
    TO:
 9

10  All Actions

11

    ~~~~~~~~~~~~~~~~~~~~~~~~
12

13
            30(b)(6) VIDEOTAPED DEPOSITION OF
14                     LARRY MOORE

15
                       9:26 a.m.
16                    July 8, 2015

17

18             305 East Spring Street
                Cookeville, Tennessee
19

20
         Blanche J. Dugas, RPR, CCR No. B-2290
21

22

23

24

25
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2921-3   Filed 06/06/16   Page 2 of 7

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF LARRY MOORE on 07/08/2015                Page 2

```
 1                    APPEARANCES OF COUNSEL

 2   On Behalf of the Plaintiffs:
          MARK P. CHALOS, Esquire
 3        Lieff, Cabraser, Heimann & Bernstein, LLP
          Suite 1650, One Nashville Place
 4        150 Fourth Avenue
          Nashville, Tennessee  37219-2423
 5        (615) 313-9000
          (615) 313-9965 (facsimile)
 6        mchalos@lchb.com

 7   On Behalf of Specialty Surgery Center - Crossville,
     PLLC; Kenneth R. Lister, M.D.; Kenneth R. Lister,
 8   M.D., PC:
          PARKS T. CHASTAIN, Esquire
 9        Brewer, Krause, Brooks & Chastain, PLLC
          Suite 2600
10        611 Commerce Street
          Nashville, Tennessee  37203
11        (615) 256-8787
          (615) 256-8985 (facsimile)
12        pchastain@bkblaw.com

13   On Behalf of The Deponent:
          F. MICHAEL FITZPATRICK, Esquire
14        Arnett, Draper & Hagood
          Suite 2300
15        First Tennessee Plaza
          Knoxville, Tennessee  37929-2300
16        (865)546-7000
          (865)546-0423 (facsimile)
17        mfitzpatrick@adhknox.com

18          ~~ Attorneys Appearing Via Video Stream ~~

19   On Behalf of Saint Thomas Outpatient Neurosurgical
     Center, LLC; Howell Allen, a Professional Corporation;
20   John W. Culclasure, M.D.; Debra V. Schamberg, RN:
          JAMES C. SPERRING, Esquire
21        Gideon, Cooper & Essary, PLC
          Suite 1100
22        315 Deaderick Street
          Nashville, Tennessee 37238
23        (615) 254-0400
          (615) 254-0459 (facsimile)
24        james@gideoncooper.com

25
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2921-3   Filed 06/06/16   Page 3 of 7

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF LARRY MOORE on 07/08/2015                    Page 64

```
 1    occur prior to 2012?  In other words, there were
 2    discussions and I think you said in 2010, as early as
 3    2010?
 4          A.    Uh-huh (affirmative).
 5          Q.    Why didn't the sale occur then and did not
 6    until until June of 2013?
 7          A.    The principals at the surgery center felt
 8    the value was greater than the offer -- than the fair
 9    market value analysis.
10          Q.    Do you know what changed their minds?
11          A.    Do not.  Can't speak for that.
12          Q.    Let's look at Page 5 of Exhibit 460.
13    Looking at Article 1 of the asset purchase agreement.
14    Do you see that?
15          A.    Uh-huh (affirmative).
16          Q.    It says, purchase and sale of the assets?
17          A.    Uh-huh (affirmative).
18          Q.    Section 1.1 says, assets transferred.  Do
19    you see that?
20          A.    Uh-huh (affirmative).
21          Q.    So this is the list of the assets of
22    Specialty Surgery Center that were actually
23    transferred to CMC; is that right?
24          A.    Correct.
25          Q.    And did that asset purchase actually occur?
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2921-3   Filed 06/06/16   Page 4 of 7

