UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No.: 13-2419<br>Dkt. No 1:13-md-2419 (RWZ) |
| This Document Relates to:<br><br>  *Taylor v. Ameridose, LLC, et al.*<br>  No. 1:13-cv-12673 (RWZ)<br><br>and<br><br>  *Certain Cases Filed against the Saint Thomas Entities* | |

**STIPULATION AND NOTICE OF CORRECTION REGARDING
SAINT THOMAS ENTITIES' MOTION FOR LEAVE TO FILE MOTION TO DISMISS
FOR LACK OF SERVICE OR FAILURE TO COMPLY WITH THE TENNESSEE
HEALTH CARE LIABILITY ACT, OR IN THE ALTERNATIVE, MOTION FOR
SUMMARY JUDGMENT**

The Saint Thomas Entities[1] previously moved this Court for leave to file a motion to dismiss for lack of service or failure to comply with the Tennessee Health Care Liability Act, or in the alternative, a motion for summary judgment and joinder in Saint Thomas Outpatient Neurosurgical Center's motion to dismiss all actions in which Plaintiffs failed to comply with Tenn. Code Ann. § 29-26-122.[2]

A list of the cases to which the Saint Thomas Entities' Motion applied was attached to the Motion as Exhibit A.[3]  It has now come to the attention of the Saint Thomas Entities that the case

---

[1] Saint Thomas West Hospital, formerly known as St. Thomas Hospital ("Hospital"), Saint Thomas Network ("Network"), and Saint Thomas Health ("Health") (collectively, the "Saint Thomas Entities").
[2] Dkt. 2879.
[3] Dkt. 2879-1.

filed by Barbara and Lanny Taylor, No. 1:13-cv-12673, was erroneously included on the list of cases subject to dismissal.

Accordingly, the parties stipulate and agree that *Taylor v. Ameridose, LLC, et al*, No. 1:13-cv-12673, should be stricken and removed *nunc pro tunc* from the Saint Thomas Entities' Motion and Exhibit.[4] *Taylor v. Ameridose, LLC, et al.*, No. 1:13-cv-12673 is not among the cases the Saint Thomas Entities seek to dismiss for failure to satisfy the certificate of good faith requirements of the Tennessee Health Care Liability Act.

---

[4] The Parties do not currently intend to litigate the Saint Thomas Entities' Motion in light of the Court's May 23, 2016 stay of the proceedings. The Parties file this stipulation to ensure clarity in the record that *Taylor* is not subject to dismissal for procedural errors.

Respectfully submitted,

SAINT THOMAS WEST HOSPITAL, FORMERLY KNOWN AS ST. THOMAS HOSPITAL, SAINT THOMAS NETWORK, AND SAINT THOMAS HEALTH

By their attorneys,

*/s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig**
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek**
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman**
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer**
Texas State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
(512) 482-9300
(512) 482-9303 (FAX)

BARBARA TAYLOR AND LANNY TAYLOR

By their attorneys,

**SHUTTLEWORTH WILLIAMS, PLLC**

<u>/S/ Michael G. Derrick by permission</u>
**Michael G. Derrick (#14820)\***
mderrick@shuttleworthwilliams.com
22 North Front Street, Suite 850
Memphis, Tennessee 38103
(901) 526-7399

**Robert W. Briley (#18560)\***
rbriley@shuttleworthwilliams.com
401 Church Street, Suite 2700
Nashville, Tennessee 37219
(615) 833-3390

*Attorneys for Barbara and Lanny Taylor*

---

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 10th day of June, 2016.

<u>/s/ Sarah P. Kelly</u>
**Sarah P. Kelly**