UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATIONS<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2419<br>No. 1:13-md-02419-RWZ |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter the appearance of the undersigned as additional counsel for the following Plaintiffs in the above-captioned case:

1. Michael R. Kennedy and Barbara Kennedy
    a. 1:13-cv-13227; 1:14-cv-13689
2. Leslie G. Musselwhite
    a. 1:13-cv-13228; 1:14-cv-13676
3. Joseph Brady and Rebecca Brady
    a. 1:14-cv-10284
4. Sally L. Pettit and Jeff Pettit
    a. 1:14-cv-11224
5. Pinal Patel, individually and as Personal Representative of the Estate of Gokulbhai Maganbhai Patel
    a. 1:13-cv-12061
6. Donna Montee
    a. 1:13-cv-12657
7. David L. Cooper, Individually, and David L. Cooper and Kimberly J. Bradley Cooper, as Co-Personal Representatives of the Estate of Pamela R. Cooper
    a. 1:13-cv-12659
8. Michelle Janin Luna, Individually, as Executor of the Estate of Selwyn Wynstock, and on behalf of the Beneficiaries of the Estate
    a. 1:14-cv-12884
9. John Edward Jeffries, by and through his Successor in Interest Clay C. Jeffries; and Clay C. Jeffries, Cynthia A. Cardey, Patrick J. Jeffries, Wynema K. Hyndman, John E. Jeffries, Jr. and Reed Jeffries Individually
    a. 1:14-cv-12789
10. Susan M. Edwards
    a. 1:13-cv-13209
11. John D. Overstreet and Joann Overstreet
    a. 1:14-cv-13760

12. Wilma S. Carter and Lawrence Carter
    a.  1:13-cv-12187

Dated:  June 21, 2016

Respectfully Submitted,

*/s/ Justin A. Browne*
Justin A. Browne, Esquire
(Bar No. 29164)
Janet, Jenner & Suggs, LLC
1777 Reisterstown Road, Suite 165
Baltimore, Maryland 21208
T: (410) 653-3200
F: (410) 653-6903
jbrowne@myadvocates.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day 21st of June 2016, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

*/s/ Justin A. Browne*
Justin A. Browne, Esquire