List of Cases Involving The Box Hill Defendants in The Multidistrict Litigation

(1) Handy v. Box Hill Surgery Center, LLC, et al. No.: 1:14-cv-14019-RWZ

(2) Armetta v. Box Hill Surgery Center, LLC, et al. No.: 1:14-cv-14022-RWZ

(3) Torbeck v. Box Hill Surgery Center, LLC, et al. No.: 1:14-cv-14023-RWZ

(4) Kashi v. Box Hill Surgery Center, LLC, et al. No.: 1:14-cv-14026-RWZ

(5) Bowman v. Box Hill Surgery Center, LLC, et al. No.: 1:14-cv-14028-RWZ

(6) Dreisch v. Box Hill Surgery Center, LLC, et al. No.: 1:14-cv-14029-RWZ

(7) Davis v. Box Hill Surgery Center, LLC, et al. No.: 1:14-cv-14033-RWZ

(8) Farthing v. Box Hill Surgery Center, LLC, et al. No.: 1:14-cv-14036-RWZ


EXHIBIT 1