# Greg Kirby

| | |
|---|---|
| **From:** | Justin A. Browne <JBrowne@myadvocates.com> |
| **Sent:** | Wednesday, June 1, 2016 11:15 AM |
| **To:** | Greg Kirby |
| **Cc:** | Tia Baysmore; Kimberly A. Dougherty |
| **Subject:** | RE: NECC- Erlanger Health Systems- Third Amended Notice to Take Deposition by Written Questions |

Greg, none of those cases are ours, so I have to defer to Patti and Sharon on that. The PSC's position is memorialized in the proposed show cause order, which as I interpret it is to remand unless each individual counsel has a different take, and if so, let them make the case for that, so I'd have to defer to them. Sorry I cannot be of any help.

Regards,

*Justin A. Browne, Esq.*

Janet, Jenner & Suggs, LLC
Commerce Centre East
1777 Reisterstown Road, Suite 165
Baltimore, Maryland  21208
(410)-653-3200
(410)-653-9030(fax)
jbrowne@myadvocates.com
www.MyAdvocates.com
**LinkedIn Connect**: http://www.linkedin.com/in/justinbrownejd

**From:** Greg Kirby [mailto:gkirby@pklaw.com]
**Sent:** Wednesday, June 01, 2016 11:11 AM
**To:** Justin A. Browne
**Cc:** Tia Baysmore; Kimberly A. Dougherty
**Subject:** RE: NECC- Erlanger Health Systems- Third Amended Notice to Take Deposition by Written Questions

Lots of moving parts. That apparently was the idea. I should get a cup of coffee.

While I have your attention, would you care to discuss the PSC's position on whether it would object to the 8 Box Hill MDL cases being remanded back to Maryland to be in line with the 26 other state court cases all in Harford County? I realize part of that consideration is what local plaintiffs' counsel feel about the issue, and I'm trying to set up a conference call. That said, I'd love to get your take on it. Of course, if you want, I can spell out the myriad reasons why remand makes the most sense for all of us including Plaintiffs' counsel. Let me nknow if you have a chance to talk.

Greg

**Gregory K. Kirby**
Attorney
901 Dulaney Valley Road | Suite 500 | Towson, MD | 21204
Phone: (410)938-8800 ext. 6143 | Direct Dial: (410)769-6143
Fax: (410)832-5644


EXHIBIT

1