# Greg Kirby

| | |
|---|---|
| **From:** | Greg Kirby |
| **Sent:** | Wednesday, June 8, 2016 11:30 AM |
| **To:** | 'kristenj@hbsslaw.com' |
| **Cc:** | Catherine Steiner |
| **Subject:** | NECC-Box Hill-Notice of Intent to Show Cause for Remand of Box Hill Cases |

Kristen,

Pursuant to the PSC's notice of filing of/and Proposed Order to Show Cause for Remand and Transfer [Dkt. 2914 and 2914-1], as well as the corrected timeframe outlined in Dkt. 2917 and 2917-1, I am letting you know that the Box Hill Defendants intend to file a response by the June 16th deadline proposed in your filings to show cause for transfer out of the MDL.

I mentioned the same thing during the May status conference and Box Hill was referenced in your filings. There are many reasons, not the least of which is the fact that there are only 8 Box Hill cases in the MDL and 26 Box Hill cases in state court and all of the cases involve all Maryland parties and actions and care that occurred in Maryland. In essence, Box Hill is more aligned with the health care providers that have 4 fewer cases filed against it, for which you are proposing transfer.

Does the PSC have a position concerning transfer of the 8 Box Hill cases?

Should you have any questions, please let me know.

Greg

**Gregory K. Kirby**
Attorney
901 Dulaney Valley Road | Suite 500 | Towson, MD | 21204
Phone: (410)938-8800 ext. 6143 | Direct Dial: (410)769-6143
Fax: (410)832-5644
gkirby@pklaw.com
Attorney Bio | About Us



1



EXHIBIT 3