# EXHIBIT 1

1. Kennedy, et al. v. Unifirst, et al., 1:13-cv-13227; Kennedy, et al. v. Advanced Pain & Anesthesia Consultants, et al., 1:14-cv-13689

    a. Plaintiffs Michael R. Kennedy and Barbara Kennedy originally filed in Massachusetts, so their case would be "remanded" to this Court and is therefore properly litigated where it is.

2. Musselwhite v. Unifirst, et al., 1:13-cv-13228; Musselwhite v. Advanced Pain & Anesthesia Consultants, et al., 1:14-cv-13676

    a. Plaintiff Leslie G. Musselwhite originally filed in Massachusetts, so his case would be "remanded" to this Court and is therefore properly litigated where it is.

3. Wynstock, et al. v. Ameridose, et al., 1:14-cv-12884

    a. Plaintiff Michelle Janin Luna, Individually, as Executor of the Estate of Selwyn Wynstock, and on behalf of the Beneficiaries of the Estate, originally filed in Massachusetts, so her case would be "remanded" to this Court and is therefore properly litigated where it is.

4. Jeffries, et al. v. Ameridose, et al., 1:14-cv-12789

    a. Plaintiff John Edward Jeffries, by and through his Successor in Interest Clay C. Jeffries, and Clay C. Jeffries, Cynthia A. Cardey, Patrick J. Jeffries, Wynema K. Hyndman, John E. Jeffries, Jr. and Reed Jeffries Individually, originally filed in Massachusetts, so his case would be "remanded" to this Court and is therefore properly litigated where it is.

5. Edwards v. Unifirst, et al., 1:13-cv-13209

    a. Plaintiff Susan M. Edwards originally filed in Massachusetts, so her case would be "remanded" to this Court and is therefore properly litigated where it is.