UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>15-cv-11367-RWZ | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO ORDER TO SHOW CAUSE CONCERNING
REMAND AND TRANSFER [ECF NO. 2928]**

Plaintiffs' counsel is currently conferring with the personal representative and counsel for the Estate of Alice F. Thompson and hereby requests an additional 14 days to respond to the Court's Order to Show Cause Concerning Remand and Transfer [ECF No. 2928].

| | |
|---|---|
| Dated: June 21, 2016 | Respectfully submitted,<br><br>**/s/ Kristen A. Johnson**<br>Thomas M. Sobol, BBO # 471770<br>Kristen A. Johnson, BBO # 667261<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA  02142<br>(617) 482-3700<br>tom@hbsslaw.com<br>kristenj@hbsslaw.com<br><br>*Counsel for plaintiffs* |

**CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: June 21, 2016                                **/s/ Kristen A. Johnson**
                                                    Kristen A. Johnson, BBO # 667261