# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATIONS<br><br>THIS DOCUMENT RELATES TO:<br>Kennedy, et al. v. Unifirst, et al., No. 1:13-cv-13227; Kennedy, et al. v. Advanced Pain & Anesthesia Consultants, et al., No. 1:14-cv-13689<br><br>Musselwhite v. Unifirst, et al., No. 1:13-cv-13228; Musselwhite v. Advanced Pain & Anesthesia Consultants, et al., No. 1:14-cv-13676<br><br>Wynstock, et al. v. Ameridose, et al., No. 1:14-cv-12884<br><br>Jeffries, et al. v. Ameridose, et al., No. 1:14-cv-12789<br><br>Edwards v. Unifirst, et al., No. 1:13-cv-13209 | MDL No. 2419<br>No. 1:13-md-02419-RWZ |

## MOTION FOR LEAVE TO APPEAR BY TELEPHONE

NOW COME Plaintiffs Michael R. Kennedy, Barbara Kennedy, Leslie G. Musselwhite, Michelle Janin Luna, Clay C. Jeffries and Susan M. Edwards, by and through their attorneys, Janet, Jenner & Suggs, LLC, and hereby file this Motion for Leave to Appear by Telephone in the above-captioned matter. In support thereof we submit as follows:

1. Attorney Justin A. Browne represents the above-named Plaintiffs in the above-referenced cases and requests leave to speak by telephone during the discovery hearing (before Judge Boal at 11:30 am) and status conference (before both Judge Zobel and Judge Boal at 2:00 pm) scheduled on June 22, 2016.

2. Should the Court so request, counsel is prepared to speak on the issue of the Court's Order to Show Cause regarding the remand and transfer of the above-mentioned cases. Counsel filed a response to the Court's order (Dkt. 2942) on June 21, 2016.

Wherefore, Plaintiffs respectfully pray that this Honorable Court:

A. Allow counsel to be heard, if so required by the Court; and

B. Grant any other relief that is just and necessary.

Plaintiffs,

By Their Attorney,

Dated:  June 21, 2016

*/s/ Justin A. Browne*
Justin A. Browne, Esquire
(Bar No. 29164)
Janet, Jenner & Suggs, LLC
1777 Reisterstown Road, Suite 165
Baltimore, Maryland 21208
T: (410) 653-3200
F: (410) 653-6903
jbrowne@myadvocates.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day 21st of June 2016, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ Justin A. Browne
Justin A. Browne, Esquire