Dennis K. Ames, Esq., Cal. State Bar# 81460
E-mail: Dames@ljdfa.com
(*Application for Pro Hac Vice pending*)
Robert J. Iacopino, Esq., Cal. State Bar# 279754
E-mail: Riacopino@ljdfa.com
(*Application for Pro Hac Vice pending*)
**LA FOLLETTE, JOHNSON, DE HAAS,
FESLER & AMES**
2677 N. Main Street, Suite 901
Santa Ana, CA 92705
Telephone: (714) 558-7008
Facsimile: (714) 972-0379

Attorneys for Defendants
EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., and FULLERTON
ORTHOPAEDIC SURGERY MEDICAL GROUP, INC.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>*Jeffries, et al. v. Ameridose, et al.*<br>Docket No. 1:14-cv-12789-RWZ | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MEMORANDUM RE THE COURTS'
ORDER TO SHOW CAUSE RE REMAND AND TRANSFER**

Pursuant to the Court's Corrected Order to Show Cause Concerning Remand and Transfer [Dkt. 2928], Defendants, Eugen D. Williams, M.D., Linda Lui Luong, P.A., and Fullerton Orthopaedic Surgery Medical Group, Inc., hereby respond in opposition to Plaintiffs' Memorandum. Defendants' assert that remand and transfer of this specific case, *Jeffries, et al. v. Ameridose, et al.* [1:14-cv-12789-RWZ], is appropriate and there are no efficiencies to be gained by maintaining the case in the MDL.

## THIS MATTER IS CURRENTLY IN ARBITRATION
## PURSUANT TO THIS COURT'S PRIOR ORDER

On April 29, 2015, pursuant to the stipulation of the parties, this Court ordered that this matter be stayed pending binding arbitration between the parties. See Stipulation and Order [Dkt. 1807], attached hereto as Exhibit A.

Because this matter is currently in arbitration, it is not directly subject to the day-to-day developments and orders in the MDL. Thus, there is no benefit to be gained by having this matter remain in the MDL.

Moreover, while this Court maintained jurisdiction of the case pending the binding arbitration, the Court is currently acting in more of a supervisory capacity. There is no reason why this supervisory function could not be performed equally well by the U.S. District Court for the Central District of California, which is the originating court for this action.

Furthermore, because this matter is in arbitration, Plaintiff's purported concerns regarding disparate rulings and settlement prospects are nonsensical. Regardless of whether this case remains stayed in the MDL or remains stayed in the Central District of California, all substantive rulings will be made by the neutral arbitrator, not by the court. Thus, there is no rational basis for Plaintiff's concerns.

Even if the case were not in arbitration, California would be the more appropriate venue. This case involves claims that California health care providers negligently treated a patient who was a resident of California and that the treatment occurred in California. The case is subject to California law. In particular, three of Plaintiffs' causes of action are specifically for alleged violation of California statutes.

## CONCLUSION

Given all of the foregoing, there is simply no efficiency to be gained by keeping this case in the MDL, especially as this case is currently in arbitration.

Accordingly, Defendants respectfully request that the Court order that this case, *Jeffries, et al. v. Ameridose, et al.* [1:14-cv-12789-RWZ], be remanded to the United States District Court for the Central District of California.

Dated: January 15, 2015

                        LA FOLLETTE, JOHNSON, DEHAAS, FESLER & AMES

                        BY: _____
                              DENNIS K. AMES, ESQ.
                              ROBERT J. IACOPINO, ESQ.
                              Attorneys for Defendants
                              EUGEN D. WILLIAMS, M.D.,
                              LINDA LUI LUONG, P.A., and
                              FULLERTON ORTHOPAEDIC
                              SURGERY MEDICAL GROUP, INC.

| | |
|---|---|
| 1 | Dennis K. Ames, Esq., Cal. State Bar# 81460 |
|   | E-mail: DAmes@ljdfa.com |
| 2 | Robert J. Iacopino, Esq., Cal. State Bar# 279754 |
|   | E-mail: RIacopino@ljdfa.com |
| 3 | **LA FOLLETTE, JOHNSON, DE HAAS,** |
|   | **FESLER & AMES** |
| 4 | 2677 N. Main Street, Suite 901 |
|   | Santa Ana, CA 92705 |
| 5 | Telephone: (714) 558-7008 |
|   | Facsimile: (714) 972-0379 |

Attorneys for Defendants
EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., and FULLERTON ORTHOPAEDIC SURGERY MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO: Jeffries, et al. v. Ameridose, et al. Docket No.1:14-cv-12789-RWZ | |

