**EXHIBIT A: SUMMARY OF RESPONSES TO THE COURT'S ORDER TO SHOW CAUSE CONCERNING REMAND AND TRANSFER [DKT. 2928]**

| # | Case. No (D. Mass.) | Caption | Clinic Defendant | Transferor Court (including direct-filed cases) | Response to Show Cause Order |
|---|---|---|---|---|---|
| 1 | 1:13-cv-13227 | *Kennedy v. Unifirst* | Advanced Pain & Anesthesia Consultants, PC | District of Massachusetts Case No: 13-cv-13227 | Plaintiffs' objection to remand [Dkt. 2942] |
| 2 | 1:13-cv-13228 | *Musselwhite v. Unifirst* | Advanced Pain & Anesthesia Consultants, PC | District of Massachusetts Case No: 13-cv-13228 | Plaintiffs' objection to remand [Dkt. 2942] |
| 3 | 1:14-cv-13676 | *Musselwhite v. Advanced Pain & Anesthesia Consultants* | Advanced Pain & Anesthesia Consultants, PC | Northern District of Illinois Eastern Division Case No: 14-cv-6903 | Plaintiffs' objection to remand [Dkt. 2942] |
| 4 | 1:14-cv-13689 | *Kennedy v. Advanced Pain & Anesthesia Consultants* | Advanced Pain & Anesthesia Consultants, PC | Northern District of Illinois Eastern Division Case No: 14-cv-6898 | Plaintiffs' objection to remand [Dkt. 2942] |
| 5 | 1:14-cv-10284 | *Brady v. Cincinnati Pain Management Consultants* | Cincinnati Pain Management Consultants, Inc. | Southern District of Ohio Western Division Case No: 13-cv-00916 | |
| 6 | 1:14-cv-11224 | *Pettit v. Cincinnati Pain Management Consultants* | Cincinnati Pain Management Consultants, Inc. | Southern District of Ohio Western Division Case No: 14-cv-00198 | |
| 7 | 1:14-cv-10432 | *Witt v. Cincinnati Pain Management Consultants* | Cincinnati Pain Management Consultants, Inc. | Southern District of Ohio Western Division Case No: 13-cv-00655 | |
| 8 | 1:14-cv-11856 | *Gibson v. Liberty Industries* | Cincinnati Pain Management Consultants, Inc. | District of Massachusetts Case No: 14-cv-11856 | |
| 9 | 1:14-cv-13739 | *Hosea v. UniFirst* | OSMC Outpatient Surgery Center | Northern District of Indiana Case No: 14-cv-01878 | |
| 10 | 1:14-cv-14669 | *Hancock v. UniFirst* | OSMC Outpatient Surgery Center | Northern District of Indiana Case No: 14-cv-01770 | |

# EXHIBIT A: SUMMARY OF RESPONSES TO THE COURT'S ORDER TO SHOW CAUSE CONCERNING REMAND AND TRANSFER [DKT. 2928]

| # | Case. No (D. Mass.) | Caption | Clinic Defendant | Transferor Court (including direct-filed cases) | Response to Show Cause Order |
|---|---|---|---|---|---|
| 11 | 1:14-cv-13708 | *Patel v. OSMC* | OSMC Outpatient Surgery Center | District of Massachusetts Case No: 14-cv-13708 | |
| 12 | 1:13-cv-12076 | *Allen v. Ameridose* | Ambulatory Care Center | District of Massachusetts Case No: 13-cv-12076 | |
| 13 | 1:14-cv-14668 | *Griggs v. Unifirst* | Ambulatory Care Center | Southern District of Indiana Case No: 14-cv-00112 | |
| 14 | 1:14-cv-13027 | *Moore v. Unifirst* | Ambulatory Care Center | District of Massachusetts Case No: 14-cv-13027 | |
| 15 | 1:13-cv-12657 | *Montee v. BKC Pain Specialists* | BKC Pain Specialists, LLC | Northern District of Ohio Case No: 13-cv-02139 | |
| 16 | 1:13-cv-12659 | *Cooper v. BKC Pain Specialists* | BKC Pain Specialists, LLC | Northern District of Ohio Case No: 13-cv-02140 | |
| 17 | 1:14-cv-12884 | *Wynstock v. Ameridose* | Encino Outpatient Surgery Center | Central District of California Case No: 14-cv-04237 | Plaintiffs' objection to remand [Dkt. 2942] |
| 18 | 1:13-cv-12015 | *Younani v. NECC* | Encino Outpatient Surgery Center | Central District of California Case No: 13-cv-05446 | |
| 19 | 1:13-cv-10685 | *Hanson v. NECC* | Ocean State Pain Management | District of Massachusetts Case No: 13-cv-10685 | |
| 20 | 1:13-cv-10943 | *Simas v. NECC* | Ocean State Pain Management | District of Massachusetts Case No: 13-cv-10943 | Plaintiffs' objection to remand [Dkt. 2931]; Ocean State advocating remand [Dkt. 2937] |
| 21 | 1:14-cv-10362 | *Eldreth v. Sunrise Hospital* | Sunrise Hospital and Medical | District of Nevada Case No: 13-CV-1910 | |
| 22 | 1:14-cv-10373 | *Henley v. UniFirst* | Dallas Back Pain Management | Northern District of Texas Case No: 13-cv-04949 | |

