## Ashley Marucci

| | |
|---|---|
| **From:** | Sharon Houston <shouston@lawpga.com> |
| **Sent:** | Tuesday, June 21, 2016 7:50 PM |
| **To:** | Ashley Marucci |
| **Cc:** | Patti Kasputys; Harry Roth (HRoth@cprlaw.com); Michael Coren (mcoren@cprlaw.com); Debora Trotz; Kelly L. Lozoskie |
| **Subject:** | FW: Box Hill Cases -- Barbara Wagner Deposition |
| **Attachments:** | Angelos 2.pdf |

Hello Ashley,

We have reviewed your letter regarding a discovery dispute as to the scope of topics and document production in the Amended Notice of Deposition directed to Barbara Wagner.

We believe all the topics listed in Attachment A are relevant and have probative value as to the issues involved in the *Box Hill* cases.

Of note, the MDL Court has permitted (over Plaintiffs' objections) *Box Hill* and other clinics to serve Notices of Deposition by Written Questions upon other clinics regarding their purchases of NECC MPA.

Please be advised, in view of the Court's rulings on the analogous Notices of Deposition by Written Questions we intend to proceed as noticed and subpoenaed.

Regards,
Sharon

Sharon L. Houston, Esquire (NJ, MD, DC)
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 N. Charles Street
Baltimore, MD 21201
Direct Line 410-649-8839
Toll Free 800-252-6622
Fax 410-649-2101
Shouston@lawpga.com

---

**From:** Ashley Marucci [mailto:marucci@ewmd.com]
**Sent:** Monday, June 20, 2016 5:12 PM
**To:** Sharon Houston
**Subject:** Box Hill Cases -- Barbara Wagner Deposition

Sharon,

Attached is a letter regarding Barbara Wagner's fact witness deposition in the *Box Hill* cases.



Best,
Ashley

1

Ashley L. Marucci, Esquire
Eccleston and Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
marucci@ewmd.com
(410) 752-7474
(410) 752-0611 (fax)
www.ecclestonwolf.com

This is an e-mail transmission from the law firm of Eccleston and Wolf that may contain confidential and/or privileged information, attorney work product or content exempt from disclosure under applicable law. If you received this message in error or you are not a named recipient, please notify the sender by reply e-mail or by calling 410-752-7474. Additionally, please delete the electronic message and destroy any copies of the message. Any disclosure, dissemination, distribution, reproduction or other use of the message by an unauthorized recipient is prohibited. Thank you.
The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you. The Law Offices of Peter G. Angelos, P.C.