# EXHIBIT 1

| | |
|---|---|
| **From:** | Kim Bowlin <kim@surgerycentercumberland.com> |
| **Sent:** | Tuesday, October 16, 2012 2:27 PM |
| **To:** | C. J. Gideon; JEFF WOODS; Matt H. Cline |
| **Subject:** | Massachusetts |

Matt,
Senior Managers, Ron & Gina Calisher whom you met in person last week wanted me to ask this question of you. I don't really understand the question so I may not by asking this correctly, but, they want to know ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. They were telling me this would matter as to what defense we would take.

Kim

Kim Bowlin CPC
Administrator
Specialty Surgery Center, PLLC
116 Brown Ave.
Crossville, TN 38555
931-484-2500 Ext. 125
931-456-7659
kim@surgerycentercumberland.com

1

**From:** Matt H. Cline
**Sent:** Friday, October 26, 2012 5:03 PM
**To:** Kim Bowlin; 'Kenneth Lister M. D'; 'Jon Simpson M.D.'
**Subject:** Other Insurance Coverage

All:

If this has not been discussed amongst you yet, I wanted to mention that, ▮▮▮ , I recommend you ▮▮▮ and, if necessary, ▮▮▮ but this is something that I recommend you at least think about.

Thanks – let me know if you have any questions.

Matthew H. Cline
Gideon, Cooper & Essary, PLC
Regions Center, Suite 1100
315 Deaderick Street
Nashville, TN 37238
Phone: (615) 254-0400
Fax: (615) 254-0459
matt@gideoncooper.com

1

| | |
|---|---|
| **From:** | Matt H. Cline |
| **Sent:** | Friday, October 12, 2012 5:32 PM |
| **To:** | Kim Bowlin; 'Kenneth Lister M. D'; jean@surgerycentercumberland.com |
| **Cc:** | Chris J. Tardio; Cindy Alexander |
| **Subject:** | Litigation Hold |

**Personal and Confidential / Attorney-Client Communication**

All:

As mentioned during the ▮▮▮▮, I recommend that you ▮▮▮▮



Thanks.

Matthew H. Cline
Gideon, Cooper & Essary, PLC
Regions Center, Suite 1100
315 Deaderick Street
Nashville, TN 37238
Phone: (615) 254-0400
Fax: (615) 254-0459
matt@gideoncooper.com

1

| | |
|---|---|
| From: | Matt H. Cline |
| Sent: | Friday, January 25, 2013 4:56 PM |
| To: | Dr. Don Jones; sycspng@comcast.net; Kim Bowlin |
| Cc: | Tracy A. Palubicki; Chris J. Tardio |
| Subject: | Update - Meningitis Cases |
| Attachments: | Memo re Bankruptcy Schedules - mhc 1-25-13.doc |

**Personal and Confidential // Attorney-Client Privilege**

All:

New developments from the past couple of weeks are outlined below.

**Meeting Request from Assistant U.S. Attorney Prosecuting NECC**

**NECC Bankruptcy Developments**

**Consolidation of Cases against NECC for Multidistrict Litigation**



1

- 

We will continue to keep you updated on new developments. Please do not hesitate to contact me if you have any questions.

Thanks.

Matt

Matthew H. Cline
Gideon, Cooper & Essary, PLC
Regions Center, Suite 1100
315 Deaderick Street
Nashville, TN 37238
Phone: (615) 254-0400
Fax: (615) 254-0459
matt@gideoncooper.com

2

**MEMORANDUM**

TO:        SVM-1022

FROM:    Matt Cline

DATE:     1/25/13

RE:        NECC Bankruptcy Schedules

The following memo summarizes information obtained from NECC's 208 page bankruptcy schedules in which it discloses its assets, liabilities, creditors, and disbursements for the previous year.

**Revenue**

[redacted]

**Assets**

[redacted]

**Liabilities**



| Creditor | Location/Website | Line of Business |
|---|---|---|
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |

| | | |
|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇ ▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇ |
| ▇▇▇▇▇▇▇▇▇▇ ▇ | ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇ |
| ▇▇▇▇▇▇▇▇▇ ▇▇▇▇ | ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇ ▇▇ |
| ▇▇▇▇▇▇ | ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇ ▇▇ |
| ▇▇▇▇▇▇ | ▇▇▇▇ ▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇▇▇▇▇▇ ▇▇ | ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇ |
| ▇▇▇▇▇▇▇ ▇ | ▇▇▇ ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇ |
| ▇▇▇▇▇▇▇▇ | ▇▇▇ ▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇ |
| ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ | ▇▇▇▇ ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇ |
| ▇▇▇▇▇▇▇▇ ▇▇ | ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇ |
| ▇▇▇▇▇▇ ▇▇ | ▇▇▇▇▇ ▇▇▇▇▇ | ▇▇▇ |
| ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇ |
| ▇▇ | ▇▇▇▇ ▇▇▇ | ▇▇▇▇▇ |
| ▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ ▇▇▇ | ▇▇▇▇▇▇▇▇▇▇ |
| ▇▇▇▇▇▇▇▇ ▇▇ | ▇▇▇▇ ▇▇▇▇▇ | ▇▇▇▇ |
| ▇▇▇▇▇▇ | ▇▇▇▇ ▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇ |
| ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇ | ▇▇▇▇▇▇▇ |
| ▇▇▇▇▇▇▇▇▇▇ | ▇▇▇ ▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇ ▇ |
| ▇▇▇▇▇▇▇▇ ▇▇ | ▇▇▇ ▇▇▇▇▇▇▇▇▇ | ▇▇ |
| ▇▇ | ▇▇▇▇ ▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ ▇ |

3

**Disbursements in Previous Year:**

- ███████████

  ████████████████████████████████████████████████████
  ████████████████████████████

  ████████████████████████  ████████████
  ████████████████████████  ████████████
  ████████████████████████  ████████████
  ████████████████████████████

- ███████████████

  ████████████████████████████████████████████████████
  ████████

  ██████████████████████████████
  ████████████████████
  ██████████████████████████████
  ████████████
  ██████████████████████
  ██████████████████

- ██████████████████

  ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████
  ██████████████████████

  ████████████████

  ████████████████████
  ████████████████████
  ████████████████████