# EXHIBIT 2

CQI Measure for Wasteful Practices

Specialty Surgery Center

2012

**Purpose of Measure:**

1. To evaluate the cost of custom pain management packs for supplies wasted.
2. To evaluate IV fluids for amount of fluid discarded at end of procedure.

**Performance Goal:**

Specialty Surgery Center will save costing on supplies; the center will be more profitable.

**Data to be collected:**

1. Pain Management: Clinical staff monitored supplies not used on pain management custom packs for epidural steroid injection when used on SI joints, facets and trochanteric bursa injections.
2. Endoscopy: 1000ml bags of I V fluid is being hung on endoscopy patients, Director of Nursing reviewed charts for amount of fluid wasted per patient.

**Data Collected:**

***Pain management custom trays***: During pain management procedure staff monitored supplies not used when sacroiliac joint, facet joint injections and trochanteric burse injections were done, the following supplies were not used and thrown away.

- Touhy needle
- L.O.S. syringe
- 5cc syringe

***IV fluids:*** Director of Nursing reviewed 50 endoscopy charts. The charts reviewed were a combination of all 3 endoscopists that perform endoscopy procedures at the center and procedures performed colonoscopy, esophagastroduodenscopy and double procedures where colonoscopy and esophagastroduodennscopy was performed.

**Data Analysis:**

[redacted]

**Implementation of Corrective Action:**

[redacted]

**CONFIDENTIAL DISCOVERY MATERIAL**                                                              SSC-07720



**CONFIDENTIAL DISCOVERY MATERIAL**                                                                 **SSC-07721**

# SPECIALTY SURGERY CENTER
# CONTINUOUS QUALITY IMPROVEMENT REPORT

Date prepared: January 14, 2013
By: Jean Atkinson
This report is for the period: 4th Quarter (October - December)
This report will be in the following order:

I. CQI Studies and Benchmarking Studies
II. Quarterly Reports:
III. Activities to be assessed next reporting period:
IV. Other:

I.  CQI and Benchmarking Studies:
- Cost Savings
    1. Pain Management Procedure Trays
    2. IV Fluids for endoscopy
- Compliance with patient follow up calls

**Medical Record Review:**
October -December

CONFIDENTIAL DISCOVERY MATERIAL

SSC-07700

II. Quarterly Reports:
  1. **Post-op infection**:
     October:
       <u>Chart #20032</u>: ██████████████████████████
       ████████████████████████████████████████████
       ████████████████████████████████████████
       ████████████████████████████████████████
       ████████████████████████████████████████████
       ████████████████████████████████████████
       ██████████████████████████

       <u>Chart #1760:</u> ████████████████████████
       ████████████████████████████████████████
       ████████████████████████████████████████████
       ████████████████████████████████████████
       ██████████████████████████

  2. **Preventative Maintenance**:
     Lisa Disney, CST Preventative Maintenance Coordinator.
     Preventive Maintenance Report 4th Quarter 2012:
     All required and scheduled preventive maintenance performed and documented.
     ***<u>Fujinon endoscope maintance contract up for renewal.</u>*** The Fujinon contract for 2013 was presented to managment at a quoted cost of ██████ for one year of service which included preventative maintenance and needed repair, total repair cost on endoscopes repaired in 2012 without contract would have been ██████. Contract was reviewed by management and after several discussion with Chris Sabia, no agreement was made and other options was considered, Chris Sabia sales representative from Fujinon suggested a company named ***Specialty Medical Systems of Florida*** for needed repairs for endoscopes , this company has been trained by Fujinon to repair Fujinon scopes. The Specialty Medical Systems of Florida repairs scopes on a as needed basis but does not perform preventative maintenance. The Specialty Medical Systems of Florida has been used by Cumberland Medical Centers endoscopy department to repair their endoscopes for several years. Diane Austin, Material Management called and spoke with Debra Hargis, Supervisor of Endoscopy Department at Cumberland Medical Center to ask about Specialty Medical Systems of Florida competencies and service. Debra Hargis stated no problems, good turn over and satisfied with service. The center has sent in a scope for needed repairs at a cost of $████ the Specialty Medical System of Florida does provide a loaner scope for center to use while endoscope is being repaired.
  3. **Staff in-services**:
     Kristine McKinney, RN Clinical Educator
            4th Quarter
                  • All certifications and licensures current
                  • Quarterly drills performed:
                    Fire drill
                    Code Blue (adult and pediatric)
                    Code fever
  • New Hgb Hemocue for FS Hgb (Video)
  4. **Patient Satisfaction**: Monitored monthly, reported quarterly (Endoscopy):
       ████████████████████████████████
       ██████  ████  ████████████████
       ████████████████████████
       ████████████████████████████████████████████
       ████████.
  5. **Peer Review**: see attached report
  6. **Equipment Repairs**: see attached report

*II. Other*
    Patient / Employees occurrences:   All reports are filed and reported to executive committee
**Continual Monitoring:** None to report
**Post-anesthesia Indicator:** None to report
**Pre-op Indicators:** None to report


Incidents Reports:
    **October:**
- *Chart # 20028*: █████
- *Chart #20022*: █████
- █████
- *Chart #18344:* █████

    **November**
- *Chart #20088:* █████
- *Chart #20083 and 4175:* █████
- *Chart #20108:* █████
- *Chart#20073 and 20075:* █████

    **December:**
- *Chart #2715 and 20171*: █████

**CONFIDENTIAL DISCOVERY MATERIAL**    SSC-07702

CQI Report
Specialty Surgery Center
4th Quarter 2012
Post-op Patient Follow Up Calls

Purpose:
To monitor post op follow up calls for compliance per policy and procedure.

Performance Goal:
The staff at Specialty Surgery Center will be 95% compliance when making post-op follow up calls within two (2) business days after procedure per policy and procedure.

Data Collected:
Jean Atkinson, RN Director of Nursing will audit patient charts to determine current performance for follow up calls.

Date Collected:
146 patient charts were audited for month of November and December for time frame follow up calls were made. Data was recorded on how many post op days after procedure staff made follow up calls.

Data Analysis:

[redacted]

Corrective Action:

[redacted]

Remeasurement:

[redacted]

Report prepared by:
Jean Atkinson, RN
Director of Nursing

CONFIDENTIAL DISCOVERY MATERIAL                                SSC-07708