UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-md-02419-RWZ

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

THIS ORDER APPLIES TO ALL ACTIONS NAMING
THE BOX HILL DEFENDANTS[1]

ORDER

June 24, 2016

ZOBEL, D.J.

On May 27, 2016, this court entered an Order to Show Cause Concerning Remand and Transfer in which it invited the parties in a number of cases pending in this multidistrict litigation ("MDL"), but originally filed in other districts, to confer and advise the court whether they wished to continue litigating in this court or preferred remand to the district in which the cases were originally filed. Docket # 2928. In response, the Box Hill Defendants request remand to Maryland, and plaintiffs opt to remain in this court. See Docket ## 2933, 2935. The request to remand the eight Box Hill cases is denied.

At the June 22, 2016 status conference, the parties indicated that a more compressed schedule than that ordered in Docket # 2851 is feasible for the Box Hill

---

[1] The term "Box Hill Defendants" refers collectively to Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC.

cases.  The parties shall confer and submit a proposed revised schedule by July 8, 2016.


    June 24, 2016                                        /s/Rya W. Zobel

       DATE                                              RYA W. ZOBEL
                                                         UNITED STATES DISTRICT JUDGE