# EXHIBIT

# NO. 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>This Document Relates to: )<br>)<br>All Cases against the Box Hill Defendants[1] )<br>) | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |

## NOTICE OF CANCELLATION OF DEPOSITION OF BARBARA WAGNER

Please take notice that the deposition of Barbara Wagner, previously noticed for June 28, 2016, is cancelled.  Plaintiffs will issue a second amended notice for Ms. Wagner's deposition upon the resolution of a discovery dispute [Dkt 2954].

Dated:  June 24, 2016                     Respectfully submitted,


                                          /s/ Sharon L. Houston
                                          Patricia J. Kasputys
                                          Sharon L. Houston
                                          Law Offices of Peter G. Angelos, P.C.
                                          100 N. Charles Street
                                          Baltimore, MD  21201
                                          (410) 649-2000
                                          *Attorneys for Plaintiffs*

---

[1] This pleading applies to: Armetta, et al. v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14022-RWZ; Bowman, et al. v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14028-RWZ; Davis, et al. v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14033-RWZ; Dreisch, et al. v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14029-RWZ; Farthing, et al. v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14036-RWZ; Kashi, et al. v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14026-RWZ; Torbeck, et al. v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14023-RWZ; Handy, et al.  v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ.

**/s/ Michael Coren**
Harry M. Roth
Michael Coren
Cohen Placitella & Roth. P.C.
2001 Market Street
Suite 2900
Philadelphia, PA  19103
(215) 567-3500
*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I, Sharon L. Houston, hereby certify that I caused a copy of the foregoing to be filed electronically, via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.


Dated:  June 24, 2016                    **/s/ Sharon L. Houston**
                                         Sharon L. Houston