Case 1:13-md-02419-RWZ Document 2962-2 Filed 06/29/16 Page 1 of 4

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF LARRY MOORE on 07/08/2015                    Page 1

```
 1            UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
 2

 3

 4
     IN RE: NEW ENGLAND
 5   COMPOUNDING PHARMACY,
     INC. PRODUCTS LIABILITY    MDL No. 2419
 6   LITIGATION
                                Master Dkt:
 7                              1:13-md-02419-RWZ
     ~~~~~~~~~~~~~~~~~~~~~~
 8   THIS DOCUMENT RELATES
     TO:
 9

10   All Actions

11
     ~~~~~~~~~~~~~~~~~~~~~~~
12

13
          30(b)(6) VIDEOTAPED DEPOSITION OF
14                    LARRY MOORE

15
                      9:26 a.m.
16                   July 8, 2015

17

18            305 East Spring Street
                Cookeville, Tennessee
19

20
        Blanche J. Dugas, RPR, CCR No. B-2290
21

22

23                                          EXHIBIT

24                                             2

25
```

EXHIBIT 2



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2962-2   Filed 06/29/16   Page 2 of 4

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF LARRY MOORE on 07/08/2015                   Page 69

```
 1      A.      Uh-huh (affirmative).
 2      Q.      Did CMC also purchase the remaining medical
 3  supplies -- or I should say the medical supplies that
 4  were in the Specialty Surgery Center facility --
 5      A.      Yes.
 6      Q.      -- at the time of the asset purchase?
 7      A.      Yes.  That's part of the inventory.
 8      Q.      Were -- at that time, were there any doses
 9  of methylprednisolone acetate?
10      A.      Not to my knowledge.  All that stuff had
11  been returned.
12      Q.      Okay.  Not -- that was -- when you say all
13  that stuff, you mean the NECC compounded?
14      A.      Correct.
15      Q.      Do you know whether there were at that
16  time -- the time of the asset purchase whether there
17  were any doses of methylprednisolone acetate or MPA in
18  possession of Specialty Surgery Center that were made
19  by some entity other than NECC?
20      A.      I do not know.
21      Q.      Keep going back to Page 5 of Exhibit 460,
22  the assets purchased included the -- all patient
23  charts and records; is that right?
24      A.      Yes, sir.
25      Q.      Where -- what happened to the patient
```



Case 1:13-md-02419-RWZ   Document 2962-2   Filed 06/29/16   Page 3 of 4

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF LARRY MOORE on 07/08/2015                    Page 70

```
 1   charts and records?  Did they remain at the Specialty
 2   Surgery Center facility?
 3        A.   No.  They were transported to our medical
 4   records department.
 5        Q.   Is that physically located at the Main
 6   Street facility?
 7        A.   Yes, sir.
 8        Q.   Was -- were the records of patients of
 9   Specialty Surgery Center kept segregated in any way
10   from other medical records stored at the Main Street
11   facility?
12        A.   To my knowledge, they are.
13        Q.   Do they still remain in a --
14        A.   To my knowledge.
15        Q.   Okay.  Let me finish that question.
16             Do the records of Specialty Surgery Center
17   patients remain in a -- separated in some way from the
18   other records at the Main Street facility?
19        A.   To my knowledge.
20        Q.   Are they in a different room or just in a
21   different building?
22        A.   I can't answer that.
23        Q.   But somewhere, somehow, somebody can go in
24   and say, those right there are the Specialty Surgery
25   Center patients' records?
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2962-2   Filed 06/29/16   Page 4 of 4

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF LARRY MOORE on 07/08/2015                Page 84

```
 1   Brown Avenue reads Cumberland Medical Center Specialty
 2   Surgery Center Outpatient Endoscopy Services.
 3       Q.      That's what it currently reads?
 4       A.      That's what it reads.
 5       Q.      Okay.
 6       A.      The patients that receive services there
 7   and are billed for those services, that statement
 8   reads Cumberland Medical Center.
 9       Q.      And that name that's on the door, has that
10   been on the door continuously from the date of the
11   asset purchase or thereabouts through today?
12       A.      No.  It wasn't on the -- the building was
13   not open the next day.
14       Q.      Okay.  How long of a lag was there between
15   the asset purchase and the resumption of --
16       A.      June the 27th through May the 23rd of 2014.
17       Q.      What was that property used for during that
18   time period?
19       A.      Nothing.
20       Q.      Was there any -- any business activities at
21   all going on in that facility at that time?
22       A.      No, sir.
23       Q.      We're talking about the time after the
24   asset purchase through May of 2014.
25       A.      No, sir.
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com