**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br> Plaintiffs, <br><br> This document relates to: <br><br> Armetta, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14022-RWZ <br><br> Bowman, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14028-RWZ <br><br> Davis, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14033-RWZ <br><br> Dreisch, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14029-RWZ <br><br> Farthing, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14036-RWZ <br><br> Kashi, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14026-RWZ <br><br> Torbeck, et al. v. Box Hill Surgery Center, LLC, et al., <br> No. 1:14-cv-14023-RWZ <br><br> Handy v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14019-RWZ | MDL No. 2419 <br><br> Docket No. 1:13-md-2419 (RWZ) |

## ORDER

**AND NOW**, this \_\_\_ day of _____, 2016, upon consideration of Non-Party Barbara Wagner's Motion for Protective Order Regarding Plaintiffs' Subpoena and Amended Notice of Videotaped Deposition *Duces Tecum*, and Plaintiffs' response thereto, it is hereby **ORDERED and DECREED** that said Motion for Protective Order is **DENIED**.

It is further **ORDERED** that Barbara Wagner shall forthwith produce herself for deposition. It is further **ORDERED** that the deposition may be taken during the month of August and Plaintiffs' discovery deadline is extended for thirty (30) days in order to take Barbara Wagner's deposition.

_____
J.