# EXHIBIT A

Case 1:13-md-02419-RWZ   Document 2966-2   Filed 07/05/16   Page 2 of 16

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                Page 1

```
 1                UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF MASSACHUSETTS
 3
 4
 5    IN RE:   NEW ENGLAND
 6    COMPOUNDING PHARMACY, INC.      MDL No. 2419
 7    PRODUCTS LIABILITY LITIGATION   Master Docket
 8                                    1:13-md-02419-RWZ
 9
10                - - - - - - - - - - -
11
12     VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N.
13
14              Thursday, February 18, 2016
15
16
17
18
19
20
21
22   Reported by:   Lori J. Goodin, RPR, CLR, CRR,
23                  Realtime Systems Administrator
24
25   Assignment No. 26240
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2966-2   Filed 07/05/16   Page 3 of 16

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                Page 2

```
 1
 2
 3           The deposition of ANDREW VICKERS, R.N.,
 4   was convened on Thursday, February 18, 2016,
 5   commencing at 10:39 a.m., at the offices of
 6
 7           PESSIN KATZ LAW
 8           Suite 400
 9           901 Dulaney Valley Road
10           Towson, Maryland   21204
11
12
13   before Lori J. Goodin, Registered Professional
14   Reporter, Certified LiveNote Reporter, Certified
15   Realtime Reporter, Realtime Systems Administrator,
16   and Notary Public in and for the State of
17   Maryland.
18
19
20
21
22
23
24
25
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2966-2   Filed 07/05/16   Page 4 of 16

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                    Page 3

```
 1                    APPEARANCES
 2
 3    For Plaintiffs:
 4        MICHAEL COREN, ESQUIRE
 5        HARRY ROTH, ESQUIRE (via telephone)
 6        COHEN PLACITELLA & ROTH, P.C.
 7        2001 Market Street
 8        Suite 2900
 9        Philadelphia, PA   19103
10        215-567-3500
11        hroth@cprlaw.com
12        mcoren@cprlaw.com
13
14    And Co-counsel:
15        PATRICIA KASPUTYS, ESQUIRE
16        SHARON L. HOUSTON, ESQUIRE
17        LAW OFFICES OF PETER G. ANGELOS
18        One Charles Center
19        100 North Charles Street
20        22nd Floor
21        Baltimore, Maryland   21201
22        410-649-2000
23        pjk@lawpga.com
24        shouston@lawpga.com
25
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2966-2   Filed 07/05/16   Page 5 of 16

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                    Page 4

```
 1                  APPEARANCES CONTINUED
 2
 3    For Defendant:
 4        GREGORY KIRBY, ESQUIRE
 5        CATHERINE W. STEINER, ESQUIRE
 6        PESSIN KATZ LAW
 7        Suite 500
 8        901 Dulaney Valley Road
 9        Towson, Maryland   21204
10        410-938-8800
11        gkirby@pklaw.com
12        csteiner@pklaw.com
13
14
15
16    ALSO PRESENT:
17        Meeko Goodhill, videographer
18
19
20
21
22
23
24
25
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2966-2   Filed 07/05/16   Page 6 of 16

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                Page 5

```
 1                          CONTENTS
 2   EXAMINATION BY:                              PAGE
 3   Ms. Kasputys                                  8
 4   Mr. Coren                                   101
 5
 6                      INDEX OF EXHIBITS
 7   NO.     DESCRIPTION                          PAGE
 8   Exhibit 1136 Notice of Deposition            12
 9   Exhibit 1137 CV/job description of           15
10           Andrew Vickers
11   Exhibit 1138 Policies and Procedures         35
12           Manual Review & Revision log
13   Exhibit 1139 BHSC 00964-965, Box Hill        43
14           Surgery Center Infection
15           Control Program
16   Exhibit 1140 BHSC 000189, log used to        78
17           contact patients
18   Exhibit 1141 BHSC 000212, provider           85
19           schedule with handwritten notes
20   Exhibit 1142 BHSC 000002, packing slip       91
21           with lot numbers to return
22           in Vickers' handwriting
23   Exhibit 1143 BHSC 000003, packing slip,      94
24           9/25/2012, Lot 08102012 and
25           08132012
```



Case 1:13-md-02419-RWZ   Document 2966-2   Filed 07/05/16   Page 7 of 16

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                Page 6

|   | EXHIBITS CONTINUED | |
|---|---|---|
| NO. | DESCRIPTION | PAGE |
| Exhibit 1144 | BHSC 000004, packing slip also from 9/25/2012 | 94 |
| Exhibit 1145 | BHSC 00277, performance evaluation | 102 |
| Exhibit 1146 | order form for NECC | 106 |
| Exhibit 1147 | prescription order form, 4/5/2011 | 115 |
| Exhibit 1148 | Fax transmission verification report | 119 |
| Exhibit 1149 | Order form of 8/17/2011 | 120 |
| Exhibit 1150 | 2-page NECC form with computer-generated list | 121 |
| Exhibit 1151 | BHSC 000921-000963, Box Hill Surgery Center Incident Report Log | 134 |
| Exhibit 1152 | Photo of NECC's facility in Framingham, MA | 165 |
| Exhibit 1153 | Photo of inside NECC's facility, 12/2012 | 168 |

(Original exhibits attached to the original transcript.)


