# EXHIBIT B

```
 1                UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3

 4    IN RE:  NEW ENGLAND

 5    COMPOUNDING PHARMACY, INC.      MDL No. 2419

 6    PRODUCTS LIABILITY LITIGATION   Master Docket

 7                                     1:13-md-02419-RWZ

 8

 9              - - - - - - - - - - -

10

11          VIDEOTAPED DEPOSITION DUCES TECUM

12             OF RITU T. BHAMBHANI, M.D.

13

14

15            Wednesday, February 10, 2016

16

17

18

19

20

21

22

23    Reported by:  Lori J. Goodin, RPR, CLR, CRR,

24               Realtime Systems Administrator

25    Assignment No. 26236
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1

2

3

4          The deposition of RITU T. BHAMBHANI, M.D.,

5    was convened on Wednesday, February 10, 2016,

6    commencing at 10:01 a.m., at the offices of

7

8       PESSIN KATZ LAW

9       Suite 400

10      901 Dulaney Valley Road

11      Towson, Maryland  21204

12

13   before Lori J. Goodin, Registered Professional

14   Reporter, Certified LiveNote Reporter, Certified

15   Realtime Reporter, Realtime Systems

16   Administrator, and Notary Public in and for the

17   State of Maryland.

18

19

20

21

22

23

24

25



```
 1                    APPEARANCES

 2

 3   For Plaintiffs:

 4       HARRY ROTH, ESQUIRE

 5       MICHAEL COREN, ESQUIRE

 6       COHEN PLACITELLA & ROTH, P.C.

 7       2001 Market Street

 8       Suite 2900

 9       Philadelphia, PA   19103

10       215-567-3500

11       hroth@cprlaw.com

12       mcoren@cprlaw.com

13

14   And Co-counsel:

15       PATRICIA KASPUTYS, ESQUIRE

16       SHARON L. HOUSTON, ESQUIRE

17       LAW OFFICES OF PETER G. ANGELOS

18       One Charles Center

19       100 North Charles Street

20       22nd Floor

21       Baltimore, Maryland   21201

22       410-649-2000

23       pjk@lawpga.com

24       shouston@lawpga.com

25
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1                    APPEARANCES CONTINUED

 2

 3    For Defendant:

 4        GREGORY KIRBY, ESQUIRE

 5        CATHERINE W. STEINER, ESQUIRE

 6        PESSIN KATZ LAW

 7        Suite 400

 8        901 Dulaney Valley Road

 9        Towson, Maryland  21204

10        410-938-8800

11        gkirby@pklaw.com

12        csteiner@pklaw.com

13

14    ALSO PRESENT:

15        Meeko Goodhill, videographer

16

17

18

19

20

21

22

23

24

25
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1                              CONTENTS
 2     EXAMINATION BY                                PAGE
 3     Mr. Roth                                        8
 4
 5                              EXHIBITS
 6     NO.       DESCRIPTION                         PAGE
 7     Exhibit 1051 Answers to PSC's first set of       9
 8                  Interrogatories
 9     Exhibit 1052 Responses to PSC's request for      9
10                  Production of documents
11     Exhibit 1053 Responses to Steering Committee     9
12                  Revised subpoena request
13     Exhibit 1054 CV of Dr. Ritu Bhambhani           23
14     Exhibit 1055 Earlier version of CV of           31
15                  Dr. Ritu Bhambhani
16     Exhibit 1056 Current Policy and Procedure       46
17                  Manual and organizational chart
18     Exhibit 1057 Salesman Andrew Howden's card     118
19     Exhibit 1058 Order form used by Box Hill for   118
20                  NECC, Bates 000011
21     Exhibit 1059 NECC prescription order form of   131
22                  9/21/2012, Bates 13
23     Exhibit 1060 NECC prescription order form of   137
24                  9/24/2012
25     Exhibit 1061 NECC invoice for 9/25 order       140
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
1                    EXHIBITS CONTINUED

2    NO.      DESCRIPTION                          PAGE

3    Exhibit 1062 Packing list from NECC for      141

4                 9/24/2012 order

5    Exhibit 1063 Packing list from NECC for      142

6                 8/13/2012, Bates 10

7    Exhibit 1064 Form from Department of Health  157

8                 signed by Dr. Bhambhani, 10/6

9    Exhibit 1065 Procedure notes of Dr. Bhambhani 201

10                for Ms. Rozek's procedure at

11                Box Hill Surgery Center, 8/31/2012

12

13

14

15

16

17

18        Original Exhibits attached to the

19   original transcript.)

