# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs, | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO NON-PARTY BARBARA WAGNER'S MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' SUBPOENA AND AMENDED NOTICE OF VIDEOTAPED DEPOSITION *DUCES TECUM***

Plaintiffs in the eight above-captioned cases ("Box Hill Plaintiffs" or "Plaintiffs"), by and through their respective undersigned counsel, Law Offices of Peter G. Angelos, P.C. and Cohen, Placitella & Roth, P.C., submit the following Response in Opposition to Non-Party Barbara Wagner's (hereinafter "Ms. Wagner") Motion for Protective Order Regarding Plaintiffs' Subpoena and Amended Notice of Deposition *Duces Tecum* relating to her deposition.

For the reasons set forth fully in the accompanying Memorandum of Law, which is expressly incorporated as if set forth at length herein, Plaintiffs respectfully request that this Court deny Non-Party Barbara Wagner's Motion for Protective Order Regarding Plaintiffs' Subpoena and Amended Notice of Deposition *Duces Tecum*.

                              Respectfully Submitted,

/s/ Patricia J. Kasputys  
Patricia J. Kasputys, Esq. (Pro hac vice)  
Sharon L. Houston, Esq. (Pro hac vice)  
**Law Offices of Peter G. Angelos, P.C.**  
One Charles Center  
100 North Charles Street  
Baltimore, Maryland 21201  
(410) 649-2000  
Fax: (410) 649-2101  
*Attorneys for Plaintiffs Armetta, Bowman, Davis, Dreisch, Farthing, Kashi and Torbeck*

/s/ Michael Coren  
Harry M. Roth, Esq. (Pro hac vice)  
Michael Coren, Esq.  
**Cohen, Placitella & Roth PC**  
Two Commerce Square  
2001 Market Street, Suite 2900  
Philadelphia, PA 19103  
(215) 567.3500  
(215) 567-6019  
*Attorney for Plaintiff Handy*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *In re: New England Compounding Pharmacy, Inc.* | : | MDL No. 1:13-md-2419 |
| *Products Liability Litigation* | : | |
| | : | |
| | : | |
| | : | |

CERTIFICATE OF SERVICE

I, MICHAEL COREN, Esquire, hereby certify that I caused a copy of the Plaintiff's Response to Motion for Protective Order of Non-Party Barbara Wagner to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: July 5, 2016

/s/ MICHAEL COREN, ESQUIRE
Michael Coren, Esquire