UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>*Gilliam v. Chowdhury et al*<br>15-cv-11367-RWZ | |

## STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Sarah Gilliam and defendants Tim I. Chowdhury, M.D. and Nikesh Batra, M.D., Adil O. Katabay, M.D., Saud Siddiqui, M.D., Meena Chadha, and Lori Sheets, LPN (the "Ohio Medical Defendants") stipulate to dismissal with prejudice of all claims brought by plaintiff in this action, without payment of any kind, each side to bear their own fees and costs.

Dated:  July 6, 2016

| | |
|---|---|
| **/s/ Tory A. Weigand** | Respectfully submitted,<br><br>**/s/ Kristen A. Johnson** |
| Tory A. Weigand, BBO # 548553<br>Anthony E. Abeln<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>(617) 439-7500<br>tweigand@morrisonmahoney.com<br>aabeln@morrisonmahoney.com | Thomas M. Sobol, BBO # 471770<br>Kristen A. Johnson, BBO # 667261<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA  02142<br>(617) 482-3700<br>tom@hbsslaw.com<br>kristenj@hbsslaw.com |
| *Counsel for defendants Nikesh Batra, M.D., Adil O. Katabay, M.D., Saud Siddiqui, M.D., Meena Chadha, Lori Sheets, LPN* | *Counsel for plaintiff Sarah Gilliam* |

**/s/ Bartholomew T. Freeze**
Bartholomew T. Freeze
Mark L. Schumacher
Bartholomew T. Freeze
Freund, Freeze & Arnold
Capitol Square Office Building
65 E. State Street, Suite 800
Columbus, OH 43215-4247
(614) 827-7300
mschumacher@ffalaw.com
bfreeze@ffalaw.com

*Counsel for defendant Tim I. Chowdhury, M.D.*

**CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: July 6, 2016                              **/s/ Kristen A. Johnson**
                                                 Kristen A. Johnson, BBO # 667261