# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs, | ) ) ) ) ) |

MDL No. 2419

Docket No. 1:13-md-2419 (RWZ)

This document relates to:

Armetta, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14022-RWZ

Bowman, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14028-RWZ

Davis, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14033-RWZ

Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14029-RWZ

Farthing, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14036-RWZ

Kashi, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14026-RWZ

Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,
No. 1:14-cv-14023-RWZ

**PLAINTIFFS' MOTION FOR LEAVE TO APPEAR VIA TELEPHONE AT JULY 14, 2016, MOTION HEARING**

Plaintiffs, by their undersigned counsel, hereby move for this Court to allow attorney Patricia J. Kasputys to appear via telephone at the July 14, 2016 Motion Hearing before the Honorable Jennifer C. Boal, for reasons explained below.

1.    Counsel for non-party Barbara Wagner, Ashley L. Marucci, filed a Motion for

Protective Order as to Plaintiffs' Notice of Deposition Duces Tecum of Barbara Wagner [Dkt 2953, 2927].  Ms. Wagner's counsel has also filed a motion for leave to appear by telephone [Dkt 2963], as has Greg Kirby, counsel for the Box Hill Defendants [Dkt 2964].

2.      Plaintiffs' attorney, Patricia J. Kasputys is located in Maryland.  Although Ms. Kasputys has been admitted to practice *pro hac vice* on a limited basis before this Court in the MDL proceedings, it would place an undue burden and expense for Ms. Kasputys to be required to travel to Massachusetts for the scheduled hearing on the Motion for Protective Order.

3.      Accordingly, Ms. Kasputys respectfully requests to appear for the hearing to address the Motion for Protective Order via telephone before Judge Jennifer C. Boal on July 14, 2016, at 3:30 p.m.

WHEREFORE, Plaintiffs respectfully request that the undersigned counsel be permitted to appear via telephone during the July 14, 2016 hearing on non-party Barbara Wagner's Motion for Protective Order, and request such other relief as this Court deems just and proper under the circumstances.

Respectfully submitted,


/s/ Patricia J. Kasputys
Patricia J. Kasputys
Sharon L. Houston
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street
22nd Floor
Baltimore, MD  21201
410-649-2000
Pkasputys@lawpga.com
Shouston@lawpga.com

*Attorneys for Plaintiffs Armetta, Bowman, Davis, Dreisch, Farthing, Kashi, Torbeck et al.*

## CERTIFICATE OF SERVICE

I, Patricia J. Kasputys, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the defendants in the above-referenced individual cases, and will be sent to these parties by operation of the CM/ECF system.

Dated: July 6, 2016                         /s/ Patricia J. Kasputys
                                            Patricia J. Kasputys

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs, ) ) ) ) | MDL No. 2419 <br><br> Docket No. 1:13-md-2419 (RWZ) |

This document relates to: )

Armetta, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14022-RWZ

Bowman, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14028-RWZ

Davis, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14033-RWZ

Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14029-RWZ

Farthing, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14036-RWZ

Kashi, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14026-RWZ

Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,
No. 1:14-cv-14023-RWZ

Handy v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14019-RWZ

**ORDER GRANTING PLAINTIFFS' MOTION TO APPEAR VIA TELEPHONE AT JULY 14, 2016, MOTION HEARING**

The Court, having considered Plaintiffs' Motion, and good cause appearing therefor,

IT IS this _____ day of _____, 2016, ORDERED that Plaintiffs'

Motion for Leave to Appear via Telephone at the July 14, 2016, 3:30 p.m. Motion Hearing scheduled by this Court is hereby GRANTED.

JENNIFER C. BOAL
CHIEF MAGISTRATE JUDGE
U.S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS