**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>    Plaintiffs, | )<br>) MDL No. 2419<br>)<br>) Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | ) |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | ) |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | ) **ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR VIA TELEPHONE AT JULY 14, 2016, MOTION HEARING** |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | ) |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | ) |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | ) |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | ) |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | ) |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ | ) |

## **ORDER**

The Court, having considered Plaintiff's Motion, and good cause appearing therefor,

IT IS this _____ day of _____, 2016, ORDERED that Plaintiff's Meghan Handy's Motion for Leave to Appear via Telephone at the July 14, 2016, 3:30 p.m. Motion Hearing scheduled by this Court is hereby GRANTED. Harry M. Roth, Esq. and/or Michael Coren, Esq. may appear and participate telephonically.

 

_____
JENNIFER C. BOAL
CHIEF MAGISTRATE JUDGE
U.S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS