# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 02419 Docket No. 1:13-md-2419-RWZ |
| ———————————————— | ) ) | |
| This document relates to: | ) ) | |
| All Cases against the Box Hill Defendants[1] | ) ) ) | |

## PLAINTIFFS' PROPOSED REVISIONS TO ORDER SETTING DISCOVERY DEADLINES FOR BOX HILL CASES

At the direction of the Court, by Order dated June 24, 2016 (Dkt. 2958), counsel for Plaintiffs who have filed suits that are pending in this multidistrict ("MDL") litigation against Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC (collectively, "Box Hill Defendants") and counsel for Defendants have conferred about a revised scheduling order to compress the deadlines set forth in the Order Setting Discovery Deadlines, dated May 5, 2016 (Dkt. 2851). Plaintiffs' counsel, Patricia J. Kasputys, with permission and consent by Michael Coren, has communicated with Defendants' counsel, Gregory K. Kirby by emails as well as by a telephone conference and are unable to reach agreement on any proposed revisions to the Order.

Plaintiffs propose the following revisions to Dkt. 2851, Order Setting Discovery Deadlines:

---

[1] This pleading applies to the following cases: Handy v. Box Hill Surgery Center, LLC, et al. No: 1:14-cv-14019-RWZ; Armetta v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14023-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ; Davis v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ

| Event | Current Date [Dkt 2851] | Proposed Date |
|---|---|---|
| Close of Case Specific Fact Discovery | March 15, 2017 | February 24, 2017 |
| Plaintiffs' Case Specific Expert Report Due | May 15, 2017 | April 14, 2017 |
| Defendants' Case Specific Expert Reports Due | June 15, 2017 | May 12, 2017 |
| Completion of Case Specific Expert Depositions | July 17, 2017 | June 16, 2017 |

These revisions basically shorten the time to finish case specific fact discovery by two and a half weeks, and the case specific expert report and deposition deadlines by about 30 days. We also propose that the date for parties to seek leave of court to file motions for summary judgment be shortened by a month to May 31, 2017.

Plaintiffs want to get their cases ready for trial as soon as possible. Thus, the revisions proposed by Plaintiffs effectively shorten the overall time within which the case-specific discovery will be done in the eight Box Hill cases by only one month. The Box Hill Plaintiffs agreed to the dates set forth in the Premier Orthopaedic Associates, *et al.* Notice of Joint Filing of Proposed Discovery Schedule submitted to the Court (Dkt. 2775), although they had originally proposed different deadlines. Plaintiffs' consent to the jointly filed schedule applicable to the Premier and Box Hill cases (which was not fully adopted by the Court) was the result of compromise between different proposals by a number of attorneys in addition to Box Hill Defendants' counsel. At this time, with the Premier cases likely no longer at issue, Plaintiffs assert that it is both feasible and desirable to shorten the overall time period within which all discovery is concluded in the Box Hill cases.

WHEREFORE, Plaintiffs, by their undersigned counsel request that the deadlines set forth in Judge Boal's May 5, 2016 Order (Dkt. 2851), be modified as set forth in the proposed Order Plaintiffs submit to the Court.

Dated: July 8, 2016                              Respectfully submitted,


                                                 /s/ Patricia J. Kasputys
                                                 Patricia J. Kasputys
                                                 Sharon L. Houston
                                                 Law Offices of Peter G. Angelos, P.C.
                                                 100 N. Charles Street
                                                 Baltimore, MD  21201
                                                 (410) 649-2000
                                                 *Attorneys for Plaintiffs*


                                                 /s/ Michael Coren
                                                 Harry M. Roth
                                                 Michael Coren
                                                 Cohen Placitella & Roth. P.C.
                                                 2001 Market Street
                                                 Suite 2900
                                                 Philadelphia, PA  19103
                                                 (215) 567-3500
                                                 *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Patricia J. Kasputys, certify that I caused a copy of the above Plaintiffs Proposed Revisions to Order Setting Discovery Deadlines for Box Hill Cases and proposed Order to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: July 8, 2016                                Respectfully submitted,


                                                   */s/* Patricia J. Kasputys