## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )<br>)<br>)    MDL No. 02419<br>)    Docket No. 1:13-md-2419-RWZ<br>)<br>)<br>This document relates to:        )<br>)<br>All Cases against the Box Hill Defendants[1]   )<br>) |

## ORDER

Upon consideration of the Plaintiffs' Proposed Revisions to Order Setting Discovery Deadlines for Box Hill Cases, it is hereby

ORDERED, that the Order Setting Discovery Deadlines, dated May 5, 2016 [Dkt. 2851], for Box Hill Cases is modified as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Case Specific Fact Discovery | March 15, 2017 | **February 24, 2017** |
| Plaintiffs' Case Specific Expert Reports Due | May 15, 2017 | **April 14, 2017** |
| Defendants' Case Specific Expert Reports Due | June 15, 2017 | **May 12, 2017** |
| Completion of Case Specific Expert Depositions | July 17, 2017 | **June 16, 2017** |
| Deadline for Seeking Leave of Court to Move for Summary Judgment | June 30, 2017 | **May 31, 2017** |

---

[1] This pleading applies to the following cases: Handy v. Box Hill Surgery Center, LLC, et al: No: 1:14-cv-14019-RWZ; Armetta v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14023-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ; Davis v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ

_____

JENNIFER C. BOAL
United States Magistrate Judge