UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. ) | Multi-District Litigation |
| PRODUCTS LIABILITY LITIGATION, ) | Case No. 1:13-md-2419-RWZ |
| ) | |

## ANNUAL REPORT OF TORT TRUSTEE

Lynne F. Riley, Tort Trustee[1] under the Tort Trust dated June 4, 2015 created pursuant to the *Third Amended Joint Chapter 11 Plan of New England Compounding, Inc.* confirmed by the United States Bankruptcy Court for the District of Massachusetts on May 20, 2015, hereby submits certain reports for the period of May 20, 2015 through May 31, 2016, inclusive, required under the Tort Trust, each more fully described below.

1.  Expense Funds:  Attached as as Exhibit A are the profit and loss statement and supporting transactional summary of Expense Funds (in which the Tort Trust holds a residual interest) held by Stephen Darr as the Expense Funds Administrator, the fiduciary responsible for the approval of Expense Fund expenditures of which the Tort Trustee is merely reporting, showing: (i) interest income of $57,037.87, (ii) non-professional expenses of $47,116.28, (iii) professional expenses of $392,120.16, and (iv) Chapter 11 Trustee fees of $1,135,754.85.  As of May 31, 2016, $44,182,046.58 was on deposit with the Expense Funds Administrator as Expense Funds.

2.  Qualified Settlement Funds:  Annexed hereto as Exhibit B are the profit and loss statement and supporting transactional summary of the Qualified Settlement Funds (Provider Settlements) held by the Tort Trustee as its administrator (which are not Tort Trust Assets),

---

[1] Capitalized terms used, but not otherwise defined herein shall have the meanings ascribed to those terms in the *Third Amended Joint Chapter 11 Plan of New England Compounding, Inc.*

JS#551138v1

showing: (i) interest income of $179,008.35, (ii) an expense distribution of $700,000.00 to Edward Gentle as the Provider Funds Settlement Administrator, (iii) allocable non-professional expenses of $51,342.72, (iv) allocable professional expenses of $54,457.51, and (v) allocable Tort Trustee fees of $33,419.98. As of May 31, 2016, $55,512,927.20 was on deposit with the Tort Trustee as Qualified Settlement Funds.

3. <u>Tort Trust</u>: Annexed hereto as <u>Exhibit C</u> are a profit and loss statement and supporting transactional summary of funds held by the Tort Trustee in the Tort Trust showing: (i) interest income of $258,852.72, (ii) allocable non-professional expenses of $135,345.28, (iii) allocable professional expenses of $1,354,724.41, (iv) allocable Tort Trustee fees of $74,035.21, and (v) statutory United States Trustee fees of $30,225.00. As of May 31, 2016, $76,295,793.98 was on deposit with the Tort Trustee as Tort Trust funds.

4. <u>Status of Claims Processing in the National Settlement</u>: Annexed hereto as <u>Exhibit D</u> is the summary update report concerning claim settlements.

5. <u>Status of Claims Processing in the Three Provider Settlements</u>: Annexed hereto as <u>Exhibit E</u> is the summary update report concerning claim settlements.

Respectfully Submitted,

LYNNE F. RILEY, TORT TRUSTEE,

By her attorneys,

/s/ Michael J. Fencer

Michael J. Fencer (BBO No. 648288)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts  02111
Telephone.:   617-951-0500
Facsimile:    617-951-2414
Email:  mfencer@jagersmith.com

Dated: July 11, 2016

JS#551138v1

## CERTIFICATE OF SERVICE

I, Michael J. Fencer, hereby certify that on the date set forth above that I caused a true and accurate copy of the foregoing document to be served upon the persons listed below who do not otherwise receive electronic notice of filing via first class mail, postage prepaid.

/s/ Michael J. Fencer

Michael J. Fencer

Paul D. Moore, Esq.
Duane Morris
100 High Street, Suite 2400
Boston, Massachusetts   02110-1724

Office of the United States Trustee
5 Post Office Square, Suite 1000
Boston, Massachusetts  02109-3934

Thomas Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, Massachusetts  02142

JS#551138v1

# EXHIBIT A

06/27/16
Accrual Basis

# NECP Expenses QSF
## Profit & Loss
### May 20, 2015 through May 31, 2106

|  | May 20, '15 - May 31, 2106 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Interest Income | 57,037.87 |
| **Total Income** | 57,037.87 |
| | |
| **Expense** | |
| Destruction | 2,550.00 |
| Insurance Expense | |
| Bond Premium | 41,130.00 |
| **Total Insurance Expense** | 41,130.00 |
| | |
| Professional Fees | |
| Legal | 272,633.45 |
| Outside Consultants | 119,486.71 |
| Trustee Fees | 1,135,754.85 |
| **Total Professional Fees** | 1,527,875.01 |
| | |
| Telephone Expense | 246.25 |
| Utilities | |
| Electric | 3,190.03 |
| **Total Utilities** | 3,190.03 |
| | |
| **Total Expense** | 1,574,991.29 |
| | |
| **Net Ordinary Income** | -1,517,953.42 |
| | |
| **Net Income** | -1,517,953.42 |

