# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATIONS** )<br>)<br>)<br>)<br>) | **MDL No. 2419**<br>**No. 1:13-md-02419-RWZ** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** )<br>)<br>) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CIVIL CLERK:

    Plaintiffs John D. Overstreet and Joann Overstreet through their undersigned counsel respectfully request that the appearance of Jessica H. Meeder be stricken as counsel for Plaintiffs in the above-captioned case. Attorney Kimberly A. Dougherty shall remain counsel of record for the Plaintiffs herein.

Dated: July 12, 2016

Respectfully Submitted,

*/s/ Kimberly A. Dougherty*
Kimberly A. Dougherty, Esquire
(BBO# 658014)
Janet, Jenner & Suggs, LLC
31 St. James Ave., Suite 365
Boston, MA 02116
T: (617) 933-1265
F: (410) 653-6903
kdougherty@myadvocates.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day 12th of July 2016, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

                                                */s/ Kimberly A. Dougherty*
                                                Kimberly A. Dougherty, Esquire