JAY J. BLUMBERG *
jjblumberg@blumberglawoffices.com
*CERTIFIED CIVIL TRIAL ATTORNEY*

CHRISTOPHER M. WOLK *
cwolk@blumberglawoffices.com

KIRA FEENY SPAMAN*
kspaman@blumberglawoffices.com

MELISSA L. BUTERBAUGH
mbuterbaugh@blumberglawoffices.com

OF COUNSEL
MICHAEL J. O'NEILL*
moneill@blumberglawoffices.com

*MEMBERS OF P.A and N.J. BAR
+MEMBERS OF N.Y. and NJ BAR



Blumberg & Wolk LLC
Trial Lawyers

July 12, 2016

**VIA E-FILING ONLY**
The Honorable Rya W. Zobel
United States District Court - District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, Massachusetts 02210

    RE:    In Re New England Compounding
             Docket No. 1:13-md-02419-RWZ; MDL No. 2419

Dear Judge Zobel:

Please be advised that I represent the Premier defendants in the above captioned MDL. On June 22, 2016 at the monthly status conference the court indicated, without objection, that it would suggest remand of the Premier cases to New Jersey for further discovery and trial. Please advise as to any further action or information required on the part of the Premier Defendants in order to expedite the suggestion for remand.

Respectfully,

BLUMBERG & WOLK, LLC

*/s/ Jay J. Blumberg*

Jay J. Blumberg, Esq.

## CERTIFICATE OF SERVICE

    I, Jay J. Blumberg, Esq., hereby certify that I caused a copy of the foregoing letter to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: July 12, 2016                                                                                  */s/ Jay J. Blumberg, Esq.*
                                                                                                   Jay J. Blumberg, Esq.