UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 |
| | Dkt. No. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO: | |
| *Kennedy, et al. v. Unifirst, et al.*, No. 1:13-cv-13227; *Kennedy, et al. v. Advanced Pain & Anesthesia Consultants, et al.*, No. 1:14-cv-13689 | |
| *Musselwhite v. Unifirst, et al.*, No. 1:13-cv-13228; *Musselwhite v. Advanced Pain & Anesthesia Consultants, et al.*, No. 1:14-cv-13676 | |
| *Wynstock, et al. v. Ameridose, et al.*, No. 1:14-cv-12884 | |
| *Jeffries, et al. v. Ameridose, et al.*, No. 1:14-cv-12789 | |
| *Edwards v. Unifirst, et al.*, No. 1:13-cv-13209 | |

PLAINTIFFS' MOTION TO MODIFY THE THIRD AMENDED
PROTECTIVE ORDER OF CONFIDENTIALITY

The Plaintiffs' Steering Committee (PSC) moves to modify this Court's Third Amended

Protective Order of Confidentiality (Dkt. # 814) governing the discovery conducted within this

Court pursuant to Paragraph 23 of the Order. The specific changes and the reasons they are

requested are detailed in the accompanying Memorandum in Support of Plaintiffs' Motion to

Modify the Third Amended Protective Order of Confidentiality. The PSC also submits a

[Proposed] Fourth Amended Protective Order of Confidentiality with the requested changed language.

Dated: July 18, 2016                    Respectfully submitted,

_____

Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone: (615) 313.9000
Facsimile: (615) 313.9965
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison and* Pro Se *Liaison*

Thomas M. Sobol
Kristen Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

1311754.1                              2

J. Gerard Stranch, IV
Benjamin A. Gastel
Anthony A. Orlandi
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com
aorlandi@bsjfirm.com

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, Mark P. Chalos, hereby certify that on this day 18th of July 2016, a copy of the foregoing document, along with the Memorandum in Support of Plaintiffs' Motion to Modify the Third Amended Protective Order of Confidentiality, and [Proposed] Fourth Amended Protective Order of Confidentiality were electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

_____

Mark P. Chalos