# EXHIBIT A



# Multistate Outbreak of Fungal Meningitis and Other Infections – Case Count

OCTOBER 23, 2013 FURTHER UPDATES TO THE CASE COUNTS ARE NOT ANTICIPATED AT THIS TIME.

Although **further updates to the case counts are not anticipated at this time,** patients affected by tainted steroid injections from the New England Compounding Center continue to receive treatment for their infections and clinicians should continue to monitor patient recovery.

CDC will update the relevant clinical materials on this page if there is a significant development in clinical disease management. All relevant materials for patients (/hai/outbreaks/patients/index.html) and clinicians (/hai/outbreaks/clinicians/index.html) concerning the multistate outbreak of fungal meningitis and other infections are located on this page.

## Persons with Fungal Infections Linked to Steroid Injections, by State



Cases and Deaths with Fungal Infections Linked to Steroid Injections

| State | Total Case Count | Meningitis Only | Meningitis + Paraspinal/ Spinal Infection | Stroke w/out Lumbar Puncture Only | Paraspinal/ Spinal Infection only | Peripheral Joint Infection Only | Paraspinal/ Spinal Infection + Peripheral Joint Infection | Deaths |
|---|---|---|---|---|---|---|---|---|
| TOTAL | 751 | 233 | 151 | 7 | 325 | 33 | 2 | 64 |
| Florida (FL) | 25 | 22 | 1 | 1 | 1 | 0 | 0 | 7 |
| Georgia (GA) | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Idaho (ID) | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Illinois (IL) | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Indiana (IN) | 93 | 30 | 17 | 1 | 45 | 0 | 0 | 11 |
| Maryland (MD) | 26 | 23 | 1 | 0 | 2 | 0 | 0 | 3 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (MD) | | | | | | | | |
| Michigan (MI) | 264 | 23 | 46 | 2 | 166 | 25 | 2 | 19 |
| Minnesota (MN) | 12 | 10 | 0 | 0 | 2 | 0 | 0 | 1 |
| North Carolina (NC) | 18 | 1 | 3 | 0 | 14 | 0 | 0 | 1 |
| New Hampshire (NH) | 14 | 9 | 0 | 0 | 0 | 5 | 0 | 0 |
| New Jersey (NJ) | 51 | 30 | 11 | 0 | 9 | 1 | 0 | 0 |
| New York (NY) | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Ohio (OH) | 20 | 12 | 3 | 0 | 5 | 0 | 0 | 1 |
| Pennsylvania (PA) | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rhode Island (RI) | 3 | 1 | 1 | 0 | 1 | 0 | 0 | 0 |
| South Carolina (SC) | 3 | 2 | 0 | 0 | 1 | 0 | 0 | 0 |
| Tennessee (TN) | 153 | 22 | 57 | 3 | 69 | 2 | 0 | 16 |
| Texas (TX) | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Virginia (VA) | 54 | 41 | 9 | 0 | 4 | 0 | 0 | 5 |
| West Virginia (WV) | 7 | 0 | 2 | 0 | 5 | 0 | 0 | 0 |

## Related Information

- Map of Healthcare Facilities that Received Three Recalled Lots of Methylprednisolone Acetate (PF) from New England Compounding Center on September 26, 2012 (/hai/outbreaks/meningitis-facilities-map.html)
- Case Definitions for Meningitis and Septic Arthritis (/hai/outbreaks/clinicians/)

Page last reviewed: October 23, 2013
Page last updated: October 23, 2013
Content source: Centers for Disease Control and Prevention
National Center for Emerging and Zoonotic Infectious Diseases (NCEZID)
Division of Healthcare Quality Promotion (DHQP)

Centers for Disease Control and Prevention   1600 Clifton Road Atlanta, GA 30329-4027, USA
800-CDC-INFO (800-232-4636) TTY: (888) 232-6348 - Contact CDC–INFO

