# EXHIBIT K

# FILING UNDER SEAL

{999999/00068/00395034.DOCX / Ver.1}