# **EXHIBIT N**

Case 1:13-md-02419-RWZ   Document 2995-14   Filed 07/20/16   Page 2 of 3

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF JEFFERY EBEL on 05/29/2015                Page 1

```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2

 3

 4
     IN RE: NEW ENGLAND
 5   COMPOUNDING PHARMACY,
     INC. PRODUCTS LIABILITY    MDL No. 2419
 6   LITIGATION
                                Master Dkt:
 7                              1:13-md-02419-RWZ
     ~~~~~~~~~~~~~~~~~~~~~~~
 8   THIS DOCUMENT RELATES
     TO:
 9

10   All Actions

11
     ~~~~~~~~~~~~~~~~~~~~~~~~
12

13
            30(b)(6) VIDEOTAPED DEPOSITION OF
14                    JEFFERY EBEL

15
                       9:05 a.m.
16                   May 29, 2015

17

18                    Suite 1740
                   414 Union Street
19               Nashville, Tennessee

20

21      Blanche J. Dugas, RPR, CCR No. B-2290

22

23

24

25
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 2995-14   Filed 07/20/16   Page 3 of 3

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF JEFFERY EBEL on 05/29/2015                              Page 14

```
 1        Q.    All right.  Let's talk for a minute about
 2   compounding pharmacies.  Does your company sell
 3   steroids made by compounding pharmacies?
 4        A.    Absolutely not.
 5        Q.    And why not?
 6        A.    Because we feel that in general they're
 7   dangerous, they're not FDA approved.
 8        Q.    Okay.
 9        A.    We only sell FDA approved products.
10        Q.    And how long has it been your company's
11   policy to only sell FDA approved products?
12        A.    Since its inception.
13        Q.    And what gave you the impression that it
14   would be dangerous to sell products from compounding
15   pharmacies?
16        A.    Well, I believe it would be dangerous to
17   sell products that would be illegally compounded.
18        Q.    Okay.
19        A.    And so -- and whenever something is done
20   illegally, we feel like it's a danger to the health of
21   our community.
22        Q.    And when you use the term "illegally
23   compounded," what do you mean by that?
24        A.    Well, different states have different rules
25   and regulations, but in general, pharmacies are not
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com