# EXHIBIT P

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
 2

 3    _____

 4    IN RE:  NEW ENGLAND COMPOUNDING     :
      PHARMACY, INC; PRODUCTS             : MDL No 2419
 5    LIABILITY LITIGATION                :
                                          : Master Dkt.
 6    _____      : 1:13-md-02419-FDS
      THIS DOCUMENTS RELATES TO:          :
 7                                        : Judge Rya Zobel
      All Cases Identified in             :
 8    Docket No.  1472-1                  :
                                          :
 9    _____

10
                    VIDEOTAPED DEPOSITION
11                    OF GINA CALISHER

12
                         9:11 a.m.
13                  September 28, 2015

14                       St. Regis
                     5520 Ka Haku Road
15                   Princeville, Hawaii

16

17
           Susan Helton, RPR, CCR No. B-2125
18

19

20

21

22

23

24

25
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1  that point to manage the business office.
 2       Q.        Okay.  And so was Calishers
 3  providing any -- any patient care?
 4       A.        No.
 5       Q.        Okay.  So you were purely on the
 6  management side of the facility?
 7       A.        Yes.
 8       Q.        Okay.  So you don't consider
 9  Calishers to be in the business of healthcare --
10                 MR. KRAUSE:  Object to the form.
11  BY MR. STRANCH:
12       Q.        -- of providing healthcare?
13                 You can answer the question.
14       A.        Repeat it again.  I'm sorry.
15       Q.        So do you consider Calishers to be
16  in the business of providing healthcare to
17  patients?
18       A.        No.
19       Q.        Okay.  And I am going to show you a
20  document that has previously been used in the
21  Lister deposition and is marked as Exhibit 84
22  from that deposition.  (Tendered.)
23                 Would you mind flipping through
24  that document and telling me -- and the question
25  I am going to ask you after you look through it
```



```
 1   is, do you recognize the document?
 2        A.        Yes, this looks like the contract.
 3        Q.        So this was the agreement that you
 4   were referencing that started in 2009 where you
 5   were providing management services for Specialty
 6   Surgery?
 7        A.        Obviously this was signed in June
 8   of 2010.  We were approached in 2009 to come
 9   back.
10        Q.        Okay.  But this is the management
11   agreement that you have?
12        A.        Yes, sir.
13        Q.        And I am going to ask you to flip
14   to the back of that document, it's Bates
15   SSC-01933.  Is that your signature --
16        A.        Yes, sir.
17        Q.        -- for Calisher & Associates?
18        A.        Yes.
19        Q.        So this is the management agreement
20   that was in effect between Calishers and
21   Specialty Surgery in the 2012 time frame?
22        A.        Yes, sir.
23        Q.        Okay.  And is this a standard
24   contract that Calishers uses for the centers that
25   you provide management services to?
```



