# EXHIBIT S

```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2

 3
    NEW ENGLAND COMPOUNDING     ) MDI NO. 2419
 4  PHARMACY, INC., PRODUCTS    ) Master Dkt.
    LIABILITY LITIGATION,       ) 1:13-md-02419-RWZ
 5                              )
    THIS PERTAINS TO:           )
 6  ALL ACTIONS                 )

 7

 8

 9          DEPOSITION OF KIMBERLY BOWLIN
         TAKEN BY BENJAMIN A. GASTEL, ESQ.
10            ON BEHALF OF THE PLAINTIFFS
                  NOVEMBER 06, 2015
11

12

13         REPORTED BY SUSAN M. FIALA
        REGISTERED PROFESSIONAL REPORTER
14         CERTIFIED SHORTHAND REPORTER
             CERTIFIED COURT REPORTER
15

16

17

18

19

20

21

22

23

24

25
```



```
 1   day, correct?
 2          MR. MORAN:  Objection.
 3      A.  That was not included on the daily
 4   update.
 5      Q.  (By Mr. Gastel) Okay.  But it would
 6   include how many office visits each doctor was
 7   going to have that day, correct?
 8          MR. MORAN:  Objection.
 9      A.  I don't really remember exactly what
10   all was on the updates.
11      Q.  (By Mr. Gastel) Would they show the
12   amount of money that was deposited each day?
13      A.  Yes.
14      Q.  And Specialty Surgery Center was a
15   for-profit corporation, correct?
16      A.  Yes.
17      Q.  And Specialty Surgery Center expected
18   to be paid by the patients that were treated at
19   Specialty Surgery Center, correct?
20      A.  Yes.
21      Q.  So if a -- if a patient received an
22   endoscopy at Specialty Surgery Center, Specialty
23   Surgery Center would expect to be paid, correct?
24      A.  Yes.  Either from the patient or their
25   insurance carrier.
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1        Q.   And one procedure that a patient could
 2   receive at -- at Specialty Surgery Center was an
 3   epidural steroid injection, right?
 4        A.   Yes.
 5        Q.   And that was part of the pain
 6   management topic that we discussed earlier,
 7   right?
 8        A.   Yes.
 9        Q.   And when Specialty Surgery Center
10   provide -- or performed an epidural steroid
11   injection it expected a patient to pay for that,
12   correct?
13        A.   Yes.
14        Q.   And Specialty Surgery Center provided
15   epidural steroids to patients in exchange for
16   money, correct?
17        A.   Yes.
18        Q.   Did you ever witness an epidural
19   steroid injection being done at Specialty
20   Surgery Center?
21        A.   No.
22        Q.   Was Dr. Lister the only doctor at
23   Specialty Surgery Center who performed epidural
24   steroid injections?
25        A.   Yes.
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com