UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## LEAD COUNSEL'S MOTION TO APPEAR TELEPHONICALLY

Pursuant to MDL Order No. 4 [Dkt. 86], Lead Counsel hereby moves the Court for leave to appear telephonically at the July 28, 2016 status conference.

The next MDL status conference is set for Thursday, July 28, 2016, at 2:00 p.m. As previously indicated to the Court at the last status conference, Lead counsel, Thomas M. Sobol and Kristen A. Johnson, will both be attending a firm matter on the west coast. Ms. Annika Martin will appear at the status conference on behalf of the Plaintiffs' Steering Committee. However, Mr. Sobol respectfully requests the Court's permission to participate by telephone to apprise the Court of the status of the claims process.

Dated: July 25, 2016                                     Respectfully submitted,

                                                         **/s/ Thomas M. Sobol**
                                                         Thomas M. Sobol (BBO # 471770)
                                                         Kristen A. Johnson (BBO # 667261)
                                                         HAGENS BERMAN SOBOL SHAPIRO LLP
                                                         55 Cambridge Parkway, Suite 301
                                                         Cambridge, MA 02142
                                                         Telephone: (617) 482-3700
                                                         Facsimile: (617) 482-3003
                                                         tom@hbsslaw.com
                                                         kristenj@hbsslaw.com

                                                         *Plaintiffs' Lead Counsel for the Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

      I, Thomas M. Sobol, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: July 25, 2016                                             **/s/ Thomas M. Sobol**
                                                                                      Thomas M. Sobol