UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF
FILING REVISED PROPOSED QUALIFIED PROTECTIVE ORDER CONCERNING
PRODUCTION OF CERTAIN INFORMATION MAINTAINED BY GOVERNMENTAL
PAYERS/PROVIDERS**

On July 21, 2016, the Plaintiffs' Steering Committee ("PSC") moved for entry of a Qualified Protective Order Concerning the production and exchange of certain information maintained by state Medicaid agencies [Dkt. No. 2999]. Since that filing, the PSC has been in communication with counsel for certain clinic Defendants to agree on revisions to the proposed order that would avoid potential objections to the order by clinic Defendants.

The attached revised proposed order provides that the PSC will give notice to clinic Defendants as to the nature of the information produced by state Medicaid agencies to the Tort Trustee and to Lead Counsel for purposes of resolving liens in the NECC Bankruptcy Settlement. The proposed order provides that if, after receiving notice of the nature of the information produced by the Medicaid agencies, clinic Defendants believe they are entitled to receive that information, the parties will have an opportunity to brief the issues to the Court for determination.

As the changes made to the proposed attached Qualified Protective Order are agreed upon, and the PSC and the Tort Trustee believe that such a Qualified Protective Order is imperative to obtain the necessary data from state Medicaid agencies and to facilitate the

payment of claims to victims from the Tort Trust, the PSC respectfully requests that the Court enter the proposed order attached hereto as Exhibit A as soon as possible.

Dated:  July 27, 2016

Respectfully submitted,

**/s/ Kristen A. Johnson**
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

      I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: July 27, 2016                           **/s/ Kristen A. Johnson**
                                                                Kristen A. Johnson, BBO # 667261