# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATIONS <br><br> THIS DOCUMENT RELATES TO: <br> Kennedy, et al. v. Unifirst, et al., No. 1:13-cv-13227; Kennedy, et al. v. Advanced Pain & Anesthesia Consultants, et al., No. 1:14-cv-13689 <br><br> Musselwhite v. Unifirst, et al., No. 1:13-cv-13228; Musselwhite v. Advanced Pain & Anesthesia Consultants, et al., No. 1:14-cv-13676 <br><br> Wynstock, et al. v. Ameridose, et al., No. 1:14-cv-12884 <br><br> Jeffries, et al. v. Ameridose, et al., No. 1:14-cv-12789 <br><br> Edwards v. Unifirst, et al., No. 1:13-cv-13209 | MDL No. 2419 <br> No. 1:13-md-02419-RWZ |

## MOTION FOR LEAVE TO APPEAR BY TELEPHONE

NOW COMES Plaintiffs Michael R. Kennedy, Barbara Kennedy, Leslie G. Musselwhite, Michelle Janin Luna, Clay C. Jeffries and Susan M. Edwards, by and through their attorneys, Janet, Jenner & Suggs, LLC, and hereby file this Motion for Leave to Appear by Telephone in the above-captioned matter. In support thereof we submit as follows:

1. Attorney Justin A. Browne represents the above-named Plaintiffs in the above-referenced cases and requests leave to speak by telephone during the status conference (before both Judge Zobel and Judge Boal at 2:00 pm) and discovery hearing (before Judge Boal at 3:00 pm) scheduled on July 28, 2016.

2. Counsel intends to speak on the issue of the Court's Order to Show Cause regarding the remand and transfer of the above-mentioned cases. Counsel filed a response to the Court's order (Dkt. 2942) on June 21, 2016.

Wherefore, Plaintiffs respectfully pray that this Honorable Court:

A. Allow counsel to be heard; and

B. Grant any other relief that is just and necessary.

                Plaintiffs,

                By Their Attorney,

Dated: July 27, 2016        */s/ Justin A. Browne*
Justin A. Browne, Esquire
(Bar No. 29164)
Janet, Jenner & Suggs, LLC
1777 Reisterstown Road, Suite 165
Baltimore, Maryland 21208
T: (410) 653-3200
F: (410) 653-6903
jbrowne@myadvocates.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day 27th of July 2016, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

                                                      */s/ Justin A. Browne*
                                                      Justin A. Browne, Esquire