# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATIONS** | MDL No. 2419 <br> No. 1:13-md-02419-RWZ |
| **THIS DOCUMENT RELATES TO:** | |
| Kennedy, et al. v. Unifirst, et al., No. 1:13-cv-13227; Kennedy, et al. v. Advanced Pain & Anesthesia Consultants, et al., No. 1:14-cv-13689 | |
| Musselwhite v. Unifirst, et al., No. 1:13-cv-13228; Musselwhite v. Advanced Pain & Anesthesia Consultants, et al., No. 1:14-cv-13676 | |
| Wynstock, et al. v. Ameridose, et al., No. 1:14-cv-12884 | |
| Jeffries, et al. v. Ameridose, et al., No. 1:14-cv-12789 | |
| Edwards v. Unifirst, et al., No. 1:13-cv-13209 | |
| Pettit et al. v. Cincinnati Pain Management Consultants, Inc. et al., No. 1:14-cv-11224 | |
| Brady et al. v. Cincinnati Pain Management Consultants, Ltd. et al., No. 1:14-cv-10284 | |
| Montee v. BKC Pain Specialists, LLC et al., No. 1:13-cv-12657 | |
| Overstreet et al. v. Premier Orthopaedic Associates Surgical Center, LLC, et al., No. 1:14-cv-13760 | |
| Patel v. Ameridose, LLC et al., No. 1:13-cv-12061 | |
| Carter et al. v. Ameridose, LLC et al., No. 1:13-cv-12187 | |
| Cooper et al. v. BKC Pain Specialists, LLC et al., No. 1:13-cv-12659 | |

**AMENDED MOTION FOR LEAVE TO APPEAR BY TELEPHONE**

Plaintiffs Michael R. Kennedy, Barbara Kennedy, Leslie G. Musselwhite, Michelle Janin Luna, Clay C. Jeffries, Joseph Brady, Rebecca Brady, Sally Pettit, Jeff Pettit, Donna Montee, John D. Overstreet, Joann Overstreet, Pinal Patel, Wilma S. Carter, Lawrence Carter, David L. Cooper, Kimberly J. Bradley Cooper and Susan M. Edwards, by and through their attorneys, Janet, Jenner & Suggs, LLC filed a Motion for Leave to Appear by Telephone today, July 27, 2016. (Dkt. # 3006.) Plaintiffs hereby amend that pleading to correct the misstated purpose of the appearance and to include all of the Plaintiffs to whom the appearance would apply.

NOW COMES Plaintiffs Michael R. Kennedy, Barbara Kennedy, Leslie G. Musselwhite, Michelle Janin Luna, Clay C. Jeffries, Joseph Brady, Rebecca Brady, Sally Pettit, Jeff Pettit, Donna Montee, John D. Overstreet, Joann Overstreet, Pinal Patel, Wilma S. Carter, Lawrence Carter, David L. Cooper, Kimberly J. Bradley Cooper and Susan M. Edwards, by and through their attorneys, Janet, Jenner & Suggs, LLC, and hereby file this Motion for Leave to Appear by Telephone in the above-captioned matter. In support thereof we submit as follows:

1. Attorney Justin A. Browne represents the above-named Plaintiffs in the above-referenced cases and requests leave to speak by telephone during the status conference at 2:00 pm scheduled on July 28, 2016, if requested to do by the PSC or the Court.

2. Counsel *may* speak on the issue of the PSC's Motion to Amend the Protective Order, which is item C.1.a, if either the PSC or the Court requests him to do so.

Wherefore, Plaintiffs respectfully pray that this Honorable Court:

A. Allow counsel to be heard if the Court or PSC so requires; and

B. Grant any other relief that is just and necessary.

Plaintiffs,

By Their Attorney,

Dated:  July 27, 2016         */s/ Justin A. Browne*
Justin A. Browne, Esquire
(Bar No. 29164)
Janet, Jenner & Suggs, LLC
1777 Reisterstown Road, Suite 165
Baltimore, Maryland 21208
T: (410) 653-3200
F: (410) 653-6903
jbrowne@myadvocates.com

## **CERTIFICATE OF SERVICE**

  I, Justin A. Browne, hereby certify that on this 27th day of July 2016, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

                   */s/ Justin A. Browne*
                   Justin A. Browne, Esquire