UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>    All Actions Involving Specialty Surgery Center, Crossville, PLLC, | MDL No. 13-2419-RWZ |

ORDER SETTING DISCOVERY DEADLINES

July 29, 2016

Boal, M.J.

Upon consideration of the parties' joint motion to modify the scheduling order and their competing proposals (Docket No. 3010), the Court sets the following deadlines in all actions involving Specialty Surgery Center, Crossville, PLLC:

| Common Discovery Schedule | |
|---|---|
| Close of Common Issue Fact Discovery | September 26, 2016 |
| Plaintiffs' Common Issue Expert Reports Due | October 17, 2016 |
| Defendants' Common Issue Expert Reports Due | November 7, 2016 |
| Completion of Common Issue Expert Depositions | January 6, 2017 |

| Bellwether Selection | |
|---|---|
| Each side to select 4 potential bellwether trial cases[1] | August 29, 2016 |
| Each Side to Exercise 2 Bellwether Strikes | September 13, 2016 |

---

[1] The cases selected by each side must be from different categories of injuries (i.e., death, meningitis only, no disease, etc.).

1

| | |
|---|---|
| Parties Jointly, or in Competing Briefs, Propose First 2 Trial Cases | January 26, 2017 |

| Case-Specific Discovery Schedule | |
|---|---|
| Service of Initial Written Fact Discovery in 4 Potential Trial Cases[2] | September 28, 2016 |
| Completion of Plaintiff's Depositions | November 30, 2016 |
| Plaintiffs' Case-Specific Expert Disclosures in 4 Potential Trial Cases | December 21, 2016 |
| Defendants' Case Specific Expert Disclosures in 4 Potential Trial Cases | January 11, 2017 |
| Completion of Case Specific Expert Depositions | February 24, 2017 |

**So Ordered.**

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge

---

[2] The Court declines to order the plaintiffs to supplement their Plaintiff Profile Forms, or to set a date for rebuttal expert disclosures, <u>Daubert</u> motions, or motions for leave to file summary judgment motions.