# EXHIBIT C

Attachment B

CONFIDENTIAL – ATTORNEY WORK PRODUCT

## Lien Resolution Matrix

|  | **No LHA** | **0.5-2.5 pts LHA** | **2.51-5 pts LHA** | **5.1-10 pts LHA** | **10.1-15 pts LHA** | **15.1-20 pts LHA** | **20.1-25 pts LHA** | **2-5 pts. LAFT** | **5.1-10 pts LAFT** |
|---|---|---|---|---|---|---|---|---|---|
| Cat. I | 10% | 10% | 10% | 10% | 10% | 17% | 19.5% | +1% | +2% |
| Cat. II | 10% | 10.75% | 11.5% | 13% | 15% | 17% | 19.5% | +1% | +2% |
| Cat. III | 10% | 10.75% | 11.5% | 13% | 15% | 17% | 19.5% | +1% | +2% |
| Cat. IV | 10% | 10.75% | 11.5% | 13% | 15% | 17% | 19.5% | +1% | +2% |
| Cat. V | 10% | 10.75% | 11.5% | 13% | 15% | 17% | 19.5% | +1% | +2% |
| Cat. VI | 10% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Cat. VII | 0% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |