# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 13-2419-RWZ<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Cases Involving Specialty Surgery Center and Dr. Kenneth Lister | Judge Rya Zobel |

## PLAINTIFFS' STEERING COMMITTEE'S
## NOTICE OF FILING PROPOSED QUALIFIED PROTECTIVE ORDER

On July 28, 2016, the Court entered an Order requiring the Plaintiffs' Steering Committee, counsel for the Specialty Surgery Defendants, and Cumberland Medical Center to file a Proposed Qualified Protective Order that encompassed the ruling in the Order (Dkt. No. 3015). Pursuant to that Order, the aforementioned parties met and conferred on a Qualified Protective Order and protocols governing the production and review of the materials requested by the Plaintiffs' Steering Committee's subpoenas. An agreed upon Proposed Qualified Protective Order is attached as Exhibit 1 hereto and copies of the Agreed upon Protocols are an exhibit to that Proposed Order.

Cumberland Medical Center has indicated that it will make the electronic depositories available to the Plaintiffs' Steering Committee's vendor as early as August 9 and August 11 so long as a Qualified Protective Order is entered by that time. The Plaintiffs' Steering Committee respectfully requests that the Court enter the Order before then to ensure that the parties can meet all of the deadlines set forth in the recently entered Scheduling Order (Dkt. No. 3016).

Dated: August 4, 2016

Respectfully submitted,

**/s/ Benjamin A. Gastel**
Benjamin A. Gastel
J. Gerard Stranch, IV
BRANSETTER, STRANCH & JENNINGS PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
beng@bsjfirm.com
gerards@bsjfirm.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

**CERTIFICATE OF SERVICE**

    I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: August 4, 2016

                                              **/s/ Benjamin A. Gastel**
                                              Benjamin A. Gastel