UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>   All Cases | MDL No. 1:13-md-2419-FDS |

**NOTICE OF WITHDRAWAL OF JENNIFER L. MIKELS
AS COUNSEL TO THE POST-CONFIRMATION OFFICER OF NECC**

Please withdraw the appearance of Jennifer L. Mikels, formerly of the law firm of Duane Morris LLP, as counsel to Paul D. Moore, in his capacity as the Post-Confirmation Officer (the "Post-Confirmation Officer")[1] of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), in the above-captioned proceeding. Duane Morris LLP will continue to serve as counsel to the Post-Confirmation Officer.[2]

Dated: August 8, 2016

Respectfully submitted,

DUANE MORRIS LLP

 */s/ Michael R. Gottfried*
Michael R. Gottfried
(BBO #542156)
100 High Street, Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200
Email: mrgottfried@duanemorris.com

*Counsel for the Post-Confirmation Officer*

---

[1] The Post-Confirmation Officer previously served in the capacity as Chapter 11 Trustee of NECC's bankruptcy estate, but became the Post-Confirmation Officer upon the June 4, 2015 effective date of NECC's confirmed plan.

[2] Various attorneys at Duane Morris LLP have appeared on behalf of, and will continue to represent, the Post-Confirmation Officer in this proceeding.

## CERTIFICATE OF SERVICE

I, Michael R. Gottfried, hereby certify that on this 8th day of August, 2016, I caused a copy of the foregoing *Notice of Withdrawal of Jennifer L. Mikels as Counsel to the Post-Confirmation Officer of NECC* to be served upon all parties as indicated on the attached Service List.

                         */s/ Michael R. Gottfried*
                         Michael R. Gottfried

NEW ENGLAND COMPOUNDING PHARMACY, INC.
Chapter 11 Case No. 12-19882-HJB
**SERVICE LIST**

**VIA ECF:**

- Nancy D. Adams    ndadams@mintz.com
- Anne Andrews    aa@andrewsthornton.com, ldavis@andrewsthornton.com
- John J. Aquino    jja@andersonaquino.com
- Peter Nils Baylor    pbaylor@nutter.com, paper@mab.uscourts.gov;epleadings@nutter.com
- Brett J Bean    bbean@hghblaw.com
- Thomas O. Bean    tbean@verrilldana.com, bankrB@verrilldana.com,SKLUGER@VERRILLDANA.COM,bankr@verrilldana.com
- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com
- Jay J. Blumberg    jjblumberg@blumberglawoffices.com
- Eric R Blythe    eblythe@mintz.com
- Alan J Bozer    abozer@phillipslytle.com
- Roberto M. Braceras    rbraceras@goodwinprocter.com
- Mark P Chalos    mchalos@lchb.com
- William E. Christie    wchristie@shaheengordon.com, jbellemore@shaheengordon.com;concord@shaheengordon.com
- Daniel C. Cohn    dcohn@murthalaw.com, njoyce@murthalaw.com
- Joseph B. Collins    jcollins@hendelcollins.com, smello@hendelcollins.com
- John D. Cornwell    john.cornwell@nortonrosefulbright.com
- Timothy J Dardas    tdardas@hghblaw.com
- Daniel J. Divis    ddivis@gmdlfirm.com
- Robert J Durant    rdurant@edwardswildman.com
- Fredric L. Ellis    rellis@ellisrapacki.com, nmurphy@ellisrapacki.com
- Donald F. Farrell    dff@andersonaquino.com
- Todd A. Feinsmith    feinsmitht@pepperlaw.com, henrys@pepperlaw.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Rebecca Fordon    rfordon@brownrudnick.com, pselvam@brownrudnick.com;cennis@brownrudnick.com
- Eric Freed    efreed@cozen.com, jziemianski@cozen.com
- Gill R. Geldreich    Gill.Geldreich@ag.tn.gov
- Frank A. Gerolamo    fgerolamo@gmdlfirm.com
- Keith E Glidden    kglidden@verrilldana.com
- Daniel Glosband    dglosband@goodwinprocter.com
- Ervin A Gonzalez    Ervin@colson.com
- Thomas H. Good    tgood@goodwinprocter.com
- Randy J. Hackney    rhackney@hghblaw.com
- Michael E. Hager    mehager175@hotmail.com
- Lyle R. Hardman    lhardman@hsk-law.com
- Brook Hastings    bhastings@obrlaw.com
- Honor S. Heath    honor.heath@nu.com, honor.heath@gmail.com

