UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |

**[PROPOSED] ORDER GRANTING LEAD COUNSEL'S EMERGENCY MOTION FOR THE AUGUST 16, 2016 HEARING TO BE CONDUCTED TELEPHONICALLY**

WHEREAS, a hearing to address the Plaintiffs' Steering Committee's potential resolution of liens with government agencies is scheduled for August 16, 2016.

IT IS HEREBY ORDERED:

The August 16, 2016, 2:00 p.m. EDT hearing regarding the Plaintiffs' Steering Committee's potential resolution of liens with government agencies will be held telephonically. Those attorneys wishing to participate may dial in to the Court's teleconference line using the below information:

Tel.: 1-888-675-2535
Access Code: 7065717

SO ORDERED.

_____
Hon. Rya W. Zobel
United States District Judge