UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | ) ) ) ) ) ) MDL No. 2419 ) Docket No. 1:13-md-2419 (RWZ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF FRANK N. GAETA

I, Frank N. Gaeta, hereby withdraw my appearance as counsel of record for non-parties (1) The Emory Clinic, Inc. ("TEC"); and (2) The Vanderbilt University ("Vanderbilt"). The Court granted TEC's and Vanderbilt's Motions to Quash on May 20, 2016 (ECF 2901) and, therefore, TEC and Vanderbilt are no longer involved in these proceedings.

/s/ Frank N. Gaeta
Frank N. Gaeta (BBO #561388)
RICH MAY, P.C.
176 Federal Street
Boston, MA  02110
(617) 556-3800
fgaeta@richmaylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper or electronic copies will be delivered to those indicated as non-registered participants on August 10, 2016.

/s/ Frank N. Gaeta
Frank N. Gaeta