UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>) | MDL No. 1:13-md-2419-FDS |
| This Document Relates to:<br>    All Cases. )<br>)<br>) | |

### NOTICE OF WITHDRAWAL OF JENNIFER L. MIKELS
### AS COUNSEL TO THE POST-CONFIRMATION OFFICER OF NECC

Please withdraw the appearance of Jennifer L. Mikels, formerly of the law firm of Duane Morris LLP, as counsel to Paul D. Moore, in his capacity as the Post-Confirmation Officer (the "Post-Confirmation Officer")[1] of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), in the above-captioned proceeding. Duane Morris LLP continues to serve as counsel to the Post-Confirmation Officer.[2]

Dated:  August 10, 2016

Respectfully Submitted,

/s/Jennifer L. Mikels
Jennifer L. Mikels (BBO #682199)
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110
Phone (617) 574-3854
Email: jmikels@goulstonstorrs.com

---

[1] The Post-Confirmation Officer previously served in the capacity as Chapter 11 Trustee of NECC's bankruptcy estate, but became the Post-Confirmation Officer upon the June 4, 2015 effective date of NECC's confirmed plan.

[2] As represented in the Notice of Withdrawal of Jennifer L. Mikels As Counsel to the Post-Confirmation Officer of NECC filed by Duane Morris LLP on August 8, 2016 (ECF No. 3029), various attorneys at Duane Morris LLP have appeared on behalf of, and will continue to represent, the Post-Confirmation Officer in this proceeding.

## CERTIFICATE OF SERVICE

I, Jennifer L. Mikels, hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper or electronic copies will be delivered to those indicated as non-registered participants on August 10, 2016.

*/s/Jennifer L. Mikels*
Jennifer L. Mikels