UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> All Actions Naming Saint Thomas Hospital and Saint Thomas Outpatient Neurosurgical Center | MDL No. 2419 <br> Dkt. No. 1:13-md-2419 (RWZ) |

## MOTION

By Order [Dkt. 2912] entered May 24, 2016, the Court stayed certain actions for ninety days.

The undersigned represent 17 Tennessee meningitis victims with claims pending against Saint Thomas Hospital and Saint Thomas Outpatient Neurosurgical Center ("Tennessee Claimants").

On behalf of the Tennessee Claimants, the undersigned respectfully request that the Court set an early deadline to conclude these actions.

The Tennessee Claimants respectfully request that this Motion be placed on the agenda for discussion at the August 24, 2016 status conference.

Counsel certifies that, pursuant to Local Rule 7.1(a)(2), they have conferred and attempted in good faith to resolve or narrow the issue presented in this motion, but have been unable to reach an agreement.

{00098572.DOCX / ver:3 }

Respectfully submitted,

/s/ William D. Leader
William D. Leader
George Nolan
LEADER, BULSO & NOLAN, PLC
414 Union Street, Suite 1740
Nashville, TN  37219
(615) 780-4111
bleader@leaderbulso.com
gnolan@leaderbulso.com

*Attorneys for Ann Bequette, Carolyn Bland, Amarjit Deol, Glenda Hurt, Kenneth Judd, Joshua Kirkwood, Mary Martin, Frederick May, Basil McElwee, Estalene Morris, Clark Kenneth Osborne, Mae Parman, Joseph Pellicone, Diana Reed, Kevin Richards, Elfreida Wiley and Earline Williams*

## CERTIFICATE OF SERVICE

I, William D. Leader, hereby certify that on August 10, 2016, I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

/s/ William D. Leader
William D. Leader