UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

THIS ORDER APPLIES TO ALL ACTIONS

ORDER

August 11, 2016

ZOBEL, J.

The court has scheduled a hearing on a pending motion to approve an agreement between the tort trustee and the Centers for Medicare and Medicaid Services (CMS) (Docket # 2023) for Tuesday, August 16. Plaintiffs' counsel in several states—Virginia, Tennessee, Michigan, and Indiana—have filed substantially overlapping motions seeking to compel timely distributions from the tort trustee and to secure other forms of relief. The court will hear argument on those motions—Docket ## 3019, 3020, and 3025—at the August 16 hearing. Given the similarity of these motions, counsel shall consolidate their oral argument for a 15-minute presentation by one of them, i.e., the court will hear one argument, from one counsel, concerning all three motions.

|  |  |
|---|---|
| August 11, 2016 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |

1