UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
IN RE: NEW ENGLAND                    )
COMPOUNDING PHARMACY, INC.  )
PRODUCTS LIABILITY LITIGATION  )        MDL No. 13-2419-RWZ
                                                    )
This Document Relates To:              )
                                                    )
     All Actions Involving the Box Hill  )
     Defendants                              )
_____)

SECOND AMENDED ORDER SETTING DISCOVERY DEADLINES

August 11, 2016

Boal, M.J.

Upon consideration of the parties' joint request for an extension of time (Docket No.

3017), the Court amends the discovery deadlines in the Box Hill cases as follows:

| | |
|---|---|
| Close of Common Issue Fact Discovery | August 30, 2016 |
| Plaintiffs' Common Issue Expert Reports Due | September 15, 2016 |
| Defendants' Common Issue Expert Reports Due | October 17, 2016 |
| Completion of Common Issue Expert Depositions | December 1, 2016 |
| Each side to select 8 potential bellwether trial cases and case specific discovery will begin for those cases | December 1, 2016 |
| Close of Case Specific Fact Discovery | February 24, 2017 |
| Each party to strike 4 of the other side's proposed bellwether cases | March 30, 2017 |
| Joint Filing of Summary of Remaining Cases | April 17, 2017 |
| Plaintiffs' Case Specific Expert Reports Due | April 14, 2017 |
| Defendants' Case Specific Expert Reports Due | May 12, 2017 |
| Completion of Case Specific Expert Depositions | June 16, 2017 |

The parties shall seek leave of the court to move for summary judgment.  By May 31, 2017, the party that seeks summary judgment shall file a motion for leave, not to exceed 5 pages, setting forth good cause for why a summary judgment motion should be allowed.  Oppositions shall be filed within a week of the motion for leave and are limited to 5 pages.  No replies will be entertained.

**So Ordered.**

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge