

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | MDL No. 2419<br><br>Master Dkt: 1:13-md-02419-RWZ |

### MOTION FOR TELEPHONIC APPEARANCE

MARC LIPTON, representative of the Plaintiff Steering Committee (PSC) request permission from the Court to appear telephonically for the scheduled Hearing on Lead Counsel's Notice to Centers for Medicare and Medicaid Services, United States Department of Justice, and All Interested Parties Concerning Hearing on August 16, 2016.

Mr. Lipton is a member of the Plaintiff's steering committee, and separately, has been appointed class counsel in the Michigan NECC case involving Michigan Pain Specialists. In those capacities, Mr. Lipton was heavily involved in the negotiations with CMS and the Department of Justice relating to the agreement before the Court.

Further, since the MPS case was settled separately from the other Bankruptcy-related settlements, Mr. Lipton is a separate signatory to the proposed agreement and will be best positioned to answer any questions about, or comment upon any issues involving, the provisions relating to Michigan Pain Specialists.

18930 W Ten Mile Rd
Suite 3000
Southfield, MI 48075

Phone: 248.557.1688
Fax: 248.557.6344

www.liptonlaw.com

MARC LIPTON can be reached at (248) 557-1688.

Dated:  August 16, 2016                                      Respectfully submitted,

                                                             /s/ Marc E. Lipton
                                                             Marc E. Lipton
                                                             LIPTON LAW
                                                             18930 W. 10 Mile Road
                                                             Southfield, MI 48075
                                                             Phone: (248) 557-1688
                                                             Fax: (248) 557-6344
                                                             marc@liptonlaw.com