UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## NOTICE OF FILING OF [CORRECTED PROPOSED] SUGGESTION OF REMAND OR TRANSFER

Pursuant to the Court's request discussed during the June 22, 2016, and July 28, 2016, status conferences, the Plaintiffs' Steering Committee prepared a [Proposed] Suggestion of Remand or Transfer [Dkt. 3028-1], filed August 5, 2016. Subsequent to that filing, the PSC was notified of certain cases that should have been included or not included in the proposed suggestion of remand, as well as certain corrections to the docket information for some of the cases that were included. Therefore, the PSC has made all corrections to the list of cases that it has been apprised of in the time since the original filing, and hereby submits a corrected proposed suggestion of remand or transfer to the Court, which replaces and supersedes the filing made on August 5, 2016.

Dated: August 16, 2016

Respectfully submitted,

_/s/ Annika K. Martin_
Annika K. Martin

Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone: (615) 313.9000
Facsimile: (615) 313.9965

1314935.3

mchalos@lchb.com
akmartin@lchb.com

Pro Se *Liaison and Federal/State Liaison*

Thomas M. Sobol
Kristen A. Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, Annika K. Martin, hereby certify that I caused a copy of the above Notice of Filing of [Corrected Proposed] Suggestion of Remand or Transfer and the accompanying [Corrected Proposed] Suggestion of Remand or Transfer to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: August 16, 2016

_____
Annika K. Martin