IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LAIBILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL Docket No. 2419 |
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This Document Relates to:<br>Virginia Plaintiffs Represented by Counsel | Master File No. 1:13-MD-2419-FDS |

## MOTION TO PARTICIPATE BY TELEPHONE

The undersigned unaffiliated Virginia counsel move this Court for leave to address the Court during the status conference scheduled for August 24, 2016 at 2:00 p.m. before the Honorable Rya Zobel.

WHEREFORE, the undersigned request that the Court enter an Order allowing them to speak during the upcoming status conference.

Respectfully submitted,  August 22, 2016.

By: /s/ J. Scott Sexton
J. Scott Sexton (*pro hac vice*)
Gentry Locke Rakes & Moore
PO BOX 40013
ROANOKE, VA 24022-0013
T: (540) 983-9379
F: (540) 983-9468
sexton@gentrylocke.com
    *Counsel for Plaintiffs*

By: /s/ Patrick T. Fennell
Patrick T. Fennell, Esq. (*pro hac vice*)
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
T: (540) 342-2000
F: (540) 556-0469
pfennell@crandalllaw.com
    *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ J. Scott Sexton

5002/684/7685705v1