# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
IN RE: NEW ENGLAND COMPOUNDING          )
PHARMACY, INC. PRODUCTS LIABILITY       )   MDL Docket No. 2419
LITIGATION                              )
                                        )
This Document Relates to:               )
   All Cases                            )
_____  )
                                        )
IN RE:  NEW ENGLAND COMPOUNDING         )
PHARMACY CASES                          )
                                        )
This Document Relates to:               )   Master File No. 1:13-MD-2419-FDS
Virginia Plaintiffs Represented by Counsel )
                                        )
_____  )

## MOTION TO PARTICIPATE BY TELEPHONE

The undersigned counsel moves this court for leave to address the Court during the status conference scheduled for August 24, 2016 at 2:00 p.m. before the Honorable Rya Zobel.

WHEREFORE, the undersigned requests that the Court enter an Order allowing him to speak during the upcoming status conference.

Respectfully submitted, August 23, 2016.

                                                  By:  /s/ John T. Jessee
                                                  John T. Jessee, Esq. (*pro hac vice*)
                                                  LeClairRyan, A Professional Corporation
                                                  10 S. Jefferson Street, Drawer 1200
                                                  Roanoke, VA 24006
                                                  T: (540) 510-3018
                                                  F: (540) 510-3050
                                                  john.jessee@leclairryan.com
                                                  *Counsel for Image Guided Pain*
                                                  *Management, P.C., Robert F. O'Brien, M.D.*
                                                  *and John M. Mathis, M.D.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ John T. Jessee