UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**[PROPOSED] ORDER ON OBJECTIONS TO REMAND**

IT IS HEREBY ORDERED:

As to the Ocean State cases, *Simas v. NECC*, 13-cv-10943, and *Hanson v. NECC*, 13-cv-10685, the court hereby sets the following schedule:

1. **Fact Discovery-Interim Deadlines.**

    a. All requests for production of documents and interrogatories must be served by **September 30, 2016.**

    b. All requests for admission must be served by **October 28, 2016.**

    c. All depositions, other than expert depositions, must be completed by **February 28, 2017.**

2. **Fact Discovery-Final Deadline.** All discovery, other than expert discovery, must be completed by **February 28, 2017.**

3. **Expert Discovery.**

    a. Plaintiff s trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by **April 18, 2017.**

    b. Plaintiff's trial experts must be deposed by **June 16, 2017.**

    c. Defendant's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **May 15, 2017.**

    d. Defendant's trial experts must be deposed by **July 10, 2017.**

The Court sees no need for separately conducted "common discovery" proceedings in these actions. The Court will set a trial date for these actions following the close of fact discovery.

As to the Jannett, Jenner & Suggs cases (defined in the PSC's Further Response to the Motion to Show Cause, Addressing Objections to Remand [ECF No. __], the Court orders the following:

The Court will retain jurisdiction over and try the following cases.

| # | Case. No (D. Mass.) | Caption | Clinic Defendant | Transferor Court (including direct-filed cases) | Response to Show Cause Order |
|---|---|---|---|---|---|
| 1 | 1:13-cv-13227 | *Kennedy v. Unifirst* | Advanced Pain & Anesthesia Consultants, PC | District of Massachusetts Case No: 13-cv-13227 | Plaintiffs' objection to remand [Dkt. 2942], Atty Kim Dougherty |
| 2 | 1:13-cv-13228 | *Musselwhite v. Unifirst* | Advanced Pain & Anesthesia Consultants, PC | District of Massachusetts Case No: 13-cv-13228 | Plaintiffs' objection to remand [Dkt. 2942], Atty Kim Dougherty |
| 3 | 1:13-cv-13209 | *Edwards v. Unifirst* | MAPS | District of Massachusetts Case No: 13-cv-13209 | Plaintiffs' objection to remand [Dkt. 2942] Atty Kim Dougherty |

The Court will retain jurisdiction over the following cases through resolving dispositive motions and *Daubert* motions, and remand when they are trial ready:

| # | Case. No (D. Mass.) | Caption | Clinic Defendant | Transferor Court (including direct-filed cases) | Response to Show Cause Order |
|---|---|---|---|---|---|
| 1 | 1:14-cv-13676 | *Musselwhite v. Advanced Pain & Anesthesia Consultants* | Advanced Pain & Anesthesia Consultants, PC | Northern District of Illinois Eastern Division Case No: 14-cv-6903 | Plaintiffs' objection to remand [Dkt. 2942], Atty Kim Dougherty |
| 2 | 1:14-cv-13689 | *Kennedy v. Advanced Pain & Anesthesia Consultants* | Advanced Pain & Anesthesia Consultants, PC | Northern District of Illinois Eastern Division Case No: 14-cv-6898 | Plaintiffs' objection to remand [Dkt. 2942], Atty Kim Dougherty |
| 3 | 1:14-cv-12884 | *Wynstock v. Ameridose* | Encino Outpatient Surgery Center | Central District of California Case No: 14-cv-04237 | Plaintiffs' objection to remand [Dkt. 2942], Atty Kim Dougherty |
| 4 | 1:14-cv-12789 | *Jeffries v. Ameridose* | Fullerton Orthopaedic Surgery Medical Group | Central District of California Case No: 14-cv-00844 | Plaintiffs' objection to remand [Dkt. 2942]; Kim Dougherty Fullerton advocating remand [Dkt. 2945], Atty Dennis Ames |

Counsel in the Janet, Jenner & Suggs cases shall jointly propose schedules for each set of cases before the September status conference.

SO ORDERED.

_____
Hon. Rya W. Zobel
United States District Judge