UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

### PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF CASES DIRECTLY FILED IN THE DISTRICT OF MASSACHUSETTS

The PSC hereby provides notice of cases that were directly filed in the District of Massachusetts.

These cases are not included in the PSC's [Proposed] Corrected Suggestion of Remand [ECF No. 3052], as cases directly filed in the MDL district need not go through the remand process.[1]

The first three cases are addressed in the PSC's Response to the Show Cause Order Addressing Objections to Remand [ECF No. 3064].

| | Case. No (D. Mass.) | Caption | Clinic Defendant | Transferor Court (including direct-filed cases) | State Court (if any) |
|---|---|---|---|---|---|
| 1 | 1:13-cv-13227 | *Kennedy v. Unifirst* | Advanced Pain & Anesthesia Consultants, PC | District of Massachusetts | None |
| 2 | 1:13-cv-13228 | *Musselwhite v. Unifirst* | Advanced Pain & Anesthesia Consultants, PC | District of Massachusetts | None |
| 3 | 1:13-cv-13209 | *Edwards v. Unifirst* | MAPS | District of Massachusetts | None |

---

[1] *See* Eldon E. Fallon et. al., Bellwether Trials in Multidistrict Litigation, 82 Tul. L. Rev. 2323, 2356–57 (2008) ("A case filed directly into the MDL, whether by a citizen of the state in which the MDL sits or by a citizen of another jurisdiction, vests the transferee court with complete authority over every aspect of that case. This is because the transferee court is no longer cognizable as the transferee court under 28 U.S.C. § 1407, but is technically the forum court.").

|   | Case. No (D. Mass.) | Caption | Clinic Defendant | Transferor Court (including direct-filed cases) | State Court (if any) |
|---|---|---|---|---|---|
| 4 | 1:14-cv-11856 | *Gibson v. Liberty Industries* | Cincinnati Pain Management Consultants, Inc. | District of Massachusetts | None |
| 5 | 1:14-cv-13708 | *Patel v. OSMC* | OSMC Outpatient Surgery Center | District of Massachusetts | None |
| 6 | 1:14-cv-13027 | *Moore v. Unifirst* | Ambulatory Care Center | District of Massachusetts | None |
| 7 | 1:14-cv-13640 | *Parkell v. UniFirst Corp* | Premier Orthopaedics | District of Massachusetts | None |
| 8 | 1:14-cv-13673 | *Drain v. UniFirst Corp* | Premier Orthopaedics | District of Massachusetts | None |

Dated:  August 23, 2016

Respectfully submitted,

**/s/ Kristen A. Johnson**
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

2

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: August 23, 2016                    **/s/ Kristen A. Johnson**
                                          Kristen A. Johnson, BBO # 667261