UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *In re: New England Compounding Pharmacy, Inc.* | : | **MDL No. 1:13-md-2419** |
| *Products Liability Litigation* | : | |
| | : | |
| **This Document Relates to:** (*This applies to the* | : | |
| *Box Hill Surgery Center Cases only*.) | : | |

CERTIFICATE OF SERVICE

    I, MICHAEL COREN, Esquire, hereby certify that I caused a copy of the Plaintiff's Letter Response to Motion of Box Hill Defendants Remand and Transfer Motion to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

                                          */s/ MICHAEL COREN*
                                          _____
                                          MICHAEL COREN, ESQUIRE
                                          Counsel for Plaintiff