IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> All Actions Naming Saint Thomas Hospital and Saint Thomas Outpatient Neurosurgical Center | MDL No. 2419 <br> Dkt. No. 1:13-md-2419 (RWZ) |

**[PROPOSED] AGREED ORDER REGARDING DEADLINES
RELATING TO CONFIDENTIAL SETTLEMENT
WITH NASHVILLE HEALTHCARE DEFENDANTS**

It appears to the court based upon the undersigned signatures, that the parties have agreed to the following:

1. By no later than September 9, 2016, the Plaintiffs' Steering Committee ("PSC") and the Nashville Healthcare Defendants[1] shall (1) agree upon the language of a Master Settlement Agreement and execute the Master Settlement Agreement and (2) agree upon the language of the individual release and settlement agreement to be distributed to individual plaintiffs' counsel so that plaintiffs' counsel can then proceed with obtaining individual plaintiffs' signatures on the individual releases and settlement agreements.

It is so ORDERED.

_____        _____
            DATE                                                    RYA W. ZOBEL
                                                          UNITED STATES DISTRICT JUDGE

---

[1] "Nashville Healthcare Defendants" includes Defendants Saint Thomas West Hospital f/k/a St. Thomas Hospital, Saint Thomas Health, and Saint Thomas Network (collectively, the "Saint Thomas Entities"); Saint Thomas Outpatient Neurosurgical Center, LLC ("STOPNC"); Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN (collectively, the "STOPNC Defendants").

{00099177.DOCX / ver:2 }

Approved for entry:

Dated: August 25, 2016

   /s/ William D. Leader
William D. Leader
George Nolan
LEADER, BULSO & NOLAN, PLC
414 Union Street, Suite 1740
Nashville, TN  37219
(615) 780-4111
bleader@leaderbulso.com
gnolan@leaderbulso.com

*Counsel for Certain Tennessee Plaintiffs*

/s/ Mark P. Chalos
Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Ave. N, Suite 1650
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965
ecabraser@lchb.com
mchalos@lchb.com

*On behalf of the Plaintiffs Steering Committee*

/s/Yvonne Puig
Yvonne Puig
FULLBRIGHT & JAWORSKI LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
yvonne.puig@nortonrosefulbright.com

*Counsel for the St. Thomas Entities*

/s/Chris Tardio
C.J. Gideon
Chris Tardio
Matthew H. Cline
GIDEON, COOPER & ESSARY PLC
315 Deaderick Street, Suite 1100
Nashville, TN 37238
chris@gideoncooper.com

*Counsel for the STOPNC Defendants*