UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Suits Naming Specialty Surgery Center, PLLC ) <br> ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**NOTICE OF PROPOSED BELLWETHER CANDIDATE CASES**

Defendants Specialty Surgery Center, Crossville, PLLC ("SSC"), Kenneth R. Lister, MD ("Dr. Lister"), Kenneth Lister, MD, PC ("Dr. Lister's Practice"), and Calisher & Associates, Inc. ("Calisher") hereby give notice that they are jointly proposing the following cases as potential bellwether candidates in accordance with the Court's scheduling order at Doc. 3016:

| **Injury category** | **Case Name** | **Docket Number** |
|---|---|---|
| Death | 1. Nealon v. Ameridose, *et al.* | 1:-13-cv-12491 |
| Meningitis Only | 2. Norris v. Ameridose, *et al.* | 1:13-cv-12682 |
| Local Infection Only | 3. Smith v. Ameridose, *et al.* | 1:13-cv-12684 |
| No Disease | 4. Willis v. Ameridose, *et al.* | 1:13-cv-12597 |

In proposing these bellwether cases, the Defendants reserve and do not waive any and all rights to have these cases remanded to and tried in Tennessee.[1]

---

[1] Defendants further reserve the right to designate replacement cases should any of these cases be dismissed.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

*/s/ Chris J. Tardio*
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
(615) 254-0400 (Phone
(615) 254-0459 (Fax)
chris@gideoncooper.com

*Attorneys for the SSC Defendants*

*/s/* Kent E. Krause
**PARKS T. CHASTAIN****
**KENT E. KRAUSE****
**ASHLEY E. GENO****
Attorneys for Defendant, Specialty Surgery Center, PLLC

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787 (PTC)
(615) 256-8985 (Fax)
pchastain@bkblaw.com
kkrause@bkblaw.com
ageno@bkblaw.com

*Admitted pursuant to MDL Order No. 1
**Admitted pro hac vice

/s/ John W. Moran
**John W. Moran BBO# 664914**
LeClairRyan, A Professional Corporation
One International Place, 11th Floor
Boston, MA 02110
Phone: (617) 502-8220
john.moran@leclairryan.com

*Attorneys for Defendant, Calisher & Associates, Inc.*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this the 29th day of August, 2016.

                                    */s/ Chris J. Tardio*
                                    **CHRIS J. TARDIO**