UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Docket No.: 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO:<br>All Specialty Surgery Center Actions | Honorable Rya W.  Zobel |

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF FILING OF
PROPOSED BELLWETHER CASES FOR SPECIALTY SURGERY CENTER CASES**

The Plaintiffs' Steering Committee ("PSC") hereby files this Notice of Proposed

Bellwether Cases identifying four (4) cases involving patients injected at Specialty Surgery

Center as requested by the Court's order of July 29, 2016 (Dkt. No .3016).

The PSC identifies the following 4 cases to be part of the Specialty Surgery Center

Bellwether Pool:

1.  *McDavid v. Ameridose, et al*, 1:13-cv-12742;

2.  *Bumgarner v. Ameridose, et al*, 1:13-cv-12679;

3.  *Smith v. Ameridose, et al*, 1:13-cv-12684;

4.  *Savercool v. Ameridose, et al*, 1:13-cv-12583.

August 29 , 2016                                    Respectfully submitted,

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS
PLLC
223 Rosa L. Parks Avenue
Nashville, TN  37203
Telephone:  (615) 254-8801

Facsimile:  (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

*Plaintiffs' Steering Committee and Tennessee
State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

*Plaintiffs' Steering Committee*

## <u>CERTIFICATE OF SERVICE</u>

      I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: August 29, 2016               /s/ J. Gerard Stranch, IV
                                      J. Gerard Stranch, IV