UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>   All Cases Against the Saint Thomas Entities | )<br>)<br>)<br>) MDL No. 13-2419<br>) Dkt. No 1:13-md-2419 (RWZ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION FOR EXTENSION OF TIME AND NOTICE OF
STATUS OF SETTLEMENT AGREEMENT**

Pursuant to the Court's September 7, 2016, order (Docket #3083), the Plaintiffs' Steering Committee ("PSC") and the Saint Thomas Entities[1] and STOPNC Defendants[2] ("Settling Defendants") jointly move for a one-week extension of time to complete the deadline for finalizing their settlement to September 16, 2016. As grounds for this motion, the PSC and Settling Defendants state that the extension will allow them the necessary time to work out a process for handling the Medicare and other third-party liens in connection with the settlement.

At the last status conference, the PSC reported on the progress of implementing a Term Sheet for a Global Settlement with the Settling Defendants into a Master Settlement Agreement and individual releases ("Tennessee Settlement"). The material terms of this settlement have been agreed to for quite some time, but the parties are continuing to negotiate the final language of the

---

[1] Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health.

[2] Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN; Vaughan Allen, MD.

Master Settlement Agreement and Individual Releases. The parties have exchanged multiple drafts of the Master Settlement Agreement and continue to work diligently to resolve any remaining differences.

The parties are optimistic that they will be able to resolve the remaining matters, but need the additional time requested to finalize the settlement documents and receive the necessary approvals from stakeholders. The parties will continue to keep the Court advised of their progress on the Tennessee Settlement.

        SAINT THOMAS WEST HOSPITAL, FORMERLY KNOWN AS ST. THOMAS HOSPITAL, SAINT THOMAS NETWORK, AND SAINT THOMAS HEALTH

        By their attorneys,
*/s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 439-2000
(617) 310-9461 (FAX)

Dated September 9, 2016

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
(512) 482-9300
(512) 482-9303 (FAX)

*Appearing *Pro Hac Vice*

GIDEON, COOPER & ESSARY, PLC

*/s/ Chris J. Tardio*
C.J. Gideon, Jr.**
cj@gideoncooper.com
Chris J. Tardio**
chris@gideoncooper.com
Alan S. Bean*
alan@gideoncooper.com
Matthew H. Cline**
matt@gideoncooper.com
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459

*Attorneys for the STOPNC Defendants*

*Appearing *Pro Hac Vice*
**Admitted pursuant to MDL Order No. 1

*/s/ Mark P. Chalos*
Annika K. Martin
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212/355-9500
Facsimile:  212/355-9592
akmartin@lchb.com
mchalos@lchb.com

*Plaintiffs' Federal/State Liaison*

4

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH
& JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
aorlandi@bsjfirm.com

*Plaintiffs' Steering Committee and TN Chair*

### Certificate of Service

This certifies that a true and accurate copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 9th day of September, 2016.

*/s/ Marcy Hogan Greer*
Marcy Hogan Greer