# EXHIBIT 1

# [Summary of Cases to which Motion Applies]

EXHIBIT 1

CASES SUBJECT TO THIS MOTION

1. *Bray v. Ameridose, LLC, et al.*, No. 1:13-cv-12596;
2. *Collins v. Ameridose, LLC, et al.*, No. 1:13-cv-12580;
3. *Cox v. Ameridose, LLC, et al.*, No. 1:13-cv-12918;
4. *Dingess v. Ameridose, LLC, et al.*, No. 1:13-cv-12490;
5. *Graham v. Ameridose, LLC, et al.*, No. 1:13-cv-12581;
6. *Hubbard v. Ameridose, LLC, et al.*, No. 1:13-cv-12922;
7. *Jackson v. Ameridose, LLC, et al.*, No. 1:13-cv-12923;
8. *Johnson v. Ameridose, LLC, et al.*, No. 1:13-cv-12915;
9. *Lapiska v. Ameridose, LLC, et al.*, No. 1:13-cv-12914;
10. *Nealon v. Ameridose, LLC, et al.*, No. 1:13-cv-12491;
11. *Norris v. Ameridose, LLC, et al.*, No. 1:13-cv-12682;
12. *Palmer v. Ameridose, LLC, et al.*, No. 1:13-cv-12688;
13. *Reed v. Ameridose, LLC, et al.*, No. 1:13-cv-12917;
14. *Savercool v. Ameridose, LLC, et al.*, No. 1:13-cv-12583; and
15. *Willis v. Ameridose, LLC, et al.*, No. 1:13-cv-12597.

GROUP 1: Cases where the Plaintiff filed a complaint explicitly alleging health care liability or "negligence" without a certificate of good faith. The Group 1 deficient complaints are attached as Exhibit 2.

1. *Cox v. Ameridose, LLC, et al.*, No. 1:13-cv-12918;
2. *Dingess v. Ameridose, LLC, et al.*, No. 1:13-cv-12490;
3. *Hubbard v. Ameridose, LLC, et al.*, No. 1:13-cv-12922;
4. *Jackson v. Ameridose, LLC, et al.*, No. 1:13-cv-12923;
5. *Johnson v. Ameridose, LLC, et al.*, No. 1:13-cv-12915;
6. *Lapiska v. Ameridose, LLC, et al.*, No. 1:13-cv-12914;
7. *Nealon v. Ameridose, LLC, et al.*, No. 1:13-cv-12491;
8. *Norris v. Ameridose, LLC, et al.*, No. 1:13-cv-12682;
9. *Palmer v. Ameridose, LLC, et al.*, No. 1:13-cv-12688; and
10. *Reed v. Ameridose, LLC, et al.*, No. 1:13-cv-12917.

GROUP 2: Cases where the Plaintiff attempted to file a "products liability only" original complaint without a certificate of good faith, and later amended the "products only" complaint to add a Tennessee Health Care Liability Act claim with a certificate of good faith. The Group 2 deficient complaints are attached as Exhibit 3.

1. *Bray v. Ameridose, LLC, et al.*, No. 1:13-cv-12596;
2. *Collins v. Ameridose, LLC, et al.*, No. 1:13-cv-12580;
3. *Graham v. Ameridose, LLC, et al.*, No. 1:13-cv-12581;
4. *Savercool v. Ameridose, LLC, et al.*, No. 1:13-cv-12583; and
5. *Willis v. Ameridose, LLC, et al.*, No. 1:13-cv-12597.