**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**LEAD COUNSEL'S OPPOSITION TO**
**BARRY CADDEN'S REQUEST**
**FOR ACCESS TO PSC REPOSITORY [ECF NO. 3079]**

Lead counsel opposes Barry Cadden's request for access to the U.S. Legal repository maintained by the PSC.

The repository serves to aid parties litigating civil lawsuits by collecting, in one place, discovery materials produced in the MDL. Mr. Cadden has been released from all civil claims. The Rules of Criminal Procedure give Mr. Cadden many other mechanisms by which he can take discovery. We agree with the Government that Mr. Cadden has not shown a need to access these civil litigation materials.

Maintaining the repository is expensive. The PSC bears this cost – defrayed somewhat by one-time up-front user fees. We currently owe U.S. Legal about $75,000. And we continue to accrue monthly storage costs and a monthly per-user fee. The PSC is trying to cut costs by removing legacy users (including Mr. Cadden) that are no longer litigating civil claims. At the same time, we are increasing costs by providing access to parties in state civil litigation that are newly requesting access. Adding an additional eleven users from the criminal case imposes an extra charge of at least $825 a month, but likely more.

For these reasons, we oppose Mr. Cadden's motion for access.

Dated:  September 13, 2016

Respectfully submitted,

**/s/ Thomas M. Sobol**
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH &
JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Thomas M. Sobol, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: September 13, 2016        **/s/ Thomas M. Sobol**
                                 Thomas M. Sobol

010337-13 900130 V1