UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Suits Naming Specialty Surgery Center, PLLC ) <br> ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**DEFENDANTS' NOTICE OF BELLWETHER STRIKES**

Defendants Specialty Surgery Center, Crossville, PLLC ("SSC"), Kenneth R. Lister, MD ("Dr. Lister"), Kenneth Lister, MD, PC ("Dr. Lister's Practice"), and Calisher & Associates, Inc. ("Calisher") hereby give notice to the Court and all parties that they are jointly striking the following bellwether candidate cases proposed by the PSC, in accordance with the Court's scheduling order at Doc. 3016:

| Case Name | Docket Number |
|---|---|
| 1. McDavid v. Ameridose, *et al.* | 1:13-cv-12742 |
| 2. Bumgarner v. Ameridose, *et al.* | 1:13-cv-12679 |

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

*/s/ Chris J. Tardio*
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
(615) 254-0400 (Phone
(615) 254-0459 (Fax)
chris@gideoncooper.com

***Attorneys for the SSC Defendants***

*/s/* Parks Chastain
**PARKS T. CHASTAIN****
**KENT E. KRAUSE****
**ASHLEY E. GENO****
Attorneys for Defendant, Specialty Surgery Center, PLLC

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787 (PTC)
(615) 256-8985 (Fax)
pchastain@bkblaw.com
kkrause@bkblaw.com
ageno@bkblaw.com

*Admitted pursuant to MDL Order No. 1
**Admitted pro hac vice

/s/ John W. Moran
**John W. Moran BBO# 664914**
LeClairRyan, A Professional Corporation
One International Place, 11th Floor
Boston, MA 02110
Phone: (617) 502-8220
john.moran@leclairryan.com

***Attorneys for Defendant, Calisher & Associates, Inc.***

2

## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this the 13th day of September, 2016.

              */s/ Chris J. Tardio*
              **CHRIS J. TARDIO**