UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2419 |
| This Document Relates to: ) ) | Dkt. No 1:13-md-2419 |
| All Suits Naming Specialty Surgery Center ) ) ) | |

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF EXERCISE OF BELLWETHER STRIKES**

The Plaintiffs' Steering Committee ("PSC") files this Notice of Exercise of Bellwether Strikes in accordance with the Court's Order of July 29, 2016 (Docket #3016).

The PSC gives notice to the Court and all parties that it is exercising its two strikes under the Court's July 29, 2016 Order as to the following Bellwether Candidate Cases:

1. *Norris v. Ameridose, et al,* 1:13-cv-12491

2. *Willis v. Ameridose, et al,* 1:13-cv-12597.[1]

Date: September 13, 2016          Respectfully submitted:

The Plaintiffs' Steering Committee,

By its attorneys,
**/s/ Benjamin A. Gastel**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203

---

[1] It should be noted that the Specialty Surgery Center defendants have moved to dismiss on procedural grounds three of the four cases they selected in the bellwether trial pool.

Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415/956-1000
Facsimile:  415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

>Mark Zamora
>ZAMORA FIRM
>6 Concourse Parkway, 22nd Floor
>Atlanta, GA 30328
>Telephone:  404/451-7781
>Facsimile:  404/506-9223
>mark@markzamora.com
>
>Patrick T. Fennell (VSB 40393)
>CRANDALL & KATT
>366 Elm Avenue, S.W.
>Roanoke, VA 24016
>Telephone:  540/342-2000
>Facsimile:  540/400-0616
>pfennell@crandalllaw.com
>
>*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing Notice of Exercise of Bellwether Strikes to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   September 13, 2016

>/s/ Benjamin A. Gastel
>Benjamin A. Gastel