# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates only to: | ) ) |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | ) ) ) ) |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | ) ) ) ) |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | ) ) ) ) |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | ) ) ) ) |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | ) ) ) ) |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | ) ) ) ) |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | ) ) ) ) |
| Handy, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ | ) ) ) ) ) |

## PLAINTIFFS' NOTICE OF SERVICE
## OF COMMON ISSUE EXPERT REPORTS

Plaintiffs, by their undersigned attorneys, hereby file notice that, pursuant to the Second Amended Order Setting Discovery Deadlines, (Dkt. 3042), on the 15th day of September, 2016, they have served the following counsel for Defendants Ritu T. Bhambhani, M.D., Ritu T. Bhambhani, M.D., L.L.C., and Box Hill Surgery Center, L.L.C., with Plaintiffs' Common Issue Expert Reports by first-class mail, postage prepaid, and by email:

Catherine W. Steiner, Esq.
Gregory K. Kirby, Esq.
Pessin Katz Law, P.A.
901 Dulaney Valley Road
Suite 500
Towson, MD 21204
csteiner@pklaw.com
gkirby@pklaw.com
Attorneys for Defendants

Dated: September 15, 2016                    Respectfully submitted,

/s/ Michael Coren                            /s/ Patricia J. Kasputys
Harry M. Roth                                Patricia J. Kasputys
Michael Coren                                Sharon L. Houston
Cohen Placitella & Roth, P.C.                Law Offices of Peter G. Angelos, P.C.
2001 Market Street                           100 N. Charles Street
Suite 2900                                   20th Floor
Philadelphia, PA 19103                       Baltimore, MD 21201
(215) 567-3500                               (410) 649-2000
Attorneys for Plaintiffs                     Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I, Patricia J. Kasputys, certify that I caused a copy of the above Plaintiffs' Notice of Service of Common Issue Expert Reports to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: September 15, 2016                    Respectfully submitted,

                                                  /s/ Patricia J. Kasputys