IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGAITON )
)
) MDL No.: 1:13-MD-2419-RWZ
)
THIS DOCUMENT RELATES TO: )
)
Case No. 1:14-cv-12941-RWZ )
*Patricia S. Brown, John D. Spicer and* )
*Jenae S. Patsell, Executors of the Estate* )
*of Louise B. Spicer deceased* )
)

## PETITION FOR FINAL APPROVAL OF DISTRIBUTIONS TO STATUTORY BENEIFICARIES OF VIRGINIA WRONGFUL DEATH CLAIM PURSUANT TO VA. CODE § 8.01-55

Petitioners, Patricia S. Brown, John D. Spicer, and Jenae S. Patsell, duly qualified as executors of the Estate of Louise D. Spicer, ("Petitioners" and "Statutory Beneficiaries"), by their undersigned counsel, respectfully petition this Court pursuant to Va. Code § 8.01-55 to approve distributions to the statutory beneficiaries and others under the settlement of this wrongful death action which has otherwise already been approved by this Court (ECF 11). A proposed Order approving the distributions is attached hereto as **Exhibit 1**.

Petitioners state as follows in support of their Petition:

A. **Petitioner and the Virginia Wrongful Death Claim statutory beneficiaries.**

1. Decedent, Louise B. Spicer, died on January 22, 2013.

2. On February 11, 2013, Petitioners Brown, Spicer and Patsell duly qualified as executors of the Estate of Louise D. Spicer in the Circuit Court for the City of Roanoke, Virginia.

3. The Petitioners are the only statutory beneficiaries of Louise B. Spicer, deceased,

1

pursuant to Virginia Code § 8.01-53 (the "Statutory Beneficiaries"). Specifically, they are the only children of Louise B. Spicer, deceased. The decedent was predeceased by her spouse.

4. The Statutory Beneficiaries have executed and notarized a written Agreement as to Distribution of Net Settlement Proceeds (the "Agreement"), attached hereto as **Exhibit 2**. In the Agreement, the Statutory Beneficiaries agree to the payment of specified attorneys' fees and costs/expenses associated with the underlying cases; and they further agree to the payment of any Medicare lien, followed by the distribution of the net proceeds in equal one-third portions, the specific amounts of which are not estimated in the Agreement. By the Agreement, the Statutory Beneficiaries also waive notice and participation in any approval hearing by the Court.

5. The only known lien associated with the settlement proceeds is a Medicare lien ("Medicare Lien"). The Petitioners acknowledge and agree that the Medicare Lien should be paid from the settlement proceeds. The Petitioners/Statutory Beneficiaries have received a Final Payment Letter from the Centers for Medicare and Medicaid Services ("CMS"), which is attached hereto as **Exhibit 3** (the "Final Lien Amount").

**B.** **This Court has already approved the Settlement Agreement, subject to final distribution order.**

6. On June 9, 2015, this Court approved the underlying Settlement Agreement, subject only to entry of a final distribution order approving the distributions to be made from the Settlement proceeds. The final order attached as Exhibit 1 accomplishes this.

7. The Petitioner and the Statutory Beneficiaries request entry of the attached final order without need for a hearing. Alternatively, the Petitioner requests that this motion be set for hearing on September 28, 2016 at 11:30 PM in the event that a hearing is required.

Wherefore, the Petitioner requests entry of the attached final distribution order, which also dismisses all pending cases with prejudice.

                                               **PATRICIA S. BROWN, JOHN D.
SPICER and JENAE S. PATSELL,
EXECUTORS OF THE ESTATE OF
LOUISE B. SPICER, DECEASED**

                                               By: /s/ J. Scott Sexton
                                                                  Counsel

J. Scott Sexton (*pro hac vice*)
Gentry Locke Rakes & Moore
PO BOX 40013
ROANOKE, VA 24022-0013
T: (540) 983-9379
F: (540) 983-9468
sexton@gentrylocke.com
*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record. Additionally, a copy of this Petition with attachments has been provided to the Statutory Beneficiaries, along with notice of hearing, if necessary, for **September 28, 2016 at 11:30 AM**.

                                                                           /s/ J. Scott Sexton