**EXHIBIT A**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION  )  )  )  )  This Document Relates to:             )  )  All Actions Involving Specialty Surgery  )  Center and Dr. Kenneth Lister.          ) | MDL No. 2419  Master Docket No.:1:13-md-2419-FDS  Judge Rya Zobel |

**[PROPOSED] ORDER RESETTING COMMON ISSUE DISCOVERY DEADLINES**

The parties have jointly moved for an extension of deadlines for common issue discovery in the cases involving Specialty Surgery Center.  These deadlines were previously set in Docket No. 3016.  The Court hereby modifies this order and establishes the following schedule for common issue discovery:

| Common Discovery Schedule | |
|---|---|
| **Close of Common Issue Fact Discovery** | October 28, 2016 |
| **Plaintiffs' Common Expert Reports Due** | November 15, 2016 |
| **Defendants' Common Issue Expert Reports Due** | December 5, 2016 |
| **Completion of Common Issue Expert Depositions** | February 3, 2017 |

The remaining dates in Docket No. 3016 are not modified and continue to be effective.

**So Ordered.**

JENNIFER C. BOAL
United States Magistrate Judge

{004663/12496/00400233.DOCX / Ver.1}