**Paul E. Wehmeier**

| | |
|---|---|
| **From:** | Paul E. Wehmeier |
| **Sent:** | Monday, September 12, 2016 9:32 AM |
| **To:** | Anthony Orlandi (aorlandi@bsjfirm.com); Ben Gastel (beng@bsjfirm.com) |
| **Cc:** | Matt H. Cline <matt@gideoncooper.com> (matt@gideoncooper.com); kkrause@bkblaw.com; Rachel P. Hurt; Michael Fitzpatrick |
| **Subject:** | New England Compounding Pharmacy, MDL 2419 - E-Discovery Review of Records |

Tony and Ben:

We want to follow up regarding the E-Discovery Phase of the document review. Currently, we have five of our firms 15 attorney's reviewing the 19, 131 records (after segregation of certain records) which we understand consists of 85,000 pages of materials.

We received initial access to the records on August 18, 2016, but our review was slowed by the forensic report review. We were able to focus more attention on the records beginning the last week of August. Our attorneys are working diligently to review each record, but they are also servicing other clients. Thus, they cannot devote 100% of their time to the record review.

To date, we have conducted a first pass review of approximately 7,458 records. This is slightly more than one-third of the records, but it is unclear how many pages have yet to be reviewed. Accordingly, we are asking for an additional three weeks to review these materials. We calculate our current due date to be September 19, 2016. Thus, the new due date we request would be October 3, 2016. We anticipate being able to roll out several batches of records to SSC for review later this week.

If this is acceptable to you, please let us know. If not, we will be forced to seek additional time from the Court, further delaying our ability to review the records.

We appreciate your attention to this matter.

Regards,

Paul E. Wehmeier
Arnett, Draper & Hagood, LLP
865-546-7000 (voice)
865-546-0423 (fax)
pwehmeier@adhknox.com
P. O. Box 300
2300 First Tennessee Plaza
Knoxville, TN  37901-0300
www.adhknox.com




1

**EXHIBIT B**



NOTE: The information contained in this electronic message is attorney-privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail or telephone at the address or phone number shown above. Thank you.

**EXHIBIT B**