**Paul E. Wehmeier**

| | |
|---|---|
| **From:** | Paul E. Wehmeier |
| **Sent:** | Monday, September 12, 2016 4:26 PM |
| **To:** | 'Ben Gastel'; Anthony Orlandi |
| **Cc:** | Matt H. Cline <matt@gideoncooper.com> (matt@gideoncooper.com); kkrause@bkblaw.com; Rachel P. Hurt; Michael Fitzpatrick; Moran, John W.; Gerard Stranch; 'Chalos, Mark P. (mchalos@lchb.com)'; Martin, Annika K.; Leslie Dunn |
| **Subject:** | RE: New England Compounding Pharmacy, MDL 2419 - E-Discovery Review of Records |

Ben:

Thanks for your e-mail and your willingness to look at an extension. As we discussed by phone, my calculation of three weeks from September the 19th was incorrect, the date would be October 10th, not October 3, 2016. Please forgive the error.

That said, we understand that the PSC will agree to grant us an extension to September 26th, with the understanding that if additional time is necessary, CMC may seek it from the Court. We understand that the PSC's and SSC's concerns about additional time beyond the 26th of September revolve around current scheduling deadlines and that the PSC is not generally opposed to an additional extension for CMC, if necessary.

If this understanding is incorrect, please let us know.

Regards,

Paul E. Wehmeier
Arnett, Draper & Hagood, LLP
865-546-7000 (voice)
865-546-0423 (fax)
pwehmeier@adhknox.com
P. O. Box 300
2300 First Tennessee Plaza
Knoxville, TN  37901-0300
www.adhknox.com





**EXHIBIT D**

NOTE: The information contained in this electronic message is attorney-privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail or telephone at the address or phone number shown above. Thank you.

---

**From:** Ben Gastel [mailto:beng@bsjfirm.com]
**Sent:** Monday, September 12, 2016 4:02 PM
**To:** Paul E. Wehmeier; Anthony Orlandi
**Cc:** Matt H. Cline <matt@gideoncooper.com> (matt@gideoncooper.com); kkrause@bkblaw.com; Rachel P. Hurt; Michael Fitzpatrick; Moran, John W.; Gerard Stranch; 'Chalos, Mark P. (mchalos@lchb.com)'; Martin, Annika K.
**Subject:** RE: New England Compounding Pharmacy, MDL 2419 - E-Discovery Review of Records

Paul,

I have talked with counsel for Specialty Surgery Center and we have tried to work into our scheduling order the proposed three week extension. It would be tremendously helpful to us to allow for only a two week extension, otherwise, we have key deadlines that bump into Thanksgiving and Christmas holidays that would really throw a wrench into the schedule. Would you consider a new due date of September 26 instead of October 3?

Please advise.

Thank You,

Ben Gastel
**Branstetter, Stranch & Jennings, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
P: 615.254.8801
F: 615.255.5419

---

**From:** Paul E. Wehmeier [mailto:pwehmeier@adhknox.com]
**Sent:** Monday, September 12, 2016 8:32 AM
**To:** Anthony Orlandi <aorlandi@bsjfirm.com>; Ben Gastel <beng@bsjfirm.com>
**Cc:** Matt H. Cline <matt@gideoncooper.com> (matt@gideoncooper.com) <matt@gideoncooper.com>; kkrause@bkblaw.com; Rachel P. Hurt <rhurt@adhknox.com>; Michael Fitzpatrick <mfitzpatrick@adhknox.com>
**Subject:** New England Compounding Pharmacy, MDL 2419 - E-Discovery Review of Records

Tony and Ben:

We want to follow up regarding the E-Discovery Phase of the document review. Currently, we have five of our firms 15 attorney's reviewing the 19, 131 records (after segregation of certain records) which we understand consists of 85,000 pages of materials.

We received initial access to the records on August 18, 2016, but our review was slowed by the forensic report review. We were able to focus more attention on the records beginning the last week of August. Our attorneys are working diligently to review each record, but they are also servicing other clients. Thus, they cannot devote 100% of their time to the record review.

**EXHIBIT D**

To date, we have conducted a first pass review of approximately 7,458 records. This is slightly more than one-third of the records, but it is unclear how many pages have yet to be reviewed. Accordingly, we are asking for an additional three weeks to review these materials. We calculate our current due date to be September 19, 2016. Thus, the new due date we request would be October 3, 2016. We anticipate being able to roll out several batches of records to SSC for review later this week.

If this is acceptable to you, please let us know. If not, we will be forced to seek additional time from the Court, further delaying our ability to review the records.

We appreciate your attention to this matter.

Regards,

Paul E. Wehmeier
Arnett, Draper & Hagood, LLP
865-546-7000 (voice)
865-546-0423 (fax)
pwehmeier@adhknox.com
P. O. Box 300
2300 First Tennessee Plaza
Knoxville, TN  37901-0300
www.adhknox.com



NOTE: The information contained in this electronic message is attorney-privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail or telephone at the address or phone number shown above. Thank you.

IMPORTANT: This communication from the law firm of Branstetter, Stranch & Jennings, PLLC is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and contains information that may be confidential and privileged. Be advised that if you are not the intended recipient(s), any dissemination, distribution or copying of this communication is prohibited. Please notify the undersigned immediately by telephone or return e-mail.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

**EXHIBIT D**