UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-12978-RWZ<br>*Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., deceased v. Insight Health Corp., et al.* | MDL No. 1:13-md-2419-RWZ |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on September 28, 2016, beginning at 11:30 a.m., a hearing before the Honorable Rya W. Zobel will be held on the Petition for Final Approval of Distributions to Statutory Beneficiaries of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55 filed by Petitioner, Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., deceased [ECF 3094].

Dated this 21st day of September, 2016.

ROBERT DANA BENDER, EXECUTOR
OF THE ESTATE OF RALPH JAMES
IRACE, JR., DECEASED

By: /s/ J. Scott Sexton
            Counsel

J. Scott Sexton (*pro hac vice*)
Gentry Locke Rakes & Moore
PO BOX 40013
ROANOKE, VA 24022-0013
T: (540) 983-9379
F: (540) 983-9468
sexton@gentrylocke.com
*Counsel for Petitioner*

25226/1/7721020v1

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ J. Scott Sexton

25226/1/7721020v1