IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY , INC. PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) MDL No.: 1:13-MD-2419-RWZ<br>) |
| THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-12941-RWZ<br>*Patricia S. Brown, John D. Spicer and Jenae S. Patsell, Executors of the Estate of Louise B. Spicer deceased* | )<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on September 28, 2016, beginning at 11:30 a.m., a hearing before the Honorable Rya W. Zobel will be held on the Petition for Final Approval of Distributions to Statutory Beneficiaries of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55 filed by Petitioners, Patricia S. Brown, John D. Spicer and Jenae S. Patsell, Executors of the Estate of Louise B. Spicer, deceased [ECF 3095].

Dated this 21st day of September, 2016.

                                                                                  PATRICIA S. BROWN, JOHN D.
                                                                                   SPICER and JENAE S. PATSELL,
                                                                                   EXECUTORS OF THE ESTATE OF
                                                                                   LOUISE B. SPICER, DECEASED

                                                                                   By: /s/ J. Scott Sexton
                                                                                               Counsel

J. Scott Sexton (*pro hac vice*)
Gentry Locke Rakes & Moore
PO BOX 40013
ROANOKE, VA 24022-0013
T: (540) 983-9379
F: (540) 983-9468
sexton@gentrylocke.com
*Counsel for Petitioners*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ J. Scott Sexton