UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases Against the Specialty Surgery Center | )<br>)<br>)<br>)  MDL No. 1:13-md-2419<br>)  Dkt. No. 1:13-md-2419 (RWZ)<br>)  Judge Rya Zobel<br>)<br>) |

**JOINT STIPULATION AGREEING TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO SSC DEFENDANTS' FED. R. CIV. P. 12(B)(6) MOTION TO DISMISS**

The Plaintiffs' Steering Committee (the "PSC") and counsel for the Specialty Surgery Center Defendants hereby jointly stipulate that the deadline for the PSC to respond to the SSC' Defendants' Fed. R. Civ. P. 12(b)(6) Motion to Dismiss [Dkt. 3086] currently due Monday, September 26, 2016, shall be extended to Friday October 7, 2016.  In support of this joint stipulation, the parties state as follows:

1. Consistent with MDL Order No. 11 [Dkt. No. 1524], the PSC and the Specialty Surgery Center Defendants have agreed to this extension.  Under MDL Order No. 11, these are the only "Impacted Parties" impacted by this motion.

2. This is the first extension sought for response to this motion.

Accordingly, under MDL Order No. 11, the parties believe this Joint Stipulation is sufficient to extend the deadline without further action by the Court.

Date:  September 23, 2016          Respectfully submitted,

                                                 **/s/ Benjamin A. Gastel_____**
                                                 J. Gerard Stranch, IV
                                                 Benjamin A. Gastel
                                                 Anthony A. Orlandi
                                                 BRANSTETTER, STRANCH & JENNINGS, PLLC
                                                 223 Rosa L. Parks Ave., Suite 200
                                                 Nashville, TN 37203

Telephone: 615/254-8801
Facsimile: 615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
aorlandi@bsjfirm.com
*Plaintiffs' Steering Committee and TN Chair*


Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: 617/482-3700
Facsimile: 617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Annika K. Martin
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212/355-9500
Facsimile: 212/355-9592
akmartin@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone: 248/557-1688
Facsimile: 248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone: 404/451-7781
Facsimile: 404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   September 23, 2016

/s/ Benjamin A. Gastel
Benjamin A. Gastel