UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | |
| This Document Relates to: | ) | MDL No. 1:13-md-2419-RWZ |
| | ) | |
| 1:14-cv-12978-RWZ: Bender v. Insight Health Corp., *et al.* | ) | |
| 1:14-cv-12941-RWZ: Brown v. Insight Health Corp., *et al.* | ) | |
| | ) | |

## INSIGHT HEALTH CORP.'S MOTION TO PARTICIPATE BY TELEPHONE

The undersigned counsel for Insight Health Corp. ("Insight") respectfully move this Court for leave to appear by telephone and address the Court at a hearing at 11:30 a.m. on Wednesday, September 28, 2016, before the Honorable Rya Zobel.  This hearing will relate to the Petition for Final Approval of Distribution to Statutory Beneficiaries of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55 (Sept. 16, 2016) (D.E. 3094) in the *Bender/Irace* matter and the Petition for Final Approval of Distribution to Statutory Beneficiaries of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55 (Sept. 16, 2016) (D.E. 3095) in the *Brown/Spicer* matter.

Insight's undersigned counsel seek leave because they are based in Richmond, VA and the posture of the cases does not warrant the expense of traveling to Boston, MA.

WHEREFORE, the undersigned request that the Court enter and Order allowing them to appear and speak during the upcoming hearing and status conference by telephone.

Respectfully Submitted

Date: September 26, 2016                    INSIGHT HEALTH CORP.

By: /s/ Leo J.M. Boyd
Stephen D. Busch (*pro hac vice*)
Leo J.M. Boyd (*pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
T: (804) 775-1000
F: (804) 775-1061
sbusch@mcguirewoods.com
jneale@mcguirewoods.com
ctrible@mcguirewoods.com
lboyd@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on September 26, 2016, this document was filed through the CM/ECF

system and will be sent electronically to the registered participants as identified on the Notice of

Electronic Filing (NEF).

/s/ Leo J.M. Boyd
Leo J.M. Boyd

82626450_2