UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br><br>This Document Relates to:<br><br>1:14-cv-12941-RWZ: Brown v. Insight Health Corp., *et al.*<br>1:14-cv-12978-RWZ: Bender v. Insight Health Corp., *et al.* | MDL No. 1:13-md-2419-RWZ |

### **[PROPOSED] ORDER**

THIS DAY CAME Defendant Insight Health Corp. ("Insight") upon Insight Health Corp.'s Motion to Participate by Telephone.  The Court, having considered Insight's Motion to Appear by Telephone and finding good cause to do so,

HEREBY ADJUDGES, ORDERS and DECREES that Insight Health Corp.'s Motion to Participate by Telephone at the hearing and status conference on September 28, 2016, is hereby GRANTED.

ENTERED this _____ day of September 2016.

_____
U.S. District Court Judge

82659084_1