UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>This Document Relates to: )<br>)<br>1:14-cv-12941-RWZ: Brown v. Insight Health Corp., *et al.* )<br>) | MDL No. 1:13-md-2419-RWZ |

**INSIGHT HEALTH CORP.'S ANSWER TO PETITION FOR FINAL
APPROVAL OF DISTRIBUTIONS TO STATUTORY BENEFICIARIES OF
VIRGINIA WRONGFUL DEATH CLAIM PURSUANT TO VA. CODE § 8.01-55**

Respondent, Insight Health Corp. ("Respondent"), by counsel, responds to the Petition

for Final Approval of Distribution to Statutory Beneficiaries of Virginia Wrongful Death Claim

Pursuant to Va. Code § 8.01-55 (Sept. 16, 2016) (D.E. 3095) ("Petition"), as follows:

1.      The Parties entered a "Settlement and Release Agreement" ("Agreement") on

February 12, 2015, which incorporated "First Amended Insight Claims Resolution Facility

Procedures" ("Procedures").

2.      By order dated July 9, 2015, in the above-styled case, this Court approved the

Agreement and the Procedures, and found the resolution of this wrongful death claim and the

allocation process in the Procedures governing this claim to be fair and reasonable under the

circumstances of the decedent's death and in the best interests of the decedent's estate and the

statutory beneficiaries.  *See* Order (July 9, 2015) (D.E. 2110) (approving settlement in *Brown v.

Insight Health Corp., et al.* (1:14-cv-12941-RWZ)).

3.      The Court's Order of July 9, 2015, further instructed the Parties to present a

"Future Distribution Order" to the Court for consideration before any distribution could be made

to the decedent's statutory beneficiaries from their respective shares of the gross amount

attributed to them under the Procedures.  *Id.* at 4.  The Petition now before the Court is

Petitioners' request for entry of the Future Distribution Order in this case as directed by the

Court through its order of July 9, 2015.

4.      On January 13, 2016, the Parties filed a Joint Motion to Confirm Satisfaction of

Conditions to Global Settlement Agreement of Virginia Cases (Jan. 13, 2016) (D.E. 2562).  The

Court entered an Order on the Parties' Joint Motion to Confirm Satisfaction of Conditions to

Global Settlement finding that the terms and conditions set forth in the Agreement had been

satisfied.  *See* D.E. 2583 (Jan. 13, 2016) (noting endorsement and entry of order granting Motion

for Order (D.E. 2562)).

5.      Petitioners, Patricia S. Brown, John D. Spicer, and Jenae S. Patsell, filed their

Petition on September 16, 2016.  Significantly, Petitioners state that:

> The only known lien associated with the settlement proceeds is a Medicare Lien
> ("Medical Lien").  The Petitioners acknowledge and agree that the Medicare Lien
> should be paid from the settlement proceeds.  The Petitioners/Statutory
> Beneficiaries have received a Final Payment Letter from the Center for Medicare
> and Medicaid Services ("CMS"), which is attached hereto as Exhibit 3 (the "Final
> Lien Amount").

Pet., ¶ 5.  The "Final Payment Letter" asserts a lien of $145.76.  Ex. 3 to Pet., Final Payment

Letter, 1 (Sept. 9, 2016) (D.E. 3095-3).

6.      In reliance on Petitioner's representations in the Petition, including that the

$145.76 Medicare lien is the only known lien on the settlement proceeds, Respondent does not

oppose the Petition or object to Petitioner's request that the Court approve the proposed

distributions.  Respondent joins in Petitioner's request that the Court dismiss this action with

prejudice.

7.      Respondent incorporates by reference Insight Health Corp.'s Answer to Petition

for Final Approval of Compromise Settlement of Virginia Wrongful Death Claim Pursuant to

Va. Code § 8.01-55 (July 3, 2015) (D.E. 2044), which Insight filed in response to the initial

Petition for Approval of Compromise Settlement of Virginia Wrongful Death Claim Pursuant to

Va. Code § 8.01-55 (June 26, 2015) (D.E. 2020).

WHEREFORE, Respondent, Insight Health Corp., by counsel, respectfully requests that

the Court enter an order approving the Petition, granting the proposed distributions therein and

dismissing this case with prejudice.

Respectfully Submitted

Date: September 26, 2016                                INSIGHT HEALTH CORP.

By: /s/ Leo J.M. Boyd
Stephen D. Busch (*pro hac vice*)
James F. Neale (*pro hac vice*)
Christopher E. Trible (*pro hac vice*)
Leo J.M. Boyd (*pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
T: (804) 775-1000
F: (804) 775-1061
sbusch@mcguirewoods.com
jneale@mcguirewoods.com
ctrible@mcguirewoods.com
lboyd@mcguirewoods.com

*Counsel for Defendants Insight
Health Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on September 26, 2016, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Leo J.M. Boyd
Leo J.M. Boyd

82623720_2