# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LAIBILITY LITIGATION | ) ) MDL Docket No. 2419 ) |
| | ) Master File No. 1:13-md-2419-RWZ |
| This Document Relates to: 1:14-cv-12978-RWZ: Bender v. Insight Health Corp., *et al.* | ) ) ) ) |
| 1:14-cv-12941: Brown v. Insight Health Corp., *et al.* | ) ) ) ) |

## [PROPOSED] ORDER

THIS DAY CAME the Petitioners Robert Dana Bender, Executor of the Estate of Ralph James Irace, Jr., deceased (Case 1:14-cv-12978-RWZ) and Patricia S. Brown, John D. Spicer and Jenae S. Patsell, Executors of the Estate of Louise B. Spicer, deceased (Case 1:14-cv-12941) upon their Motion to Participate by Telephone. The Court have considered the Motion to Participate by Telephone and finding good cause to do so, hereby ORDERS that Petitioners' Motion to Participate by Telephone at the hearing scheduled for September 28, 2016 at 11:30 a.m. is GRANTED.

ENTERED this _____ day of September, 2016.

_____
U.S. District Court Judge

5002/684/7727269v1