# EXHIBIT A

| FIRM NAME | TOTAL FIRM LODESTAR REQUESTED | PSC PROPOSED COMPENSABLE LODESTAR USING PSC MAXIMUM HOURLY RATES | REQUIRED DISCOUNT | TOTAL PRO RATA COMPENSABLE LODESTAR | TOTAL COMPENSABLE EXPENSES | SUGGESTED TOTAL ALLOCATION (LODESTAR AND EXPENSES) |
|---|---|---|---|---|---|---|
| Andrews & Thornton | $767,918.00 | $515,000.00 | 16.4233% | $430,419.86 | $43,631.41 | $474,051.27 |
| Branstetter, Stranch & Jennings | $1,778,990.00 | $1,598,060.00 | 16.4233% | $1,335,605.37 | $174,237.70 | $1,509,843.07 |
| Cohen Placitella & Roth | $757,060.00 | $500,000.00 | 16.4233% | $417,883.36 | $0.00 | $417,883.36 |
| Colling Gilbert Wright & Carter | $362,212.00 | $144,876.50 | 16.4233% | $121,082.96 | $32,772.50 | $153,855.46 |
| Crandall Law Firm | $1,168,187.50 | $968,357.50 | 16.4233% | $809,320.98 | $89,676.06 | $898,997.04 |
| Ellis and Rapacki, LLP | $2,699,324.00 | $1,850,000.00 | 16.4233% | $1,546,168.44 | $62,645.51 | $1,608,813.95 |
| ELPO | $5,479.50 | $4,132.00 | 16.4233% | $3,453.39 | $0.00 | $3,453.39 |
| Faye Law | $0.00 | $0.00 | 16.4233% | $0.00 | $5,000.00 | $5,000.00 |
| Federman & Sherwood | $5,790.00 | $5,790.00 | 16.4233% | $4,839.09 | $77.04 | $4,916.13 |
| Galligan | $208,250.00 | $26,500.00 | 16.4233% | $22,147.82 | $20,064.44 | $42,212.26 |
| Golomb & Honik | $145,715.00 | $126,307.50 | 16.4233% | $105,563.61 | $0.00 | $105,563.61 |
| Gustafson Gluek PLLC | $2,537.50 | $2,537.50 | 16.4233% | $2,120.76 | $0.00 | $2,120.76 |
| Hagens Berman | $4,264,267.00 | $3,022,437.50 | 16.4233% | $2,526,052.69 | $84,610.11 | $2,610,662.80 |
| Janet, Jenner, & Suggs | $1,260,214.00 | $1,222,749.50 | 16.4233% | $1,021,933.35 | $53,804.47 | $1,075,737.82 |
| Kinnard Clayton & Beveridge | $121,980.00 | $92,950.00 | 16.4233% | $77,684.52 | $4,121.53 | $81,806.05 |
| Leader Bulso & Nolan | $683,292.00 | $217,230.50 | 16.4233% | $181,554.02 | $39,519.12 | $221,073.14 |
| Leiff, Cabraser, Heimann & Bernstein, LLP | $1,459,218.00 | $1,022,395.00 | 16.4233% | $854,483.72 | $169,071.19 | $1,023,554.91 |
| Lipton Law | $730,449.00 | $595,058.00 | 16.4233% | $497,329.68 | $37,272.95 | $534,602.63 |
| Lyons Law | $4,968.50 | $4,968.50 | 16.4233% | $4,152.51 | $0.00 | $4,152.51 |
| Mike Hugo | $101,200.00 | $74,100.00 | 16.4233% | $61,930.31 | $0.00 | $61,930.31 |
| Miller Law Firm | $1,255,515.00 | $725,000.00 | 16.4233% | $605,930.88 | $40,368.17 | $646,299.05 |
| Oliver Law | $74,706.00 | $525.00 | 16.4233% | $438.78 | $5,278.96 | $5,717.74 |
| Orlando Firm, PLLC | $991,175.00 | $650,000.00 | 16.4233% | $543,248.37 | $29,309.04 | $572,557.41 |
| Riley Williams & Piatt | $145,157.00 | $145,000.00 | 16.4233% | $121,186.18 | $0.00 | $121,186.18 |

| FIRM NAME | TOTAL FIRM LODESTAR REQUESTED | PSC PROPOSED COMPENSABLE LODESTAR USING PSC MAXIMUM HOURLY RATES | REQUIRED DISCOUNT | TOTAL PRO RATA COMPENSABLE LODESTAR | TOTAL COMPENSABLE EXPENSES | SUGGESTED TOTAL ALLOCATION (LODESTAR AND EXPENSES) |
|---|---|---|---|---|---|---|
| Saltz Mongeluzzi Barret & Bendesky | $152,080.00 | $132,625.00 | 16.4233% | $110,843.56 | $2,440.11 | $113,283.67 |
| Sheff Law | $23,175.00 | $23,175.00 | 16.4233% | $19,368.89 | $5,000.00 | $24,368.89 |
| Sommers Schwartz | $164,119.00 | $150,000.00 | 16.4233% | $125,365.01 | $0.00 | $125,365.01 |
| Tarazi Law | $520.00 | $520.00 | 16.4233% | $434.60 | $0.00 | $434.60 |
| **TOTALS** | $19,333,499.00 | $13,820,295.00 | | $11,550,542.71 | $898,900.31 | $12,449,443.02 |

| | |
|---|---|
| Total Distributable Amount | $12,449,443.00 |
| Total Compensable Expenses | -$898,900.31 |
| Total Remaining for Fees | $11,550,542.69 |
| Total Discount Required | $2,269,752.31 |
| Percentage Discount | 16.4233% |