# EXHIBIT B

**Compensable Firm Expenses by Category**

| Firm | Pro Fees | Airfare | Auto | Mileage | Meals | Lodging | Meetings/Calls | Postage/Copying | Document Fees | Internet | Misc | Normalized | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Andrews Thornton | $35,000.00 | $47,416.11 | $10,704.31 | $0.00 | $687.03 | $22,362.41 | $1,254.20 | $0.00 | $0.00 | $0.00 | $0.00 | -$73,792.65 | $43,631.41 |
| Bransetter Stranch | $47,910.37 | $50,096.75 | $8,043.42 | $287.50 | $28,915.72 | $42,053.48 | $1,187.88 | $1,566.52 | $1,343.65 | $78.41 | $2,881.25 | -$10,127.25 | $174,237.70 |
| Clayton | $0.00 | $2,826.10 | $0.00 | $0.00 | $31.99 | $1,263.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,121.53 |
| Cohen, Placitella, Roth | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Crandall Law | $40,000.00 | $22,492.70 | $2,094.50 | $80.74 | $4,850.79 | $24,914.15 | $0.00 | $42.24 | $1,968.34 | $0.00 | $4,034.65 | -$10,802.05 | $89,676.06 |
| Ellis & Rapacki | $39,160.00 | $2,091.40 | $1,667.69 | $359.15 | $326.65 | $1,568.70 | $1,749.94 | $6,920.42 | $9,092.58 | $0.00 | $149.58 | -$440.60 | $62,645.51 |
| Fay | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| Federman | $0.00 | $0.00 | $2.25 | $31.33 | $0.00 | $0.00 | $0.00 | $14.46 | $29.00 | $0.00 | $0.00 | $0.00 | $77.04 |
| Galligan | $0.00 | $10,966.48 | $336.00 | $0.00 | $0.00 | $14,576.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5,814.53 | $20,064.44 |
| HBSS | $30,000.00 | $8,902.20 | $4,425.21 | $124.32 | $6,317.72 | $5,277.99 | $11,308.77 | $2,535.57 | $14,609.91 | $30.94 | $1,077.48 | $0.00 | $84,610.11 |
| JJS | $43,700.00 | $4,701.35 | $1,695.53 | $434.19 | $2,099.81 | $1,528.70 | $0.00 | $1,083.59 | $2,027.60 | $0.00 | $21.20 | -$3,487.50 | $53,804.47 |
| LCHB | $40,000.00 | $35,732.54 | $9,091.22 | $179.58 | $18,922.71 | $31,591.22 | $6,763.44 | $22,156.43 | $6,297.36 | $753.25 | $2,855.39 | -$5,271.95 | $169,071.19 |
| Leader Nolan | $37,496.09 | $5,936.58 | $883.90 | $0.00 | $679.21 | $4,013.59 | $359.11 | $9,214.76 | $24,072.83 | $0.00 | $215.00 | -$43,351.95 | $39,519.12 |
| Lipton | $12,500.00 | $11,572.58 | $1,098.00 | $28.25 | $2,121.48 | $3,651.75 | $0.00 | $2,545.15 | $3,062.45 | $63.89 | $629.40 | $0.00 | $37,272.95 |
| Miller Law | $30,000.00 | $2,602.70 | $298.95 | $0.00 | $329.93 | $2,100.02 | $167.65 | $4,166.43 | $1,561.69 | $0.00 | $0.00 | -$859.20 | $40,368.17 |
| Oliver Law | $2,500.00 | $812.88 | $49.95 | $0.00 | $684.88 | $233.66 | $69.27 | $180.55 | $737.77 | $10.00 | $0.00 | $0.00 | $5,278.96 |
| Shef | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| SMBB | $0.00 | $632.00 | $0.00 | $0.00 | $29.00 | $1,779.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,440.11 |
| Wright Mel | $20,440.00 | $1,861.79 | $1,062.29 | $247.61 | $1,083.16 | $11,409.21 | $380.64 | $3,013.13 | $2,847.44 | $99.20 | $8,622.71 | -$18,294.68 | $32,772.50 |
| Zamora Orlando | $42,500.00 | $3,467.60 | $360.16 | $274.56 | $0.00 | $2,594.13 | $0.00 | $0.00 | $0.00 | $0.00 | $364.39 | -$20,251.80 | $29,309.04 |
| **TOTAL** | **$431,206.46** | **$212,111.76** | **$41,813.38** | **$2,047.23** | **$67,080.08** | **$170,918.05** | **$23,240.90** | **$53,439.25** | **$67,650.62** | **$1,035.69** | **$20,851.05** | **-$192,494.16** | **$898,900.31** |