# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC.,<br>    Debtor. | Chapter 11<br>Case No. 12-19882-HJB |

### NOTICE OF AMENDMENT TO OMNIBUS APPLICATION BY CERTAIN PROFESSIONALS AND THEIR CONSTITUENTS FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

Parties in interest are hereby notified of the following amendments to the Omnibus Application by Certain Professionals and Their Constituents for Allowance and Payment of Administrative Expense Claims [Dkt. No. 1415] (the "Omnibus Application"):

- Exhibit 5 of the Omnibus Application (i.e., the Declaration of Melvin B. Wright) is replaced by the Amended Exhibit 5 (i.e., the Amended Declaration of Melvin B. Wright) attached hereto.[1]

- Paragraph 10(e) of the Omnibus Application is amended to reflect that Attorney Wright and the law firm of Colling Gilbert Wright & Carter, LLC provided services and expenditures totaling $411,780.59 attributable to substantial contributions in connection with the Debtor's bankruptcy case.

- Where applicable, the Omnibus Application is amended to reflect that the Parties[2] request allowance and payment of their administrative claims in the aggregate amount of $2,108,978.32.

In support hereof, the Parties state as follows:

1.     On August 3, 2015, the Parties filed the Omnibus Application.

---

[1] Consistent with service of the Omnibus Application (see Dkt. No. 1415, footnote 1), a complete copy of this Notice of Amendment, including the Amended Exhibit 5 referenced therein, has been filed with the Bankruptcy Court via the Court's Electronic Case Filing System (i.e., ECF) and served on (a) all parties entitled to receive notice via ECF and (b) counsel to the Committee. All other notice parties (as indicated on the Certificate of Service related hereto) will receive a copy of this Notice of Amendment, excluding the Amended Exhibit 5, via first-class mail, postage prepaid. Any party wishing to receive a complete copy of the Omnibus Application and/or the Notice of Amendment (including the Amended Exhibit 5) may contact the undersigned.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Omnibus Application.

{Practice Areas/CORP/26271/00001/A3017860.DOCX}

2. In the Omnibus Application, the Parties requested allowance and payment of their administrative claims in the aggregate amount of $3,055,121.02 (the "Original Claim Amount") pursuant to 11 U.S.C. § 503(b).

3. As set forth in Exhibit 5 of the Omnibus Application, the portion of the Original Claim Amount that corresponded to the fees and costs of Melvin B. Wright and his law firm was $1,357,923.29.

4. As set forth in the Amended Exhibit 5 attached hereto, Mr. Wright and his firm have agreed to reduce their fees and costs, for purposes of the substantial contribution claim, by: (a) substantially discounting Mr. Wright's typical billing rate, (b) removing all paralegal fees, and (c) waiving certain associated costs.

5. Based on these reductions, the Parties now request allowance and payment of their administrative claims in the aggregate amount of $2,108,978.32. The portion of this amount that corresponds to the fees and costs of Melvin B. Wright and his law firm is now $411,780.59.

Respectfully submitted,

ANNE ANDREWS, JOHN THORNTON, HARRY ROTH, MICHAEL COREN, MICHAEL GALLIGAN, GREGORY SKIKOS, MELVIN WRIGHT, KATRINA ELDRETH, MEGHAN HANDY, BERTRAM WALKER BRYANT, JR., DANNY SWARTZELL, AND KATHLEEN DISTLER

By their attorneys,

MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP

/s/ Gina Barbieri O'Neil
Joseph H. Baldiga, Esq., BBO #549963
Gina Barbieri O'Neil, Esq., BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 898-1501
Fax:    (508) 898-1502
Email: jbaldiga@mirickoconnell.com
Email: goneil@mirickoconnell.com

Dated: September 1, 2015