# EXHIBIT G

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### (EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>**NEW ENGLAND COMPOUNDING PHARMACY, INC.,**<br><br>**Debtor.** | **Chapter 11**<br>**Case No. 12-19882-HJB** |

**MOTION (I) TO ALLOW WITHDRAWAL, WITH RESERVATION OF RIGHTS, OF OMNIBUS APPLICATION BY CERTAIN PROFESSIONALS AND THEIR CONSTITUENTS FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS, AND (II) FOR CANCELLATION OF HEARING**

To the Honorable Henry J. Boroff, United States Bankruptcy Judge:

NOW COME attorneys Anne Andrews, John Thornton, Harry Roth, Michael Coren, Michael Galligan, Gregory Skikos, and Melvin Wright (collectively, the "Member Representatives") and creditors/parties-in-interest Katrina Eldreth (represented by Anne Andrews and John Thornton and their firm, Andrews Thornton), Meghan Handy (represented by Harry Roth and Michael Coren and their firm, Cohen, Placitella & Roth, P.C.), Bertram Walker Bryant, Jr. (represented by Michael Galligan and his firm, Galligan & Newman), Danny Swartzell (represented by Gregory Skikos and his firm, Skikos Crawford Skikos Joseph & Millican), and Kathleen Distler (represented by Melvin Wright and his firm, Colling Gilbert Wright & Carter, LLC) (collectively, the "Individuals"; collectively with the Member Representatives, the "Parties"), and hereby move to withdraw their pending Omnibus Application by Certain Professionals and Their Constituents for Allowance and Payment of Administrative Expense Claims [Dkt. No. 1415] (the "Omnibus Application"), including the Memorandum of Law in Support of the Omnibus Application [Dkt. 1418] and the Notice of Amendment to Omnibus Application [Dkt. 1530], for the reasons set forth herein. Due to the

Parties' withdrawal of the Omnibus Application, the Parties further request that this Court cancel

the hearing on the Omnibus Application set for November 10, 2016 at 2:30 p.m. (the "Hearing").

In support hereof, the Parties state as follows:

## FACTUAL BACKGROUND

1.      On December 21, 2012, the above-captioned debtor (the "Debtor") filed a

voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C.

§ 101 et seq. (the "Bankruptcy Code").

2.      On January 18, 2013, the Office of the United States Trustee appointed a nine

(9) member Official Committee of Unsecured Creditors (the "Committee") in the above-

referenced bankruptcy case pursuant to Bankruptcy Code § 1102(a)(1).  Of the nine members of

the Committee, eight were tort creditors and, accordingly, each of their attorneys served on the

Committee as their representative (as is routine and customary where tort claimants sit on such

committees).  The Individuals are all tort creditors and members of the Committee.  The Member

Representatives are the attorneys for the Individuals (respectively, as previously identified) that

served on the Committee.

3.      On May 20, 2015, this Court entered its Findings of Fact, Conclusions of Law and

Order Confirming the Third Amended Joint Chapter 11 Plan of New England Compounding

Pharmacy, Inc. [Dkt. No. 1355].

4.      On August 3, 2015, the Parties filed the Omnibus Application and a supporting

memorandum of law.  In the Omnibus Application, the Parties requested allowance and payment

of their administrative claims pursuant to 11 U.S.C. § 503(b) and, specifically, 11 U.S.C.

§§ 503(b)(3)(D) and 503(b)(4).

5.     On September 9, 2015, the Parties filed a Notice of Amendment which reflected a
reduction in the amount of the administrative claims that the Parties had sought in the Omnibus
Application.

6.     A hearing on the Omnibus Application (i.e., the Hearing) is currently scheduled
for November 10, 2015 at 2:30 p.m.

## WITHDRAWAL OF MOTION FOR RELIEF AND RESERVATION OF RIGHTS

7.     After conferring with other parties-in-interest and considering the potential costs
associated with further pursuit of the Omnibus Application, the Parties have determined that
withdrawal of the Omnibus Application is in the best interest of the Parties and the Estate.  The
Parties' withdrawal of the Omnibus Application is without prejudice to the collective and
individual rights of the Parties to pursue their claims in an alternate forum, including but not
limited to the so-called "MDL Proceeding" pending in the United States District Court for the
District of Massachusetts.[1]

## CANCELLATION OF HEARING

8.     Due to the Parties' withdrawal of the Omnibus Application, the Parties further
request that this Court cancel the Hearing, which is scheduled for November 10, 2015 at 2:30
p.m. (i.e., the Hearing).

WHEREFORE, the Parties hereby request that his Court enter an order:

a.      Granting this Motion;

b.      Allowing the Parties' withdrawal of the Omnibus Application, including
the supporting memorandum and subsequent notice of amendment;

---

[1]     In re New England Compounding Pharmacy, Inc. Products Liability Litigation, 1:13-md-2419-FDS (D. Mass.).

c.    Canceling the Hearing; and

d.    Granting the Parties such other and further relief as is just.

Respectfully submitted,

ANNE ANDREWS, JOHN THORNTON,
HARRY ROTH, MICHAEL COREN,
MICHAEL GALLIGAN, GREGORY SKIKOS,
MELVIN WRIGHT, KATRINA ELDRETH,
MEGHAN HANDY, BERTRAM WALKER
BRYANT, JR., DANNY SWARTZELL, AND
KATHLEEN DISTLER

By their attorneys,

MIRICK, O'CONNELL, DEMALLIE &
LOUGEE, LLP

_____/s/ Gina Barbieri O'Neil_____
Joseph H. Baldiga, Esq., BBO #549963
Gina Barbieri O'Neil, Esq., BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 898-1501
Fax:    (508) 898-1502
Email: jbaldiga@mirickoconnell.com
Email: goneil@mirickoconnell.com

Dated:  October 19, 2015

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(EASTERN DIVISION)**

In re:

**NEW ENGLAND COMPOUNDING**
**PHARMACY, INC.,**

Debtor.

