# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATIONS** ) ) ) ) | **MDL No. 2419** <br> **No. 1:13-md-02419-RWZ** |
| **THIS DOCUMENT RELATES TO:** ) <br> Musselwhite v. Advanced Pain & Anesthesia Consultants <br> No: 1:14-cv-13676 ) ) ) ) | |
| Kennedy, et al. v. Advanced Pain & Anesthesia Consultants <br> No. 1:14-cv-13689 ) ) ) ) | |
| Brady, et al. v. Cincinnati Pain Management Consultants <br> No. 1:14-cv-10284 ) ) ) ) | |
| Pettit, et al. v. Cincinnati Pain Management Consultants <br> No. 1:14-cv-11224 ) ) ) ) | |
| Montee v. BKC Pain Specialists <br> No. 1:13-cv-12657 ) ) ) | |
| Cooper v. BKC Pain Specialists <br> No:1:13-cv-12659 ) ) ) | |
| Wynstock, et al. v. Ameridose, et al., <br> No. 1:14-cv-12884 ) ) ) | |
| Jeffries, et al. v. Ameridose, et al., <br> No. 1:14-cv-12789 ) ) ) | |
| Edwards v. Unifirst, et al., <br> No. 1:13-cv-13209 ) ) ) | |
| Overstreet, et al. v. Premier Orthopaedic Associates Surgical Center, LLC, et al., <br> No. 1:14-cv-13760 ) ) ) ) | |

## MOTION FOR LEAVE TO APPEAR BY TELEPHONE

NOW COMES Plaintiffs Michael R. Kennedy, Barbara Kennedy, Leslie G. Musselwhite, Joseph Brady, Rebecca Brady, Sally L. Pettit, Jeff Pettit, Donna Montee, David L. Cooper, Kimberly J. Bradley Cooper, Michelle Janin Luna, Clay C. Jeffries, Susan M. Edwards, John D. Overstreet, and Joann Overstreet, by and through their attorneys, Janet, Jenner & Suggs, LLC, and hereby file this Motion for Leave to Appear by Telephone in the above-captioned matter. In support thereof we submit as follows:

1. Attorney Justin A. Browne represents the above-named Plaintiffs in the above-referenced cases and requests leave to speak by telephone during the status conference (before both Judge Boal and Judge Zobel at 11:30 am) scheduled on September 28, 2016.

2. Counsel intends to speak on the status of the remand and transfer of the above-mentioned cases.

Wherefore, Plaintiffs respectfully pray that this Honorable Court:

A. Allow counsel to be heard; and

B. Grant any other relief that is just and necessary.

                Plaintiffs,

                By Their Attorney,

Dated: September 27, 2016        */s/ Justin A. Browne*
                                        Justin A. Browne, Esquire
                                        (Bar No. 29164)
                                        Janet, Jenner & Suggs, LLC
                                        1777 Reisterstown Road, Suite 165
                                        Baltimore, Maryland 21208
                                        T: (410) 653-3200
                                        F: (410) 653-6903
                                        jbrowne@myadvocates.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this day 27th of September 2016, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

                */s/ Justin A. Browne*
                Justin A. Browne, Esquire