Dennis K. Ames, Esq., Cal. State Bar# 81460
E-mail: Dames@ljdfa.com
(*Application for Pro Hac Vice pending*)
Robert J. Iacopino, Esq., Cal. State Bar# 279754
E-mail: Riacopino@ljdfa.com
(*Application for Pro Hac Vice pending*)
**LA FOLLETTE, JOHNSON, DE HAAS,
FESLER & AMES**
2677 N. Main Street, Suite 901
Santa Ana, CA 92705
Telephone:  (714) 558-7008
Facsimile:   (714) 972-0379

Attorneys for Defendants
EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., and FULLERTON
ORTHOPAEDIC SURGERY MEDICAL GROUP, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>*Jeffries, et al. v. Ameridose, et al.*<br>Docket No. 1:14-cv-12789-RWZ | |

**MOTION FOR LEAVE TO APPEAR BY TELEPHONE**

COME NOW Defendants, Fullerton Orthopaedic Surgery Medical Group, Inc., Eugen D. Williams, M.D., and Linda Lui Luong, P.A., by and through their counsel of record, and hereby request that the Court grant them leave to appear by telephone at the Status Conference scheduled for September 28, 2016.

This Motion is made in response to Plaintiffs' motion to appear telephonically at the Status Conference [Dkt. 3107] in regard to the matter of *Jeffries, et al. v. Ameridose, et al.* [1:14-cv-12789-RWZ]. Counsel for Defendants requests leave to appear telephonically in the event that any statements by opposing counsel warrant a response, or in case the Court has any questions

for defense counsel regarding any issues raised by Plaintiffs' counsel.

Therefore, Defendants, Fullerton Orthopaedic Surgery Medical Group, Inc., Eugen D. Williams, M.D., and Linda Lui Luong, P.A., respectfully request leave to appear telephonically at the Status Conference set for September 28, 2016.

Dated: September 27, 2016

                LA FOLLETTE, JOHNSON, DEHAAS, FESLER & AMES

                BY: _____
                      DENNIS K. AMES, ESQ.
                      ROBERT J. IACOPINO, ESQ.
                      Attorneys for Defendants
                      EUGEN D. WILLIAMS, M.D.,
                      LINDA LUI LUONG, P.A., and
                      FULLERTON ORTHOPAEDIC
                      SURGERY MEDICAL GROUP, INC.

## **CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. I am employed with the law offices of La Follette, Johnson, De Haas, Fesler & Ames, 2677 N. Main Street, Suite 901, Santa Ana, California 92705.

On the below date, I electronically served a true and correct copy of the document entitled **MOTION FOR LEAVE TO APPEAR BY TELEPHONE** on all parties in MDL No. 2419 via CM/ECF.

I declare that I am employed in the office of an attorney admitted to practice before this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 27, 2016, at Santa Ana, California.

_____
MONICA SALT