# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL NO. 2419<br><br>Dkt. No. 1:13-md-2419 (RWZ) |

## MOTION OF CUMBERLAND MEDICAL CENTER FOR AN ORDER PERMITTING ITS COUNSEL TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE SEPTEMBER 28, 2016

Counsel for the non-party subpoenaed entity, Cumberland Medical Center, moves the Court for an Order allowing its Knoxville, Tennessee attorneys to appear telephonically at the Status Conference on September 28, 2016 at 11:30 a.m. On that date, counsel understands that the Court and parties will discuss Cumberland Medical Center's Motion for Extension to Complete Review of Materials from Hard Drives.

Counsel represents to the Court that she is unavailable for the hearing, but will have an attorney representative, Paul E. Wehmeier, to participate in this discussion for the purposes of answering the Court's questions or providing additional information.

Counsel for Cumberland Medical Center also represents to the Court that requiring it to appear in person at the hearing would be an undue burden on Cumberland Medical Center.

Accordingly, counsel requests that CMC be permitted to telephonically participate in the hearing.

Respectfully submitted this this 27th day of September, 2016.

                        ARNETT, DRAPER & HAGOOD, LLP

               By:  /s/ Rachel P. Hurt (w/permission PEW)
                      Rachel P. Hurt, BPR No. 026515
                      **Attorney for Cumberland Medical Center**
                      P.O. Box 300
                      2300 First Tennessee Plaza
                      Knoxville, Tennessee 37901-0300
                      (865) 546-7000

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 27th day of September, 2016, copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                        ARNETT, DRAPER & HAGOOD, LLP

               By:  /s/ Rachel P. Hurt (w/permission PEW)
                      Rachel P. Hurt