UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) MDL No. 2419 ) Dkt. No 1:13-md-2419 (RWZ) ) |
| THIS DOCUMENT RELATES TO: All Cases Against the Nashville Healthcare Defendants | ) ) ) ) ) ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's September 7, 2016, order (Docket #3083), Plaintiffs' counsel and the Saint Thomas Entities[1] and STOPNC Defendants[2] jointly submit this status report regarding settlement negotiations between the parties.

The undersigned parties have executed a Master Settlement Agreement and have agreed to the terms of the individual releases. Plaintiffs' counsel will now proceed with obtaining execution of the individual releases. Once the individual releases are executed, the parties will notify the Court again as they begin the final phase of implementation of the settlement agreement.

---

[1] Saint Thomas West Hospital, formerly known as St. Thomas Hospital, Saint Thomas Network, and Saint Thomas Health.

[2] Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN; Vaughan Allen, MD.

        SAINT THOMAS WEST HOSPITAL, FORMERLY KNOWN AS ST. THOMAS HOSPITAL, SAINT THOMAS NETWORK, AND SAINT THOMAS HEALTH

        By their attorneys,

        */s/ Sarah P. Kelly*
        Sarah P. Kelly (BBO #664267)
        skelly@nutter.com
        NUTTER McCLENNEN & FISH LLP
        Seaport West
        155 Seaport Boulevard
        Boston, Massachusetts  02210
        (617) 439-2000
        (617) 310-9461 (FAX)

Dated:  September 28, 2016

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
State Bar No. 08417650
mgreer@adjtlaw.com

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
(512) 482-9300
(512) 482-9303 (FAX)
*Appearing *Pro Hac Vice*

3

        GIDEON, COOPER & ESSARY, PLC

        */s/ Chris J. Tardio*
        C.J. Gideon, Jr.**
        cj@gideoncooper.com
        Chris J. Tardio**
        chris@gideoncooper.com
        Alan S. Bean*
        alan@gideoncooper.com
        Matthew H. Cline**
        matt@gideoncooper.com
        315 Deaderick Street, Suite
        Nashville, TN 37238
        Ph: (615) 254-0400
        Fax: (515) 254-0459

        *Attorneys for the STOPNC Defendants*

*Appearing *Pro Hac Vice*
**Admitted pursuant to MDL Order No. 1

>*/s/ Mark P. Chalos*
>Annika K. Martin
>Mark P. Chalos
>LIEFF CABRASER, HEIMANN &
>BERNSTEIN, LLP
>250 Hudson Street, 8th Floor
>New York, NY  10013
>Telephone:  212/355-9500
>Facsimile:  212/355-9592
>akmartin@lchb.com
>mchalos@lchb.com
>
>*Plaintiffs' Federal/State Liaison*
>
>J. Gerard Stranch, IV
>Benjamin A. Gastel
>BRANSTETTER,STRANCH
>& JENNINGS, PLLC
>223 Rosa L. Parks Ave., Suite 200
>Nashville, TN 37203
>Telephone:  615/254-8801
>Facsimile:  615/255-5419
>gerards@bsjfirm.com
>beng@bsjfirm.com
>aorlandi@bsjfirm.com
>
>*Plaintiffs' Steering
>Committee and TN Chair*

**CERTIFICATE OF SERVICE**

This certifies that a true and accurate copy of the foregoing was served on all parties of record by virtue of the Court's electronic filing system this 28th day of September, 2016.

*/s/ Sarah P. Kelly*
SARAH P. KELLY
