# EXHIBIT 2

Case 1:13-md-02419-RWZ   Document 3123-2   Filed 10/07/16   Page 2 of 5

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                     Page 1

```
 1            UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF MASSACHUSETTS
 3
 4
 5   IN RE:  NEW ENGLAND
 6   COMPOUNDING PHARMACY, INC.    MDL No. 2419
 7   PRODUCTS LIABILITY LITIGATION  Master Docket
 8                                  1:13-md-02419-RWZ
 9
10                - - - - - - - - - -
11
12    VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N.
13
14            Thursday, February 18, 2016
15
16
17
18
19
20
21
22   Reported by:   Lori J. Goodin, RPR, CLR, CRR,
23                  Realtime Systems Administrator
24
25   Assignment No. 26240
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016        Pages 2..5

Page 2

3   The deposition of ANDREW VICKERS, R.N.,
4   was convened on Thursday, February 18, 2016,
5   commencing at 10:39 a.m., at the offices of

7       PESSIN KATZ LAW
8       Suite 400
9       901 Dulaney Valley Road
10      Towson, Maryland   21204

13  before Lori J. Goodin, Registered Professional
14  Reporter, Certified LiveNote Reporter, Certified
15  Realtime Reporter, Realtime Systems Administrator,
16  and Notary Public in and for the State of
17  Maryland.

Page 3

1                   APPEARANCES

3   For Plaintiffs:
4       MICHAEL COREN, ESQUIRE
5       HARRY ROTH, ESQUIRE (via telephone)
6       COHEN PLACITELLA & ROTH, P.C.
7       2001 Market Street
8       Suite 2900
9       Philadelphia, PA   19103
10      215-567-3500
11      hroth@cprlaw.com
12      mcoren@cprlaw.com

14  And Co-counsel:
15      PATRICIA KASPUTYS, ESQUIRE
16      SHARON L. HOUSTON, ESQUIRE
17      LAW OFFICES OF PETER G. ANGELOS
18      One Charles Center
19      100 North Charles Street
20      22nd Floor
21      Baltimore, Maryland   21201
22      410-649-2000
23      pjk@lawpga.com
24      shouston@lawpga.com

Page 4

1               APPEARANCES CONTINUED

3   For Defendant:
4       GREGORY KIRBY, ESQUIRE
5       CATHERINE W. STEINER, ESQUIRE
6       PESSIN KATZ LAW
7       Suite 500
8       901 Dulaney Valley Road
9       Towson, Maryland   21204
10      410-938-8800
11      gkirby@pklaw.com
12      csteiner@pklaw.com

16  ALSO PRESENT:
17      Meeko Goodhill, videographer

Page 5

1                     CONTENTS
2   EXAMINATION BY:                              PAGE
3   Ms. Kasputys                                    8
4   Mr. Coren                                     101

6                INDEX OF EXHIBITS
7   NO.     DESCRIPTION                          PAGE
8   Exhibit 1136 Notice of Deposition              12
9   Exhibit 1137 CV/job description of             15
10           Andrew Vickers
11  Exhibit 1138 Policies and Procedures           35
12           Manual Review & Revision log
13  Exhibit 1139 BHSC 00964-965, Box Hill          43
14           Surgery Center Infection
15           Control Program
16  Exhibit 1140 BHSC 000189, log used to           78
17           contact patients
18  Exhibit 1141 BHSC 000212, provider              85
19           schedule with handwritten notes
20  Exhibit 1142 BHSC 000002, packing slip          91
21           with lot numbers to return
22           in Vickers' handwriting
23  Exhibit 1143 BHSC 000003, packing slip,         94
24           9/25/2012, Lot 08102012 and
25           08132012



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

Page 6

```
                EXHIBITS CONTINUED
 1
 2   NO.      DESCRIPTION                         PAGE
 3   Exhibit 1144 BHSC 000004, packing slip        94
 4              also from 9/25/2012
 5   Exhibit 1145 BHSC 00277, performance         102
 6              evaluation
 7   Exhibit 1146 order form for NECC             106
 8   Exhibit 1147 prescription order form,        115
 9              4/5/2011
10   Exhibit 1148 Fax transmission                119
11              verification report
12   Exhibit 1149 Order form of 8/17/2011         120
13   Exhibit 1150 2-page NECC form with           121
14              computer-generated list
15   Exhibit 1151 BHSC 000921-000963, Box         134
16              Hill Surgery Center Incident
17              Report Log
18   Exhibit 1152 Photo of NECC's facility in    165
19              Framingham, MA
20   Exhibit 1153 Photo of inside NECC's         168
21              facility, 12/2012
22
23        (Original exhibits attached to the
24   original transcript.)
25
```

Page 7

```
 1                PROCEEDINGS
 2        THE VIDEOGRAPHER:  We are now on
 3   record.  This is Tape Number 1 to the
 4   videotaped deposition of Andrew Vickers,
 5   taken in the matter of In Re:  Compounding
 6   Pharmacy, Inc. products liability litigation.
 7        This deposition is being held at
 8   Pessin Katz Law, located at 901 Dulaney Road,
 9   Towson, Maryland 21204, on Thursday,
10   February 18, 2016, at 10:39 a.m.
11        My name is Meeko Goodhill and I am
12   the videographer.  The court reporter today
13   is Lori Goodin.
14        Counsel please introduce yourselves
15   for the record.
16        MS. KASPUTYS:  I am Patricia
17   Kasputys, and I am an attorney with the Law
18   Offices of Peter Angelos and I am
19   representing seven of the plaintiffs who have
20   filed lawsuits which are pending in the
21   multi-district litigation in federal court in
22   Boston, Massachusetts.
23        MS. HOUSTON:  I am Sharon Houston.
24   I am an attorney with the Law Offices of
25   Peter Angelos.  I'm representing multiple
```

Page 8

```
 1   plaintiffs in the MDL.
 2        MR. COREN:  Michael Coren.  I am an
 3   attorney with the firm of Cohen Placitella &
 4   Roth in Philadelphia and Red Bank, New Jersey.
 5        I represent Brenda Rozek and various
 6   other plaintiffs.
 7        MS. STEINER:  Catherine Steiner on
 8   behalf of Ritu Bhambhani, M.D., Ritu
 9   Bhambhani, M.D., LLC, and Box Hill Surgery
10   Center, LLC.
11        MR. KIRBY:  And Gregory Kirby
12   representing the same defendants.
13        THE VIDEOGRAPHER:  Anybody on the
14   phone want to introduce themselves for the
15   record, please?
16        MR. ROTH:  I am Harry Roth.  I am on
17   the phone, but I am going to be on mute.
18        ANDREW VICKERS, R.N.,
19   a witness called for examination, having been
20   first duly sworn, was examined and testified as
21   follows:
22                EXAMINATION
23   BY MS. KASPUTYS:
24        Q.   Good mornings again Mr. Vickers.  As
25   I said I am Patty Kasputys.  I am going to be
```

Page 9

```
 1   asking you a number of questions today and to
 2   begin with I would like to just ask you a couple
 3   of general questions and then maybe we can short
 4   circuit some of the other questions.
 5        Have you ever had your deposition
 6   taken before?
 7        A.   Yes, I have.
 8        Q.   So, are you familiar with the
 9   general practice of a deposition where I ask
10   questions, other attorneys will ask questions,
11   and you are required to give answers that are not
12   with the head shaking up and down or side to
13   side, you have to give verbal responses?
14        A.   Yes.
15        Q.   Okay.  And have you ever had to have
16   your deposition taken by videotape before?
17        A.   No, ma'am.
18        Q.   Okay.  And, how many times has your
19   deposition been taken?
20        A.   One time.
21        Q.   Okay.  And was that deposition in
22   litigation similar to that which you are
23   appearing here for today?
24        A.   Yes, it was a potential malpractice
25   suit.
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016          Pages 70..73

Page 70

1  with patients at Box Hill, any steroid medication
2  from Harford County Ambulatory Surgery Center?
3          MS. STEINER: Objection as to form
4      and foundation. I think it was somewhat of a
5      convoluted question.
6  BY MS. KASPUTYS:
7      Q.  Did you understand the question?
8      A.  Can you repeat it.
9      Q.  Okay. I will try. While at Box
10 Hill Surgery Center, did you order any steroid
11 medication from Harford County Ambulatory Surgery
12 Center for use by patients at Box Hill?
13         MS. STEINER: Objection as to form.
14         THE WITNESS: Answer?
15         MS. STEINER: Yes.
16         THE WITNESS: Not order, but I would
17     obtain some if we were short. If we had more
18     cases and we didn't have our shipment from
19     NECC.
20         But it wasn't referred to in any
21     particular -- my language for steroid is
22     steroid. Whether it is methylprednisolone,
23     whether it was Depo-Medrol, even to this day,
24     it is steroid.
25 BY MS. KASPUTYS:

Page 71

1      Q.  And if you found that there was a
2  shortage, what would you do? Would you call?
3      A.  I would give them a call and ask if
4  they had any extra that we could borrow, either
5  to replace or purchase.
6      Q.  Who was it that you called?
7      A.  I would call Barbara.
8      Q.  Barbara Wagner?
9      A.  Wagner, yes.
10     Q.  Did you recall how many times you
11 did that during your employment at Box Hill
12 Surgery Center between 2008 and September 26th,
13 of 2012.
14         MS. STEINER: Well let me just
15     object. He has indicated that he wasn't
16     there in 2008 at all.
17         MS. KASPUTYS: You are right.
18 BY MS. KASPUTYS:
19     Q.  2009.
20     A.  I say more than one less than ten.
21 I really couldn't give you --
22     Q.  Did you do it in 2010?
23     A.  I can't recall.
24     Q.  Do you recall whether you did it in
25 2011?

Page 72

1      A.  Like I said, I can't recall the
2  dates or the amount of times.
3          I know in, I can't remember, if it
4  was after the recall or before, it would have
5  been within a month of that recall that we did
6  obtain some from Harford County.
7      Q.  And, after you placed the call, how
8  was it that the drug was, the steroid was
9  procured?
10     A.  I would pick it up.
11     Q.  Did you personally pick it up?
12     A.  Yes.
13     Q.  You said a moment ago, I believe,
14 that you either borrowed it or you purchased it?
15     A.  Right.
16     Q.  On that occasion did you borrow it
17 or purchase it?
18     A.  I can't recall. If it was
19 purchased, she would have invoiced Dr. Bhambhani.
20     Q.  Uh-huh.
21     A.  If it was borrowed, we would have
22 replaced it.
23     Q.  Would there be an invoice that
24 tracks that?
25         MS. STEINER: Objection as to

Page 73

1     foundation.
2         THE WITNESS: There would be. But
3     I'm not sure if, who would have that.
4  BY MS. KASPUTYS:
5      Q.  Could there be a document, other
6  than an invoice? For example, a memorandum, or
7  an e-mail?
8      A.  I don't believe so.
9      Q.  For the Box Hill Surgery Center
10 procedures on patients receiving in steroid
11 injections, were those procedures done at one
12 location or more than one locations, or more than
13 one location?
14         MS. STEINER: Up until the end of
15     September of 2012.
16 BY MS. KASPUTYS:
17     Q.  Correct.
18     A.  Just one location.
19     Q.  And was that the Walter Boulevard
20 location?
21     A.  Walter Ward Boulevard.
22     Q.  Okay. Between 2009, and I will
23 represent to you that Dr. Bhambhani testified
24 that between 2009 and 2012 the patients had a
25 choice between, her patients had a choice between



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage