# EXHIBIT 4

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br> Plaintiffs, <br><br> This document relates to: <br><br> Armetta, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14022-RWZ <br><br> Bowman, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14028-RWZ <br><br> Davis, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14033-RWZ <br><br> Dreisch, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14029-RWZ <br><br> Farthing, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14036-RWZ <br><br> Kashi, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14026-RWZ <br><br> Torbeck, et al. v. Box Hill Surgery Center, LLC, et al., <br> No. 1:14-cv-14023-RWZ <br><br> Handy v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14019-RWZ | MDL No. 2419 <br><br> Docket No. 1:13-md-2419 (RWZ) <br><br><br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL NON-PARTY BARBARA WAGNER TO COMPLY WITH PROPERLY-SERVED SUBPOENA BY PRODUCING DOCUMENTS AND FOR SANCTIONS** |

The Court, having considered Plaintiffs' Motion, and good cause appearing, therefore,

IT IS this _____ day of _____, 2016, ORDERED that Plaintiffs'

1

Motion to Compel the Production of Documents and Sanctions by this Court is hereby GRANTED.

Accordingly:

1. Counsel for Barbara Wagner and Harford County Ambulatory Surgical Center, LLC, shall provide Plaintiffs' attorneys copies of all documents Ms. Wagner has pulled in response to the Subpoena Attachment A to the Notice of Deposition for appearance on August, 30, 2016;

2. Counsel for Barbara Wagner shall make Barbara Wagner available for deposition regarding the documents responsive to the subpoena within 30 days of the date of this Order;

3. Counsel for Ms. Wagner shall pay all Court reporter, videographer, transcription and other fees associated with the re-deposition of Ms. Wagner for examination on the documents responsive to the subpoena; and

4. Counsel for Ms. Wagner shall pay reasonable attorney's fees and expenses for preparation and appearance at the re-deposition of Ms. Wagner.

JENNIFER C. BOAL
CHIEF MAGISTRATE JUDGE, U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS