**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: ) ) | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ ) ) ) ) | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ ) ) ) ) | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ ) ) ) ) | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ ) ) ) ) | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ ) ) ) ) | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ ) ) ) ) | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ ) ) ) ) ) ) ) | |

## NOTICE OF APPEARANCE

Comes now Jay D. Miller, Law Offices of Peter G. Angelos, P.C., and hereby enters his appearance as additional counsel in this cause on behalf of the above-referenced Plaintiffs.

Date: October 7, 2016

Respectfully submitted,

/s/ **Jay D. Miller**
Peter G. Angelos
Patricia J. Kasputys
Jay D. Miller
Sharon L. Houston
Law Offices of Peter G. Angelos, P.C.
100 N. Charles Street
20th Floor
Baltimore, MD 21201
Telephone: 410-649-2000
Facsimile: 410-649-2101
Pkasputys@lawpga.com
JMiller@lawpga.com
Shouston@lawpga.com

**Attorneys for Above-Named Plaintiffs**

## CERTIFICATE OF SERVICE

I, Patricia J. Kasputys, hereby certify that I caused a copy of the foregoing Notice of Appearance to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date: October 7, 2016

/s/ Patricia J. Kasputys
Patricia J. Kasputys