# EXHIBIT 1

## Jointly Proposed Schedule for SSC Cases

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Suits Naming Specialty Surgery Center, ) <br> Crossville, PLLC ) <br> ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**PROPOSED SCHEDULING ORDER APPLICABLE TO THE SSC CASES**

October ___, 2016

Boal, M.J.

    The Court hereby enters the following schedule to apply to the suits naming Specialty Surgery Center, PLLC ("SSC").

| **Common Discovery Schedule** | |
|---|---|
| CMC to Complete Review of Documents Subject to PSC's Subpoena | 10/13/16 |
| SSC to Complete Review of Documents Subject to PSC's Subpoena | 11/11/16 |
| Completion of Common Fact Discovery | 12/9/16 |
| Plaintiffs' Common Expert Disclosures | 1/6/17 |
| Defendants' Common Expert Disclosures | 2/3/17 |
| Completion of Common Expert Depositions | 3/31/17 |

| **Case-Specific Discovery Schedule** | |
|---|---|
| Completion of Plaintiffs' Depositions | 1/20/17 |
| Plaintiffs' Case-Specific Expert Disclosures | 2/17/17 |
| Defendants' Case-Specific Expert Disclosures | 3/17/17 |
| Completion of Case-Specific Expert Depositions | 4/28/17 |

All other pretrial deadlines will be set by subsequent order of the trial court.

2

**So Ordered.**

 

                                          JENNIFER C. BOAL
                                        United States Magistrate Judge