UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| | MDL No. 13-2419-RWZ |
| This Document Relates To: | ) ) ) |
| All Actions Involving Specialty Surgery Center, Crossville, PLLC, | ) ) ) |

AMENDED ORDER SETTING DISCOVERY DEADLINES

October 12, 2016

Boal, M.J.

Upon consideration of the parties' joint motion to modify the scheduling order (Docket No. 3126), the Court sets the following deadlines in all actions involving Specialty Surgery Center, Crossville, PLLC.  The parties should not anticipate any further extensions of the discovery deadlines.

| Common Discovery Schedule | |
|---|---|
| CMC to Complete Review of Documents Subject to PSC's Subpoena | October 13, 2016 |
| SSC to Complete Review of Documents Subject to PSC's Subpoena | November 11, 2016 |
| Close of Common Issue Fact Discovery | December 9, 2016 |
| Plaintiffs' Common Issue Expert Reports Due | January 6, 2017 |
| Defendants' Common Issue Expert Reports Due | February 3, 2017 |
| Completion of Common Issue Expert Depositions | March 31, 2017 |

| Bellwether Selection | |
|---|---|
| Parties Jointly, or in Competing Briefs, Propose First 2 Trial Cases | January 26, 2017 |

| Case-Specific Discovery Schedule | |
|---|---|
| Completion of Plaintiff's Depositions | January 20, 2017 |
| Plaintiffs' Case-Specific Expert Disclosures in 4 Potential Trial Cases | February 17, 2017 |
| Defendants' Case Specific Expert Disclosures in 4 Potential Trial Cases | March 17, 2017 |
| Completion of Case Specific Expert Depositions | April 28, 2017 |

**So Ordered.**

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge