# EXHIBIT AA

| FIRM NAME | TOTAL FIRM LODESTAR REQUESTED | PSC PROPOSED COMPENSABLE LODESTAR USING REQUESTED HOURLY RATE | PSC PROPOSED COMPENSABLE LODESTAR USING PSC MAXIMUM HOURLY RATES | PSC PROPOSED COMPENSABLE LODESTAR USING PSC MAXIMUM HOURLY RATES (ADJUSTED) | REQUIRED DISCOUNT | TOTAL PRO RATA COMPENSABLE LOADSTAR | TOTAL COMPENSABLE EXPENSES | TOTAL ALLOCATION (LOADSTAR AND EXPENSES) |
|---|---|---|---|---|---|---|---|---|
| US Legal Support Inc. | 0 | $0.00 | $0.00 | $0.00 | 0.0000% | 0 | $97,717.62 | $97,717.62 |
| Discovery Legal Services | 0 | $0.00 | $0.00 | $0.00 | 0.0000% | 0 | $23,705.38 | $23,705.38 |
| Andrews & Thornton | $767,918.00 | $130,885.50 | $130,885.50 | $515,000.00 | 19.5240% | $414,451.40 | $43,631.41 | $458,082.81 |
| Branstetter, Stranch & Jennings | $1,778,990.00 | $1,725,612.50 | $1,598,060.00 | $1,598,060.00 | 19.5240% | $1,286,054.78 | $174,237.70 | $1,460,292.48 |
| Burke Wise | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000% | $0.00 | $5,000.00 | $5,000.00 |
| Charfoos & Christianson | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000% | $0.00 | $5,000.00 | $5,000.00 |
| Cohen Placitella & Roth | $755,060.00 | $254,590.00 | $253,730.00 | $500,000.00 | 19.5240% | $402,380.00 | $22,286.22 | $424,666.22 |
| Colling Gilbert Wright & Carter | $362,212.00 | $144,876.50 | $144,876.50 | $144,876.50 | 19.5240% | $116,590.81 | $32,772.50 | $149,363.31 |
| Crandall Law Firm | $1,168,187.50 | $1,100,406.25 | $968,357.50 | $968,357.50 | 19.5240% | $779,295.39 | $85,641.41 | $864,936.80 |
| Ellis and Rapacki, LLP | $2,699,324.00 | $2,476,605.75 | $2,251,357.50 | $1,850,000.00 | 19.5240% | $1,488,806.02 | $62,645.51 | $1,551,451.53 |
| ELPO | $5,479.50 | $4,132.00 | $4,132.00 | $4,132.00 | 19.5240% | $3,325.27 | $0.00 | $3,325.27 |
| Faye Law | $0.00 | $0.00 | $0.00 | $0.00 | 19.5240% | $0.00 | $5,000.00 | $5,000.00 |
| Federman & Sherwood | $5,790.00 | $5,790.00 | $5,790.00 | $5,790.00 | 19.5240% | $4,659.56 | $77.04 | $4,736.60 |
| Galligan | $208,250.00 | $26,500.00 | $26,500.00 | $26,500.00 | 19.5240% | $21,326.14 | $20,064.44 | $41,390.58 |
| Golomb & Honik | $145,715.00 | $143,682.50 | $126,307.50 | $126,307.50 | 19.5240% | $101,647.22 | $0.00 | $101,647.22 |
| Gustafson Gluek PLLC | $2,537.50 | $3,343.75 | $2,537.50 | $2,537.50 | 19.5240% | $2,042.08 | $0.00 | $2,042.08 |
| Hagens Berman | $4,264,267.00 | $4,206,792.82 | $3,022,437.50 | $3,022,437.50 | 19.5240% | $2,432,336.83 | $84,610.11 | $2,516,946.94 |
| Janet, Jenner, & Suggs | $1,260,214.00 | $1,228,702.30 | $1,222,749.50 | $1,222,749.50 | 19.5240% | $984,019.90 | $53,804.47 | $1,037,824.37 |
| John Day | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000% | $0.00 | $5,000.00 | $5,000.00 |
| Kinnard Clayton & Beveridge | $121,980.00 | $116,415.00 | $92,950.00 | $92,950.00 | 19.5240% | $74,802.44 | $9,121.53 | $83,923.97 |
| Larson King | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000% | $0.00 | $5,000.00 | $5,000.00 |
| Leader Bulso & Nolan | $683,292.00 | $455,000.00 | $455,000.00 | $455,000.00 | 19.5240% | $366,165.80 | $77,019.12 | $443,184.92 |
| Leiff, Cabraser, Heimann & Bernstein | $1,459,218.00 | $1,344,067.50 | $1,022,395.00 | $1,022,395.00 | 19.5240% | $822,782.61 | $174,071.19 | $996,853.80 |
| Lipton Law | $730,449.00 | $703,051.50 | $595,058.00 | $595,058.00 | 19.5240% | $478,878.88 | $37,272.95 | $516,151.83 |
| Lyons Law | $4,968.50 | $4,968.50 | $4,968.50 | $4,968.50 | 19.5240% | $3,998.45 | $0.00 | $3,998.45 |
| Mike Hugo | $101,200.00 | $74,100.00 | $74,100.00 | $74,100.00 | 19.5240% | $59,632.72 | $0.00 | $59,632.72 |
| Miller Law Firm | $1,255,515.00 | $917,345.21 | $873,776.25 | $725,000.00 | 19.5240% | $583,451.01 | $40,368.17 | $623,819.18 |
| Oliver Law | $74,706.00 | $712.50 | $525.00 | $525.00 | 19.5240% | $422.50 | $5,278.96 | $5,701.46 |
| Orlando Firm, PLLC | $991,175.00 | $942,875.00 | $740,975.00 | $650,000.00 | 19.5240% | $523,094.01 | $29,309.04 | $552,403.05 |
| Parker Sheer | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000% | $0.00 | $5,000.00 | $5,000.00 |
| Pfeifer Morgan | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000% | $0.00 | $5,000.00 | $5,000.00 |

| FIRM NAME | TOTAL FIRM LODESTAR REQUESTED | PSC PROPOSED COMPENSABLE LODESTAR USING REQUESTED HOURLY RATE | PSC PROPOSED COMPENSABLE LODESTAR USING PSC MAXIMUM HOURLY RATES | PSC PROPOSED COMPENSABLE LODESTAR USING PSC MAXIMUM HOURLY RATES (ADJUSTED) | REQUIRED DISCOUNT | TOTAL PRO RATA COMPENSABLE LOADSTAR | TOTAL COMPENSABLE EXPENSES | TOTAL ALLOCATION (LOADSTAR AND EXPENSES) |
|---|---|---|---|---|---|---|---|---|
| Pritzker Olsen | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000% | $0.00 | $5,000.00 | $5,000.00 |
| Riley Williams & Piatt | $145,157.00 | $66,772.50 | $54,822.50 | $145,000.00 | 19.5240% | $116,690.20 | $0.00 | $116,690.20 |
| Saltz Mongeluzzi Barret & Bendesky | $152,080.00 | $144,520.00 | $132,625.00 | $132,625.00 | 19.5240% | $106,731.30 | $2,440.11 | $109,171.41 |
| Sheff Law | $23,175.00 | $23,175.00 | $23,175.00 | $23,175.00 | 19.5240% | $18,650.31 | $5,000.00 | $23,650.31 |
| Sommers Schwartz | $164,119.00 | $0.00 | $264,192.50 | $150,000.00 | 19.5240% | $120,714.00 | $0.00 | $120,714.00 |
| Sugarman Rogers | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000% | $0.00 | $5,000.00 | $5,000.00 |
| Weller Green | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000% | $0.00 | $5,000.00 | $5,000.00 |
| Wickerstrom Morse | $0.00 | $0.00 | $0.00 | $0.00 | 0.0000% | $0.00 | $5,000.00 | $5,000.00 |
| Tarazi Law | $520.00 | $520.00 | $520.00 | $520.00 | 19.5240% | $418.48 | $0.00 | $418.48 |
| TOTALS | $19,331,499.00 | $16,245,442.58 | $14,092,803.75 | $14,058,064.50 | | $11,313,368.11 | $1,136,074.88 | $12,449,442.99 |

| | |
|---|---|
| Total Distributable Amount | $12,449,443.00 |
| Total Compensable Firm Expenses | -$1,136,074.88 |
| Total Remaining for Attorney Fees | $11,313,368.12 |
| Total Discount Required | $2,744,696.38 |
| Percentage Discount | 19.5240% |