# EXHIBIT BB

| Firm | Pro Fees | Airfare | Auto | Mileage | Meals | Lodging | Meetings/Calls | Postage/Copying | Document Fees | Internet | Misc | Normalized | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Legal Support Inc. | | | | | | | | | | | $97,717.62 | | $97,717.62 |
| Discovery Legal Services | | | | | | | | | | | $23,705.38 | | $23,705.38 |
| Andrews Thornton | 35,000.00 | 47,416.11 | 10,704.31 | - | 687.03 | 22,362.41 | 1,254.20 | - | - | - | - | (73,792.65) | 43,631.41 |
| Bransetter Stranch | 47,910.37 | 50,096.75 | 8,043.42 | 287.50 | 28,915.72 | 42,053.48 | 1,187.88 | 1,566.52 | 1,343.65 | 78.41 | 2,881.25 | (10,127.25) | 174,237.70 |
| Burke Wise | 5,000.00 | | | | | | | | | | | | 5,000.00 |
| Charfoos | 5,000.00 | | | | | | | | | | | | 5,000.00 |
| Clayton | 5,000.00 | 2,826.10 | - | - | 31.99 | 1,263.44 | | - | - | - | - | - | 9,121.53 |
| Cohen, Placitella, Roth | 20,756.68 | 9,416.65 | 1,169.41 | 1,370.13 | 1,613.78 | 5,498.10 | | 968.76 | 637.70 | | 66.00 | (19,210.99) | 22,286.22 |
| Crandall Law | 40,000.00 | 22,492.70 | 2,094.50 | 80.74 | 4,850.79 | 24,914.15 | - | 42.24 | 1,968.34 | - | - | (10,802.05) | 85,641.41 |
| Ellis & Rapacki | 39,160.00 | 2,091.40 | 1,667.69 | 359.15 | 326.65 | 1,568.70 | 1,749.94 | 6,920.42 | 9,092.58 | - | 149.58 | (440.60) | 62,645.51 |
| Faye | 5,000.00 | - | - | - | - | - | - | - | - | - | - | - | 5,000.00 |
| Federman | - | - | 2.25 | 31.33 | - | - | - | - | 14.46 | - | 29.00 | - | 77.04 |
| Galligan | - | 10,966.48 | 336.00 | - | - | 14,576.49 | - | - | - | - | - | (5,814.53) | 20,064.44 |
| HBSS | 30,000.00 | 8,902.20 | 4,425.21 | 124.32 | 6,317.72 | 5,277.99 | 11,308.77 | 2,535.57 | 14,609.91 | 30.94 | 1,077.48 | - | 84,610.11 |
| JJS | 43,700.00 | 4,701.35 | 1,695.53 | 434.19 | 2,099.81 | 1,528.70 | - | 1,083.59 | 2,027.60 | - | 21.20 | (3,487.50) | 53,804.47 |
| John Day | 5,000.00 | | | | | | | | | | | | 5,000.00 |
| Larson King | 5,000.00 | | | | | | | | | | | | 5,000.00 |
| LCHB | 45,000.00 | 35,732.54 | 9,091.22 | 179.58 | 18,922.71 | 31,591.22 | 6,763.44 | 22,156.43 | 6,297.36 | 753.25 | 2,855.39 | (5,271.95) | 174,071.19 |
| Leader Nolan | 37,496.09 | 5,936.58 | 883.90 | - | 679.21 | 4,013.59 | 359.11 | 9,214.76 | 24,072.83 | - | 215.00 | (5,851.95) | 77,019.12 |
| Lipton | 12,500.00 | 11,572.58 | 1,098.00 | 28.25 | 2,121.48 | 3,651.75 | - | 2,545.15 | 3,062.45 | 63.89 | 629.40 | - | 37,272.95 |
| Miller Law | 30,000.00 | 2,602.70 | 298.95 | - | 329.93 | 2,100.02 | 167.65 | 4,166.43 | 1,561.69 | - | - | (859.20) | 40,368.17 |
| Oliver Law | 2,500.00 | 812.88 | 49.95 | - | 684.88 | 233.66 | 69.27 | 180.55 | 737.77 | 10.00 | - | - | 5,278.96 |
| Parker Sheer | 5,000.00 | | | | | | | | | | | | 5,000.00 |
| Pffeifer Morgan | 5,000.00 | | | | | | | | | | | | 5,000.00 |
| Pritzker Olsen | 5,000.00 | | | | | | | | | | | | 5,000.00 |
| Shef | 5,000.00 | - | - | - | - | - | | | | - | - | - | 5,000.00 |
| SMBB | - | 632.00 | - | - | 29.00 | 1,779.11 | - | - | - | - | - | - | 2,440.11 |
| Sugarman Rogers | 5,000.00 | | | | | | | | | | | | 5,000.00 |
| Weller Green | 5,000.00 | | | | | | | | | | | | 5,000.00 |
| Wickerstrom Morse | 5,000.00 | | | | | | | | | | | | 5,000.00 |
| Wright Mel | 20,440.00 | 1,861.79 | 1,062.29 | 247.61 | 1,083.16 | 11,409.21 | 380.64 | 3,013.13 | 2,847.44 | 99.20 | 8,622.71 | (18,294.68) | 32,772.50 |
| Zamora Orlando | 42,500.00 | 3,467.60 | 360.16 | 274.56 | - | 2,594.13 | - | - | - | - | 364.39 | (20,251.80) | 29,309.04 |
| | | | | | | | | | | | | | $1,136,074.88 |
| | 511,963.14 | 221,528.41 | 42,982.79 | 3,417.36 | 68,693.86 | 176,416.15 | 23,240.90 | 54,408.01 | 68,288.32 | 1,035.69 | $138,305.40 | (174,205.15) | 1,136,074.88 |