# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPUNDING PHARMACY, INC. PRODUCTS LIABILITY LILTIGATION | ) MDL No. 13-2419-RWZ )  ) ) |
| This Document Relates To: | ) ) |
| All Action Involving Specialty Surgery Center, Crossville, PLLC, | ) ) |

## NOTICE OF WITHDRAWAL

Please take notice that, Katharine A. Dennis withdraws her appearance on behalf of Ocean State Pain Management, Inc. in this action.

Respectfully submitted,

Dated:  October 13, 2016

*/s/ Katharine K. Dennis*
Katharine K. Dennis (#688288)
Manion Gaynor & Manning LLP
125 High Street
Boston, MA 02110
(617) 670-8800
kdennis@mgmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2016, I caused the foregoing document to be served via electronic case filing.

/s/ Katharine K. Dennis
Katharine K. Dennis., Esq.