UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 02419 Docket No. 1:13-md-2419-RWZ |
| ) ) | |
| This document relates to: ) ) | |
| All Cases against the Box Hill Defendants[1]   ) ) | |

## BOX HILL DEFENDANTS' NOTICE OF SERVICE OF COMMON ISSUE EXPERT REPORTS

Defendants Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC (collectively, "Box Hill Defendants"), hereby file notice that, pursuant to the Second Amended Order Setting Discovery deadlines, (Dkt. 3042), on the 17th day of October, 2016, they have served the following counsel for Plaintiffs with Defendants' Common Issue Expert Reports by first-class mail, postage prepaid, and by email:

| | |
|---|---|
| Harry M. Roth | Patricia J. Kasputys |
| Michael Coren | Sharon L. Houston |
| Cohen Placitella & Roth, P.C. | Law Offices of Peter G. Angelos, P.C. |
| 2001 Market Street | 100 N. Charles Street |
| Suite 2900 | 20th floor |
| Philadelphia, PA  19103 | Baltimore, Maryland  21201 |
| HRoth@cprlaw.com | SHouston@lawpga.com |
| MCoren@cprlaw.com | PKasputys@lawpga.com |

Respectfully submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland  21204

---

[1] This pleading applies to the following cases: Handy v. Box Hill Surgery Center, LLC, et al. No: 1:14-cv-14019-RWZ; Armetta v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14023-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ; Davis v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ.

gkirby@pklaw.com
(410) 938-8800
***Attorneys for Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C.***

## CERTIFICATE OF SERVICE

I, Gregory K. Kirby, hereby certify that a copy of Defendants' Notice of Service of Common Issue expert Reports, filed through the CM/ECF system, will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the plaintiffs in the individual cases, and will be sent to these parties by operation of the CM/ECF system, as well as sent to the deponents as identified in each Notice of Deposition.

Dated: October 17, 2016

*/s/* Gregory K. Kirby