# EXHIBIT B

Document3

# Ashley Marucci

**From:** Sharon Houston <shouston@lawpga.com>
**Sent:** Thursday, August 18, 2016 11:43 AM
**To:** Ashley Marucci
**Subject:** RE: Box Hill Cases - Notice of Deposition and Subpoenas to Kim Brockmeyer and Barbara Wagner

Thank you,

Sharon L. Houston, Esquire (NJ, MD, DC)
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 N. Charles Street
Baltimore, MD 21201
Direct Line 410-649-8839
Toll Free 800-252-6622
Fax 410-649-2101
Shouston@lawpga.com

**From:** Ashley Marucci [mailto:marucci@ewmd.com]
**Sent:** Tuesday, August 16, 2016 11:23 AM
**To:** Sharon Houston
**Cc:** Patti Kasputys; Kelly L. Lozoskie; 'Harry Roth (HRoth@cprlaw.com)'; 'Michael Coren (mcoren@cprlaw.com)'; 'Barbara Driscoll (bdriscoll@cprlaw.com)'; 'Catherine Steiner'; 'gkirby@pklaw.com'; Scott Krause; Debora Trotz
**Subject:** RE: Box Hill Cases - Notice of Deposition and Subpoenas to Kim Brockmeyer and Barbara Wagner

Sharon,

We reviewed the attachment to the Amended Notice of Deposition *Duces Tecum* with Ms. Brockmeyer, and she does not personally possess any responsive documents. Accordingly, we wanted to give you the courtesy of providing notice in advance of the deposition on Friday that Ms. Brockmeyer does not have responsive documents to produce.

To the extent any responsive documents may exist, presumably they are in the possession of HCASC and/or Box Hill Surgery Center. Inasmuch as Ms. Brockmeyer is being deposed as a fact witness, and not a corporate designee, her personal knowledge and document production are limited.

Best,
Ashley


Ashley L. Marucci, Esquire
Eccleston and Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
marucci@ewmd.com
(410) 752-7474
(410) 752-0611 (fax)

1

www.ecclestonwolf.com

**From:** Debora Trotz [mailto:DTrotz@lawpga.com]
**Sent:** Wednesday, July 27, 2016 5:16 PM
**To:** Ashley Marucci; Sharon Houston
**Cc:** Patti Kasputys; Kelly L. Lozoskie; 'Harry Roth (HRoth@cprlaw.com)'; 'Michael Coren (mcoren@cprlaw.com)'; 'Barbara Driscoll (bdriscoll@cprlaw.com)'; 'Catherine Steiner'; 'gkirby@pklaw.com'; Scott Krause
**Subject:** RE: Box Hill Cases - Notice of Deposition and Subpoenas to Kim Brockmeyer and Barbara Wagner

Please find attached the deposition notice for Kim Brockmeyer.

**Debora Trotz**
| 410.649-2125 | dtrotz@lawpga.com



**Law Offices of Peter G. Angelos, P.C.**
One Charles Center
100 North Charles Street
Baltimore, Maryland 21201
Main: 410.649.2000
Fax: 410.649.2101

---

**From:** Ashley Marucci [mailto:marucci@ewmd.com]
**Sent:** Wednesday, July 27, 2016 4:58 PM
**To:** Sharon Houston
**Cc:** Patti Kasputys; Debora Trotz; Kelly L. Lozoskie; 'Harry Roth (HRoth@cprlaw.com)'; 'Michael Coren (mcoren@cprlaw.com)'; 'Barbara Driscoll (bdriscoll@cprlaw.com)'; 'Catherine Steiner'; 'gkirby@pklaw.com'; Scott Krause
**Subject:** RE: Box Hill Cases - Notice of Deposition and Subpoenas to Kim Brockmeyer and Barbara Wagner

Counsel,

Ms. Wagner is available for deposition on August 25th or 30th.

Best,
Ashley

Ashley L. Marucci, Esquire
Eccleston and Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
marucci@ewmd.com
(410) 752-7474
(410) 752-0611 (fax)
www.ecclestonwolf.com

**From:** Sharon Houston [mailto:shouston@lawpga.com]
**Sent:** Tuesday, July 26, 2016 3:49 PM
**To:** Ashley Marucci

2