# EXHIBIT C

## In the Matter Of:

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

## VIDEOTAPED DEPOSITION OF KIM BROCKMEYER

*August 19, 2016*



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

```
 1                UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF MASSACHUSETTS
 2

 3
      ------------------------------X
 4                                   :
      IN RE:  NEW ENGLAND            :
 5    COMPOUNDING PHARMACY, INC.     :
      PRODUCTS LIABILITY LITIGATION: MDL NO. 2419
 6                                   :
      This Documents Relates to:     :  Master Docket
 7                                   :  1:13-md-02419-RWZ
      All Cases against the Box      :
 8    Hill Defendants                :
                                     :
 9    ------------------------------X

10

11              VIDEOTAPED DEPOSITION OF
                     KIM BROCKMEYER
12

13              FRIDAY, AUGUST 19, 2016
                     10:08 a.m.
14

15              Peter G. Angelos, P.C.
                  One Charles Center
16               100 N. Charles Street
                      20th Floor
17               Baltimore, MD  21201

18

19

20

21

22

23

24

25   Before:  Linda Bahur, RPR
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1                    A P P E A R A N C E S

 2


 3    ON BEHALF OF THE PLAINTIFFS:

 4        LAW OFFICES OF PETER G. ANGELOS, P.C.
          Patricia J. Kasputys, Esquire
 5        Sharon L. Houston, Esquire
          100 N. Charles Street
 6        20th Floor
          Baltimore, MD   21201
 7        (410) 649-2000
          pkasputys@lawpga.com
 8        shouston@lawpga.com

 9
          COHEN PLACITELLA & ROTH, P.C.
10        Michael Coren, Esquire
          2001 Market Street
11        Suite 2900
          Philadelphia, PA   19103
12        (215) 567-3500
          mcoren@cprlaw.com
13

14    ON BEHALF OF THE WITNESS KIM BROCKMEYER, R.N.;

15        ECCLESTON AND WOLF
          R. Scott Krause, Esquire
16        Ashley L. Marucci, Esquire
          7240 Parkway Drive
17        4th Floor
          Hanover, MD   21076
18        (410) 752-6464
          krause@ewmd.com
19        marucci@ewmd.com

20

21

22

23

24

25
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1    ON BEHALF OF BOX HILL SURGERY CENTER, RITU BHAMMBHANI,
      M.D., RITU BHAMBHANI, M.D., LLC :
 2
          PESSIN KATZ LAW, P.A.
 3        Gregory K. Kirby Esquire
          901 Dulaney Valley Road
 4        Suite 500
          Towson, MD   21204
 5        (410) 769-6143
          gkirby@pklaw.com
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1                          I N D E X

 2   Videotaped Deposition of:                          PAGE

 3   KIM BROCKMEYER

 4        Examination by Ms. Kasputys                      6

 5        Examination by Mr. Coren                        51

 6

 7


 8                        E X H I B I T S

 9              (Attached to the transcript)

10   NO.                                                PAGE

11   Exhibit 1586   Notice of Filing Subpoena and          8
                    Amended Notice of Deposition to
12                  Kim Brockmeyer

13   Exhibit 1587   Customer Complaint Record             71
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1                  P R O C E E D I N G S
 2              THE VIDEOGRAPHER:  We are now going on
 3    record.  This is videotape number one in the videotaped
 4    deposition of Kim Brockmeyer, taken in the matter of New
 5    England Compounding Pharmacy, Inc. Product Liability
 6    Litigation.  This deposition is being held at Peter J.
 7    Angelos, 1 Charles Center, 100 North Charles Street,
 8    Baltimore, Maryland, 21201 on August 19, 2016 at 10:08
 9    a.m.  My name is Charlie Widner and I'm the
10    videographer.  The court reporter is Linda Bahur.
11              Counsel will please introduce themselves for
12    the record.
13              MS. KASPUTYS:  I'm Patricia Kasputys and I am
14    here for the plaintiffs.  Law Offices of Peter Angelos,
15    representing Armetta, Bowman, Davis, Dreisch, Farthing,
16    Kashi, Torb -- and Torbeck.
17              MS. HOUSTON:  I'm Sharon Houston, Law Offices
18    of Peter Angelos, representing the plaintiffs.
19              MR. COREN:  Good morning, Ms. Brockmeyer.
20    I'm Michael Coren.  I represent the plaintiffs from the
21    PSC as well as Megan Handy, who is a plaintiff in a
22    Maryland action.
23              MR. KIRBY:  Greg Kirby.  I represent Box Hill
24    Surgery Center, Ritu Bhambhani, M.D. and Ritu Bhambhani,
25    M.D., LLC.  Although Ms. Brockmeyer is represented by
```


DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1   counsel, who will identify them themselves in a second,
 2   to the extent that their questions that relate to her
 3   employment or her time at Box Hill Surgery Center, I'll
 4   also assert attorney-client relationship and instruct
 5   the witness as appropriate.
 6           MS. MARUCCI:  Ashley Marucci with Eccleston
 7   and Wolf, here on behalf of the deponent, Kim
 8   Brockmeyer.
 9           MR. KRAUSE:  Scott Krause, also here on
10   behalf of Ms. Brockmeyer.
11           THE VIDEOGRAPHER:  Will the court reporter
12   please swear in the witness, and we can proceed.
13   Whereupon --
14                   KIM BROCKMEYER,
15   having been first duly sworn, was examined and testified
16   as follows:
17              EXAMINATION BY MS. KASPUTYS:
18       Q   Good morning, Ms. Brockmeyer.  And I'd like
19   you to first tell me whether you've been known by any
20   other names.  Is your name Kim Brockmeyer?
21       A   Yes.
22       Q   Do you have a maiden name?
23       A   I do.
24       Q   And what is that?
25       A   Kim Grose, G-R-O-S-E.
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF KIM BROCKMEYER on 08/19/2016                    Page 8

```
 1        Q    And an Amended Notice of Deposition Duces
 2   Tecum, which has also attached to it documents,
 3   including a Third Amended Confidentiality Order?
 4        A    Yes, ma'am.
 5        Q    Have you read these documents?
 6        A    Yes, ma'am.
 7        Q    I'm going to hand to you what will be marked
 8   as 1586 in this deposition, and I would ask you to take
 9   a look at the last two pages of the documents.
10             And do you all have copies or do you need us
11   to hand them to you?
12             MR. KRAUSE:  We have copies.
13             (Exhibit No. 1586 was marked for
14   identification.)
15        Q    And I would ask you to please look at Exhibit
16   A.
17             MR. KRAUSE:  Love to.
18        Q    Okay.  I am asking that you sign that
19   document, please.
20        A    Yes.
21             MR. KRAUSE:  August 19.
22        Q    Now, within the document -- I'll ask you to
23   hold onto it for a few minutes, please.  On page 7 of 7,
24   so if you look at the top, you can find that.  There is
25   an Attachment A entitled "Documents Sought" and I have
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1   been advised by Ms. Marucci asking as your -- acting as
 2   your counsel for purposes of this deposition, that you
 3   do you not have any documents that are responsive to
 4   these requests.  Is that accurate?
 5        A    Yes, ma'am.
 6        Q    Did you do any search for any documents
 7   responsive to this request?
 8        A    No, ma'am.
 9        Q    And you, obviously, then, have not brought
10   any such documents that are on this list --
11        A    No.
12        Q    -- to this deposition?  Thank you.
13             What did you do to prepare for this
14   deposition?
15        A    I just talked with counsel.  Met with them
16   and went over the case just as far as what was being
17   asked of me and just tried to recollect as much as
18   possible when I started at Box Hill and when I have been
19   working at the Harford County Surgery Center as well.
20        Q    Okay.  When you indicate that you met with
21   counsel, are you referring to Mr. Krause and Ms.
22   Marucci?
23        A    Yes.
24        Q    Have you also had any meetings with Mr. Kirby
25   to prepare for this deposition?
```



Discovery Litigation Services
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1  STATE OF MARYLAND )
2  COUNTY OF HARFORD )
3
4
5       I, Linda Bahur, a Notary Public of the State of
6  Maryland, do hereby certify that the deposition of KIM
7  BROCKMYER, RN, took place before me at the time and
8  place herein set out.
9       I further certify that the proceeding was
10 recorded stenographically by me and this transcript is a
11 true record of the proceedings.
12      I further certify that I am not of counsel to
13 any of the parties, nor an employee of counsel, nor
14 related to any of the parties, nor in any way interested
15 in the outcome of this action.
16
17
18
19
20 _____
       Linda M. Bahur
21     Linda M. Bahur
22     My commission expires 8/27/2019
23
24
25 Dated: August 30, 2016



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com