# EXHIBIT D

## Ashley Marucci

| | |
|---|---|
| **From:** | Sharon Houston <shouston@lawpga.com> |
| **Sent:** | Thursday, August 25, 2016 8:22 PM |
| **To:** | Ashley Marucci |
| **Cc:** | Patti Kasputys; Harry Roth (HRoth@cprlaw.com); Michael Coren (mcoren@cprlaw.com); Debora Trotz; Kelly L. Lozoskie |
| **Subject:** | RE: Barbara Wagner Deposition |

Thank you,

Sharon L. Houston, Esquire (NJ, MD, DC)
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 N. Charles Street
Baltimore, MD  21201
Direct Line 410-649-8839
Toll Free 800-252-6622
Fax 410-649-2101
Shouston@lawpga.com

**From:** Ashley Marucci [mailto:marucci@ewmd.com]
**Sent:** Thursday, August 25, 2016 6:35 PM
**To:** Sharon Houston
**Subject:** Barbara Wagner Deposition

Sharon,

In advance of Ms. Wagner's deposition on August 30th, I wanted to make you aware that Ms. Wagner does not personally possess any documents that are responsive to the items listed in the attachment to the Amended Notice of Deposition *Duces Tecum*.

Best,
Ashley

Ashley L. Marucci, Esquire
Eccleston and Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
marucci@ewmd.com
(410) 752-7474
(410) 752-0611  (fax)
www.ecclestonwolf.com

This is an e-mail transmission from the law firm of Eccleston and Wolf that may contain confidential and/or privileged information, attorney work product or content exempt from disclosure under applicable law. If you received this message in error or you are not a named recipient, please notify the sender by reply e-mail or by calling 410-752-7474. Additionally, please delete the electronic message and destroy any copies of the message.

1

Any disclosure, dissemination, distribution, reproduction or other use of the message by an unauthorized recipient is prohibited. Thank you.

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you. The Law Offices of Peter G. Angelos, P.C.