# EXHIBIT E

## In the Matter Of:

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

## VIDEOTAPED DEPOSITION OF BARBARA WAGNER

*August 30, 2016*



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

1                    UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF MASSACHUSETTS
2

3

        -----------------------------X
4                                     :
    IN RE:   NEW ENGLAND              :
5   COMPOUNDING PHARMACY, INC.        :
    PRODUCTS LIABILITY LITIGATION:   MDL NO. 2419
6                                     :
    This Documents Relates to:       :   Master Docket
7                                     :   1:13-md-02419-RWZ
    All Cases against the Box         :
8   Hill Defendants                   :
                                      :
9       -----------------------------X

10

11               VIDEOTAPED DEPOSITION OF
                       BARBARA WAGNER
12
                    AUGUST 30, 2016
13                    10:32 a.m.

14
                  Peter G. Angelos, P.C.
15                  One Charles Center
                  100 N. Charles Street
16                     20th Floor
                  Baltimore, MD  21201
17

18

19

20

21

22

23

24

25   Before:   Linda Bahur, RPR



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1                  A P P E A R A N C E S

 2


 3   ON BEHALF OF THE PLAINTIFFS:

 4        LAW OFFICES OF PETER G. ANGELOS, P.C.
          Patricia J. Kasputys, Esquire
 5        Sharon L. Houston, Esquire
          100 N. Charles Street
 6        20th Floor
          Baltimore, MD   21201
 7        (410) 649-2000
          pkasputys@lawpga.com
 8        shouston@lawpga.com

 9
          COHEN PLACITELLA & ROTH, P.C.
10        Michael Coren, Esquire
          2001 Market Street
11        Suite 2900
          Philadelphia, PA   19103
12        (215) 567-3500
          mcoren@cprlaw.com
13


14   ON BEHALF OF THE WITNESS KIM BROCKMEYER, R.N.;

15        ECCLESTON AND WOLF
          R. Scott Krause, Esquire
16        Ashley L. Marucci, Esquire
          7240 Parkway Drive
17        4th Floor
          Hanover, MD   21076
18        (410) 752-6464
          krause@ewmd.com
19        marucci@ewmd.com

20

21

22

23

24

25
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1   ON BEHALF OF BOX HILL SURGERY CENTER, RITU BHAMMBHANI,
     M.D., RITU BHAMBHANI, M.D., LLC:
 2
         PESSIN KATZ LAW, P.A.
 3       Catherine W. Steiner, Esquire
         901 Dulaney Valley Road
 4       Suite 500
         Towson, MD  21204
 5       (410) 769-6143
         csteiner@pklaw.com
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF BARBARA WAGNER on 08/30/2016                    Page 4

```
 1

 2                          I N D E X

 3     Videotaped Deposition of:                      PAGE

 4     BARBARA WAGNER

 5         Examination by Ms. Kasputys               6

 6         Examination by Mr. Coren                  65

 7

 8

 9                      E X H I B I T S

10               (Attached to the transcript)

11     NO.                                           PAGE

12     Exhibit 1602    Notice of Filing Subpoena and   8
                       Amended Notice of Deposition to
13                     Barbara Wagner

14     Exhibit 1603    E-mail chain between Andrew Howden  39
                       and Barbara Wagner, dated 12/16/11
15
       Exhibit 1604    Letter dated 9/26/12 re Voluntary  55
16                     Product Recall

17     Exhibit 1605    Fax cover sheet, 10/3/12          58

18     Exhibit 1606    Letter dated 10/3/12 re Voluntary  60
                       Product Recall
19
       Exhibit 1607    Fax sheet from Kim Merrill re     61
20                     Voluntary Product Recall Response
                       Form, dated 10/1/12
21
       Exhibit 1608    qFax sheet from Barbara Wagner re  63
22                     Voluntary Product Recall Response
                       Form, dated 10/4/12
23
       Exhibit 1104    NECC Prescription Order Form      44
24

25
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1                P R O C E E D I N G S
 2            THE VIDEOGRAPHER:   This is tape number one to
 3    the videotape deposition of Barbara Wagner, taken in the
 4    matter of New England Compounding Pharmacy, Inc.,
 5    Product Liability Litigation.   The deposition is being
 6    held at the Law Offices of Peter G. Angelos.   This
 7    deposition is being held on August 30, 2016.   My name is
 8    Marcus Sobczak and I'm the videographer.   The court
 9    reporter is Linda Bahur.
10            Counsel, please introduce yourselves for the
11    record and the court reporter will then swear the
12    witness in, then we can proceed.
13            MS. KASPUTYS:   I'm Patricia Kasputys, Law
14    Offices of Peter Angelos, and I'm here on behalf of
15    seven of the plaintiffs who have claims in this matter
16    against Box Hill Surgery Center and Dr. Ritu T.
17    Bhambhani.   And the clients whom we represent include
18    three people who died as a result of receipt of
19    contaminated injections of methylprednisolone acetate
20    and four people who are living with fungal meningitis.
21            MS. HOUSTON:   My name is Sharon Houston, Law
22    Offices of Peter Angelos, and I represent multiple
23    plaintiffs described.
24            MR. COREN:   Good day.   Michael Coren.   I
25    represent one of the plaintiffs in the Box Hill cases.
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1   I also represent today other plaintiffs in the
 2   multi-district litigation.
 3              MS. STEINER:  Catherine Steiner on behalf of
 4   Box Hill Surgery Center, Dr. Ritu Bhambhani, and Ritu
 5   Bhambhani, M.D., LLC.
 6              MS. MARUCCI:  Ashley Marucci with Eccleston
 7   and Wolf on behalf of the deponent, Barbara Wagner.
 8              MR. KRAUSE:  Scott Krause, also on behalf of
 9   the witness.
10   Whereupon,
11                      BARBARA WAGNER
12   having been first duly sworn, was examined and testified
13   as follows:
14              EXAMINATION BY MS. KASPUTYS:
15       Q    Good morning again, Ms. Wagner.  As I've
16   said, I'm Patricia Kasputys, also known as Patty
17   Kasputys, and I'm here, as you know, to take your
18   deposition today to ask you a series of questions, and I
19   would like to begin with asking you whether you have
20   ever been deposed in the past.
21       A    No.
22       Q    So with respect to the general rules of
23   deposition, I'd like to go over -- let me rephrase that.
24              I'd like to go over some of the rules for a
25   deposition.
```



```
 1        Q     Okay.  So when the subpoena asked you to

 2   bring with you to this deposition documents on

 3   Attachment A, which is this page, this is a page that

 4   you have not reviewed?

 5        A     I actually -- when I received this, I went

 6   through and looked at the discovery.  I had already

 7   turned in discoveries.  And when I went through this, I

 8   pulled everything that was related to Box Hill.  So I

 9   did submit those.  My apologies.

10        Q     When you say you had submitted them,

11   submitted them in response to request for production of

12   documents in this litigation?

13             MR. KRAUSE:  I'll object to the form of the

14   question.  You can answer.

15        A     I'm not sure.  So you're talking about Box

16   Hill, right?

17        Q     I am.

18        A     Anything -- the way I read this, I took

19   everything that was related to anything that we had

20   anything to do with Box Hill is what I turned in.

21        Q     And who did you turn that in to?

22        A     I thought -- did you not get it?  I turned it

23   in to my manager and I thought I made copies.

24             MS. KASPUTYS:  Do you have any documents that

25   Ms. Wagner has turned in that relate to Box Hill Surgery
```

DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1   Center?
 2              MR. KRAUSE:   As we advised you prior to Ms.
 3   Brockmeyer's deposition and this deposition, Ms. Wagner
 4   is appearing here today pursuant to a subpoena issued to
 5   her individually, not in a corporate capacity.  Ms.
 6   Wagner does not individually possess any documents
 7   responsive to the request.
 8              Certainly if Harford County Surgical Center
 9   may possess documents, but it was our position that we
10   were not obligated to produce any records in response to
11   a subpoena issued to Ms. Wagner individually.  She is
12   not here as a corporate designee.
13   BY MS. KASPUTYS:
14        Q     Ms. Wagner, were the documents that you put
15   together and gave to your general manager documents that
16   were in your custody and control at Harford County
17   Ambulatory Surgery Center?
18              MR. KRAUSE:   Object to the form of the
19   question.
20        A     I'm not sure what you mean.
21        Q     With respect to the documents that you pulled
22   together that relate to Box Hill Surgery Center, were
23   those documents that in your capacity as an employee of
24   Harford County Surgery Center were in your custody?
25              MR. KRAUSE:   Object to the form of the
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF BARBARA WAGNER on 08/30/2016                    Page 12

```
 1   question.
 2        A     They were in the office.  They weren't per se
 3   my documents.
 4        Q     And you do have access to those documents,
 5   correct?
 6        A     Yes.  They're copied.
 7              MS. KASPUTYS:  I would ask that Counsel
 8   produce those documents.  They're relevant to the
 9   subpoena and there was, as you know, filed by you a
10   motion first to quash the deposition of Ms. Wagner and
11   then a motion for protective order filed, and that was
12   ruled on by Judge Boal.  And the documents that were
13   narrowed from the original request should have been
14   produced today.  And I'm going to ask that this
15   deposition be kept open so that we can continue to
16   pursue the documents that we believe that we're
17   rightfully entitled to pursuant to the subpoena directed
18   to this witness.
19              MR. KRAUSE:  Counsel, I disagree with your
20   position from a legal perspective.  Our motion for a
21   protective order was with respect to the scope of what
22   we believed should be permissible during the course of
23   this deposition.
24              MS. KASPUTYS:  Go ahead.  If you may.  Go
25   ahead, Mike.
```



```
 1        A      What do you mean by exchange?

 2        Q      Well, actually -- well, we'll get to that a

 3   little further in the deposition.

 4               But what I am speaking of, I'll tell you now,

 5   if there were medications, i.e., methylprednisolone

 6   acetate preservative-free that was transferred from the

 7   inventory at Harford County Ambulatory Surgery Center to

 8   Box Hill, were there document related to such an

 9   exchange of medication?

10        A      Yes.

11        Q      And those documents are among those that you

12   turned over to the general manager --

13        A      Yes.

14        Q      -- at Harford County Surgery Center?

15        A      Nurse administrator.

16        Q      The nurse administrator.  Who is the nurse

17   administrator?

18        A      Kim Merrill.

19        Q      I'd like to ask you a few questions regarding

20   what you did to prepare for today's deposition.  Did you

21   meet with anyone in advance of today's deposition?  And

22   I'm not asking you to tell me of the content of

23   conversations that you had with counsel.  But I'm asking

24   you whether you met with counsel.

25        A      Yes, I have.
```


DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1        A    I do.  It was a great day.  No more call, no
 2   more weekends.
 3        Q    What was your initial title when you began to
 4   work at Harford County Ambulatory Surgical Center?
 5        A    Certified Surgical Technologist.
 6        Q    Who was your supervisor?
 7        A    Linda Terzigni.
 8        Q    Is Ms. Terzigni a registered nurse or is she
 9   a --
10        A    She is.
11        Q    Okay.  And I'm sorry.  Your title was
12   Certified Surgical?
13        A    Technologist.
14        Q    Technologist.  And could you describe what
15   your duties and responsibilities were at Harford County
16   Ambulatory Surgical Center as a Certified Surgical
17   Technologist?
18        A    Well, I have to anticipate the surgeon's
19   needs.  We -- the surgeons establish their preferences.
20   During surgery, you anticipate the surgeon's needs.  You
21   make sure they have exposure on the area they're
22   working.  You're responsible to be aware of hemostasis
23   and you have to be efficient.  And you also follow a
24   septic technique.
25        Q    Is -- are your duties in the operating room
```

DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1    as a surgical technologist equivalent to -- I guess --

 2    let me rephrase that.

 3              Are you an assistant, then, to the surgeon in

 4    the operating room?

 5         A    In a way, yes, because I have to set the

 6    table.  I have to make sure all the supplies are there.

 7    I make sure that the equipment is working and I make

 8    sure that any biological testing that is done is done in

 9    the morning.  That's an order we do every day.

10         Q    When you first began working as a surgical

11    tech at Harford County Ambulatory Surgical Center, how

12    many surgeons were working there?  If you remember.

13         A    Well, I would say at least nine, but I'm sure

14    there's a few more.

15         Q    Were the procedures done from working with

16    these nine or possibly nine surgeons at Harford County

17    Ambulatory Surgery Center or were they done at other

18    facilities?

19         A    No.  They were done at the surgery center.

20         Q    At what point did you meet Andrew Vickers?

21    You said earlier that you know him.

22         A    I don't even know when he started at Harford

23    County.  He's the PACU nurse.  He does recovery room.  I

24    don't work with him in the OR.

25         Q    Okay.  Did you work with him in any capacity
```



```
 1   STATE OF MARYLAND )

 2   COUNTY OF HARFORD )

 3

 4

 5           I, Linda Bahur, a Notary Public of the State of

 6   Maryland, do hereby certify that the deposition of

 7   BARBARA WAGNER took place before me at the time and

 8   place herein set out.

 9           I further certify that the proceeding was

10   recorded stenographically by me and this transcript is a

11   true record of the proceedings.

12           I further certify that I am not of counsel to

13   any of the parties, nor an employee of counsel, nor

14   related to any of the parties, nor in any way interested

15   in the outcome of this action.

16

17

18

19

20   _____
     Linda  M.  Bahur
21   Linda M. Bahur

22   My commission expires 8/27/2019

23

24

25   Dated:   September 8, 2016
```



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com