# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Docket No.: 1:13-md-02419-RWZ |
| **THIS DOCUMENT RELATES TO:**<br><br>**Armetta, et al. v. Box Hill Surgery Center, LLC, et al.**<br>No. 1:14-cv-14022-RWZ<br><br>**Bowman, et al. v. Box Hill Surgery Center, LLC, et al.**<br>No. 1:14-cv-14028-RWZ<br><br>**Davis, et al. v. Box Hill Surgery Center, LLC, et al.**<br>No. 1:14-cv-14033-RWZ<br><br>**Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.**<br>No. 1:14-cv-14029-RWZ<br><br>**Farthing, et al. v. Box Hill Surgery Center, LLC, et al.**<br>No. 1:14-cv-14036-RWZ<br><br>**Kashi, et al. v. Box Hill Surgery Center, LLC, et al.**<br>No. 1:14-cv-14026-RWZ<br><br>**Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.**<br>No. 1:14-cv-14023-RWZ<br><br>**Handy, et al. v. Box Hill Surgery Center, LLC, et al.**<br>No. 1:14-cv-14019-RWZ | |

**ORDER**

Upon consideration of Plaintiffs' Motion to Compel Non-Party Barbara Wagner to Comply with Properly-Served Subpoena by Producing Documents and for Sanctions and Non-Party Barbara Wagner's Opposition, and any Reply thereto, it is this _____ day of _____, 2016, by the United States District Court for the District of Massachusetts, hereby:

**ORDERED**, that Plaintiffs' Motion to Compel Non-Party Barbara Wagner to Comply with Properly-Served Subpoena by Producing Documents and for Sanctions is hereby **DENIED IN ITS ENTIRETY**.

_____
Jennifer C. Boal
Chief Magistrate Judge
U.S. District Court, District of Massachusetts

Copies to:
Counsel of record