# EXHIBIT 1

# Illustration of Procedural History of "Branstetter Actions"

## Original Complaint Purporting to Allege Only Product Liability *Without* Certificate of Good Faith

↓

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEAST DIVISION

| | |
|---|---|
| ELIZABETH BRAY,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>AMERIDOSE, LLC, MEDICAL SALES  )<br>MANAGEMENT, INC., MEDICAL SALES  )<br>MANAGEMENT SW, INC., GDC  )<br>PROPERTIES MANAGEMENT, LLC, ARL  )<br>BIO PHARMA, INC. D/B/A ANALYTICAL  )<br>RESEARCH LABORATORIES, BARRY J.  )<br>CADDEN, GREGORY CONIGLIARO, LISA  )<br>CONIGLIARO CADDEN, DOUGLAS  )<br>CONIGLIARO, CARLA CONIGLIARO,  )<br>GLENN A. CHIN, SPECIALTY SURGERY  )<br>CENTER, PLLC, DR. KENNETH R. LISTER,  )<br>  )<br>   Defendants.  )<br>  ) | Case No.<br>JURY DEMAND |

## COMPLAINT

The Plaintiff, Elizabeth Bray, for her cause of action against the defendants respectfully states to the Court as follows:

### COUNT VI
### PRODUCT LIABILITY CLAIMS
(Against Specialty Surgery Center and Dr. Kenneth Lister)

# **Amended Complaint Explicitly Alleging Health Care Liability**
# ***With* Certificate of Good Faith**

↓

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH BRAY, | CIVIL ACTION NO. 1:13-cv-12596-FDS |
| Plaintiff, | MDL No. 2419 |
| | Master Docket No. 1:13-md-2419-FDS |
| v. | |
| | Honorable F. Dennis Saylor |
| UNIFIRST CORPORATION, A/D/B/A UNICLEAN CLEANROOM SERVICES, SPECIALTY SURGERY CENTER, PLLC, and KENNETH R. LISTER | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

## SHORT FORM COMPLAINT
## AGAINST UNAFFILIATED DEFENDANTS

☒ COUNT III: NEGLIGENCE AND GROSS NEGLIGENCE (Against Clinic Related Defendants)

☒ COUNT VIII: FAILURE TO WARN (Against Clinic Related Defendants)