# EXHIBIT 2

# Illustration of Procedural History of "Cain Actions"

## Original Complaint Purporting to Allege Only Product Liability *Without* Certificate of Good Faith

↓

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOCELYN KAE NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMERIDOSE, LLC, MEDICAL SALES ) | Case No. _____ |
| MANAGEMENT, INC., MEDICAL SALES ) | JURY DEMAND |
| MANAGEMENT SW, INC., GDC ) | |
| PROPERTIES MANAGEMENT, LLC, ARL ) | |
| BIO PHARMA, INC. D/B/A ANALYTICAL ) | |
| RESEARCH LABORATORIES, BARRY J. ) | |
| CADDEN, GREGORY CONIGLIARO, LISA ) | |
| CONIGLIARO CADDEN, DOUGLAS ) | |
| CONIGLIARO, CARLA CONIGLIARO, ) | |
| GLENN A. CHIN, and SPECIALTY ) | |
| SURGERY CENTER, PLLC d/b/a ) | |
| SPECIALTY SURGERY CENTER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### COMPLAINT

The Plaintiff, Jocelyn Kae Norris, for her cause of action against the Defendants respectfully states to the Court as follows:

### COUNT V
### PRODUCT LIABILITY CLAIMS
(Against Specialty Surgery)

## First Amended Complaint Explicitly Alleging Health Care Liability *Without* Certificate of Good Faith

↓

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOCELYN KAE NORRIS | CIVIL ACTION NO. 1:13-cv-12682-FDS |
| Plaintiff, | MDL No. 2419 |
| | Master Docket No. 1:13-md-2419-FDS |
| v. | |
| | Honorable F. Dennis Saylor |
| UNIFIRST CORPORATION, D/B/A UNICLEAN CLEANROOM SERVICES, and SPECIALTY SURGERY CENTER, PLLC D/B/A SPECIALTY SURGERY CENTER, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

SHORT FORM COMPLAINT
AGAINST UNAFFILIATED DEFENDANTS

☒ COUNT III: NEGLIGENCE AMD GROSS NEGLIGENCE (Against Clinic Related Defendant)

☒ COUNT VIII: FAILURE TO WARN (Against Clinic Related Defendant)

## Second Amended Complaint Explicitly Alleging Health Care Liability *With* Certificate of Good Faith
↓

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOCELYN KAE NORRIS | CIVIL ACTION NO. 1:13-cv-12682-FDS |
| Plaintiff, | MDL No. 2419 |
| | Master Docket No. 1:13-md-2419-FDS |
| v. | |
| | Honorable F. Dennis Saylor |
| UNIFIRST CORPORATION, D/B/A UNICLEAN CLEANROOM SERVICES, and SPECIALTY SURGERY CENTER, PLLC D/B/A SPECIALTY SURGERY CENTER, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

AMENDED SHORT FORM COMPLAINT
AGAINST UNAFFILIATED DEFENDANTS

☒ COUNT III: NEGLIGENCE AMD GROSS NEGLIGENCE (Against Clinic Related Defendant)

☒ COUNT VIII: FAILURE TO WARN (Against Clinic Related Defendant)