# EXHIBIT 3

# Illustration of Procedural History of "Remaining Actions"

# Original Complaint Purporting to Allege Only Product Liability *Without* Certificate of Good Faith

↓

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WANDA J. DINGESS, <br><br> Plaintiff, <br><br> v. <br><br> AMERIDOSE, LLC, MEDICAL SALES MANAGEMENT, INC., MEDICAL SALES MANAGEMENT SW, INC., GDC PROPERTIES MANAGEMENT, LLC, ARL BIO PHARMA, INC. d/b/a ANALYTICAL RESEARCH LABORATORIES, BARRY J. CADDEN, GREGORY CONIGLIARO, LISA CONIGLIARO CADDEN, DOUGLAS CONIGLIARO, CARLA CONIGLIARO, GLENN A. CHIN, and SPECIALTY SURGERY CENTER, LLC <br><br> Defendants. | Case No._____ <br><br> **JURY DEMAND** |

## COMPLAINT

Plaintiff, Wanda J. Dingess, for her cause of action against the defendants respectfully states to the Court as follows:

### COUNT V – PRODUCT LIABILITY CLAIMS
(Against Specialty Surgery Center)

# Amended Complaint Explicitly Alleging Health Care Liability *Without* Certificate of Good Faith

↓

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WANDA J. DINGESS, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> AMERIDOSE, LLC, MEDICAL SALES ) <br> MANAGEMENT, INC., MEDICAL SALES ) <br> MANAGEMENT SW, INC., GDC ) <br> PROPERTIES MANAGEMENT, LLC, ) <br> ARL BIO PHARMA, INC. d/b/a ) <br> ANALYTICAL RESEARCH LABORATORIES, ) <br> BARRY J. CADDEN, GREGORY CONIGLIARO, ) <br> LISA CONIGLIARO CADDEN, DOUGLAS ) <br> CONIGLIARO, CARLA CONIGLIARO, ) <br> GLENN A. CHIN, SPECIALTY SURGERY ) <br> CENTER, LLC and UNIFIRST ) <br> CORPORATION A/D/B/A UNICLEAN ) <br> CLEANROOM SERVICES ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 1:13-cv-12490-FDS <br><br> MDL No.2419 <br> Master Docket No.1:13-md-2419-FDS <br><br> Honorable F. Dennis Saylor <br><br> **DEMAND FOR JURY TRIAL** <br><br> 2013 DEC 20 P 4: 15 |

## SHORT FORM COMPLAINT
## AGAINST UNAFFILIATED DEFENDANTS

☒   COUNT III: NEGLIGENCE AMD GROSS NEGLIGENCE (Against Clinic Related Defendant)

☒   COUNT VIII: FAILURE TO WARN (Against Clinic Related Defendant)

# **<u>NO CERTIFICATE OF GOOD FAITH EVER FILED</u>**