# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>RICHARD ESPOSTI and DANIELLE ESPOSTI, h/w<br>[Docket No. 1:14-cv-14086] | |

## PLAINTIFFS' DESIGNATION OF CONTENTS OF RECORD TO BE REMANDED

The Esposti matter has been remanded by this court to the United States District Court, District of New Jersey. The following are Plaintiff's Designation of the Contents of this Court's Record which should be remanded to the Clerk, District of New Jersey.

1. August 29, 2014: Memorandum Decision;

2. March 18, 2015: Plaintiffs' Motion for Leave to File Second Amended Complaint;

3. September 11, 2015: Notice by Plaintiffs of No Opposition to Plaintiffs' Motion;

4. September 16, 2015: Order Granting Leave to File Second Amended Complaint;

5. September 18, 2015: Second Amended Complaint.

6.

                                                  Law Offices of James J. Pettit, LLC

Dated:   October 25, 2016               By:  /s/  James J. Pettit
                                          James J. Pettit
                                          10,000 Lincoln Drive East
                                          Suite 201
                                          Marlton, New Jersey 08053
                                          Tel: 856-988-5513
                                          E-mail: james@jjpettitlaw.com
                                          Attorney for Plaintiffs