UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 13-2419-RWZ |
| This Document Relates To: All Actions | ) ) |  |

## NOTICE OF APPEARANCE

Now comes undersigned counsel for Glenn Chin and hereby files his Notice of Appearance in the above entitled matter.

/s/ Stephen J. Weymouth

Stephen J. Weymouth, BBO No. 523680
Law Offices of Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
sweymouth@sweymouthlaw.com

October 25, 2016