UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: NEW ENGLAND | ) | |
| COMPOUNDING PHARMACY, INC. | ) | |
| PRODUCT LIABILITY LITIGATION | ) | MDL No. 13-2419-RWZ |
| | ) | |
| This Document Relates To: | ) | |
| All Actions | ) | |

### REQUEST FOR WRITTEN APPROVAL FROM THE COURT TO ACCESS INFORMATION IN THE PSC REPOSITORY

Now comes Glenn Chin and respectfully requests permission to use in his related criminal trial any material from the U. S. Legal Repository subject to the Federal Rules of Criminal procedure, any and all applicable local rules, and all rulings made by Judge Stearns regarding the admissibility of the materials in the criminal case.

Counsel for Chin states that co-defendant Barry Cadden's Request for Written Approval from the Court to Access and Rely on Information in the PSC's Repository was allowed by this Honorable Court limited to the materials added before January 8, 2016. Counsel further notes that since the Court allowed access for Mr. Cadden it is only fair, as argued by the government, that access to these materials be permitted as to Mr. Chin and the other co-defendants subject to the same restrictions.

*/s/ Stephen J. Weymouth*

_____
/s/ Stephen J. Weymouth, BBO No. 523680
Law Offices of Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
sweymouth@sweymouthlaw.com

October 27, 2016

## **CERTIFICATE OF SERVICE**

I, Stephen J. Weymouth, hereby certify that I have served a copy of the foregoing motion through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 27, 2016.


/s/ Stephen J. Weymouth


_____

/s/ Stephen J. Weymouth