IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases<br>_____ | MDL Docket No. 2419 |
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This Document Relates to:<br>Tennessee Plaintiffs Represented by Counsel | Master File No. 1:13-MD-2419 (RWZ) |

MOTION TO PARTICIPATE BY TELEPHONE

The undersigned Tennessee counsel moves this Court for leave to address the Court during the status conference scheduled for November 3, 2016 at 2:00 p.m. before the Honorable Rya Zobel.

WHEREFORE, the undersigned request that the Court enter an Order allowing him to speak during the upcoming status conference.

Respectfully submitted,

 /s/ William D. Leader
William D. Leader (B.P.R. No. 09531)
LEADER, BULSO & NOLAN, PLC
414 Union Street, Suite 1740
Nashville, TN  37219
(615) 780-4111
bleader@leaderbulso.com

**CERTIFICATE OF SERVICE**

    I, William D. Leader, hereby certify that on October 28, 2016, I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

                                                              /s/ William D. Leader
                                                               William D. Leader