UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 02419 <br> Docket No. 1:13-md-2419-RWZ |
| ) | |
| This document relates to: ) | |
| ) | |
| Handy v. Box Hill Surgery Center, LLC, et al. ) <br> No: 1:14-cv-14019-RWZ ) | |
| ) | |
| Armetta v. Box Hill Surgery Center, LLC, et al. ) <br> No. 1:14-cv-14022-RWZ ) | |
| ) | |
| Torbeck v. Box Hill Surgery Center, LLC, et al. ) <br> No. 1:14-cv-14023-RWZ ) | |
| ) | |
| Kashi v. Box Hill Surgery Center, LLC, et al. ) <br> No. 1:14-cv-14026-RWZ ) | |
| ) | |
| Bowman v. Box Hill Surgery Center, LLC, et al. ) <br> No. 1:14-cv-14028-RWZ ) | |
| ) | |
| Dreisch v. Box Hill Surgery Center, LLC, et al. ) <br> No. 1:14-cv-14029-RWZ ) | |
| ) | |
| Davis v. Box Hill Surgery Center, LLC, et al. ) <br> No. 1:14-cv-14033-RWZ ) | |
| ) | |
| Farthing v. Box Hill Surgery Center, LLC, et al. ) <br> No. 1:14-cv-14036-RWZ ) | |

## MOTION FOR ADMISSION PRO HAC VICE OF BRYAN R. EBERT

Defendants, Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC, ("Box Hill Defendants") by and through their undersigned counsel, hereby moves that Bryan R. Ebert be admitted *pro hac vice* in the above action. Pursuant to the procedures set forth in the Court's Order on Admission of Attorneys of January 30, 2014 [Dkt. 827], this motion is accompanied by the Affidavit of Bryan R. Ebert (attached as Exhibit A).

Dated: November 1, 2016            Respectfully submitted,

                                         /s/ Gregory K. Kirby
                                         Gregory K. Kirby
                                         Pessin Katz Law, P.A.
                                         901 Dulaney Valley Road, Suite 500
                                         Towson, Maryland 21204
                                         (410) 938-8800
                                         ***Attorneys for Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C.***

## CERTIFICATE OF SERVICE

I, Gregory K. Kirby, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the plaintiffs in the individual cases, and will be sent to these parties by operation of the CM/ECF system.

Dated: November 1, 2016            /s/ Gregory K. Kirby
                                         Gregory K. Kirby
                                         Pessin Katz Law, P.A.
                                         901 Dulaney Valley Road, Suite 500
                                         Towson, Maryland 21204
                                         (410) 938-8800
                                         ***Attorneys for Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C.***