# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )  MDL No. 02419
LITIGATION )  Docket No. 1:13-md-2419-RWZ
_____ )
)
)
This document relates to: )
)
Handy v. Box Hill Surgery Center, LLC, et al. )
No: 1:14-cv-14019-RWZ )
)
Armetta v. Box Hill Surgery Center, LLC, et al. )
No. 1:14-cv-14022-RWZ )
)
Torbeck v. Box Hill Surgery Center, LLC, et al. )
No. 1:14-cv-14023-RWZ )
)
Kashi v. Box Hill Surgery Center, LLC, et al. )
No. 1:14-cv-14026-RWZ )
)
Bowman v. Box Hill Surgery Center, LLC, et al. )
No. 1:14-cv-14028-RWZ )
)
Dreisch v. Box Hill Surgery Center, LLC, et al. )
No. 1:14-cv-14029-RWZ )
)
Davis v. Box Hill Surgery Center, LLC, et al. )
No. 1:14-cv-14033-RWZ )
)
Farthing v. Box Hill Surgery Center, LLC, et al. )
No. 1:14-cv-14036-RWZ )

## AFFIDAVIT OF BRYAN R. EBERT IN SUPPORT
## OF MOTION FOR ADMISSION *PRO HAC VICE*

After being duly sworn, the affiant, Bryan R. Ebert, testifies pursuant to the procedures for admission *Pro Hac Vice* set forth in the Court's Order of January 30, 2014 [Dkt. 827]:

1.  I am an attorney with the law firm Pessin Katz Law, P.A., located at 901 Dulaney Valley Road, Suite 500, Towson, Maryland  21204.

2.   I am a member in good standing of the Maryland Bar and have been admitted to practice law in all state courts in Maryland and in the United States District Court for the District of Maryland.

3.   I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4.   In addition to Gregory K. Kirby, I represent the following parties in cases currently pending in In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation, MDL Docket No. 1:13-md-2419-RWZ:  Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., Ritu T. Bhambhani, M.D., L.L.C.

5.   I have accessed the Local Rules for the U.S. District Court for the District of Massachusetts in an effort to familiarize myself with the rules prior to appearing in relation to this matter.

6.   If admitted, I agree to abide by all applicable laws and rules governing the conduct of attorneys in this court.

Further affiant saith not.


_____
Bryan R. Ebert

STATE OF MARYLAND     )
                      )
COUNTY OF BALTIMORE)

Sworn and subscribed to before me this ___1st___ day of November, 20**16**.


_____
Notary Public

My commission expires: ___4/11/18___