# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |
| This document relates to: | ) |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No: 1:14-cv-14019-RWZ | ) |
| Armetta v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | ) |
| Torbeck v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14023-RWZ | ) |
| Kashi v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | ) |
| Bowman v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | ) |
| Dreisch v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | ) |
| Davis v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | ) |
| Farthing v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | ) |

## **AFFIDAVIT OF CATHERINE W. STEINER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

After being duly sworn, the affiant, Catherine W. Steiner, testifies pursuant to the procedures for admission *Pro Hac Vice* set forth in the Court's Order of January 30, 2014 [Dkt. 827]:

1. I am an attorney with the law firm Pessin Katz Law, P.A., located at 901 Dulaney Valley Road, Suite 500, Towson, Maryland 21204.

4

1750388_2

2. I am a member in good standing of the Maryland Bar and have been admitted to practice law in all state courts in Maryland, in the United States District Court for the District of Maryland and United States Court of Appeals for the Fourth Circuit.

3. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. In addition to Gregory K. Kirby, I represent the following parties in cases currently pending in In Re New England Compounding Pharmacy, Inc. Products Liability Litigation, MDL Docket No. 1:13-md-2419-RWZ: Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., Ritu T. Bhambhani, M.D., L.L.C.

5. I have accessed the Local Rules for the U.S. District Court for the District of Massachusetts in an effort to familiarize myself with the rules prior to appearing in relation to this matter.

6. If admitted, I agree to abide by all applicable laws and rules governing the conduct of attorneys in this court.

Further affiant saith not.

_Catherine W. Steiner_
Catherine W. Steiner

STATE OF MARYLAND  )
                   )
COUNTY OF BALTIMORE)

Sworn and subscribed to before me this **1st** day of November, 2016.

_Renee G. Johnson_
Notary Public

My commission expires: **4/11/18**

5

1750388_2