## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> This Document Relates to: ) <br> All Cases ) <br> _____ ) <br> ) <br> IN RE: NEW ENGLAND COMPOUNDING ) <br> PHARMACY CASES ) <br> ) <br> This Document Relates to: ) <br> Minnesota unpaid claims and ) <br> other unpaid claims ) <br> ) | MDL Docket No. 2419 <br><br><br><br> Mast File No. 1:13-MD-2419 (RWZ) |

### MOTION TO PARTICIPATE BY TELEPHONE

The undersigned Minnesota counsel moves this Court for leave to address the Court during the status conference scheduled for November 2, 2016 at 10:00 a.m. before the Honorable Rya Zobel.

WHEREFORE, the undersigned request that the Court enter an Order allowing him to speak during the upcoming status conference.

 

Respectfully Submitted,

GOLDENBEREGLAW, PLLC

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN Bar No. 0158719)
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612)335-9960
slgoldenberg@goldenberglaw.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

                                                */s/ Stuart L. Goldenberg*
                                                Stuart L. Goldenberg