# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATIONS** )<br>)<br>)<br>) | **MDL No. 2419**<br>**No. 1:13-md-02419-RWZ** |

**THIS DOCUMENT RELATES TO:** )

Musselwhite v. Advanced Pain & Anesthesia
Consultants
No: 1:14-cv-13676

Kennedy, et al. v. Advanced Pain & Anesthesia
Consultants
No. 1:14-cv-13689

Brady, et al. v. Cincinnati Pain Management
Consultants
No. 1:14-cv-10284

Pettit, et al. v. Cincinnati Pain Management
Consultants
No. 1:14-cv-11224

Montee v. BKC Pain Specialists
No. 1:13-cv-12657

Cooper, et al. v. BKC Pain Specialists
No:1:13-cv-12659

Wynstock, et al. v. Ameridose, et al.,
No. 1:14-cv-12884

Jeffries, et al. v. Ameridose, et al.,
No. 1:14-cv-12789

Edwards v. Unifirst, et al.,
No. 1:13-cv-13209

Overstreet, et al. v. Premier Orthopaedic
Associates Surgical Center, LLC, et al.,
No. 1:14-cv-13760

## MOTION FOR LEAVE TO APPEAR BY TELEPHONE

NOW COMES Plaintiffs Michael R. Kennedy, Barbara Kennedy, Leslie G. Musselwhite, Joseph Brady, Rebecca Brady, Sally L. Pettit, Jeff Pettit, Donna Montee, David L. Cooper, Kimberly J. Bradley Cooper, Michelle Janin Luna, Clay C. Jeffries, Susan M. Edwards, John D. Overstreet, and Joann Overstreet, by and through their attorneys, Janet, Jenner & Suggs, LLC, and hereby file this Motion for Leave to Appear by Telephone in the above-captioned matter. In support thereof we submit as follows:

1. Attorney Justin A. Browne represents the above-named Plaintiffs in the above-referenced cases and requests leave to speak by telephone during the status conference (before both Judge Boal and Judge Zobel at 10:00 am) scheduled on November 2, 2016.

2. Counsel intends to speak on the status of the remand and transfer, dismissal and withdrawal of counsel for the above-mentioned cases.

Wherefore, Plaintiffs respectfully pray that this Honorable Court:

A. Allow counsel to be heard; and

B. Grant any other relief that is just and necessary.

Plaintiffs,
By Their Attorney,

Dated:  November 1, 2016

*/s/ Justin A. Browne*
Justin A. Browne, Esquire
(Bar No. 29164)
Janet, Jenner & Suggs, LLC
1777 Reisterstown Road, Suite 165
Baltimore, Maryland 21208
T: (410) 653-3200
F: (410) 653-6903
jbrowne@myadvocates.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day 1st of November 2016, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

<u>*/s/ Justin A. Browne*</u>
Justin A. Browne, Esquire