UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATIONS**<br><br>**THIS DOCUMENT RELATES TO:**<br>Musselwhite v. Unifirst, et al.<br>No. 1:13-cv-13228<br>Musselwhite v. Advanced Pain & Anesthesia Consultants, et al., No. 1:14-cv-13676<br><br>Kennedy, et al. v. Unifirst, et al.<br>No. 1:13-cv-13227<br>Kennedy, et al. v. Advanced Pain & Anesthesia Consultants, et al.<br>No. 1:14-cv-13689<br><br>Brady, et al. v. Cincinnati Pain Management Consultants<br>No. 1:14-cv-10284<br><br>Pettit, et al. v. Cincinnati Pain Management Consultants<br>No. 1:14-cv-11224<br><br>Montee v. BKC Pain Specialists, et al.<br>No. 1:13-cv-12657<br><br>Cooper, et al. v. BKC Pain Specialists, et al.<br>No:1:13-cv-12659<br><br>Wynstock, et al. v. Ameridose, et al.,<br>No. 1:14-cv-12884<br><br>Jeffries, et al. v. Ameridose, et al.,<br>No. 1:14-cv-12789<br><br>Edwards v. Minnesota Surgery Center, et al.,<br>No. 1:13-cv-13209<br><br>Overstreet, et al. v. Premier Orthopaedic Associates Surgical Center, LLC, et al.,<br>No. 1:14-cv-13760 | **MDL No. 2419**<br>**No. 1:13-md-02419-RWZ** |

## STATUS REPORT RELATED TO JANET, JENNER & SUGGS, LLC'S SMALL CLINIC CASES

Pursuant to the Court's request during the status conference on September 28, 2016, Plaintiffs' counsel submits this status report regarding the remand and transfer and voluntary dismissals of the cases detailed below.

Since the hearing, the following cases have been voluntarily dismissed:

a) Brady, et al. v. Cincinnati Pain Management Consultants; No. 1:14-cv-10284

Dismissal filed on September 29, 2016

b) Cooper, et al. v. BKC Pain Specialists, et al.; No:1:13-cv-12659

Dismissal filed on September 30, 2016

c) Montee v. BKC Pain Specialists, et al.; No. 1:13-cv-12657

Dismissal filed on September 29, 2016

d) Pettit, et al. v. Cincinnati Pain Management Consultants, et al.; No. 1:14-cv-11224

Dismissal filed on September 29, 2016

e) Wynstock, et al. v. Ameridose, et al.; No. 1:14-cv-12884

Dismissal filed on October 14, 2016

f) Jeffries, et al. v. Ameridose, et al.; No. 1:14-cv-12789

Dismissal filed on October 31, 2016

The following Plaintiffs have provided written consent to remand and transfer of their cases and to Plaintiffs' counsel's withdrawal of appearance and representation prior to remand. All Plaintiffs have either retained new counsel in transferor/homestate jurisdiction or are in the

2

process of meeting with new attorneys this week. Therefore, Plaintiffs' counsel has filed separate motions to withdraw as counsel from these cases prior to remand and transfer:

    a.    Overstreet, et al. v. Premier Orthopaedic Associates Surgical Center, LLC, et al.; No. 1:14-cv-13760;

    b.    Kennedy, et al. v. Unifirst, et al., No. 1:13-cv-13227; Kennedy, et al. v. Advanced Pain & Anesthesia Consultants, et al., No. 1:14-cv-13689;

    c.    Musselwhite v. Unifirst, et al., No. 1:13-cv-13228; Musselwhite v. Advanced Pain & Anesthesia Consultants, et al., No. 1:14-cv-13676 (confirmation of retention of another lawyer); and

    d.    Edwards v. Minnesota Surgery Center, et al.; No. 1:13-cv-13209.

Plaintiffs' counsel, Attorney Justin Browne, will appear telephonically to address any of the Court's concerns related to these matters.

Dated: <u>November 1, 2016</u>

                              Respectfully Submitted,
                              Plaintiffs,
                              By Their Attorney,

                              */s/ Kimberly A. Dougherty*
                              Kimberly A. Dougherty (BBO# 658014)
                              JANET, JENNER & SUGGS, LLC
                              31 St. James Ave., Suite 365
                              Boston, MA  02116
                              T: (617) 933-1265
                              F: (410) 653-9030
                              kdougherty@myadvocates.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 1st day of November, 2016, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

                                              */s/ Kimberly A. Dougherty*
                                              Kimberly A. Dougherty