The undersigned law firms represent approximately 500 creditors and would like to discuss with the Tort Trustee the progress of payments and the process moving forward.

It was our understanding that the major source of delays in the initial distributions of payments was due to extensive negotiations with Medicare and the Department of Justice regarding lien resolution. Full agreement was finally reached on August 23, 2016. However, there appears to be a significant delay in the issuance of Certification Letters and attendant payments, especially now that the deal with Medicare has been finalized. For example, Colling Gilbert Wright & Carter, LLC represents 50 claimants, including six Category I death cases. So far, that firm has only received one check (2%), which was for a Category VI claim.  Andrews Thornton Higgins Razmara, LLP represents 200 Claimants and has received 15 checks (7.5%), 14 of which were for Category VI and Category VII claims.

We want to fully understand the reasons behind this apparent delay and the plan for future expedition and appreciate the opportunity for discussion.

Sincerely,

Andrews Thornton Higgins Razmara, LLP
Cohen, Placitella & Roth, PC
Colling Gilbert Wright & Carter, LLC
Dingeman & Dancer, PLC
Foley & Small
Galligan & Newman
Gentry Locke
GoldenbergLaw, PLLC
Skikos, Crawford, Skikos & Joseph, LLP
Sommers Schwartz, PC