IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> Bequette v. Ameridose, et al.; No. 1:13-cv-12429; <br> Bland v. Ameridose, et al.; No. 1:13-cv-11881; <br> Deol v. Ameridose, et al.; No. 1:13-cv-12841; <br> Garland v. Ameridose, et al.; No. 1:13-cv-12736; <br> Hurt v. Ameridose, et al.; No. 1:13-cv-12605; <br> Judd v. Ameridose, et al.; No. 1:13-cv-13120; <br> Kirkwood v. Ameridose, et al.; No. 1:13-cv-12431; <br> Martin v. Ameridose, et al.; No. 1:13-cv-12624; <br> May v. Ameridose, et al.; No. 1:13-cv-12234; <br> McElwee v. Ameridose, et al.; No. 1:13-cv-12625; <br> Osborne v. Ameridose, et al.; No. 1:13-cv-12739; <br> Parman v. Ameridose, et al.; No. 1:13-cv-12433; <br> Pellicone v. Ameridose, et al.; No. 1:13-cv-12916; <br> Reed v. Ameridose, et al.; No. 1:13-cv-12565; <br> Richards v. Ameridose, et al.; No. 1:13-cv-12603; <br> Wiley v. Ameridose, et al.; No. 1:13-cv-12305; <br> Williams v. Ameridose, et al.; No. 1:13-cv-12434. <br><br> and <br><br> Adamson v. Ameridose, LLC et al.; 1:13-cv-12734; <br> Brinton v. Ameridose, LLC; 1:13-cv-12612; <br> Bumgarner et al v. Ameridose, LLC et al.; 1:13-cv-12679; <br> Chambers et al v. Ameridose, LLC, et al; 1:13-cv-12591; <br> Eggleston et al v. Ameridose, LLC; 1:13-cv-12589; <br> Fuelling et al v. Ameridose, LLC; 1:13-cv-12741; <br> Hill et al v. Ameridose, LLC et al.; 1:13-cv-12622; <br> Johnson, et al v. Ameridose, LLC, et al.; 1:13-cv-12621; <br> Kirby v. Ameridose, LLC et al.; 1:13-cv-12592; <br> Knight v. Ameridose, LLC et al; 1:13-cv-12563; <br> Koonce et al v. Ameridose, LLC; 1:13-cv-12590; <br> Lemberg, et al. v. Ameridose, LLC, et al.; 1:13-cv-12617; <br> Lodowski et al v. Ameridose, LLC et al.; 1:13-cv-12572; <br> Lovelace v. Ameridose, LLC et al.; 1:13-cv-12772; <br> Mathias v. Ameridose, LLC et al.; 1:13-cv-12574; | MDL No. 2419 <br> Dkt. No. 1:13-md-2419 (RWZ) |

{00101827.DOCX / ver: }

| | |
|---|---|
| McCulloch et al v. Ameridose, LLC et al.; 1:13-cv-12610; | ) |
| McKee et al v. Ameridose, LLC et al.; 1:13-cv-12779; | ) |
| Meeker et al v. Ameridose, LLC; 1:13-cv-12616; | ) |
| Miller v. Ameridose, LLC et al; 1:13-cv-12570; | ) |
| Minor et al v. Ameridose, LLC et al.; 1:13-cv-12836; | ) |
| Noble et al v. Ameridose, LLC et al.; 1:13-cv-12606; | ) |
| Pelters et al v. Ameridose, LLC; 1:13-cv-12780; | ) |
| Pruitt et al v. Ameridose, LLC; 1:13-cv-12573; | ) |
| Ragland v. Ameridose, LLC et al.; 1:13-cv-12778; | ) |
| Redkevitch et al v. Ameridose, LLC et al.; 1:13-cv-12666; | ) |
| Rhind et al v. Ameridose, LLC, et al.; 1:13-cv-12740; | ) |
| Robnett et al v. Ameridose, LLC et al.; 1:13-cv-12613; | ) |
| Ruhl et al v. Ameridose, LLC et al.; 1:13-cv-12670; | ) |
| Russell et al v. Ameridose, LLC; 1:13-cv-12794; | ) |
| Rybinski v. Ameridose, LLC et al.; 1:13-cv-12818; | ) |
| Scott et al v. Ameridose, LLC et al.; 1:13-cv-12578; | ) |
| Settle et al v. Ameridose, LLC et al; 1:13-cv-12569; | ) |
| Sharer et al v. Ameridose, LLC et al.; 1:13-cv-12577; | ) |
| Skelton et al v. Ameridose, LLC et al.; 1:13-cv-12575; | ) |
| Slatton et al v. Ameridose, LLC et al.; 1:13-cv-12618; | ) |
| Smith, et al v. Ameridose, LLC, et al.; 1:13-cv-12684; | ) |
| Sullivan et al v. Ameridose, LLC et al.; 1:13-cv-12781; | ) |
| Wanta et al v. Ameridose, LLC et al.; 1:13-cv-12623; | ) |
| Weaver v. Ameridose, LLC et al.; 1:13-cv-12681; | ) |
| Young v. Ameridose, LLC et al.; 1:13-cv-12594; | ) |
| Youree et al v. Ameridose, LLC et al; 1:13-cv-12566. | |

## NOTICE TO WITHDRAW MOTION THAT THREE QUESTIONS BE ANSWERED CONCERNING STATUS OF PAYMENTS BY TORT TRUSTEE

The Tort Trustee has provided the information requested in Plaintiffs' Motion [Dkt. 3156]. Accordingly, the 58 referenced meningitis victims withdraw their Motion That Three Questions Be Answered Concerning Status of Payments By Tort Trustee.

Respectfully submitted,

/s/ William D. Leader
William D. Leader (B.P.R. No. 09531)
George Nolan (B.P.R. No. 14974)
LEADER, BULSO & NOLAN, PLC
414 Union Street, Suite 1740
Nashville, TN  37219
(615) 780-4111
bleader@leaderbulso.com
gnolan@leaderbulso.com


/s/ Daniel L. Clayton
Randall L. Kinnard (B.P.R. No. 04714)
Daniel L. Clayton (B.P.R. No. 12600)
KINNARD, CLAYTON & BEVERIDGE
127 Woodmont Blvd.
Nashville, TN 37205-2211
(615) 297-1007
rkinnard@kcbattys.com
dclayton@kcbattys.com


**CERTIFICATE OF SERVICE**

    I, William D. Leader, hereby certify that on November 2, 2016, I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

/s/ William D. Leader
William D. Leader