UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: : <br> : <br> Barbara J. Stansbery and : <br> Paul Stansbery, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> NEW ENGLAND COMPOUNDING : <br> PHARMACY, INC., d/b/a NEW : <br> ENGLAND COMPOUNDING CENTER, : <br> : <br> UNIFIRST CORPORATION, A/D/B/A : <br> UNICLEAN CLEANROOM : <br> SERVICES, : <br> : <br> BKC PAIN SPECIALISTS, LLC, : <br> : <br> Defendants. : | CIVIL ACTION NO. 14-cv-12323 <br><br> **MDL No. 2419** <br> **Master Docket No. 1:13-md-2419** <br><br> Honorable Rya W. Zobel <br><br> **NOTICE OF APPEARANCE** <br> **AND NOTICE OF FIRM NAME CHANGE** |

Please take notice that the undersigned Ryan M. Osterholm hereby appears as counsel for Plaintiff Barbara Stansbery and in the NECC MDL matter noted above.

Please also take notice that the PritzkerOlsen, P.A. firm is now known as Pritzker Hageman, P.A.

Dated: 11/10/16          Pritzker Hageman, P.A.


                         By: */s/ Ryan M. Osterholm*
                         Ryan M. Osterholm (MN #0390152)
                         Attorneys for Plaintiff Stansbery
                         2950 PwC Plaza
                         45 South Seventh Street
                         Minneapolis, MN 55402-1652
                         (612) 338-0202
                         ryan@pritzkerlaw.com

CERTIFICATION OF SERVICE

      I certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.


      /s/ Susan A. Kaiser, Pritzker Hageman, P.A.