UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs, | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COME NOW, Harry M. Roth, on behalf of the above captioned Plaintiff, Meghan Handy and move, pursuant to the procedures set forth in the Court's Order on Admission of Attorneys of

January 30, 2014 [Dkt. 827], for admission *pro hac vice* in the above-referenced litigation. In support of this Motion, undersigned counsel states:

1. Mr. Roth has attached an Affidavit to this Motion affirming that he is a member of the bar in good standing in every jurisdiction where he is admitted to practice, there are no disciplinary proceedings pending against him and he is familiar with the Local Rules of the U.S. District Court for the District of Massachusetts. *See* Exhibit A, Affidavit of Harry M. Roth, in support of Motion for Admission *Pro Hac Vice*.

2. The appropriate filing fee for admission of undersigned counsel *pro hac vice* is submitted herewith.

WHEREFORE, undersigned counsel respectfully requests that this Court grant the Motion for Admission *Pro Hac Vice* in the above-referenced MDL litigation.

Respectfully Submitted,

/s/ Harry M. Roth
Harry M. Roth, Esq. (Pro hac vice)
**Cohen, Placitella & Roth PC**
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103
(215) 567.3500
(215) 567-6019

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing Motion for Admission *Pro Hac Vice* was served on all counsel of record by virtue of the Court's electronic filing system this 10th day of November, 2016.

Respectfully Submitted,

/s/ Harry M. Roth
Harry M. Roth, Esq. (Pro hac vice)
**Cohen, Placitella & Roth PC**
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103
(215) 567.3500
(215) 567-6019
*Attorney for Plaintiff Handy*