UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |

## <u>AFFIDAVIT OF HARRY M. ROTH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*</u>

After being duly sworn, the affiant, Harry M. Roth, testifies pursuant to the procedures for admission *Pro Hac Vice* set forth in the Court's order of January 30, 2014 [Dkt. 827]:

1. I am an attorney with the Law Offices of Cohen, Placitella & Roth, P.C., located at Two Commerce Square, 2001 Market Street, Suite 2900, Philadelphia, PA 19103.

2. I am a member in good standing of the Pennsylvania Bar, and the District of Columbia Bar. I have been admitted to practice law in all state courts in Pennsylvania and in the District of Columbia.

3. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. In addition to Michael Coren, Esquire, I represent plaintiff Meghan Handy in a cases currently pending in In Re New England Compounding Pharmacy, Inc., Products Liability Litigation, MDL Docket No.: 1:13-md-2419-RWZ.

5. I have accessed the Local Rules for the U.S. District Court for the District of Massachusetts in an effort to familiarize myself with the rules prior to appearing in relation to this matter.

6. If admitted, I agree to abide by all applicable laws and rules governing the conduct of attorneys in this court.

Further affiant saith not.

_____
HARRY M. ROTH

STATE OF PENNSYLVANIA, CITY OF PHILADELPHIA:

Sworn and subscribed to before me this ___10th___ day of November, 2016.

_Margaret Rheinstadter_
Notary Public

My Commission Expires: __10/11/2019__

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARGARET RHEINSTADTER
Notary Public
CITY OF PHILADELPHIA, PHILADELPHIA CNTY
My Commission Expires Oct 11, 2019