UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COME NOW, Patricia J. Kasputys, Jay D. Miller, Glenn E. Mintzer, Sharon L. Hosuton, and the Law Offices of Peter G. Angelos, P.C., on behalf of the above captioned Plaintiffs and

1

move, pursuant to the procedures set forth in the Court's Order on Admission of Attorneys of January 30, 2014 [Dkt. 827], for admission *pro hac vice* in the above-referenced litigation. In support of this Motion, undersigned counsel states:

1. Ms. Kasputys has attached an Affidavit to this Motion affirming that she is a member of the bar in good standing in every jurisdiction where she is admitted to practice, there are no disciplinary proceedings pending against her and she is familiar with the Local Rules of the U.S. District Court for the District of Massachusetts. *See* Exhibit A, Affidavit of Patricia J. Kasputys in support of Motion for Admission *Pro Hac Vice*.

2. Mr. Miller has attached an Affidavit to this Motion affirming that he is a member of the bar in good standing in every jurisdiction where he is admitted to practice, there are no disciplinary proceedings pending against him and he is familiar with the Local Rules of the U.S. District Court for the District of Massachusetts. *See* Exhibit B, Affidavit of Jay D. Miller in support of Motion for Admission *Pro Hac Vice*.

3. Mr. Mintzer has attached an Affidavit to this Motion affirming that he is a member of the bar in good standing in every jurisdiction where he is admitted to practice, there are no disciplinary proceedings pending against him and he is familiar with the Local Rules of the U.S. District Court for the District of Massachusetts. *See* Exhibit C, Affidavit of Glenn E. Mintzer in support of Motion for Admission *Pro Hac Vice*.

4. Ms. Houston has attached an Affidavit to this Motion affirming that she is a member of the bar in good standing in every jurisdiction where she is admitted to practice, there are no disciplinary proceedings pending against her and she is familiar with the Local Rules of the U.S. District Court for the District of Massachusetts. *See* Exhibit D, Affidavit of Sharon L. Houston in support of Motion for Admission *Pro Hac Vice*.

5.  The appropriate filing fee for admission of undersigned counsel *pro hac vice* is submitted herewith.

WHEREFORE, undersigned counsel respectfully requests that this Court grant their Motion for Admission *Pro Hac Vice* in the above-referenced MDL litigation.

Dated: November 11, 2016                             Respectfully submitted,

/s/ Patricia J. Kasputys
LAW OFFICES OF PETER G. ANGELOS, P.C.
Patricia J. Kasputys
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201
410-649-2000
410-649-2101 (fax)
pkasputys@lawpga.com

/s/ Jay D. Miller
LAW OFFICES OF PETER G. ANGELOS, P.C
Jay D. Miller
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201
410-649-2000
410-649-2101
jmiller@lawpga.com

/s/ Glenn E. Mintzer
LAW OFFICES OF PETER G. ANGELOS, P.C.
Glenn E. Mintzer
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201
410-649-2000
410-649-2101 (fax)
gmintzer@lawpga.com

/s/ Sharon L. Houston
LAW OFFICES OF PETER G. ANGELOS, P.C
Sharon L. Houston
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201
410-649-2000
410-649-2101
shouston@lawpga.com

### CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing Motion for Admission *Pro Hac Vice* was served on all counsel of record by virtue of the Court's electronic filing system this 11th day of November, 2016.

/s/ Patricia J. Kasputys
Patricia J. Kasputys