# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |

### AFFIDAVIT OF GLENN E. MINTZER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

After being duly sworn, the affiant, Glenn E. Mintzer, testifies pursuant to the procedures for admission *Pro Hac Vice* set forth in the Court's order of January 30, 2014 [Dkt. 827]:

1. I am an attorney with the Law Offices of Peter G. Angelos, P.C., located at One North Charles Center, 100 N. Charles Street, Baltimore, Maryland 21201.

2. I am a member in good standing of the Maryland Bar, Florida Bar, and the Louisiana Bar. I have been admitted to practice law in all state courts in Maryland, in the state of Florida, in the state of Louisiana, the United States Supreme Court, in the United States Court of Appeals for the Fourth Circuit, and in the United States District Court for the District of Maryland.

3. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. In addition to Patricia J. Kasputys, Jay D. Miller, and Sharon L. Houston, I represent the above captioned parties in cases currently pending in In Re New England Compounding Pharmacy, Inc., Products Liability Litigation, MDL Docket No.: 1:13-md-2419-RWZ.

5. I have accessed the Local Rules for the U.S. District Court for the District of Massachusetts in an effort to familiarize myself with the rules prior to appearing in relation to this matter.

6. If admitted, I agree to abide by all applicable laws and rules governing the conduct of attorneys in this court.

Further affiant saith not.

_____
Glenn E. Mintzer

STATE OF MARYLAND, CITY OF BALTIMORE:

Sworn and subscribed to before me this __11th__ day of November, 2016.

_____
Notary Public

My Commission Expires: 10/24/2019