UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

NOTICE OF FILING MODIFIED PROPOSED AMENDED QUALIFIED
PROTECTIVE ORDERS CONCERNING PRODUCTION OF CERTAIN
INFORMATION MAINTAINED BY THIRD PARTY PAYORS AND MEDICAID
AGENCIES

On October 19, 2016, the Plaintiffs' Steering Committee ("PSC") moved this Court for entry of an Amended Qualified Protective Order Concerning the Production of Certain Information Maintained by Third Party Payors and an Amended Qualified Protective Order Concerning Production of Certain Information Maintained By Medicaid Agencies (Dkt. No. 3134, the "Motion".)  At the November 2, 2016 Status Conference the Court requested that the PSC and counsel for certain Clinic Defendants meet and confer on resolution of the Motion.  The meet and confer process is now completed and the PSC files the newly modified proposed qualified protective orders, which those Clinic Defendants have indicated they do not oppose. Accordingly, the PSC respectfully requests the Court grant the Motion and enter the amended qualified protective orders attached to this Notice as opposed to the proposed qualified protective orders filed with the Motion.

Dated: November 11, 2016                    Respectfully submitted,

                                            **/s/ Benjamin A. Gastel**
                                            J. Gerard Stranch, IV
                                            Benjamin A. Gastel
                                            BRANSETTER, STRANCH &
                                            JENNINGS PLLC

{004663/16189/00406346.DOCX / Ver.1}

223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com


Thomas M. Sobol
Kristen A. Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com


Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

{004663/16189/00406346.DOCX / Ver.1}

## CERTIFICATE OF SERVICE

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: November 11, 2016          **/s/ Benjamin A. Gastel**
                                  Benjamin A. Gastel