UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br>  ) <br> All Cases ) <br>  ) | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**Notice of Stipulation of Extension of Time for SSC Defendants to File Sur-Reply in Opposition to *PSC'S CROSS MOTION TO EXTEND TIME TO FILE CERTIFICATES OF GOOD FAITH* [Doc. 3121]**

Specialty Surgery Center, PLLC; Kenneth Lister, MD, PC; and Kenneth R. Lister, MD (collectively "SSC Defendants") hereby give notice to this honorable Court and all parties that, consistent with MDL Order No. 11 [Doc. 1524], the SSC Defendants and the PSC (two of the "Impacted Parties" with regard to these motions) have agreed the SSC Defendants shall have through November 18, 2016, to file a sur-reply to the *PSC's Cross Motion to Extend Time to File Certificates of Good Faith* [Doc. 3121].

MDL Order No. 11 permits replies and sur-replies for dispositive motions. On November 4, 2016, the PSC filed a reply in support of its motion to extend, with the assent of the SSC Defendants [Doc. 3168]. MDL Order No. 11, however, does not specify a deadline for filing sur-replies. Out of an abundance of caution, the SSC Defendants reached an agreement with the PSC to file a sur-reply by November 18, 2016.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

*/s/ Chris J. Tardio*
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

***Attorneys for the SSC Defendants***

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 15th day of November, 2016.

*/s/ Chris J. Tardio*
**Chris J. Tardio**