UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:<br><br>**New England Compounding Pharmacy, Inc.**<br><br>Products Liability Litigation | **MDL No. 2419**<br>**Master Docket No. 1:13-md-2419**<br><br>Honorable Rya W. Zobel |

# NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM MAILING AND ELECTRONIC SERVICE LISTS

I, Elliot L. Olsen, as attorney for various plaintiffs in the above-captioned MDL, hereby give notice of withdrawal of my individual appearance and respectfully request removal from all mailing and electronic service lists in this case.

Dated: 11/17/16          PritzkerOlsen, P.A.


By: */s/ Elliot L. Olsen*
Elliot L. Olsen (MN #203750)
Attorneys for MDL Plaintiffs
2950 PwC Plaza
45 South Seventh Street
Minneapolis, MN 55402-1652
(612) 338-0202
elliot@pritzkerlaw.com


CERTIFICATION OF SERVICE

I certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

/s/ Susan A. Kaiser, PritzkerOlsen, P.A.