UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF FILING PROPOSED ORDER FOR DISTRIBUTION OF COMMON BENEFIT FEES AND EXPENSES**

The Plaintiffs' Steering Committee hereby submits a proposed order granting the requested allocation of fees and expenses as set forth in its Motion for Distribution of Common Benefit Fees and Expenses [Dkt. No. 3105] and its Revised Proposed Allocation of Common Benefit Fees and Expenses [Dkt. No. 3129].

Since the PSC submitted its Revised Proposed Allocation of Common Benefit Fees and Expenses [Dkt. No. 3129], we have received three additional invoices, totaling $8,398.90, comprised of two invoices for repositories and an invoice from the accountant who audited the expenses for the common benefit motion. We ask that the Court approve payment of these expenses. This will result in a modest pro rata reduction in fees for all firms.

Lead Counsel for the PSC will discuss the Motion for Distribution with the Court at the next regularly scheduled status conference, set for December 8, 2016 at 2:00 pm.

Dated: November 21, 2016

Respectfully submitted,

**/s/ Thomas M. Sobol**
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH &
JENNINGS PLLC
The Freedom Center

3

        223 Rosa L. Parks Avenue, Suite 200
        Nashville, TN  37203
        Phone: (615) 254-8801
        Fax: (615) 255-5419
        gerards@branstetterlaw.com

        Mark Zamora
        ZAMORA FIRM
        6 Concourse Parkway, 22nd Floor
        Atlanta, GA 30328
        Phone: (404) 451-7781
        Fax: (404) 506-9223
        mark@markzamora.com

        *Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, Thomas M. Sobol, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: November 21, 2016          **/s/ Thomas M. Sobol**
         Thomas M. Sobol, BBO # 471770