UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**[PROPOSED] ORDER FOR DISTRIBUTION OF
COMMON BENEFIT FEES AND EXPENSES**

Having considered the Plaintiff Steering Committee's Motion for Distribution of Common Benefit Fees and Expenses [Dkt. No. 3105] as well as the revised suggested allocation of common benefit fees amongst the participating law firms subsequently filed by the PSC [Dkt. No. 3129], and having received no opposition or objections to the PSC's Motion for Distribution of Common Benefit Fees and Expenses,

IT IS HEREBY ORDERED:

1. The PSC's Motion for Distribution of Common Benefit Fees and Expenses, as subsequently revised, is hereby granted;

2. The Tort Trustee, Lynne F. Riley of Casner & Edwards P.C., who currently holds the Common Benefit Fund previously established by MDL Order No. 8 [Dkt. No. 1333], is hereby authorized to allocate the entire Common Benefit Fund held, and to pay the balance of the Common Benefit Fund, as set forth below.

3. The Court hereby authorizes payment of the following invoices:

   To Rust Omni, for invoice 3647: $1,172

   To U.S. Legal, for invoice ESI007968: $3,681.42

   To Caras and Shulman, PC (accountants), for invoice 64010: $3,545.00

4. As requested by the PSC's Motion, reimbursement of expenses shall be made in the amounts and to the firms listed on Exhibit BB to the PSC's Revised Proposed Allocation [Dkt. 3129]. The invoices identified in paragraph 3 shall also be paid.

5. Fees shall then be allocated in the amounts and to the firms listed on Exhibit AA to the PSC's Revised Proposed Allocation [Dkt. No. 3129], less a pro rata reduction to account for the invoices identified in paragraph 3.

6. To the extent that interest has accrued on funds held in the Common Benefit Fund between the time the PSC filed its revised allocation of fees and expenses and the time of distribution by the Tort Trustee, such accrued interest shall be allocated, pro-rata, to each firm listed on Exhibit AA to the PSC's Revised Proposed Allocation [Dkt. No. 3129].

SO ORDERED.

_____
Hon. Rya W. Zobel
United States District Judge