# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>          Plaintiffs, | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |
| Handy, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ | |

<u>NOTICE OF FILING SUBPOENA DUCES TECUM
TO HARFORD COUNTY AMBULATORY SURGICAL CENTER, LLC</u>

The Plaintiffs give notice to the Court and to all parties, pursuant to Federal Rules of Civil Procedure 45(a)(4), of the issuance of a subpoena duces tecum to Harford County Ambulatory Surgical Center, LLC ("HCASC"), for the subpoena duces tecum commands the production of documents. The subpoena is attached as Exhibit 1 hereto.

A copy of this Court's Order, Granting in Part Motion to Compel, Doc. No. 3186, is attached as Exhibit 2. The Court's Order requires HCASC to produce the responsive documents within two weeks after service of the subpoena.

Dated:  November 21, 2016                    Respectfully submitted,


                                             <u>/s/ Sharon L. Houston</u>
                                             Patricia J. Kasputys
                                             Jay D. Miller
                                             Glenn E. Mintzer
                                             Sharon L. Houston
                                             Law Offices of Peter G. Angelos, P.C.
                                             100 N. Charles Street
                                             Baltimore, MD  21201
                                             (410) 649-2000
                                             *Attorneys for Plaintiffs*


                                             <u>/s/ Michael Coren</u>
                                             Harry M. Roth
                                             Michael Coren
                                             Cohen Placitella & Roth. P.C.
                                             2001 Market Street
                                             Suite 2900
                                             Philadelphia, PA  19103
                                             (215) 567-3500
                                             *Attorneys for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I, Sharon L. Houston, hereby certify that on November 21, 2016, I caused a copy of the foregoing document to be filed electronically, via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

/s/ Sharon L. Houston
Sharon L. Houston