# EXHIBIT 2

## Debora Trotz

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Thursday, November 17, 2016 1:34 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:13-md-02419-RWZ In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation Order on Motion to Compel |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**District of Massachusetts**

## Notice of Electronic Filing

The following transaction was entered on 11/17/2016 at 1:34 PM EST and filed on 11/17/2016
**Case Name:**    In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation
**Case Number:**    1:13-md-02419-RWZ
**Filer:**
**Document Number:** 3186(No document attached)

**Docket Text:**
**Magistrate Judge Jennifer C. Boal: ELECTRONIC ORDER GRANTING IN PART [3123] Motion to Compel. After review and consideration of the parties' briefs as well as the arguments made at the November 16, 2016 hearing, the Court rules as follows: Within one week of the date of this order, plaintiffs in the Box Hill cases shall serve a subpoena duces tecum for the documents at issue on Harford County Ambulatory Surgical Center ("HCASC"). HCASC shall produce the responsive documents within two weeks after service of the subpoena. Plaintiffs may resume the deposition of Barbara Wagner within one week thereafter. The deposition shall be limited in scope to the newly produced documents and in time to two hours. (York, Steve)**

**1:13-md-02419-RWZ Notice has been electronically mailed to:**

Stephen J. Brake    sbrake@nutter.com, epleadings@nutter.com

Barbara Hayes Buell    barbara.buell@smithduggan.com

Brian M. Cullen    bcullen@stpaultravelers.com, mquieto@travelers.com

Robert A. Curley, Jr    rac@curleylaw.com, bp@curleylaw.com

1