UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |

**DEPOSITION NOTICE**

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the deposition of Dr. Susan Pick, on Friday, December 2, 2016 at 12:00 PM at 230 N. Washington Avenue, Cookeville, Tennessee 38501.  The deposition will be recorded by stenographical means and by video.

Dated: November 22, 2016

Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

{004663/12496/00407584.DOCX / Ver.1}

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 22, 2016, a true and exact copy of the foregoing was served on all counsel of record via electronic mail.

                                              **/s/ J. Gerard Stranch, IV**
                                              J. Gerard Stranch, IV