UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## DEPOSITION NOTICE

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Plaintiffs' Steering Committee ("PSC") will take the deposition of Dr. Jon Simpson, on Friday, December 2, 2016 at 9:30 AM at 230 N. Washington Avenue, Cookeville, Tennessee 38501.  The deposition will be recorded by stenographical means and by video.

Dated: November 22, 2016                          Respectfully submitted,

                                                  **/s/ J. Gerard Stranch, IV**
                                                  J. Gerard Stranch, IV
                                                  Benjamin A. Gastel
                                                  BRANSTETTER, STRANCH & JENNINGS PLLC
                                                  227 Second Avenue North
                                                  Nashville, TN  37201
                                                  Telephone:  (615) 254-8801
                                                  Facsimile:  (615) 255-5419
                                                  gerards@branstetterlaw.com
                                                  beng@branstetterlaw.com

                                                  *Plaintiffs' Steering Committee and Tennessee State Chair*

{004663/12496/00407585.DOCX / Ver.1}

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 22, 2016, a true and exact copy of the foregoing was served on all counsel of record via electronic mail.

                        **/s/ J. Gerard Stranch, IV**
                        J. Gerard Stranch, IV