UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-2419-RWZ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Garren R. Laymon, of Magee Goldstein Lasky & Sayers, P.C., having appeared in this case on behalf of Leona E. Corker, executrix of the estate of Billy Lewis Corker, gives notice of the withdrawal of his appearance as counsel of record for the referenced party or parties.

Date: November 28, 2016                     Respectfully submitted,

                                            By: /s/ Garren R. Laymon
                                                 Of Counsel

Garren R. Laymon, Esq. (VSB #75112)
Andrew S. Goldstein, Esq. (VSB #28421)
Magee Goldstein Lasky & Sayers, P.C.
P.O. Box 404
Roanoke, VA  24003-0404
Telephone:  (540) 343-9800
Facsimile:  (540) 343-9898
Electronic Mail: agoldstein@mglspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, 2016, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system

                                            By: /s/ Garren R. Laymon

U:\A CLIENTS\Corker, Leona E. 6759\Substitution.doc