## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br> Plaintiffs, <br><br> This document relates to: <br><br> Armetta, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14022-RWZ <br><br> Bowman, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14028-RWZ <br><br> Davis, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14033-RWZ <br><br> Dreisch, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14029-RWZ <br><br> Farthing, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14036-RWZ <br><br> Kashi, et al. v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14026-RWZ <br><br> Torbeck, et al. v. Box Hill Surgery Center, LLC, et al., <br> No. 1:14-cv-14023-RWZ <br><br> Handy v. Box Hill Surgery Center, LLC, et al. <br> No. 1:14-cv-14019-RWZ | MDL No. 2419 <br><br> Docket No. 1:13-md-2419 (RWZ) |

## **MOTION FOR ADMISSION *PRO HAC VICE***

COME NOW, Michael Coren, on behalf of the above captioned Plaintiff, Meghan Handy and move, pursuant to the procedures set forth in the Court's Order on Admission of Attorneys of

January 30, 2014 [Dkt. 827], for admission *pro hac vice* in the above-referenced litigation. In support of this Motion, undersigned counsel states:

1. Mr. Coren has attached an Affidavit to this Motion affirming that he is a member of the bar in good standing in every jurisdiction where he is admitted to practice, there are no disciplinary proceedings pending against him and he is familiar with the Local Rules of the U.S. District Court for the District of Massachusetts. *See* Exhibit A, Affidavit of Michael Coren, in support of Motion for Admission *Pro Hac Vice*.

2. The appropriate filing fee for admission of undersigned counsel *pro hac vice* is submitted herewith.

WHEREFORE, undersigned counsel respectfully requests that this Court grant the Motion for Admission *Pro Hac Vice* in the above-referenced MDL litigation.

                                              Respectfully Submitted,

                                              */s Michael Coren*
                                              Michael Coren, Esquire (Pro hac vice)
                                              **Cohen, Placitella & Roth PC**
                                              Two Commerce Square
                                              2001 Market Street, Suite 2900
                                              Philadelphia, PA 19103
                                              (215) 567.3500
                                              (215) 567-6019

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing Motion for Admission *Pro Hac Vice* was served on all counsel of record by virtue of the Court's electronic filing system this 29th day of November, 2016.

Respectfully Submitted,

*/s/ Michael Coren*
Michael Coren, Esquire (Pro hac vice)
**Cohen, Placitella & Roth PC**
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103
(215) 567.3500
(215) 567-6019
*Attorney for Plaintiff Handy*