UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) |
| | MDL No. 02419 |
| | Docket No. 1:13-md-2419-RWZ |
| This document relates to: | |
| All of the cases against the Box Hill Defendants[1] | |

## NOTICE OF PROPOSED BELLWETHER CANDIDATE CASES

Defendants, Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC (collectively the "Box Hill Defendants") hereby give notice that they are proposing the following cases below as potential bellwether candidates in accordance with the Court's Second Amended Order Setting Discovery Deadlines.[2]

It should be noted that the language of the Second Amended Order Setting Discovery Deadlines requires "[e]**ach side** to select **8** potential bellwether trial cases." While there are also 26 cases with similar Plaintiffs' counsel and similar claims being made by additional patient plaintiffs against the Box Hill Defendants in Maryland state court in the Circuit Court for Harford County, Maryland, there are only eight (8) cases pending here in the MDL. As such, both parties are forced to propose all eight (8) of the cases that exist in the MDL against Box Hill, which seems to defeat the purpose of efficient discovery and adjudication of "representative" cases in an MDL.

---

[1] This pleading applies to the following cases: Handy v. Box Hill Surgery Center, LLC, et al. No: 1:14-cv-14019-RWZ; Armetta v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14023-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ; Davis v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ

[2] Dkt. 3042.

Accordingly, the Box Hill Defendants propose the following cases:

| Case Name | Docket Number |
|---|---|
| Handy v. Box Hill Surgery Center, LLC, et al. | No: 1:14-cv-14019 |
| Armetta v. Box Hill Surgery Center, LLC, et al. | No. 1:14-cv-14022 |
| Torbeck v. Box Hill Surgery Center, LLC, et al. | No. 1:14-cv-14023 |
| Kashi v. Box Hill Surgery Center, LLC, et al. | No. 1:14-cv-14026 |
| Bowman v. Box Hill Surgery Center, LLC, et al. | No. 1:14-cv-14028 |
| Dreisch v. Box Hill Surgery Center, LLC, et al. | No. 1:14-cv-14029 |
| Davis v. Box Hill Surgery Center, LLC, et al. | No. 1:14-cv-14033 |
| Farthing v. Box Hill Surgery Center, LLC, et al. | No. 1:14-cv-14036 |

In proposing these bellwether cases, the Box Hill Defendants reserve and do not waive any and all rights to have these cases remanded to and tried in Maryland.

Dated: December 1, 2016

Respectfully submitted,

/s/ Gregory K. Kirby
Catherine W. Steiner
Gregory K. Kirby
Bryan R. Ebert
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
***Attorneys for Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C.***

## CERTIFICATE OF SERVICE

I, Gregory K. Kirby, hereby certify that a copy of the foregoing Notice of Proposed Bellwether Candidate Cases, filed through the CM/ECF system, will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the plaintiffs in the individual cases, and will be sent to these parties by operation of the CM/ECF system.

Dated: December 1, 2016            /s/ Gregory K. Kirby
                                   Gregory K. Kirby
                                   Pessin Katz Law, P.A.
                                   901 Dulaney Valley Road, Suite 500
                                   Towson, Maryland 21204
                                   (410) 938-8800
                                   ***Attorneys for the Box Hill Defendants***