## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS ) <br> LIABILITY LITIGATION ) <br> Plaintiffs, ) <br> ) <br> This document relates to: ) <br> ) <br> Armetta, et al. v. Box Hill Surgery Center, ) <br> LLC, et al. ) <br> No. 1:14-cv-14022-RWZ ) <br> ) <br> Bowman, et al. v. Box Hill Surgery Center, ) <br> LLC, et al. ) <br> No. 1:14-cv-14028-RWZ ) <br> ) <br> Davis, et al. v. Box Hill Surgery Center, LLC, ) <br> et al. ) <br> No. 1:14-cv-14033-RWZ ) <br> ) <br> Dreisch, et al. v. Box Hill Surgery Center, ) <br> LLC, et al. ) <br> No. 1:14-cv-14029-RWZ ) <br> ) <br> Farthing, et al. v. Box Hill Surgery Center, ) <br> LLC, et al. ) <br> No. 1:14-cv-14036-RWZ ) <br> ) <br> Kashi, et al. v. Box Hill Surgery Center, LLC, ) <br> et al. ) <br> No. 1:14-cv-14026-RWZ ) <br> ) <br> Torbeck, et al. v. Box Hill Surgery Center, ) <br> LLC, et al., ) <br> No. 1:14-cv-14023-RWZ ) <br> ) <br> Handy v. Box Hill Surgery Center, LLC, et al. ) <br> No. 1:14-cv-14019-RWZ ) | MDL No. 2419 <br><br> Docket No. 1:13-md-2419 (RWZ) |

## **PLAINTIFFS' MOTION TO CONSOLIDATE FOR THE PURPOSE OF TRIAL**

Plaintiffs in the eight above-captioned cases ("Box Hill Plaintiffs" or "Plaintiffs"), by and through their respective undersigned counsel, Law Offices of Peter G. Angelos, P.C. and Cohen, Placitella & Roth, P.C., submit the following Motion to Consolidate for the Purpose of Trial.

For the reasons set forth fully in the accompanying Memorandum of Law, which is expressly incorporated as if set forth at length herein, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion to Consolidate for the Purpose of Trial.

Respectfully Submitted,

| | |
|---|---|
| /s/ Patricia J. Kasputys | /s/ Harry M. Roth |
| Patricia J. Kasputys, Esq. (*Pro hac vice*) | Harry M. Roth, Esq. (*Pro hac vice*) |
| Jay D. Miller, Esq. (*Pro hac vice)* | Michael Coren, Esq. |
| Glenn E. Mintzer, Esq. (*Pro hac vice)* | **Cohen, Placitella & Roth PC** |
| Sharon L. Houston, Esq. (*Pro hac vice*) | Two Commerce Square |
| **Law Offices of Peter G. Angelos, P.C.** | 2001 Market Street, Suite 2900 |
| One Charles Center | Philadelphia, PA 19103 |
| 100 North Charles Street | (215) 567.3500 |
| Baltimore, Maryland 21201 | (215) 567-6019 (Fax) |
| (410) 649-2000 | |
| (410) 649-2101 (Fax) | |
| *Attorneys for Plaintiffs Armetta, Bowman, Davis, Dreisch, Farthing, Kashi and Torbeck* | *Attorneys for Plaintiff Handy* |

**Certification under D. Mass. Local Rule 7.1(a)(2)**

The undersigned certify that on November 17, 2016 and again on November 30, 2016 counsel for Plaintiffs conferred with Defendants' counsel regarding their position on consolidation of the captioned cases for trial purposes but were unable to obtain their assent to the Court consolidating the cases for trial.

Respectfully Submitted,

| | |
|---|---|
| /s/ Patricia J. Kasputys | /s/ Harry M. Roth |
| Patricia J. Kasputys, Esq. (*Pro hac vice*) | Harry M. Roth, Esq. (*Pro hac vice*) |
| Jay D. Miller, Esq. (*Pro hac vice)* | Michael Coren, Esq. |
| Glenn E. Mintzer, Esq. (*Pro hac vice)* | **Cohen, Placitella & Roth PC** |
| Sharon L. Houston, Esq. (*Pro hac vice*) | Two Commerce Square |
| **Law Offices of Peter G. Angelos, P.C.** | 2001 Market Street, Suite 2900 |
| One Charles Center | Philadelphia, PA 19103 |
| 100 North Charles Street | (215) 567.3500 |
| Baltimore, Maryland 21201 | (215) 567-6019 (Fax) |
| (410) 649-2000 | |
| (410) 649-2101 (Fax) | |
| *Attorneys for Plaintiffs Armetta, Bowman, Davis, Dreisch, Farthing, Kashi and Torbeck* | *Attorneys for Plaintiff Handy* |