# In the Matter Of:

## NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

## VIDEOTAPED DEPOSITION OF SAMUEL J. PENTA

*December 04, 2015*



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF SAMUEL J. PENTA on 12/04/2015                                Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF MASSACHUSETTS
 3
 4    - - - - - - - - - - - - - - - - - x
 5    IN RE:  NEW ENGLAND COMPOUNDING      MDL No. 2419
 6    PHARMACY, INC. PRODUCTS              Master Dkt.
                                           1:13-md-02419-RWZ
 7    LIABILITY LITIGATION
 8    - - - - - - - - - - - - - - - - - x
 9    THIS DOCUMENT RELATES TO:
10    All Actions
11    - - - - - - - - - - - - - - - - - x
12
13         VIDEOTAPED DEPOSITION OF SAMUEL J. PENTA
14                  Friday, December 4, 2015
15                        9:00 a.m.
16                    Seaport Boston Hotel
17                      1 Seaport Lane
18                 Boston, Massachusetts 02210
19              Michelle Keegan, Court Reporter
20
21
22
23
24
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1   A P P E A R A N C E S:

 2

 3       GIDEON, COOPER & ESSARY
         By:  C.J. Gideon, Jr., Esq.
 4       By:  Matt Nathanson, Esq.
         By:  Christopher Tardio, Esq. - (By video stream)
 5       315 Deaderick Street, Suite 1100
         Nashville, Tennessee 37238
 6       Phone:  (615) 254-0400
         E-mail:  cj@gideoncooper.com
 7       E-mail:  mnathanson@gideoncooper.com
         E-mail:  chris@gideoncooper.com
 8       Counsel for the Tennessee Clinic Defendants

 9
         NORTON ROSE FULBRIGHT US LLP
10       By:  Adam T. Schramek, Esq.
         98 San Jacinto Boulevard, Suite 1100
11       Austin, Texas 78701-4255
         Phone:  (512) 536-5232
12       E-mail:  adam.schramek@nortonrosefulbright.com
         Counsel for Saint Thomas Hospital, Saint Thomas
13       Health and the Saint Thomas Network

14
         PESSIN KATZ LAW, P.A.
15       By:  Gregory K. Kirby, Esq.
         901 Dulaney Valley Road, Suite 500
16       Towson, Maryland 21204
         Phone:  (410) 769-6143
17       E-mail:  gkirby@pklaw.com
         Counsel for Box Hill Surgery Center
18

19       CAPPLIS, CONNORS & CARROLL, PC
         By:  Thomas M. Dolan, III, Esq.
20       18 Tremont Street, Suite 330
         Boston, Massachusetts 02108
21       Phone:  (617) 227-0722
         E-mail:  tdolan@ccclaw.org
22       Counsel for Dr. O'Connell's Pain Care Center,
         Dr. Abdul Barakat and Ocean State Pain
23       Management

24
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF SAMUEL J. PENTA on 12/04/2015                         Page 3

```
 1   A P P E A R A N C E S  (continued):

 2
         MASSACHUSETTS OFFICE OF ATTORNEY GENERAL
 3       By:  Thomas V. DiGangi, Esq.
         By:  Beth A. Oldmixon, Esq.
 4       One Ashburton Place, 18th Floor
         Boston, Massachusetts 02108
 5       Phone: (617) 963-2593
         E-mail: tom.digangi@state.ma.us
 6       Counsel for the Massachusetts Board of
         Registration in Pharmacy and the Witness
 7


 8       JANET, JENNER & SUGGS, LLC
         By:  Kimberly A. Dougherty, Esq.
 9       31 St. James Avenue, Suite 365
         Boston, Massachusetts 02116
10       Phone: (617) 933-1265
         E-mail: kdougherty@myadvocates.com
11       Counsel for Plaintiffs' Steering Committee

12
         BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC
13       By:  Kent E. Krause, Esq.
         611 Commerce Street, Suite 2600
14       Nashville, Tennessee 37203
         Phone: (615) 256-8787
15       E-mail: kkrause@bkblaw.com
         Counsel for Specialty Surgery Center -
16       Crossville, PLLC, Kenneth R. Lister, M.D. and
         Kenneth R. Lister, M.D., PC
17


18       ELLIS & RAPACKI LLP
         By: Fredric Ellis, Esq.
19       85 Merrimac Street, Suite 500
         Boston, Massachusetts 02114
20       Phone: (617) 523-4800
         E-mail: rellis@ellisrapacki.com
21       Counsel for the Plaintiffs' Steering Committee

22

23

24
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF SAMUEL J. PENTA on 12/04/2015

Page 4

```
 1   A P P E A R A N C E S (Continued):
 2
     Appearing by video stream:
 3
         FRALEY & FRALEY, LLP
 4       By: Heather Kanny, Esq.
         901 Main Street, Suite 6300
 5       Dallas, Texas 75202
         Phone: (214) 761-6460
 6       E-mail: hkanny@fraley-law.com
         Counsel for Dallas Back Pain
 7       Management/Momentum Pain Management
         and Abbeselom Ghermay, M.D.
 8

 9       BRANSTETTER, STRANCH & JENNINGS, PLLC
         By: Benjamin A. Gastel, Esq.
10       223 Rosa L. Parks Avenue, Suite 200
         Nashville, Tennessee 37203
11       Phone: (615) 254-8801
         E-mail: beng@branstetterlaw.com
12       Counsel for Plaintiffs' Steering Committee

13
         FREUND, FREEZE & ARNOLD
14       By: Bartholomew T. Freeze, Esq.
         65 E. State Street, Suite 800
15       Columbus, Ohio 43215-4247
         Phone: (614) 827-7300
16       E-mail: bfreeze@ffalaw.com
         Counsel for Tim I. Chowdhury, M.D.
17

18       MORRISON MAHONEY LLP
         By: Caroline M. Kelly, Esq.
19       250 Summer Street
         Boston, Massachusetts 02210
20       Phone: (617) 439-7528
         E-mail: ckelly@morrisonmahoney.com
21       Counsel for Advanced Pain & Anesthesia
         Consultants PC, BKC Pain Specialists,
22       and Cincinnati Pain Management
         Consultants, Inc.
23

24
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1   and reviewing the documents, came up with as a
 2   vote, an advisory letter.
 3         Q.  Why were these treated as nondisciplinary?
 4         A.  That was at the discretion of the board.
 5         Q.  And since they were nondisciplinary, these
 6   reports were never shared with the national board,
 7   were they?
 8         A.  They were not.  They were not shared.
 9         Q.  Do you have any information at all that
10   these three advisory rulings were ever furnished
11   to a third party writing or inquiring about NECC?
12             MR. DIGANGI:  Objection.
13         A.  I'm not aware.
14         Q.  All right.  And these advisory rulings
15   addressed conduct that was precisely what NECC was
16   up to in connection with the fungal meningitis
17   outbreak.  Correct?
18             MR. DIGANGI:  Objection.
19         A.  (No verbal response)
20         Q.  In each three of these, NECC was
21   soliciting out-of-state prescriptions.  Correct?
22         A.  Correct.
23         Q.  The people that got sick or died in the
24   fungal meningitis outbreak were all out-of-state
```



```
 1  residents, weren't they?
 2      A.  That's correct.
 3      Q.  You found when you did your investigation
 4  in September or October of 2012 that NECC was not
 5  requiring individual patient-specific
 6  prescriptions.  Correct?
 7      A.  That's correct.
 8      Q.  You found in South Dakota that NECC was
 9  telling those folks they didn't have to do
10  individual patient prescriptions, didn't you?
11          MR. ELLIS:  Objection.
12      A.  They were advised by these advisory
13  letters that the conduct was not acceptable, it is
14  not compliant.  It was advised in these advisory
15  letters.  It's advised again in the 2006 consent
16  agreement.
17      Q.  We'll get to that.
18      A.  It's advised in multiple places, advisory
19  letters and consent agreement, not to -- to use
20  patient-specific prescriptions.
21      Q.  All right.  Well, let's look at the
22  January 2006 consent agreement.  It's Exhibit 722.
23          (Exhibit 722 marked for identification)
24      A.  Before we start, can I --
```



NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF SAMUEL J. PENTA on 12/04/2015                      Page 100

1    Q.  And is there any indication in the records
2  of the Board of Registration in Pharmacy that
3  there was another letter after November 8th, 2004,
4  that says "No deal, this is not acceptable"?
5          MS. DOUGHERTY:  Objection.
6          MR. ELLIS:  Objection.
7          MR. DIGANGI:  Counsel, for the record,
8  when you say "this is not acceptable," do you mean
9  the entire proposal dated November 8th, 2004, or
10  the attachments, Exhibit A and B?
11          MR. GIDEON:  I'll start with the former.
12          MR. DIGANGI:  Thank you.
13          Do you understand the question, sir?
14    Q.  Is there any correspondence back from the
15  Board of Registration in Pharmacy after
16  November 8th, 2004, that says your -- the contents
17  of your letter of November 8th with the
18  attachments are unacceptable to us, the Board of
19  Registration in Pharmacy?
20    A.  So in the consent agreement of 2006, it's
21  referenced in the PSI agreement there will be
22  patient-specific prescriptions only.  And it's
23  consenting to the consent agreement they signed
24  that they'll conform to all state, local, and



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3204-2   Filed 12/01/16   Page 9 of 11

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF SAMUEL J. PENTA on 12/04/2015                Page 101

```
 1   federal laws.
 2        Q.  So is the only response to this letter,
 3   then, the content we would draw from the consent
 4   agreement of January 10th, 2006?
 5        A.  I just want to check one document here.
 6        Q.  I'm not going to rush you.  Are you
 7   looking for the consent agreement?
 8        A.  I am looking for --
 9        Q.  I want to save you as much time as I can.
10   All of the advisory letters are dated
11   September 30th, 2004.  The letter we're looking at
12   is 11/8/04.
13        A.  So this is referenced in -- the
14   prescription blanks are referenced and only a
15   prescription form in the PSI report and then again
16   in the consent agreement for following all state,
17   local, and federal laws.
18        Q.  Is it correct, then, that the only
19   substantive response by the Board of Registration
20   in Pharmacy to Cadden's letter of November 8th,
21   2004, with this policy and procedure attached and
22   this pharmacy order form attached is the content
23   of the January 10th, 2006, consent order?
24             MR. DIGANGI:  Objection.
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3204-2   Filed 12/01/16   Page 10 of 11

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF SAMUEL J. PENTA on 12/04/2015                Page 313

1   it's Friday afternoon and I know you want to get
2   out of here.
3           You were asked a lot of questions today
4   about Massachusetts Board of Pharmacy's
5   requirement of patient-specific prescriptions.  Do
6   you remember those lines of questioning?
7       A.  Yes, sir.
8       Q.  And other states also, at least certain
9   other states also require compounding pharmacies
10  to have patient-specific prescriptions.  Correct?
11      A.  Yes, sir.
12      Q.  Okay.  Now, I want to show you what's been
13  marked as Exhibit 39 in this litigation.  And you
14  don't have to see the whole thing.  I'll represent
15  what this is.  It's a file from Saint Thomas
16  Outpatient Neurological Clinic about their
17  ordering from NECC as well as a prior vendor of
18  preservative-free MPA.
19          And what I'd like to do is direct you to
20  page -- at the bottom right-hand side -- I'm
21  sorry.  There's actually -- that's right.  This
22  document is a little messed up.  It has certain
23  Bates numbers on the bottom right-hand side but
24  then it's not consistent with Bates numbers


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3204-2   Filed 12/01/16   Page 11 of 11

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF SAMUEL J. PENTA on 12/04/2015                           Page 316

```
 1   about that?
 2        A.   No, I did not.
 3        Q.   There were some questions suggesting that
 4   the board should have done something in response
 5   to New England Compounding not requiring patients
 6   prescription prescriptions.
 7             Looking at this, do you think Saint Thomas
 8   Outpatient neurological clinic should have done
 9   something about complying with the law and
10   ordering patient-specific -- and having
11   patient-specific prescriptions?
12             MR. GIDEON:  Objection.  Form.
13        A.   They should have ordered patient-specific
14   prescriptions for a legitimate medical purpose for
15   a legitimate medical patient.
16        Q.   Mickey Mouse really doesn't do it, does
17   it?
18        A.   No, sir.
19        Q.   It violates Massachusetts law, doesn't it?
20        A.   It does, sir.
21        Q.   So there was basically conspiracy here
22   between Saint Thomas Outpatient neurological
23   clinic and New England Compounding Center to evade
24   the patient-specific prescription requirements of
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com