Ex R

# In the Matter Of:

## NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

## 30(B)(6) VIDEOTAPED DEPOSITION OF YUZON WU

*July 26, 2016*



**DISCOVERY LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF YUZON WU on 07/26/2016

Page 1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
 2

 3    IN RE: NEW ENGLAND COMPOUNDING )  MDL #02419

 4    PHARMACY, INC. PRODUCTS        )  DOCKET NO.:

 5    LIABILITY LITIGATON            )  1:13-md-2419-RWZ

 6    _____ )

 7    This document relates to:      )

 8    All Cases against the Box Hill )

 9    Defendants                     )

10    _____ )

11    VIDEOTAPED DEPOSITION OF:

12                    YUZON WU,

13    was held on Tuesday, July 26, 2016, commencing at

14    10:18 a.m., at the Maryland Board of Pharmacy,

15    4201 Patterson Avenue, Baltimore, Maryland, before

16    Cheryl Jefferies, Certified Shorthand Reporter.

17

18

19

20

21

22

23

24

25
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF YUZON WU on 07/26/2016                Page 2

```
 1   APPEARANCES:

 2
     On behalf of the MARYLAND BOARD OF PHARMACY:
 3       LINDA BETHMAN, ESQ.
         OFFICE OF THE ATTORNEY GENERAL
 4       STATE OF MARYLAND
         DEPT. OF HEALTH & MENTAL HYGIENE
 5       300 W. Preston Street
         Suite 302
 6       Baltimore, Maryland  21201
         410-767-6906
 7       E-mail:  Lbethman@oag.state.md.us

 8   On behalf of the PLAINTIFF MEGAN HANDY AND OTHER
     PLAINTIFFS:
 9       MICHAEL COREN, ESQ.
         COHEN, PLACITELLA & ROTH
10       2001 Market Street
         Suite 2900
11       Philadelphia, PA 19103
         (215) 567-3500
12       E-mail:  Mcoren@cprlaw.com

13   On behalf of PLAINTIFFS ARMETTA, TORBECK, KASHI,
     BOWMAN, DREISCH, DAVIS, FARTHING AND OTHER
14   PLAINTIFFS:
         PATRICIA J. KASPUTYS, ESQ.
15       SHARON L. HOUSTON, ESQ.
         LAW OFFICES OF PETER ANGELOS
16       One Charles Center
         100 N. Charles Street, 22nd Floor
17       Baltimore, Maryland  21201
         (410) 649-2000
18       E-mail:  Pkasputys@lawpga.com
                  shouston@lawpga.com
19

20

21

22

23

24

25
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF YUZON WU on 07/26/2016                           Page 3

```
 1   APPEARANCES:

 2
     On behalf of DEFENDANTS BOX HILL SURGERY CENTER,
 3   LLC., RITU T. BHAMBHANI, M.D., and RITU T.
     BHAMBHANI, M.D., LLC:
 4        GREGORY K. KIRBY, ESQ.
          PESSIN KATZ LAW, P.A.
 5        901 Dulaney Valley Road, Suite 500
          Towson, MD   21204
 6        410-938-8800
          E-mail:  Gkirby@pklaw.com
 7
     On behalf of THE PREMIER DEFENDANTS:
 8        MELISSA BUTERBAUGH, ESQ. (via phone)
          BLUMBERG & WOLK, LLC
 9        158 Delaware Street
          Woodbury, NJ   08096
10        856-848-7472
          E-mail:  Mbuterbaugh@blumberglawoffices.com
11
     On behalf of DEFENDANTS SPECIALTY SURGERY CENTER
12   and DR. KENNETH LISTER:
          ASHLEY GENO, ESQ. (via phone)
13        BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC
          611 Commerce Street
14        Suite 2600
          Nashville, TN   37203
15        615-630-7728
          E-mail:  Ageno@bkblaw.com
16
     ALSO PRESENT:   Carlos Garcia, Videographer
17                   Jeffrey Wettengel, Observer
                     Adam Janet, Observer
18

19

20

21

22

23

24

25
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3204-3   Filed 12/01/16   Page 5 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF YUZON WU on 07/26/2016                    Page 90

```
 1   and also "the National Association of Boards of
 2   Pharmacy (NABP) to perform inspections of" our
 3   "out of state pharmacy establishments."
 4           So the Maryland Board of Pharmacy had
 5   a relationship with the National Association
 6   Boards of Pharmacy, correct?
 7       A.   Correct, yes.
 8       Q.   Okay.  And what does this statement
 9   mean?
10       A.   The one that you just read?
11       Q.   Yes.  I'm sorry, yeah.  The
12   National -- I'm talking about the National
13   Association part of it, "National Association of
14   Boards of Pharmacy to perform inspections of out
15   of state pharmacy establishments"?
16       A.   So what does that mean?  It says, "the
17   National Boards of Pharmacy perform inspections
18   for out of state pharmacies."
19       Q.   Okay.  And so they did -- they did
20   perform -- were they performing them on behalf of
21   the Maryland Board of Pharmacy?
22       A.   If they're asked to, I think they
23   would be performing that for this Board.
24       Q.   Do you know what that would entail,
25   you know, what the National Association Boards of
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3204-3   Filed 12/01/16   Page 6 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
30(B)(6) VIDEOTAPED DEPOSITION OF YUZON WU on 07/26/2016                      Page 98

1   that they were sister agencies?
2       A.   When?  It's around after the outbreak,
3   I think.  I think.
4       Q.   Okay.  So, generally, it wasn't until
5   the outbreak that you learned?  You didn't know
6   about that before the outbreak?
7       A.   Correct.
8       Q.   Okay.  Would you have known that for
9   part of the time that they were -- well, let me
10  ask you this question first:  Was Ameridose also
11  registered or licensed with the Maryland Board of
12  Pharmacy?
13      A.   I think so, but I cannot be sure.  I
14  think they were at that point.  I can't be sure.
15      Q.   Let me show you something.  So I --
16  for the record, I did ask for I think one of the
17  topics discussed of Ameridose in terms of
18  document production.  I don't know that I got
19  anything from Ameridose.  But I did go -- does
20  the Board of Pharmacy have on their website, have
21  a -- like a facility search feature, a licensee
22  look-up feature?
23      A.   It does.
24           MR. KIRBY:  Okay.  So maybe we can
25  mark the Ameridose one.  So give me one to mark



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

In the Matter Of:

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

# VIDEOTAPED DEPOSITION OF YUZON WU, VOLUME II

*August 29, 2016*



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


IN RE: NEW ENGLAND COMPOUNDING ) MDL #02419
PHARMACY, INC. PRODUCTS        ) DOCKET NO.:
LIABILITY LITIGATION           ) 1:13-md-2419-RWZ
_____)
This document relates to:      )
All Cases against the Box Hill )
Defendants                     )
_____)

VOLUME II DEPOSITION OF:
              YUZON WU,
was held on Monday, August 29, 2016, commencing
at 11:08 a.m., at the Maryland Board of Pharmacy,
4201 Patterson Avenue, Baltimore, Maryland,
before Cheryl Jefferies, Certified Shorthand
Reporter.
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF YUZON WU, VOLUME II on 08/29/2016                Page 2

```
 1   APPEARANCES:

 2
     On behalf of the MARYLAND BOARD OF PHARMACY:
 3
         LINDA BETHMAN, ESQ.
 4       OFFICE OF THE ATTORNEY GENERAL
         STATE OF MARYLAND
 5       DEPT. OF HEALTH & MENTAL HYGIENE
         300 W. Preston Street
 6       Suite 302
         Baltimore, Maryland  21201
 7       410-767-6906
         E-mail:  Lbethman@oag.state.md.us
 8

 9   On behalf of the PLAINTIFF MEGAN HANDY AND OTHER
     PLAINTIFFS:
10
         MICHAEL COREN, ESQ.
11       COHEN, PLACITELLA & ROTH
         2001 Market Street
12       Suite 2900
         Philadelphia, PA 19103
13       (215) 567-3500
         E-mail:  Mcoren@cprlaw.com
14

15   On behalf of PLAINTIFFS ARMETTA, TORBECK, KASHI,
     BOWMAN, DREISCH, DAVIS, FARTHING AND OTHER
16   PLAINTIFFS:

17       PATRICIA J. KASPUTYS, ESQ.
         LAW OFFICES OF PETER ANGELOS, P.C.
18       One Charles Center
         100 N. Charles Street, 22nd Floor
19       Baltimore, Maryland  21201
         (410) 649-2000
20       E-mail:  Pkasputys@lawpga.com

21

22

23

24

25
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF YUZON WU, VOLUME II on 08/29/2016

Page 3

```
 1   APPEARANCES:

 2   On behalf of DEFENDANTS BOX HILL SURGERY CENTER,
     LLC., RITU T. BHAMBHANI, M.D., and RITU T.
 3   BHAMBHANI, M.D., LLC:

 4       GREGORY K. KIRBY, ESQ.
         PESSIN KATZ LAW, P.A.
 5       901 Dulaney Valley Road, Suite 500
         Towson, MD  21204
 6       410-938-8800
         E-mail:  Gkirby@pklaw.com
 7

 8   ALSO PRESENT:   Maribeth Powers, Videographer

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Nationwide Coverage

Case 1:13-md-02419-RWZ   Document 3204-3   Filed 12/01/16   Page 11 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF YUZON WU, VOLUME II on 08/29/2016                    Page 4

```
 1                    I-N-D-E-X

 2      Volume II Videotaped Deposition of YuZon Wu

 3                   August 29, 2016

 4

 5   EXAMINATION BY:                              PAGE:

 6   Mr. Kirby                                      7

 7   Mr. Coren                                    197

 8   Mr. Kirby                                    218

 9
     EXHIBITS:                                    PAGE:
10
     1585-12   NECC Customer List                  73
11
     1585-13   Report to Governor and the General  84
12             Assembly on the Implementation of
               Title 12, Subtitle 4A
13
     1585-14   Maryland Board of Pharmacy News    115
14
     1585-15   About the Board - Mission Statement 173
15
     1585-16   Baltimore Sun Article              183
16
     1585-17   Baltimore Sun Article              183
17

18

19         (Exhibits included with transcript.)

20

21

22

23

24

25
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF YUZON WU, VOLUME II on 08/29/2016                                Page 200

1            MR. KIRBY:  I'm sorry, did you say
2    "ethical"?
3            MR. COREN:  Yes.
4       A    I don't know; I can't respond to that,
5    ethical.
6       Q    All right.  Let me withdraw the word
7    "ethical" because I'm showing my age.
8    Prescription drugs when I grew up were called
9    ethical drugs.
10           Is MPA, whether it is
11   preservative-free or not, a prescription drug
12   under the laws of Maryland?
13           MR. KIRBY:  Objection.
14      A    Maryland doesn't stipulate what
15   constitute a drug.  You know, the FDA would
16   approve and review a drug and make sure that
17   that's a legitimate drug.
18      Q    Understood.  And I didn't mean to, by
19   using earlier the word "ethical" in this.  I may
20   have confused the issue.  Let me take another
21   stab.
22           In order to obtain MPA, whether its
23   preservative-free or not, is a prescription
24   required signed by a doctor?
25           MR. KIRBY:  Objection to form and



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3204-3   Filed 12/01/16   Page 13 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF YUZON WU, VOLUME II on 08/29/2016                Page 201

```
 1   foundation.
 2        A      If a pharmacist can dispense a drug, a
 3   prescription drug, then, yes, a compounded
 4   prescription drug, then you would need a
 5   prescription written by the physician, and it has
 6   to be a patient-specific prescription.
 7        Q      Okay.  Earlier today -- could you
 8   regain or find in your pile Exhibit 1585-14?
 9   That's the Maryland Board of Pharmacy newsletter?
10        A      Sure.
11        Q      And you were asked a number of
12   questions about this document earlier today.  Do
13   you recall that?
14        A      Yes.
15        Q      And do you -- could we turn to Page 7?
16        A      Okay.
17        Q      And I believe that it would have --
18        A      I apologize.
19        Q      Oh, I'm sorry, Page 4.  My apologies.
20        A      4?  Okay.
21        Q      I saw it continued on Page 7.  My eye
22   caught that.
23               If you would please turn to Page 4.
24        A      4?  Okay.
25        Q      And at the top of Page 4, I don't
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3204-3   Filed 12/01/16   Page 14 of 14

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF YUZON WU, VOLUME II on 08/29/2016                Page 204

```
 1         A     So you want me to read the last
 2   sentence in that paragraph?
 3         Q     No, I want you to read into the record
 4   the paragraph starting with "The Board's."
 5         A     "The Board's goal in conducting annual
 6   inspections at all Maryland pharmacies is to
 7   ensure that pharmacies operate in compliance with
 8   state and federal rules and regulations.  They
 9   are provided to assure" patients "safety" --
10         Q     Public safety you mean?
11         A     Public safety, yes -- "thus preventing
12   a similar outbreak to that which recently
13   occurred in Maryland and elsewhere across the
14   country.  Remember also that compounding
15   medications without a patient-specific
16   prescription is a violation of COMAR 10.34.19.08
17   as well as other provisions in the Maryland
18   Pharmacy Act."
19         Q     Thank you.
20         A     You're welcome.
21         Q     That is the position of the
22   department -- excuse me, the Board of
23   Pharmacists -- Pharmacy, which you're here
24   representing today?
25         A     Yes.
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com