ex 3

## In the Matter Of:

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

## VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N.

*February 18, 2016*



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

```
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF MASSACHUSETTS
 3
 4
 5   IN RE:   NEW ENGLAND
 6   COMPOUNDING PHARMACY, INC.      MDL No. 2419
 7   PRODUCTS LIABILITY LITIGATION   Master Docket
 8                                   1:13-md-02419-RWZ
 9
10            - - - - - - - - - - -
11
12    VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N.
13
14            Thursday, February 18, 2016
15
16
17
18
19
20
21
22   Reported by:  Lori J. Goodin, RPR, CLR, CRR,
23                 Realtime Systems Administrator
24
25   Assignment No. 26240
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3204-4   Filed 12/01/16   Page 3 of 9

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                Page 2

```
 1
 2
 3            The deposition of ANDREW VICKERS, R.N.,
 4    was convened on Thursday, February 18, 2016,
 5    commencing at 10:39 a.m., at the offices of
 6
 7            PESSIN KATZ LAW
 8            Suite 400
 9            901 Dulaney Valley Road
10            Towson, Maryland   21204
11
12
13    before Lori J. Goodin, Registered Professional
14    Reporter, Certified LiveNote Reporter, Certified
15    Realtime Reporter, Realtime Systems Administrator,
16    and Notary Public in and for the State of
17    Maryland.
18
19
20
21
22
23
24
25
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1                    APPEARANCES
 2
 3    For Plaintiffs:
 4       MICHAEL COREN, ESQUIRE
 5       HARRY ROTH, ESQUIRE (via telephone)
 6       COHEN PLACITELLA & ROTH, P.C.
 7       2001 Market Street
 8       Suite 2900
 9       Philadelphia, PA   19103
10       215-567-3500
11       hroth@cprlaw.com
12       mcoren@cprlaw.com
13
14    And Co-counsel:
15       PATRICIA KASPUTYS, ESQUIRE
16       SHARON L. HOUSTON, ESQUIRE
17       LAW OFFICES OF PETER G. ANGELOS
18       One Charles Center
19       100 North Charles Street
20       22nd Floor
21       Baltimore, Maryland   21201
22       410-649-2000
23       pjk@lawpga.com
24       shouston@lawpga.com
25
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016

Page 115

```
 1         Q.    Thank you.  This document is going
 2   to be marked 1147.
 3                (Exhibit Number 1147
 4                 marked for identification.)
 5   BY MR. COREN:
 6         Q.    It is a prescription order form it
 7   bears the date of April 5, '11.  On the record
 8   the names of the patients will be redacted out,
 9   okay?
10                First of all, do you recognize any
11   of the handwriting on that form?
12         A.    Yes.
13         Q.    Whose handwriting is that?
14         A.    My handwriting and Dr. Bhambhani.
15         Q.    And Dr. Bhambhani's handwriting is
16   the signature at the bottom?
17         A.    Correct.
18         Q.    Does her handwriting appear anywhere
19   else on the form?
20         A.    The DEA number.
21         Q.    Okay.  Now, there are names, patient
22   names.  Are those the names that earlier today
23   you discussed that you would pull from random in
24   order to fill out the form?
25         A.    Well, not at random, they would be
```

DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage
100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1   on a previous schedule.
 2           Q.   Okay.  So, everybody whose name
 3   appears on this list already had their steroid
 4   shot, correct?
 5           A.   Unless they were canceled
 6   previously, yes.
 7           Q.   Okay.  So, there may be even some
 8   patients names who were listed who never ever had
 9   the shot at all?
10                MS. STEINER:  Objection as to form
11      and foundation.
12                THE WITNESS:  It is possible.
13   BY MR. COREN:
14           Q.   Okay.  Do you think it was likely or
15   do you think it is more likely all of those names
16   are somebody who previously had a steroid shot?
17           A.   It is possible.
18           Q.   Okay.  Now, there is an indication
19   for a patient next to, on the last column that
20   has the Number 5, correct?
21           A.   Yes.
22           Q.   And is that indicating the number of
23   vials?
24           A.   Yes.
25           Q.   Is it fair to say that no one
```



Case 1:13-md-02419-RWZ   Document 3204-4   Filed 12/01/16   Page 7 of 9

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016          Page 117

```
 1   patient in your experience ever had five vials of
 2   NECC MPA administered to them?
 3        A.    I couldn't say.  It would depend on
 4   their history.
 5        Q.    Are aware of any?
 6        A.    Not to the best of my knowledge.
 7        Q.    Okay.  You can't, are you able to
 8   say to reasonable certainty that every one of
 9   those patients whose names are listed received
10   five vials of NECC MPA?
11              MS. STEINER:  Objection as to form
12        and foundation.
13              THE WITNESS:  I really couldn't say
14        because I don't know their history.
15   BY MR. COREN:
16        Q.    Why did you put five vials next to
17   each patient's name on their order?
18        A.    NECC said we could order five vials
19   per patient to obtain the quantity that we needed
20   for future injections.
21        Q.    Who at NECC told you that?
22              MS. STEINER:  Objection as to
23        foundation.
24              THE WITNESS:  Nobody from NECC told
25        me.  I was instructed by Kim Brockmeyer that
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3204-4   Filed 12/01/16   Page 8 of 9

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                Page 124

```
 1    patient's names, five vials per patient.
 2              And you did that, correct?  That was
 3    the process you followed?
 4         A.   Yes.
 5         Q.   Okay.  And then, the drugs came in.
 6    How were they delivered?
 7         A.   UPS or FedEx.
 8         Q.   So, usually they came a few days
 9    after you placed the fax order?
10         A.   A few days to a week after.
11         Q.   Now, the, in the UPS or the FedEx
12    package, who opened it when it was received?
13         A.   Most of the time it would be me.
14         Q.   Okay.  And when you opened the box,
15    what did you find in it?
16         A.   Wrapped in bubble wrap were silver
17    sealed packages with five vials per package.
18         Q.   Okay.  Was there anything else in
19    the envelope or the box?
20         A.   On the pouch would have the name of
21    the medication and the patient's name.
22         Q.   Okay.  And that corresponded to, say
23    there were on your list ten names.  There would
24    be ten foil packages?
25         A.   Correct.
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3204-4   Filed 12/01/16   Page 9 of 9

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF ANDREW VICKERS, R.N. on 02/18/2016                    Page 125

```
 1          Q.   Okay.  And each foil package would
 2   have a patient's name on it, correct?
 3          A.   Correct.
 4          Q.   Okay.  Did you understand that what
 5   had come in was a prescription for that patient?
 6               MS. STEINER:  Objection as to form.
 7   BY MR. COREN:
 8          Q.   Of five vials?
 9               MS. STEINER:  Objection as to form
10        and foundation.
11               THE WITNESS:  No.
12   BY MR. COREN:
13          Q.   Did you ever come to learn that?
14          A.   No.
15          Q.   Okay.  Now, if that was a
16   description for the patient's name who appeared
17   on the pouch that contained five vials, would you
18   agree with me that the people that were being
19   administered the steroid from those vials was
20   getting something that was prescribed for a
21   different patient?
22               MS. STEINER:  Objection as to form
23        and foundation.  Calls for a legal
24        conclusion.
25               You could answer as a fact witness,
```

DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com