IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, | § | |
| INC. PINNACLE HIP IMPLANT | § | MDL Docket No. |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | 3:11-MD-2244-K |
| | § | |

## ORDER ON BELLWETHER TRIALS

The next bellwether trial will begin with jury selection on September 5, 2017. In addition to its own review of potential bellwether selections, the Court will consider submissions of the parties regarding bellwether candidates on cases applying New York law that are provided to the Court by November 7, 2016.

**SO ORDERED.**

Signed November 2nd, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE