**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>        Plaintiffs, | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | **PLAINTIFFS' MOTION FOR LEAVE TO APPEAR VIA TELEPHONE AT DECEMBER 8, 2016, STATUS CONFERENCE and MOTIONS HEARING** |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ | |

Plaintiffs, by their undersigned counsel, hereby move for this Court to allow attorneys Jay D. Miller and Michael Coren to appear via telephone at the December 8, 2016 Status

Conference and Motions Hearing before the Honorable Jennifer C. Boal and the Honorable Rya W. Zobel, and in support thereof, state as follows:

1. Attorney Jay D. Miller represents Plaintiffs, Armetta, Bowman, Davis, Dreisch, Farthing, Kashi, and Torbeck in the above-captioned matters. He is admitted to practice *pro hac vice* before this Court in this MDL proceeding and has appeared regularly at the monthly MDL Status Conferences and Motions Hearings.

2. Attorney Michael Coren represents Plaintiff Handy in the above-captioned matters. He is admitted to practice *pro hac vice* before this Court in this MDL proceeding and has appeared regularly at the monthly MDL Status Conferences and Motions Hearings in prior capacity as co-chair of NECC's Official Creditors Committee. He also is co-counsel to Plaintiff Meghan Handy, Administratrix of the Estate of Brenda Rozek.

3. Attorneys Miller and Coren anticipate speaking on a number of issues, as necessary, including the status of the above-captioned cases. Mr. Miller is located in Maryland. Mr. Coren is located in Philadelphia. Unfortunately, traveling to Boston for the December 8, 2016 Status Conference and Motions Hearing would be an undue burden based on their scheduling conflicts that day.

4. Accordingly, Mr. Miller and Mr. Coren seek leave to appear and speak via telephone for both the December 8, 2016 Status Conference and Motions Hearing.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court (1) grant Plaintiffs' Motion for Leave to Appear by Telephone at the December 8, 2016 Status Conference and Motions Hearing in front of the Honorable Jennifer C. Boal and the Honorable Rya W. Zobel, and (2) permit counsel Miller and Kirby to be heard on the issues when appropriate and necessary.

Dated: December 5, 2016                                Respectfully submitted,

/s/ Jay D. Miller
Patricia J. Kasputys
Jay D. Miller
Glenn E. Mintzer
Sharon L. Houston
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street
22nd Floor
Baltimore, MD  21201
410-649-2000
Pkasputys@lawpga.com
jmiller@lawpga.com
gmintzer@lawpga.com
Shouston@lawpga.com

*Attorneys for Plaintiffs Armetta, Bowman, Davis, Dreisch, Farthing, Kashi, Torbeck, et al.*

/s/ Michael Coren
Harry Roth
Michael Coren
Cohen, Placitella & Roth, P.C.
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA  19103
215-567-3500
HRoth@cprlaw.com
MCoren@cprlaw.com

*Attorneys for Plaintiff Handy*

## CERTIFICATE OF SERVICE

    I, Jay D. Miller, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the defendants in the above-referenced individual cases, and will be sent to these parties by operation of the CM/ECF system.

Dated: December 5, 2016                /s/ Jay D. Miller
                                                Jay D. Miller

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>　　　Plaintiffs, | )<br>) MDL No. 2419<br>)<br>) Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | **ORDER GRANTING PLAINTIFFS' MOTION TO APPEAR VIA TELEPHONE AT DECEMBER 8, 2016 STATUS CONFERENCE and MOTIONS HEARING** |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ | |

The Court, having considered Plaintiffs' Motion, and good cause appearing therefor,

IT IS this _____ day of _____, 2016, ORDERED that Plaintiffs'

5

Motion for Leave to Appear via Telephone at the December 8, 2016 Status Conference and Motions Hearing scheduled by this Court is hereby GRANTED.

_____
JENNIFER C. BOAL
CHIEF MAGISTRATE JUDGE
U.S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS