UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | MDL No. 2419 |
| New England Compounding Pharmacy, Inc. Products Liability Litigation | Dkt. No. 1:13-md-2419-RWZ |
| This Document Relates to Jagdish Patel v. Outpatient Surgery Medical Center No. 1:14-cv-13708 | |

## STIPULATION OF DISMISSAL

Plaintiffs have filed a case concerning the same causes of action in Indiana state court. Therefore, it is hereby agreed by and between the parties hereto that the above-captioned case can be dismissed without prejudice against Defendant, OSMC, with no interest or costs to either party.

Respectfully submitted,

*/s/ John C. Thornton, III*
John C. Thornton, III (CA Bar No. 84492)
Admitted *Pro Hac Vice*
ANDREWS THORNTON HIGGINS
RAZMARA, LLP
2 Corporate Park, Suite 110
Irvine, CA  92606
*Telephone (949) 748-1000*
*Facsimile (949) 315-3540*
*E-Mail* jct@andrewsthornton.com;
ldavis@andrewsthornton.com
**Counsel for Plaintiff, Jagdish Patel**

*/s/ Robert J. Durant, Jr.*
Robert J. Durant, Jr. (BBO No. 638608)
LOCKE LORD LLP
2800 Financial Plaza

AM 60314472.1

- 2 -

                                      Providence, RI  02903
                                      *Telephone (401) 528-5855*
                                      *Facsimile (888) 325-9587*
                                      *E-Mail* robert.durant@lockelord.com
                                      ***Counsel for Defendant, Outpatient Surgery Medical Center (OSMC)***

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that the foregoing Stipulation of Dismissal was served on all counsel of record via U.S. Mail this 6th day of December 2016.

                                      */s/ John C. Thornton, III*
                                      John C. Thornton