UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| **THIS DOCUMENT RELATES TO:**<br><br>1:14-cv-11856 *Gibson v. Liberty Industries*<br>1:14-cv-13708 *Patel v. OSMC*<br>1:14-cv-13027 *Moore v. UniFirst Corp*<br>1:14-cv-13640 *Parkell v. UniFirst Corp*<br>1:14-cv-13673 *Drain v. UniFirst Corp*<br>1:12-cv-12208 *Guzman v. NECC* | |

## MOTION FOR LEAVE TO APPEAR BY TELEPHONE

NOW COME Plaintiffs *Victoria Gibson, Jagdish Patel, George T. Moore, Martha Parkell, Kathryn Drain, and Kathleen Guzman,* by and through their attorneys, Andrews Thornton Higgins Razmara, LLP, and hereby file this Motion for Leave to Appear by Telephone in the above-captioned matter. In support thereof we submit as follows:

1. Attorney John C. Thornton represents the above-named Plaintiffs in the above-referenced cases and requests leave to speak by telephone during the status conferences (before Hon. Judge Boal at 11:30am and before Hon. Judge Rya W. Zobel at 2:00 pm) scheduled on December 8, 2016.

2. Counsel intends to speak on the status of the above cases.

Wherefore, Plaintiffs respectfully pray that this Honorable Court:

    A. Allow counsel to be heard; and

    B. Grant any other relief that is just and necessary

        */s/ John C. Thornton*
        Anne Andrews, Esq., CALBAR #: 103280
        John C. Thornton, Esq., CALBAR #: 84492
        Lauren R. Davis, Esq., CALBAR #: 294115
        Andrews Thornton Higgins Razmara, LLP
        2 Corporate Park, Suite 110
        Irvine, CA 92606
        aa@andrewsthornton.com
        jct@andrewsthornton.com
        ldavis@andrewsthornton.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 1st day of November, 2016, copy of the foregoing **MOTION FOR LEAVE TO APPEAR BY TELEPHONE** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

        ANDREWS THORNTON
        HIGGINS RAZMARA, LLP

        By: */s/ John C. Thornton*
            John C. Thornton