IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LAIBILITY LITIGATION<br><br>This Document Relates to:<br>  All Cases | ) ) ) MDL Docket No. 2419 ) ) Master File No. 1:13-md-2419-RWZ ) ) ) |

## MOTION TO PARTICIPATE BY TELEPHONE

The undersigned Virginia counsel represents 19 Tort Trust Beneficiaries (the "GL Virginia Claimants"). The undersigned counsel moves this Court for leave to appear by telephone and address the Court at the hearing scheduled for 2:00 p.m. on Thursday, December 8, 2016, before the Honorable Rya Zobel.

The undersigned counsel seeks leave because he is located in Roanoke, Virginia and there is substantial expense in traveling to Boston, Massachusetts.

WHEREFORE, the undersigned requests that the Court enter the attached Order granting him leave to appear and speak by telephone at the December 8, 2016 hearing.

Respectfully submitted, December 7, 2016.

By: /s/ J. Scott Sexton
J. Scott Sexton (*pro hac vice*)
Gentry Locke
PO BOX 40013
ROANOKE, VA 24022-0013
T: (540) 983-9379
F: (540) 983-9468
sexton@gentrylocke.com
       *Counsel for GL Virginia Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ J. Scott Sexton

5002/684/7820724v1