# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING ) 
PHARMACY, INC. PRODUCTS LAIBILITY ) MDL Docket No. 2419
LITIGATION )
) Master File No. 1:13-md-2419-RWZ
This Document Relates to: )
   All Cases )
)

## [PROPOSED] ORDER

THIS DAY CAME the GL Virginia Claimants, by counsel, upon their Motion to Participate by Telephone. The Court have considered the Motion to Participate by Telephone and finding good cause to do so, hereby ORDERS that Petitioners' Motion to Participate by Telephone at the hearing scheduled for December 8, 2016 at 2:00 p.m. is GRANTED.

ENTERED this _____ day of December, 2016.

_____
U.S. District Court Judge

5002/684/7820771v1