Blumberg & Wolk, LLC
158 Delaware Street
P.O. Box 68
Woodbury, NJ 08096
(856) 848-7472

*Counsel for Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Rhaul Shah, M.D., John Catalano, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Docket No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>*Drain et al v. UniFirst Corporation a/d/b/a Cleanroom Services et al* (1:14-cv-13673-RWZ)<br><br>*Parkell et al v. UniFirst Corporation a/d/b/a UniClean Cleanroom Services et al* (1:14-cv-13640-RWZ) | |

### CONSENT ORDER

WHEREAS on September 9, 2016, the Judicial Panel on Multidistrict Litigation issued a Conditional Remand Order effectuating the transfer of fifty-one New Jersey cases back to their transferor courts [Docket Number ("Dkt. No.") 3084];

1

WHEREAS the remand returned all New Jersey cases to their transferor courts on or around September 22, 2016;

WHEREAS on or around November 18, 2016 Chief Judge Jerome B. Simandle of the United States District Court for the District of New Jersey reassigned certain New Jersey cases such that all New Jersey cases are now consolidated before Judge Renee Marie Bumb and Magistrate Judge Joel Schneider of the Camden Division;

THEREFORE the following Plaintiffs and Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D. (collectively, "Premier Defendants") hereby consent to the removal of the below-listed Civil Action Nos. to the United States District Court for the District of New Jersey, Camden Division:

1. *Drain et al v. UniFirst Corporation a/d/b/a Cleanroom Services et al* (1:14-cv-13673-RWZ)

2. *Parkell et al v. UniFirst Corporation a/d/b/a UniClean Cleanroom Services et al* (1:14-cv-13640-RWZ)

Dated: December 6, 2016

                                                    Respectfully submitted,

/s/ John C. Thornton  
John C. Thornton, Esq.

**ANDREWS THORNTON HIGGINS RAZMARA, LLP**  
2 Corporate Park, Suite 110  
Irvine, CA 92606  
(949) 748-1000  
jct@andrewsthornton.com

*Attorneys for Plaintiffs*

/s/ Christopher M. Wolk  
Christopher M. Wolk, Esq.

**BLUMBERG & WOLK, LLC**  
158 Delaware Street  
P.O. Box 68  
Woodbury New Jersey 08096  
(856) 848-7472  
cwolk@blumberglawoffices.com

*Attorneys for Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates, Premier Orthopaedic Associates Surgical Center, LLC, Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D., Thomas Dwyer, M.D., Richard C. DiVerniero, M.D., and Richard Strauss, M.D.*

## CERTIFICATION

I certify that in submitting this *CONSENT ORDER*, I caused a copy of the above to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: December 6, 2016

/s/ Christopher M. Wolk
Christopher M. Wolk, Esq.