IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases<br><br>IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This Document Relates to:<br>All Cases | MDL Docket No. 2419<br><br><br><br>Master File No. 1:13-MD-2419 (RWZ) |

## MOTION FOR LEAVE TO APPEAR BY TELEPHONE

The undersigned counsel respectfully request permission to appear by telephone at the status conference, before Judge Zobel, set for December 8, 2016 at 2:00pm EST. Counsel filed ECF No. 3198 in response to the PSC's motion (ECF 3105) regarding disbursement of common benefit fees and expenses, and wish to be heard on those matters. Undersigned counsel are required to appear in person in a Virginia federal court tomorrow and are therefore unable to appear in person tomorrow at the 2pm status conference.

Respectfully submitted,

/s/ John E. Lichtenstein
John E. Lichtenstein (VSB 27048)

/s/ Gregory L. Lyons
Gregory L. Lyons (VSB 24037)
LICHTENSTEIN LAW GROUP PLC
P.O. Box 601
Roanoke, VA 24004-0601
P:    (540) 343-9711
F:    (540) 343-9713
John.Lichtenstein@lichtensteinlawgroup.com
Greg.Lyons@lichtensteinlawgroup.com

## **CERTIFICATE OF SERVICE**

I, John E. Lichtenstein, hereby certify that on December 8, 2016, I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

        /s/ John E. Lichtenstein
        John E. Lichtenstein