UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | )<br>)<br>)<br>)<br>)  MDL No. 2419<br>)  Docket No. 1:13-md-2419-RWZ<br>)  Judge Rya W. Zobel<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Leo J.M. Boyd, McGuireWoods LLP, Gateway Plaza, 800 East Canal Street, Richmond, Virginia 23219-3916, as counsel for Defendant Insight Health Corp. in the above-captioned action.

Respectfully Submitted

Date: December 8, 2016

INSIGHT HEALTH CORP.

By: /s/ Leo J.M. Boyd
Leo J.M. Boyd (*pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
T: (804) 775-1000
F: (804) 775-1061
lboyd@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that, on December 8, 2016, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Leo J.M. Boyd
Leo J.M. Boyd (*pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
T: (804) 775-1000
F: (804) 775-1061
lboyd@mcguirewoods.com