UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )))))))))))))))) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: | |
| *George Moore, et al. v. UniFirst Corp., et al.*, No. 1:14-cv-13027-RWZ | |

## STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS

Plaintiffs have filed a case concerning the same causes of action in Indiana state court. Therefore, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs George and Dawn Moore; Defendants Anonymous Health Care Providers 1, 2, 3, and 5; and Defendant Anonymous Health Care Provider 4 stipulate to dismissal without prejudice of all claims in the above-titled action. Each side shall bear their own costs.

Respectfully submitted,

*/s/ Sarah P. Kelly*
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)

OF COUNSEL:

Yvonne K. Puig*
Texas State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Adam T. Schramek*
Texas State Bar No. 24033045
adam.schramek@nortonrosefulbright.com
Eric J. Hoffman*
Texas State Bar No. 24074427
eric.hoffman@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)

Marcy Hogan Greer*
Texas State Bar No. 08417650
mgreer@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress, Suite 2350
Austin, Texas 78701
(512) 482-9300
(512) 482-9303

*Appearing Pro Hac Vice

*Attorneys for Anonymous Health Care Providers 1, 2, 3, and 5*

*/s/ Joseph C. Klausing*_____
Joseph C. Klausing, IN# 25330-10
O'BRYAN, BROWN & TONER, PLLC
401 South Fourth Street, Suite 2200
Louisville, Kentucky 40202
Phone: (502)-585-4700
Fax: (502)-585-4700
klausingj@obtlaw.com

*Attorney for Anonymous Health Care Provider 4*

- 3 -

*/s/ John C. Thornton*
John C. Thornton*
CA State Bar No. 84492
Anne Andrews*
CA State Bar No. 103280
ANDREWS THORNTON HIGGINS RAZMARA
2 Corporate Park, Suite 110
Irvine, California 92606
Tel: (949) 748-1000
Fax: (949) 315-3540
jct@andrewsthornton.com
aa@andrewsthornton.com

*Appearing Pro Hac Vice

*Attorneys for Plaintiffs George and Dawn Moore*

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 8th day of December, 2016.

>  */s/ Sarah Kelly*
>  Sarah P. Kelly