IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>   All Cases | MDL Docket No. 2419 |
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This Document Relates to:<br>Indiana Plaintiff's Represented by Counsel | Master File No.1:13-MD-2419-RWZ |

## MOTION TO PARTICIPATE BY TELEPHONE

The undersigned Indiana counsel moves this Court for leave to address the Court during the status conference scheduled for December 8, 2016 at 2:00 p.m. before the Honorable Rya Zobel.

WHEREFORE, the undersigned requests that the Court enter an Order allowing him to speak during the upcoming status conference.

/s/ Douglas D. Small
Douglas D. Small, #2040-34
Foley & Small
1002 East Jefferson Blvd.
South Bend, IN 46617
(574) 288-7676
dsmall@foleyandsmall.com

## CERTIFICATE OF SERVICE

I, Douglas D. Small, hereby certify that on December 8, 2016, I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

/s/ Douglas D. Small
Douglas D. Small