Dennis K. Ames, Esq., Cal. State Bar# 81460
E-mail: Dames@ljdfa.com
(*Application for Pro Hac Vice pending*)
Robert J. Iacopino, Esq., Cal. State Bar# 279754
E-mail: Riacopino@ljdfa.com
(*Application for Pro Hac Vice pending*)
**LA FOLLETTE, JOHNSON, DE HAAS,**
**FESLER & AMES**
2677 N. Main Street, Suite 901
Santa Ana, CA 92705
Telephone: (714) 558-7008
Facsimile: (714) 972-0379

Attorneys for Defendants
EUGEN D. WILLIAMS, M.D., LINDA LUI LUONG, P.A., and FULLERTON ORTHOPAEDIC SURGERY MEDICAL GROUP, INC.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Jeffries, et al. v. Ameridose, et al.* ) <br> Docket No. 1:14-cv-12789-RWZ ) <br> ) | MDL No. 2419 <br> Master Dkt. 1:13-md-02419-RWZ |

### APPLICATION FOR WITHDRAWAL FROM MAILING LISTS

I, Robert J. Iacopino, on behalf of myself and all other members of the firm, LaFollette, Johnson, DeHaas, Fesler & Ames, hereby respectfully request withdrawal from all mailing and electronic service lists in this action. The action against our clients (*Jeffries, et al. v. Ameridose, et al.*, No. 1:14-cv-12789-RWZ) was previously resolved by way of stipulated dismissal on October 31, 2016 [Dkt. 20 in that action].

Therefore, it is respectfully requested that the following individuals be removed from any electronic or conventional mailing lists in the MDL (1:13-md-02419-RWZ):

1. Robert J. Iacopino – Riacopino@ljdfa.com

2. Monica Salt – Msalt@ljdfa.com

Dated: December 9, 2016

                LA FOLLETTE, JOHNSON, DEHAAS, FESLER & AMES

BY: _____
DENNIS K. AMES, ESQ.
ROBERT J. IACOPINO, ESQ.
Attorneys for Defendants
EUGEN D. WILLIAMS, M.D.,
LINDA LUI LUONG, P.A., and
FULLERTON ORTHOPAEDIC
SURGERY MEDICAL GROUP, INC.

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. I am employed with the law offices of La Follette, Johnson, De Haas, Fesler & Ames, 2677 N. Main Street, Suite 901, Santa Ana, California 92705.

On the below date, I electronically served a true and correct copy of the document entitled **APPLICATION FOR WITHDRAWAL FROM MAILING LISTS** on all parties in MDL No. 2419 via CM/ECF.

I declare that I am employed in the office of an attorney admitted to practice before this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 9, 2016, at Santa Ana, California.

                              MONICA SALT