# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PROCUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions Against Specialty Surgery Center and Dr. Kenneth Lister | )<br>)<br>)<br>) MDL No.: 2419<br>) Master Docket No.: 1:13-md-2419<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR SANCTIONS AND FOR ORDER TO SHOW CAUSE

For reasons explained in the accompanying Memorandum, the Plaintiffs' Steering Committee ("PSC") hereby moves for sanctions against the SSC Defendants,[1] Ms. Atkinson, the St. Thomas Neurosurgical Defendants, and Dr. Donald Jones, and for an order to show cause why those entities did not violate the Court's July 28, 2016 Order (Dkt. No. 3015) and the associated Qualified Protective Order (Dkt. 3030). The PSC requests that all records on the Cumberland Computers that these entities have withheld or redacted on unauthorized grounds be made available to the PSC immediately. The PSC also requests its reasonable attorney's fees and expenses in filing this motion. Finally, the PSC requests that the Court issue an Order to Show Cause why the SSC Defendants, Ms. Atkinson, the St. Thomas Neurosurgical Defendants, and Dr. Donald Jones should not be held in contempt for violating the Court's Orders.

Date: December 15, 2016         Respectfully submitted:

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
Anthony A. Orlandi

---

[1] The "SSC Defendants" include Specialty Surgery Center PLLC, Dr. Kenneth Lister, MD, and Dr. Kenneth Lister, MD, PC.

1

BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
aorlandi@bsjfirm.com
*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Annika K. Martin
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212/355-9500
Facsimile:  212/355-9592
akmartin@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC

31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: 617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone: 404/451-7781
Facsimile: 404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   December 15, 2016

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV
