UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PROCUSTS LIABILITY LITIGATION  ) ) ) ) | ) MDL No.: 2419 ) Master Docket No.: 1:13-md-2419 |
| THIS DOCUMENT RELATES TO:  ) ) All Actions Against Specialty Surgery Center and ) Dr. Kenneth Lister  ) ) | |

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

The Plaintiffs' Steering Committee ("PSC") hereby moves for leave to file a Memorandum of Law in support of its Motion for Sanctions and for Order to Show Cause in excess of the twenty (20) page default limit under Local Rule 7.1(b)(4). The PSC's Memorandum, filed contemporaneously herewith, is twenty-four (24) double-spaced pages. Because the PSC is requesting leave for fewer than five additional pages, pursuant to MDL Order No. 11 Part C the PSC has contacted opposing counsel concerning this requested extension on today's date but has not yet received a response concerning the defendants' position. Accordingly, the PSC files this request as a motion.

The PSC requests this extension because the issues presented in the Motion for Sanctions and for Order to Show Cause are complex and involve the consideration of multiple prior court orders, the evaluation of claims of multiple forms of privilege over hundreds of documents by multiple entities, and the PSC's articulation of several independent grounds on which it contends that production of the underlying records is warranted.

Date:  December 15, 2016         Respectfully submitted:

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel

1

Anthony A. Orlandi
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
aorlandi@bsjfirm.com
*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Annika K. Martin
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212/355-9500
Facsimile:  212/355-9592
akmartin@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty

2

JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

    I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   December 15, 2016

                                                   /s/ J. Gerard Stranch, IV
                                                 J. Gerard Stranch, IV