# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No.:  1:13-md-2419-RWZ |
| | ) | |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| CIVIL ACTION NO. 1:13-cv-12688-RWZ | ) | |

## NOTICE OF FILING NOTICE OF APPEAL

**COME** Plaintiffs, James Palmer and wife, Michelle Palmer, by and through the undersigned counsel, and hereby give **NOTICE** of the filing of their Notice of Appeal in Civil Action 1:13-cv-12688-RWZ of the November 17, 2016 Memorandum of Decision and Order [Doc. 3188] entered by the District Court of Massachusetts.

Respectfully submitted, this 16th day of December, 2016.

_____/s/ Christopher T. Cain_____
Thomas S. Scott, Jr., TN BPR # 1086
Christopher T. Cain, TN BPR # 19997
SCOTT & CAIN
*Attorneys for Plaintiffs*
Bank of America Building
550 W. Main Avenue, Suite 601
Knoxville, TN 37902
scott@scottandcain.com
cain@scottandcain.com
(865) 525-2150

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2016, a true and exact copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.


_____ /s/ Christopher T. Cain