UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PROCUCTS LIABILITY LITIGATION | )<br>)<br>) MDL No.: 2419<br>) Master Docket No.: 1:13-md-2419 |
| THIS DOCUMENT RELATES TO:<br><br>All Actions Against Specialty Surgery Center and Dr. Kenneth Lister | )<br>)<br>)<br>)<br>) |

**NOTICE OF STIPULATION CONCERNING EXTENSION OF PAGE LIMIT**

On December 15, 2016, the Plaintiffs' Steering Committee ("PSC") filed a Motion for Sanctions and for Order to Show Cause (Dkt. No. 3232) ("Motion for Sanctions"). In support of that Motion, the PSC filed a Motion for Leave to Exceed Page Limit (Dkt. No. 3232) ("Motion for Leave") with respect to an attached Memorandum of Law (Dkt. No. 3222-1) filed in support of the Motion for Sanctions.

Pursuant to MDL Order No. 11 Part C, the parties have conferred concerning the requested extension.[1] The PSC hereby gives notice that it and the SSC Defendants[2] stipulate that they have agreed that the PSC's brief may exceed the default page limit by five (5) or fewer pages. Under the terms of MDL Order No. 11 Part C, because the Impacted Parties all agree, the additional pages requested with respect to the Memorandum of Law are therefore allowed without any need for further motion practice.

For clarity of the record, the PSC is therefore re-filing a copy of the previously filed Memorandum and supporting exhibits contemporaneously herewith as a distinct docket entry.

---

[1] The PSC received opposing counsel's position that it did not oppose the request shortly after the motion was filed.
[2] The "SSC Defendants" include Specialty Surgery Center PLLC, Dr. Kenneth Lister, MD, and Dr. Kenneth Lister, MD, PC. They are the "Impacted Parties" under MDL Order No. 11.

1

Date:  December 16, 2016 		Respectfully submitted:

**/s/ Anthony A. Orlandi**
J. Gerard Stranch, IV
Benjamin A. Gastel
Anthony A. Orlandi
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone:  615/254-8801
Facsimile:  615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
aorlandi@bsjfirm.com
*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Annika K. Martin
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212/355-9500
Facsimile:  212/355-9592
akmartin@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075

2

Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Anthony A. Orlandi, hereby certify that I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   December 16, 2016

/s/ Anthony A. Orlandi<br>
Anthony A. Orlandi