# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |

MDL No. 2419
Dkt. No 1:13-md-2419 (RWZ)

THIS DOCUMENT RELATES TO:

Suits Naming Specialty Surgery Center, PLLC

## SSC DEFENDANTS' PRIVILEGE LOG FOR DOCUMENTS PRODUCED BY CUMBERLAND MEDICAL CENTER

Defendants Specialty Surgery Center, Crossville, PLLC ("SSC"), Kenneth R. Lister, MD ("Dr. Lister"), and Kenneth Lister, MD, PC ("Dr. Lister's Practice") (collectively, "SSC Defendants") submit the following privilege log for the documents produced by Cumberland Medical Center and reviewed for privilege by the SSC Defendants' pursuant to Magistrate Boal's order at Doc. 3015.

The privilege log is divided into two separate tables:

**Table 1** identifies (1) the files that contain redactions by Bates-number, (2) the privilege(s) applicable to each redacted file, and (3) a description of the redacted information.

**Table 2** identifies (1) the categories of documents withheld entirely, (2) the privilege(s) applicable to each category, (3) a description of the information withheld, (4) the senders/recipients of each category of documents, and (5) the estimated number of files withheld for each category.

# TABLE 1

| Description of Information Redacted | Privilege Asserted | Bates-Numbered Page(s) |
|---|---|---|
| Information pertaining to activities undertaken as part of SSC's Continuous Quality Improvement program specifically related to physician conduct, competency, and ability to practice medicine, including the results of physicians' review of medical records for randomly-selected patients of other SSC physicians; incidents that occurred during procedures, investigations, and corrective action (e.g., hypoxic events, allergic reactions, etc.); reports of post-operative infections, investigation, and corrective action; reports of post-operative admissions, investigation, and corrective action; sentinel event reports; root cause analyses; reports of surgical delays caused by physicians and corrective action; grant and revocation of privileges at SSC; credentialing; coding/billing audits and corrective actions recommended by Calisher & Associates; a benchmark study on physician Propofol usage and corrective action; an issue involving a ASA Level IV patient and corrective | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272; Peer Review Privilege Tenn. Code Ann. § 63-6-219 | CMC Subpoena Response E-Discovery 0009580<br>CMC Subpoena Response E-Discovery 0009582<br>CMC Subpoena Response E-Discovery 0009594<br>CMC Subpoena Response E-Discovery 0009636<br>CMC Subpoena Response E-Discovery 0009641<br>CMC Subpoena Response E-Discovery 0009969<br>CMC Subpoena Response E-Discovery 0009985<br>CMC Subpoena Response E-Discovery 0009988<br>CMC Subpoena Response E-Discovery 0010024<br>CMC Subpoena Response E-Discovery 0010029<br>CMC Subpoena Response E-Discovery 0010037<br>CMC Subpoena Response E-Discovery 0010041<br>CMC Subpoena Response E-Discovery 0010045<br>CMC Subpoena Response E-Discovery 0010082<br>CMC Subpoena Response E-Discovery 0010084<br>CMC Subpoena Response E-Discovery 0010088<br>CMC Subpoena Response E-Discovery 0010089<br>CMC Subpoena Response E-Discovery 0010090<br>CMC Subpoena Response E-Discovery 0010091<br>CMC Subpoena Response E-Discovery 0010092<br>CMC Subpoena Response E-Discovery 0010095<br>CMC Subpoena Response E-Discovery 0010097<br>CMC Subpoena Response E-Discovery 0010099<br>CMC Subpoena Response E-Discovery 0010101<br>CMC Subpoena Response E-Discovery 0010102<br>CMC Subpoena Response E-Discovery 0010105 |

| | |
|---|---|
| action; and an issue involving diversion of controlled substances by a physician who left SSC several years before the outbreak and his subsequent enrollment in a Tennessee Medical Foundation program for substance abuse. | CMC Subpoena Response E-Discovery 0010107<br>CMC Subpoena Response E-Discovery 0010110<br>CMC Subpoena Response E-Discovery 0010112<br>CMC Subpoena Response E-Discovery 0010114<br>CMC Subpoena Response E-Discovery 0010116<br>CMC Subpoena Response E-Discovery 0010118<br>CMC Subpoena Response E-Discovery 0034440<br>CMC Subpoena Response E-Discovery 0049832<br>CMC Subpoena Response E-Discovery 0049850<br>CMC Subpoena Response E-Discovery 0049864<br>CMC Subpoena Response E-Discovery 0133014<br>CMC Subpoena Response E-Discovery 0143878<br>CMC Subpoena Response E-Discovery 0144251 |

| Emails between Jean Atkinson and counsel[1] containing advice or information from counsel, seeking advice or information from counsel, or providing information to counsel for the purposes of obtaining advice from counsel, or emails containing information prepared in anticipation of litigation. | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | CMC Subpoena Response E-Discovery 0139351 |
|---|---|---|
| | | CMC Subpoena Response E-Discovery 0139354 |
| | | CMC Subpoena Response E-Discovery 0139413 |
| | | CMC Subpoena Response E-Discovery 0139497 |
| | | CMC Subpoena Response E-Discovery 0139565 |
| | | CMC Subpoena Response E-Discovery 0140204 |
| | | CMC Subpoena Response E-Discovery 0140211 |
| | | CMC Subpoena Response E-Discovery 0140248 |
| | | CMC Subpoena Response E-Discovery 0140254 |
| | | CMC Subpoena Response E-Discovery 0140393 |
| | | CMC Subpoena Response E-Discovery 0140404 |
| | | CMC Subpoena Response E-Discovery 0140406 |
| | | CMC Subpoena Response E-Discovery 0140434 |
| | | CMC Subpoena Response E-Discovery 0140655 |
| | | CMC Subpoena Response E-Discovery 0140720 |
| | | CMC Subpoena Response E-Discovery 0141183 |
| | | CMC Subpoena Response E-Discovery 0141516 |
| | | CMC Subpoena Response E-Discovery 0142588 |
| | | CMC Subpoena Response E-Discovery 0145253 |
| | | CMC Subpoena Response E-Discovery 0145254 |
| | | CMC Subpoena Response E-Discovery 0145296 |
| | | CMC Subpoena Response E-Discovery 0145298 |
| | | CMC Subpoena Response E-Discovery 0145436 |
| | | CMC Subpoena Response E-Discovery 0145518 |
| | | CMC Subpoena Response E-Discovery 0145647 |
| | | CMC Subpoena Response E-Discovery 0145650 |
| | | CMC Subpoena Response E-Discovery 0146203 |
| | | CMC Subpoena Response E-Discovery 0146267 |
| | | CMC Subpoena Response E-Discovery 0147040 |

[1] Gideon, Cooper & Essary, PLLC and/or Peter Strianse.

| | | |
|---|---|---|
| Email from Kim Bowlin to Calisher & Associates[2] conveying substance of discussion between Jean Atkinson and counsel. | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | CMC Subpoena Response E-Discovery 0140406<br>CMC Subpoena Response E-Discovery 0145518<br>CMC Subpoena Response E-Discovery 0145650 |
| Email exchange between Kim Bowlin and counsel conveying information on behalf of Jean Atkinson due to a failure of Jean Atkinson's computer. | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | CMC Subpoena Response E-Discovery 0140655<br>CMC Subpoena Response E-Discovery 0145296<br>CMC Subpoena Response E-Discovery 0145298 |
| Emails between STOPNC/Howell Allen,[3] or Donald Jones, MD[4] and counsel containing advice or information from counsel, seeking advice or information from counsel, or providing information to counsel for the purposes of obtaining advice from counsel, or emails containing information prepared in anticipation of litigation. | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | CMC Subpoena Response E-Discovery 0140146<br>CMC Subpoena Response E-Discovery 0140162<br>CMC Subpoena Response E-Discovery 0140164<br>CMC Subpoena Response E-Discovery 0140171<br>CMC Subpoena Response E-Discovery 0145188<br>CMC Subpoena Response E-Discovery 0145199<br>CMC Subpoena Response E-Discovery 0145201<br>CMC Subpoena Response E-Discovery 0145518<br>CMC Subpoena Response E-Discovery 0146168<br>CMC Subpoena Response E-Discovery 0146182 |

5

---

[2] Ron Calisher, Gina Calisher, Kevin Calisher, and/or Brandon Kowarsky.
[3] John Culclasure, MD, Debra Schamberg, Greg Lanford, MD, Scott Butler, Dawn Rudolph, Dale Batchelor, MD, Craig Polkow, and/or Berry Holt.
[4] References to Dr. Jones also include Joy Day, who worked in Dr. Jones' office.

| Information pertaining to activities undertaken as part of SSC's Continuous Quality Improvement program, including nursing chart audits and corrective action; patient satisfaction survey results; investigations of equipment malfunctions affecting patient care and corrective actions; coding/billing audits and corrective actions recommended by Calisher & Associates; procedure cancellations and delays and corrective actions; results of pharmaceutical audit from pharmacist Tommy Arms; medication errors and corrective actions; patient incidents not involving physician conduct and corrective action (e.g., patient falls); periodic review of facility by Jean Atkinson or Calisher & Associates and corrective action (e.g. ensuring shelving in storage room is appropriate height above floor as required by applicable regulations, overall workflow and efficiency of facility, etc.); results of licensing and accreditation surveys and corrective action; HIPAA incidents, investigations, and corrective action; incorrect narcotic counts, investigation, and corrective action; Propofol usage study and corrective action; study on appropriate hair removal prior to surgery and | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 | CMC Subpoena Response E-Discovery 0009591<br>CMC Subpoena Response E-Discovery 0009593<br>CMC Subpoena Response E-Discovery 0009599<br>CMC Subpoena Response E-Discovery 0009605<br>CMC Subpoena Response E-Discovery 0009608<br>CMC Subpoena Response E-Discovery 0009610<br>CMC Subpoena Response E-Discovery 0009612<br>CMC Subpoena Response E-Discovery 0009613<br>CMC Subpoena Response E-Discovery 0009618<br>CMC Subpoena Response E-Discovery 0009622<br>CMC Subpoena Response E-Discovery 0009628<br>CMC Subpoena Response E-Discovery 0009632<br>CMC Subpoena Response E-Discovery 0009645<br>CMC Subpoena Response E-Discovery 0009647<br>CMC Subpoena Response E-Discovery 0009650<br>CMC Subpoena Response E-Discovery 0009653<br>CMC Subpoena Response E-Discovery 0009657<br>CMC Subpoena Response E-Discovery 0009670<br>CMC Subpoena Response E-Discovery 0009906<br>CMC Subpoena Response E-Discovery 0009964<br>CMC Subpoena Response E-Discovery 0009975<br>CMC Subpoena Response E-Discovery 0009979<br>CMC Subpoena Response E-Discovery 0009983<br>CMC Subpoena Response E-Discovery 0009992<br>CMC Subpoena Response E-Discovery 0009995<br>CMC Subpoena Response E-Discovery 0009999<br>CMC Subpoena Response E-Discovery 0010004<br>CMC Subpoena Response E-Discovery 0010005<br>CMC Subpoena Response E-Discovery 0010012<br>CMC Subpoena Response E-Discovery 0010016<br>CMC Subpoena Response E-Discovery 0010017<br>CMC Subpoena Response E-Discovery 0010018 |

| | |
|---|---|
| corrective action; study on pain management patients completed without payment to SSC and corrective action; a report from a program to improve safe injection practices at SSC; a report from a study of sterile trays after wrappers were found to have holes in them and corrective action; study on proper administration of antibiotics prior to general surgery and corrective action; report from a study monitoring radiation dosimetry; results of study on patient signatures on forms regarding HIPAA and corrective action; results of pre-op procedure wait time and discharge time and corrective actions; results and corrective action from an internal audit on HIPAA compliance; sentinel event reports; root cause analyses; an issue with the care provided by a CRNA during non-pain management cases; an issue with patients sexually harassing staff members and corrective action; results of study on patient follow-up calls and corrective action; results of a study on supply costs for endoscopy and pain management and corrective action; an issue with excessive condensation in the operating room and corrective action; discussion about reducing clinical staff. | CMC Subpoena Response E-Discovery 0010020<br>CMC Subpoena Response E-Discovery 0010032<br>CMC Subpoena Response E-Discovery 0010053<br>CMC Subpoena Response E-Discovery 0010055<br>CMC Subpoena Response E-Discovery 0010062<br>CMC Subpoena Response E-Discovery 0010075<br>CMC Subpoena Response E-Discovery 0023699<br>CMC Subpoena Response E-Discovery 0023734<br>CMC Subpoena Response E-Discovery 0027030<br>CMC Subpoena Response E-Discovery 0027168<br>CMC Subpoena Response E-Discovery 0027441<br>CMC Subpoena Response E-Discovery 0028466<br>CMC Subpoena Response E-Discovery 0034697<br>CMC Subpoena Response E-Discovery 0034935<br>CMC Subpoena Response E-Discovery 0049891<br>CMC Subpoena Response E-Discovery 0049901<br>CMC Subpoena Response E-Discovery 0059954<br>CMC Subpoena Response E-Discovery 0059969<br>CMC Subpoena Response E-Discovery 0059971<br>CMC Subpoena Response E-Discovery 0092646<br>CMC Subpoena Response E-Discovery 0133014<br>CMC Subpoena Response E-Discovery 0133235<br>CMC Subpoena Response E-Discovery 0133304<br>CMC Subpoena Response E-Discovery 0139601<br>CMC Subpoena Response E-Discovery 0139602<br>CMC Subpoena Response E-Discovery 0139614<br>CMC Subpoena Response E-Discovery 0139615<br>CMC Subpoena Response E-Discovery 0144204<br>CMC Subpoena Response E-Discovery 0144217<br>CMC Subpoena Response E-Discovery 0144230<br>CMC Subpoena Response E-Discovery 0144233<br>CMC Subpoena Response E-Discovery 0144234<br>CMC Subpoena Response E-Discovery 0150191 |

| |
|---|
| CMC Subpoena Response E-Discovery 0150492 |
| CMC Subpoena Response E-Discovery 0158870 |
| CMC Subpoena Response E-Discovery 0160119 |
| CMC Subpoena Response E-Discovery 0163334 |
| CMC Subpoena Response E-Discovery 0163969 |
| CMC Subpoena Response E-Discovery 0166785 |
| CMC Subpoena Response E-Discovery 0181022 |
| CMC Subpoena Response E-Discovery 0181229 |
| CMC Subpoena Response E-Discovery 0182533 |
| CMC Subpoena Response E-Discovery 0183359 |
| CMC Subpoena Response E-Discovery 0183580 |
| CMC Subpoena Response E-Discovery 0186122 |
| CMC Subpoena Response E-Discovery 0186738 |
| CMC Subpoena Response E-Discovery 0194252 |
| CMC Subpoena Response E-Discovery 0194345 |
| CMC Subpoena Response E-Discovery 0211489 |
| CMC Subpoena Response E-Discovery 0218090 |
| CMC Subpoena Response E-Discovery 0218304 |
| CMC Subpoena Response E-Discovery 0219790 |
| CMC Subpoena Response E-Discovery 0221911 |

8

| Supervisor comments on employee evaluations which improvements/deficiencies in activities involving patient care. | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 | |
|---|---|---|
| | | CMC Subpoena Response E-Discovery 0058120 |
| | | CMC Subpoena Response E-Discovery 0139520 |
| | | CMC Subpoena Response E-Discovery 0139533 |
| | | CMC Subpoena Response E-Discovery 0141083 |
| | | CMC Subpoena Response E-Discovery 0141200 |
| | | CMC Subpoena Response E-Discovery 0141592 |
| | | CMC Subpoena Response E-Discovery 0141598 |
| | | CMC Subpoena Response E-Discovery 0141721 |
| | | CMC Subpoena Response E-Discovery 0143875 |
| | | CMC Subpoena Response E-Discovery 0143892 |
| | | CMC Subpoena Response E-Discovery 0147421 |
| | | CMC Subpoena Response E-Discovery 0147539 |
| | | CMC Subpoena Response E-Discovery 0156762 |
| | | CMC Subpoena Response E-Discovery 0180810 |
| | | CMC Subpoena Response E-Discovery 0183361 |
| | | CMC Subpoena Response E-Discovery 0183366 |
| | | CMC Subpoena Response E-Discovery 0188007 |
| | | CMC Subpoena Response E-Discovery 0188013 |
| | | CMC Subpoena Response E-Discovery 0189088 |
| | | CMC Subpoena Response E-Discovery 0189094 |
| | | CMC Subpoena Response E-Discovery 0193655 |
| | | CMC Subpoena Response E-Discovery 0193660 |
| | | CMC Subpoena Response E-Discovery 0193667 |
| | | CMC Subpoena Response E-Discovery 0193668 |
| | | CMC Subpoena Response E-Discovery 0193674 |
| | | CMC Subpoena Response E-Discovery 0193686 |
| | | CMC Subpoena Response E-Discovery 0194346 |
| | | CMC Subpoena Response E-Discovery 0195568 |
| | | CMC Subpoena Response E-Discovery 0195824 |
| | | CMC Subpoena Response E-Discovery 0223629 |
| | | CMC Subpoena Response E-Discovery 0223630 |
| | | CMC Subpoena Response E-Discovery 0223636 |

| Non-Plaintiff patient information | HIPAA | |
|---|---|---|
| | | CMC Subpoena Response E-Discovery 0009594 |
| | | CMC Subpoena Response E-Discovery 0016342 |
| | | CMC Subpoena Response E-Discovery 0016373 |
| | | CMC Subpoena Response E-Discovery 0016395 |
| | | CMC Subpoena Response E-Discovery 0016412 |
| | | CMC Subpoena Response E-Discovery 0016434 |
| | | CMC Subpoena Response E-Discovery 0016445 |
| | | CMC Subpoena Response E-Discovery 0016468 |
| | | CMC Subpoena Response E-Discovery 0016480 |
| | | CMC Subpoena Response E-Discovery 0016497 |
| | | CMC Subpoena Response E-Discovery 0016500 |
| | | CMC Subpoena Response E-Discovery 0016526 |
| | | CMC Subpoena Response E-Discovery 0016535 |
| | | CMC Subpoena Response E-Discovery 0016544 |
| | | CMC Subpoena Response E-Discovery 0016557 |
| | | CMC Subpoena Response E-Discovery 0016585 |
| | | CMC Subpoena Response E-Discovery 0016591 |
| | | CMC Subpoena Response E-Discovery 0016604 |
| | | CMC Subpoena Response E-Discovery 0016612 |
| | | CMC Subpoena Response E-Discovery 0016634 |
| | | CMC Subpoena Response E-Discovery 0016681 |
| | | CMC Subpoena Response E-Discovery 0016687 |
| | | CMC Subpoena Response E-Discovery 0016791 |
| | | CMC Subpoena Response E-Discovery 0016810 |
| | | CMC Subpoena Response E-Discovery 0016837 |
| | | CMC Subpoena Response E-Discovery 0016856 |
| | | CMC Subpoena Response E-Discovery 0016868 |
| | | CMC Subpoena Response E-Discovery 0016884 |
| | | CMC Subpoena Response E-Discovery 0016891 |
| | | CMC Subpoena Response E-Discovery 0016895 |
| | | CMC Subpoena Response E-Discovery 0016904 |
| | | CMC Subpoena Response E-Discovery 0016920 |

10

CMC Subpoena Response E-Discovery 0016924
CMC Subpoena Response E-Discovery 0016939
CMC Subpoena Response E-Discovery 0016945
CMC Subpoena Response E-Discovery 0016949
CMC Subpoena Response E-Discovery 0016963
CMC Subpoena Response E-Discovery 0016994
CMC Subpoena Response E-Discovery 0017010
CMC Subpoena Response E-Discovery 0017017
CMC Subpoena Response E-Discovery 0017028
CMC Subpoena Response E-Discovery 0017038
CMC Subpoena Response E-Discovery 0017081
CMC Subpoena Response E-Discovery 0017089
CMC Subpoena Response E-Discovery 0017112
CMC Subpoena Response E-Discovery 0017181
CMC Subpoena Response E-Discovery 0017477
CMC Subpoena Response E-Discovery 0017541
CMC Subpoena Response E-Discovery 0021669
CMC Subpoena Response E-Discovery 0021945
CMC Subpoena Response E-Discovery 0022854
CMC Subpoena Response E-Discovery 0022906
CMC Subpoena Response E-Discovery 0023402
CMC Subpoena Response E-Discovery 0023406
CMC Subpoena Response E-Discovery 0028393
CMC Subpoena Response E-Discovery 0032942
CMC Subpoena Response E-Discovery 0032955
CMC Subpoena Response E-Discovery 0033251
CMC Subpoena Response E-Discovery 0034174
CMC Subpoena Response E-Discovery 0034177
CMC Subpoena Response E-Discovery 0034205
CMC Subpoena Response E-Discovery 0034209
CMC Subpoena Response E-Discovery 0034215
CMC Subpoena Response E-Discovery 0034218
CMC Subpoena Response E-Discovery 0034221

11

CMC Subpoena Response E-Discovery 0034228
CMC Subpoena Response E-Discovery 0034232
CMC Subpoena Response E-Discovery 0034244
CMC Subpoena Response E-Discovery 0035524
CMC Subpoena Response E-Discovery 0035728
CMC Subpoena Response E-Discovery 0080832
CMC Subpoena Response E-Discovery 0133235
CMC Subpoena Response E-Discovery 0139402
CMC Subpoena Response E-Discovery 0139426
CMC Subpoena Response E-Discovery 0139432
CMC Subpoena Response E-Discovery 0139469
CMC Subpoena Response E-Discovery 0139472
CMC Subpoena Response E-Discovery 0139473
CMC Subpoena Response E-Discovery 0139474
CMC Subpoena Response E-Discovery 0139515
CMC Subpoena Response E-Discovery 0139519
CMC Subpoena Response E-Discovery 0139520
CMC Subpoena Response E-Discovery 0140316
CMC Subpoena Response E-Discovery 0140323
CMC Subpoena Response E-Discovery 0140348
CMC Subpoena Response E-Discovery 0140387
CMC Subpoena Response E-Discovery 0140388
CMC Subpoena Response E-Discovery 0140391
CMC Subpoena Response E-Discovery 0140511
CMC Subpoena Response E-Discovery 0140699
CMC Subpoena Response E-Discovery 0140703
CMC Subpoena Response E-Discovery 0140705
CMC Subpoena Response E-Discovery 0140723
CMC Subpoena Response E-Discovery 0140731
CMC Subpoena Response E-Discovery 0140748
CMC Subpoena Response E-Discovery 0140749
CMC Subpoena Response E-Discovery 0140755
CMC Subpoena Response E-Discovery 0140761

12

| |
|---|
| CMC Subpoena Response E-Discovery 0140767 |
| CMC Subpoena Response E-Discovery 0140807 |
| CMC Subpoena Response E-Discovery 0140887 |
| CMC Subpoena Response E-Discovery 0140888 |
| CMC Subpoena Response E-Discovery 0141377 |
| CMC Subpoena Response E-Discovery 0141384 |
| CMC Subpoena Response E-Discovery 0141386 |
| CMC Subpoena Response E-Discovery 0141394 |
| CMC Subpoena Response E-Discovery 0141398 |
| CMC Subpoena Response E-Discovery 0141400 |
| CMC Subpoena Response E-Discovery 0141502 |
| CMC Subpoena Response E-Discovery 0141633 |
| CMC Subpoena Response E-Discovery 0141655 |
| CMC Subpoena Response E-Discovery 0141664 |
| CMC Subpoena Response E-Discovery 0141733 |
| CMC Subpoena Response E-Discovery 0144457 |
| CMC Subpoena Response E-Discovery 0144466 |
| CMC Subpoena Response E-Discovery 0145176 |
| CMC Subpoena Response E-Discovery 0145211 |
| CMC Subpoena Response E-Discovery 0145333 |
| CMC Subpoena Response E-Discovery 0145351 |
| CMC Subpoena Response E-Discovery 0145356 |
| CMC Subpoena Response E-Discovery 0145408 |
| CMC Subpoena Response E-Discovery 0145413 |
| CMC Subpoena Response E-Discovery 0145522 |
| CMC Subpoena Response E-Discovery 0146125 |
| CMC Subpoena Response E-Discovery 0146250 |
| CMC Subpoena Response E-Discovery 0146270 |
| CMC Subpoena Response E-Discovery 0146499 |
| CMC Subpoena Response E-Discovery 0146521 |
| CMC Subpoena Response E-Discovery 0146565 |
| CMC Subpoena Response E-Discovery 0147874 |
| CMC Subpoena Response E-Discovery 0148290 |

13

| |
|---|
| CMC Subpoena Response E-Discovery 0149768 |
| CMC Subpoena Response E-Discovery 0149976 |
| CMC Subpoena Response E-Discovery 0152939 |
| CMC Subpoena Response E-Discovery 0153410 |
| CMC Subpoena Response E-Discovery 0153619 |
| CMC Subpoena Response E-Discovery 0154052 |
| CMC Subpoena Response E-Discovery 0155088 |
| CMC Subpoena Response E-Discovery 0155506 |
| CMC Subpoena Response E-Discovery 0161648 |
| CMC Subpoena Response E-Discovery 0168046 |
| CMC Subpoena Response E-Discovery 0168254 |
| CMC Subpoena Response E-Discovery 0168462 |
| CMC Subpoena Response E-Discovery 0168671 |
| CMC Subpoena Response E-Discovery 0168880 |
| CMC Subpoena Response E-Discovery 0173356 |
| CMC Subpoena Response E-Discovery 0178125 |
| CMC Subpoena Response E-Discovery 0178940 |
| CMC Subpoena Response E-Discovery 0178941 |
| CMC Subpoena Response E-Discovery 0188021 |
| CMC Subpoena Response E-Discovery 0191381 |
| CMC Subpoena Response E-Discovery 0192672 |
| CMC Subpoena Response E-Discovery 0198955 |
| CMC Subpoena Response E-Discovery 0202138 |
| CMC Subpoena Response E-Discovery 0202349 |
| CMC Subpoena Response E-Discovery 0203815 |
| CMC Subpoena Response E-Discovery 0213191 |
| CMC Subpoena Response E-Discovery 0218090 |
| CMC Subpoena Response E-Discovery 0218304 |
| CMC Subpoena Response E-Discovery 0218517 |
| CMC Subpoena Response E-Discovery 0218730 |
| CMC Subpoena Response E-Discovery 0218943 |
| CMC Subpoena Response E-Discovery 0219367 |
| CMC Subpoena Response E-Discovery 0219790 |

14

| | | |
|---|---|---|
| Sensitive and irrelevant financial data, including amounts of distributions to SSC members,[5] revenue/income, and SSC asset values | | CMC Subpoena Response E-Discovery 0220001<br>CMC Subpoena Response E-Discovery 0220212<br>CMC Subpoena Response E-Discovery 0221277<br>CMC Subpoena Response E-Discovery 0221700<br>CMC Subpoena Response E-Discovery 0221911 |
| | Financial information | CMC Subpoena Response E-Discovery 0001629<br>CMC Subpoena Response E-Discovery 0022785<br>CMC Subpoena Response E-Discovery 0023858<br>CMC Subpoena Response E-Discovery 0025282<br>CMC Subpoena Response E-Discovery 0025285<br>CMC Subpoena Response E-Discovery 0025288<br>CMC Subpoena Response E-Discovery 0025290<br>CMC Subpoena Response E-Discovery 0025292<br>CMC Subpoena Response E-Discovery 0025294<br>CMC Subpoena Response E-Discovery 0025296<br>CMC Subpoena Response E-Discovery 0025298<br>CMC Subpoena Response E-Discovery 0025300<br>CMC Subpoena Response E-Discovery 0025302<br>CMC Subpoena Response E-Discovery 0025304<br>CMC Subpoena Response E-Discovery 0025306<br>CMC Subpoena Response E-Discovery 0025308<br>CMC Subpoena Response E-Discovery 0025310<br>CMC Subpoena Response E-Discovery 0025312<br>CMC Subpoena Response E-Discovery 0025320<br>CMC Subpoena Response E-Discovery 0026862<br>CMC Subpoena Response E-Discovery 0026911<br>CMC Subpoena Response E-Discovery 0026932<br>CMC Subpoena Response E-Discovery 0026952<br>CMC Subpoena Response E-Discovery 0026979 |

[5] Dr. Lister, Jon Simpson, MD, Donathan Ivey, MD, Susan Pick, MD, Mark Fox, MD, Mark Lee, MD, and/or Robert Nichols, MD.

CMC Subpoena Response E-Discovery 0027006
CMC Subpoena Response E-Discovery 0027129
CMC Subpoena Response E-Discovery 0027130
CMC Subpoena Response E-Discovery 0027132
CMC Subpoena Response E-Discovery 0027133
CMC Subpoena Response E-Discovery 0027402
CMC Subpoena Response E-Discovery 0027406
CMC Subpoena Response E-Discovery 0027422
CMC Subpoena Response E-Discovery 0027438
CMC Subpoena Response E-Discovery 0028432
CMC Subpoena Response E-Discovery 0028435
CMC Subpoena Response E-Discovery 0028465
CMC Subpoena Response E-Discovery 0033065
CMC Subpoena Response E-Discovery 0033069
CMC Subpoena Response E-Discovery 0033416
CMC Subpoena Response E-Discovery 0033417
CMC Subpoena Response E-Discovery 0033423
CMC Subpoena Response E-Discovery 0033835
CMC Subpoena Response E-Discovery 0034242
CMC Subpoena Response E-Discovery 0034311
CMC Subpoena Response E-Discovery 0034332
CMC Subpoena Response E-Discovery 0034346
CMC Subpoena Response E-Discovery 0034425
CMC Subpoena Response E-Discovery 0034549
CMC Subpoena Response E-Discovery 0034558
CMC Subpoena Response E-Discovery 0034577
CMC Subpoena Response E-Discovery 0034604
CMC Subpoena Response E-Discovery 0034717
CMC Subpoena Response E-Discovery 0034720
CMC Subpoena Response E-Discovery 0034756
CMC Subpoena Response E-Discovery 0034818
CMC Subpoena Response E-Discovery 0038531
CMC Subpoena Response E-Discovery 0038572

16

CMC Subpoena Response E-Discovery 0038604
CMC Subpoena Response E-Discovery 0038607
CMC Subpoena Response E-Discovery 0038801
CMC Subpoena Response E-Discovery 0038916
CMC Subpoena Response E-Discovery 0038980
CMC Subpoena Response E-Discovery 0038981
CMC Subpoena Response E-Discovery 0039118
CMC Subpoena Response E-Discovery 0039205
CMC Subpoena Response E-Discovery 0039245
CMC Subpoena Response E-Discovery 0039265
CMC Subpoena Response E-Discovery 0040114
CMC Subpoena Response E-Discovery 0043230
CMC Subpoena Response E-Discovery 0043271
CMC Subpoena Response E-Discovery 0043830
CMC Subpoena Response E-Discovery 0055447
CMC Subpoena Response E-Discovery 0055449
CMC Subpoena Response E-Discovery 0055450
CMC Subpoena Response E-Discovery 0055702
CMC Subpoena Response E-Discovery 0055711
CMC Subpoena Response E-Discovery 0058348
CMC Subpoena Response E-Discovery 0058621
CMC Subpoena Response E-Discovery 0058839
CMC Subpoena Response E-Discovery 0059059
CMC Subpoena Response E-Discovery 0059311
CMC Subpoena Response E-Discovery 0059315
CMC Subpoena Response E-Discovery 0059889
CMC Subpoena Response E-Discovery 0059893
CMC Subpoena Response E-Discovery 0075314
CMC Subpoena Response E-Discovery 0075315
CMC Subpoena Response E-Discovery 0075401
CMC Subpoena Response E-Discovery 0089436
CMC Subpoena Response E-Discovery 0089654
CMC Subpoena Response E-Discovery 0089661

17

CMC Subpoena Response E-Discovery 0089908
CMC Subpoena Response E-Discovery 0090155
CMC Subpoena Response E-Discovery 0090431
CMC Subpoena Response E-Discovery 0090678
CMC Subpoena Response E-Discovery 0090925
CMC Subpoena Response E-Discovery 0091417
CMC Subpoena Response E-Discovery 0091664
CMC Subpoena Response E-Discovery 0091666
CMC Subpoena Response E-Discovery 0091913
CMC Subpoena Response E-Discovery 0092160
CMC Subpoena Response E-Discovery 0092646
CMC Subpoena Response E-Discovery 0092648
CMC Subpoena Response E-Discovery 0092891
CMC Subpoena Response E-Discovery 0093134
CMC Subpoena Response E-Discovery 0093373
CMC Subpoena Response E-Discovery 0093843
CMC Subpoena Response E-Discovery 0093845
CMC Subpoena Response E-Discovery 0094080
CMC Subpoena Response E-Discovery 0094313
CMC Subpoena Response E-Discovery 0094544
CMC Subpoena Response E-Discovery 0095000
CMC Subpoena Response E-Discovery 0095245
CMC Subpoena Response E-Discovery 0095247
CMC Subpoena Response E-Discovery 0095492
CMC Subpoena Response E-Discovery 0095735
CMC Subpoena Response E-Discovery 0095976
CMC Subpoena Response E-Discovery 0096215
CMC Subpoena Response E-Discovery 0096454
CMC Subpoena Response E-Discovery 0096691
CMC Subpoena Response E-Discovery 0096926
CMC Subpoena Response E-Discovery 0097161
CMC Subpoena Response E-Discovery 0102367
CMC Subpoena Response E-Discovery 0102613

18

| CMC Subpoena Response E-Discovery 0116521 |
| CMC Subpoena Response E-Discovery 0116528 |
| CMC Subpoena Response E-Discovery 0132087 |
| CMC Subpoena Response E-Discovery 0132197 |
| CMC Subpoena Response E-Discovery 0132779 |
| CMC Subpoena Response E-Discovery 0133016 |
| CMC Subpoena Response E-Discovery 0133044 |
| CMC Subpoena Response E-Discovery 0133056 |
| CMC Subpoena Response E-Discovery 0133171 |
| CMC Subpoena Response E-Discovery 0133233 |
| CMC Subpoena Response E-Discovery 0133235 |
| CMC Subpoena Response E-Discovery 0133305 |
| CMC Subpoena Response E-Discovery 0136035 |
| CMC Subpoena Response E-Discovery 0138088 |
| CMC Subpoena Response E-Discovery 0139002 |
| CMC Subpoena Response E-Discovery 0139010 |
| CMC Subpoena Response E-Discovery 0139011 |
| CMC Subpoena Response E-Discovery 0139012 |
| CMC Subpoena Response E-Discovery 0139013 |
| CMC Subpoena Response E-Discovery 0139738 |
| CMC Subpoena Response E-Discovery 0139739 |
| CMC Subpoena Response E-Discovery 0139748 |
| CMC Subpoena Response E-Discovery 0139751 |
| CMC Subpoena Response E-Discovery 0140468 |
| CMC Subpoena Response E-Discovery 0140479 |
| CMC Subpoena Response E-Discovery 0140592 |
| CMC Subpoena Response E-Discovery 0140710 |
| CMC Subpoena Response E-Discovery 0140728 |
| CMC Subpoena Response E-Discovery 0140730 |
| CMC Subpoena Response E-Discovery 0140838 |
| CMC Subpoena Response E-Discovery 0141637 |
| CMC Subpoena Response E-Discovery 0141859 |
| CMC Subpoena Response E-Discovery 0142072 |

19

CMC Subpoena Response E-Discovery 0142158
CMC Subpoena Response E-Discovery 0143239
CMC Subpoena Response E-Discovery 0143246
CMC Subpoena Response E-Discovery 0143689
CMC Subpoena Response E-Discovery 0143691
CMC Subpoena Response E-Discovery 0143693
CMC Subpoena Response E-Discovery 0143696
CMC Subpoena Response E-Discovery 0143698
CMC Subpoena Response E-Discovery 0143782
CMC Subpoena Response E-Discovery 0143841
CMC Subpoena Response E-Discovery 0143863
CMC Subpoena Response E-Discovery 0143871
CMC Subpoena Response E-Discovery 0143977
CMC Subpoena Response E-Discovery 0143980
CMC Subpoena Response E-Discovery 0144226
CMC Subpoena Response E-Discovery 0144922
CMC Subpoena Response E-Discovery 0144938
CMC Subpoena Response E-Discovery 0144958
CMC Subpoena Response E-Discovery 0145336
CMC Subpoena Response E-Discovery 0145495
CMC Subpoena Response E-Discovery 0145498
CMC Subpoena Response E-Discovery 0145974
CMC Subpoena Response E-Discovery 0145977
CMC Subpoena Response E-Discovery 0145983
CMC Subpoena Response E-Discovery 0145989
CMC Subpoena Response E-Discovery 0146243
CMC Subpoena Response E-Discovery 0146400
CMC Subpoena Response E-Discovery 0146496
CMC Subpoena Response E-Discovery 0146513
CMC Subpoena Response E-Discovery 0146628
CMC Subpoena Response E-Discovery 0146662
CMC Subpoena Response E-Discovery 0146676
CMC Subpoena Response E-Discovery 0146713

CMC Subpoena Response E-Discovery 0146748
CMC Subpoena Response E-Discovery 0146752
CMC Subpoena Response E-Discovery 0146758
CMC Subpoena Response E-Discovery 0146794
CMC Subpoena Response E-Discovery 0146897
CMC Subpoena Response E-Discovery 0146907
CMC Subpoena Response E-Discovery 0146972
CMC Subpoena Response E-Discovery 0146983
CMC Subpoena Response E-Discovery 0147001
CMC Subpoena Response E-Discovery 0147005
CMC Subpoena Response E-Discovery 0147014
CMC Subpoena Response E-Discovery 0147023
CMC Subpoena Response E-Discovery 0147031
CMC Subpoena Response E-Discovery 0147032
CMC Subpoena Response E-Discovery 0147047
CMC Subpoena Response E-Discovery 0147050
CMC Subpoena Response E-Discovery 0147053
CMC Subpoena Response E-Discovery 0147062
CMC Subpoena Response E-Discovery 0147066
CMC Subpoena Response E-Discovery 0147067
CMC Subpoena Response E-Discovery 0147094
CMC Subpoena Response E-Discovery 0147097
CMC Subpoena Response E-Discovery 0147100
CMC Subpoena Response E-Discovery 0147103
CMC Subpoena Response E-Discovery 0147106
CMC Subpoena Response E-Discovery 0147107
CMC Subpoena Response E-Discovery 0147128
CMC Subpoena Response E-Discovery 0147154
CMC Subpoena Response E-Discovery 0147427
CMC Subpoena Response E-Discovery 0147445
CMC Subpoena Response E-Discovery 0147456
CMC Subpoena Response E-Discovery 0147464
CMC Subpoena Response E-Discovery 0147596

21

CMC Subpoena Response E-Discovery 0147874
CMC Subpoena Response E-Discovery 0148290
CMC Subpoena Response E-Discovery 0148512
CMC Subpoena Response E-Discovery 0148918
CMC Subpoena Response E-Discovery 0148920
CMC Subpoena Response E-Discovery 0149124
CMC Subpoena Response E-Discovery 0149530
CMC Subpoena Response E-Discovery 0149553
CMC Subpoena Response E-Discovery 0149768
CMC Subpoena Response E-Discovery 0149976
CMC Subpoena Response E-Discovery 0150191
CMC Subpoena Response E-Discovery 0150395
CMC Subpoena Response E-Discovery 0150425
CMC Subpoena Response E-Discovery 0150492
CMC Subpoena Response E-Discovery 0150695
CMC Subpoena Response E-Discovery 0150898
CMC Subpoena Response E-Discovery 0151101
CMC Subpoena Response E-Discovery 0151304
CMC Subpoena Response E-Discovery 0151510
CMC Subpoena Response E-Discovery 0151713
CMC Subpoena Response E-Discovery 0152118
CMC Subpoena Response E-Discovery 0152119
CMC Subpoena Response E-Discovery 0152524
CMC Subpoena Response E-Discovery 0152525
CMC Subpoena Response E-Discovery 0152939
CMC Subpoena Response E-Discovery 0153153
CMC Subpoena Response E-Discovery 0153410
CMC Subpoena Response E-Discovery 0153411
CMC Subpoena Response E-Discovery 0153619
CMC Subpoena Response E-Discovery 0153839
CMC Subpoena Response E-Discovery 0154052
CMC Subpoena Response E-Discovery 0154259
CMC Subpoena Response E-Discovery 0154672

22

CMC Subpoena Response E-Discovery 0154673
CMC Subpoena Response E-Discovery 0154880
CMC Subpoena Response E-Discovery 0155088
CMC Subpoena Response E-Discovery 0155297
CMC Subpoena Response E-Discovery 0155506
CMC Subpoena Response E-Discovery 0155715
CMC Subpoena Response E-Discovery 0155922
CMC Subpoena Response E-Discovery 0156129
CMC Subpoena Response E-Discovery 0156337
CMC Subpoena Response E-Discovery 0156546
CMC Subpoena Response E-Discovery 0156789
CMC Subpoena Response E-Discovery 0156996
CMC Subpoena Response E-Discovery 0157203
CMC Subpoena Response E-Discovery 0157410
CMC Subpoena Response E-Discovery 0157617
CMC Subpoena Response E-Discovery 0158243
CMC Subpoena Response E-Discovery 0158246
CMC Subpoena Response E-Discovery 0158455
CMC Subpoena Response E-Discovery 0158870
CMC Subpoena Response E-Discovery 0158874
CMC Subpoena Response E-Discovery 0159290
CMC Subpoena Response E-Discovery 0159703
CMC Subpoena Response E-Discovery 0159706
CMC Subpoena Response E-Discovery 0160119
CMC Subpoena Response E-Discovery 0160122
CMC Subpoena Response E-Discovery 0160330
CMC Subpoena Response E-Discovery 0160538
CMC Subpoena Response E-Discovery 0160951
CMC Subpoena Response E-Discovery 0160954
CMC Subpoena Response E-Discovery 0161162
CMC Subpoena Response E-Discovery 0161232
CMC Subpoena Response E-Discovery 0161645
CMC Subpoena Response E-Discovery 0162065

23

CMC Subpoena Response E-Discovery 0162276
CMC Subpoena Response E-Discovery 0162283
CMC Subpoena Response E-Discovery 0162492
CMC Subpoena Response E-Discovery 0162701
CMC Subpoena Response E-Discovery 0162912
CMC Subpoena Response E-Discovery 0163331
CMC Subpoena Response E-Discovery 0163334
CMC Subpoena Response E-Discovery 0163754
CMC Subpoena Response E-Discovery 0163757
CMC Subpoena Response E-Discovery 0163969
CMC Subpoena Response E-Discovery 0164183
CMC Subpoena Response E-Discovery 0164395
CMC Subpoena Response E-Discovery 0164607
CMC Subpoena Response E-Discovery 0165029
CMC Subpoena Response E-Discovery 0165242
CMC Subpoena Response E-Discovery 0165245
CMC Subpoena Response E-Discovery 0165453
CMC Subpoena Response E-Discovery 0165661
CMC Subpoena Response E-Discovery 0165877
CMC Subpoena Response E-Discovery 0166083
CMC Subpoena Response E-Discovery 0166168
CMC Subpoena Response E-Discovery 0166374
CMC Subpoena Response E-Discovery 0166785
CMC Subpoena Response E-Discovery 0166789
CMC Subpoena Response E-Discovery 0166997
CMC Subpoena Response E-Discovery 0167411
CMC Subpoena Response E-Discovery 0167622
CMC Subpoena Response E-Discovery 0167828
CMC Subpoena Response E-Discovery 0167832
CMC Subpoena Response E-Discovery 0167838
CMC Subpoena Response E-Discovery 0168046
CMC Subpoena Response E-Discovery 0168254
CMC Subpoena Response E-Discovery 0168462

24

CMC Subpoena Response E-Discovery 0168671
CMC Subpoena Response E-Discovery 0168880
CMC Subpoena Response E-Discovery 0169088
CMC Subpoena Response E-Discovery 0169507
CMC Subpoena Response E-Discovery 0169791
CMC Subpoena Response E-Discovery 0169999
CMC Subpoena Response E-Discovery 0170207
CMC Subpoena Response E-Discovery 0171247
CMC Subpoena Response E-Discovery 0171455
CMC Subpoena Response E-Discovery 0171663
CMC Subpoena Response E-Discovery 0171871
CMC Subpoena Response E-Discovery 0172079
CMC Subpoena Response E-Discovery 0172287
CMC Subpoena Response E-Discovery 0172495
CMC Subpoena Response E-Discovery 0172703
CMC Subpoena Response E-Discovery 0172911
CMC Subpoena Response E-Discovery 0173356
CMC Subpoena Response E-Discovery 0173561
CMC Subpoena Response E-Discovery 0173766
CMC Subpoena Response E-Discovery 0173971
CMC Subpoena Response E-Discovery 0174176
CMC Subpoena Response E-Discovery 0174381
CMC Subpoena Response E-Discovery 0174586
CMC Subpoena Response E-Discovery 0174791
CMC Subpoena Response E-Discovery 0175404
CMC Subpoena Response E-Discovery 0175609
CMC Subpoena Response E-Discovery 0175611
CMC Subpoena Response E-Discovery 0176023
CMC Subpoena Response E-Discovery 0176230
CMC Subpoena Response E-Discovery 0176232
CMC Subpoena Response E-Discovery 0176439
CMC Subpoena Response E-Discovery 0176645
CMC Subpoena Response E-Discovery 0176853

25

CMC Subpoena Response E-Discovery 0177061
CMC Subpoena Response E-Discovery 0177269
CMC Subpoena Response E-Discovery 0177480
CMC Subpoena Response E-Discovery 0177485
CMC Subpoena Response E-Discovery 0177501
CMC Subpoena Response E-Discovery 0177709
CMC Subpoena Response E-Discovery 0178122
CMC Subpoena Response E-Discovery 0178125
CMC Subpoena Response E-Discovery 0178329
CMC Subpoena Response E-Discovery 0178533
CMC Subpoena Response E-Discovery 0178940
CMC Subpoena Response E-Discovery 0178941
CMC Subpoena Response E-Discovery 0179146
CMC Subpoena Response E-Discovery 0179558
CMC Subpoena Response E-Discovery 0179560
CMC Subpoena Response E-Discovery 0179767
CMC Subpoena Response E-Discovery 0179974
CMC Subpoena Response E-Discovery 0180192
CMC Subpoena Response E-Discovery 0180398
CMC Subpoena Response E-Discovery 0180809
CMC Subpoena Response E-Discovery 0181022
CMC Subpoena Response E-Discovery 0181023
CMC Subpoena Response E-Discovery 0181229
CMC Subpoena Response E-Discovery 0181435
CMC Subpoena Response E-Discovery 0181641
CMC Subpoena Response E-Discovery 0181847
CMC Subpoena Response E-Discovery 0182053
CMC Subpoena Response E-Discovery 0182259
CMC Subpoena Response E-Discovery 0182466
CMC Subpoena Response E-Discovery 0182533
CMC Subpoena Response E-Discovery 0182945
CMC Subpoena Response E-Discovery 0182947
CMC Subpoena Response E-Discovery 0183359

CMC Subpoena Response E-Discovery 0183373
CMC Subpoena Response E-Discovery 0183580
CMC Subpoena Response E-Discovery 0184006
CMC Subpoena Response E-Discovery 0184008
CMC Subpoena Response E-Discovery 0184217
CMC Subpoena Response E-Discovery 0184219
CMC Subpoena Response E-Discovery 0184225
CMC Subpoena Response E-Discovery 0184229
CMC Subpoena Response E-Discovery 0184233
CMC Subpoena Response E-Discovery 0184463
CMC Subpoena Response E-Discovery 0184677
CMC Subpoena Response E-Discovery 0184883
CMC Subpoena Response E-Discovery 0185295
CMC Subpoena Response E-Discovery 0185501
CMC Subpoena Response E-Discovery 0185708
CMC Subpoena Response E-Discovery 0186121
CMC Subpoena Response E-Discovery 0186122
CMC Subpoena Response E-Discovery 0186738
CMC Subpoena Response E-Discovery 0187269
CMC Subpoena Response E-Discovery 0187968
CMC Subpoena Response E-Discovery 0187998
CMC Subpoena Response E-Discovery 0187999
CMC Subpoena Response E-Discovery 0188000
CMC Subpoena Response E-Discovery 0188021
CMC Subpoena Response E-Discovery 0188434
CMC Subpoena Response E-Discovery 0188854
CMC Subpoena Response E-Discovery 0188884
CMC Subpoena Response E-Discovery 0189106
CMC Subpoena Response E-Discovery 0189109
CMC Subpoena Response E-Discovery 0189112
CMC Subpoena Response E-Discovery 0189115
CMC Subpoena Response E-Discovery 0189116
CMC Subpoena Response E-Discovery 0189218

27

CMC Subpoena Response E-Discovery 0189380
CMC Subpoena Response E-Discovery 0189516
CMC Subpoena Response E-Discovery 0189520
CMC Subpoena Response E-Discovery 0190033
CMC Subpoena Response E-Discovery 0190037
CMC Subpoena Response E-Discovery 0190363
CMC Subpoena Response E-Discovery 0190366
CMC Subpoena Response E-Discovery 0190512
CMC Subpoena Response E-Discovery 0190535
CMC Subpoena Response E-Discovery 0190557
CMC Subpoena Response E-Discovery 0190626
CMC Subpoena Response E-Discovery 0190658
CMC Subpoena Response E-Discovery 0190665
CMC Subpoena Response E-Discovery 0190667
CMC Subpoena Response E-Discovery 0190672
CMC Subpoena Response E-Discovery 0190687
CMC Subpoena Response E-Discovery 0190691
CMC Subpoena Response E-Discovery 0190693
CMC Subpoena Response E-Discovery 0190695
CMC Subpoena Response E-Discovery 0190749
CMC Subpoena Response E-Discovery 0190751
CMC Subpoena Response E-Discovery 0190776
CMC Subpoena Response E-Discovery 0190783
CMC Subpoena Response E-Discovery 0190798
CMC Subpoena Response E-Discovery 0190802
CMC Subpoena Response E-Discovery 0190804
CMC Subpoena Response E-Discovery 0190806
CMC Subpoena Response E-Discovery 0190901
CMC Subpoena Response E-Discovery 0190903
CMC Subpoena Response E-Discovery 0190905
CMC Subpoena Response E-Discovery 0190907
CMC Subpoena Response E-Discovery 0190909
CMC Subpoena Response E-Discovery 0190911

28

CMC Subpoena Response E-Discovery 0190916
CMC Subpoena Response E-Discovery 0191002
CMC Subpoena Response E-Discovery 0191063
CMC Subpoena Response E-Discovery 0191064
CMC Subpoena Response E-Discovery 0191065
CMC Subpoena Response E-Discovery 0191074
CMC Subpoena Response E-Discovery 0191077
CMC Subpoena Response E-Discovery 0191113
CMC Subpoena Response E-Discovery 0191117
CMC Subpoena Response E-Discovery 0191234
CMC Subpoena Response E-Discovery 0191336
CMC Subpoena Response E-Discovery 0191661
CMC Subpoena Response E-Discovery 0191919
CMC Subpoena Response E-Discovery 0192579
CMC Subpoena Response E-Discovery 0192763
CMC Subpoena Response E-Discovery 0192768
CMC Subpoena Response E-Discovery 0192770
CMC Subpoena Response E-Discovery 0192821
CMC Subpoena Response E-Discovery 0192825
CMC Subpoena Response E-Discovery 0192829
CMC Subpoena Response E-Discovery 0192868
CMC Subpoena Response E-Discovery 0192899
CMC Subpoena Response E-Discovery 0192984
CMC Subpoena Response E-Discovery 0193058
CMC Subpoena Response E-Discovery 0193094
CMC Subpoena Response E-Discovery 0193219
CMC Subpoena Response E-Discovery 0193231
CMC Subpoena Response E-Discovery 0193326
CMC Subpoena Response E-Discovery 0193345
CMC Subpoena Response E-Discovery 0193406
CMC Subpoena Response E-Discovery 0193550
CMC Subpoena Response E-Discovery 0193592
CMC Subpoena Response E-Discovery 0193903

29

CMC Subpoena Response E-Discovery 0193958
CMC Subpoena Response E-Discovery 0194013
CMC Subpoena Response E-Discovery 0194097
CMC Subpoena Response E-Discovery 0194098
CMC Subpoena Response E-Discovery 0194207
CMC Subpoena Response E-Discovery 0194725
CMC Subpoena Response E-Discovery 0194755
CMC Subpoena Response E-Discovery 0194992
CMC Subpoena Response E-Discovery 0195042
CMC Subpoena Response E-Discovery 0195044
CMC Subpoena Response E-Discovery 0195069
CMC Subpoena Response E-Discovery 0195071
CMC Subpoena Response E-Discovery 0195073
CMC Subpoena Response E-Discovery 0195292
CMC Subpoena Response E-Discovery 0195330
CMC Subpoena Response E-Discovery 0195331
CMC Subpoena Response E-Discovery 0195343
CMC Subpoena Response E-Discovery 0195387
CMC Subpoena Response E-Discovery 0195432
CMC Subpoena Response E-Discovery 0195483
CMC Subpoena Response E-Discovery 0195553
CMC Subpoena Response E-Discovery 0195574
CMC Subpoena Response E-Discovery 0195597
CMC Subpoena Response E-Discovery 0195600
CMC Subpoena Response E-Discovery 0195614
CMC Subpoena Response E-Discovery 0195643
CMC Subpoena Response E-Discovery 0195698
CMC Subpoena Response E-Discovery 0195729
CMC Subpoena Response E-Discovery 0195758
CMC Subpoena Response E-Discovery 0195787
CMC Subpoena Response E-Discovery 0195816
CMC Subpoena Response E-Discovery 0195817
CMC Subpoena Response E-Discovery 0195843

30

CMC Subpoena Response E-Discovery 0196156
CMC Subpoena Response E-Discovery 0196306
CMC Subpoena Response E-Discovery 0196458
CMC Subpoena Response E-Discovery 0196461
CMC Subpoena Response E-Discovery 0196464
CMC Subpoena Response E-Discovery 0196467
CMC Subpoena Response E-Discovery 0196856
CMC Subpoena Response E-Discovery 0196859
CMC Subpoena Response E-Discovery 0197069
CMC Subpoena Response E-Discovery 0197276
CMC Subpoena Response E-Discovery 0197484
CMC Subpoena Response E-Discovery 0197692
CMC Subpoena Response E-Discovery 0197694
CMC Subpoena Response E-Discovery 0198316
CMC Subpoena Response E-Discovery 0198318
CMC Subpoena Response E-Discovery 0198742
CMC Subpoena Response E-Discovery 0198955
CMC Subpoena Response E-Discovery 0198957
CMC Subpoena Response E-Discovery 0199170
CMC Subpoena Response E-Discovery 0199595
CMC Subpoena Response E-Discovery 0199597
CMC Subpoena Response E-Discovery 0200022
CMC Subpoena Response E-Discovery 0200236
CMC Subpoena Response E-Discovery 0200450
CMC Subpoena Response E-Discovery 0200663
CMC Subpoena Response E-Discovery 0200665
CMC Subpoena Response E-Discovery 0201085
CMC Subpoena Response E-Discovery 0201294
CMC Subpoena Response E-Discovery 0201503
CMC Subpoena Response E-Discovery 0201715
CMC Subpoena Response E-Discovery 0201717
CMC Subpoena Response E-Discovery 0202138
CMC Subpoena Response E-Discovery 0202349

31

CMC Subpoena Response E-Discovery 0202561
CMC Subpoena Response E-Discovery 0202562
CMC Subpoena Response E-Discovery 0202773
CMC Subpoena Response E-Discovery 0202983
CMC Subpoena Response E-Discovery 0203191
CMC Subpoena Response E-Discovery 0203399
CMC Subpoena Response E-Discovery 0203607
CMC Subpoena Response E-Discovery 0203815
CMC Subpoena Response E-Discovery 0204023
CMC Subpoena Response E-Discovery 0204439
CMC Subpoena Response E-Discovery 0204854
CMC Subpoena Response E-Discovery 0205060
CMC Subpoena Response E-Discovery 0205278
CMC Subpoena Response E-Discovery 0205484
CMC Subpoena Response E-Discovery 0205689
CMC Subpoena Response E-Discovery 0205894
CMC Subpoena Response E-Discovery 0205896
CMC Subpoena Response E-Discovery 0206305
CMC Subpoena Response E-Discovery 0206510
CMC Subpoena Response E-Discovery 0206861
CMC Subpoena Response E-Discovery 0207073
CMC Subpoena Response E-Discovery 0207286
CMC Subpoena Response E-Discovery 0207288
CMC Subpoena Response E-Discovery 0207498
CMC Subpoena Response E-Discovery 0207707
CMC Subpoena Response E-Discovery 0208124
CMC Subpoena Response E-Discovery 0208333
CMC Subpoena Response E-Discovery 0208542
CMC Subpoena Response E-Discovery 0208750
CMC Subpoena Response E-Discovery 0208958
CMC Subpoena Response E-Discovery 0209166
CMC Subpoena Response E-Discovery 0209378
CMC Subpoena Response E-Discovery 0209589

32

CMC Subpoena Response E-Discovery 0209799
CMC Subpoena Response E-Discovery 0210012
CMC Subpoena Response E-Discovery 0210014
CMC Subpoena Response E-Discovery 0210432
CMC Subpoena Response E-Discovery 0210642
CMC Subpoena Response E-Discovery 0210852
CMC Subpoena Response E-Discovery 0211064
CMC Subpoena Response E-Discovery 0211276
CMC Subpoena Response E-Discovery 0211489
CMC Subpoena Response E-Discovery 0211703
CMC Subpoena Response E-Discovery 0211916
CMC Subpoena Response E-Discovery 0212129
CMC Subpoena Response E-Discovery 0212343
CMC Subpoena Response E-Discovery 0212345
CMC Subpoena Response E-Discovery 0212771
CMC Subpoena Response E-Discovery 0212981
CMC Subpoena Response E-Discovery 0213191
CMC Subpoena Response E-Discovery 0213400
CMC Subpoena Response E-Discovery 0213610
CMC Subpoena Response E-Discovery 0213820
CMC Subpoena Response E-Discovery 0213822
CMC Subpoena Response E-Discovery 0214239
CMC Subpoena Response E-Discovery 0214447
CMC Subpoena Response E-Discovery 0214449
CMC Subpoena Response E-Discovery 0214865
CMC Subpoena Response E-Discovery 0217661
CMC Subpoena Response E-Discovery 0217876
CMC Subpoena Response E-Discovery 0218090
CMC Subpoena Response E-Discovery 0218304
CMC Subpoena Response E-Discovery 0218517
CMC Subpoena Response E-Discovery 0218730
CMC Subpoena Response E-Discovery 0218943
CMC Subpoena Response E-Discovery 0219155

33

| |
|---|
| CMC Subpoena Response E-Discovery 0219367 |
| CMC Subpoena Response E-Discovery 0219579 |
| CMC Subpoena Response E-Discovery 0219790 |
| CMC Subpoena Response E-Discovery 0220001 |
| CMC Subpoena Response E-Discovery 0220212 |
| CMC Subpoena Response E-Discovery 0220639 |
| CMC Subpoena Response E-Discovery 0220852 |
| CMC Subpoena Response E-Discovery 0221065 |
| CMC Subpoena Response E-Discovery 0221277 |
| CMC Subpoena Response E-Discovery 0221489 |
| CMC Subpoena Response E-Discovery 0221700 |
| CMC Subpoena Response E-Discovery 0221911 |
| CMC Subpoena Response E-Discovery 0222120 |
| CMC Subpoena Response E-Discovery 0222328 |
| CMC Subpoena Response E-Discovery 0223620 |
| CMC Subpoena Response E-Discovery 0225721 |
| CMC Subpoena Response E-Discovery 0225725 |
| CMC Subpoena Response E-Discovery 0225964 |
| CMC Subpoena Response E-Discovery 0225966 |
| CMC Subpoena Response E-Discovery 0225984 |
| CMC Subpoena Response E-Discovery 0228672 |

34

# TABLE 2

| Description of Information Withheld | Senders/Recipients | Privilege Asserted | Files Withheld[6] |
|---|---|---|---|
| Emails between Jean Atkinson and counsel containing advice or information from counsel, seeking advice or information from counsel, or providing information to counsel for the purposes of obtaining advice from counsel, or emails containing information prepared in anticipation of litigation. | Jean Atkinson, counsel, Kim Bowlin, SSC members, Calisher & Associates, STOPNC/Howell Allen, and/or Dr. Jones | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | 36 |
| Email exchange between Jean Atkinson and counsel containing advice or information from counsel, seeking advice or information from counsel, or providing information to counsel for the purposes of obtaining advice from counsel, or emails containing information prepared in anticipation of litigation, which Kim Bowlin forwarded to Calisher & Associates and SSC members. | Jean Atkinson, counsel, Kim Bowlin, Calisher & Associates, and/or SSC members | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | 1 |

[6] Estimated.

| | | |
|---|---|---|
| Email exchange between Jean Atkinson and counsel containing advice or information from counsel, seeking advice or information from counsel, or providing information to counsel for the purposes of obtaining advice from counsel, or emails containing information prepared in anticipation of litigation, which Kim Bowlin forwarded to Calisher & Associates. | Jean Atkinson, counsel, Kim Bowlin, and/or Calisher & Associates | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | 1 |
| Email exchange between Jean Atkinson, STOPNC/Howell Allen, Dr. Jones, Dr. Lister, and counsel containing advice or information from counsel, seeking advice or information from counsel, or providing information to counsel for the purposes of obtaining advice from counsel, or emails containing information prepared in anticipation of litigation, which Jean Atkinson forwarded to Calisher & Associates and Kim Bowlin. | STOPNC/Howell Allen, Dr. Jones, Jean Atkinson, counsel, Kim Bowlin, Calisher & Associates, and/or SSC members | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | 1 |

| | | | |
|---|---|---|---|
| Email from counsel to STOPNC/Howell Allen, Dr. Jones, Kim Bowlin, and Dr. Lister containing advice or information from counsel, seeking advice or information from counsel, or providing information to counsel for the purposes of obtaining advice from counsel, or emails containing information prepared in anticipation of litigation, which Kim Bowlin forwarded to Calisher & Associates and SSC members. | STOPNC/Howell Allen, Dr. Jones, counsel, Kim Bowlin, Calisher & Associates, and/or SSC members | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | 3 |
| Email from counsel to STOPNC/Howell Allen, Dr. Jones, Kim Bowlin, and Dr. Lister containing advice or information from counsel, seeking advice or information from counsel, or providing information to counsel for the purposes of obtaining advice from counsel, or emails containing information prepared in anticipation of litigation, which Kim Bowlin forwarded to Jean Atkinson, Calisher & Associates, and SSC members. | STOPNC/Howell Allen, Dr. Jones, Jean Atkinson, counsel, Kim Bowlin, Calisher & Associates, and/or SSC members | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | 6 |

| | | |
|---|---|---|
| Email from counsel to STOPNC/Howell Allen, Dr. Jones, Kim Bowlin, and Dr. Lister containing advice or information from counsel, seeking advice or information from counsel, or providing information to counsel for the purposes of obtaining advice from counsel, or emails containing information prepared in anticipation of litigation, which Kim Bowlin forwarded to Jean Atkinson and Calisher & Associates. | STOPNC/Howell Allen, Dr. Jones, Jean Atkinson, counsel, Kim Bowlin, Calisher & Associates, and/or Dr. Lister | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | 1 |
| Email from counsel to STOPNC/Howell Allen, Dr. Jones, Kim Bowlin, and Dr. Lister containing advice or information from counsel, seeking advice or information from counsel, or providing information to counsel for the purposes of obtaining advice from counsel, or emails containing information prepared in anticipation of litigation, which Kim Bowlin forwarded to Jean Atkinson. | STOPNC/Howell Allen, Dr. Jones, Jean Atkinson, counsel, Dr. Lister, and/or Kim Bowlin | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | 2 |

| | | |
|---|---|---|
| Email from counsel to STOPNC/Howell Allen, Dr. Jones, Kim Bowlin, and Dr. Lister containing advice or information from counsel, seeking advice or information from counsel, or providing information to counsel for the purposes of obtaining advice from counsel, or emails containing information prepared in anticipation of litigation, which Kim Bowlin forwarded Calisher & Associates. | STOPNC/Howell Allen, Dr. Jones, counsel, Kim Bowlin, Dr. Lister, and/or Calisher & Associates | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | 3 |
| Email exchange between Kim Bowlin and counsel updating counsel on the status of Jean Atkinson's execution of an affidavit for the TN Board of Pharmacy's board action against SSC and Barry Cadden | Kim Bowlin and counsel | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | 1 |
| Emails between STOPNC/Howell Allen or Dr. Jones and counsel containing advice or information from counsel, seeking advice or information from counsel, or providing information to counsel for the purposes of obtaining advice from counsel, or emails containing information prepared in anticipation of litigation. | STOPNC/Howell Allen, Dr. Jones, counsel, and Kim Bowlin, SVMIC claims attorneys, Jean Atkinson, SSC members, and/or Calisher & Associates | Attorney-Client Privilege; Work Product Doctrine; Common-Interest/Joint Defense Privilege | 105 |

| | | |
|---|---|---|
| Email discussion about performing lumbar punctures during meningitis outbreak at SSC due to Cumberland Medical Center's inability to handle volume and attendant credentialing and potential safety issues. | Counsel, SVMIC claims attorney, SSC members, Calisher & Associates, and/or Kim Bowlin | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272; Peer Review Privilege Tenn. Code Ann. § 63-6-219 | 3 |
| Email exchange about credentialing/re-credentialing Dr. Lister in March 2013 | Kim Bowlin and Dr. Lister | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272; Peer Review Privilege Tenn. Code Ann. § 63-6-219 | 1 |
| Email exchange about Dr. Lister's credentialing in June 2012 | Kim Bowlin and Gina Calisher | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272; Peer Review Privilege Tenn. Code Ann. § 63-6-219 | 1 |
| Letter dated November 11, 2012 from Gina Calisher to SSC members about potential HIPAA issues sending protected health information via email and proposed corrective action. | Gina Calisher, SSC members, and/or Kim Bowlin | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 | 3 copies of same letter |

| | | |
|---|---|---|
| Letter dated December 15, 2009 from Calisher & Associates to SSC members regarding review of clinical staff training, education, and experience with proposed corrective action. | Calisher & Associates and SSC members | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 | 1 |
| Email discussion in January 2013 about safety of restarting injections in patients who received contaminated MPA, with input provided by consulting infectious disease specialists. | Dr. Lister, Kim Bowlin, and/or counsel | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 | 2 |
| Email in August 2011 about CRNAs writing orders and giving verbal orders and required sign-off by physician/anesthesiologist and corrective action. | Kim Bowlin and Calisher & Associates | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 | 1 |
| Email discussion in January 2012 about root cause analysis for missing narcotics, root cause analysis form, investigation, and corrective action. | Jean Atkinson, Calisher & Associates, and/or Kim Bowlin | Quality Improvement Privilege, Tenn. Code Ann. § 68-11-272 | 4 |

41

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**


/s/ Matthew H. Cline
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
matt@gideoncooper.com

*Attorneys for SSC and Jean Atkinson, RN*

/s/ Kent E. Krause
**PARKS T. CHASTAIN****
**KENT E. KRAUSE****
**ASHLEY E. GENO****

Attorneys for Defendant, Specialty Surgery Center, PLLC

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787 (PTC)
(615) 256-8985 (Fax)
pchastain@bkblaw.com
kkrause@bkblaw.com
ageno@bkblaw.com

* Admitted pursuant to MDL Order No. 1
** Admitted *pro hac vice*.

42

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2016, a true and accurate copy of the foregoing was served on the following by electronic mail.

| | |
|---|---|
| Ben Gastel<br>Anthony Orlandi<br>Branstetter, Stranch & Jennings, PLLC<br>The Freedom Center<br>223 Rosa L. Parks Ave.<br>Suite 200<br>Nashville, TN 37203<br>beng@BSJFirm.com<br>aorlandi@bsjfirm.com<br><br>*Attorneys for the PSC* | John W. Moran<br>LeClairRyan<br>One International Place, Eleventh Floor<br>Boston, Massachusetts 02110<br>(617) 502-8212 Direct<br>(617) 502-8262 Fax<br>John.Moran@leclairryan.com<br><br>*Attorneys for Calisher & Associates* |

/s/ Matthew H. Cline
**Matthew H. Cline**