UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:   NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates to:   ) <br> ) <br> All Actions Involving Specialty Surgery ) <br> Center and Dr. Kenneth Lister.   ) | MDL No. 1:13-md-2419 <br><br> Judge Rya Zobel |

## [PROPOSED] ORDER RESETTING DISCOVERY DEADLINES

The parties have jointly moved for an extension of deadlines for common issue discovery in the cases involving Specialty Surgery Center.  These deadlines were previously set in Docket No. 3127.  The Court hereby modifies that Order and establishes the following schedule for all remaining discovery:

| Common Discovery Schedule | |
|---|---|
| **Close of Common Issue Fact Discovery** | 30 Days from Resolution of Plaintiffs' Motion for Sanctions (Dkt. No. 3232)[1] |
| **Plaintiffs' Common Expert Reports Due** | 60 Days from Resolution of Plaintiffs' Motion for Sanctions |
| **Defendants' Common Issue Expert Reports Due** | 90 Days from Resolution of Plaintiffs' Motion for Sanctions |
| **Completion of Common Issue Expert Depositions** | 150 Days from Resolution Plaintiffs' Motion for Sanctions |

---

[1] "Resolution" means entry of a final order by the Magistrate Judge concerning the Plaintiffs' Motion for Sanctions or, if appealed, entry of a final order on appeal by the District Judge.

{004663/12496/00410055.DOCX / Ver.1}

| **Case-Specific Discovery Schedule** | |
|---|---|
| **Completion of Plaintiffs' Depositions** | March 20, 2017 |
| **Plaintiffs' Case-Specific Expert Disclosures** | April 17, 2017 |
| **Defendants' Common Issue Expert Reports Due** | May 17, 2017 |
| **Completion of Common Issue Expert Depositions** | June 28, 2017 |

All other pretrial deadlines will be set by subsequent order of the trial court.

**So Ordered.**

JENNIFER C. BOAL
United States Magistrate Judge