# EXHIBIT 1

# (Proposed Orders)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) This Document Relates to: ) ) *Cox v. Ameridose, LLC, et al.* ) No. 1:13-cv-12918 ) ) | MDL No.: Dkt. No 1:13-md-2419 (RWZ) |

**ORDER OF FINAL JUDGMENT**

This matter came before the Court upon the Specialty Surgery Center Defendants' ("SSC Defendants")[1] Motion for Entry of Final Judgment, pursuant to Fed. R. Civ. P. 58(d). The SSC Defendants' Motion is well-taken and allowed.

**IT IS ORDERED** that the Plaintiff's claims against the SSC Defendants are dismissed with prejudice. Final Judgment is entered for purposes of Rule 58(a), and/or Rule 79(a) of the Federal Rules of Civil Procedure, and any other applicable rule or local rule, this ___ day of _____, _____.

_____            _____
          DATE                                             HONORABLE RYA W. ZOBEL
                                                           SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates to: ) <br> ) <br> *Dingess v. Ameridose, LLC, et al.* ) <br> No. 1:13-cv-12490 ) <br> ) | MDL No.: <br> Dkt. No 1:13-md-2419 (RWZ) |

**ORDER OF FINAL JUDGMENT**

This matter came before the Court upon the Specialty Surgery Center Defendants' ("SSC Defendants")[1] Motion for Entry of Final Judgment, pursuant to Fed. R. Civ. P. 58(d). The SSC Defendants' Motion is well-taken and allowed.

**IT IS ORDERED** that the Plaintiff's claims against the SSC Defendants are dismissed with prejudice. Final Judgment is entered for purposes of Rule 58(a), and/or Rule 79(a) of the Federal Rules of Civil Procedure, and any other applicable rule or local rule, this ___ day of _____, _____.

_____    _____
             DATE                                       HONORABLE RYA W. ZOBEL
                                                        SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates to: ) <br> ) <br> *Hubbard v. Ameridose, LLC, et al.* ) <br> No. 1:13-cv-12922 ) <br> ) | MDL No.: <br> Dkt. No 1:13-md-2419 (RWZ) |

### ORDER OF FINAL JUDGMENT

This matter came before the Court upon the Specialty Surgery Center Defendants' ("SSC Defendants")[1] Motion for Entry of Final Judgment, pursuant to Fed. R. Civ. P. 58(d). The SSC Defendants' Motion is well-taken and allowed.

**IT IS ORDERED** that the Plaintiff's claims against the SSC Defendants are dismissed with prejudice. Final Judgment is entered for purposes of Rule 58(a), and/or Rule 79(a) of the Federal Rules of Civil Procedure, and any other applicable rule or local rule, this ___ day of _____, _____.


_____        _____
           DATE                                                  HONORABLE RYA W. ZOBEL
                                                                 SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>)<br>This Document Relates to: )<br>)<br>*Jackson v. Ameridose, LLC, et al.* )<br>No. 1:13-cv-12923 )<br>) | MDL No.:<br>Dkt. No 1:13-md-2419 (RWZ) |

## ORDER OF FINAL JUDGMENT

This matter came before the Court upon the Specialty Surgery Center Defendants' ("SSC Defendants")[1] Motion for Entry of Final Judgment, pursuant to Fed. R. Civ. P. 58(d). The SSC Defendants' Motion is well-taken and allowed.

**IT IS ORDERED** that the Plaintiff's claims against the SSC Defendants are dismissed with prejudice. Final Judgment is entered for purposes of Rule 58(a), and/or Rule 79(a) of the Federal Rules of Civil Procedure, and any other applicable rule or local rule, this ___ day of _____, _____.


_____          _____
          DATE                                              HONORABLE RYA W. ZOBEL
                                                            SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>This Document Relates to: )<br>)<br>*Johnson v. Ameridose, LLC, et al.* )<br>No. 1:13-cv-12915 )<br>) | MDL No.:<br>Dkt. No 1:13-md-2419 (RWZ) |

## ORDER OF FINAL JUDGMENT

This matter came before the Court upon the Specialty Surgery Center Defendants' ("SSC Defendants")[1] Motion for Entry of Final Judgment, pursuant to Fed. R. Civ. P. 58(d). The SSC Defendants' Motion is well-taken and allowed.

**IT IS ORDERED** that the Plaintiff's claims against the SSC Defendants are dismissed with prejudice. Final Judgment is entered for purposes of Rule 58(a), and/or Rule 79(a) of the Federal Rules of Civil Procedure, and any other applicable rule or local rule, this ___ day of _____, _____.

_____          _____
            DATE                                    HONORABLE RYA W. ZOBEL
                                                    SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>This Document Relates to: )<br>)<br>*Lapiska v. Ameridose, LLC, et al.* )<br>No. 1:13-cv-12914 )<br>) | MDL No.:<br>Dkt. No 1:13-md-2419 (RWZ) |

**ORDER OF FINAL JUDGMENT**

This matter came before the Court upon the Specialty Surgery Center Defendants' ("SSC Defendants")[1] Motion for Entry of Final Judgment, pursuant to Fed. R. Civ. P. 58(d). The SSC Defendants' Motion is well-taken and allowed.

**IT IS ORDERED** that the Plaintiff's claims against the SSC Defendants are dismissed with prejudice. Final Judgment is entered for purposes of Rule 58(a), and/or Rule 79(a) of the Federal Rules of Civil Procedure, and any other applicable rule or local rule, this ___ day of _____, _____.

_____     _____
          DATE                                      HONORABLE RYA W. ZOBEL
                                                    SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates to: ) <br> ) <br> *Nealon v. Ameridose, LLC, et al.* ) <br> No. 1:13-cv-12491 ) <br> ) | MDL No.: <br> Dkt. No 1:13-md-2419 (RWZ) |

**ORDER OF FINAL JUDGMENT**

This matter came before the Court upon the Specialty Surgery Center Defendants' ("SSC Defendants")[1] Motion for Entry of Final Judgment, pursuant to Fed. R. Civ. P. 58(d). The SSC Defendants' Motion is well-taken and allowed.

**IT IS ORDERED** that the Plaintiff's claims against the SSC Defendants are dismissed with prejudice. Final Judgment is entered for purposes of Rule 58(a), and/or Rule 79(a) of the Federal Rules of Civil Procedure, and any other applicable rule or local rule, this ___ day of _____, _____.

_____                    _____
          DATE                                                      HONORABLE RYA W. ZOBEL
                                                                    SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION  ) ) ) ) ) ) | MDL No.: Dkt. No 1:13-md-2419 (RWZ) |
| This Document Relates to:  ) ) | |
| *Norris v. Ameridose, LLC, et al.* No. 1:13-cv-12682  ) ) ) | |

### ORDER OF FINAL JUDGMENT

This matter came before the Court upon the Specialty Surgery Center Defendants' ("SSC Defendants")[1] Motion for Entry of Final Judgment, pursuant to Fed. R. Civ. P. 58(d). The SSC Defendants' Motion is well-taken and allowed.

**IT IS ORDERED** that the Plaintiff's claims against the SSC Defendants are dismissed with prejudice. Final Judgment is entered for purposes of Rule 58(a), and/or Rule 79(a) of the Federal Rules of Civil Procedure, and any other applicable rule or local rule, this ___ day of _____, _____.


_____         _____
          DATE                                       HONORABLE RYA W. ZOBEL
                                                     SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) This Document Relates to: ) ) *Palmer v. Ameridose, LLC, et al.* ) No. 1:13-cv-12688 ) ) | MDL No.: Dkt. No 1:13-md-2419 (RWZ) |

**ORDER OF FINAL JUDGMENT**

This matter came before the Court upon the Specialty Surgery Center Defendants' ("SSC Defendants")[1] Motion for Entry of Final Judgment, pursuant to Fed. R. Civ. P. 58(d). The SSC Defendants' Motion is well-taken and allowed.

**IT IS ORDERED** that the Plaintiff's claims against the SSC Defendants are dismissed with prejudice. Final Judgment is entered for purposes of Rule 58(a), and/or Rule 79(a) of the Federal Rules of Civil Procedure, and any other applicable rule or local rule, this ___ day of _____, _____.

_____          _____
         DATE                                            HONORABLE RYA W. ZOBEL
                                                         SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>)<br>This Document Relates to: )<br>)<br>*Reed v. Ameridose, LLC, et al.* )<br>No. 1:13-cv-12917 )<br>) | MDL No.:<br>Dkt. No 1:13-md-2419 (RWZ) |

**ORDER OF FINAL JUDGMENT**

This matter came before the Court upon the Specialty Surgery Center Defendants' ("SSC Defendants")[1] Motion for Entry of Final Judgment, pursuant to Fed. R. Civ. P. 58(d). The SSC Defendants' Motion is well-taken and allowed.

**IT IS ORDERED** that the Plaintiff's claims against the SSC Defendants are dismissed with prejudice. Final Judgment is entered for purposes of Rule 58(a), and/or Rule 79(a) of the Federal Rules of Civil Procedure, and any other applicable rule or local rule, this ___ day of _____, _____.


_____         _____
          DATE                          HONORABLE RYA W. ZOBEL
                                        SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Specialty Surgery Center, Crossville, PLLC; Kenneth R. Lister, MD; and Kenneth Lister, MD, PC.