UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) Suits Naming Specialty Surgery Center, ) Crossville, PLLC ) ) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |

**NOTICE OF STIPULATION CONCERNING PAGE LIMIT FOR
THE TENNESSEE CLINIC DEFENDANTS' OPPOSITION TO
*PSC'S MOTION FOR SANCTIONS AND
FOR ORDER TO SHOW CAUSE* [DOC. 3232]**

Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; Debra Schamberg, RN, CNOR; Specialty Surgery Center, PLLC; Kenneth Lister, MD, PC; Kenneth R. Lister, MD; and Donald Jones, MD (collectively "the Tennessee Clinic Defendants") hereby give notice to this honorable Court and all parties that, consistent with MDL Order No. 11 [Doc. 1524], the Tennessee Clinic Defendants and the PSC (two of the "Impacted Parties" with regard to this Motion) agree that the Tennessee Clinic Defendants shall be permitted to exceed the page limit by five or fewer pages in their opposition to the *PSC's Motion for Sanctions and for an Order to Show Cause*, filed December 15, 2016 [Doc. 3232]. Because the Impacted Parties agree and the extension is five or fewer pages, no further motion practice or action by the Court is necessary pursuant to MDL Order No. 11.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

*/s/ Chris J. Tardio*
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

***Attorneys for the Tennessee Clinic Defendants***

* Admitted pursuant to MDL Order No. 1.
** Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 9th day of January, 2017.

*/s/ Chris J. Tardio*
**Chris J. Tardio**