# EXHIBIT 6
## PSC's Initial Disclosures for <u>ALL</u> Tennessee Clinics

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>Plaintiffs, ) | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| )<br>THIS DOCUMENT RELATES TO : )<br>) <br>All Tennessee Cases ) | |

**PLAINTIFFS' STEERING COMMITTEE'S COMMON INITIAL DISCLOSURES FOR CASES PENDING AGAINST TENNESSEE CLINICS**

The Plaintiffs' Steering Committee hereby provides this initial disclosure required by Federal Rule of Civil Procedure 26(a)(1). This disclosure is based on information reasonably available to the Plaintiffs' Steering Committee as of this date and relates solely to common issues raised in cases pending against the Tennessee Clinics identified below. The Plaintiffs' Steering Committee reserve the right to supplement this disclosure as necessary, as information becomes available through formal discovery and otherwise, and as permitted by Federal Rule of Civil Procedure 26(e).

**DEFINITIONS**

1. The term Saint Thomas Clinic means Saint Thomas Outpatient Neurosurgical Center, LLC

2. The term Howell Allen Clinic means Howell Allen Clinic a Professional Corporation.

3. The term Saint Thomas Hospital means Saint Thomas West Hospital f/k/a Saint Thomas Hospital.

4. The term Specialty Surgery Center means Specialty Surgery Center, PLLC and its related successors-in-interest.

5. The term Dr. Kenneth Lister means the natural person Dr. Kenneth Lister and Kenneth Lister MD PC, and its related successors-in-interest.

6. PCA Pain means PCA Pain Care Center.

- 2 -

**I. Rule 26(a)(1)(A)(i) disclosures**

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the Plaintiffs' Steering Committee may use to support plaintiffs' claims (other than expert witnesses whose disclosure is governed by separate requirements), unless solely for impeachment, identifying the subjects of the information:

1. All persons identified in the Plaintiffs' Steering Committee's Master Complaint.

2. All persons identified in Saint Thomas Clinic's written discovery responses in the case styled Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.; Davidson County Circuit Court No. 13C417. Those individuals may be contacted through counsel for Saint Thomas Clinic.

3. All persons identified in Howell Allen Clinic's written discovery responses in the case styled Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.; Davidson County Circuit Court No. 13C417. Those individuals may be contacted through counsel for Howell Allen Clinic.

4. All persons identified in Saint Thomas Hospital's written discovery responses in the case styled Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.; Davidson County Circuit Court No. 13C417. Those individuals may be contacted through counsel for Saint Thomas Hospital.

5. All persons identified in Saint Thomas Health's written discovery responses in the case styled Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E.

Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.; Davidson County Circuit Court No. 13C417. Those individuals may be contacted through counsel for Saint Thomas Health.

6. All persons identified in Saint Thomas Network's written discovery responses in the case styled Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.; Davidson County Circuit Court No. 13C417. Those individuals may be contacted through counsel for Saint Thomas Network.

7. All employees and/or agents of Howell Allen Clinic who worked at Saint Thomas Clinic, including but not limited to:

    John Culclasure, M.D.
    Debra Schamberg, R.N.
    Gregory Lanford, M.D.
    Scott Standard, M.D.
    Scott Butler
    Sandra Littleton, R.N.
    Steven Abram, M.D.
    Rachel Rome, M.D.
    Scott Dickerson, M.D.
    Gilberto Carrero, M.D.

The above referenced individuals may be contacted through counsel for Saint Thomas Clinic and/or Howell Allen Clinic.

8. All employees and/or agents of Saint Thomas Clinic, including, but not limited to:

    Arthur Arcinas
    Steve Abrams
    Royal Barrow
    Julie Coleman
    Sheri Dezwaan
    Roberta Doty
    Thomas Elliot
    Tammy Ferguson
    Linda Forrest

Dawn Hall
Greta Hallman
Janet James
Sandra Littleton
Christine Mayhew
Cynthia McLendon
Rhonda McNally
Dorothy Pemerton
Cheryl Woodard

Those individuals may be contacted through counsel for Saint Thomas Clinic and/or Howell Allen Clinic.

9. Howell Allen Clinic employees responsible for contacting patients after learning of the meningitis outbreak, including but not limited to:

Shreka Rogers
Marlese Allen
Nina Bogle
Christina King

Those individuals may be contacted through counsel for Howell Allen Clinic.

10. Howell Allen Clinic employees who assisted in answering interrogatories propounded in the litigation styled <u>Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.</u>; Davidson County Circuit Court No. 13C417 including:

Marlese Allen
Claudine Allen
Nina Bogle
Scott Butler
Andy Fowler
Shreka Rogers

The above mentioned Howell Allen Clinic employees may be contacted through counsel for Howell Allen Clinic.

11. Howell Allen Clinic employees who were responsible for purchasing medications for Howell Allen Clinic including:

- 4 -

    Laurin Howell
    Christy Ebert
    Bobbi Doty
    Anna Anderson
    Michelle Dowd

Those individuals may be contacted through counsel for Howell Allen Clinic.

    12.    Tina Sullivan, previous Facility Director of Saint Thomas Clinic.

Ms. Sullivan may be contacted through counsel for Saint Thomas Clinic.

    13.    All Shareholders of Howell Allen Clinic.

Those individuals may be contacted through counsel for Howell Allen Clinic.

    14.    All employees and agents of Specialty Surgery Center and Dr. Kenneth Lister.

These individuals may be contacted through counsel for Specialty Surgery Center.

    15.    All employees and agents of PCA Pain, including, but not limited to Dr. Donald Jones and Joy Day.

These individuals may be contacted through counsel for PCA Pain.

    16.    All owners, agents and/or employees of New England Compounding Pharmacy, Inc. ("NECC"), including but not limited to:

    John L. Notarianni
    Regional Sales Manager
    Medical Sales Management

    Mario G. Giamei, Jr.
    Regional Sales Manager
    NECC (New England Compounding Center)

    Julia Kinkel
    Regional Account Manager

    Jay Salvucci
    Account Manager

    Barry Cadden

    Lisa Cadden

>Douglas Conigliaro
>
>Carla Conigliaro
>
>Glenn Chin
>
>Gregory Conigliaro

The above referenced employees may be contacted through counsel for NECC, the Bankruptcy Trustee, and/or individual counsel for each of the identified individuals.

17. Saint Thomas Clinic's Board Members (past and present) including, but not limited to:

>Dawn Rudolph
>Michael Schatzlein, M.D.
>Dale Bachelor, M.D.
>Alan Straus

The above referenced individuals may be contacted through counsel for Saint Thomas Health.

18. Cindy Williams, Director of Joint Venture Contracting - Payor Relations at Saint Thomas Health.

Ms. Williams may be contacted through counsel for Saint Thomas Health.

19. Saint Thomas Health employees who assisted in answering interrogatories propounded in the litigation styled <u>Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.</u> including:

>Michael Schatzlein, M.D.
>Craig Polkow
>Cathy Childs

The above referenced individuals may be contacted through counsel for Saint Thomas Health.

20. Karen Springer, Vice-chairman of Saint Thomas Network.

Ms. Springer may be contacted through counsel for Saint Thomas Network.

21. Candace Smith, infection control nurse at Saint Thomas Hospital.

Candace Smith may be contacted through counsel for Saint Thomas Hospital.

22. Robert Latham, M.D.

Dr. Latham may be contacted through counsel for Saint Thomas Hospital.

23. All employees and/or agents of Saint Thomas Hospital who performed any duties or functions for Saint Thomas Clinic, including, but not limited to:

Jennifer Hendricks, financial coordinator for Saint Thomas Hospital

Gary Hearn, controller for Saint Thomas Hospital

Cheri Doolin and Felicia Lively, Medical Staff Services Coordinators at Saint Thomas Hospital

Connie Esper-Kanze, Director, Quality and Risk Management at Saint Thomas Hospital

Kelli Lannom, Administrative Assistant at Saint Thomas Hospital

Rhiannon Green, Administrative Assistant at Saint Thomas Hospital

Those individuals may be contacted through counsel for Saint Thomas Hospital.

24. April Pettit, Assistant Professor of Medicine, Vanderbilt University School of Medicine, A2200 Medical Center North, Nashville, TN 37232.

25. Clinton Ebel, Clint Pharmaceuticals, Clint Pharmaceuticals, 629 Shute Lane, Old Hickory, TN 37138; 615-882-0042.

26. Sandra Nunez & Ruth Bartman, Curascript Sales Representatives, Curascript, 2297 Southwest Blvd., Grove City, OH 43123; 614-539-8074.

27. Carmen Leffler, pharmacy operations manager at Saint Thomas Health.

Carmen Leffler may be contacted through counsel for Saint Thomas Health.

28. Marty Kelvas, former Director of Pharmacy Services at Saint Thomas Hospital, 4065 Rotterdam Pass, Hampton, GA 30228.

Marty Kelvas may be contacted through counsel for Saint Thomas Health.

29. Patricia Beckham, Saint Thomas Clinic pharmacy consultant and Pharmacy Manager at Saint Thomas Hospital for Spinal Surgery.

Patricia Beckham may be contacted through counsel for Howell Allen Clinic.

30. Michael O'Neal, Saint Thomas Clinic pharmacist consultant.

Michael O'Neal may be contacted through counsel for Saint Thomas Neurosurgical.

31. Employees of the Tennessee Department of Health involved in investigating the subject meningitis outbreak, including but not limited to:

> Marion Kainer, M.D.
> Tennessee Department of Health
> 1st Fl., Cordell Hull Bldg.
> 425 5th Ave. N.
> Nashville, TN 37243

32. Employees of the Massachusetts Department of Health involved in investigating the subject meningitis outbreak.

33. United States Centers for Disease Control and Prevention ("CDC") employees responsible for investigating the fungal meningitis outbreak.

34. United States Food and Drug Administration ("FDA") employees responsible for investigating the fungal meningitis outbreak.

35. Employees and agents of all other entities identified and/or named in the Master Complaint.

36. Employees and agents of Victory Heating and Air Conditioning Co., Inc.

37. Employees and agents of ARL Bio Pharma, Inc.

38. Employees and agents of Ameridose, LLC.

39. Employees and agents of Alaunus Pharmaceuticals, LLC.

40. Employees and agents of Medical Sales Management and Medical Sales

Management SW.

41. Employees and agents of GDC Properties.

42. Employees and agents of Unifirst Corporation, d/b/a Uniclean Cleanroom Services.

Individuals identified in sections 32-42 may be contacted through counsel of the entity identified in those sections.

**II. Rule 26(a)(1)(A)(ii) disclosures**

A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the Plaintiff and that the Plaintiff may use to support its claims or defenses, unless solely for impeachment.

1. All documents available on the document repository maintained by U.S. Legal in connection with the subject litigation. Counsel who have not already been given access to this document repository may contact the Plaintiffs' Steering Committee to obtain access, if appropriate.

2. Saint Thomas Clinic's written discovery responses in the case styled <u>Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.</u>; Davidson County Circuit Court No. 13C417. Those documents are available on the document repository maintained by U.S. Legal in connection with the subject litigation.

3. Howell Allen Clinic's written discovery responses in the case styled <u>Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.</u>; Davidson County Circuit Court No. 13C417. Those documents are available on the document repository maintained by U.S. Legal in connection with the subject litigation.

4. Saint Thomas Hospital's written discovery responses in the case styled <u>Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.</u>; Davidson County Circuit Court No. 13C417. Those documents are available on the document repository maintained by U.S. Legal in connection with the subject litigation.

5. Saint Thomas Health's written discovery responses in the case styled <u>Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.</u>; Davidson County Circuit Court No. 13C417. Those documents are available on the document repository maintained by U.S. Legal in connection with the subject litigation.

6. Saint Thomas Network's written discovery responses in the case styled <u>Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.</u>; Davidson County Circuit Court No. 13C417. Those documents are available on the document repository maintained by U.S. Legal in connection with the subject litigation.

7. All documents produced by Saint Thomas Clinic in the case styled <u>Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.</u>; Davidson County Circuit Court No. 13C417, bearing bates numbers: STOPNC_0001 – STOPNC_0313; STOPNC_0320 – STOPNC_0328; STOPNC_0335 – 0531; and STOPNC_0533 - 0749.

8. All photographs produced by Saint Thomas Clinic in the case styled <u>Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.</u>; Davidson County Circuit Court No. 13C417,

bearing bates numbers: STOPNC_0750 – STOPNC_0794.

9. All documents produced by Howell Allen Clinic in the case styled <u>Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.</u>; Davidson County Circuit Court No. 13C417, bearing bates numbers: HAC_005 - HAC_029.

10. All documents produced by Saint Thomas Hospital in the case styled <u>Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.</u>; Davidson County Circuit Court No. 13C417, bearing bates numbers: DEREED-STH00979-00994, DEREED-STH00995-00997, and DEREED-STH00998-01078.

11. All documents produced by Saint Thomas Health in the case styled <u>Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.</u>; Davidson County Circuit Court No. 13C417, bearing bates numbers: DEREED-STHealth00001 - DEREED-STHealth00003.

12. All documents produced by Saint Thomas Network in the case styled <u>Wayne A. Reed, individually and as husband and next of kin of decedent, Diana E. Reed v. Saint Thomas Outpatient Neurosurgical Center, LLC, et al.</u>; Davidson County Circuit Court No. 13C417, bearing bates numbers: DEREED-STNetwork00001 - DEREED- STNetwork00048.

13. All information, reports and memos generated by the Tennessee Department of Health related to the fungal meningitis outbreak.

14. All information, reports and memos by the Massachusetts Department of Health related to the fungal meningitis outbreak.

15. All information, reports and memos generated by the CDC related to the fungal

meningitis outbreak.

16. All information, reports and memos generated by the FDA related to the fungal meningitis outbreak.

17. All information concerning the fungal meningitis outbreak posted on the CDC's website at http://www.cdc.gov/HAI/outbreaks/meningitis.html.

18. All information concerning the fungal meningitis outbreak posted on the FDA's website at http://www.fda.gov/Drugs/DrugSafety/FungalMeningitis/default.htm.

19. All NECC application, inspection and investigation documents posted on the Massachusetts Board of Registration in Pharmacy website at http://www.mass.gov/eohhs/gov/departments/dph/programs/hcq/dhpl/pharmacy/necc-application-inspection-and-investigation-documents.html.

20. All information, reports and memos generated by the United States Senate, Health, Education, Labor and Pensions Committee in connection with their investigation of the fungal meningitis outbreak.

21. All information, reports and memos generated by the Congress of the United States House of Representatives Committee on Energy and Commerce in connection with their investigation of the fungal meningitis outbreak.

22. All documents previously provided to counsel for Saint Thomas Clinic, Saint Thomas Hospital, Specialty Surgery Center, and PCA Pain related to the December 2012 inspection of NECC's facilities in Framingham, Massachusetts.

### III. Rule 26(a)(1)(A)(iii) disclosures

A computation of any category of damages claimed by the Plaintiffs, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials

bearing on the nature and extent of injuries suffered:

A. Given the nature of this litigation and the number of plaintiffs involved, Rule 26(a)(1)(A)(iii) disclosure requirements do not apply to the common discovery phase of this litigation because such disclosures would require computation of damages suffered by individual plaintiffs.

Dated:  July 23, 2014                                      Respectfully submitted,

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone:  (615) 254-8801
Facsimile:  (615) 255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  615.313.9000
Facsimile:  615.313.9965
ecabraser@lchb.com
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcentercom

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

*Plaintiffs' Steering Committee*

- 14 -

**CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be served electronically by placing the same on the U.S. Legal Repository maintained pursuant to MDL Order No. 6, Dkt. No. 209.  Further, I, J. Gerard Stranch, IV, hereby certify that I caused a copy of the foregoing to be served electronically on the following counsel:

>Yvonne Puig
>Eric Hoffman
>Norton Rose Fulbright
>98 San Jacinto Blvd
>Suite 1100
>Austin, TX 78701
>Yvonne.puig@nortonrosefulbright.com
>Eric.hoffman@nortonrosefulbright.com
>
>Marcy Hogan Greer
>ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
>515 Congress Avenue, Suite 2350
>Austin, Texas 78701-3562
>mgreer@adjtlaw.com
>
>Chris J. Tardio
>Gideon Cooper & Essary
>315 Deaderick St., Suite 1100
>Nashville, Tennessee  37238
>chris@gideoncooper.com
>
>Roberto M. Braceras
>Goodwin Procter LLP
>Exchange Place
>Boston, MA  02109
>T:  617- 570-1895
>F:  617- 523-1231
>rbraceras@goodwinprocter.com
>
>Peter G. Hermes
>HERMES, NETBURN, O'CONNOR
>& SPEARING, P.C.
>265 Franklin Street, 7th Floor
>Boston, MA 02110
>phermes@hermesnetburn.com

Dated: July 23, 2014

**/s/ J. Gerard Stranch, IV**
J. Gerard Stranch, IV