# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>    Plaintiffs, | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | **PLAINTIFFS' MOTION FOR LEAVE TO APPEAR VIA TELEPHONE AT JANUARY 10, 2017 STATUS CONFERENCE** |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ | |

Plaintiffs, by their undersigned counsel, hereby move for this Court to allow attorney Sharon L. Houston to appear via telephone at the January 10, 2017 Status Conference before the

1

Honorable Rya W. Zobel, for reasons explained below.

1. Attorney Sharon L. Houston represents Plaintiffs Armetta, Bowman, Davis, Dreisch, Farthing, Kashi, and Torbeck in the above-captioned matters. Ms. Houston is located in Maryland. Although Ms. Houston has been admitted to practice *pro hac vice* on a limited basis before this Court in the MDL proceedings, it would place an undue burden and expense for Ms. Houston to be required to travel to Massachusetts for the scheduled Status Conference.

2. Accordingly, Ms. Houston respectfully requests to appear for the Status Conference via telephone before Judge Rya W. Zobel on January 10, 2017, at 2:00 p.m.

WHEREFORE, Plaintiffs respectfully request that the undersigned counsel be permitted to appear via telephone during the January 10, 2017 Status Conference, and request such other relief as this Court deems just and proper under the circumstances.

        Respectfully submitted,

        /s/ Sharon L. Houston
        Patricia J. Kasputys
        Jay D. Miller
        Glenn E. Mintzer
        Sharon L. Houston
        Law Offices of Peter G. Angelos, P.C.
        100 North Charles Street
        22nd Floor
        Baltimore, MD  21201
        410-649-2000
        Pkasputys@lawpga.com
        Jmiller@lawpga.com
        Gmintzer@lawpga.com
        Shouston@lawpga.com

        *Attorneys for Plaintiffs Armetta, Bowman, Davis, Dreisch, Farthing, Kashi, Torbeck et al.*

## CERTIFICATE OF SERVICE

    I, Sharon L. Houston, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the defendants in the above-referenced individual cases, and will be sent to these parties by operation of the CM/ECF system.

Dated: January 9, 2017                  /s/ Sharon L. Houston
                                                   Sharon L. Houston

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs, | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | **ORDER GRANTING PLAINTIFFS' MOTION TO APPEAR VIA TELEPHONE AT JANUARY 10, 2017 STATUS CONFERENCE** |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ | |

The Court, having considered Plaintiffs' Motion, and good cause appearing therefor,

IT IS this _____ day of _____, 2017, ORDERED that Plaintiffs'

4

Motion for Leave to Appear via Telephone at the January 10, 2017, 2:00 p.m. Status Conference scheduled by this Court is hereby GRANTED.

                                               _____
                                               JENNIFER C. BOAL
                                               CHIEF MAGISTRATE JUDGE
                                               U.S. DISTRICT COURT FOR THE
                                               DISTRICT OF MASSACHUSETTS