UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>1:14-cv-11856 *Gibson v. Liberty Industries*<br>1:14-cv-13708 *Patel v. OSMC*<br>1:14-cv-13027 *Moore v. UniFirst Corp*<br>1:14-cv-13640 *Parkell v. UniFirst Corp*<br>1:14-cv-13673 *Drain v. UniFirst Corp*<br>1:12-cv-12208 *Guzman v. NECC* | |

## MOTION FOR LEAVE TO APPEAR BY TELEPHONE

NOW COME Plaintiffs *Victoria Gibson, Jagdish Patel, George T. Moore, Martha Parkell, Kathryn Drain, and Kathleen Guzman,* by and through their attorneys, Andrews Thornton Higgins Razmara, LLP, and hereby file this Motion for Leave to Appear by Telephone in the above-captioned matter. In support thereof we submit as follows:

1. Attorney Lauren R. Davis represents the above-named Plaintiffs in the above-referenced cases and requests leave to speak by telephone during the status conference before the Honorable Judge Rya W. Zobel at 2:00 pm Eastern scheduled on January 10, 2017.

2. Counsel intends to speak on the update of case status regarding the above-referenced matters.

Wherefore, Plaintiffs respectfully pray that this Honorable Court:

    A. Allow counsel to be heard; and

    B. Grant any other relief that is just and necessary

                                            */s/ Lauren R. Davis*
                                              Anne Andrews, Esq., CALBAR #: 103280
                                              John C. Thornton, Esq., CALBAR #: 84492
                                              Lauren R. Davis, Esq., CALBAR #: 294115
                                              Andrews Thornton Higgins Razmara, LLP
                                              2 Corporate Park, Suite 110
                                              Irvine, CA 92606
                                              aa@andrewsthornton.com
                                              jct@andrewsthornton.com
                                              ldavis@andrewsthornton.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 9th day of January, 2017, copy of the foregoing **MOTION FOR LEAVE TO APPEAR BY TELEPHONE** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                              ANDREWS THORNTON
                                              HIGGINS RAZMARA, LLP


                                              By: */s/ Lauren R. Davis*
                                                      Lauren R. Davis