UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**PLAINTIFFS' STEERING COMMITTEE'S ADDITIONAL NOTICE REGARDING DISCOVERY INFORMATION STORED IN U.S. LEGAL REPOSITORY**

Pursuant to the Notice previously filed by the Plaintiffs' Steering Committee ("PSC") (doc. no. 3207, filed December 4, 2016), the PSC intends to instruct U.S. Legal Support ("U.S. Legal") that on January 31, 2017, it should discontinue online access to the discovery information stored by them in connection with this litigation[1]. The data stored in the repository will be available on fixed media (i.e. flash drive) to authorized requesters until March 1, 2017. To obtain a copy of the materials, requester should timely contact Mark P. Chalos <mchalos@lchb.com> or Annika K. Martin <akmartin@lchb.com>, who will provide further instructions. The cost per copy of the materials in the database is expected to be approximately $300, which would be payable directly, in advance, to U.S. Legal.

Dated: January 9, 2017                    Respectfully submitted,


                                          s/ Mark P. Chalos
                                          Mark P. Chalos

---

[1] This Notice does not apply to the materials presently stored on the Rust Consulting/Omni Bankruptcy repository.

1334952.1

Mark P. Chalos
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2417
Telephone:  (615) 313.9000
Facsimile:  (615) 313.9965
mchalos@lchb.com
akmartin@lchb.com

*Federal/State Liaison and* Pro Se *Liaison*

Thomas M. Sobol
Kristen A. Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Telephone: (615) 254-8801
Facsimile:  (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI  48075
Telephone:  (248) 557-1688
Facsimile:  (248) 557-6344
marc@liptonlawcenter.com

2

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Way, 22nd Floor
Atlanta, GA  30328
Telephone:  (404) 451-7781
Facsimile:  (404) 506-9223
marc@markzamora.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA  24016
Telephone:  (540) 342-2000
pfennel@crandalllaw.com

*Plaintiffs' Steering Committee*

# **CERTIFICATE OF SERVICE**

I, Mark P. Chalos, hereby certify that I caused a copy of the above *Additional Notice Regarding Discovery Information Stored In U.S. Legal Repository* to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 9, 2017

                                                                           s/ Mark P. Chalos
                                                                           Mark P. Chalos