UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

ORDER[1]

January 11, 2017

ZOBEL, S.D.J.

On June 13, 2016, this court entered a Corrected Order to Show Cause Concerning Remand and Transfer in which it invited the parties in a number of cases pending in this multidistrict litigation ("MDL"), but originally filed in other districts, to advise the court why their cases should not be remanded or transferred back to the district in which they were originally filed, as appropriate.  Docket # 2928.  In response, plaintiffs, Craig and Joan Simas, requested to remain in this court, and defendants, Adbdul R. Barakat, M.D., and Ocean State Pain Management, P.C., requested remand to Middlesex Superior Court.  See Docket ## 2931, 2937, 3142, 3165.  Defendants' request to remand is ALLOWED.

|          January 11, 2017          |          /s/Rya W. Zobel          |
|---|---|
| DATE | RYA W. ZOBEL |
|  | SENIOR UNITED STATES DISTRICT JUDGE |

---

[1] This Order applies to <u>Simas v. Ocean State Pain Management, P.C. and Abdul R. Barakat, M.D.</u>, 1:13-cv-10943, and <u>Hanson v. Ocean State Pain Management, P.C.</u>, 1:13-cv-10685.