UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | MDL No. 02419 |
| New England Compounding Pharmacy, Inc. Products Liability Litigation | Dkt No. 1:13-md-2419-RWZ |
| This Document Relates to Jagdish Patel v. Outpatient Surgery Medical Center No. 1:14-cv-13708 | |

## NOTICE OF WITHDRAWAL

I, Robert J. Durant, Jr., hereby withdraw my appearance on behalf of Defendant, OSMC, in the above-captioned matter.

Respectfully submitted,

/s/ Robert J. Durant, Jr.
Robert J. Durant, Jr. (BBO No. 638608)
Locke Lord LLP
2800 Financial Plaza
Providence, RI  02903
*Telephone (401) 528-5855*
*Facsimile (888) 325-9587*
*E-Mail* robert.durant@lockelord.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2017, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/ Robert J. Durant, Jr.
Robert J. Durant, Jr.

AM 64740078.1