UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Docket No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions in Which Calisher & Associates, Inc. is Named as a Defendant | |

**DEFENDANT CALISHER AND ASSOCIATES, INC.'S JOINDER IN
SSC DEFENDANTS' OPPOSITION [DOC. 3278] TO PSC'S MOTION
FOR JUDGMENT ON THE PLEADINGS REGARDING COMPARATIVE FAULT
DEFENSES ATTRIBUTING FAULT TO GOVERNMENTAL ENTITIES [DOC. 3249]**

Defendant Calisher and Associates, Inc. ("Calisher") hereby joins in the SSC Defendants' Opposition [Doc. 3278] to PSC's Motion for Judgment on the Pleadings Regarding Comparative Fault Defenses Attributing Fault to Governmental Entities [Docket 3249] ("the Motion"). Calisher opposes the Motion for the reasons set forth in the SSC Defendants' Opposition, which are adopted and incorporated herein by reference.

Respectfully submitted,

CALISHER AND ASSOCIATES, INC.

*/s/ John W. Moran*
John W. Moran BBO# 664914
LeClairRyan, *A Professional Corporation*
One International Place, 11th Floor
Boston, MA  02110
Phone:  (617) 502-8220
john.moran@leclairryan.com

Dated:  January 12, 2017

## CERTIFICATE OF SERVICE

I, John W. Moran, certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 12th day of January, 2017.

*/s/ John W. Moran*
John W. Moran