# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs, | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |
| Handy, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ | |

<u>**PLAINTIFFS' NOTICE OF FILING**</u>
<u>**NOTICE OF DEPOSITION**</u>
<u>**OF STEVEN COHEN, M.D.**</u>

The Plaintiffs give notice to the Court, and to all parties of the filing of a Notice of Deposition of Steven Cohen, M.D., which is attached as Exhibit 1, along with a request for production of documents (Attachment A).

A copy of the Court's MDL Order No. 10 (Deposition Protocol) is attached as Exhibit 2. Pursuant to MDL Order No. 10, and a copy of the Fourth Amended Protective Order of Confidentiality (Dkt. 3036) is attached as Exhibit 3.

Dated:  January 13, 2017                         Respectfully submitted,

                                   <u>**/s/ Patricia J. Kasputys**</u>
                                   Patricia J. Kasputys
                                   Jay D. Miller
                                   Glenn E. Mintzer
                                   Sharon L. Houston
                                   Law Offices of Peter G. Angelos, P.C.
                                   100 N. Charles Street
                                   Baltimore, MD  21201
                                   (410) 649-2000
                                   *Attorneys for Plaintiffs*


                                   <u>**/s/ Michael Coren**</u>
                                   Harry M. Roth
                                   Michael Coren
                                   Cohen Placitella & Roth. P.C.
                                   2001 Market Street
                                   Suite 2900
                                   Philadelphia, PA  19103
                                   (215) 567-3500
                                   *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Patricia J. Kasputys, hereby certify that I caused a copy of the foregoing to be filed electronically, via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 13, 2017                    /s/ Patricia J. Kasputys
                                           Patricia J. Kasputys