UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>Keyes v. Specialty Surgery Center, PLLC et al.<br>No. 1:13-cv-12998 | |

**PLAINTIFF'S STEERING COMMITTEE'S NOTICE REGARDING OPPOSITION TO MOTION TO DISMISS IN KEYES CASE**

At the January 10, 2017 status conference, the Plaintiffs' Steering Committee informed the Court that it would confer with counsel in the *Keyes v. Specialty Surgery Center, PLLC*, Case No. 1:13-cv-12998 (the "*Keyes* Case") the Defendants filed a Motion to Dismiss in the individual docket (Dkt. No. 21 in the Keyes case) but provided no Cross-Notice in the MDL action to alert the PSC to the filing of the Motion.

The PSC has conferred with counsel in the *Keyes* Case and has determined that counsel in that case wishes to Oppose the Motion on the same grounds offered by the PSC in Docket Nos. 3121, 3122, and 3168 in this MDL. The *Keyes* Case is similarly situated as the "Remaining Actions" as that term is used in Dkt. No. 3122. The Court had previously dismissed the Remaining Actions in its Order of November 17, 2016 [Dkt. No. 3188]. To ensure there is a record for appeal, the PSC simply requests that the arguments made in Dkt. Nos. 3121, 3122, and 3168 be applicable to the pending Motion to Dismiss in the *Keyes* Case and that any Order dismissing the *Keyes* case be based upon the Court's reasoning in Dkt. No. 3188 and not simply because the Plaintiff did not file a Response to the Motion to Dismiss filed in the individual docket in the *Keyes* Case.

Dated: January 13, 2017			Respectfully Submitted,


				**/s/ Benjamin A. Gastel**
				J. Gerard Stranch, IV
				Benjamin A. Gastel
				BRANSTETTER, STRANCH &
				JENNINGS, PLLC
				223 Rosa L. Parks Ave., Suite 200
				Nashville, TN 37203
				Telephone:  615/254-8801
				Facsimile:  615/255-5419
				gerards@bsjfirm.com
				beng@bsjfirm.com

				*Plaintiffs' Steering Committee and TN Chair*

				Thomas M. Sobol
				Kristen Johnson Parker
				HAGENS BERMAN SOBOL SHAPIRO, LLP
				55 Cambridge Parkway, Suite 301
				Cambridge, MA 02142
				Telephone:  617/482-3700
				Facsimile:  617/482-3003
				tom@hbsslaw.com
				kristenjp@hbsslaw.com

				*Plaintiffs' Lead Counsel*

				Elizabeth J. Cabraser
				Mark P. Chalos
				LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
				275 Battery Street, 29th Floor
				San Francisco, CA 94111
				Telephone:  415/956-1000
				Facsimile:  415/956-1008
				ecabraser@lchb.com
				mchalos@lchb.com

				*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 13, 2017, a true and exact copy of the foregoing was served upon all counsel of record via the courts electronic mail.

                                              **/s/ Benjamin A. Gastel**
                                              Benjamin A. Gastel