UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION : : : : This Document Relates to: : : Susan Edwards : v. : Medical Advanced Pain Specialists, et al. : No. 1:13-CV-13209 : : | MDL No. 1:13-MD-2419-RWZ |

## **DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT**

Now come the defendants Medical Advanced Pain Specialists/Minnesota Surgery Center and David M. Schultz, M.D. ("MAPS") and move for entry of final judgment. Fed.R.Civ.P. 58(d).  As grounds for the motion, MAPS states the following:

(1) On January 11, 2017 the parties filed a (Corrected) Stipulation of Voluntary Dismissal With Prejudice [1:13-CV-13209, Dkt. 19];

(2) Rule 58(d) allows a party to request that judgment be set out in a separate document as required by Rule 58(a);

(3) MAPS now moves for entry of final judgment in this matter;

(4) Attached is a proposed Order of Final Judgment which MAPS respectfully asks the Court to sign and the Clerk to enter on both the master docket and the individual docket for this matter.

Respectfully submitted,
Medical Advanced Pain Specialists, et al.
By counsel,

/s/    Clare F. Carroll_____
Clare F. Carroll, BBO No. 564140
McCarthy Bouley Barry & Morgan, P.C.
400 Fifth Avenue, Suite 520
Waltham, MA  02451
(617) 225-2211
cfc@mbblaw.com

Dated: January 18, 2017

## CERTIFICATE OF SERVICE

I, Clare F. Carroll, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and copies will be sent via U.S. mail to those participants identified as unregistered this 18th day of January, 2017.

/s/ Clare F. Carroll_____
Clare F. Carroll