UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
IN RE:  NEW ENGLAND                            :
COMPOUNDING PHARMACY, INC.      :
PRODUCTS LIABILITY LITIGATION     :
                                                                       :
This Document Relates to:                       :
                                                                       :   MDL No. 1:13-MD-2419-RWZ
Susan Edwards                                         :
v.                                                                    :
Medical Advanced Pain Specialists, et al.  :
No. 1:13-CV-13209                                 :
_____:

## ORDER OF FINAL JUDGMENT

This matter came before the Court upon the Motion for Entry of Final Judgment by the defendants Medical Advanced Pain Specialists/Minnesota Surgery Center and David M. Schultz, M.D. ("MAPS") pursuant to Fed.R.Civ.P. 58(d).  Whereas on January 11, 2017 the parties filed a (Corrected) Stipulation of Voluntary Dismissal With Prejudice [1:13-CV-13209, Dkt. 19] and Rule 58(d) permits a party to request that judgment be set out in a separate document, the motion is allowed.

IT IS ORDERED that the plaintiff's claims against MAPS are dismissed with prejudice and final judgment is to enter for purposes of Rules 58(a) and/or 79(a) of the Federal Rules of Civil Procedure, and any other applicable rule, this _____ day of _____, 2017.

_____
HONORABLE RYA W. ZOBEL