UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2419 |
| Plaintiffs, ) ) | Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: ) ) | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ ) ) ) ) | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ ) ) ) ) | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ ) ) ) ) | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ ) ) ) ) | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ ) ) ) ) | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ ) ) ) ) | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14023-RWZ ) ) ) ) | |
| Handy, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ ) ) | |

**PLAINTIFFS' NOTICE OF FILING
AMENDED NOTICE OF DEPOSITION
OF STEVEN COHEN, M.D.**

The Plaintiffs give notice to the Court, and to all parties of the filing of an Amended Notice of Deposition of Steven Cohen, M.D., which is attached as Exhibit 1, along with a request for production of documents (Attachment A).

A copy of the Court's MDL Order No. 10 (Deposition Protocol) is attached as Exhibit 2. Pursuant to MDL Order No. 10, and a copy of the Fourth Amended Protective Order of Confidentiality (Dkt. 3036) is attached as Exhibit 3.

Dated:  January 18, 2017                              Respectfully submitted,


                                                     /s/ Patricia J. Kasputys
                                                     Patricia J. Kasputys
                                                     Jay D. Miller
                                                     Glenn E. Mintzer
                                                     Sharon L. Houston
                                                     Law Offices of Peter G. Angelos, P.C.
                                                     100 N. Charles Street
                                                     Baltimore, MD  21201
                                                     (410) 649-2000
                                                     *Attorneys for Plaintiffs*


                                                     /s/ Michael Coren
                                                     Harry M. Roth
                                                     Michael Coren
                                                     Cohen Placitella & Roth. P.C.
                                                     2001 Market Street
                                                     Suite 2900
                                                     Philadelphia, PA  19103
                                                     (215) 567-3500
                                                     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Patricia J. Kasputys, hereby certify that I caused a copy of the foregoing to be filed electronically, via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 18, 2017

/s/ Patricia J. Kasputys
Patricia J. Kasputys