UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| This document relates to: | |
| All of the cases against the Box Hill Defendants[1] | |

MDL No. 02419
Docket No. 1:13-md-2419-RWZ

## JOINT LINE FOR EXTENSION OF DISCOVERY DEADLINES TO SUPPORT PREVIOUS JOINT MOTION TO EXTEND DEADLINES [DKT. 3201]

The Box Hill Plaintiffs and the Box Hill Defendants (Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., Ritu T. Bhambhani, M.D., LLC), through counsel, jointly file this Line in support of their previous joint motion [Dkt. 3201], filed on November 30, 2016, to amend the discovery deadlines in the Box Hill cases. During the December 2016 Status Conference, the Court agreed that an extension of the discovery deadlines was appropriate given the representations made to the Court jointly by both parties. The parties agreed to meet and confer and provide proposed amended deadlines to the Court. At the January 10, 2017 Status Conference, the parties proposed March 17, 2017 as the deadline to complete common issue expert depositions, and the Court agreed. The parties were then given until January 18, 2017 to propose dates for the additional deadlines. [Dkt. 3268]. Accordingly, the Box Hill Plaintiffs and the Box Hill Defendants hereby propose the following amended deadlines which both parties agree would be acceptable, if approved by the Court:

---

[1] This pleading applies to the following cases: Handy v. Box Hill Surgery Center, LLC, et al. No: 1:14-cv-14019-RWZ; Armetta v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14023-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ; Davis v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ

| | |
|---|---|
| Completion of Common Issue Expert Depositions | March 17, 2017 (*Original date Dec 1, 2016*) |
| Each side to select 2 potential bellwether trial death cases and 2 potential bellwether trial living cases. Case specific discovery will begin for those 4 cases. | March 17, 2017 (*Original date Dec 1, 2016*) |
| Close of Case Specific Fact Discovery for 4 potential bellwether cases | June 1, 2017 (*Original date Feb 24, 2017*) |
| Each party to strike one case from each category of proposed bellwether cases (one death and one living case). | June 9, 2017 (*Original date March 30, 2017*) |
| Joint Filing of Summary of Remaining Cases | June 23, 2017 (*Original date April 17, 2017*) |
| Plaintiffs' Case Specific Expert Reports Due for the 2 bellwether cases | July 14, 2017 (*Original date April 14, 2017*) |
| Defendants' Case Specific Expert Reports Due for the 2 bellwether cases | August 14, 2017 (*Original date May 12, 2017*) |
| Completion of Case-Specific Expert Depositions for the 2 bellwether cases | September 22, 2017 (*Original date June 6, 2017*) |

This schedule will allow additional time to complete necessary depositions and fact specific discovery for both parties. The proposed schedule also modifies the existing Scheduling Order which calls for the designation of 8 potential bellwether cases (there are only eight cases, so each side has designated all 8 cases). The existing Order requires each side to strike 4 potential bellwether cases, which could result in the striking of all 8 cases. The parties believe that this part of the Scheduling Order was in place for a larger group of cases in this MDL, *i.e.,* the "Tennessee" cases. The parties stipulate that the requested modifications to the Second Amended Order Setting Discovery Deadlines, dated August 11, 2016 (Dkt. 3042), will not cause prejudice to the Box Hill Plaintiffs or the Box Hill Defendants in the pending cases.

WHEREFORE, as agreed to by the Court in principle during the December 2016 Status Conference, Box Hill Plaintiffs and Box Hill Defendants request that the deadlines set forth in Judge Boal's August 11, 2016 Order be extended. The parties propose the dates in the attached proposed Order.

Dated: January 18, 2017

        Respectfully submitted,

        /s/ Patricia J. Kasputys
        Patricia J. Kasputys
        Jay D. Miller
        Sharon A. Houston
        Glenn E. Mintzer
        Law Offices of Peter G. Angelos, PC
        100 N. Charles Street
        22nd Floor
        Baltimore, MD  21201
        ***Attorneys for Plaintiffs Armetta, Torbeck, Kashi, Bowman, Dreisch, Davis and Farthing, et al.***

        /s/ Michael Coren
        Harry M. Roth
        Michael Coren
        Cohen Placitella & Roth, PC
        2001 Market Street
        Suite 2900
        Philadelphia, PA  19103
        ***Attorneys for Plaintiffs Handy, et al.***

        /s/ Gregory K. Kirby
        Catherine Steiner
        Gregory K. Kirby
        Pessin Katz Law, P.A.
        901 Dulaney Valley Road, Suite 500
        Towson, Maryland  21204
        (410) 938-8800
        ***Attorneys for Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C.***

## CERTIFICATE OF SERVICE

I, Patricia J. Kasputys, certify that I caused a copy of the above Motion to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 18, 2017                        Respectfully submitted,

                                               /s/ Patricia J. Kasputys
                                               Patricia J. Kasputys

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING ) 
PHARMACY, INC. PRODUCTS LIABILITY ) MDL No. 02419
LITIGATION ) Docket No. 1:13-md-2419-RWZ
 )
 )
 )
This document relates to: )
 )
All of the cases against the Box Hill Defendants[2] )

### THIRD AMENDED ORDER SETTING DISCOVERY DEADLINES

Boal, M.J.

Upon consideration of the parties' joint request for an extension of time, the Court amends the scheduling order and the discovery deadlines in the Box Hill cases as follows:

| | |
|---|---|
| Completion of Common Issue Expert Depositions | March 17, 2017 (*Original date Dec 1, 2016*) |
| Each side to select 2 potential bellwether trial death cases and 2 potential bellwether trial living cases. Case specific discovery will begin for those 4 cases. | March 17, 2017 (*Original date Dec. 1, 2016*) |
| Close of Case Specific Fact Discovery for 4 potential bellwether trial cases | June 1, 2017 (*Original date Feb 24, 2017*) |
| Each party to strike one case from each category of proposed bellwether cases (one death and one living case). | June 9, 2017 (*Original date March 30, 2017*) |
| Joint Filing of Summary of Remaining Cases | June 23, 2017 (*Original date April 17, 2017*) |
| Plaintiffs' Case Specific Expert Reports Due for 2 bellwether cases | July 14, 2017 (*Original date April 14, 2017*) |
| Defendants' Case Specific Expert Reports Due for 2 bellwether cases | August 14, 2017 (*Original date May 12, 2017*) |
| Completion of Case-Specific Expert Depositions for 2 bellwether cases | September 22, 2017 (*Original date June 6, 2017*) |

---

[2] This pleading applies to the following cases: Handy v. Box Hill Surgery Center, LLC, et al. No: 1:14-cv-14019-RWZ; Armetta v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14023-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ; Davis v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ

The parties shall seek leave of the court to move for summary judgment. By October 6, 2017, the party that seeks summary judgment shall file a motion for leave, not to exceed 5 pages, setting forth good cause for why a summary judgment motion should be allowed. Oppositions shall be filed within a week of the motion for leave and are limited to 5 pages. No replies will be entertained.

**It is so Ordered.**

                                                  JENNIFER C. BOAL
                                                  United States Magistrate Judge