UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>    Plaintiffs, | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |
| Handy, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ | |

### PLAINTIFFS' NOTICE OF FILING
### AMENDED NOTICE OF VIDEO-CONFERENCE DEPOSITION
### *DUCES TECUM* OF DENNIS KILLIAN, Pharm.D., Ph.D

The Plaintiffs give notice to the Court, and to all parties of the filing of an Amended Notice of Deposition of Dennis Killian, Pharm.D., Ph.D, which is attached as Exhibit 1, along with a request for production of documents (Attachment A).

A copy of the Court's MDL Order No. 10 (Deposition Protocol) is attached as Exhibit 2. Pursuant to MDL Order No. 10, and a copy of the Fourth Amended Protective Order of Confidentiality (Dkt. 3036) is attached as Exhibit 3.

Dated: February 1, 2017               Respectfully submitted,


                                      /s/ Glenn E. Mintzer
                                      Patricia J. Kasputys
                                      Jay D. Miller
                                      Glenn E. Mintzer
                                      Sharon L. Houston
                                      Law Offices of Peter G. Angelos, P.C.
                                      100 N. Charles Street
                                      Baltimore, MD  21201
                                      (410) 649-2000
                                      *Attorneys for Plaintiffs*

                                      /s/ Michael Coren
                                      Harry M. Roth
                                      Michael Coren
                                      Cohen Placitella & Roth. P.C.
                                      2001 Market Street
                                      Suite 2900
                                      Philadelphia, PA  19103
                                      (215) 567-3500
                                      *Attorneys for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I, Glenn E. Mintzer, hereby certify that I caused a copy of the foregoing to be filed electronically, via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 1, 2017                      /s/ **Glenn E. Mintzer**
                                                                   Glenn E. Mintzer