## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs, | )<br>)<br>)<br>) |
| | MDL No. 2419 |
| | Docket No. 1:13-md-2419 (RWZ) |

IN RE NEW ENGLAND COMPOUNDING ) 
PHARMACY, INC. PRODUCTS ) MDL No. 2419
LIABILITY LITIGATION )
        Plaintiffs, ) Docket No. 1:13-md-2419 (RWZ)
)
This document relates to: )
)
Armetta, et al. v. Box Hill Surgery Center, )
LLC, et al. )
No. 1:14-cv-14022-RWZ )
)
Bowman, et al. v. Box Hill Surgery Center, )
LLC, et al. )
No. 1:14-cv-14028-RWZ )
)
Davis, et al. v. Box Hill Surgery Center, LLC, )
et al. )
No. 1:14-cv-14033-RWZ )
)
Dreisch, et al. v. Box Hill Surgery Center, )
LLC, et al. )
No. 1:14-cv-14029-RWZ )
)
Farthing, et al. v. Box Hill Surgery Center, )
LLC, et al. )
No. 1:14-cv-14036-RWZ )
)
Kashi, et al. v. Box Hill Surgery Center, LLC, )
et al. )
No. 1:14-cv-14026-RWZ )
)
Torbeck, et al. v. Box Hill Surgery Center, )
LLC, et al., )
No. 1:14-cv-14023-RWZ )
)
Handy, et al.  v. Box Hill Surgery Center, )
LLC, et al. No. 1:14-cv-14019-RWZ )

### PLAINTIFFS' NOTICE OF FILING
### NOTICE OF VIDEO-CONFERENCE DEPOSITION
### *DUCES TECUM* OF WILLIAM MIXON, RPh, MS, FIACP, FACA

The Plaintiffs give notice to the Court, and to all parties of the filing of a Notice of Deposition of William Mixon, Rph, MS, FIACP, FACA, which is attached as Exhibit 1, along with a request for production of documents (Attachment A).

A copy of the Court's MDL Order No. 10 (Deposition Protocol) is attached as Exhibit 2. Pursuant to MDL Order No. 10, and a copy of the Fourth Amended Protective Order of Confidentiality (Dkt. 3036) is attached as Exhibit 3.

Dated:  February 3, 2017                                     Respectfully submitted,


                                                            **/s/ Glenn E. Mintzer**
                                                            Patricia J. Kasputys
                                                            Jay D. Miller
                                                            Glenn E. Mintzer
                                                            Sharon L. Houston
                                                            Law Offices of Peter G. Angelos, P.C.
                                                            100 N. Charles Street
                                                            Baltimore, MD  21201
                                                            (410) 649-2000
                                                            *Attorneys for Plaintiffs*


                                                            **/s/ Michael Coren**
                                                            Harry M. Roth
                                                            Michael Coren
                                                            Cohen Placitella & Roth. P.C.
                                                            2001 Market Street
                                                            Suite 2900
                                                            Philadelphia, PA  19103
                                                            (215) 567-3500
                                                            *Attorneys for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I, Glenn E. Mintzer, hereby certify that I caused a copy of the foregoing to be filed electronically, via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  February 3, 2017                     /s/ **Glenn E. Mintzer**
                                              Glenn E. Mintzer