# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TESSA A. SEIBER,**  )<br>)<br>    **Plaintiff,**  )<br>)<br>v.  )<br>)<br>**AMERIDOSE, LLC, MEDICAL SALES**  )<br>**MANAGEMENT, INC., MEDICAL SALES**  )<br>**MANAGEMENT SW, INC., GDC**  )<br>**PROPERTIES MANAGEMENT, LLC, ARL**  )<br>**BIO PHARMA, INC. D/B/A ANALYTICAL**  )<br>**RESEARCH LABORATORIES, BARRY J.**  )<br>**CADDEN, GREGORY CONIGLIARO, LISA**  )<br>**CONIGLIARO CADDEN, DOUGLAS**  )<br>**CONIGLIARO, CARLA CONIGLIARO,**  )<br>**GLENN A. CHIN, PCA PAIN CARE**  )<br>**CENTER, TOTAL HEALTHCARE**  )<br>**CONSULTANTS, D/B/A PCA PAIN**  )<br>**CARE CENTER, and DONALD E. JONES,**  )<br>**M.D.,**  )<br>)<br>    **Defendants.**  )<br>) | **MDL No. 2419**<br>**Dkt. No. 1:13-cv-11868 (RWZ)**<br>**Dkt. No. 1:14-cv-10273 (RWZ)** |

## NOTICE OF FILING
## PROPOSED ORDER OF DISMISSAL

Pursuant to the Plaintiff's Assented-To Motion to Dismiss,[1] Donald Jones, MD hereby submits a proposed order dismissing the Plaintiff's case. The Plaintiff consents to the proposed order, which is attached hereto as Exhibit 1.

---

[1] Doc. 32, Case No. 1:13-cv-11868.

As a practical matter, the Plaintiff has two identical cases pending against Dr. Jones, Case No. 1:13-cv-11868 and Case No. 1:14-cv-10273, which the Court previously consolidated. Dr. Jones respectfully requests that the Court enter the proposed order in both cases against him as the Plaintiff consents to the dismissal and there is no just reason for further delay.

**GIDEON, COOPER & ESSARY, PLC**

/s/Chris J. Tardio
**C.J. Gideon, Jr.**[2]
**Chris J. Tardio**[2]
**Alan S. Bean**[3]
**Matthew H. Cline**[2]
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com

*Attorneys for Donald E. Jones, M.D.*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 4th day of February, 2017.

/s/Chris J. Tardio
**Chris J. Tardio**

---

[2] Admitted pursuant to MDL Order No. 1.
[3] Admitted *pro hac vice*.