# EXHIBIT 1
## PROPOSED ORDER

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TESSA A. SEIBER,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**AMERIDOSE, LLC, MEDICAL SALES MANAGEMENT, INC., MEDICAL SALES MANAGEMENT SW, INC., GDC PROPERTIES MANAGEMENT, LLC, ARL BIO PHARMA, INC. D/B/A ANALYTICAL RESEARCH LABORATORIES, BARRY J. CADDEN, GREGORY CONIGLIARO, LISA CONIGLIARO CADDEN, DOUGLAS CONIGLIARO, CARLA CONIGLIARO, GLENN A. CHIN, PCA PAIN CARE CENTER, TOTAL HEALTHCARE CONSULTANTS, D/B/A PCA PAIN CARE CENTER, and DONALD E. JONES, M.D.,**<br><br>    **Defendants.** | MDL No. 2419<br>Dkt. No. 1:13-cv-11868 (RWZ)<br>Dkt. No. 1:14-cv-10273 (RWZ) |

## ORDER OF DISMISSAL

Pursuant to the Plaintiff's Assented-To Motion to Dismiss, all claims against Donald E. Jones, MD are hereby dismissed without prejudice, and without award of costs or attorney's fees. This includes all claims against Donald E. Jones, MD in both civil actions filed by the Plaintiff, Case No. 1:13-cv-11868 and Case No. 1:14-cv-10273.

It is so ORDERED.

| | |
|---|---|
| Date | Rya W. Zobel<br>Senior United States District Judge |