UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 13-2419-RWZ |
| This Document Relates To: |  |
| All Actions Involving the Box Hill Defendants |  |

THIRD AMENDED ORDER SETTING DISCOVERY DEADLINES

February 3, 2017

Boal, M.J.

Upon consideration of the parties' joint motion for an extension of time (Docket No. 3201) and their proposed schedule (Docket No. 3285), the Court amends the discovery deadlines in the Box Hill cases as follows:

| | |
|---|---|
| Completion of Common Issue Expert Depositions | March 17, 2017 |
| Each side to select 2 potential bellwether trial death cases and 2 potential bellwether trial living cases and case specific discovery will begin for those cases | March 17, 2017 |
| Close of Case Specific Fact Discovery | June 1, 2017 |
| Each party to strike one case from each category of proposed bellwether cases (one death and one living case) | June 9, 2017 |
| Joint Filing of Summary of Remaining Cases | June 23, 2017 |
| Plaintiffs' Case Specific Expert Reports Due | July 14, 2017 |
| Defendants' Case Specific Expert Reports Due | August 14, 2017 |
| Completion of Case Specific Expert Depositions | September 22, 2017 |

1

The parties shall seek leave of the court to move for summary judgment. By September 1, 2017, the party that seeks summary judgment shall file a motion for leave, not to exceed 5 pages, setting forth good cause for why a summary judgment motion should be allowed. Oppositions shall be filed within a week of the motion for leave and are limited to 5 pages. No replies will be entertained.

**So Ordered.**

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge