**REDACTED** Exhibit C To Motion To Seal

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) **This Document Relates to Suits Naming:** ) ) **All Cases Pending Against The Saint** ) **Thomas Outpatient Neurosurgical Center** ) ) | MDL No. 2419  Dkt. No. 1:13-md-2419-RWZ |

## ORDER TO ESTABLISH QUALIFIED SETTLEMENT FUND AND APPOINT FUND ADMINISTRATOR

### REDACTED IN ENTIRETY

Date: _____       _____
                                                         Judge Rya Zobel