**REDACTED** Exhibit D To Motion To Seal

## ESCROW AGREEMENT

## REDACTED IN ENTIRETY

{004663/12496/00403067.DOCX / Ver.1}