UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs, | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |

This document relates to:

Armetta, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14022-RWZ

Bowman, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14028-RWZ

Davis, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14033-RWZ

Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14029-RWZ

Farthing, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14036-RWZ

Kashi, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14026-RWZ

Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,
No. 1:14-cv-14023-RWZ

Handy, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ

**PLAINTIFFS' NOTICE OF FILING**
**NOTICE OF VIDEO-CONFERENCE DEPOSITION**
***DUCES TECUM* OF BRIAN REISETTER, R.Ph., MBA, Ph.D.**

The Plaintiffs give notice to the Court, and to all parties of the filing of a Notice of Deposition of Brian Reisetter, R.Ph., MBA, Ph.D., which is attached as Exhibit 1, along with a request for production of documents (Attachment A).

A copy of the Court's MDL Order No. 10 (Deposition Protocol) is attached as Exhibit 2. Pursuant to MDL Order No. 10, and a copy of the Fourth Amended Protective Order of Confidentiality (Dkt. 3036) is attached as Exhibit 3.

Dated:  February 13, 2017               Respectfully submitted,


                                        **/s/ Glenn E. Mintzer**
                                        Patricia J. Kasputys
                                        Jay D. Miller
                                        Glenn E. Mintzer
                                        Sharon L. Houston
                                        Law Offices of Peter G. Angelos, P.C.
                                        100 N. Charles Street
                                        Baltimore, MD  21201
                                        410-649-2000 (phone)
                                        410-649-2101 (fax)
                                        PKasputys@lawpga.com
                                        Jmiller@lawpga.com
                                        gmintzer@lawpga.com
                                        shouston@lawpga.com

                                        *Attorneys for Plaintiffs*


                                        **/s/ Michael Coren**
                                        Harry M. Roth
                                        Michael Coren
                                        Cohen Placitella & Roth. P.C.
                                        2001 Market Street
                                        Suite 2900
                                        Philadelphia, PA  19103
                                        215-567-3500 (phone)
                                        215-567-6019 (fax)

HRoth@cprlaw.com
mcoren@cprlaw.com

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I, Glenn E. Mintzer, hereby certify that I caused a copy of the foregoing to be filed electronically, via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 13, 2017  /s/ **Glenn E. Mintzer**
Glenn E. Mintzer