# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |

)
This document relates to: )
)
Armetta, et al. v. Box Hill Surgery Center, )
LLC, et al. )
No. 1:14-cv-14022-RWZ )
)
Bowman, et al. v. Box Hill Surgery Center, )
LLC, et al. )
No. 1:14-cv-14028-RWZ )
)
Davis, et al. v. Box Hill Surgery Center, LLC, )
et al. )
No. 1:14-cv-14033-RWZ )
)
Dreisch, et al. v. Box Hill Surgery Center, )
LLC, et al. )
No. 1:14-cv-14029-RWZ )
)
Farthing, et al. v. Box Hill Surgery Center, )
LLC, et al. )
No. 1:14-cv-14036-RWZ )
)
Kashi, et al. v. Box Hill Surgery Center, LLC, )
et al. )
No. 1:14-cv-14026-RWZ )
)
Torbeck, et al. v. Box Hill Surgery Center, )
LLC, et al., )
No. 1:14-cv-14023-RWZ )
)
Handy, et al.  v. Box Hill Surgery Center, )
LLC, et al. No. 1:14-cv-14019-RWZ )

### NOTICE TO TAKE VIDEO CONFERENCE
### DEPOSITION *DUCES TECUM*
### OF THOMAS LARKIN, M.D.

Please take notice that the Plaintiffs, pursuant to Rule 30(a)(1), 30(b)(6), and 34 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Dkt. 1426), will take the deposition *duces tecum*, via video-conferencing, of Thomas Larkin, M.D., on Wednesday, March 1, 2017, beginning at 10:00 a.m. (EST) and continuing until completed.

The video-conference deposition will be held at Democracy Plaza, 6701 Democracy Boulevard, Suite 300, Bethesda, Maryland 20817; Phone: 301-530-7303. The deposition will be recorded by stenographic means.

The deponent is requested to produce all documents listed in Attachment A.

This the 13th day of February, 2017

Respectfully submitted,

/s/ Glenn E. Mintzer
Patricia J. Kasputys
Jay D. Miller
Glenn E. Mintzer
Sharon L. Houston
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street, 22nd Floor
Baltimore, MD  21201
410-649-2000 (phone)
410-649-2101 (fax)
Lkasputys@lawpga.com
JMiller@lawpga.com
gmintzer@lawpga.com
shouston@lawpga.com

*Attorneys for Plaintiffs*

/s/ Michael Coren
Harry M. Roth
Michael Coren
Cohen Placitella & Roth, P.C.
2001 Market Street
Suite 2900
Philadelphia, PA  19103
215-567-3500 (phone)
215-567-6019 (fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Glenn E. Mintzer, hereby certify that I caused a copy of the foregoing to be filed electronically, via the Court's electronic system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 13, 2017         /s/ Glenn E. Mintzer
                                 Glenn E. Mintzer

## ATTACHMENT A

The word "documents" shall be defined to include any kind of written, typewritten, printed or recorded material whatsoever, including without limitation, statements, notes, transcription of notes, memoranda, letters, telefaxes, publications, agreements, pictures, photographs, audio tape recordings, video tape recordings, cassettes, transcriptions of any such recordings, log books, business records, and computer files or electronic data such as e-mails or instant messages.

Pursuant to the Federal Rules of Civil Procedure, this will serve as a request for the Deponent, expert witness Thomas Larkin, M.D. ("You" or "Dr. Larkin"), to produce the following documents at least seven days prior to his deposition:

1. All documents containing facts or data that You considered in forming Your expert opinions.
2. All documents containing facts or data that the underlying party's attorney provided to You and that You considered in forming the opinions to be expressed.
3. Copies of all scholarly literature on which You relied.
4. All exhibits that You intend to use to summarize or support his opinions.
5. All materials relevant to Your opinions and Your expert report in this case.
6. A list of all publications You authored in the previous 10 years.
7. A list of all other cases in which You have testified as an expert at trial or by deposition within the previous 4 years.
8. All communications and documents relating to compensation for Your study, report, and/or testimony.
9. All non-privileged communications relating to Your report.
10. Your current resume and curriculum vitae.