Exhibit A to SSC Defendants' Bill of Costs

*Table 1*

| | **Fees of the Clerk**[1] | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **AMOUNT REQUESTED** |
| 11/20/14 | Certificates of good standing (Parks Chastain, Kent Krause, Jason Lee, Megan Carrick) | $ 72.00 |
| 06/10/15 | Certificate of good standing (Ashley Geno) | $18.00 |
| **TOTAL CLERK COSTS** | | **$90.00** |

*Table 2*

| | **Fees for Printed or Electronically Recorded Transcripts Necessarily Obtained for Use in the Case**[2] | |
|---|---|---|
| **INVOICE DATE** | **DESCRIPTION** | **AMOUNT REQUESTED** |
| | **Depositions** | |
| 3/16/2016 | Printed copy of deposition of Raymond K. Schneider | $ 971.00 |
| 7/16/2015 | E-tran copy of the deposition of Robert C. Kaiser | $ 976.00 |
| 7/9/2015 | Printed copy of the deposition of Edgardo Camacho | $ 727.95 |
| 7/9/2015 | Printed copy of deposition of Ricardo Dos Santos | $ 290.40 |
| 6/30/2015 | Printed copy of deposition of Edwin Cardona | $ 987.30 |
| 9/24/2015 | E-tran copy of the deposition of Terry Grinder | $ 529.10 |
| 8/19/2015 | Printed copy of the deposition of Tommy Means, Rule 30(b)(6) witness for ARL | $ 1,372.35 |
| 12/21/2015 | E-tran copy of the deposition of Samuel Penta, Rule 30(b)(6) witness for the Massachusetts Board of Pharmacy | $ 1,253.40 |
| 3/13/2016 | Printed copy of the deposition of David A. Kessler, M.D. | $ 2,588.31 |
| 6/24/2016 | E-tran copy of the deposition of Brian Reisetter | $ 510.00 |
| 4/10/2016 | Printed copy of the deposition of William Allen Mixon, RPh | $ 1,311.50 |
| 7/21/2016 | E-tran copy of the deposition of Ian Wallis | $ 1,161.30 |
| 6/24/2016 | E-tran copy of the deposition of Keith St. John, MT (ASCP), MS, CIC | $ 1,116.70 |
| 6/24/2016 | E-tran copy of the deposition of Sheldon T. Bradshaw, Esq. | $ 679.90 |
| 8/10/2016 | E-tran copy of the deposition of Mario Giamei, Jr. | $ 882.00 |
| 8/4/2016 | Printed copy of the deposition of Robert Guardino | $ 1,355.90 |
| 6/25/2015 | Printed copy of the deposition of Francis McAteer | $ 1,142.45 |
| 6/23/2015 | Printed copy of the deposition of Stephen O'Neill | $ 504.33 |

---

[1] Supporting documentation attached as **Exhibit 1**.
[2] Supporting documentation attached as **Exhibit 2**.

Exhibit A to SSC Defendants' Bill of Costs

| Date | Description | Amount |
|---|---|---|
| 6/24/2016 | E-tran copy of the deposition of Laura Thoma, Pharm.MD | $ 1,412.70 |
| 6/17/2015 | Printed copy of deposition of Michael R. Dubeau | $ 1,233.84 |
| 6/28/2015 | Printed copy of deposition of Suneela Mistry | $ 940.28 |
| 10/15/2015 | E-tran copy of the deposition of Ronald Calisher, Rule 30(b)(6) witness for Calisher & Associates | $ 413.20 |
| 10/8/2015 | E-tran copy of the deposition of Gina Calisher, Rule 30(b)(6) witness for Calisher & Associates | $ 1,027.75 |
| 9/20/2015 | E-tran copy of the deposition of Philip J. Austin | $ 865.60 |
| 1/7/2016 | Printed copy of the deposition of Belmira Carvahlo | $ 266.40 |
| 1/7/2016 | Printed copy of the deposition of Annette M. Robinson | $ 381.56 |
| 3/19/2015 | Printed copy of the deposition of Jean Atkinson, RN | $ 778.95 |
| 7/20/2015 | Printed copy of the deposition of Larry Moore, CFO and COO of Cumberland Medical Center | $ 681.60 |
| 11/30/2015 | Printed copy of the deposition of Kimberly Bowlin | $ 574.40 |
| 11/24/2015 | E-tran copy of the deposition of Cory Fletcher | $ 729.45 |
| 11/24/2015 | E-tran copy of the deposition of Owen Finnegan | $ 184.95 |
| 11/24/2015 | E-tran copy of the deposition of Stephen Haynes | $ 178.65 |
| **Hearing Transcripts** | | |
| 06/24/15 | Status conference held before Judges Zobel and Boal on June 24, 2015 | $ 36.90 |
| 09/24/15 | Status conference and motion hearing held before Judge Zobel on September 10, 2015 | $ 29.70 |
| **TOTAL TRANSCRIPT COSTS** | | **$28095.82** |