Exhibit B to SSC Defendants' Bill of Costs

**Keyes* was dismissed with prejudice at Doc. 3312 on February 10, 2017.  On February 16, 2017, at Doc. 27 in case 1:13-cv-12998, the Court entered an Order of Final Judgment in the *Keyes* case.