ST Specialty Sx Ctr
Johnson



BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLC

P.O. BOX 23890
NASHVILLE, TN 37202-3890

11/20/2014

PAY TO THE
ORDER OF    Tennessee Middle District Court Clerk                    $    **72.00

Seventy-Two and 00/100                                                  DOLLARS

Tennessee Middle District Court Clerk

MEMO
Certificates of Good Standing

BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC

Tennessee Middle District Court Clerk              11/20/2014
Client Advances                  ST Specialty Johnson - certificates          72.00

rt Name: U. S. District Court, MD/TN
ision: 3
hier ID: osawyer
nsaction Date: 06/10/2015
er Name: Brewer Krause Brooks
----------------------------------
ATIFICATE OF GOOD STANDING
r: Brewer Krause Brooks
ount:          $18.00
----------------------------------
CK
Tendered: $18.00

al Due:        $18.00
al Tendered: $18.00
nge Amt:       $0.00

   Ashley E. Geno