# INVOICE



## DISCOVERY
### LITIGATION SERVICES
Court Reporting ◆ Videography ◆ Trial Presentations
## 855.847.0999

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 33722 | 3/16/2016 | 26377 |

| Job Date | Case No. | |
|---|---|---|
| 2/26/2016 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |

| Case Name |
|---|
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation |

| Payment Terms |
|---|
| Net 45 |

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Raymond K. Schneider, PE | | 909.15 |
| Rough ASCII | 265.00 Pages | 397.50 |
| Litigation Support Disc | | 50.00 |
| Exhibits: B&W 8.5x11 100+ pages | 103.00 Pages | 51.50 |
| Exhibits: Color 8.5x11 up to 100 pages | 9.00 Pages | 10.35 |
| DVD - Synchronized Video/Text (free synchronization) | | 150.00 |
| Shipping & Handling | | 45.35 |

TOTAL DUE  >>>  **$1,613.85**

AFTER 4/15/2016 PAY  $1,855.93

*We appreciate the opportunity to earn your business!

Litigation Support CD:  Online Hosting (DiscoveryLit.com), Condensed Transcript, Condensed Exhibits, PDF exhibits hyperlinked to transcript, multiple file formats such as ASCII, PDF & PTX.

We accept Visa, MasterCard, AMEX and Discover. W9 located at www.discoverylit.com/w9.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

(-) Payments/Credits:  1,613.85

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | |
|---|---|---|---|
| Job No. | : 26377 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 33722 | Invoice Date | : 3/16/2016 |
| Total Due | : $0.00 | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Discovery Litigation Services, LLC**
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA  30342



855.847.0999

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 33722 | 3/16/2016 | 26377 |
| Job Date | Case No. | |
| 2/26/2016 | MDL #2419/MSTR DOCKET 1:13-ND-02419-RW | |
| Case Name | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Payment Terms | | |
| Net 45 | | |

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | |
|---|---|
| (+) Finance Charges/Debits: | 242.08 |
| (=) New Balance: | 0.00 |

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

Job No.     : 26377          BU ID      : ATL
Case No.    : MDL #2419/MSTR DOCKET 1:13-ND-02419-RWZ
Case Name   : In Re: New England Compounding Pharmacy,
              Inc. Product Liability Litigation
Invoice No. : 33722          Invoice Date : 3/16/2016
Total Due   : $0.00

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  Discovery Litigation Services, LLC
           c/o Commercial Finance Group of Atlanta
           P.O. Box 420247
           Atlanta, GA 30342

# INVOICE



**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29444 | 7/16/2015 | 23129 |
| **Job Date** | **Case No.** | |
| 7/8/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |

| **Case Name** |
|---|
| In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation |

| **Payment Terms** |
|---|
| Net 45 |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

E-TRAN COPY OF THE DEPOSITION OF:
   Robert C. Kaiser

|  |  |  |
|---|---|---|
| | 352.00  Pages | 844.80 |
| Exhibits:  Scanned B&W | 371.00  Pages | 129.85 |
| Exhibits:  Scanned Color | 3.00  Pages | 1.35 |
| | **TOTAL DUE  >>>** | **$976.00** |
| | AFTER 8/15/2015  PAY | $1,073.60 |

We appreciate the opportunity to earn your business!

We gladly accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf

| (-) Payments/Credits: | 976.00 |
|---|---|
| (+) Finance Charges/Debits: | 97.60 |
| (=) New Balance: | 0.00 |

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

| | | |
|---|---|---|
| Job No. | : 23129 | BU ID   : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | |
| Case Name | : In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation | |
| Invoice No. | : 29444 | Invoice Date   : 7/16/2015 |
| Total Due | : $0.00 | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                   Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA  30342**

# INVOICE



**DISCOVERY**
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29304 | 7/9/2015 | 22945 |
| Job Date | Case No. | |
| 6/30/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| Case Name | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Payment Terms | | |
| Net 45 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | |
|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | |
| Edgardo Camacho | 287.00 | Pages | 688.80 |
| Litigation Support Disc | | | 50.00 |
| Exhibits: B&W 8.5x11 up to 100 pages | 87.00 | Pages | 39.15 |
| DVD - Synchronized Video/Text (free synchronization) | | | 150.00 |
| 1 COPY OF TRANSCRIPT OF: | | | |
| Ricardo Dos Santos | 109.00 | Pages | 261.60 |
| Litigation Support Disc | | | 50.00 |
| Exhibits: B&W 8.5x11 up to 100 pages | 64.00 | Pages | 28.80 |
| DVD - Synchronized Video/Text (free synchronization) | | | 150.00 |
| Shipping & Handling | | | 30.78 |

TOTAL DUE >>>    **$1,449.13**
AFTER 8/8/2015 PAY    **$1,594.04**

We appreciate the opportunity to earn your business!

*Litigation Support Disc includes: Condensed transcript; condensed exhibits; exhibits scanned in PDF and hyper-linked to the transcript; multiple file formats: ASCII, PDF & PTX; all provided online as well at http://www.discoverylit.com/client-repository.asp.

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

Job No.      : 22945         BU ID        : ATL
Case No.     : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ
Case Name    : In Re: New England Compounding Pharmacy,
               Inc. Product Liability Litigation
Invoice No.  : 29304         Invoice Date : 7/9/2015
Total Due    : $0.00

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Discovery Litigation Services, LLC**
            **c/o Commercial Finance Group of Atlanta**
            **P.O. Box 420247**
            **Atlanta, GA 30342**

# INVOICE



## DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29304 | 7/9/2015 | 22945 |
| **Job Date** | **Case No.** | |
| 6/30/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |

| **Case Name** |
|---|
| In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation |

| **Payment Terms** |
|---|
| Net 45 |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | |
|---|---|
| (-) Payments/Credits: | 1,449.13 |
| (+) Finance Charges/Debits: | 144.91 |
| (=) New Balance: | 0.00 |

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | |
|---|---|---|---|
| Job No. | : 22945 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 29304 | Invoice Date | : 7/9/2015 |
| Total Due | : $0.00 | | |

**PAYMENT WITH CREDIT CARD**     AMEX / MC / VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA  30342

# INVOICE



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29111 | 6/30/2015 | 22824 |

| Job Date | Case No. | |
|---|---|---|
| 6/19/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |

| Case Name | | |
|---|---|---|
| In Re:  New England Compounding Pharmacy, Inc, Product Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Net 45 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Edwin Cardona | | 907.20 |
| Litigation Support Disc | | 50.00 |
| Exhibits:  B&W 8.5x11 100+ pages | 178.00  Pages | 80.10 |
| DVD - Synchronized Video/Text (free synchronization) | | 150.00 |
| Shipping & Handling | | 30.58 |
| | **TOTAL DUE  >>>** | **$1,217.88** |
| | AFTER 7/30/2015 PAY | $1,339.67 |

We appreciate the opportunity to earn your business!

\*Litigation Support Disc Includes:  Condensed transcript; condensed exhibits; exhibits scanned in PDF and hyper-linked to the transcript; multiple file formats:  ASCII, PDF & PTX; all provided online as well at http://www.discoverylit.com/client-repository.asp.

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.

| (-) Payments/Credits: | 1,217.88 |
|---|---|
| (+) Finance Charges/Debits: | 121.79 |
| (=) New Balance: | 0.00 |

**Tax ID:** 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

| | | | |
|---|---|---|---|
| Job No. | : 22824 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 29111 | Invoice Date | : 6/30/2015 |
| Total Due | : $0.00 | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA  30342

# INVOICE



**DISCOVERY**
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30674 | 9/24/2015 | 24041 |
| Job Date | Case No. | |
| 9/14/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| Case Name | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Payment Terms | | |
| Net 45 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | |
|---|---|---|
| E-TRAN COPY OF THE DEPOSITION OF: | | |
| Terry Grinder, DPH | | 462.60 |
| Rough Draft | 142.00 Pages | 213.00 |
| Exhibits: Scanned | 133.00 | 66.50 |
| | TOTAL DUE >>> | **$742.10** |
| | AFTER 10/24/2015 PAY | $853.42 |

We appreciate the opportunity to earn your business!

We gladly accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf

| | |
|---|---|
| (-) Payments/Credits: | 742.10 |
| (+) Finance Charges/Debits: | 111.32 |
| (=) New Balance: | 0.00 |

**Tax ID:** 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | | |
|---|---|---|---|---|
| Job No. | : 24041 | BU ID | : ATL | |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | | |
| Invoice No. | : 30674 | Invoice Date | : 9/24/2015 | |
| **Total Due** | : **$0.00** | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA 30342

# INVOICE



**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30074 | 8/19/2015 | 23421 |
| **Job Date** | **Case No.** | |
| 7/29/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| **Case Name** | | |
| In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| **Payment Terms** | | |
| Net 45 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| 30(b)6 ARL BioPharma/Tommy Means | 506.00 | Pages | 1,214.40 |
| Litigation Support Disc | | | 50.00 |
| Exhibits:  B&W 8.5x11 100+ pages | 337.00 | Pages | 151.65 |
| Exhibits:  Color 8.5x11 up to 100 pages | 7.00 | Pages | 6.30 |
| DVD - Synchronized Video/Text (free synchronization) | | | 150.00 |
| Shipping & Handling | | | 34.81 |

**TOTAL DUE >>>** $1,607.16
AFTER 9/18/2015 PAY      $1,767.88

We appreciate the opportunity to earn your business!

*Litigation Support Disc includes:  Condensed transcript; condensed exhibits; exhibits scanned in PDF and hyper-linked to the transcript; multiple file formats:  ASCII, PDF & PTX; all provided online as well as at http://www.discoverylit.com/client-repository.asp.

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.

(-) Payments/Credits:       1,607.16
(+) Finance Charges/Debits:      160.72
(=) New Balance:          0.00

Tax ID: 45-4198354

---

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

| | | |
|---|---|---|
| Job No. | : 23421 | BU ID      : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | |
| Case Name | : In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation | |
| Invoice No. | : 30074 | Invoice Date   : 8/19/2015 |
| Total Due | : $0.00 | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA  30342

# INVOICE



## DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32351 | 12/21/2015 | 25365 |

| Job Date | Case No. | |
|---|---|---|
| 12/4/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |

| Case Name | |
|---|---|
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | |

| Payment Terms | |
|---|---|
| Net 45 | |

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

E-TRAN COPY OF THE DEPOSITION OF:

| | | |
|---|---|---|
| 30(b)(6) Samuel Penta | | 1,084.20 |
| Exhibits:  Scanned | 423.00 | 169.20 |
| | **TOTAL DUE >>>** | **$1,253.40** |
| | AFTER 1/20/2016 PAY | $1,441.41 |

*We appreciate the opportunity to earn your business!

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

| | |
|---|---|
| (-) Payments/Credits: | 1,253.40 |
| (+) Finance Charges/Debits: | 188.01 |
| (=) New Balance: | 0.00 |

**Tax ID:** 45-4198354

*Please detach bottom portion and return with payment.*

| | | |
|---|---|---|
| Job No. | : 25365 | BU ID    : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | |
| Invoice No. | : 32351 | Invoice Date    : 12/21/2015 |
| Total Due | : $0.00 | |

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA  30342

# INVOICE



## DISCOVERY
### LITIGATION SERVICES
*Court Reporting • Videography • Trial Presentations*

## 855.847.0999

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 33788 | 3/13/2016 | 26881 |
| Job Date | Case No. | |
| 3/4/2016 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| Case Name | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Payment Terms | | |
| Net 45 | | |

Ashley E. Geno, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| David A. Kessler, M.D. | | 2,346.81 |
| Litigation Support Disc | | 50.00 |
| Exhibits: B&W 8.5x11 100+ pages | 393.00 Pages | 196.50 |
| Exhibits: Oversized Color Per Sq. Ft. | 18.00 | 45.00 |
| DVD - Synchronized Video/Text (free synchronization) | | 150.00 |

| | |
|---|---|
| TOTAL DUE >>> | $2,788.31 |
| AFTER 4/12/2016 PAY | $3,206.56 |

Please Note: A 2-day expedite surcharge has been applied.

*We appreciate the opportunity to earn your business!

Litigation Support CD: Online Hosting (DiscoveryLit.com), Condensed Transcript, Condensed Exhibits, PDF exhibits hyperlinked to transcript, multiple file formats such as ASCII, PDF & PTX.

We accept Visa, MasterCard, AMEX and Discover. W9 located at www.discoverylit.com/w9.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

| | |
|---|---|
| (-) Payments/Credits: | 2,788.31 |
| (+) Finance Charges/Debits: | 418.25 |

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Ashley E. Geno, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | | |
|---|---|---|---|---|
| Job No. | : 26881 | BU ID | : ATL | |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | | |
| Invoice No. | : 33788 | Invoice Date | : 3/13/2016 | |
| Total Due | : $0.00 | | | |

Remit To:   Discovery Litigation Services, LLC
            c/o Commercial Finance Group of Atlanta
            P.O. Box 420247
            Atlanta, GA 30342

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



## DISCOVERY
### LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
## 855.847.0999

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 33788 | 3/13/2016 | 26881 |

| Job Date | Case No. | |
|---|---|---|
| 3/4/2016 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |

| Case Name | | |
|---|---|---|
| In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Net 45 | | |

Ashley E. Geno, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

(=) New Balance:          0.00

**Tax ID:** 45-4198354

*Please detach bottom portion and return with payment.*

Ashley E. Geno, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

| | | | |
|---|---|---|---|
| Job No. | : 26881 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 33788 | Invoice Date | : 3/13/2016 |
| **Total Due** | **: $0.00** | | |

**Remit To:** Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA  30342

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# INVOICE



**DISCOVERY**
LITIGATION SERVICES
*Court Reporting • Videography • Trial Presentations*
**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 36166 | 6/24/2016 | 26787 |
| **Job Date** | **Case No.** | |
| 3/18/2016 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| **Case Name** | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| **Payment Terms** | | |
| Net 45 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

E-TRAN COPY OF THE DEPOSITION OF:

Brian Reisetter                                                                    450.00
    Exhibits: Scanned                            150.00                60.00

TOTAL DUE >>>                    **$510.00**
AFTER 7/24/2016  PAY              $586.50

*We appreciate the opportunity to earn your business!

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

(-) Payments/Credits:          510.00
(+) Finance Charges/Debits:     76.50
(=) New Balance:                 0.00

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | |
|---|---|---|
| Job No. | : 26787 | BU ID : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | |
| Invoice No. | : 36166 | Invoice Date : 6/24/2016 |
| Total Due | : $0.00 | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    Discovery Litigation Services, LLC
             c/o Commercial Finance Group of Atlanta
             P.O. Box 420247
             Atlanta, GA  30342

# INVOICE



## DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34388 | 4/10/2016 | 26851 |
| Job Date | Case No. | |
| 3/22/2016 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| Case Name | | |
| In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Payment Terms | | |
| Net 45 | | |

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

| | | | |
|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | |
| William Allen Mixon, RPh | | | 1,134.00 |
| Rough ASCII | 346.00 | Pages | 519.00 |
| Litigation Support Disc | | | 50.00 |
| Exhibits:  B&W 8.5x11 100+ pages | 355.00 | Pages | 177.50 |
| DVD - Synchronized Video/Text (free synchronization) | | | 150.00 |
| Shipping & Handling | | | 36.88 |

| | |
|---|---|
| TOTAL DUE >>> | $2,067.38 |
| AFTER 5/10/2016 PAY | $2,377.49 |

*We appreciate the opportunity to earn your business!

Litigation Support CD:  Online Hosting (DiscoveryLit.com), Condensed Transcript, Condensed Exhibits, PDF exhibits hyperlinked to transcript, multiple file formats such as ASCII, PDF & PTX.

We accept Visa, MasterCard, AMEX and Discover. W9 located at www.discoverylit.com/w9.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

| | |
|---|---|
| (-) Payments/Credits: | 2,067.38 |
| (+) Finance Charges/Debits: | 310.11 |

**Tax ID:** 45-4198354

*Please detach bottom portion and return with payment.*

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

| | | | |
|---|---|---|---|
| Job No. | : 26851 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 34388 | Invoice Date | : 4/10/2016 |
| Total Due | : $0.00 | | |

**PAYMENT WITH CREDIT CARD**     AMEX  MASTERCARD  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

**Remit To:**   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA  30342

# INVOICE



**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34388 | 4/10/2016 | 26851 |
| Job Date | Case No. | |
| 3/22/2016 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| Case Name | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Payment Terms | | |
| Net 45 | | |

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | |
|---|---|
| (¤) New Balance: | 0.00 |

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | |
|---|---|---|---|
| Job No. | : 26851 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 34388 | Invoice Date | : 4/10/2016 |
| Total Due | : $0.00 | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA 30342

# INVOICE



**DISCOVERY**
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
## 855.847.0999

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 36646 | 7/21/2016 | 27245 |
| **Job Date** | **Case No.** | |
| 4/7/2016 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| **Case Name** | | |
| In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| **Payment Terms** | | |
| Net 45 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

| | | |
|---|---|---|
| E-TRAN COPY OF THE DEPOSITION OF: | | |
| Ian Wallis | | 1,074.50 |
| Exhibits:  Scanned | 217.00 | 86.80 |
| | **TOTAL DUE >>>** | **$1,161.30** |
| | AFTER 8/20/2016  PAY | $1,335.50 |

*We appreciate the opportunity to earn your business!

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

| | |
|---|---|
| (-) Payments/Credits: | 1,161.30 |
| (+) Finance Charges/Debits: | 174.20 |
| (=) New Balance: | 0.00 |

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

| | |
|---|---|
| Job No.    : 27245 | BU ID        : ATL |
| Case No.   : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | |
| Case Name  : In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation | |
| Invoice No. : 36646 | Invoice Date  : 7/21/2016 |
| Total Due   : $0.00 | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

Remit To:   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA  30342

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE



## DISCOVERY
### LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
## 855.847.0999

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 36174 | 6/24/2016 | 26379 |

| Job Date | Case No. | |
|---|---|---|
| 3/11/2016 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |

| Case Name |
|---|
| In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation |

| Payment Terms |
|---|
| Net 45 |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

E-TRAN COPY OF THE DEPOSITION OF:

Keith St. John, MT (ASCP), MS, CIC                                        1,046.70

    Exhibits:  Scanned            175.00                               70.00

**TOTAL DUE >>>**                                              **$1,116.70**

AFTER 7/24/2016 PAY                                        $1,284.21

*We appreciate the opportunity to earn your business!

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

(-) Payments/Credits:                     1,116.70
(+) Finance Charges/Debits:                 167.51
(=) New Balance:                              0.00

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

Job No.         : 26379            BU ID        : ATL
Case No.        : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ
Case Name       : In Re:  New England Compounding Pharmacy,
                  Inc. Product Liability Litigation

Invoice No.     : 36174           Invoice Date   : 6/24/2016
Total Due       : $0.00

| PAYMENT WITH CREDIT CARD | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:        Phone#: | | | |
| Billing Address: | | | |
| Zip:        Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  Discovery Litigation Services, LLC
           c/o Commercial Finance Group of Atlanta
           P.O. Box 420247
           Atlanta, GA  30342

# INVOICE



**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 36171 | 6/24/2016 | 26913 |

| Job Date | Case No. | |
|---|---|---|
| 3/9/2016 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |

| Case Name |
|---|
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation |

| Payment Terms |
|---|
| Net 45 |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

E-TRAN COPY OF THE DEPOSITION OF:

Sheldon T. Bradshaw, Esq.      629.10

Exhibits: Scanned    127.00     50.80

TOTAL DUE >>>    $679.90

AFTER 7/24/2016 PAY    $781.89

*We appreciate the opportunity to earn your business!

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

(-) Payments/Credits:    679.90
(+) Finance Charges/Debits:    101.99
(=) New Balance:    0.00

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

Job No. : 26913    BU ID : ATL
Case No. : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ
Case Name : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation
Invoice No. : 36171    Invoice Date : 6/24/2016
Total Due : $0.00

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:    Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA 30342

# INVOICE



## DISCOVERY
### LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
## 855.847.0999

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 37052 | 8/10/2016 | 25123 |
| **Job Date** | **Case No.** | |
| 11/12/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |

| Case Name |
|---|
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation |

| Payment Terms |
|---|
| Net 45 |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

E-TRAN COPY OF THE DEPOSITION OF:

  Mario Glamel, Jr.                                                    882.00

**TOTAL DUE >>>**                              **$882.00**
AFTER 9/9/2016 PAY                             $1,014.30

*We appreciate the opportunity to earn your business!

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

(-) Payments/Credits:                          882.00
(+) Finance Charges/Debits:                    132.30
(=) New Balance:                                 0.00

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

Job No.      : 25123          BU ID       : ATL
Case No.     : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ
Case Name    : In Re: New England Compounding Pharmacy,
               Inc. Product Liability Litigation
Invoice No.  : 37052         Invoice Date : 8/10/2016
Total Due    : $0.00

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   Discovery Litigation Services, LLC
            c/o Commercial Finance Group of Atlanta
            P.O. Box 420247
            Atlanta, GA 30342

# INVOICE



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 36927 | 8/4/2016 | 26732 |
| Job Date | Case No. | |
| 3/15/2016 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| Case Name | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Payment Terms | | |
| Net 45 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Robert Guardino | | 1,251.90 |
| Exhibits: Scanned | 260.00 | 104.00 |
| | TOTAL DUE >>> | $1,355.90 |
| | AFTER 9/3/2016  PAY | $1,559.29 |

*We appreciate the opportunity to earn your business!

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

| | |
|---|---|
| (-) Payments/Credits: | 1,355.90 |
| (+) Finance Charges/Debits: | 203.39 |
| (=) New Balance: | 0.00 |

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | | |
|---|---|---|---|---|
| Job No. | : 26732 | BU ID | : ATL | |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | | |
| Invoice No. | : 36927 | Invoice Date | : 8/4/2016 | |
| Total Due | : $0.00 | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA 30342

# INVOICE



**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29084 | 6/25/2015 | 22413 |
| **Job Date** | **Case No.** | |
| 6/3/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| **Case Name** | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| **Payment Terms** | | |
| Net 45 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | | |
|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | |
| Francis McAteer | 402.00 | Pages | | 964.80 |
| Litigation Support Disc** | | | | 50.00 |
| Exhibits: B&W 8.5x11 100+ pages | 337.00 | Pages | | 151.65 |
| Exhibits: Color 8.5x11 up to 100 pages | 40.00 | Pages | | 26.00 |
| DVD - Synchronized Video/Text (free synchronization) | | | | 150.00 |
| Shipping & Handling | | | | 29.47 |

**TOTAL DUE >>>**      **$1,371.92**
AFTER 7/25/2015 PAY      $1,509.11

**Litigation Support Disc Includes: Condensed transcript; condensed exhibits; exhibits scanned in PDF and hyper-linked to the transcript;
multiple file formats: ASCII, PDF & PTX; all provided online as well at http://www.discoverylit.com/client-repository.asp.

We appreciate the opportunity to earn your business!

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.

(-) Payments/Credits:      1,371.92
(+) Finance Charges/Debits:      137.19
(=) New Balance:      0.00

**Tax ID:** 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | |
|---|---|---|
| Job No. | : 22413 | BU ID : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | |
| Invoice No. | : 29084 | Invoice Date : 6/25/2015 |
| Total Due | : $0.00 | |

**Remit To:** Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA 30342

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE



## DISCOVERY
### LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
## 855.847.0999

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28663 | 6/3/2015 | 22412 |
| **Job Date** | **Case No.** | |
| 5/27/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| **Case Name** | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| **Payment Terms** | | |
| Net 45 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Stephen O'Neill | | 410.73 |
| Litigation Package | | 50.00 |
| Exhibits: B&W 8.5x11 100+ pages | 200.00 Pages | 90.00 |
| Exhibits: Color 8.5x11 up to 100 pages | 4.00 Pages | 3.60 |
| | **TOTAL DUE >>>** | **$554.33** |
| | AFTER 7/3/2015 PAY | $609.76 |

We appreciate the opportunity to earn your business!

**Our Litigation Support CD includes a Condensed Transcript, multiple electronic file formats, all exhibits scanned and text searchable, exhibits hyperlinked to the electronic transcript and major litigation support load files, such as the Summation SBF file; all provided online as well at http://www.discoverylit.com/client-repository.asp.

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.

| | |
|---|---|
| (-) Payments/Credits: | 554.33 |
| (+) Finance Charges/Debits: | 55.43 |
| (=) New Balance: | 0.00 |

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 22412 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 28663 | Invoice Date | : 6/3/2015 |
| Total Due | : $0.00 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

### PAYMENT WITH CREDIT CARD

AMEX   MC   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA 30342

# INVOICE



## DISCOVERY
### LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 36172 | 6/24/2016 | 26786 |
| **Job Date** | **Case No.** | |
| 3/8/2016 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| **Case Name** | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| **Payment Terms** | | |
| Net 45 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

---

E-TRAN COPY OF THE DEPOSITION OF:

    Laura Thoma, Phar.MD                                    1,251.90

    Exhibits: Scanned            402.00                          160.80

                                **TOTAL DUE >>>**     **$1,412.70**

                                AFTER 7/24/2016 PAY     $1,624.61

*We appreciate the opportunity to earn your business!

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

                                (-) Payments/Credits:       1,412.70

                                  (+) Finance Charges/Debits:     211.91

                                  (=) New Balance:        0.00

Tax ID: 45-4198354

---

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | |
|---|---|---|
| Job No. | : 26786 | BU ID : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | |
| Invoice No. | : 36172 | Invoice Date : 6/24/2016 |
| **Total Due** | : $0.00 | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:           Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    Discovery Litigation Services, LLC
              c/o Commercial Finance Group of Atlanta
              P.O. Box 420247
              Atlanta, GA 30342

# INVOICE



## DISCOVERY
### LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
## 855.847.0999

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28860 | 6/17/2015 | 22709 |
| Job Date | Case No. | |
| 6/9/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| Case Name | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Payment Terms | | |
| Net 45 | | |

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Michael R. Dubeau | | 1,103.69 |
| Litigation Support Disc | | 50.00 |
| Exhibits: B&W 8.5x11 100+ pages | 282.00 Pages | 126.90 |
| Exhibits: Color 8.5x11 up to 100 pages | 5.00 Pages | 3.25 |
| DVD - Synchronized Video/Text (free synchronization) | | 150.00 |

**TOTAL DUE >>>**  **$1,433.84**
AFTER 7/17/2015 PAY  **$1,577.22**

We appreciate the opportunity to earn your business!

**Litigation Support Disc Includes:  Condensed transcript; condensed exhibits; exhibits scanned in PDF and hyper-linked to the transcript; multiple file formats:  ASCII, PDF & PTX; all provided online as well at http://www.discoverylit.com/client-repository.asp.

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.

| | |
|---|---|
| (-) Payments/Credits: | 1,433.84 |
| (+) Finance Charges/Debits: | 143.38 |
| (=) New Balance: | 0.00 |

**Tax ID:** 45-4198354

*Please detach bottom portion and return with payment.*

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | |
|---|---|---|---|
| Job No. | : 22709 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 28860 | Invoice Date | : 6/17/2015 |
| Total Due | : $0.00 | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

**Remit To:**  Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA 30342

# INVOICE



## DISCOVERY
### LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29108 | 6/28/2015 | 22823 |

| Job Date | Case No. | |
|---|---|---|
| 6/18/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |

| Case Name |
|---|
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation |

| Payment Terms |
|---|
| Net 45 |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Suneela Mistry | | 846.58 |
| Litigation Support Disc | | 50.00 |
| Exhibits: B&W 8.5x11 up to 100 pages | 186.00 Pages | 83.70 |
| DVD - Synchronized Video/Text (free synchronization) | | 150.00 |

**TOTAL DUE >>>**      **$1,130.28**

AFTER 7/28/2015 PAY      $1,243.31

We appreciate the opportunity to earn your business!

*Litigation Support Disc Includes: Condensed transcript; condensed exhibits; exhibits scanned in PDF and hyper-linked to the transcript; multiple file formats: ASCII, PDF & PTX; all provided online as well at http://www.discoverylit.com/client-repository.asp.

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.

| | |
|---|---|
| (-) Payments/Credits: | 1,130.28 |
| (+) Finance Charges/Debits: | 113.03 |
| (=) New Balance: | 0.00 |

**Tax ID:** 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | |
|---|---|---|---|
| Job No. | : 22823 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 29108 | Invoice Date | : 6/28/2015 |
| Total Due | : $0.00 | | |

### PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:      Phone#:

Billing Address:

Zip:      Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

**Remit To:**   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA 30342



# INVOICE

**DISCOVERY**
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31085 | 10/15/2015 | 24325 |
| Job Date | | Case No. |
| 9/29/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW |
| | Case Name | |
| In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| | Payment Terms | |
| Net 45 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| E-TRAN COPY OF THE DEPOSITION OF: | | |
|---|---|---|
| 300.00(6) Callaher & Associates/Ronald Callaher | | $98.70 |
| Exhibits:  Scanned | 29.00 | -14.50 |
| Video Streaming Hook Up | | 75.00 |
| | TOTAL DUE >>> | $488.20 |
| | AFTER 11/14/2015  PAY | $561.43 |

We appreciate the opportunity to earn your business!

We gladly accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoveryflt.com/w9.pdf

Tax ID: 45-4193354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

Job No.    : 24325          BU ID   : ATL
Case No.   : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ
Case Name  : In Re:  New England Compounding Pharmacy,
             Inc. Product Liability Litigation
Invoice No. : 31085          Invoice Date  : 10/15/2015
Total Due   : $488.20
AFTER 11/14/2015  PAY $561.43

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone #: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   Discovery Litigation Services, LLC
            c/o Commercial Finance Group of Atlanta
            P.O. Box 420247
            Atlanta, GA  30342



BREWER, KRAUSE, BROOKS
& CHASTAIN, PLLC
P.O. BOX 23890
NASHVILLE, TN 37202-3890

02/20/2015

PAY TO THE   Discovery Litigation Services, LLC
ORDER OF                                                                      $ **488.20

Four Hundred Eighty-Eight and 20/100************************************************************       DOLLARS

Discovery Litigation Services, LLC
181 14th Street, Suite 100
Atlanta, GA  30309

MEMO    Inv 31085                                          AUTHORIZED SIGNATURE

# INVOICE



**DISCOVERY**
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31085 | 10/15/2015 | 24325 |
| **Job Date** | **Case No.** | |
| 9/29/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| **Case Name** | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| **Payment Terms** | | |
| Net 45 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | |
|---|---|---|
| E-TRAN COPY OF THE DEPOSITION OF: | | |
| 30(b)(6) Calisher & Associates/Ronald Calisher | | 398.70 |
| Exhibits: Scanned | 29.00 | 14.50 |
| Video Streaming Hook Up | | 75.00 |
| | **TOTAL DUE >>>** | **$488.20** |
| | AFTER 11/14/2015 PAY | $561.43 |

We appreciate the opportunity to earn your business!

We gladly accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf

| | |
|---|---|
| (-) Payments/Credits: | 488.20 |
| (+) Finance Charges/Debits: | 73.23 |
| (=) New Balance: | 0.00 |

Tax ID: 45-4198354

---

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | |
|---|---|---|---|
| Job No. | : 24325 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 31085 | Invoice Date | : 10/15/2015 |
| Total Due | : $0.00 | | |

| PAYMENT WITH CREDIT CARD | AMEX VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA 30342

# INVOICE



**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30975 | 10/8/2015 | 24324 |
| **Job Date** | **Case No.** | |
| 9/28/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| **Case Name** | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| **Payment Terms** | | |
| Net 45 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

E-TRAN COPY OF THE DEPOSITION OF:

| | | | |
|---|---|---|---|
| 30(b)(6) Calisher & Associates/Gina Calisher | | | 894.75 |
| Rough ASCII | 253.00 | Pages | 379.50 |
| Exhibits: Scanned | 266.00 | | 133.00 |
| Video Streaming Hook Up | | | 75.00 |

**TOTAL DUE >>>**  **$1,482.25**
AFTER 11/7/2015 PAY  $1,704.59

We appreciate the opportunity to earn your business!

We gladly accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf

(-) Payments/Credits:  1,482.25
(+) Finance Charges/Debits:  222.34
(=) New Balance:  0.00

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | | |
|---|---|---|---|---|
| Job No. | : 24324 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 30975 | Invoice Date | : 10/8/2015 |
| Total Due | : $0.00 | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA 30342

# INVOICE



## DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30561 | 9/20/2015 | 24017 |
| Job Date | Case No. | |
| 9/11/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| Case Name | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Payment Terms | | |
| Net 45 | | |

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | |
|---|---|---|
| E-TRAN COPY OF THE DEPOSITION OF: | | |
| Philip J. Austin, Ph.D. | | 846.60 |
| Exhibits: Scanned | 38.00 | 19.00 |
| | TOTAL DUE >>> | $865.60 |
| | AFTER 10/20/2015 PAY | $995.44 |

We appreciate the opportunity to earn your business!

We gladly accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf

| | |
|---|---|
| (-) Payments/Credits: | 865.60 |
| (+) Finance Charges/Debits: | 129.84 |
| (=) New Balance: | 0.00 |

**Tax ID: 45-4198354**

*Please detach bottom portion and return with payment.*

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | |
|---|---|---|---|
| Job No. | : 24017 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 30561 | Invoice Date | : 9/20/2015 |
| Total Due | : $0.00 | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:               Phone#:

Billing Address:

Zip:               Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA 30342

# INVOICE



**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32647 | 1/7/2016 | 25584 |
| **Job Date** | **Case No.** | |
| 12/16/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |

| **Case Name** |
|---|
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation |

| **Payment Terms** |
|---|
| Net 45 |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Belmira M. Carvalho | | 240.30 |
| Litigation Support Disc | | 50.00 |
| Exhibits: B&W 8.5x11 up to 100 pages | 45.00 Pages | 26.10 |
| 1 COPY OF TRANSCRIPT OF: | | |
| Annette M. Robinson | | 351.40 |
| Litigation Support Disc | | 50.00 |
| Exhibits: B&W 8.5x11 up to 100 pages | 52.00 Pages | 30.16 |
| DVD - Synchronized Video/Text (free synchronization) | 2.00 | 200.00 |

**TOTAL DUE >>>** $947.96
AFTER 2/6/2016 PAY $1,090.15

*We appreciate the opportunity to earn your business!

Litigation Support CD: Online Hosting (DiscoveryLit.com), Condensed Transcript, Condensed Exhibits, PDF exhibits hyperlinked to transcript, multiple file formats such as ASCII, PDF & PTX.

We accept Visa, MasterCard, AMEX and Discover. W9 located at www.discoverylit.com/w9.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | |
|---|---|---|---|
| Job No. | : 25584 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 32647 | Invoice Date | : 1/7/2016 |
| Total Due | : $0.00 | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA 30342

# INVOICE



## DISCOVERY
### LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
### 855.847.0999

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32647 | 1/7/2016 | 25584 |

| Job Date | Case No. | |
|---|---|---|
| 12/16/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |

| Case Name |
|---|
| In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation |

| Payment Terms |
|---|
| Net 45 |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | |
|---|---|
| (-) Payments/Credits: | 947.96 |
| (+) Finance Charges/Debits: | 142.19 |
| (=) New Balance: | 0.00 |

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | | |
|---|---|---|---|---|
| Job No. | : 25584 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 32647 | Invoice Date | : 1/7/2016 |
| **Total Due** | **: $0.00** | | |

| PAYMENT WITH CREDIT CARD | AMEX  DISC  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   **Discovery Litigation Services, LLC**
**c/o Commercial Finance Group of Atlanta**
**P.O. Box 420247**
**Atlanta, GA  30342**

# INVOICE



**DISCOVERY**
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27018 | 3/19/2015 | 21010 |

| Job Date | Case No. | |
|---|---|---|
| 3/10/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |

| Case Name | |
|---|---|

In Re: New England Compounding Pharmacy, Inc. Product
Liability Litigation

| Payment Terms |
|---|

Net 45

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Jean Atkinson | | 675.00 |
| Litigation Package | | 50.00 |
| Exhibits:  B&W 8.5x11 100+ pages | 231.00  Pages | 103.95 |
| Shipping & Handling | | 32.00 |
| | **TOTAL DUE >>>** | **$860.95** |

We appreciate the opportunity to earn your business!

**Our Litigation Support CD includes a Condensed Transcript, multiple electronic file formats, all exhibits scanned and text searchable,
exhibits hyperlinked to the electronic transcript and major litigation support load files, such as the Summation SBF file; all provided online
as well at http://www.discoverylit.com/client-repository.asp.

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.

| | |
|---|---|
| (-) Payments/Credits: | 860.95 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | |
|---|---|---|---|
| Job No. | : 21010 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 27018 | Invoice Date | : 3/19/2015 |
| Total Due | : $0.00 | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                 Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA  30342**

# INVOICE



## DISCOVERY
### LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
## 855.847.0999

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29384 | 7/20/2015 | 23138 |
| Job Date | Case No. | |
| 7/8/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| Case Name | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Payment Terms | | |
| Net 45 | | |

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| 1 COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| Larry Moore | | 465.60 |
| Litigation Support Disc | | 50.00 |
| Exhibits:  B&W 8.5x11 100+ pages | 480.00  Pages | 216.00 |
| DVD - Synchronized Video/Text (free synchronization) | | 150.00 |
| Shipping & Handling | | 33.83 |
| | TOTAL DUE >>> | $915.43 |
| | AFTER 8/19/2015  PAY | $1,006.97 |

We appreciate the opportunity to earn your business!

*Litigation Support Disc Includes:  Condensed transcript; condensed exhibits; exhibits scanned in PDF and hyper-linked to the transcript; multiple file formats:  ASCII, PDF & PTX; all provided online as well at http://www.discoverylit.com/client-repository.asp.

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.

| (-) Payments/Credits: | 915.43 |
|---|---|
| (+) Finance Charges/Debits: | 91.54 |
| (=) New Balance: | 0.00 |

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Parks T. Chastain, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| Job No. | : 23138 | BU ID | : ATL |
|---|---|---|---|
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 29384 | Invoice Date | : 7/20/2015 |
| Total Due | : $0.00 | | |

### PAYMENT WITH CREDIT CARD
Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA  30342

# INVOICE



## DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
**855.847.0999**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31993 | 11/30/2015 | 24874 |

| Job Date | Case No. |
|---|---|
| 11/6/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW |

| Case Name |
|---|
| In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation |

| Payment Terms |
|---|
| Net 45 |

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---:|
| Kimberly Bowlin | | 518.40 |
| Litigation Support Disc | | 50.00 |
| Exhibits:  B&W 8.5x11 100+ pages | 112.00  Pages | 56.00 |
| DVD - Synchronized Video/Text (free synchronization) | | 150.00 |
| Shipping & Handling | | 26.65 |

| | |
|---|---:|
| **TOTAL DUE  >>>** | **$801.05** |
| AFTER 12/30/2015  PAY | $921.21 |

*We appreciate the opportunity to earn your business!

Litigation Support CD:  Online Hosting (DiscoveryLit.com), Condensed Transcript, Condensed Exhibits, PDF exhibits hyperlinked to transcript, multiple file formats such as ASCII, PDF & PTX.

We accept Visa, MasterCard, AMEX and Discover. W9 located at www.discoverylit.com/w9.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

| | |
|---|---:|
| (-) Payments/Credits: | 801.05 |
| (+) Finance Charges/Debits: | 120.16 |
| (=) New Balance: | 0.00 |

Tax ID: 45-4198354

*Please detach bottom portion and return with payment.*

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN  37203

| | | | | |
|---|---|---|---|---|
| Job No. | : 24874 | | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | | |
| Case Name | : In Re:  New England Compounding Pharmacy, Inc. Product Liability Litigation | | | |
| Invoice No. | : 31993 | | Invoice Date | : 11/30/2015 |
| Total Due | : $0.00 | | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA  30342

AO44
(Rev. 11/07)

## UNITED STATES DISTRICT COURT
## FOR THE MASSACHUSETTES

INVOICE NO:   00001026

Kent B. Krause
Brewer, Krause, Brooks, Chastain
611 Commerce Street
Suite 2600
Nashville, TN 37202-3890
Phone:

**MAKE CHECKS PAYABLE TO:**

Catherine A. Handel, RPR, CM, CRR
Federal Official Court Reporter
J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
Phone:   (617) 261-0555

| | DATE ORDERED | DATE DELIVERED |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 08-26-2015 | 08-29-2015 |

Case Style: 13-MDL-2419, IN RE:  In Re: New England Compounding Pharmacy Cases Litigation
Status Conference held before Judges Zobel and Boal on 6/24/15

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 41 | 0.90 | 36.90 | | | | 36.90 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 36.90 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $36.90 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| /s/Catherine A. Handel | 08-29-2015 |

(All previous editions of this form are
cancelled and should be destroyed)



BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLC
P.O. BOX 23890
NASHVILLE, TN 37202-3890

7/13/2016

PAY TO THE
ORDER OF    Catherine A. Handel                                           $ **36.90

Thirty-Six and 90/100************************                              DOLLARS

Catherine A. Handel, RPR, CM, CRR
Federal Official Court Reporter
J. Moakley U.S. Courthouse
1 Courthouse Way
MEMO   Boston, MA 02210                                  AUTHORIZED SIGNATURE
Inv 00001026

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE MASSACHUSETTES

INVOICE NO:   00001059

**MAKE CHECKS PAYABLE TO:**

Parks Chastain

611 Commerce Street
Suite 2600
Nashville, TN 37202-3890
Phone:

Catherine A. Handel, RPR, CM, CRR
Federal Official Court Reporter
J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
Phone:    (617) 261-0555

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 09-30-2015 | DATE DELIVERED: 10-01-2015 |
|---|---|---|

Case Style:  13-2419, IN RE:  New England Compounding Pharmacy Cases Litigation
Status Conference and Motion Hearing held before Judge Zobel on September 10, 2015.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 33 | 0.90 | 29.70 | | | | 29.70 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 29.70 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (if Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $29.70 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged  and page format used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:  /s/Catherine A. Handel | DATE  10-01-2015 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)



# INVOICE



## DISCOVERY
### LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
## 855.847.0999

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31845 | 11/24/2015 | 25120 |

| Job Date | Case No. | |
|---|---|---|
| 11/9/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |

| Case Name | | |
|---|---|---|
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Net 45 | | |

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | |
|---|---|---|
| E-TRAN COPY OF THE DEPOSITION OF: | | |
| Cory Fletcher | | 625.50 |
|     Exhibits: Scanned | 231.00 | 103.95 |
| E-TRAN COPY OF THE DEPOSITION OF: | | |
| Owen Finnegan | | 182.70 |
|     Exhibits: Scanned | 5.00 | 2.25 |
| E-TRAN COPY OF THE DEPOSITION OF: | | |
| Stephen Haynes | | 177.30 |
|     Exhibits: Scanned | 3.00 | 1.35 |
|     Video Streaming Hook Up | | 75.00 |

| | |
|---|---|
| TOTAL DUE >>> | $1,168.05 |
| AFTER 12/24/2015 PAY | $1,343.26 |

*We appreciate the opportunity to earn your business!

We accept Visa, MasterCard, AMEX and Discover. To obtain a copy of our W9 please visit www.discoverylit.com/w9.pdf.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

| | |
|---|---|
| (-) Payments/Credits: | 1,168.05 |
| (+) Finance Charges/Debits: | 175.21 |

Tax ID: 45-4198354

---

*Please detach bottom portion and return with payment.*

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | | | |
|---|---|---|---|
| Job No. | : 25120 | BU ID | : ATL |
| Case No. | : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ | | |
| Case Name | : In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Invoice No. | : 31845 | Invoice Date | : 11/24/2015 |
| Total Due | : $0.00 | | |

### PAYMENT WITH CREDIT CARD
Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   Discovery Litigation Services, LLC
c/o Commercial Finance Group of Atlanta
P.O. Box 420247
Atlanta, GA 30342

# INVOICE



## DISCOVERY
### LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
## 855.847.0999

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31845 | 11/24/2015 | 25120 |
| Job Date | Case No. | |
| 11/9/2015 | MDL #2419/MSTR DOCKET 1:13-MD-02419-RW | |
| Case Name | | |
| In Re: New England Compounding Pharmacy, Inc. Product Liability Litigation | | |
| Payment Terms | | |
| Net 45 | | |

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

| | |
|---|---|
| (=) New Balance: | 0.00 |

**Tax ID:** 45-4198354

*Please detach bottom portion and return with payment.*

Kent E. Krause, Esq.
Brewer Krause Brooks Chastain & Burrow
Suite 2600
611 Commerce Street
Nashville, TN 37203

Job No.        : 25120            BU ID        : ATL
Case No.      : MDL #2419/MSTR DOCKET 1:13-MD-02419-RWZ
Case Name  : In Re: New England Compounding Pharmacy,
                     Inc. Product Liability Litigation
Invoice No.   : 31845            Invoice Date   : 11/24/2015
**Total Due    : $0.00**

Remit To:   Discovery Litigation Services, LLC
                 c/o Commercial Finance Group of Atlanta
                 P.O. Box 420247
                 Atlanta, GA 30342

**PAYMENT WITH CREDIT CARD**
Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: