UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>) | MDL No.: 2419<br>Dkt. No.: 1:13-md-2419<br>Judge Rya W. Zobel |
| THIS DOCUMENT RELATES TO: )<br>)<br>All cases concerning Specialty Surgery Center, )<br>Kenneth R. Lister, M.D., and Kenneth Lister, )<br>M.D., P.C. )<br>) | |

## DEPOSITION NOTICE OF PAULA SMITH

Specialty Surgery Center, Kenneth R. Lister, M.D., and Kenneth Lister, M.D., P.C., (hereinafter "SSC Defendants"), pursuant to Federal Rule of Civil Procedure 30, will take the oral and videotaped deposition of Paula Smith on March 7, 2017, beginning at 9:00 a.m. (CST) and continuing until completed.

The deposition will take place at the offices of Kinnard, Clayton & Beveridge located at 127 Woodmont Boulevard, Nashville, TN 37205. The deposition will be recorded by stenographical means and by video.

Respectfully submitted,

 /s/ Ashley E. Geno
**PARKS T. CHASTAIN**[*]
**KENT E. KRAUSE**[*]
**ASHLEY E. GENO**[*]
Attorneys for Defendants, Specialty Surgery Center, PLLC and Kenneth R. Lister, M.D.
**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787 (PTC)
(615) 256-8985 (fax)

---

[*] Admitted *pro hac vice*

1

EXHIBIT 1

pchastain@bkblaw.com
kkrause@bkblaw.com
ageno@bkblaw.com

GIDEON, COOPER & ESSARY, PLC

/s/ Chris J. Tardio
C.J. Gideon, Jr.**
Chris J. Tardio**
Alan S. Bean***
Matthew H. Cline**
315 Deaderick Street, Suite 1100
Nashville, TN  37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com
***Attorneys for the Tennessee Clinic Defendants***

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be served via electronic mail or regular US mail to those participants identified as unregistered this the 23rd day of February, 2017.

    **/s/ Ashley E. Geno**
    **ASHLEY E. GENO**

---

** Admitted pursuant to MDL Order No. 1
***Admitted *pro hac vice*