# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) All cases concerning Specialty Surgery Center, ) Kenneth R. Lister, M.D., and Kenneth Lister, ) M.D., P.C. ) ) | MDL No.: 2419<br>Dkt. No.: 1:13-md-2419<br><br>Judge Rya W. Zobel |

## SSC DEFENDANTS' NOTICE OF FILING DEPOSITION NOTICE OF JIM SMITH

Specialty Surgery Center, Kenneth R. Lister, M.D., and Kenneth Lister, M.D., P.C., (hereinafter "SSC Defendants"), pursuant to Federal Rule of Civil Procedure 30, come now and give notice of the filing of the Deposition Notice of Jim Smith and said Deposition Notice is attached hereto as Exhibit 1, respectively.

Respectfully submitted,

 /s/ Ashley E. Geno
**PARKS T. CHASTAIN**[*]
**KENT E. KRAUSE**[*]
**ASHLEY E. GENO**[*]
Attorneys for Defendants, Specialty Surgery Center, PLLC and Kenneth R. Lister, M.D.
**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787 (PTC)
(615) 256-8985 (fax)
pchastain@bkblaw.com
kkrause@bkblaw.com
ageno@bkblaw.com

---

[*] Admitted *pro hac vice*

1

GIDEON, COOPER & ESSARY, PLC

/s/ Chris J. Tardio
C.J. Gideon, Jr.**
Chris J. Tardio**
Alan S. Bean***
Matthew H. Cline**
315 Deaderick Street, Suite 1100
Nashville, TN   37238
Ph: (615) 254-0400
Fax: (515) 254-0459
chris@gideoncooper.com
***Attorneys for the Tennessee Clinic Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be served via electronic mail or regular US mail to those participants identified as unregistered this the 23rd day of February, 2017.

/s/ Ashley E. Geno
**ASHLEY E. GENO**

---

** Admitted pursuant to MDL Order No. 1
***Admitted *pro hac vice*