**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs, | ) ) ) ) ) | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |

This document relates to:

Armetta, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14022-RWZ

Bowman, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14028-RWZ

Davis, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14033-RWZ

Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14029-RWZ

Farthing, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14036-RWZ

Kashi, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14026-RWZ

Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,
No. 1:14-cv-14023-RWZ

Handy, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ

**PLAINTIFFS' NOTICE OF FILING
AMENDED NOTICE OF VIDEO-CONFERENCE DEPOSITION
*DUCES TECUM* OF STEVEN COHEN, M.D.**

The Plaintiffs give notice to the Court, and to all parties of the filing of an Amended Notice of Video-Conference Deposition *Duces Tecum* of Steven Cohen, M.D., which is attached as Exhibit 1, along with a request for production of documents (Attachment A).

A copy of the Court's MDL Order No. 10 (Deposition Protocol) is attached as Exhibit 2. Pursuant to MDL Order No. 10, and a copy of the Fourth Amended Protective Order of Confidentiality (Dkt. 3036) is attached as Exhibit 3.

Dated:  February 24, 2017                     Respectfully submitted,

                                              **/s/ Glenn E. Mintzer**
                                              Patricia J. Kasputys
                                              Jay D. Miller
                                              Glenn E. Mintzer
                                              Sharon L. Houston
                                              Law Offices of Peter G. Angelos, P.C.
                                              100 N. Charles Street
                                              Baltimore, MD  21201
                                              410-649-2000 (phone)
                                              410-649-2101 (fax)
                                              PKasputys@lawpga.com
                                              JMiller@lawpga.com
                                              gmintzer@lawpga.com
                                              shouston@lawpga.com

                                              *Attorneys for Plaintiffs*

- 3 -

/s/ Michael Coren
Harry M. Roth
Michael Coren
Cohen Placitella & Roth. P.C.
2001 Market Street
Suite 2900
Philadelphia, PA 19103
215-567-3500 (phone)
215-567-6019 (fax)
HRoth@cprlaw.com
mcoren@cprlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Glenn E. Mintzer, hereby certify that I caused a copy of the foregoing to be filed electronically, via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 24, 2017    /s/ Glenn E. Mintzer
Glenn E. Mintzer