**REDACTED** Exhibit C To Motion To Seal

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) This Document Relates to Suits Naming: ) ) All Cases Pending Against The Saint ) Thomas Outpatient Neurosurgical Center ) ) | MDL No. 2419  Dkt. No. 1:13-md-2419-RWZ |

ORDER TO ESTABLISH QUALIFIED SETTLEMENT FUND AND
APPOINT FUND ADMINISTRATOR

**REDACTED IN ENTIRETY**

Date: March 2, 2017

_____
Judge Rya Zobel

{00409327/12496/00409327.DOCX / Ver.2}