CRANDALL & KATT

Attorneys and Counselors at Law

306 Elm Avenue, Roanoke Va 24016                    Feb 27, 2017

Attn. Patrick T. Fennell, Esq.

subject: Estate of Miriam G. Warren, Deceased

Dear Mr. Fennell :

I am in receipt of your letter of Feb. 24, 2017 informing me of my position as a beneficiary as result of the wrongful death claim filed on behalf of my mother's estate.

This is to inform you that I wish NOT to participate in this legal matter and I decline and disavow any claim in this settlement agreement.

Sincerely,

*Thomas F. Gaskins* (signed)
Thomas F. Gaskins

*Penny Doons* (signed)

PENNY D BERRY
NOTARY PUBLIC
REGISTRATION # 7181177
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 5-31-20

by: *Penny D. Berry* (signed)

1