

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100
Telephone (502) 587-1279

Offices Also In
Florence, Kentucky
Los Angeles, California

November 10, 2016

Mr. John Lichtenstein
Lichtenstein Law Group PLC
101 S. Jefferson St
Roanoke, VA  24011

Re:   Our Client:          Anthem Blue Cross Blue Shield
      Member/Patient:      William Neal/Lucy Neal
      Date of Loss:        New England Compounding
      Our Reference No.:   74376649

Dear Mr. Lichtenstein:

This letter confirms our agreement to settle the above-referenced matter.  We agree that my client's claim for medical expenses related to the incident shall be settled in the amount of $10,360.70.

If your office, or your client, should later obtain additional funds from any other source, we agree that my client maintains an interest in those additional funds.

Please make your check payable to **Rawlings & Associates, PLLC** and **mail it to my attention at the following address:**

> **The Rawlings Company**
> **ATTN: John Brandon Hines**
> **Reference No.: 74376649**
> **P.O. Box 529**
> **LaGrange, KY 40031**

If the above statement does not accurately reflect our agreement, please notify me immediately.  Otherwise, I look forward to receiving payment within the next 30 days.  Thank you for your cooperation in this matter.

Sincerely,

_____
John Brandon Hines
Rawlings & Associates PLLC
(502) 716-6986
FAX:  (502) 753-7247
jbh3@rawlingscompany.com