IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) |
| | MDL No.: 1:13-MD-2419-RWZ |
| THE DOCUMENT RELATES TO:<br>Case No. 1:14-cv-13496-RWZ<br>*Neal, Adm'r v. Insight Health Corp. et al.* | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on March 30, 2017, at 2:00 p.m., or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Rya W. Zobel on the Petition for Final Approval of Distribution of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55, filed by Petitioner, William L. Neal, Administrator of the Estate of Lucy Byrd Neal, deceased [ECF 3337].

Dated:  March 22, 2017.

                                                          **WILLIAM L. NEAL, ADMINISTRATOR OF THE ESTATE OF LUCY BYRD NEAL, DECEASED**

                                                          By:   /s/ Gregory L. Lyons

John E. Lichtenstein (VSB #27048)
John.Lichtenstein@lichtensteinlawgroup.com
Gregory L. Lyons (VSB #24037)
Greg.Lyons@lichtensteinlawgroup.com
LICHTENSTEIN LAW GROUP PLC
Liberty Trust Building, Suite 400
101 South Jefferson Street (24011)
P.O. Box 601
Roanoke, Virginia 24004-0601
Tel:   (540) 343-9711
Fax:   (540) 343-9713
*Counsel for Petitioner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2017, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

         /s/    Gregory L. Lyons
Counsel for Petitioner