# EXHIBIT 1

## Excerpts from Deposition of Plaintiff Paula Smith

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF PAULA SMITH on 03/07/2017

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2    _____
                                    )
 3    IN RE:  NEW ENGLAND           )
      COMPOUNDING PHARMACY, INC.    )
 4    PRODUCTS LIABILITY            )
      LITIGATION                    )   MDL No. 1:13-md-2419
 5                                  )
                                    )   Judge Rya W. Zobel
 6    This Document Relates to:     )
                                    )
 7    All cases concerning          )
      Specialty Surgery Center,     )
 8    Kenneth R. Lister, M.D.,      )
      and Kenneth Lister, M.D.,     )
 9    P.C.                          )
      _____)

10

11        VIDEOTAPED DEPOSITION OF PAULA SMITH

12               March 7, 2017

13        Taken on Behalf of the Defendants

14

15

16

17

18

19

20

21

22

23

24
      Reported by Marilyn Morgan, LCR #235, CCR #174
25
```



1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
1          Q.      And does he have any kids of his own?
2          A.      Three.
3          Q.      What about the other girls, two girls,
4     did they have knowledge of what was going on?
5          A.      Yes.
6          Q.      Anything other than the fact that you
7     were really sick?
8          A.      No.   They weren't there.
9          Q.      Okay.   Do you remember any other
10    Facebook handles or email addresses that you might
11    have used over time with your Facebook accounts?
12         A.      Another email address.   I had to change
13    it.
14         Q.      Okay.   What was the old one?
15         A.      Paulasmith44@hotmail.com.
16         Q.      And why did you have to change that?
17         A.      Because my Hotmail address went haywire.
18    So I deleted it and just got a new one.
19         Q.      I understand.   Do you have any relatives
20    in the Cookeville or Crossville area?
21         A.      No.
22         Q.      So you guys with your husband's job just
23    moved down here kind of blind?
24         A.      Yeah.
25         Q.      Okay.   It's going to sound like a silly
```



1    question, but do you have any relatives in Boston?

2         A.    No.

3         Q.    When did your Hotmail account go

4    haywire?  Do you remember?

5         A.    It's only been maybe two months.  It

6    hasn't been very long.

7         Q.    Okay.  When you lived in Crossville,

8    particularly in the last, let's say, three or four

9    years, who were the friends that you spent more

10   time with?

11        A.    John and Kathy Smith; Barry and Kathy

12   Dayton; and Travis and Becky Smith, no kin; Cindy

13   Bolin.  That was basically our little group.

14        Q.    Okay.

15        A.    Dwayne Galey was a good friend.

16        Q.    I just want to go through each of those.

17   How did you know Dwayne Galey?

18        A.    He was Jim's boss and a long-time

19   friend.

20        Q.    And worked at Crossville Ceramics?

21        A.    Yes.

22        Q.    How did you know Cindy Bolin?

23        A.    She worked there also.  She worked for

24   Jim.

25        Q.    What about Travis and Becky Smith?



1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

```
 1        A.    Yes.
 2        Q.    Did you have any lumbar punctures?
 3        A.    No.  I don't think so.
 4        Q.    Did you have any procedure where they
 5   went in with a needle and pulled any fluid off?
 6        A.    No, no.
 7        Q.    Did you have a biopsy of any kind?
 8        A.    No.  Dr. Jestus -- I went to him.  They
 9   thought about doing one.  But he didn't recommend
10   it because -- they just didn't recommend it.
11        Q.    Okay.
12        A.    They kind of knew what it was.
13        Q.    To your knowledge, did anybody ever take
14   a sample of material from your body and send it off
15   for testing of any kind?
16        A.    At that time, you mean?
17        Q.    Well, good point.  When you -- after the
18   injection of August 28th --
19        A.    Yes.
20        Q.    -- up until July of 2013 -
21        A.    Yes.
22        Q.    -- did anybody ever take a sample of any
23   bodily material related to your back?
24        A.    No.
25        Q.    And send it off?
```



1201West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1    A.    No.

2    Q.    Okay.  On your answer to question 30 up

3  here, also we're going back a little bit --

4    A.    Okay.

5    Q.    -- one of the issues that you addressed

6  was fatigue?

7    A.    Yes.

8    Q.    Okay.  Can you tell me the nature of the

9  fatigue you're talking about here?

10   A.    I just had no energy to do anything.

11   Q.    Had you ever had a similar problem like

12 that before?

13   A.    No.

14   Q.    Did it get back to normal after that

15 year period?

16   A.    Yes.

17   Q.    Did any doctor ever tell you that it was

18 associated with any of the medication you had?

19   A.    I don't know.

20   Q.    Were you on Medicare -- receiving

21 Medicare benefits when you got this?

22   A.    No.

23   Q.    Were you on your husband's insurance,

24 Blue Cross-Blue Shield?

25   A.    Yes.


DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1       A.    No.

2       Q.    These are things lawyers do sometimes,

3  but I was just going to ask you a couple of things

4  about that.

5            Have you talked to anybody that you

6  believe is trying to determine if you are entitled

7  to compensation from the bankruptcy tort trust

8  other than your lawyers?

9       A.    No.

10       Q.    To your knowledge, have you received any

11  benefits from the bankruptcy tort trust?

12       A.    No.

13       Q.    Have you been interviewed by any member

14  of the federal government?

15       A.    No.

16       Q.    I asked you earlier about whether you

17  got any emails from Dr. Lister or Specialty

18  Surgery.  Let me go really broad.  Do you ever

19  remember getting emails from anybody about the

20  injection or the meningitis issues or your

21  problems?

22       A.    No.

23       Q.    Okay.  You told me that your Hotmail --

24  I think it was a Hotmail account -- glitched, and

25  you had to delete it?



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF PAULA SMITH on 03/07/2017                    Page 112

1        A.      Right.

2        Q.      Did you do any type of search on that

3    account before you deleted it to see if there were

4    any documents about the meningitis outbreak or your

5    condition?

6        A.      Yes.

7        Q.      You did?  Did you find any?

8        A.      The CDC.

9        Q.      You searched for the CDC --

10       A.      I just kept up with that to see, you

11   know, what was going on with it --

12       Q.      Okay.

13       A.      -- after it came out.

14       Q.      Okay.  I'm not sure we're talking -- let

15   me make sure.

16       A.      Okay.  We may not be talking about the

17   same thing.

18       Q.      Okay.  I'm not tech savvy.  I don't do

19   Facebook even.

20       A.      Okay.

21       Q.      You may have done some computer

22   research.  I understand that.

23       A.      Yes, I Googled.

24       Q.      You Googled the CDC.

25       A.      I have Googled it.  Okay.



1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1        Q.     But did you do a search in your Hotmail

2    email account?

3        A.     Oh, no.

4        Q.     Okay.  So you didn't type a search term

5    in and said, See if I've ever gotten an email about

6    meningitis?

7        A.     No.

8        Q.     Other than anything that your attorneys

9    may have told you -- I don't want to know that --

10   have you been told anything about what to expect

11   from the tort trust?

12       A.     No.

13       Q.     In terms of your out-of-pocket expenses,

14   things that cost you, I understand you've got the

15   medical expenses?

16       A.     Yes.

17       Q.     Is there anything else that you believe

18   is an out-of-pocket expense, something you've had

19   to pay for, that is associated with the injection

20   that you received from Dr. Lister?

21       A.     Other than the medication and the

22   medical?

23       Q.     Right.  Medical expenses, we've got

24   those records.

25       A.     Right.  Okay.



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

1     CERTIFICATE OF COURT REPORTER

2          I, Marilyn Morgan, Licensed Court

3     Reporter and Notary Public for the State of

4     Tennessee, do certify that the above deposition was

5     reported by me and that the foregoing transcript is

6     a true and accurate record to the best of my

7     knowledge, skills, and ability.

8          I further certify that I am not an

9     employee of counsel or any of the parties, nor a

10    relative or employee of any attorney or counsel

11    connected with the action, nor financially

12    interested in the action.

13         I further certify that I am duly licensed

14    by the Tennessee Board of Court Reporting as a

15    Licensed Court Reporter as evidenced by the LCR

16    number and expiration date following my name below.

17         Subscribed and sworn to before me when

18    taken, this 7th day of March, 2017.

19         MARILYN MORGAN, LCR #235

20         Expiration Date:  6/30/17
           Notary Public, State of Tennessee
           Commission expires: 6/18/17

21    _____

22         MARILYN MORGAN, LCR #235

23         Expiration Date:  6/30/17

24         Notary Public, State of Tennessee

25         Commission expires:  6/18/17



DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com