UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-14542-RWZ | MDL No. 1:13-md-2419-RWZ |

### WAIVER OF THOMAS F. GASKINS TO NOTICE AND OPPORTUNITY TO BE HEARD

I, Thomas Gaskins, being fully aware of my rights as a statutory beneficiary to proceeds of a wrongful death settlement reached on behalf of the Estate of my deceased mother Miriam Warren, in addition to declining whatever portion of the settlement proceeds to which I may be otherwise entitled, hereby waive notice and the opportunity to participate in any hearing conducted by the Court regarding the matter of the distribution of the proceeds of such settlement.

_____
Thomas F. Gaskins

COMMONWEALTH OF VIRGINIA           )
                                                                  )    To-wit:
CITY/COUNTY OF Augusta              )

Subscribed and sworn to before me, the undersigned Notary Public, this 8th day of March, 2017, by Thomas F. Gaskins.

_____
Notary Public by Penny Berry

PENNY D BERRY
NOTARY PUBLIC
REGISTRATION # 7181177
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 5.31.20

My commission expires: 5-31-20

Registration No.: 7181177