CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES


COB&R
Coordination of Benefits and Recovery

March 23, 2017

1967 1 MB 0.423
***MIXED AADC 720 R:1967 T:8 P:10 PC:4 F:714601
CRANDALL & KATT
366 ELM AVE SW
ROANOKE, VA 24016-4028

**\*COPY\***

For Information Only



March 23, 2017

1967 1 MB 0.423
***MIXED AADC 720 R:1967 T:8 P:10 PC:4 F:714601
ESTATE OF MIRIAM Y WARREN
1 CRAWFORD PKWY
PORTSMOUTH, VA 23704-2609

RE:  Beneficiary Name:         WARREN, MIRIAM Y
     Medicare ID:              234264302A
     Case Identification Number: 20162 08090 00621
     Insurer Policy Number:    234264302
     Date of Incident:         August 23, 2012
     Demand Amount:            $4,264.87

Dear Estate of MIRIAM Y WARREN:

*If we know you have a representative for this matter, we are sending him/her a copy of this letter. If you have any questions regarding this letter and are represented by an attorney or other individual in this matter, you may wish to talk to your representative before contacting us.*

We are writing to you because we learned you have received a settlement, judgment, award, or other payment related to your case for the Date of Incident listed above. We have determined

**SPECIAL PROJECTS • PO BOX 138868 • OKLAHOMA CITY, OK 73113**

SGLDBLNGHP
Page 1 of 8