IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> THE DOCUMENT RELATES TO: ) <br> Case No. 1:14-cv-13496-RWZ ) <br> *Neal, Adm'r v. Insight Health Corp. et al.* ) | MDL No.: 1:13-MD-2419-RWZ |

### PETITIONER'S MOTION TO PARTICIPATE BY TELEPHONE

The Petitioner, William L. Neal, Administrator, by counsel, respectfully moves the Court for permission for his attorneys, John E. Lichtenstein and/or Gregory L. Lyons of Roanoke, Virginia, to appear by telephone and address the Court at a hearing on March 30, 2017 at 2:00 p.m., before the Honorable Rya W. Zobel.  Petitioner's "Petition for Final Approval of Distribution of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55" [ECF 3337] has been noticed [ECF 3338] to be heard during this hearing.  Permission to appear by phone is requested, because it is understood that the Petition will not be opposed, and appearance by telephone will not require Petitioner to incur the expenses and attorneys' fees that counsel's in-person appearance in Boston on March 30 would necessarily involve.

Dated:  March 28, 2017.

[remainder of this page intentionally left blank]

LICHTENSTEIN
LAW GROUP PLC
ATTORNEYS AND COUNSELORS AT LAW
P.O. Box 601
Roanoke, VA 24004-0601

                                          **WILLIAM L. NEAL, ADMINISTRATOR OF THE ESTATE OF LUCY BYRD NEAL, DECEASED**

                                          By:  /s/ Gregory L. Lyons

John E. Lichtenstein (VSB #27048)
John.Lichtenstein@lichtensteinlawgroup.com
Gregory L. Lyons (VSB #24037)
Greg.Lyons@lichtensteinlawgroup.com
LICHTENSTEIN LAW GROUP PLC
Liberty Trust Building, Suite 400
101 South Jefferson Street (24011)
P.O. Box 601
Roanoke, Virginia 24004-0601
Tel:   (540) 343-9711
Fax:   (540) 343-9713
*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2017, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

                                                /s/   Gregory L. Lyons
                                                  Counsel for Petitioner

LICHTENSTEIN
LAW GROUP PLC
ATTORNEYS AND COUNSELORS AT LAW
P.O. Box 601
Roanoke, VA 24004-0601

Page **3** of **3**