UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>1:14-cv-13496-RWZ: *Neal, Adm'r v. Insight Health Corp., et al.* | )<br>)<br>)<br>)<br>)<br>)   MDL No. 1:13-md-2419-RWZ<br>)<br>)<br>) |

## INSIGHT HEALTH CORP.'S ANSWER TO PETITION FOR FINAL APPROVAL OF DISTRIBUTION OF VIRGINIA WRONGFUL DEATH CLAIM PURSUANT TO VA. CODE § 8.01-55

Respondent, Insight Health Corp. ("Respondent"), by counsel, responds to the Petition for Final Approval of Distribution of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55 (March 22, 2017) (D.E. 3337) ("Petition"), as follows:

1. The Parties entered a "Settlement and Release Agreement" ("Agreement") on February 12, 2015, which incorporated "First Amended Insight Claims Resolution Facility Procedures" ("Procedures").

2. By order dated July 9, 2015, in the above-styled case, this Court approved the Agreement and the Procedures, and found the resolution of this wrongful death claim and the allocation process in the Procedures governing this claim to be fair and reasonable under the circumstances of the decedent's death and in the best interests of the decedent's estate and the statutory beneficiaries. *See* Order (July 9, 2015) (D.E. 2109) (approving settlement in *Neal, Adm'r v. Insight Health Corp., et al.* (1:13-MD-2419-RWZ)).

3. The Court's Order of July 9, 2015, further instructed the Parties to present a "Future Distribution Order" to the Court for consideration before any distribution could be made to the decedent's statutory beneficiaries from their respective shares of the gross amount

attributed to them under the Procedures. *Id.* at 4. The Petition now before the Court is Petitioners' request for entry of the Future Distribution Order in this case as directed by the Court through its order of July 9, 2015.

4. On January 7, 2016, the Parties filed a Joint Motion to Confirm Satisfaction of Conditions to Global Settlement Agreement of Virginia Cases (Jan. 7, 2016) (D.E. 2562). The Court entered an Order on the Parties' Joint Motion to Confirm Satisfaction of Conditions to Global Settlement finding that the terms and conditions set forth in the Agreement had been satisfied. *See* D.E. 2583 (Jan. 13, 2016) (noting endorsement and entry of order granting Motion for Order (D.E. 2562)).

5. Petitioners, William L. Neal, William L. Neal, II, Adele Neal and Bryan Neal, filed their Petition on March 22, 2017. Significantly, Petitioners state that:

> They have further agreed to the payment of the health care liens of Medicare ($46,640.74) and Rawlings/Anthem ($10,360.70) (see Exhibits 3 and 4). Petitioner is not aware of any liens applicable to the settlement proceeds, except as stated in this paragraph.

Pet., ¶ 4. The Centers for Medicare and Medicaid Services ("CMS") asserts a lien of $46,640.74 Ex. 3 to Pet., (February 9, 2017) (D.E. 3337-3); and Anthem Blue Cross Blue Shield asserts a lien of $10,360.70 Ex. 4 to Pet., (November 10, 2016) (D.E. 3337-4).

6. In reliance on Petitioner's representations in the Petition, including that the $46,640.74 Medicare lien and the Anthem Blue Cross Blue Shield lien of $10,360.70, are the only known liens against the settlement proceeds, Respondent does not oppose the Petition or object to Petitioner's request that the Court approve the proposed distributions. Respondent joins in Petitioner's request that the Court dismiss this action with prejudice.

7. Respondent incorporates by reference Insight Health Corp.'s Answer to Petition for Final Approval of Compromise Settlement of Virginia Wrongful Death Claim Pursuant to

Va. Code § 8.01-55 (July 3, 2015) (D.E. 2051), which Insight filed in response to the Amended Petition for Approval of Compromise Settlement of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55 (July 1, 2015) (D.E. 2035).

WHEREFORE, Respondent, Insight Health Corp., by counsel, respectfully requests that the Court enter an order approving the Petition, granting the proposed distributions therein and dismissing this case with prejudice.

Respectfully Submitted

Date: March 28, 2017

INSIGHT HEALTH CORP.

By: /s/ Stephen D. Busch
Stephen D. Busch (*pro hac vice*)
Christopher E. Trible (*pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
T: (804) 775-1000
F: (804) 775-1061
sbusch@mcguirewoods.com
ctrible@mcguirewoods.com

*Counsel for Defendants Insight Health Corp.*

## **CERTIFICATE OF SERVICE**

I certify that, on March 28, 2017, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Stephen D. Busch
Stephen D. Busch

88201087_1.docx