UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-14542-RWZ | MDL No. 1:13-md-2419-RWZ |

## PLAINTIFFS' MOTION FOR LEAVE TO APPEAR VIA TELEPHONE AT MARCH 30, 2017 STATUS CONFERENCE

Plaintiff, by their undersigned counsel, hereby move this Court to allow attorney Patrick T. Fennell to appear via telephone at the March 30, 2017 Status Conference before the Honorable Rya W. Zobel, to address the Plaintiffs' Amended Motion for Disbursement of Funds and Dismissal of Case by Larry D. Gaskins (Doc. 3341).

WHEREFORE, Plaintiff respectfully request that the undersigned counsel be permitted to appear via telephone during the March 30, 2017 Status Conference, and request such other relief as this Court deems just and proper under the circumstances.

Respectfully Submitted,

/s/Patrick T. Fennell
Patrick T. Fennell, VSB 40393
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

Counsel for Larry D. Gaskins, Executor
of the Estate of Miriam G. Warren,
deceased.

**CERTIFICATE OF SERVICE**

      I, Patrick T. Fennell, hereby certify that a copy of the foregoing documents, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the defendants in the above-referenced individual cases, and will be sent to these parties by operation of the CM/ECF system.

Dated: March 28, 2017                              /s/ Patrick T. Fennell
                                                                   Patrick T. Fennell