UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>1:14-cv-13496-RWZ: *Neal, Adm'r v. Insight Health Corp.*, *et al.*<br>1:14-cv-14542-RWZ, *Gaskins, Ex'r v. Insight Health Corp.*, *et al.* | MDL No. 1:13-md-2419-RWZ |

## INSIGHT HEALTH CORP.'S MOTION TO PARTICIPATE BY TELEPHONE

The undersigned counsel for Insight Health Corp. ("Insight") respectfully move this Court for leave to appear by telephone and address the Court at a hearing at 2:00 p.m. on Thursday, March 30, 2017, before the Honorable Rya Zobel. This hearing will relate, in part, to the Petition for Final Approval of Distribution of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55 (March 22, 2017) (D.E. 3337) in the *Neal, Adm'r* case, and the Amended Petition for Final Approval of Distribution of Wrongful Death Settlement Pursuant to Va. Code § 8.01-55 (March 28, 2017) (D.E. 3341) in the *Gaskins, Ex'r* case.

Insight's undersigned counsel seek leave because they are based in Richmond, VA and the posture of the cases does not warrant the expense of traveling to Boston, MA.

WHEREFORE, the undersigned request that the Court enter an Order allowing them to appear and speak during the upcoming hearing and status conference by telephone.

|  |  |
|---|---|
|  | Respectfully Submitted |
| Date: March 28, 2017 | INSIGHT HEALTH CORP. |
|  | By: /s/ Stephen D. Busch |
|  | Stephen D. Busch (*pro hac vice*) |
|  | MCGUIREWOODS LLP |
|  | Gateway Plaza |
|  | 800 East Canal Street |
|  | Richmond, Virginia 23219-3916 |
|  | T: (804) 775-1000 |
|  | F: (804) 775-1061 |
|  | sbusch@mcguirewoods.com |
|  | *Counsel for Defendant Insight Health Corp.* |

## CERTIFICATE OF SERVICE

I certify that, on March 28, 2017, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Stephen D. Busch
Stephen D. Busch

88202526_1.docx