## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATIONS<br><br>THIS DOCUMENT RELATES TO:<br>Musselwhite v. Advanced Pain & Anesthesia Consultants<br>No: 1:14-cv-13676<br><br>Kennedy, et al. v. Advanced Pain & Anesthesia Consultants<br>No. 1:14-cv-13689<br><br>Overstreet, et al. v. Premier Orthopaedic Associates Surgical Center, LLC, et al.,<br>No. 1:14-cv-13760 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **MDL No. 2419**<br>**No. 1:13-md-02419-RWZ** |

## <u>MOTION FOR LEAVE TO APPEAR BY TELEPHONE</u>

NOW COMES Plaintiffs Michael R. Kennedy, Barbara Kennedy, Leslie G. Musselwhite, John D. Overstreet, and Joann Overstreet, by and through their attorneys, Janet, Jenner & Suggs, LLC, and hereby file this Motion for Leave to Appear by Telephone in the above-captioned matter. In support thereof we submit as follows:

1. Attorney Justin A. Browne represents the above-named Plaintiffs in the above-referenced cases and requests leave to speak by telephone during the status conference (before Judge Zobel at 2:00 pm) scheduled on March 30, 2017.

2. Counsel intends to speak on the status of the remand and transfer and withdrawal of counsel for the above-mentioned cases.

Wherefore, Plaintiffs respectfully pray that this Honorable Court:

    A.  Allow counsel to be heard; and

    B.  Grant any other relief that is just and necessary.

Plaintiffs,
By Their Attorney,

Dated:  March 29, 2017

*/s/ Justin A. Browne*
Justin A. Browne, Esquire
(Bar No. 29164)
Janet, Jenner & Suggs, LLC
1777 Reisterstown Road, Suite 165
Baltimore, Maryland 21208
T: (410) 653-3200
F: (410) 653-6903
jbrowne@myadvocates.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day 29th of March 2017, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

*/s/ Justin A. Browne*
Justin A. Browne, Esquire