UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

THIS ORDER APPLIES TO ALL ACTIONS INVOLVING
THE BOX HILL DEFENDANTS[1]

ORDER

April 7, 2017

ZOBEL, S.D.J.

The court takes notice of the parties' Notices of Proposed Bellwether Case Selections (Docket # 3334 and 3335). The following four cases shall proceed to case specific discovery:

Bellwether Trial Living Cases

| Case Name | Docket Number |
|---|---|
| Dreisch v. Box Hill Surgery Center, LLC, et al. | 14-cv-14029-RWZ |
| Davis v. Box Hill Surgery Center, LLC, et al. | 14-cv-14033-RWZ |

---

[1] Ritu Bhambhani, M.D.; Ritu Bhambhani, M.D., LLC; and Box Hill Surgery Center, LLC.

Bellwether Trial Death Cases

| Case Name | Docket Number |
|---|---|
| Armetta v. Box Hill Surgery Center, LLC, et al. | 14-cv-14022-RWZ |
| Handy v. Box Hill Surgery Center, LLC, et al. | 14-cv-14019-RWZ |

Per the Third Amended Order Setting Discovery Deadlines (Docket # 3301), after the close of fact discovery, the parties will select one death and one living case from the cases listed above. The first bellwether trial will be a living case, and will commence on Monday, October 30, 2017. Trial for the bellwether death case will begin following the close of the living case.


    April 7, 2017                                                                  /s/Rya W. Zobel
            DATE                                                               RYA W. ZOBEL
                                                                            SENIOR UNITED STATES DISTRICT JUDGE