UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) MDL No. 2419 |
| This Document Relates to: | ) Master Docket No.:1:13-md-2419-FDS<br>) |
| All Actions Involving Specialty Surgery Center and Dr. Kenneth Lister. | ) Judge Rya Zobel<br>) |

**JOINT MOTION TO MODIFY CERTAIN CASE MANAGEMENT DEADLINES IN SPECIALTY SURGERY CENTER CASES**

The Plaintiffs' Steering Committee ("PSC") and defendants Specialty Surgery Center, LLC, Kenneth R. Lister, MD, and Kenneth R. Lister, MD, P.C. ("SSC") and Calisher and Associates ("Calishers") (collectively, the "Defendants") hereby jointly move to modify the case management deadlines in all SSC cases. The parties jointly request that these deadlines accommodate a proposed mediation as discussed in greater detail by the parties at the March 30, 2017 status conference. A joint proposed order is attached as Exhibit A.

Date:  April 7, 2017        Respectfully submitted:

                      The Plaintiffs' Steering Committee,

                      By its attorneys,

                      **/s/ Benjamin A. Gastel**
                      J. Gerard Stranch, IV
                      Benjamin A. Gastel
                      Anthony A. Orlandi
                      BRANSTETTER, STRANCH & JENNINGS, PLLC
                      223 Rosa L. Parks Ave., Suite 200
                      Nashville, TN 37203
                      Telephone:  615/254-8801
                      Facsimile:  615/255-5419
                      gerards@bsjfirm.com
                      beng@bsjfirm.com
                      aorlandi@bsjfirm.com

1

*Plaintiffs' Steering Committee and TN Chair*

Thomas M. Sobol
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone:  617/482-3700
Facsimile:  617/482-3003
tom@hbsslaw.com
kristenjp@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415/956-1000
Facsimile:  415/956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Telephone:  248/557-1688
Facsimile:  248/557-6344
marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328

Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

**AND**

Defendants Specialty Surgery Center, PLLC, Kenneth Lister, MD, PC; Kenneth R. Lister, MD,

By their attorneys,

**GIDEON, COOPER & ESSARY, PLC**

*/s/ Matthew H. Cline*
**C.J. Gideon, Jr.***
**Chris J. Tardio***
**Alan S. Bean****
**Matthew H. Cline***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
(615) 254-0400 (Phone
(615) 254-0459 (Fax)
matt@gideoncooper.com


*/s/* Kent E. Krause
**PARKS T. CHASTAIN****
**KENT E. KRAUSE****
**ASHLEY E. GENO****
Attorneys for Defendant, Specialty Surgery Center, PLLC

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787 (PTC)
(615) 256-8985 (Fax)

3

>pchastain@bkblaw.com
>kkrause@bkblaw.com
>ageno@bkblaw.com

*Admitted pursuant to MDL Order No. 1
**Admitted pro hac vice

> **AND**
>
> Calisher & Associates, Inc.,
>
> By its attorney,
>
> /s/ John W. Moran
> John W. Moran
> LeClairRyan
> One International Place, Eleventh Floor
> Boston, MA 02110
> Ph:  (617) 502-8212
> Fax: (617) 502-8262

**CERTIFICATE OF SERVICE**

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date:   April 7, 2016

                /s/ Benjamin A. Gastel
                Benjamin A. Gastel