UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND ) <br> COMPOUNDING PHARMACY, INC. ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates to: ) <br> ) <br> All Actions Involving Specialty Surgery ) <br> Center and Dr. Kenneth Lister. ) | MDL No. 1:13-md-2419 <br><br> Judge Rya Zobel |

**[PROPOSED] ORDER RESETTING DISCOVERY DEADLINES**

The parties have jointly moved for entry of a new schedule for deadlines in the cases involving Specialty Surgery Center.  These deadlines were previously set in Docket No. 3127. The Court hereby modifies that Order and establishes the following schedule for all remaining discovery:

| Common Discovery Schedule | |
|---|---|
| **Close of Common Issue Fact Discovery** | August 1, 2017 |
| **Plaintiffs' Common Expert Reports Due** | September 1, 2017 |
| **Defendants' Common Issue Expert Reports Due** | October 1, 2017 |
| **Completion of Common Issue Expert Depositions** | December 1, 2017 |

{004663/12496/00418562.DOCX / Ver.1}

| Case-Specific Discovery Schedule | |
|---|---|
| **Completion of Individual Fact Discovery** | October 1, 2017 |
| **Plaintiffs' Case-Specific Expert Disclosures** | October 15, 2017 |
| **Defendants' Case-Specific Expert Reports Due** | November 15, 2017 |
| **Position on First Case To Be Tried** | November 30, 2017 |
| **Completion of Case-Specific Expert Depositions** | December 15, 2017 |

| Dispositive Motion and Motions In Limine Schedule | |
|---|---|
| **Deadline to file Dispositive Motions** | 75 days prior to trial |
| **Motions In Limine Including *Daubert* Motions** | 60 days prior to trial |

The Court shall set a trial date and a date for a pretrial hearing in a subsequent order.

**So Ordered.**

JENNIFER C. BOAL
United States Magistrate Judge

{004663/12496/00418562.DOCX / Ver.1}