UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>   All Actions Involving Specialty<br>   Surgery Center, Crossville, PLLC, | MDL No. 13-2419-RWZ |

## SECOND AMENDED ORDER SETTING DISCOVERY DEADLINES

April 7, 2017

Boal, M.J.

Upon consideration of the parties' joint motion to modify the scheduling order (Docket No. 3358), the Court sets the following deadlines in all actions involving Specialty Surgery Center, Crossville, PLLC. The parties should not anticipate any further extensions of the discovery deadlines.

| Common Discovery Schedule | |
|---|---|
| Close of Common Issue Fact Discovery | August 1, 2017 |
| Plaintiffs' Common Issue Expert Reports Due | September 1, 2017 |
| Defendants' Common Issue Expert Reports Due | October 1, 2017 |
| Completion of Common Issue Expert Depositions | December 1, 2017 |

| Case-Specific Discovery Schedule | |
|---|---|
| Completion of Individual Fact Discovery | October 1, 2017 |
| Plaintiffs' Case Specific Expert Disclosures | October 15, 2017 |
| Defendants' Case Specific Expert Disclosures | November 15, 2017 |
| Position on First Case to be tried | November 30, 2017 |
| Completion of Case Specific Expert Depositions | December 15, 2017 |

The parties shall seek leave of the court to move for summary judgment. By November 15, 2017, the party that seeks summary judgment shall file a motion for leave, not to exceed 5 pages, setting forth good cause for why a summary judgment motion should be allowed. Oppositions shall be filed within a week of the motion for leave and are limited to 5 pages. No replies will be entertained.

The District Court shall set a deadline for the filing of motions <u>in limine</u>, including <u>Daubert</u> motions.

**So Ordered.**

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge