# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>  Plaintiffs, | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | **PLAINTIFF's MOTION FOR LEAVE TO APPEAR VIA TELEPHONE AT April 20, 2017 STATUS CONFERENCE** |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ | |

Plaintiff Meghan Handy, one of the eight above-captioned Box Hill Plaintiffs) by and through her respective undersigned counsel Cohen, Placitella & Roth, P.C., hereby move for this

1

Court to allow attorneys for Plaintiff Handy, Harry M. Roth and Michael Coren to appear via telephone at the April 20, 2017 Status Conference before the Honorable Rya W. Zobel and in support thereof aver as follows:

1. Attorneys Harry M. Roth and Michael Coren, Esquire represents Plaintiff Handy in the above-captioned matters. Ms Handy is one of the Box Hill Bellwhether cases selected by the Court. Her matter is one of the "death cases". Messrs. Roth and Coren are located in Philadelphia, Pennsylvania. Although attorneys Roth and Coren have been admitted to practice *pro hac vice* on a limited basis before the Court in the MDL proceedings, it would place an undue burden and expense to be required to travel to Massachusetts for the scheduled Status Conference.

2. Accordingly, Messrs., Roth and Coren respectfully request leave of the Court to appear for the Status Conference via telephone before Judge Rya W. Zobel on April 20, 2017 at 2:00 p.m.

WHEREFORE, Plaintiffs respectfully request that the undersigned counsel be permitted to appear via telephone during the April 20, 2017 Status Conference, and request such other relief as this Court deems just and proper under the circumstances.

    Respectfully submitted,

    */s/* Michael Coren
    Michael Coren
    Harry M. Roth
    Cohen, Placitella & Roth, P.C.
    2001 Market Street, Suite 2900
    Philadelphia, PA 19103
    215-567-3500
    mcoren@cprlaw.com
    hroth@cprlaw.com
    *Attorneys for Plaintiff Handy*

## CERTIFICATE OF SERVICE

I, Michael Coren, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the defendants in the above-referenced individual cases, and will be sent to these parties by operation of the CM/ECF system.

Dated:  April 18, 2017

                                                        /s/ Michael Coren
                                                        Michael Coren