UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION | )<br>)<br>)   MDL No. 2419<br>)   No. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br>Jocelyn Kay Norris v. New England Compounding Pharmacy, Inc.<br>No. 1:13-cv-12682<br><br>James Palmer and Michelle Palmer v. New England Compounding Pharmacy, Inc.<br>No. 1:13-cv-12688 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO APPEAR BY TELEPHONE

NOW COMES Plaintiffs, Jocelyn Kay Norris and James and Michelle Palmer, by and through their attorneys, Scott & Cain, PLLC, and hereby file this Motion for Leave to Appear by Telephone in the above-captioned matter. In support thereof, we submit as follows:

1. Attorney Christopher T. Cain represents the above-named Plaintiffs in the above-referenced cases and requests leave to speak by telephone during the status conference (before Judge Zobel at 2:00 p.m.) scheduled on April 20, 2017.

2. Counsel may speak on the status of the appeals and/or mediation of the above-mentioned cases.

**WHEREFORE**, Plaintiffs respectfully pray that this Honorable Court:

A. Allow counsel to be heard; and

B. Grant any other relief that is just and necessary.

Plaintiffs,
By Their Attorney,

Dated: April 18, 2017

/s/ Christopher T. Cain
Thomas S. Scott, Jr., BPR #1086
Christopher T. Cain, BPR #19997
SCOTT & CAIN, PLLC
550 W. Main Street, Suite 601
Knoxville, TN 37902
(865) 525-2150
scott@scottandcain.com
cain@scottandcain.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2017, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ Christopher T. Cain