UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES DISTRICT COURT )<br>DISTRICT OF MASSACHUSETTS )<br>IN RE: NEW ENGLAND COMPOUNDING )<br>PHARMACY, INC. PRODUCTS LIABILITY )<br>LITIGATION )<br>_____ )<br> )<br>THIS DOCUMENT RELATES TO: )<br> )<br>Suits Naming Specialty Surgery Center, )<br>Crossville, PLLC )<br> ) | MDL No. 2419<br>Dkt. No 1:13-md-2419 (RWZ) |

## MOTION FOR LEAVE TO APPEAR BY TELEPHONE

Comes now Specialty Surgery Center and Dr. Kenneth Lister, by and through their attorneys, Brewer, Krause, Brooks & Chastain, PLLC and hereby files this Motion for Leave to Appear by Telephone on the above-captioned matter. In support thereof, counsel states as follows:

1. Kent E. Krause represents Specialty Surgery Center and Dr. Lister in the above-referenced cases and requests leave to speak, if necessary, by telephone during the status conference (Before Judge Zobel at 2:00 p.m.) scheduled on April 20, 201.

2. There do not appear to be any matters requiring counsel to address the Court, but counsel wanted to be available to respond to any questions the Court may have relative to matters which may impact the Specialty Surgery Center cases. There are no motions pending in the Specialty Surgery Center cases requiring argument and the parties have a mediation set for June 26, 2017.

Respectfully submitted,

/s/ Kent E. Krause
**PARKS T. CHASTAIN**[*]
**KENT E. KRAUSE**[*]
**ASHLEY E. GENO**[*]
Attorneys for Defendants, Specialty Surgery Center, PLLC and Kenneth R. Lister, M.D.

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228
(615) 256-8787 (PTC)
(615) 256-8985 (fax)
pchastain@bkblaw.com
kkrause@bkblaw.com
ageno@bkblaw.com

### **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be served via electronic mail or regular US mail to those participants identified as unregistered this the _____ day of _____, 20__.

/s/ Kent E. Krause
**KENT E. KRAUSE**

KEK/rkp

---

[*] Admitted *pro hac vice*