# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
_____ )   MDL No. 2419
 )   Dkt. No 1:13-md-2419 (RWZ)
THIS DOCUMENT RELATES TO: )
 )
Cases Naming the Box Hill Defendants[1] )

## AFFIDAVIT OF CATHERINE W. STEINER

After being duly sworn, the affiant, Catherine W. Steiner, testifies as follows:

1. I am over 18 years of age, have personal knowledge of the facts contained herein, and I am competent to testify.

2. I am an attorney with the law firm of Pessin Katz Law, P.A., located at 901 Dulaney Valley Road, Suite 400, Towson, MD 21204.

3. I am one of the attorneys representing Ritu Bhambhani, M.D., Ritu T. Bhambhani, M.D., LLC, and Box Hill Surgery Center, LLC, in the above referenced matters.

4. I am already scheduled to be in trial in the following jurisdictions for the matters listed below on the following dates as also indicated in Defendants' Motion to Vacate or Modify this Court's Order found at Docket No. 3357:

| Date (beginning) | Case Name | Case Number | Jurisdiction |
|---|---|---|---|
| October 18, 2017 | *Sinsky v. Stern* | 24-C-16-004545 | Circuit Court for Baltimore City |
| November 6, 2017 | *Thompson v. Lane* | 24-C-16-003683 | Circuit Court for Baltimore City |
| November 13, 2017 | *Franco v. Pain Medicine Specialists* | 03-C-15-014042 | Circuit Court for Baltimore County |
| December 4, 2017 | *Dayhoff v. Grove* | 06-C-16-071229 | Circuit Court for Carroll County |

---

[1] Those lawsuits specifically include: *Handy v. Box Hill Surgery Center, LLC, et al.* No: 1:14-cv-14019-RWZ; *Armetta v. Box Hill Surgery Center, LLC, et al.* No. 1:14-cv-14022-RWZ; *Torbeck v. Box Hill Surgery Center, LLC, et al.* No. 1:14-cv-14023-RWZ; *Kashi v. Box Hill Surgery Center, LLC, et al.* No. 1:14-cv-14026-RWZ; *Bowman v. Box Hill Surgery Center, LLC, et al.* No. 1:14-cv-14028-RWZ; *Dreisch v. Box Hill Surgery Center, LLC, et al.* No. 1:14-cv-14029-RWZ; *Davis v. Box Hill Surgery Center, LLC, et al.* No. 1:14-cv-14033-RWZ; *Farthing v. Box Hill Surgery Center, LLC, et al.* No. 1:14-cv-14036-RWZ.

5. Although the dates listed for each trial suggest an aspirational goal of completing the trial by the start of the next trial, these are all complex medical malpractice cases with multiple witnesses, including multiple expert witnesses. It is not uncommon for trials to run longer than anticipated.

6. Accordingly, I am unavailable for trial on October 30, 2017 and then for a second trial immediately afterwards, due to these already previously scheduled trials in other jurisdictions.

Further affiant saith not.

_____
Catherine W. Steiner

STATE OF MARYLAND  )
                   )
COUNTY OF BALTIMORE )

Sworn and subscribed to before me this 18th day of April, 2017.

_____
Notary Public

My commission expires: _____

CHRISTINA L. CANATELLA
NOTARY PUBLIC
HARFORD COUNTY
MARYLAND
MY COMMISSION EXPIRES 10-13-2019

2