# EXHIBIT 2

```
              CIRCUIT COURT FOR BALTIMORE CITY
                 LAVINIA ALEXANDER, CLERK
                  111 NORTH CALVERT STREET
                     BALTIMORE MD, 21202
                         ROOM NO: 462
                     PHONE: (410) 333-3722
                      TTY: (410) 333-4389
```

**RECEIVED**

**OCT 20 2016**

**PK LAW, P.A.**

Catherine W Steiner Esq
901 Dulaney Valley Road
Suite 400
Towson MD 21204

## PRE-TRIAL SCHEDULING ORDER

IN RE:        Danielle Sinsky, Et Al Vs Dennis P Stern MD, Et Al
CASE NO:      24-C-16-004545
OLD CASE NO:  C16004545V01

Based on the Information Report(s) filed in this case and pursuant to MD. Rule 2-504(a), it is this 18 Day of October, 2016, ORDERED:

1. This case is assigned to the STANDARD MEDIUM TRACK.
2. (a) That all parties shall appear before the court for a pretrial and settlement conference before trial on 09/18/17.
   (b) The parties shall file not later than 5 days in advance of the conference a pretrial memorandum covering in full each of items (1) through (12) in Section (b) of Rule 2-504.2.
   (c) The attorneys who will actually try the case, their clients, insurance representatives, and persons with full settlement authority must attend the pretrial conference in person. Failure to attend without prior approval from the court can result in sanctions.
3. (a) All discovery including full resolution of all discovery disputes shall be completed no later than 8 months from the date of this order - 06/19/17.
   (b) Plaintiff(s) shall designate experts 3 months from date of order - 01/18/17.
   (c) Defendant(s) shall designate experts 6 months from date of order - 04/19/17.
   (d) Plaintiff(s) shall designate any rebuttal experts 7 months from date of order - 05/20/17.
   (e) Expert designations shall include all information specified in Rule 2-402(g)(1)(A) and (B).
4. Any Amended pleadings shall be filed no later than 5 months from the date of the order - 03/20/17.
5. Any motion for summary judgment shall be filed no later than 9 months from the date of this order - 07/20/17.
6. Any motions in limine shall be filed no later than 15 days before trial - 10/03/17.
7. Any additional parties must be joined within 5 months from date of this order - 03/20/17.
8. Trial of this case shall begin on 10/18/17.
9. This order is subject to modification, including the scheduling of the pretrial conference and trial, upon a written motion for modification filed within 15 days of the date of this order. Thereafter, this order may be modified only upon a written motion for modification setting forth a showing of good cause that the schedule cannot reasonably be met despite the diligence of the parties seeking modification. If exigent circumstances prevent a motion in writing, an oral motion shall be made at a hearing at 1:45 p.m. on a daily basis in Room 231, Courthouse East, 111 North Calvert Street.

Counsel for all parties and any pro se parties must attend these hearings. An 'exigent circumstance' means an unforeseen development occurring within 30 days of the pretrial conference or trial date which prevents compliance with this order.

Failure to comply with the provisions of this Order may lead to the imposition of sanctions on the parties and/or their counsel which may include dismissal, entry of default or monetary sanctions, as may be appropriate.

Any request for accommodation under the Americans With Disabilities Act should be directed to the Administrative Office of the Circuit Court for Baltimore City at (410) 396-5188 or TTY for hearing impaired: (410) 396-4930.

Judge W. Michel Pierson, Administrative Judge

Issue Date 10/18/16