# EXHIBIT 3

| | | |
|---|---|---|
| Juanita Thompson | * | IN THE |
| Plaintiff(s) | * | CIRCUIT COURT |
| | * | FOR |
| V. | * | BALTIMORE CITY |
| Sandtown Foot & Ankle Center, LLC, et al. | * | Case No(s): 24-C-16-003683 |
| Defendant(s) | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### Pretrial Scheduling Order

After consideration of the Defendants' Motion to Continue Trial Date (#4), it is this 30th day of November, 2016, ORDERED:

1. (a) That all parties shall appear before the court for a conference before trial on 10/17/17.

   (b) The parties shall prepare in advance and bring to the conference a pretrial memorandum covering in full each of item (1) through (12) in Sec. (b) of Rule 2-504.2.

2. Any motions in limine shall be filed no later than 10/23/17.

3. Trial of this case shall begin on 11/6/17.

4. The parties have agreed to the trial date and therefore it will not be modified absent truly exigent circumstances.

**JUDGE ALTHEA M. HANDY P-14**
original signature appears on original document only

Judge

TRUE COPY
TEST
Marilyn Bentley
Marilyn Bentley, Acting Clerk