# EXHIBIT 4

RECEIVED
DEC 27 2016
PK LAW, P.A.

| | | |
|---|---|---|
| CHELSEA FRANCO, et al. | * | IN THE |
| Plaintiffs | * | CIRCUIT COURT |
| v. | * | FOR |
| PAIN MEDICINE SPECIALISTS, P.A. a/k/a MARYLAND PAIN SPECIALISTS, et al. | * | BALTIMORE COUNTY |
| Defendants | * | CASE NO. C-15-14042 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED SCHEDULING ORDER

Having considered the status conference held December 14, 2016 and the record contained herein, it is, for the reasons stated on the record, this __21st__ day of December, 2016 hereby

**ORDERED**, the Court's prior Orders establishing In re: Consolidated Steroid Injection Litigation, consolidated case no. 03-C-16-5387 are vacated. That case file shall be closed. It is further

**ORDERED** that the following schedule is established in the above-captioned case:

1. Deadline to Complete Party Depositions..................................January 30, 2017

2. Deadline for Plaintiffs to Identify Expert Witnesses (and provide deposition dates for the identified experts)...........................................................March 15, 2017

3. Deadline for Defendants to Identify Expert Witnesses (and provide deposition dates for the identified experts)...........................................................May 1, 2017

4. Deadline for Plaintiffs to Identify Rebuttal Expert Witnesses (and provide deposition dates for the identified experts..................................June 1, 2017

5. Close of Discovery..................................................................August 1, 2017

6. Deadline to File Frye-Reed Motions, including Motions *in Limine*................................................................................August 15, 2017

7. Designations for *de bene esse* Depositions........................September 15, 2017

8. Parties Shall Exchange Exhibit Lists (provide copies to Court)..........................................................................September 15, 2017

9. Hearing on Frye-Reed/Dispositive Motions.........................September 19, 2017

10. Parties Shall Exchange All Trial Exhibits............................September 22, 2017

11. Counter-Designations for *de bene esse* Depositions............September 22, 2017

12. Voir dire and jury instructions..............................................November 6, 2017

13. Pre-Trial Conference .........................................................November 6, 2017

14. Trial (8 days).................................November 13, 2017 – November 22, 2017;

it is further

**ORDERED** that copies of all Motions and Responses filed with the Clerk's Office shall also be provided to Chambers; it is further

**ORDERED** that depositions of witnesses shall be no longer than four (4) hours and depositions of expert witnesses shall be no longer than six (6) hours; it is further

**ORDERED** that Motions shall not exceed twenty-five (20) pages, including any memorandum of law, and Oppositions (Responses) to Motions shall not exceed twenty (15) pages, including any memorandum of law, without leave of the Court; it is further

**ORDERED** that no Replies shall be filed to Oppositions (Responses) to Motions without leave of the Court; it is further

2

**ORDERED** that the parties shall not communicate with the Court by letter; and it is further

**ORDERED** that the parties shall not attach to their filings with the Court copies of any Orders or other documents contained within the court's file in this case—reference to such documents is sufficient.

_____
Judge Susan Souder

Postponement Policy: No postponements of dates under this order will be approved except for undue hardship or emergency situations or where there is agreement of the parties. All motions for postponement must be submitted in writing with a copy to all counsel/parties involved. Postponements must be approved by the Judge.

Special Assistance Needs: If you, a party represented by you, or a witness to be called on behalf of that party need an accommodation under the Americans with Disabilities Act, please contact the Court Administrator's Office at (410)887-2687 or use the Court's TDD line (410)887-3018, or the Voice/TDD MD Relay Service (800)735-2258.

Voluntary Dismissal: Per Md. Rule 2-506, after an answer or motion for summary judgment is filed, a plaintiff may dismiss an action without leave of court by filing a stipulation of dismissal signed by all parties who have appeared in the action. The stipulation shall be filed with the Clerk's Office. Also, unless otherwise provided by stipulation or order of court, the dismissing party is responsible for all costs of the action.

Court Costs: All court costs MUST be paid on the date of the settlement conference or trial.

Copies mailed to:

Central Assignment Office
Civil Assignment Office

Glenn E. Mintzner, Esquire

Jay D. Miller, Esquire
Patricia Kasputys, Esquire
Sharon L. Houston, Esquire
Law Offices of Peter G. Angelos
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Catherine W. Steiner, Esquire
Gregory K. Kirby, Esquire
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 400
Towson, MD 21204