# EXHIBIT 5

## IN THE CIRCUIT COURT FOR CARROLL COUNTY, MARYLAND

RONALD LEROY DAYHOFF          :

    Plaintiff          :

v.          :          Case No.:  06-C-16-071229

MYLES D. BRAGER, M.D., et al          :

    Defendants          :

:  :  :  :  :  :  :  :  :  :  :  :

### ORDER

Upon consideration of Defendant's Motion to Modify the Scheduling Order, and any opposition thereto, it is this ___7___ day of SEPT, 2016 hereby ORDERED that the same be, and hereby is, **GRANTED**; it is further

**ORDERED** that the Pre-Trial Conference shall be held on October 13, 2017 at 9:00 a.m.; it is further

**ORDERED** that the trial shall be held from December 4, 2017 through December 11, 2017.

**SO ORDERED.**

_____
Judge
Circuit Court for Carroll County

ENTERED SEP 0 9 2016