# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | |
| ) | MDL No. 2419 |
| ) | Dkt. No 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| Cases Naming the Box Hill Defendants[1] ) | |

## [PROPOSED] ORDER

Upon consideration of the Defendants Motion to Vacate or Modify this Court's Order [Dkt. 3357], any opposition thereto, and opportunity to be heard, the Court hereby

\_\_\_\_ VACATES its previous Order at Dkt. 3357.

\_\_\_\_ MODIFIES its previous Order at Dkt. 3357 as follows: _____

_____

_____

_____.

**It is so Ordered.**

_____
RYA W. ZOBEL
United States District Judge

---

[1] Those lawsuits specifically include: *Handy v. Box Hill Surgery Center, LLC, et al.* No: 1:14-cv-14019-RWZ; *Armetta v. Box Hill Surgery Center, LLC, et al.* No. 1:14-cv-14022-RWZ; *Torbeck v. Box Hill Surgery Center, LLC, et al.* No. 1:14-cv-14023-RWZ; *Kashi v. Box Hill Surgery Center, LLC, et al.* No. 1:14-cv-14026-RWZ; *Bowman v. Box Hill Surgery Center, LLC, et al.* No. 1:14-cv-14028-RWZ; *Dreisch v. Box Hill Surgery Center, LLC, et al.* No. 1:14-cv-14029-RWZ; *Davis v. Box Hill Surgery Center, LLC, et al.* No. 1:14-cv-14033-RWZ; *Farthing v. Box Hill Surgery Center, LLC, et al.* No. 1:14-cv-14036-RWZ.