**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC.  PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**THE PLAINTIFFS' STEERING COMMITTEE'S PROPOSED AGENDA**
**FOR THE APRIL 20, 2017 STATUS CONFERENCE**

The Plaintiffs' Steering Committee ("PSC") proposes the following agenda for the April

20, 2017, status conference (2:00 p.m.).  The remaining defendants and the plaintiffs' groups

identified below have been given an opportunity to comment on this proposed agenda.

A.      **REPORT TO THE COURT**

    1.      Status of payments from Tort Trust

        a.      Status report and update to be provided at June 1, 2017 status conference

    2.      Status of Specialty Surgery cases

        *13 cases; Benjamin A. Gastel; Chris Tardio*

        a.      Update on mediation

        b.      Order Granting in Part Specialty Surgery's Motion for Bill of Costs [Dkts. 3361, 3362]

        c.      Order Modifying Specialty Surgery Case Management Deadlines [Dkt. 3359]

        d.      Matters Fully Briefed and Awaiting Court Decision

            1. PSC Motion for Judgment on the Pleadings Regarding Comparative Fault Defenses Attributing Fault to Governmental Entities [Dkts. 3249, 3250] (fully briefed)

               i.      Specialty Surgery Opposition [Dkt. 3278]

            ii.       Calisher & Associates Joinder [Dkt. 3279]

            iii.      PSC Reply [Dkt. 3288]

    3. PSC Motion for Consolidation of Two Bellwether Trials [Dkts. 3331, 3332]

            i.       Specialty Surgery Opposition [Dkt. 3340]

  e. Appeals

    *Ben Gastel (PSC); Chris Cain (Plaintiffs Norris and Palmer); Chris Tardio (Defendants)*

    1. *Norris v. Specialty Surgery* (17-1003)

    2. *Palmer v. Specialty Surgery* (17-1005)

    3. Orders granting Specialty Surgery Motion to Correct the Appellate Record (13-cv-12688 [Dkt. 47]); (13-cv-12682 [Dkt. 46])

    4. Mandatory settlement conference stayed pending Specialty Surgery mediation

3. Status of Box Hill cases

  *8 cases: Patti Kasputys & Michael Coren (Plaintiffs); Greg Kirby (Defendants)*

  a. Report from the parties regarding potential mediation

  b. Box Hill motion to vacate or modify April 7, 2017 Order (Dkt. 3357) setting discovery deadlines for bellwether-specific cases [Dkt. 3370]

  c. Box Hill motion for reconsideration of suggestion of remand following common issue discovery (Dkts. 3056 and 3056-1). (forthcoming)

  d. Order Setting Discovery for Bellwether-Specific Box Hill Cases [Dkt. 3357]

    1. Bellwether Trial Living Cases

            i.       *Dreisch v. Box Hill*, 14-cv-14029

            ii.      *Davis v. Box Hill*, 14-cv-14033

       2.   Bellwether Trial Death Cases

         i.     *Armetta v. Box Hill*, 14-cv-14022

         ii.    *Handy v. Box Hill*, 14-cv-14019

   e.   October 30, 2017 – Bellwether trial for first living case

4.    Status of directly-filed cases:[1]

   a.   Janet Jenner and Suggs cases

      *Justin Browne (Plaintiffs); Tony Abeln (APAC); Clare Carroll (MAPS)*

      i.     Plaintiffs' counsel filed motions to withdraw in the cases against APAC (*Kennedy* and *Musselwhite*) and Premier (*Overstreet*) [Dkts. 1:13-cv-13227; 1:14-cv-13689; 1:13-cv-13228; 1:14-cv-13676; and 1:14-cv-13760].

         A.   Plaintiffs Kennedy and Musselwhite have located new counsel.  The cases should be sent to Illinois where new counsel will litigate them.

         B.   Plaintiff Overstreet dismissed his case on April 5, 2017 at Dkt. 27, 14-cv-13760.

5.    Status of St. Thomas settlement

      *Benjamin A. Gastel; Chris Tardio & Yvonne Puig*

## B.    FUTURE STATUS CONFERENCES

1.    June 1, 2017, 2:00 p.m.

*INTENTIONALLY LEFT BLANK*

---

[1] All directly filed cases are listed in Notice by the PSC of Cases Filed Directly in the District of Massachusetts [Dkt. 3065].

C.       **CASE MANAGEMENT SCHEDULES**

## SPECIALTY SURGERY [Dkt. 3359]

| Specialty Surgery Common Discovery Schedule | |
|---|---|
| Close of Common Issue Fact Discovery | August 1, 2017 |
| Plaintiffs' Common Issue Expert Reports Due | September 1, 2017 |
| Defendants' Common Issue Expert Reports Due | October 1, 2017 |
| Completion of Common Issue Expert Depositions | December 1, 2017 |

| Specialty Surgery Case-Specific Discovery Schedule | |
|---|---|
| Completion of Individual Fact Discovery | October 1, 2017 |
| Plaintiffs' Case Specific Expert Disclosures | October 15, 2017 |
| Defendants' Case Specific Expert Disclosures | November 15, 2017 |
| Position on First Case to be tried | November 30, 2017 |
| Completion of Case Specific Expert Depositions | December 15, 2017 |

## BOX HILL [Dkt. 3301]

| Box Hill Case Management Schedule | |
|---|---|
| Completion of Common Issue Expert Depositions | March 17, 2017 |
| Each side to select 2 potential bellwether trial death cases and 2 potential bellwether trial living cases and case specific discovery will begin for those cases | March 17, 2017 |
| Close of Case Specific Fact Discovery | June 1, 2017 |
| Each party to strike one case from each category of proposed bellwether cases (one death and one living case) | June 9, 2017 |
| Joint Filing of Summary of Remaining Cases | June 23, 2017 |
| Plaintiffs' Case Specific Expert Reports Due | July 14, 2017 |
| Defendants' Case Specific Expert Reports Due | August 14, 2017 |
| Completion of Case Specific Expert Depositions | September 22, 2017 |
| First Bellwether Trial for Living Case [Dkt. 3357] | October 30, 2017 |

5

Dated:  April 19, 2017                                    Respectfully submitted,

**/s/ Kristen A. Johnson**
Thomas M. Sobol, BBO # 471770
Kristen A. Johnson, BBO # 667261
HAGENS BERMAN SOBOL SHAPIRO
LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
(617) 482-3700
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel on behalf of the*
*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.


Dated: April 19, 2017                              **/s/ Kristen A. Johnson**
                                                   Kristen A. Johnson (BBO# 667261)