UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

| | | |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | * | |
| | * | MDL No.: 2419 |
| | | Docket No.:  1:13-md-2419 (RWZ) |
| | * | |
| THIS DOCUMENT RELATES TO ALL CASES AGAINST THE BOX HILL DEFENDANTS | * | |
| | * | |

## BOX HILL DEFENDANTS' MOTION FOR LEAVE TO APPEAR VIA TELEPHONE AT APRIL 20, 2017 STATUS CONFERENCE

Defendants, by their undersigned counsel, hereby move this Court to allow attorney Catherine W. Steiner to appear via telephone at the April 20, 2017 Status Conference before the Honorable Rya W. Zobel, for reasons explained below:

1.     Attorney Catherine W. Steiner represents the Defendants in the above-captioned matter.  Ms. Steiner is located in Maryland and traveling for other obligations today and is unable to appear in Boston in person.  Although Ms. Steiner is admitted to practice *pro hac vice* before this Court in the MDL proceedings, it would place an undue burden and expense for Ms. Steiner to be required to travel to Massachusetts for the scheduled Status Conference.

2.     Accordingly, Ms. Steiner respectfully requests to appear for the Status Conference via telephone before Judge Rya W. Zobel on April 20, 2017, at 2:00 p.m.

WHEREFORE, Defendants respectfully request that the undersigned counsel be permitted to appear by telephone during the April 20, 2017 Status Conference.

Respectfully Submitted.

_____ /s/ Gregory K. Kirby _____

Catherine W. Steiner
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland  21204
(410) 938-8800
**Attorneys for Defendant**


## CERTIFICATE OF SERVICE

I, Gregory K. Kirby, hereby certificate that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic Filing (NEF), including the attorneys representing the Plaintiffs in the above-referenced cases, and will be sent to these parties by operation of the CM/ECF system.

Dated:  April 20, 2017                              /s/ Gregory K. Kirby
                                                    Gregory K. Kirby