UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Bray v. Ameridose, LLC, et al. ) <br> _____) | MDL No.: 2419 <br> Dkt No. 1:13-md-2419 (RWZ) <br><br> Judge Rya W. Zobel <br><br><br> Dkt. No. 1:13-cv-12596-RWZ |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice Brewer, Krause, Brooks & Chastain, PLLC, counsel for the defendants, Specialty Surgery Center, PLLC and Kenneth R. Lister, M.D., in the above referenced action, has moved. The new physical and mailing address for the firm is 545 Mainstream Drive, Suite 101, Nashville, TN  37228.

Please modify any certificates of service, as well as any records of address, and send any communication to the new address.

Respectfully submitted,

 /s/ Parks T. Chastain_____
**PARKS T. CHASTAIN**[*]
**KENT E. KRAUSE**[*]
**ASHLEY E. GENO**[*]
Attorneys for Defendants, Specialty Surgery Center, PLLC and Kenneth R. Lister, M.D.

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN  37228
(615) 256-8787 (PTC)
(615) 256-8985 (fax)
pchastain@bkblaw.com
kkrause@bkblaw.com
ageno@bkblaw.com

---

[*] Admitted *pro hac vice*

ST Specialty Sx Ctr Bray Not Add 170417

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be served via electronic mail or regular US mail to those participants identified as unregistered this the 27th  day of April, 2017.

                                       /s/ Parks T. Chastain
                                       **PARKS T. CHASTAIN**

ST Specialty Sx Ctr Bray Not Add 170417