UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION

MDL No. 1:13-md-2419-FDS

This Document relates to:

All Cases
_____

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Kathryn J. Humphrey of Dykema Gossett PLLC, hereby withdraws her appearance on behalf of Southeast Michigan Surgical Hospital, LLC in this matter and requests that she no longer receive electronic or hard copy notices.

Date: May 19, 2017         DYKEMA GOSSETT PLLC

                           By:   /s/ Kathryn J. Humphrey
                                 Kathryn J. Humphrey
                                 400 Renaissance Center, Suite 3700
                                 Detroit, MI 48243
                                 (313) 568-6848
                                 khumphrey@dykema.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 19th day of May, 2017, this pleading was filed electronically with the Clerk of Court using the the Court's e-filing system which gives notice of the filing to all counsel of record.

                                                **DYKEMA GOSSETT PLLC**

                                      By: */s/Kathryn J. Humphrey*
                                            Kathryn J. Humphrey
                                            400 Renaissance Center
                                            Detroit, MI 48243
                                            Tel:   313-568-6848
                                            khumphrey@dykema.com