# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |

This document relates to:

Armetta, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14022-RWZ

Bowman, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14028-RWZ

Davis, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14033-RWZ

Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14029-RWZ

Farthing, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14036-RWZ

Kashi, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14026-RWZ

Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,
No. 1:14-cv-14023-RWZ

Handy, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ

**JOINT STIPULATION FOR EXTENSION OF TIME FOR THE PLAINTIFFS TO FILE OPPOSITION TO BOX HILL SURGERY CENTER'S MOTION FOR RECONSIDERATION OF SUGGESTION OF REMAND OR TRANSFER OF BOX HILL CASES TO MARYLAND AND TO ESTABLISH VENUE IN MARYLAND VIA §157(B)(5) or §1404(A)**

Plaintiffs and the Box Hill Defendants, by and through undersigned counsel, hereby stipulate jointly as follows:

1. On May 12, 2017, Defendants Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC (collectively, the "Defendants" or "Box Hill Defendants") filed a Motion for Reconsideration of Suggestion of Remand or Transfer of Box Hill Cases to Maryland and to Establish Venue in Maryland Via §157(B)(5) or §1404(A) [Dkt 3380].

2. Accordingly, Plaintiffs' Opposition is due on or about May 26, 2017.

3. The parties now file this joint stipulation memorializing their agreement to a seven day extension of time for the Plaintiffs to file their Opposition in this matter. The Opposition shall be filed on or before June 2, 2017.

Respectfully submitted,

/s/ Gregory K. Kirby
Catherine M. Steiner
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
csteiner@pklaw.com
gkirby@pklaw.com
410-938-8800
410-832-5600 (Fax)

*Attorneys for Box Hill Defendants*

/s/ Patricia J. Kasputys
Patricia J. Kasputys
Jay D. Miller
Glenn E. Mintzer
Sharon L. Houston
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street, 22nd Floor
Baltimore, Maryland 21201
Pkasputys@lawpga.com
Jmiller@lawpga.com
gmintzer@lawpga.com
shouston@lawpga.com
410-649-2000
410-649-2101 (Fax)
*Attorneys for Plaintiffs*

/s/ Michael Coren
Harry M. Roth
Michael Coren
Cohen, Placitella & Roth, P.C.
Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
215-567-3500
215-567-6019

*Attorneys for Plaintiff Handy*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing this 26th day of May, 2017.

/s/ Patricia J. Kasputys
Patricia J. Kasputys