UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Case No. 1:14-cv-13510-RWZ ) <br> ) | MDL No. 1:13-md-2419-RWZ |

NOTICE OF HEARING

PLEASE TAKE NOTICE that, on June 1, 2017 at 2:00 p.m. or as soon thereafter as counsel may be heard, a hearing will be held before the Hon. Rya W. Zobel, United States District Judge, on the Petition for Final Approval of Distribution of Wrongful Death Proceeds Pursuant to Va. Code § 8.01-55, and for Approval and Confirmation of the Abigail Nichole Depoy Special Needs Trust Instrument [Doc. 3387], filed by Petitioner Sharon W. Bishop, Executor of the Estate of Kathy W. Sinclair, deceased.

Date:  May 30, 2017

Respectfully Submitted

/s/Patrick T. Fennell
Patrick T. Fennell, VSB 40393
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

Counsel for Sharon W. Bishop, Executor
of the Estate of Kathy W. Sinclair, deceased.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which then sent a notification of electronic filing (NEF) to counsel of record.

/s/Patrick T. Fennell