LAW OFFICES
# Peter G. Angelos
A PROFESSIONAL CORPORATION
ONE CHARLES CENTER
100 N. CHARLES STREET
22ND FLOOR
BALTIMORE, MARYLAND 21201-3804
(410) 649-2000    (800) 252-6622

**PATRICIA J. KASPUTYS (MD) (DC)**
Direct Line: 410.649.2023
FAX: 410.649.2101
PKasputys@lawpga.com

OTHER OFFICES:
CUMBERLAND, MARYLAND
TOWSON, MARYLAND
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
PHILADELPHIA, PENNSYLVANIA
NEW YORK, NEW YORK
KNOXVILLE, TENNESSEE

May 30, 2017

VIA E-FILING ONLY

Honorable Jennifer C. Boal
Chief Magistrate Judge
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, Massachusetts 02210

      RE:    New England Compounding Pharmacy, Inc.
                  Civil Action No. MDL 1:13-md-02419 RWZ

Dear Judge Boal:

      The undersigned are respective counsel for the eight New England Compounding Pharmacy, Inc., ("NECC") MDL Plaintiffs, and Defendants, Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D. and Ritu T. Bhambhani, M.D., LLC. The Third Amended Scheduling Order [Dkt 3301] provides for a June 1, 2017, deadline for completion of case-specific fact discovery in the Box Hill cases. We write to advise that due to scheduling difficulties, some of the case-specific depositions in the Dreisch and Kashi bellwether cases will need to be conducted after the discovery deadline. The parties believe that this will not affect the other deadlines set forth in said Scheduling Order. We jointly propose a new deadline of August 4, 2017, to complete case-specific fact discovery in these bellwether cases.

      May we please have the Court's permission for this variance?

                                                  Respectfully submitted,

/s/ Gregory K. Kirby
Catherine W. Steiner
Gregory K. Kirby
PK Law
901 Dulaney Valley Road
Suite 500

/s/ Patricia J. Kasputys
Patricia J. Kasputys
Jay D. Miller
Glenn E. Mintzer
Sharon L. Houston
Law Offices of Peter G. Angelos, P.C.

Case 1:13-md-02419-RWZ   Document 3389   Filed 05/30/17   Page 2 of 2

LAW OFFICES
**PETER G. ANGELOS**
A PROFESSIONAL CORPORATION

| | |
|---|---|
| Baltimore, Maryland 21204 | 100 North Charles Street |
| 410-938-8800 | Baltimore, Maryland 21201 |
| 410-832-5600 (Fax) | 410-649-2000 |
| | 410-649-2101 (Fax) |

*Attorneys for Defendants*          *Attorneys for Plaintiffs Armetta, Bowman*
*Box Hill Surgery Center, LLC*      *Davis, Dreisch, Farthing, Kashi and*
*Ritu T. Bhambhani, M.D.*           *Torbeck*
*Ritu T. Bhambhani, M.D., LLC*

/s/ Michael Coren
Harry M. Roth
Michael Coren
Cohen, Placitella & Roth, P.C.
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103
215-567-3500
215-567-6019 (Fax)

*Attorneys for Plaintiff Handy*