UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No. 1:13-md-2419-RWZ |

## NOTICE OF WITHDRAWAL

Please take notice that, Thomas B.K. Ringe, III withdraws his appearance on behalf of Paul D. Moore, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center.

Dated:  May 31, 2017                                Respectfully submitted,

**DUANE MORRIS LLP**

By:  /s/ *Thomas B.K. Ringe, III*
Thomas B.K. Ringe
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Tel:     215-979-1160
Fax:     215-689-3851
Email:  tbkringe@duanemorris.com

DM3\4638811.1

**Certificate of Service**

I, Thomas B.K. Ringe, III, hereby certify that on this day, May 31, 2017, I caused a copy of the foregoing *Notice of Withdrawal*, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ *Thomas B.K. Ringe*
Thomas B.K. Ringe

DM3\4638811.1