UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**PLAINTIFFS' STEERING COMMITTEE'S RESPONSE
TO TENNESSEE CLINIC DEFENDANTS'[1] MOTION FOR CLARIFICATION RE:
DEPOSITIONS OF THE FDA AND WITNESSES FROM THE NECC CRIMINAL CASE**

At the beginning of this MDL, the PSC suggested that the Court appoint liaison defense counsel to represent the interests of *all* defendants. Mr. Tardio and Mr. Gideon declined an invitation to take that position. In their view, it wasn't necessary to have a single voice for all defendants. So, Mr. Tardio and his firm only speak for the Tennessee clinic defendants. As far as the PSC is aware, no one else is clamoring to take these depositions.

The Tennessee clinic defendants asked the plaintiffs to extend the trial schedule by three months so that the parties could mediate and, hopefully, resolve all cases. The Court agreed and amended the schedule [ECF No. 3359]. Mediation is scheduled for Monday, June 26, 2017.

The PSC therefore recommends that a decision as to whether these depositions should proceed wait until at least August[2], so that the parties have an opportunity to fully investigate whether the TN clinic cases can be resolved.

---

[1] Specialty Surgery Center, PLLC, Kenneth Lister, MD, PC, Kenneth Lister, MD, and Donald Jones, MD.

[2] An August decision allows for one month to work out any remaining issues following the June 26 mediation. The deadline for completion of individual fact discovery is October 1.

Dated: June 2, 2017

Respectfully submitted,

**/s/ Kristen A. Johnson**
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone: (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016

Phone: (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH &
JENNINGS PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: June 2, 2017            **/s/ Kristen A. Johnson**
                               Kristen A. Johnson, BBO # 667261