# EXHIBIT B

## SCHEDULING ORDER

Having met with the parties on November 7, 2016, and as agreed to at such time, it is this  _5_ day of _Dec_, 2016, hereby ORDERED that the consolidated steroid litigation cases - *In Re: Consolidated Steroid Injection Litigation Box Hill Matters*, Case No. _12-C-16-17_ and *In Re: Consolidated Steroid Injection Litigation Harford County Ambulatory Surgery Center Matters*, Case No. _12-C-16-16_ are to be governed by the following Scheduling Order:

- November 23, 2016    Plaintiffs produce medical records in all cases
- November 30, 2016    Defendants respond to outstanding Plaintiffs' discovery requests
- December 16, 2016    Plaintiffs provide responses to Defendants' discovery requests
- February 1, 2017     Motions Hearing: outstanding motions to dismiss, discovery issues
- March 15, 2017       Hearing: pick bellwether cases and set remaining schedule
- April 14, 2017       Plaintiffs disclose experts and serve reports for common fact issues (e.g., standard of care, liability) and for bellwether cases
- July 14, 2017        Defendants disclose experts and serve reports for common fact issues (e.g., standard of care, liability) and for bellwether cases
- August 14, 2016      Plaintiffs identify rebuttal experts
- November 22, 2017    Close of discovery
- December 13, 2017    Frye-Reed and dispositive motions
- January 19, 2018     Oppositions to Frye-Reed and dispositive motions
- May 7, 2018          First bellwether trial starts (2 week trial anticipated)

FILED

2016 DEC -7  A 11: 08

CLERK OF CIRCUIT COURT
HARFORD COUNTY
CIVIL DEPT.

3

_____
JUDGE, CIRCUIT COURT OF MARYLAND
FOR HARFORD COUNTY

True Copy:
Test: James Reilly
Clerk of Circuit Court
By: _____
Deputy Clerk

4