# EXHIBIT C

*The Circuit Court for Harford County*

Third Judicial Circuit of Maryland
Courthouse
20 West Courtland Street
Bel Air, Maryland 21014

Chambers of William O. Carr
Judge

Brenda C. Hamilton, Judicial Secretary

(410) 638-3262
(410) 879-2000, Ext. 3262
Fax (410) 803-0935

Christina Donald, Law Clerk
Colleen E. Mahoney, Law Clerk

February 6, 2017

Robert K. Jenner, Esquire
Justin A. Browne, Esquire
Adam P. Janet, Esquire
Janet, Jenner & Suggs, LLC
1777 Reisterstown Road, Suite 165
Baltimore, MD 21208

Jay Miller, Esquire
Glenn Mintzer, Esquire
Law Office of Peter Angelos
100 North Charles Street
Baltimore, MD 21201

Matthew Nace, Esquire
Paulson & Nace, PLLC
1615 New Hampshire Avenue, N.W.
Washington, D.C. 20009

Natalie C. Magdeburder, Esquire
Elliot D. Petty, Esquire
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 400
Towson, MD 21204

Robert P. O'Brien, Esquire
Jessica E. Pak, Esquire
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, MD 21202

Scott R. Krause, Esquire
Ashley L. Marucci, Esquire
Ecceston & Wolf, P.C.
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378

Re: <u>Consolidate Steroid Cases</u>

Dear Counsel:

Enclosed you will find a copy of the Amended Scheduling Order that was agreed to by everyone in the above-captioned cases.

It should be noted that a hearing was left on the docket for **March 15, 2017** to identify and agree on a bellwether case of cases that would be tried. I left that hearing in the order but I believe it is probably premature to actually make that decision. If nothing else, if the case or cases that are selected are resolved by mediation, it will be necessary to pick other cases at a later date.

At this point in time I will leave the case on the docket for that day but unless I hear from one or more of the parties that they believe it is necessary to have that hearing and pick the cases at this time, I will assume that no one will actually appear.

Robert K. Jenner, Esquire
Justin A. Browne, Esquire
Adam P. Janet, Esquire
Jay Miller, Esquire
Glenn Mintzer, Esquire
Matthew Nace, Esquire
Natalie C. Magdeburder, Esquire
Elliot D. Petty, Esquire
Robert P. O'Brien, Esquire
Jessica E. Pak, Esquire
Scott R. Krause, Esquire
Ashley L. Marucci, Esquire
February 6, 2017
Page 2

    Re:   <u>Consolidate Steroid Cases</u>

It is my further understand that it was agreed by all parties that the following counts in the various cases would be dismissed and they would be removed from ongoing litigation:

    (1)    All counts of implied and expressed warranty.

    (2)    Any count for negligence misrepresentation.

    (3)    Any count based on the Massachusetts Consumer Protection Act.

If anyone has any questions or disagrees with this summary or any of the terms of the Scheduling Order, please do not hesitate to contact me at any time.

    Very truly yours,

    **WILLIAM O. CARR**
    Judge

WOC:bch

cc:    The Honorable Angela M. Eaves

## The Circuit Court for Harford County

THE THIRD JUDICIAL CIRCUIT OF MARYLAND
COURTHOUSE
20 W. COURTLAND STREET
BEL AIR, MARYLAND 21014

CHAMBERS OF
WILLIAM O. CARR
JUDGE

(410) 638-3262
(410) 879-2000, EXT. 3262

# FACSIMILE COVER SHEET

**TO:** Debbie

**FAX NO.:**

**FROM:** Hon. William O. Carr

**PHONE:** (410) 638-3262
**FAX:** (410) 803-0935

**DATE:** February 21, 2017

**PAGES, INCLUDING THIS COVER PAGE:**

**COMMENTS:**

| | |
|---|---|
| IN RE | IN THE |
| CONSOLIDATED STEROID | CIRCUIT COURT |
| INJECTION LITIGATION HARFORD | FOR |
| COUNTY AMBULATORY CENTER | HARFORD COUNTY |
| Defendant | CASE NO. 12-C-16-16 |

\* \* \* \* \* \* \* \* \* \*

## AMENDED SCHEDULING ORDER

It is this _____ day of February, 2017, by the Circuit Court for Harford County, **ORDERED**, by agreement of all counsel, as follows:

(1) **March 15, 2017** – Hearing to pick bellwether cases;

(2) **June 2, 2017** – Hearing on all open motions at **9:30 a.m.** All parties are hereby **ORDERED** to participate in mediation with a mutually agreed mediator prior to June 2, 2017;

(3) **June 15, 2017** – Plaintiffs to disclose experts and provide complete reports for common fact issues (e.g., standard of care, liability) and for bellwether cases;

(4) **June 21, 2017** – Hearing on all open motions at **9:30 a.m.**

(5) **August 15, 2017** – Defendants to disclose experts and provide complete reports for common fact issues (e.g., standard of care, liability) and for bellwether cases;

(6) **September 15, 2017** – Plaintiffs to identify rebuttal experts and provide complete reports from those experts;

(7) **December 22, 2017** – Close of discovery;

(8) **January 22, 2018** – Frye-Reed and dispositive motions to be filed;

Page 1 of 2

(9) **February 13, 2018** – Oppositions to Frye-Reed and dispositive motions (one month later than original); and

(10) **May 7, 2018** – First bellwether trial starts (2 week trial anticipated).

_____
**WILLIAM O. CARR, JUDGE**