UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>　　All Cases | )<br>)<br>)<br>) MDL No. 1:13-md-2419-RWZ<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Judi Abbott Curry on behalf of New England Compounding Pharmacy, Inc. and Paul D. Moore, Chapter 11 Trustee of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center.

Dated: June 13, 2017

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　HARRIS BEACH PLLC

　　　　　　　　　　　　　　　　　　　　　　*/s/ Judi Abbott Curry*
　　　　　　　　　　　　　　　　　　　　　　Judi Abbott Curry
　　　　　　　　　　　　　　　　　　　　　　100 Wall Street, 23rd Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 687-0100
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 687-0659
　　　　　　　　　　　　　　　　　　　　　　Email: jcurry@harrisbeach.com

　　　　　　　　　　　　　　　　　　　　　　*Special Counsel for Paul D. Moore, Chapter 11 Trustee of New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center*

## Certificate of Service

I, Judi Abbott Curry, hereby certify that on June 13, 2017, I caused a copy of the foregoing document, which was filed using this Court's ECF system, to be served electronically upon those parties registered to receive ECF service.

/s/ *Judi Abbott Curry*
Judi Abbott Curry