UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** | **MDL No. 2419**<br>Docket. No. 1:13-md-2419 (RWZ) |

**REQUEST TO CORRECT DOCKET ENTRY**

To the Clerk of the Court:

Please CORRECT the docket entry which has an incorrect firm affiliation for the below-signed counsel, to reflect the address below. Counsel was never associated with the Law Office of Jon M. Adler, and Mr. Adler is currently an inactive enrollee with the Massachusetts Bar.

It is necessary to correct the record as requested, as Mr. Adler is not practicing actively before the Massachusetts Courts, and the inclusion of his firm is a clerk's error.

Dated: June 23, 2017

**BY PLAINTIFFS' ATTORNEYS,**

___/s/ Michael R. Hugo_____
Michael R. Hugo, BBO #243890
LAW OFFICES OF HUGO & ASSOCIATES
1 Catherine Road
Framingham, MA 01701
Tel. (617) 448-4888
Fax (617) 607-9655
mike@hugo-law.com

**CERTIFICATE OF SERVICE**

I, Michael R Hugo, hereby certify that I have served this document on all counsel of record through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 23, 2017                                                       ___/s/ Michael R. Hugo_____