# Perry, Balhoff, Mengis & Burns, LLC

2141 Quail Run Drive
Baton Rouge, LA 70808
Telephone: 225-767-7730
Fax: 225-767-7967
Tax ID: 72-1310179
April 11, 2017

**St. Thomas Tennessee –**  File # 99568-0001
**New England Compounding**  Invoice # 69879

| Description | Amount | Timekeeper |
|---|---|---|
| Flat fee | $ 60,000.00 | DJB |
| **Total due** | **$ 60,000.00** | |