UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:   NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ **This Document Relates to Suits Naming:** **All Cases Pending Against The Saint Thomas Outpatient Neurosurgical Center** | ) ) ) ) ) ) ) ) ) ) ) )   MDL No. 2419 Dkt. No. 1:13-md-2419-RWZ |

**PROPOSED ORDER ALLOWING DISTRIBUTION OF COMMON BENEFIT FEES AND EXPENSES RELATED TO SAINT THOMASSAINT THOMAS FUND ADMINISTRATIVE EXPENSES**

Having considered the Plaintiff's Motion for Distribution of Common Benefit Fees and Expenses Related To The Saint Thomas Cases and having heard oral argument on the motion on July 20, 2017, the Court hereby orders as follows:

**IT IS HEREBY ORDERED:**

1. The Motion for Distribution of Common Benefit Fees and Expenses Related To The Saint Thomas Cases is hereby granted.

2. Epiq Class Action & Claims Solutions, Inc., which administers the Saint Thomas Qualified Settlement Fund, shall issue payment to counsel consistent with the amounts listed in Exhibit A of the Memorandum of Law In Support of Motion For Distribution of Common Benefit Fees and Expenses Related To Saint Thomas Cases from the Saint Thomas Qualified Settlement Fund.

**SO ORDERED.**

{004663/12496/00425276.DOCX / Ver.1}

Date: _____            _____
                                                              Judge Rya Zobel