| Exhibit A To Common Benefit Memorandum For Saint Thomas Related Cases | | | | | | |
|---|---|---|---|---|---|---|
| Firm | Expenses | Total Fee Request | PSC Approved Fees | Pro Rata Amount | Special Adjustments | Total Amount Approved |
| Branstetter, Stranch, And Jennings | | | | | | |
| Lieff Cabraser | | | **REDACTED** | | | |
| Ellis and Ripacki | | | | | | |
| Leader, Bulso, & Nolan | | | | | | |
| Kinnard, Clayton, and Beveridge | | | | | | |
| Hagens Berman Sobol and Shapiro | | | | | | |
| Court Reporting Expense | | | | | | |
| Total | | | | | | |