UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) **This Document Relates to Suits Naming:** ) ) **All Cases Pending Against The Saint Thomas Outpatient Neurosurgical Center** ) ) ) | MDL No. 2419<br><br>Dkt. No. 1:13-md-2419-RWZ |

### ~~PROPOSED~~ ORDER ALLOWING DISTRIBUTION OF SAINT THOMAS FUND ADMINISTRATIVE EXPENSES

Upon Motion by the Plaintiffs' Steering Committee, which motion is unopposed, and for good cause shown, the Court hereby Orders as follows:

1. By order of this Court dated March 2, 2017, the Court established a Qualified Settlement Fund within the meaning of Treasury Regulation Section 1.468B-1 (the "Saint Thomas Qualified Settlement Fund"), to assist in the administration of the aggregate settlement of claims brought by Plaintiffs against the Nashville Healthcare Defendants.

2. On June 28, 2017, the Plaintiffs' Steering Committee filed a Motion for Disbursement of Saint Thomas Qualified Settlement Fund Administrative Expenses (the "Expense Motion"). This Expense Motion was unopposed.

3. For good cause shown as more fully explained in the Expense Motion, Epiq Class Action & Claims Solutions, Inc. as previously appointed Fund Administrator and Escrow Agent of the Saint Thomas Qualified Settlement Fund, shall issue payment to:

- Mr. Dan Balhoff in the amount of $60,000 for his work as Claims Administrator

{004663/12496/00425198.DOCX / Ver.1}

for the Saint Thomas settlement;

- Epiq Class Action & Claims Solutions, Inc. in the amount of $39,375.51 for the work performed as Escrow Agent and Fund Administrator and invoiced through June of 2017.

**SO ORDERED.**

Date: June 30, 2017             _____
                                 Judge Rya Zobel