UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | | |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | | |
| Handy, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ | | |

**JOINT FILING OF SUMMARY OF
REMAINING CASES**

Pursuant to the Third Amended Order Setting Discovery Deadlines (Dkt. 3301), the parties jointly submit the following chart summarizing the cases pending in MDL No. 2419 against the Box Hill Defendants. Two of these cases, Belinda Dreisch and Bahman Kashi (deceased), have been selected as bellwether cases for trial. Defendants do not stipulate to these facts for trial, but concede that it is anticipated that the facts as presented below are what Plaintiffs intend to prove in the following cases:

| Plaintiff | Injuries |
| --- | --- |
| Armetta (PR of Estate of John Millhausen), et al. No.1:14-cv-14022-RWZ | Wrongful death and survival action based on the death of John Millhausen, an 84 year old male who was injected with NECC MPA by Dr. Bhambhani at Box Hill on August 24, 2012. Mr. Millhausen was diagnosed with fungal meningitis, which required hospitalization for over 30 days and hospice care for five days. He experienced acute kidney injury from anti-fungal drugs, toxic encephalopathy, and hospital-acquired pneumonia. Mr. Millhausen died from fungal meningitis on November 15, 2012, and is survived by his loved ones, including three adult children. |
| Bowman, PR of Estate of Edna Young), et al. No. 1:14-cv-14028-RWZ | Wrongful death and survival action brought by Personal Representative and the granddaughter of Edna C. Young, who was injected with NECC MPA by Dr. Bhambhani at Box Hill on June 13, July 20, and August 24, 2012. It is believed that only the last injection used MPA from one of the three NECC recalled lots. Ms. Young was diagnosed with fungal meningitis, hospitalized three times, and died at age 97 on 12/31/12. |
| Davis, et al. No.1:14-cv-14033-RWZ | Teresa Davis was injected with NECC MPA on July 20 and August 17, 2012. It is believed that only the last injection used MPA from one of the three NECC recalled lots. At age 55, she was diagnosed with fungal meningitis, underwent extensive medical treatment, and was administered anti-fungal medications for 90 days. |
| Dreisch, et al. No.1:14-cv-14029-RWZ | Belinda Dreisch was injected with NECC MPA by Dr. Bhambhani at Box Hill on July 13 and August 24, 2012. It is believed that only the last injection used MPA from one of the three NECC recalled lots. At age 56, she was diagnosed with meningitis. She alleges permanent disability as a result. Ms. Dreisch was hospitalized multiple times, was on anti-fungal medications for 390 days, and spent 30 days in a rehabilitation facility. She has endured 13 lumbar punctures as well as other extensive diagnostic procedures and has experienced conditions such as acute kidney failure, liver toxicity, hair loss, cellulitis, and arachnoiditis. |
| Farthing No.1:14-cv-14036-RWZ | Angela Farthing received NECC MPA injections administered by Dr. Bhambhani at Box Hill on June 29 and August 31, 2012. It is believed that only the last injection used MPA from one of the three NECC recalled lots. At age 41, she was diagnosed with fungal meningitis and alleges that she |

| | |
|---|---|
| | continues to experience permanent, incurable arachnoiditis. Ms. Farthing has been hospitalized and has required rehabilitation, physical therapy, and home health care for alleged functional limitations and weakness. She was on anti-fungal medication for 230 days. She alleges complications such as brain aneurysm, stroke, spinal abscesses, surgical procedures, and acute kidney injury. |
| Handy (PR of Estate of Brenda Rozek) No.1:14-cv-14019-RWZ | Wrongful death and survival action predicated upon Plaintiff's deceased mother, Mrs. Brenda Rozek, contracting fungal meningitis which caused her death on September 16, 2012 at age 51. Mrs. Rozek, is survived by her husband, two daughters, and her parents, each of whom may claim damages under Maryland wrongful death causes of action. Ms. Handy is Personal Representative of Mrs. Rozek's estate. |
| Kashi (PR of Estate of Bahman Kashi), et al. No.1:14-cv-14026-RWZ | Wrongful death and survival action brought on behalf of the Estate of Bahman Kashi, and by his wife and 4 adult children. Mr. Kashi was an 85 year old male who Dr. Bhambhani injected with NECC MPA on September 5, 2012 at Box Hill. He was diagnosed with fungal meningitis and hospitalized for 92 days. Plaintiffs allege that he experienced multiple complications, including cerebrovascular accident, sepsis, pneumonia, liver damage and deep vein thrombosis (DVT). Mr. Kashi died on January 28, 2013. |
| Torbeck No.1:14-cv-14023-RWZ | Linda Torbeck was injected with NECC MPA by Dr. Bhambhani at Box Hill on August 31, 2012. At age 66, she was diagnosed with fungal meningitis, requiring two hospitalizations, extensive medical treatments, and physical therapy. Ms. Torbeck required antifungal medication for 416 days. She alleges that she suffered complications, including arachnoiditis, acute kidney injury, and anemia. |

Respectfully Submitted,

/s/ Gregory K. Kirby
Gregory K. Kirby
**Pessin Katz Law, P.A.**
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
gkirby@pklaw.com
410-938-8800
410-832-5600 Fax
*Attorneys for Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C.*

/s/ Patricia J. Kasputys
Patricia J. Kasputys, Esq. (*Pro hac vice*)
Jay D. Miller, Esq. (*Pro hac vice*)
Glenn E. Mintzer, Esq. (*Pro hac vice*)
Sharon L. Houston, Esq. (*Pro hac vice*)
**Law Offices of Peter G. Angelos, P.C.**
One Charles Center
100 North Charles Street
Baltimore, Maryland 21201
410-649-2000
410-649-2101 Fax
pkasputys@lawpga.com
jmiller@lawpga.com
gmintzer@lawpga.com
shouston@lawpga.com

*Attorneys for Plaintiffs Armetta, Bowman, Davis, Dreisch, Farthing, Kashi and Torbeck*

/s/ Harry M. Roth
Harry M. Roth, Esq. (*Pro hac vice*)
Michael Coren, Esq.
**Cohen, Placitella & Roth PC**
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103
215-567.3500
215- 567-6019 Fax
hroth@cprlaw.com
mcoren@cprlaw.com
*Attorneys for Plaintiff Handy*

## CERTIFICATE OF SERVICE

I, Patricia J. Kasputys, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the defendants in the above-referenced individual cases, and will be sent to these parties by operation of the CM/ECF system.

Dated: July 10, 2017

/s/ Patricia J. Kasputys
Patricia J. Kasputys