IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICE OF MASSACHUSETS

| | | |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | : : : | Document Electronically Filed<br><br>MDL NO.: 1:13-MD-2419-RWZ |

| | |
|---|---|
| THIS DOCUMENT RELATES TO<br>Bane vs. Inspira Health Network Inc., et al<br>Docket No.: 1:14-cv-13599-RWZ | : : : |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Jeffrey P. Fritz, Esquire as counsel for Plaintiff James Bane in connection with the above matter.

**SOLOFF & ZERVANOS**

**BY:** _____
**Jeffrey P. Fritz, Esquire**

Dated: _____

# CERTIFICATE OF SERVICE

Pursuant to Local Rules 5.2(b) (2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first class mail to those indicated as non-registered participates if any, on _____.

**SOLOFF AND ZERVANOS**

BY: *Jeffrey P. Fritz /s/*
Jeffrey P. Fritz, Esquire

DATED: _____