UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

| | | |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | * * * | MDL No.: 2419<br>Docket No.: 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO ALL CASES AGAINST THE BOX HILL DEFENDANTS | * * | |

___

### BOX HILL DEFENDANTS' MOTION FOR LEAVE TO APPEAR VIA TELEPHONE AT JULY 20, 2017 STATUS CONFERENCE

Defendants, by their undersigned counsel, hereby move this Court to allow attorneys Catherine W. Steiner and Gregory K. Kirby to appear via telephone at the July 20, 2017 Status Conference before the Honorable Rya W. Zobel, for reasons explained below:

1. Ms. Steiner and Mr. Kirby represent the Defendants in the above-captioned matter. They are located in Maryland and are unable to appear in Boston in person. They are both admitted to practice *pro hac vice* before this Court in the MDL proceedings. It would place an undue burden and expense on Ms. Steiner and Mr. Kirby to be required to travel to Massachusetts for the scheduled Status Conference.

2. Accordingly, Ms. Steiner and Mr. Kirby respectfully requests to appear for the Status Conference via telephone before Judge Rya W. Zobel on July 20, 2017, at 2:00 p.m.

WHEREFORE, Defendants respectfully request that the undersigned attorneys be permitted to appear by telephone during the July 20, 2017, Status Conference.

Respectfully Submitted.

/s/ Gregory K. Kirby
Catherine W. Steiner
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland  21204
(410) 938-8800
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I, Gregory K. Kirby, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic Filing (NEF), including the attorneys representing the Plaintiffs in the above-referenced cases, and will be sent to these parties by operation of the CM/ECF system.

Dated:  July 17, 2017          /s/ Gregory K. Kirby
                               Gregory K. Kirby