UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs, | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | **PLAINTIFFS' MOTION FOR LEAVE TO APPEAR VIA TELEPHONE AT JULY 20, 2017, STATUS CONFERENCE** |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ | |

Plaintiffs, by their undersigned counsel, hereby move for this Court to allow attorneys

Patricia J. Kasputys, Jay D. Miller, Glenn E. Mintzer, Sharon L. Houston, Harry M. Roth, and

1

Michael Coren, to appear via telephone at the July 20, 2017 Status Conference before the Honorable Rya W. Zobel, and in support thereof, state as follows:

1. Attorneys Patricia J. Kasputys, Jay D. Miller, Glenn E. Mintzer, and Sharon L. Houston represents Plaintiffs, Armetta, Bowman, Davis, Dreisch, Farthing, Kashi, and Torbeck in the above-captioned matters. They are admitted to practice *pro hac vice* before this Court in this MDL proceeding and have appeared regularly at the monthly MDL Status Conferences.

2. Attorneys Harry Roth and Michael Coren represents Plaintiff Handy in the above-captioned matters. They are admitted to practice *pro hac vice* before this Court in this MDL proceeding and have appeared regularly at the monthly MDL Status Conferences.

3. Attorneys Patricia J. Kasputys, Jay D. Miller, Glenn E. Mintzer, Sharon L. Houston, Harry M. Roth, and Michael Coren may speak as necessary regarding issues in the above-captioned cases. Ms. Kasputys, Mr. Miller, Mr. Mintzer, and Ms. Houston are located in Maryland. Mr. Roth and Mr. Coren are located in Philadelphia. Traveling to Boston for the July 20, 2017 Status Conference would be an undue burden and expense.

4. Accordingly, the above-referenced attorneys seek leave to appear and speak via telephone for the July 20, 2017, Status Conference.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court (1) grant Plaintiffs' Motion for Leave to Appear by Telephone at the July 20, 2017, Status Conference in front of the Honorable Rya W. Zobel, and (2) permit counsel Patricia J. Kasputys, Jay D. Miller, Glenn E. Mintzer, Sharon L. Houston, Harry M. Roth and Michael Coren to be heard on the issues when appropriate and necessary.

Dated: July 18, 2017

Respectfully submitted,

/s/ Patricia J. Kasputys
Patricia J. Kasputys
Jay D. Miller
Glenn E. Mintzer
Sharon L. Houston
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street
22nd Floor
Baltimore, MD  21201
410-649-2000
Pkasputys@lawpga.com
jmiller@lawpga.com
gmintzer@lawpga.com
Shouston@lawpga.com

*Attorneys for Plaintiffs Armetta, Bowman, Davis, Dreisch, Farthing, Kashi, Torbeck, et al.*

/s/ Michael Coren
Harry M. Roth
Michael Coren
Cohen, Placitella & Roth, P.C.
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA  19103
215-567-3500
HRoth@cprlaw.com
MCoren@cprlaw.com

*Attorneys for Plaintiff Handy*

## CERTIFICATE OF SERVICE

    I, Patricia J. Kasputys, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the defendants in the above-referenced individual cases, and will be sent to these parties by operation of the CM/ECF system.

Dated: July 18, 2017         /s/ Patricia J. Kasputys
                                                     Patricia J. Kasputys

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs, | ) ) ) ) ) | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: | ) ) | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ | ) ) ) ) | |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ | ) ) ) ) | **ORDER GRANTING PLAINTIFFS' MOTION TO APPEAR VIA TELEPHONE AT JULY 20, 2017 STATUS CONFERENCE** |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ | ) ) ) ) | |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ | ) ) ) ) | |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ | ) ) ) ) | |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ | ) ) ) ) | |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ | ) ) ) ) | |
| Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ | ) ) | |

The Court, having considered Plaintiffs' Motion, and good cause appearing therefor,

IT IS this _____ day of _____, 2017, ORDERED that Plaintiffs'

Motion for Leave to Appear via Telephone at the July 20, 2017 Status Conference scheduled by this Court is hereby GRANTED.

                                              _____
                                              RYA T. ZOBEL
                                              JUDGE
                                              U.S. DISTRICT COURT FOR THE
                                              DISTRICT OF MASSACHUSETTS