# Sara Delphia Culp Andrews
(DOB: 6.17.1932
DOD: 12.15.2013)



Children of Sara Delphia Culp Andrews



| Debbie Denise Andrews **(DECEASED)** | **Roger Eugene Culp** *11621 Bridgeport Rd. Taneytown, MD 21787* | **Joseph Andrews** *2327 Cantle Lane Rke., VA 24018* | **William Dale Andrews, Jr.** *Status and Location Unknown* | **Charles E. Andrews** *3733 Summerplace VA Beach, VA 23453* | James Kevin Andrews **(DECEASED)** |
|---|---|---|---|---|---|
| **Brandon Andrews (43)** **a/k/a Nafar Pierson (SO# P01083077)** *Fulton County Jail 901 Rice Street Atlanta, GA 30318* | | | | | **Alexis Andrews (  )** *C/O CooleySublettPearson Stuart J. Pearson, Esq. 2965 Colonnade Dr., Ste. 200 Rke., VA 24018* |
| **Tosha Andrews (32)** *2327 Cantle Lane Rke., VA 24018* | | | | | **Laura Jennings (22)** *2721 Deerfield Road, SW Rke., VA 24015* |
| **Nina Andrews (39)** *322 Liberty Road, NE Roanoke, VA 24012* | | | | | **Cassie Jennings (27)** *2721 Deerfield Road, SW Rke., VA 24015* |
| **Rodney Andrews (35)** *C/O Johnson Ayers & Matthrews John D. Eure, Esq. 310 First Street, SW Suite 700 Rke., VA 24011* | | | | | **Corey Jennings (27)** *2426 Westover Ave. Rke., VA 24015* |
| | | | | | **Michael Gilmer (27)** *716 Welton Avenue Rke., VA 24015* |