UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: ) ) | |
| Case No. 1:14-cv-13509-RWZ ) ) | |

## AFFIDAVIT FOR ORDER OF PUBLICATION

COMES NOW Patrick T. Fennell, counsel for Tosha Andrews, Administrator of the Estate of Sara D. Culp, also known as Sara D. Andrews, deceased, who is seeking service on William Dale Andrews by order of publication pursuant to Va. Code §§ 8.01-316 and 317, and states under oath that diligence has been used without effect to ascertain his address and location.

Date:  July 20, 2017

Respectfully Submitted

*/s/ Patrick T. Fennell*

Patrick T. Fennell, VSB 40393
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

Counsel for Tosha Andrews, Administrator
of the Estate Sara D. Culp, also known as
Sara D. Andrews, deceased

COMMONWEALTH OF VIRGINIA        )
                                )   To-wit:
CITY OF ROANOKE                 )

Subscribed and sworn to before me, the undersigned Notary Public, this 20th day of July, 2017, by Patrick T. Fennell.

_Carey M. Hargenrader_
Notary Public

My commission expires: July 31, 2017

Registration No.: 369463

CAREY M. HARGENRADER
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #369463
My Commission Expires July 31, 2017

2