**CERTIFICATE/LETTER OF QUALIFICATION**     Court File No. **140000002**
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 6.2-893, 6.2-1171, 6.2-1365, 6.2-1367, 64.2-2011, 64.2-506, 64.2-607

**Roanoke City** Circuit Court

I Brenda S. Hamilton, the duly qualified clerk of this Court, **CERTIFY** that on **January 2, 2014**
                                                                                                                                        DATE

**Tosha Andrews**                                                            ,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this court, under applicable provisions of law, as **Administrator** under Va. Code § 8.01-50 64.1-75.1 of the estate of

**SARA D. CULP  also known as: Sara D. Andrews**
☒ DECEASED   ☐ MINOR   ☐ INCAPACITATED

The powers of the fiduciary(ies) named above continue in full force and effect.

**$100.00** bond has been posted without surety as the law directs.

Given under my hand and the seal of this Court on

January 2, 2014
DATE

**Brenda S. Hamilton** , Clerk
by *Kim Simmons* , Deputy Clerk

FORM CC-1625 MASTER 10/12