UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tosha Andrews, A'or of the Estate of Sara D. Culp, a/k/a Sara D. Andrews, deceased, v. Insight Health Corp., et al.*<br><br>Case No. 1:14-cv-13509-RWZ | MDL No. 1:13-md-2419-RWZ |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on October 4, 2017, at 2:00 p.m. or as soon thereafter as counsel may be heard, before the Hon. Rya W. Zobel, Judge, United States District Court, sitting in the District of Massachusetts, in the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, petitioner Tosha Andrews, Administrator of the Estate of Sara D. Culp, a/k/a Sara D. Andrews, deceased, will move the court to enter an order pursuant to the Petition for Final Approval of Distribution of Wrongful Death Settlement Proceeds Pursuant to Va. Code § 8.01-55.  A copy of the Petition and proposed Order are enclosed with this Notice.

You have the right to file a written response to the Petition and proposed Order stating your position on any issue in the case, including the amount of money you feel should be distributed to yourself and/or any other statutory beneficiary of the decedent's estate.  If you desire to file a written statement it must be typed, no more than three pages in length and reference the name of the case and case number: *Tosha Andrews, A'or of the Estate of Sara D. Culp, a/k/a Sara D. Andrews, deceased, v. Insight Health Corp. et al.* Case No. 1:14-cv-13509-RWZ.  The statement should be mailed to "U.S. District Court, Clerk's Office, 1 Courthouse

Way, Boston, Massachusetts 02210.  In addition, you may appear and be heard in person at the hearing at the aforementioned address, or, alternatively, you may participate in the hearing by video conference from the U.S. District Court located at 210 Franklin Road, S.W., Roanoke, Virginia 24011.

| | |
|---|---|
| Date: August 10, 2017 | Respectfully Submitted |
| | /s/Patrick T. Fennell |
| | Patrick T. Fennell, VSB 40393 |
| | Crandall & Katt |
| | 366 Elm Avenue, S.W. |
| | Roanoke, Virginia 24016 |
| | Telephone:  540/342-2000 |
| | Facsimile:  540/400-0616 |
| | pfennell@crandalllaw.com |
| | |
| | Counsel for Tosha Andrews, Administrator of the Estate of Sara D. Culp, a/k/a Sara D. Andrews, deceased. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which then sent a notification of electronic filing (NEF) to counsel of record.

/s/Patrick T. Fennell