UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: *Simas v. Abdul R. Barakat, M.D., and Ocean State Pain Management, P.C.* 1:13-cv-10943-RWZ *Schmiedeknecht v. Abdul R. Barakat, M.D., and Ocean State Pain Management, P.C.* RI Super. Ct. Civil Action No. PC-2013-3207 (Intervening Defendants) | MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

**NOTICE OF THE DEFENDANTS, OCEAN STATE PAIN MANAGEMENT, P.C., AND ABDUL R. BARAKAT, M.D., OF MOTION FOR LEAVE TO INTERVENE IN THE MDL AND REQUEST FOR CLARIFICATION OF THE COURT'S JULY 5, 2017 ORDER**

The defendants, Abdul R. Barakat, M.D., and Ocean State Pain Management, P.C., as parties to pending Rhode Island Superior Court Civil Action No. PC-2013-3207, *Patricia Schmiedeknecht and Wayne Schmiedeknecht, Sr., Individually and as p.p.a. Grace E. Schmiedeknecht, a minor, and Allison K. Newcum v. Abdul R. Barakat M.D., Ocean State Pain Management, P.C., Rex Appenfeller, Anchor Medical Associates, P.C., and Lifespan MSO, Inc.*, hereby give notice of the filing of Motion of the Defendants, Abdul R. Barakat, M.D., and Ocean State Pain Management, P.C., to Intervene in the MDL and Request for Clarification of the Court's July 5, 2017 Order, attached hereto as Exhibit A.

Respectfully submitted,
Abdul R. Barakat, M.D., and
Ocean State Pain Management, P.C.,
By their attorneys,

/s/ Allyson M. Gray
_____

Allyson M. Gray, Esq.
RI Reg. #9285
MA BBO #691843
**CAPPLIS, CONNORS, & CARROLL, P.C.**
18 Tremont Street, Suite 330
Boston, MA 02108
Tel: (617) 227-0722
Fax: (617) 227-0772
agray@ccclaw.org

Dated: August 16, 2017

### **CERTIFICATE OF SERVICE**

    I hereby certify that on August 16, 2017, I served the above Motion upon the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ Allyson M. Gray
Allyson M. Gray, Esq.
RI Reg. #9285
MA BBO #691843
Attorney for Defendants,
Ocean State Pain Management, P.C., and
Abdul R. Barakat, M.D.