UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-13509-RWZ | MDL No. 1:13-md-2419-RWZ |

## ORDER APPOINTING GUARDIAN *AD LITEM*

THIS DAY CAME Petitioner Tosha Andrews, personal representative and duly qualified administrator of the Estate of Sara D. Culp (a/k/a Sara D. Andrews), deceased, ("Petitioner"), and moved the Court to appoint attorney Timothy D. Dooley as Guardian *ad litem* of Brandon Andrews, a statutory beneficiary in this wrongful death case under Virginia law.

WHEREUPON, after consideration of the Motion, the representations of counsel and the consent of the parties involved, the Court finds that Timothy D. Dooley, of the law firm Dooley Law, PLC in Vinton, Virginia is a discrete and competent attorney at law, and has given his consent to this appointment.

It is therefore ORDERED that Timothy D. Dooley is appointed Guardian *ad litem* for Brandon Andrews for the purposes of the Petition for Approval of Compromise Settlement of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55. Payment for Mr. Dooley's services will be the responsibility of the petitioner.

ENTER, this _____ day of September, 2017.

_____
U.S. District Court Judge

Date: September 6, 2017

I ASK FOR THIS:

By: /s/ Patrick T. Fennell
Patrick T. Fennell, Esq. (VSB 40393)
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
T: (540) 342-2000
F: (540) 400-0616
pfennell@crandalllaw.com

*Counsel for Plaintiff Tosha Andrews, Administrator of the Estate of Sara D. Culp a.k.a. Sarah D. Andrews, Deceased*

SEEN AND AGREED:

By: /s/ Stephen D. Busch
Stephen D. Busch, Esq. (*pro hac vice*)
Christopher E. Trible, Esq. (*pro hac vice*)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219-4030
T: (804) 775-1000
F: (804) 775-1061
sbusch@mcguirewoods.com
ctrible@mcguirewoods.com

*Counsel for Defendants Insight Health Corp., Insight Health Services Corp., and Insight Health Services Holdings*

By: /s/ John T. Jessee
John T. Jessee, Esq.
Nancy Reynolds, Esq.
LeClairRyan, PC
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
T: (540) 510-3018
F: (540) 510-3050
John.jessee@leclairryan.com

*Counsel for Defendants Robert O'Brien, MD, John M. Mathis, MD, and Image Guided Pain Management PC*