UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-13509-RWZ | MDL No. 1:13-md-2419-RWZ |

## NOTICE OF FILING OF WRITTEN STATEMENT OF RODNEY ANDREWS

Petitioner Tosha Andrews, Administrator of the Estate of Sara D. Culp, a/k/a/ Sara D. Andrews, deceased, hereby gives notice of the filing of the Written Statement of Rodney Andrews, a statutory beneficiary in this case. The Written Statement of Rodney Andrews is attached hereto as <u>Exhibit A</u>.

Date: September 8, 2017

Respectfully Submitted

By: /s/ Patrick T. Fennell
Patrick T. Fennell, Esq. (VSB 40393)
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
T: (540) 342-2000
F: (540) 556-0469
pfennell@crandalllaw.com

*Counsel for Plaintiff Tosha Andrews,*
*Administrator of the Estate of Sara D.*
*Culp a.k.a. Sarah D. Andrews*

# **CERTIFICATE OF SERVICE**

I certify that, on September 8, 2017, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and will be delivered to the following via electronic mail:

John D. Eure, Esq.
Johnson Ayers & Matthews, PLC
210 First Street, S.W., Suite 300
First Campbell Square
Roanoke, Virginia 24011-1606
Telephone:  540/767-2000
Facsimile:  540/982-1552
jeure@jamlaw.net

*Guardian ad Litem for Rodney Andrews*

Timothy D. Dooley, Esq.
Dooley Law PLC
PO Box 1037
Vinton, Virginia 24179
Telephone:  540/627-5140
Facsimile:  540/227-6301
doolawva@gmail.com

Stuart J. Pearson, Esq.
Cooley Sublett Pearson
2965 Colonnade Drive, Suite 200
Roanoke, Virginia 24018
Telephone: 540/343-2451
Facsimile: 540/345-6417
spearson@cooleysublett.com

*Counsel for Alexis Andrews*

            By: /s/ Patrick T. Fennell
            Patrick T. Fennell