UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
)
THIS DOCUMENT RELATES TO: )
) MDL No. 1:13-md-2419-RWZ
*Tosha Andrews, A'or of the Estate of Sara D. Culp,* )
*a/k/a Sara D. Andrews, deceased, v. Insight Health* )
*Corp., et al.* )
)
Case No. 1:14-cv-1350-RWZ )

## WRITTEN STATEMENT OF RODNEY ANDREWS

I am writing in regards to my relationship with my grandmother, Sara Culp Andrews, and on how I feel the money should be distributed. I grew up around my grandmother up until I was about 12 or so. I then would see and talk to her from time to time. She raised my sister, Tosha Andrews. I was raised by my father's parents so of course I did not get to see her as much as Tosha, my sister, did. I feel that everyone has come out of hiding since the talk of money has come up. It's not right to me that no one was there for my grandmother when she needed them. Most all they care about is money and that is sad. I was incarcerated at the time of my grandmother's sickness and death. I would have been there every day if I could have been. My father is paralyzed [and] has been over 20 years. I took care of him for 10 to 12 years so I would have done the same for my grandmother. No one on the list of family members was there with my grandmother when she was sick and dying but my sister Tosha. I knew my grandmother and she knew me. We had a good relationship. I miss her dearly. I would give all the money to have her back. Myself, Joseph Andrews, Charles

Andrews, Brandon Andrews, Tosha Andrews, and Nina Andrews have all shared a relationship with our grandmother. And, of course, my mother, Debbie Andrews, growing up. The names I've written down are who should have rights to any money from my grandmother's death. No one else even knew my grandmother or took the time to know her. Sad but true. I love and miss my grandmother. I can remember times she would cook for us and my other brother and sisters and she would make sure we ate everything on our plates. Grandma did not "play". She would tell you like it was, but she had a kind sweet side. She will always be missed. Thank you for your time and for listening.

Sincerely,

*Rodney Andrews by John D. Eure, GAL*
/S/ RODNEY ANDREWS
[Transcribed from Mr. Andrew's manuscript by his GAL, John D. Eure, Esquire]