UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

THIS ORDER APPLIES TO ALL ACTIONS INVOLVING
THE BOX HILL DEFENDANTS[1]

ORDER

September 11, 2017

ZOBEL, S.D.J.

Box Hill Defendants' Motion for Leave to File Motions for Summary Judgment (Docket # 3439) is ALLOWED.  Defendants shall file their motions, with supporting memoranda of law and concise statement of material facts, by September 18, 2017.  Plaintiffs' shall file their opposition by October 2, 2017.  Replies of no more than three pages may be filed no later than October 10, 2017.

|  |  |
|---|---|
| September 11, 2017 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | SENIOR UNITED STATES DISTRICT JUDGE |

---

[1]  Ritu Bhambhani, M.D.; Ritu Bhambhani, M.D., LLC; and Box Hill Surgery Center, LLC.