# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | ) MDL No. 2419 ) ) Docket No. 1:13-md-2419 (RWZ) |
| This document relates to: ) | |
| Armetta, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14022-RWZ | ) ) ) ) |
| Bowman, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14028-RWZ | ) ) ) ) |
| Davis, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14033-RWZ | ) ) ) ) |
| Dreisch, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14029-RWZ | ) ) ) ) |
| Farthing, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14036-RWZ | ) ) ) ) |
| Kashi, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14026-RWZ | ) ) ) ) |
| Torbeck, et al. v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14023-RWZ | ) ) ) ) |
| Handy, et al. v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ | ) ) |

**[PROPOSED] FOURTH AMENDED ORDER**
**SETTING DISCOVERY DEADLINES**
**AND STAYING CASE-SPECIFIC**
**DISCOVERY DEADLINES IN THE BELINDA DREISCH CASE**

Boal, M.J.

Upon consideration of the parties' Joint Motion to Modify Third Amended Order Setting Discovery Deadlines and to Stay Case-Specific Discovery in the Belinda Dreisch Case, the Court hereby GRANTS the requested relief as follows:

1. Bahman Kashi, et al. case: Completion of Case-Specific Depositions: November 6, 2017; and

2. Belinda Dreisch, et al case: Case-Specific Discovery Deadlines are stayed until further Order of Court.

**IT IS SO ORDERED,** this _____ day of _____, 2017.

_____
HONORABLE JENNIFER C. BOAL
United States Magistrate Judge

cc: Patricia J. Kasputys, Esq.
    Jay D. Miller, Esq.
    Glenn E. Mintzer, Esq.
    Sharon L. Houston, Esq.
    Harry M. Roth, Esq.
    Michael Coren, Esq.
    Catherine W. Steiner, Esq.
    Gregory K. Kirby, Esq.