UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-13508-RWZ | MDL No. 1:13-md-2419-RWZ |

**ORDER SUBSTITUTING PARTY PLAINTIFF**

The Estate of Sydney M. Creasy, deceased, by counsel, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, moves the Court's entry of an order substituting as the new party plaintiff John D. Eure, Esq., Administrator of the Estate of Sydney M. Creasy, deceased.

Upon consideration of the motion and the evidence submitted in conjunction with the motion, and for good cause shown, it is hereby ORDERED that John D. Eure, Esq., Administrator of the Estate of Sydney M. Creasy, deceased, shall be, and he hereby is, substituted as the party plaintiff in this case.

ENTER, this _____ day of _____, 2017.

_____
United States District Court Judge

I request entry of this order:

/s/Patrick T. Fennell
Patrick T. Fennell, VSB 40393
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

Counsel for John D. Eure, Esq.,
Administrator of the Estate of Sydney
Creasy, deceased.