| | |
|---|---|
| **CERTIFICATE/LETTER OF QUALIFICATION** | Court File No. **13-012** |
| COMMONWEALTH OF VIRGINIA | |
| VA. CODE §§ 6.2-893, 6.2-1171, 6.2-1365, 6.2-1367, 64.2-2011, 64.2-506, 64.2-607 | |

**Martinsville** Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on **February 12, 2013**
                                                                                                                        DATE

**Tamela Maravene Miller**
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this court, under applicable provisions of law, as **Executor** of the estate of

**Sydney Maravene Creasy**
☒ DECEASED    ☐ MINOR    ☐ INCAPACITATED

The powers of the fiduciary(ies) named above continue in full force and effect.

**$80,000.00** bond has been posted.

Given under my hand and the seal of this Court on

February 12, 2013
DATE

                                                              **Ashby R. Pritchett**, Clerk

                                                              by _[signature]_, Deputy Clerk



FORM CC-1625 MASTER 10/12