# NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
## N.C. VITAL RECORDS
### CERTIFICATE OF DEATH

MAR 0 1 2017

REGISTRATION DISTRICT NO. 072-00   LOCAL NO. _____   COUNTY OF DEATH: Perquimans   STATE FILE NO. 012845

**DECEDENT**

- 1a. FIRST: Tamela
- 1b. MIDDLE: Maravene
- 1c. LAST: Miller
- 1d. SUFFIX:
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: Willis
- 2. SEX: F
- 3a. AGE-LAST BIRTHDAY (Yrs): 56
- 4. DATE OF BIRTH: [redacted]
- 5. BIRTHPLACE: Greenville, SC
- 6. DATE OF DEATH: 02/21/2017

7. PLACE OF DEATH: Nursing home/Long term care facility
- 7c. FACILITY NAME: Hertford Manor
- 7d. CITY OR TOWN: Hertford
- 7e. COUNTY OF DEATH: Perquimans

- 8. MARITAL STATUS: Widowed
- 9. SURVIVING SPOUSE: 
- 10a. DECEDENT'S USUAL OCCUPATION: Homemaker
- 10b. KIND OF BUSINESS/INDUSTRY: Own Home

- 11. SOCIAL SECURITY NUMBER: [redacted]
- 12a. RESIDENCE-STATE: NC
- 12b. COUNTY: Perquimans
- 12c. CITY OR TOWN: Hertford
- 12d. STREET AND NUMBER: 464 Two Mile Desert Road
- 12e. INSIDE CITY LIMITS: No
- 12f. ZIP CODE: 27944
- 13. WAS DECEDENT EVER IN U.S. ARMED FORCES?: No

- 14. DECEDENT'S EDUCATION: Some college credit, but no degree
- 15. DECEDENT OF HISPANIC ORIGIN?: No, not Spanish/Hispanic/Latino
- 16. DECEDENT'S RACE: White

**PARENTS**
- 17. FATHER'S NAME: Kenneth Willis
- 18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Sydney Creasy

- 19a. INFORMANT'S NAME: Robin A. Sawyer
- 19b. RELATIONSHIP TO DECEDENT: Son
- 19c. MAILING ADDRESS: 105 Beech Lane, Washington, NC 27889

**DISPOSITION**
- 20a. METHOD OF DISPOSITION: Donation
- 20b. PLACE OF DISPOSITION: Medcure
- 20c. LOCATION: Orlando, FL
- 21a. SIGNATURE OF FUNERAL DIRECTOR: [signature]
- 21b. LICENSE NUMBER: FS 18
- 22. NAME AND ADDRESS OF FUNERAL HOME: Twiford Funeral Homes/Elizabeth City, 405 E. Church Street, Elizabeth City, NC 27909

**MEDICAL CERTIFICATION**

23. Part I.
- a. IMMEDIATE CAUSE: Brain metastases — Approximate Interval: 1 yr
- b. Cervical carcinoma — 6 yrs
- c.
- d.

PART II. Other significant conditions: COPD, Severe Edema

- 24a. WAS AN AUTOPSY PERFORMED?: No
- 24b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?:

- 25. MANNER OF DEATH: Natural
- 26a. WAS CASE REFERRED TO MEDICAL EXAMINER?: No
- 27. TIME OF DEATH: 10:43 am
- 28. DID TOBACCO USE CONTRIBUTE TO DEATH?: Probably
- 29. IF FEMALE: Not pregnant within past year

**MEDICAL EXAMINER ONLY**
- 30. DATE PRONOUNCED:
- 31a. DATE OF INJURY:
- 31b. TIME OF INJURY:
- 31c. INJURY AT WORK?:
- 31d. PLACE OF INJURY:
- 31e. IF TRANSPORTATION INJURY SPECIFY:
- 31f. DESCRIBE HOW INJURY OCCURRED:
- 31g. LOCATION OF INJURY:

**CERTIFIER**
- 32. CERTIFIER: Certifying physician/nurse practitioner/physician assistant
- 33a. SIGNATURE AND TITLE OF CERTIFIER: [signature] MD
- 33b. LICENSE NUMBER: 9401086
- 33c. DATE SIGNED: Feb 22 2017
- 33d. NAME AND ADDRESS OF CERTIFIER: NINA H WARD MD, 1201 Carolina Ave, Washington DC 27850

**REGISTRAR**
- 34. FOR LOCAL REGISTRAR: R. Battle Betts, Jr., MPA
- 35. DATE FILED: 02.22.2017
- 36. DATE REGISTERED BY STATE: MAR 2 7 2017

Substitute For DHHS 1872 (REVISED 05/15) N.C. VITAL RECORDS

RTF

1043