CERTIFICATE/LETTER OF QUALIFICATION - Court File No. <u>I70000608</u>
FOR PROSECUTION OR DEFENSE OF CIVIL ACTION
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 64.2-454

<u>Roanoke City</u> Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, CERTIFY that on <u>September 8, 2017</u>
                                                                                                                          DATE

<u>John D. Eure Administrator</u>,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this Court, under the provisions of Virginia Code § 64.2-454, as administrator of the estate of

<u>SYDNEY MARAVENE CREASY</u>, deceased, solely for the purpose of prosecution or defense of a civil action for personal injury and/or death by wrongful act.

The powers of the fiduciary(ies) named above continue in full force and effect.

<u>$5,000.00</u> bond has been posted, without surety as the law directs

Given under my hand and the seal of this Court on

<u>September 8, 2017</u>
DATE

                                                               <u>Brenda S. Hamilton</u>, Clerk

                                                          by <u>Cecilia McGhee</u>, Deputy Clerk