UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-13508-RWZ<br>1:14-cv-13509-RWZ | MDL No. 1:13-md-2419-RWZ |

**PLAINTIFFS' MOTION FOR LEAVE TO APPEAR VIA TELEPHONE AT SEPTEMBER 21, 2017 STATUS CONFERENCE**

Plaintiffs, by their undersigned counsel, hereby move this Court to allow attorney Patrick T. Fennell to appear via telephone at the September 21, 2017 Status Conference before the Honorable Rya W. Zobel, to address the Plaintiffs' Motion to Substitute Party Plaintiff and Supporting Memorandum (Doc. 3447) and Motion for Appointment of Guardian Ad Litem (Doc. 3440).

WHEREFORE, Plaintiffs respectfully request that the undersigned counsel be permitted to appear via telephone during the September 21, 2017 Status Conference, and request such other relief as this Court deems just and proper under the circumstances.

Respectfully Submitted,

/s/Patrick T. Fennell
Patrick T. Fennell, VSB 40393
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

Counsel for John D. Eure, Administrator of the Estate of Sydney Creasy, deceased

        And

        Counsel for Tosha Andrews, Administrator of the Estate of Sara D. Culp, a.k.a. Sarah D. Andrews, deceased.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which then sent a notification of electronic filing (NEF) to counsel of record.

        /s/ Patrick T. Fennell
        Patrick T. Fennell