UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-13509-RWZ | MDL No. 1:13-md-2419-RWZ |

**CERTIFICATE OF SERVICE**

I, Patrick T. Fennell, counsel for Tosha Andrews, Administrator of the Estate of Sara D. Culp, a/k/a Sara D. Andrews, do hereby certify that I caused one copy of each of the following documents:

a. Petition for Entry of an Order of Publication and Final Approval of Distribution of Wrongful Death Settlement Proceeds Pursuant to Va. Code § 8.01-55 (with Exhibits A through G attached (Doc. 3425); and

b. Notice of Hearing (Doc. 3435),

to be served on each of the following individuals:

1. Brandon Andrews (Affidavit of Service attached hereto as <u>Exhibit A</u>);

2. Nina Andrews (Proof of Service attached hereto as <u>Exhibit B</u>);

3. Rodney Andrews (Acceptance of Service attached hereto as <u>Exhibit C</u>);

4. Roger E. Culp (Acceptance of Service attached hereto as <u>Exhibit D</u>);

5. Joseph Andrews (Proof of Service attached hereto as <u>Exhibit E</u>);

6. Charles E. Andrews (Proof of Service attached hereto as <u>Exhibit F</u>);

7. Alexis Andrews (Acceptance of Service attached hereto as <u>Exhibit G</u>);

8. Laura Jennings (Proof of Service attached hereto as <u>Exhibit H</u>);

9. Cassandra "Cassie" Jennings (Proof of Service attached hereto as <u>Exhibit I</u>);

10. Corey Jennings (Proof of Service attached hereto as Exhibit J); and

11. Aaron Michael Gilmer (Proof of Service attached hereto as Exhibit K).

Additionally, pursuant to Va. Code § 8.01-316, I hereby certify that William Dale Andrews, Jr. has been served by Order of Publication in accordance with Va. Code §§ 8.01-316 and 317. The Order of Publication, with required certifications from the Clerk of the Circuit Court for the City of Roanoke, Virginia, is attached hereto as Exhibit L. The Affidavit of Publication from the Publisher of the Roanoke Times, certifying publication in accordance with the Order of Publication, is attached hereto as Exhibit M.

Date: September 14, 2017               Respectfully Submitted

                                       By: /s/ Patrick T. Fennell
                                       Patrick T. Fennell, Esq. (VSB 40393)
                                       Crandall & Katt
                                       366 Elm Avenue, S.W.
                                       Roanoke, Virginia 24016
                                       T: (540) 342-2000
                                       F: (540) 556-0469
                                       pfennell@crandalllaw.com

                                       *Counsel for Plaintiff Tosha Andrews,*
                                       *Administrator of the Estate of Sara D.*
                                       *Culp a.k.a. Sarah D. Andrews*

## **CERTIFICATE OF SERVICE**

  I certify that, on September 14, 2017, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and will be delivered to the following via electronic mail:

John D. Eure, Esq.
Johnson Ayers & Matthews, PLC
210 First Street, S.W., Suite 300
First Campbell Square
Roanoke, Virginia 24011-1606
Telephone:  540/767-2000
Facsimile:  540/982-1552
jeure@jamlaw.net

*Guardian ad Litem for Rodney Andrews*


Timothy D. Dooley, Esq.
Dooley Law PLC
PO Box 1037
Vinton, Virginia 24179
Telephone:  540/627-5140
Facsimile:  540/227-6301
doolawva@gmail.com


Stuart J. Pearson, Esq.
SublettPearson PLC
2965 Colonnade Drive, Suite 200
Roanoke, Virginia 24018
Telephone: 540/343-2451
Facsimile: 540/345-6417
spearson@cooleysublett.com

*Counsel for Alexis Andrews*

Devon J. Munro, Esq.
Cranwell & Moore PLC
Post Office Box 11804
Roanoke, Virginia 24022-1804
Telephone:  540/344-1000
Facsimile:  540/344-7073
dmunro@cranwellmoorelaw.com

*Counsel for Tosha Andrews, Individually*


Roger E. Culp
11621 Bridgeport Road
Taneytown, Maryland 21787
Telephone:  301/606-5579
roger.culp@outlook.com




                                        By: /s/ Patrick T. Fennell
                                        Patrick T. Fennell