UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCT LIABILITY )
LITIGATION, )
)
THIS DOCUMENT RELATES TO: ) MDL No: 1:13-md-2419-RWZ
)
) NOTICE OF HEARING
Case No: 1:14-cv-13509-RWZ )
)

## AFFIDAVIT OF SERVICE

At the time of service I was at least 18 years of age, suffering from no legal disabilities of any kind and not a party to this action. I served the following:

1. *Notice of Hearing*

2. *Petition for Entry of an Order of Publication and final Approval of Distribution of Wrongful Death Settlement Proceeds Pursuant to VA. Code § 8.01-55.*

upon Brandon Andrews, a non-party to the above styled case, by handing the same to Brandon Andrews, by delivering and leaving with him personally a true and correct copy thereof; at his current address of Gwinnett County Sheriff's Department and Jail, 2900 University Parkway, Lawrenceville, Gwinnett County, Georgia 30043 on the 15th day of August, 2017 at 4:15 P.M.

Further Affiant Sayeth Naught.

John T. Sadler, Jr. – Process Server
A Supreme USA, LLC

Sworn to and subscribed before me
this 24 day of August, 2017.

Linda S. Kieffer
NOTARY PUBLIC
My Commission Expires: 8/9/2018

Scanned by CamScanner