UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>*Tosha Andrews, A'or of the Estate of Sara D. Culp, a/k/a Sara D. Andrews, deceased, v. Insight Health Corp., et al.* )<br>)<br>)<br>Case No. 1:14-cv-13509-RWZ )<br>) | MDL No. 1:13-md-2419-RWZ |

## PROOF OF SERVICE

I, __Selena Parsons__, hereby certify that I personally served __Nina Andrews__ with copies of the following documents:

a. The Petition (Doc. 3425) with Exhibits A through F attached; and

b. Notice of Hearing (Doc. 3435).

Location of Service: 322 Liberty Rd. NW  Roanoke, VA  24012

Time/Date of Service: 5:58 PM  a.m./p.m., on August 15, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Dated: August 15, 2017

*Selena Parsons*
Server's Signature

Selena Parsons
Server's printed name

1183 Hunters Dr.

New Castle, VA  24127
Server's Address