UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tosha Andrews, A'or of the Estate of Sara D. Culp, a/k/a Sara D. Andrews, deceased, v. Insight Health Corp., et al.*<br><br>Case No. 1:14-cv-13509-RWZ | MDL No. 1:13-md-2419-RWZ |

## ACCEPTANCE OF SERVICE

I, John D. Eure, having been appointed Guardian ad litem for Mr. Rodney Andrews in the captioned case by Order of this Court, do hereby acknowledge receipt, and accept service, of the following documents on behalf of Mr. Rodney Andrews:

1. Notice of Hearing (Doc. 3435); and

2. Petition for Entry of an Order of Publication and Final Approval of Distribution of Wrongful Death Settlement Proceeds Pursuant to Va. Code Ann. § 8.01-55, with Exhibits A through F attached (Doc. 3425).

Dated: This  8/15/17  day of August, 2017.

John D. Eure, Court appointed Guardian
ad litem for Rodney Andrews