UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: | |
| *Tosha Andrews, A'or of the Estate of Sara D. Culp, a/k/a Sara D. Andrews, deceased, v. Insight Health Corp., et al.* | |
| Case No. 1:14-cv-13509-RWZ | |

## ACCEPTANCE OF SERVICE

I, Roger E. Culp, do hereby acknowledge receipt, and accept service, of the following documents on my own behalf:

1. Notice of Hearing (Doc. 3435); and

2. Petition for Entry of an Order of Publication and Final Approval of Distribution of Wrongful Death Settlement Proceeds Pursuant to Va. Code Ann. § 8.01-55, with Exhibits A through F attached (Doc. 3425).

Dated: This _First_ day of _Sept_, 2017.

_____
Roger E. Culp