UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )          MDL No. 1:13-md-2419-RWZ
)
THIS DOCUMENT RELATES TO: )
)
*Tosha Andrews, A'or of the Estate of Sara D. Culp,* )
*a/k/a Sara D. Andrews, deceased, v. Insight Health* )
*Corp., et al.* )
)
Case No. 1:14-cv-13509-RWZ )

## PROOF OF SERVICE

I, _____Selena Parsons_____, hereby certify that I personally served

_____Joseph Andrews_____ with copies of the following documents:

a.  The Petition (Doc. 3425) with Exhibits A through F attached; and

b.  Notice of Hearing (Doc. 3435).

Location of Service: 5403 Sweetfern Dr., Roanoke, VA 24019

Time/Date of Service: 6:35 PM a.m./p.m., on August 18, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Dated: *August 18, 2017*

*Selena Parsons*
Server's Signature

Selena Parsons
Server's printed name

1183 Hunters Dr.

New Castle, VA 24127
Server's Address