UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>*Tosha Andrews, A'or of the Estate of Sara D. Culp, a/k/a Sara D. Andrews, deceased, v. Insight Health Corp., et al.* )<br>)<br>)<br>Case No. 1:14-cv-13509-RWZ )<br>) | MDL No. 1:13-md-2419-RWZ |

## PROOF OF SERVICE

I, _Shepherd McClenny_, hereby certify that I personally served _Charles E. Andrews_ with copies of the following documents:

a. The Petition (Doc. 3425) with Exhibits A through F attached; and

b. Notice of Hearing (Doc. 3435).

Location of Service: _3733 Summer Place, Virginia Beach VA 23453_

Time/Date of Service: _5:40_ a.m./p.m. on _August 23_, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Dated: _8-24-2017_

_Shepherd McClenny_
Server's Signature

_Shepherd McClenny_
Server's printed name

McCLENNY SERVICES LLC
1456 SHENANDOAH PARKWAY
CHESAPEAKE, VIRGINIA 23320
Server's Address