UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tosha Andrews, A'or of the Estate of Sara D. Culp, a/k/a Sara D. Andrews, deceased, v. Insight Health Corp., et al.*<br><br>Case No. 1:14-cv-13509-RWZ | MDL No. 1:13-md-2419-RWZ |

## ACCEPTANCE OF SERVICE

I, Stuart J. Pearson, counsel for Ms. Alexis Andrews in the captioned case, do hereby acknowledge receipt, and accept service, of the following documents on behalf of Ms. Alexis Andrews:

1. Notice of Hearing (Doc. 3435); and

2. Petition for Entry of an Order of Publication and Final Approval of Distribution of Wrongful Death Settlement Proceeds Pursuant to Va. Code Ann. § 8.01-55, with Exhibits A through F attached (Doc. 3425).

Dated: This _14th_ day of August, 2017.

_____
Stuart J. Pearson, Counsel for
Alexis Andrews