UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tosha Andrews, A'or of the Estate of Sara D. Culp, a/k/a Sara D. Andrews, deceased, v. Insight Health Corp., et al.*<br><br>Case No. 1:14-cv-13509-RWZ | MDL No. 1:13-md-2419-RWZ |

## PROOF OF SERVICE

I, _____Selena Parsons_____, hereby certify that I personally served

_____Aaron Michael Gilmer_____ with copies of the following documents:

a. The Petition (Doc. 3425) with Exhibits A through F attached; and

b. Notice of Hearing (Doc. 3435).

Location of Service: 2802 Candlers Mountain Rd. Lynchburg, VA 24502

Time/Date of Service: 4:35 PM a.m./p.m., on August 15, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Dated: August 15, 2017

*Selena Parsons*
Server's Signature

Selena Parsons
Server's printed name

1183 Hunters Dr.

New Castle, VA 24127
Server's Address