# The Roanoke Times
Roanoke, Virginia
Affidavit of Publication

**Account Number**
6079872

**Date**
September 04, 2017

CRANDALL & KATT
C/O: PATRICK T. FENNELL
366 ELM AVENUE S.W.
ROANOKE, VA 24016

| Date | Category | Description | Ad Size | Total Cost |
|---|---|---|---|---|
| 09/12/2017 | Legal Notices | UNITED STATES DISTRICT COURT  DISTRICT OF MASSAC | 1 x 180 L | 3,353.20 |

Publisher of the
Roanoke Times

I, (the undersigned) an authorized representative of the Roanoke Times, a daily newspaper published in Roanoke, in the State of Virginia, do certify that the annexed notice UNITED STATES DISTRICT CO was published in said newspapers on the following dates:

08/14, 08/21, 08/28, 09/04/2017

The First insertion being given ...   08/14/2017

Newspaper reference:  0000589978

*[signature]*
Billing Representative

Sworn to and subscribed before me this  Monday, September 4, 2017

*[signature]*
Notary Public

State of Virginia
City/County of Roanoke
My Commission expires  6/30/18

*[Notary seal: NATALIE STATEN, COMMONWEALTH OF VIRGINIA, REGISTRATION NO. 7049823, MY COMM. EXPIRES 6/30/18]*

THIS IS NOT A BILL.  PLEASE PAY FROM INVOICE.  THANK YOU

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Tosha Andrews, A'or of the Estate of the Estate of Sara D. Culp, a/k/a Sara D. Andrews, deceased v. Insight Health Corp. et al

Case No. 1:14-cv-13509-RWZ

MDL No. 1:13-md-2419-RWZ

## ORDER OF PUBLICATION

Petition Tosha Andrews, Administrator of the Estate of Sara D. Culp, also known as Sara D. Andrews ("Estate"), deceased, by counsel, pursuant to Va. Code 8.01-316 and 317, requests the Court's entry of an Order of Publication in order to obtain upon William Dale Andrews, Jr. ("Mr. Andrews") for the purpose of conducting a court hearing at which proceeds of a settlement of the Estate's claim for the wrongful death of Sara Andrews will be allocated among the decedent's statutory beneficiaries. After an extensive investigation with the assistance of a private investigator to identify and locate statutory beneficiaries of Sara Andrews' Estate, a certain William Dale Andrews, Jr. was identified as a possible surviving child of the decedent, and therefore potentially a statutory beneficiary. Efforts to locate Mr. Andrews, or even confirm that he is alive and statutory beneficiary of the Estate, have failed. Counsel for the petitioner has submitted an Affidavit for the Order of Publication, in which counsel states under oath that diligence has been used without effect to ascertain Mr. Andrews' address and location.

WHEREUPON, the Court finds that a substantial effort has been undertaken to locate Mr. Andrews and confirm that he is alive and a beneficiary of the Estate, without effect. The Court further finds that efforts to locate Mr. Andrews constitute due diligence within the meaning of Va. Code 8.01-316.

THEREFORE, the Court ORDERS the following:

a. That William Dale Andrews, Jr. take notice of this right to appear at this Court in person, or by telephone as provided in the Notice of Hearing attached to this Order, and to appear in person or by telephone if he wishes to be heard to protect his interests on October 4, 2017 at 2:00 p.m.

b. That this Order of Publication be published once a week for four successive weeks in the Roanoke Times newspaper located in the City of Roanoke, Commonwealth of Virginia.

c. That a copy of this Order be posted pursuant to Va. Code 8.01-317 at the courthouses of this court and of the Circuit Court for the City of Roanoke, Commonwealth of Virginia.

d. That the Clerk of the Circuit Court of the City of Roanoke is requested to prepare a Certificate as set forth below to be filed with the papers in this action certifying that this Order of Publication has been sent to the Roanoke Times newspaper and also has been posted at the courthouse:

### Clerk's Certification

I certify that a certified copy of this Order was posted at the courthouse and provided to the Roanoke Times on August 10, 2017 for publication once a week for four successive weeks.

Date: August 10, 2017

Jessica Bible
Deputy Clerk

e. That the Clerk of this court is requested to prepare a Certificate as set forth below to be filed with the papers om this action certify that this order of Publication has been posted at the courthouse:

### Clerk's Certification

I certify that a certidied copy of this Order was posted at the courthouse.

Date: August 10, 2017
Jessica Bible
Deputy Clerk

ENTER, this 9th day of August, 2017

Ryan Zobel

United States District Court Judge

I request entry of this order:

/s/Patrick T. Fennell
Patrick T. Fennell, VSB 40393
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

Counsel for Tosha Andrews,
Administrator
of the Estate of Sara Andrews,
deceased.

(589978)