UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Case No.  1:14-cv-13508-RWZ<br>            1:14-cv-13509-RWZ | MDL No. 1:13-md-2419-RWZ |

## INSIGHT HEALTH CORP.'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT SEPTEMBER 21, 2017 STATUS CONFERENCE

The undersigned counsel for Insight Health Corp. ("Insight") respectfully move this Court to allow attorney Christopher E. Trible to appear by telephone at the September 21, 2017 Status Conference before the Honorable Rya W. Zobel, to address the Plaintiffs' Motion to Substitute Party Plaintiff and Supporting Memorandum (Doc. 3447) and Motion for Appointment of Guardian Ad Litem (Doc. 3440).

WHEREFORE, the undersigned counsel respectfully request to be permitted to appear via telephone during the September 21, 2017 Status Conference, and request such other relief as this Court deems just and proper under the circumstances.

Respectfully Submitted

Date: September 18, 2017

INSIGHT HEALTH CORP.

By: /s/ Christopher E. Trible
Stephen D. Busch (*pro hac vice*)
Christopher E. Trible (*pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
T: (804) 775-1000
F: (804) 775-1061
sbusch@mcguirewoods.com

ctrible@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

## **CERTIFICATE OF SERVICE**

I certify that, on September 18, 2017, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Christopher E. Trible
Christopher E. Trible

94125980_1