# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>Plaintiffs,<br><br>This document relates to:<br><br>Armetta, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14022-RWZ<br><br>Bowman, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14028-RWZ<br><br>Davis, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14033-RWZ<br><br>Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14029-RWZ<br><br>Farthing, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14036-RWZ<br><br>Kashi, et al. v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14026-RWZ<br><br>Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,<br>No. 1:14-cv-14023-RWZ<br><br>Handy v. Box Hill Surgery Center, LLC, et al.<br>No. 1:14-cv-14019-RWZ | MDL No. 2419<br><br>Docket No. 1:13-md-2419 (RWZ)<br><br><br><br><br><br><br>**PLAINTIFFS' MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT SEPTEMBER 21, 2017, STATUS CONFERENCE** |

     Plaintiffs, by their undersigned counsel, hereby move for this Court to allow attorneys Patricia J. Kasputys, Jay D. Miller, Glenn E. Mintzer, Sharon L. Houston, Harry M. Roth, and Michael Coren, to appear via telephone at the September 21, 2017 Status Conference before the

Honorable Rya W. Zobel, for reasons explained below.

1.    Attorneys Patricia J. Kasputys, Jay D. Miller, Glenn E. Mintzer, and Sharon L. Houston represents Plaintiffs, Armetta, Bowman, Davis, Dreisch, Farthing, Kashi, and Torbeck in the above-captioned matters.  They are admitted to practice *pro hac vice* before this Court in this MDL proceeding and have appeared regularly at the monthly MDL Status Conferences.

2.    Attorneys Harry Roth and Michael Coren represents Plaintiff Handy in the above captioned matters.  They are admitted to practice *pro hac vice* before this Court in this MDL proceeding and have appeared regularly at the monthly MDL Status Conferences.

3.    Attorneys Patricia J. Kasputys Jay D. Miller, Glenn E. Mintzer, and Sharon L. Houston, Harry M. Roth, and Michael Coren may speak as necessary regarding issues in the above-captioned cases.  Ms. Kasputys, Mr. Miller, Mr. Mintzer, and Ms. Houston are located in Maryland.  Mr. Roth and Mr. Coren are located in Philadelphia.  Traveling to Boston for the September 21, 2017 Status Conference would be an undue burden and expense.

4.    Accordingly, the above-referenced attorneys seek leave to appear and speak via telephone for the September 21, 2017, Status Conference.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court (1) grant Plaintiffs' Motion for Leave to Appear by Telephone at the September 21, 2017, Status Conference in front of the Honorable Rya W. Zobel, and (2) permit counsel Patricia J. Kasputys, Jay D. Miller, Glenn E. Mintzer, Sharon L. Houston, Harry M. Roth and Michael Coren  to be heard on the issues when appropriate and necessary.

Dated: September 18, 2017                    Respectfully submitted,


/s/ Michael Coren                            /s/ Patricia J. Kasputys
Harry M. Roth                                Patricia J. Kasputys
Michael Coren                                Jay D. Miller
COHEN, PLACITELLA & ROTH, P.C.               Glenn E. Mintzer
Two Commerce Square                          Sharon L. Houston
2001 Market Street                           One Charles Center
Philadelphia, PA  19103                      100 N. Charles Street, 20th Floor
215-567-3500                                 Baltimore, MD  21201
mcoren@cprlaw.com                            410-649-2000
hroth@cprlaw.com                             Pkasputys@lawpga.com
*Attorneys for Plaintiff Handy*              Jmiller@lawpga.com
                                             Gmintzer@lawpga.com
                                             Shouston@lawpga.com
                                             *Attorneys for Plaintiffs Armetta, Bowman,*
                                             *Davis, Dreisch, Farthing, Kashi, Torbeck,*
                                             *et al.*


## CERTIFICATE OF SERVICE

     I, Patricia J. Kasputys, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the defendants in the above-referenced individual cases, and will be sent to these parties by operation of the CM/ECF system.


Dated: September 18, 2017                    /s/ Patricia J. Kasputys
                                             Patricia J. Kasputys

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>    Plaintiffs, | ) ) ) ) |

MDL No. 2419

Docket No. 1:13-md-2419 (RWZ)

This document relates to:

Armetta, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14022-RWZ

Bowman, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14028-RWZ

**ORDER GRANTING PLAINTIFFS' MOTION TO APPEAR BY TELEPHONE AT SEPTEMBER 21, 2017 STATUS CONFERENCE**

Davis, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14033-RWZ

Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14029-RWZ

Farthing, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14036-RWZ

Kashi, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14026-RWZ

Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,
No. 1:14-cv-14023-RWZ

Handy v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14019-RWZ

The Court, having considered Plaintiffs' Motion, and good cause appearing therefor,

IT IS this _____ day of _____, 2017, ORDERED that Plaintiffs'

Motion for Leave to Appear by Telephone at the September 21, 2017, 2:00 p.m. Status

Conference  scheduled by this Court is hereby GRANTED.


_____

RYA W. ZOBEL
JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MASSACHUSETTS