# Exhibit 14

EXHIBIT 301

(1)

## **Vendor Audit Survey Form**

(1)

**Vendor Audit Survey Form**   Date: 5/4/12

Vendor/Company Name: New England Compounding Center

Street: 697 Waverly St.

City: Framingham   State: MA   Zip Code: 01702

Telephone: 800-994-6322

Fax: 508-820-1616

**Notice:** I (we) certify that the information contained in this survey form is accurate and complete as of the date indicated. All information obtained will be kept confidential. This survey has been completed with the permission of the company surveyed.

Signature: Barry J. Cadden     Title: President

Signature: _____     Title: _____

## **Part I: GENERAL INFORMATION**

Annual Sales: $ N/A           Years in Business: 14
Privately Owned: yes

Subsidiary Division of: N/A

Other Plant Locations: NO

| List major Customers: | Type of Contract: |
|---|---|
| Mass General | N/A |
| NY Presbyterian | N/A |
| Montefiore Hospital | N/A |
| Rhode Island Hospital | N/A |

BWH - 000123

(2)

**List Company Management:**

| Name: | Title: |
|---|---|
| Barry Cadden | DOP/President |
| Gregory Conigliaro | GM |
| Paul Laqueue | CFO |
| Robert Ronzio | Sales Director |

Service to be performed for Brigham and Woman's Hospital: Compounded medications

Total # of Employees: 75

Work Schedule Hours: 8-5 M-F

Number of Shifts: one

Days per week: 5

Are Training Programs for personnel utilized?: Yes ✓  No ___

Proficiency Based?: Yes ✓  No ___

Certifications Provided?: Yes ✓  No ___

Recertification Period: yearly

Describe Training Program: Comprehensive, mentoring program

BWH - 000124

(3)

## Part II: FACILITY

Number Buildings On-Site: __(1)__

Type: Single _____ Multiple _____ Wood _____
Brick ✓ Block _____ Steel _____

Location: Industrial Park ✓ Urban _____
Suburban _____ Rural _____

Equipment: Owned ✓ Leased _____

Square Footage: __30K sqft__

List Process Capabilities and/or Services Provided:

1. all compounded medications
2. 
3. 
4. 
5. 

Have you been inspected by any state or Federal Agencies within the last two years?
Yes ✓  No _____

Name of Agencies:                                    Title:
Massachusetts board of Pharmacy

Do you have Liability Insurance?  Yes ✓  No _____

(4)

Are written compounding procedures (SOPs) in place?:  Yes ✓  No ___

How often are procedures reviewed? _yearly_

Are procedures under change control?:  Yes ✓  No ___

Describe revision process: _yearly, or as needed based upon significant process changes._

How is training of newly revised documents handled?: _must be read & signed off by employees who are impacted_

Are calibration records kept on file?  Yes ✓  No ___

Are calibration standard traceable?  — ? —  Yes ___ No ___

Describe: _____

---

## Part III: QUALITY CONTROL/ASSURANCE

Does the Quality Unit report directly to the top management?  Yes ✓  No ___

Does the Quality Unit have full authority to reject CSPs?  Yes ✓  No ___

Are the Quality Unit procedures in a formal written document?  Yes ✓  No ___

Are the procedures revised on a periodic basis?  Yes ✓  No ___

Does the Quality Unit have an adequate education, training, and experience?  Yes ✓  No ___

Is the facility registered of licensed by a federal, state, or professional agency?  Yes ✓  No ___

Which ones: _MA. board of pharmacy_

Is there a formal quality assurance program involving Performance testing of equipment used for testing?  Yes ✓  No ___

(5)

## Part IV: CUSTOMER COMPLAINTS

Is there an organization complaint file?                             Yes ✓   No ___

Does each complaint state:

    Nature of complaint                                        Yes ✓   No ___

    Response to customer                                       Yes ✓   No ___

    Further corrective/preventative action                     Yes ✓   No ___

Complaint file kept for _____5_____ years.

Is there a specific review of complaint files for trends?            Yes ✓   No ___
(quarterly)
Is the review filed as a written summary?                            Yes ✓   No ___

Is there a group or individual assigned to handle                    Yes ✓   No ___
    customer inquires and follow up on complaints?

Do you perform "in house" Audits?                                    Yes ✓   No ___

What companies have performed audits on your company in the last year? (Please list a minimum of 3 companies.)

NY Presbyterian
_____
_____
_____
_____

## Part V: USP >797> QUALITY COMPLIANCE

Describe gowning for CSP: see S.O.P. - use "sterile" full coveralls.
- one garment per day
- automated hand wash machine w disinfectant mixture...

(6)

Who is responsible for cleaning/sanitization programs? QC-manager + Pharmacy cleanroom supervisor.

| | | |
|---|---|---|
| Rotation of Sanitizers? | Yes ✓ No ___ | |
| Frequency of cleaning cleanroom | daily - weekly - monthly schedule. | |
| Environmental Monitoring Performed? | Yes ✓ No ___ | |
|     Surfaces | Yes ✓ No ___ | Type ___ |
|     Air | Yes ✓ No ___ | Type ___ |
|     Personnel | Yes ✓ No ___ | Type ___ |
|     Number of Cleanrooms | two | |
|     Frequency of Environmental Monitoring | weekly - monthly | |
|     Trending Program | Yes ✓ No ___ | |
|     Particle Counts | Yes ✓ No ___ | |
|     Cleanroom Certification | Yes ✓ No ___ | Frequency 6 months |
| CSP Testing USP <71> Sterility | Yes ✓ No ___ | |
| CSP Testing USP <85> Endotoxin | Yes ✓ No ___ | |
| Inhibition Testing Performed | Yes ___ No ___ | |
| USP Testing Performed By | ARL - "Analytical Research Labs" | |
| Outside Audit Performed | Yes ___ No ✓ | |
| CSP Proficiency Technician Testing | Yes ✓ No ___ | |
|     Risk Level | High ✓ Medium ___ Low ___ | |
|     Frequency | Q 6-months. | |
| USP <797> Compliance Program | Yes ✓ No ___ | |
| Formal Quality Unit | Yes ✓ No ___ | |