# Exhibit 13

# In the Matter Of:

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

## DEPOSITION OF FAYE MENTER

*February 25, 2016*



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3   ---------------------------------x
 4   IN RE:  NEW ENGLAND COMPOUNDING:
 5   PHARMACY, INC. PRODUCTS          :MDL No. 2419
 6   LIABILITY LITIGATION             :Dkt 1:13-MD-2419
 7   ---------------------------------x
 8                                    February 25, 2016
 9                                    Hagerstown, Maryland
10   DEPOSITION UPON WRITTEN QUESTIONS OF:
11                      FAYE MENTER,
12   a witness, called for examination by counsel for the
13   Defendant Box Hill Surgery Center, pursuant to notice
14   and agreement of the parties, at Cumberland Valley
15   Surgery Center, 1110 Professional Court, Hagerstown,
16   Maryland  21740, beginning at approximately 11:00
17   a.m., before Lisa R. Thomas, a Notary Public in and
18   for the State of Maryland, when were present on
19   behalf of the respective parties:
20
21
22
23
24
25
```


Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Page 6

1  your present position at Cumberland Valley Surgery
2  Center?
3       A.    High school diploma from Williamsport
4  High School, 1977; 1980 through 1995 scrub
5  technologist at Martinsburg City Hospital in West
6  Virginia. 1989 I passed the National Certification
7  as a Surgical Technologist. 1995 through 2008 I was
8  a surgical technologist at Frederick Surgery Center
9  in Frederick, Maryland. 2008 through 2011 a surgical
10 technologist at Parkway Surgery Center in Hagerstown,
11 Maryland. 2011 to present a surgical technologist and
12 materials manager at CVSC in Hagerstown, Maryland.
13      Q.    Please provide a general description of
14 your facility, that is, the type of practice, number
15 of physicians, etcetera?
16      A.    CVSC is an out patient surgery center
17 located in Hagerstown, Maryland; approximately
18 twenty-four physicians perform a variety of surgical
19 and other procedures at Cumberland Valley Surgery
20 Center, including gastroenterology, general surgery,
21 oral surgery, orthopaedic surgery, podiatry, and pain
22 management.
23      Q.    By virtue of your role at Cumberland
24 Valley Surgery Center, are you familiar with
25 Cumberland Valley Surgical Center's medication

Page 7

1  purchasing practices?
2       A.    Yes.
3       Q.    Please describe the basis of your
4  familiarity with Cumberland Valley Surgery Center's
5  medication purchasing practices, e.g., is it from
6  personal knowledge, have you spoken with persons at
7  Cumberland Valley Surgical Center, or viewed
8  documents?
9       A.    I'm personally familiar with the
10 medication purchasing practices here at CVSC from
11 December 2011, through the present. I have also
12 reviewed Cumberland Valley Surgery Center's purchase
13 orders to learn the medication purchasing practices
14 in 2010.
15      Q.    For the years 2010 through 2012, did
16 Cumberland Valley Surgery Center purchase medications
17 offered for sale by Medical Sales Management and/or
18 New England Compounding Center, and made by the New
19 England Compounding Center (hereinafter "NECC")?
20      A.    Yes.
21      Q.    Please describe the timeframes that
22 Cumberland Valley Surgery Center purchased
23 medications from NECC and what medications were
24 purchased?
25      A.    CVSC purchased Lipivocane, which is an

Page 8

1  analgesic, Betamethasone, epidural steroid injection,
2  and omnipaque, a dye, from NECC, between 2010 and
3  2012. Prior to the CDC recall of the NECC
4  medications.
5       Q.    Prior to purchasing medications from
6  NECC, did a representative of Cumberland Valley
7  Surgery Center perform an in-person inspection of
8  NECC's compounding facility? If so, please (1) state
9  when, (2) describe what was done, and what was found;
10 and, (3) state whether, following the inspection,
11 Cumberland Valley Surgery Center purchased
12 medications from NECC?
13      A.    Based on my personal knowledge, and
14 after investigation, I have been unable to identify
15 any evidence that CVSC performed an in- person
16 inspection of NECC's compounding facility.
17      Q.    Prior to purchasing medications from
18 NECC, did Cumberland Valley Surgery Center conduct
19 research into whether NECC had recalled any
20 medications made by NECC? If so, please (1) describe
21 the research conducted, (2) describe the results, and
22 (3) state whether, following the drug recall
23 research, Cumberland Valley Surgery Center purchased
24 medications from NECC?
25      A.    Based on my personal knowledge, and

Page 9

1  after investigation, I have been unable to identify
2  any evidence that CVSC conducted research into
3  whether NECC had recalled any medication.
4       Q.    Prior to purchasing medications from
5  NECC, did Cumberland Valley Surgery Center conduct
6  research into whether NECC had ever been named as a
7  defendant in a products liability lawsuit? If so,
8  please (1) describe the research conducted, (2)
9  describe the results, and (3) state whether,
10 following the previous lawsuit research, Cumberland
11 Valley Surgery Center purchased medications from
12 NECC?
13      A.    Based on my personal knowledge, and
14 after investigation, I have been unable to identify
15 any evidence that CVSC conducted research regarding
16 NECC's involvement in products liability litigation.
17      Q.    Prior to purchasing medications from
18 NECC did Cumberland Valley Surgery Center request
19 information form the Massachusetts Board of
20 Registration and Pharmacy, "the Board," about
21 previous disciplinary actions taken by the Board
22 against NECC? If so, please (1) describe what
23 information was provided by the Massachusetts Board
24 of Registration in Pharmacy and (2) state whether,
25 following the request, Cumberland Valley Surgery



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
DEPOSITION OF FAYE MENTER on 02/25/2016                   Pages 10..13

Page 10

1  Center purchased medications from NECC?
2       A.    Based on my personal knowledge, and
3  after investigation, I have been unable to identify
4  any evidence that CVSC requested information from the
5  Massachusetts Board of Registration and Pharmacy
6  about previous NECC's disciplinary actions.
7       Q.    Prior to purchasing medications from
8  NECC did Cumberland Valley Surgery Center submit a
9  Freedom of Information Act request to the FDA for
10 documentation of disciplinary actions and/or warnings
11 issued to NECC by the FDA?  If so, please (1)
12 describe what information was provided by the FDA,
13 and (2) state whether following the request
14 Cumberland Valley Surgery Center purchased
15 medications from NECC?
16      A.    Based on my personal knowledge, and
17 after investigation, I have been unable to identify
18 any evidence that CVSC submitted a Freedom of
19 Information Act request to the FDA regarding NECC.
20      Q.    Prior to purchasing medications from
21 NECC, did Cumberland Valley Surgery Center search the
22 FDA website for information about NECC?  If so,
23 please (1) describe what information was obtained
24 from the FDA website, and (2) state whether following
25 the requests Cumberland Valley Surgery Center

Page 11

1  purchased medications from NECC?
2       A.    I'm sorry I have lost my place that was
3  fifteen?
4       Q.    Yes.
5       A.    Prior to purchasing medications from
6  NECC -- I'm sorry, I was reading what you just read.
7  Sorry.
8             Based on my personal knowledge, and
9  after investigation, I have been unable to identify
10 any evidence that CVSC searched the FDA website for
11 information about NECC.
12      Q.    Prior to purchasing medications from
13 NECC, did Cumberland Valley Surgery Center review
14 transcripts from, or summaries of, any US
15 Congressional hearings on compounding pharmacies; if
16 so, following the review, did Cumberland Valley
17 Surgery Center purchase medications from NECC?
18      A.    Based on my personal knowledge, and
19 after investigation, I have been unable to identify
20 any evidence that CVSC reviewed transcripts from, or
21 summaries of, any US Congressional hearings on
22 compounding pharmacies and/or NECC.
23      Q.    At the time of Cumberland Valley Surgery
24 Center's purchase from NECC, did Cumberland Valley
25 Surgery Center have a policy and/or procedure in

Page 12

1  place prohibiting purchase form compounding
2  pharmacies?
3       A.    No.
4       Q.    Please describe any representations
5  Medical Sales Management and/or NECC made to
6  Cumberland Valley Surgery Center prior to Cumberland
7  Valley Surgery Center purchasing medications from
8  NECC?
9       A.    Based on my personal knowledge, and
10 after investigation, I have been unable to identify
11 any evidence that Medical Sales Management and/or
12 NECC's made representations to CVSC, prior to CVSC
13 purchasing medications from NECC.
14      Q.    Nineteen.  I'm going to start saying the
15 number just for my transcript purposes.
16            MS. HITZELBERGER:  Please
17      Q.    Okay.  In deciding to purchase
18 medications from NECC did Cumberland Valley Surgery
19 Center take into consideration any representations
20 from Medical Sales Management and/or NECC, regarding
21 its ability to provide a consistent supply of safe
22 medications?
23      A.    Based on my personal knowledge, and
24 after investigation, I have been unable to identify
25 any evidence that CVSC took into consideration any

Page 13

1  representations from Medical Sales Management and/or
2  NECC, regarding its ability to provide a consistent
3  supply of safe medications.
4       Q.    Twenty.  Prior to purchasing from NECC
5  did Cumberland Valley Surgery Center research
6  compounding pharmacies in CDC literature, USA Today,
7  FDA literature, or on YouTube?  If so, please (1)
8  describe the research, and (2) state whether
9  following the research Cumberland Valley Surgery
10 Center purchased medications from NECC?
11      A.    Based on my personal knowledge, and
12 after investigation, I have been unable to identify
13 any evidence that CVSC conducted research of
14 literature or YouTube prior to purchasing medications
15 from NECC.
16      Q.    Twenty-one.  To the best of your
17 knowledge did any of Cumberland Valley Surgery
18 Center's patients experience an injury as a result of
19 Cumberland Valley Surgery Center purchase and use of
20 medications from NECC, which were administered to
21 Cumberland Valley Surgery Center's patients?
22            MS. HITZELBERGER:  Objection.  This
23 question is not relevant to the claims or defenses of
24 the parties, and it is not reasonably calculated to
25 lead to the discovery of admissible information.  You



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com