UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

IN RE: NEW ENGLAND COMPOUNDING     *
PHARMACY, INC. PRODUCTS LIABILITY
LITIGATION                          *     MDL No.:  2419
                                          Docket No.:  1:13-md-2419 (RWZ)
                                    *

THIS DOCUMENT RELATES TO            *
ALL CASES AGAINST THE
BOX HILL DEFENDANTS                 *
_____

## ORDER

Upon consideration of the Defendants' Motion for Summary Judgment and supporting Memorandum of Law and any opposition thereto, it is this _____ day of _____, 2017, hereby:

**ORDERED** that the Motion for Partial Summary Judgment related to Plaintiffs' negligence claims and the standards of professional practice is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' claims related to negligence in the Complaint are **DISMISSED** with prejudice.

_____
The Honorable Rya Zobel
U.S. District Court, District of Massachusetts