# Exhibit 10

## In the Matter Of:

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

## DEPOSITION OF

## LLOYD R. SABERSKI, M.D.

*January 12, 2017*



1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  DISTRICT OF MASSACHUSETTS

 3

 4   IN RE NEW ENGLAND COMPOUNDING      | MDL NO. 02419

 5   PHARMACY, INC. PRODUCTS LIABILITY  | DOCKET NO.

 6   LITIGATION                         | 1:13-MD-2419-RWZ

 7   THIS DOCUMENT RELATES TO:

 8   All Actions

 9

10            Deposition of LLOYD R. SABERSKI, M.D.

11                      Baltimore, Maryland

12                   Thursday, January 12, 2017

13                          10:00 a.m.

14

15

16

17

18

19

20   Reported by:  Angela McKinney, Court Reporter

21

22
```



1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
LLOYD R. SABERSKI, M.D. on 01/12/2017

DEPOSITION OF
Pages 58..61

Page 58

1  have any reason to doubt that?
2     A   No.
3     Q   Do you see that Yale was a customer of NECC?
4     A   I know they were. I don't see it on this
5  list right now, but it must be here somewhere.
6     Q   It's on page 11. It's the seventh one down,
7  Yale New Haven Hospital.
8     A   Correct.
9     Q   And that's where you had worked, had
10 privileges, et cetera?
11    A   Yes.
12    Q   And you'd consider them to be a reasonable
13 health care provider?
14    A   Yes.
15    Q   Do you know how Yale ordered their drugs
16 from NECC?
17    A   No.
18    Q   Were you involved ever with ordering drugs
19 for Yale from NECC?
20    A   No.
21    Q   Would that be the pharmacy that would do
22 that?

Page 59

1     A   You would have to talk to Yale.
2     Q   You don't know one way or the other?
3     A   No.
4     Q   Okay. So it's possible they could have
5  ordered drugs from NECC without patient-specific
6  prescriptions, right?
7         MR. COREN: Objection. It calls for
8  speculation.
9     A   I doubt that.
10 BY MR. KIRBY:
11    Q   As we sit here today, you can't say that you
12 know that they did use patient-specific prescriptions
13 when they ordered from NECC?
14        MR. COREN: Objection.
15    A   It's required. You need to.
16 BY MR. KIRBY:
17    Q   What evidence do you have one way or the
18 other that they did or didn't?
19        MR. COREN: Form objection.
20    A   I don't know anything about the practice at
21 Yale.
22 BY MR. KIRBY:

Page 60

1     Q   You said you were previously affiliated with
2  Albany Medical Center?
3     A   Yes.
4     Q   Do you see them on this list?
5     A   I didn't look.
6     Q   If you flip to page 48, I think it's in
7  alphabetical order by state. Is that the Albany Center
8  for Pain Management?
9     A   Well, that has nothing to do with Albany
10 Med. That's just a private practice in Albany.
11        Albany Medical Center Hospital Cardiology
12 Department.
13    Q   So they order drugs from NECC -- they are on
14 the list?
15    A   They are on the list. This is a customer
16 list. This doesn't necessarily mean they got product.
17 Who knows what the list means? I mean obviously at
18 some point NECC and those organizations may have been
19 doing business.
20    Q   As you sit here today, you can't say one way
21 or the other what business they did or what drugs they
22 ordered?

Page 61

1     A   Well, I can say one thing: They didn't get
2  steroids.
3     Q   How do you know that?
4     A   Because there is a list of places that got
5  steroids, and I think the number was 76 places.
6     Q   And the only reason I ask is are you
7  recalling the list in your head and realizing that Yale
8  didn't order MPA or Albany didn't order steroids? How
9  can you say that?
10    A   Well, for sure Yale didn't. I don't know.
11 We'd have to compare the list. There were only 76
12 places that were involved in the steroids, and the
13 issues that I've brought up in this case pertain to
14 steroids and the national recall pertained to steroids.
15    Q   I was curious so I looked up -- I was
16 interested in which top-ranked facilities were in
17 Connecticut, medical facilities. And when I looked it
18 up, it said Yale, which is good for you, Hartford
19 Hospital, St. Francis Hospital and Middlesex Hospital
20 were the top four on U.S. News and World Report. Would
21 that be about what you would say?
22        MR. COREN: Objection to form.



Case 1:13-md-02419-RWZ   Document 3457-2   Filed 09/18/17   Page 5 of 5

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY          DEPOSITION OF
LLOYD R. SABERSKI, M.D. on 01/12/2017                             Pages 62..65

**Page 62**

1  A  I don't know how they come up with the
2  ratings, but it sounds appropriate that Yale is on the
3  list.
4  BY MR. KIRBY:
5  Q  They are reputable institutions?
6  A  Those are hospitals.
7  Q  Would it surprise you if all of them were on
8  the customer list that we looked at on 1585-12.
9      MR. COREN: Objection to form.
10 A  Doesn't surprise me one bit. They are on a
11 customer list.
12 BY MR. KIRBY:
13 Q  Have you ever done business with NECC?
14 A  Business?
15 Q  Have you ever had any interaction whatsoever
16 with the New England Compounding Center?
17 A  Yes.
18 Q  Describe that.
19 A  A sales rep came to my office in the early
20 2000s suggesting that we purchase compounded steroids
21 from them. His marketing pitch was it was preservative
22 free and it was cheaper. And I engaged him in a

**Page 63**

1  conversation as to why I would want to do that, given
2  there are commercially-available products that are
3  perfectly fine.
4  Q  Did you ask him why they were selling -- did
5  you ask him why they were selling preservative-free
6  products as a compounder if there were other
7  commercially-available products available?
8  A  I did either directly or indirectly, but he
9  was a salesperson who knew nothing. Essentially my
10 office would have nothing to do with NECC because they
11 were offering a product that was readily available.
12 Q  So in your estimation, that was improper to
13 do, correct?
14 A  Yes.
15 Q  And did you ever report NECC to the
16 Connecticut Board of Pharmacy?
17 A  I did not.
18 Q  Or the Massachusetts Board of Pharmacy or
19 the FDA?
20 A  I did not.
21 Q  No one. Okay. Is there a reason why you
22 didn't report them if you thought they were doing

**Page 64**

1  something improper?
2  A  I really didn't understand the gravity of
3  what I was saying no to. I think if I had to do it all
4  over again, I certainly would have called up the
5  appropriate authority. Clearly they were in the wrong
6  and we at my office knew that it was wrong.
7  Q  Can we agree that NECC caused the
8  contamination of the MPA?
9  A  Yes.
10 Q  We can agree that Dr. Bhambhani didn't cause
11 the contamination?
12 A  No.
13     MS. STEINER: Yes, you can agree that, no,
14 she did not?
15 A  Yes.
16 BY MR. KIRBY:
17 Q  Sorry. I thought we were having a moment.
18 I understood.
19     MS. STEINER: Just clarify that.
20 BY MR. KIRBY:
21 Q  So we can agree that Dr. Bhambhani did not
22 cause the contamination, right?

**Page 65**

1  A  Yes, we can agree.
2  Q  Can we agree that NECC had a duty to its
3  customers to provide safe products?
4  A  Yes.
5  Q  They had a duty to provide -- strike that.
6      That they had a duty to accurately represent
7  the safety and quality of its products to customers and
8  potential customers?
9  A  Yes.
10 Q  Can we agree that in the summer and fall of
11 2012 that NECC failed in its duty to do all those
12 things that we just discussed?
13 A  I believe so.
14 Q  Do you believe that NECC violated the law in
15 these cases?
16     MR. COREN: Objection to form.
17 A  I'm not a lawyer. However, I believe they
18 did.
19 BY MR. KIRBY:
20 Q  I think I know your answer, but just to be
21 clear, when you say you think they did, do you have any
22 statutes or laws or regulations in mind from --



Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com