UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | * <br> *    MDL No.: 2419 <br>        Docket No.: 1:13-md-2419 (RWZ) <br> * |
| THIS DOCUMENT RELATES TO ALL CASES AGAINST THE BOX HILL DEFENDANTS | * <br> * |

_____

### ORDER

Upon consideration of the Defendants' Motion for Summary Judgment and supporting Memorandum of Law and any opposition thereto, it is this _____ day of _____, 2017, hereby:

**ORDERED** that the Motion for Partial Summary Judgment related to Plaintiffs' negligence claims and due diligence duty is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' negligence claims in the Complaint are **DISMISSED** with prejudice.

_____
The Honorable Rya Zobel
U.S. District Court, District of Massachusetts