UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

| | | |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | * * * | MDL No.: 2419<br>Docket No.: 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO ALL CASES AGAINST THE BOX HILL DEFENDANTS | * * | |

## ORDER

Upon consideration of the Defendants' Motion for Summary Judgment and supporting Memorandum of Law and any opposition thereto, it is this _____ day of _____, 2017, hereby:

**ORDERED** that the Motion for Partial Summary Judgment related to Plaintiffs' Massachusetts consumer protection claims is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' claims related to Massachusetts consumer protection in the Complaint are **DISMISSED** with prejudice.

_____
The Honorable Rya Zobel
U.S. District Court, District of Massachusetts