# EXHIBIT 1

Condensed Transcript

## In the Matter Of:

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

## VIDEOTAPED DEPOSITION OF

## RITU T. BHAMBHANI, M.D.

*February 10, 2016*


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

Case 1:13-md-02419-RWZ   Document 3461-1   Filed 09/18/17   Page 3 of 4

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF RITU T. BHAMBHANI, M.D. on 02/10/2016                    Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3
 4   IN RE:  NEW ENGLAND
 5   COMPOUNDING PHARMACY, INC.     MDL No. 2419
 6   PRODUCTS LIABILITY LITIGATION  Master Docket
 7                                  1:13-md-02419-RWZ
 8
 9            - - - - - - - - - - -
10
11         VIDEOTAPED DEPOSITION DUCES TECUM
12             OF RITU T. BHAMBHANI, M.D.
13
14
15            Wednesday, February 10, 2016
16
17
18
19
20
21
22
23   Reported by:  Lori J. Goodin, RPR, CLR, CRR,
24                 Realtime Systems Administrator
25   Assignment No. 26236
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3461-1   Filed 09/18/17   Page 4 of 4

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF RITU T. BHAMBHANI, M.D. on 02/10/2016       Pages 70..73

Page 70

1  MPA was wasn't compounded? I think that was my
2  original question.
3       A.    If I did, I do not remember.
4       Q.    Okay. And prior to 2013, had you
5  used any MPA that was not compounded?
6             And let me narrow that because that
7  takes you all of the way back to your residency.
8       A.    Yes, to my residency.
9       Q.    And I don't want to do that.
10            Since coming to, being in private
11 practice, had you used any MPA that was not
12 compounded before 2013?
13      A.    So you are saying from 2008 on?
14      Q.    No. I'm saying from 2000, from 2000
15 to 2013.
16            MS. STEINER: Across the spectrum of
17    different locations?
18 BY MR. ROTH:
19      Q.    Correct.
20      A.    So, Franklin Square included, the
21 first job included?
22      Q.    Yes.
23      A.    Had I used non-compounded MPA?
24      Q.    Yes.
25      A.    I have to think, I am -- what I can

Page 71

1  say is I had used non-compounded steroid, but I'm
2  not sure if I had used non-compounded MPA
3  specifically.
4       Q.    Okay. And, that is a good
5  distinction.
6             At Box Hill, between 2013 and 2008,
7  had you used non-compounded steroids for epidural
8  injections?
9       A.    Again, I can't say for sure if I
10 would have.
11            More broadly speaking, I know at
12 some point from the time I started at Franklin
13 Square I have used a non-compounded
14 triamcinolone. I have used non-compounded and,
15 yeah, non-compounded celestone which is a
16 betamethasone two salt combination.
17            What I can't say for sure is that
18 from 2008 to 2013 if I used a non-compounded MPA.
19      Q.    You can't say that.
20      A.    I cannot say for sure.
21      Q.    Did there come a time in your
22 professional experience where you have made a
23 decision that you were going to use compounded
24 MPA?
25      A.    To some extent, maybe just not as

Page 72

1  black and white as that. When I was at Harford
2  County Ambulatory Surgical Center, the physician
3  who had brought me on board at Franklin Square
4  also was coming to Harford County Ambulatory
5  Surgery Center, because when I left Franklin
6  Square to become, to come to Harford County
7  Ambulatory Surgery Center, he left Franklin
8  Square at some point soon after I did and started
9  his own practice.
10            And, until he had, I guess, his
11 location set up to be able to do procedures, he
12 was coming to Harford County Ambulatory Surgery
13 Center to do procedures.
14            And he introduced, definitely, me to
15 the possibility of being able to use a
16 preservative-free steroid.
17            And he was using preservative-free
18 MPA at the time. That is the same physician I
19 have worked with for three years at Franklin
20 Square about ten years my senior. And, he knew
21 that I had had a couple of patients I was using
22 the same, for the most part I think, the same
23 steroid I had trained with at Franklin Square.
24            And he knew that I had had a couple
25 of patients with some side effects. And when he

Page 73

1  saw me at Harford County Ambulatory Surgery
2  Center he was using preservative-free MPA and
3  suggested, not just me, but there was another
4  pain provider who was doing pain procedures at
5  Harford County Ambulatory Surgery Center that we
6  try that for the reason that, since the active
7  medication that we were looking for therapeutic
8  factors of the steroid and that is the same, that
9  to use it without the additional chemical of the
10 preservative, that that would be a better choice.
11 And I was agreeable to it, and that is when I
12 first started using a preservative-free steroid.
13      Q.    And at the time that you first
14 started using this preservative-free steroid at,
15 and this was at Harford County?
16      A.    Harford County.
17      Q.    Was the only way to get a
18 preservative-free steroid to get it from a
19 compounding pharmacy?
20      A.    I was not, I guess, part of the
21 ordering process at Harford County, so I'm not
22 sure.
23      Q.    Okay.
24      A.    Or at least at the time I wasn't
25 sure that if they had other options or, if that


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com