# EXHIBIT 4

EXHIBIT NO. 712A



# The Commonwealth of Massachusetts
Executive Office of Health and Human Services
Department of Public Health
Division of Health Professions Licensure
239 Causeway Street, Suite 200
Boston, MA 02114
Office of Public Protection
(617) 973-0865 Fax (617) 973-0985 TTY (617)-973-0895

**CONFIDENTIAL**

B-137

## INSPECTION REPORT

Docket No. or Staff Assignment No. _ISP-758_

Date of Inspection _5/24/11_ Pharmacy Lic. No. _DS2898_ Expiration Date _12/31/11_
Purpose of Inspection: New Store ____ Relocation ____ Compliance ✓
Corporation Name _New England Compounding Pharmacy, Inc_
Pharmacy DBA Name _New England Compounding Center_ Store No. ____
Address _697 Waverly Street, Framingham, MA 01702_
Telephone No. _508-820-0606_ Fax No. _888-820-0583_
Manager of Record _Barry J. Cadden_ Lic. No. _PH21279_
Name of RPH Completing Form ____ Lic. No. ____
Pharmacy DEA Registration No. and Expiration Date _BNC927819  10/31/2013_
Pharmacy Hours Daily _8A-5P_ Saturday ____ Sunday ____

Practice Setting  Community Chain ____   With Drive-thru Window ____
                 Community Independent ____   Specialty ✓  Long Term Care ____

Compounding Sterile & Non Sterile

Daily Pharmacy Volume  Less than 100 ____   100 to 500 ____   Above 500 ____

100 orders/day shipped approximately.

Page 1 of 7

8846

BORP0009939

**PHARMACISTS**

CONFIDENTIAL

| Name | License Number | License Status |
|---|---|---|
| 1. ✓ Barry J. Cadden | PH 21239 | Current |
| 2. ✓ Glenn A. Chin | PH 21605 | Current |
| 3. ✓ Kathy S. Chin | PH 23360 | Current |
| 4. ✓ Joseph M. Evanosky | PH 233343 | Current |
| 5. ✓ Christopher Leary | PH 27442 | Current |
| 6. ✓ Mark V. Stepanets | PH 26114 | Current |
| ✓ Gene Cadden (Consulting) | PH 26669 | Current |
| | PH 21096 | Current |

**PHARMACY INTERNS**

| Name | License Number | License Status |
|---|---|---|
| 1. ✓ Michael R. Jones | PI 155887 | Current |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

**PHARMACY TECHNICIANS**

| Name | License Number | Certification Status | License Status |
|---|---|---|---|
| 1. Lindsay J. Anthony | PT 8305 | PTCB/Ny | Current |
| 2. ✓ Sharon P. Carter | PT 3747 | PTCB/Ny | Current |
| 3. ✓ Belmira M. Carvalho | PT 3186 | MA/No | Current |
| 4. ✓ Leigh E. Colrone | PT 5724 | PTCB/No | Current |
| 5. ✓ William Chi | PT 8696 | PTCB/Ny | Current |
| 6. ✓ Joseph P. Connolly | PT 1986 | PTCB/Ny | Current |

**OTHER PHARMACY STAFF including Trainees**

| Name | | Position | Trainee Hours |
|---|---|---|---|
| 1. ✓ Owen J. Finnegan | | PT 6814 | PTCB/Ny Current |
| 2. ✓ Cory B. Fletcher | | PTC856 | PTCB/Ny Current |
| 3. ✓ Stephen D. Haynes | | PT 10749 | PTCB/Ny Current |
| 4. Stephen F. Lutz | | PT 9376 | PTCB/Ny Current |
| 5. ✓ Nicole M. Marshall | | PT 10384 | PTCB/Ny Current |
| 6. ✓ Annette M. Robinson | | PT 6519 | PTCB/Ny Current |
| 7. ✓ Ashlie D. Tucker | | PT 7990 | PTCB/Ny Current |
| ✓ Derek M. Carvalho | | PT 13982 | PTCB/Ny Current |

Page 2 of

✓ = on staff 5/24/11      8847

BORP0009940

| SECURITY – 247 CMR 6.02 and 21 CFR Section 1301.75(b) | YES | NO |
|---|---|---|
| ADEQUATE SECURITY SYSTEM | ✓ | |
| EVIDENCE OF SECURITY CAMERAS  3.7 (cameras) | ✓ | |
| SECURITY BARRIER SEPARATES PHARMACY DEPARTMENT | N/A | |
| PROCEDURE FOR ABSENCE OF PHARMACIST | N/A | |
| CONTROLLED SUBSTANCES ARE LOCKED IN A SECURE CABINET  CII + CIII-CV | ✓ | |
| CONTROLLED SUBSTANCES ARE DISPERSED THROUGHOUT GENERAL INVENTORY | N/A | |
| LOSS OR THEFT OF CONTROLLED SUBSTANCES (DEA FORM 106) REPORTED TO THE BOARD | | ✓ |
| SECURITY/ACCESS TO PHARMACY RESTRICTED TO AUTHORIZED PERSONNEL | ✓ | |
| COMMENTS  24/7 Security Monitoring | | |

| LICENSURE/REGISTRATION STATUS OF PHARMACY STAFF | YES | NO |
|---|---|---|
| COPIES OF PHARMACIST LICENSES ARE POSTED AND CURRENT | ✓ | |
| COPIES OF TECHNICIAN REGISTRATIONS ARE CURRENT AND AVAILABLE | ✓ | |
| PROCEDURES IN PLACE TO MAINTAIN PATIENT CONFIDENTIALITY WITH REGARD TO DISCARDED PRESCRIPTION INFORMATION (e.g. SHREDDER) | ✓ | |
| COMMENTS | | |

| STANDARDS FOR PRESCRIPTION LABELING AND FORMAT M.G.L. c. 94C, § 21 and 105 CMR 721.000 | YES | NO |
|---|---|---|
| PHARMACIST INITIALS ON LABEL AND SERIAL NO. OF Rx | ✓ | |
| "BEYOND USE" DATE IS SHOWN ON LABEL | ✓ | |
| INVENTORY LABELED WITH BRAND, OR GENERIC NAME AND MANUFACTURER, STRENGTH, LOT NUMBER, EXPIRATION DATE, OR INTERNAL CONTROL NUMBER WHICH REFERENCES MANUFACTURER AND LOT NUMBER USED | ✓ | |
| LABEL COMPLIANT WITH INTERCHANGE | ✓ | |
| PRESCRIPTION CONTAINS ALL REQUIRED INFORMATION | ✓ | |
| ORALLY COMMUNICATED PRESCRIPTIONS ARE IMMEDIATELY DOCUMENTED | ✓ | |
| COMMENTS  Labels compliant with nature of practice | | |

| OUTDATED ITEMS/RETURN TO STOCK | YES | NO |
|---|---|---|
| QUARANTINE AREA FOR CONTROLLED SUBSTANCE RECALLS OR EXPIRED PRODUCT SEGREGATED FROM CURRENT INVENTORY | ✓ | |
| COMMENTS  General Chemical / Clean Ventures  Every 6 months pickup | | |

# CONTROLLED SUBSTANCE RECORDS
# ELECTRONICALLY TRANSMITTED PRESCRIPTIONS
# PMP REPORTING REQUIRMENTS

**CONFIDENTIAL**

## 247 CMR 5.00, 105 CMR 700, 21 CFR Part 1300 – 1308

| | YES | NO |
|---|---|---|
| PRESCRIPTION RECORDS ARE ON SITE AND READILY RETRIEVABLE FOR 2 YEARS | ✓ | |
| THE LAST BIENNIAL INVENTORY COMPLETED 10/5/09 AND SHOWS BEFORE OPENING OR AFTER CLOSING | ✓ | |
| POWER OF ATTORNEY GRANTED TO PERSONS SIGNING DEA FORM 222 AND READILY AVAILABLE | N/A | |
| POWER OF ATTRONEY FORM FOR DEA FORM 222 GRANTED TO: | N/A | |
| COMPLETE RETURN AND DESTRUCTION RECORDS OF CONTROLLED SUBSTANCES READILY AVAILABLE | ✓ | |
| EMERGENCY C-II PRESCRIPTION RECORDS ARE COMPLETE AND PROPERLY FILED | N/A | |
| SCHEDULE II PRESCRIPTION DATA (PMP) TRANSMITTED BY COMPUTER ON TIME (247 CMR 5.04) | ✓ | |
| CENTRAL RECORD KEEPING AUTHORITY FILED WITH DEA | | ✓ |
| DEA ORDER FORMS FILLED OUT COMPLETELY, INCLUDING DATE AND QUANTITY RECEIVED | ✓ | |
| CII ORDER FORMS RECONCILED SATISFACTORILY | ✓ | |
| CIII-V INVOICES RECONCILED SATISFACTORILY | ✓ | |
| DAILY REPORTS ARE AVAILABLE, VERIFIED, AND SIGNED BY ALL PHARMACISTS INVOLVED ** | N/A | |
| CII PERPETUAL INVENTORY RECONCILED WITHIN 10 DAYS | | |

**COMMENTS**

* Registrant is owner
** Each Dumulation sheet signed by R.Ph.

## TRANSFER OF PRESCRIPTIONS - 247 CMR 9.02

| | YES | NO |
|---|---|---|
| CORRECT TRANSFER RECORDS ARE MAINTAINED AND READILY AVAILABLE | N/A | |
| DAILY REPORTS ARE AVAILABLE, VERIFIED AND SIGNED BY ALL PHARMACISTS INVOLVED * | N/A | |
| PATIENT PROFILES ARE MAINTAINED | ✓ | |

**COMMENTS**

* Each formulation sheet signed by R.Ph.

## EQUIPMENT and REFERENCE SOURCES - 247 CMR 6.01

| | YES | NO |
|---|---|---|
| COMPUTER SOFTWARE NAME: DK Software | ✓ | |
| TORSION BALANCE AND WEIGHTS    SEALED DATE 1/2011 (All scales) | ✓ | |
| COMPOUNDING LOG MAINTAINED | ✓ | |
| APPROPRIATELY SIZED SAFETY CONTAINERS AVAILABLE AND USED ROUTINELY (16 CFR 1700) | ✓ | |
| CURRENT COPY OR E-VERSION OF APPROPRIATE COMPENDIA REFERENCE AVAILABLE | ✓ | |
| CURRENT COPY OR E-VERSION OF MA BOARD OF PHARMACY REGULATIONS AVAILABLE | ✓ | |
| CURRENT COPY OR E-VERSION OF MA LIST OF INTERCHANGEABLE DRUGS AVAILABLE | ✓ | |

| CONTINUOUS QUALITY IMPROVEMENT (CQI) PROGRAM QUALITY RELATED EVENTS (QRE) - 247 CMR 15.00 | YES | NO |
|---|---|---|
| CURRENT COPY OR E-VERSION OF CQI PROGRAM AVAILABLE | ✓ | |
| QRE RECORDS (2 YEARS) ARE MAINTAINED IN AN ORDERLY MANNER AND FILED BY DATE | ✓ | |
| PHARMACY PROVIDES PERSONNEL WITH ONGOING CQI EDUCATION AT LEAST ANNUALLY | ✓ | |
| POLICY AND PROCEDURES ON SITE RELATED TO THE HANDLING OF MEDICATION ERRORS | ✓ | |
| COMMENTS | | |

(stamp: CONFIDENTIAL)

| PATIENT COUNSELING M.G.L. c. 94C, § 21A and 247 CMR 6.01 and 9.07 | YES | NO |
|---|---|---|
| PATIENT COUNSELING SIGNS (11" x 14") POSTED (INCLUDING DRIVE THRU) | ✓ | |
| ADEQUATE OFFER TO COUNSEL MADE AND DOCUMENTED | ✓ | |
| DESIGNATED CONFIDENTIAL PATIENT COUNSULTATION AREA | ✓ | |
| COUNSELING AREA ASSURES PRIVACY AND CONFIDENTIALITY | ✓ | |
| PROSPECTIVE DUR ON NEW PRESCRIPTIONS CONDUCTED | ✓ | |
| COMMENTS  2-3 patients/week come to Can la | | |

| SANITATION - 247 CMR 6.02 and 9.01 | YES | NO |
|---|---|---|
| PHARMACY (INCLUDING SINK, REFRIGERATOR, COUNTING TRAYS, AND AUTOMATED DISPENDING MACHINES) KEPT CLEAN AND ORGANIZED | ✓ | |
| REFRIGERATOR MAINTAINED WITHIN RANGE COMPLIANT WITH STORAGE OF DRUGS REQUIRING REFRIDGERATION  TEMPERATURE ✓ | ✓ | |
| ROOM TEMPERATURE IS 59 - 77 DEGREES F. | ✓ | |
| PRESCRIPTION COUNTER IS USED ONLY FOR PREPARING PRESCRIPTIONS | ✓ | |
| PRESCRIPTION DEPARTMENT HAS SPACE ADEQUATE FOR THE SIZE AND SCOPE OF PHARMACEUTICAL SERVICES PROVIDED BY THE PHARMACY | ✓ | |
| SUFFICIENT EQUIPMENT TO COMPOUND AND DISPENSE PRESCRIPTIONS | ✓ | |
| SINK HAS HOT AND COLD RUNNING WATER | ✓ | |
| COMMENTS  * Refrigerators in non sterile & sterile areas. Temperatures that could be viewed were in acceptable range (no freezer). Logs in place for all units. | | |

| CENTRAL INTRAVENOUS ADMIXTURE SERVICE (CIVAS) 247 CMR 6.01(5)(c) | YES | NO |
|---|---|---|
| CLEAN ROOM - MINIMUM OF 72 SQUARE FEET | ✓ | |
| CLEAN ROOM ADJACENT TO PRESCRIPTION DEPARTMENT | ✓ | |
| HOODS: HORIZONTAL  Two 250- Cond find. Clean rooms VERTICAL  Hoods & Glove Boxes | ✓ | |
| CIVAS APPROVAL LETTER FROM BOARD MAINTAINED ON PREMISES  Posted in Clean Room | ✓ | |

| CENTRAL INTRAVENOUS ADMIXTURE SERVICE (CIVAS) 247 CMR 6.01(5)(c) continued | YES | NO |
|---|---|---|
| WRITTEN QUALITY ASSURANCE GUIDELINES MAINTAINED ON PREMISES | ✓ | |
| TRAINING IN STERILE PROCEDURE AVAILABLE AND CONDUCTED | ✓ | |
| ADEQUATE REFERENCE STANDARDS | ✓ | |
| ANNUAL CERTIFICATION OF LAMINAR HOOD AND CLEAN ROOM CONDUCTED | ✓ | |
| COMMENTS: S.O.P.'s on site / All staff trained / Aseptic training checklist  > Dedicated QA person | | |

CONFIDENTIAL

| TECHNICIANS - 247 CMR 8.00 | YES | NO |
|---|---|---|
| PHARMACY TECHNICIANS OPERATE WITHIN THE SCOPE OF LAW AND REGULATIONS | ✓ | |
| TECHNICIANS WEAR NAME TAGS EASILY READABLE WITH TITLE AND NAME | ✓ | |
| TECHNICIANS FOLLOW DUTIES AS SPECIFIED IN WRITTEN POLICIES AND PROCEDURES | ✓ | |
| TECHNICIANS ARE SUPERVISED BY A PHARMACIST | ✓ | |
| COMMENTS | | |

| VACCINATION/CPR - 105 CMR 700.004 | YES | NO |
|---|---|---|
| PHARMACIST ADMINISTERING VACCINES TO PERSONS 18 YEARS OF AGE OR OLDER | N/A | |
| CURRENT CPR CARD | | |
| ADMINISTRATION IS CONDUCTED PURSUANT TO THE ORDER OF A PRACTITIONER | | |
| DOCUMENTATION OF ACCREDITED TRAINING | | |
| COMMENTS | | |

| MANAGER OF RECORD (MOR) - 247 CMR 6.07 | YES | NO |
|---|---|---|
| MOR CAN DEMONSTRATE IMPLEMENTATION OF A CQI PROGRAM | ✓ | |
| MOR HAS COPIES OF CONFIDENTIALITY STATEMENTS FROM EACH EMPLOYEE | ✓ | |
| MOR IS RESPONSIBLE FOR ESTABLISHING AND MONITORING POLICIES AND PROCEDURES: | ✓ | |
| (a) STAFF TRAINING ONGOING | ✓ | |
| (b) TECHNICIAN MANUAL ON PREMISES  Cindy Le Training Manual | ✓ | |
| (c) RATIO PHARMACIST TO SUPPORT PERSONNEL  1 : ≤ 2 | ✓ | |
| COMMENTS: Sharon Carter - CPhT / Responsible for CQI / (both patient-level & business components) | | |

Page 6 of 7

8851

BORP0009944

| WHOLESALE DISTRIBUTOR INFORMATION | |
|---|---|
| NAME(S) OF SUPPLIERS | CONFIDENTIAL |

| GENERAL | YES | NO |
|---|---|---|
| PHARMACY GRANTED ANY WAIVERS BY THE BOARD OR DEA TO ANY LAWS OR RULES | | ✓ |
| PHARMACY SHARES A REAL-TIME COMMON DATABASE WITH OTHER PHARMACIES | | ✓ |
| PHARMACY UTILIZES THE SERVICES OF A CENTRAL FILL PHARMACY | | ✓ |
| VERIFYING PHARMACIST(S) IS DOCUMENTED | ✓ | |
| PHARMACY PERSONNEL WEAR APPROPRIATE NAME TAGS | ✓ | |
| PROCEDURE TO ENSURE ALL WHO WORK IN THE PHARMACY ARE APPROPRIATELY AND CURRENTLY REGISTERED OR LICENSED AND TRAINED TO PERFORM THEIR DUTIES | ✓ | |
| SIGN(S) POSTED REGARDING PHARMACY HOURS OF OPERATION | ✓ | |
| COMMENTS *scope of practice exists* *[illegible handwritten notes]* | | |

I have participated in an inspection and have reviewed the Inspection Report with the Investigator.

Print Name _Barry [illegible]_   Signature _[signature]_

Title _Pharmacy Director_   License No. _MA21289_

Investigator _[signature]_   Date _5/24/11_

* Non-sterile lab — creams, oral dosages, cyto[illegible]

* Service multiple states; licensed in 48 states + 2 that don't require licensing