# EXHIBIT 8

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2              DOCKET NO. 1:13-MD-2419 (RWZ)
 3            IN RE: NEW ENGLAND COMPOUNDING
                  PHARMACY, INC. PRODUCTS
 4                 LIABILITY LITIGATION
 5
                  THIS DOCUMENT RELATES TO:
 6
         ARMETTA, ET AL. V. BOX HILL SURGERY CENTER,
 7                       LLC, ET AL.
                    NO. 1:14-CV-14022-RWZ
 8
          BOWMAN, ET AL. V. BOX HILL SURGERY CENTER,
 9                       LLC, ET AL.
                    NO. 1:14-CV-14028-RWZ
10
           DAVIS, ET AL. V. BOX HILL SURGERY CENTER,
11                       LLC, ET AL.
                    NO. 1:14-CV-14033-RWZ
12
         DREISCH, ET AL. V. BOX HILL SURGERY CENTER,
13                       LLC, ET AL.
                    NO. 1:14-CV-14029-RWZ
14
        FARTHING, ET AL. V. BOX HILL SURGERY CENTER,
15                       LLC, ET AL.
                    NO. 1:14-CV-14036-RWZ
16
           KASHI, ET AL. V. BOX HILL SURGERY CENTER,
17                       LLC, ET AL.
                    NO. 1:14-CV-14026-RWZ
18
          TORBECK, ET AL. BOX HILL SURGERY CENTER,
19                       LLC, ET AL.
                    NO. 1:14-CV-14023-RWZ
20
           HANDY, ET AL. V. BOX HILL SURGERY CENTER,
21                       LLC, ET AL.
                    NO. 1:14-CV-14019-RWZ
22
23
24   DEPONENT:   LAXMAIAH MANCHIKANTI, M.D.
     DATE:       FEBRUARY 16, 2017
25   REPORTER:   CHELSEA SEVILLA-LOZADA
```

1  just talking about, at the very end reinforces the
2  propriety of Box Hill's due diligence prior to
3  purchasing from NECC.
4      A    Which one is that?
5           MR. KIRBY:  What's the question?
6      A    What page are we talking about?
7      Q    Page 8, the same paragraph we were just
8  talking about, the very last line of that paragraph.
9      A    Oh, okay.
10     Q    Reinforces the propriety of Box Hill's due
11 diligence prior to purchasing from NECC.  Due -- what
12 due diligence did Dr. Bhambhani exercise?
13          MR. KIRBY:  Objection to form, foundation, and
14     the commentary before the question.
15     A    Well, if you are reading -- if I'm reading
16 that sentence that is related to your question, there
17 were no guidelines from any major medical associations,
18 that is true, there were no guidelines for her to do a
19 due diligence, or for -- by her surgery center prior to
20 purchasing medication compounded such as NECC.
21     Q    My question is what due diligence did Dr.
22 Bhambhani do?  She did nothing, right?
23          MR. KIRBY:  Objection.  Asked and answered.
24     A    Well, her own experience is the due diligence
25 to a great extent.  Then she did not do any additional

1  due diligence and that is what we are saying.  I am
2  saying, that there are no guidelines to do such thing,
3  for example, we did not do any due diligence either
4  afterwards, or before, so that is the standard practice
5  among surgery centers, and offices, and by physician
6  practices.
7       Q    So if we take away her prior employment
8  experience, I want you to assume hypothetically that Dr.
9  Bhambhani started practice on her own in 2007, has never
10 heard of NECC, and says "I've got to purchase a
11 compounded drug," opens a phone book up and picks NECC,
12 do your testimony and your opinions that's all she's
13 required to do, if they're a licensed compounding
14 pharmacy, she's met the standard of care?
15          MR. KIRBY:  Objection to form, foundation, the
16     hypothetical nature, and facts not in evidence. You
17     can answer.
18      A    Well, as you said, it is completely
19 hypothetical, but if that situation arises, if she opens
20 the telephone book, she will not find NECC there.  The
21 way she will find where to get these drugs is, again,
22 she has to go back to her previous employer or where she
23 was trained, or a senior or a friend, or somebody else
24 and find out about the information, and then if she is
25 not satisfied with that information, then she may check