UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION | MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |
| This document relates to: | |
| All of the cases against the Box Hill Defendants[1] | |

## PLAINTIFFS' MOTION TO STRIKE THE REPORTS AND TO EXCLUDE TESTIMONY BY STEVEN COHEN, M.D., THOMAS M. LARKIN, M.D., LAXMAIAH MANCHIKANTI, M.D. AND DAVID MAINE, M.D. AS EXPERT WITNESSES FOR THE BOX HILL DEFENDANTS

The Plaintiffs hereby file this Motion to Strike the Reports and to Exclude Testimony by Steven Cohen, M.D., Thomas M. Larkin, M.D., Laxmaiah Manchikanti, M.D., and David Maine, M.D. as Expert Witnesses for the Box Hill Defendants. For the reasons set forth in the accompanying memorandum of law, Plaintiffs respectfully request that the Court strike these experts' reports and exclude their testimony from use at trial.

Respectfully submitted,

| | |
|---|---|
| /s/ Patricia J. Kasputys | /s/ Michael Coren |
| Patricia J. Kasputys, Esq. (Pro Hac Vice) | Harry M. Roth, Esq. (Pro Hac Vice) |
| Jay D. Miller, Esq. (Pro Hac Vice) | Michael Coren, Esq. (Pro Hac Vice) |
| **Law Offices of Peter G. Angelos, P.C.** | **Cohen, Placitella & Roth, PC** |
| One Charles Center | Two Commerce Square |
| 100 North Charles Street | 2001 Market Street, Suite 2900 |
| Baltimore, MD  21201 | Philadelphia, PA  19103 |
| 410-649-2000 (Phone) | 215-567-3500 (Phone) |
| 410-649-2101 (Fax) | 215-567-6019 (Fax) |
| *Attorneys for Plaintiffs Armetta, Bowman, Davis, Dreisch, Farthing, Kashi, and Torbeck* | *Attorneys for Plaintiff Handy* |

Dated: September 19, 2017

---

[1] Armetta v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14022-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14028-RWZ; Davis v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14033-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14029-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14036-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14026-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14023-RWZ; Handy v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14019-RWZ.