UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCT LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> This document relates to: ) <br> ) <br> All of the cases against the Box Hill Defendants[1] ) | MDL No. 02419 <br> Docket No. 1:13-md-2419-RWZ |

## PROPOSED ORDER

Upon consideration of the Plaintiffs' Motion to Strike Expert Reports and Exclude Testimony by Steven Cohen, M.D., Thomas M. Larkin, M.D., Laxmaiah Manchikanti, M.D., and David Maine, M.D. as Expert Witnesses for the Box Hill Defendants, the material submitted in support of that Motion, and any response thereto, it is this ____day of _____, 2017, **ORDERED** that Plaintiffs' Motion is **ALLOWED**. The reports of these experts are stricken as untrustworthy and it is further **ORDERED** that testimony by these witnesses is barred and precluded at trial.

 

Honorable Rya T. Zobel
Judge, United States District Court
District of Massachusetts

---

[1] Armetta v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14022-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14028-RWZ; Davis v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14033-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14029-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14036-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14026-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14023-RWZ; Handy v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14019-RWZ.