# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC. PRODUCT LIABILITY ) | MDL No. 02419 |
| LITIGATION ) | Docket No. 1:13-md-2419-RWZ |
| ) | |
| ) | |
| This document relates to: ) | |
| ) | |
| All of the cases against the Box Hill Defendants[1] ) | |

## CERTIFICATE OF CONSULTATION PURSUANT TO RULE 7.1

I, Michael Coren, hereby certify that prior to the filing of this Motion, the Plaintiffs attempted to meet and confer in good faith with counsel for the Box Hill Defendants. The parties were unable to reach an agreement, thus necessitating this motion.

                                                       */s/ Michael Coren*
                                                       Michael Coren, Esq.

Dated: September 19, 2017

---

[1] Armetta v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14022-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14028-RWZ; Davis v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14033-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14029-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14036-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14026-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14023-RWZ; Handy v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14019-RWZ.