# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCT LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> This document relates to: ) <br> ) <br> All of the cases against the Box Hill Defendants[1] ) | MDL No. 02419 <br> Docket No. 1:13-md-2419-RWZ |

## CERTIFICATE OF SERVICE

    I, Michael Coren, hereby certify that a copy of the Plaintiffs' Motion to Strike the Reports and to Exclude Testimony by Steven Cohen, M.D., Thomas M. Larkin, M.D., Laxmaiah Manchikanti, M.D., and David Maine, M.D. as Expert Witnesses for the Box Hill Defendants filed on September 19, 2017, through the CM/ECF system will be accessible to those attorneys who are registered with the Court's electronic filing system and Notice of Electronic filing (NEF), including the attorneys representing the defendants in the above-referenced footnoted individual cases, and will be sent to these parties by operation of the CM/ECF system.

                                                          */s/ Michael Coren*
                                                           Michael Coren, Esq.

Dated: September 19, 2017

---

[1] Armetta v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14022-RWZ; Bowman v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14028-RWZ; Davis v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14033-RWZ; Dreisch v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14029-RWZ; Farthing v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14036-RWZ; Kashi v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14026-RWZ; Torbeck v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14023-RWZ; Handy v. Box Hill Surgery Center, LLC, et al., No. 1:14-cv-14019-RWZ.