UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Master Dkt. 1:13-md-02419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF CASES DIRECTLY FILED IN THE DISTRICT OF MASSACHUSETTS**

Per the Court's request, the PSC hereby provides a status update for cases that were directly filed in the District of Massachusetts. All such cases have been either transferred or dismissed. In our view, the clerk may administratively close these dockets.

| | Case. No (D. Mass.) | Caption | Clinic Defendant | Status |
|---|---|---|---|---|
| 1 | 1:13-cv-13227; 1:13-md-02419 | *Kennedy v. Unifirst* | Advanced Pain & Anesthesia Consultants, PC | Electronic order entered 6/7/17 transferring case to Illinois [Dkt. 3406] |
| 2 | 1:13-cv-13228; 1:13-md-02419 | *Musselwhite v. Unifirst* | Advanced Pain & Anesthesia Consultants, PC | Electronic order entered 6/7/17 transferring case to Illinois [Dkt. 3406] |
| 3 | 1:13-cv-13209 | *Edwards v. Unifirst* | MAPS | Order of Final Judgement entered 2/8/17 [Dkt. 21] |
| 4 | 1:14-cv-11856 | *Gibson v. Liberty Industries* | Cincinnati Pain Management Consultants, Inc. | Notice of case transfer to Ohio entered 6/7/17 [Dkt. 36] |
| 5 | 1:14-cv-13708 | *Patel v. OSMC* | OSMC Outpatient Surgery Center | Stipulation of Dismissal entered 12/6/16 [Dkt. 12] |
| 6 | 1:14-cv-13027 | *Moore v. Unifirst* | Ambulatory Care Center | Stipulation of Voluntary Dismissal of All Claims entered 12/8/16 [Dkt. 19] |
| 7 | 1:14-cv-13640; 1:17-cv-03350 | *Parkell v. UniFirst Corp* | Premier Orthopaedics | Notice of case transfer to New Jersey entered 5/11/17 [Dkt. 31] |

|   | Case. No (D. Mass.) | Caption | Clinic Defendant | Status |
|---|---|---|---|---|
| 8 | 1:14-cv-13673; 1:17-cv-03348 | *Drain v. UniFirst Corp* | Premier Orthopaedics | Notice of case transfer to New Jersey entered 5/11/17 [Dkt. 31] |

Dated:  September 20, 2017

Respectfully submitted,

**/s/ Kristen A. Johnson**
Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

2

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH &
JENNINGS PLLC
227 Second Avenue North
Nashville, TN  37201
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: September 20, 2017         **/s/ Kristen A. Johnson**
                                  Kristen A. Johnson, BBO # 667261