# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**[PROPOSED] ORDER FOR DISTRIBUTION
OF REMAINING COMMON BENEFIT FEES AND EXPENSES**

Having considered the Plaintiff Steering Committee's Motion for Distribution of Common Benefit Fees and Expenses [Dkt. No. 3105] as well as the Revised Suggested Allocation of Common Benefit Fees subsequently filed by the PSC [Dkt. No. 3129], and the PSC's Motion for Distribution of Remaining Common Benefit Fees and Expenses [Dkt. No. __], the Court hereby orders as follows:

IT IS HEREBY ORDERED:

1. The PSC's Motion for Distribution of Remaining Common Benefit Fees and Expenses is hereby granted;

2. The Tort Trustee, Lynne F. Riley of Casner & Edwards P.C., who holds the Common Benefit Fund established by MDL Order No. 8 [Dkt. 1333], is hereby authorized to distribute one-half (i.e., 50%) of the approved common benefit fee and expense amounts, totaling $6,224,721.50, to plaintiffs' counsel as set forth in Dkt. No. 3129.

3. The Tort Trustee is also authorized to make payment of the following amounts from the Common Benefit Fund:

    - To Rust Omni, for payment of amounts owed by the Plaintiffs Steering Committee, a total of $2,084.24.

- To U.S. Legal, for payment of additional amounts owed by the Plaintiffs' Steering Committee, a total of $7,438.62.

4. All remaining funds currently in the Common Benefit Fund not necessary to satisfy the distributions authorized above, including any interest that may accrue prior to the distributions authorized above, shall be paid to the law firm of Skikos, Crawford, Skikos & Joseph as compensation for their common benefit work in the above-referenced matter.

SO ORDERED.

_____
Hon. Rya W. Zobel
United States District Judge