UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: | |
| Case No. 1:14-cv-13509-RWZ | |

### ORDER APPOINTING GUARDIAN *AD LITEM*

THIS DAY CAME Petitioner Tosha Andrews, personal representative and duly qualified administrator of the Estate of Sara D. Culp (a/k/a Sara D. Andrews), deceased, ("Petitioner"), and moved the Court to appoint attorney Timothy D. Dooley as Guardian *ad litem* of Brandon Andrews, a statutory beneficiary in this wrongful death case under Virginia law.

WHEREUPON, after consideration of the Motion, the representations of counsel and the consent of the parties involved, the Court finds that Timothy D. Dooley, of the law firm Dooley Law, PLC in Vinton, Virginia is a discrete and competent attorney at law, and has given his consent to this appointment.

It is therefore ORDERED that Timothy D. Dooley is appointed Guardian *ad litem* for Brandon Andrews for the purposes of the Petition for Approval of Compromise Settlement of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55. Payment for Mr. Dooley's services will be the responsibility of the petitioner.

ENTER, this __21st__ day of September, 2017.

_Rya D Zobel_
U.S. District Court Judge