UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-13509-RWZ | MDL No. 1:13-md-2419-RWZ |

### NOTICE OF FILING OF AMENDED PROPOSED FINAL ORDER APPROVING WRONGFUL DEATH DISTRIBUTIONS AND DISMISSING THE CASE WITH PREJUDICE

Petitioner Tosha Andrews, Administrator of the Estate of Sara D. Culp, a/k/a/ Sara D. Andrews, deceased, hereby gives notice of the filing of an amended proposed Final Order Approving Wrongful Death Distributions and Dismissing the Case with Prejudice, pursuant to the previously filed Petition for Entry of an Order of Publication and Final Approval of Distribution of Wrongful Death Settlement Proceeds Pursuant to Va. Code § 8.01-55 [Doc. 3425]. The amended proposed Order is attached hereto as Exhibit A.

Date:   September 28, 2017                          Respectfully Submitted

By: /s/ Patrick T. Fennell
Patrick T. Fennell, Esq. (VSB 40393)
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
T: (540) 342-2000
F: (540) 556-0469
pfennell@crandalllaw.com

*Counsel for Plaintiff Tosha Andrews,*
*Administrator of the Estate of Sara D.*
*Culp a.k.a. Sarah D. Andrews*

## **CERTIFICATE OF SERVICE**

I certify that, on September 28, 2017, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and will be delivered to the following via electronic mail:

John D. Eure, Esq.
Johnson Ayers & Matthews, PLC
210 First Street, S.W., Suite 300
First Campbell Square
Roanoke, Virginia 24011-1606
Telephone:  540/767-2000
Facsimile:  540/982-1552
jeure@jamlaw.net

Guardian *ad litem* for Rodney Andrews


Timothy D. Dooley, Esq.
Dooley Law PLC
PO Box 1037
Vinton, Virginia 24179
Telephone:  540/627-5140
Facsimile:  540/227-6301
doolawva@gmail.com

Guardian *ad litem* for Brandon Andrews


Roger E. Culp
11621 Bridgeport Road
Taneytown, Maryland 21787
Telephone:  301/606-5579
roger.culp@outlook.com


By: /s/ Patrick T. Fennell
Patrick T. Fennell