UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br>    Case No. 1:14-cv-13509-RWZ ) <br> ) | MDL No. 1:13-md-2419-RWZ |

## CERTIFICATE OF SERVICE

I, Patrick T. Fennell, counsel for Tosha Andrews, Administrator of the Estate of Sara D. Culp, a/k/a Sara D. Andrews, do hereby certify that I caused one copy of the Statement of Tosha Andrews About Damages [Case No. 1:14-cv-13509, Doc. 32] to be served on each of the following individuals by electronic mail this 28th day of September, 2017:

John D. Eure, Esq.
Johnson Ayers & Matthews, PLC
210 First Street, S.W., Suite 300
First Campbell Square
Roanoke, Virginia 24011-1606
Telephone:  540/767-2000
Facsimile:  540/982-1552
jeure@jamlaw.net

Guardian *ad litem* for Rodney Andrews


Timothy D. Dooley, Esq.
Dooley Law PLC
PO Box 1037
Vinton, Virginia 24179
Telephone:  540/627-5140
Facsimile:  540/227-6301
doolawva@gmail.com

Guardian *ad litem* for Brandon Andrews

Roger E. Culp
11621 Bridgeport Road
Taneytown, Maryland 21787
Telephone: 301/606-5579
roger.culp@outlook.com

Date: September 28, 2017                          Respectfully Submitted

                                                  By: /s/ Patrick T. Fennell
                                                  Patrick T. Fennell, Esq. (VSB 40393)
                                                  Crandall & Katt
                                                  366 Elm Avenue, S.W.
                                                  Roanoke, Virginia 24016
                                                  T: (540) 342-2000
                                                  F: (540) 556-0469
                                                  pfennell@crandalllaw.com

                                                  *Counsel for Plaintiff Tosha Andrews,*
                                                  *Administrator of the Estate of Sara D.*
                                                  *Culp a.k.a. Sarah D. Andrews*

## CERTIFICATE OF SERVICE

I certify that, on September 28, 2017, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By: /s/ Patrick T. Fennell
Patrick T. Fennell