UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: | |
| Case No. 1:14-cv-13509-RWZ | |

**NOTICE OF FILING OF WRITTEN STATEMENT OF COREY JENNINGS, CASSANDRA JENNINGS AND LAURA JENNINGS**

Petitioner Tosha Andrews, Administrator of the Estate of Sara D. Culp, a/k/a/ Sara D. Andrews, deceased, hereby gives notice of the filing of the Written Statement of Corey Jennings, Cassandra Jennings and Laura Jennings, statutory beneficiaries in this case.  The Written Statement of Corey, Cassandra and Laura Jennings is attached hereto as Exhibit A.

Date: October 4, 2017        Respectfully Submitted

By: /s/ Patrick T. Fennell
Patrick T. Fennell, Esq. (VSB 40393)
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
T: (540) 342-2000
F: (540) 556-0469
pfennell@crandalllaw.com

*Counsel for Plaintiff Tosha Andrews, Administrator of the Estate of Sara D. Culp a.k.a. Sarah D. Andrews*

## **CERTIFICATE OF SERVICE**

I certify that, on October 4, 2017, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and will be delivered to the following via electronic mail:

John D. Eure, Esq.
Johnson Ayers & Matthews, PLC
210 First Street, S.W., Suite 300
First Campbell Square
Roanoke, Virginia 24011-1606
Telephone:  540/767-2000
Facsimile:  540/982-1552
jeure@jamlaw.net

*Guardian ad Litem for Rodney Andrews*


Timothy D. Dooley, Esq.
Dooley Law PLC
PO Box 1037
Vinton, Virginia 24179
Telephone:  540/627-5140
Facsimile:  540/227-6301
doolawva@gmail.com

*Guardian ad Litem for Brandon Andrews*


Roger E. Culp
11621 Bridgeport Road
Taneytown, Maryland 21787
Telephone: 301/606-5579
roger.culp@outlook.com


    By: /s/ Patrick T. Fennell
    Patrick T. Fennell