TO: Regarding CASE:

US District Court   Case No. 1:14-cv-13509-RW

Clerk's Office   Tosha Andrews, A or of the Estate of Sara D. Culp, a/k/a
1 Courthouse Way   Sara D. Andrews, deceased, v. Insight Health Corp. et al.
Boston, Massachusetts 02210   New England Compounding Pharmacy, Inc.
Products Liability Litigation

Hearing October 4, 2017 at 2:00pm
United States District Court
Boston, Massachusetts

## Concerning Distribution of Wrongful Death Settlement Proceeds.

We are the children of James Andrews, son of Sara Culp / Andrews.     Sara was our Grandmother.

Our names are:

    Corey Jennings
    Cassandra Jennings
    Laura Jennings

We hope to be present in Virginia, at the alternate video conference site of the Boston hearing, however, we submit this statement to be considered on our behalf.

Although we were not super close to our Grandmother Sara, this was not by our choice.  Our father James was not very involved with us for most of our growing up.  He had started another family and had no time or support for us.  Later, not many years before his death, he attempted to reconnect with us three and establish a more meaningful relationship.  By this time our Grandmother Sara was not in good health and this made building a closer relationship with her difficult.  In spite of this, we mourn the loss of our Grandmother and are sad because of the suffering she endured related to her health and this case.  We wish we had more time to spend with her as well as the opportunity for a stronger bond with our Grandmother.  We feel had she lived longer, this would have been possible.

We do not have a lawyer for this hearing and do not feel it necessary to come to battle, as we believe the courts will issue a fair and proper decision regarding the distribution of the settlement.

We feel the funds should be divided equally, among all of Sara's children, whether living or not, and for all of the Grandchildren of Sara to be considered in the decision as well.  We believe this would be a fair decision for all concerned.

Sincerely,

Corey, Cassandra & Laura Jennings