UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MDL No. 13-2419-RWZ-JCB |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as co-counsel for intervenor, the United States of America, in the above-captioned matter.

Dated:  October 5, 2017

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By:  /s/ *Brian M. LaMacchia*
BRIAN M. LAMACCHIA (BBO No. 664369)
AMANDA P.M. STRACHAN
GEORGE P. VARGHESE
Assistant U.S. Attorneys
John Joseph Moakley Courthouse
United States Courthouse
One Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100
brian.lamacchia@usdoj.gov
amanda.strachan@usdoj.gov
george.varghese@usdoj.gov

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel of record who are registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated:  October 5, 2017 | By:   */s/ Brian M. LaMacchia*<br>       BRIAN M. LAMACCHIA<br>       Assistant U.S. Attorney |