UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: ) ) | |
| Case No. 1:14-cv-13509-RWZ ) ) ) | |

## NOTICE OF FILING OF INVOICES FOR GUARDIAN AD LITEM FEES

Petitioner Tosha Andrews, Administrator of the Estate of Sara D. Culp, a/k/a/ Sara D. Andrews, deceased, hereby gives notice of the filing of two invoices for Guardian *ad litem* fees.[1] The invoice of John D. Eure, Guardian *ad litem* for Rodney Andrews, is attached hereto as Exhibit A. The invoice of Timothy Dooley, Guardian *ad litem* for Brandon Andrews, is attached hereto as Exhibit B.[2]

Date:   October 6, 2017                              Respectfully Submitted

By: /s/ Patrick T. Fennell
Patrick T. Fennell, Esq. (VSB 40393)
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
T: (540) 342-2000
F: (540) 556-0469
pfennell@crandalllaw.com

*Counsel for Plaintiff Tosha Andrews,
Administrator of the Estate of Sara D.
Culp a.k.a. Sarah D. Andrews*

---

[1] Neither of the two Guardians *ad litem* has submitted, or requested payment for, expenses.

[2] Mr. Dooley's fees are significantly lower than Mr. Eure's because, although Mr. Eure has been serving as GAL for Rodney Andrews for over two years, Mr. Dooley was appointed GAL for Brandon Andrews just last month.

**CERTIFICATE OF SERVICE**

      I certify that, on October 6, 2017, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By: /s/ Patrick T. Fennell  
Patrick T. Fennell
