# Johnson, Ayers & Matthews, P.L.C.

P. O. Box 2200
Roanoke, VA 24009

Tax ID No. 54-1285373
October 5, 2017

Mr. Rodney Andrews
c/o Patrick T. Fennell, Esquire
Crandall & Katt
374 Elm Avenue, S. W.
Roanoke, VA 24016

Billed through   10/5/2017
Bill Number   55,724

Our file # 39704 00002 JDE

In re: Tosha Andrews, Administrator of the Estate of
Sara D. Culp, a/k/a Sara D. Andrews v.
New England Compounding Pharmacy, Inc.,
Insight Health Corp., Image Guided Pain
Management, P.C., John M. Mathis, M. D.,
and Robert F. O'Brian, M. D. - Products Liab. Litigation
John D. Eure - Guardian ad Litem for Rodney Andrews

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/30/2015 | JDE | Emails from and to Mr. Fennell re service as guardian ad litem; conference with Mr. Fennell; begin review of settlement documents | 2.20 /hrs |
| 07/01/2015 | JDE | Continue review of settlement documents and related documents | 0.90 /hrs |
| 07/02/2015 | JDE | Finish study of settlement documents; visit Mr. Andrews at jail; emails to and from Mr. Fennell re order and status | 3.50 /hrs |
| 07/06/2015 | JDE | Draft answer and report; edit draft and send to plaintiff's counsel | 1.10 /hrs |
| 07/09/2015 | JDE | Participate in hearing by telephone | 0.70 /hrs |
| 09/21/2015 | JDE | Letter from client re status; letter to client re status | 0.20 /hrs |
| 10/12/2015 | JDE | Telephone calls from and to Mr. Dobson (grandfather) re status of proceeding and need for an account to receive funds on Rodney's behalf | 0.30 /hrs |
| 12/16/2015 | JDE | Letters from and to Mr. Andrews re status | 0.20 /hrs |
| 01/27/2016 | JDE | Letter from client re status of claim and handling of proceeds | 0.10 /hrs |

39704   00002                                                                                          Invoice 55, 724    Page 2

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/08/2016 | JDE | Email to Mr. Fennell re status of claim | 0.10 /hrs |
| 04/11/2016 | JDE | Email from Mr. Fennell re status; letter to client re same | 0.30 /hrs |
| 07/07/2016 | JDE | Letter from Mr. Anderson; emails to and from Mr. Fennell re status; begin letter to Mr. Anderson re status | 2.30 /hrs |
| 07/12/2016 | JDE | Finalize letter to client re status; telephone call to client's grandfather/agent re same | 1.00 /hrs |
| 07/13/2016 | JDE | Revise and amplify letter to client re status | 1.20 /hrs |
| 11/10/2016 | JDE | Letter from Mr. Andrews; emails to and from Mr. Fennell re status of claims; letter to Mr. Andrews re status | 0.70 /hrs |
| 02/24/2017 | JDE | Letter to client re recent developments | 0.30 /hrs |
| 02/27/2017 | JDE | Edit letter to client re developments | 0.10 /hrs |
| 03/28/2017 | JDE | Review appellate notice from CA 1; email to Mr. Fennell re same | 0.20 /hrs |
| 05/09/2017 | JDE | Telephone call from Mr. Fennell re update | 0.20 /hrs |
| 05/12/2017 | JDE | Letter to client re status | 0.30 /hrs |
| 06/01/2017 | JDE | Receive returned mail from jail; telephone call to Mr. Dobson (grandfather) re Rodney's status | 0.20 /hrs |
| 06/05/2017 | JDE | Telephone call to Mr. Dobson (grandfather) re Rodney's current status and issues for future | 0.20 /hrs |
| 06/13/2017 | JDE | Telephone calls from and to Patrick Fennel re status | 0.30 /hrs |
| 08/01/2017 | JDE | Receive filing from Mr. Fennell and study terms of proposed settlement | 0.30 /hrs |
| 08/15/2017 | JDE | Sign and return acceptance of service; telephone call to plaintiff's grandfather to confirm mailing address for Mr. Andrews; study proposed settlement and letter to Mr. Andrews re same | 0.90 /hrs |
| 08/16/2017 | JDE | Edit letter to Mr. Andrews re settlement | 0.30 /hrs |
| 08/31/2017 | JDE | Letter from Mr. Andrews; telephone call to Mr. Fennell re submitting written statement | 0.20 /hrs |

39704   00002                                                    Invoice 55, 724    Page 3

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/01/2017 | JDE | Proof transcription of Mr. Andrews' written statement; draft letter to Mr. Andrews re status | 0.40 /hrs |
| 09/05/2017 | JDE | Edit letter to client re settlement process | 0.20 /hrs |
| 09/07/2017 | JDE | Edit letter to Mr. Andrews | 0.10 /hrs |
| 09/08/2017 | JDE | Send transcribed statement for filing; letter to client re status; receive and review statements from other beneficiaries | 0.40 /hrs |
| 10/04/2017 | JDE | Prepare for hearing; attend hearing; draft and edit report to Mr. Andrews | 4.20 /hrs |

Total fees for this matter                                                                        $ 4,720.00

**BILLING SUMMARY**

John D. Eure            23.6 /hrs        200.00 /hr        $ 4,720.00

TOTAL FEES                                                                                         $ 4,720.00
TOTAL CHARGES FOR THIS BILL                                                                        $ 4,720.00