# DOOLEY LAW PLC

P.O. Box 1037
Vinton, Virginia 24179

# Invoice

| | | |
|---|---|---|
| **Invoice for** | **Payable to** | **Invoice #** |
| Brandon Andrews | Dooley Law PLC | 1 |
| | **Project** | **Due date** |
| | GAL | -- |

| Description | Qty | Unit price | Total price |
|---|---|---|---|
| 8/30 - email from Patrick Fennell re hearing and documents | 0.1 | $150.00 | $15.00 |
| 9/6/17 - email from Fennell's office re motion appointing GAL | 0.1 | $150.00 | $15.00 |
| 9/8/17 - reviewing pleadings & documents provided | 1 | $150.00 | $150.00 |
| 9/8/17 - reviewing statement of Brandon Andrews | 0.1 | $150.00 | $15.00 |
| 9/14/17 - Email re certificate of service | 0.1 | $150.00 | $15.00 |
| 9/22/17 - drafting letter to Mr. Andrews | 0.2 | $150.00 | $30.00 |
| 9/25/17 - completing 3rd party application for contact with inmates of Gwinnet Co. Jail | 0.5 | $150.00 | $75.00 |
| 9/25/17 - email to Fennell re contact with Mr. Andrews | 0.1 | $150.00 | $15.00 |
| 9/28/17 - email from Fennell with additional documents | 0.1 | $150.00 | $15.00 |
| 10/2/17 - emails with Colonel Pinkard re phone conference with Andrews | 0.2 | $150.00 | $30.00 |
| 10/3/17 - phone conference with lietenant of Gwinnet County Jail re phone conference | 0.2 | $150.00 | $30.00 |
| 10/3/17 - phone conference with Brandon Andrews | 0.8 | $150.00 | $120.00 |
| 10/4/17 - prepare for hearing | 0.6 | $150.00 | $90.00 |
| 10/4/17 - attend hearing | 1.9 | $150.00 | $285.00 |

| Notes: | | |
|---|---|---|
| | Subtotal | **$900.00** |
| | Adjustments | **$0.00** |
| | | **$900.00** |