

## BRANSTETTER STRANCH & JENNINGS PLLC

CECIL D. BRANSTETTER, SR., 1920-2014
KARLA M. CAMPBELL
BEN GASTEL *
TRICIA HERZFELD *****
R. JAN JENNINGS *
JOE P. LENISKI, JR.
MIKE STEWART
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
MICHAEL J. WALL

THE FREEDOM CENTER
223 ROSA L. PARKS AVENUE
SUITE 200
NASHVILLE, TENNESSEE 37203
TELEPHONE (615) 254-8801
FACSIMILE (615) 255-5419

ASSOCIATES:
GABRIEL G. GALLETTI ***
CALLIE K. JENNINGS
SEAMUS T. KELLY
ISAAC MILLER ******
ANTHONY A. ORLANDI ****
K. GRACE STRANCH

OF COUNSEL:
ROBERT E. RICHARDSON, JR. **

October 16, 2017

U.S. District Judge Rya W. Zobel
Via email to courtroom clerk:
Lisa Urso: lisa_urso@mad.uscourts.gov

Magistrate Judge Jennifer C. Boal
Via email to courtroom clerk:
Steve York: steve_york@mad.uscourts.gov

Re: New England Compounding Center Litigation, MDL No. 2419

Dear Judge Zobel and Magistrate Judge Boal:

As I explained at the September 21, 2017 status conference, the Plaintiffs' Steering Committee filed a Motion for Disbursement of Funds (Dkt. No. 3467), which would allow the last payment to the Escrow Agent administering the Saint Thomas Qualified Settlement Fund. Payment to this vendor constitutes the last step necessary to allow the second and final payment to qualified Plaintiffs from the Saint Thomas Qualified Settlement Fund.

The time for opposing that motion has expired and there appears to be no opposition. Accordingly, the PSC respectfully requests that the Court enter the order at Dkt. No. 3467-2 so that the second payment can be made to victims.

Very truly yours,

/s/ Benjamin A. Gastel
**Benjamin A. Gastel**

*On Behalf of Plaintiffs'*
*Steering Commitee*

Cc (via ECF): Counsel of Record



* ALSO ADMITTED IN GA
** ONLY ADMITTED IN OH
*** ALSO ADMITTED IN NY
**** ALSO ADMITTED IN MA
***** ALSO ADMITTED IN WV AND FL
****** ALSO ADMITTED IN CA