# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC. PRODUCT LIABILITY
LITIGATION

This document relates only to:

   *Armetta*, No. 1:14-cv-14022-RWZ
   *Bowman*, No. 1:14-cv-14028-RWZ
   *Davis*, No. 1:14-cv-14033-RWZ
   *Dreisch*, et al. No. 1:14-cv-14029-RWZ
   *Farthing*, No. 1:14-cv-14036-RWZ
   *Kashi*, No. 1:14-cv-14026-RWZ
   *Torbeck*, No. 1:14-cv-14023-RWZ
   *Handy* No. 1:14-cv-14019-RWZ

MDL No. 02419

Docket No. 1:13-md-2419-RWZ

## ORDER

Upon consideration of the Defendants' Consolidated Motions for Summary Judgment (Dkt. Nos. 3454, 3455, 3456, 3457, 3458, 3459, 3460) and supporting Memorandums of Law (Dkt. Nos. 3454-1, 3455-1, 3456-1, 3457-1, 3458-1, 3459-1, 3460-1), and any opposition thereto, it is this _____ day of _____, 2017, hereby:

**ORDERED** that the Motions for Partial Summary Judgment are **DENIED**.

The Honorable Rya Zobel
U.S. District Court, District of Massachusetts