Case 1:13-md-02419-RWZ   Document 3485-5   Filed 10/16/17   Page 1 of 6

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016          Page 1

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3   IN RE NEW ENGLAND

 4   COMPOUNDING PHARMACY,        MDL No. 2419

 5   INC., PRODUCTS LIABILITY     Dkt No.

 6   LITIGATION                   1:13-MD-2419 (RWZ)

 7   THIS DOCUMENT RELATES TO:

 8   All Actions

 9


10
       Videotaped Deposition of William Allen Mixon, M.D.
11                  Tuesday, March 22, 2016
                         At 10:00 a.m.
12


13         Taken at:
           Aloft Hotel
14         210 East Trade Street
           Charlotte, North Carolina
15


...


22   Reported by LeShaunda Cass-Byrd, CSR, RPR
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3485-5   Filed 10/16/17   Page 2 of 6

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016     Pages 2..5

```
                                                          Page 2
 1        APPEARANCES OF COUNSEL:
 2   On Behalf of the Plaintiff Steering Committee:
 3        FREDRIC L. ELLIS, Esq.
          Ellis & Rapacki LLP
 4        85 Merrimac Street
          Suite 500
 5        Boston, Massachusetts 02114
          617.523.4800
 6
          BEN GASTEL, Esq.
 7        Branstetter Stranch & Jennings, PLLC
          223 Rosa L. Parks Avenue
 8        Suite 200
          Nashville, Tennessee 37203
 9        615.254.8801
10   On behalf of Speciality Surgery Center:
11        KENT E. KRAUSE, Esq.
          Brewer Krause Brooks & Chastain PLLC
12        611 Commerce Street
          Suite 2600
13        Nashville, Tennessee 37203
          615.256.8787
14        Kkrause@bkblaw.com
15   On behalf of Defendant STOPNC Tennessee Clinic:
16        MATTHEW H. CLINE, Esq.
          Gideon Cooper & Essary PLC
17        Suite 1100
          315 Deaderick Street
18        Nashville, Tennessee 37328
          615.254.0400
19
20
21
22
23
24
25
```

```
                                                          Page 3
 1             DEPOSITION OF WILLIAM ALLEN MIXON
 2   By Mr. Gastel                                     8
 3   By Mr. Ellis                                    169
 4   By Mr. Cline                                    340
 5                 DEPOSITION EXHIBITS
 6   EXHIBIT      DESCRIPTION                        PAGE
 7   Exhibit 1428  TOC for Compounder Depo Notebook   15
 8   Exhibit 1429  Amended Deposition Notice          19
 9   Exhibit 1430  E-mail Exchange between Matt Cline,
10                 Ben Gastel, Rick Ellis             20
11   Exhibit 1431  Copy of the Notes of conversation
12                 between Mr. Mixon and Mr. Connelly 26
13   Exhibit 1432  Notes                              28
14   Exhibit 1433  Letter Exchanges between William
15                 Mixon from Matthew Cline           36
16   Exhibit 1434  William Mixon Report               39
17   Exhibit 1435  865th Meeting of the North
18                 Carolina Board of Pharmacy
19   Exhibit 1436  Handwritten Notes                  85
20   Exhibit 1437  The Compounding Pharmacy is
21                 On Facebook                       126
22   Exhibit 1438  North Carolina Board of Pharmacy
23                 Pharmacist FAQs                   134
24   Exhibit 1439  Document Titled: Seeking FDA
25                 Actions to Counter Flagrant
```

```
                                                          Page 4
 1                 Violations of the Law by Pharmacies
 2                 Compounding Bio-Identical Hormone
 3                 Replacement Therapy Drugs         141
 4   Exhibit 1440  Article published San Francisco
 5                 Chronicle, Sunday, June 23rd, 2002,
 6                 titled: Chronicle Investigation,
 7                 Who is Mixing your Drugs?  Bad
 8                 Medicine.  Pharmacy Mix-Up, a
 9                 Recipe for Misery.  Some
10                 Drugstores Operate with very
11                 Little Oversight                  201
12   Exhibit 1441  ASHP Article - Students Death
13                 Sparks Concerns about Compounded
14                 Preparation                       227
15   Exhibit 1442  ASHP, Publication Pharmacy
16                 News, December 11th, 2006         228
17   Exhibit 1443  FDA News Release                  233
18   Exhibit 1444  Article published in the Journal
19                 Of American Dental Association    236
20   Exhibit 1445  Promotional pieces from The
21                 Compounding Pharmacy called Mortar
22                 And Pestle                        236
23   Exhibit 1446  Editorial from the editor of the
24                 Journal of the American Dental
25                 Association                       241
```

```
                                                          Page 5
 1   Exhibit 1447  Post on a blog, Migraine.com.      251
 2   Exhibit 1448  Post on The Compounding Pharmacy's
 3                 Website on June 21, 2012           268
 4   Exhibit 1449  Post on The Compounding Pharmacy's
 5                 Website, September 15th, 2012,
 6                 Titled Quality Control             281
 7   Exhibit 1450  PCAC, June 18, 2015                285
 8   Exhibit 1451  ASRS Letter                        291
 9   Exhibit 1452  Chart compiled by the Pew
10                 Charitable Trusts in November
11                 Of 2015                            299
12   Exhibit 1453  February 24, 2015 Excerpt from
13                 Pharmacy Compounding Advisory
14                 Committee of the FDA               324
15   Exhibit 1454  Page from The Compounding
16                 Pharmacy's web site in September
17                 Of 2012                            327
18   Exhibit 1455  The Compounding Pharmacy Adrenal
19                 Article                            328
20   Exhibit 1456  The Compounding Pharmacy Andropause
21                 Article                            329
22   Exhibit 1457  The Compounding Pharmacy Sterile
23                 Compounding Article                331
24   Exhibit 1458  (No Exhibit 1458 marked)
25   Exhibit 1459  Wall Street Journal Article        334
```


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016        Pages 198..201

Page 198

```
 1   of corticosteroids."
 2           Do you see that?
 3      A.   Uh-huh (affirmative).
 4      Q.   And then it says, "Our findings are in
 5   agreement with those reported by NG, et al., who were
 6   first to document the significant increase in the
 7   growth rate of Aspergillus fumigatus or Aspergillus
 8   flavus exposed to hydrocortisone."
 9           Do you see that?
10      A.   Yes.
11      Q.   And it's Footnote 7.  Do you see that?
12   The -- the NG study?
13      A.   Yes.  Yes.
14      Q.   Turn -- turn to Footnote 7.  That was a
15   study that was published back in a journal called
16   Microbiology in 1994, correct?
17      A.   Uh-huh (affirmative).  By Dr. --
18      Q.   Eng.
19      A.   -- Eng.  Dr. E-n-g.  That's his name.
20      Q.   Okay.  So prior to today, you were not
21   aware that steroids or MPA could actually enhance,
22   stimulate the growth of fungi?
23      A.   No.
24           MR. CLINE:  Object to the form.
25           BY MR. ELLIS:
```

Page 199

```
 1      Q.   So let's go back to the Washington Post
 2   article, the third paragraph of the article.
 3           "In short, methylprednisone acetate, an
 4   injectable steroid in pharmaceutical pilots, is a
 5   prescription for disaster if not made right.  A
 6   few" --
 7           MR. KRAUSE:  Where are you are?
 8           BY MR. ELLIS:
 9      Q.   "A few drug companies make it.  So do an
10   unknown number of compounding pharmacies, a
11   little-known, lightly regulated shadow world of the
12   American pharmaceutical industry."
13           Do you see that?
14      A.   Yes.
15      Q.   Okay.
16           MR. KRAUSE:  If that was a question,
17      I object to the form.
18           THE WITNESS:  Is that a question?
19      Yes, I see it.
20           BY MR. ELLIS:
21      Q.   It was a question.
22      A.   I see what it says.
23      Q.   Okay.
24      A.   Did you ask me if I agreed with it?
25      Q.   Well, do you agree that -- that it's a
```

Page 200

```
 1   prescription for disaster if not made right?
 2      A.   I would --
 3      Q.   Okay.
 4      A.   -- but I disagree that we're unregulated.
 5   We're highly regulated.
 6      Q.   Well, it doesn't say unregulated.  It says
 7   the compounding pharmacies are a little-known, lightly
 8   regulated shadow world of the American pharmaceutical
 9   industry.
10           I take it you disagree with that?
11      A.   I don't.  That's inflammable.
12      Q.   Okay.  So let's go down the sixth paragraph
13   that talks about, "In 2001, 11 people in Northern
14   California developed bacterial infections from
15   injections of steroid betamethasone."
16           That is another type of injectable steroid,
17   correct?
18      A.   Yes.
19      Q.   "Made by a compounding pharmacy.  Three
20   died.
21           "A year later, two people in Michigan
22   developed bacterial meningitis from methylprednisone.
23   Neither died.
24           "That same year, seven people became ill
25   and two died from fungal infections caused by
```

Page 201

```
 1   contaminated methylprednisone made by a compounding
 2   pharmacy in South Carolina.
 3           "Last spring, contaminated steroids
 4   injected into the eyes of patients in Florida caused
 5   13 vision-damaging infections."
 6           Do you see that?
 7      A.   Yes.
 8      Q.   Okay.  So let's take each one of these.
 9   Let's start with the 2001 outbreak.
10           Now, you worked in the business of
11   compounding in 2001, correct?
12      A.   Yes.
13      Q.   We are going to mark this as Exhibit 1440.
14           (Plaintiff's Exhibit 1440 was marked
15      for identification.)
16           BY MR. ELLIS:
17      Q.   This is an article that was published in
18   the San Francisco Chronicle, Sunday, June 23rd, 2002.
19   And it's entitled, "Chronicle Investigation, Who is
20   Mixing your Drugs?  Bad Medicine.  Pharmacy Mix-Up, a
21   Recipe for Misery.  Some Drugstores Operate with very
22   little Oversight."
23           Do you see that?
24      A.   Yes.
25      Q.   And the first paragraph talks about --
```



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3485-5   Filed 10/16/17   Page 4 of 6

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016    Pages 202..205

Page 202

1  first two paragraphs talks about a man who had
2  received a cortisone shot for his chronic back pain.
3          Do you see that?
4     A.   Well, at the first --
5     Q.   The first two paragraphs.
6     A.   -- paragraphs?
7          Yes.  Yes.
8     Q.   And the third paragraph, "But on May 30th,
9  2001, less than 24 hours after his cortisone shot,
10 George Stahl was dead."
11    A.   Right.
12    Q.   The fifth paragraph, "The autopsy concluded
13 that the seemingly healthy UPS driver was killed by
14 meningitis."
15         Do you see that?
16    A.   I see where it says that he died from a
17 burst blood vessel in the brain.
18    Q.   Well, that is what the doctors first said.
19 But then let's go to the autopsy in the next
20 paragraph.
21    A.   "They donated his organs.  The doctors were
22 in for a shock.  The organs were riddled with
23 bacteria, and the autopsy concluded that the healthy
24 UPS driver was killed by meningitis."
25         Yes.

Page 203

1     Q.   Okay.  Next page.  "The cortisone was later
2  found to be contaminated with deadly bacteria.  It had
3  been made at Doc's Pharmacy in Walnut Creek."
4          That's about a half an hour outside of
5  San Francisco.
6          "Where drugs were mixed from scratch in
7  practice known as pharmacy compounding."
8     A.   Uh-huh (affirmative).  Yes.
9     Q.   So back in 2001, when this happened, were
10 you aware of this incident that occurred in -- at
11 Doc's Pharmacy?
12    A.   I may have been.  I don't recall.
13    Q.   Let me see if this refreshes your memory.
14 The pharmacist who actually compounded it committed
15 suicide after this.  Does that ring a bell?
16         MR. CLINE:  Object to the form.
17         THE WITNESS:  It doesn't.
18         BY MR. ELLIS:
19    Q.   Okay.  If we go two more paragraphs, the
20 paragraph beginning, "Yet there is little."
21         "Yet there is little oversight by either
22 federal or state regulators to ensure the drugs made
23 by compounders are safe or effective.  And patients
24 often have no idea that the drugs they have been
25 prescribed are compounded."

Page 204

1          Do you see that?
2     A.   Yes.
3     Q.   Would you agree that that was true in 2001?
4          MR. KRAUSE:  Object to the form.
5          THE WITNESS:  Definitely the second
6     sentence.  How much oversight occurred in
7     California at the state level, I certainly
8     can't say.
9          BY MR. ELLIS:
10    Q.   Well, were you aware that this resulted in
11 legislation in California, this death and this
12 outbreak of meningitis from an injectable steroid made
13 by a compounding pharmacy resulted in legislation in
14 California where they tried to impose more regulation
15 on compounding pharmacies?
16    A.   I did not know that.
17         MR. CLINE:  Object to the form.
18         BY MR. ELLIS:
19    Q.   Okay.  That is fine.
20    A.   But do I know that California has very
21 strict compounding regulations.
22    Q.   Okay.  But you don't know when they were
23 enacted or whether they were in enacted in response in
24 this outbreak?
25    A.   No, I didn't know that.

Page 205

1     Q.   Okay.  Let's go to the -- two paragraphs
2  down.  But it is only one of many recent incidents
3  around the country of compounding gone awry."
4          And then it talks about an example in
5  Kansas City where 34 cancer patients it Kansas City
6  were given watered-down chemotherapy drugs by a
7  compounding pharmacist, who, when he confessed, said
8  he was trying to save money to meet pledges he had
9  made to his church.
10         "In the spring, Pharmacist Richard Courtney
11 told investigators that as many as 4,200 patients may
12 have received diluted drugs since 1992."
13         Were you aware of that incident?
14    A.   Yes.
15    Q.   And then he -- the reporter gives another
16 example.  "Four patients were hospitalized in an
17 Atlanta suburb.  Two in a coma, after they swallowed a
18 compounded thyroid drug that was as much as a thousand
19 times the prescribed strength.  The pharmacist, John
20 Marzullo, surrendered his license in February."
21         Are you aware of that incident?
22    A.   I did not know about that.
23    Q.   Next he talks about, "Doctors reported
24 neurological damage in eight chronic pain patients
25 after a compounder at a Baptist Memorial Healthcare


DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016          Pages 334..337

Page 334
1       (Plaintiff's Exhibit 1459 was marked
2         for identification.)
3           BY MR. ELLIS:
4    Q.    It's a Wall Street Journal article.  And if
5  you take a look at the first couple of paragraphs, do
6  you see -- oh, by the way, this is the Wall Street
7  Journal, February 27th, 2004.  Are you familiar with
8  that newspaper?
9    A.    Certainly.
10   Q.    And do you see where it says Page A-1?
11   A.    Yes.
12   Q.    And you are familiar with that -- that
13 is -- this is the front page.
14   A.    Okay.
15   Q.    Okay.  The title of the article is,
16 "Stirring Debate.  As druggists mix customized brews,
17 FDA raises alarm.  Compounders often meet special
18 needs, but industry falls in regulatory gap.  Rare
19 fungus in the steroids."
20         Do you see that?
21   A.    Yes.
22   Q.    Okay.  This is February 2004.  It's before
23 the death with the Triangle Pharmacy in late 2004 and
24 2005 and all the publicity that got.  This is in
25 response to a South Carolina pharmacy called Urgent

Page 335
1  Care Pharmacy.  Does that strike a bell, that that was
2  the pharmacy?
3    A.    Yes.
4    Q.    Okay.  And it talks about this man, Donald
5  Boles -- Boles, who had fell off a ladder and ruptured
6  a disc in 2002.  His doctor prescribed a spinal
7  steroid injection to ease the pain.
8          Six months later, after two more shots and
9  back surgery, the pain got worse.  And a rare fungus
10 normally found only in soil was growing inside the
11 tissues of his lower back, eating away at his bones.
12         Do you see that?
13   A.    Yes.
14   Q.    Okay.  And the second sentence of the
15 second paragraph says, "Investigators from the Center
16 for Disease Control Prevention traced the mold to a
17 batch of contaminated steroid shots that had already
18 infected five people."
19         Do you see that?
20   A.    Yes.
21   Q.    Okay.  And then let's turn to the second
22 page of this Wall Street Journal article, the third
23 full paragraph.
24         Do you see where it says, "The tainted shot
25 Mr. Boles received was one example in a string of

Page 336
1  public health problems, including a handful of deaths
2  linked to compounded drugs.  State officials in
3  Missouri say that last year they ordered a mail order
4  compounding pharmacy to recall a batch of respiratory
5  drugs that may have been contaminated with a deadly
6  bacteria.  The drugs may have reached more than 19,000
7  people.
8          "In 2001, three California patients died of
9  meningitis after receiving contaminated steroid shots
10 made by a compounder."
11         That was the incident at the Walnut Creek
12 pharmacy that we talked about.
13         And then can you turn to the last
14 paragraph -- well, the last sentence of Page 2.  Could
15 you read that.  "Lawyers for Urgent Care, the pharmacy
16 involved in this outbreak."
17   A.    I am sorry.  Starting where?
18   Q.    The last sentence on Page 2.
19   A.    "The pharmacy has filed for Chapter 7
20 liquidation bankruptcy and is no longer operating."
21         Is that the sentence you were referring to?
22   Q.    Yes.
23         And then at the top of Page 3, please,
24 first sentence?
25   A.    Well, this is talking about "Urgent Care

Page 337
1  Pharmacy in Spartanburg filing for Chapter 7
2  liquidation bankruptcy and no longer operating.
3  'Incidents such as these, which regulators found out
4  about, might be the tip of the iceberg when it comes
5  to concerns with compounding drugs because there is no
6  mandatory reporting of problems,' says David Horowitz,
7  director of the Office of Compliance and FDA Center
8  for Drug Evaluation and Research.  'Compounded
9  products aren't typically tested for safety or purity
10 before dispensed to patients.'"
11   Q.    Okay.  So this was February 2004, front
12 page article in the Wall Street Journal.
13         MR. CLINE:  Object to the form.
14         BY MR. ELLIS:
15   Q.    And then --
16         MR. KRAUSE:  Object to the extent
17     that all we have done is have a section of
18     this article read into the record by either
19     the attorney or the witness.
20         BY MR. ELLIS:
21   Q.    So then I want to show you exhibit -- what
22 was that exhibit?
23         MR. KRAUSE:  There wasn't a single
24     question.
25         THE WITNESS:  1459.


Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3485-5   Filed 10/16/17   Page 6 of 6

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF WILLIAM ALLEN MIXON, M.D. on 03/22/2016    Pages 338..341

Page 338

1    BY MR. ELLIS:
2    Q.    So let me show you Exhibit 1460.
3          (Plaintiff's Exhibit 1460 was marked
4       for identification.)
5    BY MR. ELLIS:
6    Q.    This is from WebMD Health News, March 24th,
7    2005.  Can you read the -- this is entitled --
8          MR. CLINE:  Rick.
9          MR. ELLIS:  I am sorry.
10   BY MR. ELLIS:
11   Q.    This is entitled, "Closer scrutiny urged
12   for compounded drugs.  Groups decry lack of standards
13   and labelling for drugs mixed by pharmacy labs."
14         Do you see that?
15   A.    Yes.
16   Q.    Could you read the first two paragraphs,
17   please.
18         MR. KRAUSE:  Same objection.
19         THE WITNESS:  "March 24th, 2005, a
20      group of medical organizations called on
21      the FDA to crack down on pharmacies they
22      say concoct copycats of pharmacy products
23      without oversight from the federal
24      government.
25         "The groups want the agency to

Page 339

1       require stricter labelling on drugs mixed
2       by pharmacy laboratories because of
3       concerns that patients are not aware that
4       they are not governed by FDA-manufacturing
5       rules."
6          BY MR. ELLIS:
7    Q.    Okay.  And do you see at the bottom of the
8    first page, there is a paragraph talking about a group
9    called the Consumer Health Alliance For Safe
10   Medication that had filed a petition asking the FDA to
11   require all compounded drug products to carry labels
12   telling consumers that they are regulated by the
13   agency and that they have not been tested for safety,
14   efficacy or sterility.
15         Do you see that?
16         MR. KRAUSE:  Object to the form.
17         THE WITNESS:  Yeah.
18   BY MR. ELLIS:
19   Q.    And this is March of 2005, correct?
20   A.    Yeah.
21   Q.    And in 2006, Senator Edward Kennedy,
22   Massachusetts, proposed legislation that would give
23   the FDA back the power to regulate the compounding
24   pharmacies, correct?
25   A.    Right.

Page 340

1          MR. KRAUSE:  Object to the form.
2    BY MR. ELLIS:
3    Q.    And what was the IACP's position and your
4    position on that legislation?
5    A.    We were vehemently opposed to it.
6    Q.    And did you lobby Congress to oppose that
7    legislation?
8    A.    I did.
9          MR. ELLIS:  I have no further
10      questions.
11                   EXAMINATION
12   BY MR. CLINE:
13   Q.    Mr. Mixon, I just have a couple of quick
14   questions for you.
15         I want to take you back to our phone call
16   with Joe Connelly --
17         THE COURT REPORTER:  I can barely
18      hear you.
19         BY MR. CLINE:
20   Q.    I would like to take you back to our phone
21   call with Joe Connelly last Sunday.
22         Do you remember that phone call?
23   A.    Yes.
24   Q.    Do you remember whether Joe Connelly told
25   us whether the stir plates and the isolator hoods were

Page 341

1    large or small stir plates?
2          MR. GASTEL:  Objection to the form.
3          THE WITNESS:  He said they were
4       small.
5          BY MR. CLINE:
6    Q.    And did he tell us anything about the stir
7    plates on the -- out on the table?
8    A.    Well, I saw on the videos, and he also said
9    that they were large, commercial grade stir plates.
10   Q.    You were asked -- shown several documents
11   about PCAB.
12   A.    Yes.
13   Q.    You were asked whether PCAB was trying to,
14   quote, get the word out to healthcare providers.
15         Do you remember that -- that line of
16   questioning?
17   A.    Yes.
18   Q.    Do you -- in your opinion, did PCAB
19   succeed?
20         MR. GASTEL:  Objection to form.
21         THE WITNESS:  No, I don't -- that
22      was -- that was not a successful campaign.
23         BY MR. CLINE:
24   Q.    You were also asked some questions about
25   the availability of methylprednisone acetate.



Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com