```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3

 4   IN RE: NEW ENGLAND              : MDL No. 2419

 5   COMPOUNDING PHARMACY, INC.      : Docket No.:

 6   PRODUCTS LIABILITY LITIGATION:  1:13-md-2419(RWZ)

 7   -----------------------------:

 8   This document relates to:       :

 9                                   :

10   ARNETTA, ET AL v. BOX HILL      :

11   SURGERY CENTER, LLC, ET AL      :

12   No. 1:14-cv-14022-RWZ           :

13                                   :

14   BOWMAN, ET AL v. BOX HILL       :

15   SURGERY CENTER, LLC, ET AL      :

16   No. 1:14-cv-14028-RWZ           :

17                                   :

18   DAVIS, ET AL v. BOX HILL        :

19   SURGERY CENTER, LLC, ET AL      :

20   No. 1:14-cv-14033-RWZ           :

21                                   :
```

Page 2

1  DREISCH, ET AL v. BOX HILL       :
2  SURGERY CENTER, LLC, ET AL       :
3  No. 1:14-cv-14029-RWZ            :
4                                   :
5  FARTHING, ET AL v. BOX HILL      :
6  SURGERY CENTER, LLC, ET AL       :
7  No. 1:14-cv-14036-RWZ            :
8                                   :
9  KASHI, ET AL v. BOX HILL         :
10 SURGERY CENTER, LLC, ET AL       :
11 No. 1:14-cv-14026-RWZ            :
12                                  :
13 TORBECK, ET AL v. BOX HILL       :
14 SURGERY CENTER, LLC, ET AL       :
15 No. 1:14-cv-14023-RWZ            :
16                                  :
17 HANDY, ET AL v. BOX HILL         :
18 SURGERY CENTER, LLC, ET AL       :
19 No. 1:14-cv-14019-RWZ            :
20         --------------------
21

Page 3

1       Deposition of STEVEN PAUL COHEN, M.D.,
2  was taken via Veritext Virtual on Wednesday, March
3  1, 2017, commencing at 10:10 a.m., at Pessin Katz
4  Law, P.A., 10500 Little Patuxent Parkway, Suite
5  650, Columbia, Maryland, before MICHELE D. LAMBIE,
6  Notary Public.
7           -------------------
8
9
10
11
12 ALSO PRESENT; Ashley E. Geno, Esquire
13      (via telephone)
14 Reported By:
15      Michele D. Lambie, CSR-RPR
16
17
18
19
20
21

Page 4

1  APPEARANCES:
2       ON BEHALF OF PLAINTIFFS ARNETTA, BOWMAN,
3       DAVIS, DREISCH, FARTHING, KASHI, TORBECK
4       AND HANDY:
5  Law Offices of Peter G. Angelos, P.C.
6     GLENN E. MINTZER, ESQUIRE.
7     gmintzer@lawpga.com.
8     SHARON L. HOUSTON, ESQUIRE.
9     100 North Charles Street.
10    Baltimore, Maryland  21201.
11    (410) 649-2000
12
13    ON BEHALF OF PLAINTIFF ROZEK:
14 Cohen, Placitella & Roth, P.C.
15    HARRY M. ROTH, ESQUIRE.
16    hroth@cprlaw.com.
17    SILVIO A. TRENTALANGE, ESQUIRE.
18    strentalange@cprlaw.com.
19    2001 Market Street, Suite 2900.
20    Philadelphia, Pennsylvania  19103.
21    (215) 567-3500

Page 5

1  APPEARANCES CONTINUED:
2       ON BEHALF OF THE DEFENDANTS:
3  Pessin Katz Law, P.A.
4     GREGORY K.  KIRBY, ESQUIRE.
5     gkirby@plaw.com.
6     901 Dulaney Valley Road.
7     Suite 400.
8     Towson, Maryland  21204.
9     (410) 938-8800
10
11
12
13
14
15
16
17
18
19
20
21

Page 6

1              EXAMINATION INDEX
2
    STEVEN PAUL COHEN, M.D.
3    BY MR. ROTH                       7
     BY MR. MINTZER                  162
4    R BY MR. ROTH                   214
     BY MR. KIRBY                    227
5    R BY MR. ROTH                   247
     R BY MR. MINTZER                252
6    R BY MR. KIRBY                  253
7
8              EXHIBIT INDEX
9                         MAR
   STEVEN PAUL COHEN, M.D.
10   3    Expert Report of Steven Cohen, M.D.    7
11  15    Packing Slips                          7
12
13
14
15
16
17
18
19
20
21

Page 7

1              P R O C E E D I N G S
2         (Whereupon, Cohen Deposition Exhibit
3  Number 3, Expert Report of Steven Cohen, M.D.,
4  premarked for identification.)
5         (Whereupon, Cohen Deposition Exhibit
6  Number 15, Packing Slips, premarked for
7  identification.)
8           STEVEN PAUL COHEN, M.D.,
9  the Deponent, called for examination by the
10 Plaintiffs, being first duly sworn to tell the
11 truth, the whole truth, and nothing but the truth,
12 testified as follows:
13              EXAMINATION
14    BY MR. ROTH:
15    Q.  Dr. Cohen, my name is Harry Roth.  I
16 represent one of the Plaintiffs here, the Estate of
17 Brenda Rozek, and I'm going to be asking you some
18 questions as you know.  How are you doing?
19    A.  I'm doing okay.  Thanks for asking.
20    Q.  Thank you for accommodating, and
21 Mr. Kirby, thank you as well, for accommodating my

Page 8

1  request that we do this by video conference.  I
2  appreciate it.  I've been on the run a little bit,
3  and it's nice to be in my office, so I, I thank you
4  for that.
5         Dr. Cohen, you have reviewed the medical
6  records of Brenda Rozek from Dr. Bhambhani's
7  office?
8     A.  I reviewed many of the medical records.
9  I --
10    Q.  Okay.
11    A.  So I can tell you some of them.
12    Q.  Okay.  I think it will be good for us to
13 pause a little bit.  I think I heard the court
14 reporter say something, you know, sometimes it's
15 slow, so I want to make sure that you have answered
16 the question and that also I'm going to ask you to
17 wait to make sure I have completed my question,
18 okay?
19    A.  Okay.
20    Q.  Were you finished answering the question?
21    A.  I have reviewed some of the medical

Page 9

1  records.  I can tell you some of the names.  I
2  can't remember each individual record.
3     Q.  Do you remember reviewing Brenda Rozek's
4  records?
5         MR. KIRBY:  And I'll just object for the
6  record.  To the extent that he's a common-issue
7  expert, I don't know where the questioning is
8  going, but that's -- I'll just object to that.
9  He's not a case-specific expert at this point
10 necessarily.
11        MR. ROTH:  Understood.
12        THE WITNESS:  I believe I reviewed her
13 records several months ago.  In the past two days,
14 I've reviewed about five or six other records, and
15 hers was not one of those.
16 BY MR. ROTH:
17    Q.  Did you see in any of the records that
18 you reviewed, either months ago or in the last
19 couple of days, any indication in Dr. Bhambhani's
20 notes as to a particular medical need of one of her
21 patients that would require a compounded steroid be

Page 150

1  milligrams per cc, you would, that would be 4 cc's.
2  If you're using 80, that would be 2 cc's to get 160
3  milligrams.
4      Q.  But in any event, 5 milliliters is
5  typically not a single dose --
6      A.  That is correct.
7      Q.  -- right?  And the prescription form also
8  says five vials of 5 milliliters per one patient.
9  That is certainly not for a single use, correct?
10     A.  Correct.
11     Q.  All right.  What would Dr. Bhambhani do
12 after using one 5 milliliter bottle with the rest
13 of the epidural not used in a single patient?
14     A.  So I think it depended on the scenario.
15 If there were, was going to be a break between
16 cases and she thought that sterility was
17 compromised, she would throw it out.  If there was
18 another patient that were being done immediately
19 afterwards, she would sometimes reuse medication
20 from the same vial.
21     Q.  Are there standards or policies that

Page 151

1  apply to using a single vial for multiple patients
2  of preservative-free steroids?
3      A.  So the general rule now is that you
4  shouldn't use single-dose vials on multiple
5  patients.
6          Dr. Bhambhani thought, was under the
7  impression that these were multi-dose vials, and
8  there are some circumstances in which single-dose
9  vials can be reused.
10         In fact, I saw a lecture by a guy who is
11 on the USP compounding pharmacy committee, and he
12 says, you know, under certain circumstances,
13 single-use vials can be used on multiple patients
14 provided people comply with USP 797.
15         During times of shortages, we at Johns
16 Hopkins have reused single-use vials, and people
17 from pharmacy came down and they said, you know,
18 here are the, the ways that you need to do this
19 safely, and we complied.
20         There are articles in the peer-reviewed
21 literature, including one by Ray Baker who is the

Page 152

1  former president of the North American Spine
2  Society and I believe a chair at one of the Spine
3  Intervention Society meetings, who says it's very
4  reasonable to use, to reuse vials.
5          And I can tell you, right or wrong, and I
6  don't know the answer to this, that there are many,
7  many, many doctors who reuse this when, you know, I
8  go around to other, you know, pain treatment
9  centers.
10         Is it right?  I don't know the answer to
11 the question, but you, you have to acknowledge that
12 if hundreds of doctors do this, if that's your
13 definition of standard of care and these people
14 think this out, then that might fall within
15 standard of care.
16     Q.  Is there a difference between a multi-use
17 and single-use vial?
18         MR. KIRBY:  Objection to form.
19         THE WITNESS:  Yeah.  A single-use vial
20 should be used on one patient; whereas, a multi-use
21 vial can be used on more than one patient.

Page 153

1  BY MR. ROTH:
2      Q.  Does the multi-use vial have some means
3  of assuring, if you know, the sterility of the, of
4  the steroid?
5      A.  It usually has some sort of bactero or
6  fungicidal, you know, agent in it, such as benzyl
7  alcohol and I think maybe even MGPC at very high
8  concentrations.
9      Q.  In your description of the use of, at
10 Hopkins when there was a shortage, what the
11 pharmacist told you to do and how to make sure that
12 things were sterile, were you actively involved in
13 that?  Were you one of the doctors who was reusing
14 a vial during that shortage period?
15     A.  So they, they came up and they said,
16 There's a shortage, but rather than withhold a
17 beneficial treatment from our patients, we decide
18 that the, that, you know, the benefits of doing it
19 this way outweigh the risks.  And, of course, there
20 are significant risks to, you know, delaying, you
21 know, treatment, and so this is how it can be done