```
 1          UNITED STATES DISTRICT COURT

 2            DISTRICT OF MASSACHUSETTS

 3

 4  IN RE: NEW ENGLAND            : MDL No. 2419

 5  COMPOUNDING PHARMACY, INC.    : Docket No.:

 6  PRODUCTS LIABILITY LITIGATION:  1:13-md-2419(RWZ)

 7  -----------------------------:

 8  This document relates to:     :

 9                                :

10  ARNETTA, ET AL v. BOX HILL    :

11  SURGERY CENTER, LLC, ET AL    :

12  No. 1:14-cv-14022-RWZ         :

13                                :

14  BOWMAN, ET AL v. BOX HILL     :

15  SURGERY CENTER, LLC, ET AL    :

16  No. 1:14-cv-14028-RWZ         :

17                                :

18  DAVIS, ET AL v. BOX HILL      :

19  SURGERY CENTER, LLC, ET AL    :

20  No. 1:14-cv-14033-RWZ         :

21                                :
```

```
 1   DREISCH, ET AL v. BOX HILL      :
 2   SURGERY CENTER, LLC, ET AL      :
 3   No. 1:14-cv-14029-RWZ           :
 4                                   :
 5   FARTHING, ET AL v. BOX HILL     :
 6   SURGERY CENTER, LLC, ET AL      :
 7   No. 1:14-cv-14036-RWZ           :
 8                                   :
 9   KASHI, ET AL v. BOX HILL        :
10   SURGERY CENTER, LLC, ET AL      :
11   No. 1:14-cv-14026-RWZ           :
12                                   :
13   TORBECK, ET AL v. BOX HILL      :
14   SURGERY CENTER, LLC, ET AL      :
15   No. 1:14-cv-14023-RWZ           :
16                                   :
17   HANDY, ET AL v. BOX HILL        :
18   SURGERY CENTER, LLC, ET AL      :
19   No. 1:14-cv-14019-RWZ           :
20                                     --------------------
21
```

1        Deposition of DENNIS M. KILLIAN,
2   Pharm.D., Ph.D., was taken via Veritext Virtual on
3   Friday, February 2, 2017, commencing at 10:20 a.m.,
4   at Laws, Insley & Benson, 209 East Main Street,
5   Salisbury, Maryland, before MICHELE D. LAMBIE,
6   Notary Public.
7                    --------------------

14  Reported By:
15           Michele D. Lambie, CSR-RPR

1            MR. KIRBY:  I am not having a whole lot
2    of luck here, Guys.  Let's see.
3            MR. MILLER:  It's a single-page document.
4            THE WITNESS:  All right.  I have it here.
5    BY MR. MILLER:
6        Q.   This is a document that was created by
7    Box Hill Surgery Center.  Do you see it's approved
8    by Dr. Bhambhani, and it says Policy:
9    Pharmaceutical services provided or made available
10   are appropriate to the needs of the patient and
11   support the organization's clinical capability.
12           Now, Dr. Bhambhani is a medical director.
13   Do you see under Procedures it says, The medical
14   director will serve as the pharmaceutical services
15   supervisor.  Do you see that?
16       A.   Yes.
17       Q.   Do you see the fifth bullet point down
18   where it says that one of the things she'll make
19   sure of is that safe injection practices as
20   recommended by CDC will be followed?
21       A.   Yes, I see that bullet.

1    Q.   Then I want you to read the second to the
2    last bullet beginning with single.
3    A.   Single use medications will be used for a
4    single patient.
5    Q.   She didn't follow that, did she?
6         MR. KIRBY:  Objection to form.
7         THE WITNESS:  I believe -- I'm not -- I
8    don't believe so.
9    BY MR. MILLER:
10   Q.   We know based on the 5 milliliter alone
11   and the way that her forms are that she multi-dozed
12   on numerous cases, didn't she?
13        MR. KIRBY:  Objection to form and
14   foundation.  You can answer.
15        THE WITNESS:  Yes, I believe that she
16   used them in the course of a given day, and you
17   know, at the end, we have to look at what the
18   standard of practice was for anesthesia, but she
19   used them in a day, in one day.
20   BY MR. MILLER:
21   Q.   It says safe injection practices is