```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3     ------------------------------------
       In Re:  NEW ENGLAND COMPOUNDING      :
 4     pharmacy, Inc., Products             : MDL No. 2419
       Liability Litigation,                :
 5                                          : Docket No.:
                                            : 1:13-md-2419
 6     Box Hill Surgery Center, LLC,        :
       et al.                               :
 7     ------------------------------------
 8                                         Washington, D.C.
 9                                    Friday, March 10, 2017
10     Videoconference Deposition of:
11                  THOMAS M. LARKIN, M.D.
12     called for oral examination by counsel for
13     Plaintiffs, pursuant to notice, at Veritext Legal
14     Solutions, 1250 I Street, N.W., Suite 350,
15     Washington, D.C., before Felicia A. Newland, CSR, of
16     Veritext Legal Solutions, a Notary Public in and for
17     the District of Columbia, beginning at 1:15 p.m.,
18     when were present on behalf of the respective
19     parties:
20
21
22
```

```
 1              A P P E A R A N C E S
 2               *  *  *  *  *  *  *  *  *
 3   On behalf of Plaintiffs:
 4        GLENN E. MINTZER, ESQUIRE (via VTC)
 5        Law Offices of Peter Angelos, P.C.
 6        100 North Charles Street, 22nd Floor
 7        Baltimore, MD 21201
 8        gmintzer@lawpga.com
 9        -- and --
10        MICHAEL COREN, ESQUIRE (via VTC)
11        HARRY M. ROTH, ESQUIRE (via VTC)
12        Cohen, Placitella & Roth, P.C.
13        2001 Market Street, Suite 2900
14        Philadelphia, PA  19103
15        mcoren@cprlaw.com
16
     On behalf of Defendants:
17
18        GREGORY K. KIRBY, ESQUIRE
19        Pessin Katz Law, P.A.
20        901 Dulaney Valley Road, Suite 500
21        Towson, MD 21204
22        gkirby@pklaw.com
```

C O N T E N T S

EXAMINATION BY:                                                   PAGE

    Examination by Mr. Mintzer                              5

    Examination by Mr. Coren                              199

    Examination by Mr. Mintzer                            332

    Examination by Mr. Kirby                              336

LARKIN   DEPOSITION EXHIBITS:   *                                 PAGE

1627-2    CV, Thomas M. Larkin, M.D.                               14

1627-3    Expert report by Thomas M.
          Larkin, M.D., October 2016                               54

1627-4    Exhibit 2 to Dr. Larkin's report                         70

1627-14   Commonwealth of Massachusetts, Board
          of Registration in Medicine, Prescribing
          Practices, Policy and Guidelines,
          Adopted August 1, 1989, Amended
          November 17, 2010                                       226

1627-30   LexisNexis, 2012 ALM GL ch.94C, 19                      302

1627-43   Standards of Professionalism:
          Expert Witness Guidelines                                16

1627-44   Composite exhibit, consisting of
          listing of documents that Dr. Larkin
          reviewed                                                 79

1  attached to it a procedure list.  Correct?

2       A    Yes.

3       Q    Okay.  And you are you familiar with what

4  the elements of the prescription are?

5       A    If you would, you can -- you can educate

6  me on the specific elements of a prescription.

7       Q    Okay.  Let me see if I can do it.

8            But maybe it would be a little easier if

9  we -- bear with me for a second.

10           MR. COREN:  Glenn, what number is the

11  Massachusetts Prescribing Practices, Policy and

12  Guidelines?

13           Glenn, are you still there?

14           MR. MINTZER:  Yeah, I'm here.  I'm

15  looking at the list.  I'm not sure exactly.

16           Oh, look at 14 maybe.

17           MR. COREN:  Yes.

18           Greg, or madam court reporter, could

19  you get folder 14?

20           (Larkin Deposition Exhibit Number 1627-14

21           marked for identification.)

22

1   BY MR. COREN:

2       Q    Okay.  Thank you.

3            I thought it may be better if I let one

4   group of doctors talk to another doctor as opposed

5   to a lawyer, I think it might be a little more

6   comfortable for you.  Okay?

7       A    Okay.

8       Q    This document was marked as Exhibit

9   1626-6 at Dr. Maine's deposition.  And this is the

10  Prescribing Practices, Policy and Guidelines

11  published by the Commonwealth of Massachusetts

12  Board of Registration in Medicine, adopted

13  August 1, 1989, and amended November 17, 2010.  And

14  in 2015, they issued another version of it, so I

15  wanted to use the one in 2012, the one that was in

16  place and available online.  I got this online.

17  You know, went looking for it, and lo and behold,

18  found it.

19           And, just, I want to talk to you about a

20  couple of things in here and then come back to the

21  1627-57 exhibit.  Okay.

22           MR. KIRBY:  Objection to form and

1  foundation.
2          THE WITNESS:  Okay.
3  BY MR. COREN:
4      Q    Turn to the first number of the -- it's
5  unnumbered, it's really Roman Numeral 1.  It says,
6  "Introduction and Executive Summary."  Let me know
7  when you get to that.
8      A    Yeah, I'm here.
9      Q    Okay.  And it states, just so we -- I
10 just want to get -- hopefully we're on the same
11 page with you using this -- so Massachusetts Board
12 of Registration and Medicine has prepared these
13 Prescribing Practices, Policy and Guidelines to
14 provide physicians with greater understanding of
15 their responsibilities and the standards the Board
16 applies in reviewing their prescribing practices.
17 Okay.
18          So this is so the doctors can know what
19 in Massachusetts, you would agree, is expected.
20 Correct?
21          MR. KIRBY:  Objection to form.
22 Foundation.  Scope.

```
 1               Go ahead.
 2               THE WITNESS:  Yes.  This is -- yes, I
 3    think that's what it is -- I think that's what it
 4    is.  It's awfully detailed, but yes.
 5    BY MR. COREN:
 6         Q    Understood.  And believe me, I'm only
 7    going to look at a few pages in this thing.  Okay.
 8    It's not as daunting as it looks.
 9               The first thing I have is, have you ever
10    seen this document before?
11         A    No, I have not.
12         Q    This wasn't provided to you as part of
13    the materials that you used in formulating your
14    opinion.
15         A    No, it was not.
16         Q    Is that a fair statement?
17         A    I don't think it was on the list.
18         Q    Would you --
19         A    I haven't looked through it before.
20         Q    Would you have liked to have had what the
21    Massachusetts Board of Physicians have to say on
22    prescribing and formulating your opinions?
```