## In the Matter Of:

### NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY

### VIDEOTAPED DEPOSITION OF RITU T. BHAMBHANI, M.D.

*February 10, 2016*



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999

Case 1:13-md-02419-RWZ   Document 3485-16   Filed 10/16/17   Page 2 of 4

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF RITU T. BHAMBHANI, M.D. on 02/10/2016                    Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3
 4    IN RE:   NEW ENGLAND
 5    COMPOUNDING PHARMACY, INC.      MDL No. 2419
 6    PRODUCTS LIABILITY LITIGATION   Master Docket
 7                                    1:13-md-02419-RWZ
 8
 9              - - - - - - - - - - -
10
11        VIDEOTAPED DEPOSITION DUCES TECUM
12             OF RITU T. BHAMBHANI, M.D.
13
14
15            Wednesday, February 10, 2016
16
17
18
19
20
21
22
23    Reported by:   Lori J. Goodin, RPR, CLR, CRR,
24               Realtime Systems Administrator
25    Assignment No. 26236
```



100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Nationwide Coverage

Case 1:13-md-02419-RWZ   Document 3485-16   Filed 10/16/17   Page 3 of 4

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF RITU T. BHAMBHANI, M.D. on 02/10/2016                    Page 99

```
 1          Q.    Right.
 2          A.    I don't, I am not sure if that is
 3    who they got it from day one over there or not.
 4    That is who they were getting it from when I left
 5    and I asked who were they getting it from at the
 6    time in 2008.
 7          Q.    Right.  And so, my, all of that
 8    background that you have described, related to
 9    your decision to use preservative-free MPA, not
10    the source of that preservative-free MPA.
11                I mean earlier on in this
12    deposition, you are looking at me like I have two
13    heads here.
14          A.    No, no.
15          Q.    Early in the deposition I was asking
16    you about your decision to use preservative-free
17    MPA, and drew a distinction between that decision
18    and the source of it, do you recall that?
19          A.    So, if the question is the decision
20    to use it?
21          Q.    No, I'm sorry.
22          A.    Or where to get it from?
23          Q.    That's right.  What I'm trying to
24    confirm is that your decision to purchase from
25    NECC was based upon your conversation with the
```



Case 1:13-md-02419-RWZ   Document 3485-16   Filed 10/16/17   Page 4 of 4

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF RITU T. BHAMBHANI, M.D. on 02/10/2016                Page 100

```
 1   folks from Harford, right?
 2        A.    And having used NECC's
 3   preservative-free MPA at Harford for years
 4   without any problem.
 5        Q.    Right.
 6        A.    Yes.
 7        Q.    Okay.  And, other than speaking with
 8   the folks from Harford in 2008, did you have any
 9   conversation with anybody else about NECC in 2008
10   when you made the decision to continue with them?
11        A.    Not that I recall.
12        Q.    Okay.  One of the things you mention
13   in the Answers to Interrogatories is that NECC
14   was a, was licensed with the Maryland Department
15   of Pharmacy.
16              Did you verify that in 2008?
17        A.    I don't remember specifically one
18   way or the other.
19              Again, it was being used at the
20   other center where I was.
21              They had been getting it for a
22   period of time.  I had been using it there no
23   problems.
24              So, when I decided to get it, did I
25   specifically ask for that license?  I don't
```

