**Kelley, Gwenn**

| | |
|---|---|
| From: | Pontikas, Jean (DPH) |
| Sent: | Tuesday, November 16, 2004 2:22 PM |
| To: | Young, Charles (DPH) |
| Cc: | Coffey, James D (DPH); Manning, Susan (DPH) |
| Subject: | RE: NECC |

Thank you for the update.

-----Original Message-----
| | |
|---|---|
| From: | Young, Charles (DPH) |
| Sent: | Monday, November 15, 2004 1:07 PM |
| To: | Pontikas, Jean (DPH) |
| Cc: | Coffey, James D (DPH); Manning, Susan (DPH) |
| Subject: | NECC |

Hi Jean;

Wanted to update you on the above-referenced matter. The company (compunding pharmacy) did not accept the consent agreement the Board offered (probation + terms) and the counter offer submitted by his counsel will be discussed with the Board next Tuesday(11/23/04).

I will keep you updated

cy

Charles R. Young, R.Ph., Executive Director
Board of Registration in Pharmacy
Division of Health Professions Licensure
239 Causeway Street-Suite 500
Boston, MA 02114

| | |
|---|---|
| tel: | 617-727-7390 |
| e-mail: | charles.young@state.ma.us |
| fax: | 617-727-2366 |
| web: | www.state.ma.us/reg/boards/ph/default.htm |

EXHIBIT NO. 742