```
                                                                      1

 1                 UNITED STATES DISTRICT COURT

 2                   DISTRICT OF MASSACHUSETTS

 3

 4

 5   IN RE: NEW ENGLAND COMPOUNDING   MDL No.: 02419

 6   PHARMACY, INC. PRODUCTS          DOCKET No. 1:13-MD-2419-RWZ

 7   LIABILITY LITIGATION

 8

 9   Dreisch v. Box Hill Surgery     No. 1:14-CV-14029-RWZ

10   Center, LLC, et al.

11   _____/

12

13

14            The Videotaped deposition of BELINDA L.

15   DREISCH was held on Tuesday, April 18, 2017, commencing

16   at 10:09 a.m., at the Law Offices of Peter G. Angelos,

17   P.C., One Charles Center, 100 North Charles Street,

18   21st Floor, Baltimore, Maryland 21201, before Kyle L.

19   Kingsley, Notary Public.

20

21
```

Page 2

  1
  2
  3    REPORTED BY: Kyle L. Kingsley
  4
  5    APPEARANCES:
  6
  7    ON BEHALF OF THE PLAINTIFFS:
  8    GLENN E. MINTZER, ESQUIRE
  9    SHARON L. HOUSTON, ESQUIRE
 10    Law Offices of Peter G. Angelos, P.C.
 11    One Charles Center
 12    100 North Charles Street, 22nd Floor
 13    Baltimore, Maryland 21201
 14    Telephone:  410-649-2000
 15    Facsimile:  410-649-2101
 16    Email: shouston@lawpga.com
 17    Email: gmintzer@lawpga.com
 18
 19
 20
 21    APPEARANCES: (Continued on Next Page.)

Page 4

  1                      INDEX
  2          Deposition of BELINDA L. DREISCH
  3                   April 18, 2017
  4
  5   Examination By:                              Page
  6   Ms. Steiner                                     7
  7
  8   Exhibit No.                               Marked
  9   Exhibit 1     Plaintiff Profile Form           6
 10   Exhibit 2     Informed Consent for Procedure
 11                 dated 9/23/11                    6
 12   Exhibit 3     Informed Consent for Procedure
 13                 dated 11/11/11                   6
 14   Exhibit 4     Informed Consent for Procedure
 15                 dated 5/18/12                    6
 16   Exhibit 5     Informed Consent for Procedure
 17                 dated 7/13/12                    6
 18   Exhibit 6     Informed Consent for Procedure
 19                 dated 8/24/12                    6
 20   Exhibit 7     Post-Procedure Instructions dated
 21                 8/24/12                        117

Page 3

  1   APPEARANCES CONTINUED
  2
  3          ON BEHALF OF DEFENDANTS, BOX HILL
  4          SURGERY CENTER, LLC, RITU T. BHAMBHANI,
  5          M.D. and RITU T. BHAMBAHNI, M.D., LLC:
  6          CATHERINE W. STEINER, ESQUIRE
  7             Pessin Katz Law, P.A.
  8             901 Dulaney Valley Road, Suite 400
  9             Towson, Maryland 21204
 10             Telephone:   410-938-8800
 11             Facsimile:   410-832-5600
 12             Email: csteiner@pklaw.com
 13
 14   ALSO PRESENT:   Kim Johnson, Videographer
 15                   Burton Dreisch
 16
 17
 18
 19
 20
 21

Page 5

  1                  INDEX (Continued)
  2          Deposition of BELINDA L. DREISCH
  3                   April 18, 2017
  4
  5
  6   Exhibit No.                               Marked
  7   Exhibit 8     Document dated 7/13/12         117
  8   Exhibit 9     Document dated 8/27/12         117
  9
 10
 11        (Exhibits attached to transcript.)
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21

Page 110

1  A. I can't remember. I'm sorry. I don't
2  recall.
3  Q. And I'm going to have the next one marked
4  as whatever number we are on.
5     MR. MINTZER: Nine.
6     BY MS. STEINER:
7  Q. Thank you. Following the August 24, 2012
8  procedure, the records indicate that on August 27, 2012
9  they attempted to contact you and left a message. Do
10 you recall receiving a message on your phone that Dr.
11 Bhambhani or her staff had tried to call you to see how
12 you were doing?
13 A. I do not.
14 Q. Okay. At any point in time have you
15 reviewed any of your own medical records?
16 A. Not for a long time. I have a hard time
17 looking at those.
18 Q. Did you -- have you at any point in time
19 reviewed any of your medical records from Dr.
20 Bhambhani's office or her surgery center?
21 A. No.

Page 111

1  Q. You said you have a hard time looking at
2  those things, which suggests to me maybe at some point
3  in time you reviewed your medical records. At some
4  point in time did you review your medical records?
5     MR. MINTZER: Objection to form.
6     THE WITNESS: No. I just have a hard time
7  -- I just have a hard time, it's very painful for me to
8  think about all those -- all those things. All that
9  when bills come and it's something that happened, I
10 just have a hard time with it. I just -- it's not my
11 wish, I never did, it had never happened to me and I
12 wish things were different. I wish things would have
13 been regulated and if I'd have known I would have done
14 all things differently. I just don't -- I just don't
15 care to relive it like that.
16    BY MS. STEINER:
17 Q. I don't mean to cut you off. Are you
18 finished?
19 A. Yes, ma'am.
20 Q. When you say you wish things had been
21 regulated, what are you referring to?

Page 112

1  A. I just wish things would have been -- I
2  always thought everything ought to be regulated for
3  health reasons and I don't feel like that was. That --
4  that couldn't have been. Why would you give somebody
5  something that was infected or had a problem, you know?
6  I just don't feel like things were -- somewhere along
7  the line something broken down, you know, for people to
8  get hurt and so many people to die.
9  Q. And what is your understanding of where
10 things broke down?
11 A. Well, things I read, I think greed had a
12 lot of things to do with things and that.
13 Q. Whose greed are you talking about?
14 A. I think that from what I read, if I read it
15 in the newspaper it seems like the company was being
16 greedy and mass producing things. But I was under the
17 understanding if you got a medicine it was -- you
18 waited for your medicine before you got your shot so it
19 was coming directly for you, it was made specifically
20 for you, not, you know, for a whole groups of people.
21 Q. Where did you get that understanding?

Page 113

1  A. Well, that's just me and my philosophy in
2  my mind. I'm thinking, you know, when you go there and
3  they are going to give you a shot, like when I got my
4  knee shot, they had to order it specifically for me.
5  So to me it's been through a F.D.A. test, it's good,
6  it's safe for me to have, you know. If I thought it
7  wasn't safe I wouldn't have taken it, you know.
8  Q. What was your understanding of the medicine
9  that was injected when Dr. Bhambhani was at Harford
10 County Ambulatory Surgery Center and did injections on
11 you in the past?
12 A. I don't know anything about it, nothing.
13 Q. You mentioned the medication that was
14 injected in your knee being ordered for you. Do you
15 know anything about the manufacturer or who makes that
16 medication called Synvisc?
17 A. I do know from the brochure that I read.
18 Q. When did you read a brochure about that?
19 A. When they gave it to me in the office and
20 they were giving me three options, there were three
21 different -- I believe three different types of shots