| | | |
|---|---|---|
| CHELSEA FRANCO, *et al.* | * | IN THE |
| Plaintiffs | * | CIRCUIT COURT |
| v. | * | FOR |
| PAIN MEDICINE SPECIALISTS, P.A. a/k/a MARYLAND PAIN SPECIALISTS, *et al.* | * | BALTIMORE COUNTY |
| Defendants | * | CASE NO. C-15-14042 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered the Defendants' Motion to Dismiss All Claims Against Defendants (Paper 10000), the Plaintiffs' Opposition thereto, the arguments presented at a hearing held July 25, 2016, and the record contained herein, it is, this 26th day of July 2016, hereby

**ORDERED** that Defendants' Motion to Dismiss All Claims Against Defendants (Paper 10000) is GRANTED in part, that is, as to Count IX (Violation of Massachusetts State Consumer Protection Statutes); it is further

**ORDERED** that Count IX of Plaintiffs' Complaint is DISMISSED with prejudice; it is further

**ORDERED** that copies of all Motions and Responses filed with the Clerk's Office shall also be provided to the Chambers of The Honorable Susan Souder.

_____
Judge Susan Souder

Copies e-mailed to:

Patricia J. Kasputys, Esquire
Sharon L. Houston, Esquire
Michelle R. Mitchell, Esquire
D. Lee Rutland, Esquire
John T. Sly, Esquire
Anthony J. Breschi, Esquire
April J. Hitzelberger, Esquire
Angela W. Russell, Esquire
Robert K. Jenner, Esquire
Justin A. Browne, Esquire
Adam P. Janet, Esquire
Matthew Nace, Esquire
Gloria A. Worch, Esquire
David J. McManus, Esquire

Siobhan R. Keenan, Esquire
Harry Roth, Esquire
Michael Coren, Esquire
Trace Krueger, Esquire