**REDACTED** Exhibit A to Motion to Seal

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ **This Document Relates to Suits Naming:** **All Cases Pending Against Specialty Surgery Center** | MDL No. 2419<br><br>Dkt. No. 1:13-md-2419-RWZ |

## UNOPPOSED MOTION TO ESTABLISH QUALIFIED SETTLEMENT FUND AND APPOINT FUND ADMINISTRATOR

*REDACTED IN ENTIRETY*

**REDACTED** Exhibit A to Motion to Seal

Respectfully Submitted, this 4th day of December, 2017,

        **Plaintiffs' Steering Committee**

        By: */s/   Benjamin A. Gastel*

        J. Gerard Stranch, IV
        Benjamin A. Gastel
        Anthony A. Orlandi
        BRANSTETTER, STRANCH &
        JENNINGS, PLLC
        223 Rosa L. Parks Ave., Suite 200
        Crossville, TN 37203
        Telephone:  615/254-8801
        Facsimile:  615/255-5419
        gerards@bsjfirm.com
        beng@bsjfirm.com
        aorlandi@bsjfirm.com
        *Plaintiffs' Steering Committee and TN Chair*

        Thomas M. Sobol
        Kristen Johnson Parker
        HAGENS BERMAN SOBOL SHAPIRO, LLP
        55 Cambridge Parkway, Suite 301
        Cambridge, MA 02142
        Telephone:  617/482-3700
        Facsimile:  617/482-3003
        tom@hbsslaw.com
        kristenjp@hbsslaw.com

        *Plaintiffs' Lead Counsel*

        Annika K. Martin
        Mark P. Chalos
        LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
        250 Hudson  Street, 8th Floor
        New York, NY  10013
        Telephone:  212/355-9500
        Facsimile:  212/355-9592
        akmartin@lchb.com
        mchalos@lchb.com

        *Federal/State Liaison*

        Marc E. Lipton
        LIPTON LAW
        18930 W. 10 Mile Road
        Southfield, MI 48075
        Telephone:  248/557-1688
        Facsimile:  248/557-6344

**REDACTED** Exhibit A to Motion to Seal

marc@liptonlaw.com

Kimberly A. Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02116
Telephone:  617/933-1265
kdougherty@myadvocates.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Telephone:  404/451-7781
Facsimile:  404/506-9223
mark@markzamora.com

Patrick T. Fennell (VSB 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, VA 24016
Telephone:  540/342-2000
Facsimile:  540/400-0616
pfennell@crandalllaw.com

*Plaintiffs' Steering Committee*

**REDACTED** Exhibit A to Motion to Seal

## CERTIFICATE OF SERVICE

I, Benjamin A. Gastel, hereby certify that on the December 4, 2017, the foregoing redacted document was served via the Court's CM/ECF system on all counsel of record in the above-styled action. An unredacted version of the aforementioned motion was sent to the Clerk for filing and was not served on any other party other than counsel for the Crossville Healthcare Defendants.

s/ Benjamin A. Gastel_____
Benjamin A. Gastel

**REDACTED** Exhibit A to Motion to Seal

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ This Document Relates to Suits Naming: All Cases Pending Against Specialty Surgery Center | MDL No. 2419 Dkt. No. 1:13-md-2419-RWZ |

### EXHIBIT A –
### UNOPPOSED MOTION TO ESTABLISH QUALIFIED SETTLEMENT FUND AND APPOINT FUND ADMINISTRATOR

*REDACTED IN ENTIRETY*