**REDACTED** Exhibit B to Motion to Seal

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:   NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) **This Document Relates to Suits Naming:** ) ) **All Cases Pending Against Specialty Surgery Center** ) ) ) | MDL No. 2419 Dkt. No. 1:13-md-2419-RWZ |

## ORDER TO ESTABLISH QUALIFIED SETTLEMENT FUND AND APPOINT FUND ADMINISTRATOR

*REDACTIED IN ENTIRETY*

Date: _____

_____
Judge Rya Zobel

1

**REDACTED** Exhibit B to Motion to Seal

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE:  NEW ENGLAND** | ) | |
| **COMPOUNDING PHARMACY, INC.** | ) | **MDL No. 2419** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **Dkt. No. 1:13-md-2419-RWZ** |
| _____ | ) | |
| | ) | |
| **This Document Relates to Suits Naming:** | ) | |
| | ) | |
| **All Cases Pending Against Specialty** | ) | |
| **Surgery Center** | ) | |
| | ) | |

### EXHIBIT A –
### ORDER TO ESTABLISH QUALIFIED SETTLEMENT FUND AND APPOINT FUND ADMINISTRATOR

*<u>REDACTED IN ENTIRETY</u>*