**REDACTED** Exhibit C to Motion to Seal

## ESCROW AGREEMENT

*__REDACTED IN ENTIRETY__*