**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION

MDL No. 2419

Docket No. 1:13-md-2419 (RWZ)

THIS DOCUMENT RELATES TO:

Armetta, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14022-RWZ

Bowman, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14028-RWZ

Davis, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14033-RWZ

Dreisch, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14029-RWZ

Farthing, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14036

Kashi, et al. v. Box Hill Surgery Center, LLC, et al.
No. 1:14-cv-14026-RWZ

Torbeck, et al. v. Box Hill Surgery Center, LLC, et al.,
No. 1:14-cv-14023-RWZ

---

**STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above referenced Plaintiffs, and the Box Hill Defendants[1] stipulate to dismissal with prejudice of all claims against Defendants, each party to bear their own costs.

/s/ Patricia J. Kasputys
LAW OFFICES OF PETER G. ANGELOS, P.C.
Patricia J. Kasputys
Jay D. Miller
Glenn E. Mintzer
Sharon L. Houston
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21202
pkasputys@lawpga.com
jmiller@lawpga.com
gmintzer@lawpga.com
shouston@lawpga.com
410-649-2000
410-649-2101 (fax)
***Attorneys for Plaintiffs***

/s/ Catherine W. Steiner
PESSIN KATZ LAW, P.A.
Catherine W. Steiner
Gregory K. Kirby
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
gkirby@pklaw.com
csteiner@pklaw.com
410-938-8800
410-832-5600 (fax)
***Attorneys for Box Hill Defendants***

## CERTIFICATE OF SERVICE

I, Patricia J. Kasputys, hereby certify that I caused a copy of the foregoing Stipulation of Voluntary Dismissal of All Claims to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Date: December 7, 2017

/s/ Patricia J. Kasputys
Patricia J. Kasputys

---

[1] Box Hill Surgery Center, LLC; Ritu T. Bhambhani, M.D.; and Ritu T. Bhambhani, M.D., LLC.