UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING )
PHARMACY, INC. PRODUCTS LIABILITY )
LITIGATION )
)
) Dkt. No. 1:13-md-2419 (RWZ)
)
THIS DOCUMENT RELATES TO: )
)
Angela S. Farthing, et al. v. Box Hill Surgery )
Center, LLC, et al. )
1:14-cv-14036 )
)

[PROPOSED] ORDER (RWZ)

It is this ___4th___ day of ___December___, 2017, ORDERED that the Motion for Substitution of Party Pursuant to Rule 25(a)(1) permitting the substitution of Angela S. Farthing, as personal representative of the Estate of Marc D. Farthing, deceased, as a named party in place of Marc D. Farthing is hereby GRANTED.

_____
United States District Court Judge

4