LAW OFFICES
**COHEN, PLACITELLA & ROTH**
A PROFESSIONAL CORPORATION
TWO COMMERCE SQUARE
2001 MARKET STREET, SUITE 2900
PHILADELPHIA, PENNSYLVANIA 19103

(215) 567-3500
FAX (215) 567-6019
www.cprlaw.com

RED BANK, NJ
LEMOYNE, PA
BALA CYNWYD, PA
PITTSBURGH, PA
CHERRY HILL, NJ

MICHAEL COREN
mcoren@cprlaw.com

December 12, 2017

**Via ECF only**
The Honorable Rya W. Zobel
U.S. District Court – District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, 5th Fl.
Boston, Massachusetts 02210

RE:     **In re New England Compounding Pharmacy, Inc. Product Liability Litigation**,
MDL No. 02419; Dkt. No. 1:13-md-2419-RWZ

**Handy v. Box Hill Surgery Center, LLC, et al.,**
Dkt. No. 1:14-cv-14019-RWZ

Dear Judge Zobel:

Our office represents Meghan Handy, in her own right as Administratrix of the Estate of Brenda Rozek, in the above captioned matters.

On December 7, 2017, several of Ms. Handy's co-Plaintiffs filed a Stipulation of Dismissal (Dkt. No. 3494) voluntarily dismissing all claims against Defendants Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C. (collectively "Box Hill Defendants"). Ms. Handy did not join this stipulation and continues to pursue her estate and family's claims against the Box Hill Defendants.

Accordingly, the pending Motion to Strike the Reports and to Exclude Testimony by Expert Witnesses for the Box Hill Defendants (Dkt. No. 3462) and Box Hill Defendants' motions for partial summary judgment (Dkt. Nos. 3454-3460) remain pending before the Court.

We look forward to the Court's rulings on these matters.

Respectfully submitted,

COHEN, PLACITELLA & ROTH, P.C.

/s/ *Michael Coren*
   Harry M. Roth, Esq.
   Michael Coren, Esq.

The Honorable Rya W. Zobel
December 12, 2017
Page 2

*Attorneys for Plaintiff Handy*

cc: All counsel of record via ECF

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *In re: New England Compounding Pharmacy, Inc.* | : | MDL No. 1:13-md-2419 |
| *Products Liability Litigation* | : | |
| | : | |
| **This Document Relates to:** (*This applies to the* | : | |
| *Box Hill Surgery Center Cases only*.) | : | |

CERTIFICATE OF SERVICE

    I, MICHAEL COREN, Esquire, hereby certify that I caused a copy of the Plaintiff's Letter to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

    */s/ MICHAEL COREN*
_____
MICHAEL COREN, ESQUIRE
Counsel for Plaintiff