UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: All cases naming the Nashville Health Care Defendants | ) ) ) ) ) ) ) ) ) ) ) MDL No. 2419 Dkt. No 1:13-md-2419 (RWZ) |

**JOINT MOTION FOR ENTRY OF
CONSENT DISMISSAL ORDER**

The Plaintiffs' Steering Committee, Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; and Debra Schamberg, RN, (collectively "STOPNC Defendants"), and Defendants Saint Thomas West Hospital, formerly known as St. Thomas Hospital; Saint Thomas Network; Saint Thomas Health; Ascension Health, and Ascension Health Alliance, (collectively "Saint Thomas Defendants"), (collectively with the STOPNC Defendants, the "Nashville Health Care Defendants"), jointly request that the Court enter an order dismissing with prejudice all of the cases listed in the Consent Dismissal Order attached hereto as Exhibit 1 ("the Nashville Actions").

Pursuant to the terms of the parties' Settlement Agreement, the Plaintiffs must dismiss all claims against the Nashville Health Care Defendants once they receive full and final payment from the Saint Thomas Escrow Settlement Fund. The Plaintiffs in the listed Nashville Actions recently received that final payment. Accordingly, the parties respectfully request that the Court enter the Consent Dismissal Order attached hereto as

Exhibit 1.[1] This fully and finally resolves all claims against all Defendants in the cases listed in the Consent Dismissal Order.[2]

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

/s/ Chris J. Tardio
**C.J. Gideon, Jr.\***
**Chris J. Tardio\***
**Alan S. Bean\*\***
**Matthew H. Cline\***
315 Deaderick Street, Suite 1100
Nashville, TN 37238
Ph: (615) 254-0400
Fax: (615) 254-0459
chris@gideoncooper.com

***Attorneys for the STOPNC Defendants***

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

/s/ Sarah P. Kelly
**Sarah P. Kelly (BBO #664267)**
NUTTER McCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000
(617) 310-9461 (FAX)
skelly@nutter.com

---

[1] The Consent Dismissal Order follows the same basic procedure used to dismiss the Insight cases following the settlement in those cases. *See* Doc. 2083.

[2] There remain two cases pending against the Nashville Health Care Defendants that are not yet ripe for dismissal due to the resolution of lien issues: (1) *Sellers v. Ameridose, et al.*, Case No. 1:13-cv-12620 and (2) *Temple v. Ameridose, et al.*, Case No. 1:13-cv-12696. The PSC expects final payment in these cases to occur prior to the next status conference. The parties anticipate filing a separate joint motion and consent order for dismissal of these two cases once the Plaintiffs receive final payment.

**Yvonne K. Puig***
Texas State Bar No. 16385400
**Adam T. Schramek***
Texas State Bar No. 24033045
**Eric J. Hoffman***
Texas State Bar No. 24074427
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd. Suite 1100
Austin, Texas 78701
(512) 536-2450
(512) 536-4598 (FAX)
yvonne.puig@nortonrosefulbright.com
adam.schramek@nortonrosefulbright.com
eric.hoffman@nortonrosefulbright.com

**Marcy Hogan Greer***
State Bar No. 08417650
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
(512) 482-9300
(512) 482-9303 (FAX)
mgreer@adjtlaw.com

*Attorneys for the Saint Thomas Defendants*

*Appearing *Pro Hac Vice*

/s/ Benjamin A. Gastel
**J. Gerard Stranch, IV**
**Benjamin A. Gastel**
BRANSTETTER, STRANCH & JENNINGS
PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

*Plaintiffs' Steering Committee and Tennessee
State Chair*

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 19th day of December, 2017.


/s/ Chris J. Tardio         
**Chris J. Tardio**