# EXHIBIT 1

Proposed Consent Dismissal Order

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> All cases naming the Nashville Health Care Defendants | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**CONSENT DISMISSAL ORDER**

The Plaintiffs in the actions listed in Exhibit A hereto, (hereinafter "Nashville Plaintiffs") by counsel, and Defendants Saint Thomas Outpatient Neurosurgical Center, LLC; Howell Allen Clinic, a Professional Corporation; John Culclasure, MD; and Debra Schamberg, RN, (collectively "STOPNC Defendants") by counsel, and Defendants Saint Thomas West Hospital, formerly known as St. Thomas Hospital; Saint Thomas Network; Saint Thomas Health; Ascension Health, and Ascension Health Alliance, (collectively "Saint Thomas Defendants") by counsel, (collectively with the STOPNC Defendants, the "Nashville Health Care Defendants"), jointly request that the Court enter an order dismissing all of the cases listed on Exhibit A ("the Nashville Actions") with prejudice.

Based upon the agreement of the parties, the Court finds as follows:

A. The Nashville Plaintiffs identified in Exhibit A have agreed to dismiss their respective claims and the separate actions listed on Exhibit A with prejudice.

B. The Nashville Health Care Defendants likewise desire and consent to the dismissal, with prejudice, of the cases identified in Exhibit A.

C.   The only current claims pending in the cases identified in Exhibit A are the Plaintiffs' claims against the Nashville Health Care Defendants. The Court previously dismissed all claims against the other Defendants.

D.   This order is not intended to, nor shall it, affect this Court's jurisdiction as contemplated in the parties' confidential settlement agreement.

E.   It is proper to dismiss all such claims under Rule 41(a).

IT IS THEREFORE, ADJUDGED, ORDERED and DECREED that:

1.   The Nashville Plaintiffs' claims and the Nashville Actions, as listed in Exhibit A, are dismissed with prejudice.

2.   The clerk shall e-file a copy of this order in each of the cases listed in Exhibit A. Dismissal of an individual case shall be effective as of the date this order is e-filed in the individual docket. The clerk shall treat the e-filing of this order in the individual dockets as if filed by the Court.

3.  All parties to the Nashville Actions shall bear their own costs.

IT IS SO ORDERED.

|  |  |
|---|---|
| DATE | RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |

## Exhibit A – Nashville Actions Being Dismissed

1. Alexander v. Ameridose, *et al.*, Case No. 1:13-cv-12428
2. Barger v. Ameridose, *et al.*, Case No. 1:13-cv-12619
3. Barnard v. Ameridose, *et al.*, Case No. 1:13-cv-12738
4. Bequette v. Ameridose, *et al.*, Case No. 1:13-cv-12429
5. Berry v. Ameridose, *et al.*, Case No. 1:13-cv-12838
6. Besaw v. Ameridose, *et al.*, Case No. 1:13-cv-12604
7. Bland v. Ameridose, *et al.*, Case No. 1:13-cv-11881
8. Brinton v. Ameridose, *et al.*, Case No. 1:13-cv-12612
9. Brock v. Ameridose, *et al.*, Case No. 1:13-cv-12731
10. Bryant v. Ameridose, *et al.*, Case No. 1:13-cv-12668
11. Burns v. Ameridose, *et al.*, Case No. 1:13-cv-12697
12. Carman v. Ameridose, *et al.*, Case No. 1:13-cv-12238
13. Chambers v. Ameridose, *et al.*, Case No. 1:13-cv-12591
14. Davis v. Ameridose, *et al.*, Case No. 1:13-cv-12426
15. Demps v. Ameridose, *et al.*, Case No. 1:13-cv-12840
16. Denson v. Ameridose, *et al.*, Case No. 1:13-cv-12729
17. Deol v. Ameridose, *et al.*, Case No. 1:13-cv-12841
18. Devine v. Ameridose, *et al.*, Case No. 1:13-cv-12667
19. Eggleston v. Ameridose, *et al.*, Case No. 1:13-cv-12589
20. Ferguson v. Ameridose, *et al.*, Case No. 1:13-cv-12571
21. Gobble v. Ameridose, *et al.*, Case No. 1:13-cv-12480
22. Hester v. Ameridose, *et al.*, Case No. 1:13-cv-12315
23. Higdon v. Ameridose, *et al.*, Case No. 1:13-cv-12718
24. Hill v. Ameridose, *et al.*, Case No. 1:13-cv-12622
25. Hurt v. Ameridose, *et al.*, Case No. 1:13-cv-12605
26. Johnson v. Ameridose, *et al.*, Case No. 1:13-cv-12621
27. Judd v. Ameridose, *et al.*, Case No. 1:13-cv-13120
28. Kirby v. Ameridose, *et al.*, Case No. 1:13-cv-12592
29. Kirkwood v. Ameridose, *et al.*, Case No. 1:13-cv-12431
30. Knight v. Ameridose, *et al.*, Case No. 1:13-cv-12563

31. Knihtila v. Ameridose, *et al.*, Case No. 1:13-cv-12576
32. Koonce v. Ameridose, *et al.*, Case No. 1:13-cv-12590
33. Lemberg v. Ameridose, *et al.*, Case No. 1:13-cv-12617
34. Lodowski v. Ameridose, *et al.*, Case No. 1:13-cv-12572
35. Lovelace v. Ameridose, *et al.*, Case No. 1:13-cv-12772
36. Martin v. Ameridose, *et al.*, Case No. 1:13-cv-12624
37. Mathias v. Ameridose, *et al.*, Case No. 1:13-cv-12574
38. May v. Ameridose, *et al.*, Case No. 1:13-cv-12234
39. McCulloch v. Ameridose, *et al.*, Case No. 1:13-cv-12610
40. McElwee v. Ameridose, *et al.*, Case No. 1:13-cv-12625
41. McKee v. Ameridose, *et al.*, Case No. 1:13-cv-12779
42. McKinney v. Ameridose, *et al.*, Case No. 1:13-cv-12692
43. Meeker v. Ameridose, *et al.*, Case No. 1:13-cv-12616
44. Miller v. Ameridose, *et al.*, Case No. 1:13-cv-12570
45. Minor v. Ameridose, *et al.*, Case No. 1:13-cv-12836
46. Morris (Garland) v. Ameridose, *et al.*, Case No. 1:13-cv-12736
47. Neely v. Ameridose, *et al.*, Case No. 1:13-cv-12842
48. Noble v. Ameridose, *et al.*, Case No. 1:13-cv-12606
49. Norwood v. Ameridose, *et al.*, Case No. 1:13-cv-12430
50. O'Brien v. Ameridose, *et al.*, Case No. 1:13-cv-10460
51. Osborne v. Ameridose, *et al.*, Case No. 1:13-cv-12739
52. Parman v. Ameridose, *et al.*, Case No. 1:13-cv-12433
53. Patel v. Ameridose, *et al.*, Case No. 1:14-cv-10163
54. Patel v. Ameridose, *et al.*, Case No. 1:13-cv-12061
55. Peay v. Ameridose, *et al.*, Case No. 1:13-cv-12843
56. Pellicone v. Ameridose, *et al.*, Case No. 1:13-cv-12916
57. Pelters v. Ameridose, *et al.*, Case No. 1:13-cv-12780
58. Pierce v. Ameridose, *et al.*, Case No. 1:13-cv-12733
59. Potts v. Ameridose, *et al.*, Case No. 1:14-cv-10250
60. Pruitt v. Ameridose, *et al.*, Case No. 1:13-cv-12573
61. Ragland v. Ameridose, *et al.*, Case No. 1:13-cv-12778

62. Redkevitch v. Ameridose, *et al.*, Case No. 1:13-cv-12666
63. Reed v. Ameridose, *et al.*, Case No. 1:13-cv-12565
64. Richards v. Ameridose, *et al.*, Case No. 1:13-cv-12603
65. Robnett v. Ameridose, *et al.*, Case No. 1:13-cv-12613
66. Ruhl v. Ameridose, *et al.*, Case No. 1:13-cv-12670
67. Russell v. Ameridose, *et al.*, Case No. 1:13-cv-12794
68. Rybinski v. Ameridose, *et al.*, Case No. 1:13-cv-12818
69. Sawyers v. Ameridose, *et al.*, Case No. 1:14-cv-10211
70. Schulz v. Ameridose, *et al.*, Case No. 1:13-cv-12311
71. Scott v. Ameridose, *et al.*, Case No. 1:13-cv-12578
72. Settle v. Ameridose, *et al.*, Case No. 1:13-cv-12569
73. Sharer v. Ameridose, *et al.*, Case No. 1:13-cv-12577
74. Siler v. Ameridose, *et al.*, Case No. 1:13-cv-12489
75. Skelton v. Ameridose, *et al.*, Case No. 1:13-cv-12575
76. Slatton v. Ameridose, *et al.*, Case No. 1:13-cv-12618
77. Sullivan v. Ameridose, *et al.*, Case No. 1:13-cv-12781
78. Taylor v. Ameridose, *et al.*, Case No. 1:13-cv-12673
79. Wanta v. Ameridose, *et al.*, Case No. 1:13-cv-12623
80. White (Adamson) v. Ameridose, *et al.*, Case No. 1:13-cv-12734
81. Wiley v. Ameridose, *et al.*, Case No. 1:13-cv-12305
82. Williams v. Ameridose, *et al.*, Case No. 1:13-cv-12434
83. Wray v. Ameridose, *et al.*, Case No. 1:13-cv-12737
84. Young v. Ameridose, *et al.*, Case No. 1:13-cv-12594
85. Youree v. Ameridose, *et al.*, Case No. 1:13-cv-12566
86. Ziegler v. Ameridose, *et al.*, Case No. 1:13-cv-12588