UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Handy v. Box Hill Surgery Center, LLC, et al.* | MDL No. 13-2419-RWZ |

ORDER SETTING DISCOVERY DEADLINES

December 19, 2017

Boal, M.J.

The Court sets the following discovery deadlines in <u>Handy v. Box Hill Surgery Center, LLC, et al.</u>, No. 1:14-cv-14019-RWZ:

| Completion of Case Specific Fact Discovery | January 12, 2018 |
|---|---|
| Plaintiffs' Case Specific Expert Reports Due | January 26, 2018 |
| Defendants' Case Specific Expert Reports Due | February 16, 2018 |
| Completion of Case Specific Expert Depositions | March 9, 2018 |

**So Ordered.**

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge

1