UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2419 |
| ) | Dkt. No. 1:13-md-2419-RWZ |
| _____ ) ) **This Document Relates to Suits Naming:** ) ) **All Cases Pending Against Specialty Surgery Center, PLLC** ) ) ) ) | |

## PROPOSED ORDER ALLOWING DISTRIBUTION OF SPECIALTY SURGERY CENTER FUND ADMINISTRATIVE EXPENSES

Upon Motion by the Plaintiffs' Steering Committee, which motion is unopposed, and for good cause shown, the Court hereby Orders as follows:

1. By previous order of this Court, the Court established a Qualified Settlement Fund within the meaning of Treasury Regulation Section 1.468B-1 (the "Specialty Surgery Center Qualified Settlement Fund"), to assist in the administration of the aggregate settlement of claims brought by Plaintiffs against the Nashville Healthcare Defendants.

2. On December 6, 2017, the Plaintiffs' Steering Committee filed a Motion for Disbursement of Specialty Surgery Center Qualified Settlement Fund Administrative Expenses (the "Expense Motion"). This Expense Motion was unopposed.

3. For good cause shown as more fully explained in the Expense Motion, Epiq Systems, Inc. as previously appointed Fund Administrator and Escrow Agent of the Specialty Surgery Center Qualified Settlement Fund, shall issue payment to:

- Perry Dampf Dispute Solutions in the amount of $10,000 for the work performed or to be performed as Claims Administrator for the Specialty Surgery Center Qualified Settlement Fund;

- Epiq Class Action & Claims Solutions, Inc. in the amount of $9,840 for the work performed or to be performed as Escrow Agent and Fund Administrator.

4. The payment authorized by Paragraph 3 above shall be payable at the completion of each administrator's role and shall not be paid until funds are made available to eligible plaintiffs from the Specialty Surgery Center Qualified Settlement Fund.

SO ORDERED.

Date: December 19, 2017

_____
Judge Rya Zobel