UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

RWZ

[PROPOSED] ORDER REQUIRING ANDREWS THORNTON
HIGGINS RAZMARA LLP TO SHOW CAUSE

WHEREAS, Lynne F. Riley, Tort Trustee[1] under the Tort Trust dated June 4, 2015 ("Tort Trustee") created pursuant to the *Third Amended Joint Chapter 11 Plan of New England Compounding, Inc.* confirmed by the United States Bankruptcy Court for the District of Massachusetts on May 20, 2015 ("Plan"), has reported to the Court that she has substantially completed first and second distributions to tort claimants, with 142 claimants remaining to be paid;

WHEREAS, the law firm of Andrews Thornton Higgins Razmara LLP ("Andrews Thornton") represents 67 of these unpaid claimants;

WHEREAS, the Tort Trustee cannot, under the language of the Plan and related documents, pay these claimants until she receives lien settlement and related documentation ("lien release documentation");

WHEREAS Andrews Thornton has not responded to the Tort Trustee's requests that lien release documentation for these unpaid claimants be provided to the Tort Trustee;

WHEREAS, a significant lapse of time has occurred since first and second distributions to other tort claimants has occurred; and

WHEREAS, the Court wishes to encourage prompt payment to these 67 claimants;

**IT IS HEREBY ORDERED:**

Within thirty (30) days of the date of this order, Andrews & Thornton shall show cause as to (1) why it has not provided lien release documentation for the 67 tort claimants described above and (2) identify any reason that it cannot provide the tort trustee with the required lien release documentation for all 67 claimants within ninety (90) days of the date of this order.

**SO ORDERED.**

Dated: December 21, 2017

_____
Hon. Rya W. Zobel
District of Massachusetts