```
 1             UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF MASSACHUSETTS
 3
 4   IN RE:   NEW ENGLAND
 5   COMPOUNDING PHARMACY, INC.      MDL No. 2419
 6   PRODUCTS LIABILITY LITIGATION   Master Docket
 7                                   1:13-md-02419-RWZ
 8
 9              - - - - - - - - - - -
10
11        VIDEOTAPED DEPOSITION DUCES TECUM
12             OF RITU T. BHAMBHANI, M.D.
13
14
15           Wednesday, February 10, 2016
16
17
18
19
20
21
22
23   Reported by:  Lori J. Goodin, RPR, CLR, CRR,
24                 Realtime Systems Administrator
25   Assignment No. 26236
```

EXHIBIT 5



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF RITU T. BHAMBHANI, M.D. on 02/10/2016      Pages 70..73

**Page 70**

1  MPA was wasn't compounded?  I think that was my
2  original question.
3       A.   If I did, I do not remember.
4       Q.   Okay.  And prior to 2013, had you
5  used any MPA that was not compounded?
6            And let me narrow that because that
7  takes you all of the way back to your residency.
8       A.   Yes, to my residency.
9       Q.   And I don't want to do that.
10           Since coming to, being in private
11 practice, had you used any MPA that was not
12 compounded before 2013?
13      A.   So you are saying from 2008 on?
14      Q.   No.  I'm saying from 2000, from 2000
15 to 2013.
16           MS. STEINER:  Across the spectrum of
17      different locations?
18 BY MR. ROTH:
19      Q.   Correct.
20      A.   So, Franklin Square included, the
21 first job included?
22      Q.   Yes.
23      A.   Had I used non-compounded MPA?
24      Q.   Yes.
25      A.   I have to think, I am -- what I can

**Page 71**

1  say is I had used non-compounded steroid, but I'm
2  not sure if I had used non-compounded MPA
3  specifically.
4       Q.   Okay.  And, that is a good
5  distinction.
6            At Box Hill, between 2013 and 2008,
7  had you used non-compounded steroids for epidural
8  injections?
9       A.   Again, I can't say for sure if I
10 would have.
11           More broadly speaking, I know at
12 some point from the time I started at Franklin
13 Square I have used a non-compounded
14 triamcinolone.  I have used non-compounded and,
15 yeah, non-compounded celestone which is a
16 betamethasone two salt combination.
17           What I can't say for sure is that
18 from 2008 to 2013 if I used a non-compounded MPA.
19      Q.   You can't say that.
20      A.   I cannot say for sure.
21      Q.   Did there come a time in your
22 professional experience where you have made a
23 decision that you were going to use compounded
24 MPA?
25      A.   To some extent, maybe just not as

**Page 72**

1  black and white as that.  When I was at Harford
2  County Ambulatory Surgical Center, the physician
3  who had brought me on board at Franklin Square
4  also was coming to Harford County Ambulatory
5  Surgery Center, because when I left Franklin
6  Square to become, to come to Harford County
7  Ambulatory Surgery Center, he left Franklin
8  Square at some point soon after I did and started
9  his own practice.
10           And, until he had, I guess, his
11 location set up to be able to do procedures, he
12 was coming to Harford County Ambulatory Surgery
13 Center to do procedures.
14           And he introduced, definitely, me to
15 the possibility of being able to use a
16 preservative-free steroid.
17           And he was using preservative-free
18 MPA at the time.  That is the same physician I
19 have worked with for three years at Franklin
20 Square about ten years my senior.  And, he knew
21 that I had had a couple of patients I was using
22 the same, for the most part I think, the same
23 steroid I had trained with at Franklin Square.
24           And he knew that I had had a couple
25 of patients with some side effects.  And when he

**Page 73**

1  saw me at Harford County Ambulatory Surgery
2  Center he was using preservative-free MPA and
3  suggested, not just me, but there was another
4  pain provider who was doing pain procedures at
5  Harford County Ambulatory Surgery Center that we
6  try that for the reason that, since the active
7  medication that we were looking for therapeutic
8  factors of the steroid and that is the same, that
9  to use it without the additional chemical of the
10 preservative, that that would be a better choice.
11 And I was agreeable to it, and that is when I
12 first started using a preservative-free steroid.
13      Q.   And at the time that you first
14 started using this preservative-free steroid at,
15 and this was at Harford County?
16      A.   Harford County.
17      Q.   Was the only way to get a
18 preservative-free steroid to get it from a
19 compounding pharmacy?
20      A.   I was not, I guess, part of the
21 ordering process at Harford County, so I'm not
22 sure.
23      Q.   Okay.
24      A.   Or at least at the time I wasn't
25 sure that if they had other options or, if that



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF RITU T. BHAMBHANI, M.D. on 02/10/2016        Pages 94..97

Page 94

```
 1   to assume, would that affect your decision to use
 2   compounds?
 3            MS. STEINER:  Same objection.
 4       Unless you are asking it in the present
 5       tense, which is --
 6            THE WITNESS:  I don't know how to
 7       answer it any different.  I'm not sure.
 8   BY MR. ROTH:
 9       Q.   Do you know what it means when, or
10   would you have an understanding of what it means
11   if the drug is alterated?
12       A.   I'm sorry, a drug is?
13       Q.   Adulterated.  Sorry.
14            MS. STEINER:  Try it again.
15   BY MR. ROTH:
16       Q.   Do you know what it means or do you
17   have an understanding, and his handwriting is
18   very good, do you have an understanding of what
19   it means if a drug is adulterated.
20            MS. STEINER:  Objection as to form.
21            THE WITNESS:  Like, definition of
22       adulterated?  I don't know if I can give the
23       dictionary definition.  It is not in the form
24       that it is supposed to be in?
25   BY MR. ROTH:
```

Page 95

```
 1       Q.   Okay.  If you were aware between the
 2   time, between 2008 when you had responsibility
 3   for purchasing or deciding what drugs to use, up
 4   to the recall, that NECC had issues with
 5   adulterated compounds, would that affect your
 6   decision to purchase compounds from NECC?
 7            MS. STEINER:  Objection as to form
 8       and foundation.
 9            THE WITNESS:  Again I'm,
10       hypothetically speaking, I'm not, again, I
11       just don't know how to answer because it is
12       so broad.
13            So much would have to depend on, you
14       know, what type of problem and how it was
15       addressed.
16            And, then see, you know, that there
17       were options, I guess, when I started using
18       it.  And I used it for a while.
19            So, at any given point in time, if I
20       was made aware of something, I would have to
21       look at it and see.
22   BY MR. ROTH:
23       Q.   Okay.  Do you have in front of you
24   or handy 1051?  It is the answers to?
25            MS. STEINER:  She has all of the
```

Page 96

```
 1       exhibits, so --
 2   BY MR. ROTH:
 3       Q.   Okay.  Is that the Answers to
 4   Interrogatories?  Right.  And if you can turn to
 5   Page 3.
 6            Then, and the question is, "When,
 7   how, and why did Box Hill decide to purchase
 8   compounded medications from NECC."
 9            Do you see that question?
10       A.   The first one, yes.
11       Q.   Yes.
12       A.   Uh-huh.
13       Q.   And, your answer after the objection
14   and recognizing that I think there is general
15   objections in the answers is "Dr. Bhambhani was
16   the sole individual at Box Hill who made
17   decisions about purchasing preservative-free
18   methylprednisolone and acetate MPA from NECC.
19            "Dr. Bhambhani had used
20   preservative-free MPA from NECC when she
21   practiced at a previous medical practice.  Even
22   before she started the Box Hill Surgery Center.
23            "She was not involved in the
24   purchasing decisions of the previous medication
25   and had not experienced any previous adverse
```

Page 97

```
 1   effects from NECC's MPA.
 2            "NECC was licensed with Maryland
 3   Board of Pharmacy and as such she continued to
 4   purchase from NECC while at Box Hill."
 5            Have I read that answer correctly?
 6            MS. STEINER:  I'm not sure you have
 7       read it exactly correctly, you said previous
 8       medication and not previous medical practice
 9       and you conjoined the last two sentences.  I
10       think they are separate sentences.
11   BY MR. ROTH:
12       Q.   Okay.  So, the last, the if I can
13   just, "She was not involved in the purchasing
14   decisions at previous medical practice and had
15   not experienced any previous adverse effects from
16   NECC's MPA.
17            "NECC was licensed with Maryland
18   Board of Pharmacy.  As such, she continued to
19   purchase MPA from NECC while at Box Hill."
20            Now have I read that correctly?
21       A.   Yes.
22       Q.   And, does that describe the reason
23   why NECC was selected by you to provide
24   preservative-free MPA?
25            MS. STEINER:  Beyond that which she
```

DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3511-6   Filed 01/04/18   Page 4 of 5

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF RITU T. BHAMBHANI, M.D. on 02/10/2016          Pages 98..101

**Page 98**

1   has already answered in this deposition?
2           MR. ROTH: Yes.
3           THE WITNESS: I was going to say I
4   have gone beyond this and given more
5   background in having had problems or side
6   effects, seeing side effects from the steroid
7   used prior, the reason I started using it
8   based on Dr. Dickson's recommendation, having
9   used it for years over there without any
10  problems. It is correct I was not involved
11  with the purchasing decision over there.
12          And when I started Box Hill Surgery
13  Center I decided I was going to continue
14  using the same products I had used prior
15  without any issues.
16  BY MR. ROTH:
17      Q.  Well, to be fair, the issues with
18  respect to side effects, the conversations you
19  had with the doctor who you had worked with,
20  those related to a decision to use
21  preservative-free MPA.
22          At the time you didn't know that
23  they were purchasing from NECC; isn't that right?
24      A.  When Harford County decided to
25  purchase it?

**Page 99**

1       Q.  Right.
2       A.  I don't, I am not sure if that is
3   who they got it from day one over there or not.
4   That is who they were getting it from when I left
5   and I asked who were they getting it from at the
6   time in 2008.
7       Q.  Right. And so, my, all of that
8   background that you have described, related to
9   your decision to use preservative-free MPA, not
10  the source of that preservative-free MPA.
11          I mean earlier on in this
12  deposition, you are looking at me like I have two
13  heads here.
14      A.  No, no.
15      Q.  Early in the deposition I was asking
16  you about your decision to use preservative-free
17  MPA, and drew a distinction between that decision
18  and the source of it, do you recall that?
19      A.  So, if the question is the decision
20  to use it?
21      Q.  No, I'm sorry.
22      A.  Or where to get it from?
23      Q.  That's right. What I'm trying to
24  confirm is that your decision to purchase from
25  NECC was based upon your conversation with the

**Page 100**

1   folks from Harford, right?
2       A.  And having used NECC's
3   preservative-free MPA at Harford for years
4   without any problem.
5       Q.  Right.
6       A.  Yes.
7       Q.  Okay. And, other than speaking with
8   the folks from Harford in 2008, did you have any
9   conversation with anybody else about NECC in 2008
10  when you made the decision to continue with them?
11      A.  Not that I recall.
12      Q.  Okay. One of the things you mention
13  in the Answers to Interrogatories is that NECC
14  was a, was licensed with the Maryland Department
15  of Pharmacy.
16          Did you verify that in 2008?
17      A.  I don't remember specifically one
18  way or the other.
19          Again, it was being used at the
20  other center where I was.
21          They had been getting it for a
22  period of time. I had been using it there no
23  problems.
24          So, when I decided to get it, did I
25  specifically ask for that license? I don't

**Page 101**

1   remember.
2       Q.  Okay. I think it is 1055 is the
3   subpoena?
4           MS. STEINER: No, 1055 is the first
5       version of her CV. 1054 is the CV.
6           MR. ROTH: 1053?
7           MS. STEINER: 1053 is the response
8       to the PSC's revised opinion.
9           MR. ROTH: Can I just make sure I'm
10      looking at the same. Right, okay. 1053 is
11      the response to the subpoena.
12  BY MR. ROTH:
13      Q.  And, if you look at Page 8, one of
14  the things, Request Number 12 asks for, I'm
15  looking at the wrong document.
16          It asks for "Any marketing
17  information, any and all documents and/or
18  electronic stored information reflecting or
19  containing marketing information from NECP (sic),
20  NECP's agents, or any sales company or person,
21  marketing or selling or attempting to sell
22  products on behalf of NECP."
23          In response, we were provided under,
24  it is Tab 12; it is on Page 137 and 138.
25          MS. STEINER: You said 138?



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Case 1:13-md-02419-RWZ   Document 3511-6   Filed 01/04/18   Page 5 of 5

NEW ENGLAND COMPOUNDING PHARMACY INC. PRODUCTS LIABILITY
VIDEOTAPED DEPOSITION OF RITU T. BHAMBHANI, M.D. on 02/10/2016                 Pages 106..109

Page 106

1  between 2008 and the time of the recall?
2  　　A.　No, not for NECC or any other
3  supplier of products that I was getting.
4  　　Q.　Were you aware between 2008 and the
5  time of the recall as to whether or not NECC had
6  microbiology reports or data?
7  　　A.　Not that I recall them sending
8  anything like that to us.
9  　　Q.　Did you ever request NECC to provide
10 you with microbiology reports between 2008 and
11 2013?
12 　　A.　I don't personally remember
13 requesting a report.
14 　　　　If anything, unless my nurse reached
15 out to get something like that after the recall,
16 I'm not aware.
17 　　　　I don't personally remember reaching
18 out to NECC to try and get a report like that
19 before or after the recall.
20 　　Q.　Okay. Well right now I want to
21 focus on 2008 and before the recall.
22 　　　　MS. STEINER: Your question had
23 　　included up until 2013, previously.
24 　　　　THE WITNESS: 2013.
25 　　　　MR. ROTH: Thanks, I apologize for

Page 107

1  that.
2  BY MR. ROTH:
3  　　Q.　Between 2008 and until the time of
4  the recall, did you ever request or did anyone
5  from Box Hill ever request any microbiology data
6  from NECC?
7  　　A.　No, like I said earlier, not from
8  NECC or who we were getting the other injectables
9  from, no.
10 　　Q.　Okay. And who else were you
11 getting, were you getting injectable MPA from
12 anyone other than NECC?
13 　　A.　No, not injectable. Any other
14 injectables, dye, or local anesthetic, or the
15 kits are sterile, or the skin prep, I don't
16 remember requesting such reports for any of
17 those.
18 　　Q.　Are the dyes or the, are they
19 compounded?
20 　　A.　Not to the best of my knowledge.
21 　　Q.　Who did you get the dyes from?
22 　　A.　Over the years I used Isovue and
23 Omnipaque. I'd have to go through the records to
24 see who would have been the supplier, not the
25 manufacturer, but the supplier for those at

Page 108

1  different times.
2  　　Q.　Okay. And was the supplier somebody
3  who was local in the Maryland area?
4  　　A.　I mean the supplier would be someone
5  like Henry Schein or CuraScript, these are
6  national companies. Do they have a local office?
7  I don't know.
8  　　Q.　Okay. You have answered my
9  question. Who were suppliers that you used
10 between 2008 and up to the time of the recall for
11 injectables?
12 　　A.　Those would be Henry Schein or
13 CuraScript or McKesson for, there is someone I'm
14 missing, I can't remember off the top of my head.
15 　　Q.　Okay. And I apologize if I asked
16 you this question.
17 　　　　Do you know whether or not between
18 2008 and before the recall there were
19 alternatives to MPA preservative-free for an
20 injectable steroid?
21 　　　　MS. STEINER: Objection, asked and
22 　　answered. But you can answer it again.
23 　　　　THE WITNESS: Yes, because like I
24 　　said before, I don't remember looking around
25 　　for other alternatives since I had already

Page 109

1  　　used it before. No problems.
2  　　　　And not just that, all of the other
3  　　products, too, decided that I was going to
4  　　continue using the same.
5  BY MR. ROTH:
6  　　Q.　Is Depo-Medrol MPA?
7  　　A.　Depo-Medrol is methylprednisolone.
8  　　Q.　Is that a brand name, Depo-Medrol?
9  　　A.　That is a brand name.
10 　　Q.　And who manufacturers it?
11 　　A.　Currently Pfizer.
12 　　Q.　Did you know whether or not in,
13 between 2008 until the time of the recall, Pfizer
14 made Depo-Medrol in a preservative-free form?
15 　　A.　I don't know.
16 　　Q.　Pfizer is not a compounding
17 pharmacy, correct?
18 　　A.　I understand they are a
19 manufacturing company.
20 　　Q.　Okay. I think you can put that
21 stuff away. I'm going to switch gears a little
22 bit.
23 　　　　I want to talk a little bit about
24 how you purchased MPA from NECC.
25 　　　　Were you aware between 2008 and the



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

100 Mayfair Royal
181 Fourteenth Street
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com