EXHIBIT 301

## Vendor Audit Survey Form

(1)

(1)

**Vendor Audit Survey Form**    Date: 5/4/12

Vendor/Company Name: New England Compounding Center

Street: 697 Waverly St

City: Framingham    State: MA    Zip Code: 01702

Telephone: 800-554-6322

Fax: 508-820-1616

Notice:  I (we) certify that the information contained in this survey form is accurate and complete as of the date indicated. All information obtained will be kept confidential. This survey has been completed with the permission of the company surveyed.

Signature: [signed] Barry Cadden    Title: President

Signature: _____    Title: _____

### Part I: GENERAL INFORMATION

Annual Sales: $ N/A    Years in Business: 14
Privately Owned: yes

Subsidiary Division of: N/A

Other Plant Locations: NO

| List major Customers: | Type of Contract: |
|---|---|
| Mass General | N/A |
| NY Presbyterian | N/A |
| Montefiore Hospital | N/A |
| Rhode Island Hospital | N/A |

EXHIBIT 7

BWH - 000123

(2)

List Company Management:

| Name: | Title: |
|---|---|
| Barry Cadden | DOP/President |
| Gregory Conigliaro | GM |
| Paul Laqueur | CFO |
| Robert Ronzio | Sales Director |

Service to be performed for Brigham and Woman's Hospital:

Compounded medications

Total # of Employees: 75

Work Schedule Hours: 8-5 M-F

Number of Shifts: One

Days per week: 5

Are Training Programs for personnel utilized? Yes ✓ No ___

Proficiency Based?: Yes ✓ No ___

Certifications Provided? Yes ✓ No ___

Recertification Period: yearly

Describe Training Program:

Comprehensive, mentoring program

(3)

## Part II: FACILITY

Number Buildings On-Site: (1)

Type:  Single _____  Multiple _____  Wood _____
       Brick ✓_____  Block _____     Steel _____

Location:  Industrial Park ✓_____  Urban _____
           Suburban _____          Rural _____

Equipment: Owned ✓_____   Leased _____

Square Footage: 30K sqft

List Process Capabilities and/or Services Provided:

1. all compounded medications
2. _____
3. _____
4. _____
5. _____

Have you been inspected by any state or Federal Agencies within the last two years?
Yes ✓_____  No _____

Name of Agencies:                                    Title:
Massachusetts board of Pharmacy

Do you have Liability Insurance?  Yes ✓_____  No _____

BWH - 000125

(4)

Are written compounding procedures (SOPs) in place?: Yes ✓ No ___
How often are procedures reviewed? __yearly__
Are procedures under change control?: Yes ✓ No ___
   Describe revision process: __yearly or as needed based upon significant process changes__
   How is training of newly revised documents handled?: __must be read & signed off by employees who are impacted__
Are calibration records kept on file? Yes ✓ No ___
Are calibration standard traceable?  — ? —  Yes ___ No ___
   Describe: ___

## Part III: QUALITY CONTROL/ASSURANCE

Does the Quality Unit report directly to the top management? Yes ✓ No ___
Does the Quality Unit have full authority to reject CSPs? Yes ✓ No ___
Are the Quality Unit procedures in a formal written document? Yes ✓ No ___
Are the procedures revised on a periodic basis? Yes ✓ No ___
Does the Quality Unit have an adequate education, training, and experience? Yes ✓ No ___
Is the facility registered of licensed by a federal, state, or professional agency? Yes ✓ No ___
   Which ones: __MA board of pharmacy__

Is there a formal quality assurance program involving Performance testing of equipment used for testing? Yes ✓ No ___

(5)

## Part IV: CUSTOMER COMPLAINTS

Is there an organization complaint file?                                Yes ✓   No ____

Does each complaint state:

    Nature of complaint                                              Yes ✓   No ____

    Response to customer                                             Yes ✓   No ____

    Further corrective/preventative action                           Yes ✓   No ____

Complaint file kept for _____5_____ years.

Is there a specific review of complaint files for trends?               Yes ✓   No ____
    (quarterly)
Is the review filed as a written summary?                               Yes ✓   No ____

Is there a group or individual assigned to handle                       Yes ✓   No ____
    customer inquires and follow up on complaints?

Do you perform "in house" Audits?                                       Yes ✓   No ____

What companies have performed audits on your company in the last year? (Please list a minimum of 3 companies.)

NY Presbyterian
_____
_____
_____
_____

## Part V: USP >797> QUALITY COMPLIANCE

Describe gowning for CSP: see S.O.P. - use "sterile" full coveralls
- one garment per day
- automated hand wash machine w/ disinfectant mixture

(6)

Who is responsible for cleaning/sanitization programs? <u>QC-manager + Pharmacy cleanroom supervisor.</u>

| | | |
|---|---|---|
| Rotation of Sanitizers? | Yes ✓ No ____ | |
| Frequency of cleaning cleanroom <u>daily -weekly- monthly schedule.</u> | | |
| Environmental Monitoring Performed? | Yes ✓ No ____ | |
|     Surfaces | Yes ✓ No ____ | Type ____ |
|     Air | Yes ✓ No ____ | Type ____ |
|     Personnel | Yes ✓ No ____ | Type ____ |
|     Number of Cleanrooms | <u>two</u> | |
| Frequency of Environmental Monitoring | <u>weekly- monthly</u> | |
|     Trending Program | Yes ✓ No ____ | |
|     Particle Counts | Yes ✓ No ____ | |
|     Cleanroom Certification | Yes ✓ No ____ | Frequency <u>6months</u> |
| CSP Testing USP <71> Sterility | Yes ✓ No ____ | |
| CSP Testing USP <85> Endotoxin | Yes ✓ No ____ | |
| Inhibition Testing Performed | Yes ____ No ____ | |
| USP Testing Performed By | <u>ARL - "Analytical Research Labs"</u> | |
| Outside Audit Performed | Yes ____ No ✓ | |
| CSP Proficiency Technician Testing | Yes ✓ No ____ | |
|     Risk Level | High ✓ Medium ____ Low ____ | |
|     Frequency | <u>Q 6-months.</u> | |
| USP <797> Compliance Program | Yes ✓ No ____ | |
| Formal Quality Unit | Yes ✓ No ____ | |

BWH - 000128