## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) ) | MDL No. 02419 Docket No. 1:13-md-2419-RWZ |
| This document relates to: Handy v. Box Hill Surgery Center, LLC, et al. No. 1:14-cv-14019-RWZ | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Box Hill Defendants' Motion for Summary Judgment and supporting Memorandum of Law, and any opposition thereto, it is this _____ day of _____, 2018, hereby:

**ORDERED** that the Box Hill Defendants' Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that Count I of Plaintiffs' Complaint (Medical Malpractice – Negligence) is **DISMISSED** with prejudice; and it is further

**ORDERED** that Count XII of Plaintiffs' Complaint (Violation of Massachusetts State Consumer Protection Statutes) is **DISMISSED** with prejudice; and it is further

**ORDERED** that Plaintiffs' claims for punitive damages are **DISMISSED** with prejudice.

_____
The Honorable Rya Zobel
U.S. District Court, District of Massachusetts