**ATTACHMENT**

**SLIP OPINION**