# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## RESPONSE TO ORDER REQUIRING ANDREWS & THORNTON TO SHOW CAUSE

Andrews & Thornton hereby responds to the Order to Show Cause. Please see the Declaration attached hereto as **Exhibit A**.

Dated: January 22, 2018

Respectfully,

*/s/ Anne Andrews*
Anne Andrews, Esq., CALBAR #: 103280
John C. Thornton, Esq., CALBAR #: 84492
Lauren R. Davis, Esq., CALBAR #: 294115
Andrews & Thornton
2 Corporate Park, Suite 110
Irvine, CA 92606
aa@andrewsthornton.com
jct@andrewsthornton.com
ldavis@andrewsthornton.com

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 22nd day of January, 2018, a copy of the foregoing **RESPONSE TO ORDER REQUIRING ANDREWS & THORNTON TO SHOW CAUSE; EXHIBIT A (DECLARATION OF LAUREN DAVIS, ESQUIRE, IN SUPPORT OF THE RESPONSE TO ORDER TO SHOW CAUSE);** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                 ANDREWS & THORNTON

                 By: */s/ Anne Andrews*
                    Anne Andrews