| | |
|---|---|
| **Meghan Handy**, Individually and as Surviving Child and Personal Representative of the Estate of Brenda Lee Rozek, Deceased<br>8 Rollins Road<br>North East, Maryland 21901<br><br>and<br><br>**Neil E. Rozek**<br>761 Ragan Road<br>Conowingo, Maryland 21918<br><br>and<br><br>**Kristen Lowery**<br>761 Ragan Road<br>Conowingo, Maryland 21918<br><br>and<br><br>**Frank D. Ragan, Sr.**<br>440 Johnson Road<br>Conowingo, Maryland 21918<br><br>and<br><br>**JoAnne Ragan**<br>440 Johnson Road<br>Conowingo, Maryland 21918<br><br>    Plaintiffs,<br><br>v.<br><br>**BOX HILL SURGERY CENTER, LLC**<br>100 Walter Ward Boulevard<br>Suite B2<br>Abingdon, Maryland 21009<br><br>    Serve on:<br>    L. Stephen Hess, Esq.<br>    26th Floor<br>    2100 East Pratt Street<br>    Baltimore, MD 21202<br><br>and | IN THE<br>CIRCUIT COURT<br>FOR<br>BALTIMORE COUNTY<br><br><br><br>Case No.: 03-C-14-009238<br><br><br><br>**Complaint and Demand<br>for Jury Trial**<br><br>RECEIVED AND FILED<br>2014 AUG 26  P 3: 33<br>CLERK OF CIRCUIT COURT<br>BALTIMORE COUNTY |

EXHIBIT 1

**RITU T. BHAMBHANI, M.D.**
496 Rutland Drive
Fallston, Maryland 21047

>Serve on:
>Ritu T. Bhambhani, M.D.
>496 Rutland Drive
>Fallston, Maryland 21047

and

**RITU T. BHAMBHANI, M.D., LLC**
496 Rutland Drive
Fallston, Maryland 21047

>Serve on:
>Resident Agent:
>Ritu T. Bhambhani, M.D.
>496 Rutland Drive
>Fallston, Maryland 21047

and

**Barry J. Cadden**
13 Manchester Drive
Wrentham, Massachusetts 02093

>Serve on:
>Barry J. Cadden
>13 Manchester Drive
>Wrentham, Massachusetts 02093

and

**Gregory Conigliaro**
1 Mountain View Drive
Framingham, Massachusetts 01701

>Serve on:
>Gregory Conigliaro
>1 Mountain View Drive
>Framingham, Massachusetts 01701

and

**Lisa Conigliaro Cadden**
13 Manchester Drive
Wrentham, Massachusetts 02093

    Serve on:
    Resident Agent:
    Lisa C. Cadden
    13 Manchester Drive
    Wrentham, Massachusetts 02093

and

**Douglas Conigliaro;**
15 Hale Drive
Dedham, Massachusetts 02026

and

    Serve on:
    Douglas Conigliaro;
    15 Hale Drive
    Dedham, Massachusetts 02026

and

**Carla Conigliaro**
15 Hale Drive
Dedham, Massachusetts 02026

    Serve on:
    Carla Conigliaro
    15 Hale Drive
    Dedham, Massachusetts 02026

and

**Glenn A. Chin**
173 Mechanic Street
Canton, Massachusetts 02021

    Serve on:
    Glenn A. Chin
    173 Mechanic Street
    Canton, Massachusetts 02021

and

**Ameridose, LLC**
203 Flanders Road
Westborough, Massachusetts, 01581

>Serve on:
>Resident Agent:
>Ameridose, LLC
>203 Flanders Road
>Westborough, Massachusetts, 01581

and

**GDC Properties Management, LLC**
701 Waverly Street
Framingham, Massachusetts 01702

>Serve on:
>Resident Agent:
>GDC Properties Management, LLC
>701 Waverly Street
>Framingham, Massachusetts 01702

and

**Medical Sales Management, Inc.**
697 Waverly Street
Framingham, Massachusetts 01702

>Serve on:
>Resident Agent:
>Medical Sales Management, Inc.
>697 Waverly Street
>Framingham, Massachusetts 01702

and

**Medical Sales Management SW, Inc.**
697 Waverly Street
Framingham, Massachusetts 01702

>Serve on:
>Resident Agent:
>Medical Sales Management SW, Inc.
>697 Waverly Street
>Framingham, Massachusetts 01702

and

| | |
|---|---|
| **ARL Bio Pharma, Inc. D/B/A Analytical Research Laboratories**<br>840 Research Parkway<br>Suite 546<br>Oklahoma City, Oklahoma 73104<br><br>    Serve on:<br>    Resident Agent<br>    ARL Bio Pharma, Inc.<br>    840 Research Parkway<br>    Suite 546<br>    Oklahoma City, Oklahoma 73104<br><br>and<br><br>**Liberty Industries, Inc.**<br>133 Commerce Street<br>East Berlin, Connecticut 06023<br><br>    Serve on:<br>    Resident Agent<br>    **Liberty Industries, Inc.**<br>    133 Commerce Street<br>    East Berlin, Connecticut 06023<br><br>and<br><br>**UniFirst Corporation (d/b/a "Uniclean Cleanroom Services")**<br>68 Jonspin Road<br>Wilmington, MA 01887<br><br>    Serve on:<br>    Resident Agent<br>    **UniFirst Corporation**<br>    8820 Yellow Brick Rd.<br>    Baltimore, MD 21237<br><br>Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

COME NOW the Plaintiffs, Meghan Handy, individually, as surviving child and as Personal Representative of the Estate of Brenda L. Rozek, deceased ("Decedent"), together with

271. In connection with obtaining bulk or office supplies of preservative free MPA for administration to Box Hill Surgery Center's patients, including Plaintiffs' Decedent, the Health Care Providers conspired with NECC and the NECC related Defendants by agreeing to participate in a scheme to circumvent and violate Massachusetts' pharmacy statutes and regulations that were intended to protect patient safety, including Massachusetts' pharmacy laws and regulations prohibition on dispensing controlled substances pursuant to so called "office supply" prescriptions. The NECC Related Defendants and the Health Care Providers accomplished this unlawful purpose via the unlawful means of the Health Care Providers submitting to NECC bogus or past lists of purported individual patients on NECC's prescription orders forms by fax or mail in order to order and obtain by express mail compounded preservative free MPA for administration to patients at Box Hill Surgery Center's Maryland facility. The NECC Related parties in turn suggested and permitted this practice which was in direct violation of Massachusetts' pharmacy and controlled substances law, and, further, caused or facilitated the dispensing of NECC's compounded preservative free MPA to Box Hill Surgery Center as well as other health care facuties throughout the United States.

272. The NECC Related Defendants and the Health Care Provider's acts in furtherance of the conspiracy resulted in NECC being able to falsely appear in compliance with Massachusetts' pharmacy statutes and regulations when in fact it was not in compliance.

273. The Health Care Providers knew, or reasonably should have known, that patient specific names were required by NECC in order to dispense drugs it compounded by virtue of the fact that NECC's standard prescription order form for MPA and other drugs requested patient specific information. Instead of filling out these standard forms properly, the Health Care

71

309. Plaintiff, Neil E. Rozek, claims all allowable damages for Wrongful Death under Maryland law. He also claims loss of income and support from his late wife as a result of her

310. As a further proximate result of the Defendants' negligence and other tortious conduct alleged above, Plaintiffs, Neil E. Rozek, Meghan Handy, Kristen Lowery, Frank D. Ragan, Sr. and JoAnne Ragan, each has suffered mental anguish, emotional pain and suffering, loss of society, loss of companionship, loss of comfort, loss of attention, loss of advice, loss of counsel, and loss of guidance and claims all allowable damages under Maryland's wrongful death law for the loss of Brenda L. Rozek, deceased.

**WHEREFORE**, Plaintiffs pray for relief as follows:

(a) Compensatory damages in an amount in excess of $30,000.00 for malpractice claims against the Defendants and in excess of $75,000 on all other claims;

(b) Punitive damages under the laws of Maryland, Massachusetts and/or other applicable law;

(c) All costs and attorneys' fees recoverable by law; and

(d) Such other and further relief as the Court deems appropriate.

ROBERT J. WELTCHEK
KRISTOPHER A. MALLAHAN
NOLAN J. WELTCHEK
NATHAN W. HOPKINS
Weltchek Mallahan & Weltchek, LLC
2330 West Joppa Road, Suite 203
Lutherville, Maryland 21093
410-825-5287
*Counsel for the Plaintiffs*

*Of Counsel*:
COHEN, PLACITELLA & ROTH, P.C.
Harry M. Roth, Esquire
Michael Coren, Esquire
Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
(215) 567-3500

## DEMAND FOR JURY TRIAL

Plaintiffs elect to have their case tried before a jury.

_____
ROBERT J. WELTCHEK