Ex. 7

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    DISTRICT OF MASSACHUSETTS

 3

 4   IN RE NEW ENGLAND COMPOUNDING      | MDL NO. 02419

 5   PHARMACY, INC. PRODUCTS LIABILITY  | DOCKET NO.

 6   LITIGATION                         | 1:13-MD-2419-RWZ

 7   THIS DOCUMENT RELATES TO:

 8   All Actions

 9

10           Deposition of LLOYD R. SABERSKI, M.D.

11                      Baltimore, Maryland

12                   Thursday, January 12, 2017

13                          10:00 a.m.

14

15

16

17

18

19

20   Reported by:  Angela McKinney, Court Reporter

21

22
```



Page 102

```
 1  use, you consider the risk to the patient and I guess
 2  the percentage risk.  But when you are considering the
 3  risk -- hold on.  Let me finish.  If it's a difference
 4  of .02 percent risk versus .3 percent risk or
 5  something, it's an increased -- it might be an
 6  increased risk, but it's insignificant, isn't it?
 7  Don't you have to consider that?
 8       A    No.  You are making a mistake here.  Before
 9  you consider the risk benefit profile or the risk
10  profile, you have to see is there benefit.
11       Q    So you have to know the numbers, don't you?
12       A    Before you get there, you have to decide if
13  I'm going to use this product, is there a benefit.
14  Once you have established that there is a benefit, then
15  you can start conjugating on the numbers.  But here in
16  this case, there is no benefit.  There has never been a
17  benefit.  There is no reason to use this product.  So
18  nobody who is rationally thinking of this can find an
19  arguable reason to offer the product.
20            Now, if there is a reason for doing it,
21  let's say the patient has some weird allergy or some
22  weird intolerance or something weird and they go to the
```

Page 103

```
 1  compounding pharmacist, they can make something up
 2  that's appropriate for that patient.  At that point, we
 3  can talk about the appropriateness of the risk.  But
 4  you can never manufacture products at a compounding
 5  pharmacy.  If you start manufacturing it -- first of
 6  all, it's against the law.  They can't do that.
 7       Q    So you are saying that there is absolutely
 8  no benefit to compounding pharmacies; it's just an
 9  increased risk?
10       A    For injectable deposit steroids, yes.
11       Q    And you read Dr. Bhambhani's deposition,
12  right?
13       A    I have.
14       Q    Okay.  And you read that she believed there
15  was a benefit in this case to using the drugs from
16  NECC, right?
17       A    Not only was she wrong, she was wrong by
18  more than a decade.
19       Q    Well, let me step back.  You saw her
20  discussion, I hope, about using her experience using
21  triamcinolone and betamethasone.  Do you recall that?
22       A    Oh, I do, very much so.  She is confused
```

Page 104

```
 1  because the problem she associated with triamcinolone
 2  and betamethasone have nothing to do with
 3  preservatives; had everything to do with the
 4  mineralocorticoid and glucocorticoid activities of the
 5  drugs they inject.  It had nothing to do with
 6  preservatives, so her argument made no sense
 7  scientifically.
 8            Yes, she had a concern.  She had some
 9  problems with betamethasone and triamcinolone.  She was
10  open to using a different product.  It was mentioned to
11  her by one of her colleagues.  She went ahead and
12  ordered it.  No due diligence.
13       Q    And in her mind, there was a benefit and a
14  different therapeutic effect by using NECC's drugs
15  compared to betamethasone and triamcinolone, right?
16       A    Well, I don't recall that.  But even if
17  there was, it's not substantiated in the literature.
18  All three products, Depo-Medrol, triamcinolone and
19  betamethasone, the outcomes are thought to be
20  clinically the same.
21       Q    Would you agree that there was some
22  contingent of respected pain physicians who believed
```

Page 105

```
 1  that there was a risk associated with injecting
 2  steroids with preservative into the spine?
 3       A    Well, certainly that began with the sounding
 4  of Dewey Nelson back in the '70s, but that issue was
 5  completely arrested certainly by late 19 -- certainly
 6  by the mid '90s.  So that issue was a non-issue in the
 7  '90s.  Plenty of articles have shown that.  And we're
 8  talking about epidural injection.  There is certainly
 9  some concern about intrathecal injection, but not
10  epidural injection.  So there is no risk to patients
11  with epidural injections and there is not a single
12  society, there is not a single article that has been
13  published that says that epidural injections with
14  manufactured steroids causes arachnoiditis.
15       Q    So it used to be of concern, and you say the
16  guy who brought it up, Dewey, that he was discredited
17  or something?
18       A    No, he wasn't discredited.  His concerns
19  were -- this gets really interesting.  His concern was
20  about polyethylene glycol.  That was the product he was
21  concerned about and he was concerned about intrathecal
22  injections.  Then when they started doing epidural
```



Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com

Page 146

1    A   Yes.
2    Q   You are aware of that?
3    A   Yes.
4    Q   Have you seen the audit report?
5    A   I have at one time.  I've not looked at that
6  recently.
7    Q   Would you agree at least that Brigham and
8  Women's found NECC to be a safe supplier of drugs and
9  they were then allowed to continue ordering drugs from
10 NECC?
11       MR. COREN:  Objection as to form.
12       You can answer.
13   A   That was the conclusion of the report, but
14 my recollection is that they never actually went in to
15 look at the clean room.
16 BY MR. KIRBY:
17   Q   You are not a microbiologist, are you?
18   A   I am not.
19   Q   Do you typically inspect clean rooms?
20   A   Typically, no.  Have I done it?  Yes.
21   Q   Do you typically do inspections and things
22 like that?

Page 147

1    A   No.
2    Q   But you would agree that the conclusion
3  drawn was that Brigham and Women's was -- hold on.  Let
4  me find it.  That they were approved for sterile
5  compounding preparations for Brigham and Women's
6  Hospital?
7        MR. COREN:  Objection to form.
8    A   I would have to look at the actual sentence,
9  but I do know that Brigham and Women's did continue to
10 do business with NECC.
11 BY MR. KIRBY:
12   Q   So you are kind of drawing the conclusion?
13   A   Yes.
14   Q   For the record, that's Exhibit 302.
15       When we talked earlier, you don't think that
16 Dr. Bhambhani needed -- or anybody for that matter had
17 to go and inspect NECC themselves, right?
18       MR. COREN:  Objection as to form.
19 BY MR. KIRBY:
20   Q   Before using them?
21   A   No.
22   Q   Let me cut to the chase.  Is there any

Page 148

1  amount of due diligence that Dr. Bhambhani or other
2  health care providers could have done in your mind to
3  make NECC a supplier of preservative-free MPA?
4        MR. COREN:  Objection to form.
5    A   Yes.  The first order of business is they
6  have to establish whether there is a need for having
7  it.  So if she would have done due diligence, she would
8  have found there was no need and therefore would have
9  quickly saved her patients' complications by never
10 using NECC.  So that's -- and we know she did no due
11 diligence because she admitted it in her deposition.
12 BY MR. KIRBY:
13   Q   But you can't say if she had done due
14 diligence whether she would have found there was a drug
15 shortage or not?
16       MR. COREN:  Objection to the form.
17   A   She would have found that to need a
18 compounding pharmacy, you have to have a special need
19 that's specific enough to write a prescription
20 specific.
21 BY MR. KIRBY:
22   Q   You said I think before that if there was a

Page 149

1  need, meaning there wasn't a commercially -- well, two
2  things:  That if there wasn't a commercially available
3  product of methylprednisolone acetate
4  preservative-free, then she could get it from a
5  compounding pharmacy, right?
6    A   No.  There were other products that were
7  equally as good that would substitute.  Nobody has ever
8  demonstrated any improvement of Depo-Medrol or
9  methylprednisolone over the triamcinolone and
10 betamethasone.  And as I mentioned earlier, there is
11 data accruing now that Depo-Medrol may have more of a
12 hazard in terms of a gluten issue and emboli.
13   Q   And that's your opinion?
14   A   No.  That's been published.
15   Q   But you are not foreclosing that other
16 reasonably prudent and trained physicians might have a
17 different opinion?
18   A   About what?
19   Q   That methylprednisolone acetate is better or
20 that there is a reason not to use triamcinolone or
21 betamethasone.
22   A   Nobody has that opinion -- well, I don't



Nationwide Coverage

1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999
www.DiscoveryLit.com