| D. Mass Case No. | Original District | Party | Role | Waives Lexecon | Does Not Waive Lexecon | Failed to File Waiver/Cert. |
|---|---|---|---|---|---|---|
| 1594 1:14-CV-13962-RWZ | D. N.J. | Kimberly Yvette Smith, M.D., a/k/a Kimberly Yvette Smith-Martin, M.D. | Defendant | | ✓ | |
| 1595 1:14-CV-13962-RWZ | D. N.J. | Thomas Dwyer, M.D. | Defendant | | ✓ | |
| 1596 1:14-CV-13962-RWZ | D.N.J. | Premier Orthopaedic Associates Surgical Center, LLC | Defendant | | ✓ | |
| 1597 1:14-CV-13974-RWZ | N.D.Ind. | Bruce Cox, Co-Personal Representative of the Estate of Marjorie Cox, Deceased | Plaintiff | ✓ | | |
| 1598 1:14-CV-13974-RWZ | N.D.Ind. | Bruce Cox, Power of Attorney for E. Wayne Cox | Plaintiff | ✓ | | |
| 1599 1:14-CV-13974-RWZ | N.D.Ind. | Eugene Topolski, Co-Personal Representative of the Estate of Marjorie Cox, Deceased | Plaintiff | ✓ | | |
| 1600 1:14-CV-14019-RWZ | D.Md. | Meghan Handy | Plaintiff | | ✓ | |
| 1601 1:14-CV-14019-RWZ | D.Md. | Box Hill Surgery Center, LLC | Defendant | | ✓ | |
| 1602 1:14-CV-14019-RWZ | D.Md. | Ritu T. Bhambhani, M.D. | Defendant | | ✓ | |
| 1603 1:14-CV-14019-RWZ | D.Md. | Ritu T. Bhambhani, M.D., LLC | Defendant | | ✓ | |
| 1604 1:14-CV-14022-RWZ | D.Md. | Mary Joyce Armetta | Plaintiff | | ✓ | |
| 1605 1:14-CV-14022-RWZ | D.Md. | Box Hill Surgery Center, LLC | Defendant | | ✓ | |
| 1606 1:14-CV-14022-RWZ | D.Md. | Ritu T. Bhambhani, M.D | Defendant | | ✓ | |

EXHIBIT 2

| | D. Mass Case No. | Original District | Party | Role | Waives Lexecon | Does Not Waive Lexecon | Failed to File Waiver/Cert. |
|---|---|---|---|---|---|---|---|
| 1607 | 1:14-CV-14022-RWZ | D.Md. | Ritu T. Bhambhani, M.D., LLC | Defendant | | ✓ | |
| 1608 | 1:14-CV-14023-RWZ | D.Md. | Linda J. Torbeck | Plaintiff | | ✓ | |
| 1609 | 1:14-CV-14023-RWZ | D.Md. | Paul F. Torbeck | Plaintiff | | ✓ | |
| 1610 | 1:14-CV-14023-RWZ | D.Md. | Box Hill Surgery Center, LLC | Defendant | | ✓ | |
| 1611 | 1:14-CV-14023-RWZ | D.Md. | Ritu T. Bhambhani, M.D | Defendant | | ✓ | |
| 1612 | 1:14-CV-14023-RWZ | D.Md. | Ritu T. Bhambhani, M.D., LLC | Defendant | | ✓ | |
| 1613 | 1:14-CV-14026-RWZ | D.Md. | Kiumarce Kashi, Individually | Plaintiff | | ✓ | |
| 1614 | 1:14-CV-14026-RWZ | D.Md. | Kiumarce Kashi Surviving Child and Personal Rep. of the Estate of Bahman Kashi, et al. | Plaintiff | | ✓ | |
| 1615 | 1:14-CV-14026-RWZ | D.Md. | Box Hill Surgery Center, LLC | Defendant | | ✓ | |
| 1616 | 1:14-CV-14026-RWZ | D.Md. | Ritu T. Bhambhani, M.D | | | ✓ | |
| 1617 | 1:14-CV-14026-RWZ | D.Md. | Ritu T. Bhambhani, M.D., LLC | Defendant | | ✓ | |
| 1618 | 1:14-CV-14028-RWZ | D.Md. | Evelyn Bowman, Personal Rep. of the Estate of Edna C. Young, et al. | Plaintiff | | ✓ | |
| 1619 | 1:14-CV-14028-RWZ | D.Md. | Box Hill Surgery Center, LLC | Defendant | | ✓ | |
| 1620 | 1:14-CV-14028-RWZ | D.Md. | Ritu T. Bhambhani, M.D | Defendant | | ✓ | |
| 1621 | 1:14-CV-14028-RWZ | D.Md. | Ritu T. Bhambhani, M.D., LLC | Defendant | | ✓ | |

| | D. Mass Case No. | Original District | Party | Role | Waives Lexecon | Does Not Waive Lexecon | Failed to File Waiver/Cert. |
|---|---|---|---|---|---|---|---|
| 1622 | 1:14-CV-14029-RWZ | D.Md. | Belinda L. Dreisch | Plaintiff | | ✓ | |
| 1623 | 1:14-CV-14029-RWZ | D.Md. | Burton J. Dreisch | Plaintiff | | ✓ | |
| 1624 | 1:14-CV-14029-RWZ | D.Md. | Box Hill Surgery Center, LLC | Defendant | | ✓ | |
| 1625 | 1:14-CV-14029-RWZ | D.Md. | Ritu T. Bhambhani, M.D | Defendant | | ✓ | |
| 1626 | 1:14-CV-14029-RWZ | D.Md. | Ritu T. Bhambhani, M.D., LLC | Defendant | | ✓ | |
| 1627 | 1:14-CV-14033-RWZ | D.Md. | Teresa A. Davis | Plaintiff | | ✓ | |
| 1628 | 1:14-CV-14033-RWZ | D.Md. | Garrett C. Davis | Plaintiff | | ✓ | |
| 1629 | 1:14-CV-14033-RWZ | D.Md. | Box Hill Surgery Center, LLC | Defendant | | ✓ | |
| 1630 | 1:14-CV-14033-RWZ | D.Md. | Ritu T. Bhambhani, M.D. | Defendant | | ✓ | |
| 1631 | 1:14-CV-14033-RWZ | D.Md. | Ritu T. Bhambhani, M.D., LLC | Defendant | | ✓ | |
| 1632 | 1:14-CV-14036-RWZ | D.Md. | Angela S. Farthing | Plaintiff | | ✓ | |
| 1633 | 1:14-CV-14036-RWZ | D.Md. | Marc D. Farthing | Plaintiff | | ✓ | |
| 1634 | 1:14-CV-14036-RWZ | D.Md. | Box Hill Surgery Center, LLC | Defendant | | ✓ | |
| 1635 | 1:14-CV-14036-RWZ | D.Md. | Ritu T. Bhambhani, M.D. | Defendant | | ✓ | |
| 1636 | 1:14-CV-14036-RWZ | D.Md. | Ritu T. Bhambhani, M.D., LLC | Defendant | | ✓ | |
| 1637 | 1:14-CV-14084-RWZ | D. N.J. | Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, trading as Premier Orthopaedic Associates | Defendant | | ✓ | |
| 1638 | 1:14-CV-14084-RWZ | D. N.J. | John Catalano, M.D. | Defendant | | ✓ | |