UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 02419<br>Docket No. 1:13-md-2419-RWZ |
| This document relates to: ) ) | |
| Handy v. Box Hill Surgery Center, LLC, et al. ) No. 1:14-cv-14019-RWZ ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DEPOSITION

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the plaintiff Meghan Handy, as Administratrix of the Estate of Brenda Rozek, deceased, will take the deposition of Defendant Rita T. Bhambhani, M.D. **on January 9, 2018 at 1:00 p.m.** at 901 Dulaney Valley Road, Suite 500, Towson, Maryland 21204. The deposition will be recorded by stenographical means.

/s/ Michael Coren
Michael Coren, Esquire
Attorney for Plaintiffs
Cohen, Placitella & Roth, P.C.
2001 Market Street, Suite 2900
Two Commerce Square
Philadelphia, PA 19102
215-567-3500
mcoren@cprlaw.com

EXHIBIT 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, 2018, a copy of the foregoing

Notice of Deposition was sent via electronic mail to:

Catherine Steiner, Esq.
Pessin Katz Law, P.A.
901 Dulaney Valley Road
Suite 400
Towson, MD 21204
csteiner@pklaw.com
Gregory K Kirby, Esq.
PK LAW
901 Dulaney Valley Road
Suite 500
Towson, MD 21204
gkirby@pklaw.com

/s/ Michael Coren
Michael Coren, Esquire
COHEN, PLACITELLA & ROTH, P.C.
Two Commerce Square Suite 2900
Philadelphia, PA 19102
215-567-3500
mcoren@cprlaw.com