UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ──────────────────────────── ) <br> ) <br> This document relates to: ) <br> ) <br> Handy v. Box Hill Surgery Center, LLC, et al. ) <br> No. 1:14-cv-14019-RWZ ) | MDL No. 02419 <br> Docket No. 1:13-md-2419-RWZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DEPOSITION

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and MDL Order No. 10 (Document #1426), the Defendants Box Hill Surgery Center, LLC, Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., LLC (collectively, "Box Hill Defendants"), will take the deposition of **JoAnne Ragan, on January 12, 2018 at 4:00 p.m.** at 139 North Main Street, Suite 100, Bel Air, Maryland 21014. The deposition will be recorded by stenographical means.

/s/ Catherine W. Steiner
Catherine W. Steiner, Esq.
Gregory K. Kirby, Esq.
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
Tel: (410) 938-8800
*Attorneys for Box Hill Surgery Center,*
*L.L.C., Ritu T. Bhambhani, M.D., and Ritu*
*T. Bhambhani, M.D., L.L.C.*


EXHIBIT 8

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2018, a copy of the foregoing Notice of Deposition was sent via electronic mail and first-class mail, postage prepaid to:

Harry Roth, Esquire
Michael Coren, Esquire
Cohen, Placitella & Roth, PC
2001 Market Street, Suite 2900
Philadelphia, Pennsylvania 19103
*Counsel for Plaintiffs*

/s/ Catherine W. Steiner
Catherine W. Steiner, Esq.