# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> This document relates to: ) <br> ) <br> Handy v. Box Hill Surgery Center, LLC, et al. ) <br> No. 1:14-cv-14019-RWZ ) | MDL No. 02419 <br> Docket No. 1:13-md-2419-RWZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] CONDITIONAL REMAND ORDER

The transferee court in this litigation had advised the Panel that coordinated or consolidated pretrial proceedings in this action on this conditional remand order have been completed and that remand to the transferor court, as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action on this conditional remand order be remanded to its respective transferor court.

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Massachusetts.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the District of Massachusetts with a stipulation or designation of the contents of the record to be remanded.

_____   _____
DATE                              RYA W. ZOBEL
                                  UNITED STATES DISTRICT JUDGE