UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> ALL CASES AGAINST THE ) <br> BOX HILL DEFENDANTS ) <br> ) | MDL No. 02419 <br> Docket No. 1:13-md-2419-RWZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## BOX HILL DEFENDANTS' RESPONSE TO ORDER REQUIRING IDENTIFICATION OF CASES NEEDING TO BE DISMISSED

Defendants, Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C. (collectively, "Box Hill Defendants"), by undersigned counsel, submit this Response to this Court's Order Requiring Identification of Cases Needing to Be Dismissed [Dkt. 3527].

The following cases involving the Box Hill Defendants should be administratively closed because the various Plaintiffs have previously filed voluntary Stipulations of Dismissal without payment of any kind from the Box Hill Defendants:

1. *Armetta v. Box Hill Surgery Center, LLC, et al.*, Case No. 1:14-cv-14022-RWZ;

2. *Torbeck v. Box Hill Surgery Center, LLC, et al.*, Case No. 1:14-cv-14023-RWZ;

3. *Kashi v. Box Hill Surgery Center, LLC, et al.*, Case No. 1:14-cv-14026-RWZ;

4. *Bowman v. Box Hill Surgery Center, LLC, et al.*, Case No. 1:14-cv-14028-RWZ;

5. *Dreisch v. Box Hill Surgery Center, LLC, et al.*, Case No. 1:14-cv-14029-RWZ;

6. *Davis v. Box Hill Surgery Center, LLC, et al.*, Case No. 1:14-cv-14033-RWZ;

7. *Farthing v. Box Hill Surgery Center, LLC, et al.*, Case No. 1:14-cv-14036-RWZ.

WHEREFORE, the Box Hill Defendants respectfully request that the above listed actions be administratively closed.

Respectfully submitted,

/s/ Gregory K. Kirby _____
Catherine W. Steiner
Gregory K. Kirby
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland  21204
Tel: (410) 938-8800
***Attorneys for Box Hill Surgery Center, L.L.C., Ritu T. Bhambhani, M.D., and Ritu T. Bhambhani, M.D., L.L.C.***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 26th day of February, 2018, a copy of the foregoing was electronically filed in the United States District Court for the District of Massachusetts and electronically served upon counsel of record through the Court's CM/ECF system.

/s/ Gregory K. Kirby _____
Gregory K. Kirby, Esq.