## McCarthy Bouley Barry & Morgan, P.C.
COUNSELLORS AT LAW

Prospect Corporate Center
400 Fifth Avenue, Suite 520
Waltham, MA 02451
Telephone 617-225-2211
Fax 617-225-7711

February 27, 2018

VIA E-FILING ONLY

The Honorable Rya W. Zobel
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

RE:   In Re New England Compounding Pharmacy, Inc.
      Susan Edwards v. Medical Advanced Pain Specialists, PA, et al.
      Docket Nos. 1:13-md-2419-RWZ (MDL) and 1:13-cv-13209-RWZ

Dear Judge Zobel:

I previously represented Medical Advanced Pain Specialists, P.A. ("MAPS") and David M. Schultz, M.D. in the above-captioned MDL. MAPS is one of the entities listed in Paragraph 1 of your February 23, 2018 Order [3527]. It is our understanding that the only matter in the MDL involving MAPS was the claim brought by plaintiff Susan Edwards, which was voluntarily dismissed by stipulation approximately one (1) year ago. I have attached a copy of the Court's Order of Final Judgment dated February 8, 2017 [3314] for reference. To the extent this or any other matter involving MAPS appears open or pending on the Court's docket, it should be administratively closed.

Thank you very much.

Respectfully submitted,

*Clare F. Carroll*

Attorney Clare F. Carroll

CFC:cc.1/MAPS.Edwards
Enclosure

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Susan Edwards<br>v.<br>Medical Advanced Pain Specialists, et al.<br>No. 1:13-CV-13209 | MDL No. 1:13-MD-2419-RWZ |

### ORDER OF FINAL JUDGMENT

This matter came before the Court upon the Motion for Entry of Final Judgment by the defendants Medical Advanced Pain Specialists/Minnesota Surgery Center and David M. Schultz, M.D. ("MAPS") pursuant to Fed.R.Civ.P. 58(d). Whereas on January 11, 2017 the parties filed a (Corrected) Stipulation of Voluntary Dismissal With Prejudice [1:13-CV-13209, Dkt. 19] and Rule 58(d) permits a party to request that judgment be set out in a separate document, the motion is allowed.

IT IS ORDERED that the plaintiff's claims against MAPS are dismissed with prejudice and final judgment is to enter for purposes of Rules 58(a) and/or 79(a) of the Federal Rules of Civil Procedure, and any other applicable rule, this 8th day of February, 2017.

_____
HONORABLE RYA W. ZOBEL

February 27, 2018
Page 2

## CERTIFICATE OF SERVICE

I, Clare F. Carroll, hereby certify that I caused a copy of the foregoing letter to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

Dated : February 27, 2018                 /s/ Clare F. Carroll
                                          Attorney Clare F. Carroll