Steven P. Cohen, M.D.
Professor
Chief, Division of Pain Medicine
Anesthesiology and Critical Care Medicine,
Neurology and Physical Medicine &
Rehabilitation
Director of Clinical Operations
Division of Pain Management
Johns Hopkins School of Medicine



Walter Reed National Military
Medical Center
Professor of Anesthesiology and
Physical Medicine & Rehabilitation
Colonel, U.S. Army (ret)
Director, Pain Research
Department of Surgery

15 February 2018

Dear Mr. Kirby,

I have reviewed the thousands of pages of documents you sent me regarding the case "Handy vs. Box Hill Surgery Center LLC, et al.", and at your request have prepared a memorandum outlining my opinions. I also previously reviewed even more records related to the Box Hill cases and the actions of Dr. Bhambhani in general. Many of my opinions here were also explained in my previous report and deposition.

**Records Reviewed for this Memorandum**

The records I have reviewed for preparation of this memorandum include but are not limited to:

Dr. Bhambhani's medical records of Mr. Neil Rozek and Brenda Rozek including radiological images;

Hospital records of Mrs. Rozek from Union Hospital and Johns Hopkins; and autopsy;

Expert witness reports from David Chason and Drs. Lloyd Saberski and Shmuel Shoham;

Deposition transcript and exhibits of Dr. Ritu Bhambhani and family of Mrs. Rozek;

Multiple regulatory and advertising documents from New England Compounding Center;

Plaintiffs' Certificate of Merit and discovery responses;

Laboratory reports including imaging and lumbar puncture results;

1



EXHIBIT

tabbies®

2

Defendant's discovery responses;

Extensive literature review on topics relevant to this case, as well as knowledge accrued during 25 years of medical practice.

I also reviewed extensive documents as referenced in my previous report and deposition in these Box Hill cases.

**My Qualifications**

I am an anesthesiologist and interventional pain management specialist and have been continuously licensed as a physician since 1991. I currently work and have a license to practice medicine in Maryland. I obtained my medical degree from the Mount Sinai School of Medicine in 1989, completed my residency in anesthesiology at Columbia University in 1993, and a pain medicine fellowship at the Massachusetts General Hospital, Harvard Medical School, in 2000. I am board-certified by the American Board of Anesthesiology (1994) with added qualifications in Pain Management (2001, 2012; top 99% for each).

I am currently the Chief of Pain Medicine, and Director of Clinical Pain Treatment Operations at Johns Hopkins School of Medicine, where I also hold joint faculty appointments as a Professor of Anesthesiology & Critical Care Medicine, Neurology, and Physical Medicine & Rehabilitation. I also hold additional appointments as a Professor of Anesthesiology and Physical Medicine & Rehabilitation at the Uniformed Services University of the Health Sciences, and serve as Director of Pain Research at Walter Reed National Military Medical Center. I serve on the editorial boards of multiple journals including PAIN, Anesthesiology, Anesthesia & Analgesia, Pain Medicine, Regional Anesthesia & Pain Medicine, and am the 'Pain Medicine Consultant' for BMJ. Currently, I am the Chair of the American Society of Regional Anesthesia and Pain Medicine (ASRA) Guidelines Committee, serving as the corresponding author on the national

guidelines for ketamine use from ASRA, American Academy of Pain Medicine (AAPM) and the American Society of Anesthesiologists.  I am also on the Boards of Directors of both ASRA and AAPM.

I am a retired Colonel in the U.S. Army. During my time as active military, I was deployed four times (2003, 2004 to 2005, and 2007 to 2008) in support of operations in Bosnia, Iraq and Afghanistan. I was the Reserve Liaison to the Pain Management Consultants to the U.S. Army and Navy Surgeons General up until my military retirement. From 2002 to 2007, I was Chief of Anesthesia & Operative Services at the 4219th Combat Support Hospital in Picatinny Arsenal, New Jersey. From 2007 to 2008 I served as Deputy Commander for the Clinical Services for the 48th Combat Support Hospital at Fort George Meade, Maryland, which is equivalent to the Chief Medical Officer. I served as Chief of Anesthesia & Operative Services at the 48th Combat Support Hospital from 2007 to 2014. I have presented data on pain management in service members to the U.S. Congress, FDA and General Officers. I conducted research that was involved in the passage of the 2008 Military Pain Care Act, and served as an inaugural member of the U.S. Army Medical Advisory Board.

I have around 300 peer-reviewed publications and book chapters on pain in such journals as Lancet, BMJ, Annals of Internal Medicine, JAMA Internal Medicine, New England Journal of Medicine, Anesthesiology, Pain, and Cecil Textbook of Medicine.  I am one of the Editors of 'Essentials of Pain Medicine', which is the best-selling pain medicine textbook in the world.  I am considered a leading expert on low back pain and epidural steroid injections (ESI), and was the first of 3 speakers at the 2014 panel the FDA convened on the effectiveness and safety of epidural steroid injections. I have also been consulted by several other similar regulatory agencies in other countries to discuss this topic as well.