UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEW ENGLAND COMPOUNDING          )
PHARMACY, INC. PRODUCTS LIABILITY      )
LITIGATION                             )
                                       )          MDL No. 2419
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾        )          Dkt. No 1:13-md-2419 (RWZ)
                                       )
THIS DOCUMENT RELATES TO:              )
                                       )
*Handy v. Box Hill Surgery Center, LLC, et al.*  )
                                       )
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon consideration of Plaintiffs' Motion to Strike the Reports and to Exclude Testimony

by Steven Cohen, M.D., Thomas Larkin, M.D., Laxamaiah Manchikanti, M.D., and David Maine,

M.D. as Expert Witnesses for the Box Hill Defendants, Defendants' opposition thereto, and any

hearing on the issue, it is this _____ day of _____, 2018, hereby

   **ORDERED** that Plaintiffs' Motion is **DENIED**.


‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
The Honorable Rya Zobel
U.S. District Court, District of Massachusetts