UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions Naming The Specialty Surgery Center, PLLC | |

**[PROPOSED] ORDER ALLOWING DISTRIBUTION OF COMMON BENEFIT FEES AND EXPENSES RELATED TO SPECIALTY SURGERY CENTER CASES**

Having considered the Plaintiff's Motion for Distribution of Common Benefit Fees and Expenses Related To The Specialty Surgery Center Cases, the Court hereby orders as follows:

**IT IS HEREBY ORDERED:**

1. The Motion for Distribution of Common Benefit Fees and Expenses Related To The Specialty Surgery Center Cases is hereby granted.

2. Epiq Class Action & Claims Solutions, Inc., which administers the Specialty Surgery Center Qualified Settlement Fund, shall issue payment to counsel consistent with the amounts listed in Exhibit A of the Memorandum of Law In Support of Motion For Distribution of Common Benefit Fees and Expenses Related To Specialty Surgery Center Cases from the Specialty Surgery Center Qualified Settlement Fund.

**SO ORDERED.**

Date: _____          _____
                                                                     Judge Rya Zobel