| Exhibit A – Proposed Specialty Surgery Center Common Benefit Distribution | | | | |
|---|---|---|---|---|
| **Firm** | **Time Requested** | **Expenses** | **Time Adjusted** | **Total Due** |
| Branstetter, Stranch | | | | |
| Lieff, Cabraser | | REDACTED | | |
| Kinnard, Clayton | | | | |
| Deposition Expenses | | | | |
| Totals | | | | |