UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT APPLIES TO:
HANDY V. BOX HILL SURGERY CENTER, LLC, *et al.*,
No. 1:14-cv-14019

ORDER AND SUGGESTION OF REMAND

March 16, 2018

ZOBEL, S.D.J.

On October 23, 2014, the United States Judicial Panel on Multidistrict Litigation transferred the above-captioned civil action to this court for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See Docket # 1507 (Conditional Transfer Order 50). On February 8, 2018, defendants moved for the court to issue a suggestion of remand to the Panel on the grounds that, inter alia, common-issue and coordinated discovery is complete; case-specific discovery is nearing completion; and the instant case is the sole remaining active action in this multidistrict litigation. Plaintiffs opposed the motion. On March 14, 2018, the court held a hearing and allowed Defendants' Motion for Suggestion of Remand (Docket # 3521).

Accordingly, it is ORDERED that the Clerk shall inform the MDL Panel that the

court perceives its role in the above-captioned case has ended and therefore suggests the action be remanded or transferred to its court of origin for further proceedings pursuant to 28 U.S.C. § 1407, and it is further ORDERED that, pursuant to Rule 10.4(a) of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the parties shall furnish to the Clerk for the District of Massachusetts a stipulation or designation of the contents of the record to be remanded.

|  |  |
|---|---|
|    March 6, 2018    |    /s/Rya W. Zobel    |
| DATE | RYA W. ZOBEL<br>SENIOR UNITED STATES DISTRICT JUDGE |