UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *Simas v. Abdul R. Barakat, M.D., and Ocean State Pain Management, P.C.* <br> 1:13-cv-10943-RWZ <br><br> *Hanson v. Ocean State Pain Management, P.C.* <br> 1:13-cv-10685-RWZ | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

## RESPONSE OF ABDUL R. BARAKAT, M.D., AND OCEAN STATE PAIN MANAGEMENT, P.C., TO COURT ORDER REQUIRING IDENTIFICATION OF CASES NEEDING TO BE DISMISSED

Defendants, Abdul R. Barakat, M.D., and Ocean State Pain Management, P.C., (collectively, "Ocean State Defendants"), by undersigned counsel, submit this Response to this Court's Order Requiring Identification of Cases Needing to Be Dismissed [Dkt. 3527]. The following cases involving the Ocean State Defendants should be administratively closed because the cases were remanded to Middlesex County in the Commonwealth of Massachusetts on January 11, 2017 for discovery and trial [Dkt. 3270]:

1. *Hanson v. Ocean State Pain Management, P.C.*, Case No. 1:13-cv-10685-RWZ; and
2. *Simas v. Ocean State Pain Management, P.C. et al.*, Case No. 1:13-cv-10943-RWZ

The *Hanson* matter was voluntarily dismissed by the plaintiff following remand to state court. The parties are conducting discovery in the *Simas* matter while they await an updated Scheduling Order from Middlesex Superior Court.

WHEREFORE, the Ocean State Defendants respectfully request that the above listed actions be administratively closed.

Respectfully submitted,<br>
Defendants,<br>
By their attorneys,<br>
<br>
/s/ Thomas M. Dolan<br>
SEAN CAPPLIS, ESQ.<br>
BBO #634740<br>
THOMAS M. DOLAN III, ESQ.<br>
BBO #683042<br>
**CAPPLIS, CONNORS, & CARROLL, P.C.**<br>
18 Tremont Street, Suite 330<br>
Boston, MA 02108<br>
Tel: (617) 227-0722<br>
Fax: (617) 227-0772<br>
scapplis@ccclaw.org<br>
tdolan@ccclaw.org

Dated: March 16, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 16th day of March, 2018, a copy of the foregoing was electronically filed in the United States District Court for the District of Massachusetts and electronically served upon counsel of record through the Court's CM/ECF system.

/s/ Thomas M. Dolan III

THOMAS M. DOLAN, ESQ.
Attorney for Defendants,
Ocean State Pain Management, P.C., and
Abdul R. Barakat, M.D.