UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 13-02419-RWZ

IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC.
PRODUCTS LIABILITY LITIGATION

This Documents Relates to:  All Pending Actions

**DEFENDANT'S RESPONSE TO DOC. 3527 ORDER REQUIRING IDENTFIICATION OF CASES TO BE DISMISSED**

Comes the defendant, Ambulatory Care Center, LLC pursuant to the Court's February 23, 2018 Order (document #3527) and hereby provides the following list of cases which should be administratively closed:

Allen v. Anonymous Healthcare Providers 1-8; 1:15-CV-10280-RWZ

Griggs v. Unifirst Corporation, et al.; 1:14-CV-14668-RWZ

Moore, et al. v. Unifirst Corporation, et al.; 1:14-CV-13027-RWZ

Respectfully submitted,

/s/ Joseph C. Klausing
Joseph C. Klausing
O'BRYAN, BROWN & TONER, PLLC
401 South Fourth Street, Suite 2200
Louisville, Kentucky 40202
klausingj@obtlaw.com
Phone:  (502) 585-4700
Fax:  (502) 585-4703
*Counsel for defendant, Ambulatory Care Center, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2018, I electronically filed the foregoing document with the clerk of the court using the court's electronic filing system which will send notification of such filing to all registered participants.

/s/ Joseph C. Klausing
Joseph C. Klausing