UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All TENNESSEE CASES | |

**PLAINTIFFS' STEERING COMMITTEE NOTICE TO THE COURT REGARDING TENNESSEE SETTLEMENTS**

The Plaintiffs' Steering Committee ("PSC") provides this Notice to the Court Regarding Tennessee Settlements to provide the Court with an update on the status of settlements involving plaintiffs with claims against clinics in Tennessee. The PSC informs the Court of the following:

1.  All claimants with claims against the Saint Thomas Qualified Settlement Fund have been paid, all monies have been disbursed, and the Saint Thomas Qualified Settlement Fund has been closed. The Court has previously dismissed all but two of the cases involving patients from Saint Thomas Outpatient Neurosurgical Center. Today, the parties filed a joint motion for dismissal of the last two cases (Temple and Sellers), and a proposed order. (Dkt. No. 3541) The parties respectfully request that the Court enter the proposed order (Dkt. No. 3541-1) as soon as practicable (rather than waiting until the next status conference) so that this group of cases will be fully and finally resolved.

2.  Over half of claimants (10 of the 15) with claims against the Specialty Surgery Center Qualified Settlement Fund have received payment or have been authorized to receive payment. Once all claimants receive payment, the parties anticipate requesting the Court dismiss all cases involving patients from Specialty Surgery Center.

1

3.     To facilitate payment and eventual closing of the Specialty Surgery Center Qualified Settlement Fund, the PSC respectfully requests that the Court also grant the PSC's Motion for Distribution of Common Benefit Fees and Expenses Related To Specialty Surgery Center Cases (Dkt. No. 3532.) This Motion is unopposed and the time for filing a response has passed. A proposed order granting this Motion is located at Dkt. No. 3532-1.

Respectfully Submitted, this 4th day of April, 2018,

/s/ Benjamin A. Gastel
J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSETTER, STRANCH & JENNINGS PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN  37203
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@branstetterlaw.com
beng@bsjfirm.com

Thomas M. Sobol (BBO# 471770)
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Lead Counsel*

Elizabeth J. Cabraser
Mark P. Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000

Fax: (415) 956-1008
ecabraser@lchb.com
mchalos@lchb.com

*Federal/State Liaison*

Marc E. Lipton
LIPTON LAW
18930 W. 10 Mile Road
Southfield, MI 48075
Phone: (248) 557-1688
Fax: (248) 557-6344
marc@liptonlawcenter.com

Kim Dougherty
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
Telephone:  (617) 933-1265
kdougherty@myadvocates.com

Patrick T. Fennell
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone:  (540) 342-2000
pfennell@crandalllaw.com

Mark Zamora
ZAMORA FIRM
6 Concourse Parkway, 22nd Floor
Atlanta, GA 30328
Phone: (404) 451-7781
Fax: (404) 506-9223
mark@markzamora.com

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I, Benjamin A. Gastel, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: April 4, 2018                          **/s/ Benjamin A. Gastel**
                                              Benjamin A. Gastel