UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-13508-RWZ | MDL NO. 1:13-MD-2419-RWZ |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on September 19, 2018, at 2:30 p.m. or as soon thereafter as counsel may be heard, before the Hon. Rya W. Zobel, Judge, United States District Court, sitting in the District of Massachusetts, in the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, petitioner John D. Eure, personal representative and duly qualified Administrator of the Estate of Sydney M. Creasy, deceased, by counsel, will move the court to enter an order pursuant to the Motion for Entry of an Order Substituting Party Plaintiff and Motion for Entry of an Order Approving Final Distribution of Wrongful Death Settlement Proceeds Pursuant to Va. Code § 8.01-55. Copies of the Motion and proposed orders are enclosed with this Notice.

You have the right to file a written response to the Motion and proposed orders stating your position on any issue in the case, including the amount of money you feel should be distributed to yourself and/or any other statutory beneficiary of the decedent's estate. If you desire to file a written statement it must be typed, no more than three pages in length and reference the name of the case and case number:  John D. Eure, Administrator of the Estate of Sydney M. Creasy, deceased, v. Insight Health Corp., et al., Case No. 1:14-cv-13508-RWZ. The statement should be mailed to the "U.S. District

Court, Clerk's Office, 1 Courthouse Way, Boston, Massachusetts, 02210. In addition you may appear and be heard in person at the hearing at the aforementioned address.

Date: August 2, 2018       Respectfully submitted:

/s/Patrick T. Fennell
Patrick T. Fennell (VSB 40393)
Patrick Fennell, Attorney at Law, P.C.
Post Office Box 12325
Roanoke, Virginia 24024
Telephone: 540-339-3889
Facsimile: 540-339-3880
patrick@fmtrials.com

Counsel for John D. Eure, Administrator of the Estate of Sydney M. Creasy, deceased.

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which then sent a notification of electronic filing (NEF) to counsel of record. In addition, copies of the foregoing Notice of Hearing, Motion for Entry of an Order Substituting Party Plaintiff, Motion for Entry of an Order Approving Final Distribution of Wrongful Death Settlement Proceeds Pursuant to Va. Code § 8.01-55, and the proposed orders, have been deposited with the U.S. Postal Service, first class postage prepaid, for delivery to the following:

John D. Eure
Personal representative and duly qualified Administrator of the Estate of Sydney M. Creasy, deceased.
Johnson, Ayers & Matthews
310 First Street, SW, Suite 700
Roanoke, Virginia 24011-1606

Katherine Shughart
Statutory Beneficiary of the Estate of Sydney M. Creasy, deceased.
2169 Freemantle Court
Waldorf, Maryland 20602

Robin A. Sawyer
Statutory Beneficiary of the Estate of Sydney M. Creasy, deceased.
105 Beech Lane
Washington, North Carolina 27889

/s/Patrick T. Fennell