UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *Sellers v. Ameridose, et al.*, Case No. 1:13-cv-12620 <br><br> *Temple v. Ameridose, et al.*, Case No. 1:13-cv-12696 | MDL No. 2419 <br> Dkt. No 1:13-md-2419 (RWZ) |

**JOINT MOTION FOR ENTRY OF
CONSENT DISMISSAL ORDER**

The Plaintiffs' Steering Committee, Defendants Specialty Surgery Center, P.L.L.C.; Kenneth Lister, M.D.; and Kenneth Lister, M.D., P.C., (collectively "SSC Defendants"), and Calisher & Associates, Inc. ("Calisher & Associates"), (collectively with the SSC Defendants, the "Crossville Healthcare Defendants"), jointly request that the Court enter an order dismissing with prejudice all of the cases listed in the Consent Dismissal Order attached hereto as Exhibit 1 ("the SSC Actions").

Pursuant to the terms of the parties' Settlement Agreement, the Plaintiffs must dismiss all claims against the Crossville Health Care Defendants once they receive full and final payment from the SSC Escrow Settlement Fund. The Plaintiffs in the listed SSC Actions all recently received that final payment. Accordingly, the parties respectfully request that the Court enter the Consent Dismissal Order attached hereto as Exhibit 1.[1]

---

[1] The Consent Dismissal Order follows the same basic procedure used to dismiss the Insight and STOPNC cases following the settlement in those cases. *See* Docs. 2083 and 3541.

This fully and finally resolves all claims against all Defendants in the cases listed in the Consent Dismissal Order.

        Respectfully submitted,

        **GIDEON, COOPER & ESSARY, PLC**

        /s/ Chris J. Tardio
        **C.J. Gideon, Jr.***
        **Chris J. Tardio***
        **Alan S. Bean****
        **Matthew H. Cline***
        315 Deaderick Street, Suite 1100
        Nashville, TN 37238
        Ph: (615) 254-0400
        Fax: (615) 254-0459
        chris@gideoncooper.com

        *Attorneys for the SSC Defendants*

        */s/* Kent E. Krause
        **PARKS T. CHASTAIN****
        **KENT E. KRAUSE****
        **ASHLEY E. GENO****
        Attorneys for Defendants, Specialty Surgery Center, PLLC and Kenneth Lister, MD

        **BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
        P. O. Box 23890
        Nashville, TN 37202-3890
        (615) 256-8787 (PTC)
        (615) 256-8985 (Fax)
        pchastain@bkblaw.com
        kkrause@bkblaw.com
        ageno@bkblaw.com

\* Admitted pursuant to MDL Order No. 1.
\*\* Admitted *pro hac vice*.

/s/ John W. Moran
**John W. Moran BBO# 664914**
LeClairRyan, *A Professional Corporation*
One International Place, 11th Floor
Boston, MA 02110
Phone: (617) 502-8200
Fax: (617) 502-8262
john.moran@leclairryan.com

*Calisher and Associates, Inc.*


/s/ Benjamin A. Gastel
**J. Gerard Stranch, IV**
**Benjamin A. Gastel**
BRANSTETTER, STRANCH & JENNINGS PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

*Plaintiffs' Steering Committee and Tennessee State Chair*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants identified on the Notice of Electronic Filing and copies will be e-mailed or mailed via regular U.S. mail to those participants identified as unregistered this 6th day of August, 2018.


/s/ Chris J. Tardio
**Chris J. Tardio**

3