# Exhibit A – SSC Actions Being Dismissed

1. Bray v. Ameridose, *et al.* – Case No. 1:13-cv-12596

2. Bumgarner v. Ameridose, *et al.* – Case No. 1:13-cv-12679

3. Carter v. Ameridose, *et al.* – Case Nos. 1:13-cv-12187; 1:14-cv-10041

4. Collins v. Ameridose, *et al.* – Case No. 1:13-cv-12580

5. Foster v. Ameridose, *et al.* – Case No. 1:13-cv-12686

6. Fuelling v. Ameridose, *et al.* – Case No. 1:13-cv-12741

7. Weaver (Gambaccini) v. Ameridose, *et al.* – Case No. 1:13-cv-12681

8. Graham v. Ameridose, *et al.* – Case No. 1:13-cv-12581

9. McDavid v. Ameridose, *et al.* – Case No. 1:13-cv-12742

10. Norris v. Ameridose, *et al.* (appealed) – Case No. 1:13-cv-12682 (Appellate Case No. 17-1003)

11. Palmer v. Ameridose, *et al.* (appealed) – Case No. 1:13-cv-12688 (Appellate Case No. 17-1005)

12. Rhind v. Ameridose, *et al.* – Case No. 1:13-cv-12740

13. Savercool v. Ameridose, *et al.* – Case No. 1:13-cv-12583

14. Smith v. Ameridose, *et al.* – Case No. 1:13-cv-12684

15. Willis v. Ameridose, *et al.* – Case No. 1:13-cv-12597