UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| | ) |
| IN RE: NEW ENGLAND COMPOUNDING | ) |
| PHARMACY, INC. PRODUCTS LIABILITY | ) |
| LITIGATION | ) |
| | ) |
| This Document Relates to: | )  MDL No. 1:13-md-2419-RWZ |
| | ) |
| 1:14-cv-13508-RWZ | ) |
| | ) |

### INSIGHT HEALTH CORP.'S ANSWER TO PETITION FOR FINAL APPROVAL OF DISTRIBUTION OF WRONGFUL DEATH SETTLEMENT PROCEEDS PURSUANT TO VA. CODE § 8.01-55

Respondent, Insight Health Corp. ("Respondent"), by counsel, responds to the Petition for

Final Approval of Distribution of Wrongful Death Settlement Proceeds Pursuant to Va. Code § 8.01-

55, (April 5, 2018) (D.E. 3543) ("Petition"), as follows:

1.      The Parties entered a "Settlement and Release Agreement" ("Agreement") on

February 12, 2015, which incorporated "First Amended Insight Claims Resolution Facility

Procedures" ("Procedures").

2.      By order dated July 9, 2015, in the above-styled case, this Court approved the

Agreement and the Procedures, and found the resolution of this wrongful death claim and the

allocation process in the Procedures governing this claim to be fair and reasonable under the

circumstances of the decedent's death and in the best interests of the decedent's estate and the

statutory beneficiaries.  *See* Order (July 9, 2015) (D.E. 2025-1) (approving settlement in *Miller*

*(Creasy) v. Insight Health Corp., et al.* (1:13-MD-2419-RWZ)).

3.      The Court's Order of July 9, 2015, further instructed the Parties to present a "Future

Distribution Order" to the Court for consideration before any distribution could be made to the

decedent's statutory beneficiaries from their respective shares of the gross amount attributed to them

under the Procedures. *Id.* at 4. The Petition now before the Court is Petitioners' request for entry of the Future Distribution Order in this case as directed by the Court through its order of July 9, 2015.

4.      On January 7, 2016, the Parties filed a Joint Motion to Confirm Satisfaction of Conditions to Global Settlement Agreement of Virginia Cases (Jan. 7, 2016) (D.E. 2562). The Court entered an Order on the Parties' Joint Motion to Confirm Satisfaction of Conditions to Global Settlement finding that the terms and conditions set forth in the Agreement had been satisfied. *See* D.E. 2583 (Jan. 13, 2016) (noting endorsement and entry of order granting Motion for Order (D.E. 2562)).

5.      Petitioner, John D. Eure, Esquire, Administrator of the Estate of Sydney M. Creasy, filed his Petition on April 5, 2018. Significantly, Petitioner states that: "There are no known liens associated with the settlement proceedings." *See* Petition, at 4.

6.      In reliance on Petitioner's representations in the Petition, including that there are no known liens against the settlement proceeds, Respondent does not oppose the Petition or object to Petitioner's request that the Court approve the proposed distributions. Respondent joins in Petitioner's request that the Court dismiss this action with prejudice.

7.      Respondent incorporates by reference Insight Health Corp.'s Answer to Petition for Final Approval of Compromise Settlement of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55 (July 3, 2015) (D.E. 2047), which Insight filed in response to the Petition for Approval of Compromise Settlement of Virginia Wrongful Death Claim Pursuant to Va. Code § 8.01-55 (June 30, 2015) (D.E. 2025).

8.      Respondent respectfully requests that its counsel be permitted to appear by telephone at the hearing on Petitioner's request for the entry of a final distribution order rather than incurring the cost to travel from Richmond, Virginia to court in Boston.

WHEREFORE, Respondent, Insight Health Corp., by counsel, respectfully requests that the

Court enter an order approving the Petition, granting the proposed distributions therein and

dismissing this case with prejudice.

Respectfully Submitted

Date: August 10, 2018                                    INSIGHT HEALTH CORP.

By: /s/ Stephen D. Busch
Stephen D. Busch (*pro hac vice*)
Christopher E. Trible (*pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
T: (804) 775-1000
F: (804) 775-1061
sbusch@mcguirewoods.com
ctrible@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

## **CERTIFICATE OF SERVICE**

I certify that, on August 10, 2018, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Stephen D. Busch
Stephen D. Busch