# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions Naming The Specialty Surgery Center, PLLC | |

RWZ

## [PROPOSED] ORDER ALLOWING DISTRIBUTION OF COMMON BENEFIT FEES AND EXPENSES RELATED TO SPECIALTY SURGERY CENTER CASES

Having considered the Plaintiff's Motion for Distribution of Common Benefit Fees and Expenses Related To The Specialty Surgery Center Cases, the Court hereby orders as follows:

**IT IS HEREBY ORDERED:**

1. The Motion for Distribution of Common Benefit Fees and Expenses Related To The Specialty Surgery Center Cases is hereby granted.

2. Epiq Class Action & Claims Solutions, Inc., which administers the Specialty Surgery Center Qualified Settlement Fund, shall issue payment to counsel consistent with the amounts listed in Exhibit A of the Memorandum of Law In Support of Motion For Distribution of Common Benefit Fees and Expenses Related To Specialty Surgery Center Cases from the Specialty Surgery Center Qualified Settlement Fund.

**SO ORDERED.**

Date: August 15, 2018

_____
Judge Rya Zobel