UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-13508-RWZ | MDL No. 1:13-md-2419-RWZ |

## DEFENDANT INSIGHT HEALTH CORP.'S MOTION FOR LEAVE TO APPEAR VIA TELEPHONE

Defendant Insight Health Corp. ("Defendant"), by their undersigned counsel, hereby moves this Court to allow attorney Christopher E. Trible to appear via telephone on September 19, 2018 at 2:30 p.m. before the Honorable Rya W. Zobel, to address Plaintiffs' Motion for Entry of an Order Substituting Party Plaintiff and Motion for Entry of an Order Approving Final Distribution of Wrongful Death Settlement Proceeds Pursuant to Va. Code §8.01-55 (Doc. 3543). Based on the representations of Plaintiffs' counsel, undersigned counsel believes the issues to be presented to the Court pursuant to the Motions will not be contested, and leave to appear by telephone will save the parties the expense of traveling to Boston for this hearing involving limited assets.

WHEREFORE, Defendant respectfully requests that the undersigned counsel be permitted to appear via telephone on September 19, 2018 and requests such other relief as this Court deems just and proper under the circumstances.

Respectfully Submitted,

/s/ Stephen D. Busch
Stephen D. Busch (*pro hac vice*)
Christopher E. Trible (*pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916

sbusch@mcguirewoods.com
ctrible@mcguirewoods.com

*Counsel for Defendant Insight Health Corp.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which then sent a notification of electronic filing (NEF) to counsel of record. In addition, copies of the foregoing Motion to Leave to Appear via Telephone have been deposited with the U.S. Postal Service, first class postage prepaid, for delivery to the following:

John D. Eure
*Personal representative and duly qualified Administrator of the Estate of Sydney M. Creasy, deceased.*
Johnson, Ayers & Matthews
310 First Street, SW, Suite 700
Roanoke, Virginia 24011-1606

Katherine Shughart
*Statutory Beneficiary of the Estate of Sydney M. Creasy, deceased.*
2169 Freemantle Court
Waldorf, Maryland 20602

Robin A. Sawyer
*Statutory Beneficiary of the Estate of Sydney M. Creasy, deceased.*
105 Beech Lane
Washington, North Carolina 27889

      /s/ Stephen D. Busch
      Stephen D. Busch (*pro hac vice*)