# Exhibit A

**NECP EXPENSES QSF**
## Balance Sheet
**As of May 31, 2020**

|  | May 31, 20 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       **BANKS** | |
|         Rabobank, N.A. MM 4668 | 3,969.96 |
|       **Total BANKS** | 3,969.96 |
|     **Total Checking/Savings** | 3,969.96 |
|   **Total Current Assets** | 3,969.96 |
| **TOTAL ASSETS** | **3,969.96** |
| **LIABILITIES & EQUITY** | |
|   **Equity** | |
|     Opening Balance Equity | 45,700,000.00 |
|     Retained Earnings | -2,251,489.66 |
|     Transfers to Tort Trust | -43,444,543.81 |
|     Net Income | 3.43 |
|   **Total Equity** | 3,969.96 |
| **TOTAL LIABILITIES & EQUITY** | **3,969.96** |

## NECP EXPENSES QSF
## Profit & Loss
### June 2019 through May 2020

|  | Jun '19 - May 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Interest Income** | 15.44 |
| **Total Income** | 15.44 |
| **Expense** | |
| **Professional Fees** | |
| **Outside Consultants** | 1,665.00 |
| **Total Professional Fees** | 1,665.00 |
| **Total Expense** | 1,665.00 |
| **Net Ordinary Income** | -1,649.56 |
| **Net Income** | **-1,649.56** |

**NECP EXPENSES QSF**
**Transaction Detail By Account**
**June 2019 through May 2020**

| | Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| **Interest Income** | | | | | | | | |
| | Deposit | 06/30/2019 | EFT | | Interest | | Rabobank, N.A. MM 4668 | 1.85 |
| | Deposit | 07/31/2019 | EFT | | Interest | | Rabobank, N.A. MM 4668 | 1.91 |
| | Deposit | 08/31/2019 | EFT | | Interest | | Rabobank, N.A. MM 4668 | 1.91 |
| | Deposit | 09/30/2019 | EFT | | Interest | | Rabobank, N.A. MM 4668 | 1.85 |
| | Deposit | 10/31/2019 | EFT | | Interest | | Rabobank, N.A. MM 4668 | 1.84 |
| | Deposit | 11/30/2019 | EFT | | Interest | | Rabobank, N.A. MM 4668 | 1.30 |
| | Deposit | 12/31/2019 | EFT | | Interest | | Rabobank, N.A. MM 4668 | 1.35 |
| | Deposit | 01/31/2020 | EFT | | Interest | | Rabobank, N.A. MM 4668 | 1.34 |
| | Deposit | 02/29/2020 | EFT | | Interest | | Rabobank, N.A. MM 4668 | 1.26 |
| | Deposit | 03/31/2020 | EFT | | Interest | | Rabobank, N.A. MM 4668 | 0.76 |
| | Deposit | 04/30/2020 | EFT | | Interest | | Rabobank, N.A. MM 4668 | 0.03 |
| | Deposit | 05/31/2020 | EFT | | Interest | | Rabobank, N.A. MM 4668 | 0.04 |
| Total Interest Income | | | | | | | | 15.44 |
| **Professional Fees** | | | | | | | | |
| **Outside Consultants** | | | | | | | | |
| | Check | 10/28/2019 | 219 | Huron Consulting Group, Inc. | Huron Fees through May 31, 2017 | | Rabobank, N.A. Cking 4666 | -1,665.00 |
| Total Outside Consultants | | | | | | | | -1,665.00 |
| Total Professional Fees | | | | | | | | -1,665.00 |
| **TOTAL** | | | | | | | | **-1,649.56** |