# Exhibit B

## NECC QUALIFIED SETTLEMENT FUND
## Balance Sheet
**As of May 31, 2020**

|  | May 31, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| ARL MMA 3089 | 6,506,594.37 |
| Checking 3070 | 15.92 |
| High Point MMA 3100 | 9,575.65 |
| Insight MMA 3119 | 105,708.83 |
| Inspira MMA 3097 | 27,579.60 |
| **Total Checking/Savings** | 6,649,474.37 |
| **Total Current Assets** | 6,649,474.37 |
| **TOTAL ASSETS** | **6,649,474.37** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Distribution to Tort Trust/Expe | -999,035.01 |
| Retained Earnings | 7,643,469.25 |
| Net Income | 5,040.13 |
| **Total Equity** | 6,649,474.37 |
| **TOTAL LIABILITIES & EQUITY** | **6,649,474.37** |

**NECC QUALIFIED SETTLEMENT FUND**
## Profit & Loss
**June 2019 through May 2020**

|  | Jun '19 - May 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Interest Income** | 18,658.85 |
| **Total Income** | 18,658.85 |
| **Net Ordinary Income** | 18,658.85 |
| **Net Income** | **18,658.85** |

**NECC QUALIFIED SETTLEMENT FUND**
## Transaction Detail by Account
June 2019 through May 2020

| | Type | Date | Num | Memo | Split | Amount |
|---|---|---|---|---|---|---:|
| **Interest Income** | | | | | | |
| | Deposit | 06/28/2019 | EFT | Interest | ARL MMA 3089 | 1,742.07 |
| | Deposit | 06/28/2019 | EFT | Interest | Inspira MMA 3097 | 7.38 |
| | Deposit | 06/28/2019 | EFT | Interest | High Point MMA 3100 | 2.56 |
| | Deposit | 06/28/2019 | EFT | Interest | Insight MMA 3119 | 28.30 |
| | Deposit | 07/31/2019 | EFT | Interest | ARL MMA 3089 | 2,053.71 |
| | Deposit | 07/31/2019 | EFT | Interest | Inspira MMA 3097 | 8.71 |
| | Deposit | 07/31/2019 | EFT | Interest | High Point MMA 3100 | 3.02 |
| | Deposit | 07/31/2019 | EFT | Interest | Insight MMA 3119 | 33.37 |
| | Deposit | 08/30/2019 | EFT | Interest | ARL MMA 3089 | 1,867.60 |
| | Deposit | 08/30/2019 | EFT | Interest | Inspira MMA 3097 | 7.92 |
| | Deposit | 08/30/2019 | EFT | Interest | High Point MMA 3100 | 2.75 |
| | Deposit | 08/30/2019 | EFT | Interest | Insight MMA 3119 | 30.34 |
| | Deposit | 09/30/2019 | EFT | Interest | ARL MMA 3089 | 1,930.41 |
| | Deposit | 09/30/2019 | EFT | Interest | Inspira MMA 3097 | 8.18 |
| | Deposit | 09/30/2019 | EFT | Interest | High Point MMA 3100 | 2.84 |
| | Deposit | 09/30/2019 | EFT | Interest | Insight MMA 3119 | 31.36 |
| | Deposit | 10/31/2019 | EFT | Interest | ARL MMA 3089 | 1,930.98 |
| | Deposit | 10/31/2019 | EFT | Interest | Inspira MMA 3097 | 8.18 |
| | Deposit | 10/31/2019 | EFT | Interest | High Point MMA 3100 | 2.84 |
| | Deposit | 10/31/2019 | EFT | Interest | Insight MMA 3119 | 31.37 |
| | Deposit | 11/29/2019 | EFT | Interest | ARL MMA 3089 | 1,806.94 |
| | Deposit | 11/29/2019 | EFT | Interest | Inspira MMA 3097 | 7.66 |
| | Deposit | 11/29/2019 | EFT | Interest | High Point MMA 3100 | 2.66 |
| | Deposit | 11/29/2019 | EFT | Interest | Insight MMA 3119 | 29.36 |
| | Deposit | 12/31/2019 | EFT | Interest | ARL MMA 3089 | 1,994.42 |
| | Deposit | 12/31/2019 | EFT | Interest | Inspira MMA 3097 | 8.45 |
| | Deposit | 12/31/2019 | EFT | Interest | High Point MMA 3100 | 2.94 |
| | Deposit | 12/31/2019 | EFT | Interest | Insight MMA 3119 | 32.40 |
| | Deposit | 01/31/2020 | EFT | Interest | ARL MMA 3089 | 1,932.69 |
| | Deposit | 01/31/2020 | EFT | Interest | Inspira MMA 3097 | 8.19 |
| | Deposit | 01/31/2020 | EFT | Interest | High Point MMA 3100 | 2.84 |
| | Deposit | 01/31/2020 | EFT | Interest | Insight MMA 3119 | 31.40 |
| | Deposit | 02/28/2020 | EFT | Interest | ARL MMA 3089 | 1,746.17 |
| | Deposit | 02/28/2020 | EFT | Interest | Inspira MMA 3097 | 7.40 |
| | Deposit | 02/28/2020 | EFT | Interest | High Point MMA 3100 | 2.57 |
| | Deposit | 02/28/2020 | EFT | Interest | Insight MMA 3119 | 28.37 |
| | Deposit | 03/31/2020 | EFT | Interest | ARL MMA 3089 | 1,147.79 |
| | Deposit | 03/31/2020 | EFT | Interest | Inspira MMA 3097 | 4.87 |
| | Deposit | 03/31/2020 | EFT | Interest | High Point MMA 3100 | 1.69 |
| | Deposit | 03/31/2020 | EFT | Interest | Insight MMA 3119 | 18.65 |
| | Deposit | 04/30/2020 | EFT | Interest | ARL MMA 3089 | 53.48 |
| | Deposit | 04/30/2020 | EFT | Interest | Inspira MMA 3097 | 0.23 |
| | Deposit | 04/30/2020 | EFT | Interest | High Point MMA 3100 | 0.08 |
| | Deposit | 04/30/2020 | EFT | Interest | Insight MMA 3119 | 0.87 |

| Type | Date | Num | Memo | Split | Amount |
|---|---|---|---|---|---:|
| Deposit | 05/29/2020 | EFT | Interest | ARL MMA 3089 | 51.70 |
| Deposit | 05/29/2020 | EFT | Interest | Inspira MMA 3097 | 0.22 |
| Deposit | 05/29/2020 | EFT | Interest | High Point MMA 3100 | 0.08 |
| Deposit | 05/29/2020 | EFT | Interest | Insight MMA 3119 | 0.84 |
| Total Interest Income | | | | | 18,658.85 |
| **TOTAL** | | | | | **18,658.85** |