# Exhibit C

**NECC TORT Trust**
**Balance Sheet**
**As of May 31, 2020**

|  | May 31, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Checking 3135** | 8,047.03 |
| **Medicare 3143** | 572.83 |
| **MMA 3127** | 1,509,482.03 |
| **Total Checking/Savings** | 1,518,101.89 |
| **Total Current Assets** | 1,518,101.89 |
| **TOTAL ASSETS** | **1,518,101.89** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| **Contributions from QSF** | 44,092,547.07 |
| **Distributions to QSF** | -162,492.70 |
| **Retained Earnings** | -42,381,440.71 |
| **Net Income** | -30,511.77 |
| **Total Equity** | 1,518,101.89 |
| **TOTAL LIABILITIES & EQUITY** | **1,518,101.89** |

**NECC TORT Trust**
## Profit & Loss
**June 2019 through May 2020**

| | Jun '19 - May 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Interest Income** | 4,607.78 |
| **Total Income** | 4,607.78 |
| **Expense** | |
| **Bond Premium** | 11,970.00 |
| **Professional Fees** | |
| **Professionals - Other** | 12,581.48 |
| **Trustee** | 50,757.28 |
| **US Trustee** | 8,823.48 |
| **Total Professional Fees** | 72,162.24 |
| **Settlement Disbursement** | 171,678.49 |
| **Total Expense** | 255,810.73 |
| **Net Ordinary Income** | -251,202.95 |
| **Net Income** | **-251,202.95** |

**NECC TORT Trust**
**Trasnaction Detail By Account**
June 2019 through May 2020

| | Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Interest Income** | | | | | | | |
| | Deposit | 06/28/2019 | EFT | | Interest | MMA 3127 | 468.87 |
| | Deposit | 07/31/2019 | EFT | | Interest | MMA 3127 | 550.57 |
| | Deposit | 08/30/2019 | EFT | | Interest | MMA 3127 | 490.16 |
| | Deposit | 09/30/2019 | EFT | | Interest | MMA 3127 | 503.26 |
| | Deposit | 10/31/2019 | EFT | | Interest | MMA 3127 | 498.14 |
| | Deposit | 11/29/2019 | EFT | | Interest | MMA 3127 | 459.50 |
| | Deposit | 12/31/2019 | EFT | | Interest | MMA 3127 | 475.19 |
| | Deposit | 01/31/2020 | EFT | | Interest | MMA 3127 | 457.28 |
| | Deposit | 02/28/2020 | EFT | | Interest | MMA 3127 | 410.75 |
| | Deposit | 03/31/2020 | EFT | | Interest | MMA 3127 | 269.50 |
| | Deposit | 04/30/2020 | EFT | | Interest | MMA 3127 | 12.51 |
| | Deposit | 05/29/2020 | EFT | | Interest | MMA 3127 | 12.05 |
| Total Interest Income | | | | | | | 4,607.78 |
| **Bond Premium** | | | | | | | |
| | Check | 06/12/2019 | 14280 | Arthur B Levine vendor | Tort Trustee Bond premium 6/5/2019-12/5/2019; Bond # 10BSBHA7430 and SNN4001027 | Checking 3135 | -3,990.00 |
| | Check | 12/03/2019 | 14313 | Arthur B Levine Company | Tort Trustee Bond ($8.4M) premium 12/52019-6/5/2020; Bond # 10BSBHA7430 and SNN4001027 | Checking 3135 | -3,990.00 |
| | Check | 05/20/2020 | 14327 | Arthur B Levine Company | Tort Trustee Bond ($8.4M) premium 6/5-2020-12/5/20; Bond # 10BSBHA7430 and SNN4001027 | Checking 3135 | -3,990.00 |
| Total Bond Premium | | | | | | | -11,970.00 |
| **Professional Fees** | | | | | | | |
| **Professionals - Other** | | | | | | | |
| | Check | 10/23/2019 | 14306 | Ellis & Rapacki LLP | Payment for fees and expenses for January through September 2019 | Checking 3135 | -9,884.18 |
| | Check | 01/02/2020 | 14314 | Ellis & Rapacki LLP | Payment for fees and expenses for October through December 2019 | Checking 3135 | -2,197.30 |
| | Check | 05/05/2020 | 14325 | CT Corporation | Annual Invoice for Statuory Representation of Resident LLC; due for 6/1/2020-5/31/2021; Invoice ... | Checking 3135 | -500.00 |
| Total Professionals - Other | | | | | | | -12,581.48 |
| **Trustee** | | | | | | | |
| | Check | 06/12/2019 | 14277 | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses incurred in April and May 2019 | Checking 3135 | -11,015.00 |
| | Check | 08/13/2019 | 14295 | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses incurred in June and July 2019 | Checking 3135 | -14,161.65 |
| | Check | 09/10/2019 | 14300 | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses incurred in August 2019 | Checking 3135 | -3,307.85 |
| | Check | 10/10/2019 | 14301 | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses incurred in September 2019 | Checking 3135 | -1,890.00 |
| | Check | 11/20/2019 | 14307 | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses incurred in October 2019 | Checking 3135 | -2,870.00 |
| | Check | 12/03/2019 | 14312 | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses incurred in November 2019 | Checking 3135 | -2,183.41 |
| | Check | 01/02/2020 | 14315 | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses incurred in December 2019 | Checking 3135 | -2,100.00 |
| | Check | 02/03/2020 | 14317 | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses incurred in January 2020 | Checking 3135 | -4,025.00 |
| | Check | 03/12/2020 | 14322 | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses incurred in February 2020 | Checking 3135 | -3,430.00 |
| | Check | 04/10/2020 | 14323 | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses incurred in March 2020 | Checking 3135 | -3,780.00 |
| | Check | 05/05/2020 | 14326 | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses incurred in April 2020 | Checking 3135 | -1,994.37 |
| Total Trustee | | | | | | | -50,757.28 |
| **US Trustee** | | | | | | | |
| | Check | 06/18/2019 | 14281 | US Trustee | Account# 011-12-19882; Payment on shortage of UST fees from 2018-3 through 2019-1 | Checking 3135 | -4,598.48 |
| | Check | 07/26/2019 | 14282 | US Trustee | Account# 011-12-19882; 2nd Qt 2019 | Checking 3135 | -650.00 |
| | Check | 10/18/2019 | 14302 | US Trustee | Account# 011-12-19882; 3rd Qt 2019 | Checking 3135 | -975.00 |
| | Check | 01/15/2020 | 14316 | US Trustee | Account# 011-12-19882; 4th Qt 2019 | Checking 3135 | -1,625.00 |
| | Check | 04/14/2020 | 14324 | US Trustee | Account# 011-12-19882; 1st Qt 2020 | Checking 3135 | -975.00 |
| Total US Trustee | | | | | | | -8,823.48 |
| Total Professional Fees | | | | | | | -72,162.24 |
| **Settlement Disbursement** | | | | | | | |
| | Check | 06/12/2019 | 14278 | Claimant | Initial Payment from NECC National Settlement-G230 | Checking 3135 | -1,948.82 |
| | Check | 06/12/2019 | 14279 | Claimant | Second Payment from NECC National Settlement-G231 | Checking 3135 | -2,347.50 |
| | Check | 07/26/2019 | 14283 | Claimant | Initial Payment from NECC National Settlement-G232 | Checking 3135 | -1,299.21 |
| | Check | 07/26/2019 | 14284 | Claimant | Initial Payment from NECC National Settlement-G232 | Checking 3135 | -3,507.87 |
| | Check | 07/26/2019 | 14285 | Claimant | Initial Payment from NECC National Settlement-G234: Resolved CMS and SHP opt-out | Checking 3135 | -1,299.21 |
| | Check | 07/26/2019 | 14286 | Claimant | Initial Payment from NECC National Settlement-G232 | Checking 3135 | -1,753.94 |
| | Check | 07/26/2019 | 14287 | Claimant | Initial Payment from NECC National Settlement-G232 | Checking 3135 | -649.61 |
| | Check | 07/26/2019 | 14288 | Claimant | Initial Payment from NECC National Settlement-G232 | Checking 3135 | -2,338.58 |
| | Check | 07/26/2019 | 14289 | Claimant | Second Payment from NECC National Settlement-G233 | Checking 3135 | -1,565.00 |
| | Check | 07/26/2019 | 14290 | Claimant | Second Payment from NECC National Settlement-G233 | Checking 3135 | -4,225.50 |
| | Check | 07/26/2019 | 14291 | Claimant | Second Payment from NECC National Settlement-G235: Resolved CMS and SHP opt-out | Checking 3135 | -1,565.00 |
| | Check | 07/26/2019 | 14292 | Claimant | Second Payment from NECC National Settlement-G233 | Checking 3135 | -2,112.75 |
| | Check | 07/26/2019 | 14293 | Claimant | Second Payment from NECC National Settlement-G233 | Checking 3135 | -782.50 |
| | Check | 07/26/2019 | 14294 | Claimant | Second Payment from NECC National Settlement-G233 | Checking 3135 | -2,817.00 |
| | Check | 09/05/2019 | 14297 | Claimant | Initial Payment from NECC National Settlement-G236 | Checking 3135 | -2,598.42 |
| | Check | 09/05/2019 | 14296 | Claimant | Initial Payment from NECC National Settlement-G236 | Checking 3135 | -649.61 |
| | Check | 09/05/2019 | 14298 | Claimant | Second Payment from NECC National Settlement-G237 | Checking 3135 | -782.50 |

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Check | 09/05/2019 | 14299 | Claimant | Second Payment from NECC National Settlement-G237 | Checking 3135 | -3,130.00 |
| Check | 10/18/2019 | 14303 | Claimant | Initial Payment from NECC National Settlement-G238 | Checking 3135 | -4,677.16 |
| Check | 10/18/2019 | 14304 | Claimant | Second Payment from NECC National Settlement-G239 | Checking 3135 | -5,634.00 |
| Check | 10/18/2019 | 14305 | Claimant | Second Payment from NECC National Settlement-G239 | Checking 3135 | -4,225.50 |
| Check | 10/23/2019 | 10109 | Medicare | Medicare payments from CMS claim resolution program made from 6/1/2019 through 8/31/2019 | Medicare 3143 | -1,861.74 |
| Check | 12/03/2019 | 14308 | Claimant | Initial Payment from NECC National Settlement-G240 | Checking 3135 | -50,019.59 |
| Check | 12/03/2019 | 14309 | Claimant | Initial Payment from NECC National Settlement-G240 | Checking 3135 | -1,169.29 |
| Check | 12/03/2019 | 14310 | Claimant | Second Payment from NECC National Settlement-G241 | Checking 3135 | -60,252.50 |
| Check | 12/03/2019 | 14311 | Claimant | Second Payment from NECC National Settlement-G241 | Checking 3135 | -1,408.50 |
| Check | 03/11/2020 | 14318 | Claimant | Initial Payment from NECC National Settlement-G242 | Checking 3135 | -1,169.29 |
| Check | 03/11/2020 | 14319 | Claimant | Initial Payment from NECC National Settlement-G242 | Checking 3135 | -1,169.29 |
| Check | 03/11/2020 | 14320 | Claimant | Second Payment from NECC National Settlement-G243 | Checking 3135 | -1,408.50 |
| Check | 03/11/2020 | 14321 | Claimant | Second Payment from NECC National Settlement-G243 | Checking 3135 | -1,408.50 |
| Check | 03/11/2020 | 10110 | Medicare | Medicare payments from CMS claim resolution program made from 9/1/2019 through 12/31/2019 | Medicare 3143 | -1,901.61 |
| Total Settlement Disbursement | | | | | | -171,678.49 |
| **TOTAL** | | | | | | **-251,202.95** |