# Exhibit E

**STATUS OF CLAIMS PROCESSING IN THE THREE PROVIDER SETTLEMENTS**

20 claims were filed in the Highpoint Settlement, of which 19 were approved.  As of May 31, 2020, 18 Highpoint claims had completed the lien clearance process and $2,633,385.68 has been paid from the Highpoint subaccount to these claimants.  Additional funds have also been disbursed to or segregated for Medicare and other lien holders.

47 claims were filed and approved in the Inspira Settlement.  As of May 31, 2020, all 47 Inspira claims had completed the lien clearance process and $12,169,750.67 has been paid from the Inspira subaccount to these claimants.  Additional funds have also been disbursed to or segregated for Medicare and other lien holders.

187 claims were filed in the Insight Settlement, of which 181 were approved.  As of May 31, 2020, 177 Insight claims had completed the lien clearance process and $34,151,949.66 has been paid from the Insight subaccount to these claimants.  Additional funds have also been disbursed to or segregated for Medicare and other lien holders.

Several letters have been sent to claimants and their attorneys who have not cleared the lien process, informing them what they need to do to clear the remaining liens.