UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION | MDL No. 13-2419-RWZ-JCB |
| THIS DOCUMENT RELATES TO:<br><br>*Mattila v. New England Compounding Pharmacy, Inc.*<br>Case No. 1:13-cv-10430 | NOTICE OF APPEARANCE ON BEHALF OF INTERESTED PARTY THE UNITED STATES |

## **NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.3(c), please take notice of the appearance of

    Bethany Theriot, D.C. Bar 1022065
    Trial Attorney, U.S. Department of Justice, Civil Division
    1100 L Street NW, Room 7028
    Washington, D.C. 20005
    Tel: (202) 307-0244
    Email:  Bethany.Theriot@usdoj.gov

as counsel for interested party the United States, on behalf of the U.S. Department of Health and Human Services and its Centers for Medicare & Medicaid Services ("CMS").  CMS has an interest in ECF No. 3566, Plaintiff Milda Mattila's Motion for Equitable and/or Declaratory Relief Regarding Outstanding Medicare Lien.

- 2 -

Dated:  February 23, 2022            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

RACHAEL S. ROLLINS
United States Attorney

s/*Bethany Theriot*
RUTH A. HARVEY
Director
KEVIN P. VANLANDINGHAM
Assistant Director
BETHANY THERIOT, D.C. Bar 1022065
Trial Attorney
U.S. Department of Justice, Civil Division
1100 L Street NW, Room 7028
Washington, D.C. 20005
Tel: (202) 307-0244
Email: Bethany.Theriot@usdoj.gov

*Attorneys for the United States*

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document will be served through the ECF system upon each attorney of record who is a registered participant as identified on the Notice of Electronic Filing (NEF).

Dated:  February 23, 2022        By:    s/*Bethany Theriot*
                                                                         BETHANY THERIOT