UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCT LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Mattila v. New England Compounding Pharmacy, Inc.*<br>Case No. 1:13-cv-10430 | MDL No. 13-2419-RWZ-JCB |

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion to Reset Hearing on Plaintiff Milda Mattila's Motion for Equitable and/or Declaratory Relief Regarding Outstanding Medicare Lien filed by the United States (ECF No. 3576), it is hereby:

**ORDERED**, that the United States' motion is **GRANTED**; and it is further

**ORDERED**, that the hearing on Plaintiff Milda Mattila's Motion for Equitable and/or Declaratory Relief Regarding Outstanding Medicare Lien (ECF No. 3566) is rescheduled for _____, 2022, at _____ [a.m. / p.m.] in Courtroom 12.

_____
Hon. Rya W. Zobel
United States District Judge

DATED: _____