# EXHIBIT A

RECEIVED JAN 0 4 2017

LC 9.71

## NOTICE OF CMS CLAIM RESOLUTION OPT-OUT ELECTION

First Name of Person Injured: **MILDA**

Last Name of Person Injured: **MATTILA**

If Injured person is deceased and the Claimant is the representative of their estate, please provide the name of the representative executing this form:[1] _____

NECC National Settlement Claim Number: **1913**

If represented by counsel, please provide the following information:

Attorney Name: **TODD J WEGLARZ**

Firm Name: **FIEGER, FIEGER, KENNEY & HARRINGTON**

Firm Address: **19390 WEST 10 MILE RD.**
**SOUTHFIELD MICH 48075**

Telephone No. **(248) 355-5148**

I hereby inform the NECC Tort Trustee that the Claimant voluntarily and knowingly elects not to participate in the CMS Lien Resolution Program and understands that it is the Claimant's responsibility to resolve any claims that the Centers for Medicare and Medicaid Services (Medicare) and may have against the Claimant for health care cost reimbursement.

Claimant Signature: *Paul P. Mattila*   P.O.A. FOR MILDA MATTILA

Date: **12-28-2016**

**Please Note**: To be effective, this Notice of CMS Claim Resolution Opt-Out must be POSTMARKED within 30 days of the date of the NECC Tort Trustee's letter included in this packet of materials.

---

[1] By execution of this Notice of CMS Claim Resolution Opt-Out I hereby also certify that I am the representative of the estate of the Claimant with the legal authority from a court of competent jurisdiction to sign this Notice of CMS Claim Resolution Opt-Out on behalf of the Claimant's estate.

DAVID MATTILA

RECEIVED JAN 04 2017
Lc 971

NECC TORT TRUSTEE
PO BOX 52330
BOSTON, MA 02205

02205-233030