UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>MDL No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO:<br><br>*Milda Mattila v New England Compounding Pharmacy*<br><br>Case No. 1:13-cv-10430 | |

**STIPULATION TO EXTEND PLAINTIFF MATTILA'S REPLY TO UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES' STATEMENT OF INTEREST (DKT 3578) TO PLAINTIFF'S MOTION FOR EQUITABLE RELIEF (DKT 3566)**

NOW COME the parties, by and through their respective attorneys, who hereby stipulate and agree to extend the deadline for Plaintiff Mattila's Reply to United States Department of Health & Human Services' (HHS) Statement of Interest (DKT 3578) filed in Response to Plaintiff's Motion for Equitable Relief (DKT 3566), to Friday, June 10, 2022, and to extend the deadline for HHS's Reply to Friday, June 17, 2022.

STIPULATED BY:

*/s/ Todd J. Weglarz*
TODD J. WEGLARZ, MI Bar P48035
Attorney for Plaintiff Mattila

*/s/ Bethany Theriot*
BETHANY THERIOT, D.C. Bar 1022065
Attorney for United States Department of
Health & Human Services

{01290031.DOCX}