# EXHIBIT C


# Fax



## BCBSM Subrogation Unit

| Date: | 12/28/2016 | | |
|---|---|---|---|
| Number of pages: (including cover sheet) | 19 | | |
| To: | Melanie Duda | From: | Dunlap, Melissa |
| Company: | | Title: | Subrogation Assistant |
| Fax: | (248) 355-5148 | Fax: | 877-257-2012 |
| Phone: | | Phone: | 517-325-4658 |
| Notes/Comments: | Re: Milda Mattilda; Our File #2935026-1216 | | |

The information contained in this communication is privileged and confidential and is intended solely for the use of the individual(s) to whom this communication is directed. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information is prohibited. Please notify us immediately by telephone and then either destroy the information by shredding or return the information via the U.S. Postal Service to the sender's attention at: 600 E. Lafayette Blvd., Detroit 48226-2998.

**Blue Cross Blue Shield of Michigan and Blue Care Network are nonprofit corporations and independent licensees of the Blue Cross and Blue Shield Association.**



**Blue Cross Blue Shield of Michigan**

A nonprofit corporation and independent licensee of the Blue Cross and Blue Shield Association

Please note our new contact information →

Office of the General Counsel
Subrogation Department
232 S. Capitol Ave., L09A
Lansing, Michigan 48933-1504
(517) 325-4658
FAX No. (877) 257-2012
E-mail: PChurchill@bcbsm.com

December 28, 2016

[Fax: Melanie Duda @ (248) 355-5148]

Melanie Duda
Fieger Fieger Kenney & Harrington PC
19390 W Ten Mile Rd
Southfield, MI 48075

Re:   Our Member: Milda Mattila        **CURRENT LIEN AMOUNT: $51,175.92**
      Our File #: 2935026-1216         **PAID CLAIMS DETAIL ENCLOSED**
      Your File #: 13106

Dear Melanie Duda:

In reference to the above captioned matter, we have reviewed our claims database and have added new services paid on behalf of your client. Please review the enclosed Paid Claims Detail, which itemizes these expenses, to be sure the included services and pharmaceuticals are related to the injury.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

*[signature]*

Phillip Churchill, Jr.
Assistant General Counsel
Blue Cross Blue Shield of Michigan