# EXHIBIT J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID J. MATTILA, ET AL.,

    Plaintiffs,

v.

CENTERS FOR MEDICARE & MEDICAID, ET AL.,

    Defendants.
_____/

Case No. 19-cv-10446

UNITED STATES DISTRICT COURT
JUDGE GERSHWIN A. DRAIN

## AMENDED JUDGMENT

In accordance with the Opinion and Order entered on February 3, 2020, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Centers for Medicare & Medicaid Services and against Plaintiffs.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** as to Defendant Centers Medicare & Medicaid Services.

**IT IS FURTHER ORDERED** that, in accordance with the Order entered on today's date declining supplemental jurisdiction over Plaintiffs' remaining claims, that this case is also **DISMISSED WITHOUT PREJUDICE** as to remaining Defendants Select Specialty Hospital – Ann Arbor and Blue Cross Blue Shield of Michigan.

Dated at Detroit, Michigan, 3rd day of March, 2020.

-1-

DAVID J. WEAVER<br>
CLERK OF THE COURT<br><br>
BY: /s/ Teresa McGovern<br>
DEPUTY CLERK

APPROVED:

/s/ Gershwin A. Drain
HON. GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE<br>
Copies of this Order were served upon attorneys of record on<br>
March 11, 2020, by electronic and/or ordinary mail.<br>
/s/ Teresa McGovern<br>
Case Manager