# Exhibit A

**11:30 AM**
**06/17/22**
**Accrual Basis**

# NECP Expenses QSF
# Balance Sheet
## As of May 31, 2022

|  | May 31, 22 |
|---|---:|
| **ASSETS** | 0.00 |
| **LIABILITIES & EQUITY** | |
|   Equity | |
|     Claims Payments | -206,085.39 |
|     Opening Balance Equity | 45,700,000.00 |
|     Retained Earnings | -2,049,370.80 |
|     Transfers to Tort Trust | -43,444,543.81 |
|   **Total Equity** | 0.00 |
| **TOTAL LIABILITIES & EQUITY** | **0.00** |