# Exhibit B

**3:51 PM**
**07/11/22**
**Accrual Basis**

# NECC Qualified Settlement Fund
## Balance Sheet
### As of June 30, 2022

|  | Jun 30, 22 |
|---|---:|
| **ASSETS** | 0.00 |
| **LIABILITIES & EQUITY** |  |
|   **Equity** |  |
|     **Contribution from S-Corp** | 179,630,405.43 |
|     **Distribution to Claimants** | -48,715,969.17 |
|     **Distribution to Tort Trust/Expe** | -116,723,952.63 |
|     **Retained Earnings** | -14,190,062.33 |
|     **Net Income** | -421.30 |
|   **Total Equity** | 0.00 |
| **TOTAL LIABILITIES & EQUITY** | **0.00** |

**3:52 PM**
**07/11/22**
**Accrual Basis**

# NECC Qualified Settlement Fund
# Profit & Loss
### June 2021 through June 2022

|  | Jun '21 - Jun 22 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Interest Income | 0.49 |
| Transfers from Tort Trust | 123.82 |
| **Total Income** | 124.31 |
| **Expense** | |
| Distributions | |
| Settlement Distribution | 141,714.70 |
| Total Distributions | 141,714.70 |
| **Total Expense** | 141,714.70 |
| **Net Ordinary Income** | -141,590.39 |
| **Net Income** | **-141,590.39** |

3:53 PM
07/11/22
Accrual Basis

# NECC Qualified Settlement Fund
## Transaction Detail By Account
### June 2021 through June 2022

| | Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Interest Income** | | | | | | | | | | | |
| | Deposit | 06/30/2021 | | | | Interest | | Insight MMA 0029 | | 0.26 | 0.26 |
| | Deposit | 06/30/2021 | | | | Interest | | Inspira MMA 0015 | | 0.15 | 0.41 |
| | Deposit | 06/30/2021 | | | | Interest | | High Point MMA 0008 | | 0.05 | 0.46 |
| | Deposit | 09/30/2021 | | | | Interest | | Insight MMA 0029 | | 0.01 | 0.47 |
| | Deposit | 12/31/2021 | | | | Interest | | Insight MMA 0029 | | 0.01 | 0.48 |
| | Deposit | 03/31/2022 | | | | Interest | | Insight MMA 0029 | | 0.01 | 0.49 |
| **Total Interest Income** | | | | | | | | | 0.00 | 0.49 | 0.49 |
| **Transfers from Tort Trust** | | | | | | | | | | | |
| | Deposit | 05/27/2022 | | | | 100001 | | Checking 0001 | | 123.82 | 123.82 |
| **Total Transfers from Tort Trust** | | | | | | | | | 0.00 | 123.82 | 123.82 |
| **Distributions** | | | | | | | | | | | |
| **Settlement Distribution** | | | | | | | | | | | |
| | Check | 06/10/2021 | 20567 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.38 | | -1.38 |
| | Check | 06/10/2021 | 20568 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 42.58 | | -43.96 |
| | Check | 06/10/2021 | 20569 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 35.49 | | -79.45 |
| | Check | 06/10/2021 | 20570 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 57.42 | | -136.87 |
| | Check | 06/10/2021 | 20571 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 38.08 | | -174.95 |
| | Check | 06/10/2021 | 20572 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 58.11 | | -233.06 |
| | Check | 06/10/2021 | 20573 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 38.90 | | -271.96 |
| | Check | 06/10/2021 | 20574 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 76.54 | | -348.50 |
| | Check | 06/10/2021 | 20575 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 61.00 | | -409.50 |
| | Check | 06/10/2021 | 20576 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 115.56 | | -525.06 |
| | Check | 06/10/2021 | 20577 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 40.70 | | -565.76 |
| | Check | 06/10/2021 | 20578 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 53.86 | | -619.62 |
| | Check | 06/10/2021 | 20579 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 212.38 | | -832.00 |
| | Check | 06/10/2021 | 20580 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 40.58 | | -872.58 |
| | Check | 06/10/2021 | 20581 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 36.46 | | -909.04 |
| | Check | 06/10/2021 | 20582 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 36.88 | | -945.92 |
| | Check | 06/10/2021 | 20583 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 11.18 | | -957.10 |
| | Check | 06/10/2021 | 20584 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 38.72 | | -995.82 |
| | Check | 06/10/2021 | 20585 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 52.72 | | -1,048.54 |
| | Check | 06/10/2021 | 20586 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 50.93 | | -1,099.47 |
| | Check | 06/10/2021 | 20587 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 39.45 | | -1,138.92 |
| | Check | 06/10/2021 | 20588 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 50.75 | | -1,189.67 |
| | Check | 06/10/2021 | 20589 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 13.16 | | -1,202.83 |
| | Check | 06/10/2021 | 20590 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 31.08 | | -1,233.91 |
| | Check | 06/10/2021 | 20591 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 3,161.18 | | -4,395.09 |
| | Check | 06/10/2021 | 20592 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 57.79 | | -4,452.88 |
| | Check | 06/10/2021 | 20593 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 31.92 | | -4,484.80 |
| | Check | 06/10/2021 | 20594 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 93.79 | | -4,578.59 |
| | Check | 06/10/2021 | 20595 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,006.07 | | -5,584.66 |
| | Check | 06/10/2021 | 20596 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 60.30 | | -5,644.96 |
| | Check | 06/10/2021 | 20597 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 593.69 | | -6,238.65 |
| | Check | 06/10/2021 | 20598 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 33.16 | | -6,271.81 |
| | Check | 06/10/2021 | 20599 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 88.52 | | -6,360.33 |
| | Check | 06/10/2021 | 20600 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 926.51 | | -7,286.84 |
| | Check | 06/10/2021 | 20601 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 146.19 | | -7,433.03 |
| | Check | 06/10/2021 | 20602 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 2,579.62 | | -10,012.65 |
| | Check | 06/10/2021 | 20603 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 12.39 | | -10,025.04 |
| | Check | 06/10/2021 | 20604 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 50.81 | | -10,075.85 |
| | Check | 06/10/2021 | 20605 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 13.89 | | -10,089.74 |
| | Check | 06/10/2021 | 20606 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 9.13 | | -10,098.87 |
| | Check | 06/10/2021 | 20607 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,863.28 | | -11,962.15 |
| | Check | 06/10/2021 | 20608 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 2,689.68 | | -14,651.83 |
| | Check | 06/10/2021 | 20609 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 54.09 | | -14,705.92 |
| | Check | 06/10/2021 | 20610 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 2,431.67 | | -17,137.59 |
| | Check | 06/10/2021 | 20611 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 74.18 | | -17,211.77 |
| | Check | 06/10/2021 | 20612 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 41.62 | | -17,253.39 |
| | Check | 06/10/2021 | 20613 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,946.93 | | -19,200.32 |
| | Check | 06/10/2021 | 20614 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 47.63 | | -19,247.95 |
| | Check | 06/10/2021 | 20615 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 51.74 | | -19,299.69 |
| | Check | 06/10/2021 | 20616 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 8.72 | | -19,308.41 |
| | Check | 06/10/2021 | 20617 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 51.06 | | -19,359.47 |
| | Check | 06/10/2021 | 20618 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 41.15 | | -19,400.62 |
| | Check | 06/10/2021 | 20619 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 60.38 | | -19,461.00 |
| | Check | 06/10/2021 | 20620 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 41.10 | | -19,502.10 |
| | Check | 06/10/2021 | 20621 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,359.56 | | -20,861.66 |
| | Check | 06/10/2021 | 20622 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 679.44 | | -21,541.10 |
| | Check | 06/10/2021 | 20623 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 7,239.38 | | -28,780.48 |
| | Check | 06/10/2021 | 20624 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 727.26 | | -29,507.74 |
| | Check | 06/10/2021 | 20625 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,511.09 | | -31,018.83 |
| | Check | 06/10/2021 | 20626 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 749.87 | | -31,768.70 |
| | Check | 06/10/2021 | 20627 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 796.89 | | -32,565.59 |
| | Check | 06/10/2021 | 20628 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 2,080.23 | | -34,645.82 |
| | Check | 06/10/2021 | 20629 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 102.24 | | -34,748.06 |
| | Check | 06/10/2021 | 20630 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 91.79 | | -34,839.85 |
| | Check | 06/10/2021 | 20631 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 3,068.44 | | -37,908.29 |
| | Check | 06/10/2021 | 20632 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 147.01 | | -38,055.30 |
| | Check | 06/10/2021 | 20633 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 62.99 | | -38,118.29 |
| | Check | 06/10/2021 | 20634 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 51.55 | | -38,169.84 |
| | Check | 06/10/2021 | 20635 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 9.93 | | -38,179.77 |
| | Check | 06/10/2021 | 20636 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 212.38 | | -38,392.15 |
| | Check | 06/10/2021 | 20637 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 72.75 | | -38,464.90 |
| | Check | 06/10/2021 | 20638 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 8.62 | | -38,473.52 |
| | Check | 06/10/2021 | 20639 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 44.35 | | -38,517.87 |
| | Check | 06/10/2021 | 20640 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 127.31 | | -38,645.18 |
| | Check | 06/10/2021 | 20641 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 165.47 | | -38,810.65 |
| | Check | 06/10/2021 | 20642 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 11.28 | | -38,821.93 |
| | Check | 06/10/2021 | 20643 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 113.95 | | -38,935.88 |
| | Check | 06/10/2021 | 20644 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 4.95 | | -38,940.83 |
| | Check | 06/10/2021 | 20645 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 88.34 | | -39,029.17 |

3:53 PM
07/11/22
Accrual Basis

**NECC Qualified Settlement Fund**
**Transaction Detail By Account**
June 2021 through June 2022

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 06/10/2021 | 20646 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.38 | | -39,030.55 |
| Check | 06/10/2021 | 20647 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.24 | | -39,031.79 |
| Check | 06/10/2021 | 20648 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 38.81 | | -39,070.60 |
| Check | 06/10/2021 | 20649 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 672.70 | | -39,743.30 |
| Check | 06/10/2021 | 20650 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 58.84 | | -39,802.14 |
| Check | 06/10/2021 | 20651 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 90.30 | | -39,892.44 |
| Check | 06/10/2021 | 20652 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 796.51 | | -40,688.95 |
| Check | 06/10/2021 | 20653 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 66.76 | | -40,755.71 |
| Check | 06/10/2021 | 20654 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,700.63 | | -42,456.34 |
| Check | 06/10/2021 | 20655 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,055.56 | | -43,511.90 |
| Check | 06/10/2021 | 20656 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 952.10 | | -44,464.00 |
| Check | 06/10/2021 | 20657 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.38 | | -44,465.38 |
| Check | 06/10/2021 | 20658 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.24 | | -44,466.62 |
| Check | 06/10/2021 | 20659 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.38 | | -44,468.00 |
| Check | 06/10/2021 | 20660 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.38 | | -44,469.38 |
| Check | 06/10/2021 | 20661 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.24 | | -44,470.62 |
| Check | 06/10/2021 | 20662 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.38 | | -44,472.00 |
| Check | 06/10/2021 | 20663 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.24 | | -44,473.24 |
| Check | 06/10/2021 | 20664 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.38 | | -44,474.62 |
| Check | 06/10/2021 | 20665 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.38 | | -44,476.00 |
| Check | 06/10/2021 | 20666 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.38 | | -44,477.38 |
| Check | 06/10/2021 | 20667 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.24 | | -44,478.62 |
| Check | 06/10/2021 | 20668 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.38 | | -44,480.00 |
| Check | 06/10/2021 | 20669 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 3,389.39 | | -47,869.39 |
| Check | 06/10/2021 | 20670 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.38 | | -47,870.77 |
| Check | 06/10/2021 | 20671 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 138.54 | | -48,009.31 |
| Check | 06/10/2021 | 20672 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 28.92 | | -48,038.23 |
| Check | 06/10/2021 | 20673 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 126.59 | | -48,164.82 |
| Check | 06/10/2021 | 20674 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 123.28 | | -48,288.10 |
| Check | 06/10/2021 | 20675 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 128.09 | | -48,416.19 |
| Check | 06/10/2021 | 20676 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 25.43 | | -48,441.62 |
| Check | 06/10/2021 | 20677 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1.24 | | -48,442.86 |
| Check | 06/10/2021 | 20678 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 46.37 | | -48,489.23 |
| Check | 06/10/2021 | 20679 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 37.88 | | -48,527.11 |
| Check | 06/10/2021 | 20680 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 39.56 | | -48,566.67 |
| Check | 06/10/2021 | 20681 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 114.15 | | -48,680.82 |
| Check | 06/10/2021 | 20682 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 100.85 | | -48,781.67 |
| Check | 06/10/2021 | 20683 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 70.10 | | -48,851.77 |
| Check | 06/10/2021 | 20684 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 508.37 | | -49,360.14 |
| Check | 06/10/2021 | 20685 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 910.38 | | -50,270.52 |
| Check | 06/10/2021 | 20686 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 50.63 | | -50,321.15 |
| Check | 06/10/2021 | 20687 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 482.42 | | -50,803.57 |
| Check | 06/10/2021 | 20688 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 66.93 | | -50,870.50 |
| Check | 06/10/2021 | 20689 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 2,912.95 | | -53,783.45 |
| Check | 06/10/2021 | 20690 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 441.69 | | -54,225.14 |
| Check | 06/10/2021 | 20691 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 128.29 | | -54,353.43 |
| Check | 06/10/2021 | 20692 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,365.82 | | -55,719.25 |
| Check | 06/10/2021 | 20693 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 31.87 | | -55,751.12 |
| Check | 06/10/2021 | 20694 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,398.09 | | -57,149.21 |
| Check | 06/10/2021 | 20695 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 2,212.28 | | -59,361.49 |
| Check | 06/10/2021 | 20696 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 2,766.26 | | -62,127.75 |
| Check | 06/10/2021 | 20697 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 745.09 | | -62,872.84 |
| Check | 06/10/2021 | 20698 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,842.49 | | -64,715.33 |
| Check | 06/10/2021 | 20699 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 795.64 | | -65,510.97 |
| Check | 06/10/2021 | 20700 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,347.45 | | -66,858.42 |
| Check | 06/10/2021 | 20701 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 352.22 | | -67,210.64 |
| Check | 06/10/2021 | 20702 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 2,188.91 | | -69,399.55 |
| Check | 06/10/2021 | 20703 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 657.19 | | -70,056.74 |
| Check | 06/10/2021 | 20704 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 806.08 | | -70,862.82 |
| Check | 06/10/2021 | 20705 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 3,884.85 | | -74,747.67 |
| Check | 06/10/2021 | 20706 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 791.18 | | -75,538.85 |
| Check | 06/10/2021 | 20707 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 913.67 | | -76,452.52 |
| Check | 06/10/2021 | 20708 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 861.14 | | -77,313.66 |
| Check | 06/10/2021 | 20709 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 971.17 | | -78,284.83 |
| Check | 06/10/2021 | 20710 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 44.23 | | -78,329.06 |
| Check | 06/10/2021 | 20711 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 4,272.72 | | -82,601.78 |
| Check | 06/10/2021 | 20712 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,779.82 | | -84,381.60 |
| Check | 06/10/2021 | 20713 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,423.30 | | -85,804.90 |
| Check | 06/10/2021 | 20714 | | Claimant | Third & Final Payment from NECC Insight Clinic Sett √ | | Checking 0001 | 0.00 | | -85,804.90 |
| Check | 06/10/2021 | 20715 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,191.45 | | -86,996.35 |
| Check | 06/10/2021 | 20716 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 34.77 | | -87,031.12 |
| Check | 06/10/2021 | 20717 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 35.11 | | -87,066.23 |
| Check | 06/10/2021 | 20718 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 33.87 | | -87,100.10 |
| Check | 06/10/2021 | 20719 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 874.26 | | -87,974.36 |
| Check | 06/10/2021 | 20720 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 917.77 | | -88,892.13 |
| Check | 06/10/2021 | 20721 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,156.87 | | -90,049.00 |
| Check | 06/10/2021 | 20722 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 2,234.33 | | -92,283.33 |
| Check | 06/10/2021 | 20723 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 140.62 | | -92,423.95 |
| Check | 06/10/2021 | 20724 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,057.40 | | -93,481.35 |
| Check | 06/10/2021 | 20725 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 608.37 | | -94,089.72 |
| Check | 06/10/2021 | 20726 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 233.90 | | -94,323.62 |
| Check | 06/10/2021 | 20727 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 201.74 | | -94,525.36 |
| Check | 06/10/2021 | 20728 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 106.11 | | -94,631.47 |
| Check | 06/10/2021 | 20729 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 51.54 | | -94,683.01 |
| Check | 06/10/2021 | 20730 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 344.44 | | -95,027.45 |
| Check | 06/10/2021 | 20731 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 2,533.21 | | -97,560.66 |
| Check | 06/10/2021 | 20732 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,124.12 | | -98,684.78 |
| Check | 06/10/2021 | 20733 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 1,255.69 | | -99,940.47 |
| Check | 06/10/2021 | 20734 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement-C | | Checking 0001 | 581.26 | | -100,521.73 |
| Check | 06/23/2021 | 20739 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 880.38 | | -101,402.11 |
| Check | 06/23/2021 | 20740 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 2,273.22 | | -103,675.33 |
| Check | 06/23/2021 | 20741 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 1,298.23 | | -104,973.56 |

3:53 PM
07/11/22
Accrual Basis

## NECC Qualified Settlement Fund
### Transaction Detail By Account
#### June 2021 through June 2022

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 06/23/2021 | 20742 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 1,422.16 | | -106,395.72 |
| Check | 06/23/2021 | 20743 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 915.33 | | -107,311.05 |
| Check | 06/23/2021 | 20744 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 946.08 | | -108,257.13 |
| Check | 06/23/2021 | 20745 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 26.28 | | -108,283.41 |
| Check | 06/23/2021 | 20746 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 52.56 | | -108,335.97 |
| Check | 06/23/2021 | 20747 | | Claimant | Second & Final Payment from NECC HIGH POINT Clinic Set | | Checking 0001 | 73.56 | | -108,409.53 |
| Check | 06/23/2021 | 20748 | | Claimant | Second & Final Payment from NECC HIGH POINT Clinic Set | | Checking 0001 | 1,802.22 | | -110,211.75 |
| Check | 06/23/2021 | 20749 | | Claimant | Second & Final Payment from NECC HIGH POINT Clinic Set | | Checking 0001 | 24.52 | | -110,236.27 |
| Check | 06/23/2021 | 20750 | | Claimant | Second & Final Payment from NECC HIGH POINT Clinic Set | | Checking 0001 | 13.14 | | -110,249.41 |
| Check | 06/23/2021 | 20751 | | Claimant | Second & Final Payment from NECC HIGH POINT Clinic Set | | Checking 0001 | 13.14 | | -110,262.55 |
| Check | 06/23/2021 | 20752 | | Claimant | Second & Final Payment from NECC HIGH POINT Clinic Set | | Checking 0001 | 932.94 | | -111,195.49 |
| Check | 06/23/2021 | 20753 | | Claimant | Second & Final Payment from NECC HIGH POINT Clinic Set | | Checking 0001 | 893.52 | | -112,089.01 |
| Check | 06/23/2021 | 20754 | | Claimant | Third & Final payment from NECC High Point Clinic Settlemer | | Checking 0001 | 625.26 | | -112,714.27 |
| Check | 06/23/2021 | 20755 | | Claimant | Third & Final payment from NECC High Point Clinic Settlemer | | Checking 0001 | 163.40 | | -112,877.67 |
| Check | 06/23/2021 | 20756 | | Claimant | Third & Final payment from NECC High Point Clinic Settlemer | | Checking 0001 | 891.22 | | -113,768.89 |
| Check | 06/23/2021 | 20757 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 26.28 | | -113,795.17 |
| Check | 06/23/2021 | 20758 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 977.29 | | -114,772.46 |
| Check | 06/23/2021 | 20759 | | Claimant | Second & Final Payment from NECC High Point Clinic Settlen | | Checking 0001 | 1,038.67 | | -115,811.13 |
| Check | 06/23/2021 | 20760 | | Claimant | Second & Final Payment from NECC High Point Clinic Settler | | Checking 0001 | 98.08 | | -115,909.21 |
| Check | 06/23/2021 | 20761 | | Claimant | Second & Final Payment from NECC High Point Clinic Settler | | Checking 0001 | 764.66 | | -116,673.87 |
| Check | 06/23/2021 | 20762 | | Claimant | Second & Final Payment from NECC High Point Clinic Settler | | Checking 0001 | 563.96 | | -117,237.83 |
| Check | 06/23/2021 | 20763 | | Claimant | Second & Final Payment from NECC High Point Clinic Settler | | Checking 0001 | 33.10 | | -117,270.93 |
| Check | 06/23/2021 | 20764 | | Claimant | Third & Final payment from NECC Insight Clinic Settlement - ( | | Checking 0001 | 1.38 | | -117,272.31 |
| Check | 06/23/2021 | 20765 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 13.14 | | -117,285.45 |
| Check | 06/23/2021 | 20766 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 26.28 | | -117,311.73 |
| Check | 06/23/2021 | 20767 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 2,062.98 | | -119,374.71 |
| Check | 06/23/2021 | 20768 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 13.14 | | -119,387.85 |
| Check | 06/23/2021 | 20769 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement - | | Checking 0001 | 11.48 | | -119,399.33 |
| Check | 06/23/2021 | 20770 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 26.28 | | -119,425.61 |
| Check | 06/23/2021 | 20771 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 39.42 | | -119,465.03 |
| Check | 06/23/2021 | 20772 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 26.28 | | -119,491.31 |
| Check | 06/23/2021 | 20774 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 932.94 | | -120,424.25 |
| Check | 06/23/2021 | 20773 | | Claimant | Second & Final Payment from NECC High Point Clinic Settler | | Checking 0001 | 24.52 | | -120,448.77 |
| Check | 06/23/2021 | 20775 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 26.28 | | -120,475.05 |
| Check | 06/23/2021 | 20776 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 26.28 | | -120,501.33 |
| Check | 06/23/2021 | 20777 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 24.97 | | -120,526.30 |
| Check | 06/23/2021 | 20778 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 26.28 | | -120,552.58 |
| Check | 06/23/2021 | 20779 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 39.42 | | -120,592.00 |
| Check | 06/23/2021 | 20780 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 26.28 | | -120,618.28 |
| Check | 06/23/2021 | 20781 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 840.96 | | -121,459.24 |
| Check | 06/23/2021 | 20782 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 1,287.72 | | -122,746.96 |
| Check | 06/23/2021 | 20783 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 906.66 | | -123,653.62 |
| Check | 06/23/2021 | 20784 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 893.52 | | -124,547.14 |
| Check | 06/23/2021 | 20785 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 39.42 | | -124,586.56 |
| Check | 06/23/2021 | 20786 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 39.42 | | -124,625.98 |
| Check | 06/23/2021 | 20787 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 840.96 | | -125,466.94 |
| Check | 06/23/2021 | 20788 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 932.94 | | -126,399.88 |
| Check | 06/23/2021 | 20789 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 91.98 | | -126,491.86 |
| Check | 06/23/2021 | 20790 | | Claimant | Second & Final Payment from NECC High Point Clinic Settler | | Checking 0001 | 77.24 | | -126,569.10 |
| Check | 06/23/2021 | 20791 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 880.38 | | -127,449.48 |
| Check | 06/23/2021 | 20792 | | Claimant | Third & Final payment from NECC Insight Clinic Sett | √ | Checking 0001 | 0.00 | | -127,449.48 |
| Check | 06/23/2021 | 20793 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 3,324.42 | | -130,773.90 |
| Check | 06/23/2021 | 20794 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 1,103.76 | | -131,877.66 |
| Check | 06/23/2021 | 20795 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 1,681.92 | | -133,559.58 |
| Check | 06/23/2021 | 20796 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 1,011.78 | | -134,571.36 |
| Check | 06/23/2021 | 20797 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 52.56 | | -134,623.92 |
| Check | 06/23/2021 | 20798 | | Claimant | Second & Final Payment from NECC High Point Clinic Settler | | Checking 0001 | 1,275.04 | | -135,898.96 |
| Check | 06/23/2021 | 20799 | | Claimant | Second & Final Payment from NECC High Point Clinic Settler | | Checking 0001 | 1,471.20 | | -137,370.16 |
| Check | 06/23/2021 | 20800 | | Claimant | Second & Final Payment from NECC High Point Clinic Settler | | Checking 0001 | 22.07 | | -137,392.23 |
| Check | 06/23/2021 | 20801 | | Claimant | Second & Final Payment from NECC Inspira Clinic Settlement | | Checking 0001 | 13.14 | | -137,405.37 |
| Check | 06/23/2021 | 20802 | | Claimant | Second & Final Payment from NECC Inspira Clinic Settlement | | Checking 0001 | 13.14 | | -137,418.51 |
| Check | 06/23/2021 | 20803 | | Claimant | Second & Final Payment from NECC Inspira Clinic Settlement | | Checking 0001 | 39.42 | | -137,457.93 |
| Check | 06/23/2021 | 20804 | | Claimant | Second & Final Payment from NECC Inspira Clinic Settlement | | Checking 0001 | 638.60 | | -138,096.53 |
| Check | 06/23/2021 | 20805 | | Claimant | Second & Final Payment from NECC High Point Clinic Settler | | Checking 0001 | 12.26 | | -138,108.79 |
| Check | 06/23/2021 | 20806 | | Claimant | Second & Final Payment from NECC INSPIRA Clinic Settlem | | Checking 0001 | 26.28 | | -138,135.07 |
| Check | 06/23/2021 | 20807 | | Claimant | Second & Final Payment from NECC High Point Clinic Settler | | Checking 0001 | 24.52 | | -138,159.59 |
| Check | 06/23/2021 | 20808 | | Claimant | Second & Final Payment from NECC High Point Clinic Settler | | Checking 0001 | 11.03 | | -138,170.62 |
| Check | 06/23/2021 | 20809 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement - | | Checking 0001 | 1.38 | | -138,172.00 |
| Check | 06/23/2021 | 20810 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement - | | Checking 0001 | 1.38 | | -138,173.38 |
| Check | 06/23/2021 | 20811 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement - | | Checking 0001 | 1.38 | | -138,174.76 |
| Check | 06/23/2021 | 20812 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement - | | Checking 0001 | 1.38 | | -138,176.14 |
| Check | 07/29/2021 | 20813 | | Claimant | Third and Final Payment from NECC Insight Clinic Settlement | | Checking 0001 | 2,993.43 | | -141,169.57 |
| Check | 10/14/2021 | 20814 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement - | | Checking 0001 | 11.48 | | -141,181.05 |
| Deposit | 10/14/2021 | 20769 | | | Add back check # 20769 Brenda Varley | | Checking 0001 | | 11.48 | -141,169.57 |
| Deposit | 01/24/2022 | | | | -MULTIPLE- | | Checking 0001 | | 390.39 | -140,779.18 |
| Check | 01/27/2022 | 20815 | | Claimant | Third and Final Payment from NECC Insigt Clinic Settlement | | Checking 0001 | 3,161.18 | | -143,940.36 |
| Deposit | 01/27/2022 | 20591 | | Claimant | Add back ck#20591 | | Checking 0001 | | 3,161.18 | -140,779.18 |
| Check | 02/10/2022 | 20816 | | Claimant | | | Checking 0001 | 113.95 | | -140,893.13 |
| Check | 02/22/2022 | 20817 | | Claimant | | | Checking 0001 | 26.28 | | -140,919.41 |
| Check | 04/01/2022 | 20819 | | Claimant | Third & Final Payment from NECC Insight Clinic Settlement - | | Checking 0001 | 38.08 | | -140,957.49 |
| Check | 04/01/2022 | 20820 | | Claimant | Combined payments from NECC Insight Clinic Settlement-G2 | | Checking 0001 | 371.04 | | -141,328.53 |
| Check | 04/01/2022 | 20818 | | Claimant | | | Checking 0001 | 1.24 | | -141,329.77 |
| Check | 05/05/2022 | 20821 | | Claimant | | | Checking 0001 | 13.89 | | -141,343.66 |
| Check | 05/26/2022 | 20823 | | Claimant | | | Checking 0001 | 371.04 | | -141,714.70 |
| Check | 05/26/2022 | 20822 | | Claimant | VOID: | √ | Checking 0001 | 0.00 | | -141,714.70 |
| Total Settlement Distribution | | | | | | | | 145,277.75 | 3,563.05 | -141,714.70 |
| Total Distributions | | | | | | | | 145,277.75 | 3,563.05 | -141,714.70 |
| **TOTAL** | | | | | | | | **145,277.75** | **3,687.36** | **-141,590.39** |