# Exhibit C

**3:58 PM**
**07/11/22**
**Accrual Basis**

# NECC Tort Trust
# Balance Sheet
### As of June 30, 2022

|  | Jun 30, 22 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| East West Bank-Checking-0078 | 86,665.20 |
| **Total Checking/Savings** | 86,665.20 |
| **Total Current Assets** | 86,665.20 |
| **TOTAL ASSETS** | **86,665.20** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Contributions from QSF | 123,153,715.59 |
| Distributions to Claimants | -105,116,199.48 |
| Distributions to QSF | -8,063,322.38 |
| Retained Earnings | -9,335,501.52 |
| Net Income | -552,027.01 |
| **Total Equity** | 86,665.20 |
| **TOTAL LIABILITIES & EQUITY** | **86,665.20** |

**3:58 PM**
**07/11/22**
**Accrual Basis**

# NECC Tort Trust
# Profit & Loss
### June 2021 through June 2022

|  | Jun '21 - Jun 22 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Interest Income | 397.68 |
| **Total Income** | 397.68 |
| **Gross Profit** | 397.68 |
| **Expense** | |
| Professional Fees | |
| Accounting | 29,257.53 |
| Bond Expense | 1,431.00 |
| Professionals - Other | 26,105.00 |
| Trustee | 168,437.90 |
| **Total Professional Fees** | 225,231.43 |
| Settlement Disbursements | |
| Secured Claim-Medicare Lien | 952,895.10 |
| Secured Claim - Private Lien | 284,058.88 |
| Settlement Disbursements - Other | 468,645.06 |
| **Total Settlement Disbursements** | 1,705,599.04 |
| **Total Expense** | 1,930,830.47 |
| **Net Ordinary Income** | -1,930,432.79 |
| **Net Income** | **-1,930,432.79** |

**NECC Tort Trust**
**Transaction Detail By Account**
June 2021 through June 2022

| | Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Interest Income** | | | | | | | | | | | |
| | Deposit | 06/23/2021 | | | | Duane Morris - interest income | | East West Bank - MMA - 0050 | | 342.15 | 342.15 |
| | Deposit | 06/30/2021 | | | | Interest | | East West Bank - MMA - 0050 | | 4.89 | 347.04 |
| | Deposit | 07/31/2021 | | | | Interest | | East West Bank - MMA - 0050 | | 5.03 | 352.07 |
| | Deposit | 08/31/2021 | | | | Interest | | East West Bank - MMA - 0050 | | 5.03 | 357.10 |
| | Deposit | 09/30/2021 | | | | Interest | | East West Bank - MMA - 0050 | | 4.84 | 361.94 |
| | Deposit | 10/31/2021 | | | | Interest | | East West Bank - MMA - 0050 | | 5.01 | 366.95 |
| | Deposit | 11/30/2021 | | | | Interest | | East West Bank - MMA - 0050 | | 4.84 | 371.79 |
| | Deposit | 12/31/2021 | | | | Interest | | East West Bank - MMA - 0050 | | 5.01 | 376.80 |
| | Deposit | 01/31/2022 | | | | Interest | | East West Bank - MMA - 0050 | | 5.01 | 381.81 |
| | Deposit | 02/28/2022 | | | | Interest | | East West Bank - MMA - 0050 | | 4.52 | 386.33 |
| | Deposit | 03/31/2022 | | | | Interest | | East West Bank - MMA - 0050 | | 4.94 | 391.27 |
| | Deposit | 04/30/2022 | | | | Interest | | East West Bank - MMA - 0050 | | 3.63 | 394.90 |
| | Deposit | 05/31/2022 | | | | Interest | | East West Bank - MMA - 0050 | | 2.78 | 397.68 |
| **Total Interest Income** | | | | | | | | | 0.00 | 397.68 | 397.68 |
| **Professional Fees** | | | | | | | | | | | |
| **Accounting** | | | | | | | | | | | |
| | Check | 06/29/2022 | 120 | | Verdolino & Lowey P.C. | For accountant's fees and expenses from 3/9/2021 through | | East West Bank-Checking-0078 | 29,257.53 | | -29,257.53 |
| **Total Accounting** | | | | | | | | | 29,257.53 | 0.00 | -29,257.53 |
| **Bond Expense** | | | | | | | | | | | |
| | Check | 06/15/2021 | 102 | | Arthur B Levine vendor | | | East West Bank-Checking-0078 | 998.00 | | -998.00 |
| | Check | 01/06/2022 | 109 | | Arthur B Levine vendor | Tort Trustee Bond ($800k) premium 12/5/2021 - 6/5/2022; | | East West Bank-Checking-0078 | 433.00 | | -1,431.00 |
| **Total Bond Expense** | | | | | | | | | 1,431.00 | 0.00 | -1,431.00 |
| **Professionals - Other** | | | | | | | | | | | |
| | Check | 01/06/2022 | 110 | | Frederick Ellis | Legal services and expenses incurred in 2021 | | East West Bank-Checking-0078 | 19,770.00 | | -19,770.00 |
| | Check | 04/14/2022 | 114 | | Fredric L. Ellis | Legal services and expenses incurred from 1/1-4/6/2022 | | East West Bank-Checking-0078 | 3,150.00 | | -22,920.00 |
| | Check | 06/16/2022 | 117 | | Frederick Ellis | Legal services & expenses incurred 4/6/2022-6/15/2022 | | East West Bank-Checking-0078 | 3,185.00 | | -26,105.00 |
| **Total Professionals - Other** | | | | | | | | | 26,105.00 | 0.00 | -26,105.00 |
| **Trustee** | | | | | | | | | | | |
| | Check | 06/07/2021 | 101 | | Lynne F. Riley, Tort Trustee | | | East West Bank-Checking-0078 | 36,264.06 | | -36,264.06 |
| | Check | 07/12/2021 | 103 | | Lynne F. Riley, Tort Trustee | | | East West Bank-Checking-0078 | 24,037.16 | | -60,301.22 |
| | Check | 08/05/2021 | 104 | | Lynne F. Riley, Tort Trustee | | | East West Bank-Checking-0078 | 17,999.25 | | -78,300.47 |
| | Check | 09/07/2021 | 105 | | Lynne F. Riley, Tort Trustee | | | East West Bank-Checking-0078 | 9,704.43 | | -88,004.90 |
| | Check | 10/05/2021 | 106 | | Lynne F. Riley, Tort Trustee | | | East West Bank-Checking-0078 | 3,086.53 | | -91,091.43 |
| | Check | 11/03/2021 | 107 | | Lynne F. Riley, Tort Trustee | | | East West Bank-Checking-0078 | 7,673.05 | | -98,764.48 |
| | Check | 12/09/2021 | 108 | | Lynne F. Riley, Tort Trustee | | | East West Bank-Checking-0078 | 4,351.26 | | -103,115.74 |
| | Check | 01/06/2022 | 111 | | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses posted in December | | East West Bank-Checking-0078 | 7,879.75 | | -110,995.49 |
| | Check | 02/02/2022 | 112 | | Lynne F. Riley, Tort Trustee | VOID: Payment for service provided and expenses | √ | East West Bank-Checking-0078 | 0.00 | | -110,995.49 |
| | Check | 02/28/2022 | 113 | | Lynne F. Riley, Tort Trustee | payment for service provided and expenses posted in January | | East West Bank-Checking-0078 | 9,973.81 | | -120,969.30 |
| | Check | 04/14/2022 | 115 | | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses postedin Feb and | | East West Bank-Checking-0078 | 26,834.15 | | -147,803.45 |
| | Check | 05/12/2022 | 116 | | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses postedin Apr 2022 | | East West Bank-Checking-0078 | 9,406.55 | | -157,210.00 |
| | Check | 06/16/2022 | 118 | | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses posted in May 2022 | | East West Bank-Checking-0078 | 5,018.95 | | -162,228.95 |
| | Check | 06/29/2022 | 119 | | Lynne F. Riley, Tort Trustee | Payment for service provided and expenses posted in June | | East West Bank-Checking-0078 | 6,208.95 | | -168,437.90 |
| **Total Trustee** | | | | | | | | | 168,437.90 | 0.00 | -168,437.90 |
| **Total Professional Fees** | | | | | | | | | 225,231.43 | 0.00 | -225,231.43 |
| **Settlement Disbursements** | | | | | | | | | | | |
| **Secured Claim-Medicare Lien** | | | | | | | | | | | |
| | Check | 07/12/2021 | 20113 | | Medicare | Medicare payments from CMS claim resolution program ma | | East West Bank - Medicare 0043 | 942,585.47 | | -942,585.47 |
| | Check | 05/26/2022 | 20114 | | Medicare | Medicare payments from CMS claim resolution | | East West Bank - Medicare 0043 | 10,309.63 | | -952,895.10 |
| **Total Secured Claim-Medicare Lien** | | | | | | | | | 952,895.10 | 0.00 | -952,895.10 |
| **Secured Claim - Private Lien** | | | | | | | | | | | |
| | Check | 08/19/2021 | 101 | | Hill, Hill Carter, Franco C&B | | | East West Bank-Checking-0064 | 19,515.77 | | -19,515.77 |
| | Check | 08/23/2021 | wire | | Wallace, Jordan, Ratliff & Brandt | | | East West Bank- Checking - 0071 | 90,145.75 | | -109,661.52 |
| | Check | 08/23/2021 | wire | | Wallace, Jordan, Ratliff & Brandt | | | East West Bank -Checking - 0057 | 174,397.36 | | -284,058.88 |
| **Total Secured Claim - Private Lien** | | | | | | | | | 284,058.88 | 0.00 | -284,058.88 |
| **Settlement Disbursements - Other** | | | | | | | | | | | |
| | Check | 06/07/2021 | 26444 | | Claimant | | | East West Bank 0036 | 19,956.30 | | -19,956.30 |
| | Check | 06/07/2021 | 26445 | | Claimant | | | East West Bank 0036 | 23,736.00 | | -43,692.30 |
| | Check | 06/07/2021 | 26447 | | Claimant | | | East West Bank 0036 | 258.00 | | -43,950.30 |
| | Check | 06/07/2021 | 26446 | | Claimant | Third and Final payment from NECC National Settlement G | | East West Bank 0036 | 258.00 | | -44,208.30 |
| | Check | 06/16/2021 | 26448 | | Claimant | Third and Final payment from NECC National Settlement G | | East West Bank 0036 | 258.00 | | -44,466.30 |
| | Check | 06/16/2021 | 26449 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 38,080.80 | | -82,547.10 |
| | Deposit | 06/16/2021 | 25539 | | Claimant | Add back check 25539 - reissued as 26448 | | East West Bank 0036 | | 258.00 | -82,289.10 |
| | Deposit | 06/16/2021 | 25540 | | Claimant | Add back check #25540 - reissued as 26449 | | East West Bank 0036 | | 38,080.80 | -44,208.30 |
| | Check | 07/12/2021 | 26450 | | Claimant | Third and Final payment from NECC National Settlement G | | East West Bank 0036 | 774.00 | | -44,982.30 |
| | Check | 07/12/2021 | 26451 | | Claimant | Third and Final payment from NECC National Settlement G | | East West Bank 0036 | 464.40 | | -45,446.70 |
| | Deposit | 07/12/2021 | 24503 | | Claimant | Add back check 24503 - reissued as 26451 | | East West Bank 0036 | | 464.40 | -44,982.30 |
| | Deposit | 07/12/2021 | 26408 | | Claimant | Add back check 26408 reissued as 26454 | | East West Bank 0036 | | 464.40 | -44,517.90 |
| | Deposit | 07/12/2021 | 25473 | | Claimant | Add back check 25473 - reissued as 26450 | | East West Bank 0036 | | 774.00 | -43,743.90 |
| | Check | 07/12/2021 | 26452 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 774.00 | | -44,517.90 |
| | Deposit | 07/12/2021 | 26272 | | Claimant | Add back check 26272 - Reissued as 26453 | | East West Bank 0036 | | 42,998.28 | -1,519.62 |
| | Check | 07/12/2021 | 26453 | | Claimant | Third and Final Payment from NECC National Settlment G2 | | East West Bank 0036 | 42,998.28 | | -44,517.90 |
| | Check | 07/16/2021 | 26454 | | Claimant | Third and Final payment from NECC National Settlement G | | East West Bank 0036 | 464.40 | | -44,982.30 |
| | Check | 07/29/2021 | 26455 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 1,032.00 | | -46,014.30 |
| | Deposit | 07/29/2021 | 25615 | | Claimant | Add back check #25615 - Reissued as 26455 | | East West Bank 0036 | | 1,032.00 | -44,982.30 |
| | Check | 08/03/2021 | 26456 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 11,145.60 | | -56,127.90 |
| | Deposit | 08/03/2021 | 25720 | | Claimant | add back check #25720 - Reissued as check 26456 | | East West Bank 0036 | | 11,145.60 | -44,982.30 |
| | Check | 08/05/2021 | 26457 | | Claimant | Third and Final payment from NECC National Settlement G | | East West Bank 0036 | 774.00 | | -45,756.30 |
| | Deposit | 08/05/2021 | 26286 | | Claimant | Add back check #26286 - Reissued as check 26457 | | East West Bank 0036 | | 774.00 | -44,982.30 |
| | Check | 08/26/2021 | 26458 | | Claimant | Initial payment from NECC National Settlement G275 | | East West Bank 0036 | 1,169.29 | | -46,151.59 |
| | Check | 08/26/2021 | 26459 | | Claimant | Second payment from NECC National Settlement G275 | | East West Bank 0036 | 1,408.50 | | -47,560.09 |
| | Check | 08/26/2021 | 26460 | | Claimant | Third and final payment from NECC National Settlement G2 | | East West Bank 0036 | 464.40 | | -48,024.49 |
| | Deposit | 09/07/2021 | 26091 | | Claimant | Add back check 26091 - Reissued 26461 | | East West Bank 0036 | | 41,518.65 | -6,505.84 |
| | Check | 09/07/2021 | 26461 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 41,518.65 | | -48,024.49 |
| | Deposit | 10/04/2021 | 25998 | | Claimant | Add back check 25998 - Reissued 26462 | | East West Bank 0036 | | 516.00 | -47,508.49 |
| | Check | 10/04/2021 | 26462 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 516.00 | | -48,024.49 |
| | Check | 10/26/2021 | 26466 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 516.00 | | -48,540.49 |
| | Check | 10/26/2021 | 26467 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 464.40 | | -49,004.89 |
| | Check | 10/26/2021 | 26469 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 516.00 | | -49,520.89 |
| | Check | 10/26/2021 | 26470 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 464.40 | | -49,985.29 |
| | Check | 10/26/2021 | 26471 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 516.00 | | -50,501.29 |
| | Check | 10/26/2021 | 26472 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 516.00 | | -51,017.29 |
| | Check | 10/26/2021 | 26473 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 30,186.00 | | -81,203.29 |
| | Check | 10/26/2021 | 26474 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 1,290.00 | | -82,493.29 |
| | Check | 10/26/2021 | 26463 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 13,622.40 | | -96,115.69 |
| | Check | 10/26/2021 | 26464 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 464.40 | | -96,580.09 |
| | Check | 10/26/2021 | 26465 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 464.40 | | -97,044.49 |
| | Check | 10/28/2021 | 26478 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 774.00 | | -97,818.49 |
| | Check | 10/28/2021 | 26479 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 24,613.20 | | -122,431.69 |
| | Check | 10/28/2021 | 26480 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 258.00 | | -122,689.69 |
| | Check | 10/28/2021 | 26481 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 258.00 | | -122,947.69 |
| | Check | 10/28/2021 | 26477 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 1,393.20 | | -124,340.89 |
| | Deposit | 10/28/2021 | 25006 | | Claimant | Third & Final Payment from NECC National Settlement-G24 | | East West Bank 0036 | | 1,393.20 | -122,947.69 |
| | Deposit | 11/02/2021 | 25895 | | -MULTIPLE- | -MULTIPLE- | | East West Bank 0036 | | 101,265.00 | -21,682.69 |
| | Check | 11/02/2021 | 26482 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 258.00 | | -21,940.69 |
| | Check | 11/02/2021 | 26483 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 464.40 | | -22,405.09 |
| | Check | 11/02/2021 | 26484 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 464.40 | | -22,869.49 |
| | Check | 11/08/2021 | 26486 | | Claimant | Third and Final Payment from NECC National Settlement G | | East West Bank 0036 | 11,352.00 | | -34,221.49 |
| | Check | 11/18/2021 | 26487 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 2,322.00 | | -36,543.49 |
| | Check | 11/18/2021 | 26488 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 696.60 | | -37,240.09 |
| | Check | 11/23/2021 | 26489 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 28,354.20 | | -65,594.29 |
| | Check | 12/02/2021 | 26491 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 464.40 | | -66,058.69 |

**NECC Tort Trust**
**Transaction Detail By Account**
June 2021 through June 2022

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 12/16/2021 | 26492 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 696.60 | | -66,755.29 |
| Check | 12/16/2021 | 26493 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 12,399.48 | | -79,154.77 |
| Check | 12/16/2021 | 26494 | | Claimant | Third and Final Payment from NECC National Settlement-2 | | East West Bank 0036 | 696.60 | | -79,851.37 |
| Deposit | 12/16/2021 | 25468 | | -MULTIPLE- | -MULTIPLE- | | East West Bank 0036 | | 31,826.88 | -48,024.49 |
| Check | 12/20/2021 | 26495 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 34,056.00 | | -82,080.49 |
| Deposit | 12/20/2021 | 26335 | | Claimant | Add back #26335 | | East West Bank 0036 | | 34,056.00 | -48,024.49 |
| Check | 01/06/2022 | 26496 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 206.40 | | -48,230.89 |
| Check | 01/06/2022 | 26497 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 464.40 | | -48,695.29 |
| Check | 01/27/2022 | 26498 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 56,760.00 | | -105,455.29 |
| Check | 02/17/2022 | 26499 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 258.00 | | -105,713.29 |
| Check | 03/01/2022 | 26500 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 258.00 | | -105,971.29 |
| Check | 03/21/2022 | 26507 | | Claimant | Initial Payment from NECC National Settlement-G277 | | East West Bank 0036 | 3,507.87 | | -109,479.16 |
| Check | 03/21/2022 | 26508 | | Claimant | Second Payment from NECC National Settlement-G277 | | East West Bank 0036 | 4,225.50 | | -113,704.66 |
| Check | 03/21/2022 | 26509 | | Claimant | Third & Final Payment from NECC National Settlement-G27 | | East West Bank 0036 | 1,393.20 | | -115,097.86 |
| Check | 03/21/2022 | 26512 | | Claimant | Third & Final Payment from NECC National Settlement-G27 | | East West Bank 0036 | 516.00 | | -115,613.86 |
| Check | 03/21/2022 | 26510 | | Claimant | Initial Payment from NECC National Settlement-G277 | | East West Bank 0036 | 1,299.21 | | -116,913.07 |
| Check | 03/21/2022 | 26511 | | Claimant | Second Payment from NECC National Settlement-G277 | | East West Bank 0036 | 1,565.00 | | -118,478.07 |
| Check | 03/24/2022 | 26514 | | Claimant | Initial Payment from NECC National Settlement-G278 | | East West Bank 0036 | 2,338.58 | | -120,816.65 |
| Check | 03/24/2022 | 26515 | | Claimant | Second Payment from NECC National Settlement-G278 | | East West Bank 0036 | 2,817.00 | | -123,633.65 |
| Check | 03/24/2022 | 26516 | | Claimant | Third & Final Payment from NECC National Settlement-G27 | | East West Bank 0036 | 928.80 | | -124,562.45 |
| Check | 03/24/2022 | 26517 | | Claimant | Initial Payment from NECC National Settlement-G278 | | East West Bank 0036 | 1,169.29 | | -125,731.74 |
| Check | 03/24/2022 | 26518 | | Claimant | Second Payment from NECC National Settlement-G278 | | East West Bank 0036 | 1,408.50 | | -127,140.24 |
| Check | 03/24/2022 | 26519 | | Claimant | Third & Final Payment from NECC National Settlement-G27 | | East West Bank 0036 | 464.40 | | -127,604.64 |
| Check | 03/24/2022 | 26520 | | Claimant | Initial Payment from NECC National Settlement-G278 | | East West Bank 0036 | 1,169.29 | | -128,773.93 |
| Check | 03/24/2022 | 26521 | | Claimant | Second Payment from NECC National Settlement-G278 | | East West Bank 0036 | 1,408.50 | | -130,182.43 |
| Check | 03/24/2022 | 26522 | | Claimant | Third & Final Payment from NECC National Settlement-G27 | | East West Bank 0036 | 464.40 | | -130,646.83 |
| Check | 03/24/2022 | 26523 | | Claimant | Initial Payment from NECC National Settlement-G278 | | East West Bank 0036 | 1,299.21 | | -131,946.04 |
| Check | 03/24/2022 | 26524 | | Claimant | Second Payment from NECC National Settlement-G278 | | East West Bank 0036 | 1,565.00 | | -133,511.04 |
| Check | 03/24/2022 | 26525 | | Claimant | Third & Final Payment from NECC National Settlement-G27 | | East West Bank 0036 | 516.00 | | -134,027.04 |
| Check | 03/24/2022 | 26526 | | Claimant | Initial Payment from NECC National Settlement-G278 | | East West Bank 0036 | 649.61 | | -134,676.65 |
| Check | 03/24/2022 | 26527 | | Claimant | Second Payment from NECC National Settlement-G278 | | East West Bank 0036 | 782.50 | | -135,459.15 |
| Check | 03/24/2022 | 26528 | | Claimant | Third & Final Payment from NECC National Settlement-G27 | | East West Bank 0036 | 258.00 | | -135,717.15 |
| Check | 04/07/2022 | 26529 | | Claimant | Initial Payment from NECC National Settlement-G276 Reiss | | East West Bank 0036 | 1,169.29 | | -136,886.44 |
| Check | 04/07/2022 | 26530 | | Claimant | Second Payment from NECC National Settlement-G276 Rei | | East West Bank 0036 | 1,408.50 | | -138,294.94 |
| Check | 04/07/2022 | 26531 | | Claimant | Third & Final Payment from NECC National Settlement-G27 | | East West Bank 0036 | 464.50 | | -138,759.44 |
| Check | 04/07/2022 | 26532 | | Claimant | Initial Payment from NECC National Settlement-G276  Reis | | East West Bank 0036 | 1,169.29 | | -139,928.73 |
| Check | 04/07/2022 | 26533 | | Claimant | Second Payment from NECC National Settlement-G276Rei | | East West Bank 0036 | 1,408.50 | | -141,337.23 |
| Check | 04/07/2022 | 26534 | | Claimant | Third & Final Payment from NECC National Settlement-G27 | | East West Bank 0036 | 464.50 | | -141,801.73 |
| Check | 04/07/2022 | 26535 | | Claimant | Initial Payment from NECC National Settlement-G279 | | East West Bank 0036 | 649.61 | | -142,451.34 |
| Check | 04/07/2022 | 26536 | | Claimant | Second Payment from NECC National Settlement-G279 | | East West Bank 0036 | 782.50 | | -143,233.84 |
| Check | 04/07/2022 | 26537 | | Claimant | Third & Final Payment from NECC National Settlement-G27 | | East West Bank 0036 | 258.00 | | -143,491.84 |
| Check | 04/07/2022 | 26538 | | Claimant | Initial Payment from NECC National Settlement-G279 | | East West Bank 0036 | 12,992.10 | | -156,483.94 |
| Check | 04/07/2022 | 26539 | | Claimant | Second Payment from NECC National Settlement-G279 | | East West Bank 0036 | 15,650.00 | | -172,133.94 |
| Check | 04/07/2022 | 26540 | | Claimant | Third & Final Payment from NECC National Settlement-G27 | | East West Bank 0036 | 5,160.00 | | -177,293.94 |
| Check | 04/07/2022 | 26541 | | Claimant | Initial Payment from NECC National Settlement-G279 | | East West Bank 0036 | 1,169.29 | | -178,463.23 |
| Check | 04/07/2022 | 26542 | | Claimant | Second Payment from NECC National Settlement-G279 | | East West Bank 0036 | 1,408.50 | | -179,871.73 |
| Check | 04/07/2022 | 26543 | | Claimant | Third & Final Payment from NECC National Settlement-G27 | | East West Bank 0036 | 464.50 | | -180,336.23 |
| Check | 04/08/2022 | 26544 | | Claimant | Third and Final Payment from NECC National Settlement-G | | East West Bank 0036 | 490.20 | | -180,826.43 |
| Check | 04/14/2022 | 26545 | | Claimant | Initial Payment from NECC National Settlement-G281 | | East West Bank 0036 | 5,196.84 | | -186,023.27 |
| Check | 04/14/2022 | 26546 | | Claimant | Second Payment from NECC National Settlement-G281 | | East West Bank 0036 | 6,260.00 | | -192,283.27 |
| Check | 04/14/2022 | 26547 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 2,064.00 | | -194,347.27 |
| Check | 04/14/2022 | 26548 | | Claimant | Initial Payment from NECC National Settlement-G281 | | East West Bank 0036 | 1,299.21 | | -195,646.48 |
| Check | 04/14/2022 | 26549 | | Claimant | Second Payment from NECC National Settlement-G281 | | East West Bank 0036 | 1,565.00 | | -197,211.48 |
| Check | 04/14/2022 | 26550 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 516.00 | | -197,727.48 |
| Check | 04/14/2022 | 26551 | | Claimant | Initial Payment from NECC National Settlement-G281 | | East West Bank 0036 | 2,338.58 | | -200,066.06 |
| Check | 04/14/2022 | 26552 | | Claimant | Second Payment from NECC National Settlement-G281 | | East West Bank 0036 | 2,817.00 | | -202,883.06 |
| Check | 04/14/2022 | 26553 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 928.80 | | -203,811.86 |
| Check | 04/14/2022 | 26554 | | Claimant | Initial Payment from NECC National Settlement-G281 | | East West Bank 0036 | 2,338.58 | | -206,150.44 |
| Check | 04/14/2022 | 26555 | | Claimant | Second Payment from NECC National Settlement-G281 | | East West Bank 0036 | 2,817.00 | | -208,967.44 |
| Check | 04/14/2022 | 26556 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 928.80 | | -209,896.24 |
| Check | 04/14/2022 | 26557 | | Claimant | Initial Payment from NECC National Settlement-G281 | | East West Bank 0036 | 5,261.81 | | -215,158.05 |
| Check | 04/14/2022 | 26558 | | Claimant | Second Payment from NECC National Settlement-G281 | | East West Bank 0036 | 6,338.25 | | -221,496.30 |
| Check | 04/14/2022 | 26559 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 2,089.80 | | -223,586.10 |
| Check | 04/14/2022 | 26560 | | Claimant | Initial Payment from NECC National Settlement-G281 | | East West Bank 0036 | 1,169.29 | | -224,755.39 |
| Check | 04/14/2022 | 26561 | | Claimant | Second Payment from NECC National Settlement-G281 | | East West Bank 0036 | 1,408.50 | | -226,163.89 |
| Check | 04/14/2022 | 26562 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 464.40 | | -226,628.29 |
| Check | 04/14/2022 | 26563 | | Claimant | Initial Payment from NECC National Settlement-G281 | | East West Bank 0036 | 1,169.29 | | -227,797.58 |
| Check | 04/14/2022 | 26564 | | Claimant | Second Payment from NECC National Settlement-G281 | | East West Bank 0036 | 1,408.50 | | -229,206.08 |
| Check | 04/14/2022 | 26565 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 464.40 | | -229,670.48 |
| Check | 04/14/2022 | 26566 | | Claimant | Initial Payment from NECC National Settlement-G281 | | East West Bank 0036 | 1,299.21 | | -230,969.69 |
| Check | 04/14/2022 | 26567 | | Claimant | Second Payment from NECC National Settlement-G281 | | East West Bank 0036 | 1,565.00 | | -232,534.69 |
| Check | 04/14/2022 | 26568 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 516.00 | | -233,050.69 |
| Check | 04/14/2022 | 26569 | | Claimant | Initial Payment from NECC National Settlement-G281 | | East West Bank 0036 | 1,169.29 | | -234,219.98 |
| Check | 04/14/2022 | 26570 | | Claimant | Second Payment from NECC National Settlement-G281 | | East West Bank 0036 | 1,408.50 | | -235,628.48 |
| Check | 04/14/2022 | 26571 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 464.40 | | -236,092.88 |
| Check | 04/14/2022 | 26572 | | Claimant | Initial Payment from NECC National Settlement-G281 | | East West Bank 0036 | 5,846.45 | | -241,939.33 |
| Check | 04/14/2022 | 26573 | | Claimant | Second Payment from NECC National Settlement-G281 | | East West Bank 0036 | 7,042.50 | | -248,981.83 |
| Check | 04/14/2022 | 26574 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 2,322.00 | | -251,303.83 |
| Check | 04/14/2022 | 26575 | | Claimant | Initial Payment from NECC National Settlement-G281 | | East West Bank 0036 | 649.61 | | -251,953.44 |
| Check | 04/14/2022 | 26576 | | Claimant | Second Payment from NECC National Settlement-G281 | | East West Bank 0036 | 782.50 | | -252,735.94 |
| Check | 04/14/2022 | 26577 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 258.00 | | -252,993.94 |
| Check | 04/14/2022 | 26578 | | Claimant | Initial Payment from NECC National Settlement-G281 | | East West Bank 0036 | 1,753.94 | | -254,747.88 |
| Check | 04/14/2022 | 26579 | | Claimant | Second Payment from NECC National Settlement-G281 | | East West Bank 0036 | 2,112.75 | | -256,860.63 |
| Check | 04/14/2022 | 26580 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 696.60 | | -257,557.23 |
| Check | 04/14/2022 | 26581 | | Claimant | Initial Payment from NECC National Settlement-G281 | | East West Bank 0036 | 649.61 | | -258,206.84 |
| Check | 04/14/2022 | 26582 | | Claimant | Second Payment from NECC National Settlement-G281 | | East West Bank 0036 | 782.50 | | -258,989.34 |
| Check | 04/14/2022 | 26583 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 258.00 | | -259,247.34 |
| Check | 04/14/2022 | 26584 | | Claimant | Initial Payment from NECC National Settlement-G281 | | East West Bank 0036 | 1,753.93 | | -261,001.27 |
| Check | 04/14/2022 | 26585 | | Claimant | Second Payment from NECC National Settlement-G281 | | East West Bank 0036 | 2,112.75 | | -263,114.02 |
| Check | 04/14/2022 | 26586 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 696.60 | | -263,810.62 |
| Deposit | 04/28/2022 | 26475 | | Claimant | Add back check 26475 10/26/2021 | | East West Bank 0036 | | 464.40 | -263,346.22 |
| Deposit | 04/28/2022 | 26476 | | Claimant |  Add back check 26476 10/26/2021 | | East West Bank 0036 | | 516.00 | -262,830.22 |
| Deposit | 04/28/2022 | 26497 | | Claimant | Add back check 26497 16/2022 | | East West Bank 0036 | | 464.40 | -262,365.82 |
| Check | 05/02/2022 | 26587 | | Claimant | Third & Final Payment from NECC National Settlement-G24 | | East West Bank 0036 | 464.40 | | -262,830.22 |
| Check | 05/02/2022 | 26588 | | Claimant | Initial Payment from NECC National Settlement-G282 | | East West Bank 0036 | 1,299.21 | | -264,129.43 |
| Check | 05/02/2022 | 26589 | | Claimant | Second Payment from NECC National Settlement-G282 | | East West Bank 0036 | 1,565.00 | | -265,694.43 |
| Check | 05/02/2022 | 26590 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 516.00 | | -266,210.43 |
| Check | 05/02/2022 | 26591 | | Claimant | Initial Payment from NECC National Settlement-G282 | | East West Bank 0036 | 1,948.82 | | -268,159.25 |
| Check | 05/02/2022 | 26592 | | Claimant | Second Payment from NECC National Settlement-G282 | | East West Bank 0036 | 2,347.50 | | -270,506.75 |
| Check | 05/02/2022 | 26593 | | Claimant | Third & Final Payment from NECC National Settlement-G28 | | East West Bank 0036 | 774.00 | | -271,280.75 |
| Check | 05/05/2022 | 26594 | | Claimant | Third & Final Payment from NECC National Settlment-G246 | | East West Bank 0036 | 258.00 | | -271,538.75 |
| Deposit | 05/05/2022 | 24654 | | Claimant | Add back check 24654 4/14/2021 | | East West Bank 0036 | | 258.00 | -271,280.75 |
| Check | 05/26/2022 | 26595 | | Lynne F. Riley, Tort Trustee | Settlement funds held for Claimant's claim pending lien reso | | East West Bank 0036 | 272,106.91 | | -543,387.66 |
| General Journal | 05/31/2022 | AddbackADJ | | | -MULTIPLE- | | East West Bank 0036 | | 74,742.60 | -468,645.06 |
| | | | | | | | | 851,657.67 | 383,012.61 | -468,645.06 |
| Total Settlement Disbursements - Other | | | | | | | | 851,657.67 | 383,012.61 | -468,645.06 |
| Total Settlement Disbursements | | | | | | | | 2,088,611.65 | 383,012.61 | -1,705,599.04 |
| **TOTAL** | | | | | | | | **2,313,843.08** | **383,410.29** | **-1,930,432.79** |