# Exhibit D

**STATUS OF CLAIMS PROCESSING, LIEN CLEARANCE AND PAYMENTS IN THE NECC NATIONAL SETTLEMENT**

**A.  Adjudication of Claims by the National Claims Administrator**.

As of June 30, 2022, a total of 2,353 claims had been filed with Epiq, the National Settlement Administrator.  Of these, 2,027 claims were fully or partially approved by Epiq and/or Judge Neiman, 283 claims were fully denied by Epiq and/or Judge Neiman, 41 were invalid (typically a duplicate claim filed by a spouse), and 2 were withdrawn by the claimant.

**B.  The Tort Trustee's Efforts to Resolve Claims Asserted by Public and Private Entities for Reimbursement of Health Care Costs.**

**1.  Claims for health care cost reimbursement.**

As required under federal law, the Tort Trustee submitted the required information on proposed payments to approved claimants to the Center for Medicare Services ("CMS").  CMS promptly returned Medicare eligibility information on each claimant. Information on each approved claimant was provided to the various state Medicaid agencies through a third party, the Garretson Resolution Group ("Garretson"), to determine if those agencies have claims for medical expenses involving these claimants.  As of June 30, 2022, State Medicaid eligibility results have been received for all approved claimants.  In addition to receipt of lien information from Medicare and Medicaid, the Tort Trustee has also received claims for health care cost reimbursement from various private entities.

**2.  Update on Payments to Finally Approved Claimants**

As claimants returned properly executed certifications and other forms, claims for reimbursement by public and private entities were thereby cleared.  Under the lien resolution agreement with Medicare, Medicare then provided its final approval for the issuance of payments to claimants within 5 business days.  Once Medicare sent its final approval to the Tort Trustee, payments were made to claimants.

As of June 30, 2022, of the 2027 claimants with approved claims, 2006 cleared their liens and received initial payments, 2001 received second payments, and 2001 third and final payments were processed from the National Settlement Fund.  Through June 30, 2022, funds disbursed to claimants by the Tort Trustee from the National Settlement Fund total $115,881,559.20.  Additional funds were also distributed to or segregated for Medicare and other lienholders.

The 26 claims that were not paid resulted from the claimant's failure to clear potential claims for reimbursement of medical care costs as required pursuant to the terms of Tort Trust Agreement.