# Exhibit E

**STATUS OF CLAIMS PROCESSING IN THE THREE PROVIDER SETTLEMENTS**

20 claims were filed in the Highpoint Settlement, of which 19 were approved. As of June 30, 2022, 18 Highpoint claims had completed the lien clearance process and $2,642,749.75 was paid from the Highpoint subaccount to these claimants. Additional funds were disbursed to or segregated for Medicare and other lien holders.

47 claims were filed and approved in the Inspira Settlement. As of June 30, 2022, all 47 Inspira claims had completed the lien clearance process and $12,196,968.01 was paid from the Inspira subaccount to these claimants. Additional funds were disbursed to or segregated for Medicare and other lien holders.

187 claims were filed in the Insight Settlement, of which 181 were approved. As of June 30, 2022, 179 Insight claims had completed the lien clearance process and $34,257,440.67 was paid from the Insight subaccount to these claimants. Additional funds have also been disbursed to or segregated for Medicare and other lien holders.

The 3 claims that were not paid resulted from the claimant's failure to clear potential claims for reimbursement of medical care costs as required pursuant to the terms of Tort Trust Agreement.