UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419 <br> MDL No. 1:13-md-2419-RWZ |
| THIS DOCUMENT RELATES TO: <br><br> Milda Mattila | |

# EXHIBIT LIST

## IN SUPPORT OF PLAINTIFF MATTILA'S MOTION FOR RELIEF FROM ORDER DENYING PLAINITFF'S MOTION FOR EQUITABLE AND/OR DECLARATORY RELIEF [#3587]

| Ex A | CMS Req Reduce Lien (04-10-17) |
|---|---|
| Ex B | CMS Case Referred Chi (05-01-17) |
| Ex C | CMS CPL (09-22-17) |
| Ex D | CMS Req Contact Info (10-08-17) |
| Ex E | CMS Req Reduce Lien (11-01-17) |
| Ex F | CMS Req Reduce Lien (08-09-18) |
| Ex G | Plf Dec Action State Ct (08-10-18) |
| Ex H | CMS Removal USDC ED MI |

Respectfully Submitted by:

Date:  August 30, 2022

/s/Todd J. Weglarz
Geoffrey N. Fieger (P30441)
Todd J. Weglarz (P48035)
Fieger, Fieger Kenney & Harrington, P.C.
19390 W. Ten Mile Road
Southfield, MI 48075
(248) 355-5555
(248) 355-5148 (fax)
t.weglarz@fiegerlaw.com