# EXHIBIT A

# FIEGER, FIEGER, KENNEY & HARRINGTON
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW SINCE 1950
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: www.fiegerlaw.com
e-mail: info@fiegerlaw.com

BERNARD J. FIEGER (1922-1988)
MI AND NY BAR

GEOFFREY NELS FIEGER
MI, FL AND AZ BAR

JEREMIAH JOSEPH KENNEY
MI AND OH BAR        (1949-2005)

JAMES J. HARRINGTON, IV

HELEN K. JOYNER
JAMES S. CRAIG

CHRISTIAN P. COLLIS
DAVID A. DWORETSKY
APRIL N. NASON

TODD J. WEGLARZ
JAMES R. McCULLEN
BRANDON J. ABRO
MELANIE J. DUDA
DANIELLE L. DEZBOR
MICHAEL D. RUSSELL
NORA YOUKHANA
MARC S. BERLIN
KIMBERLY A. SUZOR

*Appellate Department*
SIMA G. PATEL
MI AND CO BAR
STEPHANIE L. ARNDT

*Of Counsel*
BARRY FAYNE
JACK BEAM
ROBERT P. ROTH

TAMMY J. REISS (1960-2006)

## FAX COVER SHEET

DATE: 4/10/17

TO: Special Projects/CMS

FAX: 405-869-3309

FROM: Melanie Duda

RE: Milda Mattila

OUR FILE NO.: 13106

# OF PAGES: 3 (INCLUDING this cover sheet)

* * * * * * * * *

**CONFIDENTIALITY NOTICE:** This transmission contains confidential information belonging to the sender which is legally privileged. The information is intended for restricted receipt only by the individual or entity designated above. If you are not the designated recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us immediately. Thank you.

* * * * * * * * *

**FIEGER, FIEGER, KENNEY & HARRINGTON**
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: WWW.FIEGERLAW.COM
E-MAIL: INFO@FIEGERLAW.COM

TODD J. WEGLARZ

DIRECT DIAL (248) 355-2877
E-MAIL: T.WEGLARZ@FIEGERLAW.COM

April 10, 2017

Special Projects
PO Box 138868
Oklahoma City, OK 73113
FX: (405) 869-3309

      Re: Milda Mattila – Product Liability/Fungal Meningitis
         Medicare No: 384123594B
         Case ID: 201308509000178
         Our File No: 13106

Dear Sir / Madam:

  I represent Milda Mattila, who has a Third Party Liability claim against the NECC Pharmacy, pending in the Bankruptcy Court in Boston, Massachusetts. Mr. Mattila is expected to receive a total payout of *approximately* $253,575 (before deduction of costs, attorney fees, and liens), to be paid out in three separate installments throughout the year. As you are aware, the NECC Tort Trustee, Medicare, and several other private insurers negotiated a lien reduction formula through which to resolve most of these NECC claims. Ms. Mattila had no choice but to opt out of the lien reduction program because she had three separate liens asserted against her file: Select Specialty Hospital for $500,000 (for unpaid medical expenses); Medicare for $23,000, and Blue Cross for $51,000. Since that time, however, Medicare has made conditional payments to Select Specialty Hospital, and it is my understanding that Select Specialty will be releasing its lien. Thus, we now have only two liens to deal with. I propose that Medicare agree to resolve its lien per the lien reduction formula agreed to between Medicare and NECC. Under the formula, Medicare and Blue Cross would resolve their respective liens by receiving 10.75% of each settlement payout. I am attaching a copy of the NECC Lien Rights letter addressing and confirming same. Please advise if Medicare is amenable to this proposal. If you have any questions, please do not hesitate to contact me. I remain,

                Very truly yours,

                Fieger, Fieger, Kenney & Harrington, P.C.

                Todd Weglarz

Enclosure

{00337914.DOCX}

Tracking No. 2649

## Group VIIB Lien Letter

**MILDA MATILLA, DECEASED**
**700 REYNOLD SWEET PKWY**
**SOUTH LYON, MI 48178**

Re: NECC National Settlement
    Claim No.: 1913
    Base Point Category Allowed in National Settlement: 2
    Points for Lengthy Hospitalization Adjustment: 25
    Points for Lengthy Anti-Fungal Adjustment: 6
    Lienholders:

        Medicare
        BCBS-MI
        Medicaid-Michigan

Approved Initial Payment Amount: $104,586.41
Negotiated Lien Percentage to Medicare: 10.75%
Negotiated Lien Percentage for BCBS-MI: 10.75%

If you wish to participate in the Lien Resolution Programs

        Negotiated Lien Amount (from initial payment) to be paid to Medicare: $11,243.04
        Negotiated Lien Amount (from initial payment) to be paid to BCBS-MI: $11,243.04

Dear MILDA MATILLA, DECEASED:

    Our records indicate that the Centers for Medicare & Medicaid Services ("CMS") has a potential claim against you related to your Initial Payment from the NECC National Settlement Fund, as you were eligible for Medicare benefits between September 1, 2012 and May 31, 2013. Our records also indicate that a Participating Lienholder (BCBS-MI) has asserted a lien against your Initial Payment from the NECC National Settlement Fund for reimbursement of medical care expenses arising from your exposure to a contaminated NECC product. In addition, our records also indicate that the state Medicaid Agency(s) and/or Medicaid Provider(s) referenced above have a potential claim against you related to your Initial Payment Amount from the NECC National Settlement Fund.

    As the NECC Tort Trustee, I have entered into an agreement with CMS to establish a resolution program for CMS' claims for reimbursement of Parts A and B Medicare—covered items and services associated with injuries from the administration of contaminated NECC products paid and to be paid under Medicare on behalf of Medicare-Entitled Claimants. The full agreement is available at www.neccsettlement.com. I have also entered into an agreement with the Participating Lienholder listed above to establish a lien resolution program for the Lienholder's Claim against Claimants for reimbursement of medical care expenses arising from Claimant's exposure to contaminated NECC products. That agreement is attached (with Exhibits A & B).

1

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 1007
RECIPIENT ADDRESS        #94414058693309
DESTINATION ID
ST. TIME                 04/10 13:31
TIME USE                 01'08
PAGES SENT               3
RESULT                   OK
```

# FIEGER, FIEGER, KENNEY & HARRINGTON
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW SINCE 1950
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: www.fiegerlaw.com
e-mail: info@fiegerlaw.com

BERNARD J. FIEGER (1922-1988)
MI AND NY BAR

GEOFFREY NELS FIEGER
MI, FL AND AZ BAR

JEREMIAH JOSEPH KENNEY
MI AND OH BAR        (1949-2005)
JAMES J. HARRINGTON, IV

HELEN K. JOYNER
JAMES S. CRAIG

CHRISTIAN P. COLLIS
DAVID A. DWORETSKY
APRIL N. NASON

TODD J. WEGLARZ
JAMES R. MCCULLEN
BRANDON J. AIRO
MELANIE J. DUDA
DANIELLE L. DEZBOR
MICHAEL D. RUSSELL
NORA YOUKHANA
MARC S. BERLIN
KIMBERLY A. SUZOR

*Appellate Department*
SIMA G. PATEL
MI AND CO BAR
STEPHANIE L. ARNDT

*Of Counsel*
BARRY FAYNE
JACK BEAM
ROBERT P. ROTH

TAMMY J. REISS (1960-2006)

# FAX COVER SHEET

DATE: 4/10/17

TO: Special Projects/CMS

FAX: 405-869-3309

FROM: Melanie Duda

RE: Milda Mattila

OUR FILE NO.: 13106

# OF PAGES: 3 (INCLUDING this cover sheet)