# EXHIBIT B



May 01, 2017

653 1 MB 0.423
***MIXED AADC 720 R:653 T:3 P:3 PC:1 F:728901
FIEGER, FIEGER, KENNEY, GIROUX & DANZIG, P.C.
19390 W 10 MILE RD
SOUTHFIELD, MI 48075-2458

*1370 6*
RECEIVED
MAY - 4 2017
Fieger Law



| | |
|---|---|
| Beneficiary Name: | MILDA MATTILA |
| Medicare ID: | 384123594B |
| Date of Incident: | June 01, 2012 |
| Case Identification Number: | 201308509000178 |
| Document Control Number: | 21041017-0005813 |

Subject: Compromise Referral to Medicare Regional Office

Dear FIEGER, FIEGER, KENNEY, GIROUX & DANZIG, P.C.:

The Benefits Coordination & Recovery Center (BCRC) received a request for Medicare to reduce the amount of recovery or waive interest for the above-referenced case.

As a Medicare Contractor, the BCRC does not have the authority under the law to make a decision regarding compromise or waiver of interest. We forwarded a copy of your correspondence and a complete copy of the case file to the appropriate Centers for Medicare and Medicaid Services Regional Office for processing. A staff member from the Regional Office will contact you, if needed, as they evaluate your request. This case was forwarded to:

MSP Coordinator
CMS Chicago Regional Office
233 North Michigan Avenue, Suite 600
Chicago, IL 60601-0000