# EXHIBIT D

# FIEGER, FIEGER, KENNEY & HARRINGTON
### A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW SINCE 1950
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: www.fiegerlaw.com
e-mail: info@fiegerlaw.com

BERNARD J. FIEGER (1922-1988)
MI AND NY BAR

GEOFFREY NELS FIEGER
MI, FL AND AZ BAR

JEREMIAH JOSEPH KENNEY
MI AND OH BAR      (1940-2005)

JAMES J. HARRINGTON, IV

HELEN K. JOYNER
JAMES S. CRAIG
CHRISTIAN P. COLLIS
DAVID A. DWORETSKY
APRIL N. NASON
TODD J. WEGLARZ
JAMES R. McCULLEN
MELANIE J. DUDA
DANIELLE L. DEZBOR
MICHAEL D. RUSSELL
NORA YOUKHANA
MARC S. BERLIN
KIMBERLY A. SUZOR
MICHAELENE E. SOWINSKI
GINA U. PUZZUOLI
ELIZABETH A. CAORVIC
DONALD H. DAWSON, JR.
MI AND TX BAR
SHELDON M. ADELSON
GREGORY W. WIX
GARY N. FELTY

*Appellate Department*
SIMA G. PATEL
MI AND CO BAR
STEPHANIE L. ARNDT

*Of Counsel*
BARRY FAYNE
JACK BEAM
ROBERT P. ROTH

TAMMY J. REISS (1960-2000)

# FAX COVER SHEET

DATE: 10/18/17

TO: CMS/Special Projects

FAX: 405-869-3309

FROM: Melanie Duda

RE: Milda Mattila

OUR FILE NO.: 13106

# OF PAGES: 2 (INCLUDING this cover sheet)

\* \* \* \* \* \* \* \* \*

**CONFIDENTIALITY NOTICE:** This transmission contains confidential information belonging to the sender which is legally privileged. The information is intended for restricted receipt only by the individual or entity designated above. If you are not the designated recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us immediately. Thank you.

\* \* \* \* \* \* \* \*

# FIEGER, FIEGER, KENNEY & HARRINGTON
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: WWW.FIEGERLAW.COM
E-MAIL: INFO@FIEGERLAW.COM

TODD J. WEGLARZ

DIRECT DIAL (248) 355-2877
E-MAIL: T.WEGLARZ@FIEGERLAW.COM

October 18, 2017

Special Projects
PO Box 138868
Oklahoma City, OK 73113
FX: (405) 869-3309

Re:  Milda Mattila – Product Liability/Fungal Meningitis
     Medicare No: 384123594B
     Case ID: 201308509000178
     Our File No: 13106

Dear Sir / Madam:

I represent Milda Mattila, who has a Third Party Liability claim against the NECC Pharmacy, pending in the Bankruptcy Court in Boston, Massachusetts. On May 1, 2017, CMS sent our office a letter stating that it is referring our case to the Chicago Regional Office. To date, we have not received further correspondence from the Chicago office. Please send us contact information for the individual handling Ms. Mattila's file in the Chicago office. If you have questions or concerns, please feel free to contact me. Thank you for your anticipated cooperation. I remain,

Very truly yours,

Fieger, Fieger, Kenney & Harrington, P.C.

Melanie J. Duda
Associate Attorney to Todd J. Weglarz

{00435160.DOCX}

```
*********************
***  TX REPORT   ***
*********************
```

TRANSMISSION OK

TX/RX NO              1791
RECIPIENT ADDRESS     #10514058693309
DESTINATION ID
ST. TIME              10/18 12:12
TIME USE              00'55
PAGES SENT            2
RESULT                OK

---

# FIEGER, FIEGER, KENNEY & HARRINGTON
### A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW SINCE 1950
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: www.fiegerlaw.com
e-mail: info@fiegerlaw.com

BERNARD J. FIEGER (1922-1988)
MI AND NY BAR
GEOFFREY NELS FIEGER
MI, FL AND AZ BAR
JEREMIAH JOSEPH KENNEY
MI AND OH BAR   (1940-2008)
JAMES J. HARRINGTON, IV

HELEN K. JOYNER
JAMES S. CRAIG
CHRISTIAN P. COLLIS
DAVID A. DWORETSKY
APRIL N. NASON
TODD J. WEGLARZ
JAMES R. McCULLEN
MELANIE J. DUDA
DANIELLE L. DEZBOR
MICHAEL D. RUSSELL
NORA YOUKHANA
MARC S. BERLIN
KIMBERLY A. SUZOR
MICHAELENE E. SOWINSKI
GINA U. PUZZUOLI
ELIZABETH A. CAGRVIC
DONALD H. DAWSON, JR.
MI AND TX BAR
SHELDON M. ADELSON
GREGORY W. WIX
GARY N. FELTY
*Appellate Department*
SIMA G. PATEL
MI AND CO BAR
STEPHANIE L. ARNDT
*Of Counsel*
BARRY FAYNE
JACK BEAM
ROBERT P. ROTH

TAMMY J. REISS (1960-2006)

## FAX COVER SHEET

DATE: 10/18/17
TO: CMS/Special Projects
FAX: 403-869-3309
FROM: Melanie Duda
RE: Milda Mattila
OUR FILE NO.: 13106