# EXHIBIT E

# FIEGER, FIEGER, KENNEY & HARRINGTON
A PROFESSIONAL CORPORATION
―――――

ATTORNEYS AND COUNSELORS AT LAW

19390 WEST TEN MILE ROAD

SOUTHFIELD, MICHIGAN 48075-2463

TELEPHONE **(248) 355-5555**

FAX **(248) 355-5148**

WEBSITE: WWW.FIEGERLAW.COM

E-MAIL: INFO@FIEGERLAW.COM

TODD J. WEGLARZ

DIRECT DIAL **(248) 355-2877**

E-MAIL: T.WEGLARZ@FIEGERLAW.COM

November 1, 2017

Special Projects
PO Box 138868
Oklahoma City, OK 73113
FX: (405) 869-3309

        **Re:**     **Milda Mattila – Product Liability/Fungal Meningitis**
                  **Medicare No: 384123594B**
                  **Case ID: 201308509000178**
                  **Our File No:  13106**

Dear Sir / Madam:

    I represent Milda Mattila, who has a Third Party Liability claim against the NECC Pharmacy, pending in the Bankruptcy Court in Boston, Massachusetts. Ms. Mattila is expected to receive a total payout of *approximately* $253,575 (before deduction of costs, attorney fees, and liens), to be paid out in four separate installments throughout the year.

    Ms. Mattila is an elderly woman with several health problems that are unrelated to the fungal infection. I believe you will agree that many of the itemizations submitted in support of Medicare's claim of lien do not relate to fungal meningitis/infection. Specifically, this chart contains a list of the diagnosis codes that are used for conditions unrelated to Ms. Mattila's incident.

| Code | Condition | Reason |
|---|---|---|
| R4182 | Altered mental status, unspecified | Chronic/unrelated |
| R509 | Fever, unspecified | Unrelated |
| 7993 | Debility, unspecified | Chronic/unrelated |
| 29411 | Dementia in conditions classified elsewhere w/behavioral disturbance | Chronic/unrelated |
| 71509 | Osteoarthritis, generalized, multiple sites | Chronic/degenerative |
| 73018 | Chronic osteomyelitis, other specified sites | Unrelated |
| 53081 | Esophageal reflux | Unrelated |
| 7242 | Lumbago | Chronic/unrelated |
| 7862 | Cough | Unrelated |
| V440 | Tracheostomy status | Unrelated |
| 486 | Pneumonia, organism unspecified | Unrelated |

{00443585.DOCX}

| | | |
|---|---|---|
| 28860 | Leukocytosis | Unrelated |
| 00845 | Intestinal infection due to C. dificile | Unrelated |
| 2630 | Malnutrition of moderate degree | Chronic/unrelated |
| 28529 | Anemia of other chronic disease | Chronic/unrelated |
| 29420 | Dementia, unspecified, w/o behavioral disturbance | Chronic/unrelated |
| 78720 | Dysphagia, unspecified | Unrelated |
| 51881 | Acute respiratory failure | Unrelated |
| V462 | Other dependence on machines, supplemental O2 | Unrelated |
| 79902 | Hypoxemia | Unrelated |
| V4611 | Dependence on respirator, status | Unrelated |
| 7291 | Myalgia and myocitis, unspecified | Unrelated |
| 7197 | Difficulty in walking | Chronic/unrelated |
| 72887 | Muscle weakness, generalized | Chronic/unrelated |
| 25000 | Diabetes mellitus w/o mention of complication | Chronic/unrelated |
| 2900 | Senile dementia, uncomplicated | Chronic/degenerative |
| 70724 | Pressure ulcer, stage IV | Unrelated |
| 78060 | Fever, unspecified | Unrelated |
| 4019 | Unspecified essential hypertension | Unrelated |
| 51883 | Chronic respiratory failure | Unrelated/chronic |
| 70703 | Pressure ulcer, lower back | Unrelated |
| 78440 | Voice and resonance disorder, unspecified | Unrelated |
| 481 | Pneumococcal pneumonia, Streptococcus | Unrelated |
| 5990 | Urinary tract infection, site not specified | Unrelated |
| 78192 | Abnormal posture | Unrelated |
| 78722 | Dysphagia, orpharyngeal phase | Unrelated |
| 53085 | Barrett's esophagus | Chronic/unrelated |
| 0389 | Unspecified septicemia | Unrelated |
| V1254 | Personal history of TIA/cerebral infarction | Unrelated |
| V4579 | Other acquired absence of organ | Unrelated |
| V4986 | DNR status | Unrelated |
| 1120 | Candidiasis of mouth | Unrelated |
| 2859 | Anemia, unspecified | Unrelated |
| 59010 | Acute pyelonephritis w/o lesion | Unrelated |
| 71690 | Arthropathy, unspecified, site unspecified | Chronic/unrelated |
| 78830 | Urinary incontinence, unspecified | Unrelated |
| 99591 | Sepsis | Unrelated |

| 7213 | Lumbosacral spondylosis w/o myelopathy | Chronic/degenerative |
| --- | --- | --- |
| 30000 | Anxiety state, unspecified | Unrelated |
| 72252 | Degeneration of lumbar or lumbosacral intervertebral disc | Chronic/degenerative |

Furthermore, I ask that you remove all charges for treatment occurring after September 30, 2013. The NECC cut-off date for recovery eliminates any payment for treatment occurring after September 30, 2013. Ms. Mattila is not receiving any compensation for treatment occurring after this date. Similarly, Ms. Mattila should not be billed for any service rendered prior to September 30, 2013, as they predate her illness and are unrelated.

Also, please be advised that Ms. Mattila is expected to receive a total settlement of *approximately* $253,575 (before deduction of costs, attorney fees, and liens), to be paid out in four different installments throughout the year. The NECC Trust Administrator will be issuing the first partial settlement payment for $104,586.41 once I tender a letter from Medicare advising that we have agreed to resolve the Medicare lien. The first partial settlement payment will be reduced by the advanced costs in pursing the claim – approximately $3,105.91, less the 1/3 attorney fee of $33,826.83 (the total 1/3 attorney fee coming out of all four settlement checks combined is estimated to be $83,489.70.

Please revise the lien asserted by CMS/Medicare after removing all charges for the diagnosis codes listed above, and forward to the undersigned an updated lien itemization. Thank you in advance for your assistance with this matter. I remain,

Very truly yours,

Melanie J. Duda

Enclosures