# EXHIBIT F

# Todd Weglarz

| | |
|---|---|
| **From:** | Todd Weglarz |
| **Sent:** | Thursday, August 9, 2018 3:02 PM |
| **To:** | paul.jackson@cms.hhs.gov |
| **Subject:** | Milda Mattila |
| **Attachments:** | CMS 2017 04-10 Req Reduce Lien (00343378xA9307).pdf |

Mr. Jackson:

Please see our letter to CMS from last year, asking CMS to accept the lien reduction formula for Ms. Mattila's fungal class action settlement.  Presently, CMS is asserting conditional payments in excess of $367,000, and there's a Blue Cross Lien of $51,175.92.  Ms. Mattila's expected total payout is $300,186.91 (before deducting advanced costs & attorney fees).  Please advise.  Thanks.



**Todd Weglarz**
Attorney & Counselor

t.weglarz@fiegerlaw.com **|** Direct:  248.355.2877

**FIEGER, FIEGER, KENNEY & HARRINGTON, PC**
19390 West Ten Mile Road **|** Southfield, Michigan  48075
Main:  248.355.5555 **|** Fax:  248.355.5148 **|** FiegerLaw.com

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.