## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2419<br>Dkt. No. 1:13-md-2419 (RWZ) |
| THIS DOCUMENT RELATES TO:<br><br>ALL TENNESSEE CASES | |

### NOTICE OF COUNSEL'S CHANGE OF ADDRESS

Please take notice that, as of March 1, 2023, attorneys Benjamin A. Gastel and Anthony A. Orlandi, counsel of record for Plaintiffs, in the above case, has changed law firms and their address for service of notifications in this action. Their new firm, address, and contact information are as follows:

Benjamin A. Gastel
Anthony A. Orlandi
**Herzfeld, Suetholz, Gastel, Leniski**
  **& Wall, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Tel: (615) 800-6225
Fax: (615) 994-8625
Email: ben@hsglawgroup.com
Email: tony@hsglawgroup.com

All future notices and documents in this action should be sent to the above email and/or mailing address.

Dated: March 14, 2023                                  Respectfully submitted,

                                                       /s/ *Benjamin A. Gastel*
                                                       Anthony A. Orlandi (MA #667484)
                                                       Benjamin A. Gastel (TN #28699)
                                                       **Herzfeld, Suetholz, Gastel, Leniski**
                                                         **& Wall, PLLC**
                                                       223 Rosa L. Parks Avenue, Suite 300
                                                       Nashville, TN 37203
                                                       Tel: (615) 800-6225
                                                       Fax: (615) 994-8625
                                                       Email: tony@hsglawgroup.com
                                                       Email: ben@hsglawgroup.com

## CERTIFICATE OF SERVICE

I, Anthony A. Orlandi, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: March 14, 2023

                                                       /s/ *Benjamin A. Gastel*
                                                       Benjamin A. Gastel