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF LARRY MOORE on 07/08/2015                Page 65

```
 1      A.      Yes, sir.
 2      Q.      So first, in this category, CMC purchased
 3  the real property located on Brown Avenue in
 4  Crossville, Tennessee; is that right?
 5      A.      Yes, sir.
 6      Q.      So I've seen two different addresses listed
 7  on various documents.  There's 118 and 116 Brown
 8  Avenue.  Do you know what the difference is, if there
 9  is any?
10      A.      I don't -- I don't know the difference.
11  Can't answer that.
12      Q.      Okay.  Are there any -- and let me show you
13  what I mean.  For example, if you look at Page 31,
14  0031 --
15      A.      Okay.
16      Q.      -- this is the -- under the notices
17  paragraph or notices provision where notices under the
18  contract have to go to certain people, it says, if to
19  see -- SSC, addressed to Dr. Simpson at 118 Brown
20  Avenue.  Do you see that?
21      A.      Yes, sir.
22      Q.      Is there a building that's adjacent to the
23  Specialty Surgery Center that --
24      A.      Yes, sir.
25      Q.      Okay.  And that -- what's in there now, do
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2921-3   Filed 06/06/16   Page 5 of 7

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF LARRY MOORE on 07/08/2015                Page 66

```
 1  you know?
 2       A.    Dr. Jon Simpson's practice.
 3       Q.    I see.  And that still exists today?
 4       A.    Yes, sir.
 5       Q.    Okay.  The Specialty Surgery Center itself
 6  was located at 116 Brown Avenue?
 7       A.    Correct.
 8       Q.    And Dr. Simpson's building or the building
 9  where Dr. Simpson's practice is was not part of the
10  asset purchase; right?
11       A.    Correct.
12       Q.    Thank you for clarifying that.  The second
13  category of assets that CMC purchased include the
14  tangible personal property of SSC, which includes the
15  furniture, fixtures, equipment, supplies, inventory
16  and other tangible personal property owned by the
17  seller and used in the seller's operation; is that
18  right?
19       A.    Correct.
20       Q.    That includes medical equipment?
21       A.    Yes, sir.
22       Q.    And that is -- those items are listed, I
23  believe, in Exhibit A which starts on Page 58 of
24  Exhibit 460; is that right?
25       A.    Yes, sir.
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2921-3   Filed 06/06/16   Page 6 of 7

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF LARRY MOORE on 07/08/2015
Page 67

```
 1       Q.      Looking at Exhibit A, starting on Page 58
 2  and runs through 62, Page 62, these are -- for
 3  example, if we look at the first page, it says OR No.
 4  1.  Do you see that?  I'm looking on Page 58.
 5       A.      Yes.
 6       Q.      On the very top, it says OR No. 1?
 7       A.      Uh-huh (affirmative).
 8       Q.      Is that Operating Room No. 1?
 9       A.      Correct.
10       Q.      And all this stuff listed here in that
11  section, OR No. 1, that's all the medical equipment
12  that was in the operating room; is that right?
13       A.      At that time, yes.
14       Q.      Okay.  And then there's something separate
15  called an endoscopy room or is that part of OR No. 1?
16       A.      That's a separate room.
17       Q.      What's an endoscopy?
18       A.      It could be a colonoscopy, it could be both
19  down your throat and the other way.
20       Q.      Okay.  How many operating rooms at that
21  time were in the Specialty Surgery Center facility?
22       A.      Two.  These two rooms.
23       Q.      Do you know in which room the epidural
24  steroid injections were given?
25       A.      I do not know.
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2921-3   Filed 06/06/16   Page 7 of 7

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF LARRY MOORE on 07/08/2015                Page 68

```
 1      Q.      Is there anything about the equipment
 2   that -- and if you look on Page 60, there's a list of
 3   the materials that were in Operating Room No. 2 or the
 4   equipment that was in Operating Room No. 2.  Is there
 5   anything about the equipment that tells you one way or
 6   another which room Specialty Surgery Center used for
 7   the epidural steroid injections?
 8              MR. FITZPATRICK:  You're asking him
 9    as a layman, not as a doctor.
10              MR. CHALOS:  Right.
11      Q.      (By Mr. Chalos)  You're not a doctor.
12      A.      I'm not a doctor, so I can't tell that you.
13      Q.      That's fine.  Did you let Dr. Fox keep his
14   son's ball team picture?
15      A.      I don't remember.
16      Q.      I sure hope you did.
17              MR. FITZPATRICK:  Of Payron Manning.
18              MR. CHALOS:  Yeah, old Payron.
19      Q.      (By Mr. Chalos)  Okay.  And then on the
20   last page, Exhibit 62, these are additional appliances
21   and other equipment that was in the facility as well;
22   right?
23      A.      Correct.
24      Q.      Looks like some microwave and washers and
25   maybe a dishwasher, dryer; right?
```