## STIPULATION TO STAY THE ACTION BETWEEN THE ARBITRATING PARTIES PENDING BINDING ARBITRATION; [PROPOSED] ORDER

WHEREAS on June 30, 2014, this matter was transferred to this court from the United States District Court, for the Central District of California,

AND WHEREAS 9 USC §§ 3 and 4 provide that matters are referable to arbitration under a written agreement for arbitration and also for a stay of the trial of the action as to the arbitrating parties until arbitration has been completed,

AND WHEREAS plaintiffs' decedent, John Jeffries, and defendants Fullerton Orthopaedic Surgery Medical Group, Inc. (aka Fullerton Ortho. & Associates), Eugen D. Williams, M.D., as a partner of Fullerton Orthopaedic Surgery Medical Group, Inc., and Linda

1

ARBITRATION STIPULATION

EXHIBIT __A__

Lui Luong, P.A. as an employee of Fullerton Orthopaedic Surgery Medical Group, Inc., have previously contracted for binding arbitration of any dispute concerning medical malpractice, and the agreements provide that California law shall apply in the arbitration proceeding, and there being true and correct copies of the two Physician-Patient Arbitration Agreements ("Agreements") are attached as Exhibit "A" and "B,"

IT IS HEREBY STIPULATED by plaintiffs Clay C. Jeffries, individually and as successor in interest for John Edward Jeffries, Cynthia A. Cardey, Patrick J. Jeffries, Wynema K. Hyndman, John E. Jeffries, Jr., and Reed Jeffries, and defendants Eugen D. Williams, M.D., Linda Lui Luong, P.A., and Fullerton Orthopaedic Surgery Medical Group, Inc., and their respective counsel herein, to stay further proceedings in this action between the arbitrating parties, until binding contractual arbitration of the claims and controversies alleged herein has been completed in accordance with the procedures for arbitration as set forth in the contractual agreements between plaintiffs' decedent, John Jeffries, and defendant Fullerton Orthopaedic Surgery Medical Group, Inc.

IT IS FURTHER STIPULATED that this document may be signed in as many specimens as there are signatories to the agreement, and the original of this stipulation will be complete when the separate specimens, collected together as a single document, reflect that all signatories have executed the stipulation. Copies of fax signatures will have the same force and effect as original signatures.

DATED: January 29, 2015

LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES

By _____
DENNIS K. AMES, ESQ.
ROBERT J. IACOPINO, ESQ.
Attorneys for Defendants,
EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., and FULLERTON ORTHOPAEDIC SURGERY MEDICAL GROUP, INC.

Case 1:13-md-02419-RWZ   Document 2945   Filed 06/21/16   Page 6 of 7
Case 1:13-md-02419-RWZ   Document 1807   Filed 04/29/15   Page 1 of 1
Case 1:13-md-02419-RWZ   Document 1672-3   Filed 01/29/15   Page 1 of 1

## ORDER

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the trial in the above-entitled action between plaintiffs Clay C. Jeffries, individually and as successor in interest for John Edward Jeffries, Cynthia A. Cardey, Patrick J. Jeffries, Wynema K. Hyndman, John E. Jeffries, Jr., and Reed Jeffries, and defendants Eugen D. Williams, M.D., Linda Lui Luong, P.A., and Fullerton Orthopaedic Surgery Medical Group, Inc., is stayed between the arbitrating parties, pending binding arbitration in accordance with the Agreements between plaintiffs' decedent, John Jeffries, and defendants Fullerton Orthopaedic Surgery Medical Group, Inc.

DATED: 4/29/15

HONORABLE RYA W. ZOBEL,
UNITED STATES DISTRICT JUDGE

ARBITRATION STIPULATION

## CERTIFICATE OF SERVICE

      I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. I am employed with the law offices of La Follette, Johnson, De Haas, Fesler & Ames, 2677 N. Main Street, Suite 901, Santa Ana, California 92705.

      On the below date, I electronically served a true and correct copy of the document entitled **DEFENDANTS' RESPONSE TO PLAINTIFFS' MEMORANDUM RE THE COURTS' ORDER TO SHOW CAUSE RE REMAND AND TRANSFER** on all parties in MDL No. 2419 via CM/ECF.

      I declare that I am employed in the office of an attorney admitted to practice before this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on June 21, 2016, at Santa Ana, California.

                                       */s/ Monica Salt*
                                      MONICA SALT