**EXHIBIT A: SUMMARY OF RESPONSES TO THE COURT'S ORDER TO SHOW CAUSE CONCERNING REMAND AND TRANSFER [DKT. 2928]**

| # | Case. No (D. Mass.) | Caption | Clinic Defendant | Transferor Court (including direct-filed cases) | Response to Show Cause Order |
|---|---|---|---|---|---|
| 23 | 1:14-cv-12789 | *Jeffries v. Ameridose* | Fullerton Orthopaedic Surgery Medical Group | Central District of California Case No: 14-cv-00844 | Plaintiffs' objection to remand [Dkt. 2942]; Fullerton advocating remand [Dkt. 2945] |
| 24 | 1:14-cv-12328 | *Tashima v. NECC* | Sequoia Surgery Center | Eastern District of California Case No: 14-cv-01183 | |
| 25 | 1:15-cv-11367 | *Gilliam v. Chowdhury* | Doctors and employees of Marion Pain Management | Northern District of Ohio Case No: 15-cv-00430 | Plaintiffs' motion for extension of time to respond [Dkt. 2943] |
| 26 | 1:13-cv-13209 | *Edwards v. Unifirst* | MAPS | District of Massachusetts Case No: 13-cv-13209 | Plaintiffs' objection to remand [Dkt. 2942] |
| 27 | 1:14-cv-13548 | *Birge v. Unifirst* | Wellspring Pain Solutions Clinic | Southern District of Indiana Case No: 14-cv-01203 | |
| 28 | 1:14-cv-10430 | *Daugherty v. PCA* | PCA Pain Care Center | Eastern District of Tennessee Case No: 14-cv-00035 | |
| 29 | Various[1] | Premier and New Jersey healthcare defendants not parties to the Inspira bankruptcy settlement | Premier Orthopaedics and Sports Medicine Associates of Southern New Jersey, LLC; Premier Orthopaedics and Surgical Center; Thomas F. Mitros, MD; Kimberly Yvette Smith, MD, a/k/a Kimberley Yvette Smith-Martin; Nitesh Bhagat, MD; Richard C. Strauss, MD; Regional Diagnostic Imaging LLC; | | Premier defendants advocating remand [Dkt. 2934] |

---

[1] For case numbers identified as "Various," the PSC can provide individual civil action numbers at the Court's request.

**EXHIBIT A: SUMMARY OF RESPONSES TO THE COURT'S ORDER
TO SHOW CAUSE CONCERNING REMAND AND TRANSFER [DKT. 2928]**

| # | Case. No (D. Mass.) | Caption | Clinic Defendant | Transferor Court (including direct-filed cases) | Response to Show Cause Order |
|---|---|---|---|---|---|
| 30 | Various | Box Hill cases | Box Hill | | Plaintiffs' objection to remand [Dkt. 2935]; Box Hill advocating remand [Dkt. 2933] |
| 31 | Various | Specialty Surgery cases | Specialty Surgery | | Specialty Surgery motion for remand [Dkt. 2939, 2940] |