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1                    PROCEEDINGS
 2              THE VIDEOGRAPHER:  We are now on
 3   record.  This is Tape Number 1 to the
 4   videotaped deposition of Andrew Vickers,
 5   taken in the matter of In Re:  Compounding
 6   Pharmacy, Inc. products liability litigation.
 7              This deposition is being held at
 8   Pessin Katz Law, located at 901 Dulaney Road,
 9   Towson, Maryland 21204, on Thursday,
10   February 18, 2016, at 10:39 a.m.
11              My name is Meeko Goodhill and I am
12   the videographer.  The court reporter today
13   is Lori Goodin.
14              Counsel please introduce yourselves
15   for the record.
16              MS. KASPUTYS:  I am Patricia
17   Kasputys, and I am an attorney with the Law
18   Offices of Peter Angelos and I am
19   representing seven of the plaintiffs who have
20   filed lawsuits which are pending in the
21   multi-district litigation in federal court in
22   Boston, Massachusetts.
23              MS. HOUSTON:  I am Sharon Houston.
24   I am an attorney with the Law Offices of
25   Peter Angelos.  I'm representing multiple
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2966-2   Filed 07/05/16   Page 9 of 16

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                        Page 8

```
 1          plaintiffs in the MDL.
 2                  MR. COREN:  Michael Coren.  I am an
 3          attorney with the firm of Cohen Placitella &
 4          Roth in Philadelphia and Red Bank, New Jersey.
 5                  I represent Brenda Rozek and various
 6          other plaintiffs.
 7                  MS. STEINER:  Catherine Steiner on
 8          behalf of Ritu Bhambhani, M.D., Ritu
 9          Bhambhani, M.D., LLC, and Box Hill Surgery
10          Center, LLC.
11                  MR. KIRBY:  And Gregory Kirby
12          representing the same defendants.
13                  THE VIDEOGRAPHER:  Anybody on the
14          phone want to introduce themselves for the
15          record, please?
16                  MR. ROTH:  I am Harry Roth.  I am on
17          the phone, but I am going to be on mute.
18                  ANDREW VICKERS, R.N.,
19   a witness called for examination, having been
20   first duly sworn, was examined and testified as
21   follows:
22                          EXAMINATION
23   BY MS. KASPUTYS:
24        Q.   Good mornings again Mr. Vickers.  As
25   I said I am Patty Kasputys.  I am going to be
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Nationwide Coverage

Case 1:13-md-02419-RWZ   Document 2966-2   Filed 07/05/16   Page 10 of 16

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                    Page 71

```
 1            Q.    And if you found that there was a
 2    shortage, what would you do?  Would you call?
 3            A.    I would give them a call and ask if
 4    they had any extra that we could borrow, either
 5    to replace or purchase.
 6            Q.    Who was it that you called?
 7            A.    I would call Barbara.
 8            Q.    Barbara Wagner?
 9            A.    Wagner, yes.
10            Q.    Did you recall how many times you
11    did that during your employment at Box Hill
12    Surgery Center between 2008 and September 26th,
13    of 2012.
14                  MS. STEINER:  Well let me just
15        object.  He has indicated that he wasn't
16        there in 2008 at all.
17                  MS. KASPUTYS:  You are right.
18    BY MS. KASPUTYS:
19            Q.    2009.
20            A.    I say more than one less than ten.
21    I really couldn't give you --
22            Q.    Did you do it in 2010?
23            A.    I can't recall.
24            Q.    Do you recall whether you did it in
25    2011?
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Nationwide Coverage

Case 1:13-md-02419-RWZ   Document 2966-2   Filed 07/05/16   Page 11 of 16

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                    Page 72

```
 1        A.    Like I said, I can't recall the
 2   dates or the amount of times.
 3              I know in, I can't remember, if it
 4   was after the recall or before, it would have
 5   been within a month of that recall that we did
 6   obtain some from Harford County.
 7        Q.    And, after you placed the call, how
 8   was it that the drug was, the steroid was
 9   procured?
10        A.    I would pick it up.
11        Q.    Did you personally pick it up?
12        A.    Yes.
13        Q.    You said a moment ago, I believe,
14   that you either borrowed it or you purchased it?
15        A.    Right.
16        Q.    On that occasion did you borrow it
17   or purchase it?
18        A.    I can't recall.  If it was
19   purchased, she would have invoiced Dr. Bhambhani.
20        Q.    Uh-huh.
21        A.    If it was borrowed, we would have
22   replaced it.
23        Q.    Would there be an invoice that
24   tracks that?
25              MS. STEINER:  Objection as to
```

DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2966-2   Filed 07/05/16   Page 12 of 16

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                    Page 115

```
 1           Q.    Thank you.  This document is going
 2    to be marked 1147.
 3                   (Exhibit Number 1147
 4                    marked for identification.)
 5    BY MR. COREN:
 6           Q.    It is a prescription order form it
 7    bears the date of April 5, '11.  On the record
 8    the names of the patients will be redacted out,
 9    okay?
10                 First of all, do you recognize any
11    of the handwriting on that form?
12           A.    Yes.
13           Q.    Whose handwriting is that?
14           A.    My handwriting and Dr. Bhambhani.
15           Q.    And Dr. Bhambhani's handwriting is
16    the signature at the bottom?
17           A.    Correct.
18           Q.    Does her handwriting appear anywhere
19    else on the form?
20           A.    The DEA number.
21           Q.    Okay.  Now, there are names, patient
22    names.  Are those the names that earlier today
23    you discussed that you would pull from random in
24    order to fill out the form?
25           A.    Well, not at random, they would be
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com
Nationwide Coverage

Case 1:13-md-02419-RWZ   Document 2966-2   Filed 07/05/16   Page 13 of 16

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                    Page 116

```
 1   on a previous schedule.
 2          Q.    Okay.  So, everybody whose name
 3   appears on this list already had their steroid
 4   shot, correct?
 5          A.    Unless they were canceled
 6   previously, yes.
 7          Q.    Okay.  So, there may be even some
 8   patients names who were listed who never ever had
 9   the shot at all?
10               MS. STEINER:  Objection as to form
11      and foundation.
12               THE WITNESS:  It is possible.
13   BY MR. COREN:
14          Q.    Okay.  Do you think it was likely or
15   do you think it is more likely all of those names
16   are somebody who previously had a steroid shot?
17          A.    It is possible.
18          Q.    Okay.  Now, there is an indication
19   for a patient next to, on the last column that
20   has the Number 5, correct?
21          A.    Yes.
22          Q.    And is that indicating the number of
23   vials?
24          A.    Yes.
25          Q.    Is it fair to say that no one
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Nationwide Coverage

Case 1:13-md-02419-RWZ Document 2966-2 Filed 07/05/16 Page 14 of 16

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016    Page 117

```
 1   patient in your experience ever had five vials of
 2   NECC MPA administered to them?
 3        A.    I couldn't say.  It would depend on
 4   their history.
 5        Q.    Are aware of any?
 6        A.    Not to the best of my knowledge.
 7        Q.    Okay.  You can't, are you able to
 8   say to reasonable certainty that every one of
 9   those patients whose names are listed received
10   five vials of NECC MPA?
11              MS. STEINER:  Objection as to form
12        and foundation.
13              THE WITNESS:  I really couldn't say
14        because I don't know their history.
15   BY MR. COREN:
16        Q.    Why did you put five vials next to
17   each patient's name on their order?
18        A.    NECC said we could order five vials
19   per patient to obtain the quantity that we needed
20   for future injections.
21        Q.    Who at NECC told you that?
22              MS. STEINER:  Objection as to
23        foundation.
24              THE WITNESS:  Nobody from NECC told
25        me.  I was instructed by Kim Brockmeyer that
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2966-2   Filed 07/05/16   Page 15 of 16

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                Page 124

```
 1   patient's names, five vials per patient.
 2              And you did that, correct?  That was
 3   the process you followed?
 4        A.   Yes.
 5        Q.   Okay.  And then, the drugs came in.
 6   How were they delivered?
 7        A.   UPS or FedEx.
 8        Q.   So, usually they came a few days
 9   after you placed the fax order?
10        A.   A few days to a week after.
11        Q.   Now, the, in the UPS or the FedEx
12   package, who opened it when it was received?
13        A.   Most of the time it would be me.
14        Q.   Okay.  And when you opened the box,
15   what did you find in it?
16        A.   Wrapped in bubble wrap were silver
17   sealed packages with five vials per package.
18        Q.   Okay.  Was there anything else in
19   the envelope or the box?
20        A.   On the pouch would have the name of
21   the medication and the patient's name.
22        Q.   Okay.  And that corresponded to, say
23   there were on your list ten names.  There would
24   be ten foil packages?
25        A.   Correct.
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2966-2   Filed 07/05/16   Page 16 of 16

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                    Page 125

```
 1         Q.    Okay.  And each foil package would
 2   have a patient's name on it, correct?
 3         A.    Correct.
 4         Q.    Okay.  Did you understand that what
 5   had come in was a prescription for that patient?
 6               MS. STEINER:  Objection as to form.
 7   BY MR. COREN:
 8         Q.    Of five vials?
 9               MS. STEINER:  Objection as to form
10      and foundation.
11               THE WITNESS:  No.
12   BY MR. COREN:
13         Q.    Did you ever come to learn that?
14         A.    No.
15         Q.    Okay.  Now, if that was a
16   description for the patient's name who appeared
17   on the pouch that contained five vials, would you
18   agree with me that the people that were being
19   administered the steroid from those vials was
20   getting something that was prescribed for a
21   different patient?
22               MS. STEINER:  Objection as to form
23      and foundation.  Calls for a legal
24      conclusion.
25               You could answer as a fact witness,
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com