20

21

22

23

24

25
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1                    PROCEEDINGS
 2               THE VIDEOGRAPHER:  We are now on
 3    record.   This is Tape Number 1 to the
 4    videotaped deposition of Dr. Ritu Bhambhani
 5    taken in the matter of In Re:  New England
 6    Compounding Pharmacy, Inc., Products
 7    Liability Litigation.
 8               This deposition is being held at
 9    Pessin Katz Law, located at 901 Dulaney
10    Valley Road, Suite 500, Towson, Maryland,
11    21204, on Wednesday February 10th, 2016, at
12    10:01 a.m.
13               My name is Meeko Goodhill and I am
14    the videographer.  The court reporter is Lori
15    Goodin.
16               Counsel please introduce yourselves
17    for the record, please.
18               MR. ROTH:  My name is Harry Roth.  I
19    am from the firm of Cohen Placitella & Roth,
20    and I represent the estate of Brenda Rozek.
21               MR. COREN:  Michael Coren on behalf
22    of multiple plaintiffs and the estate of
23    Brenda Rozek.
24               MS. HOUSTON:  Sharon Houston on
25    behalf of multiple plaintiffs of the Law
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1          Offices of Peter Angelos.
 2               MS. KASPUTYS:  Patricia Kasputys,
 3          also with the Law Offices of Peter Angelos on
 4          behalf of multiple plaintiffs.
 5               MS. STEINER:  Catherine Steiner on
 6          behalf of Dr. Ritu Bhambhani, Ritu Bhambhani,
 7          M.D., LLC, and Box Hill Surgery Center.
 8               MR. KIRBY:  Greg Kirby on behalf of
 9          same Box Hill defendants.
10               THE VIDEOGRAPHER:  Court reporter
11          please swear in the witness and we can
12          proceed.
13               RITU T. BHAMBHANI, M.D.,
14     a witness called for examination, having been
15     first duly sworn, was examined and testified as
16     follows:
17                    EXAMINATION
18     BY MR. ROTH:
19          Q.    Good morning Dr. Bhambhani.  How are
20     you?
21          A.    Good, thank you.
22          Q.    You understand that today I'm going
23     to question you generally about the practice at
24     Box Hill Surgical Center and the use of
25     compounded materials that were manufactured or
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1           Q.     Okay.   And your first job was at
 2    Chesapeake Perioperative Services?
 3           A.     Correct.
 4           Q.     You are, are you board certified in
 5    anesthesia and pain management?
 6           A.     I am.
 7           Q.     And, typically when we think of
 8    anesthesia, we think of somebody sitting in the
 9    operating room and delivering anesthesia during
10    surgery or operative procedures.
11                  Do you practice that type of
12    anesthesia?
13           A.     I do.
14           Q.     Okay.   And, can you tell me, is
15    there a difference between the practice of that
16    type of anesthesia and pain management?
17           A.     Probably a broad stroke difference
18    would be anesthesia in general is done for
19    patients who are undergoing a procedure.  And the
20    main role of the anesthesiologist is to have the
21    patient undergo it without undue pain, so whether
22    it is sedation or general anesthesia, where they
23    are completely asleep.
24                  Pain management on the other hand is
25    where the focus is more in helping diagnose or
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1    manage pain --
 2          Q.      Okay.
 3          A.      -- unrelated to surgical pain.
 4          Q.      Is the, your fellowship in pain
 5    management focuses on that latter type of
 6    treatment obviously.
 7          A.      Well, the fellowship itself, yes,
 8    you are right.  The fellowship itself encompassed
 9    both acute post-operative pain.  So, still
10    somewhat related to the post-surgical period.
11    That is just the nature of that particular
12    fellowship program.
13          Q.      Uh-huh.
14          A.      But also a bigger emphasis was on
15    non surgery related chronic pain.
16          Q.      When you began your practice at
17    anesthesiology and pain, I'm sorry, Chesapeake
18    Perioperative Services, and if this is not the
19    way to ask the question you will let me know, but
20    how much of your time was spent in the operating
21    room delivering anesthesia to surgical patients
22    versus seeing patients for pain management?
23          A.      So, I was brought on board by,
24    mainly by, it was a group of practicing
25    anesthesiologists and they had one physician who
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1  was practicing both anesthesia and pain

2  management.

3          And he wanted to continue doing both

4  and the case load for pain management was, I

5  guess, increasing to the point where he felt that

6  the group needed to bring on another physician

7  who could see the chronic pain management

8  patients.

9          So, when I first started, it was a

10 gradual process.  I was there for just a little

11 less than three years.

12         So, when I first started, he himself

13 was doing, I think two, maybe two and a half days

14 of pain, and anesthesia in the operating rooms

15 the rest of the time.

16         I probably, when I started, because

17 it was a matter of then starting off seeing

18 patients and gradually as that part of the

19 practice built up, because there was the ability

20 for us to see patients, more than just the one

21 physician, my interest was still strongly to

22 continue doing both anesthesia and pain

23 management.

24         So, we kind of shared the case load

25 for the pain procedures.  So it probably started



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    off where I was seeing maybe half a day of pain

2    patients and just gradually grew a little bit

3    more.

4                By the time I left there I was

5    probably doing that anywhere from one to two days

6    a week.

7         Q.    Doing that being?

8         A.    Pain management.  And then doing

9    anesthesia.

10               I was still taking calls for the

11   anesthesia part, which was overnight call at the

12   hospital, the same as any other member in the

13   group, and then doing anesthesia in the ORs, the

14   days I wasn't doing pain management during the

15   daytime.

16        Q.    Okay.  And you stayed there for a

17   little less than three years according to your CV.

18        A.    Uh-huh.

19        Q.    And moved on to Harford County

20   Ambulatory Surgery Center.

21               Were you the Director of

22   Anesthesiology and Pain Management the entire

23   time you were at Harford County?

24        A.    Actually, no.  When they hired me at

25   Harford County Ambulatory Surgery Center it was



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2966-3   Filed 07/05/16   Page 14 of 45

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF RITU T. BHAMBHANI, M.D. on 02/10/2016          Page 29

1    to replace an anesthesiologist who was, who had

2    retired and they had an interim anesthesiologist

3    who also was close to retiring, so they needed

4    someone to do anesthesia there.

5              When they hired me to do anesthesia,

6    I am not sure that they were aware that I was

7    pain-fellowship trained.

8              And, so that was a, that is

9    something that evolved a little bit after I had

10   already joined or started working for them.

11             And as far as the director, I was

12   the only anesthesiologist there full-time, which

13   kind of made me director by default.

14        Q.    Okay.

15        A.    But the pain management part

16   happened later.

17        Q.    So, can you tell me when it was that

18   you became the director of pain management at

19   Harford County?

20        A.    I couldn't say.  I'm not sure if

21   somewhere in there, I don't know, any kind of

22   paperwork or something if they have that as

23   formally identified that I was made director of,

24   I mean, it started off where they hired me mainly

25   to be their anesthesiologist.  They have two


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
1    operating rooms and I was covering those.
2            And, once they realized I had done a
3    pain fellowship, asked if I had an interest in
4    seeing pain patients, and I said sure.
5            So, it was my practice eventually
6    became a little bit similar to what I had done at
7    Franklin Square Hospital, where I was doing
8    anesthesia some days and pain other days.  Again
9    started gradually.
10           And then by the time I think I left
11   them, I was doing about the same, maybe two days
12   of, two, two a half days of pain management, and
13   two and a half to three days of anesthesia.
14       Q.    Okay.  According to your CV you left
15   there in June of 2008.  And that is, and started
16   Box Hill Surgery Center in July of 2008.
17       A.    So, I started my practice in July of
18   2008.
19              Box Hill Surgery Center --
20       Q.    I asked a bad question so let me try
21   a different thing.
22              You left Harford in June of 2008.
23       A.    Yes.
24       Q.    Is that correct?
25       A.    Yes.
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1          Q.    In July of 2008, your CV says you

2  went into private practice, and was Box Hill

3  Surgery Center an existing entity at that time?

4          A.    No.

5          Q.    And did you start Box Hill Surgery

6  Center?

7          A.    I did.

8          Q.    And from 2008 to 2012, what was the

9  business, if you will, of Box Hill Surgery

10  Center?

11          A.    Just Box Hill Surgery Center was

12  where I was doing, it functioned as a

13  free-standing ambulatory surgery center where I

14  was doing probably most of my chronic pain

15  procedures.

16          Q.    Okay.  I want to mark as

17  Exhibit 1055.

18                  (Exhibit Number 1055

19                  marked for identification.)

20  BY MR. ROTH:

21          Q.    And this has been produced to us, it

22  has Bates number BHSC 000260.

23          MS. STEINER:  Which is the earlier

24    version of the CV.

25  BY MR. ROTH:


DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1      Q.     The version, this is a version of

2   your CV that was produced to us before today.

3             Between 2008 and 2012, and I mean

4   the end of 2012, how much of your practice was

5   pain management versus, were you doing any

6   delivery of anesthesia in the operating rooms?

7      A.     I have continued to do anesthesia

8   the entire time.

9             Probably varied a little bit over

10  time when I first started my practice.

11            I picked up more anesthesia time at

12  local surgery centers as an independent

13  contractor.

14            As the pain practice got more

15  established, oh, and I was doing anesthesia for

16  Harford County Ambulatory Surgical Center

17  part-time also.  And then for a period of time it

18  was fairly steady where I was doing one day of

19  anesthesia at Harford County Ambulatory Surgical

20  Center, seeing office patients three, three and a

21  half days a week and then doing procedures

22  usually a half to one day a week.

23     Q.     The reason why I showed you the

24  earlier version of your CV is, it does not have a

25  section where it says current privileges active



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1   as the one that was provided today does.

2                   So, there was no mention today of

3   active privileges anywhere other than Box Hill.

4   And on the CV you provided today which was 1054,

5   you list Harford County Ambulatory Surgical

6   Center and Surgical Center of White Marsh as

7   active privilege -- places where you have active

8   privileges in addition to Box Hill.

9                   Did you, before, between 2008 and

10  the end of 2012, have active privileges for

11  Harford County Ambulatory Surgical Center and the

12  Surgical Center of White March?

13          A.      Harford County Ambulatory Surgery

14  Center, yes.  Surgical Center of White Marsh was

15  not open in 2008.

16                  Gosh, I'm not sure I remember

17  exactly when they opened, but I have been going

18  there, here and there, for at least the last,

19  off-and-on, the last year or two.  They were

20  not --

21          Q.      The last year or two would take us

22  back to 2014.

23          A.      Correct.  I don't know if they

24  existed.  Definitely not in 2008 and I'm not sure

25  if they existed even in 2012.



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    Q.     And you have a courtesy privilege

2  listed in your current CV at the University of

3  Maryland Upper Chesapeake Medical Center and

4  MedStar Franklin Square Hospital.

5         What does that mean?

6    A.     Courtesy privileges is where they

7  have changed the definitions a little bit over

8  time, the hospitals have.

9         Currently what that is is I can go

10  in, have access to a patient record, but I'm not

11  actively, I don't have privileges to actively

12  take care of a patient.

13    Q.     Okay.  Between 2008 and 20, the end

14  of 2012, were you seeing patients at Harford

15  County Ambulatory Surgery Center for pain

16  management.

17    A.     I did, for approximately a year.

18  Because I started the pain practice, I actually

19  got active privileges at Upper Chesapeake, to be

20  able to, I needed a place to do the procedures.

21  The office setup was not set up to be able to do

22  x-ray guided procedures.

23         So, I requested privileges at Upper

24  Chesapeake and requested to continue privileges

25  at Harford County Ambulatory Surgery Center for



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    pain procedures.

2              I continued going to Harford County

3    Ambulatory Surgery Center even after Box Hill was

4    open for pain procedures, because even though, I

5    guess, doors were opened, the licensure process,

6    the accreditation, insurance contracts, they took

7    time.

8              So, for that initial, I'm not sure

9    exactly dates, but, probably almost a year I was

10   still doing some of my procedures at Harford

11   County Ambulatory Surgery Center.

12       Q.    Okay.  And, not holding you to a

13   precise time, would it be fair to say that after

14   July of 2009, say, you were not delivering pain,

15   I'm sorry, you were not seeing pain management

16   patients at Harford County?

17       A.    Not on a regular basis.

18       Q.    Okay.  Well then let me, I just want

19   to be clear.

20              Were there times after that first

21   year, up to the end of 2012, when you would treat

22   patients, pain management patients, at Harford

23   County Ambulatory Center?

24       A.    I'm not sure about 2012.  But,

25   somewhere between 2009 and 2012 could I have done



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    a pain procedure, possible.

2              If, since I was still doing

3    anesthesia there, if there was, I guess, the best

4    example that comes to mind off the top of my head

5    right now is there was a physician who had seen

6    me at Harford County Ambulatory Surgery Center as

7    a patient, and he knew I worked at Harford

8    County's Ambulatory Surgery Center for

9    anesthesia, and I remember him calling me one

10   time when I was doing anesthesia there to see if

11   I could see him for his pain, for a procedure.

12             And do it over there because of some

13   insurance reason, I'm not sure what it was.  But

14   it was easier for him to get it done at Harford

15   County, and I said yes.

16             So, I know I still had privileges

17   there, but I wasn't routinely going there a

18   certain day of the week or routinely doing

19   procedures there.

20        Q.    When you would see patients at

21   Harford County, and again if I'm asking this the

22   wrong way, you will let me know; I'm sure your

23   lawyers will.

24             But what I'm trying to find out is

25   were these patients, were these Harford County



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    patients or Box Hill patients?

2         A.    That is easy to answer.  They were

3    Ritu Bhambhani patients.

4         Q.    Okay.  Tell me about that.

5         A.    So, the pain practice, once I left

6    Harford County Ambulatory Surgery Center,

7    patients that I saw were Ritu Bhambhani's chronic

8    pain patients.

9         Q.    Okay.

10        A.    A certain percentage of those

11   patients, if they needed a procedure, had the

12   option to have it done at Box Hill Surgery

13   Center, had the option to get it done at Upper

14   Chesapeake, had the option to get it done at

15   Harford County Ambulatory Surgery Center, because

16   I had privileges at all of those places.

17             So any patient that I might have

18   injected at Harford County Ambulatory Surgery

19   Center after July of 2008 would have been Ritu

20   Bhambhani's patient going to Harford County

21   Ambulatory Surgery Center where they are the

22   places where it is being done, so there is a

23   facility where it is being done.

24             But, the provider, the physician

25   would be Ritu Bhambhani.



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
1    information about, you know, the equipment that
2    you would need, the medications you would need,
3    you know, the stuff you need to run an ambulatory
4    pain management center?
5             A.    Since the purpose of Box Hill was
6    mainly to do procedures for my patients, and I
7    have been doing those already at the time for
8    almost eight years, I didn't necessarily ask of
9    what I would need.
10                 In terms of the question of where,
11   like I said, I had been using these things at
12   Harford County, I was still actively providing
13   care there.  So it was fairly simple to ask them.
14                 That is a multi-specialty surgery
15   center providing other services.  I was mainly
16   asking about what I was requiring for my pain
17   procedures, because I was intending to do similar
18   procedures as I was there already for years, to
19   ask where they were getting the supplies from and
20   I just continued the same.
21            Q.    And do you remember who it is that
22   you spoke to at Harford to get that information?
23            A.    For supplies mainly?
24            Q.    I'm really thinking now about
25   medications.
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1      A.     Okay.  For medications, mainly, it

2   would either be Barbara Wagner who does most of

3   their ordering, or it would be their nurse

4   manager, Kim Marrow.

5      Q.     And is Barbara Wagner a physician?

6      A.     No, she does their ordering; she is

7   a surgical tech who is, does most of their

8   ordering.

9      Q.     Okay.  Along the course of your

10  training in anesthesia and pain management, is

11  one of the things you learn, you know, about the

12  actual medications, the agents that provide pain

13  relief?

14          MS. STEINER:  Objection as to form.

15      You can answer.

16          THE WITNESS:  I'm not sure I

17      understand.

18  BY MR. ROTH:

19      Q.     Sure.  I mean, did you receive

20  training in what types of medications or

21  compounds worked to provide pain relief?

22      A.     Where I did my residency and

23  fellowship?

24          The best that I remember for almost

25  the entire time, at least during the fellowship,



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    don't recall making a differentiation at the

2    time.

3         Q.    Okay.  Have you, since using,

4    starting using preservative-free MPA, can you

5    tell me approximately when that was?

6         A.    Sometime when I started doing pain

7    at Harford County Ambulatory Surgical Center.

8               I would have to guess I started

9    there in mid-2008.  So, sometime around --

10              MS. STEINER:  I think you are off.

11              THE WITNESS:  Oh, I'm sorry, 2003.

12    So, somewhere between that and 2004.

13   BY MR. ROTH:

14        Q.    Okay.  And again I was really just

15   looking for an approximation.

16        A.    Right, right, right.

17        Q.    Because I wanted to know, since you

18   began using preservative-free MPA, and by the way

19   was that always, that was always compounded?  The

20   preservative-free MPA?

21              MS. STEINER:  Objection as to

22        foundation.

23   BY MR. ROTH:

24        Q.    Well, was the preservative-free MPA

25   that you began using a compounded steroid?



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1        A.      At Harford County Ambulatory Surgery

2    Center?

3        Q.      Yes.

4        A.      I know they were getting it from

5    NECC because that is more so not so much

6    initially when they first started getting, like I

7    said I wasn't involved with the process of

8    getting the medication.

9               But, more so finding out where they

10   were getting it from as I was getting ready to

11   start my practice when, you know --

12       Q.      Understood.  So, I was looking back

13   after your conversation with, I think her name

14   was Barbara.

15       A.      Yes.

16       Q.      You learned they got their MPA from

17   NECC?

18       A.      Correct.

19       Q.      And you learned that that was a

20   compounding pharmacy?

21       A.      Most likely, yes.

22       Q.      Okay.  In any event, since you began

23   using preservative-free MPA, did you do any

24   research or personal investigation to determine

25   whether or not steroids that had preservatives in



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1      Square, he was there.  These were the

2      steroids available, this is what I used,

3      okay.

4                Over here, I was not involved in the

5      ordering process.  So, I don't remember

6      asking about the actual source at the time

7      when he first -- it probably would have been

8      more a discussion between him and the person

9      ordering, or their nurse manager there at the

10     time.

11  BY MR. ROTH:

12     Q.     In 2008 when you became the person

13  responsible for deciding what medications to

14  purchase for Box Hill and for your patients --

15     A.     Uh-huh.

16     Q.     -- until the recall, did you

17  investigate whether or not there were other

18  manufacturers of preservative-free MPA than NECC?

19     A.     No.

20     Q.     Are you aware or were you aware of

21  whether or not there were any preservative-free

22  steroids available other than the MPA, I'm sorry,

23  and let me set my time frame.

24                After you became responsible for

25  purchasing, for deciding what steroids would be



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    purchased for Box Hill, until the recall, did you

2    know whether or not there was available

3    preservative-free steroids other than what you

4    were purchasing from NECC?

5         A.    I had no reason to, or at least the

6    best that I remember, I don't remember having to

7    look for another source.  I mentioned earlier it

8    was something that I used for years prior, so it

9    was a, not just this one thing but most of the

10   supplies that I got was a simple, kind of thing

11   to say, okay, this is where they got it from, I

12   have used this before, I was fine with it and

13   this is what I'm going to continue using.

14              If I used, like I said anything

15   other than this, I don't remember having to

16   either ask Andy or my nurse or me personally

17   thinking of let me look for an alternative.

18        Q.    Okay.  And again you say you don't

19   remember doing it.

20              But, between 2008 and the time of

21   the recall, was NECC your sole source for

22   injectable steroids at Box Hill?

23        A.    For the most part.  The only part I

24   don't remember, I know somewhere in there, there

25   were case reports of particulate steroid causing



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    problems in cervical injections.

2              What I don't remember is if I had

3    that discussion with the nurse at Box Hill or

4    Harford County where I wanted to try a

5    nonparticulate steroid, and there is only a

6    couple of different options there that I would

7    have used that.

8              But as far as the preservative-free

9    MPA, the best I know NECC was pretty much our

10   source the entire time.

11        Q.    Okay.  Let me turn a little bit

12   about the decision to use NECC.

13             You said you spoke with Barbara

14   Wagner at Harford.  What do you recall about your

15   conversation about using NECC?

16        A.    I wouldn't recall a conversation

17   from 2008.

18             The general sense of the time was

19   getting a list of, you know, okay, she says, you

20   know, these are the gloves you used to use, this

21   is the local anesthetic that you have used for

22   the last five years, this is the skin prep you

23   have used for the last five years, this is the

24   steroid you have used, this is the pointers you

25   use, and getting that list and seeing where she



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
1    was getting them from, and, reaching out to the
2    same providers of the different supplies and
3    either, you know, me myself, if I had time or
4    giving it to the nurse and saying research and
5    I'm going with that.
6          Q.    When you first became responsible
7    for ordering the steroids at Box Hill, other than
8    saying, asking, I mean, is it basically Barbara,
9    where did we get the steroids from and she told
10   you it was NECC and gave you contact information?
11         A.    More than likely that is how I would
12   have, like I said, not just the steroid, that
13   would have been for pretty much --
14         Q.    For everything?
15         A.    -- for most supplies that I would
16   use for the pain procedures.
17         Q.    Okay.  And when she gave you
18   information, first of all, when you were at
19   Harford, had you had any contact with anybody
20   from NECC?
21         A.    Not, to the best of my recollection.
22         Q.    Had any, anybody ever talked to you
23   at all, had you even heard the name NECC before
24   you asked Barbara where do we get the steroid
25   from?
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1         A.   I mean, if I had, you know, in the

2   general course of being there five days a week as

3   their anesthesiologist, but I don't remember

4   anything out of the ordinary.

5         Q.   Okay.  Did you ever get any --

6   strike that.

7         In 2008, when you became responsible

8   for purchasing your medications and steroids and

9   Barbara tells you okay, we got this stuff from

10   NECC, did you talk to, did you find out any

11   information about how NECC, you know, did its

12   work?  Made its compounds?

13         MS. STEINER:  Objection as to form

14      and foundation.

15         THE WITNESS:  How they made their

16      compounds?

17   BY MR. ROTH:

18         Q.   Sure.

19         A.   I was ordering something I had used

20   before.  I have no reason to ask that particular

21   question of any of the suppliers of any of the

22   products I was getting at the time because I

23   wasn't really, in my mind at least I wasn't

24   changing anything of what I had done at an

25   established center.  They were Medicare certified



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
1     state licensed, AAAC accredited, I had done it

2     for years over there.  I was not consciously

3     making a particular change to look into anything

4     further about these specific companies, I guess.

5           Q.    Okay.

6           A.    Process.

7           Q.    And, so, all of those things you

8     were mentioning about they were Medicare

9     approved, they were AAA, you know, rated, that

10    related to Harford, right?

11          A.    Uh-huh.

12                MS. STEINER:  That is a yes?

13                THE WITNESS:  Yes, sorry.

14    BY MR. ROTH:

15          Q.    So, in a, do I understand then

16    because they were relying on this, on these

17    providers, whether it was NECC or others, that

18    was a good enough reference for you to use those

19    providers as well when you started your own shop?

20          A.    I mean, I had used those things

21    before.

22                So, the fact that I was at a place

23    that I had worked at and I had used those

24    products before for every single thing that I

25    needed to continue doing pain management, it
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    seemed like a reasonable thing to continue using

2    the same.

3         Q.    What is a compounding pharmacy?  I

4    mean, do you know what a compounding pharmacy is?

5         A.    If they have like a legal

6    definition, I'm not sure.

7               But, my best understanding is it is

8    a pharmacy that can put together a medication in

9    a form that a, I guess a regular manufacturing

10   company does not.

11        Q.    Okay.  And, do you, did you, between

12   2008 and the time of the recall, know whether or

13   not compounding pharmacies were subject to FDA

14   oversight?

15        A.    Since the day I came to the country

16   I assumed every medicine is under FDA oversight.

17   So I have to admit I don't recall ever

18   specifically thinking about the, oversight over

19   compounding pharmacies specifically.

20        Q.    Okay.  So, I take it then you were

21   not aware that compounded drugs don't have FDA

22   findings of safety, efficacy and manufacturing

23   quality.

24               MS. STEINER:  Objection as to form

25       and foundation.



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    Q.    0521.  You are 100 percent right.

2  Just to be clear, I got it wrong.

3    A.    And the 0521 lot again that was

4  simple.  We had only used it one day and for one

5  other patient.  So, again that was

6  straightforward.

7    Q.    When was the lot 0521 purchased?

8    A.    Not purchased from NECC.

9         After I had been contacted by

10  Mr. Rozek about Mrs. Rozek's passing away, he

11  had, I think called me on my phone to let me know

12  that she had passed away.

13         Right around the same time, I am not

14  sure of the exact dates, again I could look in

15  charts and be more certain on those.  Right

16  around the same time I had received a call from

17  Ms. Dreisch that she had been to the hospital a

18  couple of times.  We had done an internal, we is

19  Andy and I, had sat down and looked at our

20  internal process.  The two patients had presented

21  at different hospitals, very different

22  presentations.

23         I had already spoken, when Ms. Rozek

24  passed away, I had already spoken with a

25  physician at Johns Hopkins, which was not the



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    initial hospital where she had been admitted, who

2    had asked questions about her procedure, whether

3    there had been anything untoward during the

4    procedure.

5                 I had already looked at my images

6    that I had saved from her procedure.  We usually

7    save an image, usually when I inject the dye to

8    confirm needle placement.

9                 Just trying to see if there was any

10   correlation.

11                They, at the time were not sure what

12   had led to her illness, either her initial

13   hospital where she was admitted based on what

14   Mr. Rozek told me or Johns Hopkins, I think I

15   spoke to the intensivist there.

16                And they were just looking at all

17   different aspects I guess, of her health prior

18   to that.  And since the injection was something

19   that had happened a couple of weeks prior to her

20   being sick.

21                And then on the other side was

22   Ms. Dreisch, very different presentation,

23   different hospital, being treated for a very

24   different kind of symptom complex.

25                We just said because those were two



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1   patients who had had injections, Andy and I sat
2   down and just did an internal kind of thorough
3   review of our process to see was there anything
4   that we could identify that could tie those two
5   patients to their procedures.
6            And, not being able to explain,
7   based on anything that Ms. Dreisch had told me or
8   Mr. Rozek or the intensivist, we just sat down
9   and just kind of reviewed our process from the
10  time the patient walks in the door until the time
11  they leave.  Everything that happens to them, who
12  all takes care of them, and we just decided we
13  were just going to maybe look at, is there
14  something else that we can do.
15           We could not figure out at that
16  point any correlation with the procedure.  At
17  least we didn't have an explanation, none of the
18  other providers seemed to.
19           We decided, you know, if it was
20  somehow related to something that happened here,
21  is there anything else we could do?  And the one
22  thing that came to mind was, well as we order
23  supplies, not knowing what it was, I told Andy,
24  let's reorder all of our injectables and anything
25  that is sterile, you know, gloves, their skin



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1   prep, what have you, and make sure no one had

2   been sick on our staff recently.

3                 Because one of the things that

4   Ms. Dreisch's initial working diagnosis that she

5   was being treated for, that she had told us was a

6   viral meningitis, which is usually community

7   acquired.

8                 So, I couldn't come up with anything

9   there.

10                So, thinking of that kind of a

11  transmission, I started asking all of my staff to

12  start wearing a mask if they were going to be in

13  the operating room.  Prior to that I used to wear

14  a mask.  I started saying well everyone wear a

15  mask.

16                So, coming to the 0521, it wasn't

17  ordered from NECC.  I found out about Ms. Rozek's

18  passing away, whatever day.  Andy said okay, I

19  will place a new order, then came back and said

20  well they are not going to be able to get it to

21  us prior to a certain date.  You have a procedure

22  day before that.  So, I reached out to Harford

23  County Ambulatory Surgery Center where I was

24  still doing anesthesia, and asked if we could

25  borrow medication from them.



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    I borrowed that 35 vials off that

2  lot number and used it for, I think, 24 patients

3  one day and one other patient another day while

4  we placed our own order, the 21st.  So, the

5  procedure is done on the 21st were done using

6  this medication, the 0521 lot that was borrowed

7  from Harford County.

8    Q.    That procedure was done on

9  September 21st?

10    A.    Correct.

11    Q.    Were done using 0521 2012.

12    A.    Right.  And even earlier in that

13  week, if I remember, there might have been one

14  procedure on a day.  Because, that was a few days

15  after the 17th.  On the 17th already, the 17th is

16  when I found out about her passing away.  I

17  talked to Andy probably right away or the next

18  day and said let's figure something out.  Let's

19  sit down and go over everything.  I'm going to

20  say that it was probably later that day on the

21  17th.

22    And, when we started talking about,

23  okay, what are the different things we are going

24  to do, and we decided we are going to order the

25  21st was a regular procedure day.



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1          So, by the 18th, 19th, he is like,
2     okay, well, we will order the next lot in the
3     meantime let's use, if we can borrow it from
4     Harford County, so that is what we borrowed from
5     them.
6          Q.    Okay.  The, did you know when you
7     contacted Harford that the MPA, the preservative-
8     free, you asked for preservative-free MPA?
9          A.    That is what they were using at the
10    time.  So I asked for it.
11         Q.    So, you were, you knew that you were
12    using NECC provided MPA?
13         A.    Yes.
14         Q.    Okay.  Did you call NECC after your
15    November, September 17th when you had this
16    meeting with Andy and before you got the notice
17    of recall?
18         A.    I didn't call NECC or any of the
19    others.  Like I said, at the time it was more
20    just trying to come up with any way to correlate
21    or to explain what those two patients were going
22    through or had gone through.
23              And, figuring out was there anything
24    in our process, not just a medicine, not an
25    injection, but just our whole, like I was even


DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1                   (Recess taken -- 2:53 p.m.)

 2                   (After recess -- 2:59 p.m.)

 3                   THE VIDEOGRAPHER:  Back on at 2:59.

 4                   MR. ROTH:  So could you read back my

 5        last question please?

 6                   (Whereupon, the record was read by

 7        the reporter as requested.)

 8                   MS. STEINER:  Objection as to form

 9        and foundation.

10   BY MR. ROTH:

11        Q.     Yes, so let me try to rephrase the

12   question so it is a little less glib.

13                   But, since the recall, have you

14   learned ways that you as a physician can, you

15   know, verify whether or not a compounding

16   pharmacy is utilizing good manufacturing

17   processes?

18                   MS. STEINER:  Objection as to form

19        and foundation.

20                   THE WITNESS:  Generally speaking,

21        right after the recall which happened on the

22        26th or the 27th of September, incidentally I

23        used to do anesthesia on Wednesday at Harford

24        County Ambulatory Surgical Center.

25                   The room that I was doing anesthesia
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1  in, I think had the surgical tech who orders

2  medications there, had mentioned, I had not

3  seen the recall notice at this point, this

4  was a Wednesday during the day, had mentioned

5  that they were planning on switching, getting

6  preservative-free MPA from another pharmacy.

7          So, when the recall notice first

8  came, besides other things, but the decision

9  to get the steroid from another place at the

10 time of the recall, and not still getting any

11 indication from NECC based on my call to them

12 when I saw the recall notice, whether there

13 had been any problems.

14          I was still with the thought

15 preservative-free was the best steroid to use

16 for patients for their spinal injections.  So

17 I had still intentions to continue using

18 preservative, obviously they were not

19 supplying it.

20          And since I had just the previous

21 day spoken with the person at Harford County

22 that they were switching, I said, oh, this is

23 a coincidence.  Otherwise I would have no

24 idea, since the recall, since I have never

25 ordered from anywhere else, that it did make



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1    it easier for me to actually have another
 2    resource already, that I could just call her
 3    and get the information on who they were
 4    going with.
 5            I hadn't really paid that much
 6    attention the day before when she said they
 7    were switching, because I had no thoughts of
 8    switching until that recall notice came.
 9            So, I asked her to give me the name
10    of the contact person for the new pharmacy
11    they were going with.
12            And, I don't remember if I
13    personally called or if Andy called
14    requesting that an account be set us for us
15    to be able to order from them.
16            I saw the recall notice on a
17    Thursday; I still had procedures to do that
18    Friday.  I could not use what I had on hand
19    from the 0629, since I had already decided
20    not to use that and had borrowed the 0521
21    from Harford County which was also on the
22    recall notice, so I couldn't use that.
23            The 0810 that had been shipped by
24    then was on the recall notice; I couldn't use
25    that.
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1                   So, again, I don't remember if I
 2        called or I asked Andy to call, you know,
 3        Barbara had mentioned they were switching,
 4        had they switched already and do they have
 5        something else on hand.
 6                   They happen to have JCB's
 7        preservative-free MPA.
 8   BY MR. ROTH:
 9        Q.      Whose was it?
10        A.      Harford County, JCB Labs, they
11   happened to have that already on hand, so we
12   borrowed that to get through my procedures on the
13   28th.
14                   There was the weekend, October 1st
15   is when I got the call from the Department of
16   Health.
17                   Still not understanding the extent
18   of NECC's problem, I said okay, while we started
19   to do what the Department of Health wanted us to
20   do, still under the impression it was an isolated
21   NECC problem not a, some sort of a bigger
22   compounding pharmacy's kind of an issue.  As we
23   were doing what they needed us to do with these
24   patients --
25        Q.      And that is the calling and
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1  notifying?

2      A.    Exactly.  Calling, notifying, giving

3  them information until they told us that we could

4  start calling or sending letters.

5            To come back to your question, did I

6  know any different on what to ask?  So I again

7  reached back to Barb.

8            At the time she had informed me that

9  they had a pharmacy consultant that they could

10  reach out to as needed.

11            And I said, hey, as he suggested,

12  there is something I should be asking this new

13  place now that I'm getting this medication from.

14            And I think she gave me a list,

15  either of questions to ask or asking for their

16  license.

17            So, whatever I must have asked based

18  on that pharmacist suggesting to Barb, Barb

19  passing that information to me, I asked all of

20  that of JCB.  Kept it, I have a JCB folder, all

21  of that stuff will be in there.

22            However, what changed my mind in

23  thinking there was anything I could do to confirm

24  that what they were giving me was sterile and

25  what I expected it to be, changed over the


DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    subsequent months as I saw either news or other

2    recall reports from other compounding pharmacies

3    having contamination in their products.

4                    So, within those first few months, I

5    did use the JCB product that we initially

6    ordered.

7                    But as I continued to see the news

8    reports of the other, in other states compounding

9    pharmacies having issues, at the time I had

10   decided since there is no way for me to ensure or

11   oversee or check what they were doing is right.

12   And clearly the people who are supposed to be

13   making sure what they were doing they are doing

14   right, I have no control of either, that my then

15   safest option at the time was to use steroid with

16   preservative.

17                   And I switched to using preservative

18   methylprednisolone.

19      Q.      Do you remember the name of the

20   consultant that Barb suggested you speak with?

21                   MS. STEINER:   Objection as to

22       foundation.

23                   THE WITNESS:   I'm sorry, she did not

24       suggest I speak, that is a resource that they

25       had that she had already spoken with.



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com