JS#551077v1

Page 1 of 1

10:06 AM
06/27/16
Accrual Basis

# NECP Expenses QSF
## Transaction Detail By Account
### May 20, 2015 through May 31, 2016

| Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Interest Income** | | | | | | | |
| Deposit | 01/29/2016 | | Rabobank | Deposit | | Rabobank, N.A. Cking 4666 | 9,496.92 |
| Deposit | 02/29/2016 | | Rabobank | Deposit | | Rabobank, N.A. Cking 4666 | 14,112.94 |
| Deposit | 03/01/2016 | | Rabobank | Deposit | | Rabobank, N.A. Cking 4666 | 5.11 |
| Deposit | 03/31/2016 | | Rabobank | Deposit | | Rabobank, N.A. MM 4668 | 3,879.75 |
| Deposit | 04/29/2016 | | Rabobank | Deposit | | Rabobank, N.A. MM 4668 | 14,535.03 |
| Deposit | 05/31/2016 | | Rabobank | Deposit | | Rabobank, N.A. MM 4668 | 15,008.12 |
| **Total Interest Income** | | | | | | | 57,037.87 |
| **Destruction** | | | | | | | |
| Check | 05/04/2016 | 143 | Conigliaro Industries | | | Rabobank, N.A. Cking 4666 | -2,550.00 |
| **Total Destruction** | | | | | | | -2,550.00 |
| **Insurance Expense** | | | | | | | |
| **Bond Premium** | | | | | | | |
| Check | 01/08/2016 | 102 | International Sureties | | | Rabobank, N.A. Cking 4666 | -41,130.00 |
| **Total Bond Premium** | | | | | | | -41,130.00 |
| **Total Insurance Expense** | | | | | | | -41,130.00 |
| **Professional Fees** | | | | | | | |
| **Legal** | | | | | | | |
| Check | 01/20/2016 | 104 | Duane Morris | | | Rabobank, N.A. Cking 4666 | -53,055.00 |
| Check | 01/20/2016 | 105 | Duane Morris | | | Rabobank, N.A. Cking 4666 | -39,096.84 |
| Check | 02/16/2016 | 114 | Duane Morris | | | Rabobank, N.A. Cking 4666 | -36,735.00 |
| Check | 02/22/2016 | 126 | Duane Morris | | | Rabobank, N.A. Cking 4666 | -29,098.48 |
| Check | 03/08/2016 | 133 | Duane Morris | | | Rabobank, N.A. Cking 4666 | -15,681.10 |
| Check | 03/08/2016 | 134 | Duane Morris | | | Rabobank, N.A. Cking 4666 | -31,155.00 |
| Check | 04/11/2016 | 139 | Duane Morris | | | Rabobank, N.A. Cking 4666 | -17,118.53 |
| Check | 04/11/2016 | 140 | Duane Morris | | | Rabobank, N.A. Cking 4666 | -27,977.50 |
| Check | 05/09/2016 | 145 | Duane Morris | | | Rabobank, N.A. Cking 4666 | -7,216.00 |
| Check | 05/09/2016 | 146 | Duane Morris | | | Rabobank, N.A. Cking 4666 | -15,500.00 |
| **Total Legal** | | | | | | | -272,633.45 |
| **Outside Consultants** | | | | | | | |
| Check | 01/13/2016 | 103 | TGA Cross | | | Rabobank, N.A. Cking 4666 | -260.00 |
| Deposit | 01/14/2016 | | TGA Cross | Add Back CK # 103 Voided | | Rabobank, N.A. Cking 4666 | 260.00 |
| Check | 01/21/2016 | 107 | Mesirow Financial Consulting | | | Rabobank, N.A. Cking 4666 | -10,980.00 |
| Check | 02/01/2016 | 108 | Reliable Pharmaceutical Returns | | | Rabobank, N.A. Cking 4666 | -18,159.17 |
| Check | 02/02/2016 | 109 | Greenridge Financial Consulting | | | Rabobank, N.A. Cking 4666 | -2,470.82 |
| Check | 02/02/2016 | 110 | Donlin Recano & Company, Inc. | | | Rabobank, N.A. Cking 4666 | -1,487.37 |
| Check | 02/02/2016 | 111 | Donlin Recano & Company, Inc. | | | Rabobank, N.A. Cking 4666 | -8,469.77 |
| Check | 02/09/2016 | 113 | Harris Beach, LLC | | | Rabobank, N.A. Cking 4666 | -9,008.72 |
| Check | 02/18/2016 | 125 | Harris Beach, LLC | | | Rabobank, N.A. Cking 4666 | -635.00 |
| Check | 02/24/2016 | 127 | TGA Cross | | | Rabobank, N.A. Cking 4666 | -260.00 |

JS#5510771v1

10:06 AM
06/27/16
Accrual Basis

# NECP Expenses QSF
## Transaction Detail By Account
### May 20, 2015 through May 31, 2016

| Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| Check | 03/02/2016 | 128 | Too Integrated Security, LLC | | | Rabobank, N.A. Cking 4666 | -886.32 |
| Check | 03/02/2016 | 129 | Too Integrated Security, LLC | | | Rabobank, N.A. Cking 4666 | -851.80 |
| Check | 03/02/2016 | 130 | Too Integrated Security, LLC | | | Rabobank, N.A. Cking 4666 | -139.60 |
| Check | 03/02/2016 | 131 | Too Integrated Security, LLC | | | Rabobank, N.A. Cking 4666 | -222.35 |
| Check | 03/07/2016 | 132 | Greenridge Financial Consulting | | | Rabobank, N.A. Cking 4666 | -3,300.00 |
| Check | 03/09/2016 | 135 | Harris Beach, LLC | | | Rabobank, N.A. Cking 4666 | -25,928.84 |
| Check | 03/22/2016 | 136 | Harris Beach, LLC | | | Rabobank, N.A. Cking 4666 | -2,000.00 |
| Check | 03/30/2016 | 137 | Donlin Recano & Company, Inc. | | | Rabobank, N.A. Cking 4666 | -5,888.58 |
| Check | 04/11/2016 | 138 | Harris Beach, LLC | | | Rabobank, N.A. Cking 4666 | -15,000.00 |
| Check | 04/14/2016 | 141 | Donlin Recano & Company, Inc. | | | Rabobank, N.A. Cking 4666 | -5,092.30 |
| Check | 05/04/2016 | 142 | Greenridge Financial Consulting | | | Rabobank, N.A. Cking 4666 | -450.00 |
| Check | 05/04/2016 | 144 | GDC Properties | | | Rabobank, N.A. Cking 4666 | -3,587.50 |
| Check | 05/25/2016 | 147 | Donlin Recano & Company, Inc. | | | Rabobank, N.A. Cking 4666 | -4,668.57 |
| **Total Outside Consultants** | | | | | | | **-119,486.71** |
| Trustee Fees | | | | | | | |
| Check | 02/01/2016 | Wire | Paul D. Moore | | | Rabobank, N.A. Cking 4666 | -1,134,754.85 |
| Check | 02/02/2016 | Wire | Paul D. Moore | | | Rabobank, N.A. Cking 4666 | -1,000.00 |
| **Total Trustee Fees** | | | | | | | **-1,135,754.85** |
| **Total Professional Fees** | | | | | | | **-1,527,875.01** |
| Telephone Expense | | | | | | | |
| Check | 01/08/2016 | 101 | Verizon | | | Rabobank, N.A. Cking 4666 | -122.93 |
| Check | 02/02/2016 | 112 | Verizon | | | Rabobank, N.A. Cking 4666 | -123.32 |
| **Total Telephone Expense** | | | | | | | **-246.25** |
| Utilities | | | | | | | |
| Electric | | | | | | | |
| Check | 02/18/2016 | 115 | Eversource | | | Rabobank, N.A. Cking 4666 | -199.18 |
| Check | 02/18/2016 | 116 | Eversource | | | Rabobank, N.A. Cking 4666 | -128.34 |
| Check | 02/18/2016 | 117 | Eversource | | | Rabobank, N.A. Cking 4666 | -257.83 |
| Check | 02/18/2016 | 118 | Eversource | | | Rabobank, N.A. Cking 4666 | -1,480.28 |
| Check | 02/18/2016 | 119 | Eversource | | | Rabobank, N.A. Cking 4666 | -820.75 |
| Check | 02/18/2016 | 120 | Eversource | | | Rabobank, N.A. Cking 4666 | -36.00 |
| Check | 02/18/2016 | 121 | Eversource | | | Rabobank, N.A. Cking 4666 | -36.00 |
| Check | 02/18/2016 | 122 | Eversource | | | Rabobank, N.A. Cking 4666 | -17.40 |
| Check | 02/18/2016 | 123 | Eversource | | | Rabobank, N.A. Cking 4666 | -214.25 |
| **Total Electric** | | | | | | | **-3,190.03** |
| **Total Utilities** | | | | | | | **-3,190.03** |
| **TOTAL** | | | | | | | **-1,517,953.42** |

JS#551077v1

Page 2 of 2

# EXHIBIT B

06/27/16
Accrual Basis

# NECC Qualified Settlement Fund
## Profit & Loss
### May 20, 2015 through May 31, 2016

|  |  | May 20, '15 - May 31, 16 |
|---|---|---:|
| **Ordinary Income/Expense** | | |
|   Income | | |
|     Interest Income | | 179,008.35 |
|     Settlement Income | | 0.00 |
|     Transfers from Tort Trust | | 0.00 |
|   **Total Income** | | 179,008.35 |
|   Expense | | |
|     Bond Premium | | 51,342.72 |
|     Expense Distribution | | 700,000.00 |
|     Professional Fees | | |
|       Legal | | 11,232.51 |
|       Trustee | | 33,419.98 |
|       Professional Fees - Other | | 43,225.00 |
|     **Total Professional Fees** | | 87,877.49 |
|   **Total Expense** | | 839,220.21 |
| **Net Ordinary Income** | | -660,211.86 |
| **Net Income** | | -660,211.86 |

JS#551077v1

Page 1 of 1

10:05 AM
06/27/16
Accrual Basis

# NECC Qualified Settlement Fund
## Transaction Detail By Account
### May 20, 2015 through May 31, 2016

| Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Interest Income** | | | | | | | |
| Deposit | 07/31/2015 | | Rabobank, NA | Interest Posting at 0.35% | | ARL MMA 9367 | 1,534.34 |
| Deposit | 07/31/2015 | | Rabobank, NA | Interest Posting at 0.35% | | Inspira MMA 9368 | 3,391.00 |
| Deposit | 07/31/2015 | | Rabobank, NA | Interest Posting at 0.35% | | High Point MMA 369 | 741.78 |
| Deposit | 07/31/2015 | | Rabobank, NA | Interest Posting at 0.35% | | Insight MMA 370 | 6,503.93 |
| Deposit | 08/31/2015 | | Rabobank, NA | Interest Posting at 0.35% | | ARL MMA 9367 | 1,903.03 |
| Deposit | 08/31/2015 | | Rabobank, NA | Interest Posting at 0.35% | | Inspira MMA 9368 | 4,044.12 |
| Deposit | 08/31/2015 | | Rabobank, NA | Interest Posting at 0.35% | | High Point MMA 369 | 884.65 |
| Deposit | 08/31/2015 | | Rabobank, NA | Interest Posting at 0.35% | | Insight MMA 370 | 10,614.22 |
| Deposit | 09/30/2015 | | Rabobank, NA | Interest Posting at 0.35% | | ARL MMA 9367 | 1,842.19 |
| Deposit | 09/30/2015 | | Rabobank, NA | Interest Posting at 0.35% | | Inspira MMA 9368 | 3,914.82 |
| Deposit | 09/30/2015 | | Rabobank, NA | Interest Posting at 0.35% | | High Point MMA 369 | 856.37 |
| Deposit | 09/30/2015 | | Rabobank, NA | Interest Posting at 0.35% | | Insight MMA 370 | 10,274.97 |
| Deposit | 10/30/2015 | | Rabobank, NA | Interest Posting at 0.35% | | ARL MMA 9367 | 1,904.15 |
| Deposit | 10/30/2015 | | Rabobank, NA | Interest Posting at 0.35% | | Inspira MMA 9368 | 4,046.49 |
| Deposit | 10/30/2015 | | Rabobank, NA | Interest Posting at 0.35% | | High Point MMA 369 | 885.17 |
| Deposit | 10/30/2015 | | Rabobank, NA | Interest Posting at 0.35% | | Insight MMA 370 | 10,620.52 |
| Deposit | 11/30/2015 | | Rabobank, NA | Interest Posting at 0.35% | | ARL MMA 9367 | 1,843.26 |
| Deposit | 11/30/2015 | | Rabobank, NA | Interest Posting at 0.35% | | Inspira MMA 9368 | 3,917.11 |
| Deposit | 11/30/2015 | | Rabobank, NA | Interest Posting at 0.35% | | High Point MMA 369 | 856.67 |
| Deposit | 11/30/2015 | | Rabobank, NA | Interest Posting at 0.35% | | Insight MMA 370 | 10,280.98 |
| Deposit | 12/31/2015 | | Rabobank, NA | Interest Posting at 0.35% | | ARL MMA 9367 | 1,905.26 |
| Deposit | 12/31/2015 | | Rabobank, NA | Interest Posting at 0.35% | | Inspira MMA 9368 | 3,924.85 |
| Deposit | 12/31/2015 | | Rabobank, NA | Interest Posting at 0.35% | | High Point MMA 369 | 858.83 |
| Deposit | 12/31/2015 | | Rabobank, NA | Interest Posting at 0.35% | | Insight MMA 370 | 10,524.07 |
| Deposit | 01/29/2016 | | Rabobank, NA | Deposit | | ARL MMA 9367 | 1,905.83 |
| Deposit | 01/29/2016 | | Rabobank, NA | Deposit | | Inspira MMA 9368 | 3,667.09 |
| Deposit | 01/29/2016 | | Rabobank, NA | Deposit | | High Point MMA 369 | 801.71 |
| Deposit | 01/29/2016 | | Rabobank, NA | Deposit | | Insight MMA 370 | 10,197.51 |
| Deposit | 02/29/2016 | | Rabobank, NA | Deposit | | ARL MMA 9367 | 1,783.40 |
| Deposit | 02/29/2016 | | Rabobank, NA | Deposit | | Inspira MMA 9368 | 3,431.51 |
| Deposit | 02/29/2016 | | | Interest | | High Point MMA 369 | 749.75 |
| Deposit | 02/29/2016 | | | Interest | | Insight MMA 370 | 9,454.52 |
| Deposit | 03/31/2016 | | Rabobank, NA | Deposit | | ARL MMA 9367 | 1,906.92 |
| Deposit | 03/31/2016 | | Rabobank, NA | Deposit | | Inspira MMA 9368 | 3,669.19 |
| Deposit | 03/31/2016 | | | Interest | | High Point MMA 369 | 801.68 |
| Deposit | 03/31/2016 | | | Interest | | Insight MMA 370 | 10,109.37 |
| Deposit | 04/29/2016 | | Rabobank, NA | Deposit | | ARL MMA 9367 | 1,845.96 |
| Deposit | 04/29/2016 | | Rabobank, NA | Deposit | | Inspira MMA 9368 | 3,551.89 |
| Deposit | 04/29/2016 | | | Interest | | Insight MMA 370 | 9,786.17 |
| Deposit | 04/30/2016 | | | Interest | | High Point MMA 369 | 778.06 |
| Deposit | 05/31/2016 | | Rabobank, NA | Deposit | | ARL MMA 9367 | 1,908.04 |
| Deposit | 05/31/2016 | | Rabobank, NA | Deposit | | Inspira MMA 9368 | 3,671.34 |
| Deposit | 05/31/2016 | | | Interest | | High Point MMA 369 | 802.15 |
| Deposit | 05/31/2016 | | | Interest | | Insight MMA 370 | 10,115.28 |
| **Total Interest Income** | | | | | | | 179,008.35 |
| **Settlement Income** | | | | | | | |
| Deposit | 07/13/2015 | | Duane Morris LLP | Insight settlement funds | | Insight MMA 370 | 35,698,433.14 |
| Deposit | 09/05/2015 | | Duane Morris LLP | Final escrow funds | | Insight MMA 370 | 2,347.08 |
| General Journal | 12/31/2015 | bs2015-1 | | To record transfer of funds from S-Corp | | Contribution from S-Corp | -35,700,780.22 |
| **Total Settlement Income** | | | | | | | 0.00 |
| **Transfers from Tort Trust** | | | | | | | |
| Deposit | 07/06/2015 | | Tort Trust re New England Comp Pharm Inc | High Point Funds segregation | | High Point MMA 369 | 2,975,285.28 |

JS4551077v1

Page 1 of 2

10:05 AM
06/27/16
Accrual Basis

# NECC Qualified Settlement Fund
## Transaction Detail By Account
### May 20, 2015 through May 31, 2016

| | Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| | Deposit | 07/07/2015 | | Tort Trust re New England Comp Pharm Inc | ARL funds segregation | | ARL MMA 9367 | 6,400,399.22 |
| | Deposit | 07/06/2015 | | Tort Trust re New England Comp Pharm Inc | Inspira funds segregation | | Inspira MMA 9368 | 13,601,304.13 |
| | Check | 12/22/2015 | | Tort Trust re New England Comp Pharm Inc | Reimburse for CBF payment 8% of $16M | | Inspira MMA 9368 | -1,280,000.00 |
| | Check | 12/22/2015 | | Tort Trust re New England Comp Pharm Inc | Reimburse for CBF payment: 8% of 3.5M | | High Point MMA 369 | -280,000.00 |
| | Check | 12/22/2015 | 1 | Tort Trust re New England Comp Pharm Inc | Insight CBF allocation 3/8ths of 8% of Add. No 1 to insight | | Insight MMA 370 | -1,070,625.00 |
| | General Journal | 12/31/2015 | bb2015-1 | | To record transfer of funds from S-Corp | | Contribution from S-Corp | -20,346,363.63 |
| Total Transfers from Tort Trust | | | | | | | | 0.00 |
| Bond Premium | | | | | | | | |
| | General Journal | 12/31/2015 | bb2015-2 | | To allocate Tort Trust payments made on behalf of the QS SPLIT- | | | -51,342.72 |
| Total Bond Premium | | | | | | | | -51,342.72 |
| Expense Distribution | | | | | | | | |
| | Check | 01/15/2016 | WIRE | Gentle, Turner & Sexton | Insight initial Expense Distribution | | Insight MMA 370 | -700,000.00 |
| Total Expense Distribution | | | | | | | | -700,000.00 |
| Professional Fees | | | | | | | | |
| Legal | | | | | | | | |
| | General Journal | 12/31/2015 | bb2015-2 | | To allocate 50% of legal and trustee fees to QSF per Lynne | | | -11,232.51 |
| Total Legal | | | | | | | | -11,232.51 |
| Trustee | | | | | | | | |
| | General Journal | 12/31/2015 | bb2015-2 | | To allocate 50% of legal and trustee fees to QSF per Lynne | | | -33,419.98 |
| Total Trustee | | | | | | | | -33,419.98 |
| Professional Fees - Other | | | | | | | | |
| | Check | 12/08/2015 | 101 | Edgar C. Gentile, III. as Inspira Admin | Initial Payment for Services Provided | | Inspira MMA 9368 | -3,225.00 |
| | General Journal | 12/31/2015 | bb2015-2 | | To allocate Tort Trust payments made on behalf of the QS Bond Premium | | | -30,000.00 |
| | Check | 01/04/2016 | 101 | Edgar C. Gentile, III. as Inspira Admin | | | High Point MMA 369 | -5,000.00 |
| Total Professional Fees - Other | | | | | | | | -43,225.00 |
| Total Professional Fees | | | | | | | | -87,877.49 |
| TOTAL | | | | | | | | -660,211.86 |

JS#551077v1

# EXHIBIT C

06/27/16
Accrual Basis

# NECC Tort Trust
## Profit & Loss
### May 20, 2015 through May 31, 2016

|  |  | May 20, '15 - May 31, 16 |
|---|---|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| | Interest Income | 258,852.72 |
| | Settlement Income | 0.00 |
| | Transfers to QSF Trust | 0.00 |
| **Total Income** | | 258,852.72 |
| | | |
| **Expense** | | |
| | Bank Service Charges | 30.00 |
| | Bond Premium | 134,065.28 |
| | Filing Fees | 1,250.00 |
| | **Professional Fees** | |
| |    Legal | 11,232.51 |
| |    Trustee | 74,035.21 |
| |    US Trustee | 30,225.00 |
| |    Professional Fees - Other | 1,343,491.90 |
| | **Total Professional Fees** | 1,458,984.62 |
| | | |
| **Total Expense** | | 1,594,329.90 |
| | | |
| **Net Ordinary Income** | | -1,335,477.18 |
| | | |
| **Net Income** | | **-1,335,477.18** |

JS#551077v1

Page 1 of 1

10:03 AM
06/27/16
Accrual Basis

# NECC Tort Trust
## Transaction Detail By Account
### May 20, 2015 through May 31, 2016

| Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Interest Income** | | | | | | | |
| Deposit | 06/30/2015 | | Rabobank, NA | Interest Posting at .3500% | | MMA Account 566 | 12,897.61 |
| Deposit | 06/30/2015 | | Rabobank, NA | Interest posting at .35% | | Inspira 568 | 652.05 |
| Deposit | 06/30/2015 | | Rabobank, NA | Interest posting at .35% | | High Point 569 | 142.64 |
| Deposit | 07/06/2015 | | Rabobank, NA | Interest posting at .35% | | Inspira 568 | 652.08 |
| Deposit | 07/06/2015 | | Rabobank, NA | Current Interest Rate is .35% | | High Point 569 | 142.64 |
| Deposit | 07/31/2015 | | Rabobank, NA | Interest Posting at .3500% | | MMA Account 566 | 21,476.97 |
| Deposit | 08/05/2015 | | Rabobank, NA | Interest | | Common Benefit Fund 570 | 1,129.06 |
| Deposit | 08/31/2015 | | Rabobank, NA | Interest Posting at .3500% | | MMA Account 566 | 19,101.96 |
| Deposit | 08/31/2015 | | Rabobank, NA | Interest posting at .35% | | Common Benefit Fund 570 | 3,182.20 |
| Deposit | 09/30/2015 | | Rabobank, NA | Interest posting at .3500% | | MMA Account 566 | 18,450.11 |
| Deposit | 09/30/2015 | | Rabobank, NA | Interest posting at .35% | | Common Benefit Fund 570 | 3,080.51 |
| Deposit | 10/30/2015 | | Rabobank, NA | Interest Posting at .3500% | | MMA Account 566 | 19,060.66 |
| Deposit | 10/30/2015 | | Rabobank, NA | Interest posting at 0.35% | | Common Benefit Fund 570 | 3,184.11 |
| Deposit | 11/30/2015 | | Rabobank, NA | Interest at .35% | | MMA Account 566 | 18,430.68 |
| Deposit | 11/30/2015 | | Rabobank, NA | Interest Posting at 0.35% | | Common Benefit Fund 570 | 3,082.31 |
| Deposit | 12/31/2015 | | Rabobank, NA | Interest posting at .35% | | MMA Account 566 | 19,402.15 |
| Deposit | 12/31/2015 | | Rabobank, NA | Interest Posting at .35% | | Common Benefit Fund 570 | 3,014.86 |
| Deposit | 01/31/2016 | | | Interest | | MMA Account 566 | 20,227.98 |
| Deposit | 01/31/2016 | | | Interest | | Common Benefit Fund 570 | 2,656.45 |
| Deposit | 02/29/2016 | | Rabobank, NA | Deposit | | MMA Account 566 | 18,889.18 |
| Deposit | 02/29/2016 | | Rabobank, NA | Deposit | | Common Benefit Fund 570 | 2,485.79 |
| Deposit | 03/31/2016 | | Rabobank, NA | Deposit | | MMA Account 566 | 20,116.39 |
| Deposit | 03/31/2016 | | Rabobank, NA | Deposit | | Common Benefit Fund 570 | 2,657.98 |
| Deposit | 04/29/2016 | | Rabobank, NA | Deposit | | MMA Account 566 | 19,443.91 |
| Deposit | 04/30/2016 | | Rabobank, NA | Deposit | | MMA Account 566 | 20,059.92 |
| Deposit | 05/31/2016 | | Rabobank, NA | Deposit | | Common Benefit Fund 570 | 2,659.53 |
| **Total Interest Income** | | | | | | | 258,852.72 |
| | | | | | | | |
| **Settlement Income** | | | | | | | |
| Deposit | 06/11/2015 | | Duane Morris LLP | Settlement Payments | | MMA Account 566 | 59,979,154.81 |
| Deposit | 06/25/2015 | | Duane Morris LLP | Deposit | | MMA Account 566 | 38,124,475.19 |
| General Journal | 12/31/2015 | bb2015-1 | | To reclass amounts received from QSF | | -SPLIT- | -98,103,630.00 |
| **Total Settlement Income** | | | | | | | 0.00 |
| | | | | | | | |
| **Transfers to QSF Trust** | | | | | | | |
| Check | 07/06/2015 | Transfer | QSF re NewEng Comp Pharm Inc. | Trasfer ARL settlement funds to QSF | | MMA Account 566 | -5,400,399.22 |
| Check | 07/06/2015 | | QSF re NewEng Comp Pharm Inc. | Trasnyer Inspira funds to QSF | | Inspira 568 | -13,601,304.13 |
| Check | 07/06/2015 | | QSF re NewEng Comp Pharm Inc. | Transfer High Point Funds to QSF | | High Point 569 | -2,975,285.28 |
| Deposit | 12/22/2015 | | QSF-Inspira | Reimburse for CBF payment 8% of 16M | | MMA Account 566 | 1,280,000.00 |
| Deposit | 12/22/2015 | | QSF-High Point | Reimburse for CBF payment 8% of 3.5M | | MMA Account 566 | 280,000.00 |
| Deposit | 12/22/2015 | | QSF-Insight | Insight CBF allocation 3/8ths of 8% of Add. No. 1 to Insight | | Common Benefit Fund 570 | 1,070,625.00 |
| General Journal | 12/31/2015 | bb2015-1 | | To reclass amounts received from QSF | | Settlement Income | 20,346,363.63 |
| **Total Transfers to QSF Trust** | | | | | | | 0.00 |
| | | | | | | | |
| **Bank Service Charges** | | | | | | | |
| Check | 05/27/2016 | EFT | Rabobank, NA | | | MMA Account 566 | -30.00 |
| **Total Bank Service Charges** | | | | | | | -30.00 |
| | | | | | | | |
| **Bond Premium** | | | | | | | |
| Check | 07/06/2015 | | Arthur B Levine Company | Tort Trustee Bond Premium 6/5/2015-12/5/2015 | | MMA Account 566 | -83,092.00 |
| Check | 12/09/2015 | | Arthur B Levine Company | Tort Trustee Bond preminum 12/5/15-06/05/2016 | | MMA Account 566 | -38,672.00 |
| General Journal | 12/31/2015 | bb2015-4 | | To allocate bond payment | | Distributions to QSF | 51,342.72 |
| Check | 05/27/2016 | WIRE | Arthur B Levine Company | Tort Trustee Bond Premium 6/5/2016 – 12/05/2016 | | MMA Account 566 | -63,644.00 |

JS#5510777v1

Page 1 of 2

10:03 AM
06/27/16
Accrual Basis

# NECC Tort Trust
## Transaction Detail By Account
### May 20, 2015 through May 31, 2016

| Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Total Bond Premium** | | | | | | | -134,065.28 |
| **Filing Fees** | | | | | | | |
| Check | 06/29/2015 | 101 | Lynne F. Riley | Reimbursement of Resident Limited Invoice Paid | | MMA Account 566 | -1,250.00 |
| **Total Filing Fees** | | | | | | | -1,250.00 |
| **Professional Fees** | | | | | | | |
| *Legal* | | | | | | | |
| Check | 07/13/2015 | 103 | Jager Smith, PC | Professional fees and expenses for June 2015; Statement | MMA Account 566 | | -12,048.55 |
| Check | 08/14/2015 | 106 | Jager Smith, PC | Professional fees and expenses for July 2015; Statement | MMA Account 566 | | -10,416.47 |
| General Journal | 12/31/2015 | bb2015-2 | | To allocate 50% of legal and trustee fees to QSF per Lynn | -SPLIT- | | 11,232.51 |
| **Total Legal** | | | | | | | -11,232.51 |
| *Trustee* | | | | | | | |
| Check | 07/08/2015 | 102 | Lynne F. Riley | Payment for service provided through June 2015 | | MMA Account 566 | -30,700.09 |
| Check | 08/14/2015 | 105 | Lynne F. Riley | Payment for service provided through July 2015 | | MMA Account 566 | -10,570.98 |
| Check | 09/02/2015 | 107 | Lynne F. Riley | Payment for service provided through August 2015 | | MMA Account 566 | -7,070.00 |
| Check | 10/05/2015 | 108 | Lynne F. Riley | Payment provided for services through September 2015 | | MMA Account 566 | -7,070.00 |
| Check | 11/13/2015 | 110 | Lynne F. Riley | Payment for service provided through October 2015 | | MMA Account 566 | -9,380.00 |
| Check | 12/01/2015 | 111 | Lynne F. Riley | Payment for service provided through November 2015 | | MMA Account 566 | -2,048.90 |
| General Journal | 12/31/2015 | bb2015-2 | | To allocate 50% of legal and trustee fees to QSF per Lynn | Legal | | 33,419.98 |
| Check | 01/07/2016 | 112 | Lynne F. Riley | | | MMA Account 566 | -9,835.00 |
| Check | 02/01/2016 | 114 | Lynne F. Riley | | | MMA Account 566 | -9,415.00 |
| Check | 03/03/2016 | 115 | Lynne F. Riley | | | MMA Account 566 | -5,565.00 |
| Check | 04/04/2016 | 116 | Lynne F. Riley | | | MMA Account 566 | -5,810.00 |
| Check | 05/12/2016 | 118 | Lynne F. Riley | | | MMA Account 566 | -9,990.24 |
| **Total Trustee** | | | | | | | -74,035.21 |
| *US Trustee* | | | | | | | |
| Check | 07/16/2015 | 104 | US Trustee | Account# 011-12-19882; 2nd Quarter 2015 | | MMA Account 566 | -1,950.00 |
| Check | 10/13/2015 | 109 | US Trustee | Account# 011-12-19882; 3rd Quarter 2015 | | MMA Account 566 | -4,875.00 |
| Check | 01/15/2016 | 113 | US Trustee | | | MMA Account 566 | -13,000.00 |
| Check | 04/21/2016 | 117 | US Trustee | | | MMA Account 566 | -10,400.00 |
| **Total US Trustee** | | | | | | | -30,225.00 |
| *Professional Fees - Other* | | | | | | | |
| Check | 06/16/2015 | EFT | Epiq Class Action & Claim Solutions, Inc. | Prepayment for Printing and mailing compensation claim fo | MMA Account 566 | | -27,519.00 |
| Check | 08/24/2015 | | Epiq Systems | Bill for 1/1-7/31/2015; Customer NO. 3003630; Inv #90125 | MMA Account 566 | | -124,228.05 |
| Check | 09/14/2015 | | Epiq Systems | Bill for 8/1/15-8/31/2015; Customer No. 3003630; Inv #907 | MMA Account 566 | | -57,915.56 |
| Check | 11/11/2015 | | Epiq Systems | Bill for 9/1/2015-9/30/2015; Customer No. 3003630; INV 9 | MMA Account 566 | | -99,203.48 |
| Check | 12/14/2015 | | Epiq Systems | Bill for October 2015; Customer NO 3003630; INV# 90129 | MMA Account 566 | | -156,317.93 |
| Check | 12/21/2015 | | Epiq Systems | Bill for November 2015; Customer NO. 3003630 | MMA Account 566 | | -222,966.53 |
| General Journal | 12/31/2015 | bb2015-3 | | To allocate Epiq fees per Lynne | Distributions to QSF | | 30,000.00 |
| Check | 02/17/2016 | WIRE | Epiq Systems | | | MMA Account 566 | -262,394.59 |
| Check | 02/29/2016 | WIRE | Epiq Class Action & Claim Solutions, Inc. | | | MMA Account 566 | -127,096.05 |
| Check | 04/12/2016 | WIRE | Epiq Class Action & Claim Solutions, Inc. | | | MMA Account 566 | -150,441.65 |
| Check | 05/19/2016 | WIRE | Epiq Class Action & Claim Solutions, Inc. | | | MMA Account 566 | -145,409.06 |
| **Total Professional Fees - Other** | | | | | | | -1,343,491.90 |
| **Total Professional Fees** | | | | | | | -1,458,984.62 |
| **TOTAL** | | | | | | | -1,335,477.18 |

# EXHIBIT D

## STATUS OF CLAIMS PROCESSING

The deadline for victims to submit claims for compensation from the National Settlement Fund was October 2, 2015. 2,361 claims have been filed. As of March 18, 2016, 1,199 claims were allowed in full by the National Settlement Administrator. These 1,199 claimants were notified that their claims were allowed and that they would receive an initial payment from the Trust. As required under federal law, the Tort Trustee submitted the required information on these proposed payments to the Center for Medicare Services ("CMS") and has engaged in negotiations with CMS to resolve CMS' claims for medical expenses involving these claimants. An agreement in principal has now been reached with CMS to establish a program to resolve CMS' claims and is awaiting approval from the United States Department of Justice. Hundreds of liens have also been filed by large private health insurers (i.e., Blue Cross Blue Shield of Tennessee) and there are currently on-going negotiations with their representatives to establish a lien resolution program to resolve those liens.

Information on the 1,199 claimants whose claims were approved in full has also been provided to the various state Medicaid agencies to determine if those agencies have claims for medical expenses involving these claimants.

Between March 18, 2016 and June 30, 2016, another 262 claims for compensation have been approved by the National Settlement Administrator, 386 have been provisionally denied in full and 451 have been provisionally denied in part. Those claimants whose claims have been provisionally denied in full or in part have been given 90 days to attempt to cure deficiencies in their claims, to request a re-review for error, or to request reconsideration under a different injury category. To date, 394 claimants have taken advantage of these opportunities and those submissions are under review. 104 claimants have received final denials to date. It is anticipated that initial payments to claimants will begin to be sent out in August 2016.

JS#551773v1

# EXHIBIT E

In early July 2015, Claim Form packages were mailed to each of the victims who received a contaminated MPA injection from either the Highpoint, Inspira or Insight Facilities. All claims for the Highpoint and Inspira Settlements were due on October 2, 2015. All claims for the Insight Settlement were due on October 5, 2015. The initial claims review and deficiency process has been completed for each of the Settlements and the Proposed Award Letters have been mailed.

20 claims were filed in the Highpoint Settlement. After the claims and deficiency process, the Highpoint Settlement Administrator mailed the Proposed Allocation Letter to each of the 19 approved claims which then began the appeals period for the award amount. Of the 19, there was 1 appeal of the proposed award. The appeal has been reviewed and the appeals process is now complete. On July 25, 2016, the Final Allocation Letter will be transmitted to the NECC Tort Trustee for payment, subject to liens, if any, to be resolved.

47 claims were filed in the Inspira Settlement. After the claims and deficiency process, the Inspira Settlement Administrator mailed the Proposed Settlement Letter to each of the 47 approved claims which then began the appeals period for the award amount. The deadline to appeal the Proposed Settlement Letter with award amounts is August 3, 2016. At that time, the appeals, if any, will be reviewed and a decision rendered by the Inspira Settlement Administrator. By the end of August, the Final Settlement Letter should be transmitted to the NECC Tort Trustee for payment, subject to liens, if any, to be resolved.

187 claims were filed in the Insight Settlement. After the claims and deficiency process, the Insight Provider Settlement Administrator mailed the Tentative Matrix Award Letters to each of the 183 approved claims which then began the appeals period for the award amount. There were 2 appeals filed. They are currently under review by the Appeals Insight Provider Settlement Administrator. Also, there were 22 Special Circumstance Petitions filed and they are currently being heard by the Insight Provider Special Circumstances Administrator. Following a ruling on each petition, the petitioners will be notified of their Special Circumstances Award. If there are any remaining monies in that pool, it will be ratably distributed among the 183 approved claims. Once the appeals are resolved, the Final Matrix Award will be transmitted to the NECC Tort Trustee for payment, subject to liens, if any, to be resolved.