```
 1   doing that or you are just not sure if it
 2   happened?
 3        A.        I don't recall that that happened.
 4        Q.        Okay.
 5        A.        The facility -- they were
 6   interested in selling it from the moment we came
 7   back.  They were getting on in years, so maybe
 8   somewhere in the process we may have consulted an
 9   attorney.
10        Q.        But if you did -- you don't believe
11   you did, but if you did -- strike that.
12                  To be clear, you don't believe that
13   you consulted an attorney on Specialty Surgery's
14   behalf, but if you did it would probably have
15   been in issues relating a sale of Specialty
16   Surgery, correct?
17        A.        Yes.
18        Q.        Did you consult any other outside
19   experts on behalf of Specialty Surgery during
20   this time?
21        A.        Not that I recall.
22        Q.        Okay.  Who was your primary contact
23   person with Specialty Surgery?
24        A.        Kim Bowlin.
25        Q.        And so if you had negotiations
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1   Calishers provided management services to were
 2   having a hard time procuring Depo-Medrol; is that
 3   your testimony?  Is that -- did I correctly state
 4   that?
 5               MR. KRAUSE:  Objection.
 6               MR. BROWN:  Object to the term --
 7               THE WITNESS:  Say that again.
 8   BY MR. STRANCH:
 9       Q.      So after you made inquiries with
10   other clinics that Calishers provided management
11   services to, the results were that they -- that
12   some of those clinics were having a hard time
13   procuring Depo-Medrol; is that correct?
14       A.      If I remember correctly, it was not
15   that we necessarily managed these other clinics,
16   they were ones that we had had an association
17   with at one time or an other.  It was people that
18   we knew.  There was one -- there was a clinic in
19   South Haven, Tennessee.  And I believe that Kevin
20   went there and asked them.  He never even heard
21   of the drug and I had not either and he asked
22   them, do you use this?  And it came back and they
23   were using the single-dose vials of Depo.
24       Q.      Do you know the difference between
25   a compounding pharmaceutical product and a
```


Discovery Litigation Services
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1   product that is manufactured by a brand name --
 2        A.       No.
 3        Q.       -- FDA approved?  No.
 4                 Okay.  Do you understand the
 5   regulatory differences that a compounding
 6   pharmacy operates under versus an FDA approved
 7   licensed manufacturer, distributor or wholesaler
 8   operates under?
 9        A.       No.
10        Q.       Did you contact any pharmaceutical
11   companies or pharmaceutical wholesalers to
12   determine whether you could have access to
13   Depo-Medrol?
14        A.       No.
15        Q.       So at the end of this --
16   approximately, how many clinics did Calishers
17   contact or talk to about Depo-Medrol?
18        A.       I think approximately three.
19        Q.       Do you remember which three?
20        A.       It was the one in Tennessee, there
21   was one in California and one in New Mexico.
22        Q.       Do you remember the names of those
23   clinics?
24        A.       I believe that it was Landmark on
25   the West Coast.  And I don't know the name of the
```



```
 1   that is going to receive an NECC product,
 2   correct?
 3              MR. KRAUSE:  Objection.
 4              MR. MORAN:   Objection.
 5              MR. BROWN:   Objection.
 6              THE WITNESS:  I don't know that he
 7       would have to sign an individual
 8       prescription form.  I just know that when a
 9       prescription is ordered by a physician he
10       has to sign off for it.
11   BY MR. STRANCH:
12       Q.     Okay.  Did you personally look at
13   any of the Tennessee regulations during this time
14   frame?
15       A.     I believe I looked at the one she
16   sent me that was with regards to prescription
17   ordering.
18       Q.     And did you ask any questions at
19   that time as to whether NECC was a licensed
20   distributor or wholesaler or did you -- strike
21   that.
22              Did you at any time request whether
23   NECC is licensed to distribute or wholesale
24   pharmaceutical products in Tennessee?
25       A.     I believe I asked originally were
```



```
 1   they licensed to do pharmaceuticals in Tennessee.
 2   I do believe that I asked that.
 3        Q.        Do you understand that there is
 4   different types of licenses for pharmaceuticals?
 5        A.        No.
 6        Q.        So you don't know different -- that
 7   there is different types of licenses for
 8   pharmaceutical companies?
 9        A.        No, I do not know that.
10        Q.        Do you understand that there is a
11   difference between a compounding pharmacy and a
12   licensed manufacturer wholesaler distributing
13   pharmacy?
14                  MR. BROWN:  Objection.  Asked and
15        answered.
16                  THE WITNESS:  No.
17   BY MR. STRANCH:
18        Q.        Do you know what a compounding
19   pharmacy is?
20        A.        No.
21        Q.        Did you actually look at NECC's
22   license?
23        A.        No.
24        Q.        Did you tell Ms. Atkinson that she
25   could go forward with her order as long as she
```



```
 1  only provided patient names?
 2       A.       I told her that was my only concern
 3  was that there was not a procedure and diagnosis
 4  on that.  It was all with regards to the
 5  protected health information.
 6       Q.       Did you, during this time, consult
 7  with anybody who is an expert on pharmaceutical
 8  regulations or a lawyer or something of that
 9  nature?
10       A.       No.  My only involvement was with
11  regards to HIPAA.
12       Q.       And you did not consult with an
13  attorney as to whether this information could be
14  provided or not?
15       A.       No.
16       Q.       Okay.  Did you see in here that
17  Specialty Surgery has said that Ms. Bowlin was
18  employed by Calishers?
19       A.       I believe that I read that in
20  Jean's testimony.
21       Q.       Did you read all of Ms. Atkinson's
22  testimony?
23       A.       It was 300 pages.  I tried to.
24       Q.       When did you read that?
25       A.       A couple of weeks ago.
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com