- Peter G. Hermes     phermes@hermesnetburn.com, mgreen@hermesnetburn.com
- Jennifer L. Hertz     Jennifer.L.Hertz@usdoj.gov
- Sara E Hirshon     shirshon@verrilldana.com, jdamato@verrilldana.com
- Dennis J. Kelly     dkelly@burnslev.com
- Nicholas R. Kennedy     nkennedy@mcguirewoods.com, dfoley@mcguirewoods.com
- Sandra J Lake     slake@hghblaw.com
- Thomas W. Lawless     tomlawless@comcast.net
- Garrett David Lee     glee@hinshawlaw.com, mtervo@hinshawlaw.com;dguerrero@hinshawlaw.com;dtranen@hinshawlaw.com
- Michael R. Lipscomb     mrlipscomb1@yahoo.com
- Kara Loridas     kloridas@hermesnetburn.com
- John G. Loughnane     jloughnane@nutter.com, jryan@nutter.com
- Matthew Mantalos     mantalos@tsd-lawfirm.com
- Mark A Matthes     mmatthes@yaub.com
- Mary McCarthy     mmccarthy@zeklaw.com, mdavis@zeklaw.com;bleinbach@zeklaw.com
- Mary A. McGohon     mmcgohon@kunzlaw.com
- Richard E. Mikels     remikels@mintz.com, Docketing@mintz.com
- Michelle R. Mitchell     mrm@wlekn.com
- John J. Monaghan     bos-bankruptcy@hklaw.com
- Joseph O'Neil     joneil@mmwr.com
- Michael K. O'Neil     moneil@murphyking.com, imccormack@murphyking.com
- Elliot L Olsen     elliot@pritzkerlaw.com, sue@pritzkerlaw.com
- Ryan M Osterholm     ryan@pritzkerlaw.com
- Kristen J. Parker     kristenjp@hbsslaw.com, mikeb@hbsslaw.com
- Dan Rabinovitz     dmr@michaelsward.com, ns@michaelsward.com;bjh@michaelsward.com;kjl@michaelsward.com
- Kristen Ragosta     kragosta@donovanhatem.com
- James C. Rehnquist     jrehnquist@goodwinprocter.com
- Dianne E Ricardo     dricardo@hermesnetburn.com
- Victoria Santoro     vsantoro@meehanboyle.com
- Thomas M. Sobol     tom@hbsslaw.com
- Scott S. Spearing     sspearing@hermesnetburn.com
- Spencer A. Stone     sstone@baconwilson.com, Dwayne@baconwilson.com
- Chris J. Tardio     chris@gideoncooper.com
- Kara Thorvaldsen     kara.thorvaldsen@wilsonelser.com, Marjorie.Vangalen@wilsonelser.com
- Tal Unrad     tunrad@burnslev.com, fdovale@burnslev.com
- Kenneth Walton     kwalton@donovanhatem.com
- Steven Weiss     sweiss@ssfpc.com, alewkowicz@ssfpc.com
- Keri Linnea Wintle     kwintle@murthalaw.com
- Christopher Wolk     cwolk@blumberglawoffices.com
- William M. Zall     bzall@cmlaw.net

**VIA FIRST CLASS MAIL**

Darrel Cummings
1871 N. W. 8th Street
Pompano Beach, FL 33069