**Chapter 11**
**Case No. 12-19882-HJB**

## ORDER (I) ALLOWING WITHDRAWAL, WITH RESERVATION OF RIGHTS, OF OMNIBUS APPLICATION BYCERTAIN PROFESSIONALS AND THEIR CONSTITUENTS FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS AND (II) CANCELLING HEARING

Upon the Motion (I) to Allow Withdrawal, with Reservation of Rights, of Omnibus

Application by Certain Professionals and Their Constituents for Allowance and Payment of

Administrative Expense Claims and (II) for Cancellation of Hearing (the "Motion"); and due

notice and an opportunity to object having been given to all parties requesting notice in this case;

and after due deliberation and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.    The Motion is ALLOWED;

2.    The Omnibus Application by Certain Professionals and Their Constituents for Allowance and Payment of Administrative Claims [Dkt. No. 1415] (the "Omnibus Application"), including the memorandum in support of such Omnibus Application and the subsequent notice of amendment to such Omnibus Application, is WITHDRAWN; and

3.    The hearing on the Omnibus Application, scheduled for November 10, 2015 at 2:30 p.m., is hereby CANCELLED.

Dated: _____, 2015

_____
Honorable Henry J. Boroff
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### (EASTERN DIVISION)

| | |
|---|---|
| In re: | |
| **NEW ENGLAND COMPOUNDING PHARMACY, INC.,** | **Chapter 11**<br>**Case No. 12-19882-HJB** |
| **Debtor.** | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2015, I caused a copy of the following document to be served on all parties noted on the attached Service List by First-Class, United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

**Motion (I) to Allow Withdrawal, with Reservation of Rights, of Omnibus Application by Certain Professionals and Their Constituents for Allowance and Payment of Administrative Expense Claims and (II) for Cancellation of Hearing**

/s/ Gina Barbieri O'Neil
Gina Barbieri O'Neil, Esq., BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA  01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: goneil@mirickoconnell.com

Dated:  October 19, 2015

{Practice Areas/CORP/26271/00001/A3058305.DOC}

## SERVICE LIST

### New England Compounding Pharmacy, Inc., Debtor
### Chapter 11, Case No. 12-19882-HJB

John Fitzgerald, Esq.
Assistant U.S. Trustee
Office of U.S. Trustee
J.W. McCormack Post
Office & Courthouse
5 Post Office Sq., 10th Fl.,
Suite 1000
Boston, MA 02109
(U.S. Trustee)
**VIA ECF**

Internal Revenue Service
Special Process Unit
P.O. Box 9112
Stop 20800
Boston, MA 02203
(Taxing Authority)

Commonwealth of
Massachusetts
Department of Revenue
Litigation Bureau,
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564
(Taxing Authority)

Internal Revenue Service
Centralized Insolvency
Operation
PO Box 7346
Philadelphia, PA 19101-
7346
(Taxing Authority)

United States Attorney
John Joseph Moakley United
States Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02210
(U.S. Attorney)

Jennifer L. Hertz, Esq.
U.S. Department of Justice
Office of U.S. Trustee
5 Post Office Sq., 10th Fl.,
Suite 1000
Boston, MA 02109
(Counsel to U.S. Trustee)
**VIA ECF**

Paul D. Moore, Esq.
Duane Morris LLP
100 High Street
Suite 2400
Boston, MA 02110
(Chapter 11 Trustee)
**VIA ECF**

Daniel C. Cohn, Esq.
Ashley Whyman, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(Counsel to Debtor)
**VIA ECF**

William R. Baldiga, Esq.
Kiersten A. Taylor, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
(Counsel to the Official
Committee of Unsecured
Creditors)

David J. Molton, Esq.
Brown Rudnick LLP
7 Times Square
New York, NY 10036
(Counsel to the Official
Committee of Unsecured
Creditors)

Nancy D. Adams, Esq.
1 Financial Center
Boston, MA 02111
(Counsel to Pharmacists
Mutual Companies)
**VIA ECF**

Anne Andrews, Esq.
2 Corporate Park
Suite 110
Irvine, CA 92306
(Counsel to Kathleen
Guzman)
**VIA ECF**

2

## SERVICE LIST

**New England Compounding Pharmacy, Inc., Debtor**
**Chapter 11, Case No. 12-19882-HJB**

John J. Aquino, Esq.
Anderson Aquino LLP
240 Lewis Wharf
Boston, MA 02110
(Counsel to Inspira Health
Network, Inc. and Inspira
Medical Centers, Inc.)
**VIA ECF**

David Batten, Esq.
4141 Parklake Ave.
Raleigh, NC 27612
(Counsel to Surgery Center of
Wilson)

Peter Nils Baylor, Esq.
Nutter, McClennen & Fish,
LLP
155 Seaport Boulevard
Boston, MA 02210
(Counsel to MMIC Group,
Inc.)
**VIA ECF**

Brett J. Bean, Esq.
Hackney Grover Hoover &
Bean
1715 Abbey Road, Suite A
East Lansing, MI 48823
(Counsel to Neuromuscular
and Rehabilitation
Associates of Northern
Michigan)

Thomas O. Bean, Esq.
Verrill Dana LLP
One Boston Place
Suite 2330
Boston, MA 02108
(Counsel to Virginia
Plaintiffs; Tennessee
Plaintiffs; Barbara J. Filson;
Chester T. Kalinoski; Dana
Marlene Bradley; James Wirt
Smith, Jr.; Julian D.
Holbrook; Pauline Reynolds
McFarlane; Randolph E.
Smith; Richard A. Whitlow;
Robert Dana Bender; Robert
E)
**VIA ECF**

John B. Bennett, Esq.
Spears, Moore, Rebman &
Williams PC
801 Broad St.
6th Floor
Chattanooga, TN 37402
(Counsel to Erlanger Health
System, Inc.)
**VIA ECF**

Jay J. Blumberg, Esq.
158 Delaware Street
Woodbury, NJ 08096
(Counsel to Premier
Orthopaedic Associates
Surgical Center, LLC;
Premier Orthopaedic and
Sports Medicine Associates
of Southern New Jersey,
LLC; Kimberley Yvette
Smith-Martin)
**VIA ECF**

Eric R. Blythe, Esq.
One Financial Center
Boston, MA 02111
(Counsel to Pharmicsts
Mutual Companies)
**VIA ECF**

Alan J. Bozer, Esq.
Phillips Lytle LLP
3400 HSBC Center
Buffalo, NY 14203
(Counsel to Rochester Brain
and Spine Pain Management
Clinic LLC)
**VIA ECF**

3

## SERVICE LIST

### New England Compounding Pharmacy, Inc., Debtor
### Chapter 11, Case No. 12-19882-HJB

Roberto M. Braceras, Esq.
Exchange Place
53 State Street
Boston, MA 02109
(Counsel to Unifirst
Corporation)
**VIA ECF**

Stephen D. Brusch, Esq.
901 East Cary Street
Richmond, VA 23219
(Counsel to Insight Health
Corp.)

Sally Bussell Fox, Esq.
30 S. Spring Street
Pensacola, FL 32502
(Counsel to Interventional
Rehabilitation Center, LLC)

Daniel J. Carragher, Esq.
Day Pitney LLP
One International Place
Boston, MA 02110
(Counsel to Liberty
Industries, Inc.)
**VIA ECF**

Patrick M. Carter, Esq.
809 South Main Street
P.O. Box 1431
Columbia, TN 38402
(Counsel to Basil J.
McElwee)

Mark P. Chalos, Esq.
Lieff Cabraser Heimann &
Bernstein
150 Fourth Avenue North
Suite 1650
Nashville, TN 37219
(Counsel to Gerald W. Wray)
**VIA ECF**

William E. Christie, Esq.
Shaheen & Gordon
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
(Counsel to Dr. O'Connell's
Pain Care Center; Dr.
O'Connell's Pain Care
Center, Inc.; Florida Pain
Clinic; Forsyth Street
Ambulatory Surgery Center,
LLC; Interventional Spine &
Sports Medicine PC;
Magnala Shetty, M.D.;
Marion Pain Management;
Pain Consulta)
**VIA ECF**

David S. Clancy, Esq.
Skadden, Arps, Slate,
Meagher & Flom LLP
500 Boylston Street
Boston, MA 02116
(Counsel to Insight Health
Corp.)

Lance D. Cline, Esq.
Cline Farrell Christie & Lee,
P.C.
951 North Delaware Street
Indianapolis, IN 46202
(Counsel to Diane Guertin)

4

### SERVICE LIST

**New England Compounding Pharmacy, Inc., Debtor**
**Chapter 11, Case No. 12-19882-HJB**

John Collen, Esq.
SmithAmundsen LLC
150 North Michigan Avenue
suite 3300
Chicago, IL 60601
(Counsel to Great American
E&S Insurance Company)
**VIA ECF**

Joseph B. Collins, Esq.
Hendel & Collins P.C.
101 State Street
Springfield, MA 01103
(Counsel to Tennessee
Plaintifs; Virginia Plaintiffs)
**VIA ECF**

John D. Cornwall, Esq.
1301 McKinney
Suite 5100
Houston, TX 77010
(Counsel to St. Thomas West
Hospital)
**VIA ECF**

Timothy J. Dardas, Esq.
Hackney Grover Hoover &
Bean
1715 Abbey Road, Suite A
East Lansing, MI 48823
(Counsel to Neuromuscular
and Rehabilitation
Associates of Northern
Michigan)
**VIA ECF**

Michael S. Davis, Esq.
Zeichner Ellman & Krause
LLP
1211 Avenue of the Americas
New York, NY 10036
(Counsel to American Home
Companies)

Daniel J. Divis, Esq.
121 S. Broad Street
Suite 1400
Philadelphia, PA 19107
(Counsel to Mercy Health
System of Southeastern
Pennsylvania)
**VIA ECF**

Robert J. Durant, Esq.
Edwards Wildman Palmer,
LLP
2800 Financial Plaza
Providence, RI 02903
(Counsel to OSMC)
**VIA ECF**

Shane Patrick Early, Esq.
Nutter, McClennen & Fish,
LLP
155 Seaport Boulevard
Boston, MA 02210
(Counsel to MMIC Group,
Inc.)

Corrine Elfassi, Esq.
15233 Ventura Blvd.
Suite 250
Sherman Oaks, CA 91403
(Counsel to Dawn Younami)

Fredric L. Ellis, Esq.
Ellis & Rapacki LLP
85 Merrimac St.
Suite 500
Boston, MA 02114
(Counsel to Edward Adams;
George Cary; Leonard and
Karen Shaffer; Robert and
Margaret Schroder)
**VIA ECF**

Chad D. Engelhardt, Esq.
3049 Miller Road
Ann Arbor, MI 48103
(White)
**VIA ECF**

Donald F. Farrell, Jr., Esq.
Anderson Aquino LLP
240 Lewis Wharf
Boston, MA 02110
(Counsel to Inspira Health
Network, Inc. and Inspira
Medical Centers, Inc.)
**VIA ECF**

5

## SERVICE LIST

### New England Compounding Pharmacy, Inc., Debtor
### Chapter 11, Case No. 12-19882-HJB

| | | |
|---|---|---|
| Todd A. Feinsmith, Esq.<br>Pepper Hamilton LLP<br>Oliver Street Tower, 15th Floor<br>125 High Street<br>Boston, MA 02110<br>(Counsel to Pepper Hamilton LLP)<br>**VIA ECF** | Patrick T. Fennell, Esq.<br>Crandall & Kratt<br>366 Elm Ave., S.W.<br>Roanoke, VA 24016<br>(Counsel to Various Individuals) | Diane Flannery, Esq.<br>McGuire Woods LLP<br>901 East Cary Street<br>Richmond, VA 23219<br>(Counsel to Insight Health Corp.) |
| Richard H. Ford, Esq.<br>P.O. Box 2753<br>Orlando, FL 32802<br>(Counsel to Carlos Jassir) | Rebecca Fordon, Esq.<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>(Counsel to Official Committee of Unsecured Creditors)<br>**VIA ECF** | Eric D. Freed, Esq.<br>Cozen O'Connor<br>One Liberty Place<br>1650 Main Street<br>Philadelphia, PA 19103<br>(Counsel to Maxum Indemnity Company)<br>**VIA ECF** |
| Michael A. Freedman, Esq.<br>10019 Reistertown Road<br>Suite 104<br>Owen Mills, MD 21117<br>(Counsel to Richard Winepol) | Michael D. Galligan, Esq.<br>Galligan & Newman<br>309 West Main Street<br>McMinnville, TN 37110<br>(Counsel to Bertram Walker Bryant) | Gill R. Geldreich, Esq.<br>Tennessee Attorney General's Office<br>Senior Counsel, Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202<br>(Counsel to TN Department of Health)<br>**VIA ECF** |

6

## SERVICE LIST

### New England Compounding Pharmacy, Inc., Debtor
### Chapter 11, Case No. 12-19882-HJB

Frank A. Gerolamo, Esq.
121 S. Broad Street
Suite 1400
Philadelphia, PA 19107
(Counsel to Mercy Health
System of Southeastern
Pennsylvania; Nazareth
Hospital)
**VIA ECF**

H. David Gibson, Esq.
Gentry Locke Rakes &
Moore, LLP
10 Frankin Rd., SE
Suite 800
Roanoke, VA 24011
(Counsel to Barbara J. Filson;
Beverly B. Woody; Chester
T. Kalinoski; Dana Marlene
Bradley; James Wirt Smith,
Jr.; Julian D. Holbrook;
Pauline Reynolds McFarlane;
Randolph E. Smith; Robert
Dana Bender; Robert Early
Harris, Jr.; Ronnie A. Brown,
Jr.; Rose)

C.J. Gideon, Jr., Esq.
Gideon, Cooper & Essary,
PLC
315 Deaderick Street
Suite 1100
Nashville, TN 37238
(Counsel to Chattanooga
Neurosurgical Group; Howell
Allen Clinic; Saint Thomas
Outpatient Neurosurgical
Center; Specialty Surgery
Center; Donald Jones, M.D.)

Keith E. Glidden, Esq.
Verrill Dana LLP
One Boston Place
Suite 2330
Boston, MA 02108
(Counsel to Virginia
Plaintiffs)
**VIA ECF**

Daniel Glosband, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
(Counsel to Unifirst
Corporation)

Evan M. Goldman, Esq.
Goldman & Goldman, P.A.
The Foxleigh Building
2330 West Joppa Road, Suite
300
Lutherville, MD 21093
(Counsel to Evan M.
Goldman)

Ervin A. Gonzalez, Esq.
255 Alhambra Circle,
Penthouse
Coral Gables, FL 33134
(Counsel to Irene and Joseph
Phillips; Norma Montague;
Paul Fusco; Ronald and
Tammy Driscoll; Rosanne
Fusco; Vilinda York)
**VIA ECF**

Thomas H. Good, Esq.
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001
(Counsel to Unifirst
Corporation)
**VIA ECF**

Susan Green, Esq.
606 Baltimore Ave.
Suite 400
Towson, MD 21204
(Counsel to Shaun Hill)

7

## SERVICE LIST

**New England Compounding Pharmacy, Inc., Debtor**
**Chapter 11, Case No. 12-19882-HJB**

William R. Greendyke, Esq.
1301 McKinney
Suite 5100
Houston, TX 77010
(Counsel to St. Thomas
West Hospital)

Marcy Greer, Esq.
515 Congress
Suite 2350
Austin, TX 78701
(Counsel to St. Thomas West
Hospital)

Stephen A. Grossman, Esq.
Montgomery, McCracken,
Walker & Rhoads
457 Haddonfield Rd.
Cherry Hill, NJ 08002
(Counsel to Inspira Health
Network, Inc. and Inspira
Medical Centers, Inc.)

Randy J. Hackney, Esq.
Hackney Grover Hoover &
Bean
1715 Abbey Road, Suite A
East Lansing, MI 48823
(Counsel to Michigan Pain
Specialists)
**VIA ECF**

Michael E. Hager, Esq.
11 Beacon Street
Suite 1200
Boston, MA 02108-3016
(Counsel to Rochester Brain
and Spine Pain Management
Clinic LLC)
**VIA ECF**

Carrie Hanger, Esq.
300 N. Greene St.; Suite 1400
P.O. Box 21927
Greensboro, NC 27401
(Counsel to High Point
Surgery Center)

Thomas Hardin, Esq.
102 West 7th Street
P.O. Box 929
Columbia, TN 38402
(Counsel to Carla McElwee;
Basil J. McElwee)

Lyle R. Hardman, Esq.
Hunt Suedhoff Kalamaros
LLP
205 W. Jefferson Blvd., Suite
300
P.O. Box 4156
South Bend, IN 46634
(Counsel to OSMC)
**VIA ECF**

Terrill Johnson Harris, Esq.
300 N. Greene St.; Suite 1400
P.O. Box 21927
Greensboro, NC 27401
(Counsel to High Point
Surgery Center)

Neil Hartzell, Esq.
LeClair Ryan, P.C.
One International Place
11th Floor
Boston, MA 02110
(Counsel to Image Guided
Pain Management, P.C.;
John M. Mathis)
**VIA ECF**

Brook Hastings, Esq.
2250 Hickory Rd.
Suite 300
Plymouth Meeting, PA 19462
(Counsel to Rothman
Institute)
**VIA ECF**

Honor S. Heath, Esq.
Northeast Utilities Service
Company
107 Selden Street
Berlin, CT 06473
(Counsel to NSTAR Gas
Company)
**VIA ECF**

8

## SERVICE LIST

**New England Compounding Pharmacy, Inc., Debtor**
**Chapter 11, Case No. 12-19882-HJB**

Peter G. Hermes, Esq.
Hermes, Netburn, O'Connor
& Spearing P.C.
265 Franklin Street
7th Floor
Boston, MA 02110
(Counsel to Liberty
Industries, Inc.)
**VIA ECF**

Sara E. Hirshon, Esq.
Verrill Dana LLP
One Boston Place
Suite 1600
Boston, MA 02108
(Counsel to Virginia
Plaintiffs)
**VIA ECF**

Eric J. Hoffman, Esq.
98 San Jacinto Blvd.
Suite 1100
Austin, TX 78701
(Counsel to St. Thomas West
Hospital)

Albert H. Hogan, III, Esq.
155 N. Wacker Drive
Chicago, IL 60606
(Counsel to Insight Health
Corp.)

Robert H. Hood, Jr., Esq.
Hood Law Firm, LLC
172 Meeting Street
P.O. Box 1508
Charleston, SC 29402
(Counsel to Pain Associates
of Charleston, LLC)

Kathryn J. Humphrey, Esq.
400 Renaissance Center
Detroit, MI 48243
(Counsel to High Point
Surgery Center; Premier
Orthopaedic Associates
Surgical Center, LLC;
Premier Orthopaedic and
Sports Medicine Associates
of Southern New Jersey,
LLC; Surgery Center of
Wilson; Kimberley Yvette
Smith-Martin)

Shirley B. Jamison, Esq.
P.O. Box 221
Boones Mill, VA 24065
(Counsel to Steven Ashby)
**VIA ECF**

Stephen M. Johnson, Esq.
Duane Morris LLP
100 High Street
Suite 2400
Boston, MA 02110
(Counsel to Paul D. Moore)

Erin Jones, Esq.
Jones Morris Klevenhagen
LLP
6363 Woodway
Suite 570
Houston, TX 77057
(Counsel to Jacon Zurn)

Dennis J. Kelly, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(Counsel to Charles Schwab
& Co.)
**VIA ECF**

Nicholas R. Kennedy, Esq.
McGuire Woods LLP
Ones James Center
901 East Cary Street
Richmond, VA 23219
(Counsel to Insight Health
Corp.)
**VIA ECF**

David R. Kunz, Esq.
55 Rittenhouse Place
Ardmore, PA 19003
(Counsel to o/b/o Jenna
Letizia Brookdale Senior
Living)

9

## SERVICE LIST

### New England Compounding Pharmacy, Inc., Debtor
### Chapter 11, Case No. 12-19882-HJB

Sandra J. Lake, Esq.
1715 Abbey Road, Suite A
East Lansing, MI 48823
(Counsel to Michigan Pain
Specialists)
**VIA ECF**

Joseph Lang, Esq.
136 Franklin Corner Road 2B
Lawrenceville, NJ 08648
(Counsel to Nitesh Bhagat,
M.D., Regional Diagnostic
Imaging and Professional
Pain Management)

Donald R. Lassman, Esq.
Law Offices of Donald R.
Lassman
P.O. Box 920385
Needham, MA 02492
(Counsel to Mary Fennelly)
**VIA ECF**

Michael R. Lastowski, Esq.
22 Delaware Avenue
Suite 1600
Wilmington, DE 19801
(Counsel to Paul D. Moore)
**VIA ECF**

Thomas W. Lawless, Esq.
The Customs House
701 Broadway
Suite 403
Nashville, TN 37203
(Counsel to Center for Spine
Joint and Neuromuscular
Rehabilitation; Chattanooga
Neurosurgical Group; Howell
Allen Clinic; Saint Thomas
Outpatient Neurosurgical
Center; Specialty Surgery
Center; The Neurosurgical
Group of Chattanooga; Debra
V. Schamberg; D)
**VIA ECF**

Mark G. Ledwin, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
1133 Westchester Avenue
White Plains, NY 10604
(Counsel to Preferred Mutual
Insurance Company)

Bryan D. Leinback, Esq.
Zeichner Ellman & Krause
LLP
1211 Avenue of the
Americas
New York, NY 10036
(Counsel to American Home
Companies)

Michael R. Lipscomb, Esq.
212 Center Street
Suite 100
Little Rock, AR 72201
(Counsel to Rodney Blagg;
Tobey Blagg)
**VIA ECF**

Kara Loridas, Esq.
Hermes, Netburn, O'Connor
& Spearing P.C.
265 Franklin Street
7th Floor
Boston, MA 02110
(Counsel to Liberty
Industries, Inc.)
**VIA ECF**

10

## SERVICE LIST

**New England Compounding Pharmacy, Inc., Debtor**
**Chapter 11, Case No. 12-19882-HJB**

John G. Loughnane, Esq.
Nutter, McClennen & Fish,
LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110
(Counsel to MMIC Group,
Inc.)
**VIA ECF**

Neal A. Markowitz, Esq.
Thorsnes Bartolotta McGuire
LLP
2550 Fifth Ave.
11th Floor
San Diego, CA 91203
(Counsel to Steven Tashima;
Lidia Tashima)

Paul R. Mastrocola, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(Counsel to Charles Schwab
& Co.)

Mark A. Matthes, Esq.
130 North Main Street
P.O. Box 575
Goshen, IN 46527
(Counsel to Pauline Burema;
The Estate of Pauline
Burema)
**VIA ECF**

Matthew J. Matule, Esq.
Skadden, Arps, Slate,
Meagher & Flom LLP
500 Boylston Street
Boston, MA 02116
(Counsel to Insight Health
Corp.)

Mary McCarthy, Esq.
Zeichner Ellman & Krause
LLP
1211 Avenue of the Americas
New York, NY 10036
(Counsel to Union Fire
Insurance Co. of Pittsburgh,
PA)
**VIA ECF**

Mary A. McGohen, Esq.
Kunz & Germick
55 Rittenhouse Place
Admore, PA 19003
(Counsel to o/b/o Jenna
Letizia Brookdale Senior
Living)
**VIA ECF**

Ronald E. Meisler, Esq.
155 N. Wacker Drive
Chicago, IL 60606
(Counsel Insight Health
Corp.)
**VIA ECF**

Richard E. Mikels, Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo
One Financial Center
Boston, MA 02111
(Counsel to Pharmcists
Mutual Companies)
**VIA ECF**

Mitchelle R. Mitchell, Esq.
Wharton Levin Ehrmantraut
& Klein
104 West Street
P.O. Box 551
Annapolis, MD 21404
(Counsel to OrthoMaryland)
**VIA ECF**

John J. Monaghan, Esq.
Holland & Knight
10 St. James Avenue
Boston, MA 02116
(Counsel to Carla Conigliaro)
**VIA ECF**

William F. Mulroney, Esq.
10 East Baltimore St.
Suite 1212
Baltimore, MD 21202
(Counsel to Hussein Kazem-
Alitabi)

11

### SERVICE LIST

**New England Compounding Pharmacy, Inc., Debtor**
**Chapter 11, Case No. 12-19882-HJB**

Charles Murnane, Esq.
6363 Woodway
Suite 570
Houston, TX 77057
(Counsel to Jacbo Zurn)

Joseph O'Neil, Esq.
Montgomery, McCracken
123 South Broad Street
Philadelphia, PA 19109
(Counsel to Inspira Health
Network, Inc. and Inspira
Medical Centers, Inc.)
**VIA ECF**

Elliot L. Olsen, Esq.
45 South Seventh St. #2950
Minneapolis, MN 55402
(Counsel to Rosalinda
Edwards; Constance Laverty)
**VIA ECF**

Ryan M. Osterholm, Esq.
45 South Seventh St. #2950
Minneapolis, MN 55402
(Counsel to Rosalinda
Edwards)
**VIA ECF**

Kristen J. Parker, Esq.
Hagens Berman Sobol
Shapiro LLP
55 Cambridge Parkway
Suite 301
Cambridge, MA 02142
(Lead Counsel for Plaintiffs'
Steering Committee)
**VIA ECF**

Paul E. Peel, Esq.
2250 Hickory Rd.
Suite 300
Plymouth Meeting, MA
19462
(Counsel to Rothman
Institute)

Frank Prokos, Esq.
law Office of Frank Prokos,
LLC
11 Vanderbilt Avenue
Suite 105
Norwood, MA 02062
(Counsel to Margaret
Hanson)

Yvonne K. Puig, Esq.
98 San Jacinto Blvd.
Suite 1100
Austin, TX 78701
(Counsel to St. Thomas West
Hospital)

Monte Rabner, Esq.
429 Fourth Ave.
Pittsburgh, PA 15219
(Counsel to Duane Law)

Kristen Ragosta, Esq.
Donovan Hatem LLP
2 Seaport Lane
Seaport East, 8th Floor
Boston, MA 02210
(Counsel to ARL Bio
Pharma, Inc., d/b/a
Analytical Research
Laboratories)
**VIA ECF**

Natalie D. Ramsey, Esq.
123 South Broad Street
Philadelphia, PA 19109
(Counsel to Inspira Health
Network, Inc. and Inspira
Medical Centers, Inc.)

James C. Rehnquist, Esq.
Exchange Place
53 State Street
Boston, MA 02109
(Counsel to Unifirst
Corporation)
**VIA ECF**

12

<u>**SERVICE LIST**</u>

**New England Compounding Pharmacy, Inc., Debtor**
**Chapter 11, Case No. 12-19882-HJB**

Brett A. Reynolds, Esq.
English, Lucas, Priest &
Owsley
1101 College Street
Bowling Green, KY 42102
(Counsel to Barbara
Campbell; Billy Joe
Coleman; Blake Taylor;
Bratcher Ben; Danny Evans;
Dorothy Naseef; Dorris
Jordan; Ellen Glatman; Ken
Pierce; Krissy Wilkinson;
Melanie Miller; Melanie
Stinson; Rondal Turner;
Theresa Carroll; Travis
Besaw; Robert Elts)

Dianne E. Ricardo, Esq.
Hermes, Netburn, O'Connor
& Spearing P.C.
265 Franklin Street
7th Floor
Boston, MA 02110
(Counsel to Liberty
Industries, Inc.)
**VIA ECF**

Todd A. Ritschdorff, Esq.
30 South Pearl Street
Albany, NY 12207
(Counsel to Rochester Brain
and Spine Pain Management
Clinic LLC)

Jason M. Rubin, Esq.
420 Lexington Ave.
Suite 2750
New York, NY 10170
(Counsel to Enrico
Iervolino)
**VIA ECF**

Victoria Santoro, Esq.
2 Center Plaza
Suite 600
Boston, MA 02108
(Counsel to William Lewis)
**VIA ECF**

J. Scott Sexton, Esq.
10 Frankin Rd., SE
Suite 900
Roanoke, VA 24011
(Counsel to Barbara J. Filson;
Chester T. Kalinoski; Dana
Marlene Bradley; James Wirt
Smith, Jr.; Julian D.
Holbrook; Pauline Reynolds
McFarlane; Randolph E.
Smith; Richard A. Whitlow;
Robert Dana Bender; Robert
Early Harris, Jr.; Ronnie A.
Brown, Jr.; Ros)

Daniel A. Shapiro, Esq.
4301 W. Boy Scout Blvd.
Suite 400
Tampa, FL 33607
(Counsel to Magnala Shetty,
M.D.; Marion Pain
Management; Florida Pain
Clinic; Stephen Pyles, M.D.)

John T. Sly, Esq.
Waranch & Brown, LLC
1031 York Road
Suite 300
Lutherville, FL 21093
(Counsel to Greater
Baltimore Medical Center,
Inc.)

Renay Smallcomb, Esq.
Difruscia Law Offices
302 Broadway
Methuen, MA 01844
(Counsel to David M.
Garvey; Joseph Spencer;
Deborah Flanagan; Martha
Brown)

13

## SERVICE LIST

**New England Compounding Pharmacy, Inc., Debtor**
**Chapter 11, Case No. 12-19882-HJB**

Bernard Smalley, Esq.
1617 JFK Boulevard
Suite 1700
Philadelphia, PA 19103
(Counsel to William Lewis)

Thomas M. Sobol, Esq.
Hagens Berman Sobol
Shapiro LLP
55 Cambridge Parkway
Suite 301
Cambridge, MA 02142
(Lead Counsel for Plaintiffs'
Steering Committee)
**VIA ECF**

Scott S. Spearing, Esq.
Hermes, Netburn, O'Connor
& Spearing
265 Franklin Street
Seventh Floor
Boston, MA 02110
(Counsel to Liberty
Industries, Inc.)
**VIA ECF**

Halley M. Stephens, Esq.
Fuller, Mitchell, Hood &
Stephens, LLC
2565 Barrington Circle
Tallahassee, FL 32308
(Counsel to Pain Consultants
of West Florida, P.A.)

Jeffrey D. Sternklar, Esq.
Jeffrey D. Sternklar LLC
26th Floor
225 Franklin Street
Boston, MA 02110
(Counsel to Paul D. Moore;
New England Compounding
Pharmacy, Inc.)
**VIA ECF**

James J. Tancredi, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06012
(Counsel to Liberty
Industries, Inc.)
**VIA ECF**

Omar Tarazi, Esq.
5636 Sandbrook Lane
Hilliard, OH 43026
(Counsel to Hameed Juma;
Noor Ali)

Chris J. Tardio, Esq.
Gideon, Cooper & Essary,
PLC
315 Deaderick Street
Suite 1100
Nashville, TN 37238
(Counsel to Chattanooga
Neurosurgical Group; Howell
Allen Clinic; Saint Thomas
Outpatient Neurosurgical
Center; Specialty Surgery
Center; Donald Jones, M.D.;
Debra V. Schamberg; John
W. Culclassure; Kenneth R.
Lister; Kenneth R. Lister,
M.D., P.C.)
**VIA ECF**

Kara Thorvaldsen, Esq.
Wilson Elser
260 Franklin Street
Boston, MA 02170
(Counsel to Preferred Mutual
Insurance Company)
**VIA ECF**

14

## SERVICE LIST

### New England Compounding Pharmacy, Inc., Debtor
### Chapter 11, Case No. 12-19882-HJB

Tal Unred, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(Counsel to Charles Schwab
& Co.)
**VIA ECF**

Donald J. Walsh, Esq.
Offit Kurman, P.A.
8 Park Center Court
Suite 200
Owings Mills, MD 21117
(Counsel to Pain Medicine
Specialists, P.A.)
**VIA ECF**

Kenneth Walton, Esq.
Donovan Hatem LLP
2 Seaport Lane
Boston, MA 02210
(Counsel to ARL Bio
Pharma, Inc., d/b/a Analytical
Research Laboratories)
**VIA ECF**

Cara E. Weiner, Esq.
Spears, Moore, Rebman &
Williams PC
801 Broad St.; Sixth Floor
P.O. Box 1749
Chattanooga, TN 37401
(Counsel to Erlanger Health
System, Inc.)

William Weintraub, Esq.
Goodwin Procter LLP
The New York Times
Building
620 Eighth Ave.
New York, NY 10018
(Counsel to Unifirst
Corporation)

Steven Weiss, Esq.
Shatz, Schwartz & Fentin,
P.C.
1441 Main Street
Suite 1100
Springfield, MA 01103
(Counsel to Southeast
Michigan Surgical Hospital;
Steven Weiss)
**VIA ECF**

Robert A. White, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(Counsel to New England
Compounding Pharmacy,
Inc.)

Keri Linnea Wintle, Esq.
Duane Morris LLP
100 High Street
24th Floor
Boston, MA 02110
(Counsel to Paul D. Moore,
the Post-Confirmation
Officer)
**VIA ECF**

Christopher Wolk, Esq.
158 Delaware Street
P.O. Box 68
Woodbury, NJ 08096
(Counsel to Premier
Orthopaedic Associates
Surgical Center, LLC;
Premier Orthopaedic and
Sports Medicine Associates
of Southern New Jersey,
LLC; Kimberley Yvette
Smith-Martin)
**VIA ECF**

15

## SERVICE LIST

**New England Compounding Pharmacy, Inc., Debtor**
**Chapter 11, Case No. 12-19882-HJB**

| | | |
|---|---|---|
| Melvin Wright, Esq.<br>801 North Orange Ave.<br>Suite 830<br>Orlando, FL 32801<br>(Counsel to Kathleen Distler) | Robert A. Young, Esq.<br>English, Lucas, Priest & Owsley<br>1101 College Street<br>Bowling Green, KY 42102<br>(Counsel to Barbara Campbell; Billy Joe Coleman; Blake Taylor; Bratcher Ben; Danny Evans; Dorothy Naseef; Dorris Jordan; Ellen Glatman; Ken Pierce; Krissy Wilkinson; Melanie Miller; Melanie Stinson; Rondal Turner; Theresa Carroll; Travis Besaw; Robert Elts) | Joseph Ziemianski, Esq.<br>Cozen O'Connor<br>Lyondell Basell Tower<br>1221 McKinney Street, Suite 2900<br>Houston, TX 77010<br>(Counsel to Maxum Indemnity Company)<br>**VIA ECF** |
| Charles R. Bennett, Esq.<br>Murphy King<br>(Interested Party)<br>**VIA ECF** | Michael R. Gottfried, Esq.<br>Duane Morris LLP<br>(Interested Party)<br>**VIA ECF** | Garrett David Lee, Esq.<br>Hinshaw Law<br>(Interested Party)<br>**VIA ECF** |
| Matthew Mantalos, Esq.<br>(Interested Party)<br>**VIA ECF** | Jennifer Mikels, Esq.<br>Duane Morris LLP<br>(Interested Party)<br>**VIA ECF** | Michael K. O'Neil, Esq.<br>Murphy King<br>(Interested Party)<br>**VIA ECF** |
| Dan Rabinovitz, Esq.<br>(Interested Party)<br>**VIA ECF** | Thomas B.K. Ringe, Esq.<br>Duane Morris LLP<br>(Interested Party)<br>**VIA ECF** | William M. Zall, Esq.<br>(Interested Party)<br>**VIA ECF** |
| Michael B. Katz, Esq.<br>Bacon Wilson, P.C.<br>33 State Street<br>Springfield, MA 01103<br>(Counsel to Donlin, Recano & Company, Inc.)<br>**VIA ECF** | BMW Financial Services NA, LLC<br>P.O. Box 201347<br>Arlington, TX 76006<br>(Interested Party) | Perkins Coie<br>30 Rockefellar Plaza<br>22nd Floor<br>New York, NY 10112<br>(Special Counsel to Committee) |

**SERVICE LIST**

**New England Compounding Pharmacy, Inc., Debtor**
**Chapter 11, Case No. 12-19882-HJB**

| | | |
|---|---|---|
| John D. Cornwall<br>1301 McKinney<br>Suite 5100<br>Houston, TX 77010<br>(Interested Party) | Fair Harbor Capital, LLC<br>1841 Broadway<br>Suite 1007<br>New York, NY 10023<br>(Interested Party) | Harris Beach PLLC<br>100 Wall Street<br>23rd Floor<br>New York, NY 10005<br>(Interested Party) |
| Peter McGrath<br>20 Montgomery St.<br>Concord, NH 03301<br>(Interested Party) | Phillips Murrah P.C.<br>Corporate Tower 13th Floor<br>101 North Robinson Avenue<br>Oklahoma City, OK 73101<br>(Interested Party) | Shirley Royston<br>1010 E Traverse Lake Rd.<br>Cedar, MI 49621<br>(Interested Party) |
| Daniel Tradden<br>Hinshaw & Culbertson<br>28 State St.<br>24th Floor<br>Boston, MA 02109-1775<br>(Interested Party) | Scott J. Tucker<br>Tucker, Heifetz & Saltzman,<br>LLP<br>100 Franklin Street<br>Boston, MA 02110<br>(Interested Party) | |

{Practice Areas/CORP/26271/00001/A